| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MI FAMILIA VOTA, AMERICAN GI FORUM, LA UNION DEL PUEBLO ENTERO, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON, INC., TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS, EMELDA MENENDEZ, GILBERTO MENENDEZ, JOSE OLIVARES, FLORINDA CHAVEZ, and JOEY CARDENAS, | § § § § § § § § § § § § § § § § § § § | |
| *Plaintiffs,* | § § | EP-21-CV-00259-DCG |
| v. | § § | |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, JOSE A. ESPARZA, in his official capacity as Deputy Secretary of the State of Texas, | § § § § § | |
| *Defendants.* | § § § | |

## ORDER CONSTITUTING THREE-JUDGE COURT

This suit requests a three-judge panel. It challenges the constitutionality of the apportionment of congressional districts by the Texas Legislature and the apportionment of the Texas State House and Texas Senate, which are statewide legislative bodies. United States District Judge David C. Guaderrama has notified the chief judge of the circuit, pursuant to 28 U.S.C. § 2284(b), of the request that a three-judge court be convened. I hereby designate a circuit judge and a district judge to serve with Judge Guaderrama. This designation is without prejudice to any issue that may be considered concerning jurisdiction over the claims pertaining to the State Board of Education. The members of the three-judge court convened under 28 U.S.C. § 2284 are:

Judge Jerry E. Smith
Circuit Judge
United States Court of Appeals for the Fifth Circuit

Judge David C. Guaderrama
United States District Judge
Western District of Texas

Judge Jeffrey V. Brown
United States District Judge
Southern District of Texas

October 20, 2021

**PRISCILLA R. OWEN, CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**