# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Texas

Case Number: 3:21-CV-259 DCG-JES-JVB

Plaintiff:
**League of United Latin American Citizens, et al.**

vs.

Defendant:
**GREGORY W. ABBOTT, et al.**

For:
Nina Perales - NEW
MALDEF
110 Broadway
Ste 300
San Antonio, TX 78205

Received by Kim Tindall & Associates on the 22nd day of October, 2021 at 12:31 pm to be served on **Gregory W. Abbott Office of the Governor, 1100 San Jacinto, Austin, Travis County, TX 78701**.

I, Tom Kroll, being duly sworn, depose and say that on the **22nd day of October, 2021** at **3:30 pm, I:**

executed to a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** with the date of delivery endorsed thereon by me, to **Amy Cresap, Office of the Governor** at the address of **1100 San Jacinto, Austin, Travis County, TX 78701** as **Authorized Agent** for **Gregory W. Abbott Office of the Governor**, and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 22nd day of October, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Tom Kroll
PSC-3012, Exp. 8/31/2023
Date: 10/22/21

Kim Tindall & Associates
16414 San Pedro
Ste. 900
San Antonio, TX 78232
(210) 697-3400

Our Job Serial Number: KTA-2021002583

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t