# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Western** | **United States District Court** |

Case Number: 3:21-CV-259 DCG-JES-JVB

Plaintiff:
**League of United Latin American Citizens, et al.**

vs.

Defendant:
**GREGORY W. ABBOTT, et al.**

For:
Nina Perales - NEW
MALDEF
110 Broadway
Ste 300
San Antonio, TX 78205

Received by Kim Tindall & Associates on the 22nd day of October, 2021 at 12:35 pm to be served on **Jose A. Esparza Deputy Secretary of State, 1019 Brazos, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **22nd day of October, 2021** at **2:54 pm, I**:

executed to a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** with the date of delivery endorsed thereon by me, to **Michale Orta, Office of the Secretary of State** at the address of **1019 Brazos, Austin, Travis County, TX 78701** as **Authorized Agent** for **Jose A. Esparza Deputy Secretary of State**, and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 22nd day of October, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane Ray Cuppett
PSC-7114, Exp. 10/31/23

10/22/2021
Date

Kim Tindall & Associates
16414 San Pedro
Ste. 900
San Antonio, TX 78232
(210) 697-3400

Our Job Serial Number: KTA-2021002584