IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS SUED IN HIS OFFICIAL CAPACITY; AND JOHN SCOTT, SECRETARY OF STATE OF TEXAS OF TEXAS SUED IN HIS OFFICIAL CAPACITY, <br><br> *Defendants*. | Case No. 3:21-cv-259-DCG-JES-JVB |

**ORDER**

Before the Court is Defendants' Partially Opposed Motion to Consolidate this action with *Wilson v. Texas*, No. 1:21-cv-943-RP-JES-JVB (W.D. Tex.), *Voto Latino v. Scott*, No. 1:21-cv-965-RP (W.D. Tex.), *MALC v. Texas*, No. 1:21-cv-988-RP-JES-JVB (W.D. Tex.), and *Brooks v. Abbott*, No. 1:21-cv-991-LY-JES-JVB (W.D. Tex.). The Court has considered the Motion and is of the opinion that it should be GRANTED.

The Court finds that this case and the four other actions substantially overlap on substantive issues. The Court also finds that this case was the first of these cases to have been filed.

As this is the first-filed case, the Fifth Circuit's first-to-file rule directs that this Court decide how the subsequently-filed cases should proceed. The Court finds that these cases should be consolidated because they involve common questions of law and fact, and because the other relevant factors weigh in favor of consolidation.

IT IS THEREFORE ORDERED that Defendants' Opposed Motion to Consolidate is hereby GRANTED. The Court hereby ORDERS that *Wilson v. Texas*, No. 1:21-cv-943-RP-JES-JVB (W.D. Tex.), *Voto Latino v. Scott*, No. 1:21-cv-965-RP (W.D. Tex.), *MALC v. Texas*, No. 1:21-cv-988-RP-JES-

2

JVB (W.D. Tex.), and *Brooks v. Abbott*, No. 1:21-cv-991-LY-JES-JVB (W.D. Tex.) be consolidated into *LULAC et al. v. Abbott et al.,* 3:21-cv-259-DCG-JES-JVB (W.D.Tex.).

IT IS ORDERED that all future filings be filed in *LULAC et al. v. Abbott et al.,* 3:21-cv-259-DCG-JES-JVB (W.D.Tex.).

DATE:_____

_____
UNITED STATES DISTRICT JUDGE