IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS SUED IN HIS OFFICIAL CAPACITY; AND JOHN SCOTT, SECRETARY OF STATE OF TEXAS OF TEXAS SUED IN HIS OFFICIAL CAPACITY,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § | Case No. 3:21-cv-259-DCG-JES-JVB |

### NOTICE OF APPEARANCE

Defendants file this Notice of Appearance to alert the Court that Patrick K. Sweeten, Deputy Attorney General for Special Litigation, will appear as the attorney-in-charge in the above-captioned case. Mr. Sweeten is a member in good standing with the United States District Court, Western District of Texas and with the State Bar of Texas. Defendants request that a copy of all papers served or filed in this action be forwarded to:

    Patrick K. Sweeten
    Deputy Attorney General for Special Litigation
    Tex. State Bar No. 00798537
    OFFICE OF THE ATTORNEY GENERAL
    P.O. Box 12548 (MC-009)
    Austin, Texas 78711-2548
    patrick.sweeten@oag.texas.gov

| | |
|---|---|
| Date: November 10, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | Southern District Bar No. 1829509 |

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531
Southern District Bar No. 3053077

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

COUNSEL FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN