UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MI FAMILIA VOTA, AMERICAN GI FORUM, LA UNION DEL PUEBLO ENTERO, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON, INC., TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS, EMELDA MENENDEZ, GILBERTO MENENDEZ, JOSE OLIVARES, FLORINDA CHAVEZ, and JOEY CARDENAS, <br><br>*Plaintiffs*, <br>v. <br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, JOSE A. ESPARZA, in his official capacity as Deputy Secretary of the State of Texas, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | EP-21-CV-00259-DCG-JES-JVB |

## ORDER

Before the Court is Defendants Greg Abbott and Jose A. Esparza's ("Defendants") "Partially Opposed Motion to Consolidate" (ECF No. 7), filed on November 10, 2021. Therein, Defendants seek consolidation of the following cases into the above-captioned matter:

- *Wilson v. Texas*, No. 1:21-cv-00943 (W.D. Tex.);

- *Voto Latino v. Scott*, No. 1:21-cv-00965 (W.D. Tex.);

- 1 -

- *MALC v. Texas*, No. 1:21-cv-00988 (W.D. Tex.); and

- *Brooks v. Abbott*, No. 1:21-cv-00991 (W.D. Tex.).

Due to the nature and timing of this redistricting case, the Court is of the opinion that an expedited briefing schedule is appropriate.

Accordingly, **IT IS ORDERED** that Plaintiffs in this action shall file their response to Defendant's "Partially Opposed Motion to Consolidate" (ECF No. 7) by **November 15, 2021**.

So ORDERED and SIGNED on this 10th day of November 2021 on behalf of the **Three-Judge Panel.**

*[signature]*
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**