UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*,

      *Plaintiffs*,

V.

**GREG ABBOTT,** Governor of the State of Texas Sued in his Official Capacity; and,

**JOHN SCOTT,** Secretary of the State of Texas Sued in his Official Capacity;

      *Defendants*

No. 3:21-cv-259-DCG-JES-JVB

## ORDER

On this day came on to be considered in the above captioned and numbered cause *Defendant's Partially Opposed Motion to Consolidate* (Dkt.#7). The Court, having carefully considered the motion, and the responses filed in opposition to the motion, is of the opinion that the motion is not well-taken and should be, and therefore is hereby, **DENIED.**

**IT IS SO ORDERED**.

**SIGNED** this ____ day of _____, 2021.

_____
HON. JERRY E. SMITH
U.S. CIRCUIT JUDGE

_____
HON. DAVID C. GUADERRAMA
U.S. DISTRICT JUDGE

_____
HON. JEFFREY V. BROWN
U.S. DISTRICT JUDGE

solo page