IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MI FAMILIA VOTA, AMERICAN GI FORUM, LA UNION DEL PUEBLO ENTERO, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS, EMELDA MENENDEZ, GILBERTO MENENDEZ, JOSE OLIVARES, FLORINDA CHAVEZ, AND JOEY CARDENAS, § § § § § § § § § § § § § § § § § | | |
| *Plaintiffs,* § | Case No. 3:21-cv-00259 | |
| V. § § | | |
| GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas, § § § § § | | |
| *Defendants.* § | | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR MOTION TO DISMISS, FOR A MORE DEFINITE STATEMENT, OR TO STRIKE**

Defendants Greg Abbott, in his official capacity as Governor of Texas, and John Scott, in his official capacity as Secretary of State of Texas, respectfully request an extension of the twenty-page limit set by Local Rule CV-7(d)(3) for their Motion to Dismiss, for a More Definite Statement, of to Strike. The Governor and the Deputy Secretary seek permission to file a motion that does not exceed twenty-three pages.

The extension is sought to ensure that the Governor and the Secretary have adequate

opportunity to address the jurisdictional and merits issues with a complaint raising three counts on behalf of fifteen plaintiffs.

Defendants' counsel consulted with counsel for the Plaintiffs, who have represented that Plaintiffs do not oppose the requested extension.

Based on the foregoing, the Governor and the Secretary respectfully request that their unopposed motion for leave to exceed page limits be granted.

Date: November 12, 2021

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I certify that on November 12, 2021, counsel for Defendants conferred with counsel for Plaintiffs about the foregoing motion and that Plaintiffs are unopposed to Defendants' requested extension.

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 12, 2021, and that all counsel of record were served by CM/ECF.

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN