IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MI FAMILIA VOTA, AMERICAN GI FORUM, LA UNION DEL PUEBLO ENTERO, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS, EMELDA MENENDEZ, GILBERTO MENENDEZ, JOSE OLIVARES, FLORINDA CHAVEZ, AND JOEY CARDENAS, <br><br>*Plaintiffs,*<br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 3:21-cv-00259 |

**ORDER**

Now before the Court comes the Governor and the Secretary's Unopposed Motion for Leave to Exceed Page Limits filed November 12, 2021, regarding their motion to dismiss, for a more definite statement, or to strike. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Governor and the Secretary's Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED, and the Governor and the Secretary may file a motion to dismiss, for a more definite statement, or to strike that does not exceed twenty-three pages.

DATE: _____

                                        _____
                                        UNITED STATES DISTRICT JUDGE