# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., | § § § | Civil Action |
| Plaintiffs | § § | |
| | § | Case No. 21-cv-259-DCG-JES-JVB |
| v. | § § | |
| STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity, and JOHN SCOTT, SECRETARY OF STATE OF TEXAS, in his official capacity | § § § § § § § | |
| Defendants | § | |

## **PLAINTIFF MALC'S RESPONSE TO MOTION TO CONSOLIDATE**

Plaintiff Mexican American Legislative Caucus ("MALC") filed suit in the Western District of Texas, Austin Division challenging redistricting plans for the Texas House of Representatives, the Texas delegation to the United States House of Representatives, and the Texas State Board of Education. *See MALC v. Abbott, et al.*, Case No. 1:21-CV-00988-RP-JES-JVB.

MALC believes the case should be consolidated with whichever case is determined to be the Lead Case, but takes no position as to which earlier filed case is the appropriate Lead Case. MALC also joins the *Brooks* Plaintiffs in urging expeditious resolution of the issue of consolidation. Given the exigent nature of approaching election deadlines and the likelihood of requests for preliminary injunctive relief from multiple parties, an expedited resolution of the consolidation will certainly contribute to greater judicial economy and greater clarity for the upcoming election season.

RESPONSE TO MOTION TO CONSOLIDATE - 1

Dated:  November 17, 2021.

                                                Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA &GEISLER, L.L.P.

*/s/ Sean J. McCaffity*
_____
George (Tex) Quesada
State Bar No. 16427750
Email:  quesada@textrial.com

Sean J. McCaffity
State Bar No. 24013122
Email:  smccaffity@textrial.com

3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas  75219-4461
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

-and-

Joaquin Gonzalez
Texas Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX  78228
jgonzalez@malc.org

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Response to Motion to Consolidate was filed and served via CM/ECF electronic service on November 17, 2021 to all counsel of record.

*/s/ Sean J. McCaffity*
_____