# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT**, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **JOSE A. ESPARZA,** *in his official capacity as Deputy Secretary of the State of Texas*, <br><br> *Defendants.* | **EP-21-CV-00259-DCG-JES-JVB** <br> **[Lead Case]** |
| **DAMON JAMES WILSON**, *for himself and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br> v. <br><br> **STATE OF TEXAS, GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants.* | **Case No. 1:21-CV-00943-RP-JES-JVB** <br> **[Consolidated Case]** |
| **VOTO LATINO, ROSALINDA RAMOS ABUABARA,** *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **JOHN SCOTT,** *in his official capacity as Texas Secretary of State*, **and GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, <br><br> *Defendants.* | **Case No. 1:21-CV-00965-RP-JES-JVB** <br> **[Consolidated Case]** |

- 1 -

| | | |
|---|---|---|
| **MEXICAN AMERICAN LEGISLATIVE CAUCUS,** *Texas House of Representatives*,<br><br>*Plaintiff*,<br>v.<br><br>**STATE OF TEXAS, GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, ***et al.***,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 1:21-CV-00988-RP-JES-JVB**<br>**[Consolidated Case]** |
| **ROY CHARLES BROOKS, FELIPE GUTIERREZ,** *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>**GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 1:21-CV-00988-RP-JES-JVB**<br>**[Consolidated Case]** |
| **TEXAS STATE CONFERENCE OF THE NAACP,**<br><br>*Plaintiff*,<br>v.<br><br>**GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 1:21-CV-01006-RP-JES-JVB**<br>**[Consolidated Case]** |
| **FAIR MAPS TEXAS ACTION COMMITTEE, OCA-GREATER HOUSTON,** *et al.*,<br><br>*Plaintiffs*, | §<br>§<br>§<br>§<br>§ | |

|  |  |  |
|---|---|---|
| v. | § | Case No. 1:21-CV-01038-RP-JES-JVB |
|  | § | [Consolidated Case] |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*, | § § § § § | |
| *Defendants*. | § § | |

## ORDER DENYING MOTION FOR RECONSIDERATION

**IT IS ORDERED** that Plaintiffs Voto Latino, Rosalinda Ramos Abuabara, *et al.*'s "Motion for Reconsideration of Order Convening Three-Judge Court and for Remand to the U.S. District Court for the Western District of Texas" (ECF No. 19) is **DENIED**.

**So ORDERED and SIGNED on this   22nd   day of November 2021 on behalf of the Three-Judge Panel.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**