# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,** *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **JOSE A. ESPARZA,** *in his official capacity as Deputy Secretary of the State of Texas*, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § | **EP-21-CV-00259-DCG-JES-JVB** <br> **[Lead Case]** |
| **DAMON JAMES WILSON**, *for himself and on behalf of all others similarly situated,* <br><br> *Plaintiffs*, <br> v. <br><br> **STATE OF TEXAS, GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § § § | **Case No. 1:21-CV-00943-RP-JES-JVB** <br> **[Consolidated Case]** |
| **VOTO LATINO, ROSALINDA RAMOS ABUABARA,** *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **JOHN SCOTT,** *in his official capacity as Texas Secretary of State*, **and GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, <br><br> *Defendants.* | § § § § § § § § § § § § § § § | **Case No. 1:21-CV-00965-RP-JES-JVB** <br> **[Consolidated Case]** |

| | | |
|---|---|---|
| **MEXICAN AMERICAN LEGISLATIVE CAUCUS,** *Texas House of Representatives*,<br><br>*Plaintiff*,<br>v.<br><br>**STATE OF TEXAS, GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, ***et al.***,<br><br>*Defendants*. | § § § § § § § § § § § § § | **Case No. 1:21-CV-00988-RP-JES-JVB**<br>**[Consolidated Case]** |
| **ROY CHARLES BROOKS, FELIPE GUTIERREZ,** ***et al.***,<br><br>*Plaintiffs*,<br>v.<br><br>**GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*,<br><br>*Defendants*. | § § § § § § § § § § § § § § § | **Case No. 1:21-CV-00988-RP-JES-JVB**<br>**[Consolidated Case]** |
| **TEXAS STATE CONFERENCE OF THE NAACP,**<br><br>*Plaintiff*,<br>v.<br><br>**GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*,<br><br>*Defendants*. | § § § § § § § § § § § § § § § | **Case No. 1:21-CV-01006-RP-JES-JVB**<br>**[Consolidated Case]** |
| **FAIR MAPS TEXAS ACTION COMMITTEE, OCA-GREATER HOUSTON,** ***et al.***,<br><br>*Plaintiffs*, | § § § § § | |

|  |  |  |
|---|---|---|
| v. | § | Case No. 1:21-CV-01038-RP-JES-JVB |
|  | § | [Consolidated Case] |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*, | § § § § § | |
|  | § | |
| *Defendants*. | § | |

## ORDER

Currently before the Court are various issues pertaining to redistricting of the United States House of Representatives, the Texas House of Representatives, the Texas Senate, and the Texas State Board of Education.  The Court is of the opinion that a non-evidentiary status conference is warranted at this time.

Accordingly, **IT IS ORDERED** that this case is **SET** for a non-evidentiary status conference before the three-judge Court on **December 7, 2021, at 9:00 a.m. MST** in Courtroom Number 812, on the Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

**IT IS FURTHER ORDERED** that the parties shall jointly **FILE** with the Court, by **December 2, 2021**, a proposed agenda for the status conference.  Items on the agenda should include, but are not limited to, a schedule for discovery, motions, and briefs as well as estimates on the length of any trial or trials that might occur.

So ORDERED and SIGNED on this __22nd__ day of November 2021 on behalf of the Three-Judge Panel.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE