**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**TEXAS STATE CONFERENCE OF THE**
**NAACP**

-vs-                                                      Case No.:    **1:21-01006**-RP

**GREG ABBOTT, in his official capacity as the**
**Governor of Texas; JOHN SCOTT, in his official**
**capacity as the Secretary of State of Texas**


### MOTION FOR ADMISSION *PRO HAC VICE*


TO THE HONORABLE JUDGE OF SAID COURT:

Comes   now   _____**Jon M. Greenbaum**_____, applicant  herein,  and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent _____**Texas State NAACP**_____ in this case, and would

respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)

_____**Lawyers' Committee for Civil Rights Under Law**_____,

with offices at

Mailing address:        **1500 K Street, NW, Suite 900**

City, State, Zip Code:        **Washington, DC 20005**

Telephone:        **202-662-8600**

Facsimile:        **202-783-0857**

Email:        **jgreenbaum@lawyerscommittee.org**

2.     Since _____**12/06/1993**_____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _____**California**_____. Applicant's bar license number is _____**166733**_____.

3.     Applicant has been admitted to practice before the following courts:

Court:                                             Admission date:

**See Addendum.**_____          _____

_____          _____

_____          _____

_____          _____

4.     Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5.     Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

_____

- 2 -

7.     Applicant has read and is familiar with the Local Rules of the Western District of Texas and
will comply with the standards of practice set out therein.

8.     Select one:

☐     Applicant has on file an application for admission to practice before the United
States District Court for the Western District of Texas.

☑     Applicant has co-counsel in this case who is admitted to practice before the United
States District Court for the Western District of Texas.

Co-counsel:          **Lindsey B. Cohan**

Mailing address:     **515 Congress Avenue, Suite 1400**

City, State, Zip Code:     **Austin, TX 78701**

Telephone:          **512-394-3000**

9.     Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00
*pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable
to: **Clerk, U.S. District Court**].

10.    Should the Court grant applicant's motion, Applicant shall register as a filing user within 10
days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing
in Civil and Criminal Cases in the Western District of Texas.

- 3 -

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Jon M. Greenbaum**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____**Jon M. Greenbaum**_____
[printed name of Applicant]

_____
[signature of Applicant]

CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __**17th**__ day of _____**November**_____, ____**2021**____.

_____**Jon M. Greenbaum**_____
[printed name of Applicant]

_____
[signature of Applicant]

**Jon M. Greenbaum, Motion for Admission *Pro Hac Vice* Addendum**

3. Applicant has been admitted to practice before the following courts:

| Name of State or Federal Bar | State Bar Number | Admission Date | In Good Standing |
|---|---|---|---|
| California | 166733 | 12/06/1993 | Yes |
| District of Columbia | 489887 | 11/12/2004 | Yes |
| U.S. Supreme Court | | 10/12/1999 | Yes |
| U.S. Court of Appeals for the First Circuit | | 12/15/2003 | Yes |
| U.S. District Court for the Second Circuit | | 09/03/2020 | Yes |
| U.S. Court of Appeals for the Third Circuit | | 06/13/2017 | Yes |
| U.S. Court of Appeals for the Fourth Circuit | | 07/21/2015 | Yes |
| U.S. Court of Appeals for the Fifth Circuit | | 10/01/2012 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | | 03/12/2006 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | | 12/11/2020 | Yes |
| U.S. Court of Appeals for the Eighth Circuit | | 04/05/2018 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | | 12/06/1993 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | | 04/22/2020 | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | | 06/14/2017 | Yes |
| U.S. Court of Appeals for the District of Columbia Circuit | | 03/15/2011 | Yes |
| U.S. District Court for the Eastern District of Arkansas | | 08/18/2017 | Yes |
| U.S. District Court for the Western District of Arkansas | | 08/18/2017 | Yes |
| U.S. District Court for the Central District of California | | 12/06/1993 | Yes |
| U.S. District Court for the Eastern District of California | | 12/06/1993 | Yes |
| U.S. District Court for the Northern District of California | | 06/09/2017 | Yes |
| U.S. District Court for the Northern District of Ohio | | 10/25/2006 | Yes |
| U.S. District Court for the District of Columbia | | 09/11/2006 | Yes |
| U.S. District for the Southern District of California | | 10/26/2017 | Yes |

| | | | |
|---|---|---|---|
| U.S. District Court for the Northern District of Illinois | | 10/16/2021 | Yes |
| U.S. District Court for the Western District of Michigan | | 11/13/2020 | Yes |
| U.S. District Court for the Eastern District of Michigan | | 12/02/2020 | Yes |
| U.S. District Court for Eastern District of Wisconsin | | 11/16/2020 | Yes |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**TEXAS STATE CONFERENCE OF THE
NAACP**

-vs-                                                    Case No.  **1:21-01006**-RP

**GREG ABBOTT, in his official capacity as the
Governor of Texas; JOHN SCOTT, in his official
capacity as the Secretary of State of Texas**

## O R D E R

BE IT REMEMBERED on  this  the _____ day of _____, 20____,  there was  presented  to  the  Court  the  Motion  for  Admission  *Pro  Hac  Vice*  filed  by _____**Jon M. Greenbaum**_____ ("Applicant"), counsel for _____**Texas State NAACP**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Texas State NAACP**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE