# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MI FAMILIA VOTA, AMERICAN GI FORUM, LA UNION DEL PUEBLO ENTERO, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS, EMELDA MENENDEZ, GILBERTO MENENDEZ, JOSE OLIVARES, FLORINDA CHAVEZ, and JOEY CARDENAS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 3:21-cv-00259 [Lead case] |
| *Plaintiffs*, v. | ) ) ) | |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas; JOSE A. ESPARZA, in his official capacity as Deputy Secretary of the State of Texas, | ) ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |
| DAMON JAMES WILSON, for himself and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiffs*, v. | ) ) ) ) | CIVIL ACTION NO. 1:21-cv-00943 [Consolidated case] |
| STATE OF TEXAS, GREG ABBOTT, in his official capacity as Governor of the State of Texas, TEXAS SPEAKER DADE PHELAN, in his official capacity as Speaker of the Texas House or Representatives, TEXAS LIEUTENANT GOVERNOR | ) ) ) ) ) ) ) | |

1

| | |
|---|---|
| DAN PATRICK, in his official capacity as Lieutenant Governor and Presiding Officer of the Texas Senate, and JOSE A. ESPARZA, in his official capacity as Deputy Secretary of the State of Texas,<br><br>            *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) |

---

| | |
|---|---|
| VOTO LATINO, ROSALINDA RAMOS ABUABARA, AKILAH BACY, ORLANDO FLORES, MARILENA GARZA, CECILIA GONZALES, AGUSTIN LOREDO, CINIA MONTOYA, ANA RAMÓN, JANA LYNNE SANCHEZ, JERRY SHAFER, DEBBIE LYNN SOLIS, ANGEL ULLOA, and MARY URIBE,<br><br>            *Plaintiffs*,<br><br>v.<br><br>JOHN SCOTT, in his official capacity as Texas Secretary of State, and GREGORY WAYNE ABBOTT, in his official capacity as the Governor of Texas,<br><br>            *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>1:21-cv-00965<br>[Consolidated case] |

---

| | |
|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES,<br><br>            *Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity, and JOHN SCOTT, SECRETARY OF STATE OF TEXAS, in his official capacity,<br>            *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>1:21-cv-00988<br>[Consolidated case] |

2

| | |
|---|---|
| ROY CHARLES BROOKS, FELIPE GUTIERREZ, PHYLLIS GOINES, EVA BONILLA, CLARA FAULKNER, DEBORAH SPELL, and BEVERLY POWELL,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas,<br><br>　　*Defendants*. | CIVIL ACTION NO.<br>1:21-cv-0099<br>[Consolidated case] |
| TEXAS STATE CONFERENCE OF THE NAACP,<br><br>　　*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas,<br><br>　　*Defendants*. | CIVIL ACTION NO.<br>1:21-cv-01006<br>[Consolidated case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, OCA-GREATER HOUSTON, NORTH TEXAS CHAPTER OF THE ASIAN PACIFIC ISLANDER AMERICANS PUBLIC AFFAIRS ASSOCIATION, EMGAGE, KHANAY TURNER, ANGELA RAINEY, AUSTIN RUIZ, AYA ENELI, SOFIA SHEIKH, JENNIFER CAZARES, NILOUFAR HAFIZI, LAKSHMI RAMAKRISHNAN, AMATULLA CONTRACTOR, DEBORAH | CIVIL ACTION NO.<br>1:21-cv-01038<br>[Consolidated case] |

3

| | |
|---|---|
| CHEN, ARTHUR RESA, SUMITA GHOSH, and ANAND KRISHNASWAMY, <br>     *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas, <br><br>     *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **[PROPOSED] ORDER**

On this day, the Court considered LULAC Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, for a More Definite Statement, or to Strike. For the reasons set forth therein, LULAC Plaintiffs' motion is hereby **GRANTED**. LULAC Plaintiffs shall have through December 6, 2021 to respond to Defendants' Motion to Dismiss, for a More Definite Statement, or to Strike.

**So ORDERED and SIGNED** on this _____ day of _____ 2021 on behalf of the Three-Judge Panel.

 

                                                            _____ <br>
                                                            DAVID C. GUADERRAMA <br>
                                                            UNITED STATES DISTRICT JUDGE