UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, et al., | |
| *Plaintiffs*, | No. EP:21-cv-259-DCG-JES-JVB [Lead Case] |
| V. | |
| **GREG ABBOTT,** in his Official Capacity as Governor of the State Texas; et al., | No. 1:21-cv-00943-RP-JES-JVB [Consolidated Case] |
| *Defendants* | |

# ORDER

On this day came on to be considered in the above captioned and numbered cause *Plaintiff Wilson's Unopposed Motion for Leave to File Verified Memorandum of Law in Support of Motion for Certification of Class Action, in Excess of Page Limitation*. The Court, having carefully considered the motion, is of the opinion that the motion is well-taken and should be, and therefore is hereby, **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED** this ____ day of _____, 2021.

_____
HON. JERRY E. SMITH
U.S. CIRCUIT JUDGE


_____
HON. DAVID C. GUADERRAMA
U.S. DISTRICT JUDGE


_____
HON. JEFFREY V. BROWN
U.S. DISTRICT JUDGE

solo page