# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,** *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **JOSE A. ESPARZA,** *in his official capacity as Deputy Secretary of the State of Texas*, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § | **EP-21-CV-00259-DCG-JES-JVB** <br> **[Lead Case]** |
| **DAMON JAMES WILSON**, *for himself and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br> v. <br><br> **STATE OF TEXAS, GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § § | **Case No. 1:21-CV-00943-RP-JES-JVB** <br> **[Consolidated Case]** |
| **VOTO LATINO, ROSALINDA RAMOS ABUABARA,** *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **JOHN SCOTT,** *in his official capacity as Texas Secretary of State*, **and GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, <br><br> *Defendants*. | § § § § § § § § § § § § § § § | **Case No. 1:21-CV-00965-RP-JES-JVB** <br> **[Consolidated Case]** |

| | | |
|---|---|---|
| **MEXICAN AMERICAN LEGISLATIVE CAUCUS,** *Texas House of Representatives*,<br><br>*Plaintiff*,<br>v.<br><br>**STATE OF TEXAS, GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 1:21-CV-00988-RP-JES-JVB**<br>**[Consolidated Case]** |
| **ROY CHARLES BROOKS, FELIPE GUTIERREZ,** *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>**GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 1:21-CV-00991-LY-JES-JVB**<br>**[Consolidated Case]** |
| **TEXAS STATE CONFERENCE OF THE NAACP,**<br><br>*Plaintiff*,<br>v.<br><br>**GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 1:21-CV-01006-RP-JES-JVB**<br>**[Consolidated Case]** |
| **FAIR MAPS TEXAS ACTION COMMITTEE, OCA-GREATER HOUSTON,** *et al.*,<br><br>*Plaintiffs*, | §<br>§<br>§<br>§<br>§ | |

| | | |
|---|---|---|
| v. | § | Case No. 1:21-CV-01038-RP-JES-JVB |
| | § | **[Consolidated Case]** |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*, | § § § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiffs League of United Latin American Citizens, *et al.*'s ("LULAC Plaintiffs") "Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, for a More Definite Statement, or to Strike" (ECF No. 34), filed on November 24, 2021. Therein, the LULAC Plaintiffs seek an extension of time, to December 6, 2021, to respond to Defendants' motion. Defendants are unopposed to the request.

Accordingly, **IT IS ORDERED** that Plaintiffs League of United Latin American Citizens, *et al.*'s "Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, for a More Definite Statement, or to Strike" (ECF No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for the LULAC Plaintiffs to **FILE** a response to Defendants' motion is **December 6, 2021**.

So ORDERED and SIGNED on this <u>24th</u> day of November 2021 on behalf of the Three-Judge Panel.

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**