# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MI FAMILIA VOTA, AMERICAN GI FORUM, LA UNION DEL PUEBLO ENTERO, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC., TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS, EMELDA MENENDEZ, GILBERTO MENENDEZ, JOSE OLIVARES, FLORINDA CHAVEZ, and JOEY CARDENAS,<br><br>*Plaintiffs*,<br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas; JOSE A. ESPARZA, in his official capacity as Deputy Secretary of the State of Texas,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead case] |
| DAMON JAMES WILSON, for himself and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>STATE OF TEXAS, GREG ABBOTT, in his official capacity as Governor of the State of Texas, TEXAS SPEAKER DADE PHELAN, in his official capacity as Speaker | CIVIL ACTION NO.<br>1:21-cv-00943<br>[Consolidated case] |

| | |
|---|---|
| of the Texas House or Representatives,<br>TEXAS LIEUTENANT GOVERNOR<br>DAN PATRICK, in his official capacity as<br>Lieutenant Governor and Presiding Officer of<br>the Texas Senate, and JOSE A. ESPARZA,<br>in his official capacity as Deputy Secretary of<br>the State of Texas, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants.* | |

| | |
|---|---|
| VOTO LATINO, ROSALINDA RAMOS<br>ABUABARA, AKILAH BACY,<br>ORLANDO FLORES, MARILENA<br>GARZA, CECILIA GONZALES,<br>AGUSTIN LOREDO, CINIA MONTOYA,<br>ANA RAMÓN, JANA LYNNE SANCHEZ,<br>JERRY SHAFER, DEBBIE LYNN SOLIS,<br>ANGEL ULLOA, and MARY URIBE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Plaintiffs*, | |
| v. | |
| JOHN SCOTT, in his official capacity as<br>Texas Secretary of State, and GREGORY<br>WAYNE ABBOTT, in his official capacity<br>as the Governor of Texas, | )<br>)<br>)<br>)<br>) |
| *Defendants*. | )<br>)<br>) |

CIVIL ACTION NO.
1:21-cv-00965
[Consolidated case]

| | |
|---|---|
| MEXICAN AMERICAN LEGISLATIVE<br>CAUCUS, TEXAS HOUSE OF<br>REPRESENTATIVES, | )<br>)<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) |
| STATE OF TEXAS, GREG ABBOTT,<br>GOVERNOR OF THE<br>STATE OF TEXAS, in his official capacity,<br>and JOHN SCOTT, SECRETARY OF<br>STATE OF TEXAS, in his official capacity, | )<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.
1:21-cv-00988
[Consolidated case]

2

*Defendants*.

| | |
|---|---|
| ROY CHARLES BROOKS, FELIPE GUTIERREZ, PHYLLIS GOINES, EVA BONILLA, CLARA FAULKNER, DEBORAH SPELL, and BEVERLY POWELL,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas,<br><br>*Defendants*. | CIVIL ACTION NO.<br>1:21-cv-0099<br>[Consolidated case] |
| TEXAS STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas,<br><br>*Defendants*. | CIVIL ACTION NO.<br>1:21-cv-01006<br>[Consolidated case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, OCA-GREATER HOUSTON, NORTH TEXAS CHAPTER OF THE ASIAN PACIFIC ISLANDER AMERICANS PUBLIC AFFAIRS ASSOCIATION, EMGAGE, KHANAY TURNER, ANGELA RAINEY, AUSTIN RUIZ, AYA ENELI, SOFIA SHEIKH, JENNIFER CAZARES, NILOUFAR | CIVIL ACTION NO.<br>1:21-cv-01038<br>[Consolidated case] |

| | |
|---|---|
| HAFIZI, LAKSHMI RAMAKRISHNAN, AMATULLA CONTRACTOR, DEBORAH CHEN, ARTHUR RESA, SUMITA GHOSH, and ANAND KRISHNASWAMY,<br>      *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas,<br><br>      *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CONSOLIDATED PLAINTIFFS' JOINT ADVISORY TO THE COURT REGARDING LIASION COUNSEL**

NOW COME consolidated plaintiffs and file this joint advisory regarding liaison counsel pursuant to this Court's November 19, 2021 order. Dkt. 16.

On November 19, 2021 the Court ordered consolidated plaintiffs to confer and "within seven (7) days, propose liaison counsel who will serve as the attorney with whom the Court and other parties may communicate on all matters concerning the respective plaintiffs." *Id.*

On Monday, November 22, 2021, consolidated plaintiffs conferred and agreed to propose the following liaison counsel:

- Nina Perales, nperales@maldef.org, (210) 845-5147 (cell) for LULAC Plaintiffs.
- Richard Gladden, richscot1@hotmail.com, (940) 323-9300 for Plaintiff Wilson.
- Abha Khanna, akhanna@elias.law, (206) 656-0177 for Voto Latino Plaintiffs.
- Sean McCaffity, smccaffity@textrial.com, (214) 720-0720 for MALC Plaintiffs.
- Mark Gaber, mark@markgaber.com, (715) 482-4066 for Brooks Plaintiffs.
- Ezra Rosenberg, erosenberg@lawyerscommittee.org, (609) 216-9683 (cell) for Texas NAACP Plaintiffs.
- Noor Taj, noor@scsj.org, (919) 323-3380 for Fair Maps Plaintiffs.

DATED: November 24, 2021                                          Respectfully submitted,

4

*/s/ Nina Perales*
Nina Perales
Texas Bar No. 24005046
MALDEF
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Samantha Serna
Texas Bar No. 24090888
Fatima Menendez*
Texas Bar No. 24090260
Kenneth Parreno*
Massachusetts Bar No. 705747
110 Broadway, Suite 300
San Antonio, TX 78205

*Counsel for LULAC Plaintiffs*

*/s/ Richard Gladden*
Richard Gladden
Texas Bar No. 07991330
1204 W. University Dr. Suite 307
Denton, Texas 76201
940.323.9300 (voice)
940.539.0093 (fax)
richscot1@hotmail.com (email)
*Counsel for Wilson Plaintiff*

*/s/ Abha Khanna*
Abha Khanna*
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

Aria C. Branch*
David R. Fox*
Kathryn E. Yukevich*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
abranch@elias.law

dfox@elias.law
kyukevich@elias.law

Kevin J. Hamilton*
PERKINS COIE
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
khamilton@perkinscoie.com

Renea Hicks
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

*Counsel for Voto Latino Plaintiffs*

*/s/ Sean J. McCaffity*
Sean J. McCaffity
State Bar No. 24013122
smccaffity@textrial.com

5

SOMMERMAN, MCCAFFITY,
QUESADA &GEISLER, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
214/720-0720 (Telephone)
214/720-0184 (Facsimile)
George (Tex) Quesada
State Bar No. 16427750
quesada@textrial.com

Joaquin Gonzalez
Texas Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@malc.org

*Counsel for MALC Plaintiffs*

/s/ *Mark P. Gaber*
Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20
(715) 482-4066
mark@markgaber.com
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com
K. Scott Brazil (Tex. Bar No. 02934050)
Brazil & Dunn
13231 Champion Forest Drive, Ste. 406
Houston, TX 77069
(281) 580-6310
scott@brazilanddunn.com

Jesse Gaines*
Tex. Bar. No. 07570800
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

*Counsel for Brooks Plaintiffs*

/s/ *Ezra D. Rosenberg*
Ezra D. Rosenberg*
Jon Greenbaum*
Pooja Chaudhuri*
Sofia Fernandez Gold*+
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
sfgold@lawyerscommittee.org

Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT
NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
robert@notzonlaw.com

*Counsel for Texas NAACP Plaintiffs*

/s/ *Noor Taj*
Noor Taj*
P.A. State Bar No. 309594

Allison J. Riggs*
N.C. State Bar No. 40028
Hilary Harris Klein*
N.C. State Bar No. 56122
SOUTHERN COALITION FOR SOCIAL
JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Tel. (919) 323-3380
Fax. (919) 323-3942
allison@southerncoalition.org
noor@scsj.org
hilaryhklein@scsj.org

David A. Donatti
TX Bar No. 24097612
Ashley Harris
TX Bar No. 24078344
Thomas Buser-Clancy
TX Bar No. 24123238
Andre I. Segura**
TX Bar No. 24107112
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
ddonatti@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org
asegura@aclutx.org

Jerry Vattamala
N.Y. State Bar No. 4426458*
Susana Lorenzo-Giguere
N.Y. State Bar No. 2428688*
Patrick Stegemoeller**
N.Y. State Bar No. 5819982*
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013

*Counsel for Fair Maps Plaintiffs*

*Applications for admission pro hac vice forthcoming*
*+ Admission to N.Y. Bar pending; currently practicing under attorney supervision*
**Admission to Western District pending*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 24th day of November, 2021.

*/s/ Nina Perales*
Nina Perales