UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.: EP-21-CV-00259-DCG-JES-JVB<br>[Lead Case] |

## [PROPOSED] ORDER GRANTING *BROOKS* PLAINTIFFS' MOTION TO ENLARGE PAGE LIMTIS

Upon consideration of *Brooks* Plaintiffs' Motion for Leave to Enlarge Page Limits, being advised of the premises for seeking such Motion, it is hereby ORDERED that the Motion is GRANTED. The Clerk is directed to deem the proposed Memorandum of Law filed concurrently with the Motion to Enlarge as filed as of the date of this Order.

Signed this __th day of November, 2021

_____
The Honorable Judge David C. Guaderrama
United States District Court for the Western District of Texas