UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>      *Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>      *Defendants.* | Case No.: EP-21-CV-00259-DCG-JES-JVB<br>[Lead Case] |

**INDEX OF EXHIBITS TO *BROOKS* PLAINTIFFS' MOTION FOR
A PRELIMINARY INJUNCTION AS TO SENATE DISTRICT 10**

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Senator Kel Seliger |
| 2 | Declaration of Senator Beverly Powell |
| 2-A | Sen. Powell Letter to Chair Huffman dated 10-30-2019 |
| 2-B | Sen. Powell Letter to Chair Huffman dated 02-18-2020 |
| 2-C | Materials to Chair Huffman |
| 3 | Declaration of Garry Jones |
| 3-A | Map of ACS 2014-2018 5-Year Estimates |
| 3-B | Sean Opperman Email re: Redistricting Dropbox Update dated 08-19-2021 |
| 3-C | 2018-2019 ACS Maps |
| 3-D | 2018-2019 ACS Racial Population Change Maps |
| 3-E | Garry Jones Email to S. Opperman and A. Mackin re: Letter from Sen Powell to Sen Huffman dated 09-16-2021 |
| 3-F | S. Opperman Reply Email, dated 09-17-2021 |
| 3-G | Full Senate Email re: Regarding concerns with proposed redraw of SD10 dated 09-18-2021 |
| 3-H | Huffman Email Read Receipt |
| 3-I | S. Opperman Email re: Map Release dated 09-18-2021 |
| 3-J | Written Testimony re: 09-24-2021 Hearing |
| 3-K, Part 1 | Powell Portal Submission, Part 1 |
| 3-K, Part 2 | Powell Portal Submission, Part 2 |
| 3-L | House Committee Email re: Concerns Regarding SB 4 and Proposed SD 10 dated 10-10-2021 |
| 3-M | Full House Email re: Concerns regarding SB4 and proposed redraw of SD10 dated 10-14-2021 |
| 3-N | Texas Demographic Center Report SD10 |
| 4 | Declaration of Eric Richard "Rick" Svatora |

| | |
|---|---|
| 4-A | Svatora Notes |
| 5 | Declaration of Representative Chris Turner |
| 6 | Declaration of Mark P. Gaber |
| 6-A | Mackin Exhibit Objections Email |
| 6-B, Part 1 | Perez Racial Shading Exhibits, Part 1 |
| 6-B, Part 2 | Perez Racial Shading Exhibits, Part 2 |
| 6-B, Part 3 | Perez Racial Shading Exhibits, Part 3 |
| 6-B, Part 4 | Perez Racial Shading Exhibits, Part 4 |
| 6-B, Part 5 | Perez Racial Shading Exhibits, Part 5 |
| 6-C | Mackin Email dated 07-14-2021 |
| 6-D | Gov. Abbott Letter to Sen. Keliger and Rep. Darby dated 04-18-2013 |
| 6-E | Senate Redistricting Hearing Transcript (04-18-2013) |
| 6-F, Part 1 | Senate Redistricting Hearing Transcript, Part 1 (05-30-2013) |
| 6-F, Part 2 | Senate Redistricting Hearing Transcript, Part 2 (05-30-2013) |
| 6-G | Senate Journal, 06-14-2013, 2nd day continued, Addendum |
| 6-H | Senate Journal, 06-14-2013, 3rd day |
| 6-I | Senate Journal, 10-04-21, 3rd day |
| 6-J | Senate Journal, 10-04-21, 4th day |
| 6-K | Senate Journal, 10-04-21, 4th day Addendum |
| 6-L | House Journal, 10-15-21, 6th day continued |
| 6-M | House Journal, 10-15-21, 7th day |
| 7 | Report by Dr. Matt Barreto |
| 8 | Declaration of Roy Charles Brooks |
| 9 | Declaration of Felipe Gutierrez |
| 10 | Declaration of Phyllis Goines |
| 11 | Declaration of Eva Bonilla |
| 12 | Declaration of Clara Faulkner |
| 13 | Declaration of Deborah Spell |
| 14 | Senate Redistricting Hearing Transcript (09-24-2021) |
| 15 | Senate Redistricting Hearing Transcript (09-25-2021) |
| 16 | Senate Redistricting Hearing Transcript (09-28-2021) |
| 17 | Benchmark Plan Deviation Map |
| 18 | Plan S2168 Map |
| 19 | Plan S2168 Population Analysis |
| 20 | Plan S2168 District Population and VAP |
| 21 | Plan S2168 Incumbents by District |
| 22 | Plan S2168 ACS |
| 23 | Plan S2168 2018 Election |
| 24 | Plan S2168 20 Election |
| 25 | Plan S2100 Benchmark Map |
| 26 | Plan S2100 District Population VAP |
| 27 | Plan S2100 ACS |
| 28 | Dallas/Fort Worth Hispanic VAP Benchmark Plan |
| 29 | Dallas/Fort Worth Hispanic VAP Plan S2168 |
| 30 | Dallas/Fort Worth Black VAP Benchmark |

| | |
|---|---|
| 31 | Dallas/Fort-Worth Black VAP Plan S2168 |
| 32 | Alternative Plan 1 Maps |
| 33 | Alternative Plan 1 Population Data |
| 34 | Alternative Plan 1 ACS Data |
| 35 | Alternative Plan 1 2018 Election Data |
| 36 | Alternative Plan 1 2020 Election Data |
| 37 | Alternative Plan 1 Incumbents by District |
| 38 | Alternative Plan 2 Maps |
| 39 | Alternative Plan 2 Population |
| 40 | Alternative Plan 2 ACS Data |
| 41 | Alternative Plan 2 2018 Election Data |
| 42 | Alternative Plan 2 2020 Election Data |
| 43 | Alternative Plan 2 Incumbents by District |