# EXHIBIT 2-A

COMMITTEE ON EDUCATION
COMMITTEE ON HEALTH AND HUMAN SERVICES
COMMITTEE ON HIGHER EDUCATION
COMMITTEE ON NATURAL RESOURCES
 & ECONOMIC DEVELOPMENT



# SENATOR BEVERLY POWELL
DISTRICT 10

October 30, 2019

The Honorable Joan Huffman
Chair, Senate Select Committee on Redistricting
Room 1E.15, Texas Capitol
Austin, TX 78701

Dear Chair Huffman,

I would like to formally invite the Senate Select Committee on Redistricting to Senate District 10 and offer any assistance in hosting an up-coming hearing of the committee.

While we are all proud of our constituencies, I feel strongly that the diversity of District 10 has much to provide your committee in its work toward an equitable and constitutional Senate map for 2021.

In many ways, Senate District 10 and Tarrant County are a microcosm of Texas. According to Census Bureau estimates, Tarrant's population of persons of color has grown by double digit percentages since 2010. Tarrant currently adds about 27,000 new residents each year, constituting one of the ten fastest growth rates in the nation.

I would be happy to recommend expert witnesses to aid the committee with respect to understanding the importance of redistricting to Senate District 10 and in preserving the right of its citizens, particularly people of color, to select the candidate of their choice. In addition, I would be honored to provide any logistical assistance you may require to facilitate a hearing.

I look forward to hearing your response and discussing the committee's availability.

Sincerely,

*Beverly Powell*

Beverly Powell
Senator, District 10

cc:     Members, Senate Select Committee on Redistricting

---

CAPITOL OFFICE:
E1.712 • P.O. Box 12068 • Austin, Texas 78711
(512) 463-0110 • Fax: (512) 475-3745

beverly.powell@senate.texas.gov

DISTRICT OFFICE:
1612 Summit Avenue, Suite 101
Fort Worth, Texas 76102
(817) 820-0007 • Fax: (817) 348-0869