# EXHIBIT 2-B

COMMITTEE ON EDUCATION
COMMITTEE ON HEALTH AND HUMAN SERVICES
COMMITTEE ON HIGHER EDUCATION
COMMITTEE ON NATURAL RESOURCES
 & ECONOMIC DEVELOPMENT



# SENATOR BEVERLY POWELL
DISTRICT 10

February 18, 2020

The Honorable Joan Huffman
Chair, Senate Select Committee on Redistricting
PO Box 12068
Austin, TX 78711

Dear Chairwoman Huffman:

Thank you for your invitation to participate in planning process of the upcoming hearing for the Senate Select Committee on Redistricting on September 17, 2020 in Denton/Tarrant counties. I believe public input during the redistricting process is crucial to ensuring the diverse voices of Texas are heard as we consider new district lines during the next legislative session.

It is my hope that you and the committee will consider choosing Tarrant County to host the September, 17th hearing. Specifically, it is my hope that the committee will consider Tarrant County College South as the venue for the committee hearing.

My office has been in contact with Tarrant County College South and has secured a day long reservation for the venue should you choose this location. The venue fits all the criteria provided in the original letter sent to my office on February 4th, 2020. The venue will also be free of charge to the committee.

Beyond serving as central location that is easily accessible to the public by car or public transportation, Tarrant County College South Campus reflects the growing diversity of Tarrant County and the community in which the college serves. Located off of Interstate 20, Tarrant County South serves the cities of Forest Hill, Everman, Edgecliff Village, Crowley, and South and Southeast Fort Worth. These communities are all some of the most diverse cities and populations in Tarrant County with both large African American populations and growing Hispanic populations. Proximity to these diverse areas of Tarrant County will allow for greater public input from Tarrant County's African American and Latino communities, while the central location and access to major interstates will allow easy access to those driving from others parts of the region.

CAPITOL OFFICE:
E1.712 • P.O. BOX 12068 • AUSTIN, TEXAS 78711
(512) 463-0110 • FAX: (512) 475-3745
beverly.powell@senate.texas.gov

Page 2
Chair Huffman

I look forward to working with you and the committee to ensure that the people of Tarrant County's voices are heard in the redistricting process. As a State Senator elected by African American and Latino voters, I am excited about the prospects of my diverse constituency being heard as we look forward to drawing district lines that ensure the voices of all Texans are fairly represented in the Texas Legislature.

Regards,

*Beverly Powell*

Beverly Powell
Texas State Senator, District 10