# EXHIBIT 3-A



