# EXHIBIT 3-B

| | |
|---|---|
| **From:** | Sean Opperman |
| **To:** | Amy Lane; Cari Christman; Chris Steinbach; Dave Nelson; Desiree Castro; Drew Graham; Garry Jones; Johanna Kim; Jorge Ramirez; Josh Reyna; Margaret Wallace; Martin A Golando; Peter Einhorn; Robert Borja; Tara Clements; Terry Franks |
| **Subject:** | Redistricting Dropbox Update |
| **Date:** | Thursday, August 19, 2021 12:24:15 PM |
| **Attachments:** | Senate District Deviation from Ideal District Population.pdf |

Just a reminder that the Redistricting Committee's Dropbox is a great resource for all things redistricting.  Each Senate office has complete access to this folder.  Some of the information in Dropbox includes:

- Information from hearings
- Public input received from the public input portal
- Maps based on ACS estimates
- Maps of current plans
- Maps based on the Texas Demographic Center projects

We just added a new folder titled "2020 Census" under the "Maps" folder.  In this folder, we will start adding maps that we receive from TLC that are based on 2020 Census data.  So, if you are looking for new information based on the 2020 census, this may be a place to start looking.  TLC's redistricting website is also another great resource:  https://redistricting.capitol.texas.gov/

We just added the attached map to Dropbox, which is based on the 2020 census.  As TLC continues to analyze the 2020 census data, we should start receiving more maps as well.

**https://www.dropbox.com/sh/sxg2mp62zuu6tx2/AACIQ4bIzQmZKMoUDxRzl_jua?dl=0**

Let us know if you have any questions.


**Sean Opperman**
*Chief of Committee Operations*
*Chief Legal Counsel*
Senate Special Committee on Redistricting
Senate Committee on Jurisprudence
Senator Joan Huffman, Chair
sean.opperman@senate.texas.gov
(512) 463-0493 (Redistricting)
(512) 463-0395 (Jurisprudence)