# EXHIBIT 3-C





# State Senate District 10

## Sen. Beverly Powell

### Estimated Deviation from Ideal District Population

## ACS 2015-2019 5-Year Estimates

**Estimated Population**
**Texas: 28,260,856**
**Ideal District: 911,641**

-12.2% -10% -5% +5% +10% +11.1%

**Percent Deviation from Estimated Ideal District Population**

| | |
|---|---|
| **Anglo (White, Non-Hispanic)** | **43.2%** |
| **Non-Anglo** | **56.8%** |
| **Hispanic or Latino** | **31.1%** |
| **Black Alone or in Combo** | **20.7%** |
| **Asian Alone or in Combo** | **4.8%** |

The council groups population data into categories for redistricting in Texas. Individuals counted as Hispanic, Black, and Asian may be included in multiple categories. Non-Anglo is a combined total of individuals identifying as any racial or ethnic category other than White alone, adjusted so that individuals are not counted more than once. The Anglo and non-Anglo categories combined represent total population.

**21R0006 1/8/21**
Texas Legislative Council
State Senate Districts: PlanS172
U.S. Census Bureau American Community Survey 2015-2019 5-Year Estimates

# State Senate District 10
## Sen. Beverly Powell
**Estimated Deviation from Ideal District Population**
## ACS 2014-2018 5-Year Estimates

**Estimated Population**
Texas: 27,885,195
Ideal District: 899,522

-11.1%  -10%  -5%  +5%  +9.4%

**Percent Deviation from Estimated Ideal District Population**

| | |
|---|---|
| **Anglo (White, Non-Hispanic)** | 43.9% |
| **Non-Anglo** | 56.1% |
| **Hispanic or Latino** | 30.7% |
| **Black Alone or in Combo** | 20.5% |
| **Asian Alone or in Combo** | 4.8% |

The council groups population data into categories for redistricting in Texas. Individuals counted as Hispanic, Black, and Asian may be included in multiple categories. Non-Anglo is a combined total of individuals identifying as any racial or ethnic category other than White alone, adjusted so that individuals are not counted more than once. The Anglo and non-Anglo categories combined represent total population.



State Senate District
ACS 2014-18 Est. Pop.
Over/Under Est. Ideal

SD-16 -0.1%
SD-12 9.4%
SD-9 0.3%
SD-30 1.7%
SD-10 912,860 1.5%
SD-23 -1.4%
SD-22 -2.3%

PARKER COUNTY | TARRANT COUNTY | DALLAS COUNTY | JOHNSON COUNTY | ELLIS COUNTY

20R0269 12/30/19
Texas Legislative Council
State Senate Districts: PlanS172
U.S. Census Bureau American Community Survey 2014-2018 5-Year Estimates

# State Senate Districts

## Estimated Deviation from Ideal District Population

## ACS 2014-2018 5-Year Estimates*

Estimated Population
Texas: 27,885,195
Ideal District: 899,522

2010 Census Total Population
Texas: 25,145,561
Ideal District: 811,147

+9.39%
983,996
944,498 +5%
899,522
854,546 -5%
799,687
-11.10%

Deviation from Estimated Ideal District Population
ACS 2014-2018 5-Year Estimates

-11.1% -10% -5% +5% +9.4%

Percent Deviation from Estimated Ideal District Population

### North Central Texas

### Harris County

### Bexar County

KENDALL
COMAL
SD-25
8 %
BEXAR
GUADALUPE
SD-26
-2.7 %
SD-19
0.3 %
SD-21
-1.2 %
ATASCOSA
WILSON

### Travis County

BURNET
SD-5
6.9 %
WILLIAMSON
SD-24
-4.6 %
TRAVIS
SD-14
7.9 %
HAYS
SD-25
8 %
SD-21
-1.2 %
BASTROP
CALDWELL

**State Senate District Over/Under Est. Ideal**

19R4070b 12/30/19
Texas Legislative Council
State Senate Districts: PlanS172
U.S. Census Bureau American Community Survey 2014-2018 5-Year Estimates

*The estimated state population and estimated district populations were produced from the American Community Survey (ACS) 2014-2018 5-year estimates of total population. The actual population data and ideal district size for use in redistricting will be produced upon the completion of the 2020 Census and delivery of small area data in accordance with Public Law 94-171.

TLC

