# EXHIBIT 3-D





# State Senate District 10
## Sen. Beverly Powell

## Estimated Population Change

***ACS 2009-2013 5-Year Estimates***
**to**
**ACS 2015-2019 5-Year Estimates**

**Estimated Texas Population**
***ACS 09-13: 25,639,373***
**ACS 14-18: 28,260,856**
**Percent Change: 10.2%**

**2% 5% 10% 15% 20%**

**Estimated Percent Change in Total Population**

| | 09-13 | 15-19 | % Change |
|---|---|---|---|
| Anglo (White, Non-Hispanic) | 47.1% | 43.2% | 0.2% |
| Non-Anglo | 52.9% | 56.8% | 17.1% |
| Hispanic or Latino | 29.4% | 31.1% | 15.5% |
| Black Alone or in Combo | 18.9% | 20.7% | 19.4% |
| Asian Alone or in Combo | 4.3% | 4.8% | 21.9% |

State Senate District
*ACS 2009-13 Est. Pop.*
ACS 2015-19 Est. Pop.
Est. Percent Change

21R0007a 1/8/21
Texas Legislative Council
State Senate Districts: PlanS172
U.S. Census Bureau American Community Survey 2009-2013 & 2015-2019 5-Year Estimates

# State Senate District 10
## Sen. Beverly Powell

## Estimated Population Change

*ACS 2009-2013 5-Year Estimates to ACS 2014-2018 5-Year Estimates*

**Estimated Texas Population**
*ACS 09-13: 25,639,373*
ACS 14-18: 27,885,195
**Percent Change: 8.8%**

2%   4%   8.8%   13%   16.7%

**Estimated Percent Change in Total Population**

|  | 09-13 | 14-18 | % Change |
|---|---|---|---|
| **Anglo (White, Non-Hispanic)** | 47.1% | 43.9% | 0.2% |
| **Non-Anglo** | 52.9% | 56.1% | 14% |
| **Hispanic or Latino** | 29.4% | 30.7% | 12.2% |
| **Black Alone or in Combo** | 18.9% | 20.5% | 16.7% |
| **Asian Alone or in Combo** | 4.3% | 4.8% | 19% |

State Senate District
*ACS 2009-13 Est. Pop.*
ACS 2014-18 Est. Pop.
Est. Percent Change

SD-12  16.7 %
SD-16  7.5 %
SD-9  8.1 %
SD-30  8.7 %
SD-10  849,337  912,860  7.5 %
SD-23  7.7 %
SD-22  7.3 %

TARRANT COUNTY
DALLAS COUNTY
PARKER COUNTY
JOHNSON COUNTY
ELLIS COUNTY



**20R0363** 1/24/20
Texas Legislative Council
State Senate Districts: PlanS172
U.S. Census Bureau American Community Survey 2009-2013 & 2014-2018 5-Year Estimates

# State Senate Districts
# Estimated Population Change

***ACS 2009-2013 5-Year Estimates***
**to**
**ACS 2014-2018 5-Year Estimates**

20R0363a 1/23/20
Texas Legislative Council
State Senate Districts: PlanS172
U.S. Census Bureau American Community Survey 2009-2013 & 2014-2018 5-Year Estimates

