# EXHIBIT 3-F

| | |
|---|---|
| **From:** | Sean Opperman |
| **To:** | Garry Jones |
| **Cc:** | Anna Mackin_SC |
| **Subject:** | RE: Letter from Sen Powell to Sen Huffman |
| **Date:** | Friday, September 17, 2021 10:57:44 AM |

Garry,

Thank you for reaching out. I briefly opened these documents and they appear to contain racial data, so I closed out of them right away. (Just a reminder: we are drafting all maps without regard to racial data, and sending the drafts out for a legal-compliance check).

Sean

**From:** Garry Jones <Garry.Jones@senate.texas.gov>
**Sent:** Thursday, September 16, 2021 5:31 PM
**To:** Sean Opperman <Sean.Opperman@senate.texas.gov>; Sean Opperman_SC <Sean.Opperman_SC@senate.texas.gov>; Anna Mackin_SC <Anna.Mackin_SC@senate.texas.gov>
**Subject:** Letter from Sen Powell to Sen Huffman
**Importance:** High

Sean and Anna,

Attached is a letter from Senator Powell further explaining how the proposal to dismantle Senate District 10 as an effective minority coalition and crossover district is unlawful intentional racial discrimination and will produce a discriminatory effect. Please confirm receipt.

Garry Jones

--
Garry Jones
State Senator Beverly Powell
District: 817-820-0007
Austin- 512-463-0110