# EXHIBIT 3-G

| | |
|---|---|
| **From:** | Beverly Powell |
| **To:** | Bryan Hughes; Bob Hall; Robert Nichols; Brandon Creighton; Charles Schwertner; Carol Alvarado; Paul Bettencourt; Angela Paxton; Kelly Hancock; Larry Taylor; Jane Nelson; Borris Miles; Sarah Eckhardt; John Whitmire; Nathan Johnson; Joan Huffman; Lois Kolkhorst; Roland Gutierrez; Juan Hinojosa; Judith Zaffirini; Brian Birdwell; Royce West; Dawn Buckingham; Donna Campbell; Jose Menendez; Eddie Lucio; Charles Perry; Cesar Blanco; Drew Springer; Kel Seliger |
| **Subject:** | Regarding concerns with proposed redraw of SD10 |
| **Date:** | Saturday, September 18, 2021 8:59:00 AM |
| **Attachments:** | Letter to Sen Huffman from Sen Powell 9.16.21.pdf<br>Senate District 10 Facts.pdf<br>SD10 - plans2100r100.pdf<br>SD10 - plans2100r116_acs1519.pdf<br>SD10 Map Packet.pdf<br>2012 DC Court Opinion.pdf |
| **Importance:** | High |

Dear Colleagues,

In anticipation of the release of proposed redistricting maps, I wanted to bring to your attention a proposed redraw of Texas Senate District 10, which would reduce the district's minority population by about 10%—cleaving through minority neighborhoods to prevent minority voters from uniting to elect their preferred candidates. The blue circles below show over 135,000 minorities who—to the best of my recollection from the preview shown to me—are removed by the proposed plan and replaced with Anglo voters from Johnson and Parker Counties. This plan would achieve its aim: Tarrant County's 1.2 million minorities—the majority of the county's population—would lose the only senate district in which they can unite to elect their preferred senator.





The Supreme Court has warned that it is intentional racial discrimination to destroy an effective crossover district like SD10, and federal courts blocked this precise effort to dismantle SD10's minority population in 2011, forcing the State to pay over $1 million in plaintiffs' attorneys' fees.

Attached is a letter, with accompanying attachments, that was sent to Senator Huffman, Chair of the Redistricting Committee, following the preview of the proposed map highlighting my concerns with

the proposal.

I bring this information to your attention on behalf of my constituents whose voices would be silenced under the proposed redraw. Cracking apart minority voters and submerging them in districts featuring Anglo bloc voting against minority-preferred candidates violates the Constitution and the Voting Rights Act. This is unacceptable and a direct attack on the ability of my constituents to elect a candidate of their choice.

Best,

Beverly