# EXHIBIT 3-H

| | |
|---|---|
| **From:** | Joan Huffman |
| **To:** | Beverly Powell |
| **Subject:** | Read: Regarding concerns with proposed redraw of SD10 |
| **Date:** | Saturday, September 18, 2021 9:30:45 AM |
| **Importance:** | High |

Your message
  To: Joan Huffman
  Subject: Regarding concerns with proposed redraw of SD10
  Sent: Saturday, September 18, 2021 8:59:07 AM (UTC-06:00) Central Time (US &amp; Canada)
was read on Saturday, September 18, 2021 9:30:44 AM (UTC-06:00) Central Time (US &amp; Canada).