# EXHIBIT 3-I

| | |
|---|---|
| **From:** | Sean Opperman |
| **To:** | Adrian Piloto; Alexander Hammond; Amy Lane; Angus Lupton; Anna Barnett; Cari Christman; Carrie Smith; Chris Steinbach; Cody Terry; Dave Nelson; Deisy Jaimes; Drew Graham; Garry Jones; Johanna Kim; Jorge Ramirez; Josh Reyna; Lajuana D. Barton; Lara Wendler; Luis Moreno; Marc Salvato; Margaret Wallace; Matthew Dowling; Pearl Cruz; Peter Einhorn; Randy Samuelson; Robert Borja; Ruben O'Bell; Stacey Chamberlin; Tara Clements; Terry Franks |
| **Subject:** | Senate plan |
| **Date:** | Saturday, September 18, 2021 1:19:29 PM |
| **Importance:** | High |

Senate Colleagues,

Senator Huffman just filed Senate Bill 4 (Statewide Senate proposed redistricting plan).  The Senate central staff is now working to get the bill text online and TLC is working to publish the map on DistrictViewer.  Both the map and bill text will soon be available online for public viewing.  If you have any questions about TLC's DistrictViewer, please contact TLC.  We are coordinating the final logistical details for hearings that will be held once the Legislature gavels in to special session.  Those details will be shared with you and with the public as soon as they are available.

**Senate:** Plan S2101

**DistrictViewer website:** https://dvr.capitol.texas.gov/
**Bill text:** https://capitol.texas.gov/

**Sean Opperman**
*Chief of Committee Operations*
*Chief Legal Counsel*
Senate Special Committee on Redistricting
Senate Committee on Jurisprudence
Senator Joan Huffman, Chair
sean.opperman@senate.texas.gov
(512) 463-0493 (Redistricting)
(512) 463-0395 (Jurisprudence)