# EXHIBIT 3-M

| | |
|---|---|
| **From:** | Beverly Powell |
| **To:** | Alma A. Allen; Steve Allison; Rafael Anchia; Charles Anderson; Trent Ashby; Ernest Bailes; Michelle Beckley; Cecil Bell; Keith Bell; Diego Bernal; Kyle Biedermann; Greg Bonnen; Rhetta Bowers; Brad Buckley; John Bucy; DeWayne Burns; Dustin Burrows; Angie Button; Briscoe Cain; Elizabeth Campos; Terry Canales; Giovanni Capriglione; Jeff Cason; Travis Clardy; Sheryl Cole; Garnet F Coleman; Nicole D Collier; David Cook; Philip Cortez; Tom Craddick; Jasmine Crockett; John Cyrier; Drew Darby; Yvonne Davis; Jay Dean; Joe Deshotel; Alex Dominguez; Harold V. Dutton; Brian Harrison; Art Fierro; James Frank; John Frullo; Gary Gates; Charlie Geren; Barbara Gervin-Hawkins; Craig Goldman; Jessica Gonzalez; Mary Gonzalez; Vikki Goodwin; Bobby Guerra; Ryan Guillen; Sam Harless; Cody Harris; Cole Hefner; Ana Hernandez; Abel Herrero; Gina Hinojosa; Justin Holland; Donna Howard; Dan Huberty; Lacey Hull; Todd Hunter; Celia Israel; Jacey Jetton; Ann Johnson; Jarvis Johnson; Julie Johnson; Kyle Kacal; Ken King; Phil King; Tracy King; Stephanie Klick; Matt Krause; John Kuempel; Stan Lambert; Brooks Landgraf; Lyle Larson; Jeff Leach; Ben Leman; Oscar Longoria; Ray Lopez; JM Lozano; Eddie Lucio III; Mando Martinez; Trey Martinez Fischer; Will Metcalf; Morgan Meyer; Terry Meza; Mayes Middleton; Ina Minjarez; Joe Moody; Christina Morales; Eddie Morales; Penny Morales Shaw; Geanie Morrison; Sergio Munoz; Jim Murphy; Andrew Murr; Victoria Neave; Candy Noble; Tom Oliverson; Claudia Ordaz Perez; Lina Ortega; Chris Paddie; Tan Parker; Jared Patterson; Dennis Paul; Mary Ann Perez; Dade Phelan; Four Price; Ana-Maria Ramos; John Raney; Richard Raymond; Ron Reynolds; Eddie Rodriguez; Glenn Rogers; Ramon Romero Jr.; Toni Rose; Jon Rosenthal; Scott Sanford; Matt Schaefer; Mike Schofield; Matt Shaheen; Carl Sherman; Hugh Shine; Bryan Slaton; Shelby Slawson; Reggie Smith; John Smithee; David Spiller; Phil Stephenson; Lynn Stucky; Valoree Swanson; James Talarico; Shawn Thierry; Ed Thompson; Senfronia Thompson; Tony Tinderholt; Steve Toth; Chris Turner; John Turner; Gary VanDeaver; Cody Vasut; Hubert Vo; Armando Walle; James White; Terry Wilson; Gene Wu; Erin Zwiener |
| **Subject:** | Concerns regarding SB4 and proposed redraw of SD10 |
| **Date:** | Thursday, October 14, 2021 8:01:00 PM |
| **Attachments:** | Sen Powell Letter to Chair Hunter 10.10.21.pdf<br>2012 DC Court Opinion.pdf<br>SD10 - plans2100r100.pdf<br>SD10 - plans2100r116_acs1519.pdf<br>SD10 Map Packet.pdf<br>Senate District 10 Facts.pdf |
| **Importance:** | High |

Dear House Colleagues,

In advance of House floor consideration on Senate Bill 4, I wanted to bring to your attention a proposed redraw of Texas Senate District 10, which would reduce the district's minority population by 8% (according to ACS estimates)—cleaving through minority neighborhoods to prevent minority voters from uniting to elect their preferred candidates. The circles below show over 150,000 minorities, according to the 2020 census, who are removed by the proposed plan and replaced with Anglo residents from seven rural counties. This plan would achieve its aim: Tarrant County's 1.2 million minorities—the majority of the county's population—would lose the only senate district in which they can unite to elect their preferred senator.




The Supreme Court has warned that it is intentional racial discrimination to destroy an effective crossover district like SD10, and federal courts blocked this precise effort to dismantle SD10's minority population in 2011, forcing the State to pay over $1 million in plaintiffs' attorneys' fees.

Attached is a letter I sent to the Chair of the House Redistricting Committee and committee members this past weekend, with accompanying attachments.

I bring this information to your attention on behalf of my constituents whose voices would be silenced under the proposed redraw. Cracking apart minority voters and submerging them in districts featuring Anglo bloc voting against minority-preferred candidates violates the Constitution and the Voting Rights Act. This is unacceptable and a direct attack on the ability of my constituents to elect a candidate of their choice.

Best,

Beverly Powell

Texas State Senator, District 10