# EXHIBIT 3-N

Texas Senate District 10, PLANS172

## 2010 Population and 2020 Projected Population
## Numeric and Percent Change 2010 to 2020 by County

| | Population | | Population Change by Race/Ethnicity 2010 - 2020 | | | | | | | | | |
| | | | All Races | | NH White | | NH Black | | Hispanic | | NH Asian | | NH Other | |
| County | 2010 | 2020 | Numeric | Percent | Numeric | Percent | Numeric | Percent | Numeric | Percent | Numeric | Percent | Numeric | Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tarrant | 1,809,034 | 2,143,755 | 334,721 | 18.50% | 43,856 | 4.68% | 88,325 | 33.64% | 142,166 | 29.44% | 43,297 | 51.93% | 17,077 | 39.69% |

Source: Texas Demographic Center, Vintage 2018 Population Projections, 2010-2015 Migration Scenario
Note: Population for all counties contained wholly or partially within Senate District.