# EXHIBIT 4-A



Meeting w/ Harrison & when BVP in session

9/1/17 letter re:

Feb. 12 — redistricting

Tuesday — might show 5/15

- non-members show Rep. (All may not be present)
- Fall on or one district w/ Huffman @ VP
→ any presumed adherence (no) residence
cas of Redistr Retention — Today's research
seeing is retained (9) seal already getting

these records request

atty/client privilege - less waived than
lege privilege.

Brian Fisher — AG - conciliatory
Jeff Archer — Lege Council
Wendy Underhill — NCSL

Sec. 2 - cracking + packing — most of challenges.

Drop Box - will share w/ all Senate

American Comm Survey - last week
- 2-3 more CDs

"Very little change would be necessary for you all... being you're close to ideal [?].
I wouldn't anticipate much movement for you other than slightly tweaking your district." → Scott

(page 1)

Feb. 12 [2020]  Redistricting

Letter re: 9/17 hearing – input due 5/15

- Non-members invited (but may not be space)
- Fall one on one meetings w/Huffman + BVP
- Any preferences, addresses (DO/residence)

Legal + Records Retention – Patsy is research

Everything is retained @ committee, already getting

Open records requests


(page 2)

Atty/client privlige [sic] is less waived than

Lege privlige [sic]

Brian Fisher @ OAG – counciling [sic]

Jeff Archer @ Lege Council

Wendy Underhill @ NCSL

Sec. 2 – cracking + packing > most of

Challenges

Drop Box – will share w/all Senate

American Comm Survey – last estimates

2-3 more CDs

"Very little change would be necessary for you

all being you're close to ideal size,

I wouldn't anticipate much movement for

You, other than slightly tweaking your

District" > Sean