# EXHIBIT 6-A



Mark Gaber <mark.gaber@gmail.com>

## Conferring Re: Exhibits
1 message

**Mackin, Anna** <Anna.Mackin@oag.texas.gov>  Sun, Jul 9, 2017 at 2:53 AM
To: "garzpalm@aol.com" <garzpalm@aol.com>, "martin.golando@gmail.com" <martin.golando@gmail.com>, "nperales@MALDEF.org" <nperales@maldef.org>, "eherrera@MALDEF.org" <eherrera@maldef.org>, Gerry Hebert <ghebert1949@icloud.com>, Mark Gaber <mark.gaber@gmail.com>, Renea Hicks <rhicks@renea-hicks.com>, "Khanna, Abha (Perkins Coie)" <AKhanna@perkinscoie.com>, "davidrichardsaustin@gmail.com" <davidrichardsaustin@gmail.com>, "AllisonRiggs@southerncoalition.org" <AllisonRiggs@southerncoalition.org>, "garybledsoe@sbcglobal.net" <garybledsoe@sbcglobal.net>, "lrvlaw@sbcglobal.net" <lrvlaw@sbcglobal.net>, "rrios@rolandorioslaw.com" <rrios@rolandorioslaw.com>, "chad@brazilanddunn.com" <chad@brazilanddunn.com>
Cc: "Sweeten, Patrick" <Patrick.Sweeten@oag.texas.gov>, "Bitter, Adam" <Adam.Bitter@oag.texas.gov>, "Johnson, Seth" <John.Johnson@oag.texas.gov>, "Colmenero, Angela" <Angela.Colmenero@oag.texas.gov>, "Frederick, Matthew" <Matthew.Frederick@oag.texas.gov>, "Head, Melissa" <Melissa.Head@oag.texas.gov>, "Disher, Todd" <Todd.Disher@oag.texas.gov>, "Presnell, Parke" <Parke.Presnell@oag.texas.gov>, "Bowen, Marshall" <Marshall.Bowen@oag.texas.gov>

Dear Counsel,

Attached please find Defendants' objections to Plaintiffs' trial exhibits. Defendants are providing their objections to the exhibits identified on the exhibit lists filed by the parties, and have included objections to some of the supplemental exhibits. Defendants will provide their objections to additional supplemental exhibits on a rolling basis.

Thanks,

Anna

📎 **Defendants' Exhibit Objections.xlsx**
25K

| Plaintiff | Number | Basis for Objection |
|---|---|---|
| MALC | 1 | No objection |
| MALC | 2 | Hearsay; relevance |
| MALC | 3 | Hearsay |
| MALC | 4 | Hearsay |
| MALC | 5 | No objection |
| MALC | 6 | Hearsay |
| MALC | 7 | No objection |
| MALC | 8 | No objection |
| MALC | 9 | No objection |
| MALC | 10 | No objection |
| MALC | 11 | No objection |
| MALC | 12 | Not disclosed |
| MALC | 13 | Not disclosed |
| MALC | 14 | No objection |
| MALC | 15 | No objection |
| MALC | 16 | No objection |
| MALC | 17 | Hearsay |
| MALC | 18 | No objection |
| MALC | 19 | Hearsay |
| MALC | 20 | No objection |
| MALC | 21 | Hearsay |
| MALC | 22 | No objection |
| MALC | 23 | No objection |
| MALC | 24 | Foundation |
| MALC | 25 | Foundation |
| MALC | 26 | No objection |
| MALC | 27 | No objection |
| MALC | 28 | No objection |

| Plaintiff | Number | Basis for Objection |
|---|---|---|
| Task Force | 1 | *See* forthcoming deposition objections and counterdesignations |
| Task Force | 2 | *See* forthcoming deposition objections and counterdesignations |
| Task Force | 3a | No objection |
| | 3b | No objection |
| | 3c | No objection |
| | 3d | No objection |
| | 3e | No objection |
| | 3f | No objection |
| | 3g | No objection |
| | 3h | No objection |
| | 3i | No objection |
| | 3j | No objection |
| | 3k | No objection |
| | 3l | No objection |
| | 3m | No objection |
| | 3n | No objection |
| | 3o | No objection |
| | 3p | No objection |
| | 3q | No objection |
| | 3r | Hearsay |
| | 3s | Hearsay |
| | 3t | Hearsay |
| | 3u | Hearsay |
| | 3v | Hearsay |
| | 3w | Hearsay; relevance |
| | 3x | Hearsay; relevance |
| | 3y | Hearsay; relevance |
| | 3z | No objection |
| | 3aa | No objection |
| | 3ab | No objection |
| | 3ac | No objection |
| | 3ad | No objection |
| | 3ae | Hearsay; relevance |
| | 3af | Hearsay; relevance |
| | 3ag | Hearsay; relevance |
| | 3ah | Hearsay; relevance |
| | 3ai | Hearsay; relevance |
| | 3aj | Relevance |
| | 3ak | Hearsay; relevance |
| | 3al | Hearsay; relevance |

| | | |
|---|---|---|
| | 3am | Hearsay; relevance |
| | 3an | Hearsay; relevance |
| | 3ao | Hearsay; relevance |
| | 3ap | Hearsay; relevance |
| Task Force | 4 | *See* forthcoming deposition objections and counterdesignations |
| Task Force | 5 | *See* forthcoming deposition objections and counterdesignations |
| Task Force | 6 | *See* forthcoming deposition objections and counterdesignations |
| Task Force | 7 | *See* forthcoming deposition objections and counterdesignations |
| Task Force | 8 | *See* forthcoming deposition objections and counterdesignations |
| Task Force | 9 | Hearsay |
| Task Force | 10 | *See* forthcoming deposition objections and counterdesignations |
| Task Force | 11 | No objection |
| Task Force | 12 | Foundation; authenticity |
| Task Force | 13 | No objection |
| Task Force | 14 | No objection |
| Task Force | 15 | No objection |
| Task Force | 16 | Foundation; authenticity |
| Task Force | 17 | Authenticity; hearsay |
| Task Force | 18 | Authenticity; hearsay |
| Task Force | 19 | Hearsay |
| Task Force | 20 | Hearsay |
| Task Force | 21 | Hearsay |
| Task Force | 22 | Relevance |
| Task Force | 23(a) | No objection |
| Task Force | 23(b) | No objection |
| Task Force | 23(c) | No objection |
| Task Force | 23(d) | No objection |
| Task Force | 23(e) | No objection |
| Task Force | 24(a) | No objection |

| | | |
|---|---|---|
| Task Force | 24(b) | No objection |
| Task Force | 24(c) | No objection |
| Task Force | 24(d) | No objection |
| Task Force | 24(e) | No objection |
| Task Force | 24(f) | No objection |
| Task Force | 25(a) | No objection |
| Task Force | 25(b) | No objection |
| Task Force | 25(c) | No objection |
| Task Force | 25(d) | No objection |
| Task Force | 25(e) | No objection |
| Task Force | 25(f) | No objection |
| Task Force | 26(a) | No objection |
| Task Force | 26(b) | No objection |
| Task Force | 26(c) | No objection |
| Task Force | 26(d) | No objection |
| Task Force | 26(e) | No objection |
| Task Force | 26(f) | No objection |
| Task Force | 27 | No objection |
| Task Force | 28 | No objection |
| Task Force | 29 | No objection |
| Task Force | 30 | No objection |
| Task Force | 31 | No objection |
| Task Force | 32 | No objection |
| Task Force | 33 | No objection |
| Task Force | 34 | No objection |
| Task Force | 35 | No objection |
| Task Force | 36 | No objection |
| Task Force | 37 | No objection |
| Task Force | 38 | No objection |
| Task Force | 39 | No objection |
| Task Force | 40 | No objection |
| Task Force | 41 | No objection |
| Task Force | 42 | No objection |
| Task Force | 43 | No objection |
| Task Force | 44 | No objection |
| Task Force | 45 | No objection |
| Task Force | 46 | See forthcoming deposition objections and counterdesignations |
| Task Force | 47 | No objection |
| Task Force | 48 | See forthcoming deposition objections and counterdesignations |
| Task Force | 49 | No objection |

| | | |
|---|---|---|
| Task Force | 50 | Foundation; authenticity |
| Task Force | 51 | Foundation; authenticity |
| Task Force | 52 | Foundation; authenticity |
| Task Force | 53 | Foundation; authenticity |
| Task Force | 54 | Foundation; authenticity |
| Task Force | 55 | Foundation; authenticity |
| Task Force | 56 | Foundation; authenticity |
| Task Force | 57 | Foundation; authenticity |
| Task Force | 58 | Foundation; authenticity |
| Task Force | 59 | Foundation; authenticity |
| Task Force | 60 | Foundation; authenticity |
| Task Force | 61 | Foundation; authenticity |
| Task Force | 62 | Foundation; authenticity |

| Plaintiff | Number | Basis for Objection |
|---|---|---|
| NAACP | 1 | No objection |
| NAACP | 2 | Hearsay |
| NAACP | 3 | No objection |
| NAACP | 4 | Hearsay |
| NAACP | 5 | No objection |
| NAACP | 6 | Hearsay |
| NAACP | 7 | Hearsay |
| NAACP | 8 | Hearsay |
| NAACP | 9 | Hearsay |
| NAACP | 10 | Hearsay |
| NAACP | 11 | Hearsay |
| NAACP | 12 | Hearsay |
| NAACP | 13 | Hearsay |
| NAACP | 14 | No objection |
| NAACP | 15 | No objection |
| NAACP | 16 | Hearsay; relevance; improper opinion |
| NAACP | 17 | Hearsay |
| NAACP | 18 | Hearsay |
| NAACP | 19 | Hearsay |
| NAACP | 20 | Hearsay |
| NAACP | 21 | Hearsay |
| NAACP | 22 | Hearsay |
| NAACP | 23 | Hearsay |
| NAACP | 24 | No objection |
| NAACP | 25 | Hearsay |
| NAACP | 26 | Hearsay |
| NAACP | 27 | Hearsay |
| NAACP | 28 | Hearsay; foundation |
| NAACP | 29 | No objection |
| NAACP | 30 | No objection |
| NAACP | 31 | No objection |
| NAACP | 32 | No objection |
| NAACP | 33 | No objection |
| NAACP | 34 | Hearsay; not properly disclosed; foundation; authenticity; improper opinion |
| NAACP | 35 | No objection |
| NAACP | 36 | No objection |
| NAACP | 37 | No objection |
| NAACP | 38 | No objection |
| NAACP | 39 | Hearsay; not properly disclosed; foundation; authenticity; improper opinion |
| NAACP | 40 | Hearsay; relevance |

| | | |
|---|---|---|
| NAACP | 41 | Hearsay; relevance |
| NAACP | 42 | Hearsay |
| NAACP | 43 | Hearsay |
| NAACP | 44 | Hearsay; relevance |
| NAACP | 45 | Forthcoming |

| Plaintiff | Number | Basis for Objection |
|---|---|---|
| | QUESADA-2017-1 | Hearsay |
| | QUESADA-2017-2 | No objection |
| | QUESADA-2017-3 | No objection |
| | QUESADA-2017-4 | No objection |
| | QUESADA-2017-5 | No objection |
| | QUESADA-2017-6 | No objection |
| | QUESADA-2017-7 | No objection |
| | QUESADA-2017-8 | No objection |
| | QUESADA-2017-9 | No objection |
| | QUESADA-2017-10 | No objection |
| | QUESADA-2017-11 | No objection |
| | QUESADA-2017-12 | Foundation; authenticity |
| | QUESADA-2017-13 | Foundation; authenticity |
| | QUESADA-2017-14 | Foundation; authenticity |
| | QUESADA-2017-15 | Foundation; authenticity |
| | QUESADA-2017-16 | No objection |
| | QUESADA-2017-17 | No objection |
| | QUESADA-2017-18 | No objection |
| | QUESADA-2017-19 | No objection |
| | QUESADA-2017-20 | No objection |
| | | No objection |
| | QUESADA-2017-22 | No objection |
| | QUESADA-2017-23 | No objection |
| | QUESADA-2017-24 | No objection |
| | QUESADA-2017-25 | No objection |
| | QUESADA-2017-26 | No objection |
| | QUESADA-2017-27 | No objection |
| | QUESADA-2017-28 | No objection |
| | QUESADA-2017-29 | No objection |
| | QUESADA-2017-31 | Foundation; authenticity |
| | QUESADA-2017-32 | Relevance |
| | QUESADA-2017-33 | Hearsay |
| | QUESADA-2017-34 | Hearsay |
| | QUESADA-2017-35 | Hearsay |
| | QUESADA-2017-36 | Hearsay |
| | QUESADA-2017-37 | Hearsay |
| | QUESADA-2017-38 | Hearsay; relevance |
| | QUESADA-2017-39 | Hearsay; relevance; impoper opinion |
| | QUESADA-2017-40 | Hearsay; relevance |
| | QUESADA-2017-41 | Hearsay; relevance |
| | QUESADA-2017-42 | Hearsay; relevance |
| | QUESADA-2017-43 | Hearsay; relevance |
| | QUESADA-2017-44 | Hearsay; relevance |
| | QUESADA-2017-45 | Hearsay; relevance |
| | QUESADA-2017-46 | Hearsay; relevance |

| | |
|---|---|
| QUESADA-2017-47 | Hearsay |
| QUESADA-2017-48 | Hearsay; improper opinion |
| QUESADA-2017-49 | No objection |
| QUESADA-2017-50 | Hearsay; relevance |
| QUESADA-2017-51 | Hearsay |
| QUESADA-2017-52 | Hearsay; relevance |
| QUESADA-2017-53 | Hearsay |
| QUESADA-2017-54 | Hearsay |
| QUESADA-2017-55 | Hearsay |
| QUESADA-2017-56 | Hearsay |
| QUESADA-2017-57 | No objection |
| QUESADA-2017-58 | Hearsay |
| QUESADA-2017-59 | Hearsay |
| QUESADA-2017-60 | Herarsay; relevance |
| QUESADA-2017-61 | Hearsay; relevance |
| QUESADA-2017-62 | Hearsay; relevance |
| QUESADA-2017-63 | Hearsay; relevance |
| QUESADA-2017-64 | Relevance |
| QUESADA-2017-65 | Hearsay; relevance |
| QUESADA-2017-66 | Hearsay; relevance |
| QUESADA-2017-67 | Hearsay; relevance |
| QUESADA-2017-68 | Hearsay; relevance |
| QUESADA-2017-69 | Hearsay; relevance |
| QUESADA-2017-70 | Hearsay; relevance |
| QUESADA-2017-71 | Hearsay; relevance |
| QUESADA-2017-72 | Hearsay; relevance |
| QUESADA-2017-73 | Hearsay; relevance |

| Plaintiff | Number | Basis for Objection |
|---|---|---|
| Rodriguez | 955 | Hearsay |

