# EXHIBIT 6-B
# Part 1

# DFW Minority Neighborhoods Fractures in Plan C185

