# EXHIBIT 6-B
# Part 2



DFW - Black + Hispanic VAP Shading by Precinct