# EXHIBIT 6-B
# Part 3

