# EXHIBIT 6-B
# Part 4

TARRANT AND DALLAS COUNTIES
Black+Hispanic VAP
by VTD
U.S. Congressional Districts
Enacted by the 82nd Legislature, 2011
PLANC185
Quesada et al
2017
Exhibit
#17
PLANC185
COUNTIES
Percent Black+Hispanic VAP
2010 Census
by VTD
70.0 to 100
60.0 to 69.9
50.0 to 59.9
40.0 to 49.9
30.0 to 39.9
0.1 to 29.9
No Black+Hispanic VAP
VAP: Voting Age Population
VTD: Voting Tabulation District
Map ID 6200
06/26/17 15:56:17
40257
2010 Census
PLANC185 2011-06-15 10:04:31
Texas Legislative Council
13
13
WISE
DENTON
26
3
COLLIN
24
32
4
12
ROCKWALL
TARRANT
DALLAS
5
KAUFMAN
30
PARKER
33
25
JOHNSON
6
ELLIS

