# EXHIBIT 6-B
# Part 5

# TARRANT AND DALLAS COUNTIES

**Black+Hispanic VAP**
**by VTD**

**U.S. Congressional Districts**
115th Congress (2017-2018)
**PLANC235**

Quesada et al
**2017**
**Exhibit**
**#18**

**PLANC235**
COUNTIES

**Percent Black+Hispanic VAP**
**2010 Census**
**by VTD**

- 70.0 to 100
- 60.0 to 69.9
- 50.0 to 59.9
- 40.0 to 49.9
- 30.0 to 39.9
- 0.1 to 29.9
- No Black+Hispanic VAP

VAP: Voting Age Population
VTD: Voting Tabulation District

Map ID 6200
06/26/17 15:56:05

40256
2010 Census
PLANC235 2012-02-27 14:45:19

Texas Legislative Council

