# EXHIBIT 6-C



Mark Gaber <mark.gaber@gmail.com>

# Exhibits for Tomorrow
1 message

**Mackin, Anna** <Anna.Mackin@oag.texas.gov>　　　　　　　　　　　　　　　Fri, Jul 14, 2017 at 1:09 AM
To: "Bitter, Adam" <Adam.Bitter@oag.texas.gov>, Martin Golando <martin.golando@gmail.com>, "ghebert@campaignlegalcenter.org" <ghebert@campaignlegalcenter.org>, "davidr@rrsfirm.com" <davidr@rrsfirm.com>, "lrvlaw@sbcglobal.net" <lrvlaw@sbcglobal.net>, "chad@brazilanddunn.com" <chad@brazilanddunn.com>, "eherrera@maldef.org" <eherrera@maldef.org>, "nperales@maldef.org" <nperales@maldef.org>, "rhicks@renea-hicks.com" <rhicks@renea-hicks.com>, "akhanna@perkinscoie.com" <AKhanna@perkinscoie.com>, "garzpalm@aol.com" <garzpalm@aol.com>, "garybledsoe@sbcglobal.net" <garybledsoe@sbcglobal.net>, "rrios@rolandorioslaw.com" <rrios@rolandorioslaw.com>, "allisonriggs@southerncoalition.org" <allisonriggs@southerncoalition.org>, "daverichards4@juno.com" <daverichards4@juno.com>, "Sweeten, Patrick" <Patrick.Sweeten@oag.texas.gov>, "Colmenero, Angela" <Angela.Colmenero@oag.texas.gov>, "Frederick, Matthew" <Matthew.Frederick@oag.texas.gov>, "Disher, Todd" <Todd.Disher@oag.texas.gov>, "Johnson, Seth" <John.Johnson@oag.texas.gov>, Mark Gaber <mark.gaber@gmail.com>

Dear Counsel,

Defendants may use the following exhibits with the following witnesses tomorrow:

Todd Hunter

DX-897

JX-106.3

DX-702

JX-107

JX-100.1

JX-105.1

DX-839

DX-942


Drew Darby

JX-1

JX-10.1

JX-10.4

JX-11.1

JX-12.1

JX-12.4

JX-13.1

JX-14.1

JX-15.1

JX-16.1

JX-17.3

JX-18.1

DX-751

DX-802

DX-804

DX-858

DX-864

DX-934

DX-935

DX-936

DX-937

DX-938

DX-939

DX-940

DX-941

Several of these exhibits are supplements to our originally disclosed list. I have attached those here.

Thanks,

Anna

**8 attachments**

📄 **DX-934_Chris Turner Ltr to Darby 5.28.13.pdf**

485K

📄 **DX-935_Drew Darby Ltr to Turner 5.30.13.pdf**
458K

📄 **DX-936_Darby Statement re Bill Release.pdf**
423K

📄 **DX-937_Drew Darby Ltr to TMF 6.10.13.pdf**
463K

📄 **DX-938_Drew Darby Ltr. Members 6.19.13.pdf**
422K

📄 **DX-939_H. Journal 5.28.13.pdf**
49K

📄 **DX-940_Prefiled Amends Calendar 6.20.13.pdf**
10K

📄 **DX-941_Greg Abbott Ltr to Darby Seliger et al  4 18 13.pdf**
682K