# EXHIBIT 6-M

# HOUSE JOURNAL

EIGHTY-SEVENTH LEGISLATURE, THIRD CALLED SESSION

## PROCEEDINGS

SEVENTH DAY — FRIDAY, OCTOBER 15, 2021

The house met at 5:17 p.m. and was called to order by the speaker.

The roll of the house was called and a quorum was announced present (Record 93).

Present — Mr. Speaker(C); Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harless; Harris; Harrison; Hefner; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Absent, Excused — Guerra; Hernandez.

### LEAVES OF ABSENCE GRANTED

On motion of Representative Metcalf and by unanimous consent, all members who were granted leaves of absence on the previous legislative day were granted leaves for this legislative day.

### GENERAL STATE CALENDAR
### HOUSE BILLS
### THIRD READING

The following bills were laid before the house and read third time:

### HB 160 ON THIRD READING
### (by Wilson, et al.)

**HB 160**, A bill to be entitled An Act relating to making supplemental appropriations for education initiatives, institutions, and related agencies and giving direction regarding appropriations.

**Amendment No. 1**

Representative Wilson offered the following amendment to **HB 160**:

Amend **HB 160** on third reading in the SECTION of the bill added by Amendment No. 15 by Gates, as amended by Amendment No. 16 by Zwiener, on second reading making an appropriation to Austin Community College as follows:

(1) In the heading to the SECTION adding the appropriation to Austin Community College, strike "ADULT EDUCATION CENTER" and substitute "TEXAS INNOVATIVE ADULT CAREER EDUCATION (ACE) GRANT PROGRAM".

(2) In the SECTION adding the appropriation to Austin Community College, strike "funding an adult education center" and substitute "the Texas Innovative Adult Career Education (ACE) Grant Program".

Amendment No. 1 was adopted.

**HB 160**, as amended, was passed by (Record 94): 141 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, C.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harris; Harrison; Hefner; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Hernandez.

Absent — Bell, K.; Harless; Rodriguez; Turner, C.; Zwiener.

The chair stated that **HB 160** was passed subject to the provisions of Article III, Section 49a, of the Texas Constitution.

### STATEMENTS OF VOTE

When Record No. 94 was taken, I was in the house but away from my desk. I would have voted yes.

K. Bell

When Record No. 94 was taken, I was absent because of important business in the district. I would have voted yes.

Harless

### HB 161 ON THIRD READING
### (by Capriglione, Rose, Dean, Raney, Anderson, et al.)

**HB 161**, A bill to be entitled An Act relating to making supplemental appropriations relating to health and human services and giving direction regarding appropriations.

**HB 161** was passed by (Record 95): 144 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harris; Harrison; Hefner; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Hernandez.

Absent — Bell, C.; Harless.

The chair stated that **HB 161** was passed subject to the provisions of Article III, Section 49a, of the Texas Constitution.

**STATEMENT OF VOTE**

When Record No. 95 was taken, I was absent because of important business in the district. I would have voted yes.

Harless

**SB 1 - RULES SUSPENDED
HOUSE SPONSOR AUTHORIZED**

Representative Meyer moved to suspend Rule 8, Section 5(d), of the House Rules to designate Representatives Anderson, Ashby, K. Bell, Biedermann, Bonnen, Buckley, Burrows, Button, Capriglione, Cook, Cyrier, Darby, Davis, Dean, Geren, Gervin-Hawkins, Goldman, Guillen, Harris, Hefner, Holland, Hull, J.E. Johnson, Kacal, P. King, Klick, Krause, Landgraf, Leach, Leman, Lozano, Metcalf, Middleton, Minjarez, E. Morales, Morrison, Murphy, Noble, Oliverson, Parker, Patterson, Paul, Perez, Raney, Raymond, Rogers, Schofield, Shaheen, Shine, Slaton, Slawson, Smith, Spiller, Stephenson, Stucky, E. Thompson, S. Thompson, Toth, VanDeaver, Vasut, White, and Wilson as house sponsors and co-sponsors to **SB 1**.

The motion prevailed.

**GENERAL STATE CALENDAR
SENATE BILLS
THIRD READING**

The following bills were laid before the house and read third time:

**SB 1 ON THIRD READING
(Meyer - House Sponsor)**

**SB 1**, A bill to be entitled An Act relating to the provision of direct relief from ad valorem taxes to certain property owners in this state through the distribution of certain federal economic assistance money received by the state and a study of the provision of additional ad valorem tax relief; making an appropriation.

**SB 1** was passed by (Record 96): 140 Yeas, 4 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, M.; Goodwin; Guillen; Harris; Harrison; Hefner; Herrero; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lozano; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose;

Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Zwiener.

Nays — González, J.; Hinojosa; Lopez; Wu.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Hernandez.

Absent — Harless; Lucio.

The chair stated that **SB 1** was passed subject to the provisions of Article III, Section 49a, of the Texas Constitution.

### STATEMENT OF VOTE

When Record No. 96 was taken, I was absent because of important business in the district. I would have voted yes.

Harless

### SB 8 - RULES SUSPENDED
### HOUSE SPONSOR AUTHORIZED

Representative Bonnen moved to suspend Rule 8, Section 5(d), of the House Rules to designate Representatives Anderson, Biedermann, Burrows, Button, Capriglione, Cyrier, Darby, Davis, Dean, Dominguez, Geren, M. González, Landgraf, Leman, Lozano, Murphy, Parker, Paul, Perez, Raney, Raymond, Rogers, Stucky, E. Thompson, S. Thompson, VanDeaver, Walle, White, Wilson, and Zwiener as house sponsors and co-sponsors to **SB 8**.

The motion prevailed.

### SB 8 ON THIRD READING
### (Bonnen - House Sponsor)

**SB 8**, A bill to be entitled An Act relating to making supplemental appropriations and giving direction regarding appropriations.

**SB 8** was passed by (Record 97): 144 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harris; Harrison; Hefner; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond;

Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Hernandez.

Absent — Harless; Lucio.

The chair stated that **SB 8** was passed subject to the provisions of Article III, Section 49a, of the Texas Constitution.

### STATEMENT OF VOTE

When Record No. 97 was taken, I was absent because of important business in the district. I would have voted yes.

Harless

### SB 7 ON THIRD READING
### (Hunter - House Sponsor)

**SB 7**, A bill to be entitled An Act relating to the composition of districts for the election of members of the State Board of Education.

**SB 7** was passed by (Record 98): 84 Yeas, 61 Nays, 1 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Canales; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Guillen; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Lopez; Lucio; Martinez; Martinez Fischer; Meza; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Hernandez.

Absent — Harless.

**STATEMENT OF VOTE**

When Record No. 98 was taken, I was absent because of important business in the district. I would have voted yes.

Harless

**HOUSE AT EASE**

At 5:31 p.m., the chair announced that the house would stand at ease.

The chair called the house to order at 5:55 p.m.

**MESSAGE FROM THE SENATE**

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 1).

**BILLS AND JOINT RESOLUTIONS ON FIRST READING
AND REFERRAL TO COMMITTEES**

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. (See the addendum to the daily journal, Referred to Committees, List No. 1.)

**HOUSE AT EASE**

At 5:56 p.m., the chair announced that the house would stand at ease.

The chair called the house to order at 6:02 p.m.

**SB 4 ON THIRD READING
(Hunter - House Sponsor)**

**SB 4**, A bill to be entitled An Act relating to the composition of districts for the election of members of the Texas Senate.

**SB 4** was passed by (Record 99): 81 Yeas, 60 Nays, 1 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Canales; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Guillen; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Lambert; Landgraf; Leach; Leman; Longoria; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Cole; Coleman; Collier; Cortez; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Larson; Lopez; Lucio; Martinez; Martinez Fischer; Meza; Minjarez; Moody; Morales, C.; Morales, E.;

Muñoz; Neave; Ordaz Perez; Ortega; Perez; Price; Ramos; Raymond; Rodriguez; Romero; Rose; Rosenthal; Sherman; Smithee; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Hernandez.

Absent — Campos; Crockett; Harless; Morales Shaw; Reynolds.

### STATEMENT OF VOTE

When Record No. 99 was taken, I was absent because of important business in the district. I would have voted yes.

Harless

### REASON FOR VOTE

Representative Canales submitted the following reason for vote to be printed in the journal:

My vote in support of **SB 4** should not be interpreted as total support for the full statewide senate map. 95% of our state's growth is from people of color and I do not believe that the final map properly demonstrates that. However, I felt duty bound to protect my constituents and the communities of interest in Hidalgo County to ensure that they remain represented by the candidates of their choice.

### HOUSE AT EASE

At 6:07 p.m., the chair announced that the house would stand at ease.

The chair called the house to order at 6:10 p.m.

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 2).

### MOTION IN WRITING
### SB 7 - HOUSE RECEDES

Representative Bonnen offered the following motion in writing:

Mr. Speaker:

I move that the house recede from Amendment No. 1 to **SB 7** and declare that **SB 7** passed the house in the same form in which it was received by the house from the senate and that the senate be notified of this action.

Bonnen

The motion was read and prevailed by (Record 100): 139 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Bucy; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton;

Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harris; Harrison; Hefner; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Martinez; Martinez Fischer; Metcalf; Meyer; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Hernandez.

Absent — Buckley; Campos; Canales; Harless; Lucio; Meza; Morales Shaw.

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 3).

### SB 1 - REQUEST OF SENATE GRANTED
### CONFERENCE COMMITTEE APPOINTED

On motion of Representative Meyer, the house granted the request of the senate for the appointment of a Conference Committee on **SB 1**.

The chair announced the appointment of the following conference committee, on the part of the house, on **SB 1**: Meyer, chair; Bonnen, Button, Guillen, and Raymond.

### SB 8 - REQUEST OF SENATE GRANTED
### CONFERENCE COMMITTEE APPOINTED

On motion of Representative Bonnen, the house granted the request of the senate for the appointment of a Conference Committee on **SB 8**.

The chair announced the appointment of the following conference committee, on the part of the house, on **SB 8**: Bonnen, chair; Capriglione, M. González, Walle, and Wilson.

### COMMITTEES GRANTED PERMISSION TO MEET

Representative Metcalf moved that the house grant permission for all committees and subcommittees to meet while the house is in session, until 4 p.m. tomorrow, pursuant to their committee postings.

Permission to meet was granted.

### PROVIDING FOR RECESS

At 6:34 p.m., Representative Metcalf moved that, at the conclusion of the reading of bills and resolutions on first reading and referral to committees, the receipt of messages from the senate, and administrative matters, the house recess until 4 p.m. tomorrow.

The motion prevailed.

**Saturday, October 16**

The chair called the house to order at 9:36 a.m.

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 1 - October 16).

### RECESS

In accordance with a previous motion, the house, at 9:37 a.m. Saturday, October 16, recessed until 4 p.m. today.

---

### ADDENDUM

### REFERRED TO COMMITTEES

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

**List No. 1**

**SB 52** to Appropriations.

### MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

> MESSAGE FROM THE SENATE
> SENATE CHAMBER
> Austin, Texas
> Friday, October 15, 2021 - 2

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 52**  Creighton
Relating to authorizing the issuance of revenue bonds to fund capital projects at public institutions of higher education.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 2**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Friday, October 15, 2021 - 3

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HB 1**  Hunter  SPONSOR: Huffman
Relating to the composition of districts for the election of members of the Texas House of Representatives.

**HCR 14**  Craddick  SPONSOR: Nelson
Congratulating Dr. Jonathan J. Sanford on his inauguration as the 10th president of the University of Dallas.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 3**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Friday, October 15, 2021 - 4

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS REFUSED TO CONCUR IN THE HOUSE AMENDMENTS TO THE FOLLOWING MEASURES AND REQUESTS THE APPOINTMENT OF A CONFERENCE COMMITTEE TO ADJUST THE DIFFERENCES BETWEEN THE TWO HOUSES:

**SB 1**
Senate Conferees:

**SB 8**
Senate Conferees: Nelson - Chair/Creighton/Huffman/Kolkhorst/Nichols

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 1** - October 16

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Saturday, October 16, 2021

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HB 25**　　　　　　Swanson　　　　　　SPONSOR: Perry
Relating to requiring public school students to compete in interscholastic athletic competitions based on biological sex.
(Amended)

Respectfully,
Patsy Spaw
Secretary of the Senate

---

**APPENDIX**

---

**SENT TO THE GOVERNOR**

**October 14** - **HCR 10**