# EXHIBIT 8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ROY CHARLES BROOKS et. al.

    *Plaintiffs*,

v.

GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas,

    *Defendants*.

Case No.: 1:21-cv-00991-LY-JES-JVB

## DECLARATION OF ROY CHARLES BROOKS

My name is Roy Charles Brooks. I am over the age of 18 and fully competent to make this declaration. If called to testify I will testify as follow:

1. I am Black, a citizen of the United States, and a registered voter of Tarrant County, Texas. I am a County Commissioner for Precinct 1.

2. In PLANS2100 my home is located in SD 10 in PLANS2168 my home is located in SD 10. In PLANC2100 my home is located in CD 12 in PLANC2193 my home is located in CD 12.

3. I regularly vote in elections and intend to vote in the 2022 election and subsequent elections.

4. I declare under penalty of perjury pursuant to 28 USC § 1746 that the foregoing is true and correct.

Executed on the 17th day of November, 2021.

*/s/ Roy Charles Brooks*
ROY CHARLES BROOKS