# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROY CHARLES BROOKS et. al.<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas,<br><br>*Defendants.* | Case No.: 1:21-cv-00991-LY-JES-JVB |

## DECLARATION OF CLARA FAULKNER

My name is Clara Faulkner. I am over the age of 18 and fully competent to make this declaration. If called to testify I will testify as follow:

1.      I am Black, a citizen of the United States, and a registered voter of Tarrant County, Texas. I currently serve as the Mayor of Forest Hill, Texas.

2.      In PLANS2100 my home is located in SD 10 in PLANS2168 my home is located in SD 10. In PLANC2100 my home is located in CD 33 in PLANC2193 my home is located in CD 33.

3.      I regularly vote in elections and intend to vote in the 2022 election and subsequent elections.

4.      I declare under penalty of perjury pursuant to 28 USC § 1746 that the foregoing is true and correct.

Executed on the 18 day of November, 2021.

*Clara Faulkner*

CLARA FAULKNER