# EXHIBIT 13

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| ROY CHARLES BROOKS et. al.<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas; JOHN SCOTT, in his official capacity as Secretary of State of Texas,<br><br>*Defendants.* | Case No.: 1:21-cv-00991-LY-JES-JVB |

## DECLARATION OF DEBORAH SPELL

My name is Deborah Spell. I am over the age of 18 and fully competent to make this declaration. If called to testify I will testify as follow:

1. I am Black, a citizen of the United States, and a registered voter of Tarrant County, Texas. I am retired.

2. In PLANS2100 my home is located in SD 22 in PLANS2168 my home is located in SD 22. In PLANC2100 my home is located in CD 6 in PLANC2193 my home is located in CD 25.

3. I regularly vote in elections and intend to vote in the 2022 election and subsequent elections.

4. I declare under penalty of perjury pursuant to 28 USC § 1746 that the foregoing is true and correct.

Executed on the 16 day of November, 2021.

*/s/ Deborah Spell*
DEBORAH SPELL