# EXHIBIT 15

Texas Senate Special Committee on Redistricting
September 25, 2021




Transcript Produced by Rebecca Farris

1          SENATOR HUFFMAN:  The Senate Committee on

2    Redistricting will come to order.  We will call the roll

3    later.  I'd would like to welcome everyone to today's

4    hearing where the committee will receive and consider

5    input on proposed plans for the Texas Senate and State

6    Board of Education districts.  Today is the second

7    opportunity for the public to provide input on Senate

8    Bill 4 and Senate Bill 7.  I, again, want to point out

9    that the committee with will not be taking any action on

10   the proposed plans before us today.  Today's hearing is

11   intended to provide another opportunity to hear and put

12   on the proposed plans.  Committee members and other

13   senators will have the opportunity to ask questions of

14   witnesses.  As a remainder committee amendments are due

15   to the committee by September 26 that Sunday at

16   10:00 a.m.  Legislative council is asking that committee

17   amendments be submitted to them by 5:00 on September 25th

18   in order for them to have sufficient time to process and

19   produce the amendment packet.  They will, however, do

20   their best to process amendments submitted to them after

21   that time.  So we will work with you to try to get that

22   done.  At next week's hearing, we will vote on each

23   amendment and the proposed plans before us today.  So

24   that's the process, and I will say we're here this

25   morning.  It is a Saturday morning.  We do want to

1    accommodate as many people.  We will hear who is here and

2    then we will stand at ease if necessary to wait to see if

3    others arrive and then we will conclude at an appropriate

4    time when we kind of see when witnesses arrive.  So with

5    that, I'm going to ask Senator Hinojosa vice chair of the

6    redistricting committee to chair since it's my

7    legislation.  Thank you.

8                SENATOR HINOJOSA:  Good morning, everybody,

9    and thank you, Madam Chair.  Today we will continue

10   listening and hearing and having the witnesses testify on

11   Senate Bill 4, which is the senate redistricting bill and

12   Senate Bill 7, the State Board of Education.  And we will

13   have as a resource witness Dr. Potter.  Good seeing you

14   again.  And each witness will be limited to three

15   minutes, and at this time, we will see how many witnesses

16   have signed up to testify this morning.  We also have

17   Mr. Austin Kinghorn, the general counsel for the Office

18   of the Attorney General as another resource witness in

19   the event any member has any questions of these two

20   individuals.

21               At this time, we'll stand at ease for a few

22   minutes as we wait for witnesses to sign up by filling

23   out the witness cards.  So we'll just wait for a few

24   minutes before we receive cards from the people up --

25   signing the witnesses testifying.

1          At this time, we will lay out Senate Bill 4

2    and Senate Bill 7 and start public testimony.  This

3    morning I'll call three witnesses to please come down.

4    Jerry Hendrix from city of Kyle.  Charlotte Harris from

5    Magnolia and David Albert from Austin.  Good morning.

6          CHARLOTTE HARRIS:  Good morning.

7          SENATOR HINOJOSA:  You are -- you are our

8    first witness today.

9          CHARLOTTE HARRIS:  I'm honored.  Maybe.

10         SENATOR HINOJOSA:  And please identify

11    yourself and who you represent.  You have three minutes

12    and then you may proceed.

13         CHARLOTTE HARRIS:  Great.  Thank you so much.

14    My name is Charlotte Riser Harris.  I represent myself

15    and those in my community who are afraid to be involved.

16    I thank you for the opportunity to speak in opposition to

17    Senate Bill 4.  I live in Magnolia, Montgomery County,

18    Senate District 4 -- or current Senate District 4.

19          Throughout my life I've been an active

20    community leader.  Although I have voted in every

21    election since I was 18, which was a long time ago, and I

22    have always been an informed voter, I have not been

23    politically active, choosing to be involved in community

24    instead.  I can no longer be silent while I watch our

25    democracy be eroded bit by bit throughout the

1    United States and especially in the great state of Texas.

2    Many people I know voice skepticism at our voting matters

3    these days, much less testifying before a senate

4    committee.  Many have lost -- truly lost faith in our

5    political system and our elected officials.  I refuse to

6    lose faith.  Please prove the skeptics and cynics wrong.

7    Show all of us that you as our representatives have your

8    constituents as your number one priority and focus, not

9    your re-elections.  I also know people who have -- who

10   have or are planning to move out of Texas.  I choose to

11   stay and fight.  I do not believe the path Texas is on

12   truly reflects who and what Texas is.  I'm willing to

13   help do what whatever it takes to change that.  I'm not

14   afraid and I have a responsibility to my children and my

15   grandchildren and to all future generations to have my

16   voice heard.  This is about fairness.  Texas is an

17   incredible and diverse state.  Diversity makes us

18   stronger and better.  Diversity in our local, state and

19   national representation will better reflect our

20   population and make Texas stronger and better.  If you

21   cannot be elected or re-elected without having to

22   strategically draw voting lines to ensure you have a

23   majority, then maybe that is not a true win.  It

24   certainly is not a moral or ethical path.  I am very

25   concerned about the division in our country, which is

1    also rampant in my state and my county.  Gerrymandering

2    causes further division, and these proposed redistricting

3    maps are gerrymandering at the extreme and the intent is

4    obvious to me.  I urge this committee to design maps that

5    comply with the Voting Rights Act.  Be brave and do what

6    is necessary to give a voice to every Texan no matter

7    their race, how they vote, or where they live.

8              One final point, unfair redistricting will be

9    litigated, we all know that.  There's a lot of litigation

10   in the state of Texas right now over every single issue

11   that comes out.  I am appalled that our elected officials

12   cannot or will not work together to draw fair district

13   lines to save taxpayers millions of dollars in litigation

14   costs.  Please work together in an honest, fair, and

15   transparent way as our public servants to draw lines that

16   are fair to all Texans and give all Texans a vote.  I

17   sincerely thank you for the opportunity to be here today.

18             SENATOR HINOJOSA:  Thank you.  We appreciate

19   you coming forward and testifying before the committee.

20             CHARLOTTE HARRIS:  And thank you for your

21   attention.  I appreciate that.

22             SENATOR HINOJOSA:  Jerry Hendrix.

23   David Albert.  Just identify yourself, who you represent

24   and then you may proceed.  It would help if you take your

25   mask off so we can hear clearly.

1          DAVID ALBERT:  All right.  I am

2   Professor David Albert.  Opposed to SB4.  I live just a

3   few miles from here in Montopolis in southeast Austin,

4   and I am here to testify against Senator Huffman's Texas

5   Senate map SB4.

6          I teach government at Austin Community College

7   and in both of my U.S. and Texas government classes, I

8   teach about gerrymandering, which is one of the issues

9   that genuinely infuriates my students.  My students, most

10  of whom are minorities, want to believe in American

11  democracy; but when they realize that instead of the

12  voters choosing their elected officials, the elected

13  officials choose their voters, they are genuinely

14  horrified.  I try to convince them that American

15  democracy is worth fighting for, but I fear some are more

16  disillusioned than inspired by that challenge.  Most of

17  the growth that has occurred in this state is minority

18  communities, particularly in the Hispanic community.

19  If -- if you are producing a just state map, a state

20  senate map that will meet the standards of the

21  Voting Rights Act, you should be drawing a plan with more

22  minority opportunity districts, not less.  In

23  Tarrant County, the minority communities have grown

24  immensely, yet you've drawn in the lines so that SD9, 10

25  and 22 are all likely to be won by republicans with

1    minimal support from those minority communities.  SD10 is

2    likely to flip from democratic to republican.  You've

3    packed minorities in SD16 and 23 in Dallas while cracking

4    the minority communities in Harris County so that they

5    can't elect the leaders who represent their interests.

6    Despite the massive growth of minority communities in

7    Fort Bend County, you've cracked those communities to

8    ensure that you can continue to elect republicans in SD17

9    and 18.  And my district is SD21 maintains the ridiculous

10   shape where I'm represented by the wonderful

11   Senator Zaffirini and while she is a stellar senator, she

12   does live 250 miles away from me in Laredo.  While

13   Senator Eckhardt, for example, lives just a few miles

14   away from me here in Austin.  Of course, the minority

15   communities are packed in Senate District 14 and 21 so

16   that you can continue to preserve more suburban and rural

17   districts in SD18 and 25 to elect republicans.  The

18   saddest part is that not one of these districts is likely

19   to produce a competitive election in the 2022 election

20   cycle.  We know this map will very likely produce an

21   increased 1912 republican majority in the Texas Senate.

22   And my students are left to wonder if they are living in

23   a real democracy or whether Texas is an oligarchy

24   designed to protect the incumbents and expand the

25   republican majority in a state that is increasingly

1    trending democratic.  What do you think I should tell

2    them?  Is this a democracy or an oligarchy?  And I'd love

3    it if someone in support of this plan would address that

4    question.

5              SENATOR HINOJOSA:  We appreciate your

6    testimony.  And you are testifying against Senate Bill 7

7    and Senate Bill 4?

8              DAVID ALBERT:  Yes.

9              SENATOR HINOJOSA:  Senate Bill 7 being the

10   senate redistricting bill and Senate Bill 4 -- I'm sorry,

11   Senate Bill 4 being the senate redistrict bill.

12   Senate Bill 7 being with the State school board or the

13   State Board of Education.

14             DAVID ALBERT:  Yes.  I didn't prepare oral

15   testimony on 7.

16             SENATOR HINOJOSA:  Thank you.  We appreciate

17   the testimony.

18             DAVID ALBERT:  All right.  Thank you so much.

19   Thank you, Senator.

20             SENATOR HINOJOSA:  Bill King, Mr. Bill King.

21   Coming down from the gallery.  Georgia Keysor.  Coming

22   down from the gallery.  Stephanie Swanson, Stephanie

23   Swanson.

24             Please identify yourself, who you represent

25   and whenever you're ready, you may proceed.

1          STEPHANIE SWANSON:   I am Stephanie Swanson,

2     the issue chair of redistricting for the League of Women

3     Voters of Texas.  I am also a leader in the Fair Maps

4     Texas Coalition.  Today I will be testifying as a member

5     of and on behalf of the League of Women Voters of Texas

6     against SB4.  We appreciate the opportunity to appear

7     before you today.  Thank you for allowing us to share the

8     League of Women Voters position on this bill.

9          Before I begin, I just want to say I have

10    three documents being passed out.  One is a copy of my

11    written -- or my testimony that I'll be giving today.

12    Another is a report from the League of Women Voters of

13    Hays County.  They have conducted community of interest

14    mapping with community leaders across the county, and I

15    have pulled some of those community of interest maps for

16    you to review.  Same with Comal County, the League of

17    Women Voters of Comal County have also done the same.

18          I will be addressing some of the issues so far

19    that I have seen unfold with this redistricting cycle.

20    These public hearings are being held near five to six

21    days after publication of the draft senate and State

22    Board of Education map.  That is not sufficient time for

23    the general public who do not have access to Red Apple

24    and all of its reports to access the maps and determine

25    whether they are fair and abide by the constitutional or

1      federal law.  There are genuine concerns about the

2      constitutionality of these maps that appears, as in

3      previous be cycles, there are patterns of packing and

4      cracking of Black, Latinx, and AAPI communities across

5      the state.  By providing only a few days for the public

6      to assess the maps, the legislature is sending a clear

7      message that it is not interested in hearing the concerns

8      of its constituents and merely going through the motions

9      while moving full steam ahead with its own plans.  The

10     Chair's amendment was given to the public with even less

11     time to analyze it.  The Texas legislature, once again,

12     appears to be disregarding the concerns and voices of the

13     constituents it claims to serve.

14              Next, I will be addressing some comments

15     provided by Chair Huffman yesterday.  Chair Huffman

16     announced that these draft maps were drawn colorblind.

17     That assertion is problematic for two reasons.  First,

18     drawing maps using race-blind criteria is not appropriate

19     under the VRA.  Racial and ethnic demographics are

20     necessary to determine whether majority-minority

21     districts or opportunity districts should be drawn under

22     the VRA.  Second, it is clear from even a cursory glance

23     at the new districts that race was taken into account as

24     many district lines seem to correspond with precincts

25     with high percentages of voters of color.  Thus, that

1     statement is plainly misleading or untrue.  By failing to

2     be transparent about the use of racial data, questions

3     arise about how the data was used and for what reason.

4     While racial data is necessary for VRA analysis, it is

5     unconstitutional to use such data for racial

6     gerrymandering or for intentional packing and cracking.

7     Given the enormous increase in population amongst voters

8     of color, simply maintaining representation for voters of

9     color is grossly inadequate.  SD9 in Tarrant County and

10    SD17 in Fort Bend and Harris seems to be the most

11    egregious examples of lowering the minority population to

12    change political performance.  We see familiar patterns

13    in SD10 and SD8.  There was likely the potential in these

14    four sites to increase or maintain minority for

15    representation and instead it was undermined.  My last

16    section is going to be on the citizen voting-age

17    population data.

18              SENATOR HINOJOSA:  Ms. Swanson, your time is

19    up.

20              STEPHANIE SWANSON:  Okay.  Thank you.

21              SENATOR HINOJOSA:  And we do have your written

22    testimony and all the documents you submitted to the

23    committee and we appreciate that.

24              STEPHANIE SWANSON:  Thank you so much.

25              SENATOR HINOJOSA:  Jerry Hendrix.  Bill King.

1    Georgia Keysor.  Dave Jones, Dave Jones.  From the

2    gallery coming down.  Pam Durham.  Up in the gallery.

3    She's coming down.

4            DAVE JONES:  Good morning.

5            SENATOR HINOJOSA:  Good morning.  Identify

6    yourself, who you represent and then you may proceed.

7            DAVE JONES:  Thank you, Senator Hinojosa,

8    appreciate it.  My name is Dave Jones.  I'm an attorney

9    in Dallas.  I'm a the president of a group called the

10   Clean Elections Texas, a nonpartisan group.  Clean

11   Elections Texas is part of the Fair Maps Texas Coalition.

12   I'm here representing myself and Clean Elections Texas

13   and testifying against SB4.  You heard a lot of excellent

14   testimony yesterday.  I was here for that.  I'm not going

15   to try to repeat much of what you've already heard.  I

16   listened yesterday as one person after another described

17   how minority communities were being packed and cracked by

18   SB4.  You heard how 95 percent of the population

19   increased over the last ten years in the Texas has come

20   from people of color, yet somehow SB4 manages to not

21   clearly offer any new districts to give those over

22   3 million additional residents an opportunity to elect

23   representatives of their choice.  I am a little out of

24   breath from running down the stairs.  I heard

25   Chair Huffman say the maps were drawn essentially in a

—13—

1    colorblind way.  In a state as diverse as Texas, the

2    Constitution of the United States, the 14 and 15th

3    Amendment and the Voting Rights Act, don't permit that

4    kind of willful blindness.  The voting power, the ability

5    of persons of color to elect representatives of their

6    choice has to be considered to make sure that the power

7    is not diluted, that voting power is not diluted by the

8    way district lines are drawn.  If this committee was not

9    aware until yesterday that SB4 abridges the voting power

10   of persons of color, you are on notice now.  It is has

11   been described to you in specific detail by a number of

12   witnesses, and I am sure there will be even more today.

13   So if you proceed with a map like SB4 without protecting

14   the constitutional and statutory rights of persons of

15   color, it will be fair to presume that you have done so

16   intentionally.  But I am still hoping you don't.  And no

17   map has been voted out of this committee yet.  Maps can

18   be amended.  Please take into account the substantial

19   minority population of the state, take into account the

20   95 percent of population growth that has come from

21   persons of color.  Do your duty to uphold the

22   Constitution and the laws of this country to protect

23   those constitutionally protected communities.

24          A couple of other things.  Don't hide behind

25   legalistic claims of attorney-client privilege.  If you

1      have learned factual information from counsel that's
2      relevant to the fairness of these maps, we all should
3      know those facts.  We need to know the legal basis upon
4      which the committee is determining how to draw districts.
5      Whether we learn that from the committee, from the chair
6      or not, it doesn't have to be the words exactly of
7      counsel, but we need to know the legal basis upon which
8      you're making those decisions.  Also, it's not
9      unreasonable for the voters to expect a written detailed
10     explanation district by district and as a whole
11     describing how any map meets those legal requirements.
12     And I would ask, respectfully, that you provide us with
13     one.  SB4 is all about representatives -- as it's written
14     now is all about representatives picking their voters
15     rather than voters picking their representatives.  If it
16     is enacted --
17                  SENATOR HINOJOSA:  Please wrap it up.  Your
18     time is up.
19                  DAVE JONES:  All right.  If I could just close
20     for just a second.
21                  SENATOR HINOJOSA:  Close.
22                  DAVE JONES:  In my opinion, the current way
23     this is written in -- it is written in a way that
24     disadvantages those voters in the cruelest and most
25     un-American way by diluting the statewide voting power of

1    minority voters, effectively disenfranchising a huge

2    percentage of the African American, Latino, and Asian

3    voters of this state.  Thank you.

4           SENATOR HINOJOSA:  Thank you.  We appreciate

5    your testimony, sir.

6           DAVE JONES:  Thank you.

7           SENATOR HINOJOSA:  Pam Durham.  Identify

8    yourself, who you represent and then you may proceed.

9    You have three minutes.

10           PAM DURHAM:  Thank you.  To the Chair,

11    Vice Chair and distinguished committee members.  I'm

12    Pam Durham.  I testified first before this committee on

13    September 11 before the maps were released this week and

14    amended a little more than 36 hours ago.  I've prepared

15    written testimony which includes the details, so I'm

16    going to summarize my concerns and let you know that I am

17    not in favor.  I am against SB4 or the newly amended --

18    newly amended amendment.

19           I'm thunderstruck by these proposed maps.  I

20    listened to all the public testimony at the committee's

21    previous two weeks ago and yesterday.  I just don't

22    understand how these maps could be presented when the

23    majority of the public testimony directed this committee

24    to protect minority coalition interests, to adhere to the

25    Voting Rights Act and to protect our communities of

1     interest with compact districts.  I have lived in the

2     inner city historic neighborhoods of the south side of

3     Fort Worth and SD10 for 37 years.  I also own two homes

4     with my brothers in Tarrant County.  One is on

5     North Richland Hills where we grew up and graduated from

6     Richland High School and the second home is our

7     Lake Barzos.  It's been in our family for nearly

8     75 years.  My parents were one of the original

9     White flight families when they got married and started

10    their family that moved to North Richland Hills.

11    White flight, as you know, was to interrupt the

12    immigration of the public schools in the inner cities.

13    Richland High School, also known as the Richland Rebels,

14    had less than a dozen students of color in my class of

15    500, but the demographics have changed, yet Richland

16    High School did not change their Rebel mascot until this

17    last year.  All this to say is I am intimately familiar

18    with Senate District 9, 12, and 11.  I will not bore you

19    with any more facts.  I want to let you know that I have

20    included a -- that you have heard many times over the

21    last 24 hours that SD10 is a minority coalition

22    opportunity district that was established by the courts

23    in 2011.  You've also been told that the current Senate

24    District 10 is near perfect ideal population and there is

25    no need to change its district boundaries.  However, in

1      the interest of fairness, I have -- I have drawn a map

2      which is included in your packet which evenly divides the

3      population between Senate District 10 and

4      Senate District 9 and leaves a portion out for that

5      extra -- that we are entitled -- that we are not entitled

6      to by population in the northeast corner.  These maps

7      were drawn to eliminate the northern portion of Senate

8      District 10 and give that to Senate District 9 and then

9      extends into District 9 around to the western border of

10     Tarrant County.  And then Senate District 10

11     eliminates -- picks up the portion of Senate District 22

12     in the southeastern corner and maintains the core of

13     its -- its population.  Thus providing one

14     minority-majority district definitively and one Anglo

15     population district definitively all contained within the

16     boundaries of Tarrant County.

17              SENATOR HINOJOSA:  Thank you for your

18     testimony, ma'am.  Your time is up.

19              PAM DURHAM:  Thank you very much.

20              SENATOR HINOJOSA:  And we'll consider your map

21     as submitted to the committee.

22              PAM DURHAM:  I appreciate that.  It was very

23     difficult to have that come out -- with maps coming

24     out -- proposed maps on Monday and not having access to

25     Red Apple until Wednesday or Thursday and then to be here

1   on Saturday.  It's been very difficult, and this is not a

2   very timely procedure.

3           SENATOR HINOJOSA:  We --

4           PAM DURHAM:  I would appreciate having another

5   public hearing for the amendments.

6           SENATOR HINOJOSA:  Thank you.

7           PAM DURHAM:  Thank you.

8           SENATOR HINOJOSA:  Senator Powell, would you

9   like to testify now.

10          SENATOR POWELL:  Yes.  Thank you, Chair

11   Hinojosa and members of the committee.  I am before you

12   today as the state senator of District 10.  It has been

13   the greatest honor of my life to serve Tarrant County as

14   their senator.  That honor is enriched and amplified by

15   the knowledge that I am the candidate of choice in a

16   majority-minority district where Blacks, Hispanics, Asian

17   and other minority voters unite and organized to elect

18   their candidates of choice.  District 10 is firmly

19   established as a minority coalition crossover district

20   where its citizens are protected by the Voting Rights Act

21   and the United States Constitution.  The proposed map

22   intentionally, unnecessarily, and illegally destroys the

23   voting strength of District 10's minority citizens.  The

24   same attack on the voting rights of minority citizens in

25   District 10 was launched ten years ago, and it was ruled

1    by the federal courts to constitute intentional

2    discrimination in violation of the law.  The findings of

3    fact made by that Court have never been overruled or even

4    substantively rebutted.  With respect to the time limits

5    on testimony, I have submitted my written testimony to

6    the committee today with more details and two maps, which

7    I will discuss shortly.

8                Let me begin with a brief discussion on the

9    current district.  I will remind you that witnesses from

10   Tarrant County testified that we should leave this

11   district intact in testimony both yesterday and in

12   hearings prior to the beginning of the third called

13   session.  Why is there no reason to change the

14   boundaries?  The 2020 census reveals that

15   Senate District 10 is just 5,318 persons beyond the

16   ideal.  Less than 1 percent deviation, closer than all

17   but three other senate districts and well within that

18   allowed deviation.  I made this point to the Chairman

19   when we met to discuss the proposed -- the first proposed

20   map.  So why did Senate District 10 change so

21   dramatically?  Why is it now overpopulated by 21,942

22   citizens?  Four times as much as it currently is.  Why

23   have eight rural counties been added to the proposal?

24   Well, I can tell you why.  It's because voters of color

25   throughout Senate District 10 have continued to unite

1    with repeated success to elect candidates of their

2    choice.  I've attached a map today that completely

3    restores SD10 to its original boundaries.  So now turning

4    back to the proposed map, it targets Tarrant County's

5    Hispanic population with a jagged gash from east to west

6    just below Interstate 30.  This gash breaks apart the

7    historic north side Hispanic community and the south side

8    Hispanic community.  The splitting of the district along

9    that line from east to west also moved neighborhoods

10   along the Lancaster Corridor from the majority-minority

11   District 10 into an Anglo-dominated SD9, which is

12   anchored in the Tarrant County northern suburbs.  In

13   total, the proposal moves over 133,000 people who live

14   north of that jagged gash into SD9 now.  This population

15   is -- of 133,000 is less than 30 percent Anglo.  The

16   proposed plan then submerges historic and growing

17   African American neighborhoods into a rural

18   Anglo-controlled district that spans over 100 miles west

19   towards Abilene.  These neighborhoods include Polly,

20   Stop 6, Echo Heights, Worth Heights, Morningside,

21   Forest Hill, Everman, Meadow Creek and more

22   neighborhoods.  These are well established and historic

23   minority communities.  Then to the east the proposed map

24   shoves a crooked billy club north from the

25   Anglo-controlled and rural-based District 22 up through

1    Mansfield and into East Arlington.  The plan splits

2    Mansfield, a rapidly growing city where over 60 percent

3    of the residents of that community are Texans of colors.

4    The city is literally torn apart.  The eastern precincts

5    in that city make up about 60 percent of Mansfield's

6    population are submerged into District 22 that ranges as

7    far south as past Waco.  The western precincts of

8    Mansfield with the remaining 40 percent of the growing

9    city are tacked on to a reconfigured District 10 and made

10   part of an Anglo-controlled district where voters in far

11   off Cleburne, Mineral Wells or Brownwood would dictate

12   the election choices.

13            Members, the intention of this map is clear.

14   Tear apart minority communities, submerge minority voters

15   in rural and suburban Anglo districts, and thus deny

16   voters of color the ability to elect the candidates of

17   their choice.  Yet, we have continued to be told that

18   race was not a factor in drawing of this map.  That race

19   was never considered.

20            I submitted shade maps reflecting

21   Tarrant County's minority population to the Chairman in

22   my meetings previewing the first proposed map.  I have

23   included those with my written testimony here today, and

24   I have previously sent them by e-mail to every senator on

25   Saturday, September the 18th.  This committee also heard

1    from witnesses from Tarrant County in early 2021 and

2    again weeks ago describing exactly where African

3    American, Hispanic, and Asian Americans live.  To say

4    that the racial makeup of SD10 or any district in the

5    state of Texas was not known is simply not a credible

6    statement.  There are no excuses and nothing to shield

7    the discriminatory intent and the effect of this proposed

8    map that we saw on Friday night at 9:00.  In the face of

9    repeated demonstrations of minority voting strength in

10   District 10, the effort now to destroy District 10 as a

11   majority-minority coalition crossover district is

12   repeating the same intentional and illegal racial

13   discrimination of the federal -- that the federal courts

14   condemned ten years ago.

15          It is my hope today that the committee will

16   hear the voices of my constituents who have testified

17   over and over again both by Zoom meeting and here in

18   Austin who are -- in addition, more to testify today made

19   the long drive to Austin to do so.  They have all

20   demanded that Senate District 10 be restored.

21   Madam Chairman and members, this is personal to the

22   people of Tarrant County.  They want to preserve their

23   ability to have their voices heard in the elections

24   across the state of Texas.  Thank you so much for

25   allowing me the grace to complete my testimony.

1            SENATOR HINOJOSA:  Senator Powell, is it your

2      request to the Senate that the boundaries of

3      Senate District 10 remain the same?

4            SENATOR POWELL:  Yes, it is.

5            SENATOR HINOJOSA:  You described neighborhoods

6      in the northern part of your district that are being

7      shaved off into a district to the north.  I believe you

8      mentioned Latino-dominated communities.  Can you walk me

9      through these communities?  Can you also discuss

10     communities of interest that might be cracked off from

11     this heavily Hispanic part of your current district?

12           SENATOR POWELL:  Yes, I can.  Thank you for

13     the opportunity to talk about this.  There is a Hispanic

14     community in the north side area of Fort Worth.  In fact,

15     the portion of my district that runs along Main Street up

16     through North Fort Worth and into the stockyards, the

17     historic stockyards of Fort Worth is a predominantly

18     Hispanic neighborhood.  And then you will recall some

19     testimony from yesterday, which had talked about La Gran

20     Plaza to the south.  It's a mall that I watched as child

21     being constructed.  My grandparents lived across the

22     street from the mall, and it was -- they drained a lake

23     and built this beautiful mall that at the time serviced

24     probably a largely Anglo population.  And over the years,

25     that neighborhood has become more and more and more a

1    Hispanic neighborhood.  And so what we have done now is
2    to take a predominantly Hispanic neighborhood to the
3    north and we have cracked it right in half and separated
4    those coalition of voters from one another.  They
5    consistently join together and organize to elect their
6    voters, to elect their representatives of choice.  That
7    vote will now be cut in half.
8            SENATOR HINOJOSA:  On a similar matter, I
9    believe you mentioned predominantly African American
10   communities that are being placed in a district that
11   expands more rural areas to the west.  Could you further
12   explain these communities in your current senate district
13   that are being placed in a more rural part of the state?
14           SENATOR POWELL:  If -- I have served in
15   different capacities in Fort Worth.  One of the things
16   that I've done over time is that I have served as the
17   Chairman of the Board and a trustee for Texas Wesleyan
18   University, which is located right in the center of
19   probably the largest minority African American population
20   in our region.  Stop 6, Polly, Forest Hill, Everman, a
21   large portion of East Fort Worth, some of those will be
22   submerged with Senate District 9 to the north and the
23   balance of those that remain will now be submerged with a
24   district -- with a reconfigured Senate District 10 that
25   goes as far to the west nearly as Abilene and as far to

1    the south as Brown -- Brownwood.  And so what we see now

2    is that that district -- those voters from those historic

3    African American communities will be submerged with Anglo

4    populations, and their votes will be diluted and their

5    voices will no longer be heard.  They will not have the

6    opportunity in the face of that -- of having been

7    submerged into those other districts be able to have

8    their voices heard.

9         SENATOR HINOJOSA:  Thank you for answering my

10   questions.  Senator Zaffirini.

11        SENATOR ZAFFIRINI:  Thank you, Mr. Chairman.

12   Senator Powell, you spent a lot of time talking about

13   Mansfield.  Yesterday I asked the mayor of Mansfield

14   about communities of interest, and specifically I asked

15   him about shared interest with Arlington and southeast

16   Fort Worth.  First, do you agree with his comments; and,

17   second, will you expand upon the shared-community

18   interest among Mansfield and other communities in

19   Senate District 10?

20        SENATOR POWELL:  I do absolutely agree with

21   Mayor Evans.  And I think it's important to note here

22   that Mayor Evans is the first African American mayor ever

23   elected to the Mansfield City Council.  I think it's also

24   important to note that the Mansfield school district

25   stretches far and wide across portions of Arlington,

1   portions of Mansfield, and then even into areas towards

2   Kennedale.  That tells you that that area is merging

3   together to elect their voters, their representatives of

4   choice.  Commissioner Devan Allen is the first -- not the

5   first African American women elected to the commissioners

6   court, but the first African American elected to serve in

7   the Arlington and Mansfield area.  That is a burgeoning

8   center for commerce in Arlington to the southwestern

9   side, and you can no longer tell when you drive along 157

10  when you leave Mansfield and when you enter Arlington.

11  Because of their school district and because of their

12  centers of commerce, they are highly merged together.

13          SENATOR ZAFFIRINI:  What do the newly added

14  rural counties to the west, Brown, Callahan, Shackelford,

15  Stephens, Young and Palo Pinto have in common with part

16  of Tarrant County that remains in Senate District 10?

17          SENATOR POWELL:  Well, I think I would -- I

18  would echo the words of Judge Sergio De Leon from

19  yesterday.  In Fort Worth, Texas, we don't hang out at

20  the feed store.  We don't bale hay and we don't -- and in

21  Tarrant County, we don't necessarily raise many cattle,

22  and we don't have farming operations anymore.  We've

23  become -- Fort Worth is the 12th largest city in the

24  nation.  We have very little in common with folks to the

25  west, with Brownwood, with Cleburne even anymore.  We're

1    highly economically driven, economically -- development

2    driven in our region, and we're driven by tourism and

3    travel and entertainment.  Those are not the same issues

4    that people in Brownwood or Abilene or the cities out to

5    the west would be concerned with.  And I think that's

6    probably the largest difference.

7            SENATOR ZAFFIRINI:  Thank you so much.  We

8    heard several witnesses -- many witnesses, in fact, say

9    that this configuration for Senate District 10 was

10   illegal.  Do you agree with that?

11           SENATOR POWELL:  I absolutely agree that it's

12   a violation of the Voting Rights Act and it's a violation

13   of the intent of our Constitution.

14           SENATOR ZAFFIRINI:  But on the other hand,

15   those who support this configuration say that legal

16   authority has said that it is legal, that it does comply

17   with the Voting Rights Act.  What is your perspective on

18   that?

19           SENATOR POWELL:  Well, I look back to the

20   federal court decisions for Senate District 10 ten years

21   ago.  They ruled this sort of an attempt as an

22   unconstitutional violation of people's voting rights.

23   And I contend that it is the same kind of

24   disenfranchisement of our citizens of color, our Black

25   and Brown citizens and our Asian citizens.  And I would

—28—

1    contend to you that over and over and over again during

2    these deliberations we've heard the same testimony from

3    our witnesses, many of whom are elected officials, who

4    have been placed into office by those coalitions of

5    voters.

6              SENATOR ZAFFIRINI:  Thank you so much,

7    Senator Powell.  You certainly do a really good job

8    representing your district.

9              SENATOR POWELL:  Thank you, Senator Zaffirini.

10   It has been a privilege --

11             SENATOR HINOJOSA:  Thank you, Senator Powell,

12   for your testimony.

13             SENATOR POWELL:  Thank you.

14             SENATOR HINOJOSA:  I will call some more

15   witnesses to testify, and then at some point I think

16   Senator Alvarado would wish to ask some questions to

17   Dr. Potter.  I'll call them after our next group of

18   witnesses.  Anybody else that wishes to ask questions of

19   Dr. Potter?  He is here as a resource witnesses.

20   Georgia Keysor.  Georgia Keysor.  Just identify yourself,

21   who you represent and then you may proceed.

22             GEORGIA KEYSOR:  Okay.  I'm Georgia Keysor

23   representing myself speaking on SB4.  But instead of

24   theorizing about what weaponized gerrymandering will do

25   to Texas, let's look at what weaponized gerrymandering

1   has done to our great state of Texas.  Texas is number

2   one in child deaths from COVID with over 300 Texas

3   children currently hospitalized.  Bodies are being

4   stacked like cord wood in morgue trucks borrowed from the

5   Biden administration.  This past Thursday alone, 463

6   Texans died of COVID.  Texas schools have unmasked more

7   than 50,000 confirmed COVID cases in kids in just two

8   weeks.  More than a dozen school districts have closed

9   while our governor feuds with schools that are just

10  trying to keep our kids alive.  Today we have over 40,000

11  Texas students home from school due to COVID and

12  shutdowns in 45 school districts.  Weaponized

13  gerrymandering has created a grim reality for Texas

14  children.  One in four lives in poverty.  We are number

15  one in uninsured children at 1.4 million.  Texas ranks

16  the 15th most dangerous state for rape and sexual assault

17  according to FBI statistics.  Every two hours a Texan

18  commits suicide, the second leading cause of death for

19  people aged 15 to 34.  Thirty-six states have lower crime

20  rates than Texas.  We're dead last in healthcare access

21  and affordability.  Thirty-fifth in Pre-K through 12

22  education.  Second highest rate of teen pregnancy.  Dead

23  last in mental healthcare.  Thirty-seventh in poverty.

24  Fifth in maternal mortality.  Forty-seventh for

25  protecting children from poverty and hunger during COVID.

1    Forty-first in child welfare foster care.  Dead last in

2    the number of insured adults.  Second only to California

3    in COVID deaths, but we are gaining on them.  And

4    Governor Abbott and this legislative body has closed more

5    hospitals than any other state ever.  Nobody thought you

6    could do it.  Don't forget that Abbott's great power fail

7    slammed businesses large and small and killed over 600

8    including 11-year-old Christian Pineda who froze to death

9    in his own damn bed.  But we can overlook these -- this

10   trivia and brag about our great economy.  Actually, no,

11   we can't.  From June 2019 to June 2020 Texas led the

12   nation in Chapter 11 filings and more Texas corporations

13   filed for bankruptcy during the first six months of 2020

14   than ever before.  I am asking you to honor the oath you

15   took on the Holy Bible, and I am telling you that Texas

16   deserves better.  Thank you for your time.

17              SENATOR HINOJOSA:  Thank you, Ms. Keysor, for

18   your testimony.  Jerry Hendrix.  Jerry Hendrix.

19              JERRY HENDRIX:  Chairman Hinojosa and

20   committee members and everybody in the room, thank you

21   for being here on a Saturday morning.  Thank you for

22   hearing our testimony.  My name is Jerry Hendrix.  I'm an

23   assistant city manager for the city of Kyle.  And I am

24   here to basically talk about three concerns we have with

25   the map as it's currently drawn, and I'd like to first

1    state that I am here professionally representing the city

2    of Kyle.  I have no political agenda.  I'm not talking

3    democrats or republicans.  I just want to voice our

4    concerns about the current map.

5            First concern is that we're split between two

6    districts, District 19 to the west of 35 through Kyle,

7    District 21 to the east in Kyle.  We are on the tail end

8    of both these districts, that is a small swath going

9    north from the bulk of the districts that is barely

10   contiguous to the rest of the districts, these small

11   swaths of land to our south.  Se we are concerned about

12   how well we'll be represented being so far removed from

13   the bulk of our districts.

14           Our second concern is that for the most part

15   we associate legislatively and most of what we do with

16   Travis County, the city of Austin, a large part of our

17   population drives into Austin every day to do their jobs

18   and comes back home to Kyle.  More and more we're seeing

19   people from Austin drive into Kyle to take advantage of

20   our growing economy and all the jobs that we're creating.

21   So it would be really helpful to us and beneficial to

22   everything that we're doing both towards our economic

23   growth in northern Hays County and with the growth of our

24   population to be in a district that's more associated

25   with communities to the north including Austin and

1   Travis County.

2        Third, we're concerned that the districts

3   physically are divided by the most part by Interstate 35.

4   We've worked very hard in Kyle over the past few years to

5   really bridge the gaps and perception of division of an

6   east Kyle and a west Kyle.  And we would really hate to

7   see a political barrier added to the great physical

8   barrier that we're already having to deal with and

9   address with our population and new businesses coming to

10  Kyle.

11       Lastly, I'd just like to say that we've always

12  enjoyed a positive and professional and productive

13  relationship with all elected officials regardless of

14  what side of the aisle that they're on and we're

15  dedicated to continue that relationship.  And we hope

16  that as you consider revisions of this map, that you'll

17  take these three concerns into account.  Keep Kyle

18  politically in a district as a whole city, move us into a

19  district that more closely associates with Austin so that

20  our constituents and our residents aren't divided that

21  way because a lot of them associate with Austin.  And we

22  really appreciate your time for you being here, and I am

23  available for any questions if you have any.

24       SENATOR HINOJOSA:  Every time I drive by and

25  through Kyle, it's amazing growth that has taken place.

1          JERRY HENDRIX:  We are doing lots of great

2      things in Kyle, and we thank the State for all they do to

3      help in bringing the businesses and the economy, and I'm

4      very proud to be associated with the city of Kyle.

5          SENATOR HINOJOSA:  Senator Huffman.

6          SENATOR HUFFMAN:  Yes.  Thank you for being

7      here, sir.  I want to ask you a question and I just ask

8      it because we hear this a lot, and I'm curious about the

9      answer.  You seem like the perfect person to ask the

10     question to because you are not here on any kind of

11     partisan agenda at all, clearly, and really just

12     concerned about your city.  I've often wondered because

13     we hear that sometimes, and I hear your concerns, and I'm

14     not trying to minimize your concerns.  It's more of a

15     curious question.  And that is do cities like yours ever

16     feel like they might get more representation if they had

17     two senators representing them or why is it that you feel

18     one is better?  Is it because you feel like you get more

19     attention?  It's just I often ask that question because

20     many times when you have two senators represent you, then

21     you have two advocates, you have two more votes on the

22     finance committee maybe or in the chamber, so I wonder do

23     you ever think of it that way?  And again, I'm not trying

24     to be confrontational at all.  I'm just curious.  And you

25     seem like a good person to ask.

1          JERRY HENDRIX:  And we do, we appreciate

2     having more than one voice.  In the current setup,

3     however, we're very far removed at the northern tip of

4     the district we're assigned to.

5          SENATOR HUFFMAN:  Okay.

6          JERRY HENDRIX:  So we are not opposed to

7     having two.  We'd welcome two.  And if we are going to

8     have two, we would like for that division be along

9     different lines other than Interstate 35.

10         SENATOR HUFFMAN:  And that's because of your

11    concerns of how it's dividing east and west?

12         JERRY HENDRIX:  Sure.  And we would like those

13    districts to be more associated with the communities to

14    the north, which is where our residents and businesses

15    more associate with.

16         SENATOR HUFFMAN:  Thank you very much for

17    answering my questions.

18         JERRY HENDRIX:  Thank you for asking.

19         SENATOR HUFFMAN:  Thank you.

20         SENATOR HINOJOSA:  Thank you for your

21    testimony.  Bill King.  Bill King.

22         BILL KING:  Good morning.  Thank you and

23    committee members who are here and staff maybe.  My name

24    is Bill King.  I'm a retired judge.  I was a judge for

25    23 years and a lawyer before that.  And I'm not saying

—35—

1      that because my testimony is special, I'm just saying

2      that to say I'm used to living and working in systems

3      that are fair.  When people come to court, they don't

4      want the outcome to be predetermined.  They want all the

5      sides to be listened to.  They want the judge to not

6      favor one side over the other ahead of time.  I think

7      that Texans in general will deserve nothing less in their

8      political system.  Texas grew by -- and you've had the

9      demographer, my numbers are all estimates and stuff,

10     roughly 4 million people in the last ten years.  Roughly

11     three and a half of those were not White.  They were

12     people of color.  The vast majority of those live in

13     urban areas.  I think five counties account for almost

14     half of the population growth.  We're happy to have

15     people move to Texas and work in our factories and work

16     in our restaurants and pay taxes, educate their kids here

17     and teach in the universities.  We're happy to have them

18     here, but apparently we're not happy to give them their

19     fair share of the political say.  These maps unfairly --

20     I'll just put it like that -- unfairly increase the power

21     of older White rural areas.  When Texas is increasingly,

22     overwhelmingly -- the population growth is younger,

23     non-White, urban dwellers -- I don't know how anyone can

24     perceive that to be fair.  And if people don't perceive

25     it to be fair, they won't participate in the political

1    process.  Maybe that's the intent.  I don't know.  But

2    the result is we already have one of lowest voting rates

3    in the country because people think who gives a damn.

4    Why bother.  There's no point in doing this if these

5    outcomes are rigged ahead of time for certain people

6    and/or certain parties, either way.  All I'm asking for

7    is fairness.  And this map, any of the maps proposed that

8    I've seen so far don't come close.  Thank you.

9           SENATOR HINOJOSA:  Thank you, Judge King, for

10   your testimony.  Ruby Faye Woolridge.  Identify yourself,

11   who you represent and then you may proceed.  You have

12   three minutes.

13          RUBY FAYE WOOLRIDGE:  Thank you, Mr. Chairman.

14   My name is Ruby Faye Woolridge, and I was elected to the

15   Arlington City Council at-large in November 2020.  I have

16   been active in the Arlington and Tarrant County community

17   for more than 37 years, and I've run for office numerous

18   times.  In 2020, I along with other African American

19   candidates in eastern and southeastern Tarrant County,

20   were elected because African American, Latino, and Asian

21   American voters came together to elect candidates of

22   their choice.  In Arlington, I am now one of three

23   African American members of the Arlington City Council

24   made up of eight members and one mayor.  Arlington is one

25   of most diverse cities in America.  We have a thriving

—37—

1    Asian population, a growing Hispanic, and African
2    American population as well.  We were named the 8th most
3    diverse city in America by Wallace Hubb this past April.
4    Despite our growing diversity and the clear power that
5    voters of color have in state and local elections in the
6    Arlington area, some are intentionally trying to silence
7    our voices.  I live in Texas Senate District 10 and
8    Beverly Powell is my senator.  And I've lived in this
9    district for 37 years.  Unfortunately, Arlington's
10   minority populations are already fractured into multiple
11   senate districts to intentionally dilute our voices.  The
12   proposed map continues this sad, intentional fracturing
13   that makes matters even worse by submerging our voters
14   into not one but two mostly rural districts anchored in
15   counties hundreds of miles away.  Under the proposed map
16   and under the amendments offered, much Arlington will be
17   relegated to districts that span south of Waco and east
18   toward Abilene.  Parts of Texas Senate District 22 are
19   already in the south and take parts of Arlington's
20   minority population south of Interstate 30.  Under the
21   proposal today, Senate District 22 would come even
22   further into our community like a crooked billy club all
23   the way through north to the mid cities.  This subjects
24   even more of our community to being represented by
25   candidates chosen by those in Waco, Hood County and other

1    rural areas.  In total, almost 200 -- 200,000 Arlington

2    residents are drawn into District 22 and nearly 150,000

3    are African Americans, Latino, or Asian Americans.  To

4    make matters worst, the new map places nearly 125,000

5    Arlington voters to the west in a Senate District 10 that

6    is decimated by adding eight rural counties.  This

7    portion of Arlington cracked into the new SD10 has 51,502

8    residents that are African American, Latino, or

9    Asian American.  In total, that's over 200,000 voters of

10   color left without a voice.  While not in Arlington,

11   another feature of the proposed map that bothers me is

12   how Fort Worth's African American population is relegated

13   to eight rural districts.  For years I worked at the

14   Fort Worth Independent School District.  Specifically, I

15   worked as a counselor at Dunbar High School, which is one

16   of Fort Worth's most historical African American

17   high schools in the Stop 6 neighborhood.  This community

18   outside of Arlington is one of my favorite communities in

19   Tarrant County.  I remember the kind, hard-working

20   families who proudly called this community their home.  I

21   find it absolutely offensive, appalling, and outwardly

22   hostile that this historic Black neighborhood along with

23   the surrounding Black neighborhoods in southeast

24   Fort Worth are being diluted with rural White voters

25   130 miles west towards Abilene, Texas.

1        SENATOR HINOJOSA:  Please wrap it up.

2        RUBY FAYE WOOLRIDGE:  Thank you, sir, I shall.

3   Thank you.  What is the purpose?  Who are minority voters

4   in Tarrant County supposed to go to when we need help on

5   issues dealing with affordable housing, good schools, and

6   criminal justice reform.  No offense, however, but when

7   the new SD10 with eight counties, but I don't see them

8   focussing on issues that matter the most to Stop 6, the

9   north side Fort Worth and Arlington.  I want to thank you

10  for this time, and I hope this committee rethinks their

11  plan and restores our voice in Austin.  Thank you again.

12        SENATOR HINOJOSA:  Thank you very much.  We

13  appreciate your testimony.

14        RUBY FAYE WOOLRIDGE:  Thank you.  I am here

15  for any questions you might have.

16        SENATOR HINOJOSA:  No, ma'am, there are none

17  right now.

18        RUBY FAYE WOOLRIDGE:  Okay.  All right.

19        SENATOR HINOJOSA:  Jane Hughson.  Hughson.

20  How do I pronounce that correctly?

21        JANE HUGHSON:  It's Hughson.  Good morning.

22  I'm Jane Hughson, mayor of the city of San Marcos, Texas.

23  Thank you for the opportunity to participate in today's

24  hearing.  My request is simple, please keep San Marcos in

25  one senate district.  This is with no disrespect to

1      anyone who has represented us past or present.  Right now

2      we are also split into two congressional districts, and I

3      don't know the outcome of that.  We are opposed to

4      splitting in any way.  We're a town of 69,000 people.

5      We're home to Texas State University with 38,000

6      students, many of whom live in San Marcos.  We're a

7      desirable city with our San Marcos River, the longest

8      continuously inhabited location in North America for over

9      12,000 years is what the archaeologists tell us.  Many

10     university students stay and make their home in

11     San Marcos, so we're home to many young professionals.

12     We have an young population, and as such, over 70 percent

13     of our population are renters, which means they tend to

14     move which often means they move from one district to

15     another.  It's hard for people to keep up with who

16     represents them when it likely changes when you move.

17     It's also harder for our elected representatives to keep

18     up with us.  It's tough for a voter to keep up with all

19     the issues let alone multiple representative, so we ask

20     that you make the district the easy part.  I understand

21     the first map presented keeps San Marcos whole and I ask

22     you to stick with that one.  Splitting is a bad idea, but

23     the way the proposal that I have in front of me is split

24     really is not going to make sense to the voters, and

25     they're not going to be able to keep up with who

1    represents them.  Thank you for the opportunity to

2    address this issue today and thank you for listening.

3            SENATOR HINOJOSA:  Thank you, Mayor.  And I

4    drive by San Marcos all the time every time I drive down

5    to South Texas, deep south Texas, and I'm always amazed

6    of the growth that's taken place in San Marcos and your

7    great Texas State University.

8            JANE HUGHSON:  Thank you.  Thank you.

9            SENATOR HINOJOSA:  Thank you.  Deborah Spell.

10   Deborah Spell.  Identify yourself, who you represent and

11   then you may proceed.

12           DEBORAH SPELL:  Good morning.  My name is

13   Deborah Spell.  I'm vice president of public affairs with

14   the Sagasse Media Group.  I was elected to serve on the

15   census complete count committee and the redistricting

16   task force in Arlington, which is located in

17   Tarrant County.

18           One person, one vote.  Representation should

19   be determined by the voters in that contiguous

20   geographical district, not by legislative gerrymandering.

21   I am opposed to the proposed drawing of SD10.  It is

22   imperative that this district remain within the same

23   boundaries the Court ordered in 2012.  SD10 is the only

24   crossover minority coalition district in Tarrant County.

25   The demographics are 32.2 percent Hispanic, 21.5 percent

1    Black, 39.5 percent Anglo.  Dismantling SD10 is a direct

2    violation of the 14th and 15th Amendment of the

3    Constitution.  The Supreme Court stated that the

4    destruction of a crossover district is a violation of the

5    Constitution in Bartlett versus Strickland.  In 2012,

6    the federal court ruled that SD10's 2011 map was

7    intentionally discriminatory and negatively impacted

8    minority voters.  The 2020 census reflects that it's not

9    necessary to make any changes in the map.  Black and

10   Hispanic voting coalitions and Anglo crossover voters

11   controlled electoral outcome in SD10.  Enacting the

12   proposed map, dilutes the voting power of SD10 and will

13   result in wasted legal fees paid by taxpayers.  As a

14   resident of Arlington's SD22 and House District 101, I

15   know what it's like being unrepresented since the last

16   census and redistricting moved me from SD9 to SD22.

17   Arlington is an urban area, and we have -- we are in a

18   rural district that does not serve our interests or

19   values.  The only change with the present SD10 map that I

20   suggest would be to relocate and include the Arlington

21   area that I'm located in in SD22 to SD10.  Without

22   representation that reflects our interests, values, we

23   are voiceless.  I implore this committee to do the right

24   thing.  Don't manipulate the maps to give an unfair

25   advantage to your candidates.  Allow voters to elect the

1      candidate to represent us.  Draw fair maps that give

2      minorities an equal voice.  Please listen to all the

3      people and organizations that have taken their time to

4      testify against the horrendous maps that this committee

5      has proposed.  Accept the maps these organizations and

6      individuals submitted in fairness.  Transparency through

7      public hearings will reinforce your commitment to

8      integrity and fairness and the democratic process.

9      Thank you for your time today.  I'm a proud member of

10     Delta Sigma Theta Sorority, which had a very heavy

11     presence in this area.  And I do hope that you listen to

12     what people have said.  Thank you.

13             SENATOR HINOJOSA:  Thank you.  We appreciate

14     your testimony.  I'll call one more witness and then

15     we'll go to Dr. Potter.  Kenneth Sanders.

16     Kenneth Sanders.  Dr. Potter.  Oh, I'm sorry,

17     Mr. Sanders, I apologize --

18             KENNETH SANDERS:  I do apologize.

19             SENATOR HINOJOSA:  You're on.

20             KENNETH SANDERS:  But I thank you for your

21     time today.  Hello.  My name is Kenneth Sanders.  I'm a

22     judge in Tarrant County in Precinct 7.  I'm here in

23     opposition of Senate Bill 4, the proposed state senate

24     maps.

25             In 2018 I ran for justice of the peace, and I

1    won with the support of southeast Tarrant County voters

2    of color.  In fact, throughout all of southeast

3    Tarrant County, voters of color spoke clearly in the

4    2018 election when we came together and not only elected

5    myself but also Devan Allen to Tarrant County

6    commissioners court and Beverly Powell to state senate in

7    District 10.  The same story played out in 2020 when

8    voters of colors united in all Arlington and elected

9    Ruby Woolridge to Arlington City Council at-large,

10   Michael Evans as mayor of Mansfield, and Constable

11   Sandra Lee and Robert McGinty to Precinct's 7 and 2.  All

12   of these candidates who won are African American, and all

13   were elected by African Americans, Hispanics and Asian

14   American voters when they came together to elect

15   candidates of their choice.

16          Southeast Tarrant County including Mansfield,

17   Arlington, Grand Prairie are growing in diverse areas.

18   Over the last decade, our region has seen some of the

19   most dramatic changes to our demographics of any part of

20   Tarrant County.  As a whole, Tarrant County saw a decline

21   in the Caucasian population since 2010 and a rise in both

22   the Hispanic, African American, and Asian American

23   populations in that same time frame.  It is no surprise

24   that the demographics changed and have coincided with the

25   electoral changes we've seen, such as the 2018 and 2020

1     results I mentioned earlier in my testimony.  My precinct

2     encompasses much of State Senate District 10, which

3     Senate Bill 4 is proposing to destroy.  The plan is

4     intended to silence the same voters of color who have

5     been paramount in the shifting election landscape in

6     Tarrant County.  The proposed senate plan became even

7     worse over the last couple of days with the proposed

8     cracking of State Senate District 10.  Too many of my

9     constituents are already in senate district -- anchored

10    in Waco where their voices are diluted.  Instead of

11    recognizing the growing voting strength of voters of

12    color in Tarrant County by adding -- by adding them to

13    districts where their voices cannot be heard.  You once

14    said create a crooked billy club that comes into

15    Tarrant County to nearly quadruple the number of

16    Tarrant County's non-Anglo residents cracked in the

17    Senate District 22 so their voices can be drowned with

18    rural White voters to the south.  This is all

19    intentional.

20              SENATOR HINOJOSA:  Please wrap it up, Judge.

21    Your time is up.

22              KENNETH SANDERS:  Time is running short to fix

23    your mistakes.  Voters of color in Tarrant County are

24    watching, and we will not be used as a throw-away vote

25    and have our voices drowned out by rural voters over a

1     hundred miles away.  My testimony and the testimony of my

2     Tarrant County colleagues have provided this committee

3     with a clear blueprint of what our county looks like

4     where voters of color live and how we vote together to

5     elect candidates of our choice.  It is now up to you to

6     decide if you will intentionally ignore us.  I want to

7     thank you for you time, and I am available for any

8     questions you may have.

9          SENATOR HINOJOSA:  There are no questions at

10    this moment, Judge, but we appreciate your testimony.

11          KENNETH SANDERS:  All right.  Thank you, sir.

12    Have a good day.

13          SENATOR HINOJOSA:  We will next have a

14    resource witness, Dr. Potter.  Dr. Potter, please come

15    up, and I think Senator Alvarado has some questions to

16    ask of you.  And after she finishes, I will see if there

17    are any other members that wish to ask you any other

18    questions.

19          LLOYD POTTER:  My name is Lloyd Potter.  I'm

20    the Texas state demographer.

21          SENATOR HINOJOSA:  Senator Alvarado.

22          SENATOR ALVARADO:  Thank you, Mr. Chairman.

23    Dr. Potter, thank you for your patience and for being

24    with us and in the past hearings as well.  Earlier this

25    year when we had the regional hearings in January and

1    February, you have -- you gave us a lot of good
2    information on the estimated population growth and the
3    changes in Texas over the last decade.  And now that we
4    have the official census numbers, I wanted you to provide
5    an update, so I'm going to ask many questions for you so
6    just bear with me.  I had an opportunity to review your
7    latest set of numbers and information and maps.  If the
8    chair is amenable, I'd like for him at some point to
9    provide that document to the committee.  I would ask that
10   it be made available.
11            SENATOR HINOJOSA:  We'll make sure it is,
12   Senator Alvarado.
13            SENATOR ALVARADO:  Okay.  Thank you.  Let's
14   start with the statewide numbers.  How did Texas's
15   population change according to the 2020 census?
16            LLOYD POTTER:  Texas added more people than
17   any other state, just under 4 million, 3,999,944 and
18   that's also a rapid increase.  We grew at a rate of
19   15.9 percent over the decade.  That's faster than any
20   other state except for Idaho and Utah.
21            SENATOR ALVARADO:  Okay.  What percentage of
22   this growth did Texans of color represent?
23            LLOYD POTTER:  A little more than 95 percent
24   of the growth is from -- is -- can be attributed to
25   people who identify as racial or ethnic minorities.

1          SENATOR ALVARADO:  Okay.  Of the nearly

2    4 million new Texans, how many were non-Hispanic White?

3          LLOYD POTTER:  Of the almost 4 million,

4    187,252 were non-Hispanic White.

5          SENATOR ALVARADO:  187,000.

6          LLOYD POTTER:  Yeah.  I'm sorry, 187,252.

7          SENATOR ALVARADO:  Okay.  And of the 4 million

8    new Texans, how many were Hispanic?

9          LLOYD POTTER:  Approaching 2 million, so

10   1,980,796.

11         SENATOR ALVARADO:  Okay.  And how many of the

12   4 million new Texans are Black?

13         LLOYD POTTER:  A little more than half a

14   million, 557,887.

15         SENATOR ALVARADO:  And Asian?

16         LLOYD POTTER:  Surprisingly, the Asian

17   population -- well, I don't know how surprising it is,

18   but it's really growing quickly.  So there were 613,092

19   additional persons who identify as Asian.

20         SENATOR ALVARADO:  Okay.  In terms of the

21   total population as of 2020, we have about 29.1 million

22   Texans.  What percent of the total population do

23   non-Hispanic Whites, Hispanics, Blacks and Asians make

24   up?

25         LLOYD POTTER:  Could you say that one more

1    time?

2                SENATOR ALVARADO:  Sure.  The total population

3    most recent that we have, we have -- we have about

4    29.1 million Texans.

5                LLOYD POTTER:  Right.

6                SENATOR ALVARADO:  What percentage of this

7    total population are non-Hispanic Whites, Hispanic,

8    Blacks, and Asians make up and how has that changed since

9    the 2010 census?

10               LLOYD POTTER:  Okay.  So the Latino population

11   is now 39.3 percent of the total population.  That's an

12   increase over the decade from in 2010, 37.6 percent.

13   African American is pretty stable in terms of

14   its percent.  It's currently 11 -- or for the 2010 census

15   11.8 percent where it was 11.5 in 2010.  Asian is now

16   5.4 percent.  It was 3.8 percent.  And then the

17   non-Hispanic White population percentage has declined

18   from 45.3 percent in 2010 to 39.7.  So the Latino

19   population and the non-Hispanic White population as of

20   the census were pretty close to even in terms of numbers

21   and just the trends that we -- we see and the projections

22   from my office.  We would say that -- I would say that

23   the Latino population is probably a parity now because

24   these numbers are April 1, 2010, or maybe slightly

25   exceeding or if it's not, it will be here pretty soon in

1    the coming months.

2          SENATOR ALVARADO:  So they are like neck and

3    neck kind of?

4          LLOYD POTTER:  Yeah.

5          SENATOR ALVARADO:  Okay.  Let's go to changes

6    at the county level.  You have a map, I believe it's on

7    page 8 that shows 143 of our counties have lost

8    populations since 2010.  What were those ten counties?

9          LLOYD POTTER:  Well, if we look at 143,

10   generally speaking, the counties that are losing

11   population are rural counties, and those that are gaining

12   population are those that are in the urban and -- urban

13   corners and the suburban ring counties around them,

14   generally speaking.

15         SENATOR ALVARADO:  Okay.  And then you also

16   have another map that shows -- well, let me just ask

17   about that.  Which counties saw the largest increase?

18         LLOYD POTTER:  Okay.  Let me find --

19         SENATOR ALVARADO:  In the Houston region and

20   the --

21         LLOYD POTTER:  So the counties that grew the

22   most, Harris County grew more than any other county in

23   Texas.  Tarrant County was second.  Harris County added

24   638,686.  And I won't go and read all of the numbers.

25   The information I provided to the committee will have a

1   table in there with this information with the detailed

2   data.  Bexar County was third.  Collin County just north

3   of Dallas fourth.  Travis County fifth.  Dallas sixth.

4   Denton seventh.  Fort Bend tenth -- eighth.  Williamson

5   ninth and Montgomery tenth.  So essentially all the

6   counties that contributed the most population are in

7   either the urban core counties, what we refer to as

8   population triangle counties, and those large counties,

9   rapidly growing counties right around those.

10          SENATOR ALVARADO:  Okay.  So it looks like I

11  guess Harris County accounts for about 16 percent of the

12  growth of the counties?

13          LLOYD POTTER:  Yes.  I think Harris County

14  probably -- yes, I think Harris County is about

15  16 percent of the total growth.  The growth that we saw

16  in Harris County could be -- we can attribute about

17  16 percent of the total growth in the state to the growth

18  that occurred in Harris County.

19          SENATOR ALVARADO:  Okay.  Which county saw the

20  largest increase in the DFW regions, Collin, Dallas

21  Denton and Tarrant?

22          LLOYD POTTER:  Tarrant County added more

23  population in the DFW area.  It added a little more than

24  300,000.  And Collin County was at 282 -- 282,000.  So

25  both those counties just north of Dallas and

1    Tarrant counties were the ones that added the most

2    population.

3              SENATOR ALVARADO:  Okay.  What are the ten

4    counties that lost the most non-Hispanic White

5    population, and what are the regions of the state that

6    lost the most?

7              LLOYD POTTER:  Okay.  So non-Hispanic White

8    population, Dallas County had the most significant loss

9    of the non-Hispanic White population.  Their loss

10   approaching 60,000.  So 59,706 non-Hispanic Whites.

11   Harris County is not too far behind.  It lost a little

12   more than 40,000 non-Hispanic Whites.  Tarrant, 32,000

13   non-Hispanic Whites decline.  And then the other -- so

14   those are kind of the urban core counties there, and then

15   the others are kind of dispersed around the state and

16   they tend to be like Jefferson County, which is just kind

17   of close to the Texas-Louisiana border down by the Gulf.

18   Wichita, which is up northwest of the Dallas-Fort Worth

19   area on the Oklahoma border.  Potter County, which is my

20   favorite county, is just north of Lubbock and Amarillo.

21   Hidalgo, so Lower Rio Grande Valley.  El Paso way out

22   west.  Cameron, Lower Rio Grande Valley.  So the -- with

23   the exception of these urban core counties, the counties

24   that lost the most non-Hispanic White tended to be

25   dispersed around the state and fairly rural counties.  I

1     wouldn't say rural-rural, but not large urban core

2     counties.

3            SENATOR ALVARADO:  Okay.  And what are the ten

4     counties that gained the most non-Hispanic White

5     population?

6            LLOYD POTTER:  So Travis County added the most

7     non-Hispanic Whites, a little over 90,000.

8     Williamson County just north of Travis, a

9     little -- almost 67,000.  Denton County added almost

10    59,000, so Denton just north of Tarrant County.  Collin

11    County added almost 49,000.  Montgomery added 46 -- a

12    little more than 46,000.  Fort Bend, a little more than

13    32,000.  And then Hays and Comal, which are the two

14    counties in between Austin and San Antonio, Hays added

15    29 -- a little more than 29,000.  Comal a little more

16    than 27,000.  So with the exception of Travis County,

17    those counties that were gaining non-Hispanic White

18    population tended to be the suburban ring counties that

19    are growing very rapidly.

20            SENATOR ALVARADO:  Thank you.  What are the

21    ten counties that lost the most Hispanic population?

22            DR. POTTER:  Well, there weren't -- there

23    wasn't dramatic -- because the Latino population is

24    growing very significantly and quickly in the state.

25    There weren't -- there wasn't any counties that lost a

1    lot of Hispanics, but those that did, so Duval County

2    lost almost 2,500.  Zavala, which is south slightly west

3    of San Antonio lost about 2,000.  Willacy 1. -- 1,686.

4    Presidio 1,530.  I can go down the list, but essentially

5    they tend to be pretty rural counties that are generally

6    historically have a majority of the population being

7    Hispanic.

8              SENATOR ALVARADO:  Okay.  And in the

9    reverse -- inverse, I'm sorry, what are the ten counties

10   that gained the most Hispanic population?

11             LLOYD POTTER:  So Harris County added the

12   most -- most persons of Hispanic descent so that was

13   363,000, a little more than that.  Bexar County added an

14   additional 184,000, then Dallas 151,895, Tarrant 137,930.

15   So those are -- those are the big core counties.  And

16   then Hidalgo County down in the Lower Rio Grande Valley

17   almost 98,000.  Travis County another urban core county,

18   of course, added a little more than 78,000.  And then the

19   other counties that were -- added a lot of Latinos are

20   suburban ring counties, which are Montgomery County by

21   Houston, Denton County, Fort Bend County, and then the

22   last one El Paso.

23             SENATOR ALVARADO:  Okay.  What are the ten

24   counties that lost the most Black population, and then

25   what are the counties that gained the most Black

1    population?

2             LLOYD POTTER:  So, again, the numbers in terms

3    of loss are somewhat similar magnitude when we look at

4    Hispanic because the Black population has been growing

5    pretty steadily and significantly in the state.  And

6    they're by in large, when you look at them, many of them

7    are rural counties or not -- or counties that don't have

8    large urbanized areas in them and they tend to be in the

9    eastern part of the state, and that would be Rusk County

10   lost a little more a thousand African Americans.

11   Liberty County a little more than a thousand.  Cherokee

12   County a little more than a thousand.  Nacogdoches a

13   little more than a thousand.  Houston a little less than

14   a thousand.  I can go on but they kind of --

15            SENATOR ALVARADO:  Okay.  Yeah, I get the gist

16   of it.  Okay.  I would like to talk about senate

17   districts, which will be the last set of questions.

18   Which senate districts have the most population and what

19   regions of the state are they in?

20            LLOYD POTTER:  Say that one more time, which

21   senate district --

22            SENATOR ALVARADO:  Which senate districts have

23   the most population and what region of the state are they

24   in?

25            LLOYD POTTER:  It may take me a second on that

1    one.

2         SENATOR ALVARADO:  I think that's page 17 to

3    20, I think.

4         LLOYD POTTER:  Yeah, I think -- so let me say

5    what -- let me articulate how I've estimated the

6    population in the current senate districts.  I took the

7    redistricting file, which is produced with the smallest

8    level of geography.  It's the block -- the census block,

9    and then using GIS software, intersected that with the

10   current boundaries that I received from the Texas

11   legislative council's websites.  Those boundaries --

12   because the census blocks changed from 2010 to 2020, some

13   of those boundaries intersected census blocks.  And so

14   what we did when a -- a boundary intersected a new census

15   block, we split the population across districts.  So

16   that's the fuzziness in the estimates that we have for

17   the current senate districts.  With that said, I think it

18   was senate district -- it looks like Senate District 25

19   has the most, which is the Travis County area or actually

20   between San Antonio and Austin and Travis County.  Let me

21   see.  I should have sorted these, I suppose, by size.  It

22   looks like 12 maybe is the second largest, which is -- I

23   think that's up in -- up into Denton County and then

24   Tarrant.  Then the rest -- we've got a number of other

25   ones that are fairly large.  Five, I think, is probably

1    the next.

2              SENATOR ALVARADO:  Okay.

3              LLOYD POTTER:  So I'm not sure if I'm

4    going where you would like me to go with that.

5              SENATOR ALVARADO:  What districts have the

6    least population and where are those?

7              LLOYD POTTER:  Yeah.  So the smaller ones are

8    the ones that are kind of -- essentially, I think the

9    idea here is -- is that -- that we were just recently

10   talking about counties that lost population and so on.

11   And so the -- essentially some of the districts

12   have -- that have lost population, I'd say the smaller

13   ones are Senate District 1, 28, and 27.  There might be

14   another one that I would list there.

15             SENATOR ALVARADO:  Okay.

16             LLOYD POTTER:  Maybe -- yeah, I think that's

17   right.

18             SENATOR ALVARADO:  Which senate districts are

19   within the ideal population and don't need to change

20   geographically?

21             LLOYD POTTER:  So those -- so looking at the

22   ideal size of a senate district and subtracting 5 percent

23   and adding 5 percent, those districts that fall within

24   that range as they currently are is Senate District 2,

25   22, 24, 19, 21, 20, and I think I already said 2, 16, 9,

1    10 and --

2               SENATOR ALVARADO:  Okay.  That's okay.  I

3    can --

4               LLOYD POTTER:  I'm sorry?

5               SENATOR ALVARADO:  I can look at the map.  You

6    have given me enough.

7               LLOYD POTTER:  Again, I'll distribute that to

8    the -- or give that to the clerk, so it will be

9    distributed to the committee.

10              SENATOR ALVARADO:  And then one final thing,

11   are you concerned about the undercount in any particular

12   area by race or ethnicity or --

13              LLOYD POTTER:  Yeah, I mean, I think,

14   certainly if we -- if look at the 2010 census, you know,

15   there were segments of the population that there is

16   strong evidence that they were undercounted.  Generally

17   speaking, minority populations are undercounted, in

18   particular Latino and African American and particularly

19   young African Americans, children.  Young children tend

20   to be undercounted, and then we also see higher rates of

21   undercount among -- in areas where there is a

22   high percentage of the population living in rental

23   housing, where there is a large or a significant

24   foreign-born population and also where language isn't the

25   first language spoken at home.  And there are a whole

1    range of other things associated with it, but the ones

2    I've just listed are the most commonly articulated ones

3    and identified ones.  We won't really have a sense of

4    undercount for the 2020 census until probably some time

5    in 2022.  The Census Bureau is currently conducting what

6    is referred to as a post-enumeration survey, and that's

7    the main tool that we use for accessing undercount.

8    There's a couple of other tools that we're looking at

9    right now, but those are the ones that really allow us to

10   get at the most specific characteristics in terms of

11   undercount.  So we won't really know that until some time

12   next year.

13             SENATOR ALVARADO:  Thank you for your work and

14   I appreciate you taking the time to answer my questions.

15             LLOYD POTTER:  Thank you.

16             SENATOR ALVARADO:  Thank you, Mr. Chairman.

17             SENATOR HINOJOSA:  Senator Zaffirini.

18             SENATOR ZAFFIRINI:  Thank you, Mr. Chairman.

19   Dr. Potter, would you agree that all the senatorial

20   districts along the border starting in the Valley going

21   all the way to El Paso undercounting the population?

22             LLOYD POTTER:  I'm sorry.  There were?

23             SENATOR ZAFFIRINI:  Would you agree that all

24   the senatorial districts along the border from the Valley

25   to El Paso had an undercount in the census?

1  LLOYD POTTER:  I mean, I can't say that I know

2  that -- in the 2010 census?  Yes, I would say most of

3  them if not all of them probably had some undercount.

4  SENATOR ZAFFIRINI:  But you don't know about

5  the most recent census?

6  LLOYD POTTER:  No, we don't.  We don't have

7  that.  As I was just mentioning to Senator Alvarado, we

8  won't really know that until this post-enumeration survey

9  is completed and we're able to kind of assess that

10  relative to the count.

11  SENATOR ZAFFIRINI:  Based on your expertise

12  and what you've stated about the kinds of communities

13  that had an undercount, would it be your best estimate

14  that those senatorial districts were undercounted?

15  LLOYD POTTER:  I would be surprised if we

16  didn't see higher rates of undercount in many of the

17  Valley counties, yes.

18  SENATOR ZAFFIRINI:  Not just the Valley, but

19  the whole border region?

20  LLOYD POTTER:  Yep, pretty much the whole

21  border region.

22  SENATOR ZAFFIRINI:  From the Valley to

23  El Paso?

24  LLOYD POTTER:  Yep, largely because of the

25  characteristics of the population there, yes.

1          SENATOR ZAFFIRINI:  Are there any other

2     regions of the state that would be subject to a

3     generalization of that nature?

4          LLOYD POTTER:  I think we're probably in some

5     of the urban core parts of the city where we have

6     significant concentrations of African American population

7     especially young male African Americans.  And then also

8     parts of the urbanized areas that have a large percentage

9     of the population that are renters.  We're concerned

10    about how the census was conducted because of the

11    pandemic and what we refer to as group quarters in

12    particular with colleges and universities.  So I'd have

13    some concern about undercount in -- in kind of university

14    type -- where there's a large student population because

15    that kind of really made some difficult issues for the

16    Census Bureau.

17         SENATOR ZAFFIRINI:  Thank you.  Is it within

18    the realm of your expertise to address the issue of how

19    the undercount should be addressed in terms of

20    determining the acceptable deviation from the ideal

21    population for a senatorial district?

22         LLOYD POTTER:  That's probably outside of

23    my -- I mean, I can -- I can look at numerically.  I'm

24    not -- I don't render decisions on things, but I can

25    certainly -- we could look at issues of undercount and

1     how that might -- might affect, you know, different kinds

2     of outcomes, but we don't render about that.

3             SENATOR ZAFFIRINI:  Thank you, sir.

4     Thank you, Mr. Chairman.

5             SENATOR HINOJOSA:  Thank you,

6     Senator Zaffirini.  I think that's the only questions we

7     have today, but thank you, Dr. Potter, always for being

8     so knowledgeable about the census and the districts and

9     the numbers.

10            LLOYD POTTER:  Okay.  Thank you.

11            SENATOR HINOJOSA:  We'll get back to calling

12    some of the witnesses.  We have Genevieve Van Cleve,

13    please come down.  And Devan Allen.  Devan Allen, please

14    come down.  I don't think we have any other cards, but

15    we'll wait for those two witnesses to come down from the

16    gallery so they can testify.  Genevieve Van Cleve.

17    Identify yourself and who you represent and then you may

18    proceed when you're ready.

19            GENEVIEVE VAN CLEVE:  Okay.  My name Genevieve

20    Van Cleve.  I live in Austin, Texas, and I am the state

21    director for All on the Line.  Thank you, Mr. Chairman

22    and committee members.

23            I work as an advocate for fair maps and a fair

24    redistricting process because I understand that when it

25    comes to distributing resources and power, there is

1       nothing more important than redistricting.  The process

2       is one of the last smoke-filled rooms in Texas politics.

3       It is a process that favors the powerful and

4       well-connected at the expensive everyday Texans.  My goal

5       in being here today is not to put my thumb on the scale

6       for a political party, but to fight for a system where

7       the people are the beneficiaries of these proceedings.

8       The senate map will leave hundreds of thousands of people

9       particularly people of color out in the cold for another

10      decade.  Through my professional and personal experience,

11      I've witnessed the harm brought to African American,

12      Latino, and AAPI constituents because of map manipulation

13      and voter suppression efforts.  Gerrymandering continues

14      to dilute these voices and votes.  There is no evidence

15      that multiple representatives who don't live in your

16      district, don't share your background or values results

17      in better policy outcomes.  For example, six members of

18      congress touch Travis County.  We do not feel more

19      represented.  In fact, three members of the Travis County

20      delegation didn't vote to certify the 2020 election,

21      while 70 percent of Travis County voted for

22      President Biden.  To be clear, splitting communities of

23      interest does not result in better representation on the

24      finance committee or anywhere else.  Gerrymandering is

25      why the overwhelming cost for Winter Storm Uri are being

1    picked up by taxpayers instead of the industry and why

2    the state refuses to carry out its duty to protect the

3    public good.  Gerrymandering allows for politicians to

4    ignore the needs of people and instead cater to special

5    interests and business needs.  Administrative hurdles and

6    a lack of transparency have choked participation in the

7    redistricting process by the people who call Texas home.

8    There has been no sustained information about these

9    hearings released to the public.  Unless you are a

10   lawyer, lobbyist, a legislator, or an advocate, I'm not

11   sure how you would know when, where, or how to

12   participate in these redistricting hearings.  I ask that

13   you follow the spirit and the letter of the law.  Don't

14   dilute the votes and voices of communities of color.

15   Don't pack the cities or crack the suburbs.  Respect

16   communities of color, and most of all respect the people

17   of Texas.  Thank you.

18            SENATOR HINOJOSA:  Thank you.  We appreciate

19   your testimony.  Devan Allen, county commissioner.

20   Identify yourself and who you respect and then you may

21   proceed when you're ready.

22            DEVAN ALLEN:  Great.  Thank you.  Good

23   morning, members.  My name Devan Allen testifying on

24   behalf of myself and against SB4.  I am honored to serve

25   on the commissioners court for Tarrant County,

1    Precinct 2, and as the first African American elected to

2    do so, African American woman.  My district includes the

3    cities of Arlington, Mansfield, Pantego, Dalworthington

4    Gardens, Kingsville, and a large part of the city of

5    Grand Prairie that lies within Tarrant County.  It

6    overlaps with a large part of Senate District 10 with

7    significant parts of Congressional District 6 and 33.  My

8    own commissioner district, Precinct 2, is experiencing

9    rapid minority growth.  After the 2010 census, my

10   district was 51.5 percent Anglo voting-age population.

11   Today, following the 2020 census, my district has dropped

12   to only 40.1 percent Anglo voting-age population.  The

13   increase in minority voting strength in Tarrant resulted

14   in my election in 2018 along with other African American

15   representatives since whose districts are predominantly

16   within Senate District 10, including Arlington ISD board

17   trustee Kecia Mays; Kenneth Sanders justice of the peace,

18   who you heard from earlier this morning; Tarrant County

19   Constable Sandra Lee; Tarrant County Constable

20   Robert McGinty; mayor of Mansfield, Michael Evans, who

21   you've heard from yesterday; Tarrant County College

22   trustee Leonard Hornsby; and Arlington councilwomen

23   Ruby Woolridge, who you heard from, as well as

24   Dr. Barbara Odom-Wesley.  All of us, African American

25   candidates, won because the voters chose us over the

1       Anglo-preferred candidate.  Senate District 10 has been

2       performing as a minority coalition crossover district and

3       should be preserved.  Your attempt to dismantle it is

4       deliberate, intentional, and done along racial lines to

5       punish the hard work that minorities have put in

6       throughout the decade to elect our candidates of choice.

7       In your proposed map, you took the fast-growing African

8       American and Hispanic areas of Tarrant County, who had

9       worked hard to elect their candidate of choice in SD10

10      and other offices, and cracked them into senate districts

11      that are overpowered by Anglo ex-urban and rural voters.

12      In the new SD22 a king like -- a king-cobra-like opinion,

13      rather, is shoved into Tarrant County from the south,

14      nearly doubles the Black population taking SD22 from

15      38,314 African Americans to 63,703 African Americans.

16      This population all came out of SD10.  As a Black woman

17      whose district contains this part of the country, it is

18      an insult to me and to my constituents to see and

19      comprehend that this might be the result of an official

20      State policy of racial discrimination.  If you look at

21      that jagged line you drew that cuts up Arlington, you can

22      see that you cut along racial lines where all precincts

23      currently in Senate District 10 with over 25 percent

24      Black voting-age population are removed, and precincts in

25      Arlington with the largest Black populations cracked into

1 SD22 and 23.  You are looking for the dividing line based

2 on race, and this ugly display of racial segregation was

3 intentional.  I am wrapping up my remarks soon.  You

4 cleaved Mansfield into two district putting 65 percent of

5 the Black population in SD10 and drowning it out of White

6 voters in Parker and Johnson County and the remaining

7 35 percent of the Black population in SD22.  And what is

8 surgical and intentional intrusion and jags and splinters

9 up from the south and anchored in Waco.  I've testified

10 before to request and implore you to preserve SD10 as an

11 effective performing minority coalition crossover

12 district as is required under the Voting Rights Act and

13 Constitution.  I have walked you through in detail where

14 the minority growth was occurring so that you could avoid

15 yet other SD10 finding of intentional discrimination in

16 federal court.

17    SENATOR HINOJOSA:  Please wrap up.

18    DEVAN ALLEN:  Yes, sir.  And still you knew

19 what you were doing when you cracked minority populations

20 in this proposed map.  The good news is it is not too

21 late to reverse course and reinstate SD10.  I've provided

22 each of you with a copy of my written testimony -- or I

23 will, rather, and I ask again that you enact the senate

24 map that isn't intentionally discriminatory and actually

25 this is incredibly easy to do.  Thank you.  I appreciate

1      your time.

2                 SENATOR HINOJOSA:  Thank you.  We appreciate

3      your testimony.  Those are all the witness cards that we

4      have.  So I'll ask is anyone present who would like to

5      testify for, on, or against Senate Bill 4 and

6      Senate Bill 7?  If not, public testimony is closed, and

7      I'll turn back the gavel to Madam Chair Huffman.

8                 SENATOR HUFFMAN:  Thank you very much

9      Senator Hinojosa for chairing today, much appreciated.

10     Members, that concludes all the cards and all the

11     witnesses that we have today.  I would like to remind

12     everyone that as I've said repeatedly, anyone with a

13     different proposal should file their alternative by

14     10:00 a.m. tomorrow and we will consider everything that

15     is brought before the committee.  So we will be watching

16     for those amendments and with -- and I will post when the

17     next hearing will be.  At this point I don't have an

18     announcement to make.  So with that, the Senate Committee

19     on Redistricting will stand in recess subject to the call

20     of the chair.

21

22

23

24

25

1      I, REBECCA FARRIS, a competent court reporter and

2    disinterested person, transcribed the pre-recorded

3    video/audio proceedings.

4

5         Dated November 24, 2021.

6

7                   Electronically signed/Rebecca Farris

8                   Rebecca Farris
                     Stenographic Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-70-