# EXHIBIT 16

Texas Senate Special Committee on Redistricting
September 28, 2021










Transcript Produced by Rebecca Farris

1          SENATOR HUFFMAN:  The Senate Special Committee

2     on Redistricting will come to order.  Please call the

3     roll.

4          THE CLERK:  Alvarado.  Bettencourt.  Birdwell.

5     Campbell.  Hancock.  Hughes.  Lucio.  Nichols.  Paxton,

6     Perry.  West.  Whitmire.  Zaffirini.  Hinojosa.  Huffman.

7          SENATOR HUFFMAN:  Okay.  A quorum is

8     established.  I'd like to welcome everyone to today's

9     hearing.  We are meeting today to consider proposed

10    committee amendment to Senate Bill 4, the Texas Senate

11    redistricting plan; and Senate Bill 7, the State Board of

12    Education redistricting plan.

13         If you recall last week, the committee held

14    two public hearings to solicit invited and public

15    testimony on these two proposed plans.  The committee did

16    not receive any proposed committee amendments to

17    Senate Bill 7.  Today will be an opportunity for the

18    committee and the public to discuss the proposed

19    committee amendment to SB4, which have been publicly

20    posted on the Texas Legislative Councils District Viewer

21    website since they were published by the author.

22         To provide a brief overview of our hearings.

23    First, we lay out each committee amendment to SB4 that is

24    sponsored by a committee member.  Then we will open up

25    public testimony to hear additional input on the proposed

—2—

1    amendment.  After public testimony, the committee will

2    consider a vote on each proposed amendment.  Finally, the

3    committee intends to vote on whether to recommend both

4    Senate Bill 4 and Senate Bill 7 for consideration by the

5    full senate.  I also want to remind members to review

6    Senate Resolution 4, which was unanimously adopted by the

7    senate during the regular session and outlines the

8    process and deadlines for floor amendments.  That's floor

9    amendments.  If these two bills are voted out of

10   committee today, floor amendments must be filed with the

11   calendar clerk by 9:00 a.m. on Friday, October 1st, 2021,

12   per SR4, that is the resolution.

13          Now, does any member have any questions before

14   we start laying out the proposed amendment to SB4?

15   Because I want to remind members that that will be a

16   strict deadline.  That is a senate rule, and can

17   only -- so it will be a strict deadline.  That's going to

18   be 9:00 a.m., Friday, October 21st, for any floor

19   amendment to be able to be considered on the senate

20   floor.

21          All right.  I am going to turn the gavel over

22   to Vice Chair Hinojosa, who will preside for the rest of

23   the hearing, since it's my legislation being considered.

24          SENATOR HINOJOSA:  Good afternoon.  At this

25   time the Chair will lay out Senate Bill 4, which is the

—3—

1    senate redistricting map.  And we'll open -- I will also

2    be laying out the committee amendments now so that we can

3    open public testimony on Senate Bill 4 to hear from the

4    public about this proposed amendments, and then, members,

5    I think each one of you received a copy because it had

6    been filed beforehand.

7              And at this time I'll open public testimony,

8    and each witness will have three minutes -- three minutes

9    to testify on the proposed committee amendments.  I will

10   call down the witnesses from the gallery in groups of

11   ten.  When your name is called, please make your way down

12   to the chamber.  After you've testified, please exit the

13   chamber.  You may take -- you may make your way back to

14   the gallery to watch the remainder of the hearing.  At

15   this time we are open for public testimony.  Is anyone

16   present who would like to testify for, on, or against

17   Senate Bill 4?  If not, we will close public testimony on

18   the amendments will be offered and on Senate Bill 4.

19             At this time the Chair lays out committee

20   amendment number 1 and recognizes Senator Huffman to

21   explain the committee amendment.

22             SENATOR HUFFMAN:  All right.  Members, before

23   discussing this specific amendment, I'd like to remind

24   everyone of the criteria I used in proposing and

25   considering new districts.  We focused on complying with

1      all applicable law including the Constitution, the

2      Voting Rights Act, and the requirement to equalize

3      district populations based on the 2020 census, focused on

4      keeping political subdivisions together, keeping

5      communities of interest together, preserving the cores of

6      existing districts, creating geographically compact

7      districts, addressing partisan considerations, protecting

8      incumbents, and when possible honoring reasonable

9      requests made by incumbent members.  These considerations

10     have also guided my approach to what proposed committee

11     amendments I'm able to support.

12          So the first amendment -- this first amendment

13     was part of the committee's continued work on the

14     proposed plan S2101, which was the filed version, and was

15     negotiated with many different members.  Because these

16     changes were part of the overall strategy of the plan,

17     I'm offering this amendment as the plan's author.  This

18     amendment slightly increases the plan's overall deviation

19     from 5.5 to 5.98 percent, still very well within the

20     legal requirements.  And in this SD30 becomes the largest

21     district.  SD3 had been the largest in the file version,

22     and SD31 remains the smallest district, and this

23     amendment impacts Districts 3, 5, 7, 10, 18, 19, 21, 22,

24     24, 25, 28, 30, and 31.  And I have -- I'm happy to go

25     through the changes.  They're numerous.  Many are small,

1   but I will have an amendment to this amendment.  An

2   amendment to the amendment, which is going to -- so the

3   one that was first posted on District Viewer earlier

4   beginning before the last hearing will be an amended by

5   an amendment.  And I'm going to go ahead and explain that

6   so you'll know what you're voting for.  And basically

7   this amendment impacts Districts 3, 4, 10, 19, 21, 28,

8   and 30.  Again, this was part of a continued work.  It

9   makes some minor changes.  It changes one

10  (indecipherable) in Jefferson County, both senators from

11  3 to 4, both Senator Nichols and Senator Creighton are

12  aware of that.  It makes some changes to SD10 and SD30.

13  Senator Springer has been made aware of that, and then as

14  many of you heard discussions between Senator Zaffirini

15  and Senator Gutierrez on the senate floor it puts SD19

16  and SD21 back in the position it -- they were the first

17  time the proposed plan was filed.  There's also a slight

18  change in Wichita County for SD28, and it loses one BTU.

19  Senator Perry is aware of that.  Basically, that put -- I

20  believe that put Senator Springer's district office back

21  into his district, which had been inadvertently removed.

22  So that amendment to the amendment will be the

23  difference.

24          So with that, I think that's it, so I'd ask

25  for support of the amendment.

1    SENATOR HINOJOSA:  Senator Huffman, are you

2    asking that we -- you're offering an amendment to the

3    amendment number 1?

4    SENATOR HUFFMAN:  Yes.

5    SENATOR HINOJOSA:  Members, are there any

6    questions for Senator Huffman?  Are there any objections

7    to adopting the amendment to amendment number 1?  We're

8    going to back up here, members.  First, we're going to

9    take up amendment number 1.  It was explained by

10   Senator Huffman, and we'll adopt that amendment, and it

11   will come back to Senator Huffman to the amendment to the

12   amendment explained there as separate amendment.  And at

13   this time, I guess, Senator Huffman moves adoption of

14   amendment number 1.

15   SENATOR HUFFMAN:  Correct.

16   SENATOR HINOJOSA:  Members, you have the

17   motion.  Is there any objections to the motions to adopt

18   amendment number 1?  Chair hears none.  Amendment

19   number 1 is adopted.

20   At this time the Chair makes out

21   senator -- committee amendment number 2, and that's the

22   amendment you just explained.  Are there any questions,

23   or would you like to explain further, Senator Huffman?

24   Are there any questions for Senator Huffman on the

25   amendment -- committee amendment number 2?  That's plan

1    S2126.  That's a committee amendment number 2.  Members,

2    are there any objections to the amendment offered by

3    Senator Huffman on committee amendment number 2, which is

4    Plan S2126?  Okay.  Committee members, with the patience,

5    we try to follow the proper procedure here,

6    Senator Huffman and members.  At this time I'm being told

7    that committee amendment number 1 would be withdrawn and

8    left pending, and we'll take it up after we take up other

9    amendments, and is there objection to withdrawing

10   committee amendment number 1 that was adopted?  The Chair

11   hears no objection.  Therefore, committee amendment

12   number 1 is adopted -- not adopted.

13           Now, we're going back to committee amendment

14   number 2, which is plan S2126, and that is committee

15   amendment number 2 as explained by Senator Huffman.

16   Are there any further questions of Senator Huffman?  Hear

17   not.  Are there any objections to adopting committee

18   amendment number 2, S2126?  If not, committee amendment

19   number 2 is adopted.  There are no objections.

20           At this time the Chair lays out committee

21   amendment number 3, which is plan S2120 and recognizes

22   Senator Zaffirini to explain the amendment.

23           SENATOR ZAFFIRINI:  Thank you, Mr. Chairman.

24   Mr. Chairman and members, this amendment to the amendment

25   is by Senator West, who could not be here today.  It

1    impacts his District 23 and Senator Birdwell's 22 and is

2    acceptable to both, and I believe to the Chair of the

3    committee and author of the bill.  It would make

4    precincts with a population of 20 -- thousand 776 in

5    Tarrant County from Senate District 22 to Senate District

6    23, and then would also move another eight precincts from

7    Senate District 23 to Senate District 22.  If you would

8    like, I would read out the names of all counties, or the

9    number of the precincts affected.  This amendment would

10   keep both districts within the acceptable population

11   deviation and provides these communities with

12   representation that reflects their values.  And again, if

13   you would like me to call out the names of the precincts,

14   I will be happy to do so.

15          SENATOR HINOJOSA:  Senator Huffman.

16          SENATOR HUFFMAN:  Thank you, and thank you,

17   Senator Zaffirini.  Members, Senator West offered three

18   amendments swapping precincts between his District 23 and

19   District 22 Senator Birdwell's district.  As originally

20   proposed, in Plans S2103 and S2112, Senator West proposed

21   changes to District 23, would have taken the district's

22   total population a little high and out of sync with my

23   objective of keeping a small overall deviation within the

24   plan.  I appreciate Senator West's office working on the

25   amendment and proposing Plan S120, which keeps the total

1    population in SD23 within the overall deviation range

2    that we were shooting for.  My office has spoken with

3    Senator Birdwell, the only other senator impacted by the

4    change, and he has no objection to Plan S2120.  Because

5    of this and because I believe this amendment is

6    consistent with the redistricting objectives and criteria

7    I just explained, this amendment is acceptable to the

8    author.

9          SENATOR HINOJOSA:  Members, the amendment on

10   number 3 is acceptable to the author.  Are there any

11   objections to that?  If not, committee amendment S2120 as

12   explained by Senator Zaffirini for Senator West is

13   adopted.

14          Are you ready Senator Zaffirini?  At this time

15   the Chair lays out committee amendment number 4 from

16   Senator Powell sponsored by Senator Zaffirini.

17          SENATOR ZAFFIRINI:  Thank you, Mr. Chairman.

18   This is committee amendment 4 for Senator Powell as

19   sponsored by Senator Alvarado, and she should be here

20   soon, but until she gets here, I'm happy to offer it for

21   her.  Mr. Chairman and members, Senator Alvarado was

22   sponsoring this amendment to Senator Huffman amendment

23   for Senator Powell.  This amendment simply restores

24   Senate District 10 to its benchmark under Plan S172

25   passed in 2013 when the legislature enacted the

—10—

1    court-ordered maps following the 2011 federal court

2    ruling on Senate District 10.  To restore

3    Senate District 10, the amendment makes necessary changes

4    to Senate Districts 12 and 9 by moving both districts

5    around in Tarrant County.  It adds Parker and

6    Johnson counties to Senate District 22 and adds Brown,

7    Callahan, Palo Pinto, Shackelford, Stephens, and Young

8    counties to Senate District 30.  This amendment also

9    brings into Senate District 23 -- well, it brings Senate

10   District 23 into Tarrant County consistent with

11   Senator West proposed amendment.

12        SENATOR HINOJOSA:  Any questions,

13   Senator Huffman?

14        SENATOR HUFFMAN:  Members, this amendment

15   proposes changes to multiple districts in the DFW area.

16   In testimony before this committee, Senator Powell argued

17   that we should not make changes to the existing SD10

18   because it has close to ideal total population as

19   currently configured, but this does not account for the

20   neighboring districts including, for instance, SD8, which

21   was overpopulated by 57,955, SD12 which was overpopulated

22   by 146,201, or SD30 which was overpopulated by 87,087

23   people.  Shifts throughout the DFW area were needed to

24   account for this growth -- growth.  Based on this and

25   other redistricting objectives I discussed earlier, I

1    proposed changes to SD10.  Senator Powell also urged the

2    committee to adopt boundaries to SD10 based upon the race

3    of the people living in parts of Tarrant County.  As I

4    have made clear, my proposed plans were drafted blind to

5    racial data, and I obtained legal advice prior to filing

6    to ensure there was no inadvertent violations of the

7    Voting Rights Act during this race-blind drafting.  I

8    also sought legal advice on the configuration of SD10 as

9    proposed in this Plan S2119.  After consultation with my

10   legal counsel and my committee staff, I respectfully

11   disagree with the suggestion that this configuration of

12   SD10 is required by Section 2 of the Voting Rights Act.

13   Because I do not believe that the proposed changes are

14   required by law, because I want to accommodate the

15   redistricting objectives I discussed earlier and to

16   ensure that no voters are placed in or out of a district

17   based solely on their race, I will respectfully be voting

18   against this amendment.

19            SENATOR HINOJOSA:  Any questions,

20   Senator Alvarado?  Do you want to speak on this

21   amendment?

22            SENATOR ALVARADO:  Thank you, Mr. Chairman.

23   And I want also thank Senator Zaffirini for laying the

24   amendment out, and I just wanted to express my support

25   for the amendment making the changes to restore Senate

1    District 6 -- I'm sorry, Senate District 10 to

2    its benchmark plan under the S172 passed in 2013 when the

3    legislature enacted the court-ordered maps following the

4    2011 federal court ruling on Senate District 10.

5    Thank you.

6            SENATOR HINOJOSA:  Senator Alvarado and

7    Senator Zaffirini move adoption of committee amendment

8    number 4.  There is objection as you heard, so we -- the

9    Clerk will call the roll.

10            THE CLERK:  Alvarado.  Bettencourt.

11            SENATOR BETTENCOURT:  Nay.

12            THE CLERK:  Birdwell.  Campbell.  Hancock.

13    Hughes.  Lucio.  Nichols.  Paxton.  Perry.  West.

14    Whitmire.  Zaffirini.  Hinojosa.  Huffman.

15            SENATOR HINOJOSA:  There being five ayes and

16    nine nays, the amendment fails to adopt.

17            At this time we will go back to back to

18    committee amendment number 1, which is one we initially

19    had adopted, and then we withdrew the adoption, so -- and

20    you all heard the explanation.  So Senator Huffman moves

21    adoption of amendment number 1 as amended by amendment

22    number 2 and 3.  Are there objection to the adoption?

23    The objection to the adoption of committee amendment

24    number 1 amended by amendment number 2 and 3.  If not,

25    committee amendment number 1 is adopted as amended by

—13—

1    amendment number 2 and number 3.  Senator Huffman moves

2    that the amendments be rolled into a committee substitute

3    and then the committee substitute be adopted.  Is there

4    any objection?  There be no objection, the committee

5    substitute is adopted.  At this time Senator Huffman

6    moves the Senate Bill 4 be reported to the senate with

7    the recommendation that it do not pass but that the

8    committee substitute adopt it in lieu thereof do pass and

9    be printed.  Clerk will call the roll.  Not be printed,

10   excuse me.  In lieu thereof do pass and not be printed.

11   I correct that.  Clerk, please, call the roll.

12           THE CLERK:  Alvarado.  Bettencourt.  Birdwell.

13   Campbell.  Hancock.  Hughes.  Lucio.  Nichols.  Paxton.

14   Perry.  West.  Whitmire.  Zaffirini.  Hinojosa.  Huffman.

15           SENATOR HINOJOSA:  There being 12 ayes and no

16   nays, the -- I'm sorry.  12 ayes and 2 nays, Senate Bill

17   4 as substituted is adopted.  So the Senate Bill 4 as

18   substituted and reported to the senate favorably, with

19   favorable recommendation.  Members, at this time the

20   Chair will lay out Senate Bill 7.  Senator Huffman moves

21   that Senate Bill 7 be reported to the senate with

22   recommendation that it do pass and not be printed.

23   Clerk, please call the roll.

24           THE CLERK:  Alvarado.  Bettencourt.

25           SENATOR BETTENCOURT:  Aye.

1          THE CLERK:  Birdwell.  Campbell.  Hancock.

2    Hughes.  Lucio.  Nichols.  Paxton.  Perry.  West.

3    Whitmire.  Zaffirini.  Hinojosa.  Huffman.

4          SENATOR HINOJOSA:  There being 14 ayes and no

5    nays, senate bill will be reported favorably to the

6    senate.

7          SENATOR HUFFMAN:  Okay.  Members, I just want

8    to remind everyone about the floor amendments that must

9    be -- for these two bills that we just voted out must be

10   filed with the calendar clerk by 9:00 a.m. on Friday,

11   October 1st, and that's per the resolution number 4 that

12   deals with redistricting rules.  Everyone is aware of the

13   rules which would be tightly followed because they are

14   senate rules.  And reminding everyone that we will have

15   another hearing to solicit invited and public testimony

16   on Senate Bill 6, the proposed congressional map, this

17   Thursday at 9:00 a.m.

18          And there being no other business to -- hold

19   on.  Hang on a second.  And there being no other business

20   that will come before the Senate Special Committee on

21   Redistricting we will stand in recess subject to the call

22   of the Chair.

23

24

25

—15—

1        I, REBECCA FARRIS, a competent court reporter and

2    disinterested person, transcribed the pre-recorded

3    video/audio proceedings.

4

5            Dated November 24, 2021.

6

7                    Electronically signed/Rebecca Farris

8                    Rebecca Farris
                     Stenographic Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25