# EXHIBIT 18



State Senate Districts
S.B. 4, Senate Engrossment
PLANS2168