# EXHIBIT 20

Red-202T
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Population and Voter Data
with Voter Registration Comparison
**SENATE DISTRICTS - PLANS2168**

Texas Legislative Council
10/10/21 11:31 AM
Page 1 of 2

| District | Deviation | | Total | %Anglo | %Non-Anglo | Population %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total Voter Registration Total | SSVR | TO/VR | Non-Suspense Voter Registration Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | -16,712 | Total: | 923,466 | 62.9 | 37.1 | 1.5 | 17.1 | 15.9 | 32.6 | 2020 | 397,597 | 595,773 | 5.6 % | 66.7 % | 539,596 | 5.7 % | 73.7 % |
|   | -1.78%  | VAP:   | 707,486 | 66.3 | 33.7 | 1.4 | 16.3 | 13.2 | 29.3 | 2018 | 301,104 | 566,625 | 5.2 % | 53.1 % | 514,048 | 5.2 % | 58.6 % |
| 2 | 17,816  | Total: | 957,994 | 47.9 | 52.1 | 8.1 | 14.3 | 28.0 | 41.6 | 2020 | 389,464 | 555,847 | 12.9 % | 70.1 % | 508,851 | 13.1 % | 76.5 % |
|   | 1.89%   | VAP:   | 720,516 | 51.6 | 48.4 | 8.4 | 13.2 | 24.6 | 37.5 | 2018 | 289,560 | 513,437 | 12.1 % | 56.4 % | 463,267 | 12.4 % | 62.5 % |
| 3 | 22,044  | Total: | 962,222 | 60.8 | 39.2 | 1.8 | 17.7 | 17.6 | 34.9 | 2020 | 394,623 | 601,131 | 6.7 % | 65.6 % | 546,499 | 6.8 % | 72.2 % |
|   | 2.34%   | VAP:   | 742,444 | 64.0 | 36.0 | 1.7 | 16.9 | 15.1 | 31.8 | 2018 | 298,182 | 579,916 | 6.2 % | 51.4 % | 525,013 | 6.2 % | 56.8 % |
| 4 | 14,625  | Total: | 954,803 | 51.6 | 48.4 | 4.5 | 13.5 | 28.6 | 41.4 | 2020 | 402,734 | 571,445 | 13.2 % | 70.5 % | 518,880 | 13.5 % | 77.6 % |
|   | 1.56%   | VAP:   | 705,215 | 55.4 | 44.6 | 4.4 | 12.7 | 25.4 | 37.7 | 2018 | 290,634 | 526,449 | 12.4 % | 55.2 % | 468,337 | 12.7 % | 62.1 % |
| 5 | -8,254  | Total: | 931,924 | 54.6 | 45.4 | 5.4 | 11.5 | 27.1 | 37.7 | 2020 | 392,864 | 545,293 | 13.6 % | 72.0 % | 493,619 | 13.6 % | 79.6 % |
|   | -0.88%  | VAP:   | 719,288 | 58.2 | 41.8 | 5.1 | 10.8 | 24.0 | 34.3 | 2018 | 289,159 | 489,795 | 13.1 % | 59.0 % | 439,344 | 13.1 % | 65.8 % |
| 6 | 19,703  | Total: | 959,881 | 10.6 | 89.4 | 2.7 | 15.3 | 71.7 | 86.0 | 2020 | 220,853 | 400,541 | 52.5 % | 55.1 % | 370,603 | 53.9 % | 59.6 % |
|   | 2.10%   | VAP:   | 688,613 | 12.6 | 87.4 | 3.0 | 15.2 | 69.1 | 83.6 | 2018 | 160,304 | 381,887 | 51.7 % | 42.0 % | 348,603 | 53.4 % | 46.0 % |
| 7 | 13,833  | Total: | 954,011 | 43.3 | 56.7 | 10.4 | 14.5 | 30.8 | 44.4 | 2020 | 407,737 | 561,480 | 16.4 % | 72.6 % | 521,139 | 16.7 % | 78.2 % |
|   | 1.47%   | VAP:   | 699,363 | 46.3 | 53.7 | 10.4 | 13.4 | 28.5 | 41.3 | 2018 | 293,435 | 513,566 | 15.6 % | 57.1 % | 467,992 | 15.9 % | 62.7 % |
| 8 | 22,947  | Total: | 963,125 | 54.3 | 45.7 | 15.7 | 11.1 | 16.8 | 27.4 | 2020 | 446,952 | 594,687 | 7.9 % | 75.2 % | 537,520 | 7.9 % | 83.2 % |
|   | 2.44%   | VAP:   | 709,248 | 57.6 | 42.4 | 14.9 | 10.2 | 14.9 | 24.8 | 2018 | 322,525 | 532,263 | 7.4 % | 60.6 % | 475,235 | 7.4 % | 67.9 % |
| 9 | 23,948  | Total: | 964,126 | 50.4 | 49.6 | 7.0 | 11.9 | 28.9 | 40.1 | 2020 | 389,167 | 561,750 | 15.4 % | 69.3 % | 498,892 | 15.7 % | 78.0 % |
|   | 2.55%   | VAP:   | 718,725 | 54.2 | 45.8 | 6.7 | 10.8 | 26.0 | 36.4 | 2018 | 286,772 | 516,554 | 14.9 % | 55.5 % | 447,794 | 15.3 % | 64.0 % |
| 10 | -4,309 | Total: | 935,869 | 49.0 | 51.0 | 3.4 | 17.7 | 28.2 | 45.2 | 2020 | 375,982 | 552,451 | 13.1 % | 68.1 % | 497,291 | 13.3 % | 75.6 % |
|    | -0.46% | VAP:   | 699,912 | 53.3 | 46.7 | 3.3 | 16.6 | 24.7 | 40.9 | 2018 | 287,563 | 517,902 | 12.3 % | 55.5 % | 460,140 | 12.5 % | 62.5 % |
| 11 | -22,300 | Total: | 917,878 | 47.5 | 52.5 | 7.5 | 14.1 | 29.6 | 42.9 | 2020 | 394,816 | 567,495 | 17.4 % | 69.6 % | 515,386 | 17.6 % | 76.6 % |
|    | -2.37%  | VAP:   | 692,970 | 51.0 | 49.0 | 7.3 | 13.2 | 26.6 | 39.4 | 2018 | 288,110 | 527,152 | 16.7 % | 54.7 % | 472,219 | 16.9 % | 61.0 % |
| 12 | 20,726 | Total: | 960,904 | 54.6 | 45.4 | 13.2 | 9.5 | 20.7 | 29.7 | 2020 | 461,425 | 613,451 | 9.1 % | 75.2 % | 556,553 | 9.1 % | 82.9 % |
|    | 2.20%  | VAP:   | 737,490 | 57.7 | 42.3 | 12.5 | 9.1 | 18.6 | 27.3 | 2018 | 351,440 | 572,569 | 8.7 % | 61.4 % | 506,895 | 8.8 % | 69.3 % |
| 13 | 6,095  | Total: | 946,273 | 10.9 | 89.1 | 11.3 | 39.8 | 38.5 | 77.1 | 2020 | 290,634 | 470,406 | 16.7 % | 61.8 % | 427,958 | 17.2 % | 67.9 % |
|    | 0.65%  | VAP:   | 713,052 | 12.6 | 87.4 | 12.1 | 40.2 | 35.4 | 74.5 | 2018 | 217,647 | 449,438 | 15.8 % | 48.4 % | 403,454 | 16.4 % | 53.9 % |
| 14 | 16,239 | Total: | 956,417 | 48.1 | 51.9 | 10.5 | 10.1 | 30.3 | 39.6 | 2020 | 466,795 | 651,063 | 14.7 % | 71.7 % | 591,542 | 14.8 % | 78.9 % |
|    | 1.73%  | VAP:   | 758,088 | 51.4 | 48.6 | 10.2 | 9.6 | 27.4 | 36.4 | 2018 | 375,372 | 600,631 | 14.6 % | 62.5 % | 521,156 | 14.7 % | 72.0 % |
| 15 | 7,640  | Total: | 947,818 | 28.8 | 71.2 | 8.7 | 21.9 | 40.3 | 61.3 | 2020 | 355,830 | 519,745 | 20.2 % | 68.5 % | 477,492 | 20.6 % | 74.5 % |
|    | 0.81%  | VAP:   | 717,674 | 32.1 | 67.9 | 9.0 | 21.2 | 37.0 | 57.5 | 2018 | 268,630 | 488,269 | 19.4 % | 55.0 % | 440,299 | 19.9 % | 61.0 % |
| 16 | 23,275 | Total: | 963,453 | 26.6 | 73.4 | 6.7 | 16.8 | 49.3 | 65.4 | 2020 | 294,409 | 456,342 | 24.7 % | 64.5 % | 407,740 | 25.6 % | 72.2 % |
|    | 2.48%  | VAP:   | 719,947 | 30.7 | 69.3 | 6.9 | 16.4 | 45.1 | 61.0 | 2018 | 233,578 | 435,446 | 23.7 % | 53.6 % | 382,802 | 24.8 % | 61.0 % |
| 17 | -27,467 | Total: | 912,711 | 44.9 | 55.1 | 13.4 | 13.0 | 27.8 | 40.0 | 2020 | 393,513 | 544,376 | 14.9 % | 72.3 % | 499,188 | 14.8 % | 78.8 % |
|    | -2.92%  | VAP:   | 685,305 | 47.8 | 52.2 | 12.9 | 12.3 | 25.7 | 37.4 | 2018 | 293,214 | 505,045 | 14.5 % | 58.1 % | 457,204 | 14.5 % | 64.1 % |
| 18 | 5,002  | Total: | 945,180 | 39.8 | 60.2 | 12.9 | 16.2 | 30.4 | 45.7 | 2020 | 393,089 | 562,392 | 18.8 % | 69.9 % | 518,944 | 18.7 % | 75.7 % |
|    | 0.53%  | VAP:   | 706,189 | 43.2 | 56.8 | 12.6 | 15.2 | 27.8 | 42.4 | 2018 | 279,401 | 513,226 | 18.9 % | 54.4 % | 467,831 | 18.9 % | 59.7 % |
| 19 | -28,905 | Total: | 911,273 | 21.2 | 78.8 | 3.4 | 9.6 | 66.2 | 74.4 | 2020 | 316,158 | 516,372 | 52.8 % | 61.2 % | 461,698 | 53.7 % | 68.5 % |
|    | -3.07%  | VAP:   | 664,784 | 23.8 | 76.2 | 3.2 | 9.2 | 63.4 | 71.7 | 2018 | 212,882 | 472,276 | 53.1 % | 45.1 % | 418,821 | 54.3 % | 50.8 % |
| 20 | -20,030 | Total: | 920,148 | 13.3 | 86.7 | 1.9 | 2.3 | 82.3 | 84.1 | 2020 | 268,726 | 464,013 | 70.0 % | 57.9 % | 420,953 | 71.1 % | 63.8 % |
|    | -2.13%  | VAP:   | 669,192 | 15.5 | 84.5 | 2.0 | 2.3 | 79.9 | 81.8 | 2018 | 191,618 | 440,450 | 70.1 % | 43.5 % | 397,437 | 71.5 % | 48.2 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

Red-202T
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Texas Legislative Council
10/10/21 11:31 AM
Page 2 of 2

## Population and Voter Data
## with Voter Registration Comparison
### SENATE DISTRICTS - PLANS2168

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total Voter Registration ||| Non-Suspense Voter Registration |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
| 21 | -32,236 | Total: | 907,942 | 23.5 | 76.5 | 2.3 | 4.5 | 69.2 | 73.0 | 2020 | 305,030 | 514,295 | 54.5 % | 59.3 % | 464,850 | 55.5 % | 65.6 % |
| | -3.43% | VAP: | 678,603 | 26.8 | 73.2 | 2.5 | 4.6 | 65.3 | 69.4 | 2018 | 221,518 | 476,509 | 55.5 % | 46.5 % | 427,291 | 56.9 % | 51.8 % |
| 22 | 20,315 | Total: | 960,493 | 50.6 | 49.4 | 4.9 | 17.5 | 25.3 | 41.9 | 2020 | 387,617 | 569,397 | 12.6 % | 68.1 % | 509,661 | 12.7 % | 76.1 % |
| | 2.16% | VAP: | 726,812 | 54.6 | 45.4 | 4.9 | 16.1 | 22.2 | 37.8 | 2018 | 289,297 | 529,403 | 12.1 % | 54.6 % | 468,079 | 12.2 % | 61.8 % |
| 23 | 23,127 | Total: | 963,305 | 17.7 | 82.3 | 3.9 | 39.5 | 38.8 | 77.3 | 2020 | 343,031 | 543,926 | 18.7 % | 63.1 % | 488,153 | 19.3 % | 70.3 % |
| | 2.46% | VAP: | 721,285 | 21.0 | 79.0 | 4.1 | 39.2 | 35.2 | 73.7 | 2018 | 265,560 | 516,016 | 17.7 % | 51.5 % | 455,989 | 18.4 % | 58.2 % |
| 24 | 21,156 | Total: | 961,334 | 52.4 | 47.6 | 6.3 | 14.3 | 25.5 | 38.4 | 2020 | 398,696 | 597,383 | 15.0 % | 66.7 % | 526,062 | 15.0 % | 75.8 % |
| | 2.25% | VAP: | 726,681 | 56.5 | 43.5 | 5.7 | 12.8 | 22.8 | 34.8 | 2018 | 289,935 | 545,948 | 14.7 % | 53.1 % | 470,703 | 14.8 % | 61.6 % |
| 25 | -23,896 | Total: | 916,282 | 58.8 | 41.2 | 5.6 | 5.6 | 28.6 | 33.4 | 2020 | 500,009 | 649,313 | 16.9 % | 77.0 % | 590,400 | 16.8 % | 84.7 % |
| | -2.54% | VAP: | 695,435 | 62.0 | 38.0 | 5.0 | 5.0 | 26.0 | 30.5 | 2018 | 364,137 | 580,955 | 16.4 % | 62.7 % | 520,556 | 16.4 % | 70.0 % |
| 26 | -16,388 | Total: | 923,790 | 21.2 | 78.8 | 4.3 | 9.4 | 65.7 | 73.6 | 2020 | 328,773 | 536,470 | 51.7 % | 61.3 % | 465,832 | 52.9 % | 70.6 % |
| | -1.74% | VAP: | 710,694 | 24.0 | 76.0 | 4.2 | 8.7 | 62.9 | 70.7 | 2018 | 241,103 | 514,203 | 51.6 % | 46.9 % | 442,123 | 53.0 % | 54.5 % |
| 27 | -18,027 | Total: | 922,151 | 13.6 | 86.4 | 1.1 | 1.5 | 83.6 | 84.6 | 2020 | 266,276 | 480,156 | 72.0 % | 55.5 % | 439,061 | 72.8 % | 60.6 % |
| | -1.92% | VAP: | 660,197 | 15.9 | 84.1 | 1.2 | 1.4 | 81.0 | 82.2 | 2018 | 185,943 | 452,663 | 72.5 % | 41.1 % | 412,692 | 73.5 % | 45.1 % |
| 28 | -30,675 | Total: | 909,503 | 54.5 | 45.5 | 2.6 | 8.0 | 33.4 | 40.6 | 2020 | 351,693 | 550,333 | 22.5 % | 63.9 % | 483,788 | 22.3 % | 72.7 % |
| | -3.26% | VAP: | 695,715 | 58.1 | 41.9 | 2.5 | 7.4 | 29.9 | 36.8 | 2018 | 268,014 | 532,488 | 22.2 % | 50.3 % | 464,656 | 22.1 % | 57.7 % |
| 29 | -22,178 | Total: | 918,000 | 12.2 | 87.8 | 2.1 | 4.3 | 81.9 | 85.1 | 2020 | 287,390 | 521,461 | 67.2 % | 55.1 % | 467,547 | 68.5 % | 61.5 % |
| | -2.36% | VAP: | 686,205 | 13.6 | 86.4 | 2.0 | 3.9 | 80.4 | 83.6 | 2018 | 218,007 | 489,068 | 68.0 % | 44.6 % | 443,997 | 69.4 % | 49.1 % |
| 30 | 25,267 | Total: | 965,445 | 58.6 | 41.4 | 10.0 | 10.6 | 18.1 | 28.1 | 2020 | 426,534 | 597,348 | 8.6 % | 71.4 % | 535,000 | 8.5 % | 79.7 % |
| | 2.69% | VAP: | 723,632 | 62.4 | 37.6 | 9.0 | 9.6 | 15.9 | 25.2 | 2018 | 301,031 | 538,590 | 8.2 % | 55.9 % | 474,000 | 8.3 % | 63.5 % |
| 31 | -32,394 | Total: | 907,784 | 45.7 | 54.3 | 2.4 | 6.0 | 44.4 | 49.7 | 2020 | 306,922 | 493,972 | 28.7 % | 62.1 % | 441,403 | 28.8 % | 69.5 % |
| | -3.45% | VAP: | 665,940 | 49.6 | 50.4 | 2.2 | 5.5 | 40.7 | 45.9 | 2018 | 226,055 | 470,305 | 27.9 % | 48.1 % | 419,253 | 28.1 % | 53.9 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

61757