# EXHIBIT 23

Red-206
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Texas Legislative Council
10/10/21 12:27 PM
Page 1 of 5

# Election Analysis
## SENATE DISTRICTS - PLANS2168
## 2018 General Election

| District | Total Voter Registration | | Turnout | |
|---|---|---|---|---|
| | Total | SSVR-T | Total | TO/VR |
| STATE | 15,789,044 | 23.8 % | 8,401,730 | 53.2 % |
| 1 | 566,625 | 5.2 % | 301,104 | 53.1 % |
| 2 | 513,437 | 12.1 % | 289,560 | 56.4 % |
| 3 | 579,916 | 6.2 % | 298,182 | 51.4 % |
| 4 | 526,449 | 12.4 % | 290,634 | 55.2 % |
| 5 | 489,795 | 13.1 % | 289,159 | 59.0 % |
| 6 | 381,887 | 51.7 % | 160,304 | 42.0 % |
| 7 | 513,566 | 15.6 % | 293,435 | 57.1 % |
| 8 | 532,263 | 7.4 % | 322,525 | 60.6 % |
| 9 | 516,554 | 14.9 % | 286,772 | 55.5 % |
| 10 | 517,902 | 12.3 % | 287,563 | 55.5 % |
| 11 | 527,152 | 16.7 % | 288,110 | 54.7 % |
| 12 | 572,569 | 8.7 % | 351,440 | 61.4 % |
| 13 | 449,438 | 15.8 % | 217,647 | 48.4 % |
| 14 | 600,631 | 14.6 % | 375,372 | 62.5 % |
| 15 | 488,269 | 19.4 % | 268,630 | 55.0 % |
| 16 | 435,446 | 23.7 % | 233,578 | 53.6 % |
| 17 | 505,045 | 14.5 % | 293,214 | 58.1 % |
| 18 | 513,226 | 18.9 % | 279,401 | 54.4 % |
| 19 | 472,276 | 53.1 % | 212,882 | 45.1 % |
| 20 | 440,450 | 70.1 % | 191,618 | 43.5 % |
| 21 | 476,509 | 55.5 % | 221,518 | 46.5 % |
| 22 | 529,403 | 12.1 % | 289,297 | 54.6 % |
| 23 | 516,016 | 17.7 % | 265,560 | 51.5 % |
| 24 | 545,948 | 14.7 % | 289,935 | 53.1 % |
| 25 | 580,955 | 16.4 % | 364,137 | 62.7 % |
| 26 | 514,203 | 51.6 % | 241,103 | 46.9 % |
| 27 | 452,663 | 72.5 % | 185,943 | 41.1 % |
| 28 | 532,488 | 22.2 % | 268,014 | 50.3 % |
| 29 | 489,068 | 68.0 % | 218,007 | 44.6 % |
| 30 | 538,590 | 8.2 % | 301,031 | 55.9 % |
| 31 | 470,305 | 27.9 % | 226,055 | 48.1 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

61854

Red-206
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Texas Legislative Council
10/10/21 12:27 PM
Page 2 of 5

## Election Analysis
### SENATE DISTRICTS - PLANS2168
### 2018 General Election

| District | Cruz-R | | O'Rourke-D | U.S. SEN | Dikeman-L | | Abbott-R | | Valdez-D | GOVERNOR | Tippetts-L | | Patrick-R | | Collier-D | LT. GOVERNOR | McKennon-L | | Paxton-R | ATTORNEY GEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE | 4,259,630 | 50.9 % | 4,044,073 | 48.3 % | 65,472 | 0.8 % | 4,655,344 | 55.8 % | 3,545,673 | 42.5 % | 140,596 | 1.7 % | 4,260,186 | 51.3 % | 3,859,878 | 46.5 % | 183,455 | 2.2 % | 4,190,455 | 50.6 % |
| 1 | 220,750 | 73.8 % | 76,742 | 25.6 % | 1,826 | 0.6 % | 227,204 | 75.9 % | 68,738 | 23.0 % | 3,263 | 1.1 % | 212,043 | 71.1 % | 81,119 | 27.2 % | 4,878 | 1.6 % | 215,943 | 72.6 % |
| 2 | 164,095 | 56.9 % | 122,271 | 42.4 % | 2,220 | 0.8 % | 178,049 | 61.9 % | 104,751 | 36.4 % | 4,935 | 1.7 % | 163,802 | 57.2 % | 116,710 | 40.7 % | 5,917 | 2.1 % | 160,801 | 56.2 % |
| 3 | 213,340 | 72.1 % | 81,051 | 27.4 % | 1,609 | 0.5 % | 220,368 | 74.5 % | 72,584 | 24.5 % | 2,868 | 1.0 % | 207,568 | 70.5 % | 82,508 | 28.0 % | 4,327 | 1.5 % | 208,574 | 71.0 % |
| 4 | 190,331 | 65.7 % | 97,456 | 33.6 % | 2,063 | 0.7 % | 201,454 | 69.5 % | 84,734 | 29.2 % | 3,811 | 1.3 % | 190,576 | 65.9 % | 93,611 | 32.4 % | 5,145 | 1.8 % | 188,036 | 65.1 % |
| 5 | 167,462 | 58.2 % | 117,285 | 40.8 % | 2,838 | 1.0 % | 181,224 | 63.2 % | 99,801 | 34.8 % | 5,735 | 2.0 % | 165,757 | 58.1 % | 111,588 | 39.1 % | 7,973 | 2.8 % | 163,742 | 57.6 % |
| 6 | 41,759 | 26.1 % | 117,014 | 73.2 % | 1,015 | 0.6 % | 49,014 | 30.7 % | 108,982 | 68.2 % | 1,866 | 1.2 % | 44,371 | 27.8 % | 112,862 | 70.7 % | 2,331 | 1.5 % | 41,911 | 26.3 % |
| 7 | 170,405 | 58.1 % | 120,479 | 41.1 % | 2,194 | 0.7 % | 184,145 | 62.9 % | 104,625 | 35.7 % | 4,187 | 1.4 % | 171,754 | 58.7 % | 115,748 | 39.6 % | 5,025 | 1.7 % | 169,167 | 57.9 % |
| 8 | 181,340 | 56.2 % | 138,383 | 42.9 % | 2,668 | 0.8 % | 198,737 | 62.0 % | 116,164 | 36.2 % | 5,620 | 1.8 % | 183,022 | 57.4 % | 128,769 | 40.4 % | 6,845 | 2.1 % | 178,510 | 56.1 % |
| 9 | 159,311 | 55.6 % | 124,874 | 43.6 % | 2,472 | 0.9 % | 173,290 | 60.6 % | 107,076 | 37.5 % | 5,374 | 1.9 % | 161,364 | 56.7 % | 116,149 | 40.8 % | 7,124 | 2.5 % | 158,158 | 55.7 % |
| 10 | 163,026 | 56.9 % | 121,105 | 42.3 % | 2,230 | 0.8 % | 175,032 | 61.2 % | 106,614 | 37.3 % | 4,562 | 1.6 % | 162,734 | 57.0 % | 116,347 | 40.8 % | 6,198 | 2.2 % | 160,515 | 56.4 % |
| 11 | 165,588 | 57.7 % | 119,410 | 41.6 % | 2,212 | 0.8 % | 178,092 | 62.1 % | 104,069 | 36.3 % | 4,667 | 1.6 % | 165,869 | 58.0 % | 114,440 | 40.0 % | 5,855 | 2.0 % | 162,439 | 56.9 % |
| 12 | 196,536 | 56.1 % | 150,879 | 43.1 % | 2,906 | 0.8 % | 218,612 | 62.7 % | 123,133 | 35.3 % | 6,984 | 2.0 % | 198,953 | 57.3 % | 139,809 | 40.3 % | 8,402 | 2.4 % | 194,408 | 56.1 % |
| 13 | 38,479 | 17.7 % | 177,177 | 81.7 % | 1,212 | 0.6 % | 48,968 | 22.6 % | 164,991 | 76.1 % | 2,960 | 1.4 % | 41,010 | 18.9 % | 172,654 | 79.7 % | 2,998 | 1.4 % | 38,393 | 17.7 % |
| 14 | 82,364 | 21.9 % | 288,976 | 77.0 % | 4,024 | 1.1 % | 103,246 | 27.8 % | 257,842 | 69.4 % | 10,567 | 2.8 % | 86,194 | 23.3 % | 272,196 | 73.5 % | 12,003 | 3.2 % | 82,558 | 22.3 % |
| 15 | 86,591 | 32.3 % | 179,511 | 66.9 % | 2,094 | 0.8 % | 103,026 | 38.5 % | 159,326 | 59.6 % | 4,911 | 1.8 % | 89,679 | 33.6 % | 172,363 | 64.6 % | 4,973 | 1.9 % | 86,122 | 32.3 % |
| 16 | 77,599 | 33.4 % | 152,916 | 65.8 % | 1,816 | 0.8 % | 91,604 | 39.7 % | 134,403 | 58.2 % | 4,854 | 2.1 % | 80,790 | 35.2 % | 143,259 | 62.5 % | 5,256 | 2.3 % | 77,779 | 33.9 % |
| 17 | 172,258 | 58.8 % | 118,322 | 40.4 % | 2,166 | 0.7 % | 187,425 | 64.1 % | 100,433 | 34.4 % | 4,347 | 1.5 % | 172,436 | 59.2 % | 113,585 | 39.0 % | 5,453 | 1.9 % | 169,312 | 58.2 % |
| 18 | 164,888 | 59.2 % | 112,035 | 40.2 % | 1,754 | 0.6 % | 175,740 | 63.1 % | 99,291 | 35.7 % | 3,425 | 1.2 % | 163,586 | 59.0 % | 109,169 | 39.4 % | 4,582 | 1.7 % | 161,620 | 58.4 % |
| 19 | 84,806 | 40.0 % | 125,071 | 59.0 % | 1,934 | 0.9 % | 97,357 | 46.3 % | 109,848 | 52.2 % | 3,276 | 1.6 % | 87,811 | 42.0 % | 116,520 | 55.7 % | 4,803 | 2.3 % | 82,934 | 39.7 % |
| 20 | 71,946 | 37.8 % | 117,335 | 61.6 % | 1,195 | 0.6 % | 84,648 | 44.6 % | 102,773 | 54.2 % | 2,323 | 1.2 % | 71,453 | 38.0 % | 112,551 | 59.9 % | 3,894 | 2.1 % | 69,570 | 37.1 % |
| 21 | 75,693 | 34.5 % | 142,053 | 64.7 % | 1,933 | 0.9 % | 86,259 | 39.6 % | 127,417 | 58.5 % | 4,038 | 1.9 % | 75,215 | 34.9 % | 133,852 | 62.2 % | 6,176 | 2.9 % | 71,659 | 33.4 % |
| 22 | 174,041 | 60.4 % | 111,695 | 38.8 % | 2,192 | 0.8 % | 186,047 | 64.7 % | 97,006 | 33.7 % | 4,516 | 1.6 % | 171,463 | 59.8 % | 108,737 | 38.0 % | 6,327 | 2.2 % | 170,248 | 59.6 % |
| 23 | 51,886 | 19.6 % | 210,910 | 79.8 % | 1,619 | 0.6 % | 64,583 | 24.5 % | 192,969 | 73.4 % | 5,523 | 2.1 % | 54,765 | 20.9 % | 202,000 | 77.1 % | 5,292 | 2.0 % | 52,248 | 19.9 % |
| 24 | 171,146 | 59.3 % | 114,430 | 39.7 % | 2,803 | 1.0 % | 184,102 | 63.9 % | 98,382 | 34.2 % | 5,472 | 1.9 % | 170,879 | 59.5 % | 108,709 | 37.9 % | 7,416 | 2.6 % | 167,851 | 58.7 % |
| 25 | 214,927 | 59.3 % | 144,052 | 39.7 % | 3,441 | 0.9 % | 234,693 | 64.9 % | 119,948 | 33.2 % | 7,019 | 1.9 % | 217,360 | 60.3 % | 134,362 | 37.3 % | 8,738 | 2.4 % | 212,031 | 59.0 % |
| 26 | 76,519 | 31.9 % | 161,169 | 67.2 % | 2,267 | 0.9 % | 90,754 | 38.0 % | 143,378 | 60.1 % | 4,435 | 1.9 % | 81,324 | 34.2 % | 150,709 | 63.4 % | 5,750 | 2.4 % | 75,601 | 31.8 % |
| 27 | 75,537 | 41.1 % | 106,844 | 58.2 % | 1,235 | 0.7 % | 87,717 | 48.0 % | 92,733 | 50.7 % | 2,292 | 1.3 % | 74,676 | 41.4 % | 101,250 | 56.2 % | 4,292 | 2.4 % | 71,920 | 39.9 % |
| 28 | 192,673 | 72.3 % | 71,914 | 27.0 % | 2,079 | 0.8 % | 200,046 | 75.1 % | 61,781 | 23.2 % | 4,484 | 1.7 % | 182,834 | 69.1 % | 75,139 | 28.4 % | 6,796 | 2.6 % | 187,927 | 71.1 % |
| 29 | 57,885 | 26.6 % | 158,648 | 72.8 % | 1,341 | 0.6 % | 70,175 | 32.7 % | 140,553 | 65.5 % | 3,938 | 1.8 % | 63,102 | 29.8 % | 142,551 | 67.2 % | 6,357 | 3.0 % | 60,366 | 28.5 % |
| 30 | 182,940 | 61.0 % | 114,449 | 38.2 % | 2,401 | 0.8 % | 195,592 | 65.4 % | 98,071 | 32.8 % | 5,260 | 1.8 % | 182,153 | 61.2 % | 108,231 | 36.4 % | 7,103 | 2.4 % | 180,627 | 60.8 % |
| 31 | 173,509 | 77.2 % | 49,617 | 22.1 % | 1,713 | 0.8 % | 178,141 | 79.4 % | 43,257 | 19.3 % | 3,084 | 1.4 % | 165,643 | 74.2 % | 52,381 | 23.5 % | 5,226 | 2.3 % | 169,485 | 76.0 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

61854

Red-206
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Texas Legislative Council
10/10/21 12:27 PM
Page 3 of 5

Election Analysis
SENATE DISTRICTS - PLANS2168
2018 General Election

| District | ATTORNEY GEN | | | | | | COMPTROLLER | | | | | | LAND COMM | | | | | | AG COMM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nelson-D | | Harris-L | | Hegar-R | | Chevalier-D | | Sanders-L | | Bush-R | | Suazo-D | | Pina-L | | Miller-R | | Olson-D | |
| STATE | 3,897,409 | 47.0 % | 201,249 | 2.4 % | 4,375,981 | 53.2 % | 3,569,799 | 43.4 % | 280,976 | 3.4 % | 4,434,366 | 53.7 % | 3,567,001 | 43.2 % | 258,406 | 3.1 % | 4,220,727 | 51.3 % | 3,821,185 | 46.4 % |
| 1 | 76,523 | 25.7 % | 5,101 | 1.7 % | 219,551 | 74.3 % | 69,335 | 23.5 % | 6,689 | 2.3 % | 218,583 | 73.7 % | 69,513 | 23.4 % | 8,400 | 2.8 % | 216,727 | 73.2 % | 74,136 | 25.1 % |
| 2 | 118,404 | 41.4 % | 6,800 | 2.4 % | 168,174 | 59.4 % | 106,031 | 37.4 % | 9,148 | 3.2 % | 171,895 | 60.3 % | 104,846 | 36.8 % | 8,193 | 2.9 % | 163,593 | 57.6 % | 113,943 | 40.1 % |
| 3 | 80,733 | 27.5 % | 4,515 | 1.5 % | 210,425 | 72.1 % | 74,792 | 25.6 % | 6,526 | 2.2 % | 209,941 | 71.6 % | 75,082 | 25.6 % | 8,035 | 2.7 % | 208,105 | 71.2 % | 79,679 | 27.3 % |
| 4 | 94,963 | 32.9 % | 5,857 | 2.0 % | 194,506 | 67.7 % | 85,408 | 29.7 % | 7,409 | 2.6 % | 192,506 | 66.8 % | 86,766 | 30.1 % | 8,852 | 3.1 % | 189,043 | 65.8 % | 93,029 | 32.4 % |
| 5 | 111,889 | 39.3 % | 8,796 | 3.1 % | 172,280 | 61.1 % | 99,257 | 35.2 % | 10,551 | 3.7 % | 172,167 | 60.8 % | 99,651 | 35.2 % | 11,215 | 4.0 % | 165,342 | 58.5 % | 108,966 | 38.6 % |
| 6 | 114,542 | 71.9 % | 2,874 | 1.8 % | 43,406 | 27.3 % | 110,503 | 69.6 % | 4,944 | 3.1 % | 44,610 | 28.0 % | 111,484 | 70.1 % | 2,960 | 1.9 % | 41,103 | 25.9 % | 115,256 | 72.6 % |
| 7 | 116,847 | 40.0 % | 5,976 | 2.0 % | 178,239 | 61.3 % | 105,325 | 36.2 % | 7,425 | 2.6 % | 175,962 | 60.4 % | 107,631 | 37.0 % | 7,691 | 2.6 % | 170,726 | 58.7 % | 115,076 | 39.6 % |
| 8 | 131,508 | 41.3 % | 8,244 | 2.6 % | 187,120 | 59.7 % | 116,869 | 37.3 % | 9,492 | 3.0 % | 191,028 | 60.6 % | 115,037 | 36.5 % | 9,340 | 3.0 % | 181,492 | 57.8 % | 124,971 | 39.8 % |
| 9 | 118,351 | 41.7 % | 7,439 | 2.6 % | 163,972 | 58.3 % | 107,123 | 38.1 % | 10,395 | 3.7 % | 168,022 | 59.4 % | 105,793 | 37.4 % | 9,236 | 3.3 % | 160,181 | 56.8 % | 114,833 | 40.7 % |
| 10 | 117,513 | 41.3 % | 6,619 | 2.3 % | 165,619 | 58.6 % | 107,807 | 38.2 % | 9,036 | 3.2 % | 168,054 | 59.2 % | 106,934 | 37.7 % | 8,921 | 3.1 % | 162,195 | 57.3 % | 115,015 | 40.6 % |
| 11 | 116,441 | 40.8 % | 6,638 | 2.3 % | 169,446 | 59.7 % | 105,624 | 37.2 % | 8,794 | 3.1 % | 169,345 | 59.5 % | 106,620 | 37.4 % | 8,843 | 3.1 % | 162,794 | 57.3 % | 115,573 | 40.7 % |
| 12 | 143,042 | 41.3 % | 9,130 | 2.6 % | 206,829 | 60.4 % | 124,399 | 36.3 % | 11,368 | 3.3 % | 213,168 | 61.8 % | 121,629 | 35.3 % | 10,078 | 2.9 % | 198,162 | 57.8 % | 136,485 | 39.8 % |
| 13 | 174,528 | 80.6 % | 3,552 | 1.6 % | 41,523 | 19.2 % | 168,752 | 78.2 % | 5,560 | 2.6 % | 42,723 | 19.8 % | 169,427 | 78.5 % | 3,714 | 1.7 % | 37,962 | 17.6 % | 174,934 | 81.1 % |
| 14 | 275,449 | 74.5 % | 11,869 | 3.2 % | 95,834 | 26.2 % | 254,957 | 69.7 % | 15,201 | 4.2 % | 98,484 | 26.8 % | 254,959 | 69.5 % | 13,591 | 3.7 % | 85,217 | 23.3 % | 269,526 | 73.6 % |
| 15 | 174,718 | 65.6 % | 5,658 | 2.1 % | 99,010 | 37.4 % | 157,794 | 59.6 % | 8,004 | 3.0 % | 97,082 | 36.6 % | 162,079 | 61.1 % | 6,114 | 2.3 % | 87,995 | 33.3 % | 171,841 | 64.9 % |
| 16 | 145,660 | 63.5 % | 5,850 | 2.6 % | 84,105 | 37.1 % | 133,793 | 59.0 % | 8,918 | 3.9 % | 89,109 | 39.0 % | 133,109 | 58.3 % | 6,153 | 2.7 % | 79,149 | 34.8 % | 142,210 | 62.6 % |
| 17 | 115,359 | 39.7 % | 6,136 | 2.1 % | 181,766 | 62.7 % | 100,547 | 34.7 % | 7,405 | 2.6 % | 178,764 | 61.6 % | 103,708 | 35.7 % | 7,787 | 2.7 % | 171,197 | 59.2 % | 112,910 | 39.0 % |
| 18 | 109,980 | 39.7 % | 5,180 | 1.9 % | 168,716 | 61.2 % | 100,478 | 36.4 % | 6,648 | 2.4 % | 167,182 | 60.5 % | 101,762 | 36.8 % | 7,481 | 2.7 % | 162,064 | 58.8 % | 108,913 | 39.5 % |
| 19 | 120,033 | 57.5 % | 5,804 | 2.8 % | 84,775 | 40.9 % | 113,196 | 54.7 % | 9,128 | 4.4 % | 89,255 | 42.9 % | 110,884 | 53.3 % | 8,089 | 3.9 % | 82,304 | 39.7 % | 119,055 | 57.4 % |
| 20 | 113,774 | 60.6 % | 4,388 | 2.3 % | 71,322 | 38.3 % | 107,098 | 57.5 % | 7,937 | 4.3 % | 77,271 | 41.1 % | 105,509 | 56.2 % | 5,048 | 2.7 % | 68,434 | 36.7 % | 113,444 | 60.8 % |
| 21 | 136,325 | 63.5 % | 6,847 | 3.2 % | 74,501 | 35.0 % | 126,879 | 59.6 % | 11,525 | 5.4 % | 79,530 | 37.1 % | 126,752 | 59.1 % | 8,236 | 3.8 % | 71,679 | 33.6 % | 134,180 | 62.9 % |
| 22 | 108,844 | 38.1 % | 6,703 | 2.3 % | 176,525 | 62.2 % | 97,826 | 34.5 % | 9,289 | 3.3 % | 178,294 | 62.6 % | 97,535 | 34.2 % | 9,187 | 3.2 % | 172,010 | 60.5 % | 106,209 | 37.3 % |
| 23 | 203,649 | 77.7 % | 6,047 | 2.3 % | 55,492 | 21.3 % | 195,005 | 74.9 % | 9,888 | 3.8 % | 59,877 | 22.9 % | 194,973 | 74.6 % | 6,400 | 2.4 % | 52,329 | 20.1 % | 202,531 | 77.7 % |
| 24 | 109,879 | 38.4 % | 8,100 | 2.8 % | 175,073 | 61.6 % | 99,001 | 34.8 % | 10,227 | 3.6 % | 174,240 | 61.1 % | 99,276 | 34.8 % | 11,449 | 4.0 % | 169,814 | 59.7 % | 106,811 | 37.5 % |
| 25 | 138,003 | 38.4 % | 9,596 | 2.7 % | 224,316 | 62.8 % | 120,438 | 33.7 % | 12,188 | 3.4 % | 226,031 | 63.1 % | 118,083 | 32.9 % | 14,271 | 4.0 % | 213,515 | 59.8 % | 134,044 | 37.5 % |
| 26 | 155,222 | 65.4 % | 6,631 | 2.8 % | 79,791 | 33.9 % | 145,751 | 61.8 % | 10,113 | 4.3 % | 84,607 | 35.8 % | 142,416 | 60.2 % | 9,574 | 4.0 % | 75,275 | 31.9 % | 153,650 | 65.1 % |
| 27 | 103,441 | 57.4 % | 4,857 | 2.7 % | 72,927 | 40.8 % | 96,657 | 54.1 % | 9,049 | 5.1 % | 79,202 | 43.9 % | 95,707 | 53.1 % | 5,363 | 3.0 % | 71,415 | 39.9 % | 102,408 | 57.2 % |
| 28 | 70,253 | 26.6 % | 6,184 | 2.3 % | 192,897 | 73.6 % | 61,045 | 23.3 % | 8,304 | 3.2 % | 191,287 | 72.9 % | 61,614 | 23.5 % | 9,530 | 3.6 % | 190,622 | 72.5 % | 66,530 | 25.3 % |
| 29 | 144,192 | 68.1 % | 7,290 | 3.4 % | 59,367 | 28.3 % | 137,510 | 65.4 % | 13,246 | 6.3 % | 65,547 | 31.0 % | 138,391 | 65.5 % | 7,422 | 3.5 % | 57,842 | 27.5 % | 143,376 | 68.3 % |
| 30 | 108,845 | 36.6 % | 7,548 | 2.5 % | 186,219 | 63.3 % | 97,975 | 33.3 % | 9,905 | 3.4 % | 188,928 | 64.0 % | 97,057 | 32.9 % | 9,382 | 3.2 % | 182,333 | 61.9 % | 104,976 | 35.7 % |
| 31 | 48,499 | 21.7 % | 5,020 | 2.3 % | 172,255 | 77.8 % | 42,624 | 19.2 % | 6,664 | 3.0 % | 171,672 | 77.2 % | 42,774 | 19.2 % | 7,851 | 3.5 % | 170,108 | 76.7 % | 46,675 | 21.0 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

61854

Red-206
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Texas Legislative Council
10/10/21 12:27 PM
Page 4 of 5

Election Analysis
SENATE DISTRICTS - PLANS2168
2018 General Election

| District | AG COMM Carpenter-L | | Craddick-R | | RR COMM 1 McAllen-D | | Wright-L | | SUP CT 2 Blacklock-R | | Kirkland-D | | SUP CT 4 Devine-R | | Sandill-D | | SUP CT 6 Brown-R | | Cheng-D | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE | 191,579 | 2.3 % | 4,375,917 | 53.2 % | 3,611,209 | 43.9 % | 237,908 | 2.9 % | 4,359,904 | 53.1 % | 3,845,883 | 46.9 % | 4,399,060 | 53.7 % | 3,791,171 | 46.3 % | 4,403,779 | 53.7 % | 3,795,015 | 46.3 % |
| 1 | 5,062 | 1.7 % | 219,319 | 74.1 % | 70,174 | 23.7 % | 6,313 | 2.1 % | 221,058 | 74.9 % | 74,151 | 25.1 % | 221,445 | 75.2 % | 73,191 | 24.8 % | 221,297 | 75.1 % | 73,356 | 24.9 % |
| 2 | 6,324 | 2.2 % | 168,966 | 59.6 % | 106,869 | 37.7 % | 7,749 | 2.7 % | 168,449 | 59.5 % | 114,483 | 40.5 % | 170,110 | 60.2 % | 112,254 | 39.8 % | 169,504 | 60.0 % | 113,194 | 40.0 % |
| 3 | 4,560 | 1.6 % | 210,250 | 72.0 % | 75,626 | 25.9 % | 6,113 | 2.1 % | 211,751 | 72.6 % | 79,775 | 27.4 % | 212,368 | 73.0 % | 78,628 | 27.0 % | 212,475 | 72.9 % | 78,789 | 27.1 % |
| 4 | 5,144 | 1.8 % | 194,822 | 67.8 % | 86,068 | 30.0 % | 6,266 | 2.2 % | 194,079 | 67.7 % | 92,539 | 32.3 % | 194,439 | 67.9 % | 91,908 | 32.1 % | 195,343 | 68.2 % | 91,222 | 31.8 % |
| 5 | 8,128 | 2.9 % | 169,599 | 60.2 % | 101,030 | 35.9 % | 11,058 | 3.9 % | 171,860 | 61.1 % | 109,257 | 38.9 % | 173,043 | 61.7 % | 107,368 | 38.3 % | 172,672 | 61.5 % | 108,124 | 38.5 % |
| 6 | 2,471 | 1.6 % | 43,699 | 27.5 % | 111,990 | 70.6 % | 2,995 | 1.9 % | 42,894 | 27.1 % | 115,472 | 72.9 % | 43,467 | 27.5 % | 114,732 | 72.5 % | 44,039 | 27.8 % | 114,229 | 72.2 % |
| 7 | 4,864 | 1.7 % | 178,455 | 61.4 % | 106,281 | 36.6 % | 5,907 | 2.0 % | 175,713 | 60.6 % | 114,158 | 39.4 % | 176,201 | 60.8 % | 113,493 | 39.2 % | 178,571 | 61.6 % | 111,341 | 38.4 % |
| 8 | 7,338 | 2.3 % | 187,855 | 59.9 % | 116,927 | 37.3 % | 8,667 | 2.8 % | 187,370 | 59.9 % | 125,554 | 40.1 % | 188,820 | 60.5 % | 123,346 | 39.5 % | 188,387 | 60.3 % | 124,010 | 39.7 % |
| 9 | 6,886 | 2.4 % | 164,591 | 58.4 % | 107,621 | 38.2 % | 9,592 | 3.4 % | 165,117 | 58.7 % | 115,960 | 41.3 % | 165,942 | 59.2 % | 114,382 | 40.8 % | 165,264 | 58.9 % | 115,246 | 41.1 % |
| 10 | 5,825 | 2.1 % | 165,995 | 58.7 % | 108,320 | 38.3 % | 8,406 | 3.0 % | 166,927 | 59.2 % | 115,080 | 40.8 % | 167,543 | 59.6 % | 113,772 | 40.4 % | 167,103 | 59.4 % | 114,320 | 40.6 % |
| 11 | 5,764 | 2.0 % | 169,918 | 59.9 % | 106,573 | 37.6 % | 7,308 | 2.6 % | 168,834 | 59.6 % | 114,408 | 40.4 % | 169,440 | 59.9 % | 113,447 | 40.1 % | 170,640 | 60.3 % | 112,436 | 39.7 % |
| 12 | 8,336 | 2.4 % | 208,511 | 60.8 % | 124,135 | 36.2 % | 10,110 | 2.9 % | 205,120 | 60.0 % | 136,467 | 40.0 % | 208,213 | 61.1 % | 132,750 | 38.9 % | 207,249 | 60.7 % | 134,223 | 39.3 % |
| 13 | 2,835 | 1.3 % | 41,677 | 19.3 % | 169,982 | 78.9 % | 3,901 | 1.8 % | 39,945 | 18.6 % | 175,336 | 81.4 % | 40,308 | 18.7 % | 174,736 | 81.3 % | 41,751 | 19.4 % | 173,488 | 80.6 % |
| 14 | 11,445 | 3.1 % | 92,989 | 25.5 % | 257,428 | 70.5 % | 14,836 | 4.1 % | 92,230 | 25.3 % | 272,675 | 74.7 % | 92,685 | 25.5 % | 271,328 | 74.5 % | 94,782 | 26.0 % | 270,058 | 74.0 % |
| 15 | 4,748 | 1.8 % | 99,620 | 37.7 % | 158,466 | 60.0 % | 6,141 | 2.3 % | 91,897 | 34.9 % | 171,628 | 65.1 % | 92,174 | 35.0 % | 171,057 | 65.0 % | 99,340 | 37.7 % | 164,308 | 62.3 % |
| 16 | 5,816 | 2.6 % | 85,047 | 37.5 % | 134,873 | 59.4 % | 7,019 | 3.1 % | 82,422 | 36.5 % | 143,478 | 63.5 % | 84,885 | 37.6 % | 140,643 | 62.4 % | 84,531 | 37.4 % | 141,422 | 62.6 % |
| 17 | 5,229 | 1.8 % | 181,169 | 62.6 % | 101,697 | 35.2 % | 6,407 | 2.2 % | 177,147 | 61.5 % | 111,091 | 38.5 % | 177,502 | 61.6 % | 110,424 | 38.4 % | 180,840 | 62.7 % | 107,377 | 37.3 % |
| 18 | 4,667 | 1.7 % | 166,786 | 60.5 % | 102,598 | 37.2 % | 6,087 | 2.2 % | 166,359 | 60.6 % | 108,155 | 39.4 % | 167,056 | 61.0 % | 106,977 | 39.0 % | 166,970 | 60.9 % | 107,284 | 39.1 % |
| 19 | 6,015 | 2.9 % | 85,580 | 41.3 % | 114,671 | 55.3 % | 7,072 | 3.4 % | 85,322 | 41.3 % | 121,198 | 58.7 % | 87,706 | 42.5 % | 118,499 | 57.5 % | 86,581 | 41.9 % | 119,822 | 58.1 % |
| 20 | 4,567 | 2.4 % | 69,570 | 37.3 % | 111,691 | 60.0 % | 5,009 | 2.7 % | 71,003 | 38.1 % | 115,290 | 61.9 % | 72,534 | 39.0 % | 113,254 | 61.0 % | 71,638 | 38.5 % | 114,428 | 61.5 % |
| 21 | 7,386 | 3.5 % | 73,530 | 34.5 % | 130,351 | 61.2 % | 9,004 | 4.2 % | 74,793 | 35.2 % | 137,679 | 64.8 % | 76,862 | 36.3 % | 134,982 | 63.7 % | 75,939 | 35.8 % | 136,102 | 64.2 % |
| 22 | 6,157 | 2.2 % | 176,661 | 62.3 % | 98,723 | 34.8 % | 8,352 | 2.9 % | 177,105 | 62.6 % | 105,934 | 37.4 % | 178,102 | 63.1 % | 104,339 | 36.9 % | 177,689 | 62.9 % | 104,999 | 37.1 % |
| 23 | 5,690 | 2.2 % | 56,429 | 21.7 % | 196,451 | 75.5 % | 7,442 | 2.9 % | 54,811 | 21.1 % | 204,872 | 78.9 % | 56,494 | 21.8 % | 202,804 | 78.2 % | 56,236 | 21.7 % | 203,301 | 78.3 % |
| 24 | 7,968 | 2.8 % | 173,677 | 61.1 % | 100,547 | 35.4 % | 9,827 | 3.5 % | 175,579 | 61.9 % | 107,857 | 38.1 % | 176,641 | 62.4 % | 106,276 | 37.6 % | 176,015 | 62.2 % | 107,087 | 37.8 % |
| 25 | 9,568 | 2.7 % | 224,182 | 62.9 % | 121,224 | 34.0 % | 11,226 | 3.1 % | 222,385 | 62.6 % | 133,058 | 37.4 % | 225,754 | 63.6 % | 129,095 | 36.4 % | 224,975 | 63.3 % | 130,298 | 36.7 % |
| 26 | 6,933 | 2.9 % | 81,175 | 34.4 % | 146,656 | 62.2 % | 7,894 | 3.3 % | 78,857 | 33.6 % | 156,166 | 66.4 % | 82,329 | 35.1 % | 152,287 | 64.9 % | 80,961 | 34.5 % | 153,997 | 65.5 % |
| 27 | 5,236 | 2.9 % | 72,054 | 40.3 % | 100,587 | 56.2 % | 6,361 | 3.6 % | 74,466 | 41.7 % | 104,139 | 58.3 % | 75,660 | 42.5 % | 102,313 | 57.5 % | 74,751 | 41.9 % | 103,513 | 58.1 % |
| 28 | 5,710 | 2.2 % | 193,474 | 73.7 % | 61,702 | 23.5 % | 7,257 | 2.8 % | 194,584 | 74.3 % | 67,428 | 25.7 % | 195,300 | 74.7 % | 66,030 | 25.3 % | 194,828 | 74.5 % | 66,671 | 25.5 % |
| 29 | 8,759 | 4.2 % | 59,978 | 28.6 % | 141,177 | 67.3 % | 8,662 | 4.1 % | 60,888 | 29.0 % | 148,756 | 71.0 % | 63,232 | 30.2 % | 145,919 | 69.8 % | 61,313 | 29.3 % | 148,183 | 70.7 % |
| 30 | 7,088 | 2.4 % | 187,221 | 63.7 % | 98,109 | 33.4 % | 8,717 | 3.0 % | 187,156 | 63.8 % | 106,386 | 36.2 % | 188,306 | 64.3 % | 104,653 | 35.7 % | 187,893 | 64.1 % | 105,423 | 35.9 % |
| 31 | 5,060 | 2.3 % | 173,118 | 78.0 % | 42,662 | 19.2 % | 6,210 | 2.8 % | 173,783 | 78.6 % | 47,453 | 21.4 % | 174,499 | 79.0 % | 46,284 | 21.0 % | 174,202 | 78.8 % | 46,764 | 21.2 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

61854

Red-206
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Texas Legislative Council
10/10/21 12:27 PM
Page 5 of 5

Election Analysis
SENATE DISTRICTS - PLANS2168
2018 General Election

| District | Keller-R | | CCA PRES JUDGE Strange-L | | Jackson-D | | Hervey-R | CCA 7 | Franklin-D | | Slaughter-R | CCA 8 | Ash-L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE | 4,288,105 | 52.2 % | 187,271 | 2.3 % | 3,733,243 | 45.5 % | 4,428,312 | 54.2 % | 3,749,155 | 45.8 % | 4,769,981 | 74.7 % | 1,616,476 | 25.3 % |
| 1 | 218,443 | 74.0 % | 4,939 | 1.7 % | 71,628 | 24.3 % | 221,638 | 75.4 % | 72,402 | 24.6 % | 226,211 | 88.3 % | 29,963 | 11.7 % |
| 2 | 165,859 | 58.6 % | 6,295 | 2.2 % | 110,729 | 39.1 % | 170,380 | 60.4 % | 111,513 | 39.6 % | 180,109 | 76.9 % | 54,170 | 23.1 % |
| 3 | 209,808 | 71.9 % | 4,620 | 1.6 % | 77,330 | 26.5 % | 212,934 | 73.2 % | 78,045 | 26.8 % | 218,270 | 87.9 % | 29,963 | 12.1 % |
| 4 | 191,790 | 66.8 % | 5,225 | 1.8 % | 89,924 | 31.3 % | 196,470 | 68.7 % | 89,367 | 31.3 % | 203,150 | 84.9 % | 36,079 | 15.1 % |
| 5 | 168,367 | 59.9 % | 8,234 | 2.9 % | 104,502 | 37.2 % | 174,025 | 62.2 % | 105,982 | 37.8 % | 184,477 | 77.6 % | 53,160 | 22.4 % |
| 6 | 41,917 | 26.5 % | 2,411 | 1.5 % | 114,055 | 72.0 % | 44,096 | 27.9 % | 113,933 | 72.1 % | 52,219 | 60.8 % | 33,645 | 39.2 % |
| 7 | 173,582 | 59.9 % | 4,936 | 1.7 % | 111,229 | 38.4 % | 179,337 | 62.1 % | 109,674 | 37.9 % | 187,279 | 82.4 % | 39,954 | 17.6 % |
| 8 | 184,633 | 59.0 % | 7,071 | 2.3 % | 121,427 | 38.8 % | 189,499 | 60.8 % | 122,344 | 39.2 % | 198,620 | 77.1 % | 59,042 | 22.9 % |
| 9 | 162,658 | 57.9 % | 7,456 | 2.7 % | 111,005 | 39.5 % | 166,647 | 59.6 % | 113,177 | 40.4 % | 174,422 | 78.4 % | 48,024 | 21.6 % |
| 10 | 164,503 | 58.3 % | 6,343 | 2.2 % | 111,386 | 39.5 % | 168,182 | 59.9 % | 112,725 | 40.1 % | 175,450 | 80.4 % | 42,788 | 19.6 % |
| 11 | 166,341 | 58.7 % | 5,828 | 2.1 % | 111,040 | 39.2 % | 171,856 | 60.9 % | 110,533 | 39.1 % | 182,598 | 78.3 % | 50,467 | 21.7 % |
| 12 | 202,451 | 59.3 % | 8,354 | 2.4 % | 130,783 | 38.3 % | 208,356 | 61.4 % | 131,192 | 38.6 % | 219,537 | 78.7 % | 59,288 | 21.3 % |
| 13 | 38,950 | 18.1 % | 2,770 | 1.3 % | 173,631 | 80.6 % | 41,618 | 19.4 % | 173,265 | 80.6 % | 52,894 | 48.5 % | 56,077 | 51.5 % |
| 14 | 88,653 | 24.3 % | 11,649 | 3.2 % | 264,320 | 72.5 % | 94,602 | 26.1 % | 267,749 | 73.9 % | 120,260 | 49.0 % | 125,258 | 51.0 % |
| 15 | 90,623 | 34.5 % | 4,883 | 1.9 % | 167,513 | 63.7 % | 99,332 | 37.9 % | 162,633 | 62.1 % | 112,195 | 65.6 % | 58,948 | 34.4 % |
| 16 | 80,971 | 35.8 % | 5,455 | 2.4 % | 139,800 | 61.8 % | 84,694 | 37.7 % | 140,138 | 62.3 % | 95,818 | 61.1 % | 61,103 | 38.9 % |
| 17 | 174,898 | 60.7 % | 5,261 | 1.8 % | 107,960 | 37.5 % | 181,872 | 63.3 % | 105,382 | 36.7 % | 191,105 | 81.8 % | 42,385 | 18.2 % |
| 18 | 164,592 | 59.9 % | 4,554 | 1.7 % | 105,512 | 38.4 % | 168,149 | 61.4 % | 105,688 | 38.6 % | 177,679 | 81.3 % | 40,994 | 18.7 % |
| 19 | 83,615 | 40.4 % | 5,600 | 2.7 % | 117,800 | 56.9 % | 87,409 | 42.4 % | 118,875 | 57.6 % | 101,102 | 67.0 % | 49,891 | 33.0 % |
| 20 | 69,133 | 37.1 % | 3,853 | 2.1 % | 113,461 | 60.9 % | 72,543 | 39.0 % | 113,340 | 61.0 % | 90,470 | 62.7 % | 53,739 | 37.3 % |
| 21 | 72,088 | 33.9 % | 6,486 | 3.0 % | 134,310 | 63.1 % | 76,434 | 36.1 % | 135,433 | 63.9 % | 93,716 | 59.3 % | 64,222 | 40.7 % |
| 22 | 174,691 | 61.7 % | 6,156 | 2.2 % | 102,440 | 36.2 % | 178,867 | 63.4 % | 103,347 | 36.6 % | 186,648 | 80.6 % | 44,836 | 19.4 % |
| 23 | 53,274 | 20.5 % | 5,547 | 2.1 % | 201,191 | 77.4 % | 56,202 | 21.7 % | 202,955 | 78.3 % | 69,790 | 45.7 % | 82,989 | 54.3 % |
| 24 | 172,150 | 60.7 % | 7,819 | 2.8 % | 103,548 | 36.5 % | 177,210 | 62.7 % | 105,265 | 37.3 % | 187,005 | 77.5 % | 54,436 | 22.5 % |
| 25 | 218,661 | 61.5 % | 9,504 | 2.7 % | 127,321 | 35.8 % | 227,216 | 64.2 % | 126,850 | 35.8 % | 240,805 | 79.6 % | 61,864 | 20.4 % |
| 26 | 77,272 | 32.8 % | 6,658 | 2.8 % | 151,336 | 64.3 % | 82,196 | 35.1 % | 152,172 | 64.9 % | 98,699 | 60.2 % | 65,367 | 39.8 % |
| 27 | 72,019 | 40.2 % | 4,267 | 2.4 % | 102,741 | 57.4 % | 75,128 | 42.1 % | 103,413 | 57.9 % | 90,311 | 64.9 % | 48,940 | 35.1 % |
| 28 | 191,459 | 73.2 % | 5,986 | 2.3 % | 64,228 | 24.5 % | 195,466 | 74.9 % | 65,371 | 25.1 % | 202,724 | 86.0 % | 33,132 | 14.0 % |
| 29 | 58,978 | 28.1 % | 6,944 | 3.3 % | 143,918 | 68.6 % | 62,573 | 29.9 % | 146,610 | 70.1 % | 80,387 | 55.4 % | 64,809 | 44.6 % |
| 30 | 184,528 | 62.8 % | 7,207 | 2.5 % | 102,018 | 34.7 % | 188,583 | 64.5 % | 103,997 | 35.5 % | 195,914 | 80.6 % | 47,283 | 19.4 % |
| 31 | 171,198 | 77.4 % | 4,960 | 2.2 % | 45,157 | 20.4 % | 174,778 | 79.2 % | 45,785 | 20.8 % | 180,117 | 88.4 % | 23,660 | 11.6 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

61854