# EXHIBIT 24

Red-206  
Data: 2020 Census  
PLANS2168 10/04/2021 7:41:53 PM

Texas Legislative Council  
10/10/21 11:34 AM  
Page 1 of 4

## Election Analysis
### SENATE DISTRICTS - PLANS2168
### 2020 General Election

| District | Total Voter Registration Total | SSVR-T | Turnout Total | TO/VR |
|---|---|---|---|---|
| STATE | 16,960,107 | 24.0 % | 11,355,339 | 67.0 % |
| 1 | 595,773 | 5.6 % | 397,597 | 66.7 % |
| 2 | 555,847 | 12.9 % | 389,464 | 70.1 % |
| 3 | 601,131 | 6.7 % | 394,623 | 65.6 % |
| 4 | 571,445 | 13.2 % | 402,734 | 70.5 % |
| 5 | 545,293 | 13.6 % | 392,864 | 72.0 % |
| 6 | 400,541 | 52.5 % | 220,853 | 55.1 % |
| 7 | 561,480 | 16.4 % | 407,737 | 72.6 % |
| 8 | 594,687 | 7.9 % | 446,952 | 75.2 % |
| 9 | 561,750 | 15.4 % | 389,167 | 69.3 % |
| 10 | 552,451 | 13.1 % | 375,982 | 68.1 % |
| 11 | 567,495 | 17.4 % | 394,816 | 69.6 % |
| 12 | 613,451 | 9.1 % | 461,425 | 75.2 % |
| 13 | 470,406 | 16.7 % | 290,634 | 61.8 % |
| 14 | 651,063 | 14.7 % | 466,795 | 71.7 % |
| 15 | 519,745 | 20.2 % | 355,830 | 68.5 % |
| 16 | 456,342 | 24.7 % | 294,409 | 64.5 % |
| 17 | 544,376 | 14.9 % | 393,513 | 72.3 % |
| 18 | 562,392 | 18.8 % | 393,089 | 69.9 % |
| 19 | 516,372 | 52.8 % | 316,158 | 61.2 % |
| 20 | 464,013 | 70.0 % | 268,726 | 57.9 % |
| 21 | 514,295 | 54.5 % | 305,030 | 59.3 % |
| 22 | 569,397 | 12.6 % | 387,617 | 68.1 % |
| 23 | 543,926 | 18.7 % | 343,031 | 63.1 % |
| 24 | 597,383 | 15.0 % | 398,696 | 66.7 % |
| 25 | 649,313 | 16.9 % | 500,009 | 77.0 % |
| 26 | 536,470 | 51.7 % | 328,773 | 61.3 % |
| 27 | 480,156 | 72.0 % | 266,276 | 55.5 % |
| 28 | 550,333 | 22.5 % | 351,693 | 63.9 % |
| 29 | 521,461 | 67.2 % | 287,390 | 55.1 % |
| 30 | 597,348 | 8.6 % | 426,534 | 71.4 % |
| 31 | 493,972 | 28.7 % | 306,922 | 62.1 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.  
SSVR-T = Total Spanish surname voter registration

61762

Red-206
Date: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Election Analysis
SENATE DISTRICTS - PLANS2168
2020 General Election

Texas Legislative Council
10/10/21 11:34 AM
Page 2 of 4

| District | Biden-D | | Trump-R | | PRESIDENT Jorgensen-L | | Hawkins-G | | Write-In-W | | Cornyn-R | | Hegar-D | U.S. SEN | McKennon-L | | Collins-G | | RR COMM 1 Castaneda-D | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE | 5,257,513 | 46.5 % | 5,889,022 | 52.0 % | 126,212 | 1.1 % | 33,378 | 0.3 % | 10,927 | 0.1 % | 5,961,643 | 53.5 % | 4,887,309 | 43.9 % | 209,623 | 1.9 % | 81,753 | 0.7 % | 4,791,167 | 43.6 % |
| 1 | 98,697 | 24.9 % | 292,767 | 73.9 % | 3,684 | 0.9 % | 782 | 0.2 % | 184 | 0.0 % | 290,202 | 74.0 % | 94,610 | 24.1 % | 5,644 | 1.4 % | 1,626 | 0.4 % | 90,415 | 23.3 % |
| 2 | 161,107 | 41.6 % | 220,682 | 57.0 % | 4,043 | 1.0 % | 1,228 | 0.3 % | 418 | 0.1 % | 225,345 | 58.5 % | 150,082 | 39.0 % | 6,506 | 1.7 % | 2,950 | 0.8 % | 148,214 | 38.8 % |
| 3 | 102,401 | 26.0 % | 286,961 | 72.9 % | 3,239 | 0.8 % | 656 | 0.2 % | 247 | 0.1 % | 282,567 | 72.7 % | 98,593 | 25.4 % | 5,626 | 1.4 % | 1,709 | 0.4 % | 93,927 | 24.4 % |
| 4 | 136,167 | 33.8 % | 260,866 | 64.8 % | 4,523 | 1.1 % | 886 | 0.2 % | 94 | 0.0 % | 261,756 | 65.8 % | 126,484 | 31.8 % | 7,318 | 1.8 % | 2,220 | 0.6 % | 123,200 | 31.4 % |
| 5 | 156,179 | 39.8 % | 228,271 | 58.2 % | 6,168 | 1.6 % | 1,059 | 0.3 % | 814 | 0.2 % | 230,324 | 59.6 % | 145,691 | 37.7 % | 8,070 | 2.1 % | 2,046 | 0.5 % | 138,335 | 36.4 % |
| 6 | 145,880 | 66.1 % | 72,175 | 32.7 % | 1,903 | 0.9 % | 882 | 0.4 % | 6 | 0.0 % | 70,265 | 32.9 % | 136,648 | 63.9 % | 4,291 | 2.0 % | 2,606 | 1.2 % | 139,751 | 65.9 % |
| 7 | 168,148 | 41.2 % | 233,850 | 57.4 % | 4,609 | 1.1 % | 1,086 | 0.3 % | 13 | 0.0 % | 238,797 | 59.2 % | 154,790 | 38.4 % | 7,326 | 1.8 % | 2,423 | 0.6 % | 150,611 | 37.8 % |
| 8 | 191,671 | 43.1 % | 245,415 | 55.1 % | 5,602 | 1.3 % | 1,085 | 0.2 % | 1,316 | 0.3 % | 253,345 | 58.2 % | 171,837 | 39.5 % | 7,756 | 1.8 % | 2,466 | 0.6 % | 165,682 | 38.8 % |
| 9 | 165,645 | 42.6 % | 216,751 | 55.7 % | 5,307 | 1.4 % | 1,210 | 0.3 % | 188 | 0.0 % | 222,785 | 57.7 % | 152,193 | 39.4 % | 8,233 | 2.1 % | 2,843 | 0.7 % | 145,996 | 38.2 % |
| 10 | 155,339 | 41.4 % | 214,676 | 57.2 % | 4,107 | 1.1 % | 993 | 0.3 % | 165 | 0.0 % | 217,653 | 58.5 % | 145,387 | 39.1 % | 6,720 | 1.8 % | 2,349 | 0.6 % | 141,228 | 38.3 % |
| 11 | 159,989 | 40.6 % | 228,246 | 57.9 % | 4,768 | 1.2 % | 1,078 | 0.3 % | 310 | 0.1 % | 230,030 | 59.0 % | 149,641 | 38.4 % | 7,466 | 1.9 % | 2,435 | 0.6 % | 146,511 | 38.1 % |
| 12 | 199,086 | 43.3 % | 253,764 | 55.2 % | 5,633 | 1.2 % | 1,123 | 0.2 % | 180 | 0.0 % | 268,306 | 58.7 % | 178,040 | 39.0 % | 7,999 | 1.8 % | 2,569 | 0.6 % | 172,197 | 38.3 % |
| 13 | 226,746 | 78.1 % | 60,286 | 20.8 % | 2,003 | 0.7 % | 1,051 | 0.4 % | 186 | 0.1 % | 61,689 | 21.8 % | 213,682 | 75.5 % | 4,753 | 1.7 % | 2,824 | 1.0 % | 212,501 | 75.9 % |
| 14 | 345,920 | 74.4 % | 108,857 | 23.4 % | 6,892 | 1.5 % | 1,611 | 0.3 % | 1,685 | 0.4 % | 120,986 | 26.4 % | 325,020 | 71.0 % | 8,866 | 1.9 % | 3,051 | 0.7 % | 310,792 | 69.4 % |
| 15 | 230,947 | 64.9 % | 119,685 | 33.6 % | 3,935 | 1.1 % | 1,136 | 0.3 % | 14 | 0.0 % | 127,722 | 36.4 % | 214,628 | 61.1 % | 6,209 | 1.8 % | 2,675 | 0.8 % | 209,571 | 60.6 % |
| 16 | 187,870 | 64.4 % | 99,542 | 34.1 % | 3,279 | 1.1 % | 1,157 | 0.4 % | 0 | 0.0 % | 107,649 | 37.0 % | 175,219 | 60.3 % | 5,261 | 1.8 % | 2,604 | 0.9 % | 174,733 | 60.6 % |
| 17 | 159,728 | 40.7 % | 227,577 | 57.9 % | 4,020 | 1.0 % | 971 | 0.2 % | 451 | 0.1 % | 233,404 | 60.3 % | 145,246 | 37.6 % | 6,119 | 1.6 % | 2,003 | 0.5 % | 140,655 | 36.9 % |
| 18 | 154,983 | 39.5 % | 232,105 | 59.2 % | 3,314 | 0.8 % | 1,091 | 0.3 % | 536 | 0.1 % | 231,414 | 60.4 % | 143,889 | 37.5 % | 5,932 | 1.5 % | 2,108 | 0.5 % | 141,688 | 37.4 % |
| 19 | 175,552 | 55.8 % | 134,463 | 42.7 % | 3,275 | 1.0 % | 1,107 | 0.4 % | 202 | 0.1 % | 133,844 | 43.8 % | 162,862 | 53.3 % | 6,159 | 2.0 % | 2,949 | 1.0 % | 165,205 | 54.5 % |
| 20 | 144,904 | 54.3 % | 118,940 | 44.6 % | 2,013 | 0.8 % | 871 | 0.3 % | 218 | 0.1 % | 114,578 | 44.5 % | 134,396 | 52.2 % | 5,640 | 2.2 % | 2,911 | 1.1 % | 138,148 | 54.6 % |
| 21 | 174,822 | 57.7 % | 123,149 | 40.7 % | 3,283 | 1.1 % | 1,134 | 0.4 % | 474 | 0.2 % | 117,050 | 40.0 % | 165,699 | 56.6 % | 6,504 | 2.2 % | 3,505 | 1.2 % | 164,812 | 57.2 % |
| 22 | 147,821 | 38.3 % | 232,500 | 60.2 % | 4,350 | 1.1 % | 1,051 | 0.3 % | 464 | 0.1 % | 233,612 | 61.2 % | 137,991 | 36.2 % | 7,149 | 1.9 % | 2,706 | 0.7 % | 132,973 | 35.3 % |
| 23 | 264,146 | 77.5 % | 72,143 | 21.2 % | 2,924 | 0.9 % | 1,512 | 0.4 % | 11 | 0.0 % | 77,196 | 22.8 % | 252,510 | 74.5 % | 5,931 | 1.7 % | 3,422 | 1.0 % | 252,533 | 74.9 % |
| 24 | 156,584 | 39.4 % | 233,635 | 58.7 % | 5,636 | 1.4 % | 1,092 | 0.3 % | 864 | 0.2 % | 235,871 | 60.0 % | 147,008 | 37.4 % | 7,852 | 2.0 % | 2,067 | 0.5 % | 140,621 | 36.2 % |
| 25 | 199,751 | 40.1 % | 290,020 | 58.3 % | 6,204 | 1.2 % | 1,085 | 0.2 % | 582 | 0.1 % | 301,005 | 61.1 % | 180,790 | 36.7 % | 8,590 | 1.7 % | 2,368 | 0.5 % | 176,755 | 36.4 % |
| 26 | 212,130 | 64.9 % | 109,171 | 33.4 % | 3,741 | 1.1 % | 1,462 | 0.4 % | 204 | 0.1 % | 112,953 | 35.4 % | 195,647 | 61.4 % | 7,042 | 2.2 % | 3,212 | 1.0 % | 198,306 | 62.6 % |
| 27 | 136,701 | 51.7 % | 124,352 | 47.1 % | 1,966 | 0.7 % | 896 | 0.3 % | 255 | 0.1 % | 118,177 | 46.4 % | 128,454 | 50.4 % | 4,938 | 1.9 % | 3,131 | 1.2 % | 132,622 | 53.0 % |
| 28 | 90,616 | 25.8 % | 255,182 | 72.7 % | 4,208 | 1.2 % | 816 | 0.2 % | 244 | 0.1 % | 254,077 | 73.4 % | 83,286 | 24.1 % | 7,078 | 2.0 % | 1,853 | 0.5 % | 79,121 | 23.2 % |
| 29 | 185,726 | 65.2 % | 94,771 | 33.3 % | 2,966 | 1.0 % | 1,508 | 0.5 % | 13 | 0.0 % | 89,817 | 32.4 % | 172,232 | 62.2 % | 8,601 | 3.1 % | 6,207 | 2.2 % | 168,074 | 61.6 % |
| 30 | 159,983 | 37.6 % | 258,982 | 60.8 % | 5,101 | 1.2 % | 1,079 | 0.3 % | 485 | 0.1 % | 262,384 | 62.4 % | 147,006 | 35.0 % | 8,307 | 2.0 % | 2,457 | 0.6 % | 138,951 | 33.6 % |
| 31 | 62,274 | 20.4 % | 239,238 | 78.2 % | 3,516 | 1.1 % | 680 | 0.2 % | 104 | 0.0 % | 236,840 | 78.5 % | 57,748 | 19.1 % | 5,737 | 1.9 % | 1,458 | 0.5 % | 57,039 | 19.0 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

Red-206
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Texas Legislative Council
10/10/21 11:34 AM
Page 3 of 4

## Election Analysis
### SENATE DISTRICTS - PLANS2168
### 2020 General Election

| District | Wright-R | | RR COMM 1 Sterett-L | | Gruene-G | | Hecht-R | | SUP CT CHIEF Meachum-D | | Ash-L | | Bland-R | | SUP CT 6 Cheng-D | | Boyd-R | | SUP CT 7 Strange-L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE | 5,830,003 | 53.0 % | 247,568 | 2.3 % | 129,888 | 1.2 % | 5,825,773 | 53.0 % | 4,892,131 | 44.5 % | 277,432 | 2.5 % | 6,049,262 | 55.2 % | 4,902,218 | 44.8 % | 5,842,276 | 53.3 % | 256,665 | 2.3 % |
| 1 | 288,977 | 74.3 % | 7,173 | 1.8 % | 2,199 | 0.6 % | 286,595 | 73.7 % | 94,970 | 24.4 % | 7,249 | 1.9 % | 293,597 | 75.7 % | 94,175 | 24.3 % | 287,862 | 74.1 % | 6,800 | 1.8 % |
| 2 | 221,671 | 58.1 % | 8,182 | 2.1 % | 3,709 | 1.0 % | 223,648 | 58.5 % | 150,005 | 39.2 % | 8,605 | 2.3 % | 229,631 | 60.3 % | 150,928 | 39.7 % | 223,731 | 58.7 % | 8,062 | 2.1 % |
| 3 | 282,254 | 73.3 % | 6,427 | 1.7 % | 2,199 | 0.6 % | 278,659 | 72.5 % | 98,965 | 25.7 % | 6,938 | 1.8 % | 285,673 | 74.5 % | 97,664 | 25.5 % | 280,347 | 73.0 % | 6,200 | 1.6 % |
| 4 | 257,065 | 65.5 % | 8,570 | 2.2 % | 3,634 | 0.9 % | 258,871 | 65.8 % | 125,365 | 31.9 % | 8,950 | 2.3 % | 266,813 | 68.1 % | 125,114 | 31.9 % | 258,710 | 66.0 % | 8,305 | 2.1 % |
| 5 | 226,807 | 59.6 % | 10,747 | 2.8 % | 4,463 | 1.2 % | 223,073 | 59.3 % | 141,846 | 37.7 % | 11,147 | 3.0 % | 235,625 | 62.2 % | 143,012 | 37.8 % | 226,526 | 59.8 % | 10,784 | 2.8 % |
| 6 | 65,161 | 30.7 % | 4,052 | 1.9 % | 3,250 | 1.5 % | 66,833 | 31.6 % | 139,261 | 65.8 % | 5,655 | 2.7 % | 71,425 | 33.8 % | 139,859 | 66.2 % | 67,534 | 32.0 % | 4,796 | 2.3 % |
| 7 | 234,572 | 58.9 % | 8,811 | 2.2 % | 4,352 | 1.1 % | 236,904 | 59.4 % | 152,902 | 38.3 % | 9,320 | 2.3 % | 244,483 | 61.4 % | 153,380 | 38.6 % | 235,707 | 59.3 % | 8,322 | 2.1 % |
| 8 | 248,023 | 58.0 % | 10,093 | 2.4 % | 3,706 | 0.9 % | 248,710 | 58.1 % | 169,131 | 39.5 % | 10,036 | 2.3 % | 254,303 | 60.3 % | 167,776 | 39.7 % | 248,600 | 58.5 % | 9,138 | 2.1 % |
| 9 | 221,495 | 58.0 % | 9,949 | 2.6 % | 4,269 | 1.1 % | 218,866 | 57.3 % | 152,257 | 39.9 % | 10,729 | 2.8 % | 227,103 | 59.7 % | 153,190 | 40.3 % | 219,197 | 57.7 % | 10,583 | 2.8 % |
| 10 | 215,524 | 58.5 % | 8,059 | 2.2 % | 3,490 | 0.9 % | 213,893 | 58.1 % | 145,553 | 39.5 % | 8,649 | 2.3 % | 220,737 | 60.2 % | 145,909 | 39.8 % | 213,942 | 58.3 % | 8,131 | 2.2 % |
| 11 | 224,681 | 58.5 % | 8,954 | 2.3 % | 4,208 | 1.1 % | 226,702 | 58.9 % | 148,715 | 38.6 % | 9,785 | 2.5 % | 234,537 | 61.1 % | 149,259 | 38.9 % | 226,015 | 58.9 % | 9,318 | 2.4 % |
| 12 | 261,667 | 58.2 % | 10,701 | 2.4 % | 4,977 | 1.1 % | 264,040 | 58.5 % | 176,650 | 39.2 % | 10,498 | 2.3 % | 271,724 | 60.6 % | 176,310 | 39.4 % | 262,814 | 58.7 % | 10,451 | 2.3 % |
| 13 | 58,528 | 20.9 % | 4,799 | 1.7 % | 4,168 | 1.5 % | 58,953 | 21.0 % | 215,283 | 76.9 % | 5,893 | 2.1 % | 62,322 | 22.3 % | 216,871 | 77.7 % | 58,100 | 20.8 % | 4,700 | 1.7 % |
| 14 | 114,966 | 25.7 % | 12,876 | 2.9 % | 8,990 | 2.0 % | 116,059 | 25.9 % | 318,231 | 71.0 % | 14,020 | 3.1 % | 124,968 | 28.1 % | 320,345 | 71.9 % | 115,982 | 26.1 % | 12,722 | 2.9 % |
| 15 | 124,023 | 35.9 % | 7,460 | 2.2 % | 4,800 | 1.4 % | 128,296 | 37.0 % | 210,436 | 60.7 % | 7,978 | 2.3 % | 135,154 | 39.1 % | 210,275 | 60.9 % | 124,643 | 36.1 % | 7,231 | 2.1 % |
| 16 | 103,286 | 35.8 % | 6,463 | 2.2 % | 3,863 | 1.3 % | 105,971 | 36.7 % | 175,464 | 60.7 % | 7,568 | 2.6 % | 110,449 | 38.3 % | 177,575 | 61.7 % | 105,613 | 36.7 % | 7,008 | 2.4 % |
| 17 | 229,250 | 60.2 % | 7,398 | 1.9 % | 3,517 | 0.9 % | 231,749 | 60.8 % | 141,954 | 37.2 % | 7,733 | 2.0 % | 238,173 | 62.7 % | 141,553 | 37.3 % | 229,384 | 60.4 % | 7,313 | 1.9 % |
| 18 | 227,623 | 60.0 % | 6,617 | 1.7 % | 3,316 | 0.9 % | 226,861 | 59.9 % | 144,773 | 38.2 % | 7,297 | 1.9 % | 233,215 | 61.8 % | 143,913 | 38.2 % | 227,585 | 60.3 % | 6,692 | 1.8 % |
| 19 | 126,811 | 41.9 % | 6,857 | 2.3 % | 4,098 | 1.4 % | 126,148 | 41.8 % | 166,830 | 55.3 % | 8,851 | 2.9 % | 132,135 | 44.1 % | 167,361 | 55.9 % | 127,965 | 42.5 % | 7,794 | 2.6 % |
| 20 | 106,104 | 41.9 % | 5,146 | 2.0 % | 3,574 | 1.4 % | 105,948 | 41.9 % | 140,197 | 55.5 % | 6,581 | 2.6 % | 112,656 | 44.8 % | 139,072 | 55.2 % | 107,429 | 42.7 % | 6,854 | 2.7 % |
| 21 | 110,947 | 38.5 % | 6,831 | 2.4 % | 5,410 | 1.9 % | 109,257 | 38.2 % | 167,478 | 58.5 % | 9,402 | 3.3 % | 117,129 | 41.0 % | 168,540 | 59.0 % | 111,548 | 39.0 % | 8,252 | 2.9 % |
| 22 | 231,508 | 61.4 % | 8,391 | 2.2 % | 3,883 | 1.0 % | 229,897 | 61.0 % | 138,327 | 36.7 % | 8,891 | 2.4 % | 237,279 | 63.2 % | 138,281 | 36.8 % | 231,134 | 61.5 % | 8,141 | 2.2 % |
| 23 | 73,160 | 21.7 % | 6,704 | 2.0 % | 4,949 | 1.5 % | 73,976 | 21.9 % | 255,981 | 75.8 % | 7,906 | 2.3 % | 78,331 | 23.2 % | 258,846 | 76.8 % | 73,830 | 21.9 % | 6,942 | 2.1 % |
| 24 | 232,678 | 60.0 % | 10,167 | 2.6 % | 4,600 | 1.2 % | 230,165 | 59.6 % | 144,860 | 37.5 % | 10,975 | 2.8 % | 241,089 | 62.4 % | 145,558 | 37.6 % | 232,370 | 60.1 % | 10,254 | 2.7 % |
| 25 | 291,957 | 60.1 % | 11,661 | 2.4 % | 5,464 | 1.1 % | 294,509 | 60.6 % | 179,282 | 36.9 % | 12,575 | 2.6 % | 304,965 | 63.1 % | 178,611 | 36.9 % | 295,463 | 61.0 % | 12,008 | 2.5 % |
| 26 | 105,300 | 33.3 % | 7,422 | 2.3 % | 5,529 | 1.7 % | 105,990 | 33.6 % | 199,656 | 63.3 % | 9,910 | 3.1 % | 111,025 | 35.5 % | 201,991 | 64.5 % | 107,618 | 34.2 % | 9,062 | 2.9 % |
| 27 | 109,450 | 43.7 % | 4,831 | 1.9 % | 3,372 | 1.3 % | 107,514 | 43.6 % | 132,026 | 53.6 % | 6,943 | 2.8 % | 116,304 | 46.9 % | 131,643 | 53.1 % | 109,806 | 44.8 % | 6,369 | 2.6 % |
| 28 | 251,580 | 73.6 % | 7,897 | 2.3 % | 3,009 | 0.9 % | 248,912 | 72.8 % | 84,713 | 24.8 % | 8,428 | 2.5 % | 257,639 | 75.6 % | 83,023 | 24.4 % | 250,837 | 73.5 % | 7,818 | 2.3 % |
| 29 | 90,967 | 33.3 % | 7,975 | 2.9 % | 5,838 | 2.1 % | 88,468 | 32.3 % | 173,915 | 63.4 % | 11,816 | 4.3 % | 95,217 | 34.9 % | 177,723 | 65.1 % | 89,703 | 32.8 % | 10,467 | 3.8 % |
| 30 | 259,889 | 62.8 % | 10,018 | 2.4 % | 4,763 | 1.2 % | 258,044 | 62.2 % | 146,988 | 35.4 % | 10,004 | 2.4 % | 266,047 | 64.6 % | 145,584 | 35.4 % | 258,501 | 62.6 % | 9,664 | 2.3 % |
| 31 | 234,079 | 78.2 % | 6,337 | 2.1 % | 1,989 | 0.7 % | 232,262 | 77.6 % | 60,117 | 20.1 % | 7,100 | 2.4 % | 239,514 | 80.3 % | 58,877 | 19.7 % | 233,780 | 78.3 % | 6,484 | 2.2 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

61762

Red-206
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM

Texas Legislative Council
10/10/21 11:34 AM
Page 4 of 4

Election Analysis
SENATE DISTRICTS - PLANS2168
2020 General Election

| District | SUP CT 7 Williams-D | | Busby-R | | SUP CT 8 Triana-D | | Oxford-L | | CCA 3 Richardson-R | | Davis Frizell-D | | CCA 4 Yeary-R | | Clinton-D | | CCA 9 Newell-R | | Birmingham-D | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE | 4,860,388 | 44.3 % | 5,845,851 | 53.4 % | 4,825,339 | 44.1 % | 274,876 | 2.5 % | 5,952,614 | 54.5 % | 4,962,780 | 45.5 % | 5,972,977 | 54.8 % | 4,922,833 | 45.2 % | 6,014,555 | 55.3 % | 4,861,782 | 44.7 % |
| 1 | 93,717 | 24.1 % | 288,332 | 74.4 % | 91,893 | 23.7 % | 7,287 | 1.9 % | 291,117 | 75.2 % | 95,984 | 24.8 % | 291,738 | 75.5 % | 94,727 | 24.5 % | 292,575 | 75.6 % | 94,177 | 24.4 % |
| 2 | 149,147 | 39.2 % | 224,287 | 59.0 % | 147,485 | 38.8 % | 8,615 | 2.3 % | 226,926 | 59.7 % | 152,964 | 40.3 % | 227,783 | 60.1 % | 151,417 | 39.9 % | 228,592 | 60.4 % | 150,118 | 39.6 % |
| 3 | 97,460 | 25.4 % | 281,034 | 73.2 % | 95,605 | 24.9 % | 7,405 | 1.9 % | 283,285 | 74.0 % | 99,535 | 26.0 % | 283,613 | 74.2 % | 98,485 | 25.8 % | 284,301 | 74.4 % | 97,776 | 25.6 % |
| 4 | 125,145 | 31.9 % | 260,261 | 66.4 % | 122,897 | 31.3 % | 8,858 | 2.3 % | 263,544 | 67.5 % | 126,790 | 32.5 % | 263,492 | 67.6 % | 126,251 | 32.4 % | 264,517 | 67.9 % | 124,920 | 32.1 % |
| 5 | 141,295 | 37.3 % | 226,845 | 60.0 % | 139,704 | 37.0 % | 11,379 | 3.0 % | 231,793 | 61.4 % | 145,686 | 38.6 % | 233,041 | 62.0 % | 143,082 | 38.0 % | 234,132 | 62.3 % | 141,576 | 37.7 % |
| 6 | 138,782 | 65.7 % | 66,272 | 31.4 % | 140,147 | 66.4 % | 4,698 | 2.2 % | 68,632 | 32.6 % | 142,092 | 67.4 % | 69,131 | 32.9 % | 141,302 | 67.1 % | 70,589 | 33.6 % | 139,361 | 66.4 % |
| 7 | 153,556 | 38.6 % | 237,531 | 59.8 % | 150,553 | 37.9 % | 9,138 | 2.3 % | 240,621 | 60.8 % | 155,433 | 39.2 % | 240,166 | 60.7 % | 155,516 | 39.3 % | 241,894 | 61.2 % | 153,207 | 38.8 % |
| 8 | 167,455 | 39.4 % | 249,391 | 58.7 % | 164,971 | 38.8 % | 10,570 | 2.5 % | 252,010 | 59.7 % | 169,889 | 40.3 % | 253,251 | 60.0 % | 168,972 | 40.0 % | 254,240 | 60.4 % | 166,432 | 39.6 % |
| 9 | 150,223 | 39.5 % | 219,538 | 57.9 % | 148,577 | 39.2 % | 11,080 | 2.9 % | 223,556 | 59.0 % | 155,067 | 41.0 % | 225,278 | 59.6 % | 152,503 | 40.4 % | 225,994 | 60.0 % | 150,880 | 40.0 % |
| 10 | 144,676 | 39.4 % | 214,968 | 58.7 % | 142,416 | 38.9 % | 8,750 | 2.4 % | 217,522 | 59.5 % | 148,124 | 40.5 % | 218,549 | 59.9 % | 146,142 | 40.1 % | 219,303 | 60.2 % | 144,791 | 39.8 % |
| 11 | 148,343 | 38.7 % | 227,388 | 59.4 % | 145,868 | 38.1 % | 9,811 | 2.6 % | 231,222 | 60.5 % | 151,022 | 39.5 % | 231,218 | 60.6 % | 150,311 | 39.4 % | 232,807 | 61.1 % | 148,008 | 38.9 % |
| 12 | 174,837 | 39.0 % | 263,868 | 59.0 % | 171,876 | 38.4 % | 11,440 | 2.6 % | 267,111 | 59.9 % | 178,809 | 40.1 % | 268,226 | 60.3 % | 176,514 | 39.7 % | 269,955 | 60.8 % | 174,277 | 39.2 % |
| 13 | 216,887 | 77.5 % | 58,977 | 21.1 % | 214,641 | 76.9 % | 5,415 | 1.9 % | 60,229 | 21.6 % | 218,538 | 78.4 % | 60,019 | 21.5 % | 218,700 | 78.5 % | 61,249 | 22.0 % | 216,579 | 78.0 % |
| 14 | 315,654 | 71.0 % | 114,509 | 25.8 % | 315,240 | 71.0 % | 13,962 | 3.1 % | 119,472 | 27.2 % | 320,249 | 72.8 % | 120,169 | 27.3 % | 319,441 | 72.7 % | 122,329 | 27.9 % | 315,824 | 72.1 % |
| 15 | 213,385 | 61.8 % | 129,200 | 37.5 % | 207,766 | 60.3 % | 7,865 | 2.3 % | 129,907 | 37.8 % | 213,565 | 62.2 % | 127,274 | 37.1 % | 215,751 | 62.9 % | 130,374 | 38.1 % | 212,023 | 61.9 % |
| 16 | 175,172 | 60.9 % | 105,474 | 36.7 % | 174,334 | 60.7 % | 7,275 | 2.5 % | 107,595 | 37.5 % | 179,382 | 62.5 % | 108,335 | 37.8 % | 177,999 | 62.2 % | 109,536 | 38.3 % | 176,269 | 61.7 % |
| 17 | 143,088 | 37.7 % | 232,509 | 61.3 % | 138,903 | 36.6 % | 7,980 | 2.1 % | 234,633 | 62.0 % | 143,579 | 38.0 % | 232,830 | 61.7 % | 144,757 | 38.3 % | 235,181 | 62.4 % | 141,716 | 37.6 % |
| 18 | 143,412 | 38.0 % | 228,333 | 60.5 % | 141,684 | 37.6 % | 7,244 | 1.9 % | 230,808 | 61.3 % | 145,711 | 38.7 % | 231,363 | 61.5 % | 144,555 | 38.5 % | 232,439 | 62.0 % | 142,649 | 38.0 % |
| 19 | 165,099 | 54.9 % | 125,845 | 41.8 % | 166,580 | 55.4 % | 8,446 | 2.8 % | 130,919 | 43.7 % | 168,732 | 56.3 % | 131,859 | 44.0 % | 167,876 | 56.0 % | 133,631 | 44.8 % | 164,818 | 55.2 % |
| 20 | 137,123 | 54.5 % | 104,471 | 41.7 % | 139,865 | 55.8 % | 6,463 | 2.6 % | 108,989 | 43.5 % | 141,810 | 56.5 % | 110,807 | 44.3 % | 139,348 | 55.7 % | 112,005 | 45.0 % | 136,824 | 55.0 % |
| 21 | 166,299 | 58.1 % | 108,887 | 38.1 % | 168,114 | 58.8 % | 8,860 | 3.1 % | 113,364 | 40.1 % | 169,546 | 59.9 % | 114,776 | 40.7 % | 167,132 | 59.3 % | 116,619 | 41.3 % | 165,937 | 58.7 % |
| 22 | 136,568 | 36.3 % | 231,420 | 61.7 % | 134,841 | 35.9 % | 8,843 | 2.4 % | 233,293 | 62.4 % | 140,399 | 37.6 % | 235,215 | 63.0 % | 138,310 | 37.0 % | 235,958 | 63.3 % | 137,021 | 36.7 % |
| 23 | 256,479 | 76.0 % | 73,942 | 22.0 % | 254,968 | 75.8 % | 7,350 | 2.2 % | 75,719 | 22.5 % | 260,606 | 77.5 % | 76,576 | 22.8 % | 259,181 | 77.2 % | 77,600 | 23.2 % | 257,446 | 76.8 % |
| 24 | 144,313 | 37.3 % | 232,997 | 60.3 % | 142,279 | 36.8 % | 10,991 | 2.8 % | 237,479 | 61.6 % | 148,092 | 38.4 % | 238,679 | 62.0 % | 146,217 | 38.0 % | 239,789 | 62.4 % | 144,667 | 37.6 % |
| 25 | 176,825 | 36.5 % | 295,507 | 61.1 % | 175,257 | 36.2 % | 12,886 | 2.7 % | 301,778 | 62.6 % | 180,313 | 37.4 % | 303,004 | 62.9 % | 178,613 | 37.1 % | 304,791 | 63.5 % | 175,530 | 36.5 % |
| 26 | 198,105 | 62.9 % | 105,609 | 33.6 % | 199,356 | 63.4 % | 9,569 | 3.0 % | 111,115 | 35.5 % | 201,908 | 64.5 % | 111,822 | 35.7 % | 201,624 | 64.3 % | 113,601 | 36.4 % | 198,825 | 63.6 % |
| 27 | 129,147 | 52.6 % | 107,602 | 43.4 % | 133,770 | 54.0 % | 6,321 | 2.6 % | 112,893 | 45.5 % | 135,373 | 54.5 % | 113,383 | 46.1 % | 132,545 | 53.9 % | 115,571 | 47.0 % | 130,103 | 53.0 % |
| 28 | 82,458 | 24.2 % | 250,966 | 73.7 % | 80,884 | 23.8 % | 8,589 | 2.5 % | 254,287 | 74.8 % | 85,649 | 25.2 % | 255,279 | 75.4 % | 83,337 | 24.6 % | 255,803 | 75.6 % | 82,577 | 24.4 % |
| 29 | 172,936 | 63.3 % | 87,276 | 32.0 % | 175,013 | 64.2 % | 10,172 | 3.7 % | 93,067 | 34.2 % | 179,114 | 65.8 % | 94,016 | 34.7 % | 177,239 | 65.3 % | 95,240 | 35.2 % | 175,051 | 64.8 % |
| 30 | 144,540 | 35.0 % | 259,282 | 62.9 % | 141,838 | 34.4 % | 10,781 | 2.6 % | 262,506 | 63.9 % | 148,140 | 36.1 % | 264,002 | 64.4 % | 145,701 | 35.6 % | 265,260 | 64.8 % | 144,073 | 35.2 % |
| 31 | 58,262 | 19.5 % | 233,330 | 78.3 % | 58,014 | 19.5 % | 6,833 | 2.3 % | 237,222 | 79.6 % | 60,679 | 20.4 % | 238,083 | 80.1 % | 59,285 | 19.9 % | 238,680 | 80.4 % | 58,327 | 19.6 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration