# EXHIBIT 29

**State Senate Districts**
copy
**POWBS2000**

- 2020 General VTDs
- County
- District

%HispVAP
- 0-9.9
- 10-29.9
- 30-39.9
- 40-49.9
- 50-59.9
- 60-69.9
- 70-100

RedAppl: 0001
11/23/2021 10:23:21 AM

2020 Census
POWBS2000 11/23/2021 10:16:12 AM

TLC