# EXHIBIT 30

**State Senate Districts**
copy
**POWBS2000**

Legend:
- 2020 General VTDs
- County
- District

%BlackVAP
- 0-9.9
- 10-29.9
- 30-39.9
- 40-49.9
- 50-59.9
- 60-69.9
- 70-100

Districts shown: 30, 12, 8, 9, 16, 2, 10, 23, 22, 3, 30

RedAppl: 0001
11/23/2021 10:24:47 AM

2020 Census
POWBS2000 11/23/2021 10:24:10 AM

TLC