# EXHIBIT 31

**State Senate Districts**
copy
**POWBS2000**

Legend:
- 2020 General VTDs
- County
- District

%BlackVAP
- 0-9.9
- 10-29.9
- 30-39.9
- 40-49.9
- 50-59.9
- 60-69.9
- 70-100

Districts shown: 30, 12, 8, 9, 16, 23, 2, 30, 10, 22, 3

RedAppl: 0001
11/23/2021 10:22:53 AM

2020 Census
POWBS2000 11/23/2021 10:16:12 AM

TLC