# EXHIBIT 32







