# EXHIBIT 37

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-74   Filed 11/24/21   Page 2 of 2

RA-350
Data: 2020 Census
POWBS2017   11/23/2021 8:50 PM

Texas Legislative Council
11/23/21 8:57 PM
Page 1 of 1

Incumbents By District

## SENATE DISTRICTS - POWBS2017

| District | Incumbents |
|---|---|
| 1 | Hughes - R |
| 2 | Hall - R |
| 3 | Nichols - R |
| 4 | Creighton - R |
| 5 | Schwertner - R |
| 6 | Alvarado - D |
| 7 | Bettencourt - R |
| 8 | Paxton - R |
| 9 | Hancock - R |
| 10 | Powell - D |
| 11 | Taylor - R |
| 12 | Nelson - R |
| 13 | Miles - D |
| 14 | N/A |
| 15 | Whitmire - D |
| 16 | Johnson - D |
| 17 | Huffman - R |
| 18 | Kolkhorst - R |
| 19 | Gutierrez - D |
| 20 | Hinojosa - D |
| 21 | Zaffirini - D |
| 22 | Birdwell - R |
| 23 | West - D |
| 24 | *Eckhardt - D |
|  | *Buckingham - R |
| 25 | Campbell - R |
| 26 | Menéndez - D |
| 27 | Lucio, Jr. - D |
| 28 | Perry - R |
| 29 | Blanco - D |
| 30 | Springer - R |
| 31 | Seliger - R |

* Incumbents paired.