# EXHIBIT 38

**State Senate Districts**
Senate Demo Option 2
**POWBS2018**

County
District

RedAppl: 0001
11/23/2021 8:35:21 PM

2020 Census
POWBS2018 11/23/2021 8:22:28 PM

TLC

**State Senate Districts**
Senate Demo Option 2
**POWBS2018**

County
District

Clay
Montague
Cooke
Grayson
Fannin
12
30
Jack
Wise
Denton
Collin
8
Hunt
9
Palo Pinto
Parker
Tarrant
16
Dallas
Rockwall
10
23
2
Kaufman
Van Zar
Hood
Johnson
Ellis
Henderson
3
22
Erath
Somervell
5
Navarro
Bosque
Hill

RedAppl: 0001
11/23/2021  8:23:38 PM

2020 Census
POWBS2018 11/23/2021  8:22:28 PM

TLC

# State Senate Districts
### Senate Demo Option 2
## POWBS2018

County
District

RedAppl: 0001
11/23/2021 5:05:08 PM

TLC

2020 Census
POWBS2018 11/23/2021 5:03:21 PM

**State Senate Districts**
Senate Demo Option 2
**POWBS2018**

County
District

RedAppl: 0001
11/23/2021 5:05:34 PM

2020 Census
POWBS2018 11/23/2021 5:03:21 PM

TLC