# EXHIBIT 40

RA-116
Data: 2015-2019 ACS; 2020 Census
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-77   Filed 11/24/21   Page 2 of 2

Texas Legislative Council
11/23/21 8:31 PM
Page 1 of 1

American Community Survey Special Tabulation
Using Census and American Community Survey Data

**SENATE DISTRICTS - POWBS2018**

| | 2020 Census | | | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey with Margins of Error | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Hispanic CVAP | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 1 | 923,466 | 707,486 | 659,665 (±7,103) | 8.0 (±0.4) | 17.0 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 72.6 (±0.5) | 0.4 (±0.1) | 0.7 (±0.1) | 0.1 (±0.1) | 0.7 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 2 | 943,819 | 710,047 | 569,880 (±6,512) | 16.8 (±0.6) | 12.3 (±0.5) | 0.4 (±0.1) | 0.2(±0.1) | 62.8 (±0.5) | 0.4 (±0.1) | 5.8 (±0.3) | 0.1 (±0.1) | 0.6 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 3 | 917,948 | 707,968 | 661,485 (±7,176) | 9.4 (±0.4) | 17.7 (±0.5) | 0.2 (±0.1) | 0.0(±0.1) | 70.5 (±0.5) | 0.4 (±0.1) | 0.9 (±0.1) | 0.0 (±0.1) | 0.5 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 4 | 953,922 | 703,230 | 588,620 (±7,687) | 19.4 (±0.7) | 12.8 (±0.5) | 0.3 (±0.1) | 0.0(±0.1) | 63.6 (±0.6) | 0.2 (±0.1) | 2.7 (±0.2) | 0.1 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 5 | 959,891 | 710,999 | 617,655 (±7,021) | 19.0 (±0.6) | 15.4 (±0.5) | 0.5 (±0.1) | 0.1(±0.1) | 60.0 (±0.4) | 0.3 (±0.1) | 2.8 (±0.3) | 0.3 (±0.1) | 0.6 (±0.1) | 0.5 (±0.1) | 0.4 (±0.1) |
| 6 | 961,457 | 690,053 | 487,149 (±6,640) | 58.7 (±0.8) | 19.7 (±0.6) | 0.3 (±0.1) | 0.2(±0.1) | 17.6 (±0.5) | 0.2 (±0.1) | 2.9 (±0.3) | 0.0 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 7 | 926,185 | 676,804 | 538,095 (±6,954) | 19.4 (±0.7) | 13.7 (±0.7) | 0.2 (±0.1) | 0.0(±0.0) | 55.0 (±0.6) | 0.2 (±0.1) | 10.3 (±0.5) | 0.0 (±0.0) | 0.4 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) |
| 8 | 937,678 | 690,236 | 562,780 (±6,275) | 10.1 (±0.4) | 9.6 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 70.0 (±0.5) | 0.4 (±0.1) | 8.4 (±0.4) | 0.1 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 9 | 924,041 | 686,002 | 584,670 (±7,111) | 14.9 (±0.6) | 9.3 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 68.4 (±0.5) | 0.5 (±0.1) | 4.9 (±0.4) | 0.1 (±0.1) | 0.6 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) |
| 10 | 945,496 | 708,665 | 596,090 (±6,681) | 20.4 (±0.6) | 20.5 (±0.6) | 0.4 (±0.1) | 0.1(±0.1) | 53.9 (±0.5) | 0.3 (±0.1) | 3.2 (±0.2) | 0.1 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 11 | 935,155 | 698,348 | 594,185 (±7,388) | 21.0 (±0.7) | 12.4 (±0.6) | 0.3 (±0.1) | 0.0(±0.1) | 56.7 (±0.6) | 0.3 (±0.1) | 8.2 (±0.4) | 0.0 (±0.0) | 0.4 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) |
| 12 | 949,426 | 730,216 | 610,820 (±5,822) | 14.1 (±0.4) | 7.6 (±0.3) | 0.4 (±0.1) | 0.2(±0.1) | 70.8 (±0.4) | 0.4 (±0.1) | 5.0 (±0.2) | 0.0 (±0.1) | 0.8 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) |
| 13 | 957,813 | 724,165 | 538,890 (±7,986) | 22.5 (±0.7) | 49.6 (±0.8) | 0.3 (±0.1) | 0.1(±0.1) | 17.5 (±0.4) | 0.2 (±0.1) | 9.1 (±0.4) | 0.1 (±0.1) | 0.1 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 14 | 962,102 | 755,396 | 643,760 (±7,628) | 15.6 (±0.5) | 10.5 (±0.4) | 0.4 (±0.1) | 0.1(±0.1) | 69.3 (±0.5) | 0.3 (±0.1) | 2.7 (±0.2) | 0.1 (±0.1) | 0.5 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 15 | 961,160 | 730,581 | 573,165 (±7,097) | 25.8 (±0.7) | 24.0 (±0.7) | 0.3 (±0.1) | 0.1(±0.1) | 41.6 (±0.5) | 0.2 (±0.1) | 6.9 (±0.3) | 0.1 (±0.1) | 0.3 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 16 | 963,395 | 719,917 | 503,010 (±6,197) | 28.3 (±0.7) | 20.2 (±0.7) | 0.4 (±0.1) | 0.2(±0.1) | 45.5 (±0.5) | 0.3 (±0.1) | 4.3 (±0.3) | 0.1 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 17 | 925,436 | 694,008 | 558,450 (±7,081) | 22.4 (±0.7) | 11.9 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 54.2 (±0.5) | 0.4 (±0.1) | 9.9 (±0.5) | 0.0 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 18 | 941,069 | 704,498 | 568,030 (±7,361) | 29.8 (±0.8) | 13.7 (±0.6) | 0.2 (±0.1) | 0.1(±0.1) | 52.5 (±0.6) | 0.2 (±0.1) | 2.6 (±0.2) | 0.1 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 19 | 916,012 | 666,300 | 551,585 (±7,338) | 63.5 (±0.8) | 8.1 (±0.4) | 0.3 (±0.1) | 0.1(±0.1) | 25.2 (±0.5) | 0.3 (±0.1) | 1.5 (±0.2) | 0.1 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 20 | 965,934 | 699,892 | 545,825 (±7,406) | 77.9 (±0.7) | 1.9 (±0.2) | 0.0 (±0.1) | 0.0(±0.1) | 18.3 (±0.4) | 0.1 (±0.1) | 1.2 (±0.2) | 0.1 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) |
| 21 | 966,108 | 746,729 | 610,655 (±6,968) | 51.7 (±0.7) | 6.5 (±0.3) | 0.3 (±0.1) | 0.1(±0.1) | 38.8 (±0.5) | 0.2 (±0.1) | 1.6 (±0.2) | 0.0 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 22 | 921,290 | 691,798 | 610,035 (±6,844) | 17.1 (±0.5) | 12.5 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 65.8 (±0.4) | 0.4 (±0.1) | 2.5 (±0.2) | 0.2 (±0.1) | 0.7 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 23 | 952,755 | 714,350 | 576,630 (±7,015) | 25.0 (±0.6) | 44.9 (±0.7) | 0.4 (±0.1) | 0.2(±0.1) | 26.2 (±0.4) | 0.2 (±0.1) | 2.2 (±0.2) | 0.2 (±0.1) | 0.2 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 24 | 917,655 | 716,716 | 631,340 (±6,666) | 18.3 (±0.5) | 2.4 (±0.2) | 0.2 (±0.1) | 0.0(±0.1) | 74.0 (±0.4) | 0.3 (±0.1) | 3.4 (±0.2) | 0.0 (±0.1) | 0.7 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) |
| 25 | 930,935 | 710,798 | 616,240 (±6,550) | 26.1 (±0.6) | 4.2 (±0.3) | 0.3 (±0.1) | 0.0(±0.0) | 65.6 (±0.5) | 0.1 (±0.1) | 2.4 (±0.2) | 0.0 (±0.1) | 0.5 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) |
| 26 | 928,940 | 714,530 | 651,655 (±7,805) | 61.4 (±0.7) | 7.6 (±0.4) | 0.4 (±0.1) | 0.1(±0.1) | 27.5 (±0.5) | 0.2 (±0.1) | 1.9 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 27 | 942,285 | 675,607 | 532,650 (±7,227) | 78.1 (±0.7) | 1.3 (±0.1) | 0.1 (±0.1) | 0.0(±0.1) | 19.5 (±0.4) | 0.2 (±0.1) | 0.5 (±0.1) | 0.0 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) |
| 28 | 926,282 | 708,614 | 668,490 (±6,500) | 26.9 (±0.6) | 6.0 (±0.3) | 0.3 (±0.1) | 0.1(±0.1) | 64.4 (±0.4) | 0.4 (±0.1) | 1.0 (±0.1) | 0.1 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) |
| 29 | 918,000 | 686,205 | 541,970 (±6,836) | 77.1 (±0.7) | 3.6 (±0.3) | 0.2 (±0.1) | 0.0(±0.1) | 17.0 (±0.4) | 0.4 (±0.1) | 1.0 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 30 | 952,686 | 713,887 | 600,050 (±6,437) | 12.3 (±0.5) | 10.0 (±0.5) | 0.5 (±0.1) | 0.1(±0.1) | 69.5 (±0.5) | 0.6 (±0.1) | 5.7 (±0.3) | 0.1 (±0.1) | 0.6 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 31 | 917,164 | 672,655 | 587,640 (±6,544) | 35.4 (±0.7) | 5.0 (±0.3) | 0.2 (±0.1) | 0.1(±0.1) | 56.8 (±0.4) | 0.5 (±0.1) | 1.1 (±0.1) | 0.1 (±0.1) | 0.6 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.