# EXHIBIT 41

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Texas Legislative Council
11/23/21 8:33 PM
Page 1 of 4

Election Analysis

## SENATE DISTRICTS - POWBS2018
## 2018 General Election

| | Total Voter Registration | | Turnout | |
|---|---|---|---|---|
| District | Total | SSVR-T | Total | TO/VR |
| STATE | 15,789,044 | 23.8% | 8,401,730 | 53.2% |
| 1 | 566,625 | 5.2% | 301,104 | 53.1% |
| 2 | 505,522 | 12.1% | 287,480 | 56.9% |
| 3 | 551,182 | 6.2% | 283,815 | 51.5% |
| 4 | 515,600 | 14.0% | 277,545 | 53.8% |
| 5 | 525,174 | 12.6% | 279,099 | 53.1% |
| 6 | 382,311 | 51.7% | 160,158 | 41.9% |
| 7 | 503,070 | 14.1% | 293,461 | 58.3% |
| 8 | 519,747 | 7.4% | 314,647 | 60.5% |
| 9 | 513,902 | 10.8% | 289,528 | 56.3% |
| 10 | 515,137 | 15.1% | 291,940 | 56.7% |
| 11 | 544,639 | 15.5% | 308,355 | 56.6% |
| 12 | 557,013 | 9.6% | 336,530 | 60.4% |
| 13 | 458,884 | 16.1% | 220,903 | 48.1% |
| 14 | 537,545 | 11.4% | 313,748 | 58.4% |
| 15 | 492,208 | 19.1% | 270,433 | 54.9% |
| 16 | 435,442 | 23.7% | 233,575 | 53.6% |
| 17 | 485,621 | 16.0% | 277,681 | 57.2% |
| 18 | 487,706 | 23.1% | 256,732 | 52.6% |
| 19 | 469,872 | 54.3% | 208,832 | 44.4% |
| 20 | 461,793 | 71.7% | 199,098 | 43.1% |
| 21 | 548,119 | 43.9% | 279,061 | 50.9% |
| 22 | 498,162 | 11.8% | 271,082 | 54.4% |
| 23 | 500,344 | 18.4% | 254,305 | 50.8% |
| 24 | 603,856 | 12.8% | 374,999 | 62.1% |
| 25 | 596,742 | 18.0% | 374,416 | 62.7% |
| 26 | 515,278 | 51.4% | 240,724 | 46.7% |
| 27 | 464,291 | 72.4% | 190,346 | 41.0% |
| 28 | 544,318 | 21.1% | 275,046 | 50.5% |
| 29 | 489,068 | 68.0% | 218,007 | 44.6% |
| 30 | 524,735 | 8.6% | 291,168 | 55.5% |
| 31 | 475,138 | 28.1% | 227,912 | 48.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-78   Filed 11/24/21   Page 3 of 10

Texas Legislative Council
11/23/21 8:33 PM
Page 2 of 4

Election Analysis

**SENATE DISTRICTS - POWBS2018**
**2018 General Election**

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-78   Filed 11/24/21   Page 4 of 10

Texas Legislative Council
11/23/21 8:33 PM
Page 3 of 4

Election Analysis

## SENATE DISTRICTS - POWBS2018
## 2018 General Election

| District | U.S. SEN Cruz-R | | O'Rourke-D | | Dikeman-L | | GOVERNOR Abbott-R | | Valdez-D | | Tippetts-L | | LT. GOVERNOR Patrick-R | | Collier-D | | McKennon-L | | ATTORNEY GEN Paxton-R | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE | 4,259,630 | 50.9% | 4,044,073 | 48.3% | 65,472 | 0.8% | 4,655,344 | 55.8% | 3,545,673 | 42.5% | 140,596 | 1.7% | 4,260,186 | 51.3% | 3,859,878 | 46.5% | 183,455 | 2.2% | 4,190,455 | 50.6% |
| 1 | 220,750 | 73.8% | 76,742 | 25.6% | 1,826 | 0.6% | 227,204 | 75.9% | 68,738 | 23.0% | 3,263 | 1.1% | 212,043 | 71.1% | 81,119 | 27.2% | 4,878 | 1.6% | 215,943 | 72.6% |
| 2 | 160,471 | 56.0% | 123,846 | 43.2% | 2,212 | 0.8% | 174,563 | 61.1% | 106,105 | 37.1% | 4,971 | 1.7% | 160,486 | 56.5% | 117,873 | 41.5% | 5,926 | 2.1% | 157,363 | 55.4% |
| 3 | 201,927 | 71.7% | 78,202 | 27.8% | 1,519 | 0.5% | 208,649 | 74.1% | 70,077 | 24.9% | 2,752 | 1.0% | 196,436 | 70.1% | 79,565 | 28.4% | 4,119 | 1.5% | 197,450 | 70.6% |
| 4 | 173,008 | 62.5% | 101,764 | 36.8% | 2,008 | 0.7% | 183,883 | 66.4% | 89,055 | 32.2% | 3,878 | 1.4% | 173,540 | 62.8% | 97,527 | 35.3% | 5,096 | 1.8% | 170,989 | 62.0% |
| 5 | 156,525 | 56.3% | 118,764 | 42.7% | 2,554 | 0.9% | 169,448 | 61.1% | 102,560 | 37.0% | 5,173 | 1.9% | 155,589 | 56.4% | 113,260 | 41.0% | 7,122 | 2.6% | 153,498 | 55.7% |
| 6 | 40,531 | 25.4% | 118,109 | 74.0% | 997 | 0.6% | 47,730 | 29.9% | 110,129 | 69.0% | 1,853 | 1.2% | 43,081 | 27.0% | 114,035 | 71.5% | 2,310 | 1.4% | 40,653 | 25.5% |
| 7 | 165,727 | 56.5% | 125,361 | 42.8% | 2,126 | 0.7% | 180,261 | 61.5% | 108,434 | 37.0% | 4,282 | 1.5% | 167,218 | 57.2% | 120,277 | 41.1% | 5,071 | 1.7% | 164,569 | 56.4% |
| 8 | 177,507 | 56.4% | 134,398 | 42.7% | 2,608 | 0.8% | 194,511 | 62.2% | 112,701 | 36.0% | 5,476 | 1.8% | 179,146 | 57.6% | 125,043 | 40.2% | 6,676 | 2.1% | 174,744 | 56.3% |
| 9 | 172,132 | 59.5% | 114,619 | 39.6% | 2,518 | 0.9% | 185,790 | 64.4% | 97,225 | 33.7% | 5,447 | 1.9% | 173,610 | 60.4% | 106,747 | 37.1% | 7,148 | 2.5% | 170,561 | 59.5% |
| 10 | 133,973 | 45.9% | 155,515 | 53.3% | 2,306 | 0.8% | 148,751 | 51.1% | 136,924 | 47.1% | 5,168 | 1.8% | 136,051 | 46.9% | 147,141 | 50.8% | 6,661 | 2.3% | 133,257 | 46.1% |
| 11 | 172,226 | 56.0% | 133,037 | 43.3% | 2,303 | 0.7% | 187,062 | 60.9% | 115,110 | 37.5% | 4,862 | 1.6% | 173,388 | 56.6% | 126,818 | 41.4% | 6,026 | 2.0% | 169,551 | 55.5% |
| 12 | 193,075 | 57.7% | 138,944 | 41.5% | 2,729 | 0.8% | 212,908 | 63.8% | 114,540 | 34.3% | 6,276 | 1.9% | 194,714 | 58.6% | 129,625 | 39.0% | 7,931 | 2.4% | 190,715 | 57.5% |
| 13 | 38,743 | 17.6% | 180,144 | 81.8% | 1,242 | 0.6% | 49,301 | 22.4% | 167,872 | 76.2% | 3,001 | 1.4% | 41,242 | 18.8% | 175,668 | 79.9% | 3,034 | 1.4% | 38,588 | 17.6% |
| 14 | 174,782 | 55.9% | 135,094 | 43.2% | 2,919 | 0.9% | 188,013 | 60.3% | 117,774 | 37.8% | 5,974 | 1.9% | 173,605 | 55.9% | 129,094 | 41.6% | 7,918 | 2.5% | 172,028 | 55.5% |
| 15 | 87,672 | 32.5% | 180,207 | 66.7% | 2,117 | 0.8% | 104,159 | 38.7% | 159,951 | 59.4% | 4,977 | 1.8% | 90,851 | 33.8% | 172,963 | 64.3% | 5,039 | 1.9% | 87,286 | 32.5% |
| 16 | 77,599 | 33.4% | 152,914 | 65.8% | 1,815 | 0.8% | 91,603 | 39.7% | 134,402 | 58.2% | 4,853 | 2.1% | 80,790 | 35.2% | 143,256 | 62.5% | 5,256 | 2.3% | 77,779 | 33.9% |
| 17 | 156,803 | 56.5% | 118,406 | 42.7% | 2,116 | 0.8% | 171,134 | 61.8% | 101,548 | 36.7% | 4,156 | 1.5% | 157,462 | 57.0% | 113,441 | 41.1% | 5,256 | 1.9% | 154,304 | 56.0% |
| 18 | 143,859 | 56.2% | 110,134 | 43.0% | 1,925 | 0.8% | 152,842 | 59.8% | 98,806 | 38.7% | 3,881 | 1.5% | 141,987 | 55.8% | 107,228 | 42.2% | 5,165 | 2.0% | 139,890 | 55.1% |
| 19 | 80,620 | 38.8% | 125,205 | 60.3% | 1,895 | 0.9% | 93,174 | 45.2% | 109,942 | 53.3% | 3,249 | 1.6% | 83,819 | 40.9% | 116,529 | 56.8% | 4,715 | 2.3% | 78,857 | 38.5% |
| 20 | 72,971 | 37.1% | 122,644 | 62.3% | 1,218 | 0.6% | 86,101 | 44.0% | 107,161 | 54.8% | 2,365 | 1.2% | 72,370 | 37.4% | 116,913 | 60.5% | 3,995 | 2.1% | 70,340 | 36.4% |
| 21 | 68,695 | 24.7% | 207,451 | 74.5% | 2,493 | 0.9% | 81,319 | 29.4% | 188,701 | 68.3% | 6,156 | 2.2% | 69,384 | 25.3% | 196,283 | 71.6% | 8,428 | 3.1% | 65,979 | 24.1% |
| 22 | 172,809 | 64.2% | 94,205 | 35.0% | 2,102 | 0.8% | 183,880 | 68.3% | 81,192 | 30.2% | 4,070 | 1.5% | 170,182 | 63.5% | 92,102 | 34.4% | 5,831 | 2.2% | 168,602 | 63.0% |
| 23 | 49,439 | 19.5% | 202,120 | 79.8% | 1,599 | 0.6% | 61,395 | 24.4% | 185,062 | 73.5% | 5,384 | 2.1% | 52,180 | 20.8% | 193,491 | 77.1% | 5,161 | 2.1% | 49,687 | 19.8% |
| 24 | 208,999 | 55.9% | 160,918 | 43.1% | 3,669 | 1.0% | 227,861 | 61.3% | 136,246 | 36.6% | 7,860 | 2.1% | 208,079 | 56.1% | 152,696 | 41.2% | 9,831 | 2.7% | 204,654 | 55.4% |
| 25 | 208,450 | 56.0% | 160,538 | 43.1% | 3,551 | 1.0% | 228,847 | 61.6% | 135,420 | 36.4% | 7,398 | 2.0% | 211,200 | 57.0% | 150,089 | 40.5% | 9,122 | 2.5% | 205,698 | 55.7% |
| 26 | 75,774 | 31.6% | 161,534 | 67.4% | 2,273 | 0.9% | 90,006 | 37.8% | 143,700 | 60.3% | 4,463 | 1.9% | 80,548 | 33.9% | 151,038 | 63.6% | 5,793 | 2.4% | 74,844 | 31.6% |
| 27 | 76,948 | 40.9% | 109,781 | 58.4% | 1,280 | 0.7% | 89,474 | 47.8% | 95,286 | 50.9% | 2,345 | 1.3% | 75,986 | 41.2% | 104,134 | 56.4% | 4,396 | 2.4% | 73,217 | 39.7% |
| 28 | 199,418 | 72.9% | 72,096 | 26.3% | 2,121 | 0.8% | 206,827 | 75.7% | 61,894 | 22.6% | 4,567 | 1.7% | 189,633 | 69.8% | 75,226 | 27.7% | 6,886 | 2.5% | 194,639 | 71.7% |
| 29 | 57,885 | 26.6% | 158,648 | 72.8% | 1,341 | 0.6% | 70,175 | 32.7% | 140,553 | 65.5% | 3,938 | 1.8% | 63,102 | 29.8% | 142,551 | 67.2% | 6,357 | 3.0% | 60,366 | 28.5% |
| 30 | 165,369 | 56.9% | 122,696 | 42.2% | 2,370 | 0.8% | 178,869 | 61.8% | 104,943 | 36.3% | 5,457 | 1.9% | 165,531 | 57.5% | 115,247 | 40.0% | 7,040 | 2.4% | 163,530 | 56.9% |
| 31 | 174,943 | 77.2% | 50,037 | 22.1% | 1,720 | 0.8% | 179,604 | 79.4% | 43,622 | 19.3% | 3,101 | 1.4% | 166,933 | 74.2% | 52,899 | 23.5% | 5,268 | 2.3% | 170,874 | 76.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018  11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-78   Filed 11/24/21   Page 5 of 10

Texas Legislative Council
11/23/21 8:33 PM
Page 4 of 4

Election Analysis

# SENATE DISTRICTS - POWBS2018
## 2018 General Election

|  | ATTORNEY GEN | | | | COMPTROLLER | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| District | Nelson-D | | Harris-L | | Hegar-R | | Chevalier-D | | Sanders-L | |
| STATE | 3,897,409 | 47.0% | 201,249 | 2.4% | 4,375,981 | 53.2% | 3,569,799 | 43.4% | 280,976 | 3.4% |
| 1 | 76,523 | 25.7% | 5,101 | 1.7% | 219,551 | 74.3% | 69,335 | 23.5% | 6,689 | 2.3% |
| 2 | 119,682 | 42.2% | 6,835 | 2.4% | 164,563 | 58.5% | 107,405 | 38.2% | 9,190 | 3.3% |
| 3 | 77,857 | 27.8% | 4,292 | 1.5% | 199,190 | 71.7% | 72,249 | 26.0% | 6,209 | 2.2% |
| 4 | 98,921 | 35.9% | 5,785 | 2.1% | 177,054 | 64.6% | 89,702 | 32.7% | 7,468 | 2.7% |
| 5 | 114,021 | 41.4% | 7,852 | 2.9% | 160,935 | 58.9% | 102,765 | 37.6% | 9,563 | 3.5% |
| 6 | 115,702 | 72.7% | 2,843 | 1.8% | 42,128 | 26.5% | 111,693 | 70.4% | 4,918 | 3.1% |
| 7 | 121,549 | 41.6% | 5,897 | 2.0% | 174,296 | 59.9% | 109,262 | 37.5% | 7,428 | 2.6% |
| 8 | 127,703 | 41.1% | 8,034 | 2.6% | 183,163 | 59.9% | 113,412 | 37.1% | 9,240 | 3.0% |
| 9 | 108,757 | 37.9% | 7,560 | 2.6% | 176,265 | 62.0% | 98,023 | 34.5% | 10,172 | 3.6% |
| 10 | 149,112 | 51.6% | 6,788 | 2.3% | 139,002 | 48.5% | 138,053 | 48.1% | 9,718 | 3.4% |
| 11 | 129,105 | 42.3% | 6,895 | 2.3% | 177,559 | 58.4% | 117,191 | 38.6% | 9,037 | 3.0% |
| 12 | 132,335 | 39.9% | 8,622 | 2.6% | 202,118 | 61.6% | 115,008 | 35.1% | 10,879 | 3.3% |
| 13 | 177,551 | 80.8% | 3,607 | 1.6% | 41,984 | 19.2% | 171,491 | 78.3% | 5,649 | 2.6% |
| 14 | 129,310 | 41.7% | 8,458 | 2.7% | 180,173 | 58.6% | 116,641 | 37.9% | 10,577 | 3.4% |
| 15 | 175,388 | 65.4% | 5,683 | 2.1% | 100,087 | 37.5% | 158,514 | 59.4% | 8,094 | 3.0% |
| 16 | 145,658 | 63.5% | 5,850 | 2.6% | 84,105 | 37.1% | 133,791 | 59.0% | 8,918 | 3.9% |
| 17 | 115,318 | 41.9% | 5,883 | 2.1% | 165,425 | 60.3% | 101,664 | 37.0% | 7,328 | 2.7% |
| 18 | 108,031 | 42.5% | 6,020 | 2.4% | 146,652 | 58.0% | 99,024 | 39.1% | 7,335 | 2.9% |
| 19 | 120,235 | 58.7% | 5,646 | 2.8% | 80,597 | 39.7% | 113,480 | 55.9% | 9,015 | 4.4% |
| 20 | 118,232 | 61.2% | 4,557 | 2.4% | 72,133 | 37.6% | 111,260 | 58.0% | 8,282 | 4.3% |
| 21 | 199,102 | 72.7% | 8,609 | 3.1% | 70,519 | 26.0% | 186,837 | 68.9% | 13,836 | 5.1% |
| 22 | 92,442 | 34.6% | 6,401 | 2.4% | 174,510 | 65.8% | 82,173 | 31.0% | 8,724 | 3.3% |
| 23 | 195,075 | 77.8% | 5,955 | 2.4% | 52,833 | 21.2% | 186,706 | 74.9% | 9,686 | 3.9% |
| 24 | 154,133 | 41.7% | 10,412 | 2.8% | 217,594 | 59.4% | 136,374 | 37.2% | 12,432 | 3.4% |
| 25 | 153,869 | 41.6% | 9,918 | 2.7% | 218,265 | 59.5% | 135,438 | 36.9% | 12,931 | 3.5% |
| 26 | 155,567 | 65.6% | 6,645 | 2.8% | 79,060 | 33.6% | 146,024 | 62.1% | 10,169 | 4.3% |
| 27 | 106,330 | 57.6% | 4,965 | 2.7% | 74,224 | 40.6% | 99,412 | 54.4% | 9,237 | 5.1% |
| 28 | 70,425 | 26.0% | 6,293 | 2.3% | 199,620 | 74.1% | 61,146 | 22.7% | 8,448 | 3.1% |
| 29 | 144,192 | 68.1% | 7,290 | 3.4% | 59,367 | 28.3% | 137,510 | 65.4% | 13,246 | 6.3% |
| 30 | 116,368 | 40.5% | 7,495 | 2.6% | 169,334 | 59.5% | 105,246 | 37.0% | 9,834 | 3.5% |
| 31 | 48,916 | 21.8% | 5,058 | 2.2% | 173,675 | 77.8% | 42,970 | 19.2% | 6,724 | 3.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206  
Data: 2020 Census  
POWBS2018   11/23/2021 8:22 PM

Texas Legislative Council  
11/23/21 8:33 PM  
Page 1 of 3

Election Analysis

# SENATE DISTRICTS - POWBS2018
## 2018 General Election

| District | Total Voter Registration | | Turnout | |
|---|---:|---:|---:|---:|
| | Total | SSVR-T | Total | TO/VR |
| **STATE** | **15,789,044** | **23.8%** | **8,401,730** | **53.2%** |
| 1 | 566,625 | 5.2% | 301,104 | 53.1% |
| 2 | 505,522 | 12.1% | 287,480 | 56.9% |
| 3 | 551,182 | 6.2% | 283,815 | 51.5% |
| 4 | 515,600 | 14.0% | 277,545 | 53.8% |
| 5 | 525,174 | 12.6% | 279,099 | 53.1% |
| 6 | 382,311 | 51.7% | 160,158 | 41.9% |
| 7 | 503,070 | 14.1% | 293,461 | 58.3% |
| 8 | 519,747 | 7.4% | 314,647 | 60.5% |
| 9 | 513,902 | 10.8% | 289,528 | 56.3% |
| 10 | 515,137 | 15.1% | 291,940 | 56.7% |
| 11 | 544,639 | 15.5% | 308,355 | 56.6% |
| 12 | 557,013 | 9.6% | 336,530 | 60.4% |
| 13 | 458,884 | 16.1% | 220,903 | 48.1% |
| 14 | 537,545 | 11.4% | 313,748 | 58.4% |
| 15 | 492,208 | 19.1% | 270,433 | 54.9% |
| 16 | 435,442 | 23.7% | 233,575 | 53.6% |
| 17 | 485,621 | 16.0% | 277,681 | 57.2% |
| 18 | 487,706 | 23.1% | 256,732 | 52.6% |
| 19 | 469,872 | 54.3% | 208,832 | 44.4% |
| 20 | 461,793 | 71.7% | 199,098 | 43.1% |
| 21 | 548,119 | 43.9% | 279,061 | 50.9% |
| 22 | 498,162 | 11.8% | 271,082 | 54.4% |
| 23 | 500,344 | 18.4% | 254,305 | 50.8% |
| 24 | 603,856 | 12.8% | 374,999 | 62.1% |
| 25 | 596,742 | 18.0% | 374,416 | 62.7% |
| 26 | 515,278 | 51.4% | 240,724 | 46.7% |
| 27 | 464,291 | 72.4% | 190,346 | 41.0% |
| 28 | 544,318 | 21.1% | 275,046 | 50.5% |
| 29 | 489,068 | 68.0% | 218,007 | 44.6% |
| 30 | 524,735 | 8.6% | 291,168 | 55.5% |
| 31 | 475,138 | 28.1% | 227,912 | 48.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.  
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-78   Filed 11/24/21   Page 7 of 10

Texas Legislative Council
11/23/21 8:33 PM
Page 2 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2018
### 2018 General Election

| District | LAND COMM | | | | | | AG COMM | | | | | | RR COMM 1 | | | | | | SUP CT 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bush-R | | Suazo-D | | Pina-L | | Miller-R | | Olson-D | | Carpenter-L | | Craddick-R | | McAllen-D | | Wright-L | | Blacklock-R | |
| STATE | 4,434,366 | 53.7% | 3,567,001 | 43.2% | 258,406 | 3.1% | 4,220,727 | 51.3% | 3,821,185 | 46.4% | 191,579 | 2.3% | 4,375,917 | 53.2% | 3,611,209 | 43.9% | 237,908 | 2.9% | 4,359,904 | 53.1% |
| 1 | 218,583 | 73.7% | 69,513 | 23.4% | 8,400 | 2.8% | 216,727 | 73.2% | 74,136 | 25.1% | 5,062 | 1.7% | 219,319 | 74.1% | 70,174 | 23.7% | 6,313 | 2.1% | 221,058 | 74.9% |
| 2 | 168,526 | 59.6% | 106,096 | 37.5% | 8,138 | 2.9% | 160,068 | 56.8% | 115,220 | 40.9% | 6,381 | 2.3% | 165,531 | 58.8% | 108,084 | 38.4% | 7,774 | 2.8% | 164,959 | 58.8% |
| 3 | 198,824 | 71.3% | 72,460 | 26.0% | 7,620 | 2.7% | 197,009 | 70.8% | 76,856 | 27.6% | 4,352 | 1.6% | 199,015 | 71.6% | 73,020 | 26.3% | 5,838 | 2.1% | 200,411 | 72.2% |
| 4 | 175,420 | 63.8% | 90,941 | 33.1% | 8,640 | 3.1% | 171,868 | 62.7% | 97,172 | 35.4% | 5,120 | 1.9% | 177,388 | 64.7% | 90,427 | 33.0% | 6,256 | 2.3% | 176,653 | 64.6% |
| 5 | 160,729 | 58.7% | 103,163 | 37.7% | 10,046 | 3.7% | 155,414 | 56.8% | 110,701 | 40.5% | 7,345 | 2.7% | 159,158 | 58.3% | 104,438 | 38.3% | 9,402 | 3.4% | 160,792 | 59.0% |
| 6 | 43,367 | 27.3% | 112,672 | 70.9% | 2,909 | 1.8% | 39,866 | 25.1% | 116,412 | 73.3% | 2,448 | 1.5% | 42,415 | 26.7% | 113,210 | 71.4% | 2,961 | 1.9% | 41,620 | 26.3% |
| 7 | 172,143 | 59.1% | 111,789 | 38.4% | 7,389 | 2.5% | 166,228 | 57.2% | 119,651 | 41.2% | 4,828 | 1.7% | 174,488 | 60.0% | 110,287 | 37.9% | 5,903 | 2.0% | 171,336 | 59.1% |
| 8 | 186,966 | 60.8% | 111,625 | 36.3% | 9,112 | 3.0% | 177,663 | 58.0% | 121,319 | 39.6% | 7,145 | 2.3% | 183,853 | 60.1% | 113,480 | 37.1% | 8,443 | 2.8% | 183,371 | 60.1% |
| 9 | 179,692 | 62.9% | 96,459 | 33.8% | 9,639 | 3.4% | 172,516 | 60.6% | 105,219 | 36.9% | 7,043 | 2.5% | 177,169 | 62.2% | 98,041 | 34.4% | 9,428 | 3.3% | 177,702 | 62.6% |
| 10 | 143,603 | 49.8% | 136,667 | 47.4% | 8,124 | 2.8% | 135,016 | 47.0% | 146,055 | 50.9% | 6,065 | 2.1% | 139,435 | 48.6% | 138,760 | 48.3% | 8,807 | 3.1% | 139,631 | 48.8% |
| 11 | 177,617 | 58.3% | 118,132 | 38.8% | 8,969 | 2.9% | 169,939 | 55.9% | 128,178 | 42.2% | 5,928 | 1.9% | 178,055 | 58.6% | 118,083 | 38.9% | 7,579 | 2.5% | 176,542 | 58.2% |
| 12 | 207,805 | 62.9% | 112,920 | 34.2% | 9,652 | 2.9% | 193,937 | 59.0% | 126,907 | 38.6% | 7,764 | 2.4% | 203,250 | 61.9% | 115,214 | 35.1% | 9,767 | 3.0% | 200,749 | 61.4% |
| 13 | 43,061 | 19.6% | 172,366 | 78.6% | 3,731 | 1.7% | 38,212 | 17.4% | 177,933 | 81.2% | 2,861 | 1.3% | 42,131 | 19.3% | 172,765 | 79.0% | 3,922 | 1.8% | 40,200 | 18.4% |
| 14 | 180,115 | 58.4% | 117,157 | 38.0% | 11,204 | 3.6% | 173,289 | 56.3% | 126,627 | 41.2% | 7,793 | 2.5% | 178,267 | 58.1% | 118,339 | 38.6% | 10,354 | 3.4% | 179,090 | 58.5% |
| 15 | 98,224 | 36.8% | 162,745 | 60.9% | 6,173 | 2.3% | 89,110 | 33.4% | 172,569 | 64.8% | 4,766 | 1.8% | 100,742 | 37.9% | 159,162 | 59.8% | 6,187 | 2.3% | 93,052 | 35.1% |
| 16 | 89,109 | 39.0% | 133,107 | 58.3% | 6,152 | 2.7% | 79,149 | 34.8% | 142,208 | 62.6% | 5,816 | 2.6% | 85,047 | 37.5% | 134,871 | 59.4% | 7,019 | 3.1% | 82,422 | 36.5% |
| 17 | 162,949 | 59.2% | 104,508 | 38.0% | 7,589 | 2.8% | 155,841 | 56.8% | 113,213 | 41.3% | 5,105 | 1.9% | 165,179 | 60.3% | 102,657 | 37.4% | 6,316 | 2.3% | 161,690 | 59.2% |
| 18 | 144,710 | 57.1% | 100,446 | 39.6% | 8,227 | 3.2% | 140,437 | 55.6% | 106,836 | 42.3% | 5,422 | 2.1% | 143,899 | 57.0% | 101,388 | 40.2% | 7,199 | 2.9% | 144,368 | 57.4% |
| 19 | 85,180 | 41.7% | 111,075 | 54.4% | 7,927 | 3.9% | 78,304 | 38.5% | 119,205 | 58.6% | 5,851 | 2.9% | 81,431 | 40.0% | 114,965 | 56.5% | 6,957 | 3.4% | 81,234 | 40.1% |
| 20 | 78,347 | 40.5% | 109,795 | 56.8% | 5,125 | 2.7% | 69,236 | 36.1% | 117,798 | 61.4% | 4,772 | 2.5% | 70,228 | 36.6% | 116,253 | 60.7% | 5,168 | 2.7% | 71,911 | 37.5% |
| 21 | 75,601 | 27.7% | 186,753 | 68.5% | 10,317 | 3.8% | 66,581 | 24.5% | 195,886 | 72.1% | 9,081 | 3.3% | 69,727 | 25.7% | 189,901 | 70.1% | 11,297 | 4.2% | 69,842 | 25.8% |
| 22 | 175,768 | 65.9% | 81,931 | 30.7% | 9,024 | 3.4% | 170,408 | 64.0% | 89,887 | 33.8% | 5,876 | 2.2% | 174,669 | 65.8% | 83,025 | 31.3% | 7,820 | 2.9% | 175,465 | 66.2% |
| 23 | 57,009 | 22.8% | 186,764 | 74.7% | 6,279 | 2.5% | 49,757 | 20.0% | 193,977 | 77.8% | 5,633 | 2.3% | 53,742 | 21.6% | 188,098 | 75.5% | 7,314 | 2.9% | 52,191 | 21.0% |
| 24 | 216,970 | 59.0% | 136,310 | 37.1% | 14,229 | 3.9% | 207,964 | 56.7% | 148,557 | 40.5% | 10,298 | 2.8% | 214,504 | 58.6% | 138,632 | 37.9% | 12,913 | 3.5% | 216,535 | 59.3% |
| 25 | 220,220 | 59.8% | 133,229 | 36.2% | 14,717 | 4.0% | 207,113 | 56.5% | 149,845 | 40.8% | 9,887 | 2.7% | 218,077 | 59.5% | 136,454 | 37.3% | 11,708 | 3.2% | 215,831 | 59.1% |
| 26 | 83,893 | 35.5% | 142,693 | 60.4% | 9,607 | 4.1% | 74,493 | 31.6% | 154,008 | 65.4% | 6,958 | 3.0% | 80,467 | 34.2% | 146,939 | 62.4% | 7,918 | 3.4% | 78,118 | 33.3% |
| 27 | 80,662 | 43.7% | 98,410 | 53.3% | 5,494 | 3.0% | 72,643 | 39.6% | 105,316 | 57.5% | 5,348 | 2.9% | 73,339 | 40.0% | 103,400 | 56.4% | 6,497 | 3.5% | 75,778 | 41.4% |
| 28 | 197,822 | 73.4% | 61,809 | 22.9% | 9,714 | 3.6% | 197,293 | 73.1% | 66,735 | 24.7% | 5,754 | 2.1% | 200,286 | 74.4% | 61,788 | 22.9% | 7,307 | 2.7% | 201,359 | 74.9% |
| 29 | 65,547 | 31.0% | 138,391 | 65.5% | 7,422 | 3.5% | 57,842 | 27.5% | 143,376 | 68.3% | 8,759 | 4.2% | 59,978 | 28.6% | 141,177 | 67.3% | 8,662 | 4.1% | 60,888 | 29.0% |
| 30 | 172,815 | 60.5% | 103,941 | 36.4% | 8,925 | 3.1% | 165,281 | 58.1% | 112,332 | 39.5% | 7,023 | 2.5% | 170,596 | 60.0% | 105,163 | 37.0% | 8,610 | 3.0% | 169,872 | 59.9% |
| 31 | 173,089 | 77.2% | 43,134 | 19.2% | 7,912 | 3.5% | 171,523 | 76.7% | 47,051 | 21.0% | 5,095 | 2.3% | 174,532 | 78.0% | 43,014 | 19.2% | 6,269 | 2.8% | 175,234 | 78.6% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-78   Filed 11/24/21   Page 8 of 10

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Texas Legislative Council
11/23/21 8:33 PM
Page 3 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2018
## 2018 General Election

| | SUP CT 2 | | SUP CT 4 | | | |
|---|---|---|---|---|---|---|
| District | Kirkland-D | | Devine-R | | Sandill-D | |
| STATE | 3,845,883 | 46.9% | 4,399,060 | 53.7% | 3,791,171 | 46.3% |
| 1 | 74,151 | 25.1% | 221,445 | 75.2% | 73,191 | 24.8% |
| 2 | 115,772 | 41.2% | 166,614 | 59.5% | 113,550 | 40.5% |
| 3 | 77,029 | 27.8% | 201,037 | 72.6% | 75,935 | 27.4% |
| 4 | 96,893 | 35.4% | 177,018 | 64.8% | 96,233 | 35.2% |
| 5 | 111,703 | 41.0% | 161,700 | 59.5% | 110,269 | 40.5% |
| 6 | 116,643 | 73.7% | 42,215 | 26.7% | 115,885 | 73.3% |
| 7 | 118,536 | 40.9% | 171,778 | 59.3% | 117,896 | 40.7% |
| 8 | 121,895 | 39.9% | 184,775 | 60.7% | 119,750 | 39.3% |
| 9 | 106,231 | 37.4% | 178,572 | 63.0% | 104,718 | 37.0% |
| 10 | 146,649 | 51.2% | 140,405 | 49.2% | 145,137 | 50.8% |
| 11 | 126,588 | 41.8% | 177,039 | 58.5% | 125,748 | 41.5% |
| 12 | 126,392 | 38.6% | 203,450 | 62.3% | 123,113 | 37.7% |
| 13 | 178,326 | 81.6% | 40,597 | 18.6% | 177,673 | 81.4% |
| 14 | 127,248 | 41.5% | 179,997 | 58.9% | 125,613 | 41.1% |
| 15 | 172,335 | 64.9% | 93,310 | 35.2% | 171,789 | 64.8% |
| 16 | 143,476 | 63.5% | 84,885 | 37.6% | 140,641 | 62.4% |
| 17 | 111,468 | 40.8% | 162,028 | 59.4% | 110,900 | 40.6% |
| 18 | 107,308 | 42.6% | 145,264 | 57.9% | 105,829 | 42.1% |
| 19 | 121,333 | 59.9% | 83,544 | 41.3% | 118,726 | 58.7% |
| 20 | 119,683 | 62.5% | 73,471 | 38.5% | 117,606 | 61.5% |
| 21 | 200,867 | 74.2% | 71,658 | 26.5% | 198,399 | 73.5% |
| 22 | 89,547 | 33.8% | 176,335 | 66.7% | 88,064 | 33.3% |
| 23 | 196,301 | 79.0% | 53,834 | 21.7% | 194,286 | 78.3% |
| 24 | 148,638 | 40.7% | 217,594 | 59.7% | 146,744 | 40.3% |
| 25 | 149,150 | 40.9% | 219,378 | 60.2% | 144,929 | 39.8% |
| 26 | 156,533 | 66.7% | 81,605 | 34.8% | 152,624 | 65.2% |
| 27 | 107,063 | 58.6% | 77,004 | 42.3% | 105,174 | 57.7% |
| 28 | 67,596 | 25.1% | 202,074 | 75.3% | 66,200 | 24.7% |
| 29 | 148,756 | 71.0% | 63,232 | 30.2% | 145,919 | 69.8% |
| 30 | 113,945 | 40.1% | 171,249 | 60.5% | 111,974 | 39.5% |
| 31 | 47,828 | 21.4% | 175,953 | 79.0% | 46,656 | 21.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206  
Data: 2020 Census  
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-78   Filed 11/24/21   Page 9 of 10

Texas Legislative Council  
11/23/21 8:34 PM  
Page 1 of 2

Election Analysis

## SENATE DISTRICTS - POWBS2018
## 2018 General Election

| District | Total Voter Registration | | Turnout | |
|---|---|---|---|---|
| | Total | SSVR-T | Total | TO/VR |
| STATE | 15,789,044 | 23.8% | 8,401,730 | 53.2% |
| 1 | 566,625 | 5.2% | 301,104 | 53.1% |
| 2 | 505,522 | 12.1% | 287,480 | 56.9% |
| 3 | 551,182 | 6.2% | 283,815 | 51.5% |
| 4 | 515,600 | 14.0% | 277,545 | 53.8% |
| 5 | 525,174 | 12.6% | 279,099 | 53.1% |
| 6 | 382,311 | 51.7% | 160,158 | 41.9% |
| 7 | 503,070 | 14.1% | 293,461 | 58.3% |
| 8 | 519,747 | 7.4% | 314,647 | 60.5% |
| 9 | 513,902 | 10.8% | 289,528 | 56.3% |
| 10 | 515,137 | 15.1% | 291,940 | 56.7% |
| 11 | 544,639 | 15.5% | 308,355 | 56.6% |
| 12 | 557,013 | 9.6% | 336,530 | 60.4% |
| 13 | 458,884 | 16.1% | 220,903 | 48.1% |
| 14 | 537,545 | 11.4% | 313,748 | 58.4% |
| 15 | 492,208 | 19.1% | 270,433 | 54.9% |
| 16 | 435,442 | 23.7% | 233,575 | 53.6% |
| 17 | 485,621 | 16.0% | 277,681 | 57.2% |
| 18 | 487,706 | 23.1% | 256,732 | 52.6% |
| 19 | 469,872 | 54.3% | 208,832 | 44.4% |
| 20 | 461,793 | 71.7% | 199,098 | 43.1% |
| 21 | 548,119 | 43.9% | 279,061 | 50.9% |
| 22 | 498,162 | 11.8% | 271,082 | 54.4% |
| 23 | 500,344 | 18.4% | 254,305 | 50.8% |
| 24 | 603,856 | 12.8% | 374,999 | 62.1% |
| 25 | 596,742 | 18.0% | 374,416 | 62.7% |
| 26 | 515,278 | 51.4% | 240,724 | 46.7% |
| 27 | 464,291 | 72.4% | 190,346 | 41.0% |
| 28 | 544,318 | 21.1% | 275,046 | 50.5% |
| 29 | 489,068 | 68.0% | 218,007 | 44.6% |
| 30 | 524,735 | 8.6% | 291,168 | 55.5% |
| 31 | 475,138 | 28.1% | 227,912 | 48.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.  
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-78   Filed 11/24/21   Page 10 of 10

Election Analysis

Texas Legislative Council
11/23/21 8:34 PM
Page 2 of 2

## SENATE DISTRICTS - POWBS2018
## 2018 General Election

|  | SUP CT 6 | | | | CCA PRES JUDGE | | | | | | CCA 7 | | | | CCA 8 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Brown-R | | Cheng-D | | Keller-R | | Strange-L | | Jackson-D | | Hervey-R | | Franklin-D | | Slaughter-R | | Ash-L | |
| STATE | 4,403,779 | 53.7% | 3,795,015 | 46.3% | 4,288,105 | 52.2% | 187,271 | 2.3% | 3,733,243 | 45.5% | 4,428,312 | 54.2% | 3,749,155 | 45.8% | 4,769,981 | 74.7% | 1,616,476 | 25.3% |
| 1 | 221,297 | 75.1% | 73,356 | 24.9% | 218,443 | 74.0% | 4,939 | 1.7% | 71,628 | 24.3% | 221,638 | 75.4% | 72,402 | 24.6% | 226,211 | 88.3% | 29,963 | 11.7% |
| 2 | 165,973 | 59.2% | 114,527 | 40.8% | 162,347 | 57.8% | 6,308 | 2.2% | 112,055 | 39.9% | 166,830 | 59.6% | 112,883 | 40.4% | 176,451 | 76.3% | 54,818 | 23.7% |
| 3 | 201,158 | 72.6% | 76,097 | 27.4% | 198,592 | 71.5% | 4,410 | 1.6% | 74,687 | 26.9% | 201,552 | 72.8% | 75,387 | 27.2% | 206,776 | 87.9% | 28,509 | 12.1% |
| 4 | 177,895 | 65.1% | 95,564 | 34.9% | 174,349 | 63.7% | 5,160 | 1.9% | 94,304 | 34.4% | 178,926 | 65.6% | 93,845 | 34.4% | 186,071 | 83.0% | 38,076 | 17.0% |
| 5 | 161,268 | 59.2% | 110,964 | 40.8% | 157,761 | 57.9% | 7,226 | 2.7% | 107,568 | 39.5% | 162,520 | 59.8% | 109,099 | 40.2% | 172,679 | 75.9% | 54,973 | 24.1% |
| 6 | 42,773 | 27.0% | 115,393 | 73.0% | 40,661 | 25.7% | 2,383 | 1.5% | 115,248 | 72.8% | 42,815 | 27.1% | 115,108 | 72.9% | 50,929 | 60.2% | 33,703 | 39.8% |
| 7 | 174,385 | 60.1% | 115,542 | 39.9% | 169,239 | 58.4% | 4,902 | 1.7% | 115,574 | 39.9% | 175,174 | 60.6% | 113,830 | 39.4% | 183,914 | 81.4% | 41,895 | 18.6% |
| 8 | 184,365 | 60.5% | 120,387 | 39.5% | 180,714 | 59.2% | 6,897 | 2.3% | 117,857 | 38.6% | 185,456 | 61.0% | 118,752 | 39.0% | 194,321 | 77.2% | 57,311 | 22.8% |
| 9 | 177,757 | 62.7% | 105,729 | 37.3% | 175,055 | 61.6% | 7,486 | 2.6% | 101,504 | 35.7% | 179,288 | 63.4% | 103,502 | 36.6% | 186,259 | 80.2% | 45,887 | 19.8% |
| 10 | 139,892 | 49.0% | 145,831 | 51.0% | 137,435 | 48.0% | 6,450 | 2.3% | 142,459 | 49.8% | 140,932 | 49.4% | 144,101 | 50.6% | 150,585 | 74.0% | 52,771 | 26.0% |
| 11 | 178,215 | 58.8% | 124,805 | 41.2% | 174,000 | 57.4% | 5,933 | 2.0% | 123,117 | 40.6% | 179,901 | 59.5% | 122,322 | 40.5% | 192,054 | 77.7% | 55,049 | 22.3% |
| 12 | 202,842 | 62.0% | 124,150 | 38.0% | 198,170 | 60.6% | 7,887 | 2.4% | 121,163 | 37.0% | 203,556 | 62.6% | 121,636 | 37.4% | 213,838 | 79.5% | 55,166 | 20.5% |
| 13 | 42,305 | 19.4% | 176,174 | 80.6% | 39,186 | 17.9% | 2,824 | 1.3% | 176,572 | 80.8% | 42,123 | 19.3% | 176,013 | 80.7% | 53,359 | 48.6% | 56,486 | 51.4% |
| 14 | 180,388 | 59.0% | 125,580 | 41.0% | 175,932 | 57.4% | 8,120 | 2.6% | 122,372 | 39.9% | 181,278 | 59.4% | 123,694 | 40.6% | 193,640 | 76.1% | 60,799 | 23.9% |
| 15 | 100,365 | 37.8% | 165,152 | 62.2% | 91,689 | 34.6% | 4,941 | 1.9% | 168,261 | 63.5% | 100,382 | 38.0% | 163,465 | 62.0% | 113,274 | 65.6% | 59,512 | 34.4% |
| 16 | 84,531 | 37.4% | 141,420 | 62.6% | 80,971 | 35.8% | 5,455 | 2.4% | 139,798 | 61.8% | 84,694 | 37.7% | 140,136 | 62.3% | 95,817 | 61.1% | 61,102 | 38.9% |
| 17 | 165,009 | 60.4% | 108,193 | 39.6% | 159,478 | 58.4% | 5,069 | 1.9% | 108,590 | 39.8% | 165,965 | 60.9% | 106,367 | 39.1% | 175,386 | 80.4% | 42,665 | 19.6% |
| 18 | 145,171 | 57.8% | 106,041 | 42.2% | 142,475 | 56.6% | 5,439 | 2.2% | 103,848 | 41.2% | 145,948 | 58.2% | 104,988 | 41.8% | 154,901 | 77.3% | 45,582 | 22.7% |
| 19 | 82,378 | 40.7% | 120,058 | 59.3% | 79,514 | 39.2% | 5,457 | 2.7% | 118,072 | 58.2% | 83,158 | 41.1% | 119,170 | 58.9% | 97,083 | 66.0% | 50,109 | 34.0% |
| 20 | 72,547 | 37.9% | 118,796 | 62.1% | 69,839 | 36.4% | 3,957 | 2.1% | 118,009 | 61.5% | 73,425 | 38.4% | 117,814 | 61.6% | 92,009 | 62.6% | 54,937 | 37.4% |
| 21 | 71,479 | 26.4% | 198,878 | 73.6% | 66,944 | 24.7% | 8,517 | 3.1% | 195,509 | 72.2% | 71,753 | 26.6% | 197,778 | 73.4% | 93,707 | 50.0% | 93,828 | 50.0% |
| 22 | 175,905 | 66.5% | 88,687 | 33.5% | 173,076 | 65.2% | 5,928 | 2.2% | 86,284 | 32.5% | 177,208 | 67.1% | 87,031 | 32.9% | 184,013 | 82.5% | 39,068 | 17.5% |
| 23 | 53,610 | 21.6% | 194,720 | 78.4% | 50,647 | 20.4% | 5,472 | 2.2% | 192,708 | 77.4% | 53,548 | 21.6% | 194,436 | 78.4% | 66,592 | 45.4% | 80,088 | 54.6% |
| 24 | 217,913 | 59.7% | 147,095 | 40.3% | 212,500 | 58.2% | 9,805 | 2.7% | 142,609 | 39.1% | 218,954 | 60.3% | 144,184 | 39.7% | 232,781 | 77.7% | 66,997 | 22.3% |
| 25 | 218,779 | 60.0% | 146,044 | 40.0% | 212,138 | 58.1% | 9,991 | 2.7% | 142,940 | 39.2% | 220,809 | 60.7% | 142,742 | 39.3% | 236,426 | 77.2% | 69,733 | 22.8% |
| 26 | 80,225 | 34.2% | 154,323 | 65.8% | 76,519 | 32.6% | 6,721 | 2.9% | 151,631 | 64.6% | 81,491 | 34.8% | 152,476 | 65.2% | 97,971 | 59.9% | 65,539 | 40.1% |
| 27 | 76,078 | 41.7% | 106,413 | 58.3% | 73,286 | 40.0% | 4,355 | 2.4% | 105,638 | 57.6% | 76,455 | 41.8% | 106,313 | 58.2% | 92,031 | 64.7% | 50,129 | 35.3% |
| 28 | 201,622 | 75.1% | 66,818 | 24.9% | 198,207 | 73.8% | 6,126 | 2.3% | 64,290 | 23.9% | 202,228 | 75.5% | 65,524 | 24.5% | 209,424 | 86.2% | 33,388 | 13.8% |
| 29 | 61,313 | 29.3% | 148,183 | 70.7% | 58,978 | 28.1% | 6,944 | 3.3% | 143,918 | 68.6% | 62,573 | 29.9% | 146,610 | 70.1% | 80,387 | 55.4% | 64,809 | 44.6% |
| 30 | 170,708 | 60.2% | 112,933 | 39.8% | 167,366 | 58.9% | 7,176 | 2.5% | 109,477 | 38.5% | 171,513 | 60.6% | 111,381 | 39.4% | 179,493 | 78.3% | 49,738 | 21.7% |
| 31 | 175,633 | 78.8% | 47,162 | 21.2% | 172,594 | 77.3% | 4,993 | 2.2% | 45,553 | 20.4% | 176,219 | 79.2% | 46,166 | 20.8% | 181,599 | 88.4% | 23,846 | 11.6% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration