# EXHIBIT 42

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-79   Filed 11/24/21   Page 2 of 7

Texas Legislative Council
11/23/21 8:32 PM
Page 1 of 3

Election Analysis

# SENATE DISTRICTS - POWBS2018
## 2020 General Election

| District | Total Voter Registration | | Turnout | |
|---|---|---|---|---|
| | Total | SSVR-T | Total | TO/VR |
| STATE | 16,960,107 | 24.0% | 11,355,339 | 67.0% |
| 1 | 595,773 | 5.6% | 397,597 | 66.7% |
| 2 | 549,009 | 12.9% | 387,011 | 70.5% |
| 3 | 571,635 | 6.8% | 375,997 | 65.8% |
| 4 | 559,212 | 14.9% | 386,562 | 69.1% |
| 5 | 581,544 | 13.1% | 388,650 | 66.8% |
| 6 | 401,393 | 52.5% | 221,273 | 55.1% |
| 7 | 554,177 | 14.7% | 409,959 | 74.0% |
| 8 | 580,360 | 7.8% | 436,335 | 75.2% |
| 9 | 564,798 | 11.3% | 402,458 | 71.3% |
| 10 | 548,142 | 15.9% | 376,345 | 68.7% |
| 11 | 593,460 | 16.1% | 424,842 | 71.6% |
| 12 | 596,943 | 10.0% | 437,173 | 73.2% |
| 13 | 477,550 | 17.0% | 293,370 | 61.4% |
| 14 | 583,236 | 11.8% | 416,743 | 71.5% |
| 15 | 523,945 | 19.8% | 358,367 | 68.4% |
| 16 | 456,336 | 24.7% | 294,405 | 64.5% |
| 17 | 523,790 | 16.3% | 375,345 | 71.7% |
| 18 | 530,956 | 23.5% | 353,892 | 66.7% |
| 19 | 515,669 | 53.9% | 314,179 | 60.9% |
| 20 | 486,239 | 71.6% | 280,575 | 57.7% |
| 21 | 591,292 | 43.1% | 364,736 | 61.7% |
| 22 | 541,116 | 12.3% | 367,043 | 67.8% |
| 23 | 524,868 | 19.5% | 326,377 | 62.2% |
| 24 | 657,103 | 13.0% | 486,433 | 74.0% |
| 25 | 659,153 | 18.6% | 505,682 | 76.7% |
| 26 | 537,816 | 51.5% | 328,742 | 61.1% |
| 27 | 491,936 | 72.0% | 272,293 | 55.4% |
| 28 | 562,538 | 21.4% | 361,433 | 64.3% |
| 29 | 521,461 | 67.2% | 287,390 | 55.1% |
| 30 | 579,819 | 8.9% | 414,757 | 71.5% |
| 31 | 498,838 | 28.9% | 309,375 | 62.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018  11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-79   Filed 11/24/21   Page 3 of 7

Texas Legislative Council
11/23/21 8:32 PM
Page 1 of 3

Election Analysis

# SENATE DISTRICTS - POWBS2018
## 2020 General Election

| | Total Voter Registration | | Turnout | |
|---|---|---|---|---|
| District | Total | SSVR-T | Total | TO/VR |
| STATE | 16,960,107 | 24.0% | 11,355,339 | 67.0% |
| 1 | 595,773 | 5.6% | 397,597 | 66.7% |
| 2 | 549,009 | 12.9% | 387,011 | 70.5% |
| 3 | 571,635 | 6.8% | 375,997 | 65.8% |
| 4 | 559,212 | 14.9% | 386,562 | 69.1% |
| 5 | 581,544 | 13.1% | 388,650 | 66.8% |
| 6 | 401,393 | 52.5% | 221,273 | 55.1% |
| 7 | 554,177 | 14.7% | 409,959 | 74.0% |
| 8 | 580,360 | 7.8% | 436,335 | 75.2% |
| 9 | 564,798 | 11.3% | 402,458 | 71.3% |
| 10 | 548,142 | 15.9% | 376,345 | 68.7% |
| 11 | 593,460 | 16.1% | 424,842 | 71.6% |
| 12 | 596,943 | 10.0% | 437,173 | 73.2% |
| 13 | 477,550 | 17.0% | 293,370 | 61.4% |
| 14 | 583,236 | 11.8% | 416,743 | 71.5% |
| 15 | 523,945 | 19.8% | 358,367 | 68.4% |
| 16 | 456,336 | 24.7% | 294,405 | 64.5% |
| 17 | 523,790 | 16.3% | 375,345 | 71.7% |
| 18 | 530,956 | 23.5% | 353,892 | 66.7% |
| 19 | 515,669 | 53.9% | 314,179 | 60.9% |
| 20 | 486,239 | 71.6% | 280,575 | 57.7% |
| 21 | 591,292 | 43.1% | 364,736 | 61.7% |
| 22 | 541,116 | 12.3% | 367,043 | 67.8% |
| 23 | 524,868 | 19.5% | 326,377 | 62.2% |
| 24 | 657,103 | 13.0% | 486,433 | 74.0% |
| 25 | 659,153 | 18.6% | 505,682 | 76.7% |
| 26 | 537,816 | 51.5% | 328,742 | 61.1% |
| 27 | 491,936 | 72.0% | 272,293 | 55.4% |
| 28 | 562,538 | 21.4% | 361,433 | 64.3% |
| 29 | 521,461 | 67.2% | 287,390 | 55.1% |
| 30 | 579,819 | 8.9% | 414,757 | 71.5% |
| 31 | 498,838 | 28.9% | 309,375 | 62.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-79   Filed 11/24/21   Page 4 of 7

Texas Legislative Council
11/23/21 8:32 PM
Page 2 of 3

Election Analysis

**SENATE DISTRICTS - POWBS2018**
**2020 General Election**

| District | SUP CT 7 | | | | | | SUP CT 8 | | | | | | CCA 3 | | | | CCA 4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Boyd-R | | Strange-L | | Williams-D | | Busby-R | | Triana-D | | Oxford-L | | Richardson-R | | Davis Frizell-D | | Yeary-R | | Clinton-D | |
| STATE | 5,842,276 | 53.3% | 256,665 | 2.3% | 4,860,388 | 44.3% | 5,845,851 | 53.4% | 4,825,339 | 44.1% | 274,876 | 2.5% | 5,952,614 | 54.5% | 4,962,780 | 45.5% | 5,972,977 | 54.8% | 4,922,833 | 45.2% |
| 1 | 287,862 | 74.1% | 6,800 | 1.8% | 93,717 | 24.1% | 288,332 | 74.4% | 91,893 | 23.7% | 7,287 | 1.9% | 291,117 | 75.2% | 95,984 | 24.8% | 291,738 | 75.5% | 94,727 | 24.5% |
| 2 | 219,039 | 57.9% | 8,047 | 2.1% | 151,067 | 39.9% | 219,597 | 58.2% | 149,382 | 39.6% | 8,630 | 2.3% | 222,197 | 58.9% | 154,858 | 41.1% | 223,036 | 59.3% | 153,362 | 40.7% |
| 3 | 265,743 | 72.6% | 5,946 | 1.6% | 94,163 | 25.7% | 266,309 | 72.8% | 92,400 | 25.3% | 7,125 | 1.9% | 268,509 | 73.6% | 96,137 | 26.4% | 268,821 | 73.9% | 95,177 | 26.1% |
| 4 | 237,017 | 63.0% | 8,344 | 2.2% | 130,697 | 34.8% | 238,326 | 63.4% | 128,778 | 34.3% | 8,764 | 2.3% | 241,561 | 64.5% | 132,757 | 35.5% | 241,678 | 64.7% | 132,107 | 35.3% |
| 5 | 215,165 | 57.2% | 10,044 | 2.7% | 150,967 | 40.1% | 216,112 | 57.5% | 148,939 | 39.6% | 10,753 | 2.9% | 219,612 | 58.7% | 154,749 | 41.3% | 221,243 | 59.1% | 152,936 | 40.9% |
| 6 | 66,421 | 31.4% | 4,824 | 2.3% | 140,197 | 66.3% | 65,132 | 30.8% | 141,566 | 67.0% | 4,745 | 2.2% | 67,569 | 32.0% | 143,474 | 68.0% | 68,052 | 32.3% | 142,743 | 67.7% |
| 7 | 229,935 | 57.7% | 8,043 | 2.0% | 160,309 | 40.2% | 232,014 | 58.3% | 156,967 | 39.5% | 8,867 | 2.2% | 234,961 | 59.2% | 161,777 | 40.8% | 234,239 | 59.1% | 162,253 | 40.9% |
| 8 | 243,506 | 58.7% | 8,944 | 2.2% | 162,674 | 39.2% | 244,267 | 58.9% | 160,261 | 38.6% | 10,328 | 2.5% | 246,838 | 59.9% | 165,063 | 40.1% | 248,064 | 60.2% | 164,153 | 39.8% |
| 9 | 239,292 | 60.9% | 10,712 | 2.7% | 142,919 | 36.4% | 239,498 | 61.1% | 141,109 | 36.0% | 11,405 | 2.9% | 243,676 | 62.3% | 147,656 | 37.7% | 245,301 | 62.8% | 145,135 | 37.2% |
| 10 | 174,245 | 47.4% | 8,619 | 2.3% | 184,856 | 50.3% | 175,056 | 47.7% | 182,836 | 49.8% | 8,891 | 2.4% | 177,374 | 48.4% | 188,978 | 51.6% | 178,704 | 48.9% | 186,724 | 51.1% |
| 11 | 236,084 | 57.4% | 9,337 | 2.3% | 165,814 | 40.3% | 237,692 | 57.9% | 162,944 | 39.7% | 9,998 | 2.4% | 241,474 | 58.9% | 168,227 | 41.1% | 241,329 | 59.0% | 167,657 | 41.0% |
| 12 | 258,118 | 60.7% | 10,134 | 2.4% | 157,059 | 36.9% | 259,064 | 61.1% | 154,279 | 36.4% | 10,962 | 2.6% | 262,503 | 62.0% | 160,937 | 38.0% | 263,614 | 62.4% | 158,783 | 37.6% |
| 13 | 58,366 | 20.7% | 4,757 | 1.7% | 219,268 | 77.6% | 59,351 | 21.1% | 216,911 | 77.0% | 5,461 | 1.9% | 60,614 | 21.5% | 220,825 | 78.5% | 60,251 | 21.4% | 221,140 | 78.6% |
| 14 | 236,363 | 58.7% | 10,212 | 2.5% | 156,423 | 38.8% | 236,350 | 58.7% | 155,205 | 38.6% | 10,895 | 2.7% | 240,595 | 60.1% | 160,013 | 39.9% | 241,675 | 60.4% | 158,250 | 39.6% |
| 15 | 125,697 | 36.1% | 7,304 | 2.1% | 214,871 | 61.8% | 130,252 | 37.5% | 209,165 | 60.2% | 7,995 | 2.3% | 131,000 | 37.9% | 215,089 | 62.1% | 128,437 | 37.2% | 217,158 | 62.8% |
| 16 | 105,613 | 36.7% | 7,008 | 2.4% | 175,169 | 60.9% | 105,474 | 36.7% | 174,331 | 60.7% | 7,275 | 2.5% | 107,595 | 37.5% | 179,379 | 62.5% | 108,335 | 37.8% | 177,996 | 62.2% |
| 17 | 210,176 | 58.3% | 7,213 | 2.0% | 143,069 | 39.7% | 212,992 | 59.2% | 139,187 | 38.7% | 7,866 | 2.2% | 215,182 | 59.9% | 143,846 | 40.1% | 213,728 | 59.6% | 144,734 | 40.4% |
| 18 | 194,401 | 56.7% | 7,459 | 2.2% | 141,155 | 41.2% | 194,322 | 56.7% | 140,292 | 41.0% | 7,900 | 2.3% | 197,108 | 57.7% | 144,380 | 42.3% | 198,012 | 58.1% | 142,934 | 41.9% |
| 19 | 124,587 | 41.7% | 7,733 | 2.6% | 166,299 | 55.7% | 122,408 | 41.0% | 167,882 | 56.2% | 8,376 | 2.8% | 127,465 | 42.8% | 170,006 | 57.2% | 128,396 | 43.2% | 169,161 | 56.8% |
| 20 | 110,419 | 42.5% | 7,111 | 2.7% | 142,086 | 54.7% | 107,209 | 41.4% | 145,215 | 56.0% | 6,791 | 2.6% | 111,998 | 43.2% | 146,959 | 56.8% | 113,717 | 44.0% | 144,456 | 56.0% |
| 21 | 102,905 | 29.7% | 10,117 | 2.9% | 233,056 | 67.3% | 100,445 | 29.1% | 234,349 | 67.8% | 10,768 | 3.1% | 105,104 | 30.7% | 236,791 | 69.3% | 106,547 | 31.2% | 234,657 | 68.8% |
| 22 | 232,633 | 65.4% | 7,644 | 2.1% | 115,454 | 32.5% | 233,190 | 65.6% | 113,620 | 32.0% | 8,525 | 2.4% | 235,812 | 66.5% | 118,898 | 33.5% | 236,806 | 67.0% | 116,836 | 33.0% |
| 23 | 69,371 | 21.6% | 6,812 | 2.1% | 244,535 | 76.2% | 69,463 | 21.7% | 243,113 | 76.0% | 7,196 | 2.3% | 71,285 | 22.3% | 248,553 | 77.7% | 72,107 | 22.6% | 247,168 | 77.4% |
| 24 | 276,601 | 59.3% | 11,109 | 2.4% | 178,679 | 38.3% | 276,540 | 59.4% | 176,895 | 38.0% | 12,290 | 2.6% | 281,700 | 60.7% | 182,056 | 39.3% | 282,634 | 61.1% | 180,250 | 38.9% |
| 25 | 284,482 | 58.0% | 12,392 | 2.5% | 193,326 | 39.4% | 284,238 | 58.1% | 191,977 | 39.2% | 13,327 | 2.7% | 290,823 | 59.6% | 197,226 | 40.4% | 292,092 | 59.9% | 195,367 | 40.1% |
| 26 | 106,925 | 34.0% | 9,086 | 2.9% | 198,687 | 63.1% | 104,971 | 33.4% | 199,881 | 63.6% | 9,591 | 3.1% | 110,408 | 35.3% | 202,530 | 64.7% | 111,114 | 35.5% | 202,236 | 64.5% |
| 27 | 111,893 | 44.6% | 6,548 | 2.6% | 132,503 | 52.8% | 109,636 | 43.3% | 137,170 | 54.2% | 6,492 | 2.6% | 115,021 | 45.3% | 138,855 | 54.7% | 115,547 | 45.9% | 135,979 | 54.1% |
| 28 | 259,929 | 74.1% | 7,995 | 2.3% | 82,646 | 23.6% | 260,061 | 74.3% | 80,955 | 23.1% | 8,766 | 2.5% | 263,454 | 75.4% | 85,827 | 24.6% | 264,418 | 76.0% | 83,479 | 24.0% |
| 29 | 89,703 | 32.8% | 10,467 | 3.8% | 172,936 | 63.3% | 87,276 | 32.0% | 175,013 | 64.2% | 10,172 | 3.7% | 93,067 | 34.2% | 179,114 | 65.8% | 94,016 | 34.7% | 177,239 | 65.3% |
| 30 | 234,263 | 58.5% | 9,379 | 2.3% | 156,983 | 39.2% | 235,173 | 58.8% | 154,286 | 38.6% | 10,553 | 2.6% | 237,994 | 59.7% | 160,589 | 40.3% | 239,465 | 60.2% | 158,197 | 39.8% |
| 31 | 235,522 | 78.3% | 6,525 | 2.2% | 58,804 | 19.5% | 235,101 | 78.2% | 58,538 | 19.5% | 6,882 | 2.3% | 238,998 | 79.6% | 61,247 | 20.4% | 239,861 | 80.0% | 59,839 | 20.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-79   Filed 11/24/21   Page 5 of 7

Texas Legislative Council
11/23/21 8:32 PM
Page 3 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2018
## 2020 General Election

| | CCA 9 | | | |
|---|---|---|---|---|
| District | Newell-R | | Birmingham-D | |
| STATE | 6,014,555 | 55.3% | 4,861,782 | 44.7% |
| 1 | 292,575 | 75.6% | 94,177 | 24.4% |
| 2 | 223,854 | 59.6% | 152,017 | 40.4% |
| 3 | 269,483 | 74.0% | 94,511 | 26.0% |
| 4 | 242,720 | 65.0% | 130,656 | 35.0% |
| 5 | 222,710 | 59.5% | 151,309 | 40.5% |
| 6 | 69,534 | 33.1% | 140,751 | 66.9% |
| 7 | 236,140 | 59.7% | 159,627 | 40.3% |
| 8 | 249,009 | 60.6% | 161,686 | 39.4% |
| 9 | 246,312 | 63.2% | 143,326 | 36.8% |
| 10 | 179,475 | 49.2% | 185,071 | 50.8% |
| 11 | 243,139 | 59.6% | 164,931 | 40.4% |
| 12 | 264,852 | 62.8% | 157,044 | 37.2% |
| 13 | 61,510 | 21.9% | 219,015 | 78.1% |
| 14 | 242,417 | 60.7% | 156,945 | 39.3% |
| 15 | 131,451 | 38.1% | 213,520 | 61.9% |
| 16 | 109,536 | 38.3% | 176,266 | 61.7% |
| 17 | 215,948 | 60.4% | 141,757 | 39.6% |
| 18 | 199,029 | 58.5% | 141,386 | 41.5% |
| 19 | 130,263 | 44.0% | 165,956 | 56.0% |
| 20 | 115,240 | 44.9% | 141,648 | 55.1% |
| 21 | 108,343 | 31.7% | 233,151 | 68.3% |
| 22 | 237,650 | 67.3% | 115,650 | 32.7% |
| 23 | 73,050 | 22.9% | 245,535 | 77.1% |
| 24 | 284,098 | 61.5% | 177,742 | 38.5% |
| 25 | 294,039 | 60.5% | 192,158 | 39.5% |
| 26 | 112,875 | 36.1% | 199,428 | 63.9% |
| 27 | 117,759 | 46.9% | 133,482 | 53.1% |
| 28 | 264,968 | 76.2% | 82,723 | 23.8% |
| 29 | 95,240 | 35.2% | 175,051 | 64.8% |
| 30 | 240,848 | 60.6% | 156,418 | 39.4% |
| 31 | 240,488 | 80.3% | 58,845 | 19.7% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 39-79   Filed 11/24/21   Page 6 of 7

Texas Legislative Council
11/23/21 8:32 PM
Page 2 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2018
### 2020 General Election

| | PRESIDENT | | | | | | | | | | U.S. SEN | | | | | | | | RR COMM 1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Biden-D | | Trump-R | | Jorgensen-L | | Hawkins-G | | Write-In-W | | Cornyn-R | | Hegar-D | | McKennon-L | | Collins-G | | Castaneda-D | |
| STATE | 5,257,513 | 46.5% | 5,889,022 | 52.0% | 126,212 | 1.1% | 33,378 | 0.3% | 10,927 | 0.1% | 5,961,643 | 53.5% | 4,887,309 | 43.9% | 209,623 | 1.9% | 81,753 | 0.7% | 4,791,167 | 43.6% |
| 1 | 98,697 | 24.9% | 292,767 | 73.9% | 3,684 | 0.9% | 782 | 0.2% | 184 | 0.0% | 290,202 | 74.0% | 94,610 | 24.1% | 5,644 | 1.4% | 1,626 | 0.4% | 90,415 | 23.3% |
| 2 | 163,412 | 42.4% | 215,863 | 56.1% | 4,049 | 1.1% | 1,225 | 0.3% | 449 | 0.1% | 220,757 | 57.7% | 152,092 | 39.8% | 6,493 | 1.7% | 2,941 | 0.8% | 150,210 | 39.6% |
| 3 | 98,891 | 26.4% | 271,941 | 72.5% | 3,150 | 0.8% | 634 | 0.2% | 235 | 0.1% | 267,805 | 72.4% | 95,215 | 25.7% | 5,425 | 1.5% | 1,623 | 0.4% | 90,695 | 24.7% |
| 4 | 141,678 | 36.7% | 239,174 | 61.9% | 4,448 | 1.2% | 927 | 0.2% | 104 | 0.0% | 240,128 | 62.9% | 131,942 | 34.6% | 7,219 | 1.9% | 2,311 | 0.6% | 128,826 | 34.2% |
| 5 | 164,436 | 42.4% | 215,986 | 55.6% | 5,690 | 1.5% | 1,096 | 0.3% | 929 | 0.2% | 218,139 | 57.0% | 154,629 | 40.4% | 7,516 | 2.0% | 2,125 | 0.6% | 146,894 | 38.9% |
| 6 | 147,305 | 66.6% | 71,169 | 32.2% | 1,902 | 0.9% | 884 | 0.4% | 6 | 0.0% | 69,182 | 32.3% | 138,004 | 64.5% | 4,301 | 2.0% | 2,635 | 1.2% | 141,095 | 66.4% |
| 7 | 176,527 | 43.1% | 227,528 | 55.5% | 4,493 | 1.1% | 1,049 | 0.3% | 115 | 0.0% | 233,186 | 57.7% | 161,770 | 40.0% | 7,023 | 1.7% | 2,288 | 0.6% | 157,367 | 39.4% |
| 8 | 186,327 | 42.9% | 240,398 | 55.3% | 5,489 | 1.3% | 1,050 | 0.2% | 1,269 | 0.3% | 248,169 | 58.4% | 166,967 | 39.3% | 7,575 | 1.8% | 2,388 | 0.6% | 160,897 | 38.6% |
| 9 | 157,864 | 39.2% | 237,700 | 59.1% | 5,457 | 1.4% | 1,146 | 0.3% | 165 | 0.0% | 242,740 | 60.8% | 145,336 | 36.4% | 8,480 | 2.1% | 2,677 | 0.7% | 138,759 | 35.2% |
| 10 | 199,896 | 53.1% | 170,688 | 45.4% | 4,305 | 1.1% | 1,180 | 0.3% | 192 | 0.1% | 177,999 | 47.7% | 185,910 | 49.8% | 6,788 | 1.8% | 2,636 | 0.7% | 181,063 | 49.0% |
| 11 | 180,447 | 42.5% | 237,271 | 55.9% | 4,855 | 1.1% | 1,137 | 0.3% | 475 | 0.1% | 240,576 | 57.6% | 167,389 | 40.0% | 7,614 | 1.8% | 2,441 | 0.6% | 163,477 | 39.7% |
| 12 | 177,486 | 40.8% | 251,226 | 57.7% | 5,299 | 1.2% | 1,140 | 0.3% | 177 | 0.0% | 262,615 | 60.7% | 159,472 | 36.9% | 7,964 | 1.8% | 2,618 | 0.6% | 154,276 | 36.1% |
| 13 | 229,102 | 78.2% | 60,665 | 20.7% | 2,003 | 0.7% | 1,093 | 0.4% | 176 | 0.1% | 61,916 | 21.7% | 216,054 | 75.6% | 4,807 | 1.7% | 2,871 | 1.0% | 214,906 | 76.0% |
| 14 | 171,710 | 41.3% | 236,940 | 56.9% | 5,653 | 1.4% | 1,089 | 0.3% | 719 | 0.2% | 239,921 | 58.4% | 160,673 | 39.1% | 8,027 | 2.0% | 2,148 | 0.5% | 153,504 | 38.0% |
| 15 | 232,421 | 64.9% | 120,721 | 33.7% | 3,941 | 1.1% | 1,157 | 0.3% | 14 | 0.0% | 128,847 | 36.4% | 216,023 | 61.0% | 6,247 | 1.8% | 2,739 | 0.8% | 210,840 | 60.5% |
| 16 | 187,867 | 64.4% | 99,541 | 34.1% | 3,279 | 1.1% | 1,157 | 0.4% | 0 | 0.0% | 107,648 | 37.0% | 175,217 | 60.3% | 5,260 | 1.8% | 2,604 | 0.9% | 174,729 | 60.6% |
| 17 | 159,500 | 42.6% | 209,553 | 56.0% | 3,930 | 1.0% | 1,007 | 0.3% | 490 | 0.1% | 214,337 | 58.3% | 144,849 | 39.4% | 6,142 | 1.7% | 2,056 | 0.6% | 140,768 | 38.9% |
| 18 | 149,550 | 42.4% | 198,309 | 56.2% | 3,694 | 1.0% | 1,100 | 0.3% | 463 | 0.1% | 197,270 | 56.7% | 141,939 | 40.8% | 6,173 | 1.8% | 2,258 | 0.6% | 139,303 | 40.5% |
| 19 | 176,663 | 56.5% | 131,315 | 42.0% | 3,245 | 1.0% | 1,109 | 0.4% | 189 | 0.1% | 130,452 | 43.0% | 164,054 | 54.1% | 6,061 | 2.0% | 2,952 | 1.0% | 166,506 | 55.3% |
| 20 | 150,582 | 54.1% | 124,729 | 44.8% | 2,045 | 0.7% | 911 | 0.3% | 231 | 0.1% | 118,207 | 44.4% | 139,201 | 52.2% | 5,862 | 2.2% | 3,228 | 1.2% | 143,435 | 54.8% |
| 21 | 246,856 | 68.0% | 109,303 | 30.1% | 4,305 | 1.2% | 1,417 | 0.4% | 876 | 0.2% | 108,274 | 30.5% | 234,846 | 66.3% | 7,615 | 2.1% | 3,716 | 1.0% | 229,728 | 66.0% |
| 22 | 124,790 | 34.2% | 234,791 | 64.3% | 4,214 | 1.2% | 949 | 0.3% | 469 | 0.1% | 235,218 | 65.2% | 116,521 | 32.3% | 6,757 | 1.9% | 2,401 | 0.7% | 112,108 | 31.4% |
| 23 | 251,872 | 77.7% | 67,831 | 20.9% | 2,893 | 0.9% | 1,467 | 0.5% | 19 | 0.0% | 72,583 | 22.5% | 240,711 | 74.7% | 5,813 | 1.8% | 3,331 | 1.0% | 240,780 | 75.1% |
| 24 | 200,919 | 41.4% | 275,864 | 56.9% | 6,070 | 1.3% | 1,026 | 0.2% | 1,107 | 0.2% | 282,521 | 59.1% | 185,074 | 38.7% | 8,183 | 1.7% | 2,152 | 0.5% | 176,550 | 37.6% |
| 25 | 216,180 | 43.0% | 278,764 | 55.4% | 6,548 | 1.3% | 1,203 | 0.2% | 553 | 0.1% | 289,929 | 58.1% | 197,176 | 39.5% | 8,933 | 1.8% | 2,555 | 0.5% | 192,887 | 39.2% |
| 26 | 212,816 | 65.1% | 108,429 | 33.2% | 3,750 | 1.1% | 1,467 | 0.4% | 209 | 0.1% | 112,280 | 35.2% | 196,253 | 61.6% | 7,085 | 2.2% | 3,207 | 1.0% | 198,898 | 62.8% |
| 27 | 140,122 | 51.9% | 126,787 | 46.9% | 2,025 | 0.7% | 919 | 0.3% | 263 | 0.1% | 120,373 | 46.2% | 131,788 | 50.6% | 5,072 | 1.9% | 3,199 | 1.2% | 135,941 | 53.1% |
| 28 | 90,898 | 25.2% | 264,418 | 73.3% | 4,311 | 1.2% | 837 | 0.2% | 246 | 0.1% | 263,165 | 74.0% | 83,561 | 23.5% | 7,215 | 2.0% | 1,896 | 0.5% | 79,149 | 22.5% |
| 29 | 185,726 | 65.2% | 94,771 | 33.3% | 2,966 | 1.0% | 1,508 | 0.5% | 13 | 0.0% | 89,817 | 32.4% | 172,232 | 62.2% | 8,601 | 3.1% | 6,207 | 2.2% | 168,074 | 61.6% |
| 30 | 174,153 | 42.1% | 233,470 | 56.4% | 4,976 | 1.2% | 1,024 | 0.2% | 486 | 0.1% | 238,743 | 58.4% | 159,530 | 39.0% | 7,938 | 1.9% | 2,454 | 0.6% | 151,508 | 37.7% |
| 31 | 62,820 | 20.4% | 241,110 | 78.2% | 3,543 | 1.1% | 688 | 0.2% | 104 | 0.0% | 238,644 | 78.5% | 58,271 | 19.2% | 5,790 | 1.9% | 1,470 | 0.5% | 57,579 | 19.1% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2018   11/23/2021 8:22 PM

Election Analysis

Texas Legislative Council
11/23/21 8:32 PM
Page 3 of 3

## SENATE DISTRICTS - POWBS2018
## 2020 General Election

|  | RR COMM 1 | | | | | | SUP CT CHIEF | | | | | | SUP CT 6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Wright-R | | Sterett-L | | Gruene-G | | Hecht-R | | Meachum-D | | Ash-L | | Bland-R | | Cheng-D | |
| STATE | 5,830,003 | 53.0% | 247,568 | 2.3% | 129,588 | 1.2% | 5,825,773 | 53.0% | 4,892,131 | 44.5% | 277,432 | 2.5% | 6,049,262 | 55.2% | 4,902,218 | 44.8% |
| 1 | 288,977 | 74.3% | 7,173 | 1.8% | 2,199 | 0.6% | 286,595 | 73.7% | 94,970 | 24.4% | 7,249 | 1.9% | 293,597 | 75.7% | 94,175 | 24.3% |
| 2 | 216,889 | 57.2% | 8,169 | 2.2% | 3,769 | 1.0% | 218,971 | 57.7% | 151,940 | 40.0% | 8,597 | 2.3% | 224,826 | 59.5% | 152,851 | 40.5% |
| 3 | 267,535 | 73.0% | 6,158 | 1.7% | 2,133 | 0.6% | 264,091 | 72.1% | 95,713 | 26.1% | 6,610 | 1.8% | 270,813 | 74.2% | 94,395 | 25.8% |
| 4 | 235,414 | 62.5% | 8,464 | 2.2% | 3,750 | 1.0% | 237,114 | 62.9% | 131,007 | 34.7% | 9,007 | 2.4% | 244,894 | 65.2% | 130,981 | 34.8% |
| 5 | 216,517 | 57.3% | 9,981 | 2.6% | 4,345 | 1.2% | 212,180 | 56.8% | 150,905 | 40.4% | 10,663 | 2.9% | 223,719 | 59.5% | 152,527 | 40.5% |
| 6 | 64,109 | 30.2% | 4,056 | 1.9% | 3,290 | 1.5% | 65,754 | 31.0% | 140,634 | 66.3% | 5,676 | 2.7% | 70,327 | 33.2% | 141,279 | 66.8% |
| 7 | 229,176 | 57.4% | 8,427 | 2.1% | 4,254 | 1.1% | 231,355 | 57.8% | 159,678 | 39.9% | 8,917 | 2.2% | 238,417 | 59.8% | 160,049 | 40.2% |
| 8 | 242,987 | 58.2% | 9,882 | 2.4% | 3,595 | 0.9% | 243,627 | 58.3% | 164,335 | 39.3% | 9,803 | 2.3% | 249,114 | 60.4% | 162,995 | 39.6% |
| 9 | 241,023 | 61.1% | 10,296 | 2.6% | 4,319 | 1.1% | 238,927 | 60.5% | 145,114 | 36.7% | 10,892 | 2.8% | 247,300 | 62.9% | 145,815 | 37.1% |
| 10 | 175,962 | 47.7% | 8,140 | 2.2% | 4,038 | 1.1% | 174,464 | 47.2% | 185,985 | 50.4% | 8,902 | 2.4% | 180,738 | 49.1% | 187,072 | 50.9% |
| 11 | 235,061 | 57.0% | 9,154 | 2.2% | 4,379 | 1.1% | 236,928 | 57.4% | 166,219 | 40.2% | 9,904 | 2.4% | 244,601 | 59.5% | 166,785 | 40.5% |
| 12 | 257,658 | 60.4% | 10,204 | 2.4% | 4,669 | 1.1% | 258,982 | 60.5% | 158,470 | 37.0% | 10,306 | 2.4% | 266,722 | 62.7% | 158,508 | 37.3% |
| 13 | 58,729 | 20.8% | 4,826 | 1.7% | 4,250 | 1.5% | 59,334 | 21.0% | 217,540 | 76.9% | 5,937 | 2.1% | 62,808 | 22.3% | 219,086 | 77.7% |
| 14 | 235,508 | 58.2% | 10,408 | 2.6% | 4,920 | 1.2% | 235,515 | 58.2% | 158,386 | 39.1% | 10,866 | 2.7% | 244,506 | 60.7% | 158,548 | 39.3% |
| 15 | 125,158 | 35.9% | 7,551 | 2.2% | 4,890 | 1.4% | 129,395 | 37.0% | 211,865 | 60.7% | 8,063 | 2.3% | 136,230 | 39.1% | 211,800 | 60.9% |
| 16 | 103,286 | 35.8% | 6,463 | 2.2% | 3,863 | 1.3% | 105,970 | 36.7% | 175,461 | 60.7% | 7,568 | 2.6% | 110,449 | 38.3% | 177,572 | 61.7% |
| 17 | 210,262 | 58.1% | 7,168 | 2.0% | 3,471 | 1.0% | 212,298 | 58.6% | 142,209 | 39.3% | 7,623 | 2.1% | 218,368 | 60.6% | 141,950 | 39.4% |
| 18 | 193,508 | 56.2% | 7,295 | 2.1% | 4,111 | 1.2% | 193,073 | 56.2% | 142,341 | 41.4% | 8,329 | 2.4% | 200,238 | 58.5% | 142,163 | 41.5% |
| 19 | 123,511 | 41.1% | 6,719 | 2.2% | 4,108 | 1.4% | 122,656 | 41.0% | 168,024 | 56.1% | 8,820 | 2.9% | 128,650 | 43.3% | 168,552 | 56.7% |
| 20 | 109,006 | 41.7% | 5,356 | 2.0% | 3,714 | 1.4% | 108,750 | 41.7% | 145,294 | 55.7% | 6,829 | 2.6% | 115,929 | 44.6% | 143,879 | 55.4% |
| 21 | 102,469 | 29.4% | 8,729 | 2.5% | 7,258 | 2.1% | 101,262 | 29.2% | 234,440 | 67.5% | 11,380 | 3.3% | 109,404 | 31.6% | 236,699 | 68.4% |
| 22 | 232,786 | 65.3% | 8,144 | 2.3% | 3,510 | 1.0% | 231,475 | 64.9% | 116,888 | 32.8% | 8,494 | 2.4% | 238,855 | 67.2% | 116,516 | 32.8% |
| 23 | 68,673 | 21.4% | 6,550 | 2.0% | 4,785 | 1.5% | 69,530 | 21.6% | 244,014 | 75.9% | 7,747 | 2.4% | 73,829 | 23.0% | 246,793 | 77.0% |
| 24 | 275,890 | 58.8% | 11,714 | 2.5% | 5,246 | 1.1% | 274,645 | 58.8% | 180,476 | 38.7% | 11,826 | 2.5% | 287,154 | 61.5% | 179,715 | 38.5% |
| 25 | 280,820 | 57.1% | 11,880 | 2.4% | 5,987 | 1.2% | 283,522 | 57.6% | 195,542 | 39.7% | 13,131 | 2.7% | 293,846 | 60.1% | 195,489 | 39.9% |
| 26 | 104,559 | 33.0% | 7,471 | 2.4% | 5,554 | 1.8% | 105,316 | 33.4% | 200,236 | 63.5% | 9,923 | 3.1% | 110,346 | 35.3% | 202,570 | 64.7% |
| 27 | 111,573 | 43.6% | 4,943 | 1.9% | 3,460 | 1.4% | 109,563 | 43.5% | 135,426 | 53.7% | 7,139 | 2.8% | 118,498 | 46.7% | 135,067 | 53.3% |
| 28 | 260,747 | 74.3% | 8,061 | 2.3% | 3,043 | 0.9% | 257,920 | 73.4% | 84,944 | 24.2% | 8,630 | 2.5% | 266,943 | 76.2% | 83,201 | 23.8% |
| 29 | 90,967 | 33.3% | 7,975 | 2.9% | 5,838 | 2.1% | 88,468 | 32.3% | 173,915 | 63.4% | 11,816 | 4.3% | 95,217 | 34.9% | 177,723 | 65.1% |
| 30 | 235,403 | 58.6% | 9,830 | 2.4% | 4,832 | 1.2% | 234,099 | 58.1% | 159,496 | 39.6% | 9,644 | 2.4% | 241,616 | 60.5% | 158,071 | 39.5% |
| 31 | 235,840 | 78.1% | 6,381 | 2.1% | 2,008 | 0.7% | 233,994 | 77.5% | 60,664 | 20.1% | 7,141 | 2.4% | 241,308 | 80.2% | 59,392 | 19.8% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration