UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.: EP-21-CV-00259-DCG-JES-JVB<br>[Lead Case] |

## **[PROPOSED] ORDER GRANTING *BROOKS* PLAINTIFFS' MOTION FOR HEARING**

Upon consideration of *Brooks* Plaintiffs' Motion for Hearing, being advised of the premises for seeking such Motion, it is hereby ORDERED that the Motion is GRANTED.

It is hereby ORDERED:

1. Defendants shall submit any response to *Brooks* Plaintiffs' Motion on or before December 6, 2021.

2. *Brooks* Plaintiffs shall submit any reply on or before December 13, 2021.

3. A hearing on *Brooks* Plaintiffs' Motion for Preliminary Injunction is set for __.

Signed this __th day of November, 2021

_____
The Honorable Judge David C. Guaderrama
United States District Court for the Western District of Texas