# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:21-CV-1006-RP

**Plaintiff:**
**Texas State Conference of the NAACP**

vs.

**Defendant:**
**Greg Abbott, in his official capacity as the Governor of Texas; John Scott in his offocial capacity as the Secretary of the State of Texas**

For:
Lindsey Cohen
Dechert LLP
515 Congress Avenue
Suite 1400
Austin, TX 78701

Received by ATX Process, LLC on the 18th day of November, 2021 at 11:47 am to be served on **Gregory W. Abbott, Office of the Governor, State Insurance Building, 1100 San Jacinto, Austin, Travis County, TX 78701**.

I, Kelly Murski, being duly sworn, depose and say that on the **19th day of November, 2021** at **1:20 pm**, I:

executed to a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action with Complaint for Declaratory and Injunctive Relief and Civil Case Cover Sheet** with the date of delivery endorsed thereon by me, to **Kenny Moreland** at the address of **State Insurance Building, 1100 San Jacinto, Austin, Travis County, TX 78701** as **Assistant General Counsel** for **Gregory W. Abbott, Office of the Governor**, and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 19th day of November, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Kelly Murski
PSC-5912, Exp. 10/31/2022
Date 11/18/21

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2021012395
Ref: TX State Conference of the NAACP