# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:21-CV-1006-RP

**Plaintiff:**
**Texas State Conference of the NAACP**

vs.

**Defendant:**
**Greg Abbott, in his official capacity as the Governor of Texas; John Scott in his offocial capacity as the Secretary of the State of Texas**

For:
Lindsey Cohen
Dechert LLP
515 Congress Avenue
Suite 1400
Austin, TX 78701

Received by ATX Process, LLC on the 18th day of November, 2021 at 11:47 am to be served on **John Scott, Secretary of State, James E. Rudder Bldg., 1019 Brazos, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **18th day of November, 2021** at **3:21 pm**, I:

executed to a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action with Complaint for Declaratory and Injunctive Relief and Civil Case Cover Sheet** with the date of delivery endorsed thereon by me, to **Michael Orta** at the address of **James E. Rudder Bldg., 1019 Brazos, Austin, Travis County, TX 78701** as **Authorized Agent** for **John Scott, Secretary of State**, and informed said person of the contents therein.

My name is Dane Ray Cuppett, my date of birth is 10/9/1984 and my address is 604 West 9th Street, Suite B, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct.
Executed in Travis County, Texas.

Subscribed and sworn to before me on the 19th day of November, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane Ray Cuppett
PSC-7114, Exp. 10/31/23
11/19/2021
Date

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2021012397
Ref: TX State Conference of the NAACP