UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and JOHN SCOTT, *in his official capacity as Secretary of State of Texas*,<br>    *Defendants*. | § § § § § § § § § § § § | Case No. 3:21-cv-259-DCG-JES-JVB<br>[Lead Case] |
| DAMON JAMES WILSON,<br>    *Plaintiff*,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br>    *Defendants*. | § § § § § § § § | Case No. 1:21-cv-943-RP-JES-JVB<br>[Consolidated Case] |

## EXHIBIT A

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INMATE INFORMATION DETAILS
FOR DAMON JAMES WILSON (TDCJ NO. 1865939)

    Home | Intranet | Contact   Select Language ▼



# Texas Department of Criminal Justice

*"...to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime."*

- Home
- Information for Victims
- Career Opportunities
- Inmate Information
- Find a Facility

Return to Search Results

## Inmate Information Details

**SID Number:** 05608188

**TDCJ Number:** 01865939

**Name:** WILSON,DAMON JAMES

**Race:** W

**Gender:** M

**Age:** 42

**Maximum Sentence Date:** 2031-02-01

**Current Facility:** JESTER III

**Projected Release Date:** 2031-02-01

**Parole Eligibility Date:** 2015-01-06

**Inmate Visitation Eligible:** YES

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

### SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**
Inmate is not scheduled for release at this time.

**Scheduled Release Type:**
Will be determined when release date is scheduled.

**Scheduled Release Location:**
Will be determined when release date is scheduled.

Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1998-10-08 | FAILURE TO REG AS A SEX OFFENDER | 2000-03-22 | DALLAS | F9929277RH | 2-00-00 |
| 1996-04-26 | SEX ASLT | 2001-02-01 | DENTON | F-96-0495-A | 4-00-00 |
| 2005-03-25 | POSS C/S:METH 1-4 GRAMS | 2005-10-07 | TARRANT | 0979941D | 5-00-00 |
| 2005-03-02 | VIOL PROT ORDER-BI 2 OR MORE | 2005-10-07 | TARRANT | 0976926D | 5-00-00 |
| 2005-03-02 | ROBBERY CAUSING BOD INJ | 2005-10-07 | TARRANT | 0971808D | 5-00-00 |
| 2013-02-01 | ASLT BI FAM VIOLENCE ENH 2ND | 2013-06-06 | DALLAS | F-1330651-U | 18-00-00 |

Return to Search Results

*The Texas Department of Criminal Justice updates this information regularly to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an inmate.*

*For questions and comments, you may contact the Texas Department of Criminal Justice, at (936) 295-6371 or webadmin@tdcj.texas.gov. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.*

New Inmate Search

Employee Resources | Report Waste, Fraud and Abuse of TDCJ Resources | State Energy Savings Program | TDCJ Intranet | Site Policies | Texas Correctional Industries | TexasOnline | Texas Veterans Portal | Texas Homeland Security | TRAIL Statewide Search | Adobe Reader

Texas Department of Criminal Justice | PO Box 99 | Huntsville, Texas 77342-0099 | (936) 295-6371