## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and JOHN SCOTT, *in his official capacity as Secretary of State of Texas*,<br>    *Defendants*. | § § § § § § § § § § § § | Case No. 3:21-cv-259-DCG-JES-JVB<br>[Lead Case] |
| DAMON JAMES WILSON,<br>    *Plaintiff*,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br>    *Defendants*. | § § § § § § § § | Case No. 1:21-cv-943-RP-JES-JVB<br>[Consolidated Case] |

## EXHIBIT B

**DAMON JAMES WILSON JUDGMENT OF CONVICTION**



VOL 611 PAGE 694

CASE NO. F-1330651-U
INCIDENT NO./TRN: 9214978956

| THE STATE OF TEXAS | § | IN THE 291st JUDICIAL DISTRICT |
| --- | --- | --- |
| v. | § § § | COURT |
| DAMON JAMES WILSON | § § | DALLAS COUNTY, TEXAS |
| STATE ID NO.: TX05608188 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. Susan Hawk | Date Judgment Entered: | 6/6/2013 |
| --- | --- | --- | --- |
| Attorney for State: | Trey Stock | Attorney for Defendant: | Sherrod J. Edwards |

Offense for which Defendant Convicted:
**ASSAULT BODILY INJURY FAMILY VIOLENCE ENHANCE 2ND**

| Charging Instrument: | Statute for Offense: |
| --- | --- |
| INDICTMENT | 22.02 Penal Code |

Date of Offense:
**2/1/2013**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
| --- | --- | --- |
| 3RD DEGREE FELONY | GUILTY | N/A |

Terms of Plea Bargain:
**OPEN**

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
| --- | --- | --- | --- |
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |
| Date Sentence Imposed: | 6/6/2013 | Date Sentence to Commence: | 6/6/2013 |
| Punishment and Place of Confinement: | 18 YEARS INSTITUTIONAL DIVISION, TDCJ | | |

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
| --- | --- | --- | --- |
| $ 2000.00 | $ 244.00 | $ N/A | (see below) ☐ AGENCY/AGENT ☐ VICTIM |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
| --- | --- |
| | From **2/1/2013** to **6/6/2013**   From   to   From   to |
| | From   to   From   to   From   to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A** DAYS   NOTES: **N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Dallas County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court **FINDS** Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ**. The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY**. The Court **ORDERS** Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court **ORDERS** Defendant's sentence **EXECUTED**.

☐ The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED**. The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

Signed and entered on June 6, 2013

X _____
Susan Hawk
JUDGE PRESIDING

Clerk: J HOLLINGSWORTH

*Thumbprint Certification attached.



| | |
|---|---|
| THE STATE OF TEXAS | CAUSE NO. F __1330651__ -U |
| VS. | 291st  DISTRICT COURT<br>JUDICIAL |
| __DAMON JAMES WILSON__ | DALLAS COUNTY, TEXAS |

## ORDER TO WITHDRAW FUNDS

TO: INMATE TRUST ACCOUNT, TEXAS DEPARTMENT OF CRIMINAL JUSTICE

COPY TO: __DAMON JAMES WILSON__
TDCJ# _____    SID# __05608188_____

**GREETINGS:**
THE ABOVE named Texas Department of Criminal Justice offender has of this date been assessed court costs, fees, and/or fines in the District Court of Dallas County, Texas, in the above entitled and numbered cause in accordance with the sentence imposed as reflected in the judgment attached to this Order. The Court finds that the offender is unable to pay the court costs, fees, and/or fines on this date and that the funds should be withdrawn from the Offender's Inmate Trust Account. Court costs, fees, and/or fines have been incurred as represented in the attached judgment in the amount of $(**244.00**) for court fees and costs, and $(**2000.00**) in fines.

THE COURT ORDERS that payment be made out of the Offender's Inmate Trust Account as follows:
Pay an initial amount equal to the lesser of:
    (1)    15% of the account balance up to and including $100, plus 25% of any portion of the account balance that is between $100.01 and $500 inclusive, plus 50% of any portion of the account balance that is more than $500; or
    (2)    The total amount court costs, fees, and/or fines that remains unpaid.
In each month following payment of the initial amount, payment shall be made out of the Offender's Inmate Trust Account in an amount equal to the lesser of:
    (1)    10% of each month's deposit in the Offender's Inmate Trust Account; or
    (2)    The total amount of court costs, fees, and/or fines that remains unpaid.
Payments are to continue until the total amount of court costs, fees, and/or fines are paid in full or the offender is released from confinement.

IT IS FURTHER ORDERED that payments for court fees, court costs, and fines shall not be withdrawn pursuant to this order until all orders which the department has been notified of requiring an inmate to pay child support, restitution, and/or reimbursement to the Health and Human Services Commission for financial assistance to a child of the inmate for the child's health needs under Chapter 31 of the Human Resources Code have been paid in full.

The department (Inmate Trust Account) shall withdraw money from the trust account of the offender, hold same in a separate account, and shall forward said money to the Dallas County District Clerk on the earlier of the following dates:
    (1)    Monthly;
    (2)    The date the total amount to be forwarded equals the total amount which remains unpaid; or
    (3)    The date the offender is released.

The Court enters this order pursuant to Texas Government Code §501.014 this (06/) day of (June), (2013).

_____
**JUDGE PRESIDING**

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

THE STATE OF TEXAS

VS.

Damon Wilson

CAUSE NO. F 13-30651

291st DISTRICT COURT

DALLAS COUNTY, TEXAS

**RIGHT THUMB**

DEFENDANT'S ___R___ HAND

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS __6__ DAY OF ~~May~~ June, 20 __13__.

_____
BAILIFF/DEPUTY SHERIFF

*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:

_____ LEFT THUMBPRINT     _____ LEFT/RIGHT INDEX FINGER

_____ OTHER, _____

SIGNED AND ENTERED ON THIS __06__ DAY OF __June__, 20__13__.

_____
Susan Hawk
PRESIDING JUDGE