# EXHIBIT 1

```
                     IN THE UNITED STATES DISTRICT COURT
                      FOR THE WESTERN DISTRICT OF TEXAS
                             SAN ANTONIO DIVISION


LA UNION DEL PUEBLO ENTERO,         .
ET AL,                              .
                                    .
            PLAINTIFFS,             .
       vs.                          . DOCKET NO. 5:21-CV-844-XR
                                    .
GREGORY W. ABBOTT, ET AL,           .
                                    .
            DEFENDANTS.             .


              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                BEFORE THE HONORABLE XAVIER RODRIGUEZ
                     UNITED STATES DISTRICT JUDGE
                          NOVEMBER 16, 2021




APPEARANCES:
FOR THE PLAINTIFFS:       SEAN MORALES DOYLE, ESQUIRE
                          BRENNAN CENTER FOR JUSTICE
                          120 BROADWAY
                          SUITE 1750
                          NEW YORK, NY 10271


                          UZOMA NKWONTA, ESQUIRE
                          ELIAS LAW GROUP LLP
                          10 G STREET NE, SUITE 600
                          WASHINGTON DC 20002
```

```
 1                          JENNIFER HOLMES, ESQUIRE
                            NAACP LEGAL DEFENSE & EDUCATIONAL
 2                          FUND INC
                            40 RECTOR STREET, FIFTH FLOOR
 3                          NEW YORK NY 10006

 4

 5                          RYAN V. COX, ESQUIRE
                            TEXAS CIVIL RIGHTS PROJECT
 6                          2911 N. MAIN AVENUE
                            SAN ANTONIO TX 78212
 7

 8                          WENDY J. OLSON, ESQUIRE
                            STOEL RIVES LLP
 9                          101 S. CAPITOL BLVD, SUITE 1900
                            BOISE ID 83702
10

11                          DANIEL JOSHUA FREEMAN, ESQUIRE
                            U.S. DEPARTMENT OF JUSTICE
12                          950 PENNSYLVANIA AVENUE
                            4CON 8.143
13                          WASHINGTON DC 20530

14

15                          LIA SIFUENTES DAVIS, ESQUIRE
                            DISABILITY RIGHTS TEXAS
16                          2222 WEST BRAKER LANE
                            AUSTIN TX 78758
17

18
     FOR THE DEFENDANTS:    PATRICK SWEETEN, ESQUIRE
19                          WILLIAM THOMAS THOMPSON, ESQUIRE
                            TEXAS ATTORNEY GENERAL
20                          P.O. BOX 12548
                            MC 009
21                          AUSTIN TX 78711

22

23                          CHAD ENNIS, ESQUIRE
                            TEXAS PUBLIC POLICY FOUNDATION
24                          901 CONGRESS AVENUE
                            AUSTIN TX 78701
25
```

```
 1
 2   REPORTED BY:            GIGI SIMCOX, RMR, CRR
                             OFFICIAL COURT REPORTER
 3                           UNITED STATES DISTRICT COURT
                             SAN ANTONIO, TEXAS
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  THE COURT: So all the plaintiffs have heard that,
2 whether you want to try to amend in light of that. I'm not
3 saying you have to, but again, I'm trying to get us to the
4 merits without more motion to dismiss diversions.
5  And so if you want to rely just on your existing
6 allegations, that may or may not meet the Fifth Circuit. I'll
7 hear the State's -- or I'll see whether or not the State's
8 arguments about how the Fifth Circuit was not well-informed,
9 but this is easily curable by you-all just adding more
10 sentences to your amended complaint is what I'm trying to
11 emphasize.
12  Next one. In the motion to dismiss the defense are
13 asserting that there's no private cause of action under
14 Section 2 of the Voting Rights Act.
15  So I'm assuming this is another hard one for
16 Mr. Thompson?
17  MR. SWEETEN: Your Honor, anything on the motions to
18 dismiss is Mr. Thompson today. Thank you.
19  THE COURT: So, Mr. Thompson, so in Shelby County the
20 chief justice talked about injunctive relief is available in
21 appropriate places to block voting laws from going into
22 effect. And the chief justice said both the federal
23 government and individuals have sued to enforce Section 2.
24  It sure appears that the chief justice believes
25 there's a private cause of action.

1  MR. THOMPSON: I have to respectfully disagree, Your
2 Honor.  I think the chief justice was actually very careful to
3 say that they "have" sued, not that it was "proper" for them
4 to have sued.
5  Just a few months ago Justice Gorsuch flagged --
6  THE COURT: We're not talking about Justice Gorsuch
7 and his -- that's all -- we're not going there.
8  We're talking about what a majority opinion held.
9  MR. THOMPSON: Well, then, Your Honor, I'll point out
10 that in the majority opinion from the Supreme Court they have
11 consistently said things like, "We assume without deciding
12 that Section 2 creates a private cause of action," which they
13 are able to do because it's not a jurisdictional requirement.
14  There is no holding from the majority of the United
15 States Supreme Court saying that there is, in fact, a private
16 cause of action under Section 2.
17  THE COURT: I disagree.  That part of the motion to
18 dismiss is denied.
19  With regard to defendants asserting there's no
20 private cause of action under Section 208 of the Voting Rights
21 Act.  So, Mr. Thompson, 52 U.S.C., Section 10302 says,
22 "Whenever the Attorney General or an aggrieved person
23 institutes a proceeding," so how is there no private cause of
24 action?
25  MR. THOMPSON: Sure.

```
 1  unreasonable, but if you start arguing that, you know,
 2  everything can be disposed of by summary judgment, well, you
 3  know, that's not going to help me either.
 4          And so, I mean, for example intentional
 5  discrimination.  You can't tee that up by summary judgment
 6  without discovery, just as an example.
 7          And so you-all continue to meet and confer to figure
 8  out what, if any, discrete issues are solely legal issues and
 9  that I can take up earlier rather than later.
10          MR. SWEETEN:  Yes, Your Honor.
11          THE COURT:  Anybody else?
12          Okay.  We'll meet again.
13          Thank you.
14          (Concludes proceedings.)
15                            -o0o-
16     I certify that the foregoing is a correct transcript from
17  the record of proceedings in the above-entitled matter.  I
18  further certify that the transcript fees and format comply
19  with those prescribed by the Court and the Judicial Conference
20  of the United States.
21
22  Date:  11/19/2021        /s/  Gigi Simcox
                             United States Court Reporter
23                           655 East Cesar E. Chavez Boulevard
                             San Antonio TX 78206
24                           Telephone:  (210)244-5037
25
```