UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United American Citizens, et al.

vs.                                                             Case No.:  3:21-cv-00259

Abbott, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Neil Steiner, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Texas State Conference of the NAACP in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Dechert LLP with offices at:

    Mailing address: 1095 Avenue of the Americas

    City, State, Zip Code: New York, NY 10036

    Telephone: (212) 698-3500          Facsimile: (212) 698-3599

2. Since March 17, 1998, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 2888162.

3. Applicant has been admitted to practice before the following courts:

    Court:                                  Admission date:

    See addendum.

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ____ day of _____, _____.
   Number: _____ on the ____ day of _____, _____.
   Number: _____ on the ____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Lindsey Cohan

Mailing address: Dechert LLP, 515 Congress Avenue, Suite 1400

City, State, Zip Code: Austin, TX 78701

Telephone: (512) 394-3000

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Neil Steiner to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Neil Steiner
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 29th day of November, 2021.

Neil Steiner
[printed name of Applicant]

[signature of Applicant]

**Neil Steiner, Motion for Admission *Pro Hac Vice* Addendum**

3. Applicant has been admitted to practice before the following courts:

| Name of State or Federal Bar | State Bar Number | Admission Date | In Good Standing |
|---|---|---|---|
| New York | 2888162 | March 17, 1998 | Yes |
| U.S. Court of Appeals for the Second Circuit | | January 2007 | Yes |
| U.S. Court of Appeals for the Fifth Circuit | | January 2021 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | | June 2007 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | | June 2014 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | | March 2013 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | | June 2016 | Yes |
| U.S. District Court for the Southern District of New York | | June 1998 | Yes |
| U.S. District Court for the Eastern District of New York | | December 1998 | Yes |
| U.S. District Court for the Northern District of New York | | November 2000 | Yes |
| U.S. District Court for the Eastern District of Michigan | | September 2003 | Yes |
| U.S. District Court for the Eastern District of Wisconsin | | February 2012 | Yes |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United American Citizens, et al.

vs.                                                              Case No.: 3:21-cv-00259

Abbott, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Neil Steiner, counsel for Texas State Conference of the NAACP, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Neil Steiner may appear on behalf of Texas State Conference of the in the above case.

IT IS FURTHER ORDERED that Neil Steiner, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of November, 20 21.

_____
UNITED STATES DISTRICT JUDGE