UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United American Citizens, et al.

vs.  Case No.: 3:21-cv-00259

Abbott, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Brian Raphel, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent the Texas State Conference of the NAACP in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Dechert LLP with offices at:

    Mailing address: 1095 Avenue of the Americas

    City, State, Zip Code: New York, NY 10036

    Telephone: 212-641-5692    Facsimile: 212-698-3599

2. Since November 22, 2011, Applicant has been and presently is a member of and in good standing with the Bar of the State of New Jersey. Applicant's bar license number is 022492011.

3. Applicant has been admitted to practice before the following courts:

    Court: See attached Exhibit A

    Admission date:

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Lindsey Cohan

Mailing address: Dechert LLP, 515 Congress Avenue, Suite 1400

City, State, Zip Code: Austin, TX 78701

Telephone: 512-394-3027

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Brian Raphel to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Brian Raphel
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 1st day of December, 2021.

Brian Raphel
[printed name of Applicant]

[signature of Applicant]

**EXHIBIT A**

| Court | Date Admitted |
|---|---|
| New Jersey State | 11/21/2011 |
| Philadelphia State | 10/21/2011 |
| California State | 12/04/2013 |
| Northern District of California | 06/09/2014 |
| Ninth Circuit Court of Appeals | 05/31/2017 |
| New York State | 03/19/2018 |
| Southern District of New York | 07/03/2018 |
| Second Circuit Court of Appeals | 08/10/2018 |
| Eastern District of New York | 10/22/2019 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United American Citizens, et al.

vs.                                    Case No.: 3:21-cv-00259
Abbott, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Brian Raphel, counsel for the Texas State Conference of the NAACP, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Brian Raphel may appear on behalf of the Texas State Conference of the in the above case.

IT IS FURTHER ORDERED that Brian Raphel, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE