**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

To: Brian Raphel
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
3:21-cv-259-DCG; Text Order Pro HacVici

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0170 0001 4228 0015