UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 1:21-cv-00991 <br> [Consolidated Case] |

**DEFENDANTS' MOTION FOR EXTENSION**

For the reasons explained in their Response to the Brooks Plaintiffs' Motion for Preliminary Injunction Hearing, *see* ECF 52, Defendants respectfully request an extension on their deadline to respond to Plaintiffs' preliminary-injunction motion. *See* ECF 39. Specifically, Defendants request:

(1) That Defendants' obligation to respond to Plaintiffs' motion be held in abeyance, and that, at the December 7 status conference, the Court establish a uniform schedule for discovery, briefing, and argument on the Brooks Plaintiffs' motion, as well as any other forthcoming preliminary-injunction motions; or in the alterative;

(2) That Defendants' deadline to respond to Plaintiffs' motion be extended from December 8, 2021 to December 22.

1

| | |
|---|---|
| Date: December 1, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Patrick K. Sweeten |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| BRENT WEBSTER | patrick.sweeten@oag.texas.gov |
| First Assistant Attorney General | Tex. State Bar No. 00798537 |
| | |
| | WILLIAM T. THOMPSON |
| OFFICE OF THE ATTORNEY GENERAL | Deputy Chief, Special Litigation Unit |
| P.O. Box 12548 (MC-009) | will.thompson@oag.texas.gov |
| Austin, Texas 78711-2548 | Tex. State Bar No. 24088531 |
| Tel.: (512) 463-2100 | |
| Fax: (512) 457-4410 | **COUNSEL FOR DEFENDANTS** |

### CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with opposing counsel with respect to this motion shortly before filing. I was unable to reach opposing counsel. It can be assumed that the Brooks Plaintiffs oppose this motion because they have also filed a motion for expedited consideration, which is directly inconsistent with the relief Defendants seek here.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 1, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN