UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 1:21-cv-00991 <br> [Consolidated Case] |

**ORDER**

Before the Court is Defendants' Motion for Extension. ECF 53. The Court has considered the motion and is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion for Extension is GRANTED. Their obligation to respond to the Brooks Plaintiffs' Motion for a Preliminary Injunction, ECF 39, is HELD IN ABEYANCE until the Court issues a subsequent scheduling order on the instant preliminary-injunction motion, and any other similar motions.

DATE:_____

_____
UNITED STATES DISTRICT JUDGE
On behalf of the Three-Judge Panel