**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage
$

Kenneth Parreno
Mexican American Legal Defense
& Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205
3:21-cv-259-DCG; Text Order granting ProHacVici

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions