UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas,* JOSE A. ESPARZA, *in his official capacity as Deputy Secretary of the State of Texas,*<br><br>*Defendants.* | § § § § § § § § § § § § § § § § | EP-21-CV-00259-DCG-JES-JVB<br>[Lead Case] |
| ROY CHARLES BROOKS, FELIPE GUTIERREZ, *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas,* **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas,*<br><br>*Defendants.* | § § § § § § § § § § § § § § | Case No. 1:21-CV-00991-LY-JES-JVB<br>[Consolidated Case] |

### ORDER GRANTING MOTION TO HOLD IN ABEYANCE THE OBLIGATION TO RESPOND TO THE BROOKS PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Before the Court is Defendants Greg Abbott and John Scott's "Motion for Extension" (ECF No. 53), filed on December 1, 2021. Therein, Defendants request that the Court hold in abeyance their obligation to respond to the Brooks Plaintiffs' motion for a preliminary injunction

- 2 -

until the Court sets a discovery, briefing, and argument schedule. Having considered the Defendants' Motion for Extension, the Court issues the following order:

**IT IS ORDERED** that Defendants Greg Abbott and John Scott's "Motion for Extension" (ECF No. 53) is **GRANTED**. Defendants' obligation to respond to the Brooks Plaintiffs' "Motion for a Preliminary Injunction as to Senate District 10" (ECF No. 39) is **HELD IN ABEYANCE** until the Court issues a scheduling order on the preliminary injunction motion, and any other similar motions.

**So ORDERED and SIGNED** on this 2nd day of December 2021 on behalf of the **Three-Judge Panel.**

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE