# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| DAMON JAMES WILSON, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § | Case No. 1:21-cv-00943 <br> [Consolidated Case] |
| VOTO LATINO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JOHN SCOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § | Case No. 1:21-cv-00965 <br> [Consolidated Case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, <br><br> *Plaintiff,* <br><br> v. <br><br> THE STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § | Case No. 1:21-cv-00988 <br> [Consolidated Case] |

| | | |
|---|---|---|
| ROY CHARLES BROOKS, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 1:21-cv-00991 |
| v. | § | [Consolidated Case] |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| TEXAS STATE CONFERENCE OF THE NAACP, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 1:21-cv-01006 |
| v. | § | [Consolidated Case] |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 1:21-cv-01038 |
| v. | § | [Consolidated Case] |
| | § | |
| GREG ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## JOINT PROPOSED AGENDA
## FOR STATUS CONFERENCE

Pursuant to the Court's order of November 22, 2021, *see* ECF 25, the parties have discussed a proposed agenda for the December 7, 2012 status conference in El Paso. The parties believe the following issues should be discussed at the conference. The discussion proposals are indicated as being requested by Plaintiffs, Defendants, or both parties.

1. Schedule for motions and briefing. *See* ECF 25 at 1.

2. Schedule for discovery. *Id.*

3. Estimates on the length of any trial(s) that might occur. *Id.*

4.  Proposed date(s) for any trial(s) that might occur (Plaintiffs' request).

5.  Briefing schedule specifically for any motions for preliminary injunction and date(s) for PI hearing(s) (Plaintiffs' request).

6.  The parties' availability for hearings by zoom for the convenience of the Court. (Plaintiffs' request).

7.  Setting a deadline for the Plaintiffs to provide an enumerated list of districts for which they seek preliminary injunctive relief. (Defendants' request).

8.  Setting a deadline for the Plaintiffs to identify any alternative plans they propose to utilize in any evidentiary hearing. (Defendants' request).

9.  Setting a schedule for the parties to conduct discovery related to any preliminary injunction motions. (Defendants' request).

Date: December 2, 2021

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General


OFFICE OF THE ATTORNEY
GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410

Respectfully submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
patrick.sweeten@oag.texas.gov
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
will.thompson@oag.texas.gov
Tex. State Bar No. 24088531

**COUNSEL FOR DEFENDANTS**


## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for each of the plaintiff groups with respect to this joint proposed agenda. Each of the plaintiff groups agreed to this filing.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN


## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (viaCM/ECF) on December 2, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN