# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and JOHN SCOTT, *in his official capacity as Secretary of State of Texas*,<br>　　*Defendants*. | § § § § § § § § § § § § | Case No. 3:21-cv-259-DCG-JES-JVB<br>[Lead Case] |
| DAMON JAMES WILSON,<br>　　*Plaintiff*,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br>　　*Defendants*. | § § § § § § § § | Case No. 1:21-cv-943-RP-JES-JVB<br>[Consolidated Case] |
| VOTO LATINO, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>JOHN SCOTT, *in his official capacity as Secretary of State of Texas*, and GREG ABBOTT, *in his official capacity as Governor of the State of Texas*,<br>　　*Defendants*. | § § § § § § § § § § § | Case No. 1:21-cv-965-RP-JES-JVB<br>[Consolidated Case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS,<br>　　*Plaintiff*,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br>　　*Defendants*. | § § § § § § § § § | Case No. 1:21-cv-988-RP-JES-JVB<br>[Consolidated Case] |

| | | |
|---|---|---|
| ROY CHARLES BROOKS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and JOHN SCOTT, *in his official capacity as Secretary of State of Texas*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cv-991-LY-JES-JVB<br>[Consolidated Case] |
| TEXAS STATE CONFERENCE OF THE NAACP,<br>    *Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and JOHN SCOTT, *in his official capacity as Secretary of State of Texas*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cv-1006-RP-JES-JVB<br>[Consolidated Case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, and JOHN SCOTT, *in his official capacity as Secretary of State of Texas*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cv-1038-RP-JES-JVB<br>[Consolidated Case] |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants the State of Texas; Greg Abbott in his official capacity as Governor of Texas; and John Scott, in his official capacity as Secretary of State of Texas file this Notice of Appearance of Counsel and hereby notify the Court that Eric A. Hudson, will appear as counsel in the above-captioned lead case along with counsel listed below. Mr. Hudson is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

> Eric A. Hudson
> Tex. State Bar No. 24059977
> P.O. Box 12548 (MC-009)
> Austin, Texas 78711-2548
> Tel.: (512) 294-9891
> Fax: (512) 457-4410
> eric.hudson@oag.texas.gov

| | |
|---|---|
| Date: December 3, 2021 | Respectfully submitted. |
| | |
| KEN PAXTON | PATRICK K. SWEETEN |
| Attorney General of Texas | Deputy Attorney General for Special Litigation |
| | Tex. State Bar No. 00798537 |
| BRENT WEBSTER | Southern District Bar No. 1829509 |
| First Assistant Attorney General | |
| | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | Southern District Bar No. 3053077 |
| | |
| | */s/ Eric A. Hudson* |
| | ERIC A. HUDSON |
| | Senior Special Counsel |
| | Tex. State Bar No. 24059977 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |
| | eric.hudson@oag.texas.gov |

COUNSEL FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 3, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Eric A. Hudson*
ERIC A. HUDSON