UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *in his official capacity as Governor of the State of Texas, et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | EP-21-CV-00259-DCG-JES-JVB <br> [Lead Case] |
| DAMON JAMES WILSON, *for himself and on behalf of all others similarly situated,* <br><br> *Plaintiffs,* <br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 1:21-CV-00943-RP-JES-JVB <br> [Consolidated Case] |
| VOTO LATINO, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> JOHN SCOTT, *in his official capacity as Texas Secretary of State, et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 1:21-CV-00965-RP-JES-JVB <br> [Consolidated Case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, *Texas House of Representatives,* <br><br> *Plaintiff,* <br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 1:21-CV-00988-RP-JES-JVB <br> [Consolidated Case] |

| | | |
|---|---|---|
| **ROY CHARLES BROOKS,** *et al.,* <br><br> *Plaintiffs,* <br> **v.** <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas, et al.* <br><br> *Defendants.* | § § § § § § § § § § § § | **Case No. 1:21-CV-00991-LY-JES-JVB** <br> **[Consolidated Case]** |
| **TEXAS STATE CONFERENCE OF THE NAACP,** <br><br> *Plaintiff,* <br> **v.** <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas, et al.,* <br><br> *Defendants.* | § § § § § § § § § § § § | **Case No. 1:21-CV-01006-RP-JES-JVB** <br> **[Consolidated Case]** |
| **FAIR MAPS TEXAS ACTION COMMITTEE,** *et al.,* <br><br> *Plaintiffs,* <br> **v.** <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas, et al.,* <br><br> *Defendants.* | § § § § § § § § § § § § | **Case No. 1:21-CV-01038-RP-JES-JVB** <br> **[Consolidated Case]** |

## NOTICE TO ALL PARTIES

Prior to beginning his clerkship, and prior to the filing of any of these cases, my law clerk, Patrick Hynds, participated in conversations with some of the lawyers representing some of the plaintiffs in this action. Those conversations took place before this case was filed and were not about this case or Texas redistricting.

At that time, Mr. Hynds was an associate attorney at Hogan Lovells US LLP in Washington, DC. Mr. Hynds participated in conference calls to discuss possible pro bono work. The conversations were general and about the potential for collaboration on voting rights projects. Mr. Hynds did not engage in any pro bono work for these organizations as a result of those conversations.

*[signature]*
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE