UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, et al.,

*Plaintiffs*,

V.

**GREG ABBOTT,** in his Official Capacity as Governor of the State Texas; et al.,

*Defendants;*

No. EP:21-cv-259-DCG-JES-JVB
[Lead Case]

---

**DAMON JAMES WILSON**, for himself and on behalf of all others similarly situated,

*Plaintiff*,

V.

**THE STATE OF TEXAS**; et al.,

*Defendants*

No. 1:21-cv-00943-RP-JES-JVB
[Consolidated Case]

### ORDER

On this day came on to be considered in the above captioned and numbered cause *Plaintiff Wilson's Objection and Request for Reconsideration of Order of Dismissal Based on Lack of Standing*. The Court, having carefully considered the objection, is of the opinion that the objection is well-taken and should be, and therefore is hereby, **GRANTED**. Accordingly, the Court's order dismissing Plaintiff's original complaint (ECF N. 63) is hereby **VACATED**.

**IT IS SO ORDERED**.

**SIGNED** this ____ day of _____, 2021.

1

2

_____
HON. JERRY E. SMITH
U.S. CIRCUIT JUDGE

_____
HON. DAVID C. GUADERRAMA
U.S. DISTRICT JUDGE

_____
HON. JEFFREY V. BROWN
U.S. DISTRICT JUDGE