UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,** *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **JOSE A. ESPARZA,** *in his official capacity as Deputy Secretary of the State of Texas*, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § | **EP-21-CV-00259-DCG-JES-JVB** <br> **[Lead Case]** |
| **ROY CHARLES BROOKS, FELIPE GUTIERREZ,** *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*, <br><br> *Defendants.* | § § § § § § § § § § § § § § | **Case No. 1:21-CV-00991-LY-JES-JVB** <br> **[Consolidated Case]** |

### ORDER SETTING BRIEFING SCHEDULE FOR
### THE BROOKS PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

On November 24, 2021, the Brooks Plaintiffs filed a "Motion for Preliminary Injunction Hearing" (ECF No. 40). Therein, the Brooks Plaintiffs sought an expedited briefing schedule for their "Motion for a Preliminary Injunction as to Senate District 10" (ECF No. 39). Defendants filed a "Response to the Brooks Plaintiffs' Motion for Preliminary Injunction Hearing" (ECF No.

52) on December 1, 2021. Defendants requested that the Court hold in abeyance their obligation to respond to the preliminary injunction motion until the Court established a briefing schedule after the December 7 status conference. ECF No. 52 at 5.

The Court granted Defendants' request on December 2, 2021. ECF No. 56. On December 7, 2021, the Court held a status conference, during which the parties advised the Court of their positions on a briefing schedule for the Brooks Plaintiffs' Motion for Preliminary Injunction as to Senate District 10. Having carefully considered the parties' positions, the Court enters the following orders:

**IT IS ORDERED** that the Court's "Order Granting Motion to Hold in Abeyance the Obligation to Respond to the Brooks Plaintiffs' Motion for a Preliminary Injunction" (ECF No. 56) is **VACATED**.

**IT IS FURTHER ORDERED** that the briefing schedule for the Brooks Plaintiffs' "Motion for Preliminary Injunction as to Senate District 10" (ECF No. 39) is as follows:

- Defendants **SHALL FILE** a response by December 20, 2021.
- The Brooks Plaintiffs **MAY FILE** a reply by December 23, 2021.

So ORDERED and SIGNED on this 7th day of December 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

**Jerry E. Smith**
**United States Circuit Judge**
**U.S. Court of Appeal, Fifth Circuit**

-and-

**Jeffrey V. Brown**
**United States District Judge**
**Southern District of Texas**