IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, <br><br> *Plaintiff*, <br><br> v. <br><br> THE STATE OF TEXAS, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § | Case No. 1:21-cv-00988 <br> [Consolidated Case] |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR MOTION TO DISMISS**

Defendants State of Texas, Greg Abbott, Governor of the State of Texas, in his official capacity, and John Scott, Secretary of State of Texas, in his official capacity, respectfully request an extension of the twenty-page limit set by Local Rule CV-7(c)(2) for their Motion to Dismiss. The State of Texas, Governor, and the Secretary of State seek permission to file a motion that does not exceed 25 pages.

The extension is sought to ensure that the State of Texas, Governor, and the Secretary of State have adequate opportunity to point out the deficiencies in MALC's claims that challenge House, Congressional, and State Board of Education maps.

1

The undersigned counsel consulted with counsel for the Plaintiffs, who have represented that Plaintiffs do not oppose the requested extension.

Based on the foregoing, the State of Texas, Governor, and the Secretary of State respectfully request that their unopposed motion for leave to exceed page limits be granted.

Date: December 7, 2021                                    Respectfully submitted.

KEN PAXTON                                                */s/ Patrick K. Sweeten*
Attorney General of Texas                          PATRICK K. SWEETEN
                                                                       Deputy Attorney General for Special Litigation
BRENT WEBSTER                                        patrick.sweeten@oag.texas.gov
First Assistant Attorney General              Tex. State Bar No. 00798537

                                                                       WILLIAM T. THOMPSON
OFFICE OF THE ATTORNEY GENERAL      Deputy Chief, Special Litigation Unit
P.O. Box 12548 (MC-009)                           will.thompson@oag.texas.gov
Austin, Texas 78711-2548                          Tex. State Bar No. 24088531
Tel.: (512) 463-2100
Fax: (512) 457-4410                                    **COUNSEL FOR STATE DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I certify that on December 7, 2021, I conferred with counsel for Plaintiffs about the foregoing motion and that counsel is unopposed to Defendants' requested extension.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 7, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN