IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, <br><br> *Plaintiff*, <br><br> v. <br><br> THE STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-00988 <br> [Consolidated Case] |

**ORDER**

Now before the Court comes the State of Texas, Governor, Secretary of State's Unopposed Motion for Leave to Exceed Page Limits filed December 7, 2021, regarding their motion to dismiss. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the State of Texas, Governor, and the Secretary of State's Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED, and the State of Texas, Governor, and the Secretary of States may file a motion to dismiss that does not exceed 25 pages.

DATE: _____

_____
SIGNED ON BEHALF OF THREE-JUDGE PANEL