UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas, et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | **EP-21-CV-00259-DCG-JES-JVB** <br> **[Lead Case]** |
| **DAMON JAMES WILSON,** *for himself and on behalf of all others similarly situated,* <br><br> *Plaintiffs*, <br> v. <br><br> **STATE OF TEXAS,** *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | **Case No. 1:21-CV-00943-RP-JES-JVB** <br> **[Consolidated Case]** |
| **VOTO LATINO,** *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **JOHN SCOTT,** *in his official capacity as Texas Secretary of State, et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | **Case No. 1:21-CV-00965-RP-JES-JVB** <br> **[Consolidated Case]** |
| **MEXICAN AMERICAN LEGISLATIVE CAUCUS,** *Texas House of Representatives,* <br><br> *Plaintiff*, <br> v. <br><br> **STATE OF TEXAS,** *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | **Case No. 1:21-CV-00988-RP-JES-JVB** <br> **[Consolidated Case]** |

| | | |
|---|---|---|
| **ROY CHARLES BROOKS,** *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas, et al.* <br><br> *Defendants.* | § § § § § § § § § § § § | **Case No. 1:21-CV-00991-LY-JES-JVB** <br> [Consolidated Case] |
| **TEXAS STATE CONFERENCE OF THE NAACP,** <br><br> *Plaintiff,* <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas, et al.,* <br><br> *Defendants.* | § § § § § § § § § § § § | **Case No. 1:21-CV-01006-RP-JES-JVB** <br> [Consolidated Case] |
| **FAIR MAPS TEXAS ACTION COMMITTEE,** *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas, et al.,* <br><br> *Defendants.* | § § § § § § § § § § § § § | **Case No. 1:21-CV-01038-RP-JES-JVB** <br> [Consolidated Case] |

## ORDER REQUIRING PARTIES TO FILE
## A PROPOSED SCHEDULING ORDER

**IT IS HEREBY ORDERED** that all parties shall confer, under Federal Rule of Civil Procedure 26(f) and Local Court Rule CV-16(c), and file a proposed scheduling order for the Court's consideration by **December 15, 2021**. The proposed scheduling order must include dates for the items listed below. To the extent the parties cannot reach an agreement on proposed

dates—though they should make every effort to do so—the parties shall provide their respective desired dates.

**Preliminary Injunction Schedule**

1. All motions for a preliminary injunction shall be filed by _____. Responses to a motion for preliminary injunction are due ___ days after such a motion is filed. Replies are due ___ days after the deadline to file a response.

2. If the parties intend on calling expert witnesses at a preliminary injunction hearing, then all parties asserting claims for relief shall **FILE** their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall **SERVE** on all parties, but not file the material required by Federal Rule of Civil Procedure 26(a)(2)(B) by _____. Parties resisting claims for relief shall **FILE** their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall **SERVE** on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by _____. All designations of rebuttal experts shall be **FILED** no later than _____.

3. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion specifically stating the basis for the objection and identifying the objectionable testimony, not later than ____ days of receipt of the written report of the expert's proposed testimony, or not later than ____ days of the expert's deposition, if a deposition is taken, whichever is later.

4. The parties shall complete all discovery related to motions for a preliminary injunction by _____.

**Trial Schedule**

1. The parties shall conduct their Rule 26(f) conference no later than _____.

2. Initial disclosures required by Rule 26(a) shall be exchanged no later than _____.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by _____.

4. All parties asserting claims for relief shall **FILE** their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall **SERVE** on all parties, but not file the material required by Federal Rule of Civil Procedure 26(a)(2)(B) by _____. Parties resisting claims for relief shall **FILE** their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall **SERVE** on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by _____. All designations of rebuttal experts shall be **FILED** no later than _____.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion specifically stating the basis for the objection and identifying the objectionable testimony, not later than ____ days of receipt of the written report of the expert's proposed testimony, or not later than ____ days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before _____. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than _____. Responses to dispositive motions shall be due no later than _____.

So ORDERED and SIGNED on this 8th day of December 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith                           Jeffrey V. Brown
United States Circuit Judge    -and-    United States District Judge
U.S. Court of Appeal, Fifth Circuit      Southern District of Texas