**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § | |
| *Plaintiffs*, | § | |
| v. | § § | **EP-21-CV-00259-DCG-JES-JVB** |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | **[Lead Case]** |
| *Defendants.* | § § § | |

| | | |
|---|---|---|
| **ROY CHARLES BROOKS**, *et al.*, | § § | |
| *Plaintiffs*, | § | |
| v. | § § | **Case No. 1:21-CV-00991-LY-JES-JVB** |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.* | § § § | **[Consolidated Case]** |
| *Defendants.* | § § § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

Before the Court are the Brooks Plaintiffs' "Motion for a Preliminary Injunction as to Senate District 10" (ECF No. 39) and "Motion for Preliminary Injunction Hearing" (ECF No. 40). The Court concludes that the Brooks Plaintiffs' preliminary injunction motion should be set for a hearing.

Accordingly, **IT IS ORDERED** that the Brooks Plaintiffs' "Motion for Preliminary Injunction Hearing" (ECF No. 40) is **GRANTED**, except that the requested briefing schedule is **DENIED**. The briefing schedule was set by the Court in its December 7, 2021 "Order Setting Briefing Schedule for the Brooks Plaintiffs' Motion for a Preliminary Injunction" (ECF No. 70).

- 1 -

**IT IS FURTHER ORDERED** that the Brooks Plaintiffs' "Motion for a Preliminary Injunction as to Senate District 10" (ECF No. 39) is set for a hearing before the Three-Judge Court on **January 25, 2022 at 9:00 a.m.** in Courtroom Number 812, on the Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

**So ORDERED and SIGNED on this 8th day of December 2021.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeal, Fifth Circuit** | | **Southern District of Texas** |