**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

BRIAN RAPHEL, DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036
3:21-CV-259-DCG, DOCs 70, 75, &77

7020 1810 0000 7144 9228 9400 (vertical tracking number)

PS Form 3800, April 2015 PSN 7530-02-000-9047    See reverse for...