UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GREG ABBOTT, *in his official capacity as Governor of the State of Texas, et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § | EP-21-CV-00259-DCG-JES-JVB <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br> v. <br><br> STATE OF TEXAS and JOHN SCOTT, *in his official capacity as Secretary of the State of Texas*, <br><br> *Defendants*. | § § § § § § § § § § § § § | Case No. 3:21-CV-00299-DCG-JES-JVB <br> [Consolidated Case] |

## ORDER CONSOLIDATING CASE

The Three-Judge Panel has reviewed the pleadings in the above referenced cases and finds that they are before the same court; that the cases share common defendants; that the cases share common questions of law and fact; that consolidation will conserve judicial resources and best serve the interests of all parties and witnesses; and that the cases are at similar stages of litigation.

**IT IS THEREFORE ORDERED** that for all purposes *United States v. Texas*, No. 3:21-CV-00299 (W.D. Tex.) is **CONSOLIDATED** with *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.) under Federal Rule of Civil Procedure 42(a)(2).

**IT IS FURTHER ORDERED** that the United States shall comply with the Court's "Order Requiring Parties to File a Proposed Scheduling Order" (ECF No. 75), filed in *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.).

So ORDERED and SIGNED on this 10th day of December 2021.

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith**<br>**United States Circuit Judge**<br>**U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown**<br>**United States District Judge**<br>**Southern District of Texas** |