UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, et. al., | )( |
| *Plaintiffs* | )( |
| Eddie Bernice Johnson, Sheila Jackson-Lee and Alexander Green, | )( |
| *Plaintiff-Intervenors* | )( |
| v. | )(  Case No.: EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| GREG ABBOTT, in his official capacity As Governor of Texas, et. al. | )( |
| *Defendants* | )( |

## ORDER ON MOTION TO INTERVENE BY EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE , ALEXANDER GREEN AND JASMINE CROCKETT AS PLAINTIFF-INTERVENORS

There is before this Court Plaintiff-Intervenors', Congresspersons Eddie Bernice Johnson, Sheila Jackson Lee and Alexander Green's Motion to Intervene. This Court is of the view that the Motion is well taken and Congresspersons Eddie Bernice Johnson, Sheila Jackson Lee, Alexander Green and Voter Jasmine Crockett should be permitted to intervene and fully participate as parties in this litigation.

IT IS SO ORDERED ON THIS THE _____ OF DECEMBER 2021.

_____
JUDGE DAVID GUADERRAMA
UNITED STATES DISTRICT JUDGE