UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, ***et al.***, <br><br> *Defendants*. | § § § § § § § § § § § § | **EP-21-CV-00259-DCG-JES-JVB** <br> **[Lead Case]** |
| **TREY MARTINEZ FISCHER,** <br><br> *Plaintiff*, <br> v. <br><br> **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, **and JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*, <br><br> *Defendants*. | § § § § § § § § § § § § § | **Case No. 3:21-CV-00306-DCG-JES-JVB** <br> **[Consolidated Case]** |

### ORDER CONSOLIDATING CASE

The Three-Judge Court has reviewed the pleadings in the above referenced cases and finds that they are before the same court; that the cases share common defendants; that the cases share common questions of law and fact; that consolidation will conserve judicial resources and best serve the interests of all parties and witnesses; and that the cases are at similar stages of litigation.

**IT IS THEREFORE ORDERED** that for all purposes *Fischer v. Abbott*, No. 3:21-CV-00306 (W.D. Tex.) is **CONSOLIDATED** with *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.) under Federal Rule of Civil Procedure 42(a)(2).

**IT IS FURTHER ORDERED** that Plaintiff Trey Martinez Fischer shall comply with the Court's "Order Requiring Parties to File a Proposed Scheduling Order" (ECF No. 75), filed in *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.).

**So ORDERED and SIGNED on this 15th day of December 2021.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |