# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| VOTO LATINO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHN SCOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 1:21-cv-00965 <br> [Consolidated Case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE STATE OF TEXAS, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § | Case No. 1:21-cv-00988 <br> [Consolidated Case] |
| ROY CHARLES BROOKS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § | Case No. 1:21-cv-00991 <br> [Consolidated Case] |

| | | |
|---|---|---|
| TEXAS STATE CONFERENCE OF THE NAACP,<br><br>    *Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>    *Defendants.* | § § § § § § § § § § § | Case No. 1:21-cv-01006<br>[Consolidated Case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>    *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-01038<br>[Consolidated Case] |
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE STATE OF TEXAS, *et al.*,<br><br>    *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299<br>[Consolidated Case] |

## ORDER

It is **HEREBY ORDERED** that the following dates will govern the schedule of these consolidated cases.

**Preliminary Injunction Schedule**

1. All motions for a preliminary injunction shall be filed by 12/13/21. Responses to a motion for preliminary injunction are due 12/20/21. Replies are due 12/23/21.

2. If the parties intend on calling expert witnesses at a preliminary injunction hearing, then all parties asserting claims for relief shall FILE their designation of potential witnesses,

designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the material required by Federal Rule of Civil Procedure 26(a)(2)(B) by 01/7/22. Parties resisting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by 01/14/22. All designations of rebuttal experts shall be FILED no later than 01/19/22.

3. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony, or not later than 7 days of the expert's deposition, if a deposition is taken, whichever is later.

4. The parties shall complete all discovery related to motions for a preliminary injunction by 01/21/22. For purposes of the preliminary injunction hearing scheduled on January 25, 2022, the Brooks Plaintiffs and the State Defendants agree to deposition limitations of 5 depositions per side during the discovery period outlined above and no written discovery for purposes of the preliminary injunction, other than subpoenas to third parties. The parties agree that if necessary due to significant scheduling impediments, that depositions in lieu of live testimony for unavailable witnesses may be taken by agreement and reasonable advance notice between January 19 and January 24

**Trial Schedule**

1. The parties shall conduct their Rule 26(f) conference no later than 01/07/2022.

2. Initial disclosures required by Rule 26(a) shall be exchanged no later than 01/21/2022.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by 05/02/2022.

4. All parties asserting claims for relief shall FILE their designation of testifying experts and shall SERVE on all parties, but not file the material required by Federal Rule of Civil Procedure 26(a)(2)(B) by 06/06/2022. Parties resisting claims for relief shall FILE their designation of testifying experts and shall SERVE on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by 07/22/2022. All designations of rebuttal experts and rebuttal reports shall be FILED no later than 08/05/2022.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion specifically stating the basis for the objection and identifying the objectionable testimony, no later than 08/15/2022. Any responses to objections shall be FILED no later than 09/19/2022.

6. The parties shall complete all discovery on or before 08/19/2022. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than 08/29/2022. Responses to dispositive motions shall be due no later than 09/19/2022. Replies in support of dispositive motions shall be due no later than 10/03/2022.

8. The parties will exchange their designations of "may call" and "will call" witnesses and lists of proposed exhibits and exhibits no later than two weeks before the start of trial.

9. The final pretrial conference will take place on November 9, 2021. Trial will begin the next day, November 10, 2021.

**SO ORDERED.**

DATE:_____

_____
UNITED STATES DISTRICT JUDGE
Signed on behalf of the Three Judge Panel