| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12/13/21 |
| 1. Article Addressed to:<br><br>Kenneth Parreno<br>KENNETH PARRENO<br>Mexican Amer. Legal Defense & Education Fund<br>110 Broadway #300<br>San Antono, TX 78205<br>21-CV-259-DCG, DOCs 70,75,&77 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br><br>Certified Mail<br>RECEIVED<br>DEC 16 2021<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY D.T. DEPUTY CLERK<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™<br>☐ Insured Mail  ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7020 1810 0001 9928 0053 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                    Domestic Return Receipt