UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *et al.,* | § § | |
| *Defendants.* | § | |
| ROY CHARLES BROOKS, *et al.* | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 1:21-cv-00988 [Consolidated Case] |
| GREG ABBOTT, *et al.,* | § § | |
| *Defendants.* | § | |

**STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**

State Defendants, Greg Abbott, in his official capacity as Governor of Texas, and John Scott, in his official capacity as Secretary of State, file this Unopposed Motion for Extension of Time to File a Reply in support of their Motion to Dismiss and show the Court the following:

1. On November 29, 2021, State Defendants filed their Motion to Dismiss (ECF No. 43), and the *Brooks* Plaintiffs filed their Opposition (ECF No. 84) on December 13, 2021.

2. Pursuant to Local Rule 7(E)(2), State Defendants' Reply in support of their Motion to Dismiss is due December 20, 2021, as is their Response to the Motion for Preliminary Injunction.

3. State Defendants are seeking an extension up to and including December 29, 2021, for their Reply in support of their Motion to Dismiss. State Defendants will file their Response to the

Motion for Preliminary Injunction on December 20, 2021, pursuant to the briefing schedule (ECF 70 at 2).

4. On December 19, 2021, the undersigned conferred with counsel for the *Brooks* Plaintiffs concerning this request. Plaintiffs' counsel agreed to the requested extension.

5. State Defendants respectfully request that the Court grant an extension of the current deadline to file their Reply in support of their Motion to Dismiss up to and including December 29, 2021.

6. This motion is not presented for purposes of delay and will not prejudice any party to this litigation.

Date: December 20, 2021

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

**Counsel for State Defendants**

### CERTIFICATE OF CONFERENCE

I hereby certify that on December 19, 2021, I conferred with Chad Dunn, counsel for Plaintiffs, via email regarding this Motion. Plaintiffs agreed to the requested extension.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by electronic notification through ECF by the United States District Court, Western District of Texas, El Paso Division, on December 20, 2021, to counsel of record.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN