# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* § § § § *Plaintiffs,* § V. § GREG ABBOTT, *et al.*, § § *Defendants.* § | | Case No. 3:21-cv-00259 [Lead Case] |
| ROY CHARLES BROOKS, *et al.* § § *Plaintiffs,* § V. § § GREG ABBOTT, *et al.*, § § *Defendants.* § | | Case No. 1:21-cv-00988 [Consolidated Case] |

## ORDER

Now pending before the Court is State Defendants' Gregg Abbott, in his official capacity as Governor of Texas, and John Scott, in his official capacity as Secretary of State, Unopposed Motion for Extension of Time to File a Reply in Support of Motion to Dismiss. After considering the Motion and all other matters properly before the Court, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that State Defendants' Unopposed Motion for Extension of Time to File a Reply in Support of Motion to Dismiss is hereby GRANTED. The deadline for State Defendants to file a Reply in Support of their Motion to Dismiss is extended to December 29, 2021.

SIGNED this _____ day of _____, 2021.

2

_____
UNITED STATES DISTRICT JUDGE

2