UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § § § § § § § § § | |
| *Plaintiffs*, | | Case No. 3:21-cv-0259 [Lead Case] |
| v. | | |
| GREG ABBOTT, *et al.*, | | |
| *Defendants*. | | |

**STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

State Defendants, Greg Abbott, in his official capacity as Governor of Texas, and John Scott, in his official capacity as Secretary of State, file this Unopposed Motion for Extension of Time to File Response to Plaintiffs' Amended Complaint and show the Court the following:

1. On December 7, 2021, the *LULAC* Plaintiffs filed a First Amended Complaint (ECF No. 69).

2. Pursuant to Federal Rule of Civil Procedure 15(a)(3), State Defendants' deadline to respond to the *LULAC* Plaintiffs' First Amended Complaint is December 21, 2021.

3. State Defendants respectfully request that the Court extend their deadline to respond to the *LULAC* Plaintiffs' First Amended Complaint up to and including January 3, 2022.

4. On December 19, 2021, the undersigned conferred with counsel for the *LULAC* Plaintiffs concerning this request. Plaintiffs do not oppose the requested extension.

5. This motion is not presented for purposes of delay and will not prejudice any party to this litigation.

| | |
|---|---|
| Date: December 20, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | */s/ Patrick K. Sweeten*<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov |
| | **Counsel for State Defendants** |

### CERTIFICATE OF CONFERENCE

I hereby certify that on December 19, 2021, I conferred with Nina Perales, counsel for Plaintiffs, via email regarding this Motion. Plaintiffs do not oppose the requested extension.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by electronic notification through ECF by the United States District Court, Western District of Texas, El Paso Division, on December 20, 2021, to counsel of record.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN