UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICANCITIZENS, *et al.*, | § § § § § § § § § § § § | |
| *Plaintiffs*, | | Case No. 3:21-cv-00259 [Lead Case] |
| v. | | |
| GREG ABBOTT, *et al.*, | | |
| *Defendants*. | | |

**ORDER**

Now pending before the Court is State Defendants' Gregg Abbott, in his official capacity as Governor of Texas, and John Scott, in his official capacity as Secretary of State, Unopposed Motion for Extension of Time to File Response to Plaintiffs' Amended Complaint. After considering the Motion and all other matters properly before the Court, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that State Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Amended Complaint is hereby GRANTED. The deadline for State Defendants to respond to Plaintiffs' First Amended Complaint is extended to January 3, 2022.

SIGNED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE