# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF
# TEXAS EL PASO DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, | § § § § | Civil Action |
| Plaintiffs | § § | |
| v. | § § § | Case No. 21-cv-259-DCG-JES-JVB |
| STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity, and JOHN SCOTT, SECRETARY OF STATE OF TEXAS, in his official capacity | § § § § § § § | |
| Defendants | § | |

## PLAINTIFF MALC'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Mexican American Legislative Caucus ("MALC") files this Unopposed Motion for Extension of Time to File a Response to Defendants' Motion to Dismiss and show the Court the following:

1.      On  December 9, 2021,  the State Defendants filed a Motion to Dismiss against Plaintiff. *See* Docket Entry No. 80.

2.      Pursuant to Local Rule 7(D)(2), Plaintiff MALC's Response in opposition to Defendants' Motion to Dismiss is due December 23, 2021.

3.      Plaintiff MALC is seeking an extension up to and including January 7, 2022, for its Response in opposition to the Motion to Dismiss.

4.      On December 17 and 19, 2021, the undersigned conferred with counsel for the State Defendants concerning the request. Defense counsel agreed to the requested extension.

5.      Plaintiff MALC respectfully requests that the Court grant an extension of the current

deadline to file their Response to Defendants' Motion to Dismiss up to and including January 7, 2022.

6.    The motion is not presented for purposes of delay and will not prejudice any party to this litigation.

Dated:  December 20, 2021.

Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA &GEISLER, L.L.P.

*/s/ Sean J. McCaffity*

_____
George (Tex) Quesada
State Bar No. **16427750**
Email:  quesada@textrial.com

Sean J. McCaffity
State Bar No. 24013122
Email:  smccaffity@textrial.com

3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas  75219-4461
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

-and-

Joaquin Gonzalez
Texas Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX  78228
jgonzalez@malc.org

***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Response to Motion to Consolidate was filed

and served via CM/ECF electronic service on December 20, 2021 to all counsel of record.


*/s/ Sean J. McCaffity*

_____