IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* <br><br> *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.* <br><br> *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § | Case No. 1:21-cv-00988 <br> [Consolidated Case] |

**STATE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR RESPONSE TO THE MOTION FOR PRELIMINARY INJUNCTION**

Greg Abbott, Governor of the State of Texas, in his official capacity, and John Scott, Secretary of State of Texas, in his official capacity, respectfully request an extension of the twenty-page limit set by Local Rule CV-7(d)(3) for their Response to the Motion for Preliminary Injunction (ECF 39). The Governor and the Secretary of State seek permission to file a motion that does not exceed 50 pages.

The extension is sought to ensure that the Governor and the Secretary of State have adequate opportunity to point out the ramifications of a preliminary injunction.

The undersigned counsel consulted with counsel for the Plaintiffs, who have represented that Plaintiffs do not oppose the requested extension.

Based on the foregoing, the Governor and the Secretary of State respectfully request that their

1

unopposed motion for leave to exceed page limits be granted.

Date: December 20, 2021                     Respectfully submitted.

KEN PAXTON                                  */s/ Patrick K. Sweeten*
Attorney General of Texas                   PATRICK K. SWEETEN
                                            Deputy Attorney General for Special Litigation
BRENT WEBSTER                               patrick.sweeten@oag.texas.gov
First Assistant Attorney General            Tex. State Bar No. 00798537

                                            WILLIAM T. THOMPSON
OFFICE OF THE ATTORNEY GENERAL              Deputy Chief, Special Litigation Unit
P.O. Box 12548 (MC-009)                     will.thompson@oag.texas.gov
Austin, Texas 78711-2548                    Tex. State Bar No. 24088531
Tel.: (512) 463-2100
Fax: (512) 457-4410                         **COUNSEL FOR STATE DEFENDANTS**


### CERTIFICATE OF CONFERENCE

I certify that on December 20, 2021, I conferred with counsel for Plaintiffs about the foregoing motion and that counsel is unopposed to Defendants' requested extension.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 20, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN