# IN THE UNITED STATES DISTRICT COURTWESTERN DISTRICT OF TEXAS EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* | §<br>§<br>§ | |
| *Plaintiffs,*<br>V. | §<br>§<br>§ | Case No. 3:21-cv-00259<br>[Lead Case] |
| GREG ABBOTT, *et al.,* | §<br>§<br>§ | |
| *Defendants.* | § | |
| ROY CHARLES BROOKS, *et al.* | §<br>§ | |
| *Plaintiffs,*<br>V. | §<br>§<br>§ | |
| | §<br>§ | Case No. 1:21-cv-00988<br>[Consolidated Case] |
| GREG ABBOTT, *et al.,* | §<br>§ | |
| *Defendants.* | § | |

## ORDER

Now before the Court comes the Governor and Secretary of State's Unopposed Motionfor Leave to Exceed Page Limits filed December 20, 2021, regarding the Motion for Preliminary Injunction. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Governor and the Secretary of State's Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED. The Governor and theSecretary of States may file a response that does not exceed 50 pages.

DATE: _____

_____
SIGNED ON BEHALF OF THREE-JUDGE PANEL