IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 1:21-cv-00991 <br> [Consolidated Case] |

**ORDER ON STATE DEFENDANTS' OBJECTIONS
TO THE BROOKS PLAINTIFFS' PRELIMINARY-INJUNCTION EXHIBITS**

As indicated in this chart, the State Defendants' objections to the Brooks Plaintiffs' exhibits to their motion for a preliminary injunction are (1) sustained, and the evidence therefore struck and excluded from the record, or (2) overruled:

| Exhibit No. | Description | Sustained | Overruled |
|---|---|---|---|
| 1 | Declaration of Kel Seliger, ¶¶ 7–8 | | |
| | *Id.* ¶ 9 | | |
| | *Id.* ¶ 10 | | |
| | *Id.* ¶ 12 | | |
| 2 | Declaration of Beverly Powell, ¶¶ 10, 12 | | |
| | *Id.* ¶ 14 | | |
| 3 | Declaration of Garry Jones, ¶ 14 | | |
| | *Id.* ¶ 14–15 | | |

| Exhibit No. | Description | Sustained | Overruled |
|---|---|---|---|
| 3-E | September 16, 2021, email from Garry Jones | | |
| 3-G | September 18, 2021, email to all Senators | | |
| 3-J | Agenda of Sept. 24, 2021, Redistricting Committee Meeting | | |
| 3-K | September 16, 2021, Powell letter | | |
| 3-L 3-M | Emails to House members | | |
| 4 4-A | Rick Svatora declaration and handwritten notes | | |
| 5 | Chris Turner declaration, ¶¶ 5–9 | | |
| | ¶¶ 7–8, 10–11 | | |
| | ¶¶ 7, 9 | | |
| 6 6-A–C | Mark Graber declaration and 2017 emails | | |
| 6-D | Greg Abbott April 18, 2013, letter to Redistricting chairmen | | |
| 6-E–H | 2013 Senate proceedings | | |
| 7 | Declaration of Matt Barreto | | |

Signed on _____, 202\_, at El Paso, Texas.

David C. Guaderrama, United States District Judge
On behalf of the three-judge panel