UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § § | **EP-21-CV-00259-DCG-JES-JVB** <br> **[Lead Case]** |
| **ROY CHARLES BROOKS**, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.* <br><br> *Defendants*. | § § § § § § § § § § § § § | **Case No. 1:21-CV-00991-LY-JES-JVB** <br> **[Consolidated Case]** |

## ORDER

The Court takes under advisement the State Defendants' "Objections to the Brooks Plaintiffs' Preliminary-Injunction Exhibits" (ECF No. 103) and will carry the objections with the motion for preliminary injunction. The *Brooks* Plaintiffs are permitted to tender a response to the objections in the meantime.

**So ORDERED and SIGNED on this  21st  day of December 2021.**

- 2 -

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |