IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:21-cv-259<br>(DCG-JES-JVB)<br>(consolidated cases) |

**[PROPOSED] ORDER AMENDING THE SCHEDULING ORDER**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and upon consideration of the United States' Motion to Amend the Scheduling Order and Memorandum in Support, this Court GRANTS the Motion to Amend the Scheduling Order.

This case is now set for TRIAL before the Three-Judge Court on September 28, 2022, at 9:00 a.m. in Courtroom number 812, on the Eighth Floor of the United States Courthouse, 525 Magoffin Ave., El Paso, Texas. The Court is blocking out the weeks of September 28 and October 3, with the exception of October 5, for trial in the event they are needed. The Court is additionally blocking out the days of _____ and _____ in the event they are needed.

SO ORDERED.

Date: _____

_____
THE HONORABLE DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

And on behalf of:

| | | |
|---|---|---|
| HON. JERRY E. SMITH | | HON. JEFFREY V. BROWN |
| UNITED STATES CIRCUIT JUDGE | -and- | UNITED STATES DISTRICT JUDGE |
| U.S. COURT OF APPEALS, FIFTH CIRCUIT | | SOUTHERN DISTRICT OF TEXAS |