UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants.* | Case No.1-21-CV-00991-DCG-JES-JVB <br> [Consolidated Case] |

**[PROPOSED] ORDER GRANTING *BROOKS* PLAINTIFFS' MOTION TO ENLARGE PAGE LIMTIS**

Upon consideration of *Brooks* Plaintiffs' Motion for Leave to Enlarge Page Limits, being advised of the premises for seeking such Motion, it is hereby ORDERED that the Motion is GRANTED.

Signed this __th day of December, 2021

_____
The Honorable Judge David C. Guaderrama
United States District Court for the Western District of Texas