# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.: EP-21-CV-00259-DCG-JES-JVB<br>[Lead Case] |

### INDEX OF EXHIBITS TO *BROOKS* PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION AS TO SENATE DISTRICT 10

| Exhibit No. | Description |
|---|---|
| 44 | Declaration of Matt Barreto |
| 45 | Plan S2168 and S2100 Population Overlap Report |
| 46 | Alternative Plan 3 Maps |
| 47 | Alternative Plan 3 Population Data |
| 48 | Alternative Plan 3 ACS Data |
| 49 | Alternative Plan 3 2018 Election Data |
| 50 | Alternative Plan 3 2020 Election Data |
| 51 | Alternative Plan 3 Incumbents by District |
| 52 | Alternative Plan 3 Population Overlap with Plan S2168 |
| 53 | Alternative Plan 3 Population Overlap with Plan S2100 |
| 54 | Alternative Plan 4 Maps |
| 55 | Alternative Plan 4 Population Data |
| 56 | Alternative Plan 4 ACS Data |
| 57 | Alternative Plan 4 2018 Election Data |
| 58 | Alternative Plan 4 2020 Election Data |
| 59 | Alternative Plan 4 Incumbents by District |
| 60 | Alternative Plan 4 Population Overlap with Plan S2168 |
| 61 | Alternative Plan 4 Population Overlap with Plan S2100 |