# EXHIBIT 45

Red-340T
Data: 2020 Census
PLANS2168  10/04/2021 7:41:53 PM
PLANS2100  08/02/2021 4:30:06 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-3   Filed 12/23/21   Page 2 of 6

Texas Legislative Council
12/23/21 9:04 AM
Page 1 of 5

## Plan Overlap Population Analysis

### SENATE DISTRICTS
### PLANS2168 Compared with PLANS2100
### 2020 General Election

| PLANS2168 | PLANS2100 | | Total Population and Percentages | | | | | | Voting Age Population and Percentages | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| 1 | | 923,466 | 62.9 | 37.1 | 1.5 | 17.1 | 15.9 | 32.6 | 707,486 | 66.3 | 33.7 | 1.4 | 16.3 | 13.2 | 29.3 | 595,773 | 5.6 % | 397,597 | 66.7 % |
| | 1 | 91.6 % | 845,787 | 61.9 | 38.1 | 1.5 | 18.0 | 16.1 | 33.6 | 647,407 | 65.4 | 34.6 | 1.4 | 17.1 | 13.3 | 30.2 | 545,787 | 5.6 % | 363,881 | 66.7 % |
| | 2 | 8.4 % | 77,679 | 73.6 | 26.4 | 1.0 | 7.6 | 14.3 | 21.6 | 60,079 | 76.4 | 23.6 | 1.0 | 7.2 | 11.9 | 19.0 | 49,986 | 5.4 % | 33,716 | 67.5 % |
| 2 | | 957,994 | 47.9 | 52.1 | 8.1 | 14.3 | 28.0 | 41.6 | 720,516 | 51.6 | 48.4 | 8.4 | 13.2 | 24.6 | 37.5 | 555,847 | 12.9 % | 389,464 | 70.1 % |
| | 2 | 48.9 % | 468,515 | 51.8 | 48.2 | 4.2 | 14.5 | 27.5 | 41.4 | 343,636 | 56.0 | 44.0 | 4.1 | 13.3 | 24.2 | 37.2 | 272,359 | 12.4 % | 189,709 | 69.7 % |
| | 8 | 14.7 % | 141,156 | 50.0 | 50.0 | 18.6 | 14.0 | 15.8 | 29.3 | 115,116 | 52.1 | 47.9 | 18.5 | 13.2 | 14.3 | 27.1 | 85,038 | 7.4 % | 63,228 | 74.4 % |
| | 16 | 22.9 % | 219,623 | 36.3 | 63.7 | 14.0 | 15.1 | 33.6 | 48.1 | 166,756 | 39.9 | 60.1 | 14.3 | 14.1 | 30.2 | 43.9 | 124,526 | 15.8 % | 87,154 | 70.0 % |
| | 22 | 13.4 % | 128,700 | 50.9 | 49.1 | 1.2 | 12.3 | 33.2 | 44.9 | 95,008 | 55.6 | 44.4 | 1.0 | 11.6 | 28.9 | 40.2 | 73,924 | 16.3 % | 49,373 | 66.8 % |
| 3 | | 962,222 | 60.8 | 39.2 | 1.8 | 17.7 | 17.6 | 34.9 | 742,444 | 64.0 | 36.0 | 1.7 | 16.9 | 15.1 | 31.8 | 601,131 | 6.7 % | 394,623 | 65.6 % |
| | 3 | 79.7 % | 766,819 | 66.3 | 33.7 | 1.1 | 13.1 | 17.0 | 29.8 | 592,809 | 69.3 | 30.7 | 1.0 | 12.6 | 14.5 | 26.9 | 487,926 | 6.5 % | 321,626 | 65.9 % |
| | 4 | 20.3 % | 195,403 | 39.1 | 60.9 | 4.7 | 35.7 | 19.9 | 54.8 | 149,635 | 42.8 | 57.2 | 4.5 | 34.0 | 17.6 | 51.2 | 113,205 | 7.9 % | 72,997 | 64.5 % |
| 4 | | 954,803 | 51.6 | 48.4 | 4.5 | 13.5 | 28.6 | 41.4 | 705,215 | 55.4 | 44.6 | 4.4 | 12.7 | 25.4 | 37.7 | 571,445 | 13.2 % | 402,734 | 70.5 % |
| | 3 | 8.7 % | 82,949 | 70.7 | 29.3 | 1.4 | 4.9 | 20.1 | 24.7 | 63,797 | 74.6 | 25.4 | 1.3 | 4.2 | 16.8 | 20.8 | 54,532 | 8.0 % | 42,076 | 77.2 % |
| | 4 | 72.5 % | 691,827 | 55.5 | 44.5 | 4.7 | 10.2 | 27.6 | 37.2 | 508,838 | 59.2 | 40.8 | 4.5 | 9.7 | 24.4 | 33.7 | 417,780 | 12.1 % | 296,226 | 70.9 % |
| | 7 | 14.9 % | 142,144 | 28.4 | 71.6 | 5.9 | 30.6 | 34.7 | 64.0 | 105,294 | 32.4 | 67.6 | 6.2 | 28.6 | 31.9 | 59.6 | 80,134 | 19.9 % | 52,436 | 65.4 % |
| | 15 | 4.0 % | 37,883 | 24.7 | 75.3 | 2.9 | 28.8 | 42.9 | 70.4 | 27,286 | 28.5 | 71.5 | 3.2 | 27.9 | 39.1 | 66.1 | 18,999 | 24.5 % | 11,996 | 63.1 % |
| 5 | | 931,924 | 54.6 | 45.4 | 5.4 | 11.5 | 27.1 | 37.7 | 719,288 | 58.2 | 41.8 | 5.1 | 10.8 | 24.0 | 34.3 | 545,293 | 13.6 % | 392,864 | 72.0 % |
| | 3 | 2.9 % | 27,402 | 70.0 | 30.0 | 0.6 | 8.8 | 17.6 | 26.1 | 21,447 | 73.3 | 26.7 | 0.6 | 8.5 | 14.4 | 22.6 | 18,913 | 6.3 % | 12,640 | 66.8 % |
| | 5 | 86.6 % | 807,306 | 54.9 | 45.1 | 6.0 | 12.1 | 25.5 | 36.8 | 624,814 | 58.4 | 41.6 | 5.7 | 11.3 | 22.8 | 33.6 | 474,432 | 13.4 % | 343,277 | 72.4 % |
| | 14 | 10.4 % | 97,216 | 47.1 | 52.9 | 1.3 | 7.1 | 42.7 | 49.1 | 73,027 | 52.4 | 47.6 | 1.2 | 6.8 | 37.1 | 43.6 | 51,948 | 18.3 % | 36,947 | 71.1 % |
| 6 | | 959,881 | 10.6 | 89.4 | 2.7 | 15.3 | 71.7 | 86.0 | 688,613 | 12.6 | 87.4 | 3.0 | 15.2 | 69.1 | 83.6 | 400,541 | 52.5 % | 220,853 | 55.1 % |
| | 6 | 85.7 % | 822,209 | 9.5 | 90.5 | 2.7 | 13.5 | 74.7 | 87.2 | 589,218 | 11.3 | 88.7 | 2.9 | 13.4 | 72.3 | 85.1 | 339,485 | 56.1 % | 183,959 | 54.2 % |
| | 11 | 4.3 % | 41,010 | 26.3 | 73.7 | 4.3 | 9.5 | 59.3 | 67.9 | 30,214 | 31.0 | 69.0 | 4.3 | 8.9 | 54.6 | 63.0 | 17,828 | 38.1 % | 10,794 | 60.5 % |
| | 13 | 0.5 % | 4,705 | 41.0 | 59.0 | 9.6 | 24.9 | 23.1 | 47.1 | 4,284 | 42.6 | 57.4 | 9.3 | 24.0 | 22.4 | 45.6 | 3,288 | 13.4 % | 2,316 | 70.4 % |
| | 15 | 9.6 % | 91,957 | 11.7 | 88.3 | 2.4 | 33.8 | 52.6 | 85.1 | 64,897 | 14.0 | 86.0 | 2.6 | 33.7 | 49.7 | 82.5 | 39,940 | 31.6 % | 23,784 | 59.5 % |
| 7 | | 954,011 | 43.3 | 56.7 | 10.4 | 14.5 | 30.8 | 44.4 | 699,363 | 46.3 | 53.7 | 10.4 | 13.4 | 28.5 | 41.3 | 561,480 | 16.4 % | 407,737 | 72.6 % |
| | 4 | 9.8 % | 93,568 | 61.0 | 39.0 | 5.6 | 5.1 | 25.8 | 30.5 | 67,424 | 64.6 | 35.4 | 5.0 | 4.6 | 23.0 | 27.4 | 55,528 | 10.8 % | 41,597 | 74.9 % |
| | 7 | 80.7 % | 769,931 | 42.9 | 57.1 | 11.0 | 15.0 | 30.2 | 44.3 | 566,094 | 45.9 | 54.1 | 11.0 | 13.9 | 27.9 | 41.1 | 459,844 | 16.2 % | 334,474 | 72.7 % |
| | 17 | 8.1 % | 77,265 | 28.4 | 71.6 | 10.1 | 19.9 | 41.6 | 60.0 | 56,845 | 31.0 | 69.0 | 10.3 | 18.3 | 39.8 | 57.0 | 40,235 | 26.0 % | 27,197 | 67.6 % |
| | 18 | 1.4 % | 13,247 | 29.4 | 70.6 | 9.9 | 22.3 | 38.3 | 59.2 | 9,000 | 32.0 | 68.0 | 10.0 | 21.1 | 36.0 | 56.1 | 5,873 | 22.6 % | 4,469 | 76.1 % |
| 8 | | 963,125 | 54.3 | 45.7 | 15.7 | 11.1 | 16.8 | 27.4 | 709,248 | 57.6 | 42.4 | 14.9 | 10.2 | 14.9 | 24.8 | 594,687 | 7.9 % | 446,952 | 75.2 % |
| | 2 | 11.6 % | 112,120 | 67.5 | 32.5 | 1.5 | 8.7 | 18.5 | 26.8 | 85,789 | 71.1 | 28.9 | 1.4 | 8.2 | 15.2 | 23.3 | 67,596 | 7.2 % | 44,850 | 66.4 % |
| | 8 | 66.7 % | 642,029 | 49.6 | 50.4 | 21.4 | 11.8 | 15.5 | 26.8 | 478,387 | 53.1 | 46.9 | 20.1 | 10.8 | 14.0 | 24.5 | 402,521 | 7.6 % | 305,297 | 75.8 % |
| | 30 | 21.7 % | 208,976 | 61.5 | 38.5 | 5.7 | 10.5 | 19.6 | 29.6 | 145,072 | 64.8 | 35.2 | 5.4 | 9.5 | 17.4 | 26.6 | 124,570 | 9.1 % | 96,805 | 77.7 % |
| 9 | | 964,126 | 50.4 | 49.6 | 7.0 | 11.9 | 28.9 | 40.1 | 718,725 | 54.2 | 45.8 | 6.7 | 10.8 | 26.0 | 36.4 | 561,750 | 15.4 % | 389,167 | 69.3 % |
| | 9 | 50.4 % | 485,520 | 52.1 | 47.9 | 9.0 | 12.8 | 24.0 | 36.1 | 359,486 | 55.9 | 44.1 | 8.7 | 11.6 | 21.4 | 32.5 | 290,215 | 12.2 % | 204,138 | 70.3 % |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for
all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

Red-340T
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM
PLANS2100 08/02/2021 4:30:06 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-3   Filed 12/23/21   Page 3 of 6

Texas Legislative Council
12/23/21 9:04 AM
Page 2 of 5

## Plan Overlap Population Analysis

### SENATE DISTRICTS
### PLANS2168 Compared with PLANS2100
### 2020 General Election

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PLANS2168 | PLANS2100 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| | 10 | 23.3 % | 224,371 | 39.2 | 60.8 | 5.5 | 12.6 | 41.6 | 53.5 | 171,115 | 43.3 | 56.7 | 5.4 | 12.2 | 37.7 | 49.4 | 119,178 | 23.0 % | 79,694 | 66.9 % |
| | 12 | 26.4 % | 254,235 | 56.9 | 43.1 | 4.3 | 9.5 | 27.2 | 35.9 | 188,124 | 60.9 | 39.1 | 4.1 | 8.2 | 24.1 | 31.9 | 152,357 | 15.6 % | 105,335 | 69.1 % |
| 10 | | | 935,869 | 49.0 | 51.0 | 3.4 | 17.7 | 28.2 | 45.2 | 699,912 | 53.3 | 46.7 | 3.3 | 16.6 | 24.7 | 40.9 | 552,451 | 13.1 % | 375,982 | 68.1 % |
| | 9 | 0.1 % | 1,169 | 39.6 | 60.4 | 2.1 | 25.7 | 34.0 | 57.8 | 957 | 45.7 | 54.3 | 1.9 | 22.9 | 30.3 | 51.4 | 447 | 10.5 % | 220 | 49.2 % |
| | 10 | 59.7 % | 558,335 | 36.7 | 63.3 | 4.7 | 25.1 | 32.6 | 56.9 | 415,860 | 41.3 | 58.7 | 4.6 | 23.9 | 28.8 | 52.2 | 320,039 | 15.3 % | 216,350 | 67.6 % |
| | 12 | 4.5 % | 42,370 | 38.0 | 62.0 | 2.5 | 27.0 | 31.6 | 57.6 | 31,387 | 43.3 | 56.7 | 2.5 | 24.9 | 27.8 | 52.1 | 21,426 | 13.7 % | 13,101 | 61.1 % |
| | 22 | 19.2 % | 179,927 | 66.3 | 33.7 | 1.6 | 4.9 | 23.7 | 28.2 | 133,965 | 69.9 | 30.1 | 1.5 | 4.3 | 20.5 | 24.6 | 106,212 | 11.2 % | 72,440 | 68.2 % |
| | 24 | 5.5 % | 51,803 | 73.8 | 26.2 | 0.9 | 4.2 | 18.4 | 22.1 | 40,574 | 76.8 | 23.2 | 0.9 | 3.5 | 15.8 | 19.0 | 33,546 | 10.5 % | 22,893 | 68.2 % |
| | 28 | 1.3 % | 12,206 | 72.7 | 27.3 | 1.0 | 3.1 | 21.0 | 23.7 | 9,489 | 76.0 | 24.0 | 0.8 | 2.8 | 17.8 | 20.4 | 7,972 | 10.6 % | 5,454 | 68.4 % |
| | 30 | 9.6 % | 90,059 | 78.4 | 21.6 | 1.3 | 2.2 | 14.6 | 16.6 | 67,680 | 81.1 | 18.9 | 1.2 | 1.8 | 12.3 | 14.0 | 62,809 | 6.7 % | 45,524 | 72.5 % |
| 11 | | | 917,878 | 47.5 | 52.5 | 7.5 | 14.1 | 29.6 | 42.9 | 692,970 | 51.0 | 49.0 | 7.3 | 13.2 | 26.6 | 39.4 | 567,495 | 17.4 % | 394,816 | 69.6 % |
| | 6 | 1.3 % | 11,780 | 32.8 | 67.2 | 1.7 | 12.1 | 52.3 | 63.4 | 8,681 | 37.5 | 62.5 | 1.8 | 10.7 | 48.2 | 58.4 | 5,452 | 33.4 % | 3,198 | 58.7 % |
| | 11 | 94.9 % | 870,808 | 48.1 | 51.9 | 7.8 | 13.9 | 28.9 | 42.0 | 658,148 | 51.6 | 48.4 | 7.5 | 13.1 | 26.0 | 38.6 | 545,215 | 17.1 % | 381,046 | 69.9 % |
| | 15 | 3.8 % | 35,290 | 36.7 | 63.3 | 3.1 | 19.2 | 40.3 | 58.3 | 26,141 | 41.6 | 58.4 | 3.2 | 18.0 | 35.8 | 53.0 | 16,828 | 22.8 % | 10,572 | 62.8 % |
| 12 | | | 960,904 | 54.6 | 45.4 | 13.2 | 9.5 | 20.7 | 29.7 | 737,490 | 57.7 | 42.3 | 12.5 | 9.1 | 18.6 | 27.3 | 613,451 | 9.1 % | 461,425 | 75.2 % |
| | 9 | 1.7 % | 15,888 | 74.6 | 25.4 | 8.2 | 4.1 | 10.5 | 14.2 | 12,543 | 77.7 | 22.3 | 7.2 | 3.6 | 8.9 | 12.3 | 12,430 | 5.8 % | 9,950 | 80.0 % |
| | 10 | 4.0 % | 37,963 | 73.0 | 27.0 | 10.9 | 4.2 | 9.3 | 13.2 | 29,891 | 75.8 | 24.2 | 9.7 | 3.8 | 8.1 | 11.6 | 30,551 | 5.5 % | 24,751 | 81.0 % |
| | 12 | 48.8 % | 468,693 | 55.4 | 44.6 | 12.0 | 10.9 | 19.6 | 30.0 | 355,273 | 58.4 | 41.6 | 11.5 | 10.3 | 17.5 | 27.4 | 303,599 | 8.7 % | 227,016 | 74.8 % |
| | 16 | 36.6 % | 351,561 | 46.0 | 54.0 | 18.4 | 10.3 | 24.1 | 33.8 | 274,396 | 49.3 | 50.7 | 17.1 | 10.1 | 22.0 | 31.7 | 209,409 | 10.6 % | 158,446 | 75.7 % |
| | 30 | 9.0 % | 86,799 | 73.1 | 26.9 | 1.0 | 2.0 | 20.1 | 21.9 | 65,387 | 76.4 | 23.6 | 0.9 | 1.7 | 17.1 | 18.6 | 57,462 | 8.8 % | 41,262 | 71.8 % |
| 13 | | | 946,273 | 10.9 | 89.1 | 11.3 | 39.8 | 38.5 | 77.1 | 713,052 | 12.6 | 87.4 | 12.1 | 40.2 | 35.4 | 74.5 | 470,406 | 16.7 % | 290,634 | 61.8 % |
| | 6 | 0.0 % | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0% | 0 | 0.0% |
| | 13 | 91.8 % | 868,614 | 9.7 | 90.3 | 9.4 | 40.9 | 40.6 | 80.2 | 654,991 | 11.4 | 88.6 | 10.3 | 41.4 | 37.2 | 77.6 | 422,268 | 17.5 % | 254,476 | 60.3 % |
| | 17 | 8.2 % | 77,659 | 24.5 | 75.5 | 32.5 | 27.5 | 15.6 | 42.1 | 58,061 | 26.7 | 73.3 | 31.7 | 26.6 | 14.6 | 40.5 | 48,138 | 9.6 % | 36,158 | 75.1 % |
| 14 | | | 956,417 | 48.1 | 51.9 | 10.5 | 10.1 | 30.3 | 39.6 | 758,088 | 51.4 | 48.6 | 10.2 | 9.6 | 27.4 | 36.4 | 651,063 | 14.7 % | 466,795 | 71.7 % |
| | 14 | 89.8 % | 858,986 | 46.7 | 53.3 | 10.6 | 10.8 | 31.0 | 40.9 | 683,577 | 50.2 | 49.8 | 10.3 | 10.2 | 28.0 | 37.5 | 581,053 | 14.7 % | 411,893 | 70.9 % |
| | 21 | 0.8 % | 7,947 | 44.2 | 55.8 | 2.8 | 5.2 | 46.2 | 50.5 | 6,736 | 47.2 | 52.8 | 2.6 | 5.0 | 43.1 | 47.5 | 6,082 | 29.0 % | 4,076 | 67.0 % |
| | 24 | 1.8 % | 17,253 | 64.3 | 35.7 | 9.3 | 3.4 | 21.2 | 24.3 | 14,185 | 66.7 | 33.3 | 8.9 | 3.3 | 19.1 | 22.1 | 12,152 | 9.8 % | 9,362 | 77.0 % |
| | 25 | 7.6 % | 72,231 | 61.2 | 38.8 | 10.2 | 4.1 | 22.8 | 26.3 | 53,590 | 63.6 | 36.4 | 9.3 | 3.9 | 21.1 | 24.7 | 51,776 | 14.0 % | 41,464 | 80.1 % |
| 15 | | | 947,818 | 28.8 | 71.2 | 8.7 | 21.9 | 40.3 | 61.3 | 717,674 | 32.1 | 67.9 | 9.0 | 21.2 | 37.0 | 57.5 | 519,745 | 20.2 % | 355,830 | 68.5 % |
| | 7 | 4.1 % | 38,587 | 27.1 | 72.9 | 12.3 | 21.5 | 38.9 | 59.2 | 29,063 | 30.7 | 69.3 | 12.8 | 19.5 | 36.2 | 54.9 | 21,673 | 24.2 % | 14,328 | 66.1 % |
| | 13 | 2.0 % | 18,518 | 9.6 | 90.4 | 5.8 | 16.3 | 68.7 | 83.8 | 13,453 | 11.0 | 89.0 | 6.4 | 17.3 | 65.4 | 81.8 | 3,907 | 26.8 % | 2,057 | 52.6 % |
| | 15 | 77.7 % | 736,589 | 24.5 | 75.5 | 6.9 | 24.4 | 44.0 | 67.4 | 553,481 | 28.0 | 72.0 | 7.3 | 23.7 | 40.5 | 63.4 | 394,991 | 22.8 % | 263,533 | 66.7 % |
| | 17 | 16.3 % | 154,124 | 51.8 | 48.2 | 16.8 | 10.8 | 19.7 | 29.7 | 121,677 | 53.7 | 46.3 | 15.9 | 10.8 | 18.5 | 28.7 | 99,174 | 8.9 % | 75,912 | 76.5 % |
| 16 | | | 963,453 | 26.6 | 73.4 | 6.7 | 16.8 | 49.3 | 65.4 | 719,947 | 30.7 | 69.3 | 6.9 | 16.4 | 45.1 | 61.0 | 456,342 | 24.7 % | 294,409 | 64.5 % |
| | 2 | 25.3 % | 243,343 | 19.3 | 80.7 | 2.2 | 21.4 | 56.7 | 77.2 | 172,055 | 23.4 | 76.6 | 2.4 | 20.9 | 52.2 | 72.6 | 106,151 | 29.2 % | 62,604 | 59.0 % |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for
all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

65139

Red-340T
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM
PLANS2100 08/02/2021 4:30:06 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-3   Filed 12/23/21   Page 4 of 6

Texas Legislative Council
12/23/21 9:04 AM
Page 3 of 5

Plan Overlap Population Analysis

**SENATE DISTRICTS**
**PLANS2168 Compared with PLANS2100**
**2020 General Election**

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PLANS2168 | PLANS2100 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| | 8 | 9.7 % | 93,862 | 32.8 | 67.2 | 12.3 | 25.1 | 29.1 | 53.6 | 70,639 | 36.2 | 63.8 | 12.6 | 24.2 | 25.9 | 49.7 | 47,873 | 9.6 % | 32,670 | 68.2 % |
| | 9 | 13.1 % | 126,651 | 19.4 | 80.6 | 4.9 | 8.6 | 66.4 | 74.4 | 92,511 | 23.2 | 76.8 | 5.3 | 8.6 | 61.8 | 70.0 | 51,275 | 34.7 % | 31,027 | 60.5 % |
| | 16 | 36.9 % | 355,634 | 39.7 | 60.3 | 11.2 | 16.2 | 32.0 | 47.5 | 279,936 | 43.5 | 56.5 | 10.8 | 15.7 | 28.9 | 44.0 | 187,007 | 13.0 % | 132,794 | 71.0 % |
| | 23 | 14.9 % | 143,963 | 8.9 | 91.1 | 1.2 | 11.9 | 78.0 | 89.3 | 104,806 | 11.2 | 88.8 | 1.3 | 12.3 | 74.8 | 86.7 | 64,036 | 54.6 % | 35,314 | 55.1 % |
| 17 | | | 912,711 | 44.9 | 55.1 | 13.4 | 13.0 | 27.8 | 40.0 | 685,305 | 47.8 | 52.2 | 12.9 | 12.3 | 25.7 | 37.4 | 544,376 | 14.9 % | 393,513 | 72.3 % |
| | 7 | 0.3 % | 2,696 | 74.9 | 25.1 | 12.5 | 2.1 | 9.1 | 11.0 | 2,137 | 77.4 | 22.6 | 10.9 | 1.7 | 8.2 | 9.8 | 2,191 | 3.8 % | 1,812 | 82.7 % |
| | 11 | 2.3 % | 21,438 | 56.6 | 43.4 | 1.2 | 6.7 | 33.3 | 39.3 | 16,290 | 60.0 | 40.0 | 1.1 | 6.1 | 30.0 | 35.8 | 13,069 | 18.3 % | 8,837 | 67.6 % |
| | 13 | 0.0 % | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0% | 0 | 0.0% |
| | 15 | 4.6 % | 41,849 | 31.7 | 68.3 | 7.2 | 6.0 | 55.0 | 60.0 | 31,114 | 35.7 | 64.3 | 7.6 | 5.8 | 50.5 | 55.5 | 19,572 | 24.3 % | 13,675 | 69.9 % |
| | 17 | 58.7 % | 535,382 | 43.9 | 56.1 | 15.0 | 15.6 | 24.7 | 39.4 | 414,468 | 46.5 | 53.5 | 14.8 | 14.6 | 22.9 | 36.9 | 325,875 | 13.0 % | 234,769 | 72.0 % |
| | 18 | 34.1 % | 311,346 | 47.3 | 52.7 | 12.3 | 10.0 | 29.2 | 38.5 | 221,296 | 50.7 | 49.3 | 11.1 | 9.4 | 27.3 | 36.3 | 183,669 | 17.0 % | 134,420 | 73.2 % |
| 18 | | | 945,180 | 39.8 | 60.2 | 12.9 | 16.2 | 30.4 | 45.7 | 706,189 | 43.2 | 56.8 | 12.6 | 15.2 | 27.8 | 42.4 | 562,392 | 18.8 % | 393,089 | 69.9 % |
| | 4 | 4.1 % | 38,352 | 73.6 | 26.4 | 1.5 | 3.8 | 17.9 | 21.3 | 28,311 | 76.7 | 23.3 | 1.4 | 3.5 | 15.1 | 18.5 | 25,823 | 7.2 % | 19,629 | 76.0 % |
| | 5 | 3.1 % | 29,268 | 57.8 | 42.2 | 0.7 | 14.4 | 25.2 | 39.0 | 23,045 | 61.1 | 38.9 | 0.7 | 14.1 | 21.7 | 35.5 | 17,840 | 11.0 % | 12,415 | 69.6 % |
| | 7 | 5.9 % | 56,010 | 31.8 | 68.2 | 18.3 | 19.4 | 30.2 | 48.6 | 39,317 | 34.2 | 65.8 | 17.8 | 18.5 | 28.8 | 46.4 | 31,225 | 19.3 % | 23,305 | 74.6 % |
| | 17 | 12.0 % | 113,099 | 20.3 | 79.7 | 24.9 | 23.0 | 32.0 | 54.1 | 84,507 | 22.1 | 77.9 | 25.8 | 21.4 | 30.3 | 51.0 | 56,368 | 20.8 % | 38,207 | 67.8 % |
| | 18 | 75.0 % | 708,451 | 41.0 | 59.0 | 11.7 | 15.5 | 31.0 | 45.7 | 531,009 | 44.7 | 55.3 | 11.2 | 14.6 | 28.2 | 42.4 | 431,136 | 19.6 % | 299,533 | 69.5 % |
| 19 | | | 911,273 | 21.2 | 78.8 | 3.4 | 9.6 | 66.2 | 74.4 | 664,784 | 23.8 | 76.2 | 3.2 | 9.2 | 63.4 | 71.7 | 516,372 | 52.8 % | 316,158 | 61.2 % |
| | 19 | 87.1 % | 794,132 | 19.5 | 80.5 | 3.3 | 9.7 | 68.1 | 76.4 | 576,256 | 21.9 | 78.1 | 3.2 | 9.3 | 65.4 | 73.9 | 446,779 | 55.0 % | 269,362 | 60.3 % |
| | 21 | 4.6 % | 42,227 | 36.6 | 63.4 | 1.2 | 5.6 | 55.9 | 60.5 | 31,994 | 40.5 | 59.5 | 1.2 | 5.1 | 52.0 | 56.6 | 24,370 | 41.8 % | 15,439 | 63.4 % |
| | 25 | 5.0 % | 45,384 | 39.3 | 60.7 | 6.3 | 11.9 | 42.5 | 52.9 | 34,306 | 42.9 | 57.1 | 5.7 | 11.0 | 39.2 | 49.4 | 28,272 | 28.1 % | 20,599 | 72.9 % |
| | 26 | 3.2 % | 29,530 | 19.1 | 80.9 | 4.4 | 9.4 | 67.5 | 75.4 | 22,228 | 21.8 | 78.2 | 4.5 | 9.3 | 64.2 | 72.6 | 16,951 | 51.7 % | 10,758 | 63.5 % |
| 20 | | | 920,148 | 13.3 | 86.7 | 1.9 | 2.3 | 82.3 | 84.1 | 669,192 | 15.5 | 84.5 | 2.0 | 2.3 | 79.9 | 81.8 | 464,013 | 70.0 % | 268,726 | 57.9 % |
| | 20 | 91.4 % | 840,644 | 14.0 | 86.0 | 2.0 | 2.5 | 81.4 | 83.3 | 612,549 | 16.2 | 83.8 | 2.0 | 2.4 | 78.9 | 80.9 | 428,607 | 69.1 % | 249,554 | 58.2 % |
| | 27 | 8.6 % | 79,504 | 6.4 | 93.6 | 0.9 | 0.6 | 92.1 | 92.4 | 56,643 | 7.7 | 92.3 | 1.0 | 0.5 | 90.7 | 90.9 | 35,406 | 80.1 % | 19,172 | 54.1 % |
| 21 | | | 907,942 | 23.5 | 76.5 | 2.3 | 4.5 | 69.2 | 73.0 | 678,603 | 26.8 | 73.2 | 2.5 | 4.6 | 65.3 | 69.4 | 514,295 | 54.5 % | 305,030 | 59.3 % |
| | 14 | 2.3 % | 21,162 | 34.6 | 65.4 | 5.1 | 9.9 | 50.0 | 59.1 | 17,527 | 39.0 | 61.0 | 5.2 | 10.2 | 44.9 | 54.4 | 11,379 | 26.8 % | 7,155 | 62.9 % |
| | 19 | 2.3 % | 20,517 | 30.2 | 69.8 | 1.3 | 2.9 | 64.8 | 67.0 | 15,519 | 33.4 | 66.6 | 1.2 | 2.6 | 61.6 | 63.7 | 14,832 | 58.8 % | 8,744 | 59.0 % |
| | 21 | 82.7 % | 751,278 | 19.9 | 80.1 | 1.7 | 3.9 | 74.1 | 77.4 | 553,519 | 22.9 | 77.1 | 1.8 | 4.1 | 70.5 | 74.2 | 416,288 | 59.7 % | 240,221 | 57.7 % |
| | 25 | 12.7 % | 114,985 | 44.2 | 55.8 | 6.2 | 7.3 | 41.4 | 47.7 | 92,038 | 47.1 | 52.9 | 6.6 | 7.0 | 38.0 | 44.3 | 71,796 | 27.5 % | 48,910 | 68.1 % |
| 22 | | | 960,493 | 50.6 | 49.4 | 4.9 | 17.5 | 25.3 | 41.9 | 726,812 | 54.6 | 45.4 | 4.9 | 16.1 | 22.2 | 37.8 | 569,397 | 12.6 % | 387,617 | 68.1 % |
| | 9 | 18.8 % | 180,681 | 27.6 | 72.4 | 10.0 | 26.0 | 35.2 | 60.1 | 136,092 | 31.5 | 68.5 | 10.3 | 24.8 | 31.7 | 55.7 | 85,774 | 17.0 % | 54,271 | 63.3 % |
| | 10 | 12.7 % | 122,403 | 42.9 | 57.1 | 8.8 | 26.6 | 20.5 | 46.0 | 90,115 | 46.6 | 53.4 | 8.6 | 24.4 | 18.6 | 42.3 | 76,944 | 11.4 % | 54,536 | 70.9 % |
| | 22 | 59.9 % | 575,323 | 56.3 | 43.7 | 3.1 | 14.9 | 23.8 | 38.0 | 435,725 | 60.3 | 39.7 | 3.1 | 13.6 | 20.7 | 33.9 | 355,275 | 12.3 % | 243,101 | 68.4 % |
| | 24 | 2.3 % | 21,816 | 73.3 | 26.7 | 0.6 | 0.9 | 22.5 | 23.2 | 17,057 | 77.3 | 22.7 | 0.6 | 0.7 | 18.7 | 19.2 | 15,355 | 10.4 % | 10,486 | 68.3 % |
| | 28 | 1.8 % | 17,725 | 77.0 | 23.0 | 1.0 | 2.8 | 16.6 | 19.1 | 13,986 | 79.8 | 20.2 | 0.9 | 2.7 | 14.0 | 16.5 | 12,196 | 8.7 % | 8,293 | 68.0 % |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for
all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

Red-340T
Data: 2020 Census
PLANS2168 10/04/2021 7:41:53 PM
PLANS2100 08/02/2021 4:30:06 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-3   Filed 12/23/21   Page 5 of 6

Texas Legislative Council
12/23/21 9:04 AM
Page 4 of 5

Plan Overlap Population Analysis

## SENATE DISTRICTS
## PLANS2168 Compared with PLANS2100
## 2020 General Election

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PLANS2168 | PLANS2100 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| | 30 | 4.4 % | 42,545 | 70.5 | 29.5 | 1.3 | 3.9 | 21.8 | 25.3 | 33,837 | 73.4 | 26.6 | 1.1 | 4.0 | 18.7 | 22.5 | 23,853 | 10.2 % | 16,930 | 71.0 % |
| 23 | | | 963,305 | 17.7 | 82.3 | 3.9 | 39.5 | 38.8 | 77.3 | 721,285 | 21.0 | 79.0 | 4.1 | 39.2 | 35.2 | 73.7 | 543,926 | 18.7 % | 343,031 | 63.1 % |
| | 2 | 4.5 % | 42,919 | 57.9 | 42.1 | 3.3 | 11.6 | 25.3 | 36.3 | 34,424 | 61.4 | 38.6 | 3.1 | 10.7 | 22.5 | 32.8 | 30,407 | 11.3 % | 23,352 | 76.8 % |
| | 9 | 11.9 % | 114,748 | 17.4 | 82.6 | 7.3 | 24.2 | 51.0 | 74.1 | 83,124 | 20.5 | 79.5 | 7.8 | 23.4 | 47.5 | 70.2 | 55,512 | 31.0 % | 33,918 | 61.1 % |
| | 10 | 0.3 % | 2,424 | 19.8 | 80.2 | 14.7 | 42.8 | 22.4 | 63.4 | 1,684 | 21.0 | 79.0 | 15.5 | 40.6 | 21.4 | 60.7 | 1,430 | 16.8 % | 1,014 | 70.9 % |
| | 22 | 6.2 % | 60,072 | 20.9 | 79.1 | 15.2 | 40.6 | 23.4 | 62.8 | 42,386 | 22.8 | 77.2 | 15.4 | 39.4 | 21.7 | 60.4 | 34,402 | 15.0 % | 24,083 | 70.0 % |
| | 23 | 77.1 % | 743,142 | 15.2 | 84.8 | 2.4 | 43.3 | 39.0 | 81.4 | 559,667 | 18.4 | 81.6 | 2.7 | 43.3 | 35.2 | 77.8 | 422,175 | 17.9 % | 260,664 | 61.7 % |
| 24 | | | 961,334 | 52.4 | 47.6 | 6.3 | 14.3 | 25.5 | 38.4 | 726,681 | 56.5 | 43.5 | 5.7 | 12.8 | 22.8 | 34.8 | 597,383 | 15.0 % | 398,696 | 66.7 % |
| | 5 | 23.3 % | 224,226 | 55.6 | 44.4 | 15.7 | 6.9 | 19.9 | 26.2 | 166,294 | 58.8 | 41.2 | 14.4 | 6.4 | 18.2 | 24.1 | 140,098 | 12.0 % | 103,618 | 74.0 % |
| | 19 | 8.7 % | 83,536 | 40.0 | 60.0 | 1.0 | 2.7 | 55.0 | 57.2 | 63,014 | 43.1 | 56.9 | 0.9 | 2.6 | 51.7 | 54.0 | 53,667 | 43.3 % | 35,199 | 65.6 % |
| | 24 | 67.2 % | 645,914 | 52.9 | 47.1 | 3.7 | 18.6 | 23.4 | 40.2 | 491,261 | 57.3 | 42.7 | 3.5 | 16.4 | 20.5 | 35.9 | 398,074 | 12.0 % | 256,018 | 64.3 % |
| | 28 | 0.8 % | 7,658 | 56.6 | 43.4 | 1.1 | 0.9 | 40.2 | 40.8 | 6,112 | 61.0 | 39.0 | 1.1 | 0.8 | 36.0 | 36.6 | 5,544 | 28.2 % | 3,861 | 69.6 % |
| 25 | | | 916,282 | 58.8 | 41.2 | 5.6 | 5.6 | 28.6 | 33.4 | 695,435 | 62.0 | 38.0 | 5.0 | 5.0 | 26.0 | 30.5 | 649,313 | 16.9 % | 500,009 | 77.0 % |
| | 14 | 7.3 % | 66,943 | 68.3 | 31.7 | 11.3 | 3.4 | 14.3 | 17.4 | 49,398 | 71.3 | 28.7 | 10.3 | 3.0 | 12.6 | 15.3 | 47,927 | 7.0 % | 37,327 | 77.9 % |
| | 24 | 8.3 % | 76,012 | 73.5 | 26.5 | 7.6 | 2.3 | 14.1 | 16.1 | 58,135 | 76.3 | 23.7 | 6.4 | 2.0 | 12.6 | 14.4 | 57,029 | 6.3 % | 45,138 | 79.1 % |
| | 25 | 84.4 % | 773,327 | 56.5 | 43.5 | 4.9 | 6.1 | 31.2 | 36.5 | 587,902 | 59.8 | 40.2 | 4.4 | 5.5 | 28.4 | 33.4 | 544,357 | 18.9 % | 417,544 | 76.7 % |
| 26 | | | 923,790 | 21.2 | 78.8 | 4.3 | 9.4 | 65.7 | 73.6 | 710,694 | 24.0 | 76.0 | 4.2 | 8.7 | 62.9 | 70.7 | 536,470 | 51.7 % | 328,773 | 61.3 % |
| | 19 | 1.6 % | 15,203 | 22.3 | 77.7 | 5.3 | 13.7 | 59.9 | 71.7 | 11,172 | 24.5 | 75.5 | 5.3 | 13.5 | 57.0 | 69.3 | 9,193 | 46.1 % | 6,123 | 66.6 % |
| | 25 | 10.6 % | 97,552 | 36.9 | 63.1 | 4.4 | 9.9 | 49.1 | 57.5 | 76,873 | 40.8 | 59.2 | 4.1 | 8.8 | 45.7 | 53.6 | 61,851 | 31.6 % | 42,914 | 69.4 % |
| | 26 | 87.8 % | 811,035 | 19.3 | 80.7 | 4.3 | 9.2 | 67.8 | 75.6 | 622,649 | 21.9 | 78.1 | 4.2 | 8.6 | 65.1 | 72.8 | 465,426 | 54.5 % | 279,736 | 60.1 % |
| 27 | | | 922,151 | 13.6 | 86.4 | 1.1 | 1.5 | 83.6 | 84.6 | 660,197 | 15.9 | 84.1 | 1.2 | 1.4 | 81.0 | 82.2 | 480,156 | 72.0 % | 266,276 | 55.5 % |
| | 18 | 0.3 % | 3,149 | 85.9 | 14.1 | 1.9 | 0.5 | 7.5 | 7.9 | 2,772 | 87.0 | 13.0 | 1.7 | 0.4 | 7.0 | 7.3 | 3,294 | 4.8 % | 2,390 | 72.6 % |
| | 20 | 7.3 % | 67,030 | 40.3 | 59.7 | 4.3 | 3.6 | 51.0 | 53.9 | 49,284 | 43.9 | 56.1 | 4.2 | 3.3 | 47.3 | 50.2 | 41,838 | 38.2 % | 27,482 | 65.7 % |
| | 21 | 10.8 % | 99,802 | 35.3 | 64.7 | 1.6 | 4.3 | 57.7 | 61.4 | 76,399 | 38.1 | 61.9 | 1.5 | 4.5 | 54.5 | 58.7 | 59,133 | 49.0 % | 35,311 | 59.7 % |
| | 27 | 81.6 % | 752,170 | 8.0 | 92.0 | 0.8 | 0.9 | 90.2 | 90.7 | 531,742 | 9.7 | 90.3 | 0.9 | 0.8 | 88.4 | 88.9 | 375,891 | 80.0 % | 201,093 | 53.5 % |
| 28 | | | 909,503 | 54.5 | 45.5 | 2.6 | 8.0 | 33.4 | 40.6 | 695,715 | 58.1 | 41.9 | 2.5 | 7.4 | 29.9 | 36.8 | 550,333 | 22.5 % | 351,693 | 63.9 % |
| | 24 | 12.5 % | 113,992 | 66.7 | 33.3 | 3.3 | 8.7 | 19.6 | 27.4 | 87,636 | 70.2 | 29.8 | 3.0 | 7.5 | 16.9 | 23.9 | 69,519 | 11.4 % | 48,374 | 69.6 % |
| | 28 | 75.6 % | 687,776 | 50.8 | 49.2 | 2.5 | 7.8 | 37.7 | 44.6 | 525,237 | 54.5 | 45.5 | 2.5 | 7.2 | 34.0 | 40.8 | 411,152 | 26.4 % | 261,524 | 63.6 % |
| | 30 | 8.3 % | 75,608 | 65.8 | 34.2 | 3.1 | 10.2 | 18.1 | 27.6 | 58,388 | 68.7 | 31.3 | 2.8 | 9.5 | 15.7 | 24.8 | 49,523 | 9.5 % | 28,810 | 58.2 % |
| | 31 | 3.5 % | 32,127 | 64.3 | 35.7 | 1.0 | 4.8 | 27.3 | 31.7 | 24,454 | 68.6 | 31.4 | 0.9 | 4.6 | 22.8 | 27.2 | 20,139 | 12.1 % | 12,985 | 64.5 % |
| 29 | | | 918,000 | 12.2 | 87.8 | 2.1 | 4.3 | 81.9 | 85.1 | 686,205 | 13.6 | 86.4 | 2.0 | 3.9 | 80.4 | 83.6 | 521,461 | 67.2 % | 287,390 | 55.1 % |
| | 19 | 4.2 % | 38,826 | 25.0 | 75.0 | 1.4 | 3.2 | 69.7 | 72.3 | 30,472 | 27.4 | 72.6 | 1.4 | 3.3 | 66.9 | 69.8 | 22,770 | 55.5 % | 12,836 | 56.4 % |
| | 29 | 95.8 % | 879,174 | 11.6 | 88.4 | 2.1 | 4.4 | 82.4 | 85.7 | 655,733 | 12.9 | 87.1 | 2.1 | 4.0 | 81.0 | 84.3 | 498,691 | 67.7 % | 274,554 | 55.1 % |
| 30 | | | 965,445 | 58.6 | 41.4 | 10.0 | 10.6 | 18.1 | 28.1 | 723,632 | 62.4 | 37.6 | 9.0 | 9.6 | 15.9 | 25.2 | 597,348 | 8.6 % | 426,534 | 71.4 % |
| | 8 | 12.5 % | 121,086 | 42.8 | 57.2 | 31.1 | 11.6 | 12.7 | 23.8 | 86,417 | 46.5 | 53.5 | 28.4 | 11.0 | 12.1 | 22.8 | 67,996 | 7.7 % | 51,718 | 76.1 % |
| | 12 | 33.3 % | 321,081 | 51.0 | 49.0 | 13.8 | 13.8 | 19.6 | 32.7 | 234,444 | 54.6 | 45.4 | 12.7 | 12.8 | 17.8 | 30.1 | 192,765 | 9.7 % | 144,122 | 74.8 % |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

65139

Red-340T
Data: 2020 Census
PLANS2168  10/04/2021 7:41:53 PM
PLANS2100  08/02/2021 4:30:06 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-3   Filed 12/23/21   Page 6 of 6

Texas Legislative Council
12/23/21 9:04 AM
Page 5 of 5

Plan Overlap Population Analysis

## SENATE DISTRICTS
## PLANS2168 Compared with PLANS2100
## 2020 General Election

| PLANS2168 | PLANS2100 | | Total Population and Percentages | | | | | | Voting Age Population and Percentages | | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| | 30 | 54.2 % | 523,278 | 66.9 | 33.1 | 2.8 | 8.4 | 18.4 | 26.2 | 402,771 | 70.4 | 29.6 | 2.7 | 7.5 | 15.7 | 22.9 | 336,587 | 8.1 % | 230,694 | 68.5 % |
| 31 | | | 907,784 | 45.7 | 54.3 | 2.4 | 6.0 | 44.4 | 49.7 | 665,940 | 49.6 | 50.4 | 2.2 | 5.5 | 40.7 | 45.9 | 493,972 | 28.7 % | 306,922 | 62.1 % |
| | 28 | 7.8 % | 70,642 | 45.0 | 55.0 | 0.9 | 5.6 | 47.8 | 52.6 | 53,162 | 48.5 | 51.5 | 0.8 | 5.7 | 43.7 | 49.1 | 41,472 | 35.9 % | 25,254 | 60.9 % |
| | 31 | 92.2 % | 837,142 | 45.8 | 54.2 | 2.5 | 6.0 | 44.1 | 49.4 | 612,778 | 49.6 | 50.4 | 2.3 | 5.5 | 40.5 | 45.6 | 452,500 | 28.0 % | 281,668 | 62.2 % |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

65139