# EXHIBIT 46



**State Senate Districts**
Plan 3
**POWBS2019**

Legend:
- County
- District

2020 Census
POWBS2019 12/21/2021 3:54:32 PM

RedAppl: 0001
12/21/2021 3:59:00 PM

TLC

**State Senate Districts**
Plan 3
**POWBS2019**

Legend:
- County
- District

2020 Census
POWBS2019 12/21/2021 3:54:32 PM

RedAppl: 0001
12/21/2021 3:57:50 PM

TLC

**State Senate Districts**
Plan 3
**POWBS2019**

- County
- District

RedAppl: 0001
12/21/2021 3:58:19 PM

TLC

2020 Census
POWBS2019 12/21/2021 3:54:32 PM