# EXHIBIT 50

RA-206
Data: 2020 Census
POWBS2019   12/21/2021 3:54 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-8   Filed 12/23/21   Page 2 of 7

Texas Legislative Council
12/21/21 4:04 PM
Page 1 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2019
## 2020 General Election

|  | Total Voter Registration | | Turnout | |
|---|---|---|---|---|
| District | Total | SSVR-T | Total | TO/VR |
| STATE | 16,960,107 | 24.0% | 11,355,339 | 67.0% |
| 1 | 595,773 | 5.6% | 397,597 | 66.7% |
| 2 | 549,009 | 12.9% | 387,011 | 70.5% |
| 3 | 571,635 | 6.8% | 375,997 | 65.8% |
| 4 | 559,212 | 14.9% | 386,562 | 69.1% |
| 5 | 581,544 | 13.1% | 388,650 | 66.8% |
| 6 | 401,393 | 52.5% | 221,273 | 55.1% |
| 7 | 554,177 | 14.7% | 409,959 | 74.0% |
| 8 | 580,360 | 7.8% | 436,335 | 75.2% |
| 9 | 583,447 | 10.9% | 422,803 | 72.5% |
| 10 | 524,664 | 16.6% | 352,844 | 67.3% |
| 11 | 593,460 | 16.1% | 424,842 | 71.6% |
| 12 | 596,943 | 10.0% | 437,173 | 73.2% |
| 13 | 477,550 | 17.0% | 293,370 | 61.4% |
| 14 | 583,236 | 11.8% | 416,743 | 71.5% |
| 15 | 523,945 | 19.8% | 358,367 | 68.4% |
| 16 | 456,336 | 24.7% | 294,405 | 64.5% |
| 17 | 523,790 | 16.3% | 375,345 | 71.7% |
| 18 | 530,956 | 23.5% | 353,892 | 66.7% |
| 19 | 519,546 | 53.9% | 316,609 | 60.9% |
| 20 | 486,239 | 71.6% | 280,575 | 57.7% |
| 21 | 591,292 | 43.1% | 364,736 | 61.7% |
| 22 | 541,116 | 12.3% | 367,043 | 67.8% |
| 23 | 529,697 | 19.4% | 329,533 | 62.2% |
| 24 | 653,226 | 12.7% | 484,003 | 74.1% |
| 25 | 659,153 | 18.6% | 505,682 | 76.7% |
| 26 | 537,816 | 51.5% | 328,742 | 61.1% |
| 27 | 491,936 | 72.0% | 272,293 | 55.4% |
| 28 | 562,538 | 21.4% | 361,433 | 64.3% |
| 29 | 521,461 | 67.2% | 287,390 | 55.1% |
| 30 | 579,819 | 8.9% | 414,757 | 71.5% |
| 31 | 498,838 | 28.9% | 309,375 | 62.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-8   Filed 12/23/21   Page 3 of 7

RA-206
Data: 2020 Census
POWBS2019   12/21/2021 3:54 PM

Texas Legislative Council
12/21/2021 4:04 PM
Page 2 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2019
## 2020 General Election

| | PRESIDENT | | | | | | | | | U.S. SEN | | | | | | | RR COMM 1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Biden-D | | Trump-R | | Jorgensen-L | | Hawkins-G | | Write-In-W | | Cornyn-R | | Hegar-D | | McKennon-L | | Collins-G | | Castaneda-D | |
| STATE | 5,257,513 | 46.5% | 5,889,022 | 52.0% | 126,212 | 1.1% | 33,378 | 0.3% | 10,927 | 0.1% | 5,961,643 | 53.5% | 4,887,309 | 43.9% | 209,623 | 1.9% | 81,753 | 0.7% | 4,791,167 | 43.6% |
| 1 | 98,697 | 24.9% | 292,767 | 73.9% | 3,684 | 0.9% | 782 | 0.2% | 184 | 0.0% | 290,202 | 74.0% | 94,610 | 24.1% | 5,644 | 1.4% | 1,626 | 0.4% | 90,415 | 23.3% |
| 2 | 163,412 | 42.4% | 215,863 | 56.1% | 4,049 | 1.1% | 1,225 | 0.3% | 449 | 0.1% | 220,757 | 57.7% | 152,092 | 39.8% | 6,493 | 1.7% | 2,941 | 0.8% | 150,210 | 39.6% |
| 3 | 98,891 | 26.4% | 271,941 | 72.5% | 3,150 | 0.8% | 634 | 0.2% | 235 | 0.1% | 267,805 | 72.4% | 95,215 | 25.7% | 5,425 | 1.5% | 1,623 | 0.4% | 90,695 | 24.7% |
| 4 | 141,678 | 36.7% | 239,174 | 61.9% | 4,448 | 1.2% | 927 | 0.2% | 104 | 0.0% | 240,128 | 62.9% | 131,942 | 34.6% | 7,219 | 1.9% | 2,311 | 0.6% | 128,826 | 34.2% |
| 5 | 164,436 | 42.4% | 215,986 | 55.6% | 5,690 | 1.5% | 1,096 | 0.3% | 929 | 0.2% | 218,139 | 57.0% | 154,629 | 40.4% | 7,516 | 2.0% | 2,125 | 0.6% | 146,894 | 38.9% |
| 6 | 147,305 | 66.6% | 71,169 | 32.2% | 1,902 | 0.9% | 884 | 0.4% | 6 | 0.0% | 69,182 | 32.3% | 138,004 | 64.5% | 4,301 | 2.0% | 2,635 | 1.2% | 141,095 | 66.4% |
| 7 | 176,527 | 43.1% | 227,528 | 55.5% | 4,493 | 1.1% | 1,049 | 0.3% | 115 | 0.0% | 233,186 | 57.7% | 161,770 | 40.0% | 7,023 | 1.7% | 2,288 | 0.6% | 157,367 | 39.4% |
| 8 | 186,327 | 42.9% | 240,398 | 55.3% | 5,489 | 1.3% | 1,050 | 0.2% | 1,269 | 0.3% | 248,169 | 58.4% | 166,967 | 39.3% | 7,575 | 1.8% | 2,388 | 0.6% | 160,897 | 38.6% |
| 9 | 158,870 | 37.6% | 256,756 | 60.7% | 5,660 | 1.3% | 1,185 | 0.3% | 180 | 0.0% | 263,185 | 62.7% | 145,124 | 34.6% | 8,671 | 2.1% | 2,645 | 0.6% | 138,264 | 33.4% |
| 10 | 197,195 | 55.9% | 150,240 | 42.6% | 4,059 | 1.2% | 1,124 | 0.3% | 168 | 0.0% | 156,083 | 44.6% | 184,563 | 52.8% | 6,517 | 1.9% | 2,636 | 0.8% | 180,057 | 52.0% |
| 11 | 180,447 | 42.5% | 237,271 | 55.9% | 4,855 | 1.1% | 1,137 | 0.3% | 475 | 0.1% | 240,576 | 57.6% | 167,389 | 40.0% | 7,614 | 1.8% | 2,441 | 0.6% | 163,477 | 39.7% |
| 12 | 177,486 | 40.8% | 251,226 | 57.7% | 5,299 | 1.2% | 1,140 | 0.3% | 177 | 0.0% | 262,615 | 60.7% | 159,472 | 36.9% | 7,964 | 1.8% | 2,618 | 0.6% | 154,276 | 36.1% |
| 13 | 229,102 | 78.2% | 60,665 | 20.7% | 2,003 | 0.7% | 1,093 | 0.4% | 176 | 0.1% | 61,916 | 21.7% | 216,054 | 75.6% | 4,807 | 1.7% | 2,871 | 1.0% | 214,906 | 76.0% |
| 14 | 171,710 | 41.3% | 236,940 | 56.9% | 5,653 | 1.4% | 1,089 | 0.3% | 719 | 0.2% | 239,921 | 58.4% | 160,673 | 39.1% | 8,027 | 2.0% | 2,148 | 0.5% | 153,504 | 38.0% |
| 15 | 232,421 | 64.9% | 120,721 | 33.7% | 3,941 | 1.1% | 1,157 | 0.3% | 14 | 0.0% | 128,847 | 36.4% | 216,023 | 61.0% | 6,247 | 1.8% | 2,739 | 0.8% | 210,840 | 60.5% |
| 16 | 187,867 | 64.4% | 99,541 | 34.1% | 3,279 | 1.1% | 1,157 | 0.4% | 0 | 0.0% | 107,648 | 37.0% | 175,217 | 60.3% | 5,260 | 1.8% | 2,604 | 0.9% | 174,729 | 60.6% |
| 17 | 159,500 | 42.6% | 209,553 | 56.0% | 3,930 | 1.0% | 1,007 | 0.3% | 490 | 0.1% | 214,337 | 58.3% | 144,849 | 39.4% | 6,142 | 1.7% | 2,056 | 0.6% | 140,768 | 38.9% |
| 18 | 149,550 | 42.4% | 198,309 | 56.2% | 3,694 | 1.0% | 1,100 | 0.3% | 463 | 0.1% | 197,270 | 56.7% | 141,939 | 40.8% | 6,173 | 1.8% | 2,258 | 0.6% | 139,303 | 40.5% |
| 19 | 177,426 | 56.3% | 133,071 | 42.2% | 3,232 | 1.0% | 1,103 | 0.4% | 177 | 0.1% | 131,881 | 43.1% | 164,701 | 53.9% | 6,130 | 2.0% | 2,979 | 1.0% | 167,062 | 55.2% |
| 20 | 150,582 | 54.1% | 124,729 | 44.8% | 2,045 | 0.7% | 911 | 0.3% | 231 | 0.1% | 118,207 | 44.4% | 139,201 | 52.2% | 5,862 | 2.2% | 3,228 | 1.2% | 143,435 | 54.8% |
| 21 | 246,856 | 68.0% | 109,303 | 30.1% | 4,305 | 1.2% | 1,417 | 0.4% | 876 | 0.2% | 108,274 | 30.5% | 234,846 | 66.3% | 7,615 | 2.1% | 3,716 | 1.0% | 229,728 | 66.0% |
| 22 | 124,790 | 34.2% | 234,791 | 64.3% | 4,214 | 1.2% | 949 | 0.3% | 469 | 0.1% | 235,218 | 65.2% | 116,521 | 32.3% | 6,757 | 1.9% | 2,401 | 0.7% | 112,108 | 31.4% |
| 23 | 253,567 | 77.5% | 69,223 | 21.2% | 2,936 | 0.9% | 1,484 | 0.5% | 28 | 0.0% | 74,054 | 22.7% | 242,270 | 74.4% | 5,893 | 1.8% | 3,363 | 1.0% | 242,281 | 74.8% |
| 24 | 200,156 | 41.5% | 274,108 | 56.8% | 6,083 | 1.3% | 1,032 | 0.2% | 1,119 | 0.2% | 281,092 | 59.1% | 184,427 | 38.8% | 8,114 | 1.7% | 2,125 | 0.4% | 175,994 | 37.7% |
| 25 | 216,180 | 43.0% | 278,764 | 55.4% | 6,548 | 1.3% | 1,203 | 0.2% | 553 | 0.1% | 289,929 | 58.1% | 197,176 | 39.5% | 8,933 | 1.8% | 2,555 | 0.5% | 192,887 | 39.2% |
| 26 | 212,816 | 65.1% | 108,429 | 33.2% | 3,750 | 1.1% | 1,467 | 0.4% | 209 | 0.1% | 112,280 | 35.2% | 196,253 | 61.6% | 7,085 | 2.2% | 3,207 | 1.0% | 198,898 | 62.8% |
| 27 | 140,122 | 51.9% | 126,787 | 46.9% | 2,025 | 0.7% | 919 | 0.3% | 263 | 0.1% | 120,373 | 46.2% | 131,788 | 50.6% | 5,072 | 1.9% | 3,199 | 1.2% | 135,941 | 53.1% |
| 28 | 90,898 | 25.2% | 264,418 | 73.3% | 4,311 | 1.2% | 837 | 0.2% | 246 | 0.1% | 263,165 | 74.0% | 83,561 | 23.5% | 7,215 | 2.0% | 1,896 | 0.5% | 79,149 | 22.5% |
| 29 | 185,726 | 65.2% | 94,771 | 33.3% | 2,966 | 1.0% | 1,508 | 0.5% | 13 | 0.0% | 89,817 | 32.4% | 172,232 | 62.2% | 8,601 | 3.1% | 6,207 | 2.2% | 168,074 | 61.6% |
| 30 | 174,153 | 42.1% | 233,470 | 56.4% | 4,976 | 1.2% | 1,024 | 0.2% | 486 | 0.1% | 238,743 | 58.4% | 159,530 | 39.0% | 7,938 | 1.9% | 2,454 | 0.6% | 151,508 | 37.7% |
| 31 | 62,820 | 20.4% | 241,110 | 78.2% | 3,543 | 1.1% | 688 | 0.2% | 104 | 0.0% | 238,644 | 78.5% | 58,271 | 19.2% | 5,790 | 1.9% | 1,470 | 0.5% | 57,579 | 19.1% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

Case 3:21-cv-00259-DCG-JES-JVB  Document 108-8  Filed 12/23/21  Page 4 of 7

RA-206
Data: 2020 Census
POWBS2019   12/21/2021 3:54 PM

Texas Legislative Council
12/21/21 4:04 PM
Page 3 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2019
## 2020 General Election

| | RR COMM 1 | | | | | | SUP CT CHIEF | | | | | | SUP CT 6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Wright-R | | Sterett-L | | Gruene-G | | Hecht-R | | Meachum-D | | Ash-L | | Bland-R | | Cheng-D | |
| STATE | 5,830,003 | 53.0% | 247,568 | 2.3% | 129,588 | 1.2% | 5,825,773 | 53.0% | 4,892,131 | 44.5% | 277,432 | 2.5% | 6,049,262 | 55.2% | 4,902,218 | 44.8% |
| 1 | 288,977 | 74.3% | 7,173 | 1.8% | 2,199 | 0.6% | 286,595 | 73.7% | 94,970 | 24.4% | 7,249 | 1.9% | 293,597 | 75.7% | 94,175 | 24.3% |
| 2 | 216,889 | 57.2% | 8,169 | 2.2% | 3,769 | 1.0% | 218,971 | 57.7% | 151,940 | 40.0% | 8,597 | 2.3% | 224,826 | 59.5% | 152,851 | 40.5% |
| 3 | 267,535 | 73.0% | 6,158 | 1.7% | 2,133 | 0.6% | 264,091 | 72.1% | 95,713 | 26.1% | 6,610 | 1.8% | 270,813 | 74.2% | 94,395 | 25.8% |
| 4 | 235,414 | 62.5% | 8,464 | 2.2% | 3,750 | 1.0% | 237,114 | 62.9% | 131,007 | 34.7% | 9,007 | 2.4% | 244,894 | 65.2% | 130,981 | 34.8% |
| 5 | 216,517 | 57.3% | 9,981 | 2.6% | 4,345 | 1.2% | 212,180 | 56.8% | 150,905 | 40.4% | 10,663 | 2.9% | 223,719 | 59.5% | 152,527 | 40.5% |
| 6 | 64,109 | 30.2% | 4,056 | 1.9% | 3,290 | 1.5% | 65,754 | 31.0% | 140,634 | 66.3% | 5,676 | 2.7% | 70,327 | 33.2% | 141,279 | 66.8% |
| 7 | 229,176 | 57.4% | 8,427 | 2.1% | 4,254 | 1.1% | 231,355 | 57.8% | 159,678 | 39.9% | 8,917 | 2.2% | 238,417 | 59.8% | 160,049 | 40.2% |
| 8 | 242,987 | 58.2% | 9,882 | 2.4% | 3,595 | 0.9% | 243,627 | 58.3% | 164,335 | 39.3% | 9,803 | 2.3% | 249,114 | 60.4% | 162,995 | 39.6% |
| 9 | 261,284 | 63.0% | 10,628 | 2.6% | 4,331 | 1.0% | 259,155 | 62.4% | 144,708 | 34.9% | 11,197 | 2.7% | 267,919 | 64.9% | 145,151 | 35.1% |
| 10 | 154,241 | 44.6% | 7,733 | 2.2% | 3,952 | 1.1% | 152,784 | 44.1% | 184,830 | 53.4% | 8,491 | 2.5% | 158,638 | 46.0% | 186,118 | 54.0% |
| 11 | 235,061 | 57.0% | 9,154 | 2.2% | 4,379 | 1.1% | 236,928 | 57.4% | 166,219 | 40.2% | 9,904 | 2.4% | 244,601 | 59.5% | 166,785 | 40.5% |
| 12 | 257,658 | 60.4% | 10,204 | 2.4% | 4,669 | 1.1% | 258,982 | 60.5% | 158,470 | 37.0% | 10,306 | 2.4% | 266,722 | 62.7% | 158,508 | 37.3% |
| 13 | 58,729 | 20.8% | 4,826 | 1.7% | 4,250 | 1.5% | 59,334 | 21.0% | 217,540 | 76.9% | 5,937 | 2.1% | 62,808 | 22.3% | 219,086 | 77.7% |
| 14 | 235,508 | 58.2% | 10,408 | 2.6% | 4,920 | 1.2% | 235,515 | 58.2% | 158,386 | 39.1% | 10,866 | 2.7% | 244,506 | 60.7% | 158,548 | 39.3% |
| 15 | 125,158 | 35.9% | 7,551 | 2.2% | 4,890 | 1.4% | 129,395 | 37.0% | 211,865 | 60.7% | 8,063 | 2.3% | 136,230 | 39.1% | 211,800 | 60.9% |
| 16 | 103,286 | 35.8% | 6,463 | 2.2% | 3,863 | 1.3% | 105,970 | 36.7% | 175,461 | 60.7% | 7,568 | 2.6% | 110,449 | 38.3% | 177,572 | 61.7% |
| 17 | 210,262 | 58.1% | 7,168 | 2.0% | 3,471 | 1.0% | 212,298 | 58.6% | 142,209 | 39.3% | 7,623 | 2.1% | 218,368 | 60.6% | 141,950 | 39.4% |
| 18 | 193,508 | 56.2% | 7,295 | 2.1% | 4,111 | 1.2% | 193,073 | 56.2% | 142,341 | 41.4% | 8,329 | 2.4% | 200,238 | 58.5% | 142,163 | 41.5% |
| 19 | 124,870 | 41.2% | 6,780 | 2.2% | 4,131 | 1.4% | 124,056 | 41.1% | 168,607 | 55.9% | 8,836 | 2.9% | 129,965 | 43.4% | 169,156 | 56.6% |
| 20 | 109,006 | 41.7% | 5,356 | 2.0% | 3,714 | 1.4% | 108,750 | 41.7% | 145,294 | 55.7% | 6,829 | 2.6% | 115,929 | 44.6% | 143,879 | 55.4% |
| 21 | 102,469 | 29.4% | 8,729 | 2.5% | 7,258 | 2.1% | 101,262 | 29.2% | 234,440 | 67.5% | 11,380 | 3.3% | 109,404 | 31.6% | 236,699 | 68.4% |
| 22 | 232,786 | 65.3% | 8,144 | 2.3% | 3,510 | 1.0% | 231,475 | 64.9% | 116,888 | 32.8% | 8,494 | 2.4% | 238,855 | 67.2% | 116,516 | 32.8% |
| 23 | 70,133 | 21.7% | 6,625 | 2.0% | 4,859 | 1.5% | 70,982 | 21.9% | 245,575 | 75.7% | 7,853 | 2.4% | 75,310 | 23.3% | 248,411 | 76.7% |
| 24 | 274,531 | 58.7% | 11,653 | 2.5% | 5,223 | 1.1% | 273,245 | 58.8% | 179,893 | 38.7% | 11,810 | 2.5% | 285,839 | 61.5% | 179,111 | 38.5% |
| 25 | 280,820 | 57.1% | 11,880 | 2.4% | 5,987 | 1.2% | 283,522 | 57.6% | 195,542 | 39.7% | 13,131 | 2.7% | 293,846 | 60.1% | 195,489 | 39.9% |
| 26 | 104,559 | 33.0% | 7,471 | 2.4% | 5,554 | 1.8% | 105,316 | 33.4% | 200,236 | 63.5% | 9,923 | 3.1% | 110,346 | 35.3% | 202,570 | 64.7% |
| 27 | 111,573 | 43.6% | 4,943 | 1.9% | 3,460 | 1.4% | 109,563 | 43.5% | 135,426 | 53.7% | 7,139 | 2.8% | 118,498 | 46.7% | 135,067 | 53.3% |
| 28 | 260,747 | 74.3% | 8,061 | 2.3% | 3,043 | 0.9% | 257,920 | 73.4% | 84,944 | 24.2% | 8,630 | 2.5% | 266,943 | 76.2% | 83,201 | 23.8% |
| 29 | 90,967 | 33.3% | 7,975 | 2.9% | 5,838 | 2.1% | 88,468 | 32.3% | 173,915 | 63.4% | 11,816 | 4.3% | 95,217 | 34.9% | 177,723 | 65.1% |
| 30 | 235,403 | 58.6% | 9,830 | 2.4% | 4,832 | 1.2% | 234,099 | 58.1% | 159,496 | 39.6% | 9,644 | 2.4% | 241,616 | 60.5% | 158,071 | 39.5% |
| 31 | 235,840 | 78.1% | 6,381 | 2.1% | 2,008 | 0.7% | 233,994 | 77.5% | 60,664 | 20.1% | 7,141 | 2.4% | 241,308 | 80.2% | 59,392 | 19.8% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2019   12/21/2021 3:54 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-8   Filed 12/23/21   Page 5 of 7

Texas Legislative Council
12/21/21 4:06 PM
Page 1 of 3

Election Analysis

# SENATE DISTRICTS - POWBS2019
## 2020 General Election

|  | Total Voter Registration | | Turnout | |
|---|---|---|---|---|
| District | Total | SSVR-T | Total | TO/VR |
| STATE | 16,960,107 | 24.0% | 11,355,339 | 67.0% |
| 1 | 595,773 | 5.6% | 397,597 | 66.7% |
| 2 | 549,009 | 12.9% | 387,011 | 70.5% |
| 3 | 571,635 | 6.8% | 375,997 | 65.8% |
| 4 | 559,212 | 14.9% | 386,562 | 69.1% |
| 5 | 581,544 | 13.1% | 388,650 | 66.8% |
| 6 | 401,393 | 52.5% | 221,273 | 55.1% |
| 7 | 554,177 | 14.7% | 409,959 | 74.0% |
| 8 | 580,360 | 7.8% | 436,335 | 75.2% |
| 9 | 583,447 | 10.9% | 422,803 | 72.5% |
| 10 | 524,664 | 16.6% | 352,844 | 67.3% |
| 11 | 593,460 | 16.1% | 424,842 | 71.6% |
| 12 | 596,943 | 10.0% | 437,173 | 73.2% |
| 13 | 477,550 | 17.0% | 293,370 | 61.4% |
| 14 | 583,236 | 11.8% | 416,743 | 71.5% |
| 15 | 523,945 | 19.8% | 358,367 | 68.4% |
| 16 | 456,336 | 24.7% | 294,405 | 64.5% |
| 17 | 523,790 | 16.3% | 375,345 | 71.7% |
| 18 | 530,956 | 23.5% | 353,892 | 66.7% |
| 19 | 519,546 | 53.9% | 316,609 | 60.9% |
| 20 | 486,239 | 71.6% | 280,575 | 57.7% |
| 21 | 591,292 | 43.1% | 364,736 | 61.7% |
| 22 | 541,116 | 12.3% | 367,043 | 67.8% |
| 23 | 529,697 | 19.4% | 329,533 | 62.2% |
| 24 | 653,226 | 12.7% | 484,003 | 74.1% |
| 25 | 659,153 | 18.6% | 505,682 | 76.7% |
| 26 | 537,816 | 51.5% | 328,742 | 61.1% |
| 27 | 491,936 | 72.0% | 272,293 | 55.4% |
| 28 | 562,538 | 21.4% | 361,433 | 64.3% |
| 29 | 521,461 | 67.2% | 287,390 | 55.1% |
| 30 | 579,819 | 8.9% | 414,757 | 71.5% |
| 31 | 498,838 | 28.9% | 309,375 | 62.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-8   Filed 12/23/21   Page 6 of 7

RA-206
Data: 2020 Census
POWBS2019   12/21/2021 3:54 PM

Texas Legislative Council
12/21/21 4:06 PM
Page 2 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2019
## 2020 General Election

| District | SUP CT 7 Boyd-R | | Strange-L | | Williams-D | | SUP CT 8 Busby-R | | Triana-D | | Oxford-L | | CCA 3 Richardson-R | | Davis Frizell-D | | CCA 4 Yeary-R | | Clinton-D | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE | 5,842,276 | 53.3% | 256,665 | 2.3% | 4,860,388 | 44.3% | 5,845,851 | 53.4% | 4,825,339 | 44.1% | 274,876 | 2.5% | 5,952,614 | 54.5% | 4,962,780 | 45.5% | 5,972,977 | 54.8% | 4,922,833 | 45.2% |
| 1 | 287,862 | 74.1% | 6,800 | 1.8% | 93,717 | 24.1% | 288,332 | 74.4% | 91,893 | 23.7% | 7,287 | 1.9% | 291,117 | 75.2% | 95,984 | 24.8% | 291,738 | 75.5% | 94,727 | 24.5% |
| 2 | 219,039 | 57.9% | 8,047 | 2.1% | 151,067 | 39.9% | 219,597 | 58.2% | 149,382 | 39.6% | 8,630 | 2.3% | 222,197 | 58.9% | 154,858 | 41.1% | 223,036 | 59.3% | 153,362 | 40.7% |
| 3 | 265,743 | 72.6% | 5,946 | 1.6% | 94,163 | 25.7% | 266,309 | 72.8% | 92,400 | 25.3% | 7,125 | 1.9% | 268,509 | 73.6% | 96,137 | 26.4% | 268,821 | 73.9% | 95,177 | 26.1% |
| 4 | 237,017 | 63.0% | 8,344 | 2.2% | 130,697 | 34.8% | 238,326 | 63.4% | 128,778 | 34.3% | 8,764 | 2.3% | 241,561 | 64.5% | 132,757 | 35.5% | 241,678 | 64.7% | 132,107 | 35.3% |
| 5 | 215,165 | 57.2% | 10,044 | 2.7% | 150,967 | 40.1% | 216,112 | 57.5% | 148,939 | 39.6% | 10,753 | 2.9% | 219,612 | 58.7% | 154,749 | 41.3% | 221,243 | 59.1% | 152,936 | 40.9% |
| 6 | 66,421 | 31.4% | 4,824 | 2.3% | 140,197 | 66.3% | 65,132 | 30.8% | 141,566 | 67.0% | 4,745 | 2.2% | 67,569 | 32.0% | 143,474 | 68.0% | 68,052 | 32.3% | 142,743 | 67.7% |
| 7 | 229,935 | 57.7% | 8,043 | 2.0% | 160,309 | 40.2% | 232,014 | 58.3% | 156,967 | 39.5% | 8,867 | 2.2% | 234,961 | 59.2% | 161,777 | 40.8% | 234,239 | 59.1% | 162,253 | 40.9% |
| 8 | 243,506 | 58.7% | 8,944 | 2.2% | 162,674 | 39.2% | 244,267 | 58.9% | 160,261 | 38.6% | 10,328 | 2.5% | 246,838 | 59.9% | 165,063 | 40.1% | 248,064 | 60.2% | 164,153 | 39.8% |
| 9 | 259,502 | 62.8% | 11,028 | 2.7% | 142,419 | 34.5% | 259,811 | 63.1% | 140,478 | 34.1% | 11,732 | 2.8% | 264,192 | 64.2% | 147,038 | 35.8% | 265,812 | 64.8% | 144,494 | 35.2% |
| 10 | 152,586 | 44.3% | 8,200 | 2.4% | 183,809 | 53.3% | 153,298 | 44.6% | 181,921 | 52.9% | 8,470 | 2.5% | 155,388 | 45.3% | 187,992 | 54.7% | 156,708 | 45.8% | 185,779 | 54.2% |
| 11 | 236,084 | 57.4% | 9,337 | 2.3% | 165,814 | 40.3% | 237,692 | 57.9% | 162,944 | 39.7% | 9,998 | 2.4% | 241,474 | 58.9% | 168,227 | 41.1% | 241,329 | 59.0% | 167,657 | 41.0% |
| 12 | 258,118 | 60.7% | 10,134 | 2.4% | 157,059 | 36.9% | 259,064 | 61.1% | 154,279 | 36.4% | 10,962 | 2.6% | 262,503 | 62.0% | 160,937 | 38.0% | 263,614 | 62.4% | 158,783 | 37.6% |
| 13 | 58,366 | 20.7% | 4,757 | 1.7% | 219,268 | 77.6% | 59,351 | 21.1% | 216,911 | 77.0% | 5,461 | 1.9% | 60,614 | 21.5% | 220,825 | 78.5% | 60,251 | 21.4% | 221,140 | 78.6% |
| 14 | 236,363 | 58.7% | 10,212 | 2.5% | 156,423 | 38.8% | 236,350 | 58.7% | 155,205 | 38.6% | 10,895 | 2.7% | 240,595 | 60.1% | 160,013 | 39.9% | 241,675 | 60.4% | 158,250 | 39.6% |
| 15 | 125,697 | 36.1% | 7,304 | 2.1% | 214,871 | 61.8% | 130,252 | 37.5% | 209,165 | 60.2% | 7,995 | 2.3% | 131,000 | 37.9% | 215,089 | 62.1% | 128,437 | 37.2% | 217,158 | 62.8% |
| 16 | 105,613 | 36.7% | 7,008 | 2.4% | 175,169 | 60.9% | 105,474 | 36.7% | 174,331 | 60.7% | 7,275 | 2.5% | 107,595 | 37.5% | 179,379 | 62.5% | 108,335 | 37.8% | 177,996 | 62.2% |
| 17 | 210,176 | 58.3% | 7,213 | 2.0% | 143,069 | 39.7% | 212,992 | 59.2% | 139,187 | 38.7% | 7,866 | 2.2% | 215,182 | 59.9% | 143,846 | 40.1% | 213,728 | 59.6% | 144,734 | 40.4% |
| 18 | 194,401 | 56.7% | 7,459 | 2.2% | 141,155 | 41.2% | 194,322 | 56.7% | 140,292 | 41.0% | 7,900 | 2.3% | 197,108 | 57.7% | 144,380 | 42.3% | 198,012 | 58.1% | 142,934 | 41.9% |
| 19 | 125,927 | 41.9% | 7,754 | 2.6% | 166,878 | 55.5% | 123,729 | 41.2% | 168,468 | 56.0% | 8,414 | 2.8% | 128,752 | 43.0% | 170,582 | 57.0% | 129,693 | 43.3% | 169,738 | 56.7% |
| 20 | 110,419 | 42.5% | 7,111 | 2.7% | 142,086 | 54.7% | 107,209 | 41.4% | 145,215 | 56.0% | 6,791 | 2.6% | 111,998 | 43.2% | 146,959 | 56.8% | 113,717 | 44.0% | 144,456 | 56.0% |
| 21 | 102,905 | 29.7% | 10,117 | 2.9% | 233,056 | 67.3% | 100,445 | 29.1% | 234,349 | 67.8% | 10,768 | 3.1% | 105,104 | 30.7% | 236,791 | 69.3% | 106,547 | 31.2% | 234,657 | 68.8% |
| 22 | 232,633 | 65.4% | 7,644 | 2.1% | 115,454 | 32.5% | 233,190 | 65.6% | 113,620 | 32.0% | 8,525 | 2.4% | 235,812 | 66.5% | 118,898 | 33.5% | 236,806 | 67.0% | 116,836 | 33.0% |
| 23 | 70,820 | 21.9% | 6,915 | 2.1% | 246,082 | 76.0% | 70,908 | 22.0% | 244,659 | 75.8% | 7,290 | 2.3% | 72,755 | 22.5% | 250,157 | 77.5% | 73,592 | 22.8% | 248,754 | 77.2% |
| 24 | 275,261 | 59.3% | 11,088 | 2.4% | 178,100 | 38.3% | 275,219 | 59.3% | 176,309 | 38.0% | 12,252 | 2.6% | 280,413 | 60.7% | 181,480 | 39.3% | 281,337 | 61.0% | 179,673 | 39.0% |
| 25 | 284,482 | 58.0% | 12,392 | 2.5% | 193,326 | 39.4% | 284,238 | 58.1% | 191,977 | 39.2% | 13,327 | 2.7% | 290,823 | 59.6% | 197,226 | 40.4% | 292,092 | 59.9% | 195,367 | 40.1% |
| 26 | 106,925 | 34.0% | 9,086 | 2.9% | 198,687 | 63.1% | 104,971 | 33.4% | 199,881 | 63.6% | 9,591 | 3.1% | 110,408 | 35.3% | 202,530 | 64.7% | 111,114 | 35.5% | 202,236 | 64.5% |
| 27 | 111,893 | 44.6% | 6,548 | 2.6% | 132,503 | 52.8% | 109,636 | 43.3% | 137,170 | 54.2% | 6,492 | 2.6% | 115,021 | 45.3% | 138,855 | 54.7% | 115,547 | 45.9% | 135,979 | 54.1% |
| 28 | 259,929 | 74.1% | 7,995 | 2.3% | 82,646 | 23.6% | 260,061 | 74.3% | 80,955 | 23.1% | 8,766 | 2.5% | 263,454 | 75.4% | 85,827 | 24.6% | 264,418 | 76.0% | 83,479 | 24.0% |
| 29 | 89,703 | 32.8% | 10,467 | 3.8% | 172,936 | 63.3% | 87,276 | 32.0% | 175,013 | 64.2% | 10,172 | 3.7% | 93,067 | 34.2% | 179,114 | 65.8% | 94,016 | 34.7% | 177,239 | 65.3% |
| 30 | 234,263 | 58.5% | 9,379 | 2.3% | 156,983 | 39.2% | 235,173 | 58.8% | 154,286 | 38.6% | 10,553 | 2.6% | 237,994 | 59.7% | 160,589 | 40.3% | 239,465 | 60.2% | 158,197 | 39.8% |
| 31 | 235,522 | 78.3% | 6,525 | 2.2% | 58,804 | 19.5% | 235,101 | 78.2% | 58,538 | 19.5% | 6,882 | 2.3% | 238,998 | 79.6% | 61,247 | 20.4% | 239,861 | 80.0% | 59,839 | 20.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2019   12/21/2021 3:54 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-8   Filed 12/23/21   Page 7 of 7

Election Analysis

Texas Legislative Council
12/21/21 4:06 PM
Page 3 of 3

## SENATE DISTRICTS - POWBS2019
## 2020 General Election

|  | CCA 9 | | | |
|---|---|---|---|---|
| District | Newell-R | | Birmingham-D | |
| STATE | 6,014,555 | 55.3% | 4,861,782 | 44.7% |
| 1 | 292,575 | 75.6% | 94,177 | 24.4% |
| 2 | 223,854 | 59.6% | 152,017 | 40.4% |
| 3 | 269,483 | 74.0% | 94,511 | 26.0% |
| 4 | 242,720 | 65.0% | 130,656 | 35.0% |
| 5 | 222,710 | 59.5% | 151,309 | 40.5% |
| 6 | 69,534 | 33.1% | 140,751 | 66.9% |
| 7 | 236,140 | 59.7% | 159,627 | 40.3% |
| 8 | 249,009 | 60.6% | 161,686 | 39.4% |
| 9 | 266,911 | 65.2% | 142,575 | 34.8% |
| 10 | 157,383 | 46.1% | 184,244 | 53.9% |
| 11 | 243,139 | 59.6% | 164,931 | 40.4% |
| 12 | 264,852 | 62.8% | 157,044 | 37.2% |
| 13 | 61,510 | 21.9% | 219,015 | 78.1% |
| 14 | 242,417 | 60.7% | 156,945 | 39.3% |
| 15 | 131,451 | 38.1% | 213,520 | 61.9% |
| 16 | 109,536 | 38.3% | 176,266 | 61.7% |
| 17 | 215,948 | 60.4% | 141,757 | 39.6% |
| 18 | 199,029 | 58.5% | 141,386 | 41.5% |
| 19 | 131,533 | 44.1% | 166,589 | 55.9% |
| 20 | 115,240 | 44.9% | 141,648 | 55.1% |
| 21 | 108,343 | 31.7% | 233,151 | 68.3% |
| 22 | 237,650 | 67.3% | 115,650 | 32.7% |
| 23 | 74,543 | 23.2% | 247,113 | 76.8% |
| 24 | 282,828 | 61.5% | 177,109 | 38.5% |
| 25 | 294,039 | 60.5% | 192,158 | 39.5% |
| 26 | 112,875 | 36.1% | 199,428 | 63.9% |
| 27 | 117,759 | 46.9% | 133,482 | 53.1% |
| 28 | 264,968 | 76.2% | 82,723 | 23.8% |
| 29 | 95,240 | 35.2% | 175,051 | 64.8% |
| 30 | 240,848 | 60.6% | 156,418 | 39.4% |
| 31 | 240,488 | 80.3% | 58,845 | 19.7% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration