# EXHIBIT 52

RA-340
Data: 2020 Census
POWBS2019  12/21/2021 3:54 PM
PLANS2168  10/4/2021 7:41 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-10   Filed 12/23/21   Page 2 of 5

Plan Overlap Pop Analysis

Texas Legislative Council
12/21/21 4:25 PM
Page 1 of 4

# SENATE DISTRICTS
## POWBS2019 Compared with PLANS2168
## 2020 General Election

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POWBS2019 | PLANS2168 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| *1 | | 923,466 | 62.9 | 37.1 | 1.5 | 17.1 | 15.9 | 32.6 | 707,486 | 66.3 | 33.7 | 1.4 | 16.3 | 13.2 | 29.3 | 595,773 | 5.6% | 397,597 | 66.7% |
| | 1 100.0% | 923,466 | 62.9 | 37.1 | 1.5 | 17.1 | 15.9 | 32.6 | 707,486 | 66.3 | 33.7 | 1.4 | 16.3 | 13.2 | 29.3 | 595,773 | 5.6% | 397,597 | 66.7% |
| 2 | | 943,819 | 47.7 | 52.3 | 8.7 | 14.3 | 27.7 | 41.4 | 710,047 | 51.3 | 48.7 | 8.9 | 13.3 | 24.4 | 37.4 | 549,009 | 12.9% | 387,011 | 70.5% |
| | 2 95.9% | 905,370 | 47.7 | 52.3 | 8.6 | 14.3 | 27.8 | 41.5 | 681,268 | 51.3 | 48.7 | 8.8 | 13.2 | 24.5 | 37.4 | 526,012 | 13.0% | 370,268 | 70.4% |
| | 8 2.7% | 25,447 | 43.8 | 56.2 | 17.1 | 15.7 | 21.8 | 37.0 | 19,012 | 46.3 | 53.7 | 16.7 | 15.1 | 20.2 | 34.9 | 14,327 | 8.7% | 10,617 | 74.1% |
| | 22 1.4% | 13,002 | 53.7 | 46.3 | 1.3 | 13.0 | 29.7 | 42.2 | 9,767 | 58.4 | 41.6 | 1.1 | 12.1 | 25.5 | 37.3 | 8,670 | 15.8% | 6,126 | 70.7% |
| | 23 0.0% | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0% | 0 | 0.0% |
| 3 | | 917,948 | 60.6 | 39.4 | 1.9 | 17.7 | 17.7 | 35.0 | 707,968 | 63.7 | 36.3 | 1.8 | 16.9 | 15.3 | 32.0 | 571,635 | 6.8% | 375,997 | 65.8% |
| | 3 98.6% | 904,694 | 60.9 | 39.1 | 1.9 | 17.5 | 17.6 | 34.8 | 697,385 | 64.0 | 36.0 | 1.8 | 16.7 | 15.2 | 31.7 | 563,275 | 6.8% | 370,373 | 65.8% |
| | 4 1.4% | 13,254 | 43.6 | 56.4 | 3.2 | 31.0 | 20.7 | 51.0 | 10,583 | 46.9 | 53.1 | 2.9 | 30.1 | 18.0 | 47.7 | 8,360 | 8.6% | 5,624 | 67.3% |
| 4 | | 953,922 | 48.6 | 51.4 | 4.6 | 14.6 | 30.6 | 44.4 | 703,230 | 52.4 | 47.6 | 4.5 | 13.7 | 27.4 | 40.6 | 559,212 | 14.9% | 386,562 | 69.1% |
| | 4 85.4% | 815,112 | 50.0 | 50.0 | 4.6 | 13.8 | 29.8 | 42.9 | 598,511 | 53.8 | 46.2 | 4.5 | 13.0 | 26.6 | 39.1 | 480,399 | 14.0% | 335,743 | 69.9% |
| | 6 1.4% | 13,396 | 19.8 | 80.2 | 1.5 | 28.8 | 49.9 | 77.3 | 9,524 | 22.6 | 77.4 | 1.7 | 28.3 | 46.6 | 74.0 | 6,052 | 29.8% | 3,194 | 52.8% |
| | 7 2.8% | 26,985 | 49.5 | 50.5 | 8.8 | 12.9 | 27.4 | 39.5 | 19,564 | 52.9 | 47.1 | 8.4 | 11.6 | 25.0 | 36.0 | 15,381 | 14.6% | 11,119 | 72.3% |
| | 11 8.1% | 77,709 | 40.3 | 59.7 | 3.6 | 18.1 | 36.9 | 54.0 | 60,590 | 45.1 | 54.9 | 3.7 | 16.6 | 32.8 | 48.8 | 44,610 | 21.1% | 27,533 | 61.7% |
| | 15 2.2% | 20,720 | 39.5 | 60.5 | 4.7 | 24.0 | 30.6 | 53.6 | 15,041 | 42.6 | 57.4 | 4.8 | 22.7 | 28.1 | 50.4 | 12,770 | 19.1% | 8,973 | 70.3% |
| 5 | | 959,891 | 49.4 | 50.6 | 6.7 | 17.7 | 25.0 | 41.3 | 710,999 | 53.4 | 46.6 | 6.1 | 16.3 | 22.2 | 37.7 | 581,544 | 13.1% | 388,650 | 66.8% |
| | 2 5.5% | 52,624 | 51.3 | 48.7 | 1.1 | 13.8 | 30.5 | 43.7 | 39,248 | 56.2 | 43.8 | 1.1 | 13.2 | 25.9 | 38.9 | 29,835 | 12.3% | 19,196 | 64.3% |
| | 3 2.3% | 21,860 | 49.8 | 50.2 | 1.3 | 23.7 | 23.8 | 46.7 | 16,191 | 54.7 | 45.3 | 1.3 | 22.0 | 20.0 | 41.5 | 12,931 | 10.4% | 7,861 | 60.8% |
| | 5 42.0% | 402,869 | 54.0 | 46.0 | 6.8 | 11.7 | 26.2 | 36.9 | 301,563 | 57.8 | 42.2 | 6.1 | 10.9 | 23.3 | 33.7 | 254,344 | 14.0% | 185,723 | 73.0% |
| | 22 5.5% | 52,842 | 62.1 | 37.9 | 0.7 | 12.4 | 22.4 | 34.3 | 40,932 | 66.0 | 34.0 | 0.6 | 11.5 | 19.0 | 30.4 | 33,887 | 10.1% | 21,068 | 62.2% |
| | 24 44.8% | 429,696 | 43.2 | 56.8 | 8.3 | 24.1 | 23.7 | 45.6 | 313,065 | 47.2 | 52.8 | 7.7 | 22.2 | 21.3 | 42.1 | 250,547 | 12.7% | 154,802 | 61.8% |
| 6 | | 961,457 | 10.2 | 89.8 | 3.0 | 15.4 | 71.7 | 86.1 | 690,053 | 12.1 | 87.9 | 3.3 | 15.3 | 69.2 | 83.8 | 401,393 | 52.5% | 221,273 | 55.1% |
| | 6 95.8% | 921,029 | 10.3 | 89.7 | 2.8 | 15.0 | 72.3 | 86.3 | 661,108 | 12.2 | 87.8 | 3.0 | 14.9 | 69.8 | 84.0 | 382,613 | 53.3% | 210,082 | 54.9% |
| | 11 0.9% | 8,966 | 26.2 | 73.8 | 6.0 | 14.1 | 52.9 | 66.1 | 6,590 | 29.4 | 70.6 | 6.1 | 13.1 | 49.9 | 62.5 | 4,051 | 36.4% | 2,419 | 59.7% |
| | 15 3.3% | 31,462 | 3.7 | 96.3 | 9.4 | 27.5 | 60.0 | 86.5 | 22,355 | 4.2 | 95.8 | 10.7 | 28.6 | 56.7 | 84.6 | 14,729 | 34.9% | 8,772 | 59.6% |
| 7 | | 926,185 | 42.7 | 57.3 | 14.3 | 15.4 | 26.7 | 41.3 | 676,804 | 45.5 | 54.5 | 14.1 | 14.3 | 24.7 | 38.5 | 554,177 | 14.7% | 409,959 | 74.0% |
| | 4 1.3% | 12,240 | 48.5 | 51.5 | 10.5 | 15.9 | 23.8 | 39.1 | 9,371 | 51.9 | 48.1 | 10.4 | 15.0 | 21.2 | 35.7 | 8,419 | 13.7% | 6,151 | 73.1% |
| | 7 70.2% | 650,089 | 48.5 | 51.5 | 11.6 | 12.5 | 26.2 | 37.9 | 479,423 | 51.5 | 48.5 | 11.4 | 11.6 | 24.0 | 35.0 | 402,227 | 13.8% | 298,534 | 74.2% |
| | 17 3.8% | 34,969 | 53.5 | 46.5 | 16.3 | 9.1 | 19.7 | 28.2 | 26,327 | 55.5 | 44.5 | 15.7 | 8.9 | 18.3 | 26.8 | 22,364 | 9.3% | 17,002 | 76.0% |
| | 18 24.7% | 228,887 | 24.2 | 75.8 | 21.8 | 24.6 | 29.4 | 52.9 | 161,683 | 25.9 | 74.1 | 22.0 | 23.4 | 28.3 | 50.9 | 121,167 | 19.0% | 88,272 | 72.9% |
| 8 | | 937,678 | 54.6 | 45.4 | 15.7 | 11.0 | 16.6 | 27.1 | 690,236 | 58.0 | 42.0 | 14.8 | 10.1 | 14.7 | 24.5 | 580,360 | 7.8% | 436,335 | 75.2% |
| | 8 100.0% | 937,678 | 54.6 | 45.4 | 15.7 | 11.0 | 16.6 | 27.1 | 690,236 | 58.0 | 42.0 | 14.8 | 10.1 | 14.7 | 24.5 | 580,360 | 7.8% | 436,335 | 75.2% |
| 9 | | 929,591 | 58.1 | 41.9 | 8.5 | 10.0 | 21.0 | 30.3 | 690,117 | 61.7 | 38.3 | 8.1 | 8.9 | 18.6 | 27.0 | 583,447 | 10.9% | 422,803 | 72.5% |
| | 9 67.0% | 622,826 | 56.1 | 43.9 | 8.4 | 10.6 | 22.7 | 32.6 | 456,682 | 59.9 | 40.1 | 8.0 | 9.3 | 20.2 | 29.0 | 382,767 | 12.2% | 272,718 | 71.2% |
| | 12 24.8% | 230,745 | 69.9 | 30.1 | 5.9 | 4.6 | 16.7 | 20.9 | 174,176 | 73.0 | 27.0 | 5.4 | 4.0 | 14.4 | 18.2 | 158,450 | 7.4% | 120,653 | 76.1% |
| | 22 8.2% | 76,020 | 39.3 | 60.7 | 16.5 | 21.8 | 19.5 | 40.3 | 59,259 | 42.7 | 57.3 | 16.1 | 19.8 | 18.1 | 37.2 | 42,230 | 11.2% | 29,432 | 69.7% |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-340
Data: 2020 Census
POWBS2019  12/21/2021 3:54 PM
PLANS2168  10/4/2021 7:41 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-10   Filed 12/23/21   Page 3 of 5

Plan Overlap Pop Analysis

Texas Legislative Council
12/21/21 4:25 PM
Page 2 of 4

# SENATE DISTRICTS
## POWBS2019 Compared with PLANS2168
### 2020 General Election

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POWBS2019 | PLANS2168 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| 10 | | 927,996 | 36.4 | 63.6 | 5.1 | 24.3 | 33.3 | 56.8 | 693,983 | 40.7 | 59.3 | 5.0 | 23.1 | 29.8 | 52.4 | 524,664 | 16.6% | 352,844 | 67.3% |
| | 9  | 22.8% | 211,669 | 33.9 | 66.1 | 3.8 | 16.6 | 44.8 | 60.6 | 159,594 | 38.1 | 61.9 | 3.8 | 15.9 | 40.8 | 56.2 | 109,154 | 25.2% | 70,641 | 64.7% |
| | 10 | 60.2% | 558,335 | 36.7 | 63.3 | 4.7 | 25.1 | 32.6 | 56.9 | 415,860 | 41.3 | 58.7 | 4.6 | 23.9 | 28.8 | 52.2 | 320,039 | 15.3% | 216,350 | 67.6% |
| | 22 | 16.7% | 155,151 | 38.9 | 61.1 | 8.0 | 31.8 | 20.4 | 51.1 | 116,507 | 42.2 | 57.8 | 7.9 | 29.9 | 18.6 | 47.7 | 93,920 | 11.0% | 64,802 | 69.0% |
| | 23 | 0.3% | 2,841 | 18.8 | 81.2 | 12.9 | 43.5 | 24.9 | 66.5 | 2,022 | 20.1 | 79.9 | 13.4 | 42.0 | 23.7 | 64.1 | 1,551 | 17.0% | 1,051 | 67.8% |
| 11 | | 935,155 | 45.8 | 54.2 | 12.1 | 13.8 | 27.0 | 40.1 | 698,348 | 49.2 | 50.8 | 11.7 | 13.0 | 24.4 | 36.9 | 593,460 | 16.1% | 424,842 | 71.6% |
| | 6  | 1.5% | 14,445 | 24.3 | 75.7 | 2.8 | 3.1 | 69.2 | 71.8 | 10,389 | 29.1 | 70.9 | 2.9 | 2.8 | 64.2 | 66.7 | 6,937 | 46.6% | 4,358 | 62.8% |
| | 11 | 85.0% | 794,522 | 48.2 | 51.8 | 8.2 | 13.8 | 28.5 | 41.5 | 597,422 | 51.7 | 48.3 | 7.9 | 12.9 | 25.6 | 38.0 | 498,602 | 16.8% | 351,400 | 70.5% |
| | 13 | 2.9% | 27,544 | 23.0 | 77.0 | 46.9 | 18.7 | 11.4 | 29.6 | 19,208 | 24.3 | 75.7 | 46.7 | 18.1 | 10.6 | 28.3 | 16,040 | 7.3% | 12,810 | 79.9% |
| | 17 | 6.0% | 56,070 | 45.4 | 54.6 | 27.2 | 13.5 | 13.0 | 25.9 | 39,776 | 47.5 | 52.5 | 26.7 | 12.9 | 11.7 | 24.3 | 44,598 | 10.0% | 35,545 | 79.7% |
| | 18 | 4.6% | 42,574 | 23.9 | 76.1 | 46.8 | 14.7 | 14.3 | 28.5 | 31,553 | 25.5 | 74.5 | 46.1 | 14.2 | 13.6 | 27.4 | 27,283 | 10.2% | 20,729 | 76.0% |
| 12 | | 949,426 | 56.6 | 43.4 | 10.4 | 9.0 | 22.0 | 30.4 | 730,216 | 59.8 | 40.2 | 9.7 | 8.5 | 19.6 | 27.8 | 596,943 | 10.0% | 437,173 | 73.2% |
| | 9  | 10.6% | 100,506 | 54.9 | 45.1 | 2.8 | 7.8 | 32.4 | 39.6 | 78,350 | 59.5 | 40.5 | 2.8 | 6.9 | 28.3 | 34.9 | 58,390 | 17.4% | 39,116 | 67.0% |
| | 10 | 13.9% | 132,429 | 65.5 | 34.5 | 1.7 | 10.1 | 20.0 | 29.7 | 99,067 | 69.1 | 30.9 | 1.6 | 9.1 | 17.2 | 26.0 | 84,235 | 8.5% | 58,625 | 69.6% |
| | 12 | 61.7% | 585,345 | 51.5 | 48.5 | 15.3 | 9.8 | 21.8 | 31.1 | 450,373 | 54.6 | 45.4 | 14.2 | 9.5 | 19.8 | 28.9 | 365,485 | 9.5% | 275,863 | 75.5% |
| | 30 | 13.8% | 131,146 | 71.8 | 28.2 | 3.1 | 5.0 | 16.8 | 21.4 | 102,426 | 73.9 | 26.1 | 3.1 | 4.8 | 14.6 | 19.2 | 88,833 | 8.5% | 63,569 | 71.6% |
| 13 | | 957,813 | 10.9 | 89.1 | 11.0 | 39.8 | 38.8 | 77.3 | 724,165 | 12.7 | 87.3 | 11.9 | 40.0 | 35.6 | 74.6 | 477,550 | 17.0% | 293,370 | 61.4% |
| | 13 | 94.9% | 909,184 | 10.6 | 89.4 | 10.3 | 40.5 | 39.1 | 78.4 | 687,220 | 12.3 | 87.7 | 11.1 | 40.8 | 35.9 | 75.7 | 451,218 | 17.0% | 276,009 | 61.2% |
| | 15 | 0.6% | 5,521 | 58.5 | 41.5 | 23.9 | 4.9 | 10.5 | 14.9 | 4,275 | 60.3 | 39.7 | 23.3 | 4.7 | 9.8 | 14.2 | 3,883 | 5.1% | 3,080 | 79.3% |
| | 17 | 4.5% | 43,108 | 12.4 | 87.6 | 23.6 | 28.7 | 35.9 | 63.2 | 32,670 | 14.3 | 85.7 | 25.6 | 26.8 | 33.6 | 59.3 | 22,449 | 19.6% | 14,281 | 63.6% |
| 14 | | 962,102 | 56.5 | 43.5 | 5.9 | 11.2 | 24.8 | 35.2 | 755,396 | 59.5 | 40.5 | 5.9 | 10.5 | 22.1 | 32.1 | 583,236 | 11.8% | 416,743 | 71.5% |
| | 3  | 3.7% | 35,668 | 65.9 | 34.1 | 0.8 | 18.9 | 12.3 | 30.8 | 28,868 | 68.4 | 31.6 | 0.7 | 18.1 | 10.5 | 28.4 | 24,925 | 4.1% | 16,389 | 65.8% |
| | 4  | 10.0% | 96,082 | 71.3 | 28.7 | 2.3 | 4.5 | 19.0 | 23.2 | 72,720 | 74.8 | 25.2 | 2.0 | 4.0 | 16.1 | 20.0 | 63,250 | 7.6% | 47,756 | 75.5% |
| | 5  | 38.3% | 368,413 | 54.7 | 45.3 | 5.1 | 13.7 | 25.0 | 37.9 | 295,985 | 57.6 | 42.4 | 5.3 | 12.9 | 22.5 | 34.8 | 195,078 | 12.8% | 135,070 | 69.2% |
| | 7  | 6.0% | 57,521 | 64.0 | 36.0 | 3.7 | 3.8 | 25.8 | 29.3 | 42,214 | 67.6 | 32.4 | 3.2 | 3.5 | 22.8 | 26.0 | 35,906 | 10.3% | 26,537 | 73.9% |
| | 14 | 28.8% | 277,243 | 46.4 | 53.6 | 11.8 | 11.6 | 29.2 | 39.8 | 217,773 | 49.8 | 50.2 | 11.5 | 10.8 | 26.5 | 36.6 | 179,538 | 14.6% | 129,199 | 72.0% |
| | 18 | 13.2% | 127,175 | 66.1 | 33.9 | 0.9 | 9.0 | 21.7 | 30.2 | 97,836 | 69.7 | 30.3 | 0.8 | 8.4 | 18.4 | 26.6 | 84,539 | 9.4% | 61,792 | 73.1% |
| 15 | | 961,160 | 28.8 | 71.2 | 8.7 | 22.4 | 39.8 | 61.2 | 730,581 | 32.3 | 67.7 | 9.0 | 21.6 | 36.5 | 57.4 | 523,945 | 19.8% | 358,367 | 68.4% |
| | 4  | 1.9% | 18,115 | 25.1 | 74.9 | 8.1 | 33.3 | 33.7 | 65.6 | 14,030 | 29.2 | 70.8 | 8.7 | 31.3 | 30.4 | 60.7 | 11,017 | 16.8% | 7,460 | 67.7% |
| | 6  | 1.1% | 11,011 | 9.8 | 90.2 | 3.7 | 41.7 | 45.0 | 85.7 | 7,592 | 11.5 | 88.5 | 3.9 | 42.0 | 42.4 | 83.6 | 4,939 | 23.8% | 3,219 | 65.2% |
| | 7  | 2.8% | 26,766 | 25.2 | 74.8 | 11.0 | 25.5 | 38.3 | 62.5 | 20,867 | 28.3 | 71.7 | 11.3 | 24.1 | 35.8 | 58.9 | 13,683 | 24.3% | 8,802 | 64.3% |
| | 13 | 1.0% | 9,545 | 7.4 | 92.6 | 4.3 | 32.8 | 57.0 | 87.7 | 6,624 | 8.9 | 91.1 | 5.5 | 34.5 | 52.3 | 85.1 | 3,148 | 19.1% | 1,815 | 57.7% |
| | 15 | 91.9% | 882,929 | 29.1 | 70.9 | 8.7 | 21.9 | 40.0 | 61.0 | 670,309 | 32.6 | 67.4 | 8.9 | 21.1 | 36.7 | 57.2 | 484,020 | 19.9% | 331,947 | 68.6% |
| | 17 | 1.3% | 12,794 | 51.4 | 48.6 | 16.9 | 11.8 | 18.3 | 29.5 | 11,159 | 53.6 | 46.4 | 15.6 | 11.5 | 17.4 | 28.6 | 7,138 | 11.1% | 5,124 | 71.8% |
| 16 | | 963,395 | 26.6 | 73.4 | 6.7 | 16.8 | 49.3 | 65.4 | 719,917 | 30.7 | 69.3 | 6.9 | 16.4 | 45.1 | 61.0 | 456,336 | 24.7% | 294,405 | 64.5% |
| | 16 | 100.0% | 963,395 | 26.6 | 73.4 | 6.7 | 16.8 | 49.3 | 65.4 | 719,917 | 30.7 | 69.3 | 6.9 | 16.4 | 45.1 | 61.0 | 456,336 | 24.7% | 294,405 | 64.5% |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for
all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-340
Data: 2020 Census
POWBS2019  12/21/2021 3:54 PM
PLANS2168  10/4/2021 7:41 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-10   Filed 12/23/21   Page 4 of 5

Plan Overlap Pop Analysis

Texas Legislative Council
12/21/21 4:25 PM
Page 3 of 4

# SENATE DISTRICTS
## POWBS2019 Compared with PLANS2168
## 2020 General Election

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POWBS2019 | PLANS2168 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| 17 | | 925,436 | 41.6 | 58.4 | 14.4 | 14.1 | 29.2 | 42.4 | 694,008 | 44.4 | 55.6 | 14.0 | 13.3 | 27.1 | 39.8 | 523,790 | 16.3% | 375,345 | 71.7% |
| | 7  0.3% | 2,446 | 46.4 | 53.6 | 7.7 | 6.2 | 38.4 | 43.7 | 1,973 | 49.8 | 50.2 | 7.8 | 6.2 | 35.0 | 40.5 | 1,650 | 18.8% | 1,231 | 74.6% |
| | 11  4.0% | 36,681 | 51.1 | 48.9 | 1.4 | 12.0 | 34.1 | 45.3 | 28,368 | 54.1 | 45.9 | 1.3 | 12.0 | 30.7 | 42.3 | 20,232 | 20.5% | 13,464 | 66.5% |
| | 15  0.8% | 7,186 | 36.5 | 63.5 | 12.2 | 7.8 | 43.1 | 50.2 | 5,694 | 40.0 | 60.0 | 13.0 | 7.3 | 38.8 | 45.6 | 4,343 | 23.4% | 3,058 | 70.4% |
| | 17  70.1% | 648,943 | 45.5 | 54.5 | 13.3 | 12.3 | 27.8 | 39.4 | 487,212 | 48.4 | 51.6 | 12.7 | 11.7 | 25.8 | 36.9 | 374,936 | 14.4% | 271,046 | 72.3% |
| | 18  24.9% | 230,180 | 29.1 | 70.9 | 19.7 | 19.5 | 31.5 | 50.1 | 170,761 | 31.5 | 68.5 | 20.0 | 18.1 | 29.7 | 47.2 | 122,629 | 21.0% | 86,546 | 70.6% |
| 18 | | 941,069 | 38.2 | 61.8 | 4.4 | 14.0 | 42.7 | 55.7 | 704,498 | 42.4 | 57.6 | 4.5 | 13.3 | 38.7 | 51.3 | 530,956 | 23.5% | 353,892 | 66.7% |
| | 5  10.3% | 97,216 | 47.1 | 52.9 | 1.3 | 7.1 | 42.7 | 49.1 | 73,027 | 52.4 | 47.6 | 1.2 | 6.8 | 37.1 | 43.6 | 51,948 | 18.3% | 36,947 | 71.1% |
| | 7  20.2% | 190,204 | 20.8 | 79.2 | 8.7 | 23.5 | 47.4 | 69.3 | 135,322 | 23.2 | 76.8 | 9.1 | 21.8 | 45.7 | 66.3 | 92,633 | 29.4% | 61,514 | 66.4% |
| | 14  19.2% | 180,487 | 22.7 | 77.3 | 8.7 | 16.9 | 51.9 | 67.5 | 134,166 | 26.6 | 73.4 | 9.1 | 16.5 | 47.5 | 63.0 | 85,457 | 22.9% | 55,985 | 65.5% |
| | 17  12.4% | 116,827 | 49.9 | 50.1 | 2.3 | 11.6 | 35.3 | 46.0 | 88,161 | 53.9 | 46.1 | 2.1 | 10.8 | 31.7 | 42.2 | 72,891 | 20.8% | 50,515 | 69.3% |
| | 18  33.6% | 316,364 | 50.6 | 49.4 | 1.7 | 10.7 | 35.8 | 45.7 | 244,356 | 54.5 | 45.5 | 1.6 | 10.5 | 31.7 | 41.8 | 206,774 | 22.5% | 135,750 | 65.7% |
| | 21  4.2% | 39,971 | 37.0 | 63.0 | 1.0 | 6.1 | 54.9 | 60.2 | 29,466 | 42.2 | 57.8 | 0.9 | 5.7 | 49.4 | 54.8 | 21,253 | 33.4% | 13,181 | 62.0% |
| 19 | | 915,066 | 20.5 | 79.5 | 3.4 | 9.5 | 67.0 | 75.1 | 666,553 | 23.1 | 76.9 | 3.3 | 9.1 | 64.2 | 72.5 | 519,546 | 53.9% | 316,609 | 60.9% |
| | 19  94.7% | 866,642 | 20.1 | 79.9 | 3.4 | 9.7 | 67.2 | 75.6 | 630,249 | 22.6 | 77.4 | 3.3 | 9.3 | 64.5 | 73.0 | 488,284 | 54.0% | 297,602 | 60.9% |
| | 21  3.6% | 33,145 | 26.2 | 73.8 | 1.0 | 3.0 | 69.2 | 71.5 | 24,942 | 29.7 | 70.3 | 1.0 | 3.0 | 65.5 | 68.1 | 21,812 | 62.4% | 12,548 | 57.5% |
| | 25  0.9% | 8,550 | 35.5 | 64.5 | 7.7 | 14.5 | 43.2 | 55.7 | 6,239 | 38.9 | 61.1 | 7.5 | 13.4 | 40.1 | 52.2 | 5,095 | 29.2% | 3,490 | 68.5% |
| | 26  0.7% | 6,729 | 31.9 | 68.1 | 6.6 | 7.8 | 54.0 | 60.3 | 5,123 | 35.1 | 64.9 | 6.6 | 7.3 | 50.6 | 56.9 | 4,355 | 38.3% | 2,969 | 68.2% |
| 20 | | 965,934 | 12.4 | 87.6 | 1.8 | 2.2 | 83.6 | 85.2 | 699,892 | 14.4 | 85.6 | 1.8 | 2.1 | 81.3 | 83.0 | 486,239 | 71.6% | 280,575 | 57.7% |
| | 20  93.2% | 900,014 | 13.1 | 86.9 | 1.9 | 2.3 | 82.5 | 84.3 | 653,782 | 15.2 | 84.8 | 2.0 | 2.2 | 80.1 | 82.0 | 452,233 | 69.9% | 262,709 | 58.1% |
| | 21  6.8% | 65,920 | 1.8 | 98.2 | 0.2 | 0.2 | 97.7 | 97.8 | 46,110 | 1.8 | 98.2 | 0.2 | 0.3 | 97.7 | 97.8 | 34,006 | 93.0% | 17,866 | 52.5% |
| 21 | | 966,108 | 29.3 | 70.7 | 3.6 | 6.3 | 60.2 | 65.8 | 746,729 | 33.1 | 66.9 | 3.9 | 6.4 | 55.6 | 61.4 | 591,292 | 43.1% | 364,736 | 61.7% |
| | 14  24.6% | 237,616 | 50.4 | 49.6 | 6.9 | 10.6 | 30.9 | 40.7 | 200,978 | 53.7 | 46.3 | 7.0 | 10.0 | 27.8 | 37.2 | 183,038 | 17.1% | 125,120 | 68.4% |
| | 19  1.5% | 14,440 | 28.7 | 71.3 | 0.9 | 8.5 | 61.8 | 69.1 | 11,115 | 32.2 | 67.8 | 0.9 | 8.3 | 57.9 | 65.6 | 7,951 | 49.2% | 4,353 | 54.7% |
| | 21  73.9% | 714,052 | 22.2 | 77.8 | 2.6 | 4.8 | 69.9 | 74.0 | 534,636 | 25.4 | 74.6 | 2.8 | 5.0 | 66.0 | 70.5 | 400,303 | 54.8% | 235,183 | 58.8% |
| 22 | | 921,290 | 54.8 | 45.2 | 4.0 | 15.1 | 24.0 | 38.3 | 691,798 | 58.6 | 41.4 | 4.0 | 13.8 | 21.1 | 34.5 | 541,116 | 12.3% | 367,043 | 67.8% |
| | 10  19.6% | 180,182 | 66.2 | 33.8 | 1.6 | 5.0 | 23.7 | 28.2 | 134,154 | 69.8 | 30.2 | 1.5 | 4.4 | 20.6 | 24.7 | 106,258 | 11.2% | 72,453 | 68.2% |
| | 22  63.0% | 580,558 | 55.8 | 44.2 | 3.4 | 14.5 | 24.4 | 38.1 | 439,829 | 59.8 | 40.2 | 3.4 | 13.1 | 21.3 | 34.0 | 350,839 | 12.5% | 241,997 | 69.0% |
| | 23  8.4% | 77,457 | 19.4 | 80.6 | 14.5 | 40.2 | 26.0 | 65.0 | 55,209 | 21.3 | 78.7 | 14.9 | 38.9 | 24.3 | 62.5 | 42,646 | 15.7% | 29,163 | 68.4% |
| | 24  9.0% | 83,093 | 55.6 | 44.4 | 3.9 | 18.4 | 19.8 | 36.6 | 62,606 | 58.5 | 41.5 | 3.6 | 17.0 | 18.0 | 34.0 | 41,373 | 10.3% | 23,430 | 56.6% |
| 23 | | 964,705 | 18.0 | 82.0 | 3.2 | 37.6 | 41.0 | 77.7 | 724,917 | 21.5 | 78.5 | 3.5 | 37.4 | 37.0 | 73.8 | 529,697 | 19.4% | 329,533 | 62.2% |
| | 9  3.0% | 29,125 | 31.7 | 68.3 | 12.6 | 19.7 | 35.1 | 54.0 | 24,099 | 35.1 | 64.9 | 13.9 | 19.8 | 30.0 | 49.4 | 11,439 | 18.2% | 6,692 | 58.5% |
| | 10  0.1% | 914 | 45.0 | 55.0 | 1.5 | 21.3 | 32.2 | 52.5 | 768 | 52.1 | 47.9 | 1.6 | 18.4 | 27.2 | 44.9 | 401 | 9.2% | 207 | 51.6% |
| | 16  0.0% | 58 | 17.2 | 82.8 | 0.0 | 6.9 | 75.9 | 82.8 | 30 | 13.3 | 86.7 | 0.0 | 0.0 | 86.7 | 86.7 | 6 | 83.3% | 4 | 66.7% |
| | 22  5.3% | 51,601 | 16.8 | 83.2 | 3.3 | 17.3 | 62.0 | 78.5 | 35,966 | 20.6 | 79.4 | 3.7 | 16.9 | 57.8 | 74.1 | 18,122 | 33.6% | 9,813 | 54.1% |
| | 23  91.5% | 883,007 | 17.6 | 82.4 | 2.9 | 39.4 | 40.0 | 78.4 | 664,054 | 21.0 | 79.0 | 3.1 | 39.2 | 36.1 | 74.7 | 499,729 | 19.0% | 312,817 | 62.6% |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for
all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-340
Data: 2020 Census
POWBS2019  12/21/2021 3:54 PM
PLANS2168  10/4/2021 7:41 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-10   Filed 12/23/21   Page 5 of 5

Plan Overlap Pop Analysis

Texas Legislative Council
12/21/21 4:25 PM
Page 4 of 4

# SENATE DISTRICTS
## POWBS2019 Compared with PLANS2168
## 2020 General Election

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POWBS2019 | PLANS2168 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| 24 | | 918,601 | 65.0 | 35.0 | 6.9 | 3.7 | 22.3 | 25.5 | 716,463 | 68.2 | 31.8 | 6.3 | 3.3 | 19.8 | 22.8 | 653,226 | 12.7% | 484,003 | 74.1% |
| | 5 | 6.9% | 63,426 | 68.4 | 31.6 | 4.4 | 4.5 | 20.7 | 24.5 | 48,713 | 72.9 | 27.1 | 3.7 | 3.6 | 17.5 | 20.7 | 43,923 | 9.4% | 35,124 | 80.0% |
| | 10 | 4.1% | 38,095 | 70.0 | 30.0 | 1.0 | 4.9 | 21.6 | 25.9 | 29,878 | 73.5 | 26.5 | 0.9 | 4.2 | 18.5 | 22.4 | 23,808 | 12.5% | 16,060 | 67.5% |
| | 14 | 18.3% | 168,079 | 67.2 | 32.8 | 14.9 | 3.1 | 13.1 | 15.8 | 133,946 | 68.8 | 31.2 | 14.0 | 3.0 | 12.4 | 15.1 | 134,496 | 7.1% | 102,300 | 76.1% |
| | 22 | 3.4% | 31,319 | 73.0 | 27.0 | 0.7 | 2.0 | 21.7 | 23.4 | 24,552 | 76.7 | 23.3 | 0.7 | 1.8 | 18.2 | 19.8 | 21,729 | 11.0% | 14,379 | 66.2% |
| | 24 | 48.8% | 448,545 | 60.7 | 39.3 | 4.7 | 4.2 | 28.2 | 31.9 | 351,010 | 64.4 | 35.6 | 4.4 | 3.7 | 25.0 | 28.4 | 305,463 | 17.4% | 220,464 | 72.2% |
| | 25 | 15.6% | 142,955 | 71.1 | 28.9 | 9.3 | 2.8 | 14.2 | 16.7 | 107,533 | 74.0 | 26.0 | 8.2 | 2.5 | 12.6 | 14.8 | 104,956 | 6.6% | 82,465 | 78.6% |
| | 28 | 2.6% | 23,731 | 68.6 | 31.4 | 0.7 | 2.0 | 26.9 | 28.5 | 18,964 | 72.0 | 28.0 | 0.6 | 1.8 | 23.7 | 25.1 | 17,147 | 17.2% | 12,052 | 70.3% |
| | 31 | 0.3% | 2,451 | 45.0 | 55.0 | 1.1 | 1.8 | 52.0 | 52.9 | 1,867 | 49.9 | 50.1 | 0.9 | 1.8 | 46.8 | 47.8 | 1,704 | 37.1% | 1,159 | 68.0% |
| 25 | | 930,935 | 57.3 | 42.7 | 5.3 | 5.5 | 30.4 | 35.2 | 710,798 | 60.5 | 39.5 | 4.8 | 5.0 | 27.8 | 32.3 | 659,153 | 18.6% | 505,682 | 76.7% |
| | 14 | 10.0% | 92,992 | 62.1 | 37.9 | 10.8 | 4.0 | 21.3 | 24.7 | 71,225 | 64.4 | 35.6 | 9.9 | 3.8 | 19.9 | 23.3 | 68,534 | 13.4% | 54,111 | 79.0% |
| | 19 | 3.2% | 30,191 | 50.4 | 49.6 | 2.9 | 6.5 | 39.0 | 44.5 | 23,420 | 54.4 | 45.6 | 2.7 | 5.8 | 35.1 | 40.4 | 20,137 | 25.0% | 14,203 | 70.5% |
| | 21 | 5.9% | 54,854 | 55.2 | 44.8 | 3.0 | 5.2 | 35.1 | 39.3 | 43,449 | 58.4 | 41.6 | 2.8 | 4.8 | 31.9 | 36.1 | 36,921 | 22.8% | 26,252 | 71.1% |
| | 25 | 79.3% | 738,239 | 57.2 | 42.8 | 4.9 | 5.7 | 30.8 | 35.7 | 560,741 | 60.5 | 39.5 | 4.4 | 5.2 | 28.0 | 32.7 | 522,074 | 18.6% | 402,117 | 77.0% |
| | 26 | 1.6% | 14,659 | 52.5 | 47.5 | 4.7 | 4.9 | 37.6 | 41.6 | 11,963 | 55.7 | 44.3 | 4.0 | 4.3 | 35.1 | 38.8 | 11,487 | 24.7% | 8,999 | 78.3% |
| 26 | | 928,940 | 21.3 | 78.7 | 4.3 | 9.6 | 65.4 | 73.6 | 714,530 | 24.0 | 76.0 | 4.2 | 8.9 | 62.7 | 70.6 | 537,816 | 51.5% | 328,742 | 61.1% |
| | 25 | 2.9% | 26,538 | 43.0 | 57.0 | 3.7 | 13.0 | 40.0 | 51.4 | 20,922 | 46.7 | 53.3 | 3.6 | 11.6 | 36.9 | 47.6 | 17,188 | 24.7% | 11,937 | 69.4% |
| | 26 | 97.1% | 902,402 | 20.6 | 79.4 | 4.3 | 9.5 | 66.2 | 74.2 | 693,608 | 23.4 | 76.6 | 4.2 | 8.8 | 63.4 | 71.3 | 520,628 | 52.4% | 316,805 | 60.9% |
| 27 | | 942,285 | 13.8 | 86.2 | 1.2 | 1.5 | 83.3 | 84.4 | 675,607 | 16.1 | 83.9 | 1.2 | 1.5 | 80.8 | 81.9 | 491,936 | 72.0% | 272,293 | 55.4% |
| | 20 | 2.1% | 20,134 | 22.5 | 77.5 | 1.6 | 3.1 | 72.1 | 74.4 | 15,410 | 25.0 | 75.0 | 1.4 | 2.9 | 69.5 | 71.8 | 11,780 | 70.3% | 6,017 | 51.1% |
| | 27 | 97.9% | 922,151 | 13.6 | 86.4 | 1.1 | 1.5 | 83.6 | 84.6 | 660,197 | 15.9 | 84.1 | 1.2 | 1.4 | 81.0 | 82.2 | 480,156 | 72.0% | 266,276 | 55.5% |
| 28 | | 926,282 | 55.7 | 44.3 | 2.6 | 7.9 | 32.3 | 39.4 | 708,614 | 59.3 | 40.7 | 2.5 | 7.2 | 28.8 | 35.6 | 562,538 | 21.4% | 361,433 | 64.3% |
| | 10 | 2.8% | 25,914 | 78.8 | 21.2 | 0.9 | 2.5 | 14.9 | 17.1 | 20,185 | 81.4 | 18.6 | 0.8 | 2.1 | 12.7 | 14.6 | 17,740 | 7.8% | 12,287 | 69.4% |
| | 28 | 94.3% | 873,941 | 54.3 | 45.7 | 2.7 | 8.3 | 33.3 | 40.7 | 668,169 | 57.9 | 42.1 | 2.6 | 7.6 | 29.8 | 36.9 | 526,616 | 22.4% | 336,029 | 63.8% |
| | 30 | 2.9% | 26,427 | 78.6 | 21.4 | 0.8 | 1.6 | 16.1 | 17.5 | 20,260 | 81.8 | 18.2 | 0.7 | 1.3 | 13.2 | 14.3 | 18,212 | 6.9% | 13,117 | 72.0% |
| *29 | | 918,000 | 12.2 | 87.8 | 2.1 | 4.3 | 81.9 | 85.1 | 686,205 | 13.6 | 86.4 | 2.0 | 3.9 | 80.4 | 83.6 | 521,461 | 67.2% | 287,390 | 55.1% |
| | 29 | 100.0% | 918,000 | 12.2 | 87.8 | 2.1 | 4.3 | 81.9 | 85.1 | 686,205 | 13.6 | 86.4 | 2.0 | 3.9 | 80.4 | 83.6 | 521,461 | 67.2% | 287,390 | 55.1% |
| 30 | | 952,686 | 53.8 | 46.2 | 12.3 | 12.4 | 19.0 | 30.8 | 713,887 | 57.6 | 42.4 | 11.3 | 11.4 | 16.9 | 27.9 | 579,819 | 8.9% | 414,757 | 71.5% |
| | 12 | 15.2% | 144,814 | 42.8 | 57.2 | 16.8 | 16.2 | 22.8 | 38.2 | 112,941 | 45.9 | 54.1 | 16.6 | 15.2 | 20.3 | 35.1 | 89,516 | 10.5% | 64,909 | 72.5% |
| | 30 | 84.8% | 807,872 | 55.8 | 44.2 | 11.4 | 11.7 | 18.4 | 29.5 | 600,946 | 59.8 | 40.2 | 10.3 | 10.7 | 16.2 | 26.6 | 490,303 | 8.6% | 349,848 | 71.4% |
| 31 | | 917,164 | 45.7 | 54.3 | 2.4 | 6.0 | 44.5 | 49.8 | 672,655 | 49.5 | 50.5 | 2.2 | 5.5 | 40.8 | 46.0 | 498,838 | 28.9% | 309,375 | 62.0% |
| | 28 | 1.3% | 11,831 | 38.9 | 61.1 | 0.7 | 4.6 | 55.5 | 59.2 | 8,582 | 41.9 | 58.1 | 0.7 | 4.6 | 51.9 | 56.1 | 6,570 | 45.3% | 3,612 | 55.0% |
| | 31 | 98.7% | 905,333 | 45.7 | 54.3 | 2.4 | 6.0 | 44.3 | 49.7 | 664,073 | 49.5 | 50.5 | 2.2 | 5.5 | 40.7 | 45.9 | 492,268 | 28.6% | 305,763 | 62.1% |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration