# EXHIBIT 53

RA-340  
Data: 2020 Census  
POWBS2019  12/21/2021 3:54 PM  
PLANS2100  8/2/2021 4:30 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-11   Filed 12/23/21   Page 2 of 5

Plan Overlap Pop Analysis

Texas Legislative Council  
12/21/21 4:08 PM  
Page 1 of 4

# SENATE DISTRICTS
## POWBS2019 Compared with PLANS2100
### 2020 General Election

| POWBS2019 | PLANS2100 | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| 1 | | 923,466 | 62.9 | 37.1 | 1.5 | 17.1 | 15.9 | 32.6 | 707,486 | 66.3 | 33.7 | 1.4 | 16.3 | 13.2 | 29.3 | 595,773 | 5.6% | 397,597 | 66.7% |
| | 1  91.6% | 845,787 | 61.9 | 38.1 | 1.5 | 18.0 | 16.1 | 33.6 | 647,407 | 65.4 | 34.6 | 1.4 | 17.1 | 13.3 | 30.2 | 545,787 | 5.6% | 363,881 | 66.7% |
| | 2  8.4% | 77,679 | 73.6 | 26.4 | 1.0 | 7.6 | 14.3 | 21.6 | 60,079 | 76.4 | 23.6 | 1.0 | 7.2 | 11.9 | 19.0 | 49,986 | 5.4% | 33,716 | 67.5% |
| 2 | | 943,819 | 47.7 | 52.3 | 8.7 | 14.3 | 27.7 | 41.4 | 710,047 | 51.3 | 48.7 | 8.9 | 13.3 | 24.4 | 37.4 | 549,009 | 12.9% | 387,011 | 70.5% |
| | 2  49.6% | 468,515 | 51.8 | 48.2 | 4.2 | 14.5 | 27.5 | 41.4 | 343,636 | 56.0 | 44.0 | 4.1 | 13.3 | 24.2 | 37.2 | 272,359 | 12.4% | 189,709 | 69.7% |
| | 8  17.4% | 163,781 | 48.9 | 51.1 | 18.5 | 14.3 | 16.7 | 30.5 | 132,114 | 51.1 | 48.9 | 18.4 | 13.5 | 15.1 | 28.2 | 97,566 | 7.6% | 72,480 | 74.3% |
| | 16  23.3% | 219,623 | 36.3 | 63.7 | 14.0 | 15.1 | 33.6 | 48.1 | 166,756 | 39.9 | 60.1 | 14.3 | 14.1 | 30.2 | 43.9 | 124,526 | 15.8% | 87,154 | 70.0% |
| | 22  9.4% | 89,078 | 51.0 | 49.0 | 1.2 | 11.5 | 34.3 | 45.2 | 65,527 | 55.6 | 44.4 | 1.0 | 10.7 | 30.1 | 40.6 | 52,759 | 18.5% | 36,303 | 68.8% |
| | 23  0.0% | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0% | 0 | 0.0% |
| | 30  0.3% | 2,822 | 58.6 | 41.4 | 9.8 | 13.6 | 16.5 | 29.3 | 2,014 | 61.7 | 38.3 | 9.6 | 12.2 | 15.2 | 26.9 | 1,799 | 9.7% | 1,365 | 75.9% |
| 3 | | 917,948 | 60.6 | 39.4 | 1.9 | 17.7 | 17.7 | 35.0 | 707,968 | 63.7 | 36.3 | 1.8 | 16.9 | 15.3 | 32.0 | 571,635 | 6.8% | 375,997 | 65.8% |
| | 3  77.3% | 709,291 | 66.9 | 33.1 | 1.1 | 12.5 | 17.0 | 29.3 | 547,750 | 69.8 | 30.2 | 1.0 | 12.0 | 14.5 | 26.4 | 450,070 | 6.5% | 297,376 | 66.1% |
| | 4  22.7% | 208,657 | 39.4 | 60.6 | 4.6 | 35.4 | 19.9 | 54.6 | 160,218 | 43.1 | 56.9 | 4.4 | 33.8 | 17.6 | 50.9 | 121,565 | 7.9% | 78,621 | 64.7% |
| 4 | | 953,922 | 48.6 | 51.4 | 4.6 | 14.6 | 30.6 | 44.4 | 703,230 | 52.4 | 47.6 | 4.5 | 13.7 | 27.4 | 40.6 | 559,212 | 14.9% | 386,562 | 69.1% |
| | 3  1.0% | 9,496 | 63.0 | 37.0 | 1.8 | 7.9 | 24.6 | 31.8 | 7,254 | 67.5 | 32.5 | 1.8 | 6.2 | 21.3 | 27.3 | 6,129 | 10.6% | 5,847 | 95.4% |
| | 4  70.7% | 674,047 | 55.3 | 44.7 | 4.7 | 10.0 | 28.0 | 37.4 | 495,436 | 59.1 | 40.9 | 4.5 | 9.4 | 24.7 | 33.8 | 405,246 | 12.4% | 286,996 | 70.8% |
| | 6  1.2% | 11,051 | 31.1 | 68.9 | 1.6 | 17.6 | 48.7 | 65.1 | 8,090 | 35.8 | 64.2 | 1.7 | 15.8 | 44.8 | 60.0 | 5,183 | 30.1% | 2,819 | 54.4% |
| | 7  12.6% | 120,671 | 27.2 | 72.8 | 5.7 | 31.0 | 35.7 | 65.3 | 88,099 | 31.0 | 69.0 | 5.9 | 29.0 | 33.1 | 61.1 | 65,406 | 21.1% | 42,023 | 64.2% |
| | 11  3.8% | 36,056 | 44.5 | 55.5 | 4.4 | 17.0 | 32.7 | 48.8 | 29,700 | 48.6 | 51.4 | 4.4 | 15.6 | 29.4 | 44.5 | 24,659 | 19.5% | 15,175 | 61.5% |
| | 15  10.8% | 102,601 | 31.2 | 68.8 | 3.2 | 25.1 | 39.8 | 63.6 | 74,651 | 35.3 | 64.7 | 3.4 | 24.0 | 36.0 | 59.2 | 52,589 | 22.7% | 33,702 | 64.1% |
| 5 | | 959,891 | 49.4 | 50.6 | 6.7 | 17.7 | 25.0 | 41.3 | 710,999 | 53.4 | 46.6 | 6.1 | 16.3 | 22.2 | 37.7 | 581,544 | 13.1% | 388,650 | 66.8% |
| | 3  2.3% | 21,860 | 49.8 | 50.2 | 1.3 | 23.7 | 23.8 | 46.7 | 16,191 | 54.7 | 45.3 | 1.3 | 22.0 | 20.0 | 41.5 | 12,931 | 10.4% | 7,861 | 60.8% |
| | 5  48.1% | 461,918 | 53.4 | 46.6 | 9.8 | 10.8 | 24.6 | 34.6 | 342,465 | 57.2 | 42.8 | 8.6 | 10.2 | 22.1 | 31.8 | 288,925 | 13.5% | 212,490 | 73.5% |
| | 22  11.0% | 105,466 | 56.7 | 43.3 | 0.9 | 13.1 | 26.5 | 39.0 | 80,180 | 61.2 | 38.8 | 0.8 | 12.4 | 22.4 | 34.5 | 63,722 | 11.1% | 40,264 | 63.2% |
| | 24  38.6% | 370,647 | 42.3 | 57.7 | 4.9 | 27.1 | 25.2 | 49.9 | 272,163 | 46.3 | 53.7 | 4.7 | 24.8 | 22.5 | 45.7 | 215,966 | 13.3% | 128,035 | 59.3% |
| 6 | | 961,457 | 10.2 | 89.8 | 3.0 | 15.4 | 71.7 | 86.1 | 690,053 | 12.1 | 87.9 | 3.3 | 15.3 | 69.2 | 83.8 | 401,393 | 52.5% | 221,273 | 55.1% |
| | 6  85.6% | 822,938 | 9.5 | 90.5 | 2.7 | 13.4 | 74.7 | 87.1 | 589,809 | 11.4 | 88.6 | 2.9 | 13.4 | 72.4 | 85.0 | 339,754 | 56.1% | 184,338 | 54.3% |
| | 11  3.1% | 30,114 | 27.0 | 73.0 | 6.0 | 14.7 | 51.8 | 65.4 | 22,483 | 31.3 | 68.7 | 5.9 | 13.8 | 47.8 | 60.8 | 12,613 | 31.6% | 7,443 | 59.0% |
| | 13  0.5% | 4,705 | 41.0 | 59.0 | 9.6 | 24.9 | 23.1 | 47.1 | 4,284 | 42.6 | 57.4 | 9.3 | 24.0 | 22.4 | 45.6 | 3,288 | 13.4% | 2,316 | 70.4% |
| | 15  10.8% | 103,700 | 9.0 | 91.0 | 4.5 | 30.9 | 56.2 | 85.9 | 73,477 | 10.7 | 89.3 | 5.0 | 31.2 | 53.2 | 83.5 | 45,738 | 34.1% | 27,176 | 59.4% |
| 7 | | 926,185 | 42.7 | 57.3 | 14.3 | 15.4 | 26.7 | 41.3 | 676,804 | 45.5 | 54.5 | 14.1 | 14.3 | 24.7 | 38.5 | 554,177 | 14.7% | 409,959 | 74.0% |
| | 4  1.9% | 17,944 | 54.8 | 45.2 | 11.7 | 5.2 | 25.8 | 30.7 | 11,852 | 57.5 | 42.5 | 10.7 | 5.1 | 24.0 | 29.0 | 8,949 | 9.8% | 7,139 | 79.8% |
| | 7  74.6% | 691,008 | 47.1 | 52.9 | 12.1 | 13.2 | 26.5 | 38.9 | 509,103 | 50.1 | 49.9 | 11.9 | 12.2 | 24.3 | 36.0 | 427,802 | 14.2% | 317,287 | 74.2% |
| | 17  5.9% | 54,789 | 43.1 | 56.9 | 15.4 | 14.2 | 26.5 | 39.9 | 41,742 | 44.8 | 55.2 | 15.3 | 13.6 | 25.3 | 38.2 | 33,889 | 14.4% | 24,587 | 72.6% |
| | 18  17.5% | 162,444 | 22.6 | 77.4 | 23.5 | 26.3 | 27.8 | 53.1 | 114,107 | 24.1 | 75.9 | 23.9 | 25.0 | 26.7 | 50.9 | 83,537 | 17.9% | 60,946 | 73.0% |
| 8 | | 937,678 | 54.6 | 45.4 | 15.7 | 11.0 | 16.6 | 27.1 | 690,236 | 58.0 | 42.0 | 14.8 | 10.1 | 14.7 | 24.5 | 580,360 | 7.8% | 436,335 | 75.2% |
| | 2  12.0% | 112,120 | 67.5 | 32.5 | 1.5 | 8.7 | 18.5 | 26.8 | 85,789 | 71.1 | 28.9 | 1.4 | 8.2 | 15.2 | 23.3 | 67,596 | 7.2% | 44,850 | 66.4% |

\* = The district in the first plan is identical to the district in the second plan.  
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.  
SSVR-T = Total Spanish surname voter registration

RA-340
Data: 2020 Census
POWBS2019  12/21/2021 3:54 PM
PLANS2100  8/2/2021 4:30 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-11   Filed 12/23/21   Page 3 of 5

Plan Overlap Pop Analysis

Texas Legislative Council
12/21/21 4:08 PM
Page 2 of 4

# SENATE DISTRICTS
## POWBS2019 Compared with PLANS2100
## 2020 General Election

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POWBS2019 | PLANS2100 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| | 8 | 66.1% | 619,404 | 49.9 | 50.1 | 21.6 | 11.6 | 15.3 | 26.4 | 461,389 | 53.4 | 46.6 | 20.2 | 10.7 | 13.8 | 24.1 | 389,993 | 7.6% | 296,045 | 75.9% |
| | 30 | 22.0% | 206,154 | 61.5 | 38.5 | 5.7 | 10.5 | 19.6 | 29.7 | 143,058 | 64.8 | 35.2 | 5.3 | 9.5 | 17.4 | 26.6 | 122,771 | 9.0% | 95,440 | 77.7% |
| 9 | | | 929,591 | 58.1 | 41.9 | 8.5 | 10.0 | 21.0 | 30.3 | 690,117 | 61.7 | 38.3 | 8.1 | 8.9 | 18.6 | 27.0 | 583,447 | 10.9% | 422,803 | 72.5% |
| | 9 | 55.1% | 512,311 | 53.5 | 46.5 | 10.1 | 11.8 | 22.4 | 33.5 | 381,649 | 57.1 | 42.9 | 9.7 | 10.5 | 20.0 | 30.0 | 311,138 | 11.7% | 221,606 | 71.2% |
| | 10 | 9.3% | 86,657 | 64.2 | 35.8 | 12.2 | 9.1 | 11.9 | 20.5 | 66,952 | 67.5 | 32.5 | 11.0 | 8.1 | 10.7 | 18.4 | 62,873 | 6.4% | 49,026 | 78.0% |
| | 12 | 29.6% | 274,740 | 62.2 | 37.8 | 5.8 | 8.6 | 21.1 | 29.0 | 199,400 | 65.7 | 34.3 | 5.5 | 7.4 | 18.6 | 25.6 | 173,352 | 11.3% | 126,956 | 73.2% |
| | 30 | 6.0% | 55,883 | 72.0 | 28.0 | 1.0 | 2.0 | 21.3 | 23.0 | 42,116 | 75.4 | 24.6 | 0.8 | 1.6 | 18.1 | 19.6 | 36,084 | 9.4% | 25,215 | 69.9% |
| 10 | | | 927,996 | 36.4 | 63.6 | 5.1 | 24.3 | 33.3 | 56.8 | 693,983 | 40.7 | 59.3 | 5.0 | 23.1 | 29.8 | 52.4 | 524,664 | 16.6% | 352,844 | 67.3% |
| | 9 | 8.7% | 81,107 | 30.5 | 69.5 | 7.8 | 39.8 | 21.4 | 60.0 | 62,837 | 33.8 | 66.2 | 7.8 | 37.8 | 19.6 | 56.5 | 44,224 | 10.6% | 28,681 | 64.9% |
| | 10 | 91.3% | 846,889 | 37.0 | 63.0 | 4.8 | 22.9 | 34.5 | 56.5 | 631,146 | 41.4 | 58.6 | 4.7 | 21.7 | 30.9 | 52.0 | 480,440 | 17.2% | 324,163 | 67.5% |
| 11 | | | 935,155 | 45.8 | 54.2 | 12.1 | 13.8 | 27.0 | 40.1 | 698,348 | 49.2 | 50.8 | 11.7 | 13.0 | 24.4 | 36.9 | 593,460 | 16.1% | 424,842 | 71.6% |
| | 11 | 86.5% | 808,967 | 47.8 | 52.2 | 8.1 | 13.6 | 29.2 | 42.0 | 607,811 | 51.3 | 48.7 | 7.8 | 12.8 | 26.2 | 38.5 | 505,539 | 17.2% | 355,758 | 70.4% |
| | 17 | 9.7% | 90,438 | 37.1 | 62.9 | 35.8 | 14.4 | 12.1 | 25.9 | 64,266 | 38.8 | 61.2 | 35.5 | 13.7 | 11.0 | 24.4 | 65,599 | 9.0% | 52,109 | 79.4% |
| | 18 | 3.8% | 35,750 | 23.6 | 76.4 | 43.8 | 16.7 | 15.6 | 31.8 | 26,271 | 25.3 | 74.7 | 43.1 | 16.3 | 14.8 | 30.7 | 22,322 | 11.3% | 16,975 | 76.0% |
| 12 | | | 949,426 | 56.6 | 43.4 | 10.4 | 9.0 | 22.0 | 30.4 | 730,216 | 59.8 | 40.2 | 9.7 | 8.5 | 19.6 | 27.8 | 596,943 | 10.0% | 437,173 | 73.2% |
| | 10 | 0.0% | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0% | 0 | 0.0% |
| | 12 | 37.8% | 359,089 | 54.6 | 45.4 | 8.1 | 11.4 | 23.9 | 34.7 | 272,463 | 58.6 | 41.4 | 7.5 | 10.6 | 21.2 | 31.3 | 223,781 | 11.2% | 160,748 | 71.8% |
| | 16 | 37.0% | 351,561 | 46.0 | 54.0 | 18.4 | 10.3 | 24.1 | 33.8 | 274,396 | 49.3 | 50.7 | 17.1 | 10.1 | 22.0 | 31.7 | 209,409 | 10.6% | 158,446 | 75.7% |
| | 30 | 25.1% | 238,776 | 75.2 | 24.8 | 2.0 | 3.3 | 16.0 | 19.0 | 183,357 | 77.5 | 22.5 | 2.0 | 3.1 | 13.8 | 16.7 | 163,753 | 7.6% | 117,979 | 72.0% |
| 13 | | | 957,813 | 10.9 | 89.1 | 11.0 | 39.8 | 38.8 | 77.3 | 724,165 | 12.7 | 87.3 | 11.9 | 40.0 | 35.6 | 74.6 | 477,550 | 17.0% | 293,370 | 61.4% |
| | 6 | 0.0% | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0% | 0 | 0.0% |
| | 13 | 89.7% | 859,069 | 9.7 | 90.3 | 9.5 | 41.0 | 40.4 | 80.1 | 648,367 | 11.4 | 88.6 | 10.4 | 41.4 | 37.1 | 77.5 | 419,120 | 17.5% | 252,661 | 60.3% |
| | 17 | 10.3% | 98,744 | 21.6 | 78.4 | 24.1 | 29.2 | 25.3 | 53.3 | 75,798 | 23.9 | 76.1 | 24.8 | 27.6 | 23.5 | 50.2 | 58,430 | 13.8% | 40,709 | 69.7% |
| 14 | | | 962,102 | 56.5 | 43.5 | 5.9 | 11.2 | 24.8 | 35.2 | 755,396 | 59.5 | 40.5 | 5.9 | 10.5 | 22.1 | 32.1 | 583,236 | 11.8% | 416,743 | 71.5% |
| | 3 | 14.2% | 136,523 | 69.8 | 30.2 | 1.1 | 9.1 | 17.2 | 26.1 | 106,858 | 73.1 | 26.9 | 1.0 | 8.7 | 14.3 | 22.8 | 92,241 | 6.4% | 65,258 | 70.7% |
| | 4 | 12.3% | 118,502 | 68.3 | 31.7 | 3.3 | 3.9 | 21.7 | 25.3 | 86,702 | 71.5 | 28.5 | 2.9 | 3.6 | 19.0 | 22.4 | 76,576 | 8.7% | 57,693 | 75.3% |
| | 5 | 38.5% | 370,279 | 53.8 | 46.2 | 5.0 | 14.1 | 25.6 | 38.9 | 297,583 | 56.7 | 43.3 | 5.2 | 13.3 | 23.0 | 35.8 | 194,005 | 13.3% | 134,845 | 69.5% |
| | 14 | 28.8% | 277,243 | 46.4 | 53.6 | 11.8 | 11.6 | 29.2 | 39.8 | 217,773 | 49.8 | 50.2 | 11.5 | 10.8 | 26.5 | 36.6 | 179,538 | 14.6% | 129,199 | 72.0% |
| | 18 | 6.2% | 59,555 | 65.3 | 34.7 | 0.6 | 9.8 | 22.5 | 31.6 | 46,480 | 69.8 | 30.2 | 0.6 | 8.7 | 18.8 | 27.1 | 40,876 | 10.2% | 29,748 | 72.8% |
| 15 | | | 961,160 | 28.8 | 71.2 | 8.7 | 22.4 | 39.8 | 61.2 | 730,581 | 32.3 | 67.7 | 9.0 | 21.6 | 36.5 | 57.4 | 523,945 | 19.8% | 358,367 | 68.4% |
| | 7 | 8.7% | 83,468 | 26.1 | 73.9 | 11.0 | 25.3 | 37.6 | 61.6 | 63,960 | 29.6 | 70.4 | 11.4 | 23.6 | 34.8 | 57.5 | 46,373 | 22.5% | 30,590 | 66.0% |
| | 13 | 2.9% | 28,063 | 8.8 | 91.2 | 5.3 | 21.9 | 64.7 | 85.1 | 20,077 | 10.3 | 89.7 | 6.1 | 23.0 | 61.0 | 82.9 | 7,055 | 23.3% | 3,872 | 54.9% |
| | 15 | 71.6% | 688,232 | 24.6 | 75.4 | 6.8 | 24.8 | 43.7 | 67.5 | 517,983 | 28.2 | 71.8 | 7.1 | 23.9 | 40.2 | 63.4 | 368,088 | 22.4% | 245,949 | 66.8% |
| | 17 | 16.8% | 161,397 | 51.6 | 48.4 | 16.6 | 11.1 | 19.9 | 30.2 | 128,561 | 53.5 | 46.5 | 15.6 | 11.0 | 18.7 | 29.2 | 102,429 | 9.2% | 77,956 | 76.1% |
| 16 | | | 963,395 | 26.6 | 73.4 | 6.7 | 16.8 | 49.3 | 65.4 | 719,917 | 30.7 | 69.3 | 6.9 | 16.4 | 45.1 | 61.0 | 456,336 | 24.7% | 294,405 | 64.5% |
| | 2 | 25.3% | 243,343 | 19.3 | 80.7 | 2.2 | 21.4 | 56.7 | 77.2 | 172,055 | 23.4 | 76.6 | 2.4 | 20.9 | 52.2 | 72.6 | 106,151 | 29.2% | 62,604 | 59.0% |
| | 8 | 9.7% | 93,862 | 32.8 | 67.2 | 12.3 | 25.1 | 29.1 | 53.6 | 70,639 | 36.2 | 63.8 | 12.6 | 24.2 | 25.9 | 49.7 | 47,873 | 9.6% | 32,670 | 68.2% |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for
all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-340
Data: 2020 Census
POWBS2019  12/21/2021 3:54 PM
PLANS2100  8/2/2021 4:30 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-11   Filed 12/23/21   Page 4 of 5

Plan Overlap Pop Analysis

Texas Legislative Council
12/21/21 4:08 PM
Page 3 of 4

# SENATE DISTRICTS
## POWBS2019 Compared with PLANS2100
### 2020 General Election

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POWBS2019 | PLANS2100 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| | 9  13.1% | 126,651 | 19.4 | 80.6 | 4.9 | 8.6 | 66.4 | 74.4 | 92,511 | 23.2 | 76.8 | 5.3 | 8.6 | 61.8 | 70.0 | 51,275 | 34.7% | 31,027 | 60.5% |
| | 16  36.9% | 355,634 | 39.7 | 60.3 | 11.2 | 16.2 | 32.0 | 47.5 | 279,936 | 43.5 | 56.5 | 10.8 | 15.7 | 28.9 | 44.0 | 187,007 | 13.0% | 132,794 | 71.0% |
| | 23  14.9% | 143,905 | 8.9 | 91.1 | 1.2 | 11.9 | 78.0 | 89.3 | 104,776 | 11.2 | 88.8 | 1.3 | 12.3 | 74.8 | 86.7 | 64,030 | 54.6% | 35,310 | 55.1% |
| 17 | | 925,436 | 41.6 | 58.4 | 14.4 | 14.1 | 29.2 | 42.4 | 694,008 | 44.4 | 55.6 | 14.0 | 13.3 | 27.1 | 39.8 | 523,790 | 16.3% | 375,345 | 71.7% |
| | 7  0.6% | 5,142 | 61.3 | 38.7 | 10.2 | 4.1 | 23.1 | 26.6 | 4,110 | 64.1 | 35.9 | 9.4 | 3.9 | 21.1 | 24.5 | 3,841 | 10.2% | 3,043 | 79.2% |
| | 11  6.3% | 58,119 | 53.1 | 46.9 | 1.3 | 10.0 | 33.8 | 43.1 | 44,658 | 56.2 | 43.8 | 1.2 | 9.8 | 30.5 | 39.9 | 33,301 | 19.6% | 22,301 | 67.0% |
| | 13  0.0% | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0 | 0.0% | 0 | 0.0% |
| | 15  5.3% | 49,035 | 32.4 | 67.6 | 7.9 | 6.3 | 53.2 | 58.6 | 36,808 | 36.4 | 63.6 | 8.4 | 6.0 | 48.7 | 54.0 | 23,915 | 24.2% | 16,733 | 70.0% |
| | 17  51.3% | 474,298 | 41.1 | 58.9 | 14.4 | 16.9 | 26.9 | 42.9 | 367,739 | 43.9 | 56.1 | 14.4 | 15.7 | 24.8 | 39.9 | 268,676 | 14.6% | 189,274 | 70.4% |
| | 18  36.6% | 338,842 | 41.3 | 58.7 | 17.6 | 12.0 | 28.1 | 39.4 | 240,693 | 43.9 | 56.1 | 16.7 | 11.4 | 26.6 | 37.6 | 194,057 | 17.2% | 143,994 | 74.2% |
| 18 | | 941,069 | 38.2 | 61.8 | 4.4 | 14.0 | 42.7 | 55.7 | 704,498 | 42.4 | 57.6 | 4.5 | 13.3 | 38.7 | 51.3 | 530,956 | 23.5% | 353,892 | 66.7% |
| | 7  11.6% | 109,079 | 16.2 | 83.8 | 7.8 | 25.9 | 50.7 | 75.0 | 76,633 | 18.3 | 81.7 | 8.4 | 24.1 | 49.2 | 72.2 | 51,645 | 31.4% | 33,412 | 64.7% |
| | 14  29.5% | 277,703 | 31.2 | 68.8 | 6.1 | 13.5 | 48.7 | 61.1 | 207,193 | 35.7 | 64.3 | 6.3 | 13.1 | 43.8 | 56.1 | 137,405 | 21.1% | 92,932 | 67.6% |
| | 17  8.3% | 77,863 | 28.9 | 71.1 | 9.6 | 19.3 | 42.2 | 60.1 | 57,452 | 31.5 | 68.5 | 9.7 | 17.7 | 40.4 | 57.1 | 40,767 | 26.4% | 27,608 | 67.7% |
| | 18  46.4% | 436,453 | 49.9 | 50.1 | 2.0 | 11.2 | 35.9 | 46.2 | 333,754 | 53.9 | 46.1 | 1.8 | 10.8 | 31.8 | 42.2 | 279,886 | 22.1% | 186,759 | 66.7% |
| | 21  4.2% | 39,971 | 37.0 | 63.0 | 1.0 | 6.1 | 54.9 | 60.2 | 29,466 | 42.2 | 57.8 | 0.9 | 5.7 | 49.4 | 54.8 | 21,253 | 33.4% | 13,181 | 62.0% |
| 19 | | 915,066 | 20.5 | 79.5 | 3.4 | 9.5 | 67.0 | 75.1 | 666,553 | 23.1 | 76.9 | 3.3 | 9.1 | 64.2 | 72.5 | 519,546 | 53.9% | 316,609 | 60.9% |
| | 19  88.6% | 811,083 | 19.6 | 80.4 | 3.2 | 9.5 | 68.1 | 76.3 | 588,951 | 22.0 | 78.0 | 3.1 | 9.1 | 65.5 | 73.7 | 459,337 | 55.2% | 276,632 | 60.2% |
| | 21  2.5% | 22,518 | 20.8 | 79.2 | 0.7 | 2.6 | 75.4 | 77.5 | 16,664 | 24.1 | 75.9 | 0.6 | 2.8 | 71.8 | 74.2 | 11,957 | 66.0% | 6,729 | 56.3% |
| | 25  5.3% | 48,945 | 35.8 | 64.2 | 6.8 | 12.7 | 45.1 | 56.2 | 36,327 | 39.3 | 60.7 | 6.4 | 11.8 | 41.9 | 52.7 | 29,130 | 31.0% | 20,931 | 71.9% |
| | 26  3.6% | 32,520 | 20.3 | 79.7 | 4.7 | 9.0 | 66.3 | 73.9 | 24,611 | 23.1 | 76.9 | 4.8 | 8.8 | 63.0 | 70.9 | 19,122 | 50.4% | 12,317 | 64.4% |
| 20 | | 965,934 | 12.4 | 87.6 | 1.8 | 2.2 | 83.6 | 85.2 | 699,892 | 14.4 | 85.6 | 1.8 | 2.1 | 81.3 | 83.0 | 486,239 | 71.6% | 280,575 | 57.7% |
| | 20  84.9% | 820,510 | 13.8 | 86.2 | 2.0 | 2.5 | 81.6 | 83.5 | 597,139 | 15.9 | 84.1 | 2.1 | 2.4 | 79.1 | 81.2 | 416,827 | 69.1% | 243,537 | 58.4% |
| | 21  6.8% | 65,920 | 1.8 | 98.2 | 0.2 | 0.2 | 97.7 | 97.8 | 46,110 | 1.8 | 98.2 | 0.2 | 0.3 | 97.7 | 97.8 | 34,006 | 93.0% | 17,866 | 52.5% |
| | 27  8.2% | 79,504 | 6.4 | 93.6 | 0.9 | 0.6 | 92.1 | 92.4 | 56,643 | 7.7 | 92.3 | 1.0 | 0.5 | 90.7 | 90.9 | 35,406 | 80.1% | 19,172 | 54.1% |
| 21 | | 966,108 | 29.3 | 70.7 | 3.6 | 6.3 | 60.2 | 65.8 | 746,729 | 33.1 | 66.9 | 3.9 | 6.4 | 55.6 | 61.4 | 591,292 | 43.1% | 364,736 | 61.7% |
| | 14  24.1% | 233,198 | 49.5 | 50.5 | 7.0 | 10.9 | 31.6 | 41.7 | 197,908 | 52.9 | 47.1 | 7.0 | 10.4 | 28.3 | 38.1 | 176,480 | 16.8% | 119,377 | 67.6% |
| | 21  66.5% | 642,373 | 20.5 | 79.5 | 1.9 | 4.3 | 72.8 | 76.5 | 476,365 | 23.6 | 76.4 | 2.0 | 4.4 | 69.3 | 73.2 | 359,800 | 58.0% | 207,895 | 57.8% |
| | 25  9.4% | 90,537 | 39.2 | 60.8 | 7.5 | 8.4 | 44.4 | 51.6 | 72,456 | 42.1 | 57.9 | 8.1 | 8.1 | 40.7 | 48.0 | 55,012 | 29.7% | 37,464 | 68.1% |
| 22 | | 921,290 | 54.8 | 45.2 | 4.0 | 15.1 | 24.0 | 38.3 | 691,798 | 58.6 | 41.4 | 4.0 | 13.8 | 21.1 | 34.5 | 541,116 | 12.3% | 367,043 | 67.8% |
| | 9  4.1% | 37,952 | 15.8 | 84.2 | 11.2 | 30.4 | 42.8 | 72.0 | 27,487 | 18.5 | 81.5 | 12.5 | 28.8 | 39.9 | 67.8 | 16,736 | 22.8% | 9,853 | 58.9% |
| | 22  81.4% | 749,478 | 55.5 | 44.5 | 3.9 | 14.8 | 23.8 | 37.8 | 561,377 | 59.3 | 40.7 | 3.8 | 13.5 | 20.8 | 33.9 | 453,332 | 12.3% | 312,430 | 68.9% |
| | 24  9.9% | 91,315 | 58.1 | 41.9 | 3.6 | 16.8 | 19.2 | 34.5 | 69,097 | 61.0 | 39.0 | 3.4 | 15.5 | 17.3 | 31.8 | 47,195 | 9.6% | 27,830 | 59.0% |
| | 30  4.6% | 42,545 | 70.5 | 29.5 | 1.3 | 3.9 | 21.8 | 25.3 | 33,837 | 73.4 | 26.6 | 1.1 | 4.0 | 18.7 | 22.5 | 23,853 | 10.2% | 16,930 | 71.0% |
| 23 | | 964,705 | 18.0 | 82.0 | 3.2 | 37.6 | 41.0 | 77.7 | 724,917 | 21.5 | 78.5 | 3.5 | 37.4 | 37.0 | 73.8 | 529,697 | 19.4% | 329,533 | 62.2% |
| | 2  4.4% | 42,919 | 57.9 | 42.1 | 3.3 | 11.6 | 25.3 | 36.3 | 34,424 | 61.4 | 38.6 | 3.1 | 10.7 | 22.5 | 32.8 | 30,407 | 11.3% | 23,352 | 76.8% |
| | 9  17.3% | 166,636 | 18.4 | 81.6 | 5.6 | 20.2 | 55.4 | 74.6 | 120,229 | 22.1 | 77.9 | 6.2 | 19.7 | 51.1 | 70.2 | 72,280 | 32.1% | 42,357 | 58.6% |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-340
Data: 2020 Census
POWBS2019  12/21/2021 3:54 PM
PLANS2100  8/2/2021 4:30 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-11   Filed 12/23/21   Page 5 of 5

Plan Overlap Pop Analysis

Texas Legislative Council
12/21/21 4:08 PM
Page 4 of 4

## SENATE DISTRICTS
## POWBS2019 Compared with PLANS2100
## 2020 General Election

| | | Total Population and Percentages | | | | | | | Voting Age Population and Percentages | | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POWBS2019 | PLANS2100 | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | Total | SSVR-T | Total | TO/VR |
| | 10 | 1.2% | 11,950 | 42.4 | 57.6 | 19.1 | 17.0 | 20.0 | 36.6 | 10,567 | 43.7 | 56.3 | 19.9 | 17.1 | 17.8 | 34.5 | 4,829 | 13.0% | 3,156 | 65.4% |
| | 23 | 77.0% | 743,200 | 15.2 | 84.8 | 2.4 | 43.3 | 39.0 | 81.4 | 559,697 | 18.4 | 81.6 | 2.7 | 43.3 | 35.2 | 77.8 | 422,181 | 17.9% | 260,668 | 61.7% |
| 24 | | 918,601 | 65.0 | 35.0 | 6.9 | 3.7 | 22.3 | 25.5 | 716,463 | 68.2 | 31.8 | 6.3 | 3.3 | 19.8 | 22.8 | 653,226 | 12.7% | 484,003 | 74.1% |
| | 5 | 24.9% | 228,603 | 60.8 | 39.2 | 8.9 | 6.7 | 21.7 | 27.6 | 174,105 | 64.2 | 35.8 | 8.4 | 6.0 | 19.1 | 24.6 | 149,440 | 11.8% | 111,975 | 74.9% |
| | 14 | 23.7% | 217,769 | 67.8 | 32.2 | 14.3 | 3.2 | 12.8 | 15.6 | 169,159 | 69.7 | 30.3 | 13.4 | 2.9 | 11.9 | 14.5 | 170,271 | 6.9% | 130,265 | 76.5% |
| | 19 | 9.1% | 83,536 | 40.0 | 60.0 | 1.0 | 2.7 | 55.0 | 57.2 | 63,014 | 43.1 | 56.9 | 0.9 | 2.6 | 51.7 | 54.0 | 53,667 | 43.3% | 35,199 | 65.6% |
| | 24 | 37.8% | 347,314 | 71.6 | 28.4 | 3.0 | 2.4 | 20.2 | 22.3 | 277,431 | 75.1 | 24.9 | 2.6 | 2.1 | 17.3 | 19.2 | 250,439 | 9.9% | 186,307 | 74.4% |
| | 28 | 4.5% | 41,379 | 68.1 | 31.9 | 0.9 | 2.1 | 27.1 | 28.8 | 32,754 | 71.5 | 28.5 | 0.8 | 1.9 | 23.8 | 25.5 | 29,409 | 17.9% | 20,257 | 68.9% |
| 25 | | 930,935 | 57.3 | 42.7 | 5.3 | 5.5 | 30.4 | 35.2 | 710,798 | 60.5 | 39.5 | 4.8 | 5.0 | 27.8 | 32.3 | 659,153 | 18.6% | 505,682 | 76.7% |
| | 14 | 4.1% | 38,394 | 57.1 | 42.9 | 9.7 | 5.3 | 26.2 | 30.9 | 31,496 | 59.6 | 40.4 | 9.1 | 5.0 | 24.4 | 28.8 | 28,613 | 17.2% | 21,549 | 75.3% |
| | 19 | 0.4% | 3,566 | 43.5 | 56.5 | 5.1 | 7.4 | 43.2 | 49.0 | 2,824 | 47.9 | 52.1 | 4.5 | 6.4 | 39.3 | 44.7 | 2,274 | 23.9% | 1,474 | 64.8% |
| | 21 | 3.3% | 30,670 | 51.3 | 48.7 | 2.0 | 5.2 | 40.5 | 44.7 | 23,644 | 55.4 | 44.6 | 1.9 | 4.6 | 36.3 | 40.5 | 19,724 | 26.8% | 14,065 | 71.3% |
| | 25 | 92.2% | 858,305 | 57.6 | 42.4 | 5.2 | 5.6 | 30.2 | 35.0 | 652,834 | 60.8 | 39.2 | 4.7 | 5.0 | 27.6 | 32.1 | 608,542 | 18.3% | 468,594 | 77.0% |
| 26 | | 928,940 | 21.3 | 78.7 | 4.3 | 9.6 | 65.4 | 73.6 | 714,530 | 24.0 | 76.0 | 4.2 | 8.9 | 62.7 | 70.6 | 537,816 | 51.5% | 328,742 | 61.1% |
| | 19 | 1.6% | 15,203 | 22.3 | 77.7 | 5.3 | 13.7 | 59.9 | 71.7 | 11,172 | 24.5 | 75.5 | 5.3 | 13.5 | 57.0 | 69.3 | 9,193 | 46.1% | 6,123 | 66.6% |
| | 25 | 11.4% | 105,692 | 36.5 | 63.5 | 4.1 | 11.3 | 48.2 | 58.0 | 83,092 | 40.3 | 59.7 | 4.0 | 10.1 | 44.9 | 54.0 | 65,368 | 30.9% | 44,442 | 68.0% |
| | 26 | 87.0% | 808,045 | 19.3 | 80.7 | 4.3 | 9.2 | 67.8 | 75.6 | 620,266 | 21.9 | 78.1 | 4.2 | 8.6 | 65.2 | 72.9 | 463,255 | 54.5% | 278,177 | 60.0% |
| 27 | | 942,285 | 13.8 | 86.2 | 1.2 | 1.5 | 83.3 | 84.4 | 675,607 | 16.1 | 83.9 | 1.2 | 1.5 | 80.8 | 81.9 | 491,936 | 72.0% | 272,293 | 55.4% |
| | 18 | 0.3% | 3,149 | 85.9 | 14.1 | 1.9 | 0.5 | 7.5 | 7.9 | 2,772 | 87.0 | 13.0 | 1.7 | 0.4 | 7.0 | 7.3 | 3,294 | 4.8% | 2,390 | 72.6% |
| | 20 | 9.3% | 87,164 | 36.2 | 63.8 | 3.7 | 3.5 | 55.9 | 58.6 | 64,694 | 39.4 | 60.6 | 3.6 | 3.2 | 52.6 | 55.3 | 53,618 | 45.3% | 33,499 | 62.5% |
| | 21 | 10.6% | 99,802 | 35.3 | 64.7 | 1.6 | 4.3 | 57.7 | 61.4 | 76,399 | 38.1 | 61.9 | 1.5 | 4.5 | 54.5 | 58.7 | 59,133 | 49.0% | 35,311 | 59.7% |
| | 27 | 79.8% | 752,170 | 8.0 | 92.0 | 0.8 | 0.9 | 90.2 | 90.7 | 531,742 | 9.7 | 90.3 | 0.9 | 0.8 | 88.4 | 88.9 | 375,891 | 80.0% | 201,093 | 53.5% |
| 28 | | 926,282 | 55.7 | 44.3 | 2.6 | 7.9 | 32.3 | 39.4 | 708,614 | 59.3 | 40.7 | 2.5 | 7.2 | 28.8 | 35.6 | 562,538 | 21.4% | 361,433 | 64.3% |
| | 24 | 12.7% | 117,514 | 68.4 | 31.6 | 3.2 | 8.5 | 18.0 | 25.7 | 90,157 | 71.8 | 28.2 | 3.0 | 7.3 | 15.5 | 22.3 | 72,075 | 10.5% | 50,099 | 69.5% |
| | 28 | 72.8% | 674,606 | 51.0 | 49.0 | 2.5 | 7.9 | 37.2 | 44.3 | 515,355 | 54.7 | 45.3 | 2.5 | 7.3 | 33.5 | 40.4 | 402,589 | 26.0% | 256,422 | 63.7% |
| | 30 | 11.0% | 102,035 | 69.1 | 30.9 | 2.5 | 8.0 | 17.6 | 25.0 | 78,648 | 72.0 | 28.0 | 2.2 | 7.4 | 15.1 | 22.1 | 67,735 | 8.8% | 41,927 | 61.9% |
| | 31 | 3.5% | 32,127 | 64.3 | 35.7 | 1.0 | 4.8 | 27.3 | 31.7 | 24,454 | 68.6 | 31.4 | 0.9 | 4.6 | 22.8 | 27.2 | 20,139 | 12.1% | 12,985 | 64.5% |
| 29 | | 918,000 | 12.2 | 87.8 | 2.1 | 4.3 | 81.9 | 85.1 | 686,205 | 13.6 | 86.4 | 2.0 | 3.9 | 80.4 | 83.6 | 521,461 | 67.2% | 287,390 | 55.1% |
| | 19 | 4.2% | 38,826 | 25.0 | 75.0 | 1.4 | 3.2 | 69.7 | 72.3 | 30,472 | 27.4 | 72.6 | 1.4 | 3.3 | 66.9 | 69.8 | 22,770 | 55.5% | 12,836 | 56.4% |
| | 29 | 95.8% | 879,174 | 11.6 | 88.4 | 2.1 | 4.4 | 82.4 | 85.7 | 655,733 | 12.9 | 87.1 | 2.1 | 4.0 | 81.0 | 84.3 | 498,691 | 67.7% | 274,554 | 55.1% |
| 30 | | 952,686 | 53.8 | 46.2 | 12.3 | 12.4 | 19.0 | 30.8 | 713,887 | 57.6 | 42.4 | 11.3 | 11.4 | 16.9 | 27.9 | 579,819 | 8.9% | 414,757 | 71.5% |
| | 8 | 12.7% | 121,086 | 42.8 | 57.2 | 31.1 | 11.6 | 12.7 | 23.8 | 86,417 | 46.5 | 53.5 | 28.4 | 11.0 | 12.1 | 22.8 | 67,996 | 7.7% | 51,718 | 76.1% |
| | 12 | 47.5% | 452,550 | 48.0 | 52.0 | 15.0 | 14.6 | 20.6 | 34.6 | 337,365 | 51.3 | 48.7 | 14.2 | 13.7 | 18.7 | 31.9 | 273,014 | 9.9% | 201,870 | 73.9% |
| | 30 | 39.8% | 379,050 | 64.3 | 35.7 | 3.0 | 10.0 | 19.1 | 28.6 | 290,105 | 68.2 | 31.8 | 2.8 | 8.9 | 16.3 | 24.8 | 238,809 | 8.1% | 161,169 | 67.5% |
| 31 | | 917,164 | 45.7 | 54.3 | 2.4 | 6.0 | 44.5 | 49.8 | 672,655 | 49.5 | 50.5 | 2.2 | 5.5 | 40.8 | 46.0 | 498,838 | 28.9% | 309,375 | 62.0% |
| | 28 | 8.7% | 80,022 | 44.1 | 55.9 | 0.9 | 5.6 | 48.8 | 53.6 | 59,877 | 47.5 | 52.5 | 0.7 | 5.7 | 44.8 | 50.1 | 46,338 | 37.1% | 27,707 | 59.8% |
| | 31 | 91.3% | 837,142 | 45.8 | 54.2 | 2.5 | 6.0 | 44.1 | 49.4 | 612,778 | 49.6 | 50.4 | 2.3 | 5.5 | 40.5 | 45.6 | 452,500 | 28.0% | 281,668 | 62.2% |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration