# EXHIBIT 54



**State Senate Districts**
Plan 4
**POWBS2020**

County
District

2020 Census
POWBS2020 12/21/2021 4:31:54 PM

RedAppl: 0001
12/21/2021 4:51:16 PM

TLC

**State Senate Districts**
Plan 4
**POWBS2020**

**State Senate Districts**
Plan 4
**POWBS2020**

2020 Census
POWBS2020 12/21/2021 4:31:54 PM

RedAppl: 0001
12/21/2021 4:52:12 PM

TLC