# EXHIBIT 55

RA-200
Data: 2020 Census
POWBS2020   12/21/2021 4:31 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-13   Filed 12/23/21   Page 2 of 4

Population and Voter Data

SENATE DISTRICTS - POWBS2020

Texas Legislative Council
12/21/21 4:50 PM
Page 1 of 3

| District | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Total VR | SSVR | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | -16,712 | Total: | 923,466 | 580,402 | 343,064 | 13,500 | 158,039 | 146,949 | 301,249 | 62.9 | 37.1 | 1.5 | 17.1 | 15.9 | 32.6 | 2020 | 595,773 | 5.6% | 397,597 | 66.7% |
|   | -1.78% | VAP: | 707,486 | 468,994 | 238,492 | 9,612 | 114,975 | 93,515 | 206,956 | 66.3 | 33.7 | 1.4 | 16.3 | 13.2 | 29.3 | 2018 | 566,625 | 5.2% | 301,104 | 53.1% |
| 2 | 3,641 | Total: | 943,819 | 449,733 | 494,086 | 81,948 | 134,989 | 261,284 | 390,601 | 47.7 | 52.3 | 8.7 | 14.3 | 27.7 | 41.4 | 2020 | 549,009 | 12.9% | 387,011 | 70.5% |
|   | 0.39% | VAP: | 710,047 | 364,202 | 345,845 | 63,190 | 94,273 | 173,586 | 265,361 | 51.3 | 48.7 | 8.9 | 13.3 | 24.4 | 37.4 | 2018 | 505,522 | 12.1% | 287,480 | 56.9% |
| 3 | -22,230 | Total: | 917,948 | 556,578 | 361,370 | 17,494 | 162,711 | 162,412 | 321,535 | 60.6 | 39.4 | 1.9 | 17.7 | 17.7 | 35.0 | 2020 | 571,635 | 6.8% | 375,997 | 65.8% |
|   | -2.36% | VAP: | 707,968 | 451,184 | 256,784 | 12,750 | 119,925 | 107,966 | 226,202 | 63.7 | 36.3 | 1.8 | 16.9 | 15.3 | 32.0 | 2018 | 551,182 | 6.2% | 283,815 | 51.5% |
| 4 | 13,744 | Total: | 953,922 | 463,370 | 490,552 | 43,932 | 139,115 | 291,967 | 423,743 | 48.6 | 51.4 | 4.6 | 14.6 | 30.6 | 44.4 | 2020 | 559,212 | 14.9% | 386,562 | 69.1% |
|   | 1.46% | VAP: | 703,230 | 368,441 | 334,789 | 31,635 | 96,244 | 192,485 | 285,362 | 52.4 | 47.6 | 4.5 | 13.7 | 27.4 | 40.6 | 2018 | 515,600 | 14.0% | 277,545 | 53.8% |
| 5 | 19,713 | Total: | 959,891 | 474,108 | 485,783 | 64,671 | 169,687 | 240,309 | 396,228 | 49.4 | 50.6 | 6.7 | 17.7 | 25.0 | 41.3 | 2020 | 581,544 | 13.1% | 388,650 | 66.8% |
|   | 2.10% | VAP: | 710,999 | 379,952 | 331,047 | 43,162 | 115,859 | 158,181 | 267,877 | 53.4 | 46.6 | 6.1 | 16.3 | 22.2 | 37.7 | 2018 | 525,174 | 12.6% | 279,099 | 53.1% |
| 6 | 21,279 | Total: | 961,457 | 97,926 | 863,531 | 28,823 | 148,077 | 689,824 | 828,215 | 10.2 | 89.8 | 3.0 | 15.4 | 71.7 | 86.1 | 2020 | 401,393 | 52.5% | 221,273 | 55.1% |
|   | 2.26% | VAP: | 690,053 | 83,832 | 606,221 | 22,450 | 105,775 | 477,594 | 578,389 | 12.1 | 87.9 | 3.3 | 15.3 | 69.2 | 83.8 | 2018 | 382,311 | 51.7% | 160,158 | 41.9% |
| 7 | -13,993 | Total: | 926,185 | 395,669 | 530,516 | 132,139 | 142,564 | 247,657 | 382,427 | 42.7 | 57.3 | 14.3 | 15.4 | 26.7 | 41.3 | 2020 | 554,177 | 14.7% | 409,959 | 74.0% |
|   | -1.49% | VAP: | 676,804 | 308,169 | 368,635 | 95,417 | 97,097 | 167,416 | 260,590 | 45.5 | 54.5 | 14.1 | 14.3 | 24.7 | 38.5 | 2018 | 503,070 | 14.1% | 293,461 | 58.3% |
| 8 | -2,500 | Total: | 937,678 | 511,617 | 426,061 | 146,834 | 103,226 | 155,857 | 254,459 | 54.6 | 45.4 | 15.7 | 11.0 | 16.6 | 27.1 | 2020 | 580,360 | 7.8% | 436,335 | 75.2% |
|   | -0.27% | VAP: | 690,236 | 400,037 | 290,199 | 102,222 | 69,752 | 101,528 | 169,178 | 58.0 | 42.0 | 14.8 | 10.1 | 14.7 | 24.5 | 2018 | 519,747 | 7.4% | 314,647 | 60.5% |
| 9 | -16,137 | Total: | 924,041 | 509,578 | 414,463 | 74,461 | 117,607 | 201,925 | 312,673 | 55.1 | 44.9 | 8.1 | 12.7 | 21.9 | 33.8 | 2020 | 564,798 | 11.3% | 402,458 | 71.3% |
|   | -1.72% | VAP: | 686,002 | 402,149 | 283,853 | 53,147 | 79,443 | 133,276 | 209,482 | 58.6 | 41.4 | 7.7 | 11.6 | 19.4 | 30.5 | 2018 | 513,902 | 10.8% | 289,528 | 56.3% |
| 10 | 5,318 | Total: | 945,496 | 373,902 | 571,594 | 53,541 | 203,632 | 304,689 | 500,464 | 39.5 | 60.5 | 5.7 | 21.5 | 32.2 | 52.9 | 2020 | 548,142 | 15.9% | 376,345 | 68.7% |
|   | 0.57% | VAP: | 708,665 | 311,021 | 397,644 | 39,148 | 143,890 | 203,819 | 344,139 | 43.9 | 56.1 | 5.5 | 20.3 | 28.8 | 48.6 | 2018 | 515,137 | 15.1% | 291,940 | 56.7% |
| 11 | -5,023 | Total: | 935,155 | 428,742 | 506,413 | 113,527 | 129,070 | 252,625 | 374,755 | 45.8 | 54.2 | 12.1 | 13.8 | 27.0 | 40.1 | 2020 | 593,460 | 16.1% | 424,842 | 71.6% |
|   | -0.53% | VAP: | 698,348 | 343,697 | 354,651 | 81,821 | 90,614 | 170,376 | 257,901 | 49.2 | 50.8 | 11.7 | 13.0 | 24.4 | 36.9 | 2018 | 544,639 | 15.5% | 308,355 | 56.6% |
| 12 | 9,248 | Total: | 949,426 | 537,535 | 411,891 | 98,434 | 84,995 | 208,874 | 289,029 | 56.6 | 43.4 | 10.4 | 9.0 | 22.0 | 30.4 | 2020 | 596,943 | 10.0% | 437,173 | 73.2% |
|   | 0.98% | VAP: | 730,216 | 436,872 | 293,344 | 71,054 | 62,183 | 143,204 | 202,878 | 59.8 | 40.2 | 9.7 | 8.5 | 19.6 | 27.8 | 2018 | 557,013 | 9.6% | 336,530 | 60.4% |
| 13 | 17,635 | Total: | 957,813 | 104,563 | 853,250 | 105,177 | 381,313 | 371,959 | 740,763 | 10.9 | 89.1 | 11.0 | 39.8 | 38.8 | 77.3 | 2020 | 477,550 | 17.0% | 293,370 | 61.4% |
|   | 1.88% | VAP: | 724,165 | 91,946 | 632,219 | 85,952 | 289,628 | 258,123 | 540,440 | 12.7 | 87.3 | 11.9 | 40.0 | 35.6 | 74.6 | 2018 | 458,884 | 16.1% | 220,903 | 48.1% |
| 14 | 21,924 | Total: | 962,102 | 543,191 | 418,911 | 57,044 | 107,291 | 238,264 | 338,623 | 56.5 | 43.5 | 5.9 | 11.2 | 24.8 | 35.2 | 2020 | 583,236 | 11.8% | 416,743 | 71.5% |
|   | 2.33% | VAP: | 755,396 | 449,754 | 305,642 | 44,420 | 79,592 | 166,793 | 242,576 | 59.5 | 40.5 | 5.9 | 10.5 | 22.1 | 32.1 | 2018 | 537,545 | 11.4% | 313,748 | 58.4% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.

RA-200
Data: 2020 Census
POWBS2020  12/21/2021 4:31 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-13   Filed 12/23/21   Page 3 of 4

Texas Legislative Council
12/21/21 4:50 PM
Page 2 of 3

Population and Voter Data

## SENATE DISTRICTS - POWBS2020

| District | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Total VR | SSVR | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 20,982 | Total: | 961,160 | 276,976 | 684,184 | 83,950 | 215,632 | 382,485 | 588,396 | 28.8 | 71.2 | 8.7 | 22.4 | 39.8 | 61.2 | 2020 | 523,945 | 19.8% | 358,367 | 68.4% |
| | 2.23% | VAP: | 730,581 | 235,840 | 494,741 | 65,552 | 157,784 | 266,662 | 419,220 | 32.3 | 67.7 | 9.0 | 21.6 | 36.5 | 57.4 | 2018 | 492,208 | 19.1% | 270,433 | 54.9% |
| 16 | 23,217 | Total: | 963,395 | 256,190 | 707,205 | 64,824 | 161,428 | 475,190 | 629,760 | 26.6 | 73.4 | 6.7 | 16.8 | 49.3 | 65.4 | 2020 | 456,336 | 24.7% | 294,405 | 64.5% |
| | 2.47% | VAP: | 719,917 | 220,877 | 499,040 | 49,487 | 117,810 | 324,517 | 438,896 | 30.7 | 69.3 | 6.9 | 16.4 | 45.1 | 61.0 | 2018 | 435,442 | 23.7% | 233,575 | 53.6% |
| 17 | -14,742 | Total: | 925,436 | 384,836 | 540,600 | 133,319 | 130,039 | 269,776 | 392,108 | 41.6 | 58.4 | 14.4 | 14.1 | 29.2 | 42.4 | 2020 | 523,790 | 16.3% | 375,345 | 71.7% |
| | -1.57% | VAP: | 694,008 | 308,372 | 385,636 | 97,377 | 92,039 | 187,821 | 275,933 | 44.4 | 55.6 | 14.0 | 13.3 | 27.1 | 39.8 | 2018 | 485,621 | 16.0% | 277,681 | 57.2% |
| 18 | 891 | Total: | 941,069 | 359,355 | 581,714 | 41,856 | 132,034 | 401,869 | 523,942 | 38.2 | 61.8 | 4.4 | 14.0 | 42.7 | 55.7 | 2020 | 530,956 | 23.5% | 353,892 | 66.7% |
| | 0.09% | VAP: | 704,498 | 298,416 | 406,082 | 31,497 | 93,496 | 272,489 | 361,539 | 42.4 | 57.6 | 4.5 | 13.3 | 38.7 | 51.3 | 2018 | 487,706 | 23.1% | 256,732 | 52.6% |
| 19 | -25,112 | Total: | 915,066 | 187,982 | 727,084 | 31,044 | 87,124 | 612,818 | 687,553 | 20.5 | 79.5 | 3.4 | 9.5 | 67.0 | 75.1 | 2020 | 519,546 | 53.9% | 316,609 | 60.9% |
| | -2.67% | VAP: | 666,553 | 153,750 | 512,803 | 21,838 | 60,579 | 428,193 | 483,262 | 23.1 | 76.9 | 3.3 | 9.1 | 64.2 | 72.5 | 2018 | 474,845 | 54.3% | 211,913 | 44.6% |
| 20 | 25,756 | Total: | 965,934 | 119,297 | 846,637 | 17,284 | 20,989 | 807,308 | 823,118 | 12.4 | 87.6 | 1.8 | 2.2 | 83.6 | 85.2 | 2020 | 486,239 | 71.6% | 280,575 | 57.7% |
| | 2.74% | VAP: | 699,892 | 100,443 | 599,449 | 12,941 | 14,757 | 568,817 | 581,188 | 14.4 | 85.6 | 1.8 | 2.1 | 81.3 | 83.0 | 2018 | 461,793 | 71.7% | 199,098 | 43.1% |
| 21 | 25,930 | Total: | 966,108 | 282,671 | 683,437 | 34,963 | 60,640 | 581,853 | 635,311 | 29.3 | 70.7 | 3.6 | 6.3 | 60.2 | 65.8 | 2020 | 591,292 | 43.1% | 364,736 | 61.7% |
| | 2.76% | VAP: | 746,729 | 247,431 | 499,298 | 29,168 | 47,537 | 415,340 | 458,820 | 33.1 | 66.9 | 3.9 | 6.4 | 55.6 | 61.4 | 2018 | 548,119 | 43.9% | 279,061 | 50.9% |
| 22 | -18,888 | Total: | 921,290 | 504,733 | 416,557 | 37,261 | 139,404 | 221,165 | 352,980 | 54.8 | 45.2 | 4.0 | 15.1 | 24.0 | 38.3 | 2020 | 541,116 | 12.3% | 367,043 | 67.8% |
| | -2.01% | VAP: | 691,798 | 405,178 | 286,620 | 27,612 | 95,707 | 145,868 | 238,454 | 58.6 | 41.4 | 4.0 | 13.8 | 21.1 | 34.5 | 2018 | 498,162 | 11.8% | 271,082 | 54.4% |
| 23 | 12,577 | Total: | 952,755 | 168,694 | 784,061 | 28,984 | 360,721 | 393,137 | 744,892 | 17.7 | 82.3 | 3.0 | 37.9 | 41.3 | 78.2 | 2020 | 524,868 | 19.5% | 326,377 | 62.2% |
| | 1.34% | VAP: | 714,350 | 150,914 | 563,436 | 23,496 | 269,643 | 266,091 | 531,320 | 21.1 | 78.9 | 3.3 | 37.7 | 37.2 | 74.4 | 2018 | 500,344 | 18.4% | 254,305 | 50.8% |
| 24 | -21,577 | Total: | 918,601 | 596,916 | 321,685 | 63,187 | 33,783 | 204,746 | 234,185 | 65.0 | 35.0 | 6.9 | 3.7 | 22.3 | 25.5 | 2020 | 653,226 | 12.7% | 484,003 | 74.1% |
| | -2.29% | VAP: | 716,463 | 488,621 | 227,842 | 45,337 | 23,429 | 141,775 | 163,034 | 68.2 | 31.8 | 6.3 | 3.3 | 19.8 | 22.8 | 2018 | 598,883 | 12.4% | 371,918 | 62.1% |
| 25 | -9,243 | Total: | 930,935 | 533,556 | 397,379 | 49,249 | 51,641 | 283,454 | 327,654 | 57.3 | 42.7 | 5.3 | 5.5 | 30.4 | 35.2 | 2020 | 659,153 | 18.6% | 505,682 | 76.7% |
| | -0.98% | VAP: | 710,798 | 430,175 | 280,623 | 33,948 | 35,746 | 197,327 | 229,588 | 60.5 | 39.5 | 4.8 | 5.0 | 27.8 | 32.3 | 2018 | 596,742 | 18.0% | 374,416 | 62.7% |
| 26 | -11,238 | Total: | 928,940 | 197,535 | 731,405 | 39,630 | 88,742 | 607,947 | 683,394 | 21.3 | 78.7 | 4.3 | 9.6 | 65.4 | 73.6 | 2020 | 537,816 | 51.5% | 328,742 | 61.1% |
| | -1.20% | VAP: | 714,530 | 171,801 | 542,729 | 29,750 | 63,324 | 447,761 | 504,731 | 24.0 | 76.0 | 4.2 | 8.9 | 62.7 | 70.6 | 2018 | 515,278 | 51.4% | 240,724 | 46.7% |
| 27 | 2,107 | Total: | 942,285 | 129,990 | 812,295 | 10,869 | 14,039 | 785,299 | 795,182 | 13.8 | 86.2 | 1.2 | 1.5 | 83.3 | 84.4 | 2020 | 491,936 | 72.0% | 272,293 | 55.4% |
| | 0.22% | VAP: | 675,607 | 108,813 | 566,794 | 8,125 | 9,844 | 545,776 | 553,655 | 16.1 | 83.9 | 1.2 | 1.5 | 80.8 | 81.9 | 2018 | 464,291 | 72.4% | 190,346 | 41.0% |
| 28 | -13,896 | Total: | 926,282 | 515,793 | 410,489 | 23,667 | 73,190 | 299,148 | 364,591 | 55.7 | 44.3 | 2.6 | 7.9 | 32.3 | 39.4 | 2020 | 562,538 | 21.4% | 361,433 | 64.3% |
| | -1.48% | VAP: | 708,614 | 420,172 | 288,442 | 17,694 | 51,142 | 204,175 | 252,445 | 59.3 | 40.7 | 2.5 | 7.2 | 28.8 | 35.6 | 2018 | 544,318 | 21.1% | 275,046 | 50.5% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.

RA-200
Data: 2020 Census
POWBS2020  12/21/2021 4:31 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-13   Filed 12/23/21   Page 4 of 4

Texas Legislative Council
12/21/21 4:50 PM
Page 3 of 3

Population and Voter Data

**SENATE DISTRICTS - POWBS2020**

| District | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Total VR | SSVR | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | -22,178 | Total: | 918,000 | 111,713 | 806,287 | 19,153 | 39,598 | 751,717 | 781,328 | 12.2 | 87.8 | 2.1 | 4.3 | 81.9 | 85.1 | 2020 | 521,461 | 67.2% | 287,390 | 55.1% |
| | -2.36% | VAP: | 686,205 | 93,148 | 593,057 | 13,945 | 27,042 | 551,481 | 573,756 | 13.6 | 86.4 | 2.0 | 3.9 | 80.4 | 83.6 | 2018 | 489,068 | 68.0% | 218,007 | 44.6% |
| 30 | 12,508 | Total: | 952,686 | 512,678 | 440,008 | 116,763 | 118,308 | 181,281 | 293,602 | 53.8 | 46.2 | 12.3 | 12.4 | 19.0 | 30.8 | 2020 | 579,819 | 8.9% | 414,757 | 71.5% |
| | 1.33% | VAP: | 713,887 | 411,147 | 302,740 | 80,509 | 81,598 | 120,605 | 199,400 | 57.6 | 42.4 | 11.3 | 11.4 | 16.9 | 27.9 | 2018 | 524,735 | 8.6% | 291,168 | 55.5% |
| 31 | -23,014 | Total: | 917,164 | 418,768 | 498,396 | 21,698 | 55,072 | 407,929 | 456,678 | 45.7 | 54.3 | 2.4 | 6.0 | 44.5 | 49.8 | 2020 | 498,838 | 28.9% | 309,375 | 62.0% |
| | -2.45% | VAP: | 672,655 | 332,645 | 340,010 | 14,666 | 37,114 | 274,759 | 309,437 | 49.5 | 50.5 | 2.2 | 5.5 | 40.8 | 46.0 | 2018 | 475,138 | 28.1% | 227,912 | 48.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.