# EXHIBIT 57

RA-206
Data: 2020 Census
POWBS2020   12/21/2021 4:31 PM

Texas Legislative Council
12/21/21 4:45 PM
Page 1 of 4

Election Analysis

# SENATE DISTRICTS - POWBS2020
## 2018 General Election

|  | Total Voter Registration | | Turnout | |
| --- | --- | --- | --- | --- |
| District | Total | SSVR-T | Total | TO/VR |
| STATE | 15,789,044 | 23.8% | 8,401,730 | 53.2% |
| 1 | 566,625 | 5.2% | 301,104 | 53.1% |
| 2 | 505,522 | 12.1% | 287,480 | 56.9% |
| 3 | 551,182 | 6.2% | 283,815 | 51.5% |
| 4 | 515,600 | 14.0% | 277,545 | 53.8% |
| 5 | 525,174 | 12.6% | 279,099 | 53.1% |
| 6 | 382,311 | 51.7% | 160,158 | 41.9% |
| 7 | 503,070 | 14.1% | 293,461 | 58.3% |
| 8 | 519,747 | 7.4% | 314,647 | 60.5% |
| 9 | 513,902 | 10.8% | 289,528 | 56.3% |
| 10 | 515,137 | 15.1% | 291,940 | 56.7% |
| 11 | 544,639 | 15.5% | 308,355 | 56.6% |
| 12 | 557,013 | 9.6% | 336,530 | 60.4% |
| 13 | 458,884 | 16.1% | 220,903 | 48.1% |
| 14 | 537,545 | 11.4% | 313,748 | 58.4% |
| 15 | 492,208 | 19.1% | 270,433 | 54.9% |
| 16 | 435,442 | 23.7% | 233,575 | 53.6% |
| 17 | 485,621 | 16.0% | 277,681 | 57.2% |
| 18 | 487,706 | 23.1% | 256,732 | 52.6% |
| 19 | 474,845 | 54.3% | 211,913 | 44.6% |
| 20 | 461,793 | 71.7% | 199,098 | 43.1% |
| 21 | 548,119 | 43.9% | 279,061 | 50.9% |
| 22 | 498,162 | 11.8% | 271,082 | 54.4% |
| 23 | 500,344 | 18.4% | 254,305 | 50.8% |
| 24 | 598,883 | 12.4% | 371,918 | 62.1% |
| 25 | 596,742 | 18.0% | 374,416 | 62.7% |
| 26 | 515,278 | 51.4% | 240,724 | 46.7% |
| 27 | 464,291 | 72.4% | 190,346 | 41.0% |
| 28 | 544,318 | 21.1% | 275,046 | 50.5% |
| 29 | 489,068 | 68.0% | 218,007 | 44.6% |
| 30 | 524,735 | 8.6% | 291,168 | 55.5% |
| 31 | 475,138 | 28.1% | 227,912 | 48.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2020   12/21/2021 4:31 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-15   Filed 12/23/21   Page 3 of 10

Texas Legislative Council
12/21/21 4:45 PM
Page 2 of 4

Election Analysis

**SENATE DISTRICTS - POWBS2020**
**2018 General Election**

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2020  12/21/2021 4:31 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-15   Filed 12/23/21   Page 4 of 10

Texas Legislative Council
12/21/21 4:45 PM
Page 3 of 4

Election Analysis

## SENATE DISTRICTS - POWBS2020
## 2018 General Election

| | U.S. SEN | | | | | | GOVERNOR | | | | | | LT. GOVERNOR | | | | | | ATTORNEY GEN | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Cruz-R | | O'Rourke-D | | Dikeman-L | | Abbott-R | | Valdez-D | | Tippetts-L | | Patrick-R | | Collier-D | | McKennon-L | | Paxton-R | |
| STATE | 4,259,630 | 50.9% | 4,044,073 | 48.3% | 65,472 | 0.8% | 4,655,344 | 55.8% | 3,545,673 | 42.5% | 140,596 | 1.7% | 4,260,186 | 51.3% | 3,859,878 | 46.5% | 183,455 | 2.2% | 4,190,455 | 50.6% |
| 1 | 220,750 | 73.8% | 76,742 | 25.6% | 1,826 | 0.6% | 227,204 | 75.9% | 68,738 | 23.0% | 3,263 | 1.1% | 212,043 | 71.1% | 81,119 | 27.2% | 4,878 | 1.6% | 215,943 | 72.6% |
| 2 | 160,471 | 56.0% | 123,846 | 43.2% | 2,212 | 0.8% | 174,563 | 61.1% | 106,105 | 37.1% | 4,971 | 1.7% | 160,486 | 56.5% | 117,873 | 41.5% | 5,926 | 2.1% | 157,363 | 55.4% |
| 3 | 201,927 | 71.7% | 78,202 | 27.8% | 1,519 | 0.5% | 208,649 | 74.1% | 70,077 | 24.9% | 2,752 | 1.0% | 196,436 | 70.1% | 79,565 | 28.4% | 4,119 | 1.5% | 197,450 | 70.6% |
| 4 | 173,008 | 62.5% | 101,764 | 36.8% | 2,008 | 0.7% | 183,883 | 66.4% | 89,055 | 32.2% | 3,878 | 1.4% | 173,540 | 62.8% | 97,527 | 35.3% | 5,096 | 1.8% | 170,989 | 62.0% |
| 5 | 156,525 | 56.3% | 118,764 | 42.7% | 2,554 | 0.9% | 169,448 | 61.1% | 102,560 | 37.0% | 5,173 | 1.9% | 155,589 | 56.4% | 113,260 | 41.0% | 7,122 | 2.6% | 153,498 | 55.7% |
| 6 | 40,531 | 25.4% | 118,109 | 74.0% | 997 | 0.6% | 47,730 | 29.9% | 110,129 | 69.0% | 1,853 | 1.2% | 43,081 | 27.0% | 114,035 | 71.5% | 2,310 | 1.4% | 40,653 | 25.5% |
| 7 | 165,727 | 56.5% | 125,361 | 42.8% | 2,126 | 0.7% | 180,261 | 61.5% | 108,434 | 37.0% | 4,282 | 1.5% | 167,218 | 57.2% | 120,277 | 41.1% | 5,071 | 1.7% | 164,569 | 56.4% |
| 8 | 177,507 | 56.4% | 134,398 | 42.7% | 2,608 | 0.8% | 194,511 | 62.2% | 112,701 | 36.0% | 5,476 | 1.8% | 179,146 | 57.6% | 125,043 | 40.2% | 6,676 | 2.1% | 174,744 | 56.3% |
| 9 | 172,132 | 59.5% | 114,619 | 39.6% | 2,518 | 0.9% | 185,790 | 64.4% | 97,225 | 33.7% | 5,447 | 1.9% | 173,610 | 60.4% | 106,747 | 37.1% | 7,148 | 2.5% | 170,561 | 59.5% |
| 10 | 133,973 | 45.9% | 155,515 | 53.3% | 2,306 | 0.8% | 148,751 | 51.1% | 136,924 | 47.1% | 5,168 | 1.8% | 136,051 | 46.9% | 147,141 | 50.8% | 6,661 | 2.3% | 133,257 | 46.1% |
| 11 | 172,226 | 56.0% | 133,037 | 43.3% | 2,303 | 0.7% | 187,062 | 60.9% | 115,110 | 37.5% | 4,862 | 1.6% | 173,388 | 56.6% | 126,818 | 41.4% | 6,026 | 2.0% | 169,551 | 55.5% |
| 12 | 193,075 | 57.7% | 138,944 | 41.5% | 2,729 | 0.8% | 212,908 | 63.8% | 114,540 | 34.3% | 6,276 | 1.9% | 194,714 | 58.6% | 129,625 | 39.0% | 7,931 | 2.4% | 190,715 | 57.5% |
| 13 | 38,743 | 17.6% | 180,144 | 81.8% | 1,242 | 0.6% | 49,301 | 22.4% | 167,872 | 76.2% | 3,001 | 1.4% | 41,242 | 18.8% | 175,668 | 79.9% | 3,034 | 1.4% | 38,588 | 17.6% |
| 14 | 174,782 | 55.9% | 135,094 | 43.2% | 2,919 | 0.9% | 188,013 | 60.3% | 117,774 | 37.8% | 5,974 | 1.9% | 173,605 | 55.9% | 129,094 | 41.6% | 7,918 | 2.5% | 172,028 | 55.5% |
| 15 | 87,672 | 32.5% | 180,207 | 66.7% | 2,117 | 0.8% | 104,159 | 38.7% | 159,951 | 59.4% | 4,977 | 1.8% | 90,851 | 33.8% | 172,963 | 64.3% | 5,039 | 1.9% | 87,286 | 32.5% |
| 16 | 77,599 | 33.4% | 152,914 | 65.8% | 1,815 | 0.8% | 91,603 | 39.7% | 134,402 | 58.2% | 4,853 | 2.1% | 80,790 | 35.2% | 143,256 | 62.5% | 5,256 | 2.3% | 77,779 | 33.9% |
| 17 | 156,803 | 56.5% | 118,406 | 42.7% | 2,116 | 0.8% | 171,134 | 61.8% | 101,548 | 36.7% | 4,156 | 1.5% | 157,462 | 57.0% | 113,441 | 41.1% | 5,256 | 1.9% | 154,304 | 56.0% |
| 18 | 143,859 | 56.2% | 110,134 | 43.0% | 1,925 | 0.8% | 152,842 | 59.8% | 98,806 | 38.7% | 3,881 | 1.5% | 141,987 | 55.8% | 107,228 | 42.2% | 5,165 | 2.0% | 139,890 | 55.1% |
| 19 | 82,484 | 39.1% | 126,389 | 60.0% | 1,901 | 0.9% | 95,066 | 45.4% | 111,076 | 53.0% | 3,240 | 1.5% | 85,549 | 41.1% | 117,665 | 56.6% | 4,764 | 2.3% | 80,588 | 38.8% |
| 20 | 72,971 | 37.1% | 122,644 | 62.3% | 1,218 | 0.6% | 86,101 | 44.0% | 107,161 | 54.8% | 2,365 | 1.2% | 72,370 | 37.4% | 116,913 | 60.5% | 3,995 | 2.1% | 70,340 | 36.4% |
| 21 | 68,695 | 24.7% | 207,451 | 74.5% | 2,493 | 0.9% | 81,319 | 29.4% | 188,701 | 68.3% | 6,156 | 2.2% | 69,384 | 25.3% | 196,283 | 71.6% | 8,428 | 3.1% | 65,979 | 24.1% |
| 22 | 172,809 | 64.2% | 94,205 | 35.0% | 2,102 | 0.8% | 183,880 | 68.3% | 81,192 | 30.2% | 4,070 | 1.5% | 170,182 | 63.5% | 92,102 | 34.4% | 5,831 | 2.2% | 168,602 | 63.0% |
| 23 | 49,439 | 19.5% | 202,120 | 79.8% | 1,599 | 0.6% | 61,395 | 24.4% | 185,062 | 73.5% | 5,384 | 2.1% | 52,180 | 20.8% | 193,491 | 77.1% | 5,161 | 2.1% | 49,687 | 19.8% |
| 24 | 207,135 | 55.9% | 159,734 | 43.1% | 3,663 | 1.0% | 225,969 | 61.2% | 135,112 | 36.6% | 7,869 | 2.1% | 206,349 | 56.1% | 151,560 | 41.2% | 9,782 | 2.7% | 202,923 | 55.4% |
| 25 | 208,450 | 56.0% | 160,538 | 43.1% | 3,551 | 1.0% | 228,847 | 61.6% | 135,420 | 36.4% | 7,398 | 2.0% | 211,200 | 57.0% | 150,089 | 40.5% | 9,122 | 2.5% | 205,698 | 55.7% |
| 26 | 75,774 | 31.6% | 161,534 | 67.4% | 2,273 | 0.9% | 90,006 | 37.8% | 143,700 | 60.3% | 4,463 | 1.9% | 80,548 | 33.9% | 151,038 | 63.6% | 5,793 | 2.4% | 74,844 | 31.6% |
| 27 | 76,948 | 40.9% | 109,781 | 58.4% | 1,280 | 0.7% | 89,474 | 47.8% | 95,286 | 50.9% | 2,345 | 1.3% | 75,986 | 41.2% | 104,134 | 56.4% | 4,396 | 2.4% | 73,217 | 39.7% |
| 28 | 199,418 | 72.9% | 72,096 | 26.3% | 2,121 | 0.8% | 206,827 | 75.7% | 61,894 | 22.6% | 4,567 | 1.7% | 189,633 | 69.8% | 75,226 | 27.7% | 6,886 | 2.5% | 194,639 | 71.7% |
| 29 | 57,885 | 26.6% | 158,648 | 72.8% | 1,341 | 0.6% | 70,175 | 32.7% | 140,553 | 65.5% | 3,938 | 1.8% | 63,102 | 29.8% | 142,551 | 67.2% | 6,357 | 3.0% | 60,366 | 28.5% |
| 30 | 165,369 | 56.9% | 122,696 | 42.2% | 2,370 | 0.8% | 178,869 | 61.8% | 104,943 | 36.3% | 5,457 | 1.9% | 165,531 | 57.5% | 115,247 | 40.0% | 7,040 | 2.4% | 163,530 | 56.9% |
| 31 | 174,943 | 77.2% | 50,037 | 22.1% | 1,720 | 0.8% | 179,604 | 79.4% | 43,622 | 19.3% | 3,101 | 1.4% | 166,933 | 74.2% | 52,899 | 23.5% | 5,268 | 2.3% | 170,874 | 76.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-15   Filed 12/23/21   Page 5 of 10

RA-206
Data: 2020 Census
POWBS2020   12/21/2021 4:31 PM

Texas Legislative Council
12/21/21 4:45 PM
Page 4 of 4

Election Analysis

# SENATE DISTRICTS - POWBS2020
## 2018 General Election

|  | ATTORNEY GEN | | | | COMPTROLLER | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **District** | **Nelson-D** | | **Harris-L** | | **Hegar-R** | | **Chevalier-D** | | **Sanders-L** | |
| STATE | 3,897,409 | 47.0% | 201,249 | 2.4% | 4,375,981 | 53.2% | 3,569,799 | 43.4% | 280,976 | 3.4% |
| 1 | 76,523 | 25.7% | 5,101 | 1.7% | 219,551 | 74.3% | 69,335 | 23.5% | 6,689 | 2.3% |
| 2 | 119,682 | 42.2% | 6,835 | 2.4% | 164,563 | 58.5% | 107,405 | 38.2% | 9,190 | 3.3% |
| 3 | 77,857 | 27.8% | 4,292 | 1.5% | 199,190 | 71.7% | 72,249 | 26.0% | 6,209 | 2.2% |
| 4 | 98,921 | 35.9% | 5,785 | 2.1% | 177,054 | 64.6% | 89,702 | 32.7% | 7,468 | 2.7% |
| 5 | 114,021 | 41.4% | 7,852 | 2.9% | 160,935 | 58.9% | 102,765 | 37.6% | 9,563 | 3.5% |
| 6 | 115,702 | 72.7% | 2,843 | 1.8% | 42,128 | 26.5% | 111,693 | 70.4% | 4,918 | 3.1% |
| 7 | 121,549 | 41.6% | 5,897 | 2.0% | 174,296 | 59.9% | 109,262 | 37.5% | 7,428 | 2.6% |
| 8 | 127,703 | 41.1% | 8,034 | 2.6% | 183,163 | 59.9% | 113,412 | 37.1% | 9,240 | 3.0% |
| 9 | 108,757 | 37.9% | 7,560 | 2.6% | 176,265 | 62.0% | 98,023 | 34.5% | 10,172 | 3.6% |
| 10 | 149,112 | 51.6% | 6,788 | 2.3% | 139,002 | 48.5% | 138,053 | 48.1% | 9,718 | 3.4% |
| 11 | 129,105 | 42.3% | 6,895 | 2.3% | 177,559 | 58.4% | 117,191 | 38.6% | 9,037 | 3.0% |
| 12 | 132,335 | 39.9% | 8,622 | 2.6% | 202,118 | 61.6% | 115,008 | 35.1% | 10,879 | 3.3% |
| 13 | 177,551 | 80.8% | 3,607 | 1.6% | 41,984 | 19.2% | 171,491 | 78.3% | 5,649 | 2.6% |
| 14 | 129,310 | 41.7% | 8,458 | 2.7% | 180,173 | 58.6% | 116,641 | 37.9% | 10,577 | 3.4% |
| 15 | 175,388 | 65.4% | 5,683 | 2.1% | 100,087 | 37.5% | 158,514 | 59.4% | 8,094 | 3.0% |
| 16 | 145,658 | 63.5% | 5,850 | 2.6% | 84,105 | 37.1% | 133,791 | 59.0% | 8,918 | 3.9% |
| 17 | 115,318 | 41.9% | 5,883 | 2.1% | 165,425 | 60.3% | 101,664 | 37.0% | 7,328 | 2.7% |
| 18 | 108,031 | 42.5% | 6,020 | 2.4% | 146,652 | 58.0% | 99,024 | 39.1% | 7,335 | 2.9% |
| 19 | 121,314 | 58.4% | 5,719 | 2.8% | 82,245 | 39.9% | 114,513 | 55.6% | 9,140 | 4.4% |
| 20 | 118,232 | 61.2% | 4,557 | 2.4% | 72,133 | 37.6% | 111,260 | 58.0% | 8,282 | 4.3% |
| 21 | 199,102 | 72.7% | 8,609 | 3.1% | 70,519 | 26.0% | 186,837 | 68.9% | 13,836 | 5.1% |
| 22 | 92,442 | 34.6% | 6,401 | 2.4% | 174,510 | 65.8% | 82,173 | 31.0% | 8,724 | 3.3% |
| 23 | 195,075 | 77.8% | 5,955 | 2.4% | 52,833 | 21.2% | 186,706 | 74.9% | 9,686 | 3.9% |
| 24 | 153,054 | 41.8% | 10,339 | 2.8% | 215,946 | 59.4% | 135,341 | 37.2% | 12,307 | 3.4% |
| 25 | 153,869 | 41.6% | 9,918 | 2.7% | 218,265 | 59.5% | 135,438 | 36.9% | 12,931 | 3.5% |
| 26 | 155,567 | 65.6% | 6,645 | 2.8% | 79,060 | 33.6% | 146,024 | 62.1% | 10,169 | 4.3% |
| 27 | 106,330 | 57.6% | 4,965 | 2.7% | 74,224 | 40.6% | 99,412 | 54.4% | 9,237 | 5.1% |
| 28 | 70,425 | 26.0% | 6,293 | 2.3% | 199,620 | 74.1% | 61,146 | 22.7% | 8,448 | 3.1% |
| 29 | 144,192 | 68.1% | 7,290 | 3.4% | 59,367 | 28.3% | 137,510 | 65.4% | 13,246 | 6.3% |
| 30 | 116,368 | 40.5% | 7,495 | 2.6% | 169,334 | 59.5% | 105,246 | 37.0% | 9,834 | 3.5% |
| 31 | 48,916 | 21.8% | 5,058 | 2.2% | 173,675 | 77.8% | 42,970 | 19.2% | 6,724 | 3.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206  
Data: 2020 Census  
POWBS2020   12/21/2021 4:31 PM

Texas Legislative Council  
12/21/21 4:46 PM  
Page 1 of 3

Election Analysis

# SENATE DISTRICTS - POWBS2020
## 2018 General Election

| District | Total Voter Registration | | Turnout | |
|---|---:|---:|---:|---:|
| | Total | SSVR-T | Total | TO/VR |
| STATE | 15,789,044 | 23.8% | 8,401,730 | 53.2% |
| 1 | 566,625 | 5.2% | 301,104 | 53.1% |
| 2 | 505,522 | 12.1% | 287,480 | 56.9% |
| 3 | 551,182 | 6.2% | 283,815 | 51.5% |
| 4 | 515,600 | 14.0% | 277,545 | 53.8% |
| 5 | 525,174 | 12.6% | 279,099 | 53.1% |
| 6 | 382,311 | 51.7% | 160,158 | 41.9% |
| 7 | 503,070 | 14.1% | 293,461 | 58.3% |
| 8 | 519,747 | 7.4% | 314,647 | 60.5% |
| 9 | 513,902 | 10.8% | 289,528 | 56.3% |
| 10 | 515,137 | 15.1% | 291,940 | 56.7% |
| 11 | 544,639 | 15.5% | 308,355 | 56.6% |
| 12 | 557,013 | 9.6% | 336,530 | 60.4% |
| 13 | 458,884 | 16.1% | 220,903 | 48.1% |
| 14 | 537,545 | 11.4% | 313,748 | 58.4% |
| 15 | 492,208 | 19.1% | 270,433 | 54.9% |
| 16 | 435,442 | 23.7% | 233,575 | 53.6% |
| 17 | 485,621 | 16.0% | 277,681 | 57.2% |
| 18 | 487,706 | 23.1% | 256,732 | 52.6% |
| 19 | 474,845 | 54.3% | 211,913 | 44.6% |
| 20 | 461,793 | 71.7% | 199,098 | 43.1% |
| 21 | 548,119 | 43.9% | 279,061 | 50.9% |
| 22 | 498,162 | 11.8% | 271,082 | 54.4% |
| 23 | 500,344 | 18.4% | 254,305 | 50.8% |
| 24 | 598,883 | 12.4% | 371,918 | 62.1% |
| 25 | 596,742 | 18.0% | 374,416 | 62.7% |
| 26 | 515,278 | 51.4% | 240,724 | 46.7% |
| 27 | 464,291 | 72.4% | 190,346 | 41.0% |
| 28 | 544,318 | 21.1% | 275,046 | 50.5% |
| 29 | 489,068 | 68.0% | 218,007 | 44.6% |
| 30 | 524,735 | 8.6% | 291,168 | 55.5% |
| 31 | 475,138 | 28.1% | 227,912 | 48.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.  
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2020  12/21/2021 4:31 PM

Texas Legislative Council
12/21/21 4:46 PM
Page 2 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2020
## 2018 General Election

| District | LAND COMM | | | | | | AG COMM | | | | | | RR COMM 1 | | | | | | SUP CT 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bush-R | | Suazo-D | | Pina-L | | Miller-R | | Olson-D | | Carpenter-L | | Craddick-R | | McAllen-D | | Wright-L | | Blacklock-R | |
| STATE | 4,434,366 | 53.7% | 3,567,001 | 43.2% | 258,406 | 3.1% | 4,220,727 | 51.3% | 3,821,185 | 46.4% | 191,579 | 2.3% | 4,375,917 | 53.2% | 3,611,209 | 43.9% | 237,908 | 2.9% | 4,359,904 | 53.1% |
| 1 | 218,583 | 73.7% | 69,513 | 23.4% | 8,400 | 2.8% | 216,727 | 73.2% | 74,136 | 25.1% | 5,062 | 1.7% | 219,319 | 74.1% | 70,174 | 23.7% | 6,313 | 2.1% | 221,058 | 74.9% |
| 2 | 168,526 | 59.6% | 106,096 | 37.5% | 8,138 | 2.9% | 160,068 | 56.8% | 115,220 | 40.9% | 6,381 | 2.3% | 165,531 | 58.8% | 108,084 | 38.4% | 7,774 | 2.8% | 164,959 | 58.8% |
| 3 | 198,824 | 71.3% | 72,460 | 26.0% | 7,620 | 2.7% | 197,009 | 70.8% | 76,856 | 27.6% | 4,352 | 1.6% | 199,015 | 71.6% | 73,020 | 26.3% | 5,838 | 2.1% | 200,411 | 72.2% |
| 4 | 175,420 | 63.8% | 90,941 | 33.1% | 8,640 | 3.1% | 171,868 | 62.7% | 97,172 | 35.4% | 5,120 | 1.9% | 177,388 | 64.7% | 90,427 | 33.0% | 6,256 | 2.3% | 176,653 | 64.6% |
| 5 | 160,729 | 58.7% | 103,163 | 37.7% | 10,046 | 3.7% | 155,414 | 56.8% | 110,701 | 40.5% | 7,345 | 2.7% | 159,158 | 58.3% | 104,438 | 38.3% | 9,402 | 3.4% | 160,792 | 59.0% |
| 6 | 43,367 | 27.3% | 112,672 | 70.9% | 2,909 | 1.8% | 39,866 | 25.1% | 116,412 | 73.3% | 2,448 | 1.5% | 42,415 | 26.7% | 113,210 | 71.4% | 2,961 | 1.9% | 41,620 | 26.3% |
| 7 | 172,143 | 59.1% | 111,789 | 38.4% | 7,389 | 2.5% | 166,228 | 57.2% | 119,651 | 41.2% | 4,828 | 1.7% | 174,488 | 60.0% | 110,287 | 37.9% | 5,903 | 2.0% | 171,336 | 59.1% |
| 8 | 186,966 | 60.8% | 111,625 | 36.3% | 9,112 | 3.0% | 177,663 | 58.0% | 121,319 | 39.6% | 7,145 | 2.3% | 183,853 | 60.1% | 113,480 | 37.1% | 8,443 | 2.8% | 183,371 | 60.1% |
| 9 | 179,692 | 62.9% | 96,459 | 33.8% | 9,639 | 3.4% | 172,516 | 60.6% | 105,219 | 36.9% | 7,043 | 2.5% | 177,169 | 62.2% | 98,041 | 34.4% | 9,428 | 3.3% | 177,702 | 62.6% |
| 10 | 143,603 | 49.8% | 136,667 | 47.4% | 8,124 | 2.8% | 135,016 | 47.0% | 146,055 | 50.9% | 6,065 | 2.1% | 139,435 | 48.6% | 138,760 | 48.3% | 8,807 | 3.1% | 139,631 | 48.8% |
| 11 | 177,617 | 58.3% | 118,132 | 38.8% | 8,969 | 2.9% | 169,939 | 55.9% | 128,178 | 42.2% | 5,928 | 1.9% | 178,055 | 58.6% | 118,083 | 38.9% | 7,579 | 2.5% | 176,542 | 58.2% |
| 12 | 207,805 | 62.9% | 112,920 | 34.2% | 9,652 | 2.9% | 193,937 | 59.0% | 126,907 | 38.6% | 7,764 | 2.4% | 203,250 | 61.9% | 115,214 | 35.1% | 9,767 | 3.0% | 200,749 | 61.4% |
| 13 | 43,061 | 19.6% | 172,366 | 78.6% | 3,731 | 1.7% | 38,212 | 17.4% | 177,933 | 81.2% | 2,861 | 1.3% | 42,131 | 19.3% | 172,765 | 79.0% | 3,922 | 1.8% | 40,200 | 18.4% |
| 14 | 180,115 | 58.4% | 117,157 | 38.0% | 11,204 | 3.6% | 173,289 | 56.3% | 126,627 | 41.2% | 7,793 | 2.5% | 178,267 | 58.1% | 118,339 | 38.6% | 10,354 | 3.4% | 179,090 | 58.5% |
| 15 | 98,224 | 36.8% | 162,745 | 60.9% | 6,173 | 2.3% | 89,110 | 33.4% | 172,569 | 64.8% | 4,766 | 1.8% | 100,742 | 37.9% | 159,162 | 59.8% | 6,187 | 2.3% | 93,052 | 35.1% |
| 16 | 89,109 | 39.0% | 133,107 | 58.3% | 6,152 | 2.7% | 79,149 | 34.8% | 142,208 | 62.6% | 5,816 | 2.6% | 85,047 | 37.5% | 134,871 | 59.4% | 7,019 | 3.1% | 82,422 | 36.5% |
| 17 | 162,949 | 59.2% | 104,508 | 38.0% | 7,589 | 2.8% | 155,841 | 56.8% | 113,213 | 41.3% | 5,105 | 1.9% | 165,179 | 60.3% | 102,657 | 37.4% | 6,316 | 2.3% | 161,690 | 59.2% |
| 18 | 144,710 | 57.1% | 100,446 | 39.6% | 8,227 | 3.2% | 140,437 | 55.6% | 106,836 | 42.3% | 5,422 | 2.1% | 143,899 | 57.0% | 101,388 | 40.2% | 7,199 | 2.9% | 144,368 | 57.4% |
| 19 | 86,842 | 41.9% | 112,178 | 54.2% | 8,025 | 3.9% | 79,904 | 38.8% | 120,308 | 58.4% | 5,955 | 2.9% | 83,063 | 40.3% | 116,035 | 56.3% | 7,053 | 3.4% | 82,863 | 40.4% |
| 20 | 78,347 | 40.5% | 109,795 | 56.8% | 5,125 | 2.7% | 69,236 | 36.1% | 117,798 | 61.4% | 4,772 | 2.5% | 70,228 | 36.6% | 116,253 | 60.7% | 5,168 | 2.7% | 71,911 | 37.5% |
| 21 | 75,601 | 27.7% | 186,753 | 68.5% | 10,317 | 3.8% | 66,581 | 24.5% | 195,886 | 72.1% | 9,081 | 3.3% | 69,727 | 25.7% | 189,901 | 70.1% | 11,297 | 4.2% | 69,842 | 25.8% |
| 22 | 175,768 | 65.9% | 81,931 | 30.7% | 9,024 | 3.4% | 170,408 | 64.0% | 89,887 | 33.8% | 5,876 | 2.2% | 174,669 | 65.8% | 83,025 | 31.3% | 7,820 | 2.9% | 175,465 | 66.2% |
| 23 | 57,009 | 22.8% | 186,764 | 74.7% | 6,279 | 2.5% | 49,757 | 20.0% | 193,977 | 77.8% | 5,633 | 2.3% | 53,742 | 21.6% | 188,098 | 75.5% | 7,314 | 2.9% | 52,191 | 21.0% |
| 24 | 215,308 | 59.0% | 135,207 | 37.1% | 14,131 | 3.9% | 206,364 | 56.7% | 147,454 | 40.5% | 10,194 | 2.8% | 212,872 | 58.6% | 137,562 | 37.9% | 12,817 | 3.5% | 214,906 | 59.3% |
| 25 | 220,220 | 59.8% | 133,229 | 36.2% | 14,717 | 4.0% | 207,113 | 56.5% | 149,845 | 40.8% | 9,887 | 2.7% | 218,077 | 59.5% | 136,454 | 37.3% | 11,708 | 3.2% | 215,831 | 59.1% |
| 26 | 83,893 | 35.5% | 142,693 | 60.4% | 9,607 | 4.1% | 74,493 | 31.6% | 154,008 | 65.4% | 6,958 | 3.0% | 80,467 | 34.2% | 146,939 | 62.4% | 7,918 | 3.4% | 78,118 | 33.3% |
| 27 | 80,662 | 43.7% | 98,410 | 53.3% | 5,494 | 3.0% | 72,643 | 39.6% | 105,316 | 57.5% | 5,348 | 2.9% | 73,339 | 40.0% | 103,400 | 56.4% | 6,497 | 3.5% | 75,778 | 41.4% |
| 28 | 197,822 | 73.4% | 61,809 | 22.9% | 9,714 | 3.6% | 197,293 | 73.1% | 66,735 | 24.7% | 5,754 | 2.1% | 200,286 | 74.4% | 61,788 | 22.9% | 7,307 | 2.7% | 201,359 | 74.9% |
| 29 | 65,547 | 31.0% | 138,391 | 65.5% | 7,422 | 3.5% | 57,842 | 27.5% | 143,376 | 68.3% | 8,759 | 4.2% | 59,978 | 28.6% | 141,177 | 67.3% | 8,662 | 4.1% | 60,888 | 29.0% |
| 30 | 172,815 | 60.5% | 103,941 | 36.4% | 8,925 | 3.1% | 165,281 | 58.1% | 112,332 | 39.5% | 7,023 | 2.5% | 170,596 | 60.0% | 105,163 | 37.0% | 8,610 | 3.0% | 169,872 | 59.9% |
| 31 | 173,089 | 77.2% | 43,134 | 19.2% | 7,912 | 3.5% | 171,523 | 76.7% | 47,051 | 21.0% | 5,095 | 2.3% | 174,532 | 78.0% | 43,014 | 19.2% | 6,269 | 2.8% | 175,234 | 78.6% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2020   12/21/2021 4:31 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-15   Filed 12/23/21   Page 8 of 10

Texas Legislative Council
12/21/21 4:46 PM
Page 3 of 3

Election Analysis

## SENATE DISTRICTS - POWBS2020
## 2018 General Election

|  | SUP CT 2 | | SUP CT 4 | | | |
|---|---|---|---|---|---|---|
| District | Kirkland-D | | Devine-R | | Sandill-D | |
| STATE | 3,845,883 | 46.9% | 4,399,060 | 53.7% | 3,791,171 | 46.3% |
| 1 | 74,151 | 25.1% | 221,445 | 75.2% | 73,191 | 24.8% |
| 2 | 115,772 | 41.2% | 166,614 | 59.5% | 113,550 | 40.5% |
| 3 | 77,029 | 27.8% | 201,037 | 72.6% | 75,935 | 27.4% |
| 4 | 96,893 | 35.4% | 177,018 | 64.8% | 96,233 | 35.2% |
| 5 | 111,703 | 41.0% | 161,700 | 59.5% | 110,269 | 40.5% |
| 6 | 116,643 | 73.7% | 42,215 | 26.7% | 115,885 | 73.3% |
| 7 | 118,536 | 40.9% | 171,778 | 59.3% | 117,896 | 40.7% |
| 8 | 121,895 | 39.9% | 184,775 | 60.7% | 119,750 | 39.3% |
| 9 | 106,231 | 37.4% | 178,572 | 63.0% | 104,718 | 37.0% |
| 10 | 146,649 | 51.2% | 140,405 | 49.2% | 145,137 | 50.8% |
| 11 | 126,588 | 41.8% | 177,039 | 58.5% | 125,748 | 41.5% |
| 12 | 126,392 | 38.6% | 203,450 | 62.3% | 123,113 | 37.7% |
| 13 | 178,326 | 81.6% | 40,597 | 18.6% | 177,673 | 81.4% |
| 14 | 127,248 | 41.5% | 179,997 | 58.9% | 125,613 | 41.1% |
| 15 | 172,335 | 64.9% | 93,310 | 35.2% | 171,789 | 64.8% |
| 16 | 143,476 | 63.5% | 84,885 | 37.6% | 140,641 | 62.4% |
| 17 | 111,468 | 40.8% | 162,028 | 59.4% | 110,900 | 40.6% |
| 18 | 107,308 | 42.6% | 145,264 | 57.9% | 105,829 | 42.1% |
| 19 | 122,467 | 59.6% | 85,234 | 41.6% | 119,768 | 58.4% |
| 20 | 119,683 | 62.5% | 73,471 | 38.5% | 117,606 | 61.5% |
| 21 | 200,867 | 74.2% | 71,658 | 26.5% | 198,399 | 73.5% |
| 22 | 89,547 | 33.8% | 176,335 | 66.7% | 88,064 | 33.3% |
| 23 | 196,301 | 79.0% | 53,834 | 21.7% | 194,286 | 78.3% |
| 24 | 147,504 | 40.7% | 215,904 | 59.7% | 145,702 | 40.3% |
| 25 | 149,150 | 40.9% | 219,378 | 60.2% | 144,929 | 39.8% |
| 26 | 156,533 | 66.7% | 81,605 | 34.8% | 152,624 | 65.2% |
| 27 | 107,063 | 58.6% | 77,004 | 42.3% | 105,174 | 57.7% |
| 28 | 67,596 | 25.1% | 202,074 | 75.3% | 66,200 | 24.7% |
| 29 | 148,756 | 71.0% | 63,232 | 30.2% | 145,919 | 69.8% |
| 30 | 113,945 | 40.1% | 171,249 | 60.5% | 111,974 | 39.5% |
| 31 | 47,828 | 21.4% | 175,953 | 79.0% | 46,656 | 21.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206
Data: 2020 Census
POWBS2020   12/21/2021 4:31 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-15   Filed 12/23/21   Page 9 of 10

Texas Legislative Council
12/21/21 4:47 PM
Page 1 of 2

Election Analysis

# SENATE DISTRICTS - POWBS2020
## 2018 General Election

| District | Total Voter Registration | | Turnout | |
|---|---|---|---|---|
| | Total | SSVR-T | Total | TO/VR |
| STATE | 15,789,044 | 23.8% | 8,401,730 | 53.2% |
| 1 | 566,625 | 5.2% | 301,104 | 53.1% |
| 2 | 505,522 | 12.1% | 287,480 | 56.9% |
| 3 | 551,182 | 6.2% | 283,815 | 51.5% |
| 4 | 515,600 | 14.0% | 277,545 | 53.8% |
| 5 | 525,174 | 12.6% | 279,099 | 53.1% |
| 6 | 382,311 | 51.7% | 160,158 | 41.9% |
| 7 | 503,070 | 14.1% | 293,461 | 58.3% |
| 8 | 519,747 | 7.4% | 314,647 | 60.5% |
| 9 | 513,902 | 10.8% | 289,528 | 56.3% |
| 10 | 515,137 | 15.1% | 291,940 | 56.7% |
| 11 | 544,639 | 15.5% | 308,355 | 56.6% |
| 12 | 557,013 | 9.6% | 336,530 | 60.4% |
| 13 | 458,884 | 16.1% | 220,903 | 48.1% |
| 14 | 537,545 | 11.4% | 313,748 | 58.4% |
| 15 | 492,208 | 19.1% | 270,433 | 54.9% |
| 16 | 435,442 | 23.7% | 233,575 | 53.6% |
| 17 | 485,621 | 16.0% | 277,681 | 57.2% |
| 18 | 487,706 | 23.1% | 256,732 | 52.6% |
| 19 | 474,845 | 54.3% | 211,913 | 44.6% |
| 20 | 461,793 | 71.7% | 199,098 | 43.1% |
| 21 | 548,119 | 43.9% | 279,061 | 50.9% |
| 22 | 498,162 | 11.8% | 271,082 | 54.4% |
| 23 | 500,344 | 18.4% | 254,305 | 50.8% |
| 24 | 598,883 | 12.4% | 371,918 | 62.1% |
| 25 | 596,742 | 18.0% | 374,416 | 62.7% |
| 26 | 515,278 | 51.4% | 240,724 | 46.7% |
| 27 | 464,291 | 72.4% | 190,346 | 41.0% |
| 28 | 544,318 | 21.1% | 275,046 | 50.5% |
| 29 | 489,068 | 68.0% | 218,007 | 44.6% |
| 30 | 524,735 | 8.6% | 291,168 | 55.5% |
| 31 | 475,138 | 28.1% | 227,912 | 48.0% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

RA-206  
Data: 2020 Census  
POWBS2020   12/21/2021 4:31 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 108-15   Filed 12/23/21   Page 10 of 10

Texas Legislative Council  
12/21/21 4:47 PM  
Page 2 of 2

Election Analysis

## SENATE DISTRICTS - POWBS2020
## 2018 General Election

| District | SUP CT 6 | | | | CCA PRES JUDGE | | | | | | CCA 7 | | | | CCA 8 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Brown-R | | Cheng-D | | Keller-R | | Strange-L | | Jackson-D | | Hervey-R | | Franklin-D | | Slaughter-R | | Ash-L | |
| STATE | 4,403,779 | 53.7% | 3,795,015 | 46.3% | 4,288,105 | 52.2% | 187,271 | 2.3% | 3,733,243 | 45.5% | 4,428,312 | 54.2% | 3,749,155 | 45.8% | 4,769,981 | 74.7% | 1,616,476 | 25.3% |
| 1 | 221,297 | 75.1% | 73,356 | 24.9% | 218,443 | 74.0% | 4,939 | 1.7% | 71,628 | 24.3% | 221,638 | 75.4% | 72,402 | 24.6% | 226,211 | 88.3% | 29,963 | 11.7% |
| 2 | 165,973 | 59.2% | 114,527 | 40.8% | 162,347 | 57.8% | 6,308 | 2.2% | 112,055 | 39.9% | 166,830 | 59.6% | 112,883 | 40.4% | 176,451 | 76.3% | 54,818 | 23.7% |
| 3 | 201,158 | 72.6% | 76,097 | 27.4% | 198,592 | 71.5% | 4,410 | 1.6% | 74,687 | 26.9% | 201,552 | 72.8% | 75,387 | 27.2% | 206,776 | 87.9% | 28,509 | 12.1% |
| 4 | 177,895 | 65.1% | 95,564 | 34.9% | 174,349 | 63.7% | 5,160 | 1.9% | 94,304 | 34.4% | 178,926 | 65.6% | 93,845 | 34.4% | 186,071 | 83.0% | 38,076 | 17.0% |
| 5 | 161,268 | 59.2% | 110,964 | 40.8% | 157,761 | 57.9% | 7,226 | 2.7% | 107,568 | 39.5% | 162,520 | 59.8% | 109,099 | 40.2% | 172,679 | 75.9% | 54,973 | 24.1% |
| 6 | 42,773 | 27.0% | 115,393 | 73.0% | 40,661 | 25.7% | 2,383 | 1.5% | 115,248 | 72.8% | 42,815 | 27.1% | 115,108 | 72.9% | 50,929 | 60.2% | 33,703 | 39.8% |
| 7 | 174,385 | 60.1% | 115,542 | 39.9% | 169,239 | 58.4% | 4,902 | 1.7% | 115,574 | 39.9% | 175,174 | 60.6% | 113,830 | 39.4% | 183,914 | 81.4% | 41,895 | 18.6% |
| 8 | 184,365 | 60.5% | 120,387 | 39.5% | 180,714 | 59.2% | 6,897 | 2.3% | 117,857 | 38.6% | 185,456 | 61.0% | 118,752 | 39.0% | 194,321 | 77.2% | 57,311 | 22.8% |
| 9 | 177,757 | 62.7% | 105,729 | 37.3% | 175,055 | 61.6% | 7,486 | 2.6% | 101,504 | 35.7% | 179,288 | 63.4% | 103,502 | 36.6% | 186,259 | 80.2% | 45,887 | 19.8% |
| 10 | 139,892 | 49.0% | 145,831 | 51.0% | 137,435 | 48.0% | 6,450 | 2.3% | 142,459 | 49.8% | 140,932 | 49.4% | 144,101 | 50.6% | 150,585 | 74.0% | 52,771 | 26.0% |
| 11 | 178,215 | 58.8% | 124,805 | 41.2% | 174,000 | 57.4% | 5,933 | 2.0% | 123,117 | 40.6% | 179,901 | 59.5% | 122,322 | 40.5% | 192,054 | 77.7% | 55,049 | 22.3% |
| 12 | 202,842 | 62.0% | 124,150 | 38.0% | 198,170 | 60.6% | 7,887 | 2.4% | 121,163 | 37.0% | 203,556 | 62.6% | 121,636 | 37.4% | 213,838 | 79.5% | 55,166 | 20.5% |
| 13 | 42,305 | 19.4% | 176,174 | 80.6% | 39,186 | 17.9% | 2,824 | 1.3% | 176,572 | 80.8% | 42,123 | 19.3% | 176,013 | 80.7% | 53,359 | 48.6% | 56,486 | 51.4% |
| 14 | 180,388 | 59.0% | 125,580 | 41.0% | 175,932 | 57.4% | 8,120 | 2.6% | 122,372 | 39.9% | 181,278 | 59.4% | 123,694 | 40.6% | 193,640 | 76.1% | 60,799 | 23.9% |
| 15 | 100,365 | 37.8% | 165,152 | 62.2% | 91,689 | 34.6% | 4,941 | 1.9% | 168,261 | 63.5% | 100,382 | 38.0% | 163,465 | 62.0% | 113,274 | 65.6% | 59,512 | 34.4% |
| 16 | 84,531 | 37.4% | 141,420 | 62.6% | 80,971 | 35.8% | 5,455 | 2.4% | 139,798 | 61.8% | 84,694 | 37.7% | 140,136 | 62.3% | 95,817 | 61.1% | 61,102 | 38.9% |
| 17 | 165,009 | 60.4% | 108,193 | 39.6% | 159,478 | 58.4% | 5,069 | 1.9% | 108,590 | 39.8% | 165,965 | 60.9% | 106,367 | 39.1% | 175,386 | 80.4% | 42,665 | 19.6% |
| 18 | 145,171 | 57.8% | 106,041 | 42.2% | 142,475 | 56.6% | 5,439 | 2.2% | 103,848 | 41.2% | 145,948 | 58.2% | 104,988 | 41.8% | 154,901 | 77.3% | 45,582 | 22.7% |
| 19 | 84,058 | 41.0% | 121,143 | 59.0% | 81,128 | 39.4% | 5,522 | 2.7% | 119,185 | 57.9% | 84,839 | 41.4% | 120,264 | 58.6% | 98,709 | 66.2% | 50,314 | 33.8% |
| 20 | 72,547 | 37.9% | 118,796 | 62.1% | 69,839 | 36.4% | 3,957 | 2.1% | 118,009 | 61.5% | 73,425 | 38.4% | 117,814 | 61.6% | 92,009 | 62.6% | 54,937 | 37.4% |
| 21 | 71,479 | 26.4% | 198,878 | 73.6% | 66,944 | 24.7% | 8,517 | 3.1% | 195,509 | 72.2% | 71,753 | 26.6% | 197,778 | 73.4% | 93,707 | 50.0% | 93,828 | 50.0% |
| 22 | 175,905 | 66.5% | 88,687 | 33.5% | 173,076 | 65.2% | 5,928 | 2.2% | 86,284 | 32.5% | 177,208 | 67.1% | 87,031 | 32.9% | 184,013 | 82.5% | 39,068 | 17.5% |
| 23 | 53,610 | 21.6% | 194,720 | 78.4% | 50,647 | 20.4% | 5,472 | 2.2% | 192,708 | 77.4% | 53,548 | 21.6% | 194,436 | 78.4% | 66,592 | 45.4% | 80,088 | 54.6% |
| 24 | 216,233 | 59.7% | 146,010 | 40.3% | 210,886 | 58.2% | 9,740 | 2.7% | 141,496 | 39.1% | 217,273 | 60.3% | 143,090 | 39.7% | 231,155 | 77.6% | 66,792 | 22.4% |
| 25 | 218,779 | 60.0% | 146,044 | 40.0% | 212,138 | 58.1% | 9,991 | 2.7% | 142,940 | 39.2% | 220,809 | 60.7% | 142,742 | 39.3% | 236,426 | 77.2% | 69,733 | 22.8% |
| 26 | 80,225 | 34.2% | 154,323 | 65.8% | 76,519 | 32.6% | 6,721 | 2.9% | 151,631 | 64.6% | 81,491 | 34.8% | 152,476 | 65.2% | 97,971 | 59.9% | 65,539 | 40.1% |
| 27 | 76,078 | 41.7% | 106,413 | 58.3% | 73,286 | 40.0% | 4,355 | 2.4% | 105,638 | 57.6% | 76,455 | 41.8% | 106,313 | 58.2% | 92,031 | 64.7% | 50,129 | 35.3% |
| 28 | 201,622 | 75.1% | 66,818 | 24.9% | 198,207 | 73.8% | 6,126 | 2.3% | 64,290 | 23.9% | 202,228 | 75.5% | 65,524 | 24.5% | 209,424 | 86.2% | 33,388 | 13.8% |
| 29 | 61,313 | 29.3% | 148,183 | 70.7% | 58,978 | 28.1% | 6,944 | 3.3% | 143,918 | 68.6% | 62,573 | 29.9% | 146,610 | 70.1% | 80,387 | 55.4% | 64,809 | 44.6% |
| 30 | 170,708 | 60.2% | 112,933 | 39.8% | 167,366 | 58.9% | 7,176 | 2.5% | 109,477 | 38.5% | 171,513 | 60.6% | 111,381 | 39.4% | 179,493 | 78.3% | 49,738 | 21.7% |
| 31 | 175,633 | 78.8% | 47,162 | 21.2% | 172,594 | 77.3% | 4,993 | 2.2% | 45,553 | 20.4% | 176,219 | 79.2% | 46,166 | 20.8% | 181,599 | 88.4% | 23,846 | 11.6% |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.  
SSVR-T = Total Spanish surname voter registration