UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | **3:21-CV-00259-DCG-JES-JVB** <br> **[Lead Case]** |
| **ALL CONSOLIDATED CASES** | § § § § § § § § § § | **1:21-CV-00943-RP-JES-JVB** <br> **1:21-CV-00965-RP-JES-JVB** <br> **1:21-CV-00988-RP-JES-JVB** <br> **1:21-CV-00991-LY-JES-JVB** <br> **1:21-CV-01006-RP-JES-JVB** <br> **1:21-CV-01038-RP-JES-JVB** <br> **3:21-CV-00299-DCG-JES-JVB** <br> **3:21-CV-00306-DCG-JES-JVB** |

## ORDER AMENDING SCHEDULING ORDER

IT IS ORDERED that the United States of America's unopposed "Motion to Amend the Scheduling Order" (ECF No. 105) is GRANTED.

IT IS FURTHER ORDERED that the Scheduling Order (ECF No. 96) is AMENDED as follows: This case is set for a TRIAL before the Three-Judge Court beginning on **Wednesday, September 28, 2022, at 9:00 a.m.** in Courtroom Number 812, on the Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas. The Court is blocking out the remainder of that week, including Saturday, October 1, 2022, and is further blocking out the week of October 3, 2022, including Saturday, October 8, 2022, with the EXCEPTION of Wednesday, October 5, 2022, in the event any or all of those days are needed.

- 2 -

**So ORDERED and SIGNED on this   27th   day of December 2021.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *- and -* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |