IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* § § § | | |
| *Plaintiffs,* § § | Case No. 3:21-cv-259 | |
| v. § § | [Lead Case] | |
| GREG ABBOTT, *et al.*, § § | | |
| *Defendants.* § | | |
| UNITED STATES OF AMERICA, § § | | |
| *Plaintiffs,* § § | | |
| v. § § § | Case No. 3:21-cv-299 | |
| § § | [Consolidated Case] | |
| STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, § § § | | |
| *Defendants.* § | | |

**STATE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR MOTION TO DISMISS**

The State of Texas and John Scott, Secretary of State of Texas, in his official capacity, respectfully request an extension of the twenty-page limit set by Local Rule CV-7(d)(3) for their Motion to Dismiss Plaintiff United States' Complaint. The State Defendants seek permission to file a motion that does not exceed 25 pages.

The extension is sought to ensure that the State Defendants have adequate opportunity to raise important issues concerning the United States' complaint.

The undersigned counsel consulted with counsel for the Plaintiff, who have represented that Plaintiff does not oppose the requested extension.

Based on the foregoing, the State Defendants respectfully request that their unopposed

1

motion for leave to exceed page limits be granted.

Date: December 27, 2021                     Respectfully submitted.

KEN PAXTON                                  */s/ Patrick K. Sweeten*
Attorney General of Texas                   PATRICK K. SWEETEN
                                            Deputy Attorney General for Special Litigation
BRENT WEBSTER                               patrick.sweeten@oag.texas.gov
First Assistant Attorney General            Tex. State Bar No. 00798537

                                            WILLIAM T. THOMPSON
OFFICE OF THE ATTORNEY GENERAL              Deputy Chief, Special Litigation Unit
P.O. Box 12548 (MC-009)                     will.thompson@oag.texas.gov
Austin, Texas 78711-2548                    Tex. State Bar No. 24088531
Tel.: (512) 463-2100
Fax: (512) 457-4410                         **COUNSEL FOR STATE DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I certify that on December 27, 2021, I conferred with counsel for Plaintiff about the foregoing motion and that counsel is unopposed to Defendants' requested extension.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 27, 2021, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN