IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* <br><br> *Plaintiffs,* <br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § | Case No. 3:21-cv-259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiffs,* <br> V. <br><br> STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-299 <br> [Consolidated Case] |

**ORDER**

Now before the Court comes the State Defendants' Unopposed Motion for Leave to Exceed Page Limits regarding their Motion to Dismiss the United States' Complaint. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the State Defendants' Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED. The State Defendants may file a motion that does not exceed 25 pages.

DATE: _____

_____
SIGNED ON BEHALF OF THREE-JUDGE PANEL