## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 3:21-cv-299 [Consolidated Case] |
| STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, | § § § § | |
| *Defendants*. | § § | |

## EXHIBIT B

## PLAN C2158 MAP ANALYSIS

Red-100T
Data: 2020 Census
PLANC2158  10/15/2021 4:55:35 PM

# District Population Analysis with County Subtotals

## CONGRESSIONAL DISTRICTS - PLANC2158

| | |
|---|---:|
| Total State Population | 29,145,505 |
| Total Districts Required | 38 |
| Ideal District Population | 766,987 |
| Unassigned Population | 27,611,532 |
| Districts in Plan | 2 |
| Unassigned Geography | Yes |
| Districts Contiguous | Yes |

| | Population | --------Deviation-------- | |
|---|---:|---:|---:|
| | | **Total** | **Percent** |
| Plan Overall Range | | 1 | 0.00% |
| Smallest District (23) | 766,986 | -1 | 0.00% |
| Largest District (16) | 766,987 | 0 | 0.00% |
| Average (mean) | 766,987 | 1 | 0.00% |

# PLANC2158

Red-100T
Data: 2020 Census
PLANC2158 10/15/2021 4:55:35 PM

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2158**

Texas Legislative Council
10/15/21 4:57 PM
Page 2 of 2

| | Deviation | | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 16** | 0 | Total: | | 766,987 | 90,381 | 676,606 | 16,856 | 34,650 | 629,231 | 655,237 | 11.8 | 88.2 | 2.2 | 4.5 | 82.0 | 85.4 |
| | 0.00 % | VAP: | | 574,250 | 74,929 | 499,321 | 12,277 | 23,587 | 463,347 | 482,852 | 13.0 | 87.0 | 2.1 | 4.1 | 80.7 | 84.1 |
| El Paso (89%) | | | | 766,987 | 90,381 | 676,606 | 16,856 | 34,650 | 629,231 | 655,237 | 11.8 | 88.2 | 2.2 | 4.5 | 82.0 | 85.4 |
| **DISTRICT 23** | -1 | Total: | | 766,986 | 217,612 | 549,374 | 27,099 | 37,193 | 483,048 | 513,437 | 28.4 | 71.6 | 3.5 | 4.8 | 63.0 | 66.9 |
| | 0.00 % | VAP: | | 567,704 | 177,138 | 390,566 | 18,690 | 26,129 | 341,315 | 364,213 | 31.2 | 68.8 | 3.3 | 4.6 | 60.1 | 64.2 |
| Bexar (17%) | | | | 346,094 | 134,771 | 211,323 | 22,308 | 26,259 | 162,758 | 184,954 | 38.9 | 61.1 | 6.4 | 7.6 | 47.0 | 53.4 |
| Brewster (100%) | | | | 9,546 | 4,948 | 4,598 | 164 | 287 | 3,963 | 4,176 | 51.8 | 48.2 | 1.7 | 3.0 | 41.5 | 43.7 |
| Crane (100%) | | | | 4,675 | 1,342 | 3,333 | 39 | 102 | 3,158 | 3,237 | 28.7 | 71.3 | 0.8 | 2.2 | 67.6 | 69.2 |
| Crockett (100%) | | | | 3,098 | 1,080 | 2,018 | 23 | 36 | 1,920 | 1,945 | 34.9 | 65.1 | 0.7 | 1.2 | 62.0 | 62.8 |
| Culberson (100%) | | | | 2,188 | 445 | 1,743 | 50 | 48 | 1,645 | 1,673 | 20.3 | 79.7 | 2.3 | 2.2 | 75.2 | 76.5 |
| Dimmit (100%) | | | | 8,615 | 898 | 7,717 | 94 | 129 | 7,487 | 7,570 | 10.4 | 89.6 | 1.1 | 1.5 | 86.9 | 87.9 |
| Edwards (100%) | | | | 1,422 | 651 | 771 | 26 | 17 | 718 | 725 | 45.8 | 54.2 | 1.8 | 1.2 | 50.5 | 51.0 |
| El Paso (11%) | | | | 98,670 | 7,838 | 90,832 | 1,536 | 3,550 | 86,120 | 88,648 | 7.9 | 92.1 | 1.6 | 3.6 | 87.3 | 89.8 |
| Frio (100%) | | | | 18,385 | 3,053 | 15,332 | 218 | 767 | 14,171 | 14,897 | 16.6 | 83.4 | 1.2 | 4.2 | 77.1 | 81.0 |
| Hudspeth (100%) | | | | 3,202 | 1,094 | 2,108 | 22 | 29 | 2,036 | 2,049 | 34.2 | 65.8 | 0.7 | 0.9 | 63.6 | 64.0 |
| Jeff Davis (100%) | | | | 1,996 | 1,282 | 714 | 39 | 28 | 613 | 627 | 64.2 | 35.8 | 2.0 | 1.4 | 30.7 | 31.4 |
| Kinney (100%) | | | | 3,129 | 1,489 | 1,640 | 46 | 66 | 1,470 | 1,517 | 47.6 | 52.4 | 1.5 | 2.1 | 47.0 | 48.5 |
| La Salle (100%) | | | | 6,664 | 1,467 | 5,197 | 28 | 259 | 4,908 | 5,132 | 22.0 | 78.0 | 0.4 | 3.9 | 73.6 | 77.0 |
| Loving (100%) | | | | 64 | 56 | 8 | 3 | 3 | 1 | 3 | 87.5 | 12.5 | 4.7 | 4.7 | 1.6 | 4.7 |
| Maverick (100%) | | | | 57,887 | 1,574 | 56,313 | 295 | 307 | 54,936 | 55,107 | 2.7 | 97.3 | 0.5 | 0.5 | 94.9 | 95.2 |
| Medina (100%) | | | | 50,748 | 22,324 | 28,424 | 528 | 1,762 | 25,455 | 26,930 | 44.0 | 56.0 | 1.0 | 3.5 | 50.2 | 53.1 |
| Pecos (100%) | | | | 15,193 | 3,473 | 11,720 | 183 | 630 | 10,845 | 11,376 | 22.9 | 77.1 | 1.2 | 4.1 | 71.4 | 74.9 |
| Presidio (100%) | | | | 6,131 | 961 | 5,170 | 102 | 47 | 4,991 | 5,032 | 15.7 | 84.3 | 1.7 | 0.8 | 81.4 | 82.1 |
| Reagan (100%) | | | | 3,385 | 968 | 2,417 | 44 | 78 | 2,283 | 2,339 | 28.6 | 71.4 | 1.3 | 2.3 | 67.4 | 69.1 |
| Reeves (100%) | | | | 14,748 | 1,697 | 13,051 | 205 | 332 | 12,510 | 12,748 | 11.5 | 88.5 | 1.4 | 2.3 | 84.8 | 86.4 |
| Schleicher (100%) | | | | 2,451 | 1,102 | 1,349 | 28 | 44 | 1,275 | 1,296 | 45.0 | 55.0 | 1.1 | 1.8 | 52.0 | 52.9 |
| Sutton (100%) | | | | 3,372 | 1,200 | 2,172 | 24 | 32 | 2,093 | 2,111 | 35.6 | 64.4 | 0.7 | 0.9 | 62.1 | 62.6 |
| Terrell (100%) | | | | 760 | 352 | 408 | 13 | 22 | 370 | 384 | 46.3 | 53.7 | 1.7 | 2.9 | 48.7 | 50.5 |
| Upton (100%) | | | | 3,308 | 1,318 | 1,990 | 32 | 120 | 1,797 | 1,886 | 39.8 | 60.2 | 1.0 | 3.6 | 54.3 | 57.0 |
| Uvalde (100%) | | | | 24,564 | 6,613 | 17,951 | 206 | 268 | 17,317 | 17,462 | 26.9 | 73.1 | 0.8 | 1.1 | 70.5 | 71.1 |
| Val Verde (100%) | | | | 47,586 | 7,836 | 39,750 | 574 | 962 | 38,207 | 38,861 | 16.5 | 83.5 | 1.2 | 2.0 | 80.3 | 81.7 |
| Ward (100%) | | | | 11,644 | 4,506 | 7,138 | 113 | 666 | 6,325 | 6,847 | 38.7 | 61.3 | 1.0 | 5.7 | 54.3 | 58.8 |
| Winkler (100%) | | | | 7,791 | 2,702 | 5,089 | 114 | 210 | 4,732 | 4,883 | 34.7 | 65.3 | 1.5 | 2.7 | 60.7 | 62.7 |
| Zavala (100%) | | | | 9,670 | 572 | 9,098 | 42 | 133 | 8,944 | 9,022 | 5.9 | 94.1 | 0.4 | 1.4 | 92.5 | 93.3 |

Red-202T
Data: 2020 Census
PLANC2158  10/15/2021 4:55:35 PM

Population and Voter Data

with Voter Registration Comparison

Texas Legislative Council
10/15/21 4:57 PM
Page 1 of 1

## CONGRESSIONAL DISTRICTS - PLANC2158

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Population** | | | | | | | **Total Voter Registration** | | | **Non-Suspense Voter Registration** | | |
| 16 | 0 | Total: | 766,987 | 11.8 | 88.2 | 2.2 | 4.5 | 82.0 | 85.4 | 2020 | 246,153 | 439,800 | 67.3 % | 56.0 % | 395,107 | 68.7 % | 62.3 % |
| | 0.00% | VAP: | 574,250 | 13.0 | 87.0 | 2.1 | 4.1 | 80.7 | 84.1 | 2018 | 187,693 | 413,456 | 68.0 % | 45.4 % | 375,410 | 69.4 % | 50.0 % |
| 23 | -1 | Total: | 766,986 | 28.4 | 71.6 | 3.5 | 4.8 | 63.0 | 66.9 | 2020 | 295,737 | 465,059 | 49.2 % | 63.6 % | 420,458 | 49.7 % | 70.3 % |
| | 0.00% | VAP: | 567,704 | 31.2 | 68.8 | 3.3 | 4.6 | 60.1 | 64.2 | 2018 | 210,726 | 427,885 | 49.7 % | 49.2 % | 385,311 | 50.5 % | 54.7 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

63783

Red-345
Data: 2020 Census
PLANC2158  10/15/2021 4:55:35 PM
PLANC2135  10/08/2021 1:04:09 PM

Plan Fit Verification

Texas Legislative Council
10/15/21 4:57 PM
Page 1 of 1

# CONGRESSIONAL DISTRICTS
## PLANC2158 Compared with PLANC2135

**The amendment fits into the base plan.**

Red-350
Data: 2020 Census
PLANC2158  10/15/2021 4:55:35 PM

Incumbents by District

Texas Legislative Council
10/15/21 4:57 PM
Page 1 of 1

## CONGRESSIONAL DISTRICTS - PLANC2158

| District | Incumbents |
|---|---|
| 16 | Escobar - D |
| 23 | Gonzales - R |

* Incumbents paired.

Red-116
Data: 2015-2019 ACS; 2020 Census
PLANC2158  10/15/2021 4:55:35 PM

Texas Legislative Council
10/15/21 4:57 PM
Page 1 of 1

American Community Survey Special Tabulation
Using Census and American Community Survey Data

## CONGRESSIONAL DISTRICTS - PLANC2158

| 2020 Census | | | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey with Margins of Error | | | | | | | | | | | |
| | | | | Hispanic CVAP | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 766,987 | 574,250 | 461,620 (±6,295) | 78.0 (±0.7) | 3.7 (±0.3) | 0.2 (±0.1) | 0.0 (±0.1) | 16.0 (±0.5) | 0.3 (±0.1) | 1.0 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 23 | 766,986 | 567,704 | 456,265 (±6,367) | 57.8 (±0.9) | 3.9 (±0.3) | 0.2 (±0.1) | 0.1 (±0.1) | 35.1 (±0.5) | 0.4 (±0.1) | 1.6 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation.  Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis.  The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

63783



U.S. Congressional Districts
Proposed Plan
PLANC2158
COUNTIES
PLANC2158
16
23
EL PASO
HUDSPETH
CULBERSON
REEVES
JEFF DAVIS
PECOS
PRESIDIO
BREWSTER
TERRELL
CROCKETT
VAL VERDE
EDWARDS
KINNEY
UVALDE
MEDINA
MAVERICK
ZAVALA
FRIO
DIMMIT
LA SALLE
BEXAR
BURNET
WILLIAMSON
BLANCO
TRAVIS
HAYS
BASTROP
CALDWELL
KENDALL
BANDERA
COMAL
GUADALUPE
WILSON
ATASCOSA
MONTAGUE
COOKE
GRAYSON
FANNIN
WISE
DENTON
COLLIN
HUNT
ROCKWALL
PARKER
TARRANT
DALLAS
KAUFMAN
HOOD
JOHNSON
ELLIS
MONTGOMERY
LIBERTY
WALLER
HARRIS
CHAMBERS
FORT BEND
BRAZORIA
GALVESTON
JIM HOGG
BROOKS
KENEDY
STARR
WILLACY
HIDALGO
CAMERON
Map ID 5900
10/15/21 16:56:15
TLC
50134
2020 Census
PLANC2158 2021-10-15 16:55:35



BEXAR COUNTY

U.S. Congressional Districts
Proposed Plan
PLANC2158

COUNTIES

PLANC2158

Map ID 5900
10/15/21 16:56:15

50134
2020 Census
PLANC2158    2021-10-15 16:55:35



# EL PASO COUNTY

## U.S. Congressional Districts
Proposed Plan
### PLANC2158

COUNTIES

PLANC2158

Map ID 5900
10/15/21 16:56:15

50134
2020 Census
PLANC2158      2021-10-15 16:55:35