# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 |
| v. | § § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:21-cv-299 |
| STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, | § § § | [Consolidated Case] |
| *Defendants.* | § § | |

## EXHIBIT C

## TEXAS HOUSE OF REPRESENTATIVES JOURNAL
## OCTOBER 16, 2021

# HOUSE JOURNAL

EIGHTY-SEVENTH LEGISLATURE, THIRD CALLED SESSION

## PROCEEDINGS

SEVENTH DAY (CONTINUED) — SATURDAY, OCTOBER 16, 2021

The house met at 4:47 p.m. and was called to order by the speaker.

The invocation was offered by Representative VanDeaver as follows:

Father, as we approach what we hope to be the final days of this session, Lord, we are tired. Lord, we are frustrated many times. And so Father, I just ask that in the days ahead you would just give us peace. Father, give us wisdom. Lord, just give us patience. But above all, just give us the love of Christ that we can show to each other and everyone we come in contact with. In Christ's name I pray. Amen.

The chair recognized Representative VanDeaver who led the house in the pledges of allegiance to the United States and Texas flags.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for today because of important business in the district:

Lambert on motion of Stucky.

### BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, House List No. 2).

### MOTION IN WRITING
### RULES SUSPENDED

Representative Guillen offered the following motion in writing:

Mr. Speaker:

I move to suspend all necessary rules to allow the chair of the Resolutions Calendars Committee to prepare and distribute a Suspension Congratulatory and Memorial Resolutions Calendar to be considered on Monday at a time to be determined by the speaker.

Guillen

The motion was read and prevailed.

## MAJOR STATE CALENDAR
## SENATE BILLS
## SECOND READING

The following bills were laid before the house and read second time:

### SB 6 ON SECOND READING
### (Hunter - House Sponsor)

**SB 6**, A bill to be entitled An Act relating to the composition of the districts for the election of members of the United States House of Representatives from the State of Texas.

**Amendment No. 1**

Representative C. Turner offered the following amendment to **SB 6**:

Amend **SB 6** (house committee report) by striking the enacting clause (page 1, line 5).

A record vote was requested by Representative Middleton.

Amendment No. 1 failed of adoption by (Record 101): 61 Yeas, 82 Nays, 1 Present, not voting.

Yeas — Allen; Anchia; Bailes; Beckley; Bernal; Bowers; Bucy; Campos; Canales; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; González, J.; González, M.; Goodwin; Guillen; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cole; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leach; Leman; Lozano; Metcalf; Meyer; Middleton; Minjarez; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Lambert.

Absent — Harless; Johnson, J.D.; Meza.

## STATEMENTS OF VOTE

When Record No. 101 was taken, I was shown voting no. I intended to vote yes.

Cole

When Record No. 101 was taken, I was shown voting no. I intended to vote yes.

Gervin-Hawkins

When Record No. 101 was taken, I was shown voting no. I intended to vote yes.

Minjarez

**Amendment No. 2**

Representative C. Turner offered the following amendment to **SB 6**:

Amend **SB 6** (house committee report) by adding the following appropriately numbered ARTICLE to the bill and renumbering subsequent ARTICLES and cross-references to those ARTICLES accordingly:

ARTICLE _____.

SECTION 1. The legislature finds that the following districts are protected by the provisions of the federal Voting Rights Act of 1965 (52 U.S.C. Section 10101 et seq.) and may not be retrogressed under the standards developed by the federal courts and the United States Department of Justice:

　　　　(1) District 7;
　　　　(2) District 9;
　　　　(3) District 15;
　　　　(4) District 16;
　　　　(5) District 18;
　　　　(6) District 20;
　　　　(7) District 23;
　　　　(8) District 27;
　　　　(9) District 28;
　　　　(10) District 29;
　　　　(11) District 30;
　　　　(12) District 32;
　　　　(13) District 33;
　　　　(14) District 34; and
　　　　(15) District 35.

A record vote was requested by Representative Middleton.

Amendment No. 2 failed of adoption by (Record 102): 63 Yeas, 81 Nays, 1 Present, not voting.

Yeas — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Canales; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.;

King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Guillen; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leach; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Lambert.

Absent — Harless; Meza.

### Amendment No. 3

Representative Rose offered the following amendment to **SB 6**:

Amend **SB 6** (house committee report) as follows:

(1)  On page 209, between lines 17 and 18, insert the following:

SECTION 5. No provision of this Act shall take effect until a federal district court issues an order determining that the changes in law made by this Act:

(1)  have neither the purpose nor will have the effect of denying or abridging the right to vote on account of race or color; and

(2)  comply with the requirements of federal law.

(2)  On page 209, line 18, strike "This" and substitute "Subject to Section 5 of this article, this".

(3)  Renumber the SECTIONS of the bill as appropriate.

A record vote was requested by Representative Middleton.

Amendment No. 3 failed of adoption by (Record 103): 64 Yeas, 80 Nays, 1 Present, not voting.

Yeas — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Canales; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Guillen; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leach; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Lambert.

Absent — Harless; Meza.

**Amendment No. 4**

Representative Neave offered the following amendment to **SB 6**:

Amend **SB 6** (house committee report) by adding the following appropriately numbered ARTICLE to the bill and renumbering subsequent ARTICLES of the bill accordingly:

ARTICLE ____

SECTION 1.  (a)  The secretary of state shall conduct a study to evaluate the impact of the provisions of this Act using an impact analysis of those provisions on the Citizen Voting Age Population (CVAP) of each racial and ethnic group in this state.

(b)  The secretary of state shall prepare and submit to the governor, the lieutenant governor, the attorney general, the United States Department of Justice, the speaker of the house of representatives, and each standing committee of the senate and house of representatives having primary jurisdiction over redistricting a written report on the results of the study and any recommendations for legislative or other action. The secretary of state shall submit the report before the last day to file as a candidate in the primary election held in 2022 for members of the United States House of Representatives of the 118th Congress from the State of Texas.

(c)  The report required under Subsection (b) of this section is a public record.

A record vote was requested by Representative Middleton.

Amendment No. 4 failed of adoption by (Record 104): 64 Yeas, 80 Nays, 1 Present, not voting.

Yeas — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Canales; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Guillen; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave;

Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leach; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Lambert.

Absent — Harless; Meza.

**Amendment No. 5**

Representative Anchia offered the following amendment to **SB 6**:

Plan No. C2167

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2167

Amend **SB 6** (house committee report) by substituting PLANC2167, which is incorporated by reference, for PLANC2135.

### **LEAVE OF ABSENCE GRANTED**

The following member was granted leave of absence for the remainder of today because of important business:

Leach on motion of Schaefer.

### **SB 6 - (consideration continued)**

A record vote was requested by Representative Middleton.

Amendment No. 5 failed of adoption by (Record 105): 62 Yeas, 79 Nays, 1 Present, not voting.

Yeas — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Guillen; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Lambert; Leach.

Absent — Canales; Harless; Meza; Perez.

(Paddie in the chair)

### Amendment No. 6

Representative Davis offered the following amendment to **SB 6**:

Plan No. C2165

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2165

Amend **SB 6** (house committee report) by substituting PLANC2165 for PLANC2135.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business in the district:

Canales on motion of Metcalf.

### SB 6 - (consideration continued)

A record vote was requested by Representative Middleton.

Amendment No. 6 failed of adoption by (Record 106): 63 Yeas, 78 Nays, 2 Present, not voting.

Yeas — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Guillen; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker; Paddie(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Harless; Meza.

**Amendment No. 7**

Representatives C. Turner, Collier, and Anchia offered the following amendment to **SB 6**:

Plan No. C2163

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2163

Amend **SB 6** (house committee report) by substituting PLANC2163, which is incorporated by reference, for PLANC2135.

A record vote was requested by Representative Middleton.

Amendment No. 7 failed of adoption by (Record 107): 62 Yeas, 77 Nays, 2 Present, not voting.

Yeas — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Guillen; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; Wilson.

Present, not voting — Mr. Speaker; Paddie(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Harless; Meza; Ordaz Perez; White.

## STATEMENT OF VOTE

When Record No. 107 was taken, I was in the house but away from my desk. I would have voted no.

White

### Amendment No. 8

Representative Landgraf offered the following amendment to **SB 6**:

Plan No. C2164

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2164

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2164, which is incorporated by reference:

Districts 10, 15, 27, 28, and 35 in Aransas, Atascosa, Austin, Bastrop, Bee, Bexar, Brazos, Brooks, Burleson, Caldwell, Calhoun, Colorado, Comal, DeWitt, Duval, Fayette, Goliad, Gonzales, Grimes, Guadalupe, Hays, Hidalgo, Jackson, Jim Hogg, Jim Wells, Karnes, Lavaca, Lee, Live Oak, Madison, McMullen, Nueces, Refugio, San Patricio, Starr, Travis, Victoria, Walker, Waller, Washington, Webb, Williamson, Wilson, and Zapata Counties.

## REMARKS ORDERED PRINTED

Representative Neave moved to print all remarks on **SB 6**.

The motion prevailed. [Please refer to the supplement to this journal for the text of the debate on **SB 6**.]

A record vote was requested by Representative Middleton.

Amendment No. 8 was adopted by (Record 108): 82 Yeas, 55 Nays, 2 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Cortez; Craddick; Cyrier; Darby; Dean; Dominguez; Frank; Frullo; Gates; Geren; Goldman; Guillen; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Martinez Fischer; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Crockett; Davis; Deshotel; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Howard;

Israel; Johnson, A.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Minjarez; Moody; Morales, C.; Morales Shaw; Muñoz; Neave; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker; Paddie(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Harless; Johnson, J.D.; Meza; Morales, E.; Ordaz Perez; Turner, C.

### STATEMENT OF VOTE

When Record No. 108 was taken, I was in the house but away from my desk. I would have voted no.

C. Turner

**Amendment No. 9**

Representative Dominguez offered the following amendment to **SB 6**:

Plan No. C2149

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2149

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2149, which is incorporated by reference:

Districts 15, 27, and 34 in Aransas, Bastrop, Bee, Brooks, Caldwell, Calhoun, Cameron, De Witt, Goliad, Gonzales, Guadalupe, Hidalgo, Jackson, Jim Wells, Karnes, Kenedy, Kleberg, Lavaca, Live Oak, Nueces, Refugio, San Patricio, Victoria, Willacy, and Wilson Counties.

A record vote was requested by Representative Middleton.

Amendment No. 9 failed of adoption by (Record 109): 59 Yeas, 77 Nays, 2 Present, not voting.

Yeas — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Harris; Harrison; Hefner; Holland; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Metcalf; Meyer;

Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker; Paddie(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Davis; Guillen; Harless; Huberty; Lopez; Meza; Ordaz Perez.

### COMMITTEE GRANTED PERMISSION TO MEET

Representative Burrows requested permission for the Committee on Calendars to meet while the house is in session, at 8:30 p.m. today, in 1W.14, to consider a calendar.

Permission to meet was granted.

### COMMITTEE MEETING ANNOUNCEMENT

At 7:42 p.m., the following committee meeting was announced:

Calendars, 8:30 p.m. today, 1W.14, for a formal meeting, to consider a calendar.

### SB 6 - (consideration continued)

**Amendment No. 10**

Representative Anchia offered the following amendment to **SB 6**:

Plan No. C2166

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2166

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2166, which is incorporated by reference:

Districts 15 and 27 in Aransas, Bastrop, Bee, Brooks, Caldwell, Calhoun, DeWitt, Goliad, Gonzales, Guadalupe, Hidalgo, Jackson, Jim Wells, Karnes, Lavaca, Live Oak, Nueces, Refugio, San Patricio, Victoria, and Wilson Counties.

A record vote was requested by Representative Middleton.

Amendment No. 10 failed of adoption by (Record 110): 63 Yeas, 76 Nays, 2 Present, not voting.

Yeas — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Guillen; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega;

Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Harris; Harrison; Hefner; Holland; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker; Paddie(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Harless; Huberty; Meza; Slawson.

### STATEMENT OF VOTE

When Record No. 110 was taken, I was in the house but away from my desk. I would have voted no.

Slawson

**Amendment No. 11**

Representative VanDeaver offered the following amendment to **SB 6**:

Plan No. C2154

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2154

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2154, which is incorporated by reference:

Districts 1 and 4 in Bowie, Camp, Cass, Collin, Delta, Denton, Fannin, Franklin, Grayson, Gregg, Harrison, Hopkins, Hunt, Lamar, Marion, Morris, Panola, Rains, Red River, Rockwall, Rusk, Sabine, San Augustine, Shelby, Smith, Titus, and Upshur Counties.

**Amendment No. 12**

Representative Schofield offered the following amendment to Amendment No. 11:

Plan No. C2175

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2175

Amend Amendment No. 11 by VanDeaver (PLANC2154) to **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2175, which is incorporated by reference:

Districts 1, 3, 4, and 26 in Bowie, Camp, Cass, Collin, Cooke, Delta, Denton, Fannin, Franklin, Grayson, Gregg, Harrison, Hopkins, Hunt, Lamar, Marion, Morris, Panola, Rains, Red River, Rockwall, Rusk, Sabine, San Augustine, Shelby, Smith, Tarrant, Titus, Upshur, and Wise Counties.

A record vote was requested by Representative Middleton.

Amendment No. 12 was adopted by (Record 111): 81 Yeas, 58 Nays, 2 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Dutton; Frank; Frullo; Gates; Geren; Goldman; Guillen; Harless; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Parker; Patterson; Paul; Price; Raney; Raymond; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Larson; Longoria; Lopez; Lucio; Martinez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Reynolds; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker; Paddie(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Martinez Fischer; Meza; Minjarez; Rodriguez.

### STATEMENTS OF VOTE

When Record No. 111 was taken, I was in the house but away from my desk. I would have voted no.

Martinez Fischer

When Record No. 111 was taken, I was in the house but away from my desk. I would have voted no.

Minjarez

A record vote was requested by Representative Middleton.

Amendment No. 11, as amended, was adopted by (Record 112): 77 Yeas, 59 Nays, 2 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Dutton; Frank; Frullo; Gates; Geren; Goldman; Guillen; Harris; Hefner; Holland; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White.

Nays — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Neave; Ordaz Perez; Ortega; Perez; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker; Paddie(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Harless; Harrison; Huberty; Meza; Muñoz; Ramos; Wilson.

## STATEMENT OF VOTE

When Record No. 112 was taken, I was in the house but away from my desk. I would have voted yes.

Harrison

**Amendment No. 13**

Representative Anchia offered the following amendment to **SB 6**:

Plan No. C2169

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2169

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2169, which is incorporated by reference:

Districts 3, 4, 5, 6, 12, 24, 25, 26, 30, 32, and 33 in Anderson, Callahan, Cherokee, Collin, Comanche, Cooke, Dallas, Delta, Denton, Eastland, Ellis, Erath, Fannin, Franklin, Freestone, Grayson, Henderson, Hill, Hood, Hopkins, Hunt, Jack, Johnson, Kaufman, Lamar, Navarro, Palo Pinto, Parker, Rains, Red River, Rockwall, Somervell, Stephens, Tarrant, Upshur, Van Zandt, Wise, Wood, and Young Counties.

(Speaker in the chair)

A record vote was requested by Representative Middleton.

Amendment No. 13 failed of adoption by (Record 113): 61 Yeas, 80 Nays, 1 Present, not voting.

Yeas — Allen; Anchia; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Guillen; Hernandez; Herrero; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Harless; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Beckley; Hinojosa; Meza.

**Amendment No. 14**

Representative Crockett offered the following amendment to **SB 6**:

Plan No. C2139

Amend **SB 6** (engrossed version) by replacing Districts 5, 6, 24, 25, 30, 32, and 33 in Anderson, Callahan, Cherokee, Collin, Comanche, Dallas, Denton, Eastland, Ellis, Erath, Freestone, Henderson, Hill, Hood, Jack, Johnson, Kaufman, Navarro, Palo Pinto, Parker, Somervell, Stephens, Tarrant, Upshur, Van Zandt, Wood, and Young Counties with those districts as reflected in PLANC2139.

**Amendment No. 15**

Representative Crockett offered the following amendment to Amendment No. 14:

Plan No. C2177

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2177

Amend Amendment No. 14 by Crockett (PLANC2139) to **SB 6** by striking the text of the amendment and substituting the following:

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2177, which is incorporated by reference:

Districts 5, 6, 12, 24, 25, 30, 32, and 33 in Anderson, Callahan, Cherokee, Collin, Comanche, Dallas, Denton, Eastland, Ellis, Erath, Freestone, Henderson, Hill, Hood, Jack, Johnson, Kaufman, Navarro, Palo Pinto, Parker, Somervell, Stephens, Tarrant, Upshur, Van Zandt, Wood, and Young Counties.

A record vote was requested by Representative Middleton.

Amendment No. 15 failed of adoption by (Record 114): 38 Yeas, 84 Nays, 5 Present, not voting.

Yeas — Allen; Beckley; Bowers; Campos; Cole; Coleman; Collier; Crockett; Davis; Deshotel; Dutton; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Herrero; Johnson, A.; Johnson, J.D.; King, T.; Longoria; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Ordaz Perez; Perez; Reynolds; Rodriguez; Rose; Sherman; Thierry; Thompson, S.; Walle; Zwiener.

Nays — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Goldman; Guillen; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Muñoz; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Ramos; Raney; Raymond; Rogers; Romero; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Present, not voting — Mr. Speaker(C); Anchia; Hinojosa; Lopez; Rosenthal.

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Bernal; Bucy; Cortez; Dominguez; Harless; Hernandez; Howard; Israel; Johnson, J.E.; Lucio; Meza; Neave; Ortega; Talarico; Turner, C.; Turner, J.; Vo; Wu.

### STATEMENTS OF VOTE

When Record No. 114 was taken, I was shown voting yes. I intended to vote no.

Bowers

When Record No. 114 was taken, I was shown voting yes. I intended to vote present, not voting.

Rose

When Record No. 114 was taken, I was in the house but away from my desk. I would have voted yes.

J. Turner

Amendment No. 14 was withdrawn without objection.

**Amendment No. 16**

On behalf of Representative Collier, Representative C. Turner offered the following amendment to **SB 6**:

Plan No. C2152

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2152

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2152, which is incorporated by reference:

Districts 6, 12, 25, and 33 in Anderson, Callahan, Cherokee, Comanche, Dallas, Eastland, Ellis, Erath, Freestone, Hill, Hood, Jack, Johnson, Navarro, Palo Pinto, Parker, Somervell, Stephens, Tarrant, and Young Counties.

Amendment No. 16 was adopted.

**Amendment No. 17**

Representatives S. Thompson and Dutton offered the following amendment to **SB 6**:

Plan No. C2153

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2153

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2153, which is incorporated by reference:

Districts 9, 18, and 29 in Brazoria, Fort Bend, and Harris Counties.

**Amendment No. 18**

Representatives S. Thompson and Dutton offered the following amendment to Amendment No. 17:

Plan No. C2176

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2176

Amend Amendment No. 17 by S. Thompson (PLANC2153) to **SB 6** (house committee report) by striking the text of the amendment and substituting the following:

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2176, which is incorporated by reference:

Districts 7, 9, 18, and 29 in Brazoria, Fort Bend, and Harris Counties.

A record vote was requested by Representative Middleton.

Amendment No. 18 was adopted by (Record 115): 123 Yeas, 16 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, C.; Bell, K.; Bernal; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Campos; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harris; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Meyer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Perez; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vo; Walle; Wilson; Wu; Zwiener.

Nays — Biedermann; Cain; Frullo; Harrison; Kacal; Larson; Leman; Metcalf; Middleton; Oliverson; Paul; Price; Schaefer; Thompson, E.; Vasut; White.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Gates; Harless; Hefner; Meza; Schofield.

### STATEMENTS OF VOTE

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Ashby

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Capriglione

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Cason

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Clardy

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Cook

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Craddick

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Cyrier

When Record No. 115 was taken, I was in the house but away from my desk. I would have voted no.

Gates

When Record No. 115 was taken, I was absent because of important business. I would have voted no.

Harless

When Record No. 115 was taken, I was in the house but away from my desk. I would have voted no.

Hefner

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Holland

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Hull

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

P. King

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Kuempel

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Morrison

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Noble

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Parker

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Patterson

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Rogers

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Sanford

When Record No. 115 was taken, I was in the house but away from my desk. I would have voted no.

Schofield

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Shaheen

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Slaton

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Slawson

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Smith

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Stephenson

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Stucky

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Swanson

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Toth

When Record No. 115 was taken, I was shown voting yes. I intended to vote no.

Wilson

A record vote was requested by Representative Middleton.

Amendment No. 17, as amended, was adopted by (Record 116): 118 Yeas, 19 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, K.; Bernal; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Campos; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, P.; King, T.; Klick; Krause; Landgraf; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Meyer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Perez; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, S.; Toth; Turner, C.; Turner, J.; VanDeaver; Vo; Walle; Wilson; Wu; Zwiener.

Nays — Bell, C.; Biedermann; Cain; Frullo; Harris; Harrison; Kacal; King, K.; Kuempel; Leman; Metcalf; Middleton; Paul; Price; Schaefer; Thompson, E.; Tinderholt; Vasut; White.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Lambert; Leach.

Absent — Cyrier; Gates; Harless; Larson; Meza; Schofield; Shaheen.

### STATEMENTS OF VOTE

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Anderson

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Ashby

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Capriglione

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Cason

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Clardy

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Cook

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Craddick

When Record No. 116 was taken, I was in the house but away from my desk. I would have voted no.

Cyrier

When Record No. 116 was taken, I was in the house but away from my desk. I would have voted no.

Gates

When Record No. 116 was taken, I was absent because of important business. I would have voted no.

Harless

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Hefner

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Holland

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Hull

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

P. King

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Morrison

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Noble

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Parker

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Patterson

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Rogers

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Sanford

When Record No. 116 was taken, I was in the house but away from my desk. I would have voted no.

Schofield

When Record No. 116 was taken, I was in the house but away from my desk. I would have voted no.

Shaheen

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Slaton

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Slawson

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Smith

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Stephenson

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Stucky

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Swanson

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Toth

When Record No. 116 was taken, I was shown voting yes. I intended to vote no.

Wilson

## LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business:

Harless on motion of Raney.

## SB 6 - (consideration continued)

### Amendment No. 19

Representatives Raney and Kacal offered the following amendment to **SB 6**:

Plan No. C2155

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2155

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2155, which is incorporated by reference:

Districts 10 and 17 in Angelina, Austin, Bastrop, Brazos, Burleson, Colorado, Falls, Fayette, Freestone, Grimes, Houston, Lee, Leon, Limestone, Madison, McLennan, Milam, Nacogdoches, Robertson, Travis, Trinity, Walker, Waller, Washington, and Williamson Counties.

### Amendment No. 20

Representative Raney offered the following amendment to Amendment No. 19:

Plan No. C2180

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2180

Amend Amendment No. 19 by Raney (PLANC2155) to **SB 6** by striking the text of the amendment and substituting the following:

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2180, which is incorporated by reference:

Districts 10, 17, and 27 in Angelina, Aransas, Austin, Bastrop, Bee, Brazos, Burleson, Caldwell, Calhoun, Colorado, DeWitt, Falls, Fayette, Freestone, Goliad, Gonzales, Grimes, Houston, Jackson, Jim Wells, Lavaca, Lee, Leon,

Limestone, Madison, McLennan, Milam, Nacogdoches, Nueces, Refugio, Robertson, San Patricio, Travis, Trinity, Victoria, Waller, Walker, Washington, and Williamson Counties.

A record vote was requested by Representative Middleton.

Amendment No. 20 was adopted by (Record 117): 90 Yeas, 40 Nays, 1 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cole; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; Guillen; Harris; Harrison; Hefner; Herrero; Holland; Huberty; Hull; Hunter; Jetton; Johnson, A.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Longoria; Lozano; Martinez Fischer; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Perez; Price; Raney; Rodriguez; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thierry; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Beckley; Bowers; Bucy; Campos; Coleman; Collier; Crockett; Deshotel; Dominguez; Dutton; Goodwin; Hernandez; Hinojosa; Howard; Israel; Johnson, J.E.; Lopez; Martinez; Minjarez; Moody; Morales, C.; Morales Shaw; Muñoz; Neave; Ortega; Ramos; Raymond; Reynolds; Romero; Rose; Rosenthal; Sherman; Talarico; Thompson, S.; Turner, C.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Harless; Lambert; Leach.

Absent — Anchia; Bernal; Cortez; Davis; Fierro; González, J.; González, M.; Johnson, J.D.; Lucio; Meza; Morales, E.; Ordaz Perez; Turner, J.

## STATEMENT OF VOTE

When Record No. 117 was taken, I was in the house but away from my desk. I would have voted no.

J. Turner

A record vote was requested by Representative Middleton.

Amendment No. 19, as amended, was adopted by (Record 118): 83 Yeas, 52 Nays, 2 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; Guillen; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Lozano; Metcalf; Meyer; Middleton;

Minjarez; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Anchia; Beckley; Bowers; Bucy; Cole; Coleman; Collier; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker(C); Campos.

Absent, Excused — Canales; Guerra; Harless; Lambert; Leach.

Absent — Bernal; Cortez; González, J.; Johnson, J.D.; Johnson, J.E.; Meza; Turner, J.

### STATEMENTS OF VOTE

When Record No. 118 was taken, I was shown voting yes. I intended to vote no.

Minjarez

When Record No. 118 was taken, I was in the house but away from my desk. I would have voted no.

J. Turner

### Amendment No. 21

Representative Guillen offered the following amendment to **SB 6**:

Plan No. C2142

Amend **SB 6** (house committee report) by replacing Districts 15 and 34 in Brooks, Cameron, Guadalupe, Hidalgo, Jim Wells, Karnes, Kenedy, Kleberg, Live Oak, Willacy, and Wilson Counties with those districts as reflected in PLANC2142.

### Amendment No. 22

Representative Guillen offered the following amendment to Amendment No. 21:

Plan No. C2181

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2181

Amend Amendment No. 21 by Guillen (PLANC2142) to **SB 6** (house committee report) by striking the text of the amendment and substituting the following:

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2181, which is incorporated by reference:

Districts 15 and 34 in Brooks, Cameron, DeWitt, Guadalupe, Hildalgo, Jim Wells, Karnes, Kenedy, Kleberg, Live Oak, Nueces, San Patricio, Willacy, and Wilson Counties.

A record vote was requested by Representative Middleton.

Amendment No. 22 was adopted by (Record 119): 134 Yeas, 4 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Capriglione; Cason; Clardy; Cole; Coleman; Cook; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; Goodwin; Guillen; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; VanDeaver; Vasut; Walle; White; Wilson; Wu; Zwiener.

Nays — Collier; Dutton; González, M.; Sherman.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Harless; Lambert; Leach.

Absent — Cortez; González, J.; Meza; Turner, J.; Vo.

#### STATEMENT OF VOTE

When Record No. 119 was taken, I was in the house but away from my desk. I would have voted yes.

J. Turner

A record vote was requested by Representative Middleton.

Amendment No. 21, as amended, was adopted by (Record 120): 136 Yeas, 1 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, C.; Bell, K.; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González,

M.; Goodwin; Guillen; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; VanDeaver; Vasut; Walle; White; Wilson; Wu; Zwiener.

Nays — Dutton.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Harless; Lambert; Leach.

Absent — Bernal; Cortez; Johnson, J.E.; Meza; Turner, J.; Vo.

## STATEMENT OF VOTE

When Record No. 120 was taken, I was in the house but away from my desk. I would have voted yes.

J. Turner

### Amendment No. 23

Representatives Moody, Fierro, M. González, Ortega, and Ordaz Perez offered the following amendment to **SB 6**:

Plan No. C2158

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2158

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2158, which is incorporated by reference:

Districts 16 and 23 in Bexar, Brewster, Crane, Crockett, Culberson, Dimmit, Edwards, El Paso, Frio, Hudspeth, Jeff Davis, Kinney, La Salle, Loving, Maverick, Medina, Pecos, Presidio, Reagan, Reeves, Schleicher, Sutton, Terrell, Upton, Uvalde, Val Verde, Ward, Winkler, and Zavala Counties.

A record vote was requested by Representative Middleton.

Amendment No. 23 was adopted by (Record 121): 137 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Beckley; Bell, C.; Bell, K.; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton;

Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; VanDeaver; Vasut; Walle; White; Wilson; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Harless; Lambert; Leach.

Absent — Bernal; Cortez; Meza; Thierry; Turner, J.; Vo.

## STATEMENTS OF VOTE

When Record No. 121 was taken, I was shown voting yes. I intended to vote no.

Slawson

When Record No. 121 was taken, I was in the house but away from my desk. I would have voted yes.

J. Turner

## LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business in the district:

Howard on motion of Hinojosa.

## SB 6 - (consideration continued)

### Amendment No. 24

Representative Toth offered the following amendment to **SB 6**:

Plan No. C2144

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2144

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2144, which is incorporated by reference:

Districts 2, 8, and 36 in Chambers, Hardin, Harris, Jasper, Jefferson, Liberty, Montgomery, Newton, Polk, San Jacinto, Tyler, and Walker Counties.

**Amendment No. 25**

Representative Toth offered the following amendment to Amendment No. 24:

Plan No. C2185

The proposed maps and reports associated with this amendment are viewable at:

https://dvr.capitol.texas.gov/?PlanHeader=PLANC2185

Amend Amendment No. 24 by Toth (PLANC2144) to **SB 6** by striking the text of the amendment and substituting the following:

Amend **SB 6** (house committee report) to modify the following districts in the indicated counties as reflected in PLANC2185, which is incorporated by reference:

Districts 2 and 8 in Harris, Montgomery, Polk, San Jacinto, and Walker Counties.

Amendment No. 25 was adopted.

**Amendment No. 26**

Representative Toth offered the following amendment to Amendment No. 24:

Amend Amendment No. 24 by Toth (PLANC2144), as amended, to **SB 6** (house committee report) as follows:

(1)  Transfer the portion of District 8 located in Montgomery County tract 690800, block 2011, to District 2.

(2)  Transfer the portion of District 8 located in Montgomery County tract 690800, block 2014, to District 2.

Amendment No. 26 was adopted.

A record vote was requested by Representative Anchia.

Amendment No. 24, as amended, was adopted by (Record 122): 72 Yeas, 68 Nays, 1 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Frank; Gates; Geren; Goldman; Guillen; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; King, P.; Klick; Krause; Landgraf; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Patterson; Paul; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Anchia; Bailes; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Dutton; Fierro; Frullo; Gervin-Hawkins; González, J.; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, T.; Kuempel; Larson; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw;

Muñoz; Neave; Ordaz Perez; Ortega; Perez; Price; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Meza; Parker.

A record vote was requested.

**SB 6**, as amended, was passed to third reading by (Record 123): 80 Yeas, 61 Nays, 1 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Dutton; Frank; Frullo; Gates; Geren; Goldman; Guillen; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Anchia; Beckley; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Larson; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Rodriguez; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Meza.

### STATEMENTS OF VOTE

When Record No. 123 was taken, I was excused because of important business. I would have voted yes.

Harless

When Record No. 123 was taken, my vote failed to register. I would have voted no.

Meza

## GENERAL STATE CALENDAR
## SENATE BILLS
## SECOND READING

The following bills were laid before the house and read second time:

### SB 5 ON SECOND READING
### (Patterson - House Sponsor)

**SB 5**, A bill to be entitled An Act relating to the unlawful restraint of a dog; creating a criminal offense.

**Amendment No. 1**

Representative C. Bell offered the following amendment to **SB 5**:

Amend **SB 5** (house committee printing) as follows:

(1) On page 1, between lines 19 and 20, insert the following appropriately numbered provision and renumber any subsequent provisions accordingly:

(____) "Healthy and safe" means that the dog was not suffering, or in imminent danger of suffering, serious bodily injury as a result of any restraint.

(2) On page 3, between lines 4 and 5, insert the following appropriately numbered subsection and renumber any subsequent provisions accordingly:

(____) It is a defense to prosecution under Subsection (c) that at the time the offense was committed the dog was alive, healthy, and safe.

### MIDNIGHT

The proceedings continued after 12  a.m. and the following actions occurred on Sunday, October 17:

A record vote was requested by Representative Cain.

Amendment No. 1 failed of adoption by (Record 124): 54 Yeas, 74 Nays, 1 Present, not voting.

Yeas — Anderson; Ashby; Bailes; Bell, C.; Biedermann; Bonnen; Burrows; Cain; Cason; Clardy; Cole; Craddick; Cyrier; Darby; Gates; Gervin-Hawkins; Guillen; Harris; Harrison; Hefner; Herrero; Huberty; Kacal; King, T.; Klick; Krause; Kuempel; Landgraf; Leman; Longoria; Middleton; Minjarez; Muñoz; Murphy; Murr; Paul; Raney; Raymond; Rogers; Sanford; Schaefer; Schofield; Slaton; Slawson; Smithee; Spiller; Stephenson; Swanson; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Allison; Beckley; Bell, K.; Bernal; Bowers; Buckley; Bucy; Burns; Button; Capriglione; Coleman; Collier; Cook; Cortez; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Geren; Goldman; Goodwin; Hinojosa; Holland; Hull; Israel; Jetton; Johnson, A.; Johnson, J.E.; King, K.; Larson; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Moody; Morales, C.; Morales, E.; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Perez; Price; Ramos; Rodriguez; Romero; Rose; Rosenthal; Shaheen; Sherman; Shine; Smith; Stucky; Talarico; Thierry; Thompson, E.; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Anchia; Campos; Crockett; González, J.; González, M.; Hernandez; Hunter; Johnson, J.D.; King, P.; Lopez; Meza; Morales Shaw; Morrison; Reynolds.

### STATEMENTS OF VOTE

When Record No. 124 was taken, I was shown voting no. I intended to vote yes.

K. Bell

When Record No. 124 was taken, I was shown voting yes. I intended to vote no.

Minjarez

**Amendment No. 2**

On behalf of Representative Crockett, Representative Cain offered the following amendment to **SB 5**:

Amend **SB 5** (house committee printing) on page 2, line 14, between "shelter" and the underlined semicolon, by inserting "during inclement weather".

A record vote was requested by Representative Cain.

Amendment No. 2 failed of adoption by (Record 125): 51 Yeas, 79 Nays, 2 Present, not voting.

Yeas — Allen; Ashby; Bailes; Beckley; Bell, C.; Bell, K.; Biedermann; Bowers; Burrows; Cain; Campos; Cason; Clardy; Crockett; Cyrier; Davis; Dutton; Gates; Gervin-Hawkins; Guillen; Harris; Harrison; Hefner; Huberty; King, T.; Klick; Krause; Landgraf; Leman; Martinez; Middleton; Minjarez; Moody; Morales Shaw; Murr; Reynolds; Sanford; Schaefer; Schofield; Slaton; Slawson; Spiller; Stephenson; Thompson, S.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson; Zwiener.

Nays — Allison; Anderson; Bernal; Bonnen; Buckley; Bucy; Burns; Button; Capriglione; Cole; Collier; Cook; Cortez; Craddick; Darby; Dean; Deshotel; Dominguez; Fierro; Frank; Frullo; Geren; Goldman; González, J.; Goodwin; Hernandez; Hinojosa; Holland; Hull; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; Kuempel; Larson; Longoria; Lozano; Lucio; Metcalf; Meyer; Morales, C.; Morales, E.; Muñoz; Murphy; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Rogers; Romero; Rosenthal; Shaheen; Sherman; Shine; Smith; Smithee; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Turner, C.; Turner, J.; Vo; Wu.

Present, not voting — Mr. Speaker(C); Rose.

Absent, Excused — Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Anchia; Coleman; González, M.; Herrero; Hunter; Lopez; Martinez Fischer; Meza; Morrison; Rodriguez; Walle.

## STATEMENTS OF VOTE

When Record No. 125 was taken, I was shown voting yes. I intended to vote no.

Bowers

When Record No. 125 was taken, I was in the house but away from my desk. I would have voted no.

Hunter

When Record No. 125 was taken, I was shown voting no. I intended to vote yes.

Swanson

**Amendment No. 3**

Representative Schaefer offered the following amendment to **SB 5**:

Amend **SB 5** (house committee report) on page 2, line 21, between "chain" and the underlined semicolon, by inserting ", unless the size, strength, or demeanor of the dog would present a danger to a child or other person if not restrained by a chain".

A record vote was requested by Representative Cain.

Amendment No. 3 failed of adoption by (Record 126): 63 Yeas, 69 Nays, 1 Present, not voting.

Yeas — Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burrows; Cain; Campos; Cason; Clardy; Cole; Coleman; Craddick; Crockett; Cyrier; Dutton; Frank; Gates; Gervin-Hawkins; Goldman; Guillen; Harris; Harrison; Hefner; Herrero; Holland; Huberty; King, K.; King, P.; Klick; Krause; Kuempel; Landgraf; Leman; Longoria; Middleton; Morales Shaw; Muñoz; Murphy; Murr; Oliverson; Paul; Raney; Raymond; Sanford; Schaefer; Schofield; Slaton; Slawson; Smith; Spiller; Stephenson; Swanson; Tinderholt; Toth; VanDeaver; Vasut; Walle; White; Wilson.

Nays — Allen; Allison; Beckley; Bernal; Bowers; Bucy; Burns; Button; Capriglione; Collier; Cook; Cortez; Darby; Davis; Dean; Deshotel; Dominguez; Fierro; Frullo; Goodwin; Hernandez; Hinojosa; Hull; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, T.; Larson; Lozano; Lucio; Martinez; Metcalf; Meyer; Minjarez; Moody; Morales, C.; Morales, E.; Neave; Noble; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Perez; Price; Ramos; Reynolds; Rogers; Romero; Rose; Rosenthal; Shaheen; Sherman; Shine; Smithee; Stucky; Talarico; Thierry; Thompson, E.; Thompson, S.; Turner, C.; Turner, J.; Vo; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Anchia; Geren; González, J.; González, M.; Hunter; Lopez; Martinez Fischer; Meza; Morrison; Rodriguez.

## STATEMENTS OF VOTE

When Record No. 126 was taken, I was in the house but away from my desk. I would have voted no.

M. González

When Record No. 126 was taken, I was shown voting yes. I intended to vote no.

Morales Shaw

**Amendment No. 4**

Representative C. Bell offered the following amendment to **SB 5**:

Amend **SB 5** (house committee printing) on page 3 as follows:

(1) Between lines 4 and 5, insert the following:

(d) It is an affirmative defense to prosecution under Subsection (c) that:

(1) the person violated only Subsection (b)(1) and did not violate another provision of this section;

(2) the dog was not physically harmed by the chain; and

(3) the person used the chain to ensure the safety of other persons because of the danger the dog presents to other persons.

(2) On line 5, strike "(d)" and substitute "(e)".

(3) On line 8, strike "(e)" and substitute "(f)".

A record vote was requested by Representative Cain.

Amendment No. 4 failed of adoption by (Record 127): 49 Yeas, 51 Nays, 2 Present, not voting.

Yeas — Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Burrows; Cain; Cason; Clardy; Craddick; Cyrier; Gates; Gervin-Hawkins; Guillen; Harris; Harrison; Hefner; Holland; Huberty; King, P.; Klick; Kuempel; Landgraf; Leman; Middleton; Morrison; Murphy; Murr; Paul; Raney; Raymond; Rogers; Sanford; Schaefer; Schofield; Slaton; Slawson; Spiller; Stephenson; Swanson; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson; Zwiener.

Nays — Allison; Bernal; Bowers; Buckley; Bucy; Burns; Button; Cole; Cook; Darby; Dean; Deshotel; Dutton; Frank; Frullo; Geren; Goldman; Goodwin; Hull; Johnson, A.; Kacal; King, K.; King, T.; Lozano; Metcalf; Moody; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Perez; Price; Romero; Rose; Rosenthal; Shaheen; Shine; Smith; Smithee; Stucky; Talarico; Thierry; Thompson, E.; Thompson, S.; Turner, C.; Turner, J.; Walle.

Present, not voting — Mr. Speaker(C); Morales Shaw.

Absent, Excused — Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Allen; Anchia; Beckley; Campos; Capriglione; Coleman; Collier; Cortez; Crockett; Davis; Dominguez; Fierro; González, J.; González, M.; Hernandez; Herrero; Hinojosa; Hunter; Israel; Jetton; Johnson, J.D.; Johnson,

J.E.; Krause; Larson; Longoria; Lopez; Lucio; Martinez; Martinez Fischer; Meyer; Meza; Minjarez; Morales, C.; Morales, E.; Muñoz; Ramos; Reynolds; Rodriguez; Sherman; Vo; Wu.

## STATEMENT OF VOTE

When Record No. 127 was taken, I was in the house but away from my desk. I would have voted no.

Minjarez

### Amendment No. 5

Representative C. Bell offered the following amendment to **SB 5**:

Amend **SB 5** (house committee printing) as follows:

(1) On page 3, line 7, insert "for the restraint of a dog on an earlier date" between "section" and "."

A record vote was requested by Representative Cain.

Amendment No. 5 failed of adoption by (Record 128): 58 Yeas, 58 Nays, 3 Present, not voting.

Yeas — Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burrows; Cain; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Gates; Goldman; Guillen; Harris; Harrison; Hefner; Huberty; King, K.; King, P.; King, T.; Klick; Kuempel; Landgraf; Leman; Middleton; Morrison; Muñoz; Murphy; Murr; Paul; Raney; Raymond; Rogers; Romero; Sanford; Schaefer; Schofield; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; Walle; White; Wilson; Zwiener.

Nays — Allison; Anderson; Bernal; Bowers; Bucy; Burns; Button; Capriglione; Cole; Dean; Deshotel; Frank; Frullo; Geren; Gervin-Hawkins; Goodwin; Hernandez; Hinojosa; Holland; Hull; Israel; Jetton; Johnson, A.; Johnson, J.E.; Kacal; Larson; Longoria; Lozano; Lucio; Metcalf; Meyer; Minjarez; Moody; Morales, C.; Morales, E.; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Perez; Price; Ramos; Rose; Rosenthal; Shaheen; Shine; Stucky; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Wu.

Present, not voting — Mr. Speaker(C); Dutton; Morales Shaw.

Absent, Excused — Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Allen; Anchia; Beckley; Campos; Coleman; Collier; Cortez; Crockett; Davis; Dominguez; Fierro; González, J.; González, M.; Herrero; Hunter; Johnson, J.D.; Krause; Lopez; Martinez; Martinez Fischer; Meza; Reynolds; Rodriguez; Sherman.

**Amendment No. 6**

Representative Schaefer offered the following amendment to **SB 5**:

Amend **SB 5** (house committee report) on page 2, line 21, between "chain" and the underlined semicolon, by inserting ", unless the size, strength, or demeanor of the dog would present a danger to a child or other person if not restrained by a chain of a weight and gauge that does not harm the dog".

A record vote was requested by Representative Cain.

Amendment No. 6 was adopted by (Record 129): 58 Yeas, 44 Nays, 3 Present, not voting.

Yeas — Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burrows; Cain; Cason; Clardy; Cole; Craddick; Cyrier; Darby; Dean; Frank; Gates; Gervin-Hawkins; Goldman; Guillen; Harris; Harrison; Hefner; Holland; Huberty; King, P.; King, T.; Klick; Kuempel; Landgraf; Leman; Middleton; Morrison; Murphy; Murr; Oliverson; Paul; Raney; Raymond; Rogers; Sanford; Schaefer; Schofield; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Swanson; Tinderholt; Toth; VanDeaver; Vasut; Wilson; Zwiener.

Nays — Allison; Anderson; Bernal; Bowers; Bucy; Burns; Button; Cook; Deshotel; Frullo; Geren; Goodwin; Herrero; Hull; Jetton; Johnson, A.; Kacal; King, K.; Larson; Lozano; Metcalf; Moody; Morales Shaw; Neave; Noble; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Perez; Price; Romero; Rose; Rosenthal; Shaheen; Stucky; Talarico; Thompson, E.; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle.

Present, not voting — Mr. Speaker(C); Dutton; Longoria.

Absent, Excused — Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Allen; Anchia; Beckley; Campos; Capriglione; Coleman; Collier; Cortez; Crockett; Davis; Dominguez; Fierro; González, J.; González, M.; Hernandez; Hinojosa; Hunter; Israel; Johnson, J.D.; Johnson, J.E.; Krause; Lopez; Lucio; Martinez; Martinez Fischer; Meyer; Meza; Minjarez; Morales, C.; Morales, E.; Muñoz; Ramos; Reynolds; Rodriguez; Sherman; Thierry; White; Wu.

## STATEMENTS OF VOTE

When Record No. 129 was taken, my vote failed to register. I would have voted no.

Hinojosa

When Record No. 129 was taken, I was in the house but away from my desk. I would have voted no.

Minjarez

When Record No. 129 was taken, I was in the house but away from my desk. I would have voted no.

Rodriguez

When Record No. 129 was taken, I was in the house but away from my desk. I would have voted yes.

White

**Amendment No. 7**

Representative Cason offered the following amendment to **SB 5**:

Amend **SB 5** (house committee report) on page 3, between lines 10 and 11, by inserting the following:

(f) A governmental entity that collects a fine under this section for an offense punishable as a Class C misdemeanor shall send the money collected from the fine to the comptroller in the manner provided by Subchapter B, Chapter 133, Local Government Code. Money sent to the comptroller under this subsection may be used only for purposes relating to promoting alternatives to abortion.

**Amendment No. 7 - Point of Order**

Representative Moody raised a point of order against further consideration of Amendment No. 7 under Rule 11, Section 2, of the House Rules on the grounds that the amendment is not germane. The point of order was withdrawn.

Amendment No. 7 was withdrawn.

**Amendment No. 8**

Representative Slaton offered the following amendment to **SB 5**:

Amend **SB 5** (house committee printing) on page 4, lines 23 and 24, by striking "or more stringent than".

A record vote was requested by Representative Cain.

Amendment No. 8 failed of adoption by (Record 130): 39 Yeas, 93 Nays, 2 Present, not voting.

Yeas — Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Burns; Burrows; Cain; Clardy; Darby; Gates; Geren; Guillen; Harris; Harrison; Hefner; King, T.; Klick; Kuempel; Leman; Middleton; Muñoz; Paul; Raymond; Schaefer; Schofield; Slaton; Slawson; Smithee; Spiller; Stephenson; Swanson; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Allison; Beckley; Bernal; Bonnen; Bowers; Buckley; Bucy; Button; Campos; Capriglione; Cole; Coleman; Collier; Cook; Craddick; Crockett; Cyrier; Davis; Dean; Deshotel; Frank; Frullo; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Holland; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; Krause; Landgraf; Larson; Longoria; Lozano; Lucio; Martinez Fischer; Metcalf; Meyer; Minjarez; Moody; Morales, C.; Morales Shaw; Morrison; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Perez; Price; Ramos; Raney; Reynolds; Rodriguez;

Rogers; Romero; Rose; Rosenthal; Sanford; Shaheen; Sherman; Shine; Smith; Stucky; Talarico; Thierry; Thompson, E.; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker(C); Dutton.

Absent, Excused — Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Anchia; Cason; Cortez; Dominguez; Fierro; Lopez; Martinez; Meza; Morales, E.

### SB 5 - POINT OF ORDER

Representative Tinderholt raised a point of order against further consideration of **SB 5** under Rule 4, Section 32(c), of the House Rules on the grounds that the bill analysis is materially misleading. The point of order was withdrawn.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of illness:

Anchia on motion of Talarico.

### SB 5 - (consideration continued)

A record vote was requested.

**SB 5**, as amended, was passed to third reading by (Record 131): 80 Yeas, 24 Nays, 2 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, K.; Bernal; Bonnen; Bowers; Buckley; Bucy; Burns; Button; Clardy; Cole; Cook; Cortez; Craddick; Darby; Dean; Deshotel; Dominguez; Frank; Frullo; Geren; Gervin-Hawkins; Goldman; Guillen; Hinojosa; Holland; Huberty; Hull; Hunter; Jetton; Johnson, A.; Johnson, J.D.; Kacal; King, P.; King, T.; Landgraf; Longoria; Lozano; Martinez Fischer; Metcalf; Meyer; Middleton; Morales Shaw; Morrison; Murphy; Neave; Noble; Oliverson; Ordaz Perez; Paddie; Parker; Patterson; Paul; Perez; Price; Raney; Raymond; Rodriguez; Rogers; Romero; Rose; Shaheen; Shine; Smithee; Stephenson; Stucky; Talarico; Thierry; Thompson, E.; Thompson, S.; Turner, C.; Turner, J.; Vasut; Vo; Walle; Wilson; Zwiener.

Nays — Bell, C.; Biedermann; Burrows; Cain; Cason; Cyrier; Gates; Harris; Harrison; Hefner; King, K.; Klick; Kuempel; Leman; Murr; Schaefer; Slaton; Slawson; Smith; Spiller; Tinderholt; Toth; VanDeaver; White.

Present, not voting — Mr. Speaker(C); Dutton.

Absent, Excused — Anchia; Canales; Guerra; Harless; Howard; Lambert; Leach.

Absent — Allen; Beckley; Campos; Capriglione; Coleman; Collier; Crockett; Davis; Fierro; González, J.; González, M.; Goodwin; Hernandez; Herrero; Israel; Johnson, J.E.; Krause; Larson; Lopez; Lucio; Martinez; Meza; Minjarez; Moody; Morales, C.; Morales, E.; Muñoz; Ortega; Ramos; Reynolds; Rosenthal; Sanford; Schofield; Sherman; Swanson; Wu.

## STATEMENTS OF VOTE

When Record No. 131 was taken, I was excused because of important business. I would have voted yes.

Harless

When Record No. 131 was taken, I was in the house but away from my desk. I would have voted yes.

Minjarez

## RESOLUTIONS CALENDAR

The chair laid before the house the following resolutions on committee report:

### HCR 8
### (by Hull)

**HCR 8**, Designating the third Monday in October as Domestic Violence Survivors' Day for a 10-year period beginning in 2021.

## LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business:

Goodwin on motion of Zwiener.

### HCR 8 - (consideration continued)

**HCR 8** was adopted by (Record 132): 134 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Guillen; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Longoria; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky;

Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anchia; Canales; Goodwin; Guerra; Harless; Howard; Lambert; Leach.

Absent — Allen; Beckley; Campos; Lopez; Meza; Morales Shaw.

## STATEMENT OF VOTE

When Record No. 132 was taken, I was absent/excused because of important business. I would have voted yes.

Harless

### SCR 3

### (Canales, Ashby, E. Thompson, Rogers, and Harris - House Sponsors)

**SCR 3**, Urging Congress to pass legislation that would grant licensing authority for public school bus drivers to the states.

**SCR 3** was adopted by (Record 133): 128 Yeas, 2 Nays, 2 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Cyrier; Darby; Dean; Deshotel; Dominguez; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Guillen; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Huberty; Hull; Hunter; Israel; Jetton; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Larson; Leman; Longoria; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Nays — Fierro; Johnson, A.

Present, not voting — Mr. Speaker(C); Dutton.

Absent, Excused — Anchia; Canales; Goodwin; Guerra; Harless; Howard; Lambert; Leach.

Absent — Allen; Beckley; Campos; Crockett; Davis; Lopez; Meza; Morales Shaw; Reynolds.

### STATEMENTS OF VOTE

When Record No. 133 was taken, I was shown voting no. I intended to vote yes.

Fierro

When Record No. 133 was taken, I was excused because of important business. I would have voted yes.

Harless

### ADJOURNMENT

Representative Murr moved that the house adjourn until 1:28 a.m. today.

The motion prevailed.

The house accordingly, at 1:26 a.m. Sunday, October 17, adjourned until 1:28 a.m. today.

---

### ADDENDUM

### SIGNED BY THE SPEAKER

The following bills and resolutions were today signed in the presence of the house by the speaker:

**House List No. 2**

**HB 1**, **HCR 14**

---

### APPENDIX

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**October 15**

Higher Education - **HB 133**

### ENGROSSED

**October 15** - **HB 25**