UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>　　*Defendants*. | § § § § § § § § § § § § | Case No. 3:21-cv-00259<br>[Lead Case] |
| UNITED STATES OF AMERICA,<br><br>　　*Plaintiff*,<br><br>v.<br><br>STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State,<br><br>　　*Defendants*. | § § § § § § § § § § § | Case No. 3:21-cv-299<br>[Consolidated Case] |

**EXHIBIT D**

**PLAN C2127 MAP ANALYSIS**

Red-100T
Data: 2020 Census
PLANC2127  10/06/2021 5:45:02 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-4   Filed 12/27/21   Page 2 of 10

District Population Analysis with County Subtotals

Texas Legislative Council
10/06/21 5:48 PM
Page 1 of 2

# CONGRESSIONAL DISTRICTS - PLANC2127

| | |
|---|---:|
| Total State Population | 29,145,505 |
| Total Districts Required | 38 |
| Ideal District Population | 766,987 |
| Unassigned Population | 27,611,531 |
| Districts in Plan | 2 |
| Unassigned Geography | Yes |
| Districts Contiguous | Yes |

| | Population | Deviation Total | Deviation Percent |
|---|---:|---:|---:|
| Plan Overall Range | | 0 | 0.00% |
| Smallest District (20) | 766,987 | 0 | 0.00% |
| Largest District (20) | 766,987 | 0 | 0.00% |
| Average (mean) | 766,987 | 0 | 0.00% |

## PLANC2127

Red-100T
Data: 2020 Census
PLANC2127  10/06/2021 5:45:02 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-4   Filed 12/27/21   Page 3 of 10

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2127**

Texas Legislative Council
10/06/21 5:48 PM
Page 2 of 2

|  | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 20** | 0 | Total: | 766,987 | 138,557 | 628,430 | 36,765 | 59,967 | 536,522 | 586,145 | 18.1 | 81.9 | 4.8 | 7.8 | 70.0 | 76.4 |
|  | 0.00 % | VAP: | 577,171 | 117,044 | 460,127 | 26,959 | 42,391 | 390,150 | 427,585 | 20.3 | 79.7 | 4.7 | 7.3 | 67.6 | 74.1 |
| Bexar (38%) | | | 766,987 | 138,557 | 628,430 | 36,765 | 59,967 | 536,522 | 586,145 | 18.1 | 81.9 | 4.8 | 7.8 | 70.0 | 76.4 |
| **DISTRICT 23** | 0 | Total: | 766,987 | 215,827 | 551,160 | 27,677 | 36,290 | 484,557 | 514,200 | 28.1 | 71.9 | 3.6 | 4.7 | 63.2 | 67.0 |
|  | 0.00 % | VAP: | 565,458 | 174,333 | 391,125 | 19,132 | 24,912 | 342,269 | 364,033 | 30.8 | 69.2 | 3.4 | 4.4 | 60.5 | 64.4 |
| Bexar (17%) | | | 346,094 | 131,343 | 214,751 | 22,488 | 25,686 | 166,677 | 188,322 | 38.0 | 62.0 | 6.5 | 7.4 | 48.2 | 54.4 |
| Brewster (100%) | | | 9,546 | 4,948 | 4,598 | 164 | 287 | 3,963 | 4,176 | 51.8 | 48.2 | 1.7 | 3.0 | 41.5 | 43.7 |
| Crane (100%) | | | 4,675 | 1,342 | 3,333 | 39 | 102 | 3,158 | 3,237 | 28.7 | 71.3 | 0.8 | 2.2 | 67.6 | 69.2 |
| Crockett (100%) | | | 3,098 | 1,080 | 2,018 | 23 | 36 | 1,920 | 1,945 | 34.9 | 65.1 | 0.7 | 1.2 | 62.0 | 62.8 |
| Culberson (100%) | | | 2,188 | 445 | 1,743 | 50 | 48 | 1,645 | 1,673 | 20.3 | 79.7 | 2.3 | 2.2 | 75.2 | 76.5 |
| Dimmit (100%) | | | 8,615 | 898 | 7,717 | 94 | 129 | 7,487 | 7,570 | 10.4 | 89.6 | 1.1 | 1.5 | 86.9 | 87.9 |
| Edwards (100%) | | | 1,422 | 651 | 771 | 26 | 17 | 718 | 725 | 45.8 | 54.2 | 1.8 | 1.2 | 50.5 | 51.0 |
| El Paso (11%) | | | 98,671 | 9,481 | 89,190 | 1,934 | 3,220 | 83,710 | 86,043 | 9.6 | 90.4 | 2.0 | 3.3 | 84.8 | 87.2 |
| Frio (100%) | | | 18,385 | 3,053 | 15,332 | 218 | 767 | 14,171 | 14,897 | 16.6 | 83.4 | 1.2 | 4.2 | 77.1 | 81.0 |
| Hudspeth (100%) | | | 3,202 | 1,094 | 2,108 | 22 | 29 | 2,036 | 2,049 | 34.2 | 65.8 | 0.7 | 0.9 | 63.6 | 64.0 |
| Jeff Davis (100%) | | | 1,996 | 1,282 | 714 | 39 | 28 | 613 | 627 | 64.2 | 35.8 | 2.0 | 1.4 | 30.7 | 31.4 |
| Kinney (100%) | | | 3,129 | 1,489 | 1,640 | 46 | 66 | 1,470 | 1,517 | 47.6 | 52.4 | 1.5 | 2.1 | 47.0 | 48.5 |
| La Salle (100%) | | | 6,664 | 1,467 | 5,197 | 28 | 259 | 4,908 | 5,132 | 22.0 | 78.0 | 0.4 | 3.9 | 73.6 | 77.0 |
| Loving (100%) | | | 64 | 56 | 8 | 3 | 3 | 1 | 3 | 87.5 | 12.5 | 4.7 | 4.7 | 1.6 | 4.7 |
| Maverick (100%) | | | 57,887 | 1,574 | 56,313 | 295 | 307 | 54,936 | 55,107 | 2.7 | 97.3 | 0.5 | 0.5 | 94.9 | 95.2 |
| Medina (100%) | | | 50,748 | 22,324 | 28,424 | 528 | 1,762 | 25,455 | 26,930 | 44.0 | 56.0 | 1.0 | 3.5 | 50.2 | 53.1 |
| Pecos (100%) | | | 15,193 | 3,473 | 11,720 | 183 | 630 | 10,845 | 11,376 | 22.9 | 77.1 | 1.2 | 4.1 | 71.4 | 74.9 |
| Presidio (100%) | | | 6,131 | 961 | 5,170 | 102 | 47 | 4,991 | 5,032 | 15.7 | 84.3 | 1.7 | 0.8 | 81.4 | 82.1 |
| Reagan (100%) | | | 3,385 | 968 | 2,417 | 44 | 78 | 2,283 | 2,339 | 28.6 | 71.4 | 1.3 | 2.3 | 67.4 | 69.1 |
| Reeves (100%) | | | 14,748 | 1,697 | 13,051 | 205 | 332 | 12,510 | 12,748 | 11.5 | 88.5 | 1.4 | 2.3 | 84.8 | 86.4 |
| Schleicher (100%) | | | 2,451 | 1,102 | 1,349 | 28 | 44 | 1,275 | 1,296 | 45.0 | 55.0 | 1.1 | 1.8 | 52.0 | 52.9 |
| Sutton (100%) | | | 3,372 | 1,200 | 2,172 | 24 | 32 | 2,093 | 2,111 | 35.6 | 64.4 | 0.7 | 0.9 | 62.1 | 62.6 |
| Terrell (100%) | | | 760 | 352 | 408 | 13 | 22 | 370 | 384 | 46.3 | 53.7 | 1.7 | 2.9 | 48.7 | 50.5 |
| Upton (100%) | | | 3,308 | 1,318 | 1,990 | 32 | 120 | 1,797 | 1,886 | 39.8 | 60.2 | 1.0 | 3.6 | 54.3 | 57.0 |
| Uvalde (100%) | | | 24,564 | 6,613 | 17,951 | 206 | 268 | 17,317 | 17,462 | 26.9 | 73.1 | 0.8 | 1.1 | 70.5 | 71.1 |
| Val Verde (100%) | | | 47,586 | 7,836 | 39,750 | 574 | 962 | 38,207 | 38,861 | 16.5 | 83.5 | 1.2 | 2.0 | 80.3 | 81.7 |
| Ward (100%) | | | 11,644 | 4,506 | 7,138 | 113 | 666 | 6,325 | 6,847 | 38.7 | 61.3 | 1.0 | 5.7 | 54.3 | 58.8 |
| Winkler (100%) | | | 7,791 | 2,702 | 5,089 | 114 | 210 | 4,732 | 4,883 | 34.7 | 65.3 | 1.5 | 2.7 | 60.7 | 62.7 |
| Zavala (100%) | | | 9,670 | 572 | 9,098 | 42 | 133 | 8,944 | 9,022 | 5.9 | 94.1 | 0.4 | 1.4 | 92.5 | 93.3 |

Red-202T
Data: 2020 Census
PLANC2127 10/06/2021 5:45:02 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-4   Filed 12/27/21   Page 4 of 10

Texas Legislative Council
10/06/21 5:48 PM
Page 1 of 1

# Population and Voter Data
## with Voter Registration Comparison

### CONGRESSIONAL DISTRICTS - PLANC2127

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total Voter Registration Total | SSVR | TO/VR | Non-Suspense Voter Registration Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 0 | Total: | 766,987 | 18.1 | 81.9 | 4.8 | 7.8 | 70.0 | 76.4 | 2020 | 260,600 | 430,065 | 58.0 % | 60.6 % | 375,377 | 59.4 % | 69.4 % |
|    | 0.00% | VAP: | 577,171 | 20.3 | 79.7 | 4.7 | 7.3 | 67.6 | 74.1 | 2018 | 184,056 | 406,755 | 58.1 % | 45.2 % | 351,976 | 59.8 % | 52.3 % |
| 23 | 0 | Total: | 766,987 | 28.1 | 71.9 | 3.6 | 4.7 | 63.2 | 67.0 | 2020 | 295,840 | 465,694 | 49.4 % | 63.5 % | 420,879 | 49.9 % | 70.3 % |
|    | 0.00% | VAP: | 565,458 | 30.8 | 69.2 | 3.4 | 4.4 | 60.5 | 64.4 | 2018 | 210,736 | 429,299 | 49.9 % | 49.1 % | 386,049 | 50.8 % | 54.6 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

60939

Red-345
Data: 2020 Census
PLANC2127  10/06/2021 5:45:02 PM
PLANC2116  10/04/2021 12:20:01 PM

Texas Legislative Council
10/06/21 5:48 PM
Page 1 of 1

Plan Fit Verification

**CONGRESSIONAL DISTRICTS**
**PLANC2127 Compared with PLANC2116**

**The amendment fits into the base plan.**

60939

Red-350
Data: 2020 Census
PLANC2127  10/06/2021 5:45:02 PM
Case 3:21-cv-00259-DCG-JES-JVB   Document 111-4   Filed 12/27/21   Page 6 of 10
Incumbents by District
Texas Legislative Council
10/06/21 5:48 PM
Page 1 of 1

# CONGRESSIONAL DISTRICTS - PLANC2127

| District | Incumbents |
|---|---|
| 20 | Castro - D |
| 23 | Gonzales - R |

\* Incumbents paired.

60939

Red-116  
Data: 2015-2019 ACS; 2020 Census  
PLANC2127   10/06/2021 5:45:02 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-4   Filed 12/27/21   Page 7 of 10

American Community Survey Special Tabulation  
Using Census and American Community Survey Data

Texas Legislative Council  
10/06/21 5:48 PM  
Page 1 of 1

**CONGRESSIONAL DISTRICTS - PLANC2127**

| | 2020 Census | | | Hispanic CVAP | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey with Margins of Error | | | | | | | | | |
| | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 766,987 | 577,171 | 516,760 (±7,126) | 67.8 (±0.8) | 5.8 (±0.3) | 0.4 (±0.1) | 0.0 (±0.1) | 22.9 (±0.6) | 0.2 (±0.1) | 2.0 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 23 | 766,987 | 565,458 | 455,880 (±6,361) | 58.0 (±0.9) | 3.8 (±0.3) | 0.2 (±0.1) | 0.1 (±0.1) | 35.0 (±0.5) | 0.4 (±0.1) | 1.5 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.  
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.  
Numbers in parentheses are margins of error at 90% confidence level.



U.S. Congressional Districts
Proposed Plan
PLANC2127
COUNTIES
PLANC2127
23
20
BURNET
WILLIAMSON
BLANCO
TRAVIS
HAYS
BASTROP
CALDWELL
HUDSPETH
EL PASO
23
KENDALL
BANDERA
COMAL
GUADALUPE
20
BEXAR
MEDINA
23
WILSON
ATASCOSA
MONTAGUE
COOKE
GRAYSON
FANNIN
HUNT
WISE
DENTON
COLLIN
ROCKWALL
PARKER
TARRANT
DALLAS
KAUFMAN
HOOD
JOHNSON
ELLIS
MONTGOMERY
LIBERTY
WALLER
HARRIS
CHAMBERS
FORT BEND
BRAZORIA
GALVESTON
JIM HOGG
BROOKS
KENEDY
STARR
WILLACY
HIDALGO
CAMERON
Map ID 5900
10/06/21 17:49:48
TLC
49136
2020 Census
PLANC2127 2021-10-06 17:45:02

# BEXAR COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2127**

COUNTIES

**PLANC2127**

Map ID 5900
10/06/21 17:49:48

49136
2020 Census
PLANC2127 2021-10-06 17:45:02

# EL PASO COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2127**

COUNTIES

**PLANC2127**

Map ID 5900
10/06/21 17:49:48

49136
2020 Census
PLANC2127 2021-10-06 17:45:02

TLC



