UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, <br><br> *Defendants*. | § § § § § § § § § § § § | Case No. 3:21-cv-299 <br> [Consolidated Case] |

**EXHIBIT E**

**PLAN C2124 MAP ANALYSIS**

Red-100T
Data: 2020 Census
PLANC2124  10/06/2021 1:02:40 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-5   Filed 12/27/21   Page 2 of 20
District Population Analysis with County Subtotals

Texas Legislative Council
10/06/21 1:07 PM
Page 1 of 4

## CONGRESSIONAL DISTRICTS - PLANC2124

| | |
|---|---:|
| Total State Population | 29,145,505 |
| Total Districts Required | 38 |
| Ideal District Population | 766,987 |
| Unassigned Population | 24,543,584 |
| Districts in Plan | 6 |
| Unassigned Geography | Yes |
| Districts Contiguous | Yes |

| | Population | --------Deviation-------- | |
|---|---:|---:|---:|
| | | Total | Percent |
| Plan Overall Range | | 2 | 0.00% |
| Smallest District (10) | 766,986 | -1 | 0.00% |
| Largest District (35) | 766,988 | 1 | 0.00% |
| Average (mean) | 766,987 | 1 | 0.00% |

## PLANC2124

Red-100T
Data: 2020 Census
PLANC2124  10/06/2021 1:02:40 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-5   Filed 12/27/21   Page 3 of 20

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2124**

Texas Legislative Council
10/06/21 1:07 PM
Page 2 of 4

|  | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 10** | -1 | Total: | 766,986 | 386,030 | 380,956 | 46,815 | 107,560 | 216,865 | 317,974 | 50.3 | 49.7 | 6.1 | 14.0 | 28.3 | 41.5 |
|  | 0.00 % | VAP: | 594,988 | 320,236 | 274,752 | 35,234 | 80,941 | 148,897 | 226,548 | 53.8 | 46.2 | 5.9 | 13.6 | 25.0 | 38.1 |
| Austin (100%) | | | 30,167 | 18,480 | 11,687 | 304 | 2,791 | 8,052 | 10,630 | 61.3 | 38.7 | 1.0 | 9.3 | 26.7 | 35.2 |
| Bastrop (54%) | | | 52,902 | 25,824 | 27,078 | 590 | 4,544 | 20,904 | 25,095 | 48.8 | 51.2 | 1.1 | 8.6 | 39.5 | 47.4 |
| Brazos (70%) | | | 164,779 | 100,695 | 64,084 | 14,876 | 15,002 | 31,829 | 45,304 | 61.1 | 38.9 | 9.0 | 9.1 | 19.3 | 27.5 |
| Burleson (100%) | | | 17,642 | 11,258 | 6,384 | 118 | 2,145 | 3,712 | 5,737 | 63.8 | 36.2 | 0.7 | 12.2 | 21.0 | 32.5 |
| Colorado (100%) | | | 20,557 | 11,761 | 8,796 | 132 | 2,535 | 5,990 | 8,336 | 57.2 | 42.8 | 0.6 | 12.3 | 29.1 | 40.6 |
| Fayette (100%) | | | 24,435 | 17,041 | 7,394 | 129 | 1,722 | 5,216 | 6,785 | 69.7 | 30.3 | 0.5 | 7.0 | 21.3 | 27.8 |
| Grimes (100%) | | | 29,268 | 16,910 | 12,358 | 195 | 4,217 | 7,361 | 11,400 | 57.8 | 42.2 | 0.7 | 14.4 | 25.2 | 39.0 |
| Lee (100%) | | | 17,478 | 10,612 | 6,866 | 123 | 1,945 | 4,479 | 6,287 | 60.7 | 39.3 | 0.7 | 11.1 | 25.6 | 36.0 |
| Madison (100%) | | | 13,455 | 6,984 | 6,471 | 131 | 2,724 | 3,415 | 6,099 | 51.9 | 48.1 | 1.0 | 20.2 | 25.4 | 45.3 |
| Travis (15%) | | | 194,786 | 66,035 | 128,751 | 17,269 | 32,613 | 78,274 | 108,515 | 33.9 | 66.1 | 8.9 | 16.7 | 40.2 | 55.7 |
| Walker (78%) | | | 59,719 | 27,978 | 31,741 | 1,128 | 15,324 | 14,406 | 29,418 | 46.8 | 53.2 | 1.9 | 25.7 | 24.1 | 49.3 |
| Waller (100%) | | | 56,794 | 23,494 | 33,300 | 1,063 | 12,827 | 18,486 | 30,985 | 41.4 | 58.6 | 1.9 | 22.6 | 32.5 | 54.6 |
| Washington (100%) | | | 35,805 | 22,023 | 13,782 | 694 | 6,044 | 6,425 | 12,288 | 61.5 | 38.5 | 1.9 | 16.9 | 17.9 | 34.3 |
| Williamson (8%) | | | 49,199 | 26,935 | 22,264 | 10,063 | 3,127 | 8,316 | 11,095 | 54.7 | 45.3 | 20.5 | 6.4 | 16.9 | 22.6 |
| **DISTRICT 16** | 0 | Total: | 766,987 | 95,648 | 671,339 | 18,016 | 37,340 | 620,384 | 648,484 | 12.5 | 87.5 | 2.3 | 4.9 | 80.9 | 84.5 |
|  | 0.00 % | VAP: | 574,697 | 79,397 | 495,300 | 13,142 | 25,403 | 456,604 | 477,590 | 13.8 | 86.2 | 2.3 | 4.4 | 79.5 | 83.1 |
| El Paso (89%) | | | 766,987 | 95,648 | 671,339 | 18,016 | 37,340 | 620,384 | 648,484 | 12.5 | 87.5 | 2.3 | 4.9 | 80.9 | 84.5 |
| **DISTRICT 21** | 0 | Total: | 766,987 | 477,177 | 289,810 | 35,288 | 30,785 | 209,492 | 235,493 | 62.2 | 37.8 | 4.6 | 4.0 | 27.3 | 30.7 |
|  | 0.00 % | VAP: | 600,344 | 392,478 | 207,866 | 24,523 | 21,369 | 148,551 | 167,624 | 65.4 | 34.6 | 4.1 | 3.6 | 24.7 | 27.9 |
| Bandera (100%) | | | 20,851 | 15,595 | 5,256 | 219 | 270 | 4,010 | 4,247 | 74.8 | 25.2 | 1.1 | 1.3 | 19.2 | 20.4 |
| Bexar (12%) | | | 233,608 | 103,141 | 130,467 | 14,658 | 17,793 | 97,350 | 112,387 | 44.2 | 55.8 | 6.3 | 7.6 | 41.7 | 48.1 |
| Blanco (100%) | | | 11,374 | 8,707 | 2,667 | 100 | 123 | 2,092 | 2,196 | 76.6 | 23.4 | 0.9 | 1.1 | 18.4 | 19.3 |
| Comal (84%) | | | 136,163 | 91,746 | 44,417 | 2,766 | 4,037 | 34,282 | 37,679 | 67.4 | 32.6 | 2.0 | 3.0 | 25.2 | 27.7 |
| Gillespie (100%) | | | 26,725 | 19,884 | 6,841 | 213 | 245 | 5,766 | 5,941 | 74.4 | 25.6 | 0.8 | 0.9 | 21.6 | 22.2 |
| Hays (43%) | | | 104,202 | 73,276 | 30,926 | 3,430 | 2,841 | 21,991 | 24,352 | 70.3 | 29.7 | 3.3 | 2.7 | 21.1 | 23.4 |
| Kendall (100%) | | | 44,279 | 31,767 | 12,512 | 743 | 603 | 10,029 | 10,509 | 71.7 | 28.3 | 1.7 | 1.4 | 22.6 | 23.7 |
| Kerr (100%) | | | 52,598 | 35,791 | 16,807 | 851 | 1,127 | 13,598 | 14,502 | 68.0 | 32.0 | 1.6 | 2.1 | 25.9 | 27.6 |
| Real (100%) | | | 2,758 | 1,940 | 818 | 28 | 50 | 692 | 731 | 70.3 | 29.7 | 1.0 | 1.8 | 25.1 | 26.5 |
| Travis (10%) | | | 134,429 | 95,330 | 39,099 | 12,280 | 3,696 | 19,682 | 22,949 | 70.9 | 29.1 | 9.1 | 2.7 | 14.6 | 17.1 |
| **DISTRICT 23** | -1 | Total: | 766,986 | 211,437 | 555,549 | 26,014 | 34,479 | 492,800 | 521,063 | 27.6 | 72.4 | 3.4 | 4.5 | 64.3 | 67.9 |
|  | 0.00 % | VAP: | 566,482 | 171,754 | 394,728 | 17,872 | 24,218 | 348,251 | 369,581 | 30.3 | 69.7 | 3.2 | 4.3 | 61.5 | 65.2 |
| Bexar (18%) | | | 352,758 | 135,330 | 217,428 | 22,411 | 26,494 | 168,571 | 190,959 | 38.4 | 61.6 | 6.4 | 7.5 | 47.8 | 54.1 |
| Brewster (100%) | | | 9,546 | 4,948 | 4,598 | 164 | 287 | 3,963 | 4,176 | 51.8 | 48.2 | 1.7 | 3.0 | 41.5 | 43.7 |
| Crane (100%) | | | 4,675 | 1,342 | 3,333 | 39 | 102 | 3,158 | 3,237 | 28.7 | 71.3 | 0.8 | 2.2 | 67.6 | 69.2 |
| Crockett (100%) | | | 3,098 | 1,080 | 2,018 | 23 | 36 | 1,920 | 1,945 | 34.9 | 65.1 | 0.7 | 1.2 | 62.0 | 62.8 |

Red-100T
Data: 2020 Census
PLANC2124  10/06/2021 1:02:40 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-5   Filed 12/27/21   Page 4 of 20

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2124**

Texas Legislative Council
10/06/21 1:07 PM
Page 3 of 4

|  | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 23** | -1 | Total: | 766,986 | 211,437 | 555,549 | 26,014 | 34,479 | 492,800 | 521,063 | 27.6 | 72.4 | 3.4 | 4.5 | 64.3 | 67.9 |
|  | 0.00 % | VAP: | 566,482 | 171,754 | 394,728 | 17,872 | 24,218 | 348,251 | 369,581 | 30.3 | 69.7 | 3.2 | 4.3 | 61.5 | 65.2 |
| Culberson (100%) | | | 2,188 | 445 | 1,743 | 50 | 48 | 1,645 | 1,673 | 20.3 | 79.7 | 2.3 | 2.2 | 75.2 | 76.5 |
| Dimmit (100%) | | | 8,615 | 898 | 7,717 | 94 | 129 | 7,487 | 7,570 | 10.4 | 89.6 | 1.1 | 1.5 | 86.9 | 87.9 |
| Edwards (100%) | | | 1,422 | 651 | 771 | 26 | 17 | 718 | 725 | 45.8 | 54.2 | 1.8 | 1.2 | 50.5 | 51.0 |
| El Paso (11%) | | | 98,670 | 2,571 | 96,099 | 376 | 860 | 94,967 | 95,401 | 2.6 | 97.4 | 0.4 | 0.9 | 96.2 | 96.7 |
| Frio (100%) | | | 18,385 | 3,053 | 15,332 | 218 | 767 | 14,171 | 14,897 | 16.6 | 83.4 | 1.2 | 4.2 | 77.1 | 81.0 |
| Hudspeth (100%) | | | 3,202 | 1,094 | 2,108 | 22 | 29 | 2,036 | 2,049 | 34.2 | 65.8 | 0.7 | 0.9 | 63.6 | 64.0 |
| Jeff Davis (100%) | | | 1,996 | 1,282 | 714 | 39 | 28 | 613 | 627 | 64.2 | 35.8 | 2.0 | 1.4 | 30.7 | 31.4 |
| Kinney (100%) | | | 3,129 | 1,489 | 1,640 | 46 | 66 | 1,470 | 1,517 | 47.6 | 52.4 | 1.5 | 2.1 | 47.0 | 48.5 |
| Loving (100%) | | | 64 | 56 | 8 | 3 | 3 | 1 | 3 | 87.5 | 12.5 | 4.7 | 4.7 | 1.6 | 4.7 |
| Maverick (100%) | | | 57,887 | 1,574 | 56,313 | 295 | 307 | 54,936 | 55,107 | 2.7 | 97.3 | 0.5 | 0.5 | 94.9 | 95.2 |
| Medina (100%) | | | 50,748 | 22,324 | 28,424 | 528 | 1,762 | 25,455 | 26,930 | 44.0 | 56.0 | 1.0 | 3.5 | 50.2 | 53.1 |
| Pecos (100%) | | | 15,193 | 3,473 | 11,720 | 183 | 630 | 10,845 | 11,376 | 22.9 | 77.1 | 1.2 | 4.1 | 71.4 | 74.9 |
| Presidio (100%) | | | 6,131 | 961 | 5,170 | 102 | 47 | 4,991 | 5,032 | 15.7 | 84.3 | 1.7 | 0.8 | 81.4 | 82.1 |
| Reagan (100%) | | | 3,385 | 968 | 2,417 | 44 | 78 | 2,283 | 2,339 | 28.6 | 71.4 | 1.3 | 2.3 | 67.4 | 69.1 |
| Reeves (100%) | | | 14,748 | 1,697 | 13,051 | 205 | 332 | 12,510 | 12,748 | 11.5 | 88.5 | 1.4 | 2.3 | 84.8 | 86.4 |
| Schleicher (100%) | | | 2,451 | 1,102 | 1,349 | 28 | 44 | 1,275 | 1,296 | 45.0 | 55.0 | 1.1 | 1.8 | 52.0 | 52.9 |
| Sutton (100%) | | | 3,372 | 1,200 | 2,172 | 24 | 32 | 2,093 | 2,111 | 35.6 | 64.4 | 0.7 | 0.9 | 62.1 | 62.6 |
| Terrell (100%) | | | 760 | 352 | 408 | 13 | 22 | 370 | 384 | 46.3 | 53.7 | 1.7 | 2.9 | 48.7 | 50.5 |
| Upton (100%) | | | 3,308 | 1,318 | 1,990 | 32 | 120 | 1,797 | 1,886 | 39.8 | 60.2 | 1.0 | 3.6 | 54.3 | 57.0 |
| Uvalde (100%) | | | 24,564 | 6,613 | 17,951 | 206 | 268 | 17,317 | 17,462 | 26.9 | 73.1 | 0.8 | 1.1 | 70.5 | 71.1 |
| Val Verde (100%) | | | 47,586 | 7,836 | 39,750 | 574 | 962 | 38,207 | 38,861 | 16.5 | 83.5 | 1.2 | 2.0 | 80.3 | 81.7 |
| Ward (100%) | | | 11,644 | 4,506 | 7,138 | 113 | 666 | 6,325 | 6,847 | 38.7 | 61.3 | 1.0 | 5.7 | 54.3 | 58.8 |
| Winkler (100%) | | | 7,791 | 2,702 | 5,089 | 114 | 210 | 4,732 | 4,883 | 34.7 | 65.3 | 1.5 | 2.7 | 60.7 | 62.7 |
| Zavala (100%) | | | 9,670 | 572 | 9,098 | 42 | 133 | 8,944 | 9,022 | 5.9 | 94.1 | 0.4 | 1.4 | 92.5 | 93.3 |
| **DISTRICT 28** | 0 | Total: | 766,987 | 133,071 | 633,916 | 12,203 | 43,985 | 576,654 | 614,308 | 17.3 | 82.7 | 1.6 | 5.7 | 75.2 | 80.1 |
|  | 0.00 % | VAP: | 553,412 | 107,773 | 445,639 | 8,568 | 31,378 | 402,518 | 430,930 | 19.5 | 80.5 | 1.5 | 5.7 | 72.7 | 77.9 |
| Atascosa (100%) | | | 48,981 | 16,066 | 32,915 | 396 | 736 | 31,178 | 31,684 | 32.8 | 67.2 | 0.8 | 1.5 | 63.7 | 64.7 |
| Bexar (12%) | | | 245,301 | 50,236 | 195,065 | 4,992 | 28,374 | 162,739 | 187,446 | 20.5 | 79.5 | 2.0 | 11.6 | 66.3 | 76.4 |
| Duval (100%) | | | 9,831 | 937 | 8,894 | 66 | 208 | 7,962 | 8,133 | 9.5 | 90.5 | 0.7 | 2.1 | 81.0 | 82.7 |
| Guadalupe (60%) | | | 103,849 | 52,136 | 51,713 | 4,705 | 12,532 | 33,616 | 44,675 | 50.2 | 49.8 | 4.5 | 12.1 | 32.4 | 43.0 |
| Jim Hogg (100%) | | | 4,838 | 414 | 4,424 | 36 | 11 | 4,281 | 4,287 | 8.6 | 91.4 | 0.7 | 0.2 | 88.5 | 88.6 |
| La Salle (100%) | | | 6,664 | 1,467 | 5,197 | 28 | 259 | 4,908 | 5,132 | 22.0 | 78.0 | 0.4 | 3.9 | 73.6 | 77.0 |
| McMullen (100%) | | | 600 | 353 | 247 | 13 | 17 | 224 | 231 | 58.8 | 41.2 | 2.2 | 2.8 | 37.3 | 38.5 |
| Starr (100%) | | | 65,920 | 1,171 | 64,749 | 152 | 162 | 64,393 | 64,454 | 1.8 | 98.2 | 0.2 | 0.2 | 97.7 | 97.8 |
| Webb (100%) | | | 267,114 | 9,495 | 257,619 | 1,774 | 1,647 | 254,354 | 255,249 | 3.6 | 96.4 | 0.7 | 0.6 | 95.2 | 95.6 |
| Zapata (100%) | | | 13,889 | 796 | 13,093 | 41 | 39 | 12,999 | 13,017 | 5.7 | 94.3 | 0.3 | 0.3 | 93.6 | 93.7 |

Red-100T
Data: 2020 Census
PLANC2124  10/06/2021 1:02:40 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-5   Filed 12/27/21   Page 5 of 20

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2124**

Texas Legislative Council
10/06/21 1:07 PM
Page 4 of 4

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 35** | 1 | Total: | 766,988 | 228,763 | 538,225 | 31,318 | 98,925 | 409,255 | 496,643 | 29.8 | 70.2 | 4.1 | 12.9 | 53.4 | 64.8 |
| | 0.00 % | VAP: | 590,194 | 196,988 | 393,206 | 24,745 | 71,696 | 293,230 | 359,306 | 33.4 | 66.6 | 4.2 | 12.1 | 49.7 | 60.9 |
| Bexar (20%) | | | 410,670 | 111,896 | 298,774 | 15,556 | 64,142 | 221,857 | 278,460 | 27.2 | 72.8 | 3.8 | 15.6 | 54.0 | 67.8 |
| Comal (16%) | | | 25,338 | 13,504 | 11,834 | 751 | 1,372 | 9,308 | 10,493 | 53.3 | 46.7 | 3.0 | 5.4 | 36.7 | 41.4 |
| Hays (57%) | | | 136,865 | 48,292 | 88,573 | 6,796 | 10,209 | 70,880 | 79,614 | 35.3 | 64.7 | 5.0 | 7.5 | 51.8 | 58.2 |
| Travis (15%) | | | 194,115 | 55,071 | 139,044 | 8,215 | 23,202 | 107,210 | 128,076 | 28.4 | 71.6 | 4.2 | 12.0 | 55.2 | 66.0 |

Red-202T
Data: 2020 Census
PLANC2124  10/06/2021 1:02:40 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-5   Filed 12/27/21   Page 6 of 20

Texas Legislative Council
10/06/21 1:07 PM
Page 1 of 1

## Population and Voter Data with Voter Registration Comparison

### CONGRESSIONAL DISTRICTS - PLANC2124

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Population | | | | | | Total Voter Registration | | | Non-Suspense Voter Registration | | |
| 10 | -1 | Total: | 766,986 | 50.3 | 49.7 | 6.1 | 14.0 | 28.3 | 41.5 | 2020 | 315,016 | 443,565 | 13.3 % | 71.0 % | 404,337 | 13.3 % | 77.9 % |
| | 0.00% | VAP: | 594,988 | 53.8 | 46.2 | 5.9 | 13.6 | 25.0 | 38.1 | 2018 | 235,892 | 407,131 | 12.7 % | 57.9 % | 366,135 | 12.7 % | 64.4 % |
| 16 | 0 | Total: | 766,987 | 12.5 | 87.5 | 2.3 | 4.9 | 80.9 | 84.5 | 2020 | 246,764 | 440,419 | 66.1 % | 56.0 % | 393,190 | 67.6 % | 62.8 % |
| | 0.00% | VAP: | 574,697 | 13.8 | 86.2 | 2.3 | 4.4 | 79.5 | 83.1 | 2018 | 187,459 | 412,127 | 67.0 % | 45.5 % | 373,347 | 68.5 % | 50.2 % |
| 21 | 0 | Total: | 766,987 | 62.2 | 37.8 | 4.6 | 4.0 | 27.3 | 30.7 | 2020 | 429,795 | 557,005 | 15.8 % | 77.2 % | 507,834 | 15.6 % | 84.6 % |
| | 0.00% | VAP: | 600,344 | 65.4 | 34.6 | 4.1 | 3.6 | 24.7 | 27.9 | 2018 | 320,548 | 503,169 | 15.5 % | 63.7 % | 452,383 | 15.3 % | 70.9 % |
| 23 | -1 | Total: | 766,986 | 27.6 | 72.4 | 3.4 | 4.5 | 64.3 | 67.9 | 2020 | 294,537 | 463,136 | 50.2 % | 63.6 % | 421,076 | 50.8 % | 69.9 % |
| | 0.00% | VAP: | 566,482 | 30.3 | 69.7 | 3.2 | 4.3 | 61.5 | 65.2 | 2018 | 210,580 | 427,670 | 50.6 % | 49.2 % | 385,881 | 51.4 % | 54.6 % |
| 28 | 0 | Total: | 766,987 | 17.3 | 82.7 | 1.6 | 5.7 | 75.2 | 80.1 | 2020 | 252,154 | 433,651 | 62.4 % | 58.1 % | 395,886 | 63.3 % | 63.7 % |
| | 0.00% | VAP: | 553,412 | 19.5 | 80.5 | 1.5 | 5.7 | 72.7 | 77.9 | 2018 | 174,451 | 406,350 | 62.9 % | 42.9 % | 369,428 | 64.0 % | 47.2 % |
| 35 | 1 | Total: | 766,988 | 29.8 | 70.2 | 4.1 | 12.9 | 53.4 | 64.8 | 2020 | 277,872 | 444,245 | 35.7 % | 62.5 % | 386,855 | 36.4 % | 71.8 % |
| | 0.00% | VAP: | 590,194 | 33.4 | 66.6 | 4.2 | 12.1 | 49.7 | 60.9 | 2018 | 200,671 | 406,966 | 36.1 % | 49.3 % | 348,491 | 37.1 % | 57.6 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

60833

Red-345
Data: 2020 Census
PLANC2124 10/06/2021 1:02:40 PM
PLANC2116 10/04/2021 12:20:01 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-5   Filed 12/27/21   Page 7 of 20

Plan Fit Verification

Texas Legislative Council
10/06/21 1:07 PM
Page 1 of 1

**CONGRESSIONAL DISTRICTS**
**PLANC2124 Compared with PLANC2116**

**The amendment fits into the base plan.**

Red-350
Data: 2020 Census
PLANC2124  10/06/2021 1:02:40 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-5   Filed 12/27/21   Page 8 of 20

Incumbents by District

Texas Legislative Council
10/06/21 1:07 PM
Page 1 of 1

## CONGRESSIONAL DISTRICTS - PLANC2124

| District | Incumbents |
|---|---|
| 10 | McCaul - R |
| 16 | Escobar - D |
| 21 | Roy - R |
| 23 | Gonzales - R |
| 28 | Cuellar - D |
| 35 | Doggett - D |

\* Incumbents paired.

60833

American Community Survey Special Tabulation
Using Census and American Community Survey Data

**CONGRESSIONAL DISTRICTS - PLANC2124**

| | 2020 Census | | | | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey with Margins of Error | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Hispanic CVAP | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 10 | 766,986 | 594,988 | 488,245 (±6,525) | 17.2 (±0.6) | 14.5 (±0.6) | 0.3 (±0.1) | 0.1 (±0.1) | 63.7 (±0.5) | 0.2 (±0.1) | 2.9 (±0.2) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 16 | 766,987 | 574,697 | 462,750 (±6,337) | 76.8 (±0.7) | 4.1 (±0.3) | 0.2 (±0.1) | 0.0 (±0.1) | 16.7 (±0.5) | 0.3 (±0.1) | 1.1 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 21 | 766,987 | 600,344 | 522,960 (±6,080) | 23.2 (±0.6) | 2.7 (±0.3) | 0.2 (±0.1) | 0.1 (±0.1) | 70.5 (±0.5) | 0.2 (±0.1) | 1.9 (±0.2) | 0.1 (±0.1) | 0.6 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 23 | 766,986 | 566,482 | 453,985 (±6,340) | 59.0 (±0.9) | 3.5 (±0.3) | 0.2 (±0.1) | 0.1 (±0.1) | 34.4 (±0.5) | 0.4 (±0.1) | 1.5 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 28 | 766,987 | 553,412 | 451,575 (±6,117) | 69.4 (±0.8) | 5.8 (±0.4) | 0.1 (±0.1) | 0.1 (±0.1) | 22.9 (±0.5) | 0.1 (±0.1) | 0.8 (±0.1) | 0.0 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 35 | 766,988 | 590,194 | 488,295 (±6,632) | 46.9 (±0.8) | 11.6 (±0.5) | 0.5 (±0.1) | 0.1 (±0.1) | 37.8 (±0.6) | 0.2 (±0.1) | 1.8 (±0.2) | 0.1 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

U.S. Congressional Districts
Proposed Plan
PLANC2124
COUNTIES
PLANC2124
Map ID 5900
10/06/21 13:08:22
TLC
49103
2020 Census
PLANC2124 2021-10-06 13:02:40
BURNET
WILLIAMSON
BLANCO
TRAVIS
21
10
HAYS
35
BASTROP
CALDWELL
16
EL PASO
23
HUDSPETH
KENDALL
BANDERA
COMAL
GUADALUPE
BEXAR
28
MEDINA
WILSON
ATASCOSA
MONTAGUE
COOKE
GRAYSON
FANNIN
HUNT
WISE
DENTON
COLLIN
ROCKWALL
PARKER
TARRANT
DALLAS
KAUFMAN
HOOD
JOHNSON
ELLIS
MONTGOMERY
LIBERTY
WALLER
HARRIS
CHAMBERS
FORT BEND
BRAZORIA
GALVESTON
JIM HOGG
BROOKS
KENEDY
STARR
WILLACY
HIDALGO
CAMERON

# BASTROP COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2124**

COUNTIES

**PLANC2124**

Map ID 5900
10/06/21 13:08:22

49103
2020 Census
PLANC2124 2021-10-06 13:02:40

TLC

# BEXAR COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2124**

COUNTIES

**PLANC2124**

Map ID 5900
10/06/21 13:08:22

49103
2020 Census
PLANC2124 2021-10-06 13:02:40

TLC

# BRAZOS COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2124**

COUNTIES

**PLANC2124**

Map ID 5900
10/06/21 13:08:22

49103
2020 Census
PLANC2124 2021-10-06 13:02:40

TLC

COMAL COUNTY
U.S. Congressional Districts
Proposed Plan
PLANC2124
COUNTIES
PLANC2124
Map ID 5900
10/06/21 13:08:22
49103
2020 Census
PLANC2124 2021-10-06 13:02:40
TLC
BLANCO
KENDALL
HAYS
COMAL
BEXAR
GUADALUPE
21
23
28
35
35
Blanco
Woodcreek
Wimberley
Kyle
San Marcos
Spring Branch
Bulverde
New Braunfels
Fair Oaks Ranch
San Antonio
Garden Ridge
Schertz
Cibolo
Selma
Universal City
Live Oak
Santa Clara
Marion
Seguin
Grey Forest
Shavano Park
Hollywood Park
Hill Country Village
Helotes
Guadalupe River

# EL PASO COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2124**

COUNTIES

**PLANC2124**

Map ID 5900
10/06/21 13:08:22

49103
2020 Census
PLANC2124 2021-10-06 13:02:40

# GUADALUPE COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2124**

COUNTIES

**PLANC2124**

Map ID 5900
10/06/21 13:08:22

49103
2020 Census
PLANC2124 2021-10-06 13:02:40

# HAYS COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2124**

COUNTIES

**PLANC2124**

49103
2020 Census
PLANC2124 2021-10-06 13:02:40

Map ID 5900
10/06/21 13:08:22

TLC

# TRAVIS COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2124**

COUNTIES

**PLANC2124**

Map ID 5900
10/06/21 13:08:22

49103
2020 Census
PLANC2124 2021-10-06 13:02:40

# WALKER COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2124**

COUNTIES

**PLANC2124**

Map ID 5900
10/06/21 13:08:22

49103
2020 Census
PLANC2124 2021-10-06 13:02:40

# WILLIAMSON COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2124**

COUNTIES

**PLANC2124**

Map ID 5900
10/06/21 13:08:22

49103
2020 Census
PLANC2124 2021-10-06 13:02:40

TLC





















