UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>GREG ABBOTT, *et al.*, <br><br>*Defendants*. | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br>*Plaintiff*, <br><br>v. <br><br>STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, <br><br>*Defendants*. | § § § § § § § § § § § | Case No. 3:21-cv-299 <br> [Consolidated Case] |

**EXHIBIT G**

**PLAN C2110 MAP ANALYSIS**

Red-100T
Data: 2020 Census
PLANC2110  09/30/2021 1:58:09 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-7   Filed 12/27/21   Page 2 of 10

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2110**

Texas Legislative Council
10/07/21 8:05 AM
Page 1 of 2

| | |
|---|---:|
| Total State Population | 29,145,505 |
| Total Districts Required | 38 |
| Ideal District Population | 766,987 |
| Unassigned Population | 27,611,532 |
| Districts in Plan | 2 |
| Unassigned Geography | Yes |
| Districts Contiguous | Yes |

| | Population | Total | Percent |
|---|---:|---:|---:|
| | | --------Deviation-------- | |
| Plan Overall Range | | 1 | 0.00% |
| Smallest District (23) | 766,986 | -1 | 0.00% |
| Largest District (16) | 766,987 | 0 | 0.00% |
| Average (mean) | 766,987 | 1 | 0.00% |

# PLANC2110

Red-100T
Data: 2020 Census
PLANC2110 09/30/2021 1:58:09 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-7   Filed 12/27/21   Page 3 of 10

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2110**

Texas Legislative Council
10/07/21 8:05 AM
Page 2 of 2

|  | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 16** | 0 | Total: | 766,987 | 94,193 | 672,794 | 17,929 | 36,987 | 622,360 | 650,190 | 12.3 | 87.7 | 2.3 | 4.8 | 81.1 | 84.8 |
| | 0.00 % | VAP: | 574,543 | 78,082 | 496,461 | 13,094 | 25,118 | 458,205 | 478,971 | 13.6 | 86.4 | 2.3 | 4.4 | 79.8 | 83.4 |
| El Paso (89%) | | | 766,987 | 94,193 | 672,794 | 17,929 | 36,987 | 622,360 | 650,190 | 12.3 | 87.7 | 2.3 | 4.8 | 81.1 | 84.8 |
| **DISTRICT 23** | -1 | Total: | 766,986 | 213,800 | 553,186 | 26,026 | 34,856 | 489,919 | 518,484 | 27.9 | 72.1 | 3.4 | 4.5 | 63.9 | 67.6 |
| | 0.00 % | VAP: | 567,411 | 173,985 | 393,426 | 17,873 | 24,598 | 346,457 | 368,094 | 30.7 | 69.3 | 3.1 | 4.3 | 61.1 | 64.9 |
| Bexar (17%) | | | 346,094 | 134,771 | 211,323 | 22,308 | 26,259 | 162,758 | 184,954 | 38.9 | 61.1 | 6.4 | 7.6 | 47.0 | 53.4 |
| Brewster (100%) | | | 9,546 | 4,948 | 4,598 | 164 | 287 | 3,963 | 4,176 | 51.8 | 48.2 | 1.7 | 3.0 | 41.5 | 43.7 |
| Crane (100%) | | | 4,675 | 1,342 | 3,333 | 39 | 102 | 3,158 | 3,237 | 28.7 | 71.3 | 0.8 | 2.2 | 67.6 | 69.2 |
| Crockett (100%) | | | 3,098 | 1,080 | 2,018 | 23 | 36 | 1,920 | 1,945 | 34.9 | 65.1 | 0.7 | 1.2 | 62.0 | 62.8 |
| Culberson (100%) | | | 2,188 | 445 | 1,743 | 50 | 48 | 1,645 | 1,673 | 20.3 | 79.7 | 2.3 | 2.2 | 75.2 | 76.5 |
| Dimmit (100%) | | | 8,615 | 898 | 7,717 | 94 | 129 | 7,487 | 7,570 | 10.4 | 89.6 | 1.1 | 1.5 | 86.9 | 87.9 |
| Edwards (100%) | | | 1,422 | 651 | 771 | 26 | 17 | 718 | 725 | 45.8 | 54.2 | 1.8 | 1.2 | 50.5 | 51.0 |
| El Paso (11%) | | | 98,670 | 4,026 | 94,644 | 463 | 1,213 | 92,991 | 93,695 | 4.1 | 95.9 | 0.5 | 1.2 | 94.2 | 95.0 |
| Frio (100%) | | | 18,385 | 3,053 | 15,332 | 218 | 767 | 14,171 | 14,897 | 16.6 | 83.4 | 1.2 | 4.2 | 77.1 | 81.0 |
| Hudspeth (100%) | | | 3,202 | 1,094 | 2,108 | 22 | 29 | 2,036 | 2,049 | 34.2 | 65.8 | 0.7 | 0.9 | 63.6 | 64.0 |
| Jeff Davis (100%) | | | 1,996 | 1,282 | 714 | 39 | 28 | 613 | 627 | 64.2 | 35.8 | 2.0 | 1.4 | 30.7 | 31.4 |
| Kinney (100%) | | | 3,129 | 1,489 | 1,640 | 46 | 66 | 1,470 | 1,517 | 47.6 | 52.4 | 1.5 | 2.1 | 47.0 | 48.5 |
| La Salle (100%) | | | 6,664 | 1,467 | 5,197 | 28 | 259 | 4,908 | 5,132 | 22.0 | 78.0 | 0.4 | 3.9 | 73.6 | 77.0 |
| Loving (100%) | | | 64 | 56 | 8 | 3 | 3 | 1 | 3 | 87.5 | 12.5 | 4.7 | 4.7 | 1.6 | 4.7 |
| Maverick (100%) | | | 57,887 | 1,574 | 56,313 | 295 | 307 | 54,936 | 55,107 | 2.7 | 97.3 | 0.5 | 0.5 | 94.9 | 95.2 |
| Medina (100%) | | | 50,748 | 22,324 | 28,424 | 528 | 1,762 | 25,455 | 26,930 | 44.0 | 56.0 | 1.0 | 3.5 | 50.2 | 53.1 |
| Pecos (100%) | | | 15,193 | 3,473 | 11,720 | 183 | 630 | 10,845 | 11,376 | 22.9 | 77.1 | 1.2 | 4.1 | 71.4 | 74.9 |
| Presidio (100%) | | | 6,131 | 961 | 5,170 | 102 | 47 | 4,991 | 5,032 | 15.7 | 84.3 | 1.7 | 0.8 | 81.4 | 82.1 |
| Reagan (100%) | | | 3,385 | 968 | 2,417 | 44 | 78 | 2,283 | 2,339 | 28.6 | 71.4 | 1.3 | 2.3 | 67.4 | 69.1 |
| Reeves (100%) | | | 14,748 | 1,697 | 13,051 | 205 | 332 | 12,510 | 12,748 | 11.5 | 88.5 | 1.4 | 2.3 | 84.8 | 86.4 |
| Schleicher (100%) | | | 2,451 | 1,102 | 1,349 | 28 | 44 | 1,275 | 1,296 | 45.0 | 55.0 | 1.1 | 1.8 | 52.0 | 52.9 |
| Sutton (100%) | | | 3,372 | 1,200 | 2,172 | 24 | 32 | 2,093 | 2,111 | 35.6 | 64.4 | 0.7 | 0.9 | 62.1 | 62.6 |
| Terrell (100%) | | | 760 | 352 | 408 | 13 | 22 | 370 | 384 | 46.3 | 53.7 | 1.7 | 2.9 | 48.7 | 50.5 |
| Upton (100%) | | | 3,308 | 1,318 | 1,990 | 32 | 120 | 1,797 | 1,886 | 39.8 | 60.2 | 1.0 | 3.6 | 54.3 | 57.0 |
| Uvalde (100%) | | | 24,564 | 6,613 | 17,951 | 206 | 268 | 17,317 | 17,462 | 26.9 | 73.1 | 0.8 | 1.1 | 70.5 | 71.1 |
| Val Verde (100%) | | | 47,586 | 7,836 | 39,750 | 574 | 962 | 38,207 | 38,861 | 16.5 | 83.5 | 1.2 | 2.0 | 80.3 | 81.7 |
| Ward (100%) | | | 11,644 | 4,506 | 7,138 | 113 | 666 | 6,325 | 6,847 | 38.7 | 61.3 | 1.0 | 5.7 | 54.3 | 58.8 |
| Winkler (100%) | | | 7,791 | 2,702 | 5,089 | 114 | 210 | 4,732 | 4,883 | 34.7 | 65.3 | 1.5 | 2.7 | 60.7 | 62.7 |
| Zavala (100%) | | | 9,670 | 572 | 9,098 | 42 | 133 | 8,944 | 9,022 | 5.9 | 94.1 | 0.4 | 1.4 | 92.5 | 93.3 |

Red-202T
Data: 2020 Census
PLANC2110  09/30/2021 1:58:09 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-7   Filed 12/27/21   Page 4 of 10

Texas Legislative Council
10/07/21 8:04 AM
Page 1 of 1

# Population and Voter Data
## with Voter Registration Comparison

### CONGRESSIONAL DISTRICTS - PLANC2110

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Population | | | | | | Total Voter Registration | | | Non-Suspense Voter Registration | | |
| 16 | 0 | Total: | 766,987 | 12.3 | 87.7 | 2.3 | 4.8 | 81.1 | 84.8 | 2020 | 246,077 | 440,032 | 66.4 % | 55.9 % | 394,099 | 67.9 % | 62.4 % |
| | 0.00% | VAP: | 574,543 | 13.6 | 86.4 | 2.3 | 4.4 | 79.8 | 83.4 | 2018 | 186,051 | 409,519 | 67.3 % | 45.4 % | 371,081 | 68.9 % | 50.1 % |
| 23 | -1 | Total: | 766,986 | 27.9 | 72.1 | 3.4 | 4.5 | 63.9 | 67.6 | 2020 | 295,813 | 464,827 | 50.0 % | 63.6 % | 421,466 | 50.5 % | 70.2 % |
| | 0.00% | VAP: | 567,411 | 30.7 | 69.3 | 3.1 | 4.3 | 61.1 | 64.9 | 2018 | 212,368 | 431,822 | 50.5 % | 49.2 % | 389,640 | 51.3 % | 54.5 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

61003

Red-345
Data: 2020 Census
PLANC2110  09/30/2021 1:58:09 PM
PLANC2116  10/04/2021 12:20:01 PM

Plan Fit Verification

Texas Legislative Council
10/07/21 8:04 AM
Page 1 of 1

**CONGRESSIONAL DISTRICTS**
**PLANC2110 Compared with PLANC2116**

**The amendment fits into the base plan.**

Red-350
Data: 2020 Census
PLANC2110 09/30/2021 1:58:09 PM
Case 3:21-cv-00259-DCG-JES-JVB   Document 111-7   Filed 12/27/21   Page 6 of 10
Incumbents by District
Texas Legislative Council
10/07/21 8:04 AM
Page 1 of 1

# CONGRESSIONAL DISTRICTS - PLANC2110

| District | Incumbents |
|---|---|
| 16 | Escobar - D |
| 23 | Gonzales - R |

\* Incumbents paired.

61003

Red-116  
Data: 2015-2019 ACS; 2020 Census  
PLANC2110  09/30/2021 1:58:09 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 111-7   Filed 12/27/21   Page 7 of 10

American Community Survey Special Tabulation  
Using Census and American Community Survey Data

Texas Legislative Council  
10/07/21 8:04 AM  
Page 1 of 1

**CONGRESSIONAL DISTRICTS - PLANC2110**

| | 2020 Census | | | Hispanic CVAP | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey with Margins of Error | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 16 | 766,987 | 574,543 | 462,085 (±6,276) | 77.0 (±0.7) | 4.0 (±0.3) | 0.2 (±0.1) | 0.0 (±0.1) | 16.6 (±0.5) | 0.3 (±0.1) | 1.1 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 23 | 766,986 | 567,411 | 455,800 (±6,385) | 58.8 (±0.9) | 3.6 (±0.3) | 0.2 (±0.1) | 0.1 (±0.1) | 34.6 (±0.5) | 0.4 (±0.1) | 1.5 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.  
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.  
Numbers in parentheses are margins of error at 90% confidence level.

61003

U.S. Congressional Districts
Proposed Plan
PLANC2110
COUNTIES
PLANC2110
16
23
EL PASO
HUDSPETH
CULBERSON
REEVES
JEFF DAVIS
PRESIDIO
BREWSTER
PECOS
TERRELL
VAL VERDE
CROCKETT
BEXAR
BURNET
WILLIAMSON
BLANCO
TRAVIS
HAYS
BASTROP
CALDWELL
KENDALL
BANDERA
COMAL
GUADALUPE
MEDINA
WILSON
ATASCOSA
MONTAGUE
COOKE
GRAYSON
FANNIN
WISE
DENTON
COLLIN
HUNT
PARKER
TARRANT
DALLAS
ROCKWALL
KAUFMAN
HOOD
JOHNSON
ELLIS
MONTGOMERY
LIBERTY
WALLER
HARRIS
CHAMBERS
FORT BEND
BRAZORIA
GALVESTON
JIM HOGG
BROOKS
KENEDY
STARR
WILLACY
HIDALGO
CAMERON
Map ID 5900
10/07/21 08:05:16
TLC
49162
2020 Census
PLANC2110 2021-09-30 13:58:09

# BEXAR COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2110**

COUNTIES

**PLANC2110**

49162
2020 Census
PLANC2110 2021-09-30 13:58:09

Map ID 5900
10/07/21 08:05:16

TLC

# EL PASO COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2110**

COUNTIES

**PLANC2110**

Map ID 5900
10/07/21 08:05:16

49162
2020 Census
PLANC2110 2021-09-30 13:58:09

TLC





