## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 |
| v. | § § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § | |
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:21-cv-299 |
| STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, | § § § | [Consolidated Case] |
| *Defendants.* | § | |

## EXHIBIT J

## TEXAS HOUSE OF REPRESENTATIVES JOURNAL
## OCTOBER 18, 2021

# HOUSE JOURNAL

EIGHTY-SEVENTH LEGISLATURE, THIRD CALLED SESSION

## PROCEEDINGS

TENTH DAY — MONDAY, OCTOBER 18, 2021

The house met at 4:19 p.m. and was called to order by the speaker.

The roll of the house was called and a quorum was announced present (Record 142).

Present — Mr. Speaker(C); Allen; Allison; Anchia; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harless; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Absent, Excused — Guerra.

Absent — Beckley.

The invocation was offered by Representative E. Thompson as follows:

Father, we stand before you today and invite you into this place. We know that all we have and that all we are comes from your hand. You have called us out of darkness into your marvelous light. We know ultimate freedom is the declaration of dependence on you, the only hope in deliverance. Be with us as a state and continue to bless this great nation. I lift up all the families that are represented here. I know the sacrifices they make for the love of this state and her citizens. I pray that you will multiply their time back to them for all that they do. These are stressful times, but let us remember who we represent. A final plea, Father: Make our days useful, our nights restful, our homes peaceful, and our efforts fruitful. We ask all these things in Jesus' name. Amen.

The chair recognized Representative E. Thompson who led the house in the pledges of allegiance to the United States and Texas flags.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for today and tomorrow because of important business in the district:

Guerra on motion of Raney.

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 1).

### RESOLUTIONS REFERRED TO COMMITTEES

Resolutions were at this time laid before the house and referred to committees. (See the addendum to the daily journal, Referred to Committees, List Nos. 1 and 2.)

### SB 52 - REQUEST OF SENATE GRANTED
### CONFERENCE COMMITTEE APPOINTED

On motion of Representative Goldman, the house granted the request of the senate for the appointment of a Conference Committee on **SB 52**.

The chair announced the appointment of the following conference committee, on the part of the house, on **SB 52**: Bonnen, chair; Burns, Murphy, VanDeaver, and Walle.

### BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, House List No. 3 and Senate List No. 1).

(Guillen in the chair)

### CONGRATULATORY AND MEMORIAL CALENDAR

The following congratulatory resolutions were laid before the house:

**HCR 16** (by Craddick), Congratulating Kenneth and Susan Jastrow on their receipt of the Santa Rita Award by The University of Texas System Board of Regents.

**HR 127** (by Lopez), Commemorating the 100th anniversary of Texas Business Women of San Antonio.

**HR 128** (by Fierro), Congratulating Mary E. "Buffy" Boesen on her retirement as president of Loretto Academy in El Paso.

**HR 129** (by Morrison), Commemorating the 150th anniversary of the Victoria Fire Department.

**HR 131** (by Zwiener), Congratulating Bobbie Garza-Hernandez on her receipt of a Lifetime Achievement Award from the Emma S. Barrientos Mexican American Cultural Center.

**HR 135** (by C. Turner), Commemorating the annual Juneteenth celebration and parade in Grand Prairie.

**HR 137** (by Murphy), Commending Briana Gonzalez for her service as an intern in the office of State Representative Jim Murphy.

**HR 138** (by Jetton), Commending Robert Hebert for his contributions to the Fort Bend County community.

**HR 139** (by Jetton), Honoring the Federation of Mid-South Korean Associations and its new president, Myong Chong, for their contributions.

**HR 140** (by Jetton), Commending U.S. Army Reserve Staff Sergeant Calvin Williams for his service with Defense Logistics Agency Task Force Americas during Hurricane Ida.

**HR 141** (by Kacal), Congratulating Jesse Homer Lackey of College Station on his 100th birthday.

**HR 144** (by Ordaz Perez), Congratulating the Borderplex Alliance of El Paso on receiving the 2021 Economic Development Organization of the Year Award from the International Economic Development Council.

**HR 147** (by Slaton), Commemorating the 100th anniversary of the Greenville Lions Club.

**HR 149** (by J.E. Johnson), Congratulating Raveen Arora on his nomination for the Nobel Peace Prize.

**HR 151** (by A. Johnson and C. Morales), Commemorating Texas Folklife's 32nd annual Accordion Kings & Queens concert.

**HR 152** (by Darby), Commemorating the 75th anniversary of Howard College.

**HR 153** (by White), Congratulating Jenah Latch of Spurger on her receipt of the Girl Scout Silver Award.

**HR 154** (by Vasut), Recognizing Dr. Thomas Pruett of Lake Jackson for his mission work and community service.

**HR 155** (by Crockett), Recognizing October 2021 as Breast Cancer Awareness Month.

**HR 156** (by Collier), Honoring the L. Clifford Davis Legal Association for its contributions to the Tarrant County community.

**HR 157** (by Collier), Commending BRIDGE Fort Worth for its contributions to the community.

**HR 158** (by Collier), Commending the Fort Worth chapter of The Links, Incorporated, for its service to the community.

**HR 159** (by Slaton), Congratulating Mallory Fuller on being named Miss Texas 2021.

**HR 161** (by Price), Congratulating Grace Pierson on her retirement as executive assistant with the Dumas Economic Development Corporation.

**HR 162** (by M. González), Congratulating Sara Aragon of Southwest Legacy High School in Von Ormy on excelling at the Educators Rising 2021 National Conference.

**HR 163** (by M. González), Congratulating Fernando Martinez of Southwest Legacy High School in Von Ormy on excelling at the Educators Rising 2021 National Conference.

**HR 164** (by M. González), Congratulating Allie Jones of South Grand Prairie High School on excelling at the Educators Rising 2021 National Conference.

**HR 165** (by M. González and Toth), Congratulating Amanda Nowak of Oak Ridge High School in Conroe on excelling at the Educators Rising 2021 National Conference.

**HR 166** (by M. González and Zwiener), Congratulating Hannah Villarreal-Salinas of Moe and Gene Johnson High School in Buda on excelling at the Educators Rising 2021 National Conference.

**HR 167** (by M. González), Congratulating Rebekah Kirkpatrick of Mansfield High School on excelling at the Educators Rising 2021 National Conference.

**HR 168** (by M. González), Congratulating Losbara Fleites of Legacy of Educational Excellence (LEE) High School in San Antonio on excelling at the Educators Rising 2021 National Conference.

**HR 169** (by M. González), Congratulating Arianna Ochoa of Foy H. Moody High School in Corpus Christi on excelling at the Educators Rising 2021 National Conference.

**HR 170** (by M. González and Bucy), Congratulating Nujhat Jalil of Westwood High School in Austin on excelling at the Educators Rising 2021 National Conference.

**HR 171** (by M. González), Congratulating Lilliana Salazar of Foy H. Moody High School in Corpus Christi on excelling at the Educators Rising 2021 National Conference.

**HR 172** (by M. González), Congratulating Caitlynne Rogers of West Mesquite High School on excelling at the Educators Rising 2021 National Conference.

**HR 173** (by M. González and Rose), Congratulating Aubrey Jones of West Mesquite High School on excelling at the Educators Rising 2021 National Conference.

**HR 174** (by M. González and Landgraf), Congratulating Karsyn Scott of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 175** (by M. González and Bucy), Congratulating Averie Varnell of Vista Ridge High School in Cedar Park on excelling at the Educators Rising 2021 National Conference.

**HR 176** (by M. González and Bucy), Congratulating Riley Purcell of Vista Ridge High School in Cedar Park on excelling at the Educators Rising 2021 National Conference.

**HR 177** (by M. González and Bucy), Congratulating Taryn Brune of Vista Ridge High School in Cedar Park on excelling at the Educators Rising 2021 National Conference.

**HR 178** (by M. González), Congratulating Kaydence Tobola of Tomball High School on excelling at the Educators Rising 2021 National Conference.

**HR 179** (by M. González), Congratulating Roy Sendejas of Texas City High School on excelling at the Educators Rising 2021 National Conference.

**HR 180** (by M. González and Talarico), Congratulating Emi Matsumae of Stony Point High School in Round Rock on excelling at the Educators Rising 2021 National Conference.

**HR 181** (by M. González and Burrows), Congratulating Peyten Grope of Snyder High School on excelling at the Educators Rising 2021 National Conference.

**HR 182** (by M. González), Congratulating JoLina Lopez of Abernathy High School on excelling at the Educators Rising 2021 National Conference.

**HR 183** (by M. González and Burrows), Congratulating Dayzirea Lentz of Snyder High School on excelling at the Educators Rising 2021 National Conference.

**HR 184** (by M. González and Lambert), Congratulating Koran Mason of Abilene High School on excelling at the Educators Rising 2021 National Conference.

**HR 185** (by M. González), Congratulating Bailey Balderaz of the Adrian Independent School District on excelling at the Educators Rising 2021 National Conference.

**HR 186** (by M. González and Burrows), Congratulating Ava Martinez of Snyder High School on excelling at the Educators Rising 2021 National Conference.

**HR 187** (by M. González), Congratulating Giannie Cadet of Alief Taylor High School in Houston on excelling at the Educators Rising 2021 National Conference.

**HR 188** (by M. González and Landgraf), Congratulating Ava Jones of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 189** (by M. González and Burrows), Congratulating Allie Beck of Snyder High School on excelling at the Educators Rising 2021 National Conference.

**HR 190** (by M. González and Landgraf), Congratulating Gavyn Roberts of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 191** (by M. González), Congratulating Emily Gamble of Silverton High School on excelling at the Educators Rising 2021 National Conference.

**HR 192** (by M. González and Landgraf), Congratulating Piper Stephenson of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 193** (by M. González and Guillen), Congratulating Juliana Mendiola of San Isidro High School on excelling at the Educators Rising 2021 National Conference.

**HR 194** (by M. González and Landgraf), Congratulating Destany Gift of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 195** (by M. González and Landgraf), Congratulating Kasen Scott of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 196** (by M. González and Landgraf), Congratulating Mikayla Page of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 197** (by M. González), Congratulating Lauren Heine of Samuel Clemens High School in Schertz on excelling at the Educators Rising 2021 National Conference.

**HR 198** (by M. González and Clardy), Congratulating Adisan Burton of Rusk High School on excelling at the Educators Rising 2021 National Conference.

**HR 199** (by M. González and Landgraf), Congratulating Chelsea Valenzuela of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 200** (by M. González and Talarico), Congratulating Payton Nicole Burgess of Round Rock High School on excelling at the Educators Rising 2021 National Conference.

**HR 201** (by M. González and Landgraf), Congratulating Gabriela Balderrama of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 202** (by M. González and Landgraf), Congratulating Gabriela Payen of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 203** (by M. González and Talarico), Congratulating Karina Wagner of Round Rock High School on excelling at the Educators Rising 2021 National Conference.

**HR 204** (by M. González and Landgraf), Congratulating Yanisel Aragonez of Andrews High School on excelling at the Educators Rising 2021 National Conference.

**HR 205** (by M. González), Congratulating Amberly Patterson of Bandera High School on excelling at the Educators Rising 2021 National Conference.

**HR 206** (by M. González), Congratulating Dorothy Magee of Bandera High School on excelling at the Educators Rising 2021 National Conference.

**HR 207** (by M. González), Congratulating Samantha Reyna of Bandera High School on excelling at the Educators Rising 2021 National Conference.

**HR 208** (by M. González and Talarico), Congratulating Malissa Keyser of Round Rock High School on excelling at the Educators Rising 2021 National Conference.

**HR 209** (by M. González), Congratulating Emily Holland of Ben Barber Innovation Academy in Mansfield on excelling at the Educators Rising 2021 National Conference.

**HR 210** (by M. González), Congratulating Camila Hernandez of Ronald Reagan High School in San Antonio on excelling at the Educators Rising 2021 National Conference.

**HR 211** (by M. González), Congratulating Skyler Stubblefield of Prosper High School on excelling at the Educators Rising 2021 National Conference.

**HR 212** (by M. González), Congratulating Amy Jo Gillespie of Prosper High School on excelling at the Educators Rising 2021 National Conference.

**HR 213** (by M. González), Congratulating Julia Camilleri of Prosper High School on excelling at the Educators Rising 2021 National Conference.

**HR 214** (by M. González), Congratulating Alisha Spears of NYOS Charter School in Austin on excelling at the Educators Rising 2021 National Conference.

**HR 215** (by M. González), Congratulating Allison Schnagl of Prosper High School on excelling at the Educators Rising 2021 National Conference.

**HR 216** (by M. González), Congratulating Veda Travis of NYOS Charter School in Austin on excelling at the Educators Rising 2021 National Conference.

**HR 217** (by M. González), Congratulating Arianna Pierce of NYOS Charter School in Austin on excelling at the Educators Rising 2021 National Conference.

**HR 218** (by M. González), Congratulating Brenna Franklin of Ben Barber Innovation Academy in Mansfield on excelling at the Educators Rising 2021 National Conference.

**HR 219** (by M. González), Congratulating Rachel Martinez of Needville High School on excelling at the Educators Rising 2021 National Conference.

**HR 220** (by M. González and Vasut), Congratulating Natasha Garcia of Brazoswood High School in Clute on excelling at the Educators Rising 2021 National Conference.

**HR 221** (by M. González), Congratulating Peyton Crabill of Lockhart High School - Early Learning on excelling at the Educators Rising 2021 National Conference.

**HR 222** (by M. González and Parker), Congratulating Kate Palmieri of Byron Nelson High School in Trophy Club on excelling at the Educators Rising 2021 National Conference.

**HR 223** (by M. González), Congratulating Estrella Hernandez of Legacy of Educational Excellence (LEE) High School in San Antonio on excelling at the Educators Rising 2021 National Conference.

**HR 224** (by M. González and Wilson), Congratulating Abigail Mayer of C. H. Yoe High School in Cameron on excelling at the Educators Rising 2021 National Conference.

**HR 225** (by M. González and Schaefer), Congratulating Darby Conner of Chapel Hill High School in Tyler on excelling at the Educators Rising 2021 National Conference.

**HR 226** (by M. González), Congratulating Amaya Ward of Legacy of Educational Excellence (LEE) High School in San Antonio on excelling at the Educators Rising 2021 National Conference.

**HR 227** (by M. González and Burns), Congratulating Journey Harris of Cleburne High School on excelling at the Educators Rising 2021 National Conference.

**HR 228** (by M. González), Congratulating Armando de Luna of Legacy of Educational Excellence (LEE) High School in San Antonio on excelling at the Educators Rising 2021 National Conference.

**HR 229** (by M. González and Stucky), Congratulating Aaron Reynolds of Denton High School on excelling at the Educators Rising 2021 National Conference.

**HR 230** (by M. González and Buckley), Congratulating Reagan Quinn of KISD Career Center in Killeen on excelling at the Educators Rising 2021 National Conference.

**HR 231** (by M. González and Buckley), Congratulating Catarina Barajas of KISD Career Center in Killeen on excelling at the Educators Rising 2021 National Conference.

**HR 232** (by M. González), Congratulating Oliver Cady of Kaufman High School on excelling at the Educators Rising 2021 National Conference.

**HR 233** (by M. González), Congratulating Allison Massengale of Kaufman High School on excelling at the Educators Rising 2021 National Conference.

**HR 234** (by M. González), Congratulating Rut Polo of John B. Alexander High School in Laredo on excelling at the Educators Rising 2021 National Conference.

**HR 235** (by M. González and Parker), Congratulating Caitlin Casassa of Edward S. Marcus High School in Flower Mound on excelling at the Educators Rising 2021 National Conference.

**HR 236** (by M. González and C. Bell), Congratulating Taylor Gomez of Infinity Early College High School in Porter on excelling at the Educators Rising 2021 National Conference.

**HR 237** (by M. González and Parker), Congratulating Taylor Mendoza of Edward S. Marcus High School in Flower Mound on excelling at the Educators Rising 2021 National Conference.

**HR 238** (by M. González), Congratulating Caitlyn Ziegler of Grand Prairie High School on excelling at the Educators Rising 2021 National Conference.

**HR 239** (by M. González), Congratulating Savanna Rachael Hope Blake of Elgin High School on excelling at the Educators Rising 2021 National Conference.

**HR 240** (by M. González), Congratulating Vivienne Linder of Elgin High School on excelling at the Educators Rising 2021 National Conference.

**HR 241** (by M. González), Congratulating Kyriana Garcia of Harlingen High School on excelling at the Educators Rising 2021 National Conference.

**HR 242** (by Shine), Commending Andrew Koenig Jr. for his service as a legislative aide in the office of State Representative Hugh Shine.

**HR 244** (by Toth), Commending Chad Robichaux for his heroism during the evacuation of civilians from Afghanistan.

**HR 248** (by Collier), Congratulating Ruth Ora Haley McAfee of Fort Worth on her 100th birthday.

**HR 249** (by Raymond), Commending Jesse Camarillo for his outstanding record of civic involvement.

**HR 250** (by Price), Commending McCade Smith and Tatum Neuwirth of Panhandle High School on their participation in the 2021 UIL Cross-Examination Policy Debate State Meet.

**HR 252** (by M. González, J. González, Zwiener, and J.E. Johnson), Honoring Adri Perez for working in behalf of the LGBTQIA+ communities in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 253** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Ricardo Martinez for his service to LGBTQIA+ communities. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain,

Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 254** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Emmett Schelling for his service to the LGBTQIA+ communities in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 255** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Andrea Segovia for her advocacy work in behalf of Texas LGBTQIA+ communities. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 256** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Priscilla A. Hale for her service to LGBTQIA+ communities in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 258** (by Gervin-Hawkins), Congratulating Martha Mangum on her retirement as executive director of the Real Estate Council of San Antonio.

**HR 259** (by Martinez), Congratulating Mike R. Perez on his retirement as the city manager of Weslaco.

**HR 260** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Anna Nguyen for her years of advocacy work in behalf of Central Texas LGBTQIA+ communities. (Allison, Anderson, C. Bell, K. Bell, Bonnen,

Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 262** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending the Reverend Dr. Neil G. Cazares-Thomas for his service to the LGBTQIA+ communities of Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 263** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Dr. Brenda Risch for working in behalf of the LGBTQIA+ communities in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 264** (by C. Bell), Honoring Tim Halfin for his assistance in the safe return of a missing child in Grimes County.

**HR 265** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Alicia Roth Weigel for her service to the LGBTQIA+ communities of Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 266** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Angela Hale for her service to the LGBTQIA+ communities of Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause,

Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 267** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Rebecca Marques for her service to LGBTQIA+ communities in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 268** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Ash Hall for working in behalf of the LGBTQIA+ communities of Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 269** (by M. González, J. González, Zwiener, and J.E. Johnson), Honoring Rachel Hill of Dallas for her advocacy work in behalf of LGBTQIA+ communities. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 270** (by M. González, J. González, Zwiener, and J.E. Johnson), Commending Jessica Shortall of Dallas for her advocacy work in behalf of the LGBTQIA+ community in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 272** (by Bernal), Commending Adelyn Vigil for her advocacy work in behalf of the transgender youth community in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 273** (by Bernal), Commending Libby Gonzales for her advocacy work in behalf of the transgender youth community in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 274** (by Bernal), Commending Maya Stanton of Houston for her advocacy work in behalf of the transgender youth community in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 275** (by Bernal), Commending Sunny Bryant for her advocacy work in behalf of the transgender youth community in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 276** (by J. González), Commending LGBTQIA+ students for their advocacy work on behalf of the transgender youth community in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 278** (by Slaton), Congratulating David Collier for making a hole-in-one at the Sulphur Springs Country Club golf course.

**HR 281** (by Martinez), Congratulating Wilbert and Mary Cardenas of Weslaco on their 50th wedding anniversary.

**HR 282** (by Minjarez), Commending the Honorable Lyle Larson on his service in the Texas House of Representatives.

**HR 283** (by Minjarez), Commending Lynlie Wallace for her service as chief of staff in the office of State Representative Lyle Larson.

**HR 284** (by Zwiener and A. Johnson), Commending Kai Shappley for her advocacy work in behalf of the transgender youth community in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 285** (by Zwiener and A. Johnson), Commending Kimberly Shappley for her advocacy in behalf of the transgender youth community in Texas. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 287** (by Holland), Congratulating Melaney McDaniel Loar of Rockwall on her induction into the Sterling College Athletics Hall of Fame.

**HR 288** (by Burrows), Congratulating Karey Barton on his retirement from the Texas Comptroller of Public Accounts.

**HR 289** (by Raymond), Recognizing November 8, 2021, as USA Savate World Pugilist Hall of Fame Day.

**HR 290** (by Leach), Commemorating the 40th anniversary of the Texas Bar College.

**HR 291** (by Guillen), Congratulating Live Oak County Judge Jim Huff on his retirement.

**HR 292** (by Morrison), Commemorating the 125th anniversary of the city of Nordheim.

**HR 294** (by Guillen), Congratulating Emilio Garza on his retirement as the Precinct 4 commissioner of the Live Oak County Commissioners Court.

**HR 295** (by Guillen), Congratulating Donna Mills on her retirement from the Live Oak County Commissioners Court.

The resolutions were adopted.

The following memorial resolutions were laid before the house:

**HCR 17** (by Craddick), In memory of James Coley Cowden.

**HR 125** (by Lopez), In memory of Freddie Alonzo Rangel of San Antonio.

**HR 126** (by Lopez), In memory of the Reverend Dr. Aristide Brown Sr.

**HR 130** (by Lopez), In memory of Louis Guerra Gonzaba Sr. of San Antonio.

**HR 132** (by Herrero), In memory of Leonel Rios Sr. of Taft.

**HR 133** (by White), In memory of Robert Charles Thomas.

**HR 134** (by Morrison), In memory of Russell Charles Janecka of Victoria.

**HR 142** (by Kacal), In memory of Phillip J. "Phil" Gerik of Waco.

**HR 143** (by C. Turner), In memory of Shirley Ann Johnson.

**HR 145** (by Herrero), In memory of Lena D. Wilson.

**HR 146** (by Darby), In memory of Byron E. "Sonny" Cleere of San Angelo.

**HR 148** (by Wu), In memory of Manuel Valdes "Manny" LaFont Jr.

**HR 150** (by Ramos), In memory of Eroletta Piasczyk.

**HR 160** (by Kacal), In memory of Chantal Vessali of College Station.

**HR 243** (by Oliverson), In memory of Joseph Ralph Beatty.

**HR 245** (by Wu), In memory of Nick Rodriguez of Pasadena.

**HR 246** (by Wu), In memory of Fnan Measho of Houston.

**HR 247** (by Wu), In memory of Eric Augustine Orduna of Houston.

**HR 251** (by M. González, J. González, Zwiener, and J.E. Johnson), In memory of transgender advocate and journalist Monica Roberts of Houston. (Allison, Anderson, C. Bell, K. Bell, Bonnen, Buckley, Burns, Burrows, Cain, Cason, Cook, Craddick, Cyrier, Dean, Frullo, Gates, Geren, Harless, Harris, Harrison, Hefner, Holland, Hull, Jetton, K. King, P. King, Klick, Krause, Landgraf, Leman, Lozano, Metcalf, Middleton, Morrison, Noble, Oliverson, Parker, Patterson, Paul, Price, Raney, Sanford, Schaefer, Schofield, Shaheen, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, E. Thompson, Tinderholt, VanDeaver, Vasut, White, and Wilson recorded voting no.)

**HR 257** (by White), In memory of Danny "Bear" Williams of the Alabama-Coushatta Reservation.

**HR 261** (by Price), In memory of Starling Thomas Morris of Amarillo.

**HR 271** (by Guillen), In memory of Cruz Cervantes of Raymondville.

**HR 277** (by Ortega), In memory of The University of Texas at El Paso president emerita Dr. Diana Natalicio.

**HR 279** (by Guillen), In memory of Lafayette "Tres" Moore III.

**HR 280** (by Guillen), In memory of Irene Lucy Lorrine Mlcak of Sealy.

**HR 293** (by Guillen), In memory of Duval County judge Gilbert N. Saenz.

**SCR 4** (Hefner - House Sponsor), In memory of Billy Ray Herring.

**SCR 6** (Hefner - House Sponsor), In memory of Marice Densal Wilson.

**SCR 7** (Hefner - House Sponsor), In memory of James W. Odom.

**SCR 8** (Hefner - House Sponsor), In memory of Linda Gay Galbraith Wall.

The resolutions were unanimously adopted by a rising vote.

### HOUSE AT EASE

At 5:05 p.m., the chair announced that the house would stand at ease.

(Speaker in the chair)

The chair called the house to order at 5:17 p.m.

### HOUSE AT EASE

At 5:18 p.m., the chair announced that the house would stand at ease until 6 p.m. today.

The chair called the house to order at 7:10 p.m.

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 2).

### BILLS AND JOINT RESOLUTIONS ON FIRST READING AND REFERRAL TO COMMITTEES

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. (See the addendum to the daily journal, Referred to Committees, List No. 3.)

### SJR 2 - NOTICE GIVEN

At 7:11 p.m., pursuant to the provisions of Rule 14, Section 4, of the House Rules, the speaker announced that Representative Button would, in one hour, move to suspend the regular order of business and all necessary rules to take up and immediately consider **SJR 2** on second reading.

### RECESS

Representative Burns moved that the house recess until 8:15 p.m. today.

The motion prevailed.

The house accordingly, at 7:12 p.m., recessed until 8:15 p.m. today.

### NIGHT SESSION

The house met at 8:57 p.m. and was called to order by the speaker.

## MESSAGES FROM THE SENATE

Messages from the senate were received at this time (see the addendum to the daily journal, Messages from the Senate, Message Nos. 3 and 4).

## HR 297 - NOTICE OF INTRODUCTION

Pursuant to Rule 13, Section 9(f), of the House Rules, the chair announced the introduction of **HR 297**, suspending the limitations on the conferees for **SB 8**.

## BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, House List No. 4).

## SB 6 - CONFERENCE COMMITTEE REPORT ADOPTED

Representative Hunter submitted the conference committee report on **SB 6**.

## PARLIAMENTARY INQUIRY

REPRESENTATIVE C. TURNER: We're pulling up a conference committee report on **SB 6**. Is that right?

SPEAKER PHELAN: That is correct.

C. TURNER: When were the conferees on **SB 6** appointed?

SPEAKER: They were appointed yesterday, Mr. Turner.

C. TURNER: What time yesterday, Mr. Speaker?

SPEAKER: I do not have the exact time, Mr. Turner.

C. TURNER: Were members present on the floor when conferees were appointed on **SB 6**?

SPEAKER: Mr. Turner, the house was in session when the conferees were appointed.

C. TURNER: Were the conferees appointed at a time after we had gone into recess but before the time at which the house was scheduled to reconvene?

SPEAKER: Mr. Turner, the house was in session when the conferees were appointed.

C. TURNER: Was there an opportunity given for members to object to the motion to appoint conferees or an opportunity for members to make a motion to instruct conferees?

SPEAKER: Mr. Turner, no objections were made and no instructions were offered.

C. TURNER: Is that because no members were present?

SPEAKER: No objections were made and no objections were offered, Mr. Turner.

C. TURNER: Are you aware that there is, as best we can find, there is no archive video recording on the house website of the motion to appoint conferees and to go to conference?

SPEAKER: Mr. Turner, the chair is not advised.

C. TURNER: Is all activity on the house floor required under house rules to be videotaped and then archived on the house website so the public has a record of the proceedings of our body?

SPEAKER: Mr. Turner, it is required to be recorded.

C. TURNER: Is it not required to be on the website?

SPEAKER: Mr. Turner, there's not an express requirement to be on the website.

### SB 6 - REMARKS

REPRESENTATIVE HUNTER: What I'm going to give you is an update in connection with **SB 6**. This is the congressional redistricting that we debated thoroughly the other evening. As you're aware, it went to a conference committee, and I'm going to give you generally what I know. First of all, the conference committee report largely reflects the bill as passed by the house but varies just very, very simply. In El Paso County, the conference made some changes to include a little more of Fort Bliss in CD 23 but otherwise keeps the Moody amendment to keep Fort Bliss and El Paso communities of interest intact. I visited with Mr. Moody and he was involved with my discussion. The other was the Landgraf amendment. Just basically, the senate did not want the Landgraf amendment. So we discussed and I talked with Mr. Landgraf, and we basically agreed that we would take it out. So both gentlemen I talked to were aware.

And the Landgraf amendment, so you know—I believe the Guillen amendment was basically kept and the Raney amendment, I recall. And I'm going to let you know that as a result of the removal of the Landgraf amendment, some of the other districts affected, I was informed, had to be adjusted. It was my understanding that arrived with the senate and they took the lead. We resolved the other impacts. I don't have a lot of detail, but senate and house primarily worked it out, and it's basically the same bill that we talked about with those two things. And that's about as much detail as I can provide.

REPRESENTATIVE ANCHIA: Was there any disagreement between the house and the senate on Congressional District 20? In either bill?

HUNTER: Disagreement?

ANCHIA: Correct. In the house version of the bill or the senate version of the bill, was there any disagreement between either bill?

HUNTER: I'm not really clear on what you're saying, but I'm talking about the conference committee. There wasn't any disagreement. We just gave deference to the senate in our discussion.

ANCHIA: You signed the conference committee report, correct?

HUNTER: Yes I did, absolutely did.

ANCHIA: And I think all but one conferee on the house side signed the conference committee report. Is that correct?

HUNTER: All five senators and four of the five house members.

ANCHIA: Correct. And so Congressional District 20 was not impacted or touched on the senate side or on the house side and there was no disagreement between the house approach or the senate approach, correct?

HUNTER: I'm not going to agree with you on those comments. I'm going to tell you there was no disagreement in our visits with the senate. I gave them deference because they took a lot of the lead on the technicalities. So I've got to clarify that there wasn't a big argument. There wasn't a big debate. There was a casual discussion and we showed deference. And then they basically took the lead and I agreed.

ANCHIA: And so you agreed that there were no changes on CD 20 in either the house or the senate version because that happens to be fact. That happens to be accurate. And you signed the conference committee report, so I'm asking you if you recall that.

HUNTER: I'm going to tell you again. In the conference committee, we showed deference. Whether there's a disagreement of fact or a disagreement in purpose, that's not how I looked at dealing in the conference committee. What we've already discussed in the body of the bill on the house floor we've already gone through. But the way I looked at it, we go to the senate and we try to work things out. Sometimes they take more of a lead than we do, general principles. This seemed to be fairly agreeable, deferential. I felt very good that house and senate were working together. So where I kind of disagree is the terminology that there may have been a disagreement or an agreement here. It was more of a general discussion showing deference. They developed it, and I went over the general purposes with our members.

ANCHIA: I'll use a different term, then—differences. Were there differences in the house map and the senate map with respect to Congressional District 20?

HUNTER: I do not have the specific details. I discussed with the senate. I agreed with them in principle. They felt that this was a matter we could all agree on, and I let them take the lead.

ANCHIA: When you talked about changes made after the Landgraf amendment was removed, you said you needed to resolve some impacts on surrounding districts. Is that correct?

HUNTER: I think what I said is that as a result of the removal of the Landgraf amendment, some of the other districts affected had to be adjusted—

ANCHIA: For what purpose?

HUNTER: —and these matters had to be resolved with whatever the impact. So I listened to our senate and I let them take the lead. They told me that they felt that the matters were handled, and I took their lead with it.

ANCHIA: What were those impacts?

HUNTER: I told you I don't have the specifics. It was a general discussion. I gave them deference in thought.

ANCHIA: Was it population deviation?

HUNTER: I just told you the specifics. I just relied on them in general.

ANCHIA: You don't know what those impacts were. You simply expressed to the body that there were impacts on surrounding districts.

HUNTER: Correct.

ANCHIA: So if I'm saying it back to you, what I think I'm hearing is that you deferred to the senate. You deferred to the senate, and they basically drew it up, and you listened to them, and you signed it.

HUNTER: We believe that all the modification changes were effectively essential to resolving the matters that had been raised. As you indicated, some agreed and some disagreed maybe on other issues when we discussed it on the house floor. But I believe the changes that they developed and took the lead on we followed, and that's what we did.

ANCHIA: And tell me the process for resolving those differences. You said you deferred to them but they explained to you—what did they explain to you?

HUNTER: I had contact with the senate. I visited with various members on the floor. I then—and it was more than just these issues—but I talked to a lot of the members on the floor. I gave an update to our house members that I would be visiting with the senate. I then went over and conferred with the chair of Senate Redistricting and we both had discussions. And I cannot tell you how may times, but we had quite a bit of them. It seemed to be very amicable, very general. They discussed the Landgraf amendment, from what I can tell, just on a general basis. I talked to Mr. Landgraf and told him that they generally had some thoughts. He was agreeable to pulling it down.

### SB 6 - POINT OF ORDER

Representative Anchia raised a point of order against further consideration of the conference committee report on **SB 6** under Rule 13, Section 9(d)(1), of the House Rules. The point of order was overruled and the speaker submitted the following ruling:

### RULING BY THE SPEAKER

on Senate Bill 6 (Conference Committee Report)

Announced in the House on October 18, 2021

Representative Anchia raises a point of order against further consideration of the conference committee report on **SB 6** under Rule 13, Section 9(d)(1), of the House Rules on the grounds that the conferees exceeded their authority without permission.

Mr. Anchia notes that the structure of Congressional District 20 was the same in both the Senate and House versions of the bill and thus was not a matter in disagreement between the two houses. He concedes that the structure of Congressional District 35, which abuts Congressional District 20, was a matter in disagreement.

He argues, however, that the report's swap of territory between Congressional District 20 and Congressional District 35 to resolve disagreement over the latter was not permitted under the rule because it was not "essential to the effective resolving of the matter in disagreement."

The rule grants conferees wide latitude to resolve differences in redistricting bills and expressly relaxes the usual rule of strict construction. Congressional District 35 abuts three districts, including Congressional District 20. Congressional District 20 abuts Congressional District 23, the western portion of which was in disagreement and was adjusted by the conferees. The conferees exercised their discretion in determining the districts essential to resolving all matters in disagreement in Bexar County. The Chair declines to disturb that determination absent manifest evidence that they abused that discretion.

Accordingly, the point of order is overruled.

## REMARKS ORDERED PRINTED

Representative C. Turner moved to print all remarks on **SB 6**.

The motion prevailed.

Representative C. Turner moved to print remarks between the speaker and Representative C. Turner on **SB 6**.

The motion prevailed.

## BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, Senate List No. 2).

## SB 6 - (consideration continued)

REPRESENTATIVE C. TURNER: Members, I will not be long, but I have to note, as we prepare to vote on the conference committee report to **SB 6**, that to the very end, this process is plagued by irregularities and departures from our normal procedures in the Texas House of Representatives, as I alluded to in my parliamentary inquiries to the chair a few minutes ago. Let's review what happened here Saturday night into Sunday morning. Sunday morning, at 1:32 a.m., Representative Phil King moved that the house stand in recess pending administrative matters. After we all left the chamber, we received a message from the senate. That's not unusual. But immediately, according to the *House Journal*, on the motion of Representative Clardy, the house granted the request of the senate for the appointment of a conference committee on **SB 6**. The chair then announced the appointment of the conference committee on the part of the house. And then, at 1:50 a.m., the house again recessed until 4 p.m. on Sunday.

Now, I acknowledge that it is not unusual for the house to stand in recess pending administrative matters. We do that all the time to received bills, read and refer bills, and yes, at times, grant the request of the senate to appoint a conference committee and appoint conferees, although that is not usual. That's fairly unusual. However, I've never seen it done in my six terms here on a bill that involves such controversy and such disagreement amongst the membership. Generally on bills like that, those motions to grant a conference committee and to appoint conferees is done with the membership present because members at times may want to object to the granting of the senate's request for a conference committee. Perhaps we want to stick with the bill that the house passed as is and not conference it. Perhaps members want to offer a motion to instruct the conferees. But members did not have that opportunity because this conference committee was appointed in the dead of the night when no one was here.

What's worse, when we try and go back and see exactly what happened and how it happened and who was here, we can't see that because there's no video. If you go on the house website, the last video you'll see for Saturday night/Sunday morning is the house adjourned at 1:32 a.m. The next video doesn't pick up until later that day at 4 p.m. when the house came back in. So why is there no video? Why do we not have a record of what transpired when the conferees were appointed?

And so this is the last and most recent example of irregularities and departures from normal procedures in this process that we've seen throughout—a rushed committee process, a 24-hour posting, 12 hours for Texans to sign up to testify virtually, and a late Saturday afternoon/evening convening of the house to take up a matter of the utmost importance, the redistricting of our 38 U.S. congressional districts. Again, a bill that was passed in the dead of the night. And here we are again, past 10 o'clock at night, about to give it final approval. This is not the process that I think any of us want to see on any bill but particularly one of this importance, and I think the people of Texas deserve better. I ask that you vote no on the conference committee report.

REPRESENTATIVE LANDGRAF: I do want to urge all of you to vote for the conference committee report on **SB 6**, But I also want to make sure that it's very clear that we all understand, in spite of Chairman Turner's remarks a few moments ago here on the floor, there is evidence that's archived on the house website showing that at 1:49 a.m. on October 17, Speaker Phelan made the announcement granting the request of the senate here on the floor of the house. That was made in conjunction with Representative Clardy. That is available, and I just want to make sure that the record is clear on that particular issue. With that in mind and with all the other work that has gone into this conference committee report and the preceding bill, I again urge each of you to vote in favor of the conference committee report on **SB 6**.

ANCHIA: What we're doing in passing this congressional map is a disservice to the people of Texas. What we're doing is hurtful to millions of Texans. It's shameful. And I'd love to be able to say it is a stain on the legacy of voting rights,

but that seems to be the playbook decade after decade after decade in this state. The only time that communities of color specifically can get justice is when they have to go to the courthouse.

This body, however, should not support an electoral map that blatantly ignores the growth in this state. If you ask someone—if you ask an elementary school kid—you say, hey, 95 percent of the growth in this state, that very same growth that accounted for the two new congressional districts into this state, were from people of color. Do you think we should allow communities of interest, communities of color, to maybe exert some political influence in congressional districts that we've imported into this state? I think anybody who believes in fundamental fairness, justice, and representative democracy would say, yeah, that's probably right. That's probably right. That's fair. And we've done just the opposite.

So even though 95 percent of all the growth was from people of color, two new districts will be majority Anglo and existing districts are diluted across the state. Where they're packed and cracked just to maintain power. And you know that's wrong. And because you know it's wrong, it's intentional that we're doing it. You know, I can't make it make sense. I can't make it make sense from the answers that are given up here. I can't make it make sense mathematically. I can't make it make sense morally. It just doesn't make any sense. And so when you strip away all the pretext that we've heard, there are very few explanations that remain.

Chair Turner talked about the process, right? We heard over and over again from people, hey, give the public a lot of time to review these maps. Let's take our time in developing these maps. Let's listen to different communities when we do these maps. And we did just the opposite. It was voted out of committee on the same day we finished debating the house map proposal. And even after long hours of public testimony, we didn't listen to the people. And a few days ago, we spent more time on the house floor drawing the home of our colleague into a different district so that that member can run for congress, and I honor that member for at least being transparent about it. And then the conference committee goes in secret and does the same thing for another member. It was said on the senate side by the chair of the conference committee—yeah, absolutely, we did that, and it was at that member's request. Yet when Texans come and request and request and request and plea and beg, we ignore them. We ignore them.

And so little consideration was given to amendments that really would have empowered communities across this state. Questions about those amendments and the reasons for opposing them were really never treated in depth, never given serious consideration. But the record is clear. This map decreases the number of districts in which Hispanics make a majority of eligible voters from eight to seven, despite 50 percent of all the growth being from the Hispanic community. And **SB 6** also decreases the districts in which black Texans make up a majority of eligible voters. And the votes from cities and suburbs of and around El Paso, San Antonio, Austin, Houston, Dallas, Fort Worth are intentionally diluted. In one of the cities that I represent, Irving, they've taken the heart of the district—I represent it along with Representative Meza and Representative

Johnson—they've gone up and grabbed that and like a long arm, dragged it into rural communities that are very different, that are not communities of interest. The partisan performance is going to result in decreases for democratic candidates in one district and a three-district increase for republican candidates. And that's intentional. And even after the conference committee, even after all this testimony, even after the debate, even after all the amendments, this map, Representative Raymond, reduces the number of Hispanic and black majority eligible voter districts.

I said it a few days ago and I'm here to tell you again. You're ignoring the census data. You didn't listen to the experts. And you're ignoring the voices of Texans who have spoken out against this map. And I'm not originally a Texan, but I got here as soon as I could, Chairman Hunter. I've been here since 1986. And regardless of the place of my birth, I love this great state, Chairman Raymond. I love this state just like you do. I'm really proud that a Texan, Lyndon Baines Johnson, risked political capital and his future to pass the Voting Rights Act. I'm very, very proud of that, that it was a Texan. And I'm proud that George W. Bush, another Texan, governor, reauthorized the Voting Rights Act with broad bipartisan support. So we're going to continue to ask the courts to seek justice for Texas voters, for the millions of Texas voters that deserve to have their voices heard and their freedom to vote.

REPRESENTATIVE CROCKETT: You've heard from Chairman Anchia about the fact that this bill lacks in any sense of justice, fairness, and morality. When I was elected, just in July of last year, I knew that this seat did not belong to me. I knew that my seat belonged to the people of Texas. Sadly enough, what redistricting has shown me is that everyone seemingly has an interest in making sure that their personal interest is served. We are here allegedly to serve approximately 30 million people in the State of Texas. We are here to serve at their pleasure and not the other way around. Yet sadly enough, when we look at the house maps, the senate maps, and even these congressional maps, it is clear that the people in this house seemingly forgot who we work for. We don't work for ourselves. We're supposed to work for the people of the State of Texas. So I'm urging all of you to vote against this bill.

This bill is not fair, and it's definitely not moral. And when we're entrusted to write the laws for the State of Texas, the last thing that we need to do is have responses such as "I'm not advised." I don't know how many times we heard "I'm not advised" when we're talking about things such as whether or not these maps would dilute the representation of minorities in this state, in a state in which minorities are the majority. That's not how we are supposed to do business. We're supposed to be bigger and better than that, especially in the State of Texas. We're supposed to be advised, and we're supposed to be advised to do what's right. And so the only right thing to do now is to vote against this.

Representative Hunter moved to adopt the conference committee report on **SB 6**.

The motion to adopt the conference committee report on **SB 6** prevailed by (Record 143): 84 Yeas, 59 Nays, 1 Present, not voting.

Yeas — Allison; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Biedermann; Bonnen; Buckley; Burns; Burrows; Button; Cain; Capriglione; Cason; Clardy; Cook; Craddick; Cyrier; Darby; Dean; Dutton; Frank; Frullo; Gates; Geren; Goldman; Guillen; Harless; Harris; Harrison; Hefner; Holland; Huberty; Hull; Hunter; Jetton; Kacal; King, K.; King, P.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Lozano; Metcalf; Meyer; Middleton; Morrison; Murphy; Murr; Noble; Oliverson; Paddie; Parker; Patterson; Paul; Price; Raney; Rogers; Sanford; Schaefer; Schofield; Shaheen; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Thompson, E.; Tinderholt; Toth; VanDeaver; Vasut; White; Wilson.

Nays — Allen; Anchia; Bernal; Bowers; Bucy; Campos; Cole; Coleman; Collier; Cortez; Crockett; Davis; Deshotel; Dominguez; Fierro; Gervin-Hawkins; González, J.; González, M.; Goodwin; Hernandez; Herrero; Hinojosa; Howard; Israel; Johnson, A.; Johnson, J.D.; Johnson, J.E.; King, T.; Longoria; Lopez; Lucio; Martinez; Meza; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Muñoz; Neave; Ordaz Perez; Ortega; Perez; Ramos; Raymond; Reynolds; Romero; Rose; Rosenthal; Sherman; Talarico; Thierry; Thompson, S.; Turner, C.; Turner, J.; Vo; Walle; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra.

Absent — Beckley; Canales; Martinez Fischer; Rodriguez.

### HR 143 - NAMES ADDED

On motion of Representative C. Turner, the names of all the members of the house were added to **HR 143** as signers thereof.

### ADDRESS BY REPRESENTATIVE MURPHY

The chair recognized Representative Murphy who addressed the house, speaking as follows:

I'm here to give you two speeches tonight, the first of this kind and my last. I want to give thanks to God first for the incredible opportunity afforded to me over the past 14 years. Through him all things are possible and to him be all the glory. I want to thank my wife, Kathleen, and our family for their support and for their sacrifice. I'm looking forward to spending some more time with them. I greatly appreciate the support my constituents have showed sending me here, and I hope I've done well with the duties entrusted to me.

I really appreciate the people that I've gotten to work with as staffers in my campaign office, here in the Capitol office, through the caucus, and through our committees. They are and always will be family to us. Thank you and work harder. I need to thank all those people that help all of us, and that's the people here in the Capitol complex, particularly those here in the house chamber with us who've made my job a pleasure—the doorkeepers, the sergeants, the clerks, even the parliamentarians. We need all the help we can get.

And I turn to you, my dear colleagues. Yes, I will miss you, but I'd like to expand on that message just a bit. I came here in 2007. I was sworn in and served under Speaker Craddick. I sat, Jon Rosenthal, in that very corner desk that you're seated in. In 2007—that was a long time ago. Or was it? Or was it the blink of an eye? You're right. It's both.

It was my great fortune, right between my first and second sessions, to talk to a former colleague of ours. And he told me, Murph, I never knew how much power we had until I left. He was really sad. That was a message that resonated with me, and I pass it on to you and hope it will motivate you as it has me over the years. Ladies and gentlemen, carpe diem.

I turn to my classmates, and I know that leaving with me will be Tan and Eddie, my brothers. Remaining with you serving will be Donna, Ana, and Drew, brothers and sisters, part of a great class. You'll be in great shape. You'll carry on our legacy. It's truly a balance, three leave and then there are three.

This place has quite a history. You're part of it. Look around. Look at these composite photos. Every two years we bring in a new one and we move the other ones. And they all move over a bit, like the hands of a clock ticking, marking our time here. If these pictures could talk, what would they say? Well, maybe a lot of bad words, but mostly they would talk about their achievements. They would talk about their successes. They would talk about their failures. Because back then, whenever that was, they faced the same challenges we do because they're trying to answer that one fundamental question—how do we live together? How do we do that?

We are those people sent here to answer that question. Out of 30 million Texans, 181 are chosen. We few—we lucky few, we band of brothers and sisters—have that privilege, honor, and duty. We are the ones that Luke was talking about in 12:48 when he said, to those entrusted with much, much will be required. And to those entrusted with more, more will be demanded. You probably know we are those people entrusted with more, and we are those people of whom more is demanded. You all will do great. Truly, colleagues, to paraphrase Abraham Lincoln: The world will little note nor long remember what I say here, but it will never forget what we've done here.

May God continue to bless your good work here. May God bless each and every one of you and your families. As St. Patrick said, God above you, God below you, God behind you, God before you, God beside you all the days of your lives. And Mr. Speaker, members, for one last time I ask, may God bless Texas.

### REMARKS ORDERED PRINTED

Representative Goldman moved to print remarks by Representative Murphy.

The motion prevailed.

### SJR 2 - RULES SUSPENDED
### HOUSE SPONSOR AUTHORIZED

Representative Meyer moved to suspend Rule 8, Section 5(d), of the House Rules to designate Representatives Allen, Allison, Anchia, Anderson, Ashby, Bailes, C. Bell, K. Bell, Biedermann, Bonnen, Bowers, Buckley, Bucy, Burns,

Burrows, Cain, Campos, Capriglione, Cason, Clardy, Cole, Collier, Cook, Cortez, Crockett, Cyrier, Darby, Davis, Dean, Dutton, Fierro, Frullo, Gates, Geren, Gervin-Hawkins, Goldman, J. González, M. González, Goodwin, Guillen, Harless, Harris, Harrison, Hefner, Hernandez, Holland, Howard, Hull, Hunter, Jetton, A. Johnson, J.E. Johnson, K. King, P. King, T. King, Klick, Krause, Kuempel, Landgraf, Leach, Leman, Longoria, Lopez, Lozano, Metcalf, Meyer, Meza, Middleton, Minjarez, Moody, C. Morales, E. Morales, Morales Shaw, Morrison, Murphy, Neave, Noble, Oliverson, Ortega, Patterson, Paul, Perez, Price, Ramos, Raney, Raymond, Reynolds, Rogers, Romero, Rose, Rosenthal, Schaefer, Schofield, Shaheen, Sherman, Shine, Slaton, Slawson, Smith, Smithee, Spiller, Stephenson, Stucky, Swanson, Thierry, E. Thompson, S. Thompson, Tinderholt, Toth, C. Turner, J. Turner, VanDeaver, Vasut, Walle, White, Wilson, Wu, and Zwiener as house sponsors and co-sponsors to **SJR 2**.

The motion prevailed.

### SJR 2 ON SECOND READING
### (Button, Meyer, Thierry, Bonnen, and Walle - House Sponsors)
### RULES SUSPENDED

Representative Button moved to suspend the regular order of business and all necessary rules to take up and consider at this time **SJR 2**.

The motion prevailed.

The chair laid before the house, on its second reading,

**SJR 2**, A joint resolution proposing a constitutional amendment increasing the amount of the residence homestead exemption from ad valorem taxation for public school purposes.

**SJR 2** was read second time and was adopted by (Record 144): 147 Yeas, 0 Nays, 0 Present, not voting.

Yeas — Mr. Speaker(C); Allen; Allison; Anchia; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harless; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman;

Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Absent, Excused — Guerra.

Absent — Beckley.

### HR 297 - ADOPTED
### (by Bonnen)

Without objection, the following privileged resolution was laid before the house:

**HR 297**

BE IT RESOLVED, BY THE House of Representatives of the State of Texas, that House Rule 13, Section 9, be suspended in part as provided by House Rule 13, Section 9(f) to enable consideration of, and action on, the following specific matters which may be contained in the Conference Committee Report on **SB 8**.

A.  Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 4. DEPARTMENT OF STATE HEALTH SERVICES: COVID-19 SERVICES. (a) The amount of $2,000,000,000 is appropriated to the Department of State Health Services from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 during the period beginning on the effective date of this Act and ending January 1, 2023, for the following purposes related to costs incurred during the period beginning March 3, 2021, and ending January 1, 2023, due to the coronavirus disease pandemic:

(1)  providing funding for surge staffing at state and local hospitals, long-term care facilities, psychiatric hospitals, and nursing facilities;

(2)  purchasing therapeutic drugs, including drugs for monoclonal antibody treatments; and

(3)  providing funding for the operation of regional infusion centers.

(b)  Notwithstanding Section 13.05, page IX-64, Chapter 1053 (**SB 1**), Acts of the 87th Legislature, Regular Session, 2021 (the General Appropriations Act), the Department of State Health Services shall expend any Coronavirus State Fiscal Recovery Funds freed-up as a result of reimbursements received by the Department of State Health Services from the Federal Emergency Management Agency related to expenditures paid from money appropriated under Subsection (a) of this section only after prior approval of the Legislative Budget Board.

B.  Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 6. DEPARTMENT OF CRIMINAL JUSTICE:
COMPENSATION. (a) The amount of $359,673,191 is appropriated to the
Department of Criminal Justice from money received by this state from the
Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established
under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited
to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing
compensation for agency employees for the state fiscal year beginning September
1, 2021.

(b) The Department of Criminal Justice shall:

(1) in consultation with the comptroller of public accounts and the
Legislative Budget Board, determine the proper allocation of benefits included in
the appropriations made under Subsection (a) of this section; and

(2) identify the strategies and objectives for which the appropriations
made under Subsection (a) of this section are directed.

(c) It is the intent of the legislature that the Department of Criminal Justice
consider the appropriations as a change in the method of finance of the
compensation to be paid to agency employees and not as an increase in total
appropriations to the agency.

C. Suspend House Rule 13, Section 9a (4) to allow the Conference
Committee to add text on any matter which is not included in either the House or
Senate version of the bill to read as follows:

SECTION 8. HIGHER EDUCATION COORDINATING BOARD:
TEXAS CHILD MENTAL HEALTH CARE CONSORTIUM. (a) The amount of
$113,082,887 is appropriated to the Higher Education Coordinating Board from
money received by this state from the Coronavirus State Fiscal Recovery Fund
(42 U.S.C. Section 802) established under the American Rescue Plan Act of
2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief
Fund No. 325 for the purpose of supporting the operations and expansion of the
Texas Child Mental Health Care Consortium to expand mental health initiatives
for children, pregnant women, and women who are up to one year postpartum
during the two-year period beginning on the effective date of this Act. At the
direction of the Texas Child Mental Health Care Consortium, the Higher
Education Coordinating Board shall transfer appropriations through interagency
contracts with health-related institutions of higher education for the following
purposes:

(1) $20,578,442 for enhancements and expansion of the Child
Psychiatry Access Network;

(2) $56,218,976 for enhancements and expansion of the Texas Child
Access Through Telemedicine program;

(3) $32,991,791 for expansion of the child and adolescent mental
health workforce; and

(4) $3,293,676 for administrative expenses.

(b) Not later than December 1, 2021, out of money appropriated by
Subsection (a) of this section, the Higher Education Coordinating Board shall
transfer $3,293,676 to an institution of higher education designated by the Texas

Child Mental Health Care Consortium for oversight and evaluation of the outlined initiatives by means of interagency agreements or any other necessary contracts.

(c)  The Texas Child Mental Health Care Consortium may transfer up to 10 percent of money appropriated for the purposes described by Subsection (a)(1), (2), or (3) of this section to any of the other purposes described by those provisions. The Texas Child Mental Health Care Consortium may transfer more than 10 percent of funds for those purposes only with the prior approval for the transfer and expenditure from the Legislative Budget Board. A request for approval of the transfer and expenditure by the consortium is considered approved unless the Legislative Budget Board issues a written disapproval within 10 business days of the receipt and review of the request by the Legislative Budget Board.

(d)  Out of money appropriated by Subsection (a) of this section, the Texas Child Mental Health Care Consortium may enhance the Child Psychiatry Access Network to improve perinatal mental health services.

D.  Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 10.  HIGHER EDUCATION COORDINATING BOARD: UNIVERSITY CONSTRUCTION. (a) Contingent on legislation by the 87th Legislature, 3rd Called Session, 2021, relating to the issuance of tuition revenue bonds, becoming law, the amount of $325,000,000 is appropriated to the Higher Education Coordinating Board from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of university construction during the two-year period beginning on the effective date of this Act.

(b)  If an appropriation made under Subsection (a) of this section for any reason is determined by the United States Department of the Treasury or any other qualified state or federal authority to have been made for an improper use:

(1)  the appropriated money may not be spent and shall be retained in the treasury and available for later legislative appropriation; and

(2)  an amount equal to the amount of the appropriation that was determined to have been made for an improper use is appropriated from the general revenue fund to the Higher Education Coordinating Board for the purpose and period described by Subsection (a) of this section.

E.  Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 16.  DEPARTMENT OF STATE HEALTH SERVICES: RIO GRANDE VALLEY. The amount of $16,700,000 is appropriated to the Department of State Health Services from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited

to the credit of the Coronavirus Relief Fund No. 325 for the purpose of upgrading existing laboratory facilities associated with a level 1 trauma facility in Hidalgo County and new laboratory infrastructure in Starr County during the two-year period beginning on the effective date of this Act.

F. Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 25. DEPARTMENT OF INFORMATION RESOURCES: CYBERSECURITY PROJECTS. (a) The amount of $200,000,000 is appropriated to the Department of Information Resources for deposit into the Technology Improvement and Modernization Fund No. 187 and for use during the two-year period beginning on the effective date of this Act for the purpose of cybersecurity projects from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325. Before spending money appropriated under this subsection, the department must receive approval for the proposed cybersecurity projects from the Joint Oversight Committee on Investment in Information Technology Improvement and Modernization Projects established under Section 2054.578, Government Code.

(b) The capital budget authority of the Department of Information Resources in Chapter 1053 (**SB 1**), Acts of the 87th Legislature, Regular Session, 2021 (the General Appropriations Act), is increased by $200,000,000 for the appropriation made under Subsection (a) of this section.

G. Suspend House Rule 13, Section 9b (4) to allow the Conference Committee to exceed the amount of an item of appropriation contained in one version of the bill to read as follows:

SECTION 31. DEPARTMENT OF TRANSPORTATION: PRESIDIO CUSTOMS INSPECTION STATION. The amount of $15,500,000 is appropriated to the Department of Transportation from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing funding for a customs inspection station on the South Orient Rail Line in Presidio, Texas, during the two-year period beginning on the effective date of this Act.

H. Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 32. TEACHER RETIREMENT SYSTEM: TRS-CARE AND TRS-ACTIVECARE. (a) The amount of $286,337,761 is appropriated to the Teacher Retirement System from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited

to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing funding during the two-year period beginning on the effective date of this Act for coronavirus-related claims in TRS-Care and TRS-ActiveCare.

(b) It is the intent of the legislature that premiums for TRS-Care and TRS-ActiveCare insurance policies not increase as a result of coronavirus-related claims.

(c) Notwithstanding Subsection (b) of this section, it is the intent of the legislature that the premiums for TRS-Care and TRS-ActiveCare programs be calculated and adjusted taking into consideration the money appropriated under this section.

I. Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 33. HEALTH AND HUMAN SERVICES COMMISSION: STAFFING NEEDS. (a) The amount of $378,300,000 is appropriated to the Health and Human Services Commission from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing funding during the two-year period beginning on the effective date of this Act for the Health and Human Services Commission to administer one-time grants related to providing critical staffing needs resulting from frontline health care workers affected by COVID-19, including recruitment and retention bonuses for staff:

(1) of nursing facilities, assisted living facilities, home health agencies, and facilities that serve persons with intellectual or developmental disabilities in an intermediate care facility for individuals with intellectual disabilities or related conditions (ICF/IID); or

(2) who provide community attendant services.

(b) It is the intent of the legislature that the Health and Human Services Commission prioritize grants to grantees that comply with the reporting requirements prescribed by Rider 143 (Health and Human Services Commission), Chapter 1053 (**SB 1**), Acts of the 87th Legislature, Regular Session, 2021 (the General Appropriations Act), the reporting requirements established by Chapter 588 (**SB 809**), Acts of the 87th Legislature, 2021, or equivalent reporting requirements established by the Health and Human Services Commission.

(c) Annually, the Health and Human Services Commission shall report to the Legislative Budget Board the grants awarded under this section. The report must include, for the year covered by the report, the amount of grants awarded, the award recipients, and the total amount of each grant used by the recipient. The report must be submitted to the Legislative Budget Board not later than December 1 of the year in which the report is due.

(d) Of the amount appropriated under Subsection (a) of this section:

(1) $200,000,000 shall be used only for grants for nursing facilities; and

(2) $178,300,000 shall be used only for grants for assisted living facilities, home health agencies, community attendants, and facilities that serve persons with intellectual or developmental disabilities in an intermediate care facility for individuals with intellectual disabilities or related conditions (ICF/IID).

(e) It is the intent of the legislature that the Health and Human Services Commission consider federal COVID-19 relief money received by providers when allocating the money described by Subsection (d)(2) of this section.

J. Suspend House Rule 13, Section 9b (4) to allow the Conference Committee to exceed the amount of an item of appropriation contained in one version of the bill to read as follows:

SECTION 34. DEPARTMENT OF STATE HEALTH SERVICES: FEDERALLY QUALIFIED HEALTH CENTER INCUBATOR PROGRAM. The amount of $20,000,000 is appropriated to the Department of State Health Services from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for use during the two-year period beginning on the effective date of this Act for the Federally Qualified Health Center Incubator Program.

K. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 35. DEPARTMENT OF STATE HEALTH SERVICES: EMERGENCY MEDICAL SERVICES. (a) The amount of $21,700,000 is appropriated to the Department of State Health Services from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing funding for emergency medical response service staffing, including:

(1) funding for programs to incentivize and increase the number of Emergency Medical Technicians (EMTs) and paramedics that provide care on an ambulance, including funding for emergency medical services workforce development initiatives at regional advisory councils; and

(2) funding for Emergency Medical Services (EMS) education programs, including distance learning programs, to increase the number of EMTs and paramedics graduating from EMS education programs.

(b) It is the intent of the legislature that, consistent with state law, the Department of State Health Services prioritize funding appropriated under Subsection (a) of this section for rural and underserved areas.

L. Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 36. PARKS AND WILDLIFE DEPARTMENT: EDUCATION AND OUTREACH GRANTS. The amount of $40,000,000 is appropriated to the Parks and Wildlife Department from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 to be used during the two-year period beginning on the effective date of this Act for the purpose of providing funding for grants throughout this state as authorized by other law and consistent with Strategy C.2.1., Outreach and Education, as listed in Chapter 1053 (**SB 1**), Acts of the 87th Legislature, Regular Session, 2021 (the General Appropriations Act).

M. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 39. TEXAS A&M UNIVERSITY: INSTITUTE FOR A DISASTER RESILIENT TEXAS. (a) The amount of $1,150,000 is appropriated to Texas A&M University - Galveston from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing funding to the Institute for a Disaster Resilient Texas.

(b) Out of amounts appropriated by Subsection (a) of this section:

(1) $1,000,000 may be used only for Digital Flood Risk Infrastructure for Underserved Communities; and

(2) $150,000 may be used only for office space in Houston.

N. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 40. TEXAS TECH UNIVERSITY AND UNIVERSITY OF HOUSTON: INSTITUTIONAL ENHANCEMENTS. The amount of $100,000,000 is appropriated from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for institutional enhancement during the two-year period beginning on the effective date of this Act to the following entities and in the following amounts:

(1) $50,000,000 to Texas Tech University; and

(2) $50,000,000 to the University of Houston.

O. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 41. COMPTROLLER OF PUBLIC ACCOUNTS: TEXAS SAFE KEEPING TRUST FUND. (a) The amount of $100,000,000 is appropriated to the comptroller of public accounts from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for immediate deposit to an account or fund to be managed by the Texas Treasury Safekeeping Trust Company as trustee for the benefit of the State Preservation Board to maintain the Bob Bullock State History Museum.

(b) If an appropriation made under Subsection (a) of this section for any reason is determined by the United States Department of the Treasury or any other qualified state or federal authority to have been made for an improper use:

(1) the appropriated money may not be spent and shall be retained in the treasury and available for later legislative appropriation; and

(2) an amount equal to the amount of the appropriation that was determined to have been made for an improper use is appropriated from the general revenue fund to the comptroller of public accounts for the purpose described by Subsection (a) of this section.

P. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 42. PARKS AND WILDLIFE DEPARTMENT: TEXAS STATE AQUARIUM CENTER. The amount of $3,000,000 is appropriated to the Parks and Wildlife Department from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing funding to the Texas State Aquarium Center for wildlife research during the two-year period beginning on the effective date of this Act.

Q. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 43. UNIVERSITY OF TEXAS AT AUSTIN: MARINE SCIENCE INSTITUTE HOUSING REPLACEMENT. The amount of $3,000,000 is appropriated to the University of Texas at Austin from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of

2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing funding for the Marine Science Institute student housing replacement for the two-year period beginning on the effective date of this Act.

R. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 44. TEXAS EDUCATION AGENCY: PROGRAM ENHANCEMENTS. The amount of $3,000,000 is appropriated to the Texas Education Agency from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing funding for the big brothers and big sisters program technological staff enhancements for the two-year period beginning on the effective date of this Act.

S. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 45. UNIVERSITY OF TEXAS AT AUSTIN: BRISCOE GARNER MUSEUM. The amount of $235,000 is appropriated to the University of Texas at Austin from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 to the University of Texas at Austin for the Briscoe Garner Museum for the two-year period beginning on the effective date of this Act.

T. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 46. HIGHER EDUCATION COORDINATING BOARD: RURAL VETERINARIANS GRANT PROGRAM. The amount of $1,000,000 is appropriated to the Higher Education Coordinating Board from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of providing funding for the rural veterinarians grant program for the two-year period beginning on the effective date of this Act.

U. Suspend House Rule 13, Section 9b (5) to allow the Conference Committee to add an item of appropriation that is not in either version of the bill to read as follows; Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 47. STATE PRESERVATION BOARD: MAINTENANCE AND CAPITAL IMPROVEMENT PROJECTS. (a) The amount of $25,000,000 is appropriated to the State Preservation Board from money received by this state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 for the purpose of maintenance and capital improvement projects during the state fiscal biennium beginning September 1, 2021.

(b)  The capital budget authority of the State Preservation Board in Chapter 1053 (**SB 1**), Acts of the 87th Legislature, Regular Session, 2021 (the General Appropriations Act), is increased by $25,000,000 for the appropriation made under Subsection (a) of this section.

V. Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 48. DEPARTMENT OF STATE HEALTH SERVICES AND HEALTH AND HUMAN SERVICES COMMISSION: FEDERAL FUNDS FOR HOSPITALS. It is the intent of the Legislature that the Department of State Health Services and the Health and Human Services Commission, in distributing any money received from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) and deposited to the credit of the Coronavirus Relief Fund No. 325 distribute the money appropriated by this Act to entities that are subject to the hospital price transparency public disclosure requirements required by 45 C.F.R. Sections 180.10 - 180.60 and, on implementation of rules adopted under the chapter, by Chapter 327, Health and Safety Code.

W. Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 49. REPORT ON FEDERAL FUNDS BY LEGISLATIVE BUDGET BOARD. (a) The Legislative Budget Board, in consultation with the comptroller of public accounts, shall report on the board's Internet website:

(1)  for each political subdivision in this state, an informational listing of any money appropriated by this Act and received by the subdivision; and

(2)  for each state agency and each institution of higher education that receives money appropriated by this Act, an informational listing of the following:

(A)  the amount of money received by the agency or institution;

(B)  the federal legislation that authorized distribution of the money to the state, agency, or institution and the state legislation, if applicable, that appropriated the money to the agency or institution;

(C)  the amount of money spent by the agency or institution;

(D)  the allowable uses for which the agency or institution may spend money received by the agency or institution and the purposes for which the agency or institution has spent the money;

(E)  the amount of money received by the agency or institution:

(i)  that the agency or institution has not spent; and

(ii)  that the agency or institution may spend without further appropriation; and

(F)  the time during which money received by the agency or institution was spent by the agency or institution, including the remaining time in which the agency or institution may spend the money without further appropriation.

(b)  This section does not apply to a hospital licensed under Chapter 241, Health and Safety Code, or a hospital owned and operated by this state.

(c)  It is the intent of the legislature that information required to be provided in a report on the Legislative Budget Board's Internet website under Subsection (a) of this section must be updated not less than once during each fiscal quarter and once on the first day of each fiscal quarter that occurs on or after December 1, 2021, until at least December 1, 2028.

X.  Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 50.  LEGISLATIVE  INTENT  REGARDING APPROPRIATIONS. (a) It is the intent of the legislature that the appropriations made by this Act:

(1)  are one-time appropriations made for the purpose of addressing the needs of this state for the two-year period beginning on the effective date of this Act; and

(2)  be used:

(A)  only for purposes authorized by state and federal law, including guidance issued by the United States Department of the Treasury in 86 Fed. Reg. 26786 (May 17, 2021); and

(B)  before all other methods of finance, if more than one method of finance is available for the applicable purpose.

(b)  Except as specifically provided otherwise by this Act, it is the intent of the legislature that, if the United States Department of the Treasury or any other qualified state or federal authority determines that an appropriation made by this Act has been made for an improper use, the appropriated money not be spent and shall be retained in the treasury and available for later legislative appropriation.

Y.  Suspend House Rule 13, Section 9a (4) to allow the Conference Committee to add text on any matter which is not included in either the House or Senate version of the bill to read as follows:

SECTION 51.  APPROPRIATION AUTHORITY UNDER FEDERAL LAW. The appropriations made under Sections 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, and 47 of this Act using money received by this

state from the Coronavirus State Fiscal Recovery Fund (42 U.S.C. Section 802) established under the American Rescue Plan Act of 2021 (Pub. L. No. 117-2) are made in accordance with 42 U.S.C. Section 802(c)(1)(C), which allows money from the Coronavirus State Fiscal Recovery Fund to be used to provide government services to the extent of a reduction in the revenue of a state government caused by the COVID-19 public health emergency relative to revenues collected in the most recent full fiscal year of the state government that ended before that emergency.

**HR 297** was adopted by (Record 145): 146 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harless; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra.

Absent — Beckley.

### SB 8 - CONFERENCE COMMITTEE REPORT ADOPTED

Without objection, Representative Bonnen submitted the conference committee report on **SB 8**.

Representative Bonnen moved to adopt the conference committee report on **SB 8**.

The motion to adopt the conference committee report on **SB 8** prevailed by (Record 146): 145 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins;

Goldman; González, J.; González, M.; Goodwin; Guillen; Harless; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra.

Absent — Beckley; Lucio.

The chair stated that **SB 8** was passed subject to the provisions of Article III, Section 49a, of the Texas Constitution.

### HR 299 - NOTICE OF INTRODUCTION

Pursuant to Rule 13, Section 9(f), of the House Rules, the chair announced the introduction of **HR 299**, suspending the limitations on the conferees for **SB 1**.

### HR 299 - ADOPTED
### (by Meyer)

Without objection, the following privileged resolution was laid before the house:

### HR 299

BE IT RESOLVED by the House of Representatives of the State of Texas, 87th Legislature, 3rd Called Session, 2021, That House Rule 13, Section 9(a), be suspended in part as provided by House Rule 13, Section 9(f), to enable the conference committee appointed to resolve the differences on **SB 1** (an increase in the amount of the exemption of residence homesteads from ad valorem taxation by a school district and the protection of school districts against the resulting loss in local revenue) to consider and take action on the following matter:

House Rule 13, Section 9(a)(4), is suspended to permit the committee to add text on a matter not included in either the house or senate version of the bill by adding the following new SECTIONS to the bill:

SECTION 1.  Section 11.13(b), Tax Code, is amended to read as follows:

(b)  An adult is entitled to exemption from taxation by a school district of $40,000 [$~~25,000~~] of the appraised value of the adult's residence homestead, except that only $5,000 of the exemption applies to an entity operating under former Chapter 17, 18, 25, 26, 27, or 28, Education Code, as those chapters existed on May 1, 1995, as permitted by Section 11.301, Education Code.

SECTION 2. Section 46.071, Education Code, is amended by amending Subsections (a), (b), and (c) and adding Subsections (a-1), (b-1), and (c-1) to read as follows:

(a)  Beginning with the 2015-2016 school year and continuing through the 2021-2022 school year, a school district is entitled to additional state aid under this subchapter to the extent that state and local revenue used to service debt eligible under this chapter is less than the state and local revenue that would have been available to the district under this chapter as it existed on September 1, 2015, if the increase in the residence homestead exemption under Section 1-b(c), Article VIII, Texas Constitution, and the additional limitation on tax increases under Section 1-b(d) of that article as proposed by **SJR 1**, 84th Legislature, Regular Session, 2015, had not occurred.

(a-1)  Beginning with the 2022-2023 school year, a school district is entitled to additional state aid under this subchapter to the extent that state and local revenue used to service debt eligible under this chapter is less than the state and local revenue that would have been available to the district under this chapter as it existed on September 1, 2021, if any increase in the residence homestead exemption under Section 1-b(c), Article VIII, Texas Constitution, as proposed by the 87th Legislature, 3rd Called Session, 2021, had not occurred.

(b)  Subject to Subsections (c), (d), and (e) [(e) (e)], additional state aid under this section through the 2021-2022 school year is equal to the amount by which the loss of local interest and sinking revenue for debt service attributable to the increase in the residence homestead exemption under Section 1-b(c), Article VIII, Texas Constitution, and the additional limitation on tax increases under Section 1-b(d) of that article as proposed by **SJR 1**, 84th Legislature, Regular Session, 2015, is not offset by a gain in state aid under this chapter.

(b-1)  Subject to Subsections (c-1), (d), and (e), additional state aid under this section beginning with the 2022-2023 school year is equal to the amount by which the loss of local interest and sinking revenue for debt service attributable to any increase in the residence homestead exemption under Section 1-b(c), Article VIII, Texas Constitution, as proposed by the 87th Legislature, 3rd Called Session, 2021, is not offset by a gain in state aid under this chapter.

(c)  For the purpose of determining state aid under Subsections (a) and (b) [this section], local interest and sinking revenue for debt service is limited to revenue required to service debt eligible under this chapter as of September 1, 2015, including refunding of that debt, subject to Section 46.061. The limitation imposed by Section 46.034(a) does not apply for the purpose of determining state aid under this section.

(c-1)  For the purpose of determining state aid under Subsections (a-1) and (b-1), local interest and sinking revenue for debt service is limited to revenue required to service debt eligible under this chapter as of September 1, 2021, including refunding of that debt, subject to Section 46.061. The limitation imposed by Section 46.034(a) does not apply for the purpose of determining state aid under this section.

SECTION 3. Subchapter F, Chapter 48, Education Code, is amended by adding Section 48.2543 to read as follows:

Sec. 48.2543. ADDITIONAL STATE AID FOR HOMESTEAD EXEMPTION. (a) Beginning with the 2022-2023 school year, a school district is entitled to additional state aid to the extent that state and local revenue under this chapter and Chapter 49 is less than the state and local revenue that would have been available to the district under this chapter and Chapter 49 as those chapters existed on September 1, 2021, if any increase in the residence homestead exemption under Section 1-b(c), Article VIII, Texas Constitution, as proposed by the 87th Legislature, 3rd Called Session, 2021, had not occurred.

(b) The lesser of the school district's currently adopted maintenance and operations tax rate or the adopted maintenance and operations tax rate for the 2021 tax year is used for the purpose of determining additional state aid under Subsection (a).

SECTION 4. The comptroller of public accounts may adopt rules for the purpose of implementing and administering the changes in law made by this Act, including rules relating to the form of certain information required to be provided by tax officials and the date on which the information must be provided.

SECTION 5. Section 11.13, Tax Code, as amended by this Act, applies beginning with the 2022 tax year.

Explanation: The addition is necessary to increase the amount of the exemption of residence homesteads from ad valorem taxation by a school district from $25,000 to $40,000, protect school districts against the resulting loss in local revenue, authorize the comptroller of public accounts to adopt rules to implement the change in law made by **SB 1**, and provide that the change in law made by **SB 1** to Section 11.13, Tax Code, takes effect beginning with the 2022 tax year.

**HR 299** was adopted by (Record 147): 146 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harless; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra.

Absent — Beckley.

## HR 300 - NOTICE OF INTRODUCTION

Pursuant to Rule 13, Section 9(f), of the House Rules, the chair announced the introduction of **HR 300**, suspending the limitations on the conferees for **SB 52**.

## SB 1 - CONFERENCE COMMITTEE REPORT ADOPTED

Without objection, Representative Meyer submitted the conference committee report on **SB 1**.

Representative Meyer moved to adopt the conference committee report on **SB 1**.

The motion to adopt the conference committee report on **SB 1** prevailed by (Record 148): 146 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Cason; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harless; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Lambert; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra.

Absent — Beckley.

## LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business in the district:

Lambert on motion of Stucky.

## MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 5).

## HR 300 - ADOPTED
### (by Bonnen)

Without objection, the following privileged resolution was laid before the house:

**HR 300**

BE IT RESOLVED by the House of Representatives of the State of Texas, 87th Legislature, 3rd Called Session, 2021, That House Rule 13, Section 9(a), be suspended in part as provided by House Rule 13, Section 9(f), to enable the conference committee appointed to resolve the differences on **SB 52** (the issuance of revenue bonds to fund capital projects at public institutions of higher education, the oversight of certain capital projects at those institutions, and the designation of certain appropriated funds allocated to those institutions) to consider and take action on the following matter:

(1)  House Rule 13, Section 9(a)(1), is suspended to permit the committee to amend text not in disagreement in SECTION 2 of the bill, in added Section 55.1791(a)(5), Education Code, by striking "infrastructure upgrades to address accessibility for persons with disabilities and health and safety issues" and substituting "an Agricultural Multipurpose Education and Training Center".

Explanation: This change is necessary to enable The Texas A&M University System to issue revenue bonds to finance an Agricultural Multipurpose Education and Training Center at Texas A&M University–Commerce.

(2)  House Rule 13, Section 9(a)(4), is suspended to permit the committee to add text on a matter not included in either the house or senate version of the bill in SECTION 2 of the bill, in added Section 55.1793(a)(2), Education Code, to read as follows:

and

(C)  $52,409,972 for construction of the Sugar Land Academic Building 2;

Explanation: This addition is necessary to enable the University of Houston System to issue revenue bonds to finance construction of the Sugar Land Academic Building 2 at the University of Houston.

## MIDNIGHT

The proceedings continued after 12 a.m. and the following actions occurred on Tuesday, October 19:

**HR 300** was adopted by (Record 149): 144 Yeas, 1 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bailes; Bell, C.; Bell, K.; Bernal; Biedermann; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Cain; Campos; Canales; Capriglione; Clardy; Cole; Coleman; Collier; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Deshotel; Dominguez;

Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; González, M.; Goodwin; Guillen; Harless; Harris; Harrison; Hefner; Hernandez; Herrero; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Israel; Jetton; Johnson, A.; Johnson, J.D.; Johnson, J.E.; Kacal; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Larson; Leach; Leman; Longoria; Lopez; Lozano; Lucio; Martinez; Martinez Fischer; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ordaz Perez; Ortega; Paddie; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Sanford; Schaefer; Schofield; Shaheen; Sherman; Shine; Slaton; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Swanson; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Toth; Turner, C.; Turner, J.; VanDeaver; Vasut; Vo; Walle; White; Wilson; Wu; Zwiener.

Nays — Cason.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Lambert.

Absent — Beckley.

### SB 52 - CONFERENCE COMMITTEE REPORT ADOPTED

Without objection, Representative Bonnen submitted the conference committee report on **SB 52**.

Representative Bonnen moved to adopt the conference committee report on **SB 52**.

The motion to adopt the conference committee report on **SB 52** prevailed by (Record 150): 111 Yeas, 4 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bell, C.; Bell, K.; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Capriglione; Clardy; Cole; Cook; Cortez; Craddick; Crockett; Cyrier; Darby; Davis; Dean; Dominguez; Dutton; Fierro; Frank; Frullo; Gates; Geren; Gervin-Hawkins; Goldman; González, J.; Goodwin; Guillen; Harris; Hefner; Hinojosa; Holland; Howard; Hull; Hunter; Jetton; Johnson, A.; Johnson, J.D.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Leach; Leman; Longoria; Lopez; Lozano; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Muñoz; Murphy; Murr; Neave; Noble; Oliverson; Ortega; Parker; Patterson; Paul; Perez; Price; Ramos; Raney; Raymond; Reynolds; Rodriguez; Rogers; Romero; Rose; Rosenthal; Shaheen; Sherman; Shine; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Talarico; Thierry; Thompson, E.; Thompson, S.; Tinderholt; Turner, C.; Turner, J.; VanDeaver; Walle; White; Wilson; Wu; Zwiener.

Nays — Cain; Harrison; Schaefer; Vasut.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Lambert.

Absent — Bailes; Beckley; Bernal; Biedermann; Campos; Canales; Cason; Coleman; Collier; Deshotel; González, M.; Harless; Hernandez; Herrero; Huberty; Israel; Johnson, J.E.; Kacal; King, K.; Larson; Lucio; Martinez; Martinez Fischer; Ordaz Perez; Paddie; Sanford; Schofield; Slaton; Swanson; Toth; Vo.

## STATEMENT OF VOTE

When Record No. 150 was taken, I was in the house but away from my desk. I would have voted yes.

K. King

### SB 5 - RULES SUSPENDED

Representative Patterson moved to suspend all necessary rules to take up and consider at this time the conference committee report on **SB 5**.

The motion prevailed by (Record 151): 97 Yeas, 10 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bell, K.; Bonnen; Bowers; Buckley; Bucy; Burns; Burrows; Button; Clardy; Cole; Cook; Cortez; Cyrier; Darby; Davis; Dean; Dutton; Fierro; Frank; Frullo; Geren; Gervin-Hawkins; Goldman; Goodwin; Guillen; Harless; Harris; Hefner; Hinojosa; Holland; Howard; Huberty; Hull; Hunter; Jetton; Johnson, A.; King, K.; King, P.; King, T.; Klick; Krause; Kuempel; Landgraf; Leach; Leman; Longoria; Lopez; Lozano; Metcalf; Meyer; Meza; Minjarez; Moody; Morales, C.; Morales, E.; Morrison; Murphy; Murr; Neave; Noble; Oliverson; Ortega; Parker; Patterson; Paul; Perez; Raymond; Reynolds; Rodriguez; Rogers; Rose; Rosenthal; Shaheen; Sherman; Shine; Slawson; Smith; Smithee; Spiller; Stephenson; Stucky; Talarico; Thierry; Thompson, E.; Thompson, S.; Turner, C.; Turner, J.; VanDeaver; Walle; Wilson; Wu; Zwiener.

Nays — Bell, C.; Craddick; Gates; Harrison; Middleton; Raney; Schaefer; Tinderholt; Vasut; White.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Lambert.

Absent — Bailes; Beckley; Bernal; Biedermann; Cain; Campos; Canales; Capriglione; Cason; Coleman; Collier; Crockett; Deshotel; Dominguez; González, J.; González, M.; Hernandez; Herrero; Israel; Johnson, J.D.; Johnson, J.E.; Kacal; Larson; Lucio; Martinez; Martinez Fischer; Morales Shaw; Muñoz; Ordaz Perez; Paddie; Price; Ramos; Romero; Sanford; Schofield; Slaton; Swanson; Toth; Vo.

## STATEMENTS OF VOTE

When Record No. 151 was taken, I was temporarily out of the house chamber. I would have voted yes.

Crockett

When Record No. 151 was taken, I was shown voting no. I intended to vote yes.

Raney

### SB 5 - CONFERENCE COMMITTEE REPORT ADOPTED

Representative Patterson submitted the conference committee report on **SB 5**.

Representative Patterson moved to adopt the conference committee report on **SB 5**.

The vote of the house was taken on the motion to adopt the conference committee report on **SB 5** and the vote was announced yeas 106, nays 23.

A verification of the vote was requested and was granted.

The roll of those voting yea and nay was again called and the verified vote resulted, as follows (Record 152): 91 Yeas, 19 Nays, 1 Present, not voting.

Yeas — Allen; Allison; Anchia; Anderson; Ashby; Bell, K.; Bernal; Bonnen; Bowers; Buckley; Bucy; Burns; Button; Clardy; Cole; Cook; Cortez; Crockett; Cyrier; Darby; Davis; Dean; Dutton; Fierro; Frank; Frullo; Geren; Gervin-Hawkins; Goldman; Goodwin; Harless; Hinojosa; Howard; Huberty; Hull; Hunter; Jetton; Johnson, A.; King, K.; King, P.; King, T.; Krause; Landgraf; Leach; Longoria; Lopez; Lozano; Metcalf; Meyer; Meza; Middleton; Minjarez; Moody; Morales, C.; Morales, E.; Morales Shaw; Morrison; Murphy; Neave; Noble; Oliverson; Ortega; Parker; Patterson; Paul; Perez; Price; Raney; Raymond; Reynolds; Rodriguez; Rogers; Rose; Rosenthal; Shaheen; Sherman; Shine; Smith; Smithee; Stucky; Talarico; Thierry; Thompson, E.; Thompson, S.; Turner, C.; Turner, J.; Vasut; Walle; Wilson; Wu; Zwiener.

Nays — Bell, C.; Burrows; Craddick; Gates; Guillen; Harris; Harrison; Hefner; Holland; Klick; Kuempel; Leman; Schaefer; Slawson; Spiller; Stephenson; Tinderholt; VanDeaver; White.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Guerra; Lambert.

Absent — Bailes; Beckley; Biedermann; Cain; Campos; Canales; Capriglione; Cason; Coleman; Collier; Deshotel; Dominguez; González, J.; González, M.; Hernandez; Herrero; Israel; Johnson, J.D.; Johnson, J.E.; Kacal; Larson; Lucio; Martinez; Martinez Fischer; Muñoz; Murr; Ordaz Perez; Paddie; Ramos; Romero; Sanford; Schofield; Slaton; Swanson; Toth; Vo.

The chair stated that the motion to adopt the conference committee report on **SB 5** prevailed by the above vote.

### STATEMENT OF VOTE

When Record No. 152 was taken, I was temporarily out of the house chamber. I would have voted no.

Murr

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 6).

### LEAVES OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of illness:

M. González on motion of Fierro.

The following members were granted leave of absence for the remainder of today because of important business in the district:

Capriglione on motion of Cook.

Kacal on motion of K. King.

Larson on motion of Price.

Murr on motion of Landgraf.

Paddie on motion of K. King.

Swanson on motion of Middleton.

### PROVIDING FOR ADJOURNMENT SINE DIE

At 12:44 a.m. Tuesday, October 19, Representatives White and Davis moved that, at the conclusion of the receiving of messages from the senate and the signing of bills and resolutions, the house stand adjourned sine die in memory of Colin Powell, former Secretary of State of the United States.

The motion prevailed.

The chair called the house to order at 1:30 a.m.

### BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, Senate List No. 3).

### ADJOURNMENT SINE DIE

In accordance with a previous motion, Speaker Phelan, at 1:30 a.m. Tuesday, October 19, pronounced the House of Representatives of the Third Called Session of the Eighty-Seventh Legislature adjourned sine die.

--------------------------------

## **ADDENDUM**

--------------------------------

### **REFERRED TO COMMITTEES**

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

**List No. 1**

**HR 288** (By Burrows), Congratulating Karey Barton on his retirement from the Texas Comptroller of Public Accounts.
To Resolutions Calendars.

**HR 289** (By Raymond), Recognizing November 8, 2021, as USA Savate World Pugilist Hall of Fame Day.
To Resolutions Calendars.

**HR 290** (By Leach), Commemorating the 40th anniversary of the Texas Bar College.
To Resolutions Calendars.

**HR 291** (By Guillen), Congratulating Live Oak County Judge Jim Huff on his retirement.
To Resolutions Calendars.

**HR 292** (By Morrison), Commemorating the 125th anniversary of the city of Nordheim.
To Resolutions Calendars.

**HR 293** (By Guillen), In memory of Duval County judge Gilbert N. Saenz.
To Resolutions Calendars.

**HR 294** (By Guillen), Congratulating Emilio Garza on his retirement as the Precinct 4 commissioner of the Live Oak County Commissioners Court.
To Resolutions Calendars.

**HR 295** (By Guillen), Congratulating Donna Mills on her retirement from the Live Oak County Commissioners Court.
To Resolutions Calendars.

**List No. 2**

**SCR 8** to Resolutions Calendars.

**List No. 3**

**SJR 2** to Ways and Means.

### **SIGNED BY THE SPEAKER**

The following bills and resolutions were today signed in the presence of the house by the speaker:

**House List No. 3**

  **HB 25**

**House List No. 4**

  **HB 133**, **HCR 8**, **HCR 16**, **HCR 17**

**Senate List No. 1**

  **SB 4**, **SB 7**, **SCR 3**

**Senate List No. 2**

  **SCR 4**, **SCR 6**, **SCR 7**, **SCR 8**

**Senate List No. 3**

  **SB 1**, **SB 5**, **SB 6**, **SB 8**, **SB 52**, **SJR 2**

## MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, October 18, 2021 - 2

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HCR 8**              Hull              SPONSOR: Buckingham
Designating the third Monday in October as Domestic Violence Survivors' Day for a 10-year period beginning in 2021.

**SCR 8**              Hughes              SPONSOR: Hefner
In memory of Linda Gay Galbraith Wall.

THE SENATE HAS REFUSED TO CONCUR IN THE HOUSE AMENDMENTS TO THE FOLLOWING MEASURES AND REQUESTS THE APPOINTMENT OF A CONFERENCE COMMITTEE TO ADJUST THE DIFFERENCES BETWEEN THE TWO HOUSES:

**SB 52**
Senate Conferees: Creighton - Chair/Bettencourt/Nelson/Springer/West

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 2**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, October 18, 2021 - 3

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the
following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HB 133**                    Jetton                    SPONSOR: Huffman
Relating to education benefits at public institutions of higher education for certain
survivors of public servants.

**HCR 16**                    Craddick                    SPONSOR: Perry
Congratulating Kenneth and Susan Jastrow on their receipt of the Santa Rita
Award by The University of Texas System Board of Regents.

**HCR 17**                    Craddick                    SPONSOR: Perry
In memory of James Coley Cowden.

**SJR 2**                    Bettencourt                    SPONSOR: Button
Proposing a constitutional amendment increasing the amount of the residence
homestead exemption from ad valorem taxation for public school purposes.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 3**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, October 18, 2021 - 4

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the
following action:

THE SENATE HAS ADOPTED THE FOLLOWING CONFERENCE
COMMITTEE REPORTS:

**SB 5**                    (28 Yeas, 3 Nays)
**SB 8**                    (31 Yeas, 0 Nays)

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 4**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, October 18, 2021 - 5

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS ADOPTED THE FOLLOWING CONFERENCE COMMITTEE REPORTS:

**SB 6** (18 Yeas, 13 Nays)

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 5**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, October 18, 2021 - 6

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS ADOPTED THE FOLLOWING CONFERENCE COMMITTEE REPORTS:

**SB 1** (31 Yeas, 0 Nays)

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 6**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Tuesday, October 19, 2021

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS ADOPTED THE FOLLOWING CONFERENCE COMMITTEE REPORTS:

**SB 52**                         (30 Yeas, 1 Nay)

Respectfully,
Patsy Spaw
Secretary of the Senate

---

**APPENDIX**

**ENGROSSED**

**October 17** - **HB 133**

**ENROLLED**

**October 17** - **HB 25**

**October 18** - **HB 133**, **HCR 8**, **HCR 16**, **HCR 17**

**SENT TO THE GOVERNOR**

**October 18** - **HB 1**, **HCR 14**

**October 19** - **HB 25**, **HB 133**, **HCR 8**, **HCR 16**, **HCR 17**

**SIGNED BY THE GOVERNOR**

**October 25** - **HB 1**, **HB 25**, **HB 133**, **HCR 8**, **HCR 10**, **HCR 14**, **HCR 16**, **HCR 17**