UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 |
| v. | § § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:21-cv-299 |
| STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, | § § § | [Consolidated Case] |
| *Defendants.* | § § | |

**EXHIBIT K**

**PLAN C185 DISTRICT MAPS**



# DISTRICT 1

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185 2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

TLC



# DISTRICT 2

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 3

## U.S. Congressional Districts
Enacted by the 82nd Legislature, 2011
### PLANC185

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185   2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34



# DISTRICT 4

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185 2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

TLC



# DISTRICT 5

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 6

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185 2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

TLC



# DISTRICT 7

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 8

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185 2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

TLC



# DISTRICT 9

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185 2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

TLC



# DISTRICT 10

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 11

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185 2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

TLC



# DISTRICT 12

## U.S. Congressional Districts
Enacted by the 82nd Legislature, 2011
### PLANC185

**Cities**
*Census Designated Places (CDPs)*
COUNTIES
**PLANC185**

47076
2010 Census
PLANC185        2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

# DISTRICT 13

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 14

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



**DISTRICT 15**

**U.S. Congressional Districts**
Enacted by the 82nd Legislature, 2011
**PLANC185**

Cities

Census Designated Places (CDPs)

COUNTIES

PLANC185

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185    2011-06-15 10:04:31



### DISTRICT 16

**U.S. Congressional Districts**
Enacted by the 82nd Legislature, 2011
**PLANC185**

**16**

**23**

EL PASO
COUNTY

HUDSPETH
COUNTY

Anthony
Vinton
El Paso
Socorro
Clint
Horizon
City

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185   2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34



# DISTRICT 17

## U.S. Congressional Districts
Enacted by the 82nd Legislature, 2011
### PLANC185

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185   2011-06-15 10:04:31



# DISTRICT 18

## U.S. Congressional Districts
Enacted by the 82nd Legislature, 2011
**PLANC185**

Cities
*Census Designated Places (CDPs)*
COUNTIES
**PLANC185**

MONTGOMERY COUNTY

HARRIS COUNTY

FORT BEND COUNTY

BRAZORIA COUNTY

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185   2011-06-15 10:04:31



# DISTRICT 19

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 20

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



**DISTRICT 21**

**U.S. Congressional Districts**
Enacted by the 82nd Legislature, 2011
**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185      2011-06-15 10:04:31



# DISTRICT 22

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



**DISTRICT 23**

**U.S. Congressional Districts**
Enacted by the 82nd Legislature, 2011
**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185      2011-06-15 10:04:31



26
24
12
33
6
30
32
3
DENTON COUNTY
TARRANT COUNTY
DALLAS COUNTY
COLLIN COUNTY
Argyle
Corral City
Copper Canyon
Highland Village
Hickory Creek
The Colony
Frisco
Bartonville
Northlake
Double Oak
Lewisville
Flower Mound
Hebron
Plano
Roanoke
Trophy Club
Westlake
Carrollton
Coppell
Addison
Southlake
Farmers Branch
Keller
Grapevine
Colleyville
Dallas
Irving
North Richland Hills
University Park
Highland Park
Bedford
Euless
Hurst
Richland Hills
Haltom City
Fort Worth
Arlington
Grand Prairie

# DISTRICT 24

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185 2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

TLC



# DISTRICT 25

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 26

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185 2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

TLC



# DISTRICT 27

## U.S. Congressional Districts
Enacted by the 82nd Legislature, 2011
### PLANC185

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185    2011-06-15 10:04:31



# DISTRICT 28

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

47076
2010 Census
PLANC185 2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34

TLC



# DISTRICT 29

## U.S. Congressional Districts
Enacted by the 82nd Legislature, 2011
**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 30

## U.S. Congressional Districts
Enacted by the 82nd Legislature, 2011
**PLANC185**

Legend:
- ░░░ **Cities**
- ░░░ *Census Designated Places (CDPs)*
- ▭ COUNTIES
- ▮ **PLANC185**

47076
2010 Census
PLANC185   2011-06-15 10:04:31

Map ID 5002
07/28/21 13:03:34



# DISTRICT 31

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



26
24
3
32
4
5
6
30
COLLIN COUNTY
DENTON COUNTY
DALLAS COUNTY
ROCKWALL COUNTY
KAUFMAN COUNTY
Allen
Lucas
Parker
St. Paul
Wylie
Lavon
Plano
Murphy
The Colony
Hebron
Richardson
Sachse
Carrollton
Addison
Farmers Branch
Rowlett
Rockwall
Garland
University Park
Highland Park
Dallas
Heath
Mesquite
Sunnyvale
Forney
Balch Springs
Travis Ranch CDP

# DISTRICT 32

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

- Cities
- *Census Designated Places (CDPs)*
- COUNTIES
- **PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



**DISTRICT 33**

**U.S. Congressional Districts**
Enacted by the 82nd Legislature, 2011
**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185    2011-06-15 10:04:31



# DISTRICT 34

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 35

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

Cities

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC



# DISTRICT 36

## U.S. Congressional Districts

Enacted by the 82nd Legislature, 2011

**PLANC185**

**Cities**

*Census Designated Places (CDPs)*

COUNTIES

**PLANC185**

Map ID 5002
07/28/21 13:03:34

47076
2010 Census
PLANC185 2011-06-15 10:04:31

TLC