# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 3:21-cv-299 <br> [Consolidated Case] |

# EXHIBIT M

# DECLARATION OF JACK DISORBO

# DECLARATION OF JACK DISORBO

Pursuant to 28 U.S.C. § 1746, I, Jack Buckley DiSorbo, declare under penalty of perjury that the forgoing is true and correct.

1. My name is Jack Buckley DiSorbo. I am an attorney employed by the Office of the Attorney General of Texas, and assigned to represent the Defendants in the case captioned above. I am over the age of eighteen and otherwise competent to execute this declaration.

2. I execute this declaration in support of the Defendants' *Motion to Dismiss the United States' Complaint, Or, In the Alternative, For More Definite Statement.* I certify that I downloaded the following exhibits from the publicly-available websites referenced below.

| Exhibit | Name | Source |
| --- | --- | --- |
| A | Plan C2193 Map Analysis | https://data.capitol.texas.gov/dataset/b806b39a-4bab-4103-a66a-9c99bcaba490/resource/54155a32-537f-4425-a951-923457c5ffce/download/planc2193_map_report_package.pdf |
| B | Plan C2158 Map Analysis | https://data.capitol.texas.gov/dataset/bd3834ac-6700-472c-9f6a-aac0f823c43e/resource/4279d883-f98c-4c36-aa55-210ec6aba86c/download/planc2158_map_report_package.pdf |
| C | Texas House of Representatives Journal October 16, 2021 | https://journals.house.texas.gov/hjrnl/873/pdf/87C3DAY07CFINAL.PDF#page=28. |
| D | Plan C2127 Map Analysis | https://data.capitol.texas.gov/dataset/daae6212-5aca-48a0-b786-07ac9bb9955c/resource/6925791a-cb0b-47c4-bc7f-a6777872615b/download/planc2127_map_report_package.pdf |
| E | Plan C2124 Map Analysis | https://data.capitol.texas.gov/dataset/cab078c0-6468-41a2-b3ac-b262967b5d60/resource/8cc0ddcd-3bed-4853-a4a9-7407f4fecfd1/download/planc2124_map_report_package.pdf |
| F | Plan C2132 Map Analysis | https://data.capitol.texas.gov/dataset/4c56f5b5-291c-4e98-ad57-f9307fdc4461/resource/4c8f38aa-d8fd-49ea-9ca4-cd506ed7ca65/download/planc2132_map_report_package.pdf |
| G | Plan C2110 Map Analysis | https://data.capitol.texas.gov/dataset/e2329d39-ffdb-46a2-bf3f-85968f3a9f07/resource/dfea301e-21ca-4878-9b48-b3092d93ac6a/download/planc2110_map_report_package.pdf |

| Exhibit | Name | Source |
|---|---|---|
| H | Plan C2131 Map Analysis | https://data.capitol.texas.gov/dataset/052e73a9-9a47-49b7-88bc-9ac80642b54a/resource/9ba8e771-cc95-46a1-ac75-41f7eeaac5da/download/planc2131_map_report_package.pdf |
| I | Plan C2100 Map Analysis | https://data.capitol.texas.gov/dataset/d76b111c-63a8-4868-b937-2f689d61060b/resource/c1b6e82b-622a-4f13-b26d-375115a8f449/download/planc2100_map_report_package.pdf |
| J | Texas House of Representatives Journal October 18, 2021 | https://journals.house.texas.gov/hjrnl/873/pdf/87C3DAY10FINAL.PDF#page=24. |
| K | Plan C185 District Maps | https://data.capitol.texas.gov/dataset/e7fa7651-4d9b-461d-9351-277bc66e18a5/resource/28721698-6e12-4f02-b8f0-4b344a20ad31/download/planc185_map_districts_detail_11x17.pdf. |
| L | Plan H2316 Map Analysis | https://data.capitol.texas.gov/dataset/71af633c-21bf-42cf-ad48-4fe95593a897/resource/e8a63cb9-001b-4b1f-a7f8-9106cce80706/download/planh2316_map_report_package.pdf |

Executed on December 29, 2021.

*/s/ Jack Buckley DiSorbo*
Jack Buckley DiSorbo