IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS (LULAC), et al.,

            Plaintiffs,

     v.

GREGORY W. ABBOTT, et al.,

            Defendants.

Civil Action No. 3:21-cv-259
(DCG-JES-JVB)
(consolidated cases)

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

     The United States of America respectfully requests pursuant to Federal Rule of Civil Procedure 6(b) that the Court extend the date for the United States to respond to Defendants' motion to dismiss to January 24, 2022. Defendants do not oppose this request.

     The United States filed its Complaint in this action on December 6, 2021. Compl., *United States v. Texas*, 3:21-cv-299 (W.D. Tex.), ECF No. 1. Defendants filed a motion to dismiss on December 27, 2021. Mot. to Dismiss, ECF No. 111. By default, the deadline to respond to Defendants' motion is January 10, 2022. *See* W.D. Tex. L.R. CV-7(d)(2).

     Good cause exists to extend the United States' response deadline to January 24, 2022, in light of the upcoming holiday and travel schedules of counsel, so that the United States may properly prepare an opposition brief. Defendants do not oppose the requested extension and will not be prejudiced by the requested relief.

DATE: December 30, 2021

Respectfully submitted,

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Holly F.B. Berlin*                .
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALLISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

## CERTIFICATE OF CONFERRAL

 Pursuant to Local Rule CV-7(g), I hereby certify that on December 29, 2021, counsel for the United States conferred by email with counsel for Defendants regarding this request. Defendants do not oppose the requested relief.

            */s/ Holly F.B. Berlin*
            Holly F.B. Berlin
            Civil Rights Division
            U.S. Department of Justice
            950 Pennsylvania Ave, NW
            Washington, DC 20530
            (202) 532-3514
            holly.berlin@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on December 30, 2021, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

               */s/ Holly F.B. Berlin*
               Holly F.B. Berlin
               Civil Rights Division
               U.S. Department of Justice
               950 Pennsylvania Ave, NW
               Washington, DC 20530
               (202) 532-3514
               holly.berlin@usdoj.gov