IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

Before the Court is the United States' unopposed motion to extend the time for the United States to respond to Defendants' motion to dismiss. Upon consideration of the United States' motion, and for good cause shown, the motion is hereby GRANTED. It is hereby ORDERED that the United States shall file its response to Defendants' motion to dismiss by January 24, 2022.

Date: _____

_____
THE HONORABLE DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

And on behalf of:

| | | |
|---|---|---|
| HON. JERRY E. SMITH<br>UNITED STATES CIRCUIT JUDGE<br>U.S. COURT OF APPEALS, FIFTH CIRCUIT | -and- | HON. JEFFREY V. BROWN<br>UNITED STATES DISTRICT JUDGE<br>SOUTHERN DISTRICT OF TEXAS |