# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, | § § § | Civil Action |
| | § | |
| Plaintiffs | § | |
| | § | Case No. 21-cv-259-DCG-JES-JVB |
| v. | § | |
| | § | |
| STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE | § § | |
| STATE OF TEXAS, in his official capacity, and JOHN SCOTT, | § § | |
| SECRETARY OF STATE OF TEXAS, in his official capacity | § § | |
| Defendants | § | |

## ORDER ON PLAINTIFF MALC'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

Now pending before the Court is Plaintiff MALC's Unopposed Motion for Extension of Time. After considering this Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff MALC's Unopposed Motion for Extension of Time to file their Response to Defendants' Motion to Dismiss is GRANTED. The deadline for Plaintiff MALC to file their Response to Defendants' Motion to Dismiss is January 14, 2022. The deadline for State Defendant to file their Reply in Support of their Motion to Dismiss is January 28, 2022.

SIGNED this _____ day of January, 2022.

_____

UNITED STATES DISTRICT JUDGE