# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **EP-21-CV-00259-DCG-JES-JVB** [Lead Case] |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| **ROY CHARLES BROOKS,** *et al.*, | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **Case No. 1:21-CV-00991-LY-JES-JVB** [Consolidated Case] |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.* | § § § | |
| *Defendants.* | § § | |

## ORDER

**IT IS ORDERED** that the parties shall **MEET AND CONFER** to discuss the

anticipated amount of time the parties will require for the January 25, 2022 hearing on the

Brooks Plaintiffs' Motion for a Preliminary Injunction.  The parties shall **NOTIFY** the Court, by

**January 11, 2022**, of their anticipated amount of time required.  For the parties' information, the

Judges have blocked their calendars at least through mid-day January 28, 2022.

- 2 -

So ORDERED and SIGNED on this 6th day of January 2022.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith                                                    Jeffrey V. Brown
United States Circuit Judge            *-and-*        United States District Judge
U.S. Court of Appeals, Fifth Circuit                 Southern District of Texas