United States District Court
Western District of Texas
El Paso

**Deficiency Notice**

| | |
|---|---|
| To: | Sweeten, Patrick K. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, January 7, 2022 |
| Re: | 03:21-CV-00259-DCG / Doc # 127 / Filed On: 01/07/2022 03:17 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks:
The hearing must take place before a transcript request can be filed.