UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants.* | Case No.1-21-CV-00991-DCG-JES-JVB <br> [Consolidated Case] |

**BROOKS PLAINTIFFS' DESIGNATION OF POTENTIAL WITNESSES**

Pursuant to the Court's Scheduling Order, ECF No. 96, the Brooks Plaintiffs submit the following list of potential witnesses for the hearing on their preliminary injunction motion.

| Witnesses |
|---|
| Senator Beverly Powell |
| Representative Chris Turner |
| Commissioner Roy Brooks |
| Justice of Peace Sergio de Leon |
| Senator Joan Huffman |
| Anna Mackin |
| Sean Opperman |
| Senator Kel Seliger |

1

| Witnesses |
|---|
| Rick Svatora |
| Garry Jones |
| Amy Befeld |
| Jeff Archer |
| Senator Kelly Hancock |
| Representative Phil King |
| Representative Todd Hunter |
| Kevin Sparks |
| Eva Bonilla |
| Clara Faulkner |
| Phyllis Goines |
| Felipe Gutierrez |

| Expert Witnesses |
|---|
| Dr. Matt Barreto |
| Dr. Jeronimo Cortina |

Plaintiffs reserve the right to call any witness on Defendants' witness list, may call other witnesses not listed by either party in rebuttal, and reserve the right to supplement this list.

January 7, 2022

Respectfully submitted,

Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

*/s/ Mark P. Gaber*
Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481

2

Washington, DC 20043
(715) 482-4066
mark@markgaber.com


Jesse Gaines* (Tex. Bar. No. 07570800)
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that all counsel of record were served a copy of the foregoing this 7th day of January, 2022, via the Court's CM/ECF system.

*/s/ Mark P. Gaber*
Mark P. Gaber