UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, et al.,

        *Plaintiffs*,

V.

**GREG ABBOTT,** in his Official Capacity as Governor of the State Texas; et al.,

        *Defendants;*

No. EP:21-cv-259-DCG-JES-JVB
[Lead Case]

---

**DAMON JAMES WILSON**, for himself and on behalf of all others similarly situated,

        *Plaintiff,*

V.

**THE STATE OF TEXAS**; et al.,

        *Defendants*

No. 1:21-cv-00943-RP-JES-JVB
[Consolidated Case]

## ORDER

On this day came on to be considered in the above captioned and numbered cause *Defendants' Motion to Strike and Alternative Motion to Dismiss Plaintiff Wilson's First Amended Complaint* (ECF No. 112). The Court, having carefully considered the motion, is of the opinion that the motion is not well-taken and should be, and therefore is hereby, **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this ____ day of _____, 2022.

                                                    _____
                                                    HON. JERRY E. SMITH
                                                    U.S. CIRCUIT JUDGE

2

_____
HON. DAVID C. GUADERRAMA
U.S. DISTRICT JUDGE


_____
HON. JEFFREY V. BROWN
U.S. DISTRICT JUDGE