UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, <br><br>*Plaintiffs*, <br><br>**EDDIE BERNICE JOHNSON,** *et al.*, <br><br>*Plaintiff-Intervenors*, <br>**v.** <br><br>**GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br>*Defendants.* | § § § § § § § § § § § § § § § | **EP-21-CV-00259-DCG-JES-JVB** <br>**[Lead Case]** |
| **ROY CHARLES BROOKS,** *et al.*, <br><br>*Plaintiffs*, <br>**v.** <br><br>**GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.* <br><br>*Defendants.* | § § § § § § § § § § § § | **Case No. 1:21-CV-00991-LY-JES-JVB** <br>**[Consolidated Case]** |

**NOTICE TO PARTIES REGARDING THE COURT'S
PLAN FOR THE PRELIMINARY INJUNCTION HEARING**

On January 6, 2022, the Court ordered the parties to meet and confer to discuss the amount of time they anticipated needing for the January 25 hearing on the Brooks Plaintiffs' Motion for a Preliminary Injunction. On January 11, 2022, the parties filed their "Joint Advisory Regarding Brooks Plaintiffs' Preliminary Injunction Hearing" (ECF No. 133). After carefully considering the parties' Advisory, the Court hereby notifies the parties of its plan for the preliminary injunction hearing:

- Each side will be permitted to take whatever amount of time they need to present their case, but the Court will enforce more or less equal time for each side.

- The Court will accommodate, as best it can, four full days (January 25 – January 28, 2022) for the hearing. The Court may decide to start the hearing outside of normal business hours, or let it run longer than normal business hours.

- If a party requests rebuttal time, the Court will grant that request.

- The Court will invoke Federal Rule of Evidence 615. It is the parties' obligation to admonish their witnesses as to their witnesses' obligations under the rule.

- All persons planning on being in the courtroom should bring a face mask or other appropriate face covering. Depending on the circumstances, the Court may require them in the courtroom.

- Because the Court will accommodate four full days for the hearing, the Court DENIES the Brooks Plaintiffs' request to admit expert reports prior to the hearing.

**ENTERED and SIGNED on this 13th day of January 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |