UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors,* | § § | |
| v. | § § | |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| **VERONICA ESCOBAR,** *U.S. Representative of the 16th Congressional District of Texas,* | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:22-CV-00022-DCG-JES-JVB [Consolidated Case] |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | |
| *Defendants.* | § § § § | |

### ORDER CONSOLIDATING CASE

The Three-Judge Court has reviewed the pleadings in the above referenced cases and finds that they are before the same court; that the cases share common defendants; that the cases share common questions of law and fact; that consolidation will conserve judicial resources and best serve the interests of all parties and witnesses; and that the cases are at relatively similar stages of litigation.

**IT IS THEREFORE ORDERED** that for all purposes *Escobar v. Abbott*, No. 3:22-CV-00022 (W.D. Tex.) is **CONSOLIDATED** with *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.) under Federal Rule of Civil Procedure 42(a)(2).

So ORDERED and SIGNED on this 13th day of January 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith
United States Circuit Judge
U.S. Court of Appeals, Fifth Circuit

*-and-*

Jeffrey V. Brown
United States District Judge
Southern District of Texas