UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICANCITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | Case No. 3:21-cv-0259 [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § § | |

**NOTICE OF APPEARANCE**

Please file this Notice of Appearance to alert the Court that Jeffrey M. White, Special Counsel for Special Litigation, will appear as counsel in the above-captioned case along with counsel listed below. Mr. White is a member in good standing with the State Bar of Texas. His contact information is as follows:

Jeffrey M. White
Texas Bar. No. 24064380
Special Counsel, Special Litigation Division
Office of the Attorney General
209 W. 14th Street
Austin, TX 78701
1-512-936-0677
jeff.white@oag.texas.gov

1

Date: January 14, 2022

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

/s/ Jeffrey M. White
JEFFREY M. WHITE
SPECIAL COUNSEL
TEX. STATE BAR NO. 24064380

BRENT WEBSTER
First Assistant Attorney General

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

**Counsel for Defendants**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by electronic notification through ECF by the United States District Court, Western District of Texas, El Paso Division, on January 14, 2022, to counsel of record.

/s/ Jeffrey M. White
JEFFREY M. WHITE