Attachment to Application of M. Danahy                                                                 Page **1** of **1**

I, Molly Elizabeth Danahy, am admitted to practice before the following courts:

| **TITLE OF COURT** | **D.O.A.** | **Bar No.** | **Admission** |
|---|---|---|---|
| Supreme Court of the United States | 02/22/2021 | N/A | N/A |
| U.S. Court of Appeals for the Sixth Circuit | 9/15/2020 | N/A | N/A |
| U.S. Court of Appeals for the Fifth Circuit | 07/15/2020 | N/A | N/A |
| U.S. Court of Appeals for the D.C. Circuit | Between 6/26 and 7/9/2020 | N/A | N/A |
| U.S. District Court for the District of Maryland | 02/28/2020 | 21266 | N/A |
| U.S. Court of Appeals for the Eleventh Circuit | 11/22/2019 | N/A | N/A |
| U.S. District Court for the District of Columbia | 07/01/2019 | N/A | N/A |
| Maryland Court of Appeals | 01/13/2022 | N/A | Motion |
| District of Columbia Court of Appeals | 04/17/2019 | 1643411 | Motion |
| N.Y. State Court of Appeals | 01/19/2017 | N/A | Exam |