UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, et al.,

vs.

Greg Abbott, et al.

Case No.: 3:21-cv-00259 [Lead Case]

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Molly Elizabeth Danahy, counsel for the Brooks Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Molly Elizabeth Danahy may appear on behalf of the Brooks Plaintiffs in the above case.

IT IS FURTHER ORDERED that Molly Elizabeth Danahy, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of January _____, 20____.

UNITED STATES DISTRICT JUDGE