UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICANCITIZENS, *et al.*, | § § § § § § § § § § § § | |
| *Plaintiffs*, | | Case No. 3:21-cv-0259 [Lead Case] |
| v. | | |
| GREG ABBOTT, *et al.*, | | |
| *Defendants*. | | |

**NOTICE OF APPEARANCE**

Please file this Notice of Appearance to alert the Court that Assistant Attorney General Courtney Corbello will appear as counsel in the above-captioned case along with counsel listed below. Mrs. Corbello is a member in good standing with the State Bar of Texas. Her contact information is as follows:

**Courtney Corbello**
Assistant Attorney General
General Litigation Division
Texas State Bar No. 24097533
P.O. Box 12548, MC-019
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 936-2109
courtney.corbello@oag.texas.gov

1

Date: January 18, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

/s/ Courtney Corbello
COURTNEY CORBELLO
Assistant Attorney General
General Litigation Division
TEX. STATE BAR NO. 24097533
courtney.corbello@oag.texas.gov

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

**Counsel for Defendants**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by electronic notification through ECF by the United States District Court, Western District of Texas, El Paso Division, on January 18, 2022, to counsel of record.

/s/ Courtney Corbello
COURTNEY CORBELLO
Assistant Attorney General