Attachment to Application of S. Waknin

I, Sonni Waknin, am admitted to practice before the following courts:

| Title of Court | D.O.A. | Bar No. | Admission |
|---|---|---|---|
| U.S. Court of Appeals for the Ninth Circuit | 3/24/21 | | |
| U.S. District Court, Northern District of California | 4/24/21 | | |
| U.S. District Court, Southern District of California | 3/24/21 | | |
| U.S. District Court, Central District of California | 3/22/21 | | |
| U.S. District Court, Eastern District of Washington | 6/2/21 | | |
| California courts | 2/5/21 | #335337 | Exam |