# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

League of United Latin American Citizens, et al.,

vs.  Case No.: 3:21-cv-00259 [Lead Case]

Greg Abbott, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Sonni Waknin, counsel for the Brooks plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Sonni Waknin may appear on behalf of the Brooks plaintiffs in the above case.

IT IS FURTHER ORDERED that Sonni Waknin, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of January _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE