

Sonni Waknin
Sonni Waknin, Esq.
10300 Venice Blvd. Apt 204
Culver City, CA 90095
3:21-CV-259-DCG; TEXT ORDER PROHAC