IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | Case No. 3:21-cv-0259 |
| v. | § § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § § § | |

### NOTICE OF APPEARANCE OF COUNSEL

Defendants file this Notice of Appearance of Counsel and hereby notify the Court that Jack DiSorbo will appear as counsel in the above-captioned case along with counsel listed below. Mr. DiSorbo is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is as follows:

Jack B. DiSorbo
Tex. State Bar No. 24120804
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
jack.disorbo@oag.texas.gov

1

| | |
|---|---|
| Date: January 24, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | */s/ Jack B. DiSorbo*<br>JACK B. DISORBO<br>Assistant Attorney General<br>Tex. State Bar No. 24120804 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>jack.disorbo@oag.texas.gov |
| | COUNSEL FOR DEFENDANTS |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 24, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Jack B. DiSorbo*
JACK B. DISORBO