

CHRIS K. GOBER

PO BOX 341016
AUSTIN, TX 78734

512.354.1783 DIRECT
CG@GOBERGROUP.COM

January 21, 2022

**Transmitted via email to [chad@brazilanddunn.com](mailto:chad@brazilanddunn.com) and [mark@markgaber.com](mailto:mark@markgaber.com)**

Misty Borland Phiffer
Borland Phiffer Law PLLC
708 W. Scharbauer Drive, Suite 5A
Midland, TX 79705

      **Re:    Response to Subpoena Received on January 10, 2022**

Dear Mr. Gaber:

Our firm represents Kevin Sparks, and I write in response to the subpoena that was received by Mr. Sparks on January 10, 2022, in connection with *LULAC v. Abbott* (Civil Action No. EP-21-CV-00259-DCG-JES-JVB) in the United States District Court for the Western District of Texas.

Pursuant to that subpoena and your January 19th email requesting that responsive documents be produced electronically to you and Chad Dunn, Mr. Sparks, through counsel, hereby produces the documents and communications in his possession, custody, or control that are responsive to the specified Document Requests. Please note that all responsive documents to the specified Document Requests are attached.

Should you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,

Chris K. Gober
Counsel to Kevin Sparks

T | 800.825.1730    🐦 | @GoberGroup

F | 877.437.5755    🌐 | GoberGroup.com



PLAINTIFF'S
EXHIBIT
**102**

Texts from Dan Patrick to Kevin Sparks (October 5, 2021)



Text from Dan Patrick to Kevin Sparks (October 6, 2021)



Continued Text from Dan Patrick to Kevin Sparks (October 6, 2021)



Continued Text from Dan Patrick to Kevin Sparks (October 6, 2021)



Continued Text from Dan Patrick to Kevin Sparks (October 6, 2021)



You have to put these out to show Trumps words are not hyperbole, but fact
It will "new " news to most voters and help reduce anyone feeling the RINO label is over the top

And always make the point and he represents the most conservative district in Texas

I would also pin the endorsement to the top of your Facebook page and website so it doesn't roll off like most posts each day - in short it should always be at the top of everything you do

It should be the first thing voters see when they go to your page and site everyday day from now to the election

Texts between Kevin Sparks, Jason Johnson, and Dan Patrick (October 6, 2021)



Continued Texts between Kevin Sparks, Jason Johnson, and Dan Patrick (October 6, 2021)



Continued Texts between Kevin Sparks, Jason Johnson, and Dan Patrick (October 6, 2021)



Texts between Kevin Sparks, Jason Johnson, Dan Patrick, and Sherry Sylvester (November 26, 2021)



Continued Texts between Kevin Sparks, Jason Johnson, Dan Patrick, and Sherry Sylvester (November 26, 2021)

