| | |
|---|---|
| From: | applications.administrator@capitol.local |
| To: | Senate Redistricting |
| Subject: | INETMAIL: Redistricting Public Input |
| Date: | Thursday, September 23, 2021 11:20:37 PM |
| Attachments: | Exhibits.pdf |

Date: 2021-09-24
First Name: James
Last Name: Beauchamp
Title: N/A
Organization: Self
Address:
City: Midland
State: Texas
Zipcode:
Phone:

Affirm public info: I agree

Regarding: Senate

Message:
Dear Committee Members:

The proposed changes to SD 28 and SD 31 that I would like to recommend would make the districts more compact and easier to represent.

In the original plan filed in Senate (Plan 2101), SD 31 would have stretched approximately 470 miles from north to south and nearly 270 miles wide. The subsequent plan 2108 still provides extremely elongated districts for SD 28 and SD 31 which appears to be more about preserving the existing districts at the expense of providing a manageable district that could be adequately represented in the Texas Senate.

The configurations of SD 28 and SD 31 in the currently filed proposals would be unfair to the senators trying to represent those districts, as well as, the citizens they were trying to represent.

In the alternative districts submitted here (Exhibit A), we reduce the length and width of the district considerably (120 miles by 70 miles). While the districts are still very large, the reduction in distances will make it much easier to travel the district.

The new districts would also be more geared to communities of interest. The proposed alternative District 28 would constitute 44% of Texas severance tax generation (oil and gas production) providing a significant and common community of interest. The new district 28 would encompass much of the central Permian Basin, which constitutes the largest oilfield in the world. (Exhibit B)

The alternative 31 would only constitute roughly about 5% of those same energy severances, however, it has the vast majority of cattle production in the state, providing a different community of interest unique to the Texas Panhandle and also critical in importance to the state. (see Exhibit C & D)

The new district 28 would have a common community of interest in that there are two air force bases within 100 miles of each other (Goodfellow-San Angelo and Dyess-Abilene). In addition, it serves as home to a majority of the state's alternative energy generation capability,



PLAINTIFF'S EXHIBIT 103

specifically, wind and solar. (see Exhibit E)

Due to the communities of interest mentioned, and in order to make a more compact district that could be more adequately represented and served, the re-orientation of both SH 28 and SD 31 in the current map from the previous north-south to a more east-west orientation, would better serve the public interest.

███████████████



EXHIBIT A

STATE SENATE DISTRICTS

ALTERNATE REDISTRICTING PROPOSAL

DISTRICT 28
POP 912,802

DISTRICT 31
POP 918,268

Exhibit B

# TEXAS TOP OIL & GAS PRODUCING COUNTIES

MIDLAND-ODESSA MOTRAN TRANSPORTATION ALLIANCE, INC.

**OVER 75% OF TEXAS ENERGY PRODUCTION (BOTH OIL & GAS) IS GENERATED BY JUST 38 OF THE 254 COUNTIES IN TEXAS.**

# TOP AGRICULTURE PRODUCING COUNTIES





Exhibit D



All Cattle & Calves: January 1, 2021
Head

- Less than 30,000
- 30,000 to 59,999
- 60,000 to 119,999
- 120,000 to 239,999
- Greater than 240,000

Exhibit E

# MOTRAN ALTERNATIVE ENERGY MAP

| County | Facility | Capacity |
|---|---|---|
| **SOLAR** | | **1,224mw** |
| Andrews | Energy Runners Solar Unit | 20mw |
| Brewster | Solaireholman Solar | 65mw |
| Dawson | BNB Lamesa Solar | 102mw |
| Kent | White Camp | 100mw |
| Kinney | Brackettville Solar | 40mw |
| Pecos | Barilla Solar | 30mw |
| | Buckhorn Westex | 154mw |
| | East Pecos | 120mw |
| | Roserock | 157mw |
| | West Texas Solar | 116mw |
| | OCI Solar | 50mw |
| Presidio | Bryan Solar | 10mw |
| Upton | SP-TX | 158mw |
| Uvalde | Downe Ranch | 100mw |
| **WIND** | | **9,040mw** |
| Borden | Green Mountain | 160mw |
| | Bull Creek | 180mw |
| | Stephens Ranch | 165mw |
| Crockett | West Texas Wind Energy | 61mw |
| Dawson | Lamesa Wind Farm | 147mw |
| | Mesquite Creek | 211mw |
| Ector | Notrees Windpower | 189mw |
| Glasscock | Forest Creek | 124mw |
| | Rattlesnake Wind | 207mw |
| | Sand Bluff | 90mw |
| Haskell | Willow Springs | 250mw |
| Howard | Elbow Creek Wind | 122mw |
| | Gunsight Mountain | 120mw |
| | Ocotillo Windpower | 59mw |
| | Panther Creek | 258mw |
| | Texas Big Spring | 34mw |
| Kinney | Anacacho Wind | 100mw |
| Lynn | Cirrus | 61mw |
| Martin | Stanton Wind Farm | 120mw |
| Mitchell | Loraine Windpark | 250mw |
| Nolan | Buffalo Gap Wind Farm | 523mw |
| | Champion Wind Farm | 126mw |
| | Inadale Wind Farm | 197mw |
| | Pyron Wind Farm | 249mw |
| | Roscoe Wind Farm | 209mw |
| | Sepanta Wind Energy | 106mw |
| | Sweetwater Wind | 531mw |
| | Trent Wind Farm | 150mw |
| | Turkey Track Wind Energy | 170mw |
| Pecos | Desert Sky | 243mw |
| | Sherbino | 295mw |
| | Indian Mesa | 82mw |
| | Pecos Wind | 82mw |
| Scurry | Dermott Wind | 253mw |
| | Fluvanna Wind Energy | 155mw |
| | Post Wind Farm | 84mw |
| | Camp Springs Energy | 212mw |
| Sterling | Capricorn Ridge | 663mw |
| | Panther Creek | 200mw |
| | Goat Wind | 80mw |
| Stonewall | Bayware Mozart | 30mw |
| Taylor | Energy Callahan | 114mw |
| | Horse Hollow | 735mw |
| | South Trent Wind | 101mw |
| Tom Green | Langford Wind | 150mw |
| Upton | King Mountain | 215mw |
| Uvalde | Downe Ranch | 100mw |
| Val Verde | Rock Springs | 150mw |
| **ELECTRIC POWER PLANTS** | | **2,640mw** |
| Ector | Odessa-Ector Power Partners | 1000mw |
| | Ector Energy Center | 342mw |
| | Quail Run I & II | 550mw |
| Mitchell | Morgan Creek | 407mw |
| Ward | Permian Basin Electric | 340mw |
| **NUCLEAR/URANIUM ENRICHMENT** | | |
| Andrews | High Temperature Teaching & Test | |
| | Reactor Waste Control Specialists LES | |
| | Uranium Enrichment (Eunice, NM) | |

