

Demographic Characteristics and
Trends in Texas and Redistricting

Senate Select
Redistricting Committee

Austin, Texas

October 29, 2019

TEXAS
DEMOGRAPHIC CENTER

@TexasDemography

PLAINTIFF'S EXHIBIT 104



# CENSUS 2020

- Every ten years, the country conducts a census to count every person in the United States.

- The next count will take place **April 1, 2020**.

- Census counts used to <u>reapportion the U.S. House of Representatives</u>, determining how many seats each state gets.

- Census counts also used to determine the number of <u>electoral college votes</u> a state gets.

- Census counts used by state officials to <u>redraw</u> <u>congressional and state legislative boundaries</u> to account for population shifts.

- The distribution of more than $675 billion in federal funds, grants, and support to states, counties, and communities are based on census data. These funds support schools, hospitals, roads, public works, and other vital programs.

- An undercount of the Texas population of just 1% could translate to a loss of $300 million per year in federal funding for the state.

# Population Growth and Projected Congressional Seats of Select States

| | 2010 Population | 2018 Population | Numeric Change 2010-2018 | Percent Change 2010-2018 | Projected Congressional Seats Added |
|---|---|---|---|---|---|
| United States | 308,745,538 | 327,167,434 | 18,409,329 | 6% | |
| **Texas** | **25,145,561** | **28,701,845** | **3,555,731** | **14%** | **3** |
| Florida | 18,801,310 | 21,299,325 | 2,494,745 | 13% | 2 |
| North Carolina | 9,535,483 | 10,383,620 | 847,884 | 9% | 1 |
| Arizona | 6,392,017 | 7,171,646 | 779,358 | 12% | 1 |
| Colorado | 5,029,196 | 5,695,564 | 666,248 | 13% | 1 |
| Oregon | 3,831,074 | 4,190,713 | 359,638 | 9% | 1 |
| Montana | 989,415 | 1,062,305 | 72,896 | 7% | 1 |
| California | 37,253,956 | 39,557,045 | 2,302,522 | 6% | 0 to -1 |
| Minnesota | 5,303,925 | 5,611,179 | 307,254 | 6% | 0 to -1 |

Source: U.S. Census Bureau. 2000 and 2010 Census Count, 2018 Population Estimates; Brennan Center for Justice.



# Linear Forecast of Census Bureau Population Estimates 2010-2018 and TDC Population Projections





Source: Texas Demographic Center 2018 Population Projections; linear forecast derived by the Texas Demographic Center from Census Bureau Population Estimates

4



**Texas added an estimated 379,128 people between July 1, 2017 and July 1, 2018.**

- **About 1,039 people per day added to our population.**

  - **About 524 persons per day from natural increase (more births than deaths)**

  - **About 515 per day from net migration (288 international and 227 domestic migrants per day).**



Source: U.S. Census Bureau, 2018 Population Estimates.



# Total Estimated Population by County, Texas, 2018



Legend:
- 152 - 10,000
- 10,001 - 100,000
- 100,001 - 500,000
- 500,001 - 2,000,000
- 2,000,001 - 4,698,619

- 78.5 % live along and between I-45 and I-35
- 8.5% live east of I-45 (excluding Collin and Grayson)
- 13% live west of I-35

- 0.7% live in rural counties with urban population less than 2,500 (49 counties)
- 10.7% in non-metropolitan counties (172 counties)

Source: U.S. Census Bureau, 2018 Vintage Population Estimates

# Seven Metropolitan Statistical Areas Accounted for 70% of Texas' Population in 2017



Source: U.S. Census Bureau, 2017 Vintage Population Estimates

7



# Estimated Population Change, Texas Counties, 2010 to 2018

96 counties lost population over the 8 year period.

-2,376 - 0
1 - 5,000
5,001 - 25,000
25,001 - 100,000
100,001 - 605,431

Source: U.S. Census Bureau, 2018 Population Estimates



# Estimated Percent Change of the Total Population by County, Texas, 2010 to 2018

-16% - -5%

-4% - 0%

1% - 14%

15% - 27%

28% - 85%

Source: U.S. Census Bureau, 2018 Population Estimates



# Top Counties for Numeric Growth in Texas, 2017-2018

| County | U.S. Rank | 2018 Population Estimate | Population Change 2017-18 | Percent of Change from Natural Increase | Percent of Change from Domestic Migration | Percent of Change from International Migration |
|---|---|---|---|---|---|---|
| Harris | 3 | 4,698,619 | 34,460 | 122.5% | -127.2% | 104.8% |
| Collin | 4 | 1,005,146 | 33,753 | 19.0% | 64.7% | 16.3% |
| Tarrant | 8 | 2,084,931 | 27,463 | 54.2% | 15.6% | 30.2% |
| Bexar | 9 | 1,986,049 | 27,208 | 51.1% | 30.1% | 18.8% |
| Denton | 11 | 859,064 | 23,734 | 25.9% | 63.8% | 10.3% |
| Fort Bend | 13 | 787,858 | 21,722 | 29.0% | 45.8% | 25.2% |
| Travis | 14 | 1,248,743 | 20,972 | 46.3% | 23.5% | 30.2% |
| Williamson | 15 | 566,719 | 20,771 | 18.4% | 75.7% | 5.9% |
| Montgomery | 17 | 590,925 | 18,779 | 17.4% | 73.9% | 8.6% |
| Dallas | 28 | 2,637,772 | 14,973 | 153.5% | -148.9% | 95.5% |
| Hays | 56 | 222,631 | 8,354 | 18.7% | 78.3% | 3.1% |
| Bell | 61 | 355,642 | 7,791 | 49.1% | 39.8% | 11.1% |
| Hidalgo | 65 | 865,939 | 7,616 | 131.1% | -46.7% | 15.6% |
| Comal | 67 | 148,373 | 7,583 | 4.9% | 93.1% | 2.0% |
| Brazoria | 68 | 370,200 | 7,500 | 30.9% | 59.8% | 9.3% |
| Midland | 72 | 172,578 | 7,192 | 24.3% | 69.3% | 6.4% |

Source: U.S. Census Bureau, 2018 Vintage Population Estimates

Harris, Dallas, and Hidalgo Counties had negative net migration.



# Top Counties for Percent Growth* in Texas, 2017-2018

| County | U.S. Rank | 2018 Population Estimate | Population Change 2017-18 | Percent Population Change 2017-18 | Percent of Population Change from Natural Increase | Percent of Population Change from Domestic Migration | Percent of Population Change from International Migration |
|---|---|---|---|---|---|---|---|
| Comal | 3 | 148,373 | 7,583 | 5.4% | 4.9% | 93.1% | 2.0% |
| Kaufman | 4 | 128,622 | 5,777 | 4.7% | 13.0% | 85.8% | 1.2% |
| Midland | 7 | 172,578 | 7,192 | 4.3% | 24.3% | 69.3% | 6.4% |
| Hood | 10 | 60,537 | 2,383 | 4.1% | -2.3% | 100.0% | 2.3% |
| Rockwall | 13 | 100,657 | 3,780 | 3.9% | 11.8% | 84.4% | 3.8% |
| Hays | 14 | 222,631 | 8,354 | 3.9% | 18.7% | 78.3% | 3.1% |
| Williamson | 18 | 566,719 | 20,771 | 3.8% | 18.4% | 75.7% | 5.9% |
| Kendall | 20 | 45,641 | 1,657 | 3.8% | 0.5% | 94.9% | 4.6% |
| Wise | 22 | 68,305 | 2,442 | 3.7% | 6.4% | 91.9% | 1.7% |
| Waller | 24 | 53,126 | 1,841 | 3.6% | 18.9% | 77.7% | 3.4% |
| Parker | 31 | 138,371 | 4,667 | 3.5% | 9.5% | 88.3% | 2.2% |
| Collin | 33 | 1,005,146 | 33,753 | 3.5% | 19.0% | 64.7% | 16.3% |
| Rains | 34 | 12,159 | 408 | 3.5% | -5.9% | 103.2% | 2.7% |
| Ellis | 39 | 179,436 | 5,800 | 3.3% | 16.0% | 81.7% | 2.3% |
| Montgomery | 43 | 590,925 | 18,779 | 3.3% | 17.4% | 73.9% | 8.6% |
| Ector | 48 | 162,124 | 4,951 | 3.2% | 29.6% | 63.9% | 6.5% |

*Among Counties with 10,000 or more population in 2018
Source: U.S. Census Bureau, 2018 Vintage Population Estimates



# Estimated Percent of Total Net-Migrant Flow for Texas and Other States, 2016



Source: Internal Revenue Service, 2018. Migration Tables, 2015-16



# Annual Shares of Recent Non-Citizen Immigrants to Texas by World Area of Birth, 2005-2015

Estimated number of international migrants to Texas



| Year | Latin America | Asia | Europe | Africa and Other | Estimated number |
|------|--------------|------|--------|------------------|------------------|
| 2015 | 44.1% | 35.8% | 7.1% | 13.1% | 101,588 |
| 2010 | 50.6% | 33.0% | 7.3% | 9.1% | 77,702 |
| 2005 | 69.4% | 17.3% | 7.8% | 5.5% | 98,194 |

Legend: Latin America ■ Asia ■ Europe ■ Africa and Other

Sources: U.S. Census Bureau, American Community Survey, 1-Year PUMS. Population estimates 2017 vintage and 2000-2010 intercensual estimates

13



# Population Density for Census Tracts, Texas, 2016



Source: U.S. Census Bureau, American Community Survey, 2012-2016 5-Year Sample

# 2010 census tracks (blue/purple) and proposed census track splits (red) for 2020, north Metroplex Area



# 2010 census tracks (blue/purple) and proposed census track splits (red) for 2020, west Texas



# Texas Racial and Ethnic Composition, 2010 and 2018



2010

2018

Percent Contribution by Race/Ethnicity to Total Population Change, 2010 to 2018

86.4% of Texas' population growth has been from growth of racial and ethnic minority groups

Source: U.S. Census Bureau. 2018 Population Estimates

11



# Percent of the population that is Asian, Texas Census Tracts, 2013-2017

## Dallas-Fort Worth

## Houston





0% - 2.5%

2.6% - 7.5%

7.6% - 15%

15.1% - 30%

30.1% - 70.8%

Source: U.S. Census Bureau, American Community Survey, 2013-2017 5-Year Sample

18



# Percent of the population that is Hispanic, Texas Census Tracts, 2013-2017

### Dallas-Fort Worth



### Houston



- 0% - 20%
- 20.1% - 40%
- 40.1% - 60%
- 60.1% - 80%
- 80.1% - 100%

Source: U.S. Census Bureau, American Community Survey, 2013-2017 5-Year Sample

19

# Percent of the population that is Hispanic, Texas Census Tracts, San Antonio/Austin, 2013-2017



- 0% - 20%
- 20.1% - 40%
- 40.1% - 60%
- 60.1% - 80%
- 80.1% - 100%

Source: U.S. Census Bureau, American Community Survey, 2013-2017 5-Year Sample



# Percent of the population that is Black, Texas Census Tracts, 2013-2017

## Dallas-Fort Worth

## Houston





| | |
|---|---|
| | 0% - 5% |
| | 5.1% - 15% |
| | 15.1% - 30% |
| | 30.1% - 60% |
| | 60.1% - 96.1% |

Source: U.S. Census Bureau, American Community Survey, 2013-2017 5-Year Sample



# Percent of the population age 18 and older who are foreign-born, non-citizens, Texas Counties, 2013-2017



| | |
|---|---|
| | 0% - 5% |
| | 5.1% - 10% |
| | 10.1% - 15% |
| | 15.1% - 25% |
| | 25.1% - 38% |

Source: U.S. Census Bureau, American Community Survey, 2013-2017 5-Year Sample

22

# Percent of the population age 18 and older who are foreign-born, non-citizens, Texas Census Tracts, 2013-2017



Dallas-Fort Worth

Houston

San Antonio-Austin

LRGV

0% - 5%
5.1% - 15%
15.1% - 30%
30.1% - 50%
50.1% - 80.6%

23



# Percent of the population age 18 and older who are foreign-born, non-citizens, Texas Census Tracts, 2013-2017

## El Paso



0% - 5%
5.1% - 15%
15.1% - 30%
30.1% - 50%
50.1% - 80.6%

Source: U.S. Census  Bureau, American Community Survey, 2013-2017 5-Year Sample

24



# Contact

## Lloyd Potter, Ph.D.

State Demographer

Texas Demographic Center

Office: (210) 458-6530

Email: Lloyd.Potter@UTSA.edu

Internet: Demographics.Texas.gov

   @TexasDemography