## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* | § § § § | |
| *Plaintiffs,* | § | Case No. 3:21-cv-00259 |
| V. | § § | [Lead Case] |
| GREG ABBOTT, *et al.,* | § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| ROY CHARLES BROOKS, *et al.* | § § | |
| *Plaintiffs,* | § § | |
| V. | § § | Case No. 1:21-cv-00988 |
| GREG ABBOTT, *et al.,* | § § | [Consolidated Case] |
| *Defendants.* | § § | |

## DEFENDANTS' AMENDED EXHIBIT LIST

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's Scheduling Order of December 17, 2021, *see* ECF 97,  Defendants provide the following amended exhibit list for the hearing on the Brooks Plaintiffs' preliminary-injunction motion, scheduled for January 25, 2022.

| Number | Name | Offered | Admitted |
|---|---|---|---|
| 1. | Partisan Shading Map with Racial and Ethnic Data | | |
| 2. | SD10 Partisan Shading Map – S2100 | | |
| 3. | SD10 Partisan Shading Map – S2168 | | |
| 4. | North Texas Partisan Shading Map – S2100 | | |

| Number | Name | Offered | Admitted |
|--------|------|---------|----------|
| 5. | SD10 Change in Partisan Population Map | | |
| 6. | Comparison of S2100 and S2168, Performance of SD10 in Statewide Elections – 2012 to 2020 | | |
| 7. | Election Analysis – S2100 – 2012 General | | |
| 8. | Election Analysis – S2100 – 2014 General | | |
| 9. | Election Analysis – S2100 – 2016 General | | |
| 10. | Election Analysis – S2100 – 2018 General | | |
| 11. | Election Analysis – S2100 – 2020 General | | |
| 12. | Election Analysis – S2168 – 2012 General | | |
| 13. | Election Analysis – S2168 – 2014 General | | |
| 14. | Election Analysis – S2168 – 2016 General | | |
| 15. | Election Analysis – S2168 – 2018 General | | |
| 16. | Election Analysis – S2168 – 2020 General | | |
| 17. | SD10 Electoral History – 2002 to 2018 | | |
| 18. | SD10 General Election – 2002 to 2018 | | |
| 19. | Election Analysis – H2100 – 2020 General | | |
| 20. | Election Analysis – H2316 – 2020 General | | |

| Number | Name | Offered | Admitted |
|--------|------|---------|----------|
| 21. | Map Analysis – S2100 | | |
| 22. | Citizen Voting Age Population Data – S2100 | | |
| 23. | Map Analysis – S2168 | | |
| 24. | Senate Population Deviation Map | | |
| 25. | Governor Abbott Proclamation – Third Called Session | | |
| 26. | U.S. Census Bureau Redistricting Data | | |
| 27. | Texas Senate Journal – Third Called Session | | |
| 28. | Texas House Journal – Third Called Session | | |
| 29. | Examples of the Senate Adopting Plans Offered by Democratic Senators | | |
| 30. | Senate Redistricting Committee Hearing Notices and Attachments | | |
| 31. | House Redistricting Committee Hearing Notice and Attachments | | |
| 32. | Cancelled House Redistricting Committee Hearings | | |
| 33. | Selected Images from the Summer 2021 Quorum Break | | |
| 34. | Expert Report and Declaration of Dr. John R. Alford | | |
| 35. | EI Voting Analysis – S2100 – 2012 to 2020 | | |
| 36. | EI Voting Analysis – SD10 2014 Democratic Primary | | |

| Number | Name | Offered | Admitted |
|--------|------|---------|----------|
| 37. | SD31 Electoral History – 2014 and 2018 | | |
| 38. | HD90 Electoral History – 1996 to 2020 | | |
| 39. | CD33 Electoral History – 2012 to 2020 | | |
| 40. | *Texas Tribune* Article – Jan. 22, 2019 | | |
| 41. | *Texas Tribune* Article – June 4, 2021 | | |
| 42. | *Texas Tribune* Article – Sept. 21, 2021 | | |
| 43. | *Texas Tribune* Article – Oct. 7, 2021 | | |
| 44. | *Amarillo Pioneer* Article – Oct. 20, 2021 | | |
| 45. | SD31 Analysis | | |
| 46. | SD9 Analysis | | |
| 47. | SD9 Electoral History | | |
| 48. | Texas Secretary of State – Election Advisory 2021-14 | | |
| 49. | Texas Secretary of State – Election Advisory 2021-18 | | |
| 50. | Texas Secretary of State – Election Advisory 2021-23 | | |
| 51. | Texas Secretary of State – Important Election Dates | | |
| 52. | Declaration of Director of Elections Keith Ingram | | |

| Number | Name | Offered | Admitted |
|--------|------|---------|----------|
| 53. | Declaration of County Judge David Blackburn | | |
| 54. | Declaration of Collin County Elections Administrator Bruce Sherbet | | |
| 55. | Declaration of Kendall County Elections Administrator Staci Decker | | |
| 56. | Transcript of Senate Redistricting Committee Hearing – Sept. 11, 2021 | | |
| 57. | Video of Senate Redistricting Committee Hearing – Sept. 11, 2021 | | |
| 58. | Transcript of Senate Redistricting Committee Hearing – Sept. 24, 2021 | | |
| 59. | Video of Senate Redistricting Committee Hearing – Sept. 24, 2021 | | |
| 60. | Transcript of Senate Redistricting Committee Hearing – Sept. 25, 2021 | | |
| 61. | Video of Senate Redistricting Committee Hearing – Sept. 25, 2021 | | |
| 62. | Transcript of Senate Redistricting Committee Hearing – Sept. 28, 2021 | | |
| 63. | Video of Senate Redistricting Committee Hearing – Sept. 28, 2021 | | |
| 64. | Transcript of Senate Floor Debate on SB4 – Oct. 4, 2022 | | |
| 65. | Video of Senate Floor Debate on SB4 – Oct. 4, 2022 | | |
| 66. | Transcript of House Redistricting Committee Hearing – Oct. 11, 2021 | | |
| 67. | Video of House Redistricting Committee Hearing – Oct. 11, 2021 | | |
| 68. | Transcript of House Floor Debate on SB4 – Oct. 15, 2021 | | |

| Number | Name | Offered | Admitted |
|---|---|---|---|
| 69. | Video of House Floor Debate on SB4 – Oct. 15, 2021 | | |

Defendants reserve the right to use any and all of these exhibits, or those disclosed by the Brooks Plaintiffs, the right to use and offer into evidence exhibits for impeachment and rebuttal, if necessary, and the right to amend and/or supplement this exhibit list, including with exhibits disclosed during the course of third-party discovery.

Date: January 24, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document filed on CM/ECF  on January 24, 2021, and served on all counsel of record through that method.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN