# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| LULAC, *et al.*, | |
|---|---|
| *Plaintiffs,* | |
| v. | |
| GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, | Case No.: 3:21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Defendants.* | |
| ROY CHARLES BROOKS, *et al.*, | |
| *Plaintiffs*, | |
| v. | |
| GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, | Case No.1-21-CV-00991-DCG-JES-JVB [Consolidated Case] |
| *Defendants.* | |

## BROOKS PLAINTIFFS' DESIGNATION OF DEPOSITION EXCERPTS FOR THE DEPOSITION OF KEL SELIGER

Brooks' Plaintiffs provide the following designations of the Deposition of Kel Seliger which were played in open Court on January 25-26, 2022. Ex. 1 (Tr. of Deposition of K. Seliger).

| Duration | Starting Page and Line | Ending Page and Line |
|---|---|---|
| 00:39.4 | 6:3 | 6:9 |
| 1:12.3 | 11:7 | 12:17 |
| 00:20.5 | 13:2 | 13:12 |
| 6:12.8 | 14:5 | 19:6 |
| 05:44.6 | 21:2 | 24:19 |
| 13:48.4 | 24:22 | 38:4 |
| 1:18.6 | 38:22 | 40:12 |

1

| | | |
|---|---|---|
| 00:17.6 | 38:8 | 38:14 |
| 4:49.7 | 40:21 | 45:8 |
| 00:06.0 | 45:18 | 45:20 |
| 1:24.5 | 46:1 | 47:9 |
| 07:54.7 | 49:1 | 54:7 |
| 3:52.1 | 54:13 | 57:20 |
| 00:50.5 | 58:2 | 58:16 |
| 8:54.2 | 58:25 | 65:21 |
| 1:11.5 | 68:21 | 69:21 |
| 2:31.3 | 71:13 | 73:18 |

January 26, 2022

Respectfully submitted,

*/s/ Chad W. Dunn*
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 26277
Baltimore, MD 21211
(208) 301-1202

danahy.molly@gmail.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
732-610-1283
sonniwaknin@gmail.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record were served a copy of the foregoing this 26th day of January, 2022, via the Court's CM/ECF system.

>*/s/ Chad W. Dunn*
>Chad W. Dunn