## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* § § § *Plaintiffs,* § § v. § § GREG ABBOTT, *et al.*, § § *Defendants.* § | | Case No. 3:21-cv-00259 [Lead Case] |
| UNITED STATES OF AMERICA, § § *Plaintiff,* § v. § § § § THE STATE OF TEXAS and JOHN SCOTT, in § his official capacity as Texas Secretary of § State, § § *Defendants.* § | | Case No. 3:21-cv-00299 [Consolidated Case] |

**PROPOSED ORDER**

Now before the Court comes the State Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the State Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss is hereby GRANTED. The State Defendants' deadline to file a reply in support of their motion is extended up to and including February 14, 2022.

DATE: _____

_____
SIGNED ON BEHALF OF THREE-JUDGE PANEL