UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, §
Roy Charles Brooks, et al, §
§    NO:   EP:21-CV-00259-DCG-JES-JVB
vs. §
§
Greg Abbott, et al, 

## LIST OF WITNESSES

| FOR | PLAINTIFF | FOR | DEFENDANT |
|---|---|---|---|
| 1. | Eric Richard "Rick" Svatora, Deputy Chief of Staff for Senator Beverly Powell (by video depostion) | 1. | Joan Huffman, State Senator, District 17 |
| 2. | Sergio Leon De Leon, Justice of the Peace, Precinct 5, Tarrant County | 2. | Dr. John Alford, Professor, Rice University |
| 3. | Roy Charles Brooks, County Commissioner, Precinct 1, Tarrant County | 3. | Keith Ingram, Director, Elections Division, Office of the Texas Secretary of State |
| 4. | Dr. Matthew Barreto, Professor, UCLA | 4. | Bruce Sherbet, Collin County Elections Admin. (by video deposition) |
| 5. | Kel Seliger, State Senator, District 31 (by video deposition) | 5. | Staci Decker, Kendall County Elections Admin. (by video deposition) |
| 6. | Beverly Powell, State Senator, District 10 | 6. | |
| 7. | Christopher Gregory Turner, State Representative, District 101 | 7. | |
| 8. | Dr. Jeronimo Cortina, Associate Professor, University of Houston | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |