United States District Court
Western District
Exhibits Log: 3:21-CV-259 LULAC, et al vs. Greg Abbott, etal
Evidentiary Hearing on Motion for Preliminary Injunction as to S. D. 10, 1/25/2022

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Pla-1 | Declaration of Senator Kel Seliger | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-2 | Declaration of Senator Beverly Powell | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-3 | Sen. Powell Letter to Chair Huffman dated 10-30-2019 | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-4 | Sen. Powell Letter to Chair Huffman dated 02-18-2020 | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-5 | 09-14-21 Materials to Chair Huffman | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-6 | Declaration of Garry Jones | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-7 | Map of ACS 2014-2018 5-Year Estimates | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-8 | Sean Opperman Email re Redistricting Dropbox Update dated 08-19-2021 | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-9 | 2018-2019 ACS Maps | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-10 | 2018-2019 ACS Racial Population Change Maps | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-11 | Garry Jones Email to S. Opperman and A. Mackin re Letter from Sen Powell to Sen Huffman dated 09-16-2021 | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-12 | S. Opperman Reply Email, dated 09-17-2021 | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-13 | Full Senate Email Regarding concerns with proposed redraw of SD10 dated 09-18-2021 | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-14 | Huffman Email Read Receipt | No | No | 1/25/2022 10:39 AM | 1/25/2022 10:39 AM |
| Pla-15 | S. Opperman Email re Map Release dated 09-18-2021 | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-16 | Written Testimony re 09-24-2021 Hearing | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-17 | Powell Portal Submission Part I | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-18 | Powell Portal Submission Part II | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-19 | House Committee Email re Concerns Regarding SB 4 and Proposed SD 10 dated 10-10-2021 | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-20 | Full House Email re Concerns regarding SB4 and proposed redraw of SD10 dated 10-14-2021 | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-21 | Texas Demographic Center Report SD10 | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-22 | Declaration of Eric Richard "Rick" Svatora | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-23 | Svatora Notes | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-24 | Declaration of Representative Chris Turner | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Pla-25 | Declaration of Mark P. Gaber | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-26 | Mackin Exhibit Objections Email | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-27 | Perez Racial Shading Exhibits Part I | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-28 | Perez Racial Shading Exhibits Part II | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-29 | Perez Racial Shading Exhibits Part III | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-30 | Perez Racial Shading Exhibits Part IV | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-31 | Perez Racial Shading Exhibits Part V | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-32 | Mackin Email dated 07-14-2021 | No | No | 1/25/2022 10:40 AM | 1/25/2022 10:40 AM |
| Pla-33 | Gov. Abbott Letter to Sen. Keliger and Rep. Darby dated 04- 18-2013 | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-34 | Senate Redistricting Hearing Transcript (04-18-2013) | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-35 | Senate Redistricting Hearing Transcript, Part 1 (05-30-2013) | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-36 | Senate Redistricting Hearing Transcript, Part 2 (05-30-2013) | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-37 | Senate Journal, 06-14-2013, 2nd day continued, Addendum | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-38 | Senate Journal, 06-14-2013, 3rd day | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-39 | Senate Journal, 10-04-21, 3rd day | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-40 | Senate Journal, 10-04-21, 4th day | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-41 | Senate Journal, 10-04-21, 4th day Addendum | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-42 | House Journal, 10-15-21, 6th day continued | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-43 | House Journal, 10-15-21, 7th day | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-44 | Report by Dr. Matt Barreto | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-45 | Cortina Declaration | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-46 | Declaration of Roy Charles Brooks | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-47 | Declaration of Felipe Gutierrez | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-48 | Declaration of Phyllis Goines | No | No | 1/25/2022 10:41 AM | 1/25/2022 10:41 AM |
| Pla-49 | Declaration of Eva Bonilla | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-50 | Declaration of Clara Faulkner | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Pla-51 | Declaration of Deborah Spell | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-52 | 09-24-21 Senate Redistricting Committee Hearing Transcript | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-53 | 09-25-21 Senate Redistricting Committee Hearing Transcript | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-54 | 09-28-21 Senate Redistricting Committee Hearing Transcript | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-55 | Benchmark Plan Deviation Map | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-56 | Plan S2168 Map | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-57 | Plan S2168 Population Analysis | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-58 | Plan S2168 District Population and VAP | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-59 | Plan S2168 Incumbents by District | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-60 | Plan S2168 ACS | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-61 | Plan S2168 2018 Election | No | No | 1/25/2022 10:42 AM | 1/25/2022 10:42 AM |
| Pla-62 | Plan S2168 2020 Election | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-63 | Plan S2100 Benchmark Map | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-64 | Plan S2100 District Population VAP | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-65 | Plan S2100 ACS | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-66 | Dallas-Fort Worth Hispanic VAP Benchmark Plan | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-67 | Dallas-Fort Worth Hispanic VAP Plan S2168 | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-68 | Dallas-Fort Worth Black VAP Benchmark | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-69 | Dallas-Fort-Worth Black VAP Plan S2168 | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-70 | Alternative Plan 1 Maps | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-71 | Alternative Plan 1 Population Data | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-72 | Alternative Plan 1 ACS Data | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-73 | Alternative Plan 1 2018 Election Data | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-74 | Alternative Plan 1 2020 Election Data | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-75 | Alternative Plan 1 Incumbents by District | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-76 | Alternative Plan 2 Maps | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Pla-77 | Alternative Plan 2 Population Data | No | No | 1/25/2022 10:43 AM | 1/25/2022 10:43 AM |
| Pla-78 | Alternative Plan 2 ACS Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-79 | Alternative Plan 2 2018 Election Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-80 | Alternative Plan 2 2020 Election Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-81 | Alternative Plan 2 Incumbents by District | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-82 | Declaration of Matt Barreto | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-83 | Plan S2168 and S2100 Population Overlap Report | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-84 | Alternative Plan 3 Maps | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-85 | Alternative Plan 3 Population Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-86 | Alternative Plan 3 ACS Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-87 | Alternative Plan 3 2018 Election Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-88 | Alternative Plan 3 2020 Election Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-89 | Alternative Plan 3 Incumbents by District | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-90 | Alternative Plan 3 Population Overlap with Plan S2168 | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-91 | Alternative Plan 3 Population Overlap with Plan S2100 | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-92 | Alternative Plan 4 Maps | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-93 | Alternative Plan 4 Population Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-94 | Alternative Plan 4 ACS Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-95 | Alternative Plan 4 2018 Election Data | No | No | 1/25/2022 10:44 AM | 1/25/2022 10:44 AM |
| Pla-96 | Alternative Plan 4 2020 Election Data | No | No | 1/25/2022 10:45 AM | 1/25/2022 10:45 AM |
| Pla-97 | Alternative Plan 4 Incumbents by District | No | No | 1/25/2022 10:45 AM | 1/25/2022 10:45 AM |
| Pla-98 | Alternative Plan 4 Population Overlap with Plan S2168 | No | No | 1/25/2022 10:45 AM | 1/25/2022 10:45 AM |
| Pla-99 | Alternative Plan 4 Population Overlap with Plan S2100 | No | No | 1/25/2022 10:45 AM | 1/25/2022 10:45 AM |
| Pla-100 | Barreto Rebuttal Report | No | No | 1/25/2022 10:45 AM | 1/25/2022 10:45 AM |
| Pla-101 | Cortina Rebuttal Report | No | No | 1/25/2022 10:45 AM | 1/25/2022 10:45 AM |
| Pla-102 | Sparks Texts | No | No | 1/25/2022 10:45 AM | 1/28/2022 1:02 PM |

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Pla-103 | MOTRAN Comments | No | No | 1/25/2022 10:45 AM | 1/25/2022 10:45 AM |
| Pla-104 | Potter Presentation to Sen. Redistricting Comm. | No | No | 1/25/2022 10:45 AM | 1/25/2022 10:45 AM |
| Pla-105 | Matt A. Barreto CV | No | No | 1/25/2022 11:48 AM | 1/25/2022 12:05 PM |
| Pla-106 | Email Thread Re: EI Data | No | No | 1/28/2022 10:57 AM | 1/28/2022 10:57 AM |
| Def-1 | Partisan Shading Map with Racial and Ethnic Data | No | No | 1/27/2022 9:01 AM | 1/27/2022 9:01 AM |
| Def-2 | SD10 Partisan Shading Map – S2100 | No | No | 1/27/2022 9:01 AM | 1/27/2022 9:01 AM |
| Def-3 | SD10 Partisan Shading Map – S2168 | No | No | 1/27/2022 9:01 AM | 1/27/2022 9:01 AM |
| Def-4 | North Texas Partisan Shading Map – S2100 | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-5 | SD10 Change in Partisan Population Map | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-6 | Comparison of S2100 and S2168, Performance of SD10 in Statewide Elections – 2012 to 2020 | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-7 | Election Analysis – S2100 – 2012 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-8 | Election Analysis – S2100 – 2014 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-9 | Election Analysis – S2100 – 2016 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-10 | Election Analysis – S2100 – 2018 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-11 | Election Analysis – S2100 – 2020 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-12 | Election Analysis – S2168 – 2012 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-13 | Election Analysis – S2168 – 2014 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-14 | Election Analysis – S2168 – 2016 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-15 | Election Analysis – S2168 – 2018 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-16 | Election Analysis – S2168 – 2020 General | No | No | 1/27/2022 9:02 AM | 1/27/2022 9:02 AM |
| Def-17 | SD10 Electoral History – 2002 to 2018 | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-18 | SD10 General Election – 2002 to 2018 | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-19 | Election Analysis – H2100 – 2020 General | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-20 | Election Analysis – H2316 – 2020 General | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-21 | Map Analysis – S2100 | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-22 | Citizen Voting Age Population Data – S2100 | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Def-23 | Map Analysis – S2168 | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-24 | Senate Population Deviation Map | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-25 | Governor Abbott Proclamation – Third Called Session | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-26 | U.S. Census Bureau Redistricting Data | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-27 | Texas Senate Journal – Third Called Session | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-28 | Texas House Journal – Third Called Session | No | No | 1/27/2022 9:03 AM | 1/27/2022 9:03 AM |
| Def-29 | Examples of the Senate Adopting Plans Offered by Democratic Senators | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-30 | Senate Redistricting Committee Hearing Notices and Attachments | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-31 | House Redistricting Committee Hearing Notice and Attachments | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-32 | Cancelled House Redistricting Committee Hearings | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-33 | Selected Images from the Summer 2021 Quorum Break | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-34 | Expert Report and Declaration of Dr. John R. Alford | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-35 | EI Voting Analysis – S2100 – 2012 to 2020 | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-36 | EI Voting Analysis – SD10 2014 Democratic Primary | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-37 | SD31 Electoral History – 2014 and 2018 | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-38 | HD90 Electoral History – 1996 to 2020 | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-39 | CD33 Electoral History – 2012 to 2020 | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-40 | Texas Tribune Article – Jan. 22, 2019 | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-41 | Texas Tribune Article – June 4, 2021 | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-42 | Texas Tribune Article – Sept. 21, 2021 | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-43 | Texas Tribune Article – Oct. 7, 2021 | No | No | 1/27/2022 9:04 AM | 1/27/2022 9:04 AM |
| Def-44 | Amarillo Pioneer Article – Oct. 20, 2021 | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-45 | SD31 Analysis | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-46 | SD9 Analysis | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-47 | SD9 Electoral History | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-48 | Texas Secretary of State – Election Advisory 2021-14 | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Def-49 | Texas Secretary of State – Election Advisory 2021-18 | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-50 | Texas Secretary of State – Election Advisory 2021-23 | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-51 | Texas Secretary of State – Important Election Dates | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-52 | Declaration of Director of Elections Keith Ingram | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-53 | Declaration of County Judge David Blackburn | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-54 | Declaration of Collin County Elections Administrator Bruce Sherbet | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-55 | Declaration of Kendall County Elections Administrator Staci Decker | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-56 | Transcript of Senate Redistricting Committee Hearing – Sept. 11, 2021 | No | No | 1/27/2022 9:05 AM | 1/27/2022 9:05 AM |
| Def-57 | Video of Senate Redistricting Committee Hearing – Sept. 11, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-57-A | Video of Senate Redistricting Committee Hearing – Sept. 11, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-58 | Transcript of Senate Redistricting Committee Hearing – Sept. 24, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-59 | Video of Senate Redistricting Committee Hearing – Sept. 24, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-59-A | Video of Senate Redistricting Committee Hearing – Sept. 24, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-60 | Transcript of Senate Redistricting Committee Hearing – Sept. 25, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-61 | Video of Senate Redistricting Committee Hearing – Sept. 25, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-61-A | Video of Senate Redistricting Committee Hearing – Sept. 25, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-62 | Transcript of Senate Redistricting Committee Hearing – Sept. 28, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-63 | Video of Senate Redistricting Committee Hearing – Sept. 28, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-63-A | Video of Senate Redistricting Committee Hearing – Sept. 28, 2021 | No | No | 1/27/2022 9:06 AM | 1/27/2022 9:06 AM |
| Def-64 | Transcript of Senate Floor Debate on SB4 – Oct. 4, 2022 | No | No | 1/27/2022 9:07 AM | 1/27/2022 9:07 AM |
| Def-65 | Video of Senate Floor Debate on SB4 – Oct. 4, 2022 | No | No | 1/27/2022 9:07 AM | 1/27/2022 9:07 AM |
| Def-65-A | Video of Senate Floor Debate on SB4 – Oct. 4, 2022 | No | No | 1/27/2022 9:07 AM | 1/27/2022 9:07 AM |
| Def-66 | Transcript of House Redistricting Committee Hearing – Oct. 11, 2021 | No | No | 1/27/2022 9:07 AM | 1/27/2022 9:07 AM |
| Def-67 | Video of House Redistricting Committee Hearing – Oct. 11, 2021 | No | No | 1/27/2022 9:07 AM | 1/27/2022 9:07 AM |
| Def-67-A | Video of House Redistricting Committee Hearing – Oct. 11, 2021 | No | No | 1/27/2022 9:07 AM | 1/27/2022 9:07 AM |
| Def-68 | Transcript of House Floor Debate on SB4 – Oct. 15, 2021 | No | No | 1/27/2022 9:07 AM | 1/27/2022 9:07 AM |

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Def-69 | Video of House Floor Debate on SB4 – Oct. 15, 2021 | No | No | 1/27/2022 9:07 AM | 1/27/2022 9:07 AM |
| Def-69-A | Video of House Floor Debate on SB4 – Oct. 15, 2021 | No | No | 1/27/2022 9:07 AM | 1/27/2022 9:07 AM |
| Def-70 | Dr. John R. Alford Rebuttal Report | No | No | 1/27/2022 9:00 AM | 1/27/2022 9:00 AM |