**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Lead Case] |

**JOINT ADVISORY REGARDING STIPULATED DEPOSITION LIMIT**

Pursuant to their January 20, 2022 Rule 26(f) Conference Report, Dkt. 151, the parties submit the following advisory regarding their effort to negotiate the number of permissible depositions in this case.

In the Rule 26(f) Conference Report, the parties stated that they would inform the Court by January 28, 2022 of any stipulated agreement as to the number of depositions allowed per side. *Id.* at 17.

The parties conferred on January 28, 2022 but were unable to reach agreement.

- Plaintiffs propose that the Court limit the plaintiffs (collectively) to a total of 45 depositions, excluding expert witnesses, and limit the defendants (collectively) to a total of 45 depositions, excluding expert witnesses, and that any additional depositions would require leave of court.

1

- Defendants propose that the Court limit Plaintiffs (collectively) and Defendants (collectively) each to a total of 315 hours as an initial round of deposition time, excluding expert witnesses.

Accordingly, the parties submit this advisory to comply with the deadline set forth in the parties' Rule 26(f) Conference Report.

DATED: January 28, 2022　　　　　　　　　　Respectfully submitted,

*/s/ Nina Perales*

Nina Perales
Texas Bar No. 24005046
Mexican American Legal Defense and
Educational Fund
110 Broadway Street #300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Samantha Serna
Texas Bar No. 24090888
Fatima Menendez**
Texas Bar No. 24090260
Kenneth Parreno*
Massachusetts BBO No. 705747
110 Broadway, Suite 300
San Antonio, TX 78205
nperales@maldef.org
sserna@maldef.org
fmenendez@maldef.org
kparreno@maldef.org

*Counsel for LULAC Plaintiffs*

*/s/ Richard Gladden*
Richard Gladden
Texas Bar No. 07991330
1204 W. University Dr. Suite 307
Denton, Texas 76201
940.323.9300 (voice)
940.539.0093 (fax)
richscot1@hotmail.com (email)

2

*Counsel for Plaintiff Wilson*

/s/ *Abha Khanna*
Abha Khanna*
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

David R. Fox*
Kathryn E. Yukevich*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
dfox@elias.law
kyukevich@elias.law

Kevin J. Hamilton*
PERKINS COIE
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
khamilton@perkinscoie.com

Renea Hicks
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

*Counsel for Voto Latino Plaintiffs*

/s/ *Sean J. McCaffity*
Sean J. McCaffity
State Bar No. 24013122
smccaffity@textrial.com
SOMMERMAN, MCCAFFITY,
QUESADA &GEISLER, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400

3

Dallas, Texas 75219-4461
214/720-0720 (Telephone)
214/720-0184 (Facsimile)
George (Tex) Quesada
State Bar No. 16427750
quesada@textrial.com

Joaquin Gonzalez
Texas Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@malc.org

*Counsel for Plaintiff MALC*

/s/ *Mark P. Gaber*
Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20
(715) 482-4066
mark@markgaber.com
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com
K. Scott Brazil (Tex. Bar No. 02934050)
Brazil & Dunn
13231 Champion Forest Drive, Ste. 406
Houston, TX 77069
(281) 580-6310
scott@brazilanddunn.com

Jesse Gaines*
Tex. Bar. No. 07570800
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

*Counsel for Brooks Plaintiffs*

/s/ *Ezra D. Rosenberg*

4

Ezra D. Rosenberg
Jon Greenbaum
Pooja Chaudhuri
Sofia Fernandez Gold
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
sfgold@lawyerscommittee.org

Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

Neil Steiner
Brian Raphel
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com
brian.raphel@dechert.com

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
robert@notzonlaw.com

Janette M. Louard
Anthony P. Ashton
Anna Kathryn Barnes
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive

Baltimore, MD 21215
(410) 580-577
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Counsel for Plaintiff Texas NAACP*

*/s/ Noor Taj*
Noor Taj*
P.A. State Bar No. 309594
Allison J. Riggs*
N.C. State Bar No. 40028
Hilary Harris Klein*
N.C. State Bar No. 56122
Mitchell Brown*
N.C. State Bar No. 56122
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Tel. (919) 323-3380
Fax. (919) 323-3942
allison@southerncoalition.org
noor@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org

David A. Donatti
TX Bar No. 24097612
Ashley Harris
TX Bar No. 24078344
Thomas Buser-Clancy
TX Bar No. 24123238
Andre I. Segura
TX Bar No. 24107112
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
ddonatti@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org
asegura@aclutx.org

Jerry Vattamala
N.Y. State Bar No. 4426458*
Susana Lorenzo-Giguere
N.Y. State Bar No. 2428688*
Patrick Stegemoeller**
N.Y. State Bar No. 5819982*
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013

*Counsel for Fair Maps Plaintiffs*

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALLISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for United States of America*

 */s/ Martin Golando*

The Law Office of Martin Golando, PLLC
Texas Bar No. 24059153
2326 W. Magnolia Ave.
San Antonio, Texas 78201
Office: (210) 471-1185
Fax: (210) 405-6772
Email: martin.golando@gmail.com

*Counsel for Plaintiff Martinez Fischer and Escobar*

7

      */s/ Gary Bledsoe*
The Bledsoe Law Firm PLLC
State Bar No. 02476500
6633 Highway 290 East #208
Austin, Texas 78723-1157
Telephone:  512-322-9992
Fax:  512-322-0840
Email:  gbledsoe@thebledsoelawfirm.com
garybledsoe@sbcglobal.net

*Counsel for Plaintiff-Intervenors Eddie Bernice Johnson, Sheila Jackson Lee, Alexander Green and Jasmine Crockett*

*\*Admitted pro hac vice*
*\*\*Application for admission pro hac vice forthcoming*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548 (MC-009)
Austin, Texas 78711-2548
Tel. (512) 463-2100
Fax. (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Western District of Texas on the 28th day of January 2022.

*/s/ Nina Perales*
Nina Perales