IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* <br> *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br> *Defendants.* | § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.* <br> *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br> *Defendants.* | § § § § § § | Case No. 1:21-cv-00988 <br> [Consolidated Case] |

## EXHIBIT A

## UPDATED DECLARATION OF TODD GIBERSON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* <br>    *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br>    *Defendants.* | § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.* <br>    *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br>    *Defendants.* | § § § § § § | Case No. 1:21-cv-00988 <br> [Consolidated Case] |

**UPDATED DECLARATION OF TODD GIBERSON**

1. My name is Todd Giberson. I am over the age of 18 and competent to make this declaration.

2. I am an employee of the Office of the Attorney General (OAG) Legal Technical Support Division (LTS). I have been employed at the OAG since 1994 as a systems and data analyst. Before that, I was employed by the Texas Legislative Council (TLC) as a programmer. I was on the team of programmers who wrote the original RedAppl computer application for drawing districts. I am not a lawyer.

3. RedAppl contains data gathered from various sources, including TLC, the Census Bureau, and the Texas Secretary of State. This data includes borders of municipalities and other local-government bodies and borders of electoral precincts (which the Census Bureau refers to as voter tabulation districts, or VTDs). The data also includes the number of registered voters in each electoral precinct, Spanish surname voter registration, and the election results for each electoral precinct from 2012–present as reported to the Secretary of State by each county.

4. RedAppl also contains data received from the Census Bureau, including its American Community Survey, or ACS. The Census Bureau divides each county into, from largest to smallest,

tracts, block groups, and blocks. The Census Bureau data includes information such as the declared race and ethnicity of persons in a block. The smallest unit for which ACS data is available, however, is a block group. Thus, information gathered by the ACS, such as citizenship, is not available at the block level.

5. By combing this data, RedAppl is able to create maps and reports showing demographic and electoral information in units as small as the block level. By combining data from the block level, it can create maps and reports for any defined area. It is by assigning these blocks to defined areas that RedAppl can be used to create electoral maps.

6. By default, RedAppl displays only county borders. To display other features, such as roads and bodies of water, the user must specify them. To display boundaries besides county lines, the user must specify the type of boundary to display. To display data for an area, either pre-defined within RedAppl (such as an existing House district, a city, or an electoral precinct) or user-generated (such as a proposed Senate district), the user must actively select which data to display. In particular, data regarding race, ethnicity, Spanish-surname status, voting-age population, and number of registered voters is not displayed unless the user actively chooses to display it. Because of this, a user who chose to do so could create a proposed redistricting map having seen only population and electoral results and having never seen information on the race, ethnicity, or Spanish-surname status of the residents of the proposed districts.

7. Exhibits 5–8 to the State Defendants' Opposition are partisan-shading maps I personally generated using data from TLC. They show the relative percentages of votes cast in the 2020 general election for president in each pictured VTD. Exhibits 5 and 6 are zoomed-in and zoomed-out, respectively, maps of benchmark SD10. Exhibit 7 is a map of SD10. Exhibit 8 is a map of benchmark SD28.

8. Exhibit 9 to the Opposition is a map I personally generated using statistics gathered from

RedAppl. It overlays current SD10 on benchmark SD10. It is color-coded to show the areas that remain from, were removed from, and were added to benchmark SD10 to create current SD10. Each color-coded area shows the population of that area and the percentage of votes cast for Donald Trump in the 2020 general election.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated February 4, 2022.

_____
Todd Giberson