IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 1:21-cv-01038 <br> [Consolidated Case] |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THEIR MOTION TO DISMISS**

Defendants Greg Abbott, in his official capacity as Governor of Texas, and John Scott, in his official capacity as Secretary of State of Texas, respectfully request an extension of the twenty-page limit set by Local Rule CV-7(d)(3) for their Motion to Dismiss. The Governor and the Secretary seek permission to file a motion that does not exceed twenty-three pages.

The extension is sought to ensure that the Governor and the Secretary have adequate opportunity to address the jurisdictional and merits issues with a complaint raising three counts on behalf of seventeen plaintiffs, one of which is a committee of seven organizations.

Defendants' counsel consulted with counsel for the Plaintiffs, who have represented that Plaintiffs do not oppose the requested extension.

Based on the foregoing, the Governor and the Secretary respectfully request that their unopposed motion for leave to exceed page limits be granted.

| | |
|---|---|
| Date: February 4, 2022 | Respectfully submitted. |
| | /s/ Patrick K. Sweeten |
| KEN PAXTON | PATRICK K. SWEETEN |
| Attorney General of Texas | Deputy Attorney General for Special Litigation |
| | Tex. State Bar No. 00798537 |
| BRENT WEBSTER | |
| First Assistant Attorney General | |
| | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 4, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN