IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 |
| v. | § § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*, | § § § | |
| *Plaintiffs,* | § § | Case No. 1:21-cv-01038 |
| v. | § § | [Consolidated Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

**<u>ORDER</u>**

Now before the Court comes the Governor and Secretary's Unopposed Motion for Leave to Exceed Page Limits filed February 4, 2022, regarding their motion to dismiss. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Governor and Secretary's Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED, and the Governor and Secretary may file a motion to dismiss that does not exceed twenty-three pages.

DATE: _____

_____
UNITED STATES DISTRICT JUDGE