UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, et al.

vs.  Case No.: EP-21-cv-00259-DCG-JES-JVB

Greg Abbott, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Fatima Menendez, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent League of United Latin American Citizens, etal. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Mexican American Legal Defense & Educational Fund with offices at:

   Mailing address: 110 Broadway, Suite 300

   City, State, Zip Code: San Antonio, TX 78205

   Telephone: (210) 224-5476   Facsimile: (210) 224-5382

2. Since 5/1/2014, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24090260.

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
   Number: 1:18-cv-00192  on the 5th  day of March, 2018.
   Number: _____ on the ____ day of _____, ____.
   Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   None

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   None

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Nina Perales

Mailing address: 110 Broadway, Suite 300

City, State, Zip Code: San Antonio, TX 78205

Telephone: (210) 224-5476

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Fatima Menendez to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Fatima Menendez
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 8th day of February, 2022.

Fatima Menendez
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, et al.

vs.

Case No.: EP-21-cv-00259-DCG-JES-JVB

Greg Abbott, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Fatima Menendez, counsel for League of United Latin American Citizens, etal., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Fatima Menendez may appear on behalf of League of United Latin American in the above case.

IT IS FURTHER ORDERED that Fatima Menendez, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February, 20____.

_____
UNITED STATES DISTRICT JUDGE