1    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF TEXAS
2    EL PASO DIVISION

3

     LEAGUE OF UNITED LATIN          §    3:21-CV-00259-DCG-JES-JVB
4    AMERICAN CITIZENS, ET AL        §
                                     §
5    V.                              §    8:59 A.M. TO 10:49 A.M.
                                     §
6    GREG ABBOTT, IN HIS             §
     OFFICIAL CAPACITY AS            §
7    GOVERNOR OF THE STATE OF        §
     TEXAS, ET AL                    §    JANUARY 28, 2022
8

9            HEARING ON MOTION FOR PRELIMINARY INJUNCTION
                    AS TO SENATE DISTRICT 10
              BEFORE THE HONORABLE DAVID C. GUADERRAMA,
10                   HONORABLE JERRY E. SMITH
                 AND HONORABLE JEFFREY V. BROWN
11            VOLUME 8 (AM SESSION) OF 9 VOLUMES

12   APPEARANCES:

13   FOR THE PLAINTIFFS ROY CHARLES BROOKS, FELIPE GUTIERREZ,
     PHYLLIS GOINES, EVA BONILLA, CLARA FAULKNER, DEBORAH
14   SPELL, BEVERLY POWELL:
     Mr. Chad W. Dunn
15   Brazil & Dunn
     4407 Bee Caves Road
16   Building 1, Suite 111
     Austin, Texas  78746
17   (512) 717-9822
          and
18   Mr. Mark P. Gaber
     Mark P. Gaber, PLLC
19   P.O. Box 34481
     Washington, DC  20043
20   (715) 482-4066
          and
21   Ms. Molly Elizabeth Danahy
     Molly E. Danahy, Esq
22   P.O. Box 26277
     Baltimore, Maryland  21210
23   (208) 301-1202

24

25

**APPEARANCES (continued):**

**FOR THE PLAINTIFFS ROY CHARLES BROOKS, FELIPE GUTIERREZ, PHYLLIS GOINES, EVA BONILLA, CLARA FAULKNER, DEBORAH SPELL, BEVERLY POWELL:**
Ms. Sonni Waknin
Sonni Waknin, Esq
10300 Venice Boulevard, Apartment 204
Culver City, California  90095
(723) 610-1283
     and
Mr. Jesse Gaines
Jesse L. Gaines Attorney at Law
P.O. Box 50093
Fort Worth, Texas  76103
(817) 714-9988

**FOR THE DEFENDANTS GREG ABBOTT, JOHN SCOTT, JOSE A. ESPARZA, STATE OF TEXAS, TEXAS LIEUTENANT GOVERNOR DAN PATRICK AND TEXAS SPEAKER DADE PHELAN:**
Mr. Patrick K. Sweeten
Mr. Christopher D. Hilton
Mr. Eric Hudson
Mr. William Thomas Thompson
Ms. Kathleen Hunker
Ms. Courtney Brooke Corbello
Mr. Jack Buckley DiSorbo
Office of Texas Attorney General
P.O. Box 12548
MC 009
Austin, Texas 78711
(512) 463-4139

**ALSO PRESENT:**
Mr. Brian Christopher

Court Reporter:
Laura Wells, RPR, RMR, CRR
601 Rosenberg, Suite 615
Galveston, Texas  77550

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.

1                        **VOLUME 8**
         **(HEARING ON MOTION FOR PRELIMINARY INJUNCTION**
2                  **AS TO SENATE DISTRICT 10 )**
                                                        **PAGE**
3    **JANUARY 28, 2022**

4    Stipulation as to Exhibits......................      4
     State Rests.....................................     53
5    Plaintiffs Close................................     85
     State Close.....................................     85
6    Reporter's Certificate..........................     86

7                      **ALPHABETICAL**

8    **WITNESSES**                                       **Page**

9    **STACI DECKER**
          Direct Examination Offered By Ms. Hunker        26
10
     **MATTHEW A. BARRETO, Ph.D**
11        Rebuttal Direct Examination By Mr. Dunn         54
          Rebuttal Cross-Examination By Mr. Thompson      78
12        Rebuttal Redirect Examination By Mr. Dunn       84

13   **BRUCE SHERBET**
          Direct Examination Offered By Mr. Sweeten        5

14

15

16

17

18

19

20

21

22

23

24

25

                    *Laura Wells, RPR, RMR, CRR, RDR*

Stipulation as to Exhibits

1                          **PROCEEDINGS**

2                   **(Call to order of the Court.)**

3            JUDGE GUADERRAMA:  Good morning, everyone.

4    Please be seated.

08:59:06    5         All right, Mr. Sweeten.

6            MR. SWEETEN:  Thank you, Your Honor.

7            Your Honor, Mr. Dunn and I had a chance to talk last

8    night about the exhibits; and I know that the Court has

9    conditionally admitted them on both sides.

08:59:20   10         We have come to an agreement.  The agreement is the

11   State will withdraw its objections to their exhibits.

12   They will -- except for Exhibit 102, which the State

13   maintains its foundation and hearsay and relevance

14   objections.

08:59:39   15         And in turn, the plaintiffs have withdrawn their

16   objections to all 70 of the defendants' exhibits.  So I

17   wanted to let the record know -- I mean, let the Court

18   know for the record and also move for the admission now,

19   not just conditionally, but move for the admission of all

08:59:57   20   70 of the State's defendants' exhibits.

21           JUDGE GUADERRAMA:  All right.  All those exhibits

22   are admitted with the exception of 102, which will be

23   taken up; is that correct, Mr. Dunn?

24           MR. DUNN:  Yes, Your Honor.  And just by way of

09:00:09   25   response, we continue to believe that 102 is both relevant

*Laura Wells, RPR, RMR, CRR, RDR*

```
        1   and the Court can consider it for the reasons that I

        2   argued during Senator Huffman's testimony; but we would

        3   also move 1 through 106 of the plaintiffs' Brooks exhibits

        4   subject to the 102 issue.

09:00:25 5            JUDGE GUADERRAMA:  All right.  Those will be

        6   admitted, as well.

        7            MR. SWEETEN:  Your Honor, so this morning we are

        8   going to start by playing the video deposition of Bruce

        9   Sherbet.  We will then have Staci Decker testify after

09:00:39 10  that.  And then, at that point, the State will rest its

       11   case.
```

                              **BRUCE SHERBET,**

```
       13   having been first duly sworn, testified via videotape, as

       14   follows:
```

                              **DIRECT EXAMINATION**

```
       16   OFFERED BY MR. SWEETEN:

       17   Q.   Just starting off with some background information,

       18   could you just tell me what you do for a living?

       19   A.   I'm the Collin County Elections Administrator.

09:00:55 20  Q.   And how long have you been in that position?

       21   A.   I have been in this position for six years.

       22   Q.   Can you briefly describe what you do on a day-to-day

       23   basis as the elections administrator?

       24   A.   Well, it's pretty much A to Z of the election

09:01:11 25  processes.  So we oversee voter registration for Collin
```

1    County.  I'm over the voting equipment, warehouse, the

2    early-oting processes, the training of election judges and

3    clerks.

4         All of the materials that are used in the election,

09:01:30    5    all the way from the beginning to the end, basically, of

6    the election processes are under the charge of the

7    elections administrator.

8    **Q.**   And as part of your role, do you communicate with

9    election officials in other counties or at the Secretary

09:01:47   10    of State's office?

11   **A.**   Yes, I do.

12   **Q.**   Does your office communicate with voters as far as the

13   elections process?

14   **A.**   Quite a bit, yes.

09:01:56   15   **Q.**   Is the Collin County Elections Office large or small

16   compared to similar election offices in other counties?

17   **A.**   Of the 254 counties in Texas, Collin County is the

18   sixth-largest.  We have about 670,000 registered voters.

19   **Q.**   Have you held a similar job in other counties in

09:02:23   20   Texas?

21   **A.**   Yes.

22   **Q.**   Where is that?

23   **A.**   Well, I started in elections -- well, I started in

24   Dallas County in 1976, when I was 19 years of age.

09:02:38   25        In 1980, I became the voter registration supervisor

*Laura Wells, RPR, RMR, CRR, RDR*

1    for Dallas County.  The next four years I was the

2    supervisor of voter registration.

3         Then in '84 to '87, I became the Assistant Elections

4    Administrator for Dallas County.

09:02:57    5         And from 1987 to 2011, I was the Elections

6    Administrator of Dallas County.  I left in 2011, and I

7    retired with 34 years' service with the County.

8         And for two years I worked with the Elections Center,

9    which is a national organization that represents

09:03:20   10    elections, basically; and I helped them with some training

11    curriculum for their certification courses, actually

12    developed some and taught the courses for two years.

13         And in late 2013, Ellis County contacted me because

14    they knew I was an elections administrator; and they asked

09:03:42   15    if I would help them get through the primaries of 2014.  I

16    did, still living in Richardson, driving an hour and a

17    half a day.  But I did that for two years.

18         And then Collin County opened up, and I took this

19    position I currently have December of '15.

09:04:00   20   **Q.**   Are you a member of any professional associations or

21    similar groups for election administrators?

22   **A.**   Yes, I am.  I'm a member of the Election Center.  I'm

23    certified, CERA certified, which is an acknowledgment, you

24    know, that you have gone through a lot of courses through

09:04:22   25    that organization.

*Laura Wells, RPR, RMR, CRR, RDR*

1    IGO, International Government Officials Association,

2  another election organization nationwide -- actually,

3  international with that one.

4       And also I'm a member of the Texas Association of

09:04:37  5  Elections Administrators.

6  Q.   So have you learned about election administration in

7  counties other than Collin County as part of your

8  experience?

9  A.   Yes.  I'd say it's been an interesting journey in the

09:04:52  10  sense that I've conducted elections for 24 years for the

11  second-largest jurisdiction in Texas, six years for the

12  sixth-largest.

13       And then Ellis County was relatively small compared to

14  some of the larger jurisdictions.  We had about 100,000

09:05:11  15  registered voters.

16       So I've had hands-on experience with smaller, medium,

17  and very large counties.

18  Q.   Do you have personal knowledge about how changes to

19  election procedures and schedules can affect county

09:05:24  20  administration as well as voters?

21  A.   Well, it can; and it depends, really, how much lead

22  time is allowed for those changes.  You know, in our last

23  legislative session and in special sessions, there have

24  been some election law changes that have affected our

09:05:43  25  operations and our processes.

*Laura Wells, RPR, RMR, CRR, RDR*

1    So there's a lot of "it depends," I guess, in my

2  answer.  It depends on the amount of time that's allowed

3  for those changes to take place and the amount of training

4  and education that goes along with not just from the

09:06:01   5  administrative side but also educating the voters,

6  candidates, and others about changes.

7  **Q.**   Well, I can appreciate that, and I want to get into

8  the details of that in a minute.  But for the moment, I

9  just meant to ask:  Do you have personal knowledge about

09:06:18   10  those topics?

11  **A.**   Yes, I do.

12  **Q.**   So what I have sent to you and you've then received is

13  Exhibit 1 of this deposition, which is Defendants' Exhibit

14  54 for the preliminary injunction hearing.

09:06:29   15    Can you see the title of this exhibit?

16  **A.**   Yes.

17  **Q.**   Does it say "Declaration of Bruce Sherbet"?

18  **A.**   Yes, it does.

19  **Q.**   Is this declaration a declaration that you submitted

09:06:46   20  and signed in this case?

21  **A.**   Yes, it is.

22  **Q.**   And does it accurately reflect your knowledge and

23  beliefs as they pertain to this case?

24  **A.**   Yes, it does.

09:07:03   25  **Q.**   In Paragraph 5 of your declaration you mentioned,

*Laura Wells, RPR, RMR, CRR, RDR*

Video Testimony of Bruce Sherbet                        Vol 8 - 10

```
          1   quote, months of preparation to conduct a primary election

          2   in Texas.

          3        Could you briefly describe the preparation you were

          4   talking about?

09:07:21  5   A.   Preparation begins with first getting, through the

          6   parties, the names of the people who have filed to run.

          7   They provide all that information to us.  We code the

          8   election.  We will proof the election.  The parties proof

          9   the election.

09:07:51  10       After they sign off on it, then we have to begin

          11  testing all the equipment -- and there are, like,

          12  thousands of pieces of equipment that we do test -- and

          13  perform a series of internal and external, what we call,

          14  logic and accuracy tests.

09:08:09  15       And that's just getting to the point where you start

          16  the process; and that means mailing out ballots to voters

          17  that request them, getting everybody prepared for the

          18  polling places.

          19       It generally takes a couple of months from start to

09:08:25  20  finish just to get to that point.

          21  Q.   And has the preparation for the primary election

          22  already begun?

          23  A.   Oh, most definitely, yes.

          24  Q.   Can you describe some of the major activities that the

09:08:40  25  Collin County Elections Administration Office has already
```

Video Testimony of Bruce Sherbet                        Vol 8 - 11

 1   taken?

 2   **A.**   Well, we first had to redistrict before we even got

 3   into the preparation of the primaries.  So I guess I need

 4   to ask:  Are you needing to know from the point where we

 09:08:57  5   start at ground zero or to include information about what

 6   we had to do with our voter registration files to be ready

 7   for the election?

 8   **Q.**   Yes.  I think, please feel free to include that in

 9   your answer.

 09:09:12  10   **A.**   Okay.  So what we -- at redistricting, you know, the

 11   legislature had two special sessions.  We did -- we didn't

 12   get our redistricted information from the State until

 13   late, obviously, because they were still working on it

 14   through the special session.

 09:09:28  15       We also have overpopulated precincts.  So going into

 16   an even year you, by state law, can't have over 5,000

 17   registered voters in any given voting precinct.  Collin

 18   County had 14 of those that we identified that we had to

 19   split up because they were overpopulated.

 09:09:48  20       So we have two phases of redistricting.  We had Phase

 21   1, which was just to ready ourself for the other changes

 22   that come from the State and County, actually the maps.

 23       So our GIS department receives the maps first.  I

 24   can't remember exactly when; but it was probably sometime

 09:10:10  25   in September, October when they got them.  They do their

1    work on it, provide us the shade files and the maps so

2    that we can go into our voter registration database and

3    literally start moving voters to the redistricted

4    precincts.

09:10:28    5         We get that accomplished.  For the primary election,

6    we had to do that before we even started the preparations,

7    getting the equipment readied, getting our ballots

8    started, which is what I explained that we got -- I think

9    our commissioners on November 1st passed their

09:10:48   10    redistricted precincts, commissioner and JP.

11         We had the information given to us by our GIS

12    department, and we went through the process.  It took

13    about a month on our end to go through and change all of

14    our records, our files.

09:11:06   15         On top of that, for an even year, we also have to mail

16    everyone a new voter registration certificate.  Those

17    normally get mailed out on December 5th by state law

18    requirements.  We just started mailing them this week,

19    basically, because things got delayed so much in the

09:11:24   20    process.

21         So you get everything ready to mail out your voter

22    certificates, and then it goes back to what I said a few

23    minutes ago.  That's when we start meeting with the

24    parties, entering into a contract of services before we do

09:11:42   25    anything with both parties.

*Laura Wells, RPR, RMR, CRR, RDR*

1        In Collin County, we don't hold a joint primary, but

2   we contract to do both parties' primaries.  The thing that

3   they do that we pass over to them, basically, just about,

4   is they pay their judges and clerks for election day.  We

09:12:01   5   do all the early-voting processes and election day

6   processes, in fact; but it's not a true joint primary like

7   the law allows for.

8        So the process takes about a month and a half once you

9   start it, from start to finish; and we started mailing

09:12:19   10  ballots on January 15th for all the overseas military

11  people that requested ballots.

12       We've received probably around, now, probably close to

13  750 applications for mail ballots.  We expect that to

14  somehow be close to 5,000, maybe even more, before it's

09:12:44   15  all said and done.  There are a lot of state mail-outs,

16  candidates, campaigns, parties.

17       So we're completely in the middle of the process now.

18  We've mailed out ballots.  We've mailed out voter

19  certificates.

09:12:57   20      We are training this week on forms.  Then we go next

21  week into labs for our workers to come in to get their

22  training.  And then followed by our in-person, hands-on

23  training that we do for election law and procedures for

24  early voting and election day.

09:13:14   25      We're also securing the polling places for those

Video Testimony of Bruce Sherbet                    Vol 8 - 14

1    primary elections, and we're probably 99 percent secured

2    on that.  We still have a few that we're trying to lock

3    in.

4         And so the ballot board will be probably meeting

09:13:33    5    starting in a few weeks to start processing mail ballots

6    and auditing the daily report forms that come from the

7    locations.

8    **Q.**   Thank you, Mr. Sherbet.  I want to bring your

9    attention to Exhibit Number 2 that you have received

09:13:49   10    through the chat feature.  It is entitled "Election

11    Advisory Number 2021-18."

12        Do you know what this document is?

13    **A.**   Yes, I do.

14    **Q.**   What is it?

09:14:02   15    **A.**   It's the election law calendar that the State puts

16    out; and they put these out before every election, major

17    election, the primaries, the city school districts, the

18    November elections.

19        And it's really the template that takes all of the

09:14:18   20    critical dates and recommended dates that the State has

21    provided for us to complete the statutory-required duties;

22    and also best practices are included in there when they

23    suggest to start your testing of equipment or when they

24    suggest you, you know, get with your parties to contract

09:14:42   25    for the elections and sign everything over, suggestions on

1   logic and accuracy testing, postings of election notices,

2   orders of election.

3        It's really -- it's really a calendar of events that

4   lays out everything that we're supposed to be doing for

09:15:00   5   that specific election that's identified on it.

6   Q.   Mr. Sherbet, under Saturday, November 13th, this

7   Exhibit 2 says, "First day to file an application for a

8   place on the primary ballot."  What does that mean?

9   A.   That is the first day that candidates can actually

09:15:18   10   apply for -- for the ballot.  There is a time period

11   specified by state law that gives a beginning date where

12   filing is allowed and a close date where it's the end of

13   filing period.

14   Q.   And if you flip two pages further in the exhibit,

09:15:37   15   you'll see that, I think, that the close is December 13th.

16   Is December 13th when the candidate filing period closes?

17   A.   Yes.  That's correct, yes.

18   Q.   Now, if you flip forward a few more pages, you'll see

19   the note for Saturday, January 1st.  Can you see that?

09:16:01   20   A.   I'm getting there.  Hang on one second.  I see it,

21   yes.

22   Q.   And it says, "First day for voters to submit a regular

23   application for ballot by mail for an election in 2022."

24        So could you explain what that is and how it's

09:16:23   25   affected you?

**A.**   Well, for requesting mail ballots, it's on an annual

basis, January 1, December 31st.  So that's the very first

day that a person wanting to vote in elections this cycle

can request a ballot, an absentee or vote-by-mail ballot.

09:16:47 **Q.**   Has Collin County, in fact, received those

applications?

**A.**   We've received about 750 so far.  We think we're going

to end up with about 5,000 by the time it ends.

**Q.**   How long, roughly, does it take Collin County to send

09:17:06 out a mail ballot after it receives a request?

**A.**   It can vary.  It will normally take two to three days

once everything is in high gear.  We could've sent out

ballots, for example, if we got them on January 1st.  We

didn't even have the ballot signed off and completed at

09:17:31 that time.  That didn't happen until a little bit later.

We mailed out ballots starting January 15.  So that gives

you an idea of it took two weeks to get going.

Now that we're in the process, it's a two-to-three-day

turnaround.  We had some complications this time because

09:17:54 of some new legislation under Senate Bill 1 that has

required us to use a different kind of procedure and

people applying to vote to add additional information.

So we're having some challenges on -- and delays, I

guess I would say, just because of those new requirements

09:18:17 for probably, in Collin County, maybe 10 percent of those

 1    requests are going to have some extra steps needed.

 2    **Q.**   Is your administrative role in the voting-by-mail

 3    process more complicated this election cycle than in other

 4    election cycles because of the factor you just mentioned

 5    related to new legislation?

 6    **A.**   I think -- I think the answer is absolutely.  Not just

 7    yes, but absolutely.  And I -- I -- if we want to go over,

 8    like, even some of the new legislation, it's not just

 9    changes in absentee-by-mail processes; but there are a lot

10    of forms that changed, assisting voter forms, poll-watcher

11    requirements, and additional duties.

12        We've got to -- we've had to redo our envelopes, for

13    example, is another one of those things.

14        So this one was compounded in a couple of different

15    ways.  We've had a shorter period of time because of

16    delays in getting all of our mapping and everything done

17    on that end.

18        Law changes have required us to order additional

19    forms; and some of the challenges with that -- and they

20    have been pretty significant -- there is supply shortages.

21    There is paper shortages.  We're still waiting for

22    envelopes for some of the regular mail ballot processes

23    because they're not available.  They're just delayed

24    because of supply-chain issues and paper shortages.

25        So you take the new laws; you take we're behind

1   schedule on getting redistricting done; and we're behind

2   schedule on getting voter cards mailed out, which just

3   started this week.

4        And we've had two special elections this month in

09:20:07  5   Collin County, the second-largest and third-largest city.

6   McKinney, on the 15th, I held a special election; and on

7   the 29th, I had a special election for Frisco.

8        So we've got a lot of moving parts that aren't

9   normally in play in most years, even years.  This one,

09:20:28  10  because of the things I have mentioned, have added some

11  new dynamics and challenges to what we do.

12  **Q.**   You mentioned sending out mail ballots on

13  January 15th.  Was that a discretionary choice for Collin

14  County, or was that required by law?

09:20:43  15  **A.**   Well, it's a federal law requirement that we have to

16  mail out ballots 45 days before, and that -- that applies

17  across the line for these elections.  That's -- that's a

18  hard date.

19        And if you don't make that date, there could be all

09:20:59  20  kinds of other repercussions or challenges with that.  So

21  every county does everything possible to meet that 45-day

22  mail-out.

23  **Q.**   We've talked a bit about voting by mail, but there is

24  also voting in person.  Is Collin County preparing for

09:21:17  25  in-person voting to begin?

*Laura Wells, RPR, RMR, CRR, RDR*

1   **A.**   We are and that's -- that's being accomplished in

2   several different ways.  We're securing polling places.

3   We're almost completely done on that.  We still have a

4   few.

09:21:30   5        And we also are getting our workers lined up.  Under

6   state law the County is fully responsible for overseeing

7   and handling all the early-voting processes, cost-wise and

8   everything else.

9        So we are getting our workers lined up.  We've started

09:21:47   10   training this week.  We have three different kinds of

11   curriculums for training for our workers that they need to

12   see.

13        And we're also getting our packets ready, our supplies

14   for each precinct.  And that -- that includes getting

09:22:05   15   ballots ready.  That includes getting all the forms and

16   all the things that are necessary for posting and

17   qualifying voters in the locations.

18        We're full steam ahead doing all of those processes

19   right now.

09:22:20   20   **Q.**   Has your office had to increase its staffing to

21   accomplish all of these goals?

22   **A.**   We have had to, and we always have.  This year adds a

23   unique challenge, and that's the workforce.  We had

24   requested our HR department with the County to provide us

09:22:39   25   with 40 temporary employees.  Those employees are used in

1  multiple areas.  They're used for phone banks.  They are

2  used for entering voter registration applications or

3  assisting with mail-ballot processes.  Of the 40 we

4  requested, I think we have about seven that they have been

09:22:58  5  able to identify and provide us.

6       So we are short-staffed and we know that and we've had

7  to make allowances for that, meaning work some extended

8  hours, maybe some weekend work, especially going forward

9  now, and even reached out to our election workers to see

09:23:18  10  if any of them wanted to come in early and help us with

11  some of these other functions before early voting begins.

12       That's a challenge we weren't expecting; and I can

13  tell you it's one that would make someone in my position

14  nervous because you need all hands on deck, especially

09:23:35  15  when you are going into a big election year like we're

16  facing.

17  **Q.**  Based on your experience, would it be feasible to

18  change the districts at this point in time for the

19  March 1st primary?

09:23:49  20  **A.**  In my experience of doing this, it would be very

21  problematic and really confusing, I have a feeling, for

22  voters because we've already started mailing out ballots.

23  We have already posted ballots on our website.  We have

24  already started securing the equipment and preparing it

09:24:17  25  for testing.

Video Testimony of Bruce Sherbet                    Vol 8 - 21

```
          1    And to start over, as I had said a few minutes ago
          2  going over the timelines, it took about a month to get to
          3  this part.  We're just barely a month -- a little bit over
          4  a month away from the elections.
09:24:30  5    So I don't -- I don't know how it could be feasible
          6  from the stance of the voting equipment especially.  We
          7  could mail corrected ballots, possibly, after we
          8  redistrict; and I think there would be a question of how
          9  extensive and what are we talking about in terms of those
09:24:49  10  changes.
          11    It's not easy to give a direct answer except for I
          12  personally don't see how we could, in the middle of the
          13  stream right now, train going down the track full speed,
          14  regroup and try to change up the ballot, change up voter
09:25:07  15  registration records, recode equipment, and be ready for
          16  early voting that begins on the 14th of February.
          17    I -- I don't like ever saying impossible, but I can
          18  say improbable to be able to do it and especially without
          19  some significant challenges in that process.
09:25:25  20  Q.  In your experience, are some voters confused by things
          21  like corrected ballots?
          22  A.  We've had to do it before when there's been errors or
          23  things that have required us to do it.  We had -- we had
          24  to do it during the presidential election cycle because
09:25:44  25  courts added a third party.  I think they added a
```

*Laura Wells, RPR, RMR, CRR, RDR*

Video Testimony of Bruce Sherbet          Vol 8 - 22

|     |     |
| --- | --- |
| 09:26:03 | 1 |

1  Libertarian Party for some office to the ballot after we

2  had already mailed out some ballots.  So we had to go in

3  and make that change.  That was just strictly a ballot

4  change, and it did cause confusion.

09:26:03   5      And here is what will happen sometimes.  Voters may

6  get the second corrected ballot, and they are notified in

7  that mailing that this is a corrected ballot.  They'll

8  sometimes just mail the first ballot in and not even pay

9  attention to the corrected ballot, for whatever reason.

09:26:21  10  Maybe they think I have already voted, I don't care, or

11  that correction didn't mean anything to them.  It wasn't

12  an office, in other words, they cared about.

13      So I can tell you it can be confusing.  I'm not saying

14  every single voter that gets a corrected ballot is sitting

09:26:37  15  there confused looking at it, but it does cause confusion.

16      You have to keep in mind one thing, too, is --

17  especially if we're talking absentee by mail -- we're not

18  talking the majority of these voters being younger.  We're

19  talking the majority of these voters they're over 65, over

09:26:56  20  75, 85 and sometimes over 95.  And so things -- small

21  things can be more confusing than it would be for other

22  people.

23      So we -- we have the gamut of all kinds of voters and

24  ones that are maybe more attuned and educated versus some

09:27:13  25  that are confused and maybe not knowing what to do.

1    **Q.**   If a Court ordered a delay in the March 1st primary,

2    which you've said there are already votes being cast in,

3    what consequences would you expect to see?

4    **A.**   I think it's going to be a situation where there

09:27:35   5    definitely will be confusion.  If you -- if you take an

6    election that's already full steam ahead and we're already

7    mailing out hundreds of ballots and we're already mailing

8    new voter cards to everyone with their district

9    information on there, so there's going to be a confusion.

09:27:58   10   And you hope that everyone would be watching the news

11   feeds or being -- look at what is going on, but they are

12   not going to be always.

13        And so if you delay an election that's already fully

14   in process, I don't see how it can't cause some confusion;

09:28:16   15   and to what level, I'm not sure.  It depends on the

16   circumstances of the delay, how much time is allowed for

17   that delay, how much work is involved with it.

18        If there's a delay because of changing lines, how

19   significant that is will amortize to be how confusing and

09:28:38   20   difficult it will be to even accomplish a postponement.

21        I would have to know the details of it more to give a

22   definitive "this is exactly what is going to happen," but

23   I can tell you it's going to be problematic.  If you're in

24   the middle of a process and you're literally a couple of

09:28:56   25   weeks, three weeks or so, from starting your voting

09:29:17

```
 1  process to say, stop, stop the presses, take everything
 2  back, mail notices to those people you mailed ballots out,
 3  don't mail that ballot back in because it doesn't count,
 4  to try to reshuffle and get everybody ready for another
 5  election is really a problem to begin with.
 6       You've got to realize one thing on these election
 7  years, the even years, especially the midterms, those
 8  ballots are bigger than even a presidential year because
 9  you have a lot of courts and other things on there that
10  aren't on those ballots that there's just a lot of
11  processes going on.
12       And if you're making those kinds of changes on a very
13  fast order, it just -- you have two elections already in
14  May scheduled.  You have -- you have the May city school
15  districts.  I think it's on the 7th.  You've got the
16  primary runoff elections on the 24th, I think it is.
17  You've got the runoffs from the city school district
18  elections in June.
19       You really have overlapping elections to begin with;
20  and it is confusing, just by the nature of so many
21  elections on voters.  Voters are, like, every time I turn
22  around you're holding another election or I may have to be
23  at a different polling place, or whatever the challenges
24  may be in some of those counties.
25       It just would be a very complex, problematic situation
```

09:29:35 (line 10)
09:29:54 (line 15)
09:30:08 (line 20)
09:30:23 (line 25)

1    would be how I would try to phrase it without having more

2    specific details.

3    **Q.**    In Paragraph 4 of your declaration you said that you

4    were offering this declaration to provide the Court with

09:30:41  5    information.  Is there any additional information you want

6    to provide the Court with at this time?

7    **A.**    You know, I think we've covered some of that; and it's

8    just understanding the mechanics, the logistics that are

9    on election officials in these very -- these even years,

09:31:05  10    these overlapping elections, these short timeframes to get

11    things accomplished.

12        We're programming -- right now I'm holding an election

13    for Frisco.  I'm holding the election for them.  They are

14    voting today.  I'm -- I'm right now preparing voting

09:31:19  15    equipment for the primary.  I'm already overlapping

16    elections.

17        So when you start adding more complexities to that

18    process, I can guarantee you that there are going to be

19    challenges; and to what degree, I don't know because it

09:31:35  20    depends on the specifics.

21        So just getting the message across that even in a

22    perfect-world situation as an elections administrator --

23    I've done it for over 35 years -- in a perfect-world

24    situation it's very difficult to navigate through these

09:31:52  25    years just because of statutory timelines and requirements

Video Testimony of Staci Decker                    Vol 8 - 26

       1   for us.  To add other elements to that, it just

       2   exponentially could impact and maybe cause issues that

       3   wouldn't have happened if that had not occurred.

       4   **Q.**   Thank you, Mr. Sherbet.

09:32:21   5        (Videotaped testimony of Bruce Sherbet concluded.)

       6           MR. SWEETEN:  Your Honors, that concludes the

       7   Sherbet clips.

       8        We now are going to put up -- we're calling Staci

       9   Decker through videotape.  The videotape last 33 minutes

09:32:36  10   and 58 seconds.  Both plaintiffs' and defendants' clips

      11   are in this, and the direct examination is conducted by

      12   Kathleen Hunker.

      13                    **STACI DECKER,**

      14   having been duly sworn, testified via videotape, as

      15   follows:

      16                  **DIRECT EXAMINATION**

      17   OFFERED BY MS. HUNKER:

      18   **Q.**   Can you please state and spell your name for the

      19   record.

09:32:47  20   **A.**   It's Staci L. Decker.  S-t-a-c-i, L., Decker,

      21   D-e-c-k-e-r.

      22   **Q.**   What is your educational background?

      23   **A.**   High school diploma, some college, pretty much it.

      24   **Q.**   What is your current employer and job title?

09:33:06  25   **A.**   I'm currently the Elections Administrator for Kendall

                    *Laura Wells, RPR, RMR, CRR, RDR*

1  County.

2  **Q.**   And how long have you worked in that role?

3  **A.**   I have been the administrator since 2011.  I have

4  worked in the elections office since 2008.

09:33:18  5  **Q.**   Were you the Elections Administrator for Kendall

6  County in 2012 when the elections were delayed as a result

7  of redistricting?

8  **A.**   I was, yes.

9  **Q.**   And so you have first-hand knowledge on how changes in

09:33:29  10  the election schedule could impact counties and voters; is

11  that correct?

12  **A.**   That's correct.

13  **Q.**   What did you do prior to becoming Elections

14  Administrator?

09:33:38  15  **A.**   I worked for three years as the deputy, the chief

16  deputy for the Elections Administrator; and that was after

17  the office was created in 2008.

18       Prior to that, I worked in the tax

19  assessor-collector's office.  I handled motor vehicle and

09:33:52  20  voter registration.

21  **Q.**   And how long have you worked for the Tax Assessor's

22  Office?

23  **A.**   I was in that office for five years.

24  **Q.**   So all totaled, you have nearly 14 years' experience

09:34:03  25  with Texas elections; is that correct?

**A.**   Correct.

**Q.**   And you have nearly 20 years' experience in Kendall

County government; is that correct?

**A.**   That's correct.

09:34:09   **Q.**   What are your current responsibilities?

**A.**   I currently oversee and administer elections and voter

registration for all of Kendall County.

**Q.**   In your role as Elections Administrator, do you

regularly communicate with other government officials in

09:34:21   Texas?

**A.**   I do.  We -- I am part of a regional group and part of

the Association of Elections Administrators.

**Q.**   Which officials do you interact with?

**A.**   Primarily election administrators, county clerks, and

09:34:33   tax assessors that handle voter registration or elections.

**Q.**   So does this include officials in political

subdivisions?

**A.**   Yes, it does.

**Q.**   And does it also -- does it also include election

09:34:44   officers in other counties?

**A.**   That's correct, yes.

**Q.**   And how frequently do you communicate with them?

**A.**   Most elections administrators commute on a weekly

basis.  Our local political subdivisions, it depends on

09:34:58   the timeframe for their elections.  Right now it's quite a

1    bit.

2    **Q.**   Do you attend conferences, seminars and trainings

3    about election administration?

4    **A.**   Yes, I do.

09:35:06    5    **Q.**   Are these seminars and trainings attended by other

6    county election administrators?

7    **A.**   Yes, they are.

8    **Q.**   At these seminars and trainings is there an

9    opportunity for counties to ask questions and voice

09:35:18    10    concerns?

11    **A.**   Yes.

12    **Q.**   Are you a member of any professional association or

13    group related to elections?

14    **A.**   I am a member of the Texas Association of Elections

09:35:28    15    Administrators, and I'm also a member of the Election

16    Center.

17    **Q.**   Can you please tell me about the purpose of these

18    organizations.

19    **A.**   The purpose of the Texas Association of Elections

09:35:39    20    Administrators is an opportunity for those who handle

21    voter registration and elections to get together to talk

22    about commonalities between their counties, to discuss

23    issues relating to legislation, to county budget issues,

24    general operation of elections, and voter registration.

09:36:00    25    **Q.**   Has membership in these organizations given you

1  familiarity with respect to how other counties administer

2  their elections?

3  **A.**  Yes, it has.

4  **Q.**  Has it given you familiarity with the challenges these

09:36:11  5  counties may face?

6  **A.**  Yes, it does.

7  **Q.**  How large is your elections department?

8  **A.**  My elections department is a staff of four, including

9  myself.

09:36:20  10  **Q.**  And how many full-time workers?

11  **A.**  Four full-time workers.  That includes myself.

12  **Q.**  Is that typical for a Texas county?

13  **A.**  For a county our size, it's not; but the quantity of

14  workers across the counties just differs depending on the

09:36:38  15  size of their county and, really, the financial, I guess,

16  responsibilities of those counties if they have the money

17  to well staff, which most elections offices are not well

18  staffed.

19  **Q.**  Compared to other counties in Texas, would yours be

09:36:55  20  smaller or larger than the average?

21  **A.**  Sorry.  We are smaller than the majority of counties.

22  **Q.**  How many people live in Kendall County?

23  **A.**  We have a population of nearly 45,000 with about

24  35,000 of those registered to vote.

09:37:12  25  **Q.**  Ms. Decker, I'm going to introduce our first exhibit

Video Testimony of Staci Becker                  Vol 8 -  31

```
        1   for the day, which I have labeled Exhibit 1.  Can you

        2   please take a moment to look it over.

        3   A.   Yes.

        4   Q.   Do you recognize this document?

09:37:24  5   A.   I do.

        6   Q.   Is this the declaration that you submitted for this

        7   case?

        8   A.   Yes.  This is the declaration I submitted.

        9   Q.   Can you please turn to the last page.  Is that your

09:37:44 10   signature?

       11   A.   Yes.  That's my signature.

       12   Q.   Does this declaration contain a summary of your

       13   opinions?

       14   A.   Yes, it does.

09:37:49 15   Q.   Do you agree with the statements contained therein?

       16   A.   I do.

       17   Q.   Are the statements accurate?

       18   A.   Yes, they are.

       19   Q.   All right.  Please look to Paragraph 4.  You state,

09:38:00 20   "Each election in Texas takes months of careful

       21   preparation."

       22       Can you please explain what you mean there?

       23   A.   Putting together an election, we typically start

       24   between five to seven months prior to election date.

09:38:13 25   That's working with entities.  That's working with our
```

Video Testimony of Staci Decker                                Vol 8 - 32

```
        1   facilities, trying to secure buildings for use for
        2   election day, working with poll workers.  Everything that
        3   goes up into building an election is done during that
        4   timeframe.
09:38:28 5   Q.  When did you start preparing for the March 1st
        6   primary?
        7   A.  For the March 1st primary we started our preparations
        8   in October.
        9   Q.  What has Kendall County done to date regarding the
09:38:46 10  March primary?
       11   A.  Okay.  So we have -- we have already done our
       12   programing.  We have signed off on our ballot proofs.  We
       13   have ordered all the supplies for the election.  We have
       14   prepared the election-day kits.  We have prepped for our
09:39:02 15  ballot-by-mail mail-outs.  We have done a lot of the
       16   general administrative duties kind of related to prepping
       17   the election kits, prepping the forms and things that our
       18   judges would need to sign, prepping for training,
       19   scheduling, our polling locations and the use of their
09:39:22 20  building, sending out the contracts for those.  I believe
       21   that's pretty much it so far.
       22   Q.  Do you consider the election to already be ongoing?
       23   A.  I do.
       24   Q.  Are you familiar with the election calendar published
09:39:40 25  by the Texas Secretary of State's office?
```

Video Testimony of Staci Decker                    Vol 8 - 33

1   **A.**   Yes.

2   **Q.**   In your words, what is the election calendar?

3   **A.**   The election calendar is our timeline for the

4   preparation of any election.  It shows the deadlines that

09:39:52   5   we must meet that are hard, firm deadlines, as well as

6   keeps us on a successful journey to election day.

7   **Q.**   Have many of the deadlines for the March 2022 primary

8   already passed?

9   **A.**   Many of the key deadlines in regards to ballot

09:40:11   10   programming, sending out ballots, and a lot of the

11   preparation that has to be done on the parties' side, our

12   local parties' side has been done, yes.

13   **Q.**   And are there any upcoming deadlines?

14   **A.**   There are plenty of upcoming deadlines, yes.

09:40:30   15   **Q.**   Would you consider those deadlines fast approaching?

16   **A.**   Yes, I do.

17   **Q.**   Ms. Decker, I'm going to introduce our next exhibit,

18   which I have labeled Exhibit 2.  Can you please take a

19   second to look it over.  Can you tell me what it is?

09:40:44   20   **A.**   This is the election law calendar for the March 1st

21   primary and the subsequent May 24th runoff election.

22   **Q.**   Okay.  Can you please turn to page Decker 00018.

23   You'll notice the numbers on the bottom.  Do you see where

24   it says "Calendar of Events"?

09:41:08   25   **A.**   Yes.

*Laura Wells, RPR, RMR, CRR, RDR*

1  **Q.**  And do you see where it says "Saturday, November 13th,

2  2021"?

3  **A.**  I do.

4  **Q.**  What is the significance of this date?

09:41:17  5  **A.**  This is the first day to apply for a ballot by mail

6  for the primary -- I'm sorry -- to apply for a place on

7  the ballot for the primary election.

8  **Q.**  Is this what we typically call the candidate filing

9  period?

09:41:32  10  **A.**  That is correct.  That's the beginning of the

11  candidate filing period.

12  **Q.**  And how long does the candidate filing period last?

13  **A.**  Thirty days.

14  **Q.**  Has the filing period ended in this election?

09:41:42  15  **A.**  It has ended, yes.

16  **Q.**  I want to now turn to Page 20.  I'm sorry.  I mean 22.

17       Do you see where it reads "Thursday, December 23rd,

18  2021"?

19  **A.**  I do.

09:42:19  20  **Q.**  Can you please tell me the significance of this

21  deadline?

22  **A.**  So this is the deadline for the county chair or their

23  designee to conduct the ballot drawing for the March 1st

24  primary.

09:42:29  25  **Q.**  Can you please tell me:  What is a candidate drawing?

Video Testimony of Staci Becker                        Vol 8 - 35

```
         1   A.   A candidate drawing is where the party or their
         2   designee draws for a ballot order of the candidates to go
         3   onto the ballot, and that prepares the official ballot.
         4   Q.   Is the county chair obligated to post notice before
09:42:51 5   conducting the drawing?
         6   A.   Yes, they are.
         7   Q.   How long before the drawing are they required to post
         8   notice?
         9   A.   I believe that is 24 hours prior to the deadline.
09:43:00 10  Q.   Is the ballot order drawing unique to a primary
        11   election?
        12   A.   No, it's not.
        13   Q.   Is there anything that sets a primary apart from other
        14   elections?
09:43:11 15  A.   There are many things that would set it apart.  The
        16   conduct of the election is very similar to other
        17   elections.  Some of the deadlines will be slightly
        18   different from other elections.
        19   Q.   Is it run by your office or is it run in conjunction
09:43:32 20  with any other office?
        21   A.   The primary elections in Kendall County are run by our
        22   office because the entities or the parties choose to
        23   contract with us, which they are under no obligation to
        24   do.
09:43:43 25  Q.   Okay.  Does the fact that it's a primary impact your
```

1  workload as compared to a general election?

2  **A.**   The workload is very similar to our general election

3  in most even-numbered years.  So the workload has

4  increased due to other extenuating circumstances; but as

09:44:08  5  far as the primary, no, it has not.

6  **Q.**   Can you explain to me what those extenuating

7  circumstances are?

8  **A.**   Yes.  So with the primary election you have your same

9  deadlines that you would for every primary year.

09:44:23  10  Unfortunately, this year was a redistricting year; and

11  with everything that was delayed from the Census Bureau,

12  counties received their information much later in order to

13  make changes to their redistrict -- or to redistrict their

14  boundaries.

09:44:39  15      So the deadlines kind of pushed a little bit harder on

16  us to turn those around and get people registered in the

17  correct voting precincts, their correct districts that

18  would be associated with their residential address.

19  **Q.**   Ms. Decker, we're going to jump to the top of Page 24.

09:45:00  20  Do you see where it says "Saturday, January 15th, 2022"?

21  **A.**   Yes, I do.

22  **Q.**   What is the significance of this date?

23  **A.**   This is the military and overseas; you'll have a

24  mailing deadline.  We have a deadline of 45 days prior to

09:45:18  25  election to mail out military and overseas ballots to

Video Testimony of Staci Decker                        Vol 8

1    anybody who has requested them.

2    **Q.**   Is this deadline discretionary?

3    **A.**   No, it's not.

4    **Q.**   From the candidate drawing on December 23rd to the

09:45:31    5    January 15th deadline, what actions did your office have

6    to take to get the ballots ready to be mailed?

7    **A.**   After the ballot drawing was done, we had to work with

8    our vendor to program our media and input all of the

9    candidate information, as well as the propositions that

09:45:49   10    would be on some of the ballots, and get that submitted,

11    as well as mail any type of media that we had that needed

12    to be programmed to our vendor.

13    **Q.**   That seems like a tight deadline.  Is it a struggle to

14    get everything you need to get done?

09:46:06   15    **A.**   Yes, it is.

16    **Q.**   Is it harder for you in a small county to meet the

17    deadline?

18    **A.**   Yes, it is.

19    **Q.**   Can voters still submit an application to vote by

09:46:17   20    mail?

21    **A.**   Yes, they can.

22    **Q.**   Will you be mailing out ballots to these voters once

23    their applications are received?

24    **A.**   Yes, we will.

09:46:24   25    **Q.**   And what is the turnaround time between when you

1   receive a ballot -- excuse me -- receive an application to

2   vote by mail and sending out a ballot?

3   **A.**   Our office policy is within 24 to 48 hours we will

4   send out the ballot once the application was received.

09:46:38  5   **Q.**   When does in-person voting start for the primary?

6   **A.**   In-person voting starts February 14th.

7   **Q.**   How is the County preparing for in-person voting?

8   **A.**   Right now we are working with our election workers to

9   schedule them for training, to schedule them to work the

09:46:59  10  early-voting period, as well as working with our election

11  judges and the clerks that they have chosen to work

12  election day.  Those are the major preps right now because

13  we do need to make sure everybody is scheduled for

14  training.

09:47:13  15      And we're also working with our -- with our facility

16  on prepping the areas for voting, and those are -- those

17  are really the big things that we're working on right now.

18  **Q.**   What is logic and accuracy testing?

19  **A.**   Logic and accuracy testing is required to be done on

09:47:32  20  your voting equipment prior to the use of it in an

21  election.

22  **Q.**   And how long does logic and accuracy testing take?

23  **A.**   For a county our size it could take potentially 48 to

24  72 hours, depending on the size of the ballot.

09:47:47  25  **Q.**   And does the time it takes correspond to the size of

 1   the county?

 2   **A.**   It does, yes.

 3   **Q.**   Have you started your logic and accuracy testing?

 4   **A.**   We are -- we have not started our logic and accuracy

09:48:01  5   testing yet.

 6   **Q.**   If the maps were redrawn, what work would have to be

 7   redone?

 8   **A.**   We would have to reprogram our media.

 9        We would have to reschedule the hundred or so election

09:48:20  10   workers for training.

11        We would have to contact all of the workers that are

12   going to be working early voting for us and get their new

13   schedules of availability.

14        We would potentially have to redraw, depending on if

09:48:39  15   that was a district that was on our ballot.  And then that

16   would start the whole -- that would start programming all

17   over again from the -- from the ground back up.

18        And then we would have to redo a lot of our

19   chain-of-custody forms, our access logs, and our master

09:49:04  20   log of all the seals and serials that we use with the

21   updated information.

22   **Q.**   In light of all the responsibilities you've just

23   described, would you have time to restart the process and

24   conduct a new election for the projected --

09:49:20  25   **A.**   No, we would not.

*Laura Wells, RPR, RMR, CRR, RDR*

1    **Q.**   Would you have time to fulfill your responsibilities

2    by the March 1st primary if you needed to restart an

3    election?

4    **A.**   No, we would not.

09:49:33   5    **Q.**   Ms. Decker, let's go back to Exhibit 1, which was your

6    declaration.   If you could please turn to Page 5 -- or

7    Paragraph 5.   Can you please read it.

8    **A.**   "The fact that this is a redistricting year adds

9    another layer of responsibilities to Kendall County's

09:50:00   10   already jam-packed election calendar."

11   **Q.**   Can you please explain:  How does this being a

12   redistricting year add more responsibilities to your

13   office?

14   **A.**   With redistricting we are required, once those

09:50:13   15   boundaries are set -- so there's a lot that goes into

16   setting the boundaries at your local level.  Once those

17   boundaries are set, then our office is responsible, as the

18   voter registrar's office, to change every voter into the

19   new district that they have fallen into.

09:50:30   20   **Q.**   Must you update voter information into your records?

21   **A.**   We -- we must, yes.

22   **Q.**   I'm going to rephrase.  Do you have to update voter

23   information in your records?

24   **A.**   We do.

09:50:40   25   **Q.**   How labor-intensive is this process?

1   **A.**   It's extremely labor-intensive.  With the system that

2   we use now, we do have to go range by range, street by

3   street in our voter registration street database to change

4   all of them to their new voting precinct, their new

5   commissioner precincts and any districts that have changed

6   within their street.

7   **Q.**   Has your office needed to hire outside help?

8   **A.**   We have.

9   **Q.**   What type of outside help did you have to hire?

10  **A.**   We hired temp employees to help us with some of our

11  office duties, as well as working with our redistricting.

12  **Q.**   Do you usually have to hire additional help to

13  complete your redistricting responsibilities?

14  **A.**   We do not.

15  **Q.**   Why did you have to this year?

16  **A.**   Our boundaries for Kendall County changed drastically.

17  We have experienced extreme amount of growth in our

18  county.  We are one of the faster-growing counties in the

19  state of Texas.

20  **Q.**   Was the election -- was the census data delayed?

21  **A.**   It was, yes.

22  **Q.**   In your experience, did the legislature redraw the

23  maps later in the year than is typical?

24  **A.**   They did, yes.

25  **Q.**   Did that also affect your ability to get the

1  information programmed in time?

2  **A.**   It did, yes.

3  **Q.**   Is that also one of the reasons you had to hire

4  additional help?

09:52:04   5  **A.**   Yes, it is.

6  **Q.**   How long did it take to update everyone's information?

7  **A.**   We started updating right after our commissioner set

8  the boundaries, which would have been in mid-December; and

9  we've been working for four weeks straight trying to get

09:52:25  10  everything updated into our voters database.

11  **Q.**   Did you have to put in extra hours?

12  **A.**   We did, yes, weekends and nights.

13  **Q.**   Did you have to work any holidays?

14  **A.**   Yes, we did.

09:52:36  15  **Q.**   Do you think you'd be able to input the information

16  faster than you did in the last few weeks?

17  **A.**   I do not.

18  **Q.**   If the Court were to change district lines, would you

19  have to re-input voter information?

09:52:50  20  **A.**   Yes, we would.

21  **Q.**   Could you do so before the March 1st primary?

22  **A.**   No, we cannot.

23  **Q.**   What happens once voters' information has been

24  uploaded into the database?

09:53:01  25  **A.**   After everything has been uploaded into the database,

1    then counties are responsible for conducting their mass

2    mail-outs, which is sending voter registration

3    certificates to everybody that is an active registered

4    voter in the county.

09:53:13    5    **Q.**    What is a voter registration certificate?

6    **A.**    A voter registration certificate is the certificate

7    that is sent to you by your local voter registrar.  On

8    that certificate it lists the voter's name, their mailing

9    address, their residence address, the precincts that they

09:53:27    10    are assigned to, as well as the up to ten districts that

11    they -- their address is associated with.

12    **Q.**    And how do voter registration certificates help

13    voters?

14    **A.**    Those provide voters an opportunity to learn their new

09:53:43    15    districts so that they can research candidates who are

16    running for those districts.

17    **Q.**    Is the mail-out an expensive undertaking?

18    **A.**    It is.  It's very expensive.

19    **Q.**    Do you have an estimate of how much it costs Kendall

09:53:58    20    County?

21    **A.**    Our mail-out was approximately $14,000.

22    **Q.**    Has Kendall County issued voter registration

23    certificates to voters?

24    **A.**    We have not issued our certificates as of yet.

09:54:09    25    **Q.**    When do you plan on doing so?

1   **A.**   We expect ours to go out in the mail next week.

2   **Q.**   If the Court were to change district lines, would your

3   office have to recreate voter registration certificates?

4   **A.**   Yes, they would.

09:54:24   5   **Q.**   Does your office have the money for such an expense?

6   **A.**   We do not.

7   **Q.**   In your opinion, would issuing a second registration

8   certificate confuse voters?

9   **A.**   It would be very confusing for voters.

09:54:37   10   **Q.**   Can you explain how?

11   **A.**   Voters, when they receive two certificates, they're

12   unaware of which one is the valid certificate.  And unless

13   they contact our office, they're left to try to decipher

14   which certificate is their valid certificate.

09:54:56   15   **Q.**   Ms. Decker, I want to draw your attention to

16   Paragraph 15 of your declaration.  Can you please read it

17   out loud.

18   **A.**   "I am also deeply concerned that if the Court were to

19   postpone the March 2022 primary, that it would severely

09:55:17   20   undermine the elections office's ability to oversee a

21   successful election."

22   **Q.**   Do you agree with this statement?

23   **A.**   I do agree.

24   **Q.**   All right.  Ms. Decker, I'm going to introduce our

09:55:30   25   third exhibit for the day.  Can you please take a moment

1  to look it over.  Can you please tell me what this is?

2  **A.**  This is the May 7th election law calendar.

3  **Q.**  Is this similar to the calendar we looked at earlier?

4  **A.**  Very similar, yes.

09:55:50  5  **Q.**  What are some of the differences in it?

6  **A.**  The differences will be the conduct of the elections

7  for party elections versus your general elections for

8  local political subdivisions, as well as this will outline

9  the processes for our constitutional amendment election

09:56:04  10  that will be a statewide election.

11  **Q.**  What can you tell the Court about the May 7th, 2022,

12  election?

13  **A.**  Our May 7th, 2022, election would typically be a

14  smaller election because there were two bills that were

09:56:21  15  passed that created two propositions that needed -- sorry,

16  two amendments, constitutional amendments, that needed to

17  appear on the next general election or the next uniform

18  date, which would be May 7th.  Our election went from a

19  much smaller election to a countywide election.

09:56:40  20  **Q.**  What is your role with respect to conducting the May

21  election?

22  **A.**  We are here -- as elections administrators we are

23  responsible for accepting contracts to any entity that

24  requests to contract for their election.

09:56:55  25  **Q.**  Have you already received requests from local cities

Video Testimony of Staci Becker                    Vol 8 - 46

 1   and political subdivisions?

 2   **A.**   Yes, I have.

 3   **Q.**   You mentioned there were statewide propositions on the

 4   ballot.  How does that affect how the election is

09:57:11  5   conducted?

 6   **A.**   As far as how the election is conducted, we will have

 7   to increase the number of polling locations.  We'll have

 8   to increase the number of equipment that's used; also the

 9   quantity of poll workers.  So it does add a lot of extra

09:57:25  10  responsibilities on the May uniform date.

 11  **Q.**   And when does work begin on that election?

 12  **A.**   Work has already begun on that election.  We started

 13  back in December.

 14  **Q.**   Would a change to the primary election schedule cause

09:57:43  15  an impact on the May 7th election?

 16  **A.**   Depending on when that date would be set for that

 17  election, yes, it would.

 18  **Q.**   Could you please explain?

 19  **A.**   In 2012 we had the election pushed to -- the primary

09:57:55  20  election was pushed behind the May uniform election date.

 21  That caused some issues for our voters in our county and

 22  our office.

 23       If we're pushed to prior to that election, we would

 24  still run into a lot of the same -- a lot of similar

09:58:14  25  issues in regards to finding polling locations and then

*Laura Wells, RPR, RMR, CRR, RDR*

 1  making sure we had adequate-enough staff to handle that

 2  size of an election.

 3  Q.   So just to make sure I'm clear, changing the election

 4  date would mean you'd have to get new polling locations?

09:58:33  5  A.   It could potentially mean that we have to get new

 6  polling locations.

 7  Q.   Would it change the schedule prior to the -- let me

 8  rephrase the question.

 9       If the primary pushed back to late May, would you have

09:58:50  10 problems turning your equipment around?

11  A.   We would.  There is a hold on your equipment.  It's a

12  ten-day hold to turn around your equipment from one

13  election to the next.

14  Q.   And what is -- what is entailed to turn around

09:59:04  15 equipment?

16  A.   Well, you'd have to have the quantity of equipment,

17  first and foremost, for that size of an election.  You

18  would have to request a waiver from the Secretary of

19  State's office to reuse that equipment in a shorter

09:59:18  20 timeframe than the ten-day period.

21  Q.   What are the consequences of not being able to turn

22  your equipment around in time?

23  A.   Essentially, it would be the success of your election.

24  If you cannot turn your equipment around, you do not have

09:59:32  25 equipment for voters to vote on, which means you do not

Video Testimony of Staci Decker                            Vol 8 - 48

 1  have a successful voting period.

 2  **Q.**   Because of the length of time it takes you to turn

 3  around the equipment, would you have to reduce the number

 4  of polling locations available during the primary?

09:59:48  5  **A.**   We would.  And we would have to consider reducing the

 6  number of polling locations for our May 7th election, as

 7  well.

 8  **Q.**   Can you please explain why?

 9  **A.**   We wouldn't have enough equipment, one, to turn it

10:00:00  10  around; and the timeframe for doing your logic and

11  accuracy testing, as well as all of the public tests that

12  are required to be done in regards to the election

13  equipment, we would have to be doing all of that during

14  the timeframe of -- during the voting period for the

10:00:17  15  May 7th election.

16  **Q.**   How does being a small county affect your ability to

17  transition between two closely timed elections?

18  **A.**   Well, there is budgetary constraints with the smaller

19  counties.  A lot of counties are already underbudgeted for

10:00:32  20  what we really need.

21       And the time to turn it around, some of the issues

22  that we've run into more lately is office staff out with

23  COVID during this pandemic and just the general workload

24  of possible moving dates.

10:00:52  25  **Q.**   We've already established that you were an elections

```
             1   administrator in 2012 when the courts postponed the

             2   primary election to late May.  Did you observe any

             3   negative consequences from moving the election?

             4   A.   We did.  We had issues with our ballot by mail.

10:01:07     5        We had complaints from voters.  Voters were frustrated

             6   because they were coming in for one election, turning

             7   around two to three weeks later coming in for another

             8   election.

             9        And it did push back our runoff election closer to the

10:01:23    10   November uniform date, which did make it a little bit more

            11   difficult to prepare the November election.

            12   Q.   Did you observe any voter confusion?

            13   A.   I did.

            14   Q.   What type of voter confusion?

10:01:35    15   A.   We had voter confusion with in-person voting.  People

            16   would see our flyers for one election with different

            17   locations than the election they were here to vote on.

            18        We had issues with ballot by mail.  Voters were

            19   receiving two ballots in a similar timeframe for the May

10:01:55    20   uniform date as well as the May primary election.

            21        And one of the biggest issues we had with ballot by

            22   mail were voters were returning their ballots back in the

            23   wrong envelopes.  The envelope is required to state the

            24   date of that election so you know when it comes back what

10:02:11    25   election it is held for.  And they were putting their
```

1  uniform election date -- their May local election ballots

2  in their primary and swapping the two of them.

3  **Q.**  Did this type of error result in ballots being

4  disqualified?

10:02:31  5  **A.**  It did, yes.

6  **Q.**  And were voters confused about when they should submit

7  their ballots?

8  **A.**  They were.

9  **Q.**  How did you know?

10:02:41  10  **A.**  I'm sorry?

11  **Q.**  How did you know that voters were confused about when

12  to submit their ballots?

13  **A.**  We had complaints from voters.  We had a lot of phone

14  calls from our military and overseas voters because they

10:02:56  15  did experience some issues with that, as well.  And then

16  our general domestic ballot-by-mail voters, we had some

17  phone calls from them.  They were very confused.

18  **Q.**  In your experience, did moving the election result in

19  some voters being disenfranchised?

10:03:11  20  **A.**  Yes, it did.

21  **Q.**  Based on your observation, were certain voters more

22  susceptible than others to this type of

23  disenfranchisement?

24  **A.**  I would say our ballot-by-mail voters were more

10:03:23  25  susceptible.

*Laura Wells, RPR, RMR, CRR, RDR*

Video Testimony of Staci Decker                          Vol 8 - 51

1   **Q.**   And who qualifies for vote by mail?

2   **A.**   The four qualifying reasons we have are those voters

3   that are 65 years of age and older, voters that are

4   disabled, voters that are expected absent from the county,

10:03:38   5   and voters that are confined in jail.

6   **Q.**   Did you notice that -- let me strike that.

7        What challenges did postponing the primary in 2012

8   pose to Kendall County Elections Department?

9   **A.**   It put a strain on our office staff.  We had a very

10:04:02   10   difficult time finding poll workers to work that May

11   primary election, as it was near the Memorial Day weekend,

12   which made it very difficult to staff for early voting and

13   staff for election day.

14        Those are -- a lot of the biggest issues were finding

10:04:22   15   people to work.  It wasn't necessarily in the preparation

16   of our election because those follow strict timelines.

17   But it was things that come close to that voting period

18   beginning that caused the most issues.

19   **Q.**   In your estimation, would it be more difficult or less

10:04:40   20   difficult for your office to adapt to a delayed primary

21   this year than in 2012?

22   **A.**   It would be much more difficult for my county.

23   **Q.**   What sets this year apart from 2012?

24   **A.**   The size of our redistricting for Kendall County.

10:04:57   25   **Q.**   Do you think COVID-19 had any impact on your ability?

*Laura Wells, RPR, RMR, CRR, RDR*

1    **A.**   It definitely did.  We've experienced issues with our

2    own office staff not being able to be at work.  We've

3    experienced issues and concerns from our poll workers not

4    wanting to work.  And it's made it extremely difficult to

10:05:16    5    staff what we already have.

6    **Q.**   You also mentioned earlier that the May election was

7    larger this year?

8    **A.**   That's correct.

9    **Q.**   How does having a larger election affect your ability

10:05:31    10    to adapt to a new primary date?

11    **A.**   Having a larger election requires money that we -- the

12    County has not particularly budgeted for.  It requires a

13    larger quantity of poll workers to be hired for that

14    election.  It requires more time for training for that

10:05:52    15    election.  And it will increase the size and the quantity

16    of our mail-outs for those elections.

17    **Q.**   In your estimation, would the administration of the

18    March primary election be negatively impacted by a delay

19    or change to the maps at this stage?

10:06:10    20    **A.**   I -- I agree.  I don't think that we can do that at

21    this point.

22    **Q.**   Do you consider the March primary to have already

23    begun?

24    **A.**   I do, yes.

10:06:21    25    **Q.**   Will postponing the March primary undermine your

Video Testimony of Staci Decker                               Vol 8 -  53

1   ability to conduct the election successfully?

2   **A.**   It will, yes.

3   **Q.**   Would any change to the election calendar at this late

4   date undermine your ability to conduct the election?

10:06:33   5   **A.**   Yes, it would.

6   **Q.**   Based on your experience in 2012 and based on your

7   14-year tenure with the Kendall County Elections

8   Department, would postponing the March primary increase

9   voter confusion?

10:06:43   10   **A.**   Yes, it would.

11   **Q.**   In your opinion, would postponing the March primary

12   harm voters?

13   **A.**   Yes.

14        (Videotaped testimony of Staci Decker concluded.)

10:06:58   15        MR. SWEETEN:  Your Honors, that concludes the

16   videotape of Ms. Decker.

17        The State at this time rests --

18        JUDGE GUADERRAMA:  All right.  Thank you.

19        MR. SWEETEN:  -- subject to rebuttal.

10:07:11   20        MR. DUNN:  Your Honors, at this time we call

21   Dr. Barreto on rebuttal.  And for the Courts' reference,

22   his rebuttal report is Brooks Exhibit 100.  He is here.

23        JUDGE GUADERRAMA:  Okay.  Good morning, Doctor.

24   You remain under oath.

10:08:57   25        THE WITNESS:  Okay.  Thank you, sir.

1          **MATTHEW A. BARRETO, Ph.D,**

2     having been previously duly sworn, further testified as

3     follows:

4               **REBUTTAL DIRECT EXAMINATION**

5     BY MR. DUNN:

6     **Q.**   For the record, please restate your name.

7     **A.**   My name is Matthew A. Barreto.

8     **Q.**   All right.  Dr. Barreto, I just want to spend a second

9     on your qualifications.  We talked during your original

10:09:13   10     direct testimony you had some 70-plus publications; is

11     that true?

12     **A.**   Yes.  That's right.

13     **Q.**   And what would you say is the percentage of your

14     publications that focus on racial and ethnic voting

10:09:25   15     patterns?

16     **A.**   Almost every single one focuses on racial or ethnic

17     voting patterns or perhaps public opinion underlying those

18     voting patterns.  It is my primary area of research since

19     my doctoral dissertation.

10:09:41   20     **Q.**   Now, do you just develop opinions based upon your

21     thoughts, or do you follow some data?  Or tell us how you

22     reach your opinions generally.

23     **A.**   Yeah.  We try to stay pretty close to the scientific

24     method in that we develop questions, review the

10:09:55   25     literature, different theories that are there; then gather

1    the best available and most accurate data and then use

2    that data to test our questions.  And, oftentimes, you

3    don't know what the answer will be going in.  That's why

4    you test the data, test your hypotheses, and then

10:10:12    5    summarize your results.

6    **Q.**    You prepared a rebuttal report in this case; is that

7    true?

8    **A.**    Yes, I did.

9    **Q.**    It should be on the screen -- I believe you may have a

10:10:21    10    copy -- as Brooks Exhibit 100.  Starting first with the

11    declaration that accompanied your report, can you see the

12    date that it was submitted?

13    **A.**    Yes.  January 19th, 2022.

14    **Q.**    Was this submitted before you had access to

10:10:35    15    Dr. Alford's dataset?

16    **A.**    Yes.  That's correct.

17    **Q.**    Turning to the first page of your report, you start by

18    identifying some of Dr. Alford's criticism of your earlier

19    report; is that right?

10:10:49    20    **A.**    That's correct.

21    **Q.**    Describe that criticism for us, please.

22    **A.**    Well, his main contention was that I did not consider

23    Democratic primary elections and that looking at

24    Democratic primary elections might reveal different

10:11:05    25    information about cohesiveness.  That was his overarching

1  point, I believe, in response to my data on racially

2  polarized voting.

3  **Q.**  Had you considered primary elections in your original

4  analysis?

10:11:20   5  **A.**  I had not analyzed primary elections.  Certainly when

6  I set out to do my report, I considered if they were

7  relevant.  As you probably heard me say many times a few

8  days ago, I did not think they were relevant.

9  **Q.**  Why not?

10:11:34  10  **A.**  Well, in this case we are not attempting to answer the

11  question:  Is a Democratic-performing district blocking

12  Black and Hispanic voters from getting their candidate of

13  choice?

14       In other inquiries, I believe the one that Mr. Gaber

10:11:52  15  discussed in Wisconsin, that's the exact inquiry:  Is a

16  Democratic-performing district keeping the minority

17  population so low that they are not able to ultimately get

18  their candidate to emerge, which would ultimately win in

19  November?

10:12:08  20       In this case, it's no longer a Democratic-performing

21  district.  It is a district that has -- had been

22  performing Democratic under the benchmark map and was

23  changed.  And so the question is one about the partisan

24  elections in November that ultimately decide the

10:12:25  25  candidate.

1      Because that's the inquiry, those general elections

2   are the ones that are directly relevant to looking at

3   minority cohesiveness.

4   **Q.**   So in response to Dr. Alford's criticism, did you then

10:12:38   5   look at primary elections?

6   **A.**   I did.

7   **Q.**   And tell us what analysis you undertook.

8   **A.**   Well, I looked at the primary elections that concerned

9   one of the districts that he was most concerned with,

10:12:51   10   which was Congressional District 33.  I confined my

11   analysis just to the Tarrant County portion of

12   Congressional District 33 because the Dallas County

13   portion would not be relevant in this case.

14   **Q.**   Can you tell what Dr. Alford did in terms of using

10:13:10   15   Dallas and Tarrant?

16   **A.**   In his report he merely references other analysis that

17   he has done.  He does not talk about any new data analysis

18   done for this case of Congressional District 33; and my

19   understanding of his testimony yesterday was that he did

10:13:30   20   previously analyze the entirety of Congressional District

21   33, which would include large portions in Dallas County,

22   as well.

23   **Q.**   Now, did you -- we'll come back to Congressional

24   District 33 when we get to the tables and data on the

10:13:44   25   following page; but for this part of the report, did you

1   also look at this primary election that Dr. Alford focused

2   in on?

3   **A.**   Yes, I did, in Senate District 10 in 2014.

4   **Q.**   And what did you conclude from analyzing that

10:13:57   5   election?

6   **A.**   Well, the first thing that I concluded was that it was

7   not relevant.   The reason is that it is a very small

8   subset of the voters who ultimately go to vote in Senate

9   District 10.   The Democratic primary --

10:14:14   10   **Q.**   Let me pause you there.   How do you know that?   How do

11   you know it's a small subset?

12   **A.**   Well, we are only looking at votes cast in the

13   Democratic primary, and those are lower voter turnout

14   elections.

10:14:25   15   **Q.**   Substantially lower?

16   **A.**   Substantially lower.   I believe in an example

17   yesterday Mr. Gaber and Dr. Alford were looking at a

18   precinct that only had 143 votes out of 5,000 individual

19   eligible voters.

10:14:41   20      So these Democratic primary elections are

21   substantially lower in turnout, and they are only

22   Democrats.   It doesn't include Independents.   It doesn't

23   include Republicans.   It doesn't include people who maybe

24   are just deciding to come and vote for the first time and

10:14:56   25   maybe aren't even registered in the primary.   We know a

1    lot of people get more excited in the general and only

2    first become a registered voter.

3         So these primary elections are a very small subset and

4    are not reflective of the overall voting patterns in that

5    district.

6    Q.   If you wanted to reach a conclusion about the

7    primaries, would you want to analyze more than one?

8    A.   Well, certainly if you had set out to offer a

9    conclusion about primaries, you would probably try to

10   analyze as many as possible.  Just analyzing one, it could

11   be an outlier.  It may not be representative of all

12   primaries in that district.

13   Q.   Now, in Paragraph 5 you continue to talk about your

14   analysis of Congressional District 33.  What was that?

15   A.   Well, Congressional District 33 is the one I was

16   referring to earlier where Dr. Alford referenced in his

17   report that his conclusion was that Black and Hispanic

18   voters were not cohesive.  I took issue with that.  And so

19   I picked a couple of key elections, two elections from

20   Congressional District 33, and reanalyzed those to

21   determine if Black and Hispanic voters were cohesive.

22   Q.   And what did your -- what was your conclusion?

23   A.   Well, my conclusion was that Black and Hispanic voters

24   are, in fact, cohesive in Tarrant County during the Mark

25   Veasey elections.  And I analyzed a primary election that

*Laura Wells, RPR, RMR, CRR, RDR*

1  featured a Hispanic candidate versus an African-American

2  candidate.  And I also analyzed that same Hispanic

3  candidate running then in the general election.

4      And the analysis across those two elections reveals

10:16:42  5  two things:

6      First of all, that Mr. Veasey is quite popular with

7  Hispanic voters.  He overwhelmingly wins their support in

8  Tarrant County in general elections.  He is certainly the

9  candidate of choice.

10:16:57  10      But secondly, even when faced with Hispanic candidates

11  in a primary, such as the 2018 primary, Mr. Veasey still

12  wins a majority of the Hispanic vote.

13  **Q.**  On Page 2 of your report you provide some data tables.

14  Starting with Paragraph 7, what is it that you are showing

10:17:19  15  there?

16  **A.**  Paragraph 7 is looking at the 2020 general election

17  when Mr. Veasey faced off against two Hispanic candidates,

18  Vasquez and Quintanilla.  And here I analyzed the expected

19  voting patterns by race in that general election.

10:17:41  20  **Q.**  What do you conclude?

21  **A.**  Well, it's very clear that Mr. Veasey was the

22  overwhelming candidate of choice of Latino voters and of

23  Black voters.

24      That Mr. Vasquez, a Republican Hispanic candidate, was

10:17:59  25  the strong choice of Anglo voters; but only received about

1   21 percent of the Latino vote.

2       And a third candidate, Mr. Quintanilla, who had

3   previously run against Mr. Veasey as a Democrat, was

4   perhaps trying his hand as an Independent, received very,

10:18:18   5   very little support, only 6 percent in the Hispanic

6   community.

7       So even when faced with two Hispanic challengers,

8   Mr. Veasey was still the candidate of choice of Hispanic

9   voters

10:18:30   10   **Q.**   For the clarity of the record, is it the case that the

11   Tarrant County portion of CD-33 overlaps to a significant

12   degree the minority neighborhoods in SD-10?

13   **A.**   That is correct.

14   **Q.**   In the benchmark?

10:18:42   15   **A.**   That is correct.  And that was, I believe, why

16   Dr. Alford brought this example in.

17   **Q.**   All right.  In Paragraph 8, what is the data you are

18   summarizing there?

19   **A.**   Here I am looking on to the actual vote totals that

10:18:56   20   the candidates received in the different elections and

21   comparing how the different candidates faired in, first,

22   the primary, but then the general.

23       And so what is notable is that Mr. Veasey

24   substantially increased his performance, I would say here,

10:19:17   25   by about 46,000 votes when we get to the general election,

1    demonstrating that there are far more voters that are more

2    representative of that district in a general election.

3        In contrast, Mr. Quintanilla only increased his vote

4    count by about 200.  So even though there were far more

10:19:37    5    voters, he was not picking up stronger support once the

6    full electorate was being considered in the general

7    election.

8    **Q.**  All right.  And then you have this critique in

9    Paragraph 9.  What is that?

10:19:52    10   **A.**  Well, I look even inside a primary election; and this

11   is where I look at the 2018 Democratic primary election

12   between Mr. Veasey and Mr. Quintanilla.  And in this case,

13   Mr. Veasey still won an estimated 56 percent of the

14   Hispanic vote.

10:20:10    15       So while Mr. Quintanilla did receive some support,

16   Mr. Veasey was still the top finisher in the Latino

17   community, as well as in the highest concentrated Latino

18   precincts Mr. Veasey is winning those precincts.

19       What that suggests is that even when we look at

10:20:31    20   primary elections, there is no clear pattern that Black

21   and Hispanic voters are going in opposite directions.  You

22   might be able to find one election here and there where

23   groups do prefer someone in their community, but it is not

24   a clear pattern at all in Tarrant County.

10:20:46    25       And I think, more importantly, that when there are

1    sometimes preferences in a primary for someone from your

2    community, when the larger community is considered in the

3    general election, we see those go away.

4         So even though there might have been some differences

10:21:01    5    of opinion, there is very strong cohesion in the general

6    election.  And as I said, this question is about general

7    election performance of that district.

8    **Q.**   Now, for the clarity of our record, do you understand

9    Mr. Veasey to be African-American?

10:21:18   10    **A.**   That is correct.

11   **Q.**   And Quintanilla to be Latino?

12   **A.**   Yes.

13   **Q.**   Now, on the final page of your rebuttal report, in

14   Paragraph 12, what are you addressing?

10:21:27   15    **A.**   Here I am looking at --

16   **Q.**   Hold on.  Pause for me, if you could.  We got

17   disconnected.  Well, I seem not to be able to connect it.

18         MR. DUNN:  If the Court has Exhibit 100,

19   Paragraph 12.

10:22:01   20         JUDGE GUADERRAMA:  Yes, sir.

21   BY MR. DUNN:

22   **Q.**   What is it that you are describing here, Dr. Barreto?

23   **A.**   In Paragraph 12 I refer to two exhibits that were

24   forwarded to me by counsel.  I believe I numbered them or

10:22:15   25    they were numbered 49 and 50, which were the ecological

Rebuttal Direct Examination of Dr. Barreto   Vol 8 - 64

1  inference analyses run by the Attorney General's office --

2  I believe I was showed this during my cross-examination a

3  few days ago -- for lots of different election contests

4  from 2012 to 2020.

10:22:33   5  **Q.**   What is it you conclude about Exhibits 49 and 50?

6  **A.**   Well, it was simply a printout of a table.  There was

7  no underlying data.  It included no confidence intervals.

8  It included no description of the type of ecological

9  inference model that was run.  It was not clear to me if

10:22:53   10  Dr. Alford had run this.  It was just simply a table that

11  someone had put together without any supporting

12  documentation about the methodology.

13       And so I was unsure how to properly assess and

14  validate it.  It did not meet with, you know, my standards

10:23:11   15  of a report that I would be given that I could understand

16  which elections were run, which precincts, where was the

17  underlying data.  All of that was absent.

18  **Q.**   Were you here yesterday when Dr. Alford testified

19  about the origin of those printouts, Exhibits 49 and 50?

10:23:29   20  **A.**   Yes, I was.

21  **Q.**   And was it the case that Dr. Alford explained that he

22  and Dr. Stevenson prepared, you know, some kind of system

23  that was provided to the Attorney General's office and

24  used to produce that report?

10:23:44   25  **A.**   That was my understanding.

Rebuttal Direct Examination of Dr. Barreto   Vol 8 - 65

1        MR. THOMPSON:  Objection.

2        JUDGE GUADERRAMA:  I'm sorry.

3        MR. THOMPSON:  Objection.  Leading, Your Honor.

4        MR. DUNN:  I was just getting into the subject.

10:23:51   5        JUDGE GUADERRAMA:  All right.  I'll overrule your

6    objection.

7    BY MR. DUNN:

8    **Q.**   What is your response to that testimony?

9    **A.**   My recollection was that Dr. Alford was not certain

10:24:02  10   who wrote the software code.  He believed that

11   Dr. Stevenson had a role in it.

12       He was not certain which technicians or data analysts

13   ran the code.

14       He was not certain if it was just point and click or

10:24:18  15   if someone had to actually adjust the code, which is

16   almost certainly the case.

17       And he was not certain what any of the values were set

18   at or which specific ecological models were run.

19       And this was very troubling to me, as someone who has

10:24:37  20   worked for two decades now specifically on ecological

21   inference models.

22   **Q.**   Is this the sort of thing that you could build and

23   provide to another and they run at will?

24   **A.**   There would need to be extensive documentation.  As I

10:24:51  25   mentioned on the first day, myself and Dr. Collingwood

1   have been in development for many years of a software

2   package which we make publicly available; but it includes

3   extensive documentation, training manuals.  And,

4   oftentimes, we receive extensive inquiries from end users

10:25:13   5   on best practices and exactly how to have the model run.

6        It's certainly the case that in each specific election

7   you run, there are a lot of parameters that need to be set

8   and troubleshooting that needs to take place to make sure

9   the data will perform.

10:25:32  10   Q.   Now, when you -- you might have heard Dr. Alford

11   mention that you could have recreated those printouts if

12   you had wanted to.  Do you remember him saying that

13   generally?

14   A.   Yes.

10:25:44  15   Q.   What is your response to that?

16   A.   Well, there was no description of the methodology, nor

17   was there any underlying data.  So that would have been

18   impossible.  I could have gone on a fishing expedition and

19   downloaded my own data and I could have attempted to run

10:26:03  20   analyses in different elections.  But, typically, there is

21   some sort of explanation and detail of how the models were

22   produced; and that was absent.

23   Q.   Now, ultimately, you -- what did you produce to

24   Dr. Alford?

10:26:19  25   A.   Well, in my original report we produced a full zipped

1    data file that included all of the precinct VTDs across

2    the multiple counties that were included in our analysis.

3        Every election that we analyzed was saved as a

4    separate file and included, including the racial and

5    ethnic demographics of all the precincts.

6        I also listed in detail that I used the eiCompare

7    software, which I know from previous cases Dr. Alford is

8    familiar with.  And that has, as I just explained, an

9    extensive, perhaps 100-page long, detailed documentation

10   of its methodology and instructions.

11   **Q.**   Now, you might recall Dr. Alford complained that you

12   gave an entire statewide dataset.  Do you remember that?

13   **A.**   Yes.

14   **Q.**   What is your response to that?

15   **A.**   Well, we were attempting to provide as much

16   information as possible.  We were pulling data from

17   multiple counties.  It wasn't just a Tarrant County

18   analysis:  As SD-10 was ultimately drawn into multiple

19   counties, SD-22 was drawn into multiple counties.

20       And so we provided the full dataset that we drew from

21   that could then be replicated for all analyses.

22   **Q.**   You also recall Dr. Alford complained about your use

23   of voting age population instead of CVAP in your analysis.

24   Do you recall that?

25   **A.**   Yes.

10:26:40
10:27:01
10:27:14
10:27:33
10:27:47

1    Q.   What is your response to that?

2    A.   Well, first of all, all of the data we downloaded were

3    directly from the Texas Legislative Council website and

4    contained their most available data.

10:27:58    5        But as I explained, our models account for voter

6    turnout rates by race; and as a result, that allows us to

7    use VAP or CVAP or other measures as long as you are

8    counting for voter turnout by race.

9        In general elections, any of these measures are quite

10:28:24    10   correlated and quite consistent with each other.

11   Q.   Other than perhaps some random anomalies, is it the

12   case that people who turn out for the election are, in

13   fact, citizens?

14   A.   Yes.  That's correct.

10:28:37    15   Q.   Now, you also heard Dr. Alford complain about you

16   failing to produce actual EI reports.  Do you remember

17   that?

18   A.   A little bit.

19   Q.   What is your response to that?

10:28:48    20   A.   Well, we included the full set of tables and results.

21   I have multiple tables detailed in my report.  I include

22   an appendix that has additional plots with confidence

23   intervals and point estimates.  And so all of the

24   necessary information for any replication is included.

10:29:10    25   Q.   All right.  Let's talk about the dataset that you were

1    provided for Dr. Alford.  What was that again?

2    **A.**   I received an Excel file, I believe, last Friday.

3    **Q.**   And did you request additional information after

4    reviewing that?

10:29:26   5    **A.**   I did.  I opened the Excel file.  And it did not have

6    labels for candidates, and I had questions about where the

7    data were from.  And so I just requested additional

8    documentation or a code book.

9    **Q.**   And did you receive that?

10:29:43   10    **A.**   Yes.  I believe the next day, I think it was Saturday,

11    I was forwarded an e-mail that had a description of some

12    of the variables.

13    **Q.**   Is that what Mr. Gaber referred to as a code book

14    yesterday?

10:29:58   15    **A.**   Yes.  I recall Mr. Gaber showed an e-mail that had a

16    list of who Candidate 1 was and who Candidate 2 was.

17    **Q.**   When you got the second set of information last

18    weekend, did any additional data come with it?

19    **A.**   I believe there was an attachment of a Stata file.  I

10:30:17   20    had requested if there was data in any other format; and I

21    believe there was an attachment of the same dataset in a

22    Stata format, which is another software program.

23    **Q.**   And you were here in the courtroom yesterday when this

24    Excel spreadsheet was pulled up by Mr. Gaber; is that

10:30:35   25    right?

*Laura Wells, RPR, RMR, CRR, RDR*

1 **A.**   Yes, I was.

2 **Q.**   Is the data file that he pulled up the one that you

3 received?

4 **A.**   Yes, the same one.

10:30:39   5 **Q.**   When you went to work with the code book and that

6 dataset, did you discover an issue?

7 **A.**   Yes.  I think we all saw that on display yesterday.

8 The instructions that were sent appeared to have been

9 reversed.  It was not clear who Candidate 1 and Candidate

10:30:57   10 2 was, which was my very first question.  Normally that

11 would have been labeled "Martinez," "Willis," whichever

12 candidates are running.  That's, in fact, how the data

13 comes from the TLC website, with candidate names.

14         So someone relabeled those "Candidate 1" and

10:31:12   15 "Candidate 2."  And then in the code book that they sent,

16 they got those backwards.  And so the initial analysis I

17 started upon, I could tell that this probably was

18 erroneous.

19         And so I ultimately went to the TLC website,

10:31:33   20 re-downloaded a new dataset, and compared it where it did

21 have those labels so that I could sort out for myself who

22 Candidate 1 and who Candidate 2 was.

23 **Q.**   Were you able to replicate Dr. Alford's results?

24 **A.**   I was able to run an analysis, but my results were

10:31:50   25 quite different than Dr. Alford's.

*Laura Wells, RPR, RMR, CRR, RDR*

1  **Q.**  Do you know, sitting here today, how it is he came up

2  with different results?

3  **A.**  It's not clear at all which models were used, what

4  parameters were set, what weights were possibly used.  And

10:32:06  5  so it's unclear.  That information is not provided.  But

6  in attempting to replicate the analysis, we get very

7  different results.

8  **Q.**  Did you hear Dr. Alford yesterday say something to the

9  effect of "I could tell you what you need to know, and you

10:32:22  10  could run this in five minutes"?

11  **A.**  Yes.

12  **Q.**  Is that your experience on this analysis?

13  **A.**  No.  In particular, not with a lawyer.  There might be

14  a lot more training than five minutes that is needed.  But

10:32:36  15  even with a Ph.D and sophisticated user, there is

16  extensive training that goes into ecological inference;

17  and it should not be the sort of thing that you just

18  simply hand over to someone and tell them to push some

19  buttons.

10:32:52  20      You really need to have that expertise in

21  understanding precinct-level voting patterns.  You need to

22  be aware of potential issues that might arise.  You need

23  to know what to do when you encounter one precinct that

24  has 5,000 people and another precinct that only has 12.

10:33:11  25      There are a lot of things that we have to do when data

1    are not normally distributed.  And so it does require a

2    lot of care and attention.

3    **Q.**   You mentioned just now -- I don't want to go through

4    all the variables, but if you could just quantify it as a

10:33:26    5    bracket even.  Are we talking about 10 or 20 or 50 things

6    you have to do when you run this?

7    **A.**   Probably somewhere around 20.

8    **Q.**   You mentioned weighting.  We'll just cover that one.

9    What does that involve?

10:33:39   10    **A.**   Well, as I mentioned, each row in that dataset, if you

11    recall seeing that dataset that Mr. Gaber had on the Excel

12    sheet, there are a lot of rows.  Each row was a precinct,

13    a voting precinct.

14        And some of them and I believe one of the ones he was

10:33:53   15    looking at had over 5,300 eligible voters.  If you scroll

16    down to the bottom of that dataset, some of those only had

17    114.

18        And if you don't properly account for the size of not

19    just the voting eligible population, but the number of

10:34:10   20    votes cast, you might improperly give the same

21    significance, the same weight to each row in the dataset.

22        And so you have to take care to make sure that you are

23    accounting for the total number of votes cast and also

24    looking at the votes cast through the lens of race and

10:34:29   25    ethnicity.

1   Q.   Now, did you hear Dr. Alford say that using

2   partisanship as a control -- say something about using

3   partisanship as a control variable when studying

4   elections?

10:34:40   5   A.   Yes.  I recall that discussion.

6   Q.   First, what was his critique?

7   A.   His critique was that partisanship is an overwhelming

8   identification in American politics and that if we do not

9   include what he called a control variable in a model, we

10:34:58   10   can't properly understand why people vote Democrat or

11   Republican.

12       And his critique was that we should be including

13   additional control variables for partisanship because

14   that's the main predictor, not race or ethnicity.

10:35:13   15   Q.   What is your response to that?

16   A.   There is no documented publications that suggest when

17   you are running an ecological inference model trying to

18   understand racial voting patterns, that you would include

19   these additional control variables.

10:35:31   20       In fact, they will overexplain the model when what we

21   are trying to understand are how different racial and

22   ethnic groups vote, not how Democrats, Independents or

23   Republicans vote.  We are trying to understand how do

24   Anglos, Hispanics, and Blacks vote.

10:35:49   25       Including control variables for other factors forces

1     the model to ignore racial considerations.  And so because

2     of that, there is no guide, there is no suggestion that we

3     should be doing that.  You only do that if you are trying

4     to explain away race and trying to get rid of a racial

10:36:10   5     effect.

6     Q.   And what you were able to figure out about Exhibits 49

7     and 50, the Attorney General printouts of ecological

8     inference, can you tell whether it controlled for

9     partisanship?

10:36:21   10     A.   In the exhibits that I was given that I reviewed a few

11     days ago, those appear to only be looking at race.  There

12     is no notation that they control for partisanship.  And,

13     in fact, in most partisan elections they conclude that

14     there is strong racial polarization, which would suggest

10:36:41   15     that they are not controlling for partisanship.

16          So nobody is advocating for that.  People are

17     looking -- including variables for race and ethnicity at

18     the precinct level, but they are not including these

19     additional control variables for partisanship.

10:36:57   20     Q.   And you recall Dr. Alford included with his report an

21     academic publication from Rene Rocha, and there was some

22     discussion about it yesterday?

23     A.   Yes.  I recall that.  I read that paper very

24     carefully.

10:37:09   25     Q.   What was Dr. Alford's claim about that publication?

A.   Dr. Alford quoted a lengthy paragraph from Dr. Rocha

stating that Black and Hispanic coalitions were unlikely

and that his conclusion, based on his one primary, was

supported in the general literature.

Q.   What is your response to that?

A.   Well, first, it's not supported in the general

literature.

     But second, in the Rocha article specifically, which

is from a 2001 dataset of national school boards,

Dr. Rocha concludes multiple times in that article that

when partisan elections are present, it encourages Black

and Hispanic coalitions.  And in nonpartisan local school

board elections he finds evidence of sometimes Black and

Hispanic communities voting for their own candidates.

     However, when even school board elections become

partisan, he finds evidence of Black and Hispanic

coalitions.

     And then he suggests in his conclusion that other

partisan elections in the United States are instances in

which Black/Hispanic coalitions develop.

Q.   Now, there was also discussion yesterday where

Dr. Alford claimed that he didn't believe Senate District

10 to be a majority-minority district at the moment.  Do

you recall that?

A.   Yes.

1    **Q.**   And what did Dr. Alford say about the timeframe for

2    which a five-year ACS dataset applies?

3    **A.**   First, I recall that the 2015 to 2019 ACS was, at the

4    time, the most recently available data.  He suggested that

10:38:58   5    2017 was the midpoint of that data, but he cautioned on

6    calling it only a 2017 dataset.

7    **Q.**   Does the Census Bureau publish on its website

8    instructions on how to use its ACS CVAP products for

9    one-year and five-year?

10:39:16   10    **A.**   Yes, it does.

11    **Q.**   And what is those -- what are those instructions?

12    **A.**   Well, the ACS -- the Census makes very clear that the

13    one-year estimates should be considered the most current.

14    They do have a slightly smaller sample size because they

10:39:33   15    are only one year worth of data, but we can think of them

16    as just that year.  So they are more current.

17         And the five-year data is seen as having a larger

18    sample size, and that helps us drill down to really small

19    levels of population, like a census bloc group.  But it's

10:39:50   20    the least current.  And they actually have a page where

21    they discuss looking at jurisdictions with changing

22    demographics.

23         And the Census writes that if you are observing areas

24    that have rapidly changing demographics, the five-year

10:40:07   25    estimates are not going to reflect that because they are

1    not the most current and one-year estimates might tell you

2    more about the current demographic makeup.

3    **Q.**   Is the area in Tarrant County where Senate District 10

4    or the benchmark is located what you would call a rapidly

10:40:25    5    growing area?

6    **A.**   Yes.  In my original report I include specific data

7    tables about the change in population from 2010 to 2020,

8    and we concluded that the minority population was growing

9    overwhelmingly and that the White population actually

10:40:43   10    declined in Tarrant County over the decade.

11   **Q.**   Now, based on your training and education and

12   experience and the data you reviewed with respect to

13   Tarrant County in Texas, what is your opinion as to

14   whether or not the benchmark Senate District 10 was

10:40:56   15   majority-minority CVAP at the time of the legislative

16   debates in the fall of last year?

17   **A.**   As I said in my original report, that's something that

18   I considered and looked at.  I'm extremely familiar with

19   these sort of demographic trend analyses.  And as

10:41:13   20   stated -- I'll stick to what I stated in my original

21   report -- that it is certain to be a majority-minority

22   CVAP district today, meaning non-Anglo.

23       Because those population changes were occurring so

24   rapidly and because the best or the most recent data was a

10:41:33   25   five-year product, which is quite outdated, those linear

1   trends were going to take us to a majority-minority CVAP

2   district.

3          MR. DUNN:  Thank you, Dr. Barreto.

4       Pass the witness.

10:41:50   5          JUDGE GUADERRAMA:  Mr. Thompson.

6          MR. THOMPSON:  May I proceed, Your Honor?

7          JUDGE GUADERRAMA:  Yes.

8          MR. THOMPSON:  For the court reporter, I'm Will

9   Thompson.

10:41:56  10                **REBUTTAL CROSS-EXAMINATION**

11  BY MR. THOMPSON:

12  **Q.**   Dr. Barreto, good to see you.

13  **A.**   Good afternoon -- or good morning.

14  **Q.**   I think you are right.  You were just talking with

10:42:22  15  Mr. Dunn, if I understood you correctly, about whether or

16  not you thought it was appropriate to control for partisan

17  affiliation.  Do you remember that?

18  **A.**   Yes.

19  **Q.**   And I think you said you thought it was not

10:42:30  20  appropriate to control for partisan affiliation in the

21  analysis you wanted to do?

22  **A.**   In the ecological inference models of general

23  elections I don't believe it's appropriate.

24  **Q.**   So -- I'm not trying to get in a fight with you about

10:42:41  25  that.  I just want to make sure I nail down exactly what

1    you did and what you didn't do.

2         So your analysis would not answer the question whether

3    partisan affiliation best explains divergent voting

4    patterns among minority and White citizens; is that fair?

10:42:57  5    **A.**   The ecological inference models tell us whether

6    Blacks, Hispanics, and Anglos are voting for opposite

7    candidates or the same candidates.

8    **Q.**   So I appreciate that.  I just want to get it nailed

9    down.  I don't think we quite got the answer to my

10:43:12  10   question.

11        So your analysis shows that there are these divergent

12   voting patterns, right?

13   **A.**   Yes.

14   **Q.**   It doesn't tell us whether partisan affiliation is the

10:43:20  15   best explanation for these divergent voting patterns; is

16   that right?

17   **A.**   It doesn't tell us any of the underlying variables

18   such as:  age, education, nativity, socioeconomic status.

19   It is what we refer to as a bivariate model.  It does not

10:43:36  20   include partisanship, but it doesn't include any of what

21   could be the underlying factors explaining vote choice.

22   **Q.**   You are not a lawyer, right?

23   **A.**   No.

24   **Q.**   So if I told you that *LULAC v. Clements*, a Fifth

10:43:52  25   Circuit *en banc* case, requires this Court to ask whether

1   partisan affiliation best explains the divergent voting

2   patterns among minority and White citizens --

3              THE REPORTER:  I'm sorry.  Could you start over

4   again, please.

10:44:11   5              MR. THOMPSON:  I'm sorry.  I was going too fast.

6   BY MR. THOMPSON:

7   **Q.**   So if I told you that *LULAC v. Clements*, a Fifth

8   Circuit *en banc* case, requires this Court to ask whether

9   partisan affiliation best explains the divergent voting

10:44:11   10   patterns among minority and White citizens, you wouldn't

11   have a reason to disagree with my understanding of that

12   case?

13   **A.**   I am not offering a legal opinion on that case.

14   **Q.**   Fair enough.  You were just talking about your

10:44:23   15   rebuttal report with Mr. Dunn.  Do you remember that?

16   **A.**   Yes.  Yes.

17   **Q.**   We can bring it up, if you want.  I believe you have

18   it in front of you.  It's Plaintiffs' Exhibit 100.

19   **A.**   I have it here.

10:44:33   20   **Q.**   In Paragraph 2 you talk about something that you say

21   Dr. Alford contends.  You said, "Dr. Alford contends that

22   Black and Latino voters in Tarrant County are not

23   politically cohesive because his analysis shows that they

24   supported different candidates in the 2014 Democratic

10:44:51   25   primary for Senate District 10."  Do you see that?

*Laura Wells, RPR, RMR, CRR, RDR*

1  **A.**  Paragraph 3, yes.

2  **Q.**  Oh, I'm sorry.  Thank you for correcting me.

3       Did you hear Dr. Alford testify that he used the 2014

4  Democratic primary as an illustrative example of why

10:45:06  5  experts incorporate primary data, not to conclusively

6  establish whether cohesion exists?

7  **A.**  I heard him say a lot of things, including --

8  **Q.**  I'm sorry.  Did you hear him say that?

9  **A.**  I would have to look at the record to remember exactly

10:45:19  10  what he said because I heard him say a lot of things.

11  **Q.**  That's fine.  If you don't remember, don't worry about

12  it.

13       In Paragraph 7 of your rebuttal report I believe you

14  mentioned some homogenous precincts; is that right?

10:45:32  15  **A.**  Yes.

16  **Q.**  And so for the homogenous African-American precincts

17  you used the top 21 precincts that are 50 percent or more

18  Black; is that right?

19  **A.**  I did.

10:45:43  20  **Q.**  Okay.  Paragraph 7 also says it provides an ecological

21  -- I'm sorry.  That's not right.

22       Paragraph 7 also says that it provides ecological

23  regression results, not ecological inference results; is

24  that right?

10:45:55  25  **A.**  That's correct.

1    **Q.**   And Paragraph 7 looks at the 2020 general election; is

2    that right?

3    **A.**   Yes.

4    **Q.**   In that election Mr. Quintanilla ran as an

10:46:05    5    Independent, correct?

6    **A.**   Yes.

7    **Q.**   And in that same election Mr. Vasquez ran as a

8    Republican, right?

9    **A.**   Yes.

10:46:11   10    **Q.**   So if I understand your results correctly, you

11   concluded that Latino voters preferred Mr. Veasey, the

12   Democratic candidate, even when he was opposed by Latino

13   candidates not running as Democrats; is that right?

14   **A.**   That's correct.

10:46:26   15    **Q.**   So it's fair to say that, in your analysis, Latino

16   voters' preferences were not being driven by the race or

17   ethnicity of the candidates in the general election; is

18   that right?

19   **A.**   In the general election?

10:46:37   20    **Q.**   The election that you were analyzing in that

21   paragraph.

22   **A.**   My conclusion was that in the general election

23   Mr. Veasey was their candidate of choice.

24   **Q.**   Right.  And the -- sorry.  I think we're 100 percent

10:46:49   25    in agreement on what you said there.

1    You did not conclude that Latino voters in that
2    election preferred the Latino candidates?
3    **A.**   They did not prefer the Latino candidates in that
4    election.
10:47:03   5    **Q.**   So it would be fair to say that their choices in the
6    general election were not being driven by the race or
7    ethnicity of the candidates from whom they were choosing?
8    **A.**   That's not at all what this paragraph concludes.  To
9    look at what their choices are being driven by, we would
10:47:20   10   run a multivariate analysis where we would match candidate
11   policy issues, number of campaign appearances.
12       You can certainly run models of vote choice and what
13   drives, to use your word, their vote; but that's not how
14   this model was set up.  And so it's not fair to draw that
10:47:39   15   conclusion.
16   **Q.**   So that's not what you were -- that's not the analysis
17   you were doing, right?
18   **A.**   I was just looking at whether or not a candidate of
19   choice emerged.
10:47:48   20   **Q.**   Thank you.  Now, Paragraph 10, same report, in that
21   election you are -- I'm sorry.  You are looking at the
22   2018 Democratic primary in Paragraph 10, right?
23   **A.**   That's correct.
24   **Q.**   And in that election Mr. Quintanilla identified as a
10:48:05   25   Democrat, didn't he?

1  **A.**  Yes.

2         MR. THOMPSON:  All right.  Thank you very much.

3  Pass the witness.

4         JUDGE GUADERRAMA:  Mr. Dunn.

10:48:11  5         **REBUTTAL REDIRECT EXAMINATION**

6  BY MR. DUNN:

7  **Q.**  Just one inquiry here on redirect.  Dr. Barreto, in

8  all the disagreements we have aired out here in these last

9  few days between you and Dr. Alford, is there really any

10:48:23  10  dispute between the two of you of the existence of strong

11  racial -- racially polarized voting in Tarrant County in

12  the portion where Senate District 10 is located?

13  **A.**  There is none.  I conclude that there is racially

14  polarized voting, that Black and Hispanic voters are

10:48:39  15  cohesive.  And I heard Dr. Alford say multiple times

16  yesterday that everyone knows that Black and Hispanic

17  voters are cohesive and vote Democrat and that Anglos vote

18  Republican.  So I think it's a fairly well-established

19  fact among experts.

10:48:56  20  **Q.**  Thank you, sir.

21         MR. DUNN:  Pass the witness.

22         MR. THOMPSON:  Nothing further, Your Honor.

23         JUDGE GUADERRAMA:  All right.

24     Dr. Barreto, thank you for coming back.  You are

10:49:04  25  excused.

```
         1        MR. DUNN:  That concludes the rebuttal evidence

         2   from the plaintiffs.

         3        JUDGE GUADERRAMA:  Anything else from the State?

         4        MR. SWEETEN:  Nothing else, Your Honors, from the

10:49:18 5   State.

         6        JUDGE GUADERRAMA:  All right.  So, Mr. Dunn and

         7   whoever is going to be closing for the State, do you each

         8   feel like, physically, we can go ahead and close today?

         9        MR. DUNN:  I believe so, Your Honor.  I think we

10:49:34 10  are prepared to do that.  I would ask, anyway, for just a

        11   couple-hour recess, maybe come at lunch or noon or 1:00.

        12   I don't know what time it is.

        13        JUDGE GUADERRAMA:  All right.  Let me just check

        14   with my visitors, because I live here.

10:49:46 15      Is that okay with the State?

        16        MR. SWEETEN:  Yes, Your Honor.  We are ready now.

        17   If the Court wants to come back in two hours, that's fine,

        18   too.

        19        JUDGE GUADERRAMA:  All right.  So it's going to

10:49:57 20  be 11:00.  Let's be back at 1:00, and we'll hear closing

        21   arguments at that time.

        22        THE MARSHAL:  All rise.

        23      (Proceedings adjourned at 10:50 a.m. and continued in

        24   Volume 9.)

        25             *****************
```

Proceedings

1  *Date:  February 7, 2022*

2            **COURT REPORTER'S CERTIFICATE**

3       *I, Laura Wells, certify that the foregoing is a*

4  *correct transcript from the record of proceedings in the*

5  *above-entitled matter.*

6                    _____/s/ Laura Wells_____

7                    *Laura Wells, CRR, RMR*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25