UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | EP-21-CV-00259-DCG-JES-JVB |
| | § | [Lead Case] |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants.* | § § § | |

| | | |
|---|---|---|
| **DAMON JAMES WILSON**, *for himself and on behalf of all others similarly situated,* | § § § | |
| *Plaintiffs,* | § § | Case No. 1:21-CV-00943-RP-JES-JVB |
| v. | § § | [Consolidated Case] |
| **STATE OF TEXAS,** *et al.*, | § § § | |
| *Defendants.* | § § § | |

**FINAL JUDGMENT**
**IN CASE NO. 1:21-CV-00943-RP-JES-JVB**

In accordance with the Court's "Order Dismissing Complaint" (ECF No. 63) and "Order Denying Leave to Amend and Dismissing Action" (ECF No. 187) issued this date in Lead Case No. EP-21-CV-00259-DCG-JES-JVB, the Court enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of the action styled as *Wilson v. State of Texas, et al.*, Case No. 1:21-CV-00943-RP-JES-JVB, in its entirety. There being no just reason for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that Plaintiff Damon Wilson's claims against Defendants State of

-2-

Texas, Greg Abbott, Dade Phelan, Dan Patrick, and Jose A. Esparza asserted in Case No. 1:21-CV-00943-RP-JES-JVB are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk **SHALL DOCKET** this Final Judgment both in Case No. EP-21-CV-00259-DCG-JES-JVB and Case No. 1:21-CV-00943-RP-JES-JVB.

**IT IS FINALLY ORDERED** that the District Clerk **SHALL CLOSE** Case No. 1:21-CV-00943-RP-JES-JVB.

So ORDERED and SIGNED on this __8th__ day of February 2022.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |