**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified
$
Extra Services & Fees
☐ Return
☐ Return Receipt
☐ Certified
☐ Adult
☐ Adult

Postage
$

Total Postage & Fees
$

Sent To: FATIMA MENENDEZ
MEXICAN AMERICAN LEGAL DEFENSE
& EDUCATIONAL FUND
110 BROADWAY, SUITE 300
SAN ANTONIO TX  78205

3:21-CV-259-DCG; TEXT ORDER granting
PRO HAC VICE dated 2/14/22

Street
City, S

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7020 1810 0001 9928 0145