```
                    IN THE UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF TEXAS
                              EL PASO DIVISION
                               VOLUME 1 OF 9

LULAC, et al.,                    )(    EP:21-CR-259-DCG-JES-JVB
                                  )(    (Lead Case)
     Plaintiffs,                  )(
_____   )(
ROY CHARLES BROOKS, et al.,       )(    EP:21-CV-00991-DCG-JES-JVB
                                  )(
     Plaintiffs,                  )(
                                  )(
vs.                               )(    EL PASO, TEXAS
                                  )(
GREG ABBOTT, in his official      )(
 capacity as Governor of Texas,   )(
 et al.,                          )(
                                  )(    January 25th, 2022
     Defendants.                  )(    (9:02 a.m. to 12:57 p.m.)
                                  )(    (2:00 p.m. to 6:00 p.m.)
                                  )(    January 26th, 2022
                                  )(    (8:59 a.m. to 12:59 p.m.)
                                  )(    (2:01 p.m. to 5:43 p.m.)
                                  )(    January 27th, 2022
                                  )(    (8:58 a.m. to 12:30 p.m.)
                                  )(    (1:33 p.m. to 5:53 p.m.)
                                  )(    January 28th, 2022
                                  )(    (8:59 a.m. to 10:59 a.m.)
                                  )(    (1:01 p.m. to 2:31 p.m.)
```

**HEARING ON BROOKS PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
**MASTER INDEX**
**VOLUME 1 OF 9**

```
          FIFTH CIRCUIT JUDGE JERRY EDWIN SMITH
        U.S. DISTRICT JUDGE DAVID C. GUADERRAMA
          U.S. DISTRICT JUDGE JEFFREY V. BROWN

APPEARANCES:

For Brooks Plaintiffs:    Mr. Chad W. Dunn
                          Brazil & Dunn
                          4407 Bee Caves Road
                          Building 1, Ste. 111
                          Austin, TX 78746
                          (512) 717-9822
```

```
 1   For Brooks Plaintiffs:      Mr. Mark P. Gaber
                                 Mark P. Gaber PLLC
 2                               P.O. Box 34481
                                 Washington, DC 20043
 3                               (715) 482-4066
                                 Mark@markgaber.com
 4
                                 Mr. Jesse L. Gaines
 5                               Attorney at Law
                                 P.O. Box 50093
 6                               Fort Worth, TX 76105
                                 817-714-9988
 7                               Gainesjesse@ymail.com

 8                               Ms. Molly E. Danahy
                                 P.O. Box 26277
 9                               Baltimore, MD 21211
                                 (208) 301-1202
10                               Danahy.molly@gmail.com

11                               Ms. Sonni Waknin
                                 10300 Venice Blvd. # 204
12                               Culver City, CA 90232
                                 732-610-1283
13                               Sonniwaknin@gmail.com

14   For Defendants:             Mr. Patrick K. Sweeten
                                 Mr. Christopher D. Hilton
15                               Mr. Eric Hudson
                                 Mr. William Thomas Thompson
16                               Ms. Kathleen Hunker
                                 Ms. Courtney Brooke Corbello
17                               Mr. Jack Buckley DiSorbo
                                 Office of Texas Attorney General
18                               P.O. Box 12548
                                 MC 009
19                               Austin, Texas 78711
                                 (512) 463-4139
20
     ALSO PRESENT:               Mr. Bryan Christopher
21
     Court Reporter:             Kathleen A. Supnet
22                               El Paso, Texas
                                 (915)834-0573
23                               kathi.supnet5303@gmail.com

24          Transcript produced by mechanical stenography, and

25   computer-aided software and computer.
```

KATHLEEN A. SUPNET, CSR

1                    CHRONOLOGICAL INDEX

2                       VOLUME 2 of 9

3   **JANUARY 25, 2022** (9:02 a.m. to 12:57 p.m.)          PAGE  VOL.

4   Announcements. . . . . . . . . . . . . . . . . .    4     2

5   **PLAINTIFF'S WITNESSES:**      **DIRECT**    **CROSS**      **VOIR DIRE**   **VOL.**

6   RICK SVATORA              9         24           --         2

7   SERGIO DE LEON           41,59      52,61        --         2

8   ROY BROOKS               62         75           --         2

9   DR. MATT BARRETO         97         --           --         2

10  Court Reporter's Certificate . . . . . . . . . . . 144    2

11                       **VOLUME 3 of 9**

12                                                        PAGE  VOL.

13  JANUARY 25, 2022 (2:00 p.m. to 6:00 p.m.)

14  Testimony of Dr. Matthew A. Barreto (cont). . . . . . . . .  4    3

15  Videotaped Deposition of Senator Kel Seliger. . . . . . .  128   3

16  Reporter's Certificate. . . . . . . . . . . . . . . . . . . 168   3

17                       **ALPHABETICAL**

18  **WITNESSES**                                              PAGE

19  **MATTHEW A. BARRETO, Ph.D**
    Direct Examination (continued) By Mr. Dunn              4     3
20  Cross-Examination By Mr. Hilton                         37    3
    Redirect Examination By Mr. Dunn                        117   3
21  Recross-Examination By Mr. Hilton                       125   3

22  **SENATOR KEL SELIGER**
    Examination Offered By Mr. Dunn                         128   3

23

24

25

1                    **VOLUME 4 of 9**

2    JANUARY 26, 2022, (8:59 a.m. to 12:59 p.m.)           PAGE VOL.

3    **PLAINTIFFS' WITNESSES:**       **DIRECT**    **CROSS**      **VOIR DIRE**   **VOL.**

4    SENATOR KEL SELIGER              4         13          --         4
     (VIDEOTAPED DEPOSITION)

5    SENATOR BEVERLY POWELL           67        142         --         4

6    Court Reporter Certificate. . . . . . . . . . . .  183       4

7

8                    **VOLUME 5 of 9**

9    January 26, 2022 (2:01 p.m. to 5:43 p.m.)              PAGE VOL.

10   Defendants' Exhibit Number 64 played................  6    5
     Defendants' Exhibit Number 64 interrupted...........  6    5
11   Defendants' Exhibit Number 64 played................  6    5
     Defendants' Exhibit Number 64 concluded.............  7    5
12   Defendants' Exhibit Number 65 played................  8    5
     Defendants' Exhibit Number 65 concluded.............  8    5
13   Defendants' Exhibit Number 65 played................  9    5
     Defendants' Exhibit Number 65 concluded.............  9    5
14   Defendants' Exhibit Number 65 played................ 10    5
     Defendants' Exhibit Number 65 concluded............. 11    5
15   Defendants' Exhibit Number 65 played................ 12    5
     Defendants' Exhibit Number 65 concluded............. 13    5
16   Video played........................................ 23    5
     Video concluded..................................... 23    5
17   Defendants' Exhibit Number 65 played................ 25    5
     Defendants' Exhibit Number 65 concluded............. 28    5
18   Defendants' Exhibit Number 67 played................ 33    5
     Defendants' Exhibit Number 67 concluded............. 34    5
19   Defendants' Exhibit Number 67 played................ 39    5
     Defendants' Exhibit Number 67 concluded............. 40    5
20   Defendants' Exhibit Number 69 played................ 43    5
     Defendants' Exhibit Number 69 concluded............. 44    5
21   Defendants' Exhibit Number 69 played................ 49    5
     Defendants' Exhibit Number 69 concluded............. 50    5
22   Motion in Limine regarding Senator Huffman's
     Testimony........................................... 147   5
23   Plaintiffs Rest..................................... 154   5
     Reporter's Certificate.............................. 158   5

24

25

1                          **VOLUME 6 of 9**

2
   JANUARY 27, 2022 (8:58 a.m. to 12:30 p.m.)              PAGE VOL.
3
   Opening Statement by Defendants......................    5    6
4  Plaintiffs' Objection to Senator Huffman's
   Testimony............................................   24    6
5  Defendants' Exhibit Number 59 played.................   62    6
   Defendants' Exhibit Number 59 concluded..............   62    6
6  Defendants' Exhibit Number 59 played.................   64    6
   Defendants' Exhibit Number 59 concluded..............   65    6
7  Defendants' Exhibit Number 59 played.................   66    6
   Defendants' Exhibit Number 59 concluded..............   67    6
8  Defendants' Exhibit Number 59 played.................   67    6
   Defendants' Exhibit Number 59 concluded..............   68    6
9  Defendants' Exhibit Number 59 played.................   72    6
   Defendants' Exhibit Number 59 concluded..............   73    6
10 Defendants' Exhibit Number 59 played.................   75    6
   Defendants' Exhibit Number 59 concluded..............   75    6
11 Defendants' Exhibit Number 59 played.................   77    6
   Defendants' Exhibit Number 59 concluded..............   77    6
12 Defendants' Exhibit Number 61 played.................   79    6
   Defendants' Exhibit Number 61 concluded..............   80    6
13 Defendants' Exhibit Number 65 played.................   90    6
   Defendants' Exhibit Number 65 concluded..............   92    6
14 Defendants' Exhibit Number 65 played.................   94    6
   Defendants' Exhibit Number 65 concluded..............   94    6
15 Defendants' Exhibit Number 65 played.................   95    6
   Defendants' Exhibit Number 65 concluded..............   98    6
16 Defendants' Exhibit Number 65 played.................  101    6
   Defendants' Exhibit Number 65 concluded..............  103    6
17 Defendants' Exhibit Number 65 played.................  103    6
   Defendants' Exhibit Number 65 concluded..............  105    6
18 Defendants' Exhibit Number 65 played.................  106    6
   Defendants' Exhibit Number 65 concluded..............  106    6
19 Defendants' Exhibit Number 65 played.................  107    6
   Defendants' Exhibit Number 65 concluded..............  108    6
20 Defendants' Exhibit Number 65 played.................  109    6
   Defendants' Exhibit Number 65 concluded..............  110    6
21 Defendants' Exhibit Number 65 played.................  112    6
   Defendants' Exhibit Number 65 concluded..............  113    6
22 Defendants' Exhibit Number 65 played.................  117    6
   Defendants' Exhibit Number 65 concluded..............  118    6
23 Defendants' Exhibit Number 65 played.................  119    6
   Defendants' Exhibit Number 65 concluded..............  120    6
24 Defendants' Exhibit Number 65 played.................  120    6
   Defendants' Exhibit Number 65 concluded..............  123    6
25 Defendants' Exhibit Number 65 played.................  124    6

```
 1   JANUARY 27, 2022 (8:58 a.m. to 12:30 p.m.)           PAGE VOL.

 2   Defendants' Exhibit Number 65 concluded.............  126   6
     Defendants' Exhibit Number 65 played................  127   6
 3   Defendants' Exhibit Number 65 concluded.............  127   6
     Defendants' Exhibit Number 65 played................  127   6
 4   Defendants' Exhibit Number 65 concluded.............  128   6
     Reporter's Certificate.............................  156   6
 5
                       ALPHABETICAL
 6   WITNESSES                                            PAGE VOL.
     SENATOR CECILIA JOAN HUFFMAN
 7   Direct Examination By Mr. Hilton                      25   6
     Cross-Examination By Mr. Dunn                        129   6
 8

 9                    VOLUME 7 of 9

10   JANUARY 27, 2022, (1:33 p.m. to 5:53 p.m.)           PAGE VOL.

11   DEFENDANTS' WITNESSES:    DIRECT    CROSS    VOIR DIRE   VOL.

12   SENATOR CECELIA
       JOAN HUFFMAN            4          37        --          7
13
     DR. JOHN ALFORD           40,148     63        --          7
14
     KEITH INGRAM              151        --        --          7
15
     Court Reporter Certificate. . . . . . . . . . .  181   7
16
                      VOLUME 8 of 9
17
     JANUARY 28, 2022 (8:59 a.m. to 10:59 a.m.)           PAGE VOL.
18
     Stipulation as to Exhibits.........................   4   8
19   State Rests........................................  53   8
     Plaintiffs Close...................................  85   8
20   State Close........................................  85   8
     Reporter's Certificate.............................  86   8
21
                       ALPHABETICAL
22   WITNESSES                                            PAGE VOL.

23   STACI DECKER
     Direct Examination Offered By Ms. Hunker             26   8
24
     MATTHEW A. BARRETO, Ph.D
25   Rebuttal Direct Examination By Mr. Dunn              54   8
```

| | | PAGE | VOL. |
|---|---|---|---|
| **WITNESSES** | | | |
| Rebuttal Cross-Examination By Mr. Thompson | | 78 | 8 |
| Rebuttal Redirect Examination By Mr. Dunn | | 84 | 8 |
| **BRUCE SHERBET** | | | |
| Direct Examination Offered By Mr. Sweeten | | 5 | 8 |

**VOLUME 9 of 9**

JANUARY 28, 2022, (1:01 p.m. to 2:31 p.m.)      PAGE  VOL.

| | PAGE | VOL. |
|---|---|---|
| Closing Argument by Mr. Dunn. | 5 | 9 |
| Closing Argument by Mr. Gaber | 23 | 9 |
| Closing Argument by Mr. Thompson. | 34 | 9 |
| Closing Argument by Mr. Dunn. | 60 | 9 |
| Court Reporter Certificate. | 67 | 9 |

```
1                         * * * * *
2            I certify that the foregoing is a correct transcript
3    from the record of proceedings in the above-entitled matter.  I
4    further certify that the transcript fees and format comply with
5    those prescribed by the Court and the Judicial Conference of the
6    United States.
7    Signature:/s/KATHLEEN ANN SUPNET          February 23, 2022
              Kathleen A. Supnet, CSR          Date
8
9
10
...
25
```