IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, et al.,<br><br>      Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

## [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the United States' Motion to Modify the Scheduling Order, dated March 24, 2022, and for good cause shown, the United States' motion is GRANTED. The Court finds that good cause exists to modify the Scheduling Order in order to expedite discovery and to enable the parties to prepare for dispositive motions and trial. Accordingly, the Scheduling Order, ECF No. 96, shall be modified to include the following:

**Number and Timing of Depositions**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 60 depositions or more than 325 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order,

including the July 15, 2022 deadline for completion of all fact discovery.

So ORDERED and SIGNED this ___ day of _____, 2022.

                                                                       _____
                                                                        HON. DAVID G. GUADERRAMA
                                                                        UNITED STATES DISTRICT JUDGE

                                                               *And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |