**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>21-CV-00259-DCG-JES-JVB<br>[lead case] |
| TREY MARTINEZ FISCHER, Texas State Representative (HD 116),<br><br>*Plaintiff*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas; JOHN SCOTT, in his official capacity as Secretary of the State of Texas,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:21-CV-00306<br>[consolidated case] |

PROPOSED ORDER ON PLAINTIFF TREY MARTINEZ FISCHER, VERONICA ESCOBAR'S, AND DEFENDANT'S JOINT MOTION TO EXTEND TIME

Before the Court is the Joint Motion for Extension of Time filed in this cause. That motion is GRANTED.

The following modifications to the scheduling order shall govern this action:

- Plaintiff Trey Martinez Fischer will respond to Defendant's pending motion to dismiss on April 4, 2022.

- Defendants will file a responsive pleading to Congresswoman Escobar's Original Complaint by April 13, 2022.

SIGNED this _____ day of _____, 2022.