UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LULAC, et. al., | )( | |
| | )( | |
| *Plaintiffs* | )( | |
| | )( | |
| Eddie Bernice Johnson, Sheila Jackson-Lee | )( | |
| Alexander Green, and Jasmine | )( | |
| Crockett | )( | |
| | )( | |
| *Plaintiff-Intervenors* | )) | |
| | )( | |
| v. | )( | Case No.: EP-21-CV-00259-DCG- |
| | )( | JES-JVB [Lead Case] |
| GREG ABBOTT, in his official capacity | )( | |
| As Governor of Texas, et. al. | )( | |
| | )( | |
| *Defendants* | )( | |

**ADVISORY TO THE COURT IN RESPONSE TO MOTION TO DISMISS COMPLAINT IN PART**

On or about the 14th of March the Defendants filed a Motion to Dismiss Lieutenant Governor Dan Patrick and Speaker of the House Dade Phelan as Defendants in this cause. Plaintiff's lead counsel was unable to use a computer for several days and advised the Defendant's counsel of this fact and his intention to move forward with the lawsuit and drop the Lieutenant Governor and Speaker of the House as Defendants in the lawsuit so that it would be unnecessary to respond to its Motion for Partial Dismissal. Today the Plaintiff-Intervenors have filed their First Amended Original Complaint removing the Lieutenant Governor and Speaker as Defendant Parties to the lawsuit.

Respectfully Submitted,

/s/ Gary Bledsoe

| | |
|---|---|
| The Bledsoe Law Firm PLLC | Nickolas A. Spencer, J.D., M.A. |
| State Bar No. 02476500 | Spencer & Associates, PLLC |
| 6633 Highway 290 East #208 | State Bar No. 24102529 |
| Austin, Texas 78723-1157 | 9100 Southwest Freeway, Suite 122 |
| Telephone: 512-322-9992 | Houston, Texas 77074 |
| Fax: 512-322-0840 | Telephone: 713-863-1409 |
| gbledsoe@thebledsoelawfirm.com | Fax: 713-863-1409 |
| Attorneys for Plaintiff-Intervenors Eddie Bernice Johnson, Sheila Jackson-Lee, Alexander Green and Jasmine Crockett | nas@naslegal.com |