UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § | |
| *Plaintiffs*, | § § | **EP-21-CV-00259-DCG-JES-JVB** [Lead Case] |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § | **3:21-CV-00306-DCG-JES-JVB** [Consolidated Case] |
| *Plaintiff-Intervenors*, | § § | |
| v. | § § | **3:22-CV-00022-DCG-JES-JVB** [Consolidated Case] |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas, et al.*, | § § § | |
| *Defendants.* | § § | |

## ORDER

On March 28, 2022, Plaintiffs Trey Martinez Fischer and Veronica Escobar, along with Defendants, filed a joint motion seeking extensions of time in different consolidated cases. ECF No. 207. Plaintiff Fischer sought an extension of time to respond to Defendants' motion to dismiss, while Defendants sought an extension of time to respond to Plaintiff Escobar's Complaint. The Court issued a text order granting the motion, but the text order may have caused some confusion. The Court now issues this Order clarifying its ruling.

**IT IS ORDERED** that Plaintiff Trey Martinez Fischer's motion for an extension of time is **GRANTED**. Plaintiff shall file a response by April 4, 2022. Defendants have the time permitted under the Local Rules to file a reply.

**IT IS FURTHER ORDERED** that Defendants' motion for an extension of time is **GRANTED**. Defendants shall file a responsive pleading to Plaintiff Escobar's Complaint by April 13, 2022.

So ORDERED and SIGNED on this 31st day of March 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |