IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | §§§§§§§§§§§§ | Case No. 3:21-cv-00259 <br> [Lead Case] |

### ORDER

Before the Court is the State Defendants' unopposed Cross Motion to Modify Scheduling Order. ECF 210. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

State Defendants' Cross Motion to Modify Scheduling Order is **GRANTED**.

**So ORDERED and SIGNED on this \_\_\_ day of \_\_\_\_, 2022.**

_____
**David C. Guaderrama,
United States District Judge
Western District of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** <br> **United States Circuit Judge** <br> **U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown** <br> **United States District Judge** <br> **Southern District of Texas** |