IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>                  Plaintiffs,<br><br>     v.<br><br>GREG ABBOTT, et al.,<br><br>                  Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL
PRODUCTION OF DOCUMENTS FROM THE STATE OF TEXAS**

Upon consideration of the United States' Motion to Compel Production of Documents from the State of Texas dated April 1, 2022 and State Defendants' opposition thereto, the United States' motion is GRANTED.  The Court finds that the State of Texas has possession, custody, or control over relevant and responsive documents.

The State of Texas is hereby ORDERED to conduct a reasonable search for relevant and responsive documents held by custodians in state offices and agencies that were involved—directly or indirectly—in the drafting and passage of the 2021 Texas State House Redistricting Plan and the 2021 Texas Congressional Redistricting Plan.  Such state offices and agencies include, but are not limited to, the Office of the Governor.

The State of Texas is further ORDERED to conduct a reasonable search for relevant and responsive documents in the possession of its counsel, the Office of the Texas Attorney General.

The State of Texas is further ORDERED to produce such relevant and responsive documents from state offices and agencies, and from its counsel, or list them on a privilege log

pursuant to the parties' agreements governing discovery.


So ORDERED and SIGNED this ___ day of _____, 2022.


_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith                                                          Jeffrey V. Brown
United States Circuit Judge              *-and-*              United States District Judge
U.S. Court of Appeals, Fifth Circuit                          Southern District of Texas