# EXHIBIT 5

State of Texas v. Eric Holder, Jr., Attorney General of the United States
Case No. 1:12-cv-00128
United States District Court for the District of Columbia

AMENDED OFFICE OF THE GOVERNOR PRIVILEGE LOG
May 3, 2012

| Docdate | Beginning Doc. Number | Basis for Withholding | Description | To | From | Creator |
|---|---|---|---|---|---|---|
| 5/18/2011 | TX_00057287 | DNP - ATTY CLIENT DNP - DELIBERATIVE PROCESS PRIVILEGE | Confidential enrolled Bill Memorandum signed by Governor's general counsel Jeff Boyd sent for the purpose of seeking or providing legal advice regarding SB 14 Communication containing deliberations that precede a final decision on voter ID enforcement. | Governor Perry | Greg Davidson | |

1

State of Texas v. Eric Holder, Jr., Attorney General of the United States
Case No. 1:12-cv-00128
United States District Court for the District of Columbia

## DEPARTMENT OF PUBLIC SAFETY'S PRIVILEGE LOG

| Bates Start | Bates End | Document Date | Description | Nature of Privilege |
|---|---|---|---|---|
| TX_00004776 | TX_00004776 | 1/26/2011 | Email from DPS to Senate Committee staff re: Senate Committee questions | LEGISLATIVE PRIVILEGE |
| TX_00004778 | TX_00004778 | 1/26/2011 | Email from DPA to Senate staff re: Senate Committee questions | LEGISLATIVE PRIVILEGE |
| TX_00004779 | TX_00004780 | 1/25/2011 | Internal DPS email re: legislator questions on Amnesty Program | LEGISLATIVE PRIVILEGE |
| TX_00004783 | TX_00004785 | 1/24/2011 | Internal DPA email correspondence re: Senate Voter ID question responses | LEGISLATIVE PRIVILEGE |
| TX_00004786 | TX_00004786 | 1/24/2011 | Email from DPS to Sen. Gallegos staff | LEGISLATIVE PRIVILEGE |
| TX_00004787 | TX_00004787 | 1/25/2011 | Email from DPS to Sen. Gallegos staff | LEGISLATIVE PRIVILEGE |
| TX_00004788 | TX_00004788 | 1/25/2011 | Email from DPS to Sen. Gallegos staff | LEGISLATIVE PRIVILEGE |
| TX_00004790 | TX_00004793 | unknown | DPS responses to Senate Committee questions re: Drivers Licenses | LEGISLATIVE PRIVILEGE |
| TX_00004794 | TX_00004795 | 1/25/2011 | Internal DPS email re: Senate Voter ID question responses | LEGISLATIVE PRIVILEGE |

State of Texas v. Eric Holder, Jr., Attorney General of the United States
Case No. 1:12-cv-00128
United States District Court for the District of Columbia

## OFFICE OF THE GOVERNOR'S PRIVILEGE LOG

| DOC NO. | DATE | TYPE OF DISCOVERY | AUTHOR/ CUSTODIAN | RECIPIENTS | SUBJECT | NATURE OF PRIVILEGE |
|---|---|---|---|---|---|---|
| | 5-20-11 | Memorandum | Michael Schofield | OOG Executive Staff/General Counsel | S.B. 14 Bill Analysis | Attorney-Client; Deliberative Process: Internal advice, opinion, deliberation, or recommendations on policy matters |
| | 2005 | Document | Michael Schofield | N/A | H.B. 1137 Bill Analysis | Attorney-Client |
| | 02-08-2011 | Document | OOG Communications | N/A | Draft State-of-the-State Speech | Deliberative Process: Internal advice, opinion, deliberation, or recommendations on policy matters |
| | 5-27-2011 | Press Release | OOG Communications | N/A/ | Draft press release on voter ID bill | Deliberative Process: Internal advice, opinion, deliberation, or recommendations on policy matters |
| | 5-8-2007 | Chart | Michael Schofield | N/A | Bill analyses for 80th legislative session | Deliberative Process: Internal advice, opinion, deliberation, or recommendations on policy matters |
| | 2009 | Excel Document | Michael Schofield | N/A | Bill analysis chart for 81st legislative session | Deliberative Process: Internal advice, opinion, deliberation, or recommendations on policy matters |
| | 2009 | Document | Michael Schofield | N/A | 81st Legislative Session procedure notes | Deliberative Process: Internal advice, opinion, deliberation, or recommendations on policy matters |
| | 2009 | Excel Document | Michael Schofield | N/A | Bill analyses for 81st legislative session (sub-groups) | Deliberative Process: Internal advice, opinion, deliberation, or recommendations on policy matters |
| | 2011 | Excel Document | Michael Schofield | N/A | Bill analysis chart for 82nd | Deliberative Process: Internal |

State of Texas v. Eric Holder, Jr., Attorney General of the United States
Case No. 1:12-cv-00128
United States District Court for the District of Columbia

OFFICE OF THE SECRETARY OF STATE PRIVILEGE LOG
April 20, 2012

| Beginning Doc. Number | End Doc. Number | Basis for Withholding | Description | Document Date | Attachment Doc. Number |
|---|---|---|---|---|---|
| TX_00028101 | TX_00028107 | ATTORNEY WORK PRODUCT ATTORNEY-CLIENT PRIVILEGE | e-mail chain between SOS attorneys and staff | 1/20/2011 | |
| TX_00028100 | TX_00028100 | ATTORNEY WORK PRODUCT ATTORNEY-CLIENT PRIVILEGE | e-mail chain between SOS attorneys and staff | 1/25/2011 | |
| TX_00028099 | TX_00028099 | ATTORNEY WORK PRODUCT ATTORNEY-CLIENT PRIVILEGE | e-mail chain between SOS attorneys and staff | 1/25/2011 | |
| TX_00028097 | TX_00028098 | ATTORNEY WORK PRODUCT ATTORNEY-CLIENT PRIVILEGE | e-mail chain between SOS attorneys and staff | 1/25/2011 | |
| TX_00028096 | TX_00028096 | ATTORNEY WORK PRODUCT ATTORNEY-CLIENT PRIVILEGE | e-mail chain between SOS attorneys and staff | 1/31/2011 | |

1

# State of Texas v. Eric Holder, Jr., in his Official Capacity as Attorney General of the United States
## Case No. 1:12-cv-00128
### United States District Court for the District of Columbia

## TEXAS LEGISLATIVE COUNCIL PRIVILEGE LOG
### April 30, 2012

| Beginning Doc. Number | End Doc. Number | Attachment Doc. Number | Basis for Withholding | Description | Date | Sender | Recipient |
|---|---|---|---|---|---|---|---|
| TX_00032290 | TX_00032290 | | Attorney-Client Privilege | Confidential email communication among Secretary of State Staff and attorneys seeking legal advice on Voter ID. | 9/6/2011 | Ann McGeehan | Lee Guyette |
| TX_00032289 | TX_00032289 | | Attorney-Client Privilege | Confidential email communication among Secretary of State staff and attorneys giving legal advice on SB 14. | 9/14/2011 | Louria Harrigan Ann McGeehan | Lee Guyette |
| TX_00032287 | TX_00032288 | | Attorney-Client Privilege | Confidential email communication among Secretary of State staff and attorneys and Attorney General staff. | 11/4/2011 | Scott Brandt David Falk | Lee Guyette John Sepehri Jimmy Blacklock Todd Giberson Joshua Zahn |
| TX_00032285 | TX_00032286 | | Attorney-Client Privilege | Confidential email communication among Secretary of State staff and attorneys seeking legal advice on Voter ID presentation. | 10/17/2011 | Lorna Wassdorf | Lee Guyette Ann McGeehan Randy Moes Scott Brandt Jim Beck |

1