# EXHIBIT 7

Veasey v. Perry
Civil Action No. 2:13-cv-193
United States District Court for the Southern District of Texas, Corpus Christi Division

Amended Office of the Governor Privilege Log
March 13, 2014

| Docid | EndDoc | AttachmentIDs | From | To | Cc | Bcc | Date Sent / Created | Privilege | AttyNotes |
|---|---|---|---|---|---|---|---|---|---|
| TEX0523927 | TEX0523927 | TEX0523928 | Mike Morrissey | kylejanek@mac.com' kylejanek@mac.com 'kylejanek@mac.com' <kylejanek@mac.com> 'kylejanek@mac.com' | Andria Franco | | 9/24/2013 | Deliberative Process Privilege | Confidential email communication among executive agency staff, reflecting internal policy deliberations and opinions of OOG employees regarding implementation of mobile EIC unit program. |
| TEX0523928 | TEX0523928 | | | | | | 9/24/2013 | Deliberative Process Privilege | Attachment to the above confidential email communication among executive agency staff, reflecting internal policy deliberations and opinions of OOG employees regarding implementation of mobile EIC unit program. |
| TEX0523929 | TEX0523929 | TEX0523930 | Keith Ingram | Mike Morrissey mmorrissey@governor.state.tx.us Mike Morrissey <mmorrissey@governor.state.tx.us> Mike Morrissey | | | 9/24/2013 | Deliberative Process Privilege | Confidential email communication among executive agency staff, reflecting internal policy deliberations and opinions of OOG employees regarding implementation of mobile EIC unit program. |
| TEX0523930 | TEX0523930 | | | | | | 9/24/2013 | Deliberative Process Privilege | Attachment to the above confidential email communication among executive agency staff, reflecting internal policy deliberations and opinions of OOG employees regarding implementation of mobile EIC unit program. |
| TEX0523931 | TEX0523932 | TEX0523933 TEX0523934 TEX0523935 | MacGregor Stephenson | Mike Morrissey mmorrissey@governor.state.tx.us Mike Morrissey <mmorrissey@governor.state.tx.us> Mike Morrissey | | | 9/24/2013 | Deliberative Process Privilege | Confidential email communication among executive agency staff, reflecting internal policy deliberations and opinions of OOG employees regarding implementation of mobile EIC unit program. |
| TEX0523933 | TEX0523933 | | | | | | | Deliberative Process Privilege | Attachment to the above confidential email communication among executive agency staff, reflecting internal policy deliberations and opinions of OOG employees regarding implementation of mobile EIC unit program. |