# EXHIBIT 9

```
 1                   UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF TEXAS
 2                         EL PASO DIVISION


 3
       LEAGUE OF UNITED LATIN       §    3:21-CV-00259-DCG-JES-JVB
 4     AMERICAN CITIZENS, ET AL     §
                                    §
 5     V.                           §    8:58 A.M. TO 12:30 P.M.
                                    §
 6     GREG ABBOTT, IN HIS          §
       OFFICIAL CAPACITY AS         §
 7     GOVERNOR OF THE STATE OF     §
       TEXAS, ET AL                 §    JANUARY 27, 2022
 8
            HEARING ON MOTION FOR PRELIMINARY INJUNCTION
 9                   AS TO SENATE DISTRICT 10
             BEFORE THE HONORABLE DAVID C. GUADERRAMA,
10                   HONORABLE JERRY E. SMITH
                AND HONORABLE JEFFREY V. BROWN
11            VOLUME 6 (AM SESSION) OF 9 VOLUMES

12     APPEARANCES:

13     FOR THE PLAINTIFFS ROY CHARLES BROOKS, FELIPE GUTIERREZ,
       PHYLLIS GOINES, EVA BONILLA, CLARA FAULKNER, DEBORAH
14     SPELL, BEVERLY POWELL:
       Mr. Chad W. Dunn
15     Brazil & Dunn
       4407 Bee Caves Road
16     Building 1, Suite 111
       Austin, Texas  78746
17     (512) 717-9822
            and
18     Mr. Mark P. Gaber
       Mark P. Gaber, PLLC
19     P.O. Box 34481
       Washington, DC  20043
20     (715) 482-4066
            and
21     Ms. Molly Elizabeth Danahy
       Molly E. Danahy, Esq
22     P.O. Box 26277
       Baltimore, Maryland  21210
23     (208) 301-1202

24

25
```

1    **APPEARANCES (continued):**

2    **FOR THE PLAINTIFFS ROY CHARLES BROOKS, FELIPE GUTIERREZ,**
     **PHYLLIS GOINES, EVA BONILLA, CLARA FAULKNER, DEBORAH**
3    **SPELL, BEVERLY POWELL:**
     Ms. Sonni Waknin
4    Sonni Waknin, Esq
     10300 Venice Boulevard, Apartment 204
5    Culver City, California  90095
     (723) 610-1283
6        and
     Mr. Jesse Gaines
7    Jesse L. Gaines Attorney at Law
     P.O. Box 50093
8    Fort Worth, Texas  76103
     (817) 714-9988
9
     **FOR THE DEFENDANTS GREG ABBOTT, JOHN SCOTT, JOSE A.**
10   **ESPARZA, STATE OF TEXAS, TEXAS LIEUTENANT GOVERNOR DAN**
     **PATRICK AND TEXAS SPEAKER DADE PHELAN:**
11   Mr. Patrick K. Sweeten
     Mr. Christopher D. Hilton
12   Mr. Eric Hudson
     Mr. William Thomas Thompson
13   Ms. Kathleen Hunker
     Ms. Courtney Brooke Corbello
14   Mr. Jack Buckley DiSorbo
     Office of Texas Attorney General
15   P.O. Box 12548
     MC 009
16   Austin, Texas 78711
     (512) 463-4139
17
     **ALSO PRESENT:**
18   Mr. Brian Christopher

19   Court Reporter:
     Laura Wells, RPR, RMR, CRR
20   601 Rosenberg, Suite 615
     Galveston, Texas  77550
21
     Proceedings recorded by mechanical stenography.
22   Transcript produced by computer-assisted transcription.

23

24

25

*Laura Wells, RPR, RMR, CRR, RDR*

Index

1                           **VOLUME 6**

**(HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

2                  **AS TO SENATE DISTRICT 10 )**

                                                      **Page**

3    **JANUARY 27, 2022**

| | Page |
|---|---|
| 4   Opening Statement by Defendants................. | 5 |
| Plaintiffs' Objection to Senator Huffman's | 24 |
| 5   testimony..................................... | |
| Defendants' Exhibit Number 59 played............ | 62 |
| 6   Defendants' Exhibit Number 59 concluded......... | 62 |
| Defendants' Exhibit Number 59 played............ | 64 |
| 7   Defendants' Exhibit Number 59 concluded......... | 65 |
| Defendants' Exhibit Number 59 played............ | 66 |
| 8   Defendants' Exhibit Number 59 concluded......... | 67 |
| Defendants' Exhibit Number 59 played............ | 67 |
| 9   Defendants' Exhibit Number 59 concluded......... | 68 |
| Defendants' Exhibit Number 59 played............ | 72 |
| 10   Defendants' Exhibit Number 59 concluded......... | 73 |
| Defendants' Exhibit Number 59 played............ | 75 |
| 11   Defendants' Exhibit Number 59 concluded......... | 75 |
| Defendants' Exhibit Number 59 played............ | 77 |
| 12   Defendants' Exhibit Number 59 concluded......... | 77 |
| Defendants' Exhibit Number 61 played............ | 79 |
| 13   Defendants' Exhibit Number 61 concluded......... | 80 |
| Defendants' Exhibit Number 65 played............ | 90 |
| 14   Defendants' Exhibit Number 65 concluded......... | 92 |
| Defendants' Exhibit Number 65 played............ | 94 |
| 15   Defendants' Exhibit Number 65 concluded......... | 94 |
| Defendants' Exhibit Number 65 played............ | 95 |
| 16   Defendants' Exhibit Number 65 concluded......... | 98 |
| Defendants' Exhibit Number 65 played............ | 101 |
| 17   Defendants' Exhibit Number 65 concluded......... | 103 |
| Defendants' Exhibit Number 65 played............ | 103 |
| 18   Defendants' Exhibit Number 65 concluded......... | 105 |
| Defendants' Exhibit Number 65 played............ | 106 |
| 19   Defendants' Exhibit Number 65 concluded......... | 106 |
| Defendants' Exhibit Number 65 played............ | 107 |
| 20   Defendants' Exhibit Number 65 concluded......... | 108 |
| Defendants' Exhibit Number 65 played............ | 109 |
| 21   Defendants' Exhibit Number 65 concluded......... | 110 |
| Defendants' Exhibit Number 65 played............ | 112 |
| 22   Defendants' Exhibit Number 65 concluded......... | 113 |
| Defendants' Exhibit Number 65 played............ | 117 |
| 23   Defendants' Exhibit Number 65 concluded......... | 118 |
| Defendants' Exhibit Number 65 played............ | 119 |
| 24   Defendants' Exhibit Number 65 concluded......... | 120 |
| Defendants' Exhibit Number 65 played............ | 120 |

25

1                                                              Page
   **JANUARY 27, 2022**
2
   Defendants' Exhibit Number 65 concluded.........    123
3  Defendants' Exhibit Number 65 played............    124
   Defendants' Exhibit Number 65 concluded.........    126
4  Defendants' Exhibit Number 65 played............    127
   Defendants' Exhibit Number 65 concluded.........    127
5  Defendants' Exhibit Number 65 played............    127
   Defendants' Exhibit Number 65 concluded.........    128
6  Reporter's Certificate.........................    156

7                        **ALPHABETICAL**

8  **WITNESSES**                                               Page

9  **SENATOR CECILIA JOAN HUFFMAN**
       Direct Examination By Mr. Hilton                     25
10     Cross-Examination By Mr. Dunn                        129

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   that corresponds to Page 37 of Defendants' Exhibit Number
 2   58.
 3        MR. HILTON:  Brian, if you would play that.
 4        (Defendants' Exhibit Number 59 played, as follows:)
 5        "MR. LEE:  -- to the State, though.
 6        "SENATOR HUFFMAN:  Well, as I stated very
 7   clearly, these maps were drawn blind to race.  And then I
 8   consulted with the Attorney General's office, and they
 9   gave me legal advice as to whether or not I had -- I had
10   complied with the Voting Rights, Section 2; and that's
11   what we have done.
12        "We invite anyone -- because the data that they use is
13   completely open to the public, we invite anyone to submit
14   alternative maps.
15        "Do you have a map you would like for us to consider
16   here today?
17        "MR. LEE:  I do not.
18        "SENATOR HUFFMAN:  Okay."
19        (Defendants' Exhibit Number 59 concluded)
20   BY MR. HILTON:
21   Q.   Is that an accurate recording of your statements in
22   the Senate hearing that day?
23   A.   Yes.
24   Q.   And do you recall who the person you are addressing
25   is?
```

*Laura Wells, RPR, RMR, CRR, RDR*

1   grants special protection to a minority group's rights to

2   form political coalitions.  So, again, we can interpret

3   the law differently.  I have been assured, I have studied

4   it, that the maps are in compliance, and that we have

11:26:39   5   followed the requirements under *Bartlett v. Strickland*."

6   **Q.**   Thank you, Senator.  Is that a substantively accurate

7   transcription of your statements during that hearing?

8   **A.**   Yes.

9        MR. HILTON:  And again, Your Honors, the pause

11:27:04   10  means I'm skipping some clips and trying to conclude here.

11  I appreciate your indulgence.

12  BY MR. HILTON:

13  **Q.**   All right.  Senator Huffman, I'm going to ask you to

14  read another one of your statements beginning on Page 65

11:27:26   15  of the transcript --

16  **A.**   All right.

17  **Q.**   -- beginning at Line 22.  This is in response to a

18  question by Senator Menendez -- or at least that is what

19  is reflected on the transcript -- regarding growth of

11:27:43   20  minority population in the state.  That's the context for

21  what I'm asking you to read.

22  **A.**   "Well, Senator Menendez, as you well know, I stated

23  several times I drew blind to race; and we did preserve

24  all the current both Black opportunity districts and

11:27:58   25  Hispanic or Latino opportunity districts in the existing

 1  plan.

 2      "I have repeatedly said -- and I think I just said

 3  this to Senator Powell -- for any group to bring us

 4  something that we didn't see, anything -- excuse me,

11:28:11   5  something we missed.  We were more than willing to run a

 6  VRA analysis on that, which, in fact, we have done with

 7  everything submitted; and nothing submitted has indicated

 8  to us that another minority opportunity district is

 9  required to be drawn under the law.

11:28:28  10      "As you understand, of course, that it would be racial

11  gerrymandering to just draw a map based on race unless

12  there is a strong basis in evidence to believe the

13  districting decision is required in order to comply with

14  Section 2 of the Voting Rights Act."

11:28:46  15  Q.   Thank you, Senator.  Is that a substantively accurate

16  transcription of your response to Senator Menendez's

17  questioning during the floor debate?

18  A.   Yes.

19  Q.   Thank you.  I'm going to turn to Page 71 of the

11:29:07  20  transcript, a question from Senator Gutierrez beginning on

21  Line 14.  And I have just asked you to read a number of

22  lengthy quotes.  So I'll do this one.

23      "SENATOR GUTIERREZ:  All right.  And so if a plan

24  splits fewer than 23 counties, would that be better or

11:29:24  25  worse?

*Laura Wells, RPR, RMR, CRR, RDR*