# EXHIBIT 11

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


STATE OF TEXAS,                    :
                                   :
          Plaintiff,               :     Docket No. CA 12-128
                                   :
     vs.                           :        Washington, D.C.
                                   :     Monday, April 16, 2012
ERIC H. HOLDER, in his official    :          12:35 p.m.
capacity as Attorney General of    :
the United States                  :
                                   :
          Defendant, and           :
                                   :
ERIC KENNIE, et al                 :
                                   :
          Intervenor-Defendants.   :
-----------------------------------x




              TRANSCRIPT OF TELEPHONE CONFERENCE
           BEFORE THE HONORABLE ROSEMARY M. COLLYER
                 UNITED STATES DISTRICT JUDGE




APPEARANCES:

For the Plaintiff.          JONATHAN F. MITCHELL, Esquire
                            MATTHEW FREDERICK, Esquire
                            Office of Attorney General of Texas
                            209 West 14th Street, 7th Floor
                            Austin, TX 78701

For the Defendant:          ELIZABETH S. WESTFALL, Esquire
                            DANIEL J. FREEMAN, Esquire
                            MEREDITH E.B. BELL-PLATTS, Esquire
                            U.S. Department of Justice
                            950 Pennsylvania Avenue, NW
                            Washington, DC  20530
```

```
 1  Appearances continued:

 2  For Intervenor            CHAD W. DUNN, Esquire
    Defendants:               Brazil & Dunn
 3                            4201 FM 1960 West
                              Suite 530
 4                            Houston, Texas  77068

 5                            JOSEPH GERALD HEBERT, Esquire
                              J. Gerald Hebert, P.C.
 6                            191 Somervelle Street,
                              Suite 405
 7                            Alexandria, VA  22304

 8
                              EZRA D. ROSENBERG, Esquire
 9                            Dechert LLP
                              902 Carnegie Center
10                            Suite 500
                              Princeton, NJ  08540-6531
11
                              NANCY ABUDU, Esquire
12                            American Civil Liberties Union
                              Foundation, Inc.
13                            230 Peachtree Street NW
                              Suite 1440
14                            Atlanta, GA  30303

15                            MYRNA PEREZ, Esquire
                              The Brennan Center for Justice
16                            at NYU Law School
                              161 Avenue of the Americas, Floor 12
17                            New York, NY  10013-1205

18                            MARK POSNER, Esquire
                              JOHN TANNER, Esquire
19                            MICHAEL DELEEUW, Esquire

20  Court Reporter:           CRYSTAL M. PILGRIM, RPR
                              Official Court Reporter
21                            United States District Court
                              District of Columbia
22                            333 Constitution Avenue, NW
                              Washington, DC  20001
23

24  Proceedings recorded by machine shorthand, transcript produced
    by computer-aided transcription.
25
```

1          THE COURT:  Okay, everybody, good afternoon.  Sorry
2  we ran a little late.  I'm in the middle of a motions hearing.
3  And we had the defendant on the stand which is sufficiently
4  unusual that it distracted me.
5           I have received the letter from Ms. Westfall and just
6  now a copy of Mr. Frederick's e-mail on suggesting that Texas
7  needs more time.  And I assume that that's the answer, but let
8  me ask to begin with, what is Texas' litigating position on who
9  constitutes the State of Texas?  This is an issue that we
10 talked about before and I thought that it was clarified by me
11 to clarify its position, but that didn't happen so perhaps you
12 can do it now.
13         MR. FREDERICK:  Yes, Judge this is Matt Frederick.
14 The State's position first is that we don't need to resolve
15 that issue because it is not impeding discovery.  As I pointed
16 out in a letter or and e-mail responding to Mr. Rosenberg this
17 morning and copying the Department of Justice.  We have not
18 refused to collect or investigate any claim or any discovery
19 request on the basis of who constitutes the State of Texas.  We
20 have collected documents from every legislator that we have
21 been requested to contact.  We have collected and produced
22 documents from agencies, so our first position is that it's a
23 bit of a non issue because nothing has been withheld and no
24 request has been refused based on the identity of quote, "The
25 State".