UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, et. al., | )( |
| *Plaintiffs* | )( |
| Eddie Bernice Johnson, Sheila Jackson-Lee Alexander Green, and Jasmine Crockett | )( |
| *Plaintiff-Intervenors* | )( |
| v. | )( Case No.: EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| GREG ABBOTT, in his official capacity As Governor of Texas, et. al. | )( |
| *Defendants* | )( |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Please take note that Kathryn E. Yukevich, hereby respectfully moves the Court to permit her to withdraw as counsel of record for Plaintiff Akilah Bacy, Orlando Flores, Marilena Garza, Cecilia Gonzales, Agustin Loredo, Cinia Montoya, Ana Ramon, Jana Lynne Sanchez, Jerry Shafer, Debbie Lynn Solis, Angel Ulloa Mary Uribe, Rosalinda Ramos Abuabara. Ms. Yukevich will be departing Elias Law Group LLP effective April 3, 2022. Plaintiffs will continue to be represented by Abha Khanna, Aria C. Branch, and David Fox of Elias Law Group. Defendants' counsels of record do not oppose this motion for withdrawal.

1

2

Dated: April 3, 2022                                Respectfully submitted,

/s/ Kathryn Yukevich
Abha Khanna*
Aria C. Branch*
David Fox*
Kathryn C. Yukevich*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
akhanna@elias.law
abranch@elias.law
dfox@elias.law
kyukevich@elias.law

*Counsel for Plaintiffs Akilah Bacy, Orlando Flores, Marilena Garza, Cecilia Gonzales, Agustin Loredo, Cinia Montoya, Ana Ramon, Jana Lynne Sanchez, Jerry Shafer, Debbie Lynn Solis, Angel Ulloa Mary Uribe, Rosalinda Ramos Abuabara*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2022, I electronically served the foregoing document via electronic mail on all counsel of record.

/s/ *Kathryn E. Yukevich*
Kathryn E. Yukevich
