IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, § § § *Plaintiffs*, § § v. § § GREG ABBOTT, *et al.*, § § *Defendants*. § | | Case No. 3:21-cv-259 [Lead Case] |
| TREY MARTINEZ FISCHER, § § *Plaintiff*, § § v. § § GREG ABBOTT, *et al.*, § § *Defendants*. § | | Case No. 3:21-cv-306 [Consolidated Case] |

**DEFENDANTS' RESPONSE TO PLAINTIFF TREY MARTINEZ FISCHER'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Trey Martinez Fischer has moved for leave to file an amended complaint. ECF 215. Having now reviewed the proposed amended complaint, Defendants do not oppose Fischer's motion for leave to file an amended complaint.

1

| | |
|---|---|
| Date: April 6, 2022 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Patrick K. Sweeten |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| BRENT WEBSTER | Tex. State Bar No. 00798537 |
| First Assistant Attorney General | |
| | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 6, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

2