IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**ORDER**

Before the Court is the Unopposed Motion for Leave to Exceed Page Limit by Defendants Greg Abbott, John Scott, and the State of Texas, as well as Lieutenant Governor Dan Patrick, Speaker Dade Phelan, and twenty-four Texas legislators and legislative staff, in connection with their Motion to Quash, or, in the alternative, Motion for Protective Order. *See* ECF 218, 218-2. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Unopposed Motion to Exceed Page Limit is **GRANTED**. ECF 216.

Movants **MAY FILE** a motion that does not exceed nineteen pages.

The Motion to Quash attached to the Motion for Leave is **DOCKETED**.

So **ORDERED** and **SIGNED** on this ___ day of April**, 2022.**

_____
**David C. Guaderrama,
United States District Judge
Western District of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith**<br>**United States Circuit Judge**<br>**U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown**<br>**United States District Judge**<br>**Southern District of Texas** |

2