IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § § | Case No. 3:21-cv-00259 |
| *Plaintiff-Intervenors* | § § | [Lead Case] |
| V. | § § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE**

Defendants Greg Abbott, in his official capacity as the Governor of Texas, John Scott, in his official capacity as Secretary of State of Texas, and the State of Texas, respectfully request that their deadline to file a responsive pleading to the Intervenors first amended complaint, *see* ECF 209, be extended from April 11, 2022 to April 15. *See* Fed. R. Civ. P. 6(b). An extension is sought to ensure that Defendants have sufficient time to assess and respond to the Intervenors' amended complaint, and for other good cause. An extension is not sought to delay these proceedings, and will not prejudice Intervenors. Counsel for Defendants have conferred with counsel for Intervenors, who indicated that Intervenors do not oppose the relief sought here. In exchange, Intervenors respectfully request that their deadline to respond to a motion to dismiss, if any, be extended to May 12, 2022. Defendants do not oppose that request.

Based on the above, Defendants respectfully request that their motion to extend be granted, and that their deadline to file a responsive pleading to Intervenors' first amended complaint be extended from April 11, 2022 to April 15, and that Intervenors' deadline to respond to a motion to

dismiss, if any, be extended to May 12.

| | |
|---|---|
| Date: April 11, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| BRENT WEBSTER<br>First Assistant Attorney General | patrick.sweeten@oag.texas.gov<br>Tex. State Bar No. 00798537 |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410 | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>will.thompson@oag.texas.gov<br>Tex. State Bar No. 24088531 |
| | **COUNSEL FOR DEFENDANTS** |

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendants conferred with counsel for Intervenors regarding this motion, who indicated that they do not oppose the relief sought here.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 11, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN