IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline. *See* ECF 222. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion to Extend Deadline is **GRANTED**. ECF 222.

Defendants **SHALL FILE** a responsive pleading to Intervenors Eddie Bernice Johnson, Sheila Jackson-Lee, Alexander Green, and Jasmine Crockett's first amended complaint, *see* ECF 209, by no later than April 15, 2022.

Intervenors **SHALL FILE** a response to a forthcoming motion to dismiss by Defendants, if any, by May 12, 2022.

**So ORDERED and SIGNED on this \_\_\_ day of April, 2022.**

                                                     _____
                                                   **David C. Guaderrama,**
                                                   **United States District Judge**
                                                   **Western District of Texas**

*And on behalf of:*

| | | |
|---|---|---:|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |