IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 <br> (DCG-JES-JVB) <br> (consolidated cases) |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN
UNITED STATES' RESPONSE TO MOTION TO QUASH**

The United States of America respectfully requests leave to exceed the page limitation on discovery and case management motions in its response to Defendants and Legislative Officials' Motion to Quash, ECF No. 219. Defendants do not oppose this request.

Western District of Texas Local Rule CV-7(3)(d) limits responses to discovery motions to ten pages. The United States seeks leave to exceed this limitation and file a response to the Motion to Quash that is eleven pages in length. The excess page will allow the United States to respond in full to the Motion to Quash. Counsel for Defendants and Legislative Officials do not oppose this motion to file excess pages and will not be prejudiced by the relief requested. A proposed order is attached hereto.

DATE: April 14, 2022

Respectfully submitted,

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division


*/s/ Holly F.B. Berlin*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALLISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

## CERTIFICATE OF CONFERRAL

      Pursuant to Local Rule CV-7(g), I hereby certify that on April 14, 2022, counsel for the United States conferred by email with counsel for Defendants regarding this request. Defendants do not oppose the requested relief.

                                            */s/ Holly F.B. Berlin*
                                            Holly F.B. Berlin
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            950 Pennsylvania Ave, NW
                                            Washington, DC 20530
                                            (202) 532-3514
                                            holly.berlin@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

      */s/ Holly Berlin*
Holly F.B. Berlin
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 532-3514
holly.berlin@usdoj.gov