IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 <br> (DCG-JES-JVB) <br> (consolidated cases) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE EXCESS PAGES**

Before the Court is the United States' unopposed motion for leave to file excess pages in the United States' Response to the pending Motion to Quash, ECF No. 219. Upon consideration of the United States' motion, and for good cause shown, the motion is hereby GRANTED. It is hereby ORDERED that the United States may file a response to the Motion to Quash that does not exceed eleven pages.

Date: _____

_____
THE HONORABLE DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

And on behalf of:

HON. JERRY E. SMITH  
UNITED STATES CIRCUIT JUDGE   -and-  
U.S. COURT OF APPEALS, FIFTH CIRCUIT

HON. JEFFREY V. BROWN  
UNITED STATES DISTRICT JUDGE  
SOUTHERN DISTRICT OF TEXAS