# EXHIBIT 2

| | |
|---|---|
| **From:** | Freeman, Daniel (CRT) |
| **To:** | Jack DiSorbo |
| **Cc:** | Eric Hudson; Will Thompson; Mellett, Timothy F (CRT); Anderson, Jacki (CRT); Berlin, Holly (CRT); Lott, Jasmin (CRT); Rupp, Michelle (CRT); Sitton, Jaye (CRT) |
| **Subject:** | RE: LULAC v. Abbott (Redistricting), TLC subpoena |
| **Date:** | Tuesday, March 29, 2022 5:22:31 PM |

Jack,

That's correct. We can use the Department's zoom room for the meet and confer: https://www.zoomgov.com/j/16191158462

Dan

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Tuesday, March 29, 2022 4:56 PM
**To:** Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>
**Cc:** Eric Hudson <Eric.Hudson@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Subject:** [EXTERNAL] LULAC v. Abbott (Redistricting), TLC subpoena

Hi Dan,

Just spoke with Eric, who I understand just talked to you on the phone. To summarize that call, you indicated that the United States agrees to extend our deadline to move to quash the subpoena directed at the Texas Legislative Council from tomorrow, March 30th, to next Wednesday, April 6th. We'll also plan to meet on confer on the subject of the TLC subpoena on this Thursday, at 12:30 pm Eastern.

Thanks very much for helping coordinate these issues. We appreciate it, and will talk to you on Thursday.

Best, Jack

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov