**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., § § § *Plaintiffs*, § § v. § § GREG ABBOTT, et al., § § *Defendants.* § § § | | CIVIL ACTION NO. 21-CV-00259-DCG-JES-JVB [lead case] |
| VERONICA ESCOBAR, U.S. Representative of the 16th congressional district of Texas; and, RAMSEY ENGLISH CANTU. § § § § *Plaintiffs*, § § v. § § GREG ABBOTT, in his official capacity as Governor of the State of Texas; JOHN SCOTT, in his official capacity as Secretary of the State of Texas, § § § § *Defendants.* § | | CIVIL ACTION NO. 3:22-CV-00022 [consolidated case] |

PROPOSED ORDER ON PLAINTIFF ESCOBAR'S MOTION FOR LEAVE TO AMEND HER COMPLAINT

Before the Court is the Plaintiff's Motion for Leave to Amend her Complaint filed in this cause. That motion is GRANTED.

The First Amended complaint attached as an exhibit to Plaintiff's Motion for leave to Amend is her live pleading in this cause. The defendants' motion to dismiss the Plaintiff's Original Complaint (Dkt. 223) is DENIED as moot. The defendants shall respond to the Plaintiff's First Amended Complaint in accordance with the federal rules.

SIGNED this \_\_\_\_ day of _____, 2022.

_____
Judge Presiding