# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

## [PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR FIRST AMENDED COMPLAINT

Pending before the Court is LULAC Plaintiffs' Motion for Leave to Amend Their First Amended Complaint.  Dkt. _____.  Upon consideration of the parties' arguments, LULAC Plaintiffs' motion is GRANTED.  The Clerk of Court is respectfully directed to enter LULAC Plaintiffs' Second Amended Complaint onto the docket.

SO ORDERED and SIGNED this _____ day of _____ 2022.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | *-and-* | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |