UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB<br>[Lead Case] |
| ROY CHARLES BROOKS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.1-21-CV-00991-DCG-JES-JVB<br>[Consolidated Case] |

**[PROPOSED] ORDER**

BE IT REMEMBERED on this the _____ day of _____, 2021, in the above-numbered and entitled cause, wherein Plaintiffs filed their Motion for Leave to File Plaintiffs' First Amended Complaint and after considering the Motion, pleadings on file, arguments of counsel, and after due consideration, it is

ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Leave to File First Amended Complaint is hereby GRANTED. The Amended Complaint is hereby accepted as filed.

SIGNED on this the _____ day of _____ 2021.

_____
PRESIDING JUDGE
UNITED STATES DISTRICT JUDGE