IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants Greg Abbott, John Scott, and the State of Texas respectfully seek leave to exceed the page limit for discovery and case-management motions in connection with their Motion to Stay, attached to this motion as Exhibit B. *See* ECF 234-2. In the Western District of Texas, the page limit for discovery and case-management motions is ten pages. *See* Local Rule 7.C.2. Defendants seek leave to file a motion that does not exceed twelve pages.

Defendants seek leave to ensure they have sufficient opportunity to explain the factual and legal basis of their motion to stay, and for other good cause. Leave will not prejudice any party. Counsel for Defendants has conferred with counsel for plaintiffs, who each indicated they do not oppose this motion for leave.

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court grant their motion and allow them to file a Motion to Stay that does not exceed twelve pages.

| | |
|---|---|
| Date: April 20, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov |
| | **COUNSEL FOR DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 20, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for plaintiffs regarding this motion. Counsel for each of the plaintiff groups indicated they are unopposed to the relief sought here.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN