IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limit. *See* ECF 234. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion for Leave to Exceed Page Limit is **GRANTED**. ECF 234.

Defendants **MAY FILE** a motion to stay that does not exceed twelve pages.

**So ORDERED and SIGNED on this ___ day of April, 2022.**

_____
**David C. Guaderrama,
United States District Judge
Western District of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** <br> **United States Circuit Judge** <br> **U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown** <br> **United States District Judge** <br> **Southern District of Texas** |

1