UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

Voto Latino, et al.

vs.

John Scott, et al.

Case No.: 3:21-cv-00259

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Richard Alexander Medina, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent see attached list of plaintiffs in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Elias Law Group LLP with offices at:

   Mailing address: 10 G St NE, Suite 600
   City, State, Zip Code: Washington, DC 20002
   Telephone: 202-968-4490    Facsimile: 202-968-4498

2. Since May 29, 2019, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 5704663.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Southern District of New York | 12/2/2019 |
   | Eastern District of New York | 11/17/2020 |
   | US Court of Appeals-10th Circuit | 6/25/2021 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: _____ on the _____ day of _____, _____.
    Number: _____ on the _____ day of _____, _____.
    Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Max Renea Hicks

Mailing address: P.O. Box 303187

City, State, Zip Code: Austin, TX 78703

Telephone: 512-480-8231

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Richard Alexander Medina to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Richard Alexander Medina
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 21 day of April, 2022.

Richard Alexander Medina
[printed name of Applicant]

[signature of Applicant]

Plaintiffs in 3:21-cv-00259

Rosalinda Ramos Abuabara
Akilah Bacy
Orlando Flores
Marilena Garza
Cecilia Gonzales
Agustin Loredo
Cinia Montoya
Ana Ramon
Jana Lynne Sanchez
Jerry Shafer
Debbie Lynn Solis
Angel Uloa
Mary Uribe
Voto Latino