UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

Voto Latino, et al.

vs.    Case No.: 3:21-cv-00259

John Scott, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Richard Alexander Medina, counsel for see attached list of plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Richard Alexander Medina may appear on behalf of see attached list of plaintiffs in the above case.

IT IS FURTHER ORDERED that Richard Alexander Medina, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of April _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Plaintiffs in 3:21-cv-00259

Rosalinda Ramos Abuabara
Akilah Bacy
Orlando Flores
Marilena Garza
Cecilia Gonzales
Agustin Loredo
Cinia Montoya
Ana Ramon
Jana Lynne Sanchez
Jerry Shafer
Debbie Lynn Solis
Angel Uloa
Mary Uribe
Voto Latino