UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, et al.

vs.

Greg Abbott, et al.

Case No.: 3:21-cv-259-DCG-JES-JVB

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Alyssa Bixby-Lawson**, counsel for **Texas Legislative Council**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Alyssa Bixby-Lawson** may appear on behalf of **Texas Legislative Council** in the above case.

IT IS FURTHER ORDERED that **Alyssa Bixby-Lawson**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of **April**, 20_____.

_____
UNITED STATES DISTRICT JUDGE