IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, | | |
| *Defendants.* | | |

**UNOPPOSED MOTION TO EXTEND DEADLINE**

Defendants Greg Abbott, in his official capacity as the Governor of Texas, John Scott, in his official capacity as Secretary of State of Texas, and the State of Texas, respectfully request an extension of their deadline to file a responsive pleading to several recently amended complaints. *See* ECF 226 (MALC), 229 (Escobar), 235 (Voto Latino), 236 (Brooks), 237 (LULAC). Defendants request that the responsive pleading deadline be extended to May 18, 2022. Fed. R. Civ. P. 6(b); 15(a)(3).

An extension is sought to ensure that Defendants have sufficient time to assess and respond to the five amended complaints, and for other good cause. An extension is not sought to delay these proceedings, and will not prejudice plaintiffs. Counsel for Defendants have conferred with counsel for plaintiffs, and each plaintiff group indicated that they do not oppose the relief sought here.

Based on the above, Defendants respectfully request that their motion to extend be granted, and that their deadline to file a responsive pleading to the MALC, Escobar, Voto Latino, Brooks, and LULAC amended complaints be extended to May 18, 2022.

| | |
|---|---|
| Date: April 22, 2022 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Patrick K. Sweeten |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| BRENT WEBSTER | patrick.sweeten@oag.texas.gov |
| First Assistant Attorney General | Tex. State Bar No. 00798537 |
| | |
| OFFICE OF THE ATTORNEY GENERAL | WILLIAM T. THOMPSON |
| P.O. Box 12548 (MC-009) | Deputy Chief, Special Litigation Unit |
| Austin, Texas 78711-2548 | will.thompson@oag.texas.gov |
| Tel.: (512) 463-2100 | Tex. State Bar No. 24088531 |
| Fax: (512) 457-4410 | |

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendants conferred with counsel for Plaintiffs regarding this motion, and each plaintiff group indicated that they do not oppose the relief sought here.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 22, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN