IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline. *See* ECF 245. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion to Extend Deadline is **GRANTED**. ECF 245.

Defendants **SHALL FILE** a responsive pleading to the amended complaints filed by the MALC, Escobar, Voto Latino, Brooks, and LULAC plaintiffs by no later than May 18, 2022.

**So ORDERED and SIGNED on this ___ day of April, 2022.**

_____
**David C. Guaderrama,**
**United States District Judge**
**Western District of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |

1