UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, <br><br>*Plaintiffs*, <br><br>**EDDIE BERNICE JOHNSON**, *et al.*, <br><br>*Plaintiff-Intervenors*, <br>v. <br><br>**GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br>*Defendants.* | EP-21-CV-00259-DCG-JES-JVB <br>**[Lead Case]** <br><br>& <br><br>**All Consolidated Cases** |

## ORDER

The Court has carefully considered Defendants' "Motion to Stay" (ECF No. 241). It is **DENIED**.

**So ORDERED and SIGNED on this 22nd day of April 2022.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** <br> **United States Circuit Judge** <br> **U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown** <br> **United States District Judge** <br> **Southern District of Texas** |