

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Tot

$
Ser

Stre

Cit

RICHARD ALEXANDER MEDINA
ELIAS LAW GROUP LLP
10 G ST NE SUITE 600
WASHINGTON DC  20002
3:21-CV-259DCG Txt Order gr PRO HAC

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7020 1810 0001 9928 0336