UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:21-cv-259<br>[Lead Case] |

**MOTION FOR WITHDRAWAL OF ATTORNEY**

Pursuant to Local Rule AT-3, Defendants Greg Abbott, in his official capacity as Governor of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State of Texas, Dade Phelan, in his official capacity as Speaker of the Texas House of Representatives, Dan Patrick, in his official capacity as Lieutenant Governor and Presiding Officer of the Texas Senate, John Scott, in his official capacity as Texas Secretary of State, and the State of Texas file this Motion for Withdrawal of Attorney to withdraw Jeffrey M. White as their counsel in this matter. Mr. White is leaving the Office of the Attorney General of Texas. Defendants will continue to be represented by their other attorneys of record in this matter.

| | |
|---|---|
| Date: April 29, 2022 | Respectfully submitted. |
| | |
| KEN PAXTON | PATRICK K. SWEETEN |
| Attorney General of Texas | Deputy Attorney General for Special Litigation |
| | Tex. State Bar No. 00798537 |
| BRENT WEBSTER | |
| First Assistant Attorney General | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| OFFICE OF THE ATTORNEY GENERAL | Tex. State Bar No. 24088531 |
| P.O. Box 12548 (MC-009) | |
| Austin, Texas 78711-2548 | */s/ Jeffrey M. White* |
| Tel.: (512) 463-2100 | JEFFREY M. WHITE |
| Fax: (512) 457-4410 | Special Counsel |
| | Tex. State Bar No. 24064380 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 29, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Jeffrey M. White*
JEFFREY M. WHITE

**CERTIFICATE OF CONFERENCE**

I certify that I attempted to confer with plaintiffs about this motion on April 29, 2022. At the time of filing, counsel for the Voto Latino Plaintiffs, Plaintiff Escobar, Plaintiff Fischer, the Brooks Plaintiffs, the United States, Texas NAACP, and MALC confirmed that they do not oppose the relief requested. At the time of filing, I did not receive a response from the LULAC Plaintiffs or Fair Maps Plaintiffs.

*/s/ Jeffrey M. White*
JEFFREY M. WHITE