AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| LULAC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 3:21-cv-259 (lead case) |
| Abbott | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movants, Texas House Members Ryan Guillen, Brooks Landgraf, and John Lujan  .

Date:  05/04/2022

/s/ J. Michael Connolly
*Attorney's signature*

J. Michael Connolly (VA Bar 77623)
*Printed name and bar number*

Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
*Address*

mike@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*