# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

### Please Choose Division

LULAC

vs.                                                          Case No.: 3:21-cv-259

Abbott

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Taylor A.R. Meehan, counsel for Movants, Texas House Members, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Taylor A.R. Meehan may appear on behalf of Movants, Texas House Members, in the above case.

IT IS FURTHER ORDERED that Taylor A.R. Meehan, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May, 20 22 .

UNITED STATES DISTRICT JUDGE