UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

LULAC

vs.                                         Case No.:  3:21-cv-259

Abbott

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Adam K. Mortara, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Movants, Texas House Members, in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Lawfair LLC with offices at:

   Mailing address: 125 S. Wacker Dr. Suite 300

   City, State, Zip Code: Chicago, IL 60606

   Telephone: (773) 750-7154     Facsimile:

2. Since 1/16/2002, Applicant has been and presently is a member of and in good standing with the Bar of the State of Wisconsin. Applicant's bar license number is 1038391.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Illinois | 5/6/2004 |
   | Northern District of Illinois | 4/22/2005 |
   | Eastern District of Wisconsin | 6/30/2005 |

Additional courts for Question 3

| | |
|---|---|
| Western District of Wisconsin | 10/24/2018 |
| USCA 1st Circuit | 10/11/2019 |
| USCA 2nd Circuit | 7/26/2017 |
| USCA 5th Circuit | 12/19/2018 |
| USCA 7th Circuit | 5/10/2019 |
| USCA 11th Circuit | 2/8/2010 |
| USCA Federal Circuit | 1/3/2011 |
| US Supreme Court | 6/15/2009 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 1:15-cv-00154-RP  on the 21 day of April, 2015.

   Number: _____ on the ___ day of _____, ___.

   Number: _____ on the ___ day of _____, ___.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: J. Michael Connolly

Mailing address: Consovoy McCarthy PLLC, 1600 Wilson Blvd. Suite 700

City, State, Zip Code: Arlington, VA 22209

Telephone: 703 243 9423

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Adam K. Mortara to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Adam K. Mortara
[printed name of Applicant]

_[signature of Applicant]_

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 4th day of May 2022.

Adam K. Mortara
[printed name of Applicant]

_[signature of Applicant]_