# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

**Please Choose Division**

LULAC

vs.　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 3:21-cv-259

Abbott

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Frank H. Chang, counsel for Movants, Texas House Members, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Frank H. Chang may appear on behalf of Movants, Texas House Members, in the above case.

IT IS FURTHER ORDERED that Frank H. Chang, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May, 20 22 ____.

_____
UNITED STATES DISTRICT JUDGE