IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**LEGISLATORS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Movants Texas House Representatives Ryan Guillen, Brooks Landgraf, and John Lujan respectfully seek leave to exceed the page limit for discovery and case-management motions in connection with their Motion to Quash or Modify Deposition Subpoenas and Motion for Protective Order. The Motion to Quash and accompanying Exhibits A, B, C, and D are attached to this Motion. Under Local Rule 7.C.2., the page limit for a discovery motion is 10 pages. Movants seek leave to file a motion that does not exceed 17 pages, excluding the cover page, signatures, and certifications.

Movants seek leave to ensure that they have sufficient opportunity to explain the factual and legal basis of their motion. Leave will not prejudice any party. Counsel for Movants has conferred with counsel for the United States, which does not oppose this motion.

For these reasons, Movants respectfully request that the Court grant this motion.

Date: May 4, 2022

Adam K. Mortara*
LAWFAIR LLC
125 South Wacker, Suite 300
Chicago, IL 60606
Tel: (773) 750-7154
mortara@lawfairllc.com

Respectfully submitted,

*/s/ J. Michael Connolly*
J. Michael Connolly
Taylor A.R. Meehan*
Frank H. Chang*
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Tel: (703) 243-9423
mike@consovoymccarthy.com
taylor@consovoymccarthy.com
frank@consovoymccarthy.com
jhetzel@consovoymccarthy.com

*Counsel for Reps. Guillen, Landgraf, and Lujan*

\*Pro hace vice motions pending

*/s/ Patrick K. Sweeten*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL

P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

*Counsel Reps. Guillen, Landgraf, and Lujan*
   *and Defendants*

## CERTIFICATE OF CONFERENCE

I certify that counsel conferred regarding the subject of this motion. Counsel indicated the United States does not oppose this Motion for Leave.

<u>/s/ J. Michael Connolly</u><br>
J. MICHAEL CONNOLLY

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 4, 2022, and that all counsel of record were served by CM/ECF.

<u>/s/ J. Michael Connolly</u><br>
J. MICHAEL CONNOLLY