IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

## ORDER

Upon consideration of Movants Texas House Representatives Ryan Guillen, Brooks Landgraf, and John Lujan's Motion for Leave to Exceed Page Limit, it is hereby

**ORDERED** that the Motion for Leave is **GRANTED**; and it is further

**ORDERED** that Movants may file a Motion for Quash or Modify Deposition Subpoenas and Motion for Protective Order that does not exceed 17 pages, excluding the cover page, signatures, and certifications.

**SO ORDERED** and **SIGNED** this ___ day of May, 2022.

 

**David C. Guaderrama**
**U.S. District Judge**
**U.S. District Court for the Western District of Texas**

*On behalf of*

**Jerry E. Smith**
**U.S. Circuit Judge**
**U.S. Court of Appeals for the Fifth Circuit**

**Jeffrey V. Brown**
**U.S. District Judge**
**U.S. District Court for the Southern District of Texas**