IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| League of United Latin American Citizens, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> Greg Abbott, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| United States of America, <br><br> *Plaintiff,* <br><br> v. <br><br> State of Texas, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**ORDER**

Upon consideration of Movants Texas House Representatives Ryan Guillen, Brooks Landgraf, and John Lujan's Motion to Quash or Modify Deposition Subpoenas and Motion for Protective Order, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deposition subpoenas issued to Movants are **QUASHED**.

**SO ORDERED** and **SIGNED** this ___ day of May, 2022.

        **David C. Guaderrama**
        U.S. District Judge
        U.S. District Court for the Western District of Texas

*On behalf of*

**Jerry E. Smith**
U.S. Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

**Jeffrey V. Brown**
U.S. District Judge
U.S. District Court for the Southern District of Texas