AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| LULAC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00259 (lead case) |
| Abbott | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movants, Texas House Members Ryan Guillen, Brooks Landgraf, and John Lujan.

Date: 05/05/2022

/s/ Jeffrey S. Hetzel
*Attorney's signature*

Jeffrey S. Hetzel (CO 56730)
*Printed name and bar number*
Consovoy McCarthy PLLC
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
*Address*

jhetzel@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*