AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| LULAC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-259 (lead case) |
| Abbott | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movants, Texas House Members Ryan Guillen, Brooks Landgraf, and John Lujan.

Date: 05/04/2022

/s/ Frank H. Chang
*Attorney's signature*

Frank H. Chang (DC Bar 1686578)
*Printed name and bar number*

Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
*Address*

frank@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*

Print    Save As...    Reset