AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| LULAC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:21-cv-259 |
| Abbott ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movants, Texas House Members Ryan Guillen, Brooks Landgraf, and John Lujan .

Date:  05/05/2022

/s/ Taylor A.R. Meehan
*Attorney's signature*

Taylor A.R. Meehan (IL ARDC 6313481)
*Printed name and bar number*

Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
*Address*

taylor@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*