**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.,* | § § § | Civil Action |
| | § | |
| Plaintiffs | § | |
| | § | Case No. 21-cv-259-DCG-JES-JVB |
| v. | § | [Lead Case] |
| | § | |
| GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity, and JOHN SCOTT, *et al.,* | § § § § | |
| | § | |
| Defendants | § | |

<u>**JOINT STIPULATION MODIFYING EXPERT DEADLINES**</u>

TO THE HONORABLE COURT:

Plaintiffs and Defendants have agreed and hereby stipulate to the following modification to the Court's Scheduling Order:

1.      All parties asserting claims for relief will file their designation of testifying experts and serve on all parties the Rule 26(a)(2)(B) materials as set forth in paragraph 4 of the Court's Scheduling Order by May 20, 2022;

2.      All parties resisting claims for relief shall file their designation of testifying experts and serve on all parties the Rule 26(a)(2)(B) materials as set forth in paragraph 4 of the Court's Scheduling Order by June 17, 2022;

3.      All designations of rebuttal experts shall be filed and the Rule 26(a)(2)(B) materials shall be served by July 1, 2022.

4.      As noted in the Court's Scheduling Order paragraph 6, the parties may by agreement

**JOINT STIPULATION REGARDING EXPERT DEADLINES - 1**

continue discovery beyond the deadlines. The parties file this joint stipulation to inform the Court of the parties' agreement. No modification of the trial setting is requested.

DATED: May 10, 2022

Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, LLP

*/s/ Sean J. McCaffity*

_____
Sean J. McCaffity
State Bar No. 24013122
smccaffity@textrial.com
Jody Rodenberg
State Bar No. 24073133
jrodenberg@textrial.com
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX  75219
Telephone: 214/720-0720
Facsimile: 214/720-0184
*ATTORNEYS FOR PLAINTIFF*

**AGREED:**

**_/s/ Patrick Sweeten_____**
**Patrick Sweeten**
**Jack DiSorbo**
**On Behalf of Defendants**

**JOINT STIPULATION REGARDING EXPERT DEADLINES - 2**

### CERTIFICATE OF SERVICE

I hereby certify this 10th day of May, 2022 that a copy of the foregoing document was filed electronically and served via ECF notifications to all counsel of record.  Therefore, this document was served on all counsel via electronic service.

*/s/ Sean J. McCaffity*

_____

Sean J. McCaffity