IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>GREG ABBOTT, et al.,<br><br>               Defendants. | Civil Action No. 3:21-cv-259<br>(DCG-JES-JVB)<br>(consolidated cases) |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN
UNITED STATES' RESPONSE TO MOTION TO QUASH**

      The United States of America respectfully requests leave to exceed the page limitation on discovery and case management motions in its response to Legislators' Motion to Quash, ECF No. 259. Legislators do not oppose this request.

      Western District of Texas Local Rule CV-7(3)(d) limits responses to discovery motions to ten pages. The United States seeks leave to exceed this limitation and file a response to the Motion to Quash that is thirteen pages in length. The excess pages will allow the United States to respond in full to the Motion to Quash. Legislators do not oppose this motion to file excess pages and will not be prejudiced by the relief requested. A proposed order is attached hereto along with the United States' proposed response to Legislators' Motion to Quash.

DATE: May 11, 2022

                        Respectfully submitted,

                        PAMELA S. KARLAN
                        Principal Deputy Assistant Attorney General
                        Civil Rights Division

                        */s/ Daniel J. Freeman*
                        T. CHRISTIAN HERREN, JR.
                        TIMOTHY F. MELLETT
                        DANIEL J. FREEMAN
                        JANIE ALLISON (JAYE) SITTON
                        MICHELLE RUPP
                        JACKI L. ANDERSON
                        JASMIN LOTT
                        HOLLY F.B. BERLIN
                        Attorneys, Voting Section
                        Civil Rights Division
                        U.S. Department of Justice
                        950 Pennsylvania Avenue NW
                        Washington, DC 20530

## CERTIFICATE OF CONFERRAL

      Pursuant to Local Rule CV-7(g), I hereby certify that on May 11, 2022, counsel for the United States conferred by email with counsel for Legislators regarding this request. Legislators do not oppose the requested relief.

                                          */s/ Daniel J. Freeman*
                                          Daniel J. Freeman
                                          Civil Rights Division
                                          U.S. Department of Justice
                                          950 Pennsylvania Ave, NW
                                          Washington, DC 20530
                                          (202) 305-5451
                                          daniel.freeman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

      */s/ Daniel J. Freeman*
Daniel J. Freeman
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 305-5451
daniel.freeman@usdoj.gov