# EXHIBIT 1

**West, Jennifer (CRT)**

| | |
|---|---|
| **From:** | Berlin, Holly (CRT) |
| **Sent:** | Tuesday, May 3, 2022 11:30 AM |
| **To:** | Patrick Sweeten; Eric Hudson; Jeff White; Jack DiSorbo; Will Thompson; taylor@consovoymccarthy.com |
| **Cc:** | Mellett, Timothy F (CRT); Freeman, Daniel (CRT); Sitton, Jaye (CRT); Anderson, Jacki (CRT); Lott, Jasmin (CRT); Rupp, Michelle (CRT); nperales@MALDEF.org; SMcCaffity@textrial.com; jgonzalez@malc.org; mark@markgaber.com; chad@brazilanddunn.com; noor@scsj.org; allison@southerncoalition.org; akhanna@elias.law; dfox@elias.law; robert@notzonlaw.com; erosenberg@lawyerscommittee.org; garybledsoe@sbcglobal.net; nas@naslegal.com; martin.golando@gmail.com; richscot1@hotmail.com; Samantha Serna |
| **Subject:** | LULAC v. Abbott: Deposition Subpoenas for Representatives Landgraf and Lujan |
| **Attachments:** | Brooks Landgraf Deposition Subpoena_2022_05_03.pdf; John Lujan Deposition Subpoena_2022_05_03.pdf |

Counsel,

Attached are subpoenas compelling the deposition testimony of Representatives Landgraf and Lujan. We inquired about the Representatives' availability via email on April 27 and May 2, and we have not received any proposed dates from your office. Consequently, we have selected May 24 to depose Representative Landgraf and May 25 to depose Representative Lujan. We remain open to alternative dates between May 18 and May 27. We are also happy to discuss alternative locations if Austin is inconvenient for the Representatives.

Holly Berlin

Holly F.B. Berlin
Trial Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
(202) 532-3514

1