AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| LULAC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-259 (lead case) |
| Abbott | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movants, Texas House Members Ryan Guillen, Brooks Landgraf, and John Lujan.

Date: 05/13/2022

/s/ Adam K. Mortara
*Attorney's signature*

Adam K. Mortara (WI 1038391)
*Printed name and bar number*

Lawfair LLC
125 S. Wacker Dr. Suite 300
Chicago, IL 60606
*Address*

mortara@lawfairllc.com
*E-mail address*

(773) 750-7154
*Telephone number*

*FAX number*