# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**LEGISLATORS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Movants Texas House Representatives Ryan Guillen, Brooks Landgraf, and John Lujan respectfully seek leave to exceed the page limit for discovery motions in connection with their Reply in support of their pending motion to quash or modify deposition subpoenas or, in the alternative, motion for protective order. *See* ECF 259. The Reply and accompanying Exhibits A and B are attached to this Motion. Under Local Rule 7.C.2., the page limit for a reply is 5 pages. Movants seek leave to file a motion that does not exceed 10 pages, excluding the cover page, signatures, and certifications.

Movants seek leave to ensure that they have sufficient opportunity to explain the factual and legal basis of their motion, including responding to opposition briefs by the United States and the private plaintiffs, which also exceeded page limits. Leave will not prejudice any party. Counsel for Movants has conferred with counsel for the United States, which does not oppose this motion.

For these reasons, Movants respectfully request that the Court grant this motion.

Date: May 13, 2022                              Respectfully submitted,

                                                */s/ Taylor A.R. Meehan*
Adam K. Mortara*                                J. Michael Connolly
LAWFAIR LLC                                     Taylor A.R. Meehan*
125 South Wacker, Suite 300                     Frank H. Chang*
Chicago, IL 60606                               Jeffrey S. Hetzel*
Tel: (773) 750-7154                             CONSOVOY MCCARTHY PLLC
mortara@lawfairllc.com                          1600 Wilson Blvd., Suite 700
                                                Arlington, VA 22209
                                                Tel: (703) 243-9423
                                                mike@consovoymccarthy.com
                                                taylor@consovoymccarthy.com
                                                frank@consovoymccarthy.com
                                                jhetzel@consovoymccarthy.com

                                                *Counsel for Reps. Guillen, Landgraf, and Lujan*

                                                **Admitted pro hac vice*

                                                */s/ Patrick K. Sweeten*
KEN PAXTON                                      PATRICK K. SWEETEN
Attorney General of Texas                       Deputy Attorney General for Special Litigation
                                                Tex. State Bar No. 00798537
BRENT WEBSTER
First Assistant Attorney General                WILLIAM T. THOMPSON
                                                Deputy Chief, Special Litigation Unit
                                                Tex. State Bar No. 24088531

                                                JACK B. DISORBO
                                                Assistant Attorney General, Special Litigation Unit
                                                Tex. State Bar No. 24120804

                                                OFFICE OF THE ATTORNEY GENERAL

                                                P.O. Box 12548 (MC-009)
                                                Austin, Texas 78711-2548
                                                Tel.: (512) 463-2100
                                                Fax: (512) 457-4410
                                                patrick.sweeten@oag.texas.gov
                                                will.thompson@oag.texas.gov
                                                jack.disorbo@oag.texas.gov

                                                *Counsel Reps. Guillen, Landgraf, and Lujan
                                                  and Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that counsel conferred regarding the subject of this motion. Counsel indicated the United States does not oppose this Motion for Leave.

/s/ *Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 13, 2022, and that all counsel of record were served by CM/ECF.

/s/ *Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN