**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § § | |
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| V. | § § | Case No. 3:21-cv-00299 [Consolidated Case] |
| STATE OF TEXAS, *et al.*, | § § | |
| *Defendants.* | § § § | |

## ORDER

Upon consideration of Movants Texas House Representatives Ryan Guillen, Brooks Landgraf, and John Lujan's Motion for Leave to Exceed Page Limit, it is hereby

**ORDERED** that the Motion for Leave is **GRANTED**; and it is further

**ORDERED** that Movants may file a Reply in support of their Motion for Quash or Modify Deposition Subpoenas and Motion for Protective Order that does not exceed 10 pages, excluding the cover page, signatures, and certifications.

**SO ORDERED** and **SIGNED** this \_\_\_ day of May, 2022.


_____
David C. Guaderrama
U.S. District Judge
U.S. District Court for the Western District of Texas

*On behalf of*

Jerry E. Smith
U.S. Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

Jeffrey V. Brown
U.S. District Judge
U.S. District Court for the Southern District of Texas