IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>*Plaintiffs,* <br><br>V. <br><br>GREG ABBOTT, *et al.*, <br><br>*Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |

## ORDER

Upon consideration of Movants Texas House Representatives Ryan Guillen, Brooks Landgraf, and John Lujan's Motion to Quash or Modify Private Plaintiffs' Deposition Subpoenas and Motion for Protective Order, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deposition subpoenas issued to Movants are **QUASHED**.

**SO ORDERED** and **SIGNED** this ___ day of May, 2022.

                                              **David C. Guaderrama**
                                              **U.S. District Judge**
                                              **U.S. District Court for the Western District of Texas**

                                              *On behalf of*

                                              **Jerry E. Smith**
                                              **U.S. Circuit Judge**
                                              **U.S. Court of Appeals for the Fifth Circuit**

                                              **Jeffrey V. Brown**
                                              **U.S. District Judge**
                                              **U.S. District Court for the Southern District of Texas**