IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>*Plaintiffs,* <br><br>v. <br><br>GREG ABBOTT, *et al.*, <br><br>*Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br>*Plaintiff,* <br><br>v. <br><br>STATE OF TEXAS, *et al.*, <br><br>*Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**NOTICE REGARDING LEGISLATORS' PENDING REQUEST FOR AN ADMINISTRATIVE STAY PENDING RULING ON LEGISLATORS' MOTIONS TO QUASH**

The United States and the private plaintiffs in these consolidated suits subpoenaed Texas House Members Ryan Guillen, Brooks Landgraf, and John Lujan for depositions to occur on May 24 and May 25, 2022.[1] The legislators have moved to quash the deposition subpoenas. *See* Mot. to Quash United States' Subpoenas, ECF 259; Reply in support of Mot. to Quash United States' Subpoenas, ECF 277; Mot. to Quash Plaintiffs' Subpoenas, ECF 278. The legislators file this notice to alert the Court to their pending request for interim relief while the motions to quash are pending, which the legislators requested as part of the pending motions.

---

[1] The United States and private plaintiffs initially noticed Rep. Guillen's deposition for May 19, 2022. ECF 259-1 (Guillen subpoena). They have since served a revised deposition subpoena for May 24, 2022.

The legislators' motions request an administrative stay from the Court to postpone the depositions to give adequate time for the parties to complete briefing on the motion regarding the private plaintiffs' subpoenas and to give adequate time for the Court to consider and decide the important issues presented in the motions once briefed. ECF 277 at 2-3; ECF 278 at 4. The United States and private plaintiffs have taken the extraordinary position that depositions of legislators must proceed on May 24 and May 25, 2022, even if there is no ruling from the Court. *See* ECF 277-1 (5/10/22 email from D. Freeman); ECF 277-2 (5/12/22 email from T. Meehan). Counsel for the legislators tried repeatedly to reach an agreement with the United States and private plaintiffs to postpone the depositions until the parties have the benefit of the Court's ruling, thereby avoiding imposing unnecessary burden or costs to the third-party subpoena recipients. *See* ECF 277-1 (5/9/22 email from T. Meehan; 5/11/22 email from T. Meehan); ECF 277-2 (5/12/22 email from T. Meehan); *see* Fed. R. Civ. P. 45(d)(1). The United States and plaintiffs have stated they will not postpone the depositions, absent interim relief from this Court. Accordingly, the legislators seek interim relief from this Court postponing the depositions until they are fully briefed and this Court has an adequate opportunity to fully consider and decide the two related motions to quash. *See, e.g.*, *MetroPCS v. Thomas*, 327 F.R.D. 600, 616 (N.D. Tex. 2018) (discussing stay of deposition subpoena pending decision on deponent's motion to quash).

Date: May 17, 2022                                  Respectfully submitted,

                                                 */s/ Taylor A.R. Meehan*

Adam K. Mortara*                                    J. Michael Connolly
LAWFAIR LLC                                         Taylor A.R. Meehan*
125 South Wacker, Suite 300                         Frank H. Chang*
Chicago, IL 60606                                   Jeffrey S. Hetzel*
Tel: (773) 750-7154                                 CONSOVOY MCCARTHY PLLC
mortara@lawfairllc.com                              1600 Wilson Blvd., Suite 700
                                                 Arlington, VA 22209
                                                 Tel: (703) 243-9423
                                                 mike@consovoymccarthy.com
                                                 taylor@consovoymccarthy.com
                                                 frank@consovoymccarthy.com
                                                 jhetzel@consovoymccarthy.com

                                                 *Counsel for Reps. Guillen, Landgraf, and Lujan*

                                                 **Admitted pro hac vice*

                                               */s/ Patrick K. Sweeten*

KEN PAXTON                                          PATRICK K. SWEETEN
Attorney General of Texas                           Deputy Attorney General for Special Litigation
                                                 Tex. State Bar No. 00798537

BRENT WEBSTER
First Assistant Attorney General                    WILLIAM T. THOMPSON
                                                 Deputy Chief, Special Litigation Unit
                                                 Tex. State Bar No. 24088531

                                                 JACK B. DISORBO
                                                 Assistant Attorney General, Special Litigation Unit
                                                 Tex. State Bar No. 24120804

                                                 OFFICE OF THE ATTORNEY GENERAL

                                                 P.O. Box 12548 (MC-009)
                                                 Austin, Texas 78711-2548
                                                 Tel.: (512) 463-2100
                                                 Fax: (512) 457-4410
                                                 patrick.sweeten@oag.texas.gov
                                                 will.thompson@oag.texas.gov
                                                 jack.disorbo@oag.texas.gov

                                                 *Counsel for Reps. Guillen, Landgraf, and Lujan*
                                                   *and Defendants*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 17, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN
