UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, et al.

vs.                                          Case No.: EP-21-cv-00259-DCG-JES-JVB

Greg Abbott, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Denise Hulett , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  League of United Latin American Citizens, etal.  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Mexican American Legal Defense & Educational Fund  with offices at:

    Mailing address:  1512 14th Street

    City, State, Zip Code:  Sacramento, CA  95814

    Telephone:  (916) 444-3031         Facsimile:  (916) 444-7207

2. Since  1985 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  California . Applicant's bar license number is  121553 .

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | See attachment | |
    | | |
    | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 5:11-cv-360-OLG on the 12 day of February, 2020.

   Number: _____ on the ____ day of _____, ____.

   Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Nina Perales

Mailing address: 110 Broadway, Suite 300

City, State, Zip Code: San Antonio, TX 78205

Telephone: (210) 224-5476

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Denise Hulett to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Denise Hulett
[printed name of Applicant]

*Denise Hulett* (signature)
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ____ day of _____, ____.

Denise Hulett
[printed name of Applicant]

*Denise Hulett* (signature)
[signature of Applicant]

Admissions:

California State Bar – December 10. 1985
United States Supreme Court – March 9, 1998
United States Court of Appeals for the Fifth Circuit – October 26, 2006
United States Court of Appeals for the Ninth Circuit – March 30, 1987
United States court of Appeals for the Fourth Circuit – April 24, 2019
United States District Court for the Northern District of California, December 10, 1985
United States District Court for the Eastern District of California, September 6, 1991
United States District Court for the Central District of California, November 30, 1992
United States District Court for the Southern District of California, January 2, 2018
United States District Court for the District of Arizona, May 24, 1991
United States District Court for the Eastern District of Michigan – May 26, 2016
United States District Court for the Northern District of Illinois - July 1, 2016