UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

League of United Latin American Citizens, et al.

vs.

Greg Abbott, et al.

Case No.: EP-21-cv-00259-DCG-JES-JVB

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Denise Hulett, counsel for League of United Latin American Citizens, etal., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Denise Hulett may appear on behalf of League of United Latin American in the above case.

IT IS FURTHER ORDERED that Denise Hulett, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form