IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § § | |

## ORDER

Upon consideration of Movants Texas House Representatives Ryan Guillen, Brooks Landgraf, and John Lujan's Emergency Motion to Stay Depositions Pending Appeal, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the depositions are stayed pending the Fifth Circuit's review.

**SO ORDERED** and **SIGNED** this ___ day of May, 2022.

**David C. Guaderrama**
**U.S. District Judge**
**U.S. District Court for the Western District of Texas**

*On behalf of*

**Jerry E. Smith**
**U.S. Circuit Judge**
**U.S. Court of Appeals for the Fifth Circuit**

**Jeffrey V. Brown**
**U.S. District Judge**
**U.S. District Court for the Southern District of Texas**