IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**NOTICE OF APPEAL
BY THIRD-PARTY MOVANTS TEXAS HOUSE MEMBERS**

Third-party movants, Texas Representatives Ryan Guillen, Brooks Landgraf, and John Lujan, now appeal to the U.S. Court of Appeals for the Fifth Circuit. The legislators appeal this Court's Order entered on May 18, 2022. *See* Order Denying Mot. to Quash, ECF 282. That Order denies the legislators' Motions to Quash or Modify Deposition Subpoenas issued to the legislators. *See* Order, ECF 282; *see also* Mot. to Quash United States' Subpoenas, ECF 259; Mot. to Quash Private Plaintiffs' Subpoenas, ECF 278.

| | |
|---|---|
| Date: May 18, 2022 | Respectfully submitted, |
| | |
| | /s/ *Taylor A.R. Meehan* |
| Adam K. Mortara* | J. Michael Connolly |
| LAWFAIR LLC | Taylor A.R. Meehan* |
| 125 South Wacker, Suite 300 | Frank H. Chang* |
| Chicago, IL 60606 | Jeffrey S. Hetzel* |
| Tel: (773) 750-7154 | CONSOVOY MCCARTHY PLLC |
| mortara@lawfairllc.com | 1600 Wilson Blvd., Suite 700 |
| | Arlington, VA 22209 |
| | Tel: (703) 243-9423 |
| | mike@consovoymccarthy.com |
| | taylor@consovoymccarthy.com |
| | frank@consovoymccarthy.com |
| | jhetzel@consovoymccarthy.com |
| | |
| | *Counsel for Reps. Guillen, Landgraf, and Lujan* |
| | |
| | **Admitted pro hac vice* |
| | |
| | /s/ *Patrick K. Sweeten* |
| KEN PAXTON | PATRICK K. SWEETEN |
| Attorney General of Texas | Deputy Attorney General for Special Litigation |
| | Tex. State Bar No. 00798537 |
| BRENT WEBSTER | |
| First Assistant Attorney General | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | |
| | JACK B. DISORBO |
| | Assistant Attorney General, Special Litigation Unit |
| | Tex. State Bar No. 24120804 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |
| | jack.disorbo@oag.texas.gov |
| | |
| | *Counsel for Reps. Guillen, Landgraf, and Lujan*<br>   *and Defendants* |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 18, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN