UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, **v.** | § § § | & |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants*. | § § | |

## ORDER

If any party wishes to file an opposition to the Motion to Stay (ECF No. 283) in this Court, that opposition must be filed by 8:00 a.m. Mountain Time on Thursday, May 19, 2022.

**So ORDERED and SIGNED this 18th day of May 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** United States Circuit Judge U.S. Court of Appeals, Fifth Circuit | *-and-* | **Jeffrey V. Brown** United States District Judge Southern District of Texas |