Red-116  
Data: 2016-2020 ACS; 2020 Census  
PLANH2100 08/02/2021 4:29:39 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 289-5   Filed 05/18/22   Page 1 of 5

Texas Legislative Council  
04/18/22 4:46 PM  
Page 1 of 5

# American Community Survey Special Tabulation
## Using Census and American Community Survey Data
### HOUSE DISTRICTS - PLANH2100

| | 2020 Census | | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2016-2020 American Community Survey with Margins of Error | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Hispanic CVAP | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 1 | 164,927 | 127,239 | 123,575 (±3,280) | 4.9 (±0.6) | 19.3 (±1.2) | 0.4 (±0.2) | 0.1 (±0.1) | 72.8 (±1.2) | 0.8 (±0.2) | 0.6 (±0.2) | 0.0 (±0.1) | 0.8 (±0.3) | 0.1 (±0.2) | 0.1 (±0.2) |
| 2 | 196,284 | 149,984 | 137,485 (±3,475) | 9.5 (±0.8) | 6.4 (±0.6) | 0.3 (±0.2) | 0.0 (±0.1) | 81.8 (±1.1) | 0.7 (±0.2) | 0.5 (±0.2) | 0.0 (±0.1) | 0.7 (±0.2) | 0.2 (±0.1) | 0.1 (±0.1) |
| 3 | 226,855 | 167,866 | 143,615 (±5,160) | 17.7 (±1.7) | 9.7 (±1.1) | 0.2 (±0.2) | 0.0 (±0.1) | 69.8 (±1.4) | 0.2 (±0.2) | 1.4 (±0.4) | 0.1 (±0.1) | 0.5 (±0.2) | 0.3 (±0.2) | 0.2 (±0.2) |
| 4 | 213,992 | 157,762 | 138,775 (±3,761) | 11.9 (±1.0) | 10.4 (±1.0) | 0.4 (±0.2) | 0.0 (±0.1) | 74.9 (±1.1) | 0.4 (±0.2) | 0.7 (±0.2) | 0.1 (±0.1) | 0.8 (±0.2) | 0.1 (±0.1) | 0.2 (±0.2) |
| 5 | 169,073 | 129,813 | 121,735 (±3,676) | 10.0 (±1.1) | 10.6 (±0.9) | 0.3 (±0.2) | 0.0 (±0.1) | 77.1 (±1.4) | 0.5 (±0.2) | 0.5 (±0.2) | 0.1 (±0.1) | 0.6 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 6 | 177,097 | 135,142 | 121,665 (±3,997) | 12.4 (±1.3) | 20.3 (±1.5) | 0.3 (±0.2) | 0.1 (±0.2) | 64.5 (±1.5) | 0.3 (±0.2) | 1.5 (±0.4) | 0.1 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.1 (±0.2) |
| 7 | 165,131 | 124,857 | 115,720 (±3,378) | 8.4 (±0.9) | 17.8 (±1.2) | 0.5 (±0.3) | 0.2 (±0.2) | 71.0 (±1.4) | 0.2 (±0.2) | 0.7 (±0.2) | 0.1 (±0.2) | 0.8 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) |
| 8 | 165,855 | 129,407 | 118,160 (±3,092) | 13.8 (±1.1) | 15.6 (±1.1) | 0.6 (±0.3) | 0.1 (±0.1) | 68.3 (±1.0) | 0.3 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.7 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 9 | 163,425 | 125,418 | 121,510 (±3,312) | 5.2 (±0.8) | 19.0 (±1.2) | 0.1 (±0.2) | 0.0 (±0.1) | 74.2 (±1.2) | 0.2 (±0.2) | 0.4 (±0.2) | 0.1 (±0.1) | 0.8 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) |
| 10 | 205,923 | 151,798 | 134,970 (±3,585) | 18.7 (±1.2) | 10.7 (±0.9) | 0.5 (±0.2) | 0.1 (±0.1) | 67.9 (±1.2) | 0.3 (±0.1) | 0.6 (±0.2) | 0.0 (±0.1) | 0.6 (±0.2) | 0.2 (±0.2) | 0.3 (±0.2) |
| 11 | 167,279 | 128,608 | 120,845 (±3,100) | 9.9 (±0.8) | 18.0 (±1.1) | 0.4 (±0.2) | 0.1 (±0.1) | 69.8 (±1.3) | 0.5 (±0.2) | 0.5 (±0.2) | 0.1 (±0.1) | 0.6 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 12 | 168,040 | 127,318 | 114,570 (±3,126) | 16.6 (±1.1) | 19.5 (±1.2) | 0.3 (±0.3) | 0.0 (±0.1) | 61.5 (±1.2) | 0.3 (±0.2) | 0.8 (±0.3) | 0.1 (±0.2) | 0.6 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 13 | 178,211 | 139,544 | 130,870 (±3,636) | 14.6 (±1.0) | 11.9 (±1.0) | 0.2 (±0.2) | 0.1 (±0.1) | 71.9 (±0.7) | 0.1 (±0.1) | 0.5 (±0.3) | 0.0 (±0.1) | 0.6 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) |
| 14 | 196,210 | 157,556 | 139,230 (±3,933) | 20.3 (±1.2) | 11.2 (±0.9) | 0.5 (±0.2) | 0.0 (±0.1) | 62.5 (±1.4) | 0.1 (±0.1) | 3.8 (±0.5) | 0.1 (±0.1) | 0.5 (±0.2) | 0.5 (±0.2) | 0.4 (±0.2) |
| 15 | 228,783 | 168,100 | 143,165 (±5,320) | 12.9 (±1.2) | 6.5 (±1.0) | 0.5 (±0.4) | 0.0 (±0.1) | 74.7 (±1.9) | 0.1 (±0.1) | 3.9 (±0.7) | 0.0 (±0.1) | 0.8 (±0.3) | 0.4 (±0.2) | 0.1 (±0.1) |
| 16 | 221,599 | 165,557 | 140,385 (±4,818) | 16.3 (±1.4) | 5.9 (±0.9) | 0.6 (±0.4) | 0.0 (±0.1) | 74.9 (±1.5) | 0.4 (±0.2) | 1.0 (±0.3) | 0.0 (±0.1) | 0.6 (±0.2) | 0.2 (±0.2) | 0.0 (±0.1) |
| 17 | 194,940 | 146,778 | 124,270 (±3,661) | 32.3 (±1.6) | 7.8 (±0.9) | 0.4 (±0.2) | 0.1 (±0.1) | 57.6 (±1.3) | 0.2 (±0.2) | 0.8 (±0.3) | 0.0 (±0.1) | 0.6 (±0.3) | 0.1 (±0.1) | 0.2 (±0.2) |
| 18 | 195,430 | 153,594 | 136,760 (±4,386) | 13.3 (±0.9) | 15.9 (±1.2) | 0.3 (±0.2) | 0.1 (±0.1) | 68.6 (±1.3) | 0.4 (±0.2) | 0.6 (±0.2) | 0.1 (±0.1) | 0.6 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) |
| 19 | 171,349 | 134,482 | 135,030 (±3,877) | 6.1 (±0.6) | 10.7 (±0.9) | 0.2 (±0.2) | 0.1 (±0.1) | 81.1 (±1.2) | 0.5 (±0.2) | 0.4 (±0.2) | 0.0 (±0.1) | 0.7 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 20 | 218,549 | 170,580 | 145,615 (±3,775) | 14.8 (±1.0) | 3.1 (±0.5) | 0.2 (±0.2) | 0.0 (±0.1) | 79.3 (±1.0) | 0.3 (±0.1) | 0.9 (±0.3) | 0.0 (±0.1) | 0.6 (±0.2) | 0.3 (±0.2) | 0.4 (±0.4) |
| 21 | 184,761 | 140,387 | 125,380 (±3,505) | 8.9 (±0.8) | 10.5 (±1.0) | 0.2 (±0.2) | 0.0 (±0.1) | 77.3 (±1.2) | 0.1 (±0.2) | 1.9 (±0.4) | 0.0 (±0.1) | 0.8 (±0.3) | 0.0 (±0.1) | 0.0 (±0.1) |
| 22 | 156,573 | 119,769 | 109,920 (±3,433) | 12.3 (±0.9) | 50.1 (±1.7) | 0.5 (±0.3) | 0.0 (±0.1) | 33.6 (±1.3) | 0.4 (±0.2) | 2.7 (±0.5) | 0.0 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) |
| 23 | 198,143 | 151,640 | 136,115 (±3,791) | 21.3 (±1.3) | 17.4 (±1.1) | 0.5 (±0.3) | 0.1 (±0.2) | 58.3 (±1.4) | 0.2 (±0.2) | 1.3 (±0.3) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.3 (±0.2) |
| 24 | 199,110 | 149,206 | 132,030 (±4,406) | 16.4 (±1.5) | 7.0 (±1.0) | 0.4 (±0.2) | 0.1 (±0.1) | 70.6 (±1.5) | 0.4 (±0.2) | 4.0 (±0.7) | 0.0 (±0.1) | 0.6 (±0.3) | 0.4 (±0.2) | 0.2 (±0.2) |
| 25 | 183,103 | 139,252 | 129,675 (±4,038) | 28.5 (±1.7) | 11.4 (±0.9) | 0.2 (±0.2) | 0.0 (±0.1) | 57.7 (±1.4) | 0.3 (±0.2) | 1.1 (±0.3) | 0.2 (±0.2) | 0.4 (±0.2) | 0.1 (±0.1) | 0.1 (±0.2) |
| 26 | 186,766 | 141,417 | 120,740 (±4,562) | 17.2 (±1.7) | 11.4 (±1.4) | 0.5 (±0.4) | 0.0 (±0.1) | 43.3 (±1.5) | 0.3 (±0.2) | 26.4 (±2.0) | 0.0 (±0.1) | 0.2 (±0.2) | 0.6 (±0.3) | 0.0 (±0.1) |
| 27 | 194,552 | 144,973 | 122,770 (±4,352) | 14.8 (±1.2) | 45.1 (±1.9) | 0.7 (±0.3) | 0.2 (±0.2) | 24.9 (±1.9) | 0.2 (±0.2) | 13.1 (±1.2) | 0.0 (±0.1) | 0.2 (±0.2) | 0.3 (±0.2) | 0.5 (±0.4) |
| 28 | 297,064 | 205,302 | 153,345 (±6,246) | 19.8 (±1.9) | 15.9 (±1.9) | 0.7 (±0.4) | 0.0 (±0.1) | 46.2 (±1.7) | 0.1 (±0.1) | 16.3 (±1.5) | 0.0 (±0.1) | 0.3 (±0.2) | 0.5 (±0.2) | 0.1 (±0.1) |
| 29 | 225,183 | 163,795 | 145,140 (±4,865) | 23.8 (±1.7) | 18.2 (±1.8) | 0.4 (±0.3) | 0.0 (±0.1) | 48.1 (±1.4) | 0.5 (±0.2) | 8.1 (±1.1) | 0.0 (±0.1) | 0.2 (±0.1) | 0.6 (±0.3) | 0.1 (±0.1) |
| 30 | 168,832 | 130,283 | 125,240 (±3,390) | 37.1 (±1.6) | 5.2 (±0.6) | 0.2 (±0.2) | 0.0 (±0.1) | 55.4 (±1.2) | 0.1 (±0.1) | 1.3 (±0.4) | 0.0 (±0.1) | 0.6 (±0.2) | 0.1 (±0.2) | 0.0 (±0.1) |
| 31 | 175,759 | 129,252 | 111,590 (±3,512) | 77.3 (±1.6) | 1.0 (±0.3) | 0.0 (±0.1) | 0.0 (±0.1) | 21.1 (±1.2) | 0.0 (±0.1) | 0.2 (±0.2) | 0.0 (±0.1) | 0.3 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) |
| 32 | 182,505 | 141,646 | 138,550 (±4,012) | 51.5 (±1.9) | 3.9 (±0.5) | 0.0 (±0.1) | 0.0 (±0.1) | 41.0 (±1.1) | 0.3 (±0.2) | 2.3 (±0.4) | 0.2 (±0.2) | 0.5 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 33 | 270,547 | 193,627 | 161,205 (±4,400) | 12.9 (±1.1) | 8.2 (±0.9) | 0.4 (±0.2) | 0.0 (±0.1) | 69.3 (±1.1) | 0.4 (±0.2) | 7.6 (±0.8) | 0.0 (±0.1) | 0.5 (±0.2) | 0.5 (±0.2) | 0.2 (±0.1) |
| 34 | 170,673 | 128,410 | 116,485 (±3,838) | 70.1 (±1.9) | 3.9 (±0.7) | 0.2 (±0.2) | 0.0 (±0.1) | 24.8 (±1.2) | 0.2 (±0.2) | 0.6 (±0.3) | 0.0 (±0.1) | 0.1 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.



DEFENDANT'S EXHIBIT E

Red-116
Data: 2016-2020 ACS; 2020 Census
PLANH2100 08/02/2021 4:29:39 PM

Case 3:21-cv-00259-DCG-JES-JVB Document 289-5 Filed 05/18/22 Page 2 of 5

American Community Survey Special Tabulation
Using Census and American Community Survey Data

Texas Legislative Council
04/18/22 4:46 PM
Page 2 of 5

# HOUSE DISTRICTS - PLANH2100

| | 2020 Census | | | Hispanic CVAP | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2016-2020 American Community Survey with Margins of Error | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 35 | 187,781 | 129,326 | 91,020 (±3,726) | 85.5 (±1.8) | 0.5 (±0.3) | 0.0 (±0.2) | 0.0(±0.2) | 12.8 (±1.1) | 0.3 (±0.2) | 0.8 (±0.3) | 0.1 (±0.2) | 0.1 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) |
| 36 | 178,913 | 127,007 | 86,870 (±3,882) | 90.0 (±1.5) | 0.3 (±0.3) | 0.0 (±0.2) | 0.0(±0.2) | 9.1 (±1.1) | 0.0 (±0.2) | 0.5 (±0.3) | 0.0 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) |
| 37 | 161,877 | 116,385 | 86,610 (±3,144) | 85.7 (±1.7) | 0.3 (±0.2) | 0.0 (±0.2) | 0.0(±0.2) | 13.3 (±0.9) | 0.1 (±0.2) | 0.3 (±0.3) | 0.0 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) | 0.0 (±0.2) |
| 38 | 186,538 | 132,151 | 103,275 (±4,200) | 87.9 (±1.7) | 0.6 (±0.2) | 0.0 (±0.2) | 0.0(±0.2) | 10.5 (±1.0) | 0.1 (±0.2) | 0.7 (±0.3) | 0.0 (±0.2) | 0.0 (±0.2) | 0.1 (±0.2) | 0.0 (±0.2) |
| 39 | 175,874 | 123,204 | 92,560 (±3,932) | 88.4 (±1.6) | 0.1 (±0.2) | 0.0 (±0.2) | 0.0(±0.2) | 11.2 (±1.2) | 0.1 (±0.2) | 0.1 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) |
| 40 | 210,173 | 142,620 | 102,240 (±4,436) | 91.0 (±1.6) | 1.1 (±0.3) | 0.0 (±0.2) | 0.0(±0.1) | 7.0 (±0.9) | 0.2 (±0.2) | 0.4 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) |
| 41 | 190,642 | 138,740 | 104,770 (±3,809) | 82.3 (±1.7) | 0.7 (±0.3) | 0.0 (±0.2) | 0.0(±0.2) | 13.7 (±1.0) | 0.0 (±0.2) | 2.9 (±0.7) | 0.1 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) | 0.0 (±0.2) |
| 42 | 166,051 | 119,084 | 89,260 (±3,212) | 93.8 (±1.0) | 0.4 (±0.2) | 0.0 (±0.2) | 0.0(±0.2) | 5.2 (±0.7) | 0.1 (±0.2) | 0.5 (±0.3) | 0.0 (±0.2) | 0.1 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) |
| 43 | 169,733 | 128,820 | 122,970 (±3,644) | 62.8 (±1.8) | 3.0 (±0.4) | 0.2 (±0.2) | 0.2(±0.1) | 32.3 (±1.2) | 0.2 (±0.2) | 0.7 (±0.3) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 44 | 222,459 | 165,993 | 154,125 (±3,898) | 34.5 (±1.5) | 6.8 (±0.8) | 0.2 (±0.1) | 0.1(±0.1) | 55.7 (±1.1) | 0.2 (±0.1) | 1.2 (±0.3) | 0.1 (±0.1) | 0.6 (±0.2) | 0.4 (±0.2) | 0.1 (±0.1) |
| 45 | 252,441 | 194,944 | 169,755 (±5,114) | 32.8 (±1.7) | 3.7 (±0.5) | 0.3 (±0.2) | 0.1(±0.1) | 60.5 (±1.3) | 0.2 (±0.1) | 0.9 (±0.2) | 0.0 (±0.1) | 0.7 (±0.2) | 0.5 (±0.2) | 0.2 (±0.2) |
| 46 | 209,174 | 159,659 | 124,350 (±4,123) | 30.1 (±1.6) | 20.9 (±1.7) | 0.5 (±0.2) | 0.2(±0.3) | 42.6 (±1.4) | 0.2 (±0.2) | 4.1 (±0.7) | 0.0 (±0.1) | 0.4 (±0.2) | 0.6 (±0.2) | 0.3 (±0.2) |
| 47 | 250,555 | 188,519 | 153,695 (±4,018) | 13.8 (±1.0) | 2.6 (±0.6) | 0.1 (±0.1) | 0.0(±0.1) | 75.7 (±1.0) | 0.1 (±0.1) | 6.2 (±0.7) | 0.0 (±0.1) | 0.5 (±0.2) | 0.8 (±0.2) | 0.3 (±0.2) |
| 48 | 194,702 | 156,340 | 149,925 (±4,552) | 22.9 (±1.6) | 3.3 (±0.6) | 0.5 (±0.3) | 0.0(±0.1) | 67.6 (±1.1) | 0.3 (±0.2) | 3.3 (±0.5) | 0.0 (±0.1) | 0.6 (±0.2) | 1.2 (±0.5) | 0.2 (±0.2) |
| 49 | 197,562 | 171,734 | 154,470 (±4,454) | 20.1 (±1.4) | 4.8 (±0.7) | 0.5 (±0.2) | 0.0(±0.1) | 67.2 (±0.9) | 0.1 (±0.1) | 5.1 (±0.6) | 0.1 (±0.1) | 0.4 (±0.2) | 1.2 (±0.3) | 0.3 (±0.2) |
| 50 | 228,359 | 174,637 | 145,150 (±5,347) | 24.7 (±2.3) | 12.1 (±1.3) | 0.6 (±0.3) | 0.1(±0.1) | 51.7 (±1.2) | 0.3 (±0.2) | 8.6 (±0.9) | 0.0 (±0.1) | 0.6 (±0.2) | 0.9 (±0.3) | 0.4 (±0.3) |
| 51 | 209,836 | 165,601 | 129,265 (±4,385) | 45.0 (±1.2) | 10.1 (±0.9) | 0.3 (±0.2) | 0.2(±0.2) | 40.2 (±1.3) | 0.2 (±0.2) | 2.3 (±0.4) | 0.0 (±0.1) | 0.5 (±0.2) | 0.6 (±0.2) | 0.4 (±0.2) |
| 52 | 235,259 | 170,978 | 153,615 (±5,321) | 24.7 (±1.7) | 10.1 (±1.2) | 0.8 (±0.3) | 0.0(±0.1) | 58.1 (±1.5) | 0.1 (±0.1) | 4.1 (±0.6) | 0.1 (±0.1) | 0.6 (±0.2) | 0.7 (±0.2) | 0.7 (±0.3) |
| 53 | 168,742 | 136,302 | 132,890 (±3,522) | 27.8 (±1.4) | 1.5 (±0.3) | 0.1 (±0.1) | 0.0(±0.1) | 68.7 (±1.1) | 0.3 (±0.2) | 0.3 (±0.2) | 0.0 (±0.1) | 1.2 (±0.3) | 0.1 (±0.1) | 0.1 (±0.1) |
| 54 | 206,833 | 148,633 | 134,775 (±4,305) | 20.3 (±1.5) | 26.6 (±1.7) | 1.3 (±0.4) | 0.2(±0.2) | 44.9 (±1.5) | 0.4 (±0.2) | 3.1 (±0.5) | 0.9 (±0.3) | 0.5 (±0.2) | 1.0 (±0.3) | 0.8 (±0.3) |
| 55 | 185,441 | 140,386 | 125,715 (±3,619) | 20.1 (±1.2) | 15.1 (±1.1) | 1.0 (±0.3) | 0.1(±0.1) | 60.0 (±1.2) | 0.3 (±0.2) | 1.6 (±0.3) | 0.3 (±0.2) | 0.7 (±0.3) | 0.2 (±0.2) | 0.7 (±0.3) |
| 56 | 186,049 | 141,714 | 126,970 (±3,545) | 17.7 (±1.2) | 10.5 (±1.0) | 0.3 (±0.2) | 0.0(±0.1) | 69.3 (±1.4) | 0.2 (±0.1) | 1.3 (±0.3) | 0.0 (±0.1) | 0.4 (±0.2) | 0.3 (±0.1) | 0.1 (±0.1) |
| 57 | 159,155 | 123,319 | 118,765 (±3,144) | 10.7 (±0.9) | 16.3 (±1.1) | 0.2 (±0.2) | 0.0(±0.1) | 71.0 (±1.1) | 0.2 (±0.2) | 0.7 (±0.3) | 0.0 (±0.1) | 0.7 (±0.2) | 0.2 (±0.2) | 0.0 (±0.1) |
| 58 | 198,162 | 148,421 | 137,035 (±3,698) | 16.8 (±1.2) | 3.4 (±0.6) | 0.2 (±0.1) | 0.0(±0.1) | 77.2 (±1.0) | 0.2 (±0.1) | 0.6 (±0.2) | 0.3 (±0.2) | 0.9 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 59 | 174,475 | 134,628 | 124,530 (±3,071) | 15.8 (±0.9) | 6.8 (±0.6) | 0.8 (±0.3) | 0.2(±0.1) | 72.0 (±1.2) | 0.4 (±0.2) | 0.9 (±0.2) | 0.3 (±0.2) | 2.1 (±0.4) | 0.4 (±0.2) | 0.3 (±0.2) |
| 60 | 179,425 | 141,461 | 136,740 (±3,165) | 12.4 (±0.9) | 2.0 (±0.3) | 0.2 (±0.2) | 0.0(±0.1) | 83.4 (±0.8) | 0.4 (±0.2) | 0.4 (±0.2) | 0.0 (±0.1) | 0.7 (±0.2) | 0.1 (±0.1) | 0.2 (±0.1) |
| 61 | 216,854 | 163,270 | 148,065 (±3,915) | 9.3 (±0.8) | 1.2 (±0.3) | 0.3 (±0.2) | 0.0(±0.1) | 86.8 (±0.9) | 0.5 (±0.2) | 0.4 (±0.2) | 0.1 (±0.1) | 1.0 (±0.2) | 0.2 (±0.1) | 0.1 (±0.1) |
| 62 | 176,435 | 136,131 | 127,660 (±3,477) | 7.6 (±0.9) | 5.6 (±0.6) | 0.6 (±0.2) | 0.1(±0.1) | 82.7 (±1.0) | 0.8 (±0.2) | 0.7 (±0.2) | 0.0 (±0.1) | 1.4 (±0.3) | 0.2 (±0.2) | 0.4 (±0.2) |
| 63 | 222,155 | 161,586 | 136,690 (±3,477) | 12.2 (±1.1) | 5.4 (±0.7) | 0.3 (±0.2) | 0.0(±0.1) | 75.1 (±1.2) | 0.4 (±0.2) | 5.0 (±0.5) | 0.0 (±0.1) | 0.7 (±0.2) | 0.6 (±0.2) | 0.2 (±0.2) |
| 64 | 200,065 | 157,919 | 141,880 (±4,329) | 15.4 (±1.2) | 9.0 (±1.2) | 0.4 (±0.2) | 0.0(±0.1) | 70.2 (±1.2) | 0.5 (±0.2) | 2.1 (±0.4) | 0.1 (±0.1) | 0.9 (±0.2) | 1.1 (±0.4) | 0.2 (±0.1) |
| 65 | 197,156 | 153,752 | 133,800 (±3,884) | 16.8 (±1.2) | 15.7 (±1.2) | 0.4 (±0.2) | 0.3(±0.2) | 53.9 (±1.6) | 0.3 (±0.2) | 11.5 (±1.0) | 0.1 (±0.1) | 0.3 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) |
| 66 | 190,523 | 149,780 | 120,715 (±3,586) | 8.7 (±0.9) | 10.5 (±1.0) | 0.9 (±0.6) | 0.2(±0.2) | 63.7 (±1.4) | 0.3 (±0.2) | 13.9 (±1.1) | 0.2 (±0.2) | 0.6 (±0.2) | 0.7 (±0.3) | 0.2 (±0.2) |
| 67 | 210,875 | 164,422 | 133,265 (±4,141) | 10.6 (±0.9) | 9.3 (±1.1) | 0.5 (±0.2) | 0.1(±0.1) | 63.8 (±1.3) | 0.3 (±0.1) | 13.8 (±1.4) | 0.1 (±0.1) | 0.5 (±0.2) | 0.8 (±0.3) | 0.3 (±0.3) |
| 68 | 154,894 | 119,270 | 113,955 (±2,468) | 16.9 (±0.9) | 4.2 (±0.5) | 0.3 (±0.2) | 0.1(±0.2) | 76.4 (±0.9) | 0.5 (±0.2) | 0.4 (±0.2) | 0.0 (±0.2) | 1.0 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

65913

Red-116
Data: 2016-2020 ACS; 2020 Census
PLANH2100  08/02/2021 4:29:39 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 289-5   Filed 05/18/22   Page 3 of 5

American Community Survey Special Tabulation
Using Census and American Community Survey Data

Texas Legislative Council
04/18/22 4:46 PM
Page 3 of 5

## HOUSE DISTRICTS - PLANH2100

| | 2020 Census | | | Hispanic CVAP | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2016-2020 American Community Survey with Margins of Error | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 69 | 156,041 | 121,509 | 118,965 (±3,017) | 14.0 (±1.0) | 8.6 (±0.7) | 0.6 (±0.2) | 0.1 (±0.1) | 73.4 (±1.0) | 0.6 (±0.2) | 1.4 (±0.3) | 0.0 (±0.1) | 0.7 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) |
| 70 | 284,925 | 202,216 | 168,410 (±4,968) | 12.5 (±1.2) | 10.1 (±0.9) | 0.6 (±0.3) | 0.1 (±0.1) | 69.9 (±1.3) | 0.4 (±0.1) | 5.1 (±0.7) | 0.0 (±0.1) | 0.6 (±0.2) | 0.6 (±0.2) | 0.2 (±0.1) |
| 71 | 177,609 | 135,780 | 125,105 (±3,140) | 21.9 (±1.2) | 7.9 (±0.7) | 0.3 (±0.2) | 0.1 (±0.1) | 67.2 (±1.1) | 0.4 (±0.2) | 1.1 (±0.3) | 0.0 (±0.1) | 0.7 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 72 | 178,737 | 137,183 | 128,820 (±3,630) | 34.1 (±1.8) | 4.1 (±0.6) | 0.2 (±0.2) | 0.0 (±0.1) | 59.3 (±0.9) | 0.4 (±0.2) | 0.8 (±0.3) | 0.0 (±0.1) | 0.6 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) |
| 73 | 232,505 | 182,635 | 164,810 (±4,270) | 21.4 (±1.3) | 1.7 (±0.4) | 0.3 (±0.2) | 0.0 (±0.1) | 74.5 (±0.9) | 0.1 (±0.1) | 0.7 (±0.2) | 0.1 (±0.1) | 0.9 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 74 | 162,430 | 120,946 | 100,275 (±3,743) | 74.8 (±1.8) | 1.3 (±0.3) | 0.2 (±0.2) | 0.1 (±0.2) | 22.1 (±1.5) | 0.8 (±0.3) | 0.4 (±0.3) | 0.0 (±0.2) | 0.2 (±0.2) | 0.0 (±0.2) | 0.1 (±0.2) |
| 75 | 226,395 | 156,732 | 107,345 (±4,626) | 88.8 (±1.5) | 2.1 (±0.6) | 0.1 (±0.2) | 0.0 (±0.1) | 7.6 (±1.0) | 0.4 (±0.2) | 0.4 (±0.3) | 0.1 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) |
| 76 | 146,284 | 112,980 | 92,155 (±3,268) | 86.9 (±1.5) | 2.1 (±0.5) | 0.1 (±0.2) | 0.0 (±0.2) | 9.6 (±0.9) | 0.5 (±0.3) | 0.3 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) |
| 77 | 148,049 | 116,176 | 96,100 (±3,868) | 74.3 (±2.1) | 3.4 (±0.6) | 0.3 (±0.2) | 0.0 (±0.2) | 19.5 (±1.3) | 0.3 (±0.2) | 1.2 (±0.4) | 0.1 (±0.2) | 0.1 (±0.2) | 0.3 (±0.2) | 0.4 (±0.4) |
| 78 | 181,367 | 134,957 | 111,295 (±3,559) | 66.3 (±1.9) | 5.4 (±0.7) | 0.5 (±0.2) | 0.0 (±0.1) | 24.3 (±1.1) | 0.3 (±0.2) | 2.2 (±0.4) | 0.1 (±0.2) | 0.1 (±0.2) | 0.5 (±0.2) | 0.3 (±0.2) |
| 79 | 163,562 | 124,117 | 108,275 (±3,731) | 79.2 (±1.7) | 4.3 (±0.7) | 0.4 (±0.3) | 0.1 (±0.1) | 14.2 (±1.0) | 0.4 (±0.2) | 0.8 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) | 0.1 (±0.2) |
| 80 | 176,186 | 122,494 | 102,420 (±3,779) | 85.7 (±1.5) | 0.8 (±0.3) | 0.2 (±0.2) | 0.0 (±0.2) | 12.6 (±1.0) | 0.1 (±0.2) | 0.5 (±0.3) | 0.0 (±0.2) | 0.2 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) |
| 81 | 203,216 | 146,496 | 123,630 (±4,107) | 52.3 (±2.0) | 4.8 (±0.7) | 0.2 (±0.2) | 0.0 (±0.1) | 41.0 (±1.3) | 0.3 (±0.2) | 0.8 (±0.3) | 0.0 (±0.1) | 0.6 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) |
| 82 | 195,659 | 142,069 | 126,410 (±4,087) | 39.3 (±2.0) | 6.1 (±0.8) | 0.1 (±0.2) | 0.0 (±0.1) | 52.3 (±1.4) | 0.4 (±0.2) | 0.8 (±0.3) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.2) | 0.2 (±0.2) |
| 83 | 200,425 | 146,905 | 133,375 (±3,542) | 30.5 (±1.5) | 3.6 (±0.5) | 0.3 (±0.2) | 0.1 (±0.1) | 63.8 (±1.1) | 0.3 (±0.2) | 0.7 (±0.2) | 0.0 (±0.1) | 0.5 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 84 | 175,792 | 137,697 | 132,300 (±4,066) | 34.4 (±1.6) | 8.7 (±0.8) | 0.5 (±0.2) | 0.1 (±0.1) | 53.5 (±1.5) | 0.3 (±0.2) | 1.5 (±0.3) | 0.1 (±0.1) | 0.5 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 85 | 200,955 | 147,955 | 127,595 (±4,423) | 31.1 (±1.7) | 15.9 (±1.7) | 0.3 (±0.2) | 0.0 (±0.1) | 41.4 (±1.3) | 0.1 (±0.1) | 10.5 (±1.5) | 0.0 (±0.1) | 0.2 (±0.2) | 0.4 (±0.3) | 0.1 (±0.2) |
| 86 | 183,460 | 137,204 | 125,025 (±3,416) | 24.2 (±1.3) | 2.1 (±0.4) | 0.3 (±0.2) | 0.2 (±0.2) | 70.6 (±1.2) | 0.4 (±0.2) | 1.0 (±0.3) | 0.2 (±0.2) | 0.6 (±0.2) | 0.1 (±0.1) | 0.2 (±0.2) |
| 87 | 169,089 | 125,347 | 106,585 (±2,811) | 28.1 (±1.4) | 7.8 (±0.7) | 0.4 (±0.2) | 0.1 (±0.2) | 59.7 (±1.1) | 0.8 (±0.2) | 2.4 (±0.5) | 0.1 (±0.2) | 0.5 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) |
| 88 | 148,927 | 109,591 | 100,410 (±2,754) | 38.7 (±1.6) | 3.8 (±0.4) | 0.3 (±0.2) | 0.2 (±0.2) | 55.2 (±0.9) | 0.5 (±0.3) | 0.3 (±0.2) | 0.0 (±0.2) | 0.8 (±0.2) | 0.1 (±0.2) | 0.2 (±0.2) |
| 89 | 215,414 | 155,318 | 131,670 (±4,745) | 10.4 (±1.1) | 12.5 (±2.1) | 0.6 (±0.4) | 0.1 (±0.1) | 64.6 (±1.4) | 0.4 (±0.2) | 10.0 (±1.2) | 0.0 (±0.1) | 0.3 (±0.2) | 0.7 (±0.3) | 0.4 (±0.2) |
| 90 | 169,606 | 120,577 | 87,450 (±3,443) | 58.0 (±2.3) | 15.3 (±1.5) | 0.6 (±0.5) | 0.1 (±0.2) | 23.6 (±1.2) | 0.3 (±0.2) | 1.5 (±0.5) | 0.0 (±0.2) | 0.3 (±0.2) | 0.1 (±0.2) | 0.2 (±0.2) |
| 91 | 174,830 | 132,800 | 118,855 (±5,088) | 18.0 (±1.3) | 6.0 (±1.0) | 0.4 (±0.2) | 0.0 (±0.1) | 68.7 (±2.6) | 0.4 (±0.2) | 5.2 (±0.9) | 0.1 (±0.2) | 0.5 (±0.2) | 0.4 (±0.2) | 0.2 (±0.2) |
| 92 | 189,668 | 148,673 | 125,410 (±3,936) | 14.0 (±1.2) | 14.7 (±1.4) | 1.4 (±1.1) | 0.1 (±0.2) | 60.8 (±0.9) | 0.6 (±0.2) | 6.5 (±0.8) | 0.6 (±0.3) | 0.6 (±0.2) | 0.4 (±0.2) | 0.3 (±0.2) |
| 93 | 221,101 | 160,174 | 133,510 (±4,972) | 18.1 (±1.5) | 14.7 (±1.4) | 0.4 (±0.2) | 0.1 (±0.1) | 57.9 (±2.2) | 0.4 (±0.2) | 6.7 (±1.0) | 0.1 (±0.2) | 0.8 (±0.3) | 0.4 (±0.2) | 0.4 (±0.3) |
| 94 | 179,593 | 139,271 | 125,375 (±4,196) | 15.7 (±1.6) | 15.2 (±1.4) | 0.7 (±0.3) | 0.1 (±0.1) | 61.1 (±1.1) | 0.2 (±0.1) | 4.9 (±0.9) | 0.4 (±0.3) | 0.7 (±0.2) | 0.6 (±0.2) | 0.3 (±0.2) |
| 95 | 193,712 | 142,346 | 113,375 (±3,725) | 21.3 (±1.5) | 46.8 (±1.8) | 0.6 (±0.2) | 0.2 (±0.2) | 27.2 (±1.2) | 0.2 (±0.2) | 2.6 (±0.7) | 0.1 (±0.2) | 0.5 (±0.2) | 0.2 (±0.2) | 0.3 (±0.2) |
| 96 | 204,480 | 148,627 | 131,925 (±4,518) | 15.1 (±1.1) | 24.6 (±2.0) | 0.7 (±0.3) | 0.2 (±0.2) | 54.7 (±1.5) | 0.3 (±0.1) | 3.1 (±0.6) | 0.1 (±0.1) | 0.5 (±0.2) | 0.5 (±0.3) | 0.2 (±0.2) |
| 97 | 191,250 | 149,210 | 136,730 (±4,067) | 17.4 (±1.6) | 13.1 (±1.1) | 0.6 (±0.3) | 0.1 (±0.1) | 64.9 (±0.8) | 0.2 (±0.1) | 2.5 (±0.7) | 0.0 (±0.1) | 0.4 (±0.2) | 0.5 (±0.2) | 0.2 (±0.2) |
| 98 | 195,573 | 145,226 | 136,255 (±3,803) | 10.3 (±1.1) | 4.2 (±0.8) | 0.3 (±0.2) | 0.0 (±0.1) | 77.8 (±0.9) | 0.3 (±0.2) | 5.9 (±0.9) | 0.0 (±0.1) | 0.5 (±0.2) | 0.4 (±0.2) | 0.3 (±0.2) |
| 99 | 202,353 | 152,652 | 137,110 (±4,417) | 21.6 (±1.9) | 5.9 (±1.0) | 0.3 (±0.2) | 0.1 (±0.1) | 69.1 (±1.0) | 0.3 (±0.2) | 1.6 (±0.4) | 0.0 (±0.1) | 0.5 (±0.2) | 0.3 (±0.2) | 0.2 (±0.1) |
| 100 | 174,885 | 131,392 | 102,925 (±3,647) | 25.8 (±1.7) | 43.5 (±1.9) | 0.3 (±0.3) | 0.2 (±0.2) | 27.6 (±1.2) | 0.2 (±0.2) | 1.7 (±0.5) | 0.0 (±0.1) | 0.4 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) |
| 101 | 188,474 | 134,490 | 108,450 (±3,933) | 26.0 (±1.8) | 32.3 (±2.2) | 0.6 (±0.3) | 0.2 (±0.2) | 28.7 (±1.8) | 0.3 (±0.3) | 10.7 (±1.3) | 0.1 (±0.2) | 0.4 (±0.2) | 0.3 (±0.2) | 0.5 (±0.3) |
| 102 | 176,749 | 136,530 | 107,640 (±3,317) | 16.1 (±1.2) | 18.2 (±1.7) | 0.6 (±0.3) | 0.4 (±0.2) | 54.4 (±1.1) | 0.3 (±0.2) | 8.1 (±1.0) | 0.0 (±0.1) | 1.1 (±0.3) | 0.6 (±0.3) | 0.3 (±0.2) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

65913

Red-116
Data: 2016-2020 ACS; 2020 Census
PLANH2100  08/02/2021 4:29:39 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 289-5   Filed 05/18/22   Page 4 of 5

American Community Survey Special Tabulation
Using Census and American Community Survey Data

Texas Legislative Council
04/18/22 4:46 PM
Page 4 of 5

## HOUSE DISTRICTS - PLANH2100

| | 2020 Census | | | Hispanic CVAP | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2016-2020 American Community Survey with Margins of Error | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 103 | 188,983 | 145,781 | 93,390 (±3,328) | 38.3 (±2.0) | 15.1 (±1.4) | 0.7 (±0.4) | 0.2 (±0.2) | 39.6 (±1.6) | 0.3 (±0.2) | 4.8 (±0.8) | 0.0 (±0.2) | 0.4 (±0.2) | 0.4 (±0.2) | 0.2 (±0.2) |
| 104 | 167,252 | 121,042 | 90,855 (±3,598) | 61.3 (±2.4) | 17.0 (±1.5) | 0.2 (±0.2) | 0.1 (±0.2) | 18.4 (±1.3) | 0.3 (±0.2) | 2.0 (±0.4) | 0.0 (±0.2) | 0.2 (±0.2) | 0.3 (±0.2) | 0.2 (±0.2) |
| 105 | 193,464 | 145,882 | 96,260 (±3,280) | 35.7 (±2.3) | 15.7 (±1.2) | 0.2 (±0.2) | 0.1 (±0.2) | 39.6 (±1.0) | 0.3 (±0.2) | 7.2 (±1.2) | 0.1 (±0.2) | 0.4 (±0.2) | 0.5 (±0.2) | 0.2 (±0.2) |
| 106 | 287,046 | 205,159 | 171,680 (±5,132) | 12.3 (±1.1) | 11.6 (±1.1) | 0.8 (±0.4) | 0.1 (±0.1) | 67.0 (±1.2) | 0.2 (±0.1) | 6.6 (±0.8) | 0.1 (±0.1) | 0.5 (±0.2) | 0.7 (±0.3) | 0.1 (±0.1) |
| 107 | 185,064 | 136,360 | 105,945 (±3,593) | 26.1 (±1.8) | 19.0 (±1.7) | 0.4 (±0.2) | 0.2 (±0.2) | 49.0 (±1.4) | 0.5 (±0.3) | 3.8 (±0.7) | 0.0 (±0.1) | 0.5 (±0.3) | 0.2 (±0.2) | 0.3 (±0.2) |
| 108 | 192,419 | 164,669 | 143,370 (±3,523) | 11.8 (±0.9) | 7.4 (±0.7) | 0.4 (±0.2) | 0.1 (±0.1) | 74.0 (±1.0) | 0.3 (±0.1) | 4.4 (±0.5) | 0.1 (±0.1) | 0.5 (±0.2) | 0.7 (±0.2) | 0.2 (±0.2) |
| 109 | 200,788 | 146,425 | 122,135 (±4,365) | 17.1 (±1.6) | 63.2 (±2.0) | 0.5 (±0.3) | 0.2 (±0.2) | 17.1 (±1.0) | 0.1 (±0.1) | 0.9 (±0.2) | 0.0 (±0.1) | 0.3 (±0.2) | 0.1 (±0.1) | 0.5 (±0.3) |
| 110 | 183,408 | 127,190 | 90,060 (±3,669) | 35.8 (±2.0) | 49.8 (±2.4) | 0.6 (±0.4) | 0.1 (±0.2) | 12.9 (±1.2) | 0.1 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) | 0.2 (±0.2) |
| 111 | 181,209 | 133,800 | 121,375 (±4,261) | 22.0 (±1.6) | 56.2 (±2.0) | 0.4 (±0.3) | 0.2 (±0.2) | 18.4 (±1.2) | 0.1 (±0.1) | 2.0 (±0.5) | 0.1 (±0.1) | 0.2 (±0.2) | 0.1 (±0.1) | 0.2 (±0.2) |
| 112 | 189,219 | 143,882 | 115,890 (±3,943) | 21.6 (±1.7) | 16.5 (±1.5) | 1.0 (±0.5) | 0.1 (±0.1) | 47.1 (±1.4) | 0.3 (±0.3) | 12.2 (±1.5) | 0.0 (±0.1) | 0.5 (±0.2) | 0.6 (±0.3) | 0.2 (±0.2) |
| 113 | 195,740 | 143,647 | 110,455 (±3,831) | 22.8 (±1.9) | 23.0 (±1.8) | 1.0 (±0.5) | 0.2 (±0.2) | 45.2 (±1.4) | 0.3 (±0.2) | 6.3 (±0.8) | 0.0 (±0.1) | 0.4 (±0.2) | 0.4 (±0.3) | 0.5 (±0.3) |
| 114 | 185,840 | 144,462 | 122,170 (±3,631) | 13.4 (±1.0) | 20.3 (±1.9) | 0.5 (±0.2) | 0.2 (±0.2) | 60.9 (±0.7) | 0.2 (±0.1) | 3.2 (±0.6) | 0.1 (±0.2) | 0.7 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) |
| 115 | 198,519 | 151,516 | 111,800 (±3,129) | 20.3 (±1.4) | 14.6 (±1.4) | 0.5 (±0.3) | 0.1 (±0.2) | 48.7 (±1.2) | 0.5 (±0.2) | 13.5 (±1.0) | 0.2 (±0.2) | 0.5 (±0.2) | 0.6 (±0.2) | 0.5 (±0.2) |
| 116 | 182,233 | 145,266 | 135,495 (±4,373) | 60.1 (±1.6) | 6.8 (±0.8) | 0.5 (±0.3) | 0.0 (±0.1) | 28.4 (±1.5) | 0.2 (±0.2) | 2.9 (±0.5) | 0.1 (±0.1) | 0.2 (±0.1) | 0.5 (±0.2) | 0.2 (±0.2) |
| 117 | 273,489 | 192,860 | 139,440 (±4,469) | 60.8 (±2.0) | 7.0 (±0.7) | 0.6 (±0.2) | 0.1 (±0.1) | 27.3 (±1.0) | 0.3 (±0.2) | 2.1 (±0.4) | 0.2 (±0.1) | 0.6 (±0.3) | 0.7 (±0.2) | 0.4 (±0.2) |
| 118 | 185,915 | 137,114 | 120,670 (±4,806) | 67.5 (±2.0) | 5.1 (±1.3) | 0.2 (±0.2) | 0.1 (±0.1) | 25.5 (±1.4) | 0.1 (±0.2) | 0.9 (±0.3) | 0.0 (±0.1) | 0.2 (±0.2) | 0.2 (±0.2) | 0.3 (±0.2) |
| 119 | 183,920 | 136,926 | 125,640 (±4,272) | 63.5 (±2.0) | 8.5 (±0.9) | 0.3 (±0.2) | 0.1 (±0.2) | 24.8 (±1.2) | 0.2 (±0.2) | 1.2 (±0.3) | 0.0 (±0.1) | 0.7 (±0.3) | 0.2 (±0.2) | 0.3 (±0.3) |
| 120 | 199,717 | 147,261 | 125,825 (±4,469) | 41.6 (±1.8) | 25.9 (±1.9) | 0.9 (±0.4) | 0.1 (±0.1) | 28.0 (±1.5) | 0.2 (±0.2) | 2.1 (±0.4) | 0.2 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) |
| 121 | 193,988 | 151,591 | 141,450 (±4,130) | 34.9 (±1.6) | 6.3 (±0.8) | 0.5 (±0.2) | 0.0 (±0.1) | 54.8 (±1.4) | 0.1 (±0.1) | 2.3 (±0.5) | 0.0 (±0.1) | 0.3 (±0.1) | 0.5 (±0.2) | 0.4 (±0.2) |
| 122 | 241,492 | 183,080 | 151,210 (±4,497) | 32.1 (±1.6) | 4.4 (±0.8) | 0.6 (±0.3) | 0.0 (±0.1) | 57.1 (±1.4) | 0.1 (±0.1) | 4.2 (±0.7) | 0.1 (±0.1) | 0.4 (±0.1) | 0.7 (±0.2) | 0.3 (±0.1) |
| 123 | 173,307 | 138,929 | 130,810 (±4,175) | 64.7 (±1.8) | 4.1 (±0.6) | 0.3 (±0.2) | 0.2 (±0.2) | 28.1 (±1.2) | 0.2 (±0.2) | 1.5 (±0.4) | 0.1 (±0.1) | 0.4 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) |
| 124 | 195,882 | 144,565 | 136,370 (±5,208) | 68.1 (±2.2) | 7.4 (±0.9) | 0.9 (±0.5) | 0.1 (±0.1) | 20.7 (±1.3) | 0.2 (±0.1) | 1.5 (±0.4) | 0.2 (±0.2) | 0.2 (±0.1) | 0.4 (±0.3) | 0.3 (±0.2) |
| 125 | 179,381 | 134,796 | 132,415 (±4,303) | 68.6 (±1.6) | 4.4 (±0.8) | 0.2 (±0.2) | 0.0 (±0.1) | 23.8 (±1.4) | 0.1 (±0.1) | 2.1 (±0.5) | 0.1 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 126 | 190,307 | 142,951 | 118,225 (±4,738) | 25.5 (±2.4) | 18.8 (±1.8) | 0.5 (±0.3) | 0.0 (±0.1) | 43.9 (±1.3) | 0.2 (±0.2) | 10.0 (±1.3) | 0.0 (±0.1) | 0.3 (±0.2) | 0.2 (±0.2) | 0.4 (±0.2) |
| 127 | 204,069 | 147,961 | 134,545 (±4,752) | 21.5 (±1.7) | 15.9 (±1.6) | 0.3 (±0.2) | 0.0 (±0.1) | 58.2 (±1.6) | 0.2 (±0.2) | 2.3 (±0.5) | 0.3 (±0.2) | 0.3 (±0.2) | 0.4 (±0.2) | 0.6 (±0.4) |
| 128 | 201,418 | 149,180 | 124,365 (±3,989) | 29.1 (±1.8) | 9.6 (±1.2) | 0.6 (±0.4) | 0.0 (±0.1) | 57.9 (±1.3) | 0.2 (±0.2) | 1.5 (±0.4) | 0.0 (±0.1) | 0.6 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 129 | 195,120 | 151,337 | 130,575 (±4,384) | 22.5 (±1.7) | 9.9 (±1.2) | 0.7 (±0.4) | 0.1 (±0.1) | 55.4 (±1.5) | 0.2 (±0.1) | 9.8 (±1.1) | 0.0 (±0.1) | 0.6 (±0.2) | 0.4 (±0.2) | 0.5 (±0.3) |
| 130 | 232,768 | 168,107 | 146,305 (±5,416) | 18.3 (±1.4) | 9.6 (±1.6) | 0.1 (±0.1) | 0.0 (±0.1) | 63.7 (±1.5) | 0.2 (±0.2) | 6.8 (±1.1) | 0.0 (±0.1) | 0.3 (±0.2) | 0.6 (±0.4) | 0.3 (±0.2) |
| 131 | 200,485 | 145,070 | 108,720 (±4,401) | 33.5 (±2.0) | 48.8 (±2.4) | 0.2 (±0.2) | 0.2 (±0.3) | 11.2 (±0.9) | 0.1 (±0.2) | 5.2 (±0.7) | 0.0 (±0.1) | 0.1 (±0.2) | 0.4 (±0.3) | 0.3 (±0.3) |
| 132 | 281,835 | 201,869 | 153,315 (±6,073) | 29.3 (±2.1) | 15.6 (±1.5) | 0.7 (±0.4) | 0.0 (±0.1) | 45.2 (±1.6) | 0.2 (±0.2) | 7.4 (±1.3) | 0.1 (±0.1) | 0.5 (±0.3) | 0.7 (±0.4) | 0.3 (±0.2) |
| 133 | 199,683 | 157,315 | 123,880 (±3,847) | 14.2 (±1.3) | 13.6 (±1.8) | 0.4 (±0.3) | 0.2 (±0.2) | 62.3 (±0.8) | 0.2 (±0.2) | 7.7 (±0.7) | 0.0 (±0.1) | 0.4 (±0.2) | 0.7 (±0.3) | 0.2 (±0.2) |
| 134 | 204,588 | 169,291 | 146,490 (±3,830) | 12.0 (±0.9) | 6.2 (±0.8) | 0.3 (±0.2) | 0.0 (±0.1) | 69.2 (±1.3) | 0.2 (±0.2) | 10.0 (±0.9) | 0.0 (±0.1) | 0.7 (±0.3) | 1.1 (±0.3) | 0.3 (±0.2) |
| 135 | 195,026 | 145,257 | 122,360 (±5,125) | 26.0 (±2.0) | 19.8 (±1.9) | 0.5 (±0.4) | 0.1 (±0.1) | 41.8 (±2.1) | 0.2 (±0.2) | 10.5 (±1.3) | 0.0 (±0.1) | 0.3 (±0.2) | 0.3 (±0.2) | 0.4 (±0.2) |
| 136 | 229,093 | 169,540 | 142,140 (±4,307) | 19.4 (±1.5) | 5.2 (±1.0) | 0.6 (±0.3) | 0.1 (±0.2) | 65.7 (±0.9) | 0.2 (±0.1) | 6.4 (±0.7) | 0.2 (±0.2) | 0.6 (±0.2) | 1.1 (±0.3) | 0.5 (±0.3) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation.  Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

65913

Red-116
Data: 2016-2020 ACS; 2020 Census
PLANH2100  08/02/2021 4:29:39 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 289-5   Filed 05/18/22   Page 5 of 5

American Community Survey Special Tabulation
Using Census and American Community Survey Data

Texas Legislative Council
04/18/22 4:46 PM
Page 5 of 5

## HOUSE DISTRICTS - PLANH2100

| | 2020 Census | | | Hispanic CVAP | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2016-2020 American Community Survey with Margins of Error | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 137 | 181,751 | 136,186 | 74,175 (±3,169) | 32.3 (±2.1) | 29.9 (±2.4) | 0.2 (±0.3) | 0.3 (±0.3) | 26.3 (±1.6) | 0.2 (±0.3) | 9.4 (±1.4) | 0.0 (±0.2) | 0.2 (±0.3) | 0.5 (±0.5) | 0.6 (±0.6) |
| 138 | 187,077 | 140,398 | 106,525 (±4,004) | 32.3 (±2.2) | 11.7 (±1.4) | 0.7 (±0.5) | 0.0 (±0.1) | 42.8 (±1.3) | 0.2 (±0.2) | 10.9 (±1.5) | 0.0 (±0.1) | 0.3 (±0.2) | 0.7 (±0.3) | 0.3 (±0.2) |
| 139 | 195,639 | 143,074 | 122,290 (±4,905) | 32.2 (±2.1) | 43.1 (±2.4) | 0.4 (±0.3) | 0.5 (±0.3) | 17.4 (±0.8) | 0.1 (±0.2) | 5.8 (±1.2) | 0.0 (±0.1) | 0.2 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 140 | 177,698 | 123,992 | 72,835 (±3,347) | 69.9 (±2.2) | 16.0 (±2.2) | 0.1 (±0.2) | 0.1 (±0.2) | 10.9 (±1.1) | 0.2 (±0.2) | 2.7 (±0.7) | 0.0 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) |
| 141 | 194,056 | 136,369 | 106,435 (±4,317) | 30.3 (±2.3) | 57.2 (±2.1) | 0.5 (±0.3) | 0.4 (±0.2) | 9.6 (±1.2) | 0.1 (±0.2) | 1.3 (±0.4) | 0.0 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) | 0.3 (±0.3) |
| 142 | 203,568 | 146,069 | 115,480 (±5,153) | 33.9 (±2.0) | 45.1 (±2.6) | 0.3 (±0.2) | 0.0 (±0.1) | 17.4 (±1.3) | 0.2 (±0.2) | 2.0 (±0.5) | 0.1 (±0.2) | 0.4 (±0.3) | 0.1 (±0.1) | 0.4 (±0.4) |
| 143 | 170,844 | 122,509 | 88,125 (±3,675) | 65.1 (±2.3) | 17.4 (±1.7) | 0.6 (±0.4) | 0.1 (±0.2) | 14.8 (±1.2) | 0.2 (±0.2) | 1.6 (±0.6) | 0.0 (±0.2) | 0.1 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) |
| 144 | 159,977 | 113,989 | 79,395 (±3,057) | 69.0 (±2.1) | 4.4 (±0.6) | 0.1 (±0.2) | 0.0 (±0.2) | 25.0 (±1.5) | 0.2 (±0.2) | 0.3 (±0.2) | 0.0 (±0.2) | 0.7 (±0.4) | 0.1 (±0.2) | 0.3 (±0.2) |
| 145 | 168,129 | 126,197 | 98,690 (±3,632) | 62.8 (±2.1) | 9.7 (±1.1) | 0.2 (±0.2) | 0.2 (±0.2) | 22.9 (±1.4) | 0.1 (±0.2) | 3.4 (±0.7) | 0.0 (±0.2) | 0.3 (±0.2) | 0.3 (±0.3) | 0.1 (±0.2) |
| 146 | 185,997 | 141,352 | 104,550 (±3,716) | 18.3 (±1.7) | 50.5 (±1.8) | 0.8 (±0.6) | 0.0 (±0.2) | 23.3 (±1.3) | 0.1 (±0.2) | 6.3 (±0.7) | 0.0 (±0.2) | 0.1 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) |
| 147 | 201,690 | 163,115 | 128,615 (±3,908) | 25.8 (±1.6) | 38.4 (±1.7) | 0.6 (±0.3) | 0.1 (±0.2) | 28.1 (±1.1) | 0.2 (±0.2) | 5.9 (±0.7) | 0.1 (±0.1) | 0.2 (±0.2) | 0.5 (±0.2) | 0.2 (±0.2) |
| 148 | 175,938 | 135,355 | 103,390 (±3,744) | 44.9 (±2.0) | 7.8 (±1.0) | 0.5 (±0.4) | 0.0 (±0.2) | 42.4 (±1.7) | 0.2 (±0.2) | 3.3 (±0.7) | 0.1 (±0.2) | 0.2 (±0.2) | 0.4 (±0.2) | 0.1 (±0.2) |
| 149 | 183,586 | 137,529 | 105,770 (±4,512) | 29.3 (±2.2) | 26.0 (±2.3) | 0.4 (±0.3) | 0.1 (±0.2) | 20.7 (±1.6) | 0.4 (±0.3) | 22.4 (±1.5) | 0.0 (±0.1) | 0.1 (±0.2) | 0.5 (±0.4) | 0.2 (±0.2) |
| 150 | 239,896 | 175,112 | 145,015 (±5,029) | 21.6 (±1.5) | 16.0 (±1.8) | 0.5 (±0.3) | 0.0 (±0.1) | 54.7 (±1.4) | 0.1 (±0.1) | 5.8 (±0.8) | 0.1 (±0.1) | 0.3 (±0.2) | 0.4 (±0.2) | 0.3 (±0.2) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

65913