

DENISE HULETT
Mexican american Legal Defense &
Educational Fund
1512 14th Street
Sacramento, CA  95814

3:21CV259 DCG
Text Order
Gr Pro Hac
5/18/22