IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>　*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action:  Lead Case] |

**PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR THEIR RESPONSE TO LEGISLATORS' EMERGENCY  MOTION TO STAY LEGISLATORS' DEPOSITIONS PENDING APPEAL**

Pursuant to Local Rule CV-7(d)(3), Private Plaintiffs in these consolidated cases[1] respectfully move for leave to file a brief in excess of ten (10) pages—for up to fifteen (15) pages—in opposition to Legislators' Emergency Motion for Stay Legislators' Depositions Pending Appeal.  Dkt. 283 ("Motion to Stay").  Private Plaintiffs' response is attached as Exhibit A.

Private Plaintiffs seek leave to exceed the page limit in order to explain the factual and legal bases of their opposition to Legislators' Motion to Stay.  Granting this motion will not prejudice any party.  Counsel for Legislators have stated that they do not oppose this motion.

**CONCLUSION**

---

[1] Private Plaintiffs are plaintiffs in each consolidated case, except for *United States v. Texas*, No. 3:21-cv-00299.

For the foregoing reasons, Private Plaintiffs respectfully request that the Court grant this unopposed motion.

DATED:  May 19, 2022

*s/ Nina Perales*

Nina Perales
Texas Bar No. 24005046
Samantha Serna
Texas Bar No. 24090888
Fátima Menendez
Texas Bar No. 24090260
Kenneth Parreno*
Massachusetts Bar No. 705747
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

*Admitted *pro hac vice*

*ATTORNEYS FOR LULAC PLAINTIFFS*

*s/ David R. Fox*
Renea Hicks
Texas Bar No. 09580400
LAW OFFICE OF MAX RENEA HICKS
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
*rhicks@renea-hicks.com*

Aria C. Branch*
David R. Fox*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
(202) 968-4490
*abranch@elias.law*
*dfox@elias.law*

*Admitted *pro hac vice*

ATTORNEYS FOR VOTO LATINO PLAINTIFFS

s/ Chad W. Dunn
Chad W. Dunn
Texas Bar No. 24036507
BRAZIL & DUNN
4407 Bee Caves Road
Building 1, Suite 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber*
MARK P. GABER PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines
Tex. Bar. No. 07570800
P.O. Box 50093
Fort Worth, TX 76105
(817) 714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 26277
Baltimore, MD 21211
(208) 301-1202
danahy.molly@gmail.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
(732) 610-1283
sonniwaknin@gmail.com

*Admitted *pro hac vice*

ATTORNEYS FOR BROOKS PLAINTIFFS

*s/ Noor Taj*
Noor Taj*
PA State Bar No. 309594
Allison J. Riggs*
NC State Bar No. 40028
Hilary Harris Klein*
NC State Bar No. 53711
Mitchell Brown*
NC State Bar No. 56122
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380
*noor@scsj.org*
*allison@southerncoalition.org*
*hilaryhklein@scsj.org*
*mitchellbrown@scsj.org*

David A. Donatti
Texas Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238
Andre I. Segura
Texas Bar No. 24107112
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
*ddonnati@aclutx.org*
*aharris@aclutx.org*
*tbuser-clancy@aclutx.org*
*asegura@aclutx.org*

Jerry Vattamala*
NY State Bar No. 4426458
Susana Lorenzo-Giguere*
NY State Bar No. 2428688
Patrick Stegemoeller*
N.Y. State Bar No. 5819982
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013

Case 3:21-cv-00259-DCG-JES-JVB   Document 293   Filed 05/19/22   Page 5 of 8

(212) 966-5932
*jvattamala@aaldef.org*
*slorenzo-giguere@aaldef.org*
*pstegemoeller@aaldef.org*

\*Admitted *pro hac vice*

*ATTORNEYS FOR FAIR MAPS PLAINTIFFS*

s/ Lindsey B. Cohan
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Jon Greenbaum\*
Ezra D. Rosenberg\*
Pooja Chaudhuri\*
Sofia Fernandez Gold\*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*jgreenbaum@lawyerscommittee.org*
*erosenberg@lawyerscommittee.org*
*pchaudhuri@lawyerscommittee.org*
*sfgold@lawyerscommittee.org*

Neil Steiner\*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701

(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Janette M. Louard
Anthony P. Ashton
Anna Kathryn Barnes
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*aashton@naacpnet.org*
*abarnes@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted *pro hac vice*

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

*s/ George Quesada*
George (Tex) Quesada
Texas Bar No. 16427750
Sean J. McCaffity
Texas Bar No. 24013122
SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
*quesada@textrial.com*
*smccaffity@textrial.com*

Joaquin Gonzalez

        Texas Bar No. 24109935
        Attorney at Law
        1055 Sutton Dr.
        San Antonio, TX 78228
        *jgonzalez@malc.org*

        *ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS PLAINTIFFS*

        Gary Bledsoe
        Texas Bar No. 02476500
        THE BLEDSOE LAW FIRM PLLC
        6633 Highway 290 East #208
        Austin, Texas 78723-1157
        Telephone: 512-322-9992
        *gbledsoe@thebledsoelawfirm.com*

        *ATTORNEY FOR CONGRESSPERSONS*

        *s/ Martin Golando*
        Martin Golando
        Texas State Bar No. 24059153
        Attorney at Law
        2326 W. Magnolia
        San Antonio, Texas 78201
        (210) 471-1185
        *Martin.Golando@gmail.com*

        *ATTORNEY FOR TREY MARTINEZ FISCHER AND VERONICA ESCOBAR*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that, on May 19, 2022, counsel for LULAC Plaintiffs, on behalf of Private Plaintiffs, conferred with counsel for Legislators regarding the instant motion. Counsel for Legislators indicated that they do not oppose the motion.

        */s/ Nina Perales*
        Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 19th day of May 2022.

*/s/ Nina Perales*
Nina Perales