IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

### [PROPOSED] ORDER GRANTING PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR THEIR RESPONSE TO LEGISLATORS' EMERGENCY MOTION TO STAY LEGISLATORS' DEPOSITIONS PENDING APPEAL

Pending before the Court is Private Plaintiffs' Motion for Leave to Exceed Page Limit for Their Response to Legislators' Emergency Motion to Stay Legislators' Depositions Pending Appeal. Upon review of the request, Private Plaintiffs' motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2022.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith<br>United States Circuit Judge<br>U.S. Court of Appeals, Fifth Circuit | *-and-* | Jeffrey V. Brown<br>United States District Judge<br>Southern District of Texas |