| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _Dul 72_   ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  David Rosenthal   C. Date of Delivery 5/9/22 |
| 1. Article Addressed to:<br><br>Frank H. Chang<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>3:21CV259-DCG Text Order Pro Hac 5/5/22<br><br>9590 9. | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery<br>   $500) |
| 2. Article Number *(Transfer from service label)*<br>7020 1810 0001 9928 0435 | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _Dul 72_   ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  David Rosenthal   C. Date of Delivery 5/9/22 |
| 1. Article Addressed to:<br><br>Taylor A.R. Meehan<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>3:21CV259-DCG Text Order Pro Hac 5/5/22<br><br>9590 9402 6692 1060 9689 91 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ed Mail<br>☐ ed Mail Restricted Delivery<br>   $500) |
| 2. Article Number *(Transfer from service label)*<br>7010 1670 0000 7322 0233 | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey S. Hetzel
   Consovoy McCarthy PLLC
   1600 Wilson Blvd., Ste. 700
   Arlington, VA 22209
   Text Order Pro Hac 5/5/22

   9590 9402 6692 1060 9690 04

2. Article Number (Transfer from service label)

   7010 1670 0000 7322 0240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name): David Rosenthal
C. Date of Delivery: 5/9/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Adam K. Mortara
   Lawfair LLP
   125 S. Wacker Dr., Suite 300
   Chicago, IL 60606
   3:21CV259DCG Text Order Pro Hac 5/5/22

2. Article Number (Transfer from service label)

   7020 1810 0001 9928 0428

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] Means
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): S. Means
C. Date of Delivery: 5-17-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt