IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., | |
| Plaintiffs, | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) |
| v. | (consolidated cases) |
| GREG ABBOTT, et al., | |
| Defendants. | |

## UNITED STATES' DESIGNATION OF TESTIFYING EXPERTS

Pursuant to this Court's December 17, 2021 Scheduling Order, ECF No. 96, and the Joint Stipulation Modifying Expert Deadlines, ECF No. 268, the United States hereby files its designation of testifying experts.

### Designation of Testifying Experts

1. **Dr. John R. Logan**. Dr. Logan is a Professor of Sociology at Brown University. His scholarly research includes such areas as residential segregation and neighborhood disparities that affect racial and ethnic minorities and immigrants, measuring disparities in socioeconomic characteristics of group members, estimating area characteristics using published census data, applying Geographic Information Systems (GIS) methods to the analysis of spatial data, and evaluating demographic and public policy factors that affect minority political participation and representation. Dr. Logan is expected to testify on the first *Gingles* precondition, population distributions along contested district lines, and socioeconomic disparities between relevant racial and ethnic groups in Texas.

2. **Dr. Ryan D. Enos**. Dr. Enos is a Professor of Government at Harvard University, the Director of the Center for American Political Studies, and an affiliate of the Institute for Quantitative Social Science. His scholarly research focuses on voting behavior, the politics of race and ethnicity, social and electoral geography, and campaigns and elections. Dr. Enos is expected to testify on the second and third *Gingles* preconditions, population and voter distributions along contested district lines, and the relationship between socioeconomic disparities and electoral turnout.

Also pursuant to this Court's December 17, 2021 Scheduling Order, the United States shall on

this day serve on all parties, but not file, the materials required by Federal Rule of Civil

Procedure 26(a)(2)(B).

Date:  May 20, 2022

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov
