# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>GREG ABBOTT, et al.,<br><br>　　　　　Defendants. | Civil Action<br><br>Lead Case No.:<br>　3:21-CV-00259-DCG-JES-JVB |
| VOTO LATINO, et al.,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>JOHN SCOTT, et al.,<br><br>　　　　　Defendants. | Consolidated Case No.:<br>　1:21-CV-00965-RP-JES-JVB |

## VOTO LATINO PLAINTIFFS' NOTICE OF DESIGNATION OF TESTIFYING EXPERTS

In accordance with page 4, ¶ 4 of the Court's Scheduling Order, ECF No. 96, and the Parties' Joint Stipulation Modifying Expert Deadlines, ECF No. 268, Plaintiffs Voto Latino, Rosalinda Ramos Abuabara, Akilah Bacy, Orlando Flores, Marilena Garza, Cecilia Gonzales, Agustin Loredo, Cinia Montoya, Ana Ramón, Jana Lynne Sanchez, Jerry Shafer, Debbie Lynn Solis, Angel Ulloa, and Mary Uribe (collectively, "Voto Latino Plaintiffs"), by and through their undersigned counsel, hereby designate the following testifying experts in this case:

1. Stephen Ansolabehere, PhD, Frank G. Thompson Professor of Government at Harvard University; and

2. Allan Lichtman, PhD, Distinguished Professor of History, American University.

Dr. Ansolabehere and Dr. Lichtman have been retained by counsel for the Voto Latino Plaintiffs, and they may be contacted through undersigned counsel.

Consistent with the Scheduling Order and the Joint Stipulation, counsel for the Voto Latino Plaintiffs have today served counsel for all Parties with the materials required by Federal Rule of Civil Procedure 26(a)(2)(B).

Dated: May 20, 2022                                  Respectfully submitted,

*/s/ David R. Fox*

Renea Hicks
Attorney at Law
Texas Bar No. 09580400

Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

Aria Branch*
David R. Fox*
Francesca Gibson*
Richard Medina*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
abranch@elias.law
dfox@elias.law
fgibson@elias.law
rmedina@elias.law

Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
khamilton@perkinscoie.com

*Counsel for Voto Latino Plaintiffs*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 20, 2022, and that all counsel of record were served by CM/ECF.

*/s/ David R. Fox*