# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LULAC, et. al., | )( |
| | )( |
| *Plaintiffs* | )( |
| | )( |
| Eddie Bernice Johnson, Sheila Jackson-Lee Alexander Green, and Jasmine Crockett | )( )( )( |
| | )( |
| *Plaintiff-Intervenors* | )( |
| | )( |
| v. | )(   Case No.: EP-21-CV-00259-DCG- |
| | )(            JES-JVB [Lead Case] |
| GREG ABBOTT, in his official capacity As Governor of Texas, et. al. | )( )( |
| | )( |
| *Defendants* | )( |

## NOTICE OF DESIGNATION OF EXPERTS

In compliance with the Scheduling Order, ECF No. 96, and the Joint Stipulation Modifying Expert Deadlines, ECF No. 268, Plaintiff-Intervenors Eddie Bernice Johnson, Sheila Jackson Lee, Alexander Green, and Jasmin Crockett hereby file this Designation of Testifying Experts.

1. Dr. Howard Henderson, Founding Director of the Center for Justice Research and professor of Justice Administration in the Barbara Jordan - Mickey Leland School of Public Affairs.
2. Dr. Richard Murray, Bob Lanier Professor of Public Policy, Dept. of Political Science, University of Houston.
3. George Korbel, J.D. Voting Rights consultant/expert, Attorney-at-Law.

Pursuant to the aforementioned Scheduling Order, Plaintiff-Intervenors shall serve on all parties, but shall not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B).

Date: May 20, 2022

                                                   Respectfully Submitted,
                                                   /s/ Gary Bledsoe

Gary Bledsoe
The Bledsoe Law Firm PLLC
State Bar No. 02476500
6633 Highway 290 East #208
Austin, Texas 78723-1157

Telephone: 512-322-9992
Fax: 512-322-0840
gbledsoe@thebledsoelawfirm.com

Nickolas A. Spencer, J.D., M.A.
Spencer & Associates, PLLC
State Bar No. 24102529
9100 Southwest Freeway, Suite 122
Houston, Texas 77074
Telephone: 713-863-1409
Fax: 713-863-1409
nas@naslegal.com

Attorneys for Plaintiff-Intervenors Eddie Bernice Johnson, Sheila Jackson-Lee, Alexander Green and Jasmine Crockett

## Certificate of Service

I hereby certify that on May 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

　/s/ Gary Bledsoe

Gary Bledsoe
The Bledsoe Law Firm PLLC
State Bar No. 02476500
6633 Highway 290 East #208
Austin, Texas 78723-1157
Telephone: 512-322-9992
Fax: 512-322-0840
gbledsoe@thebledsoelawfirm.com