IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § §   Case No. 3:21-cv-00259 <br> [Lead Case] |

## NOTICE OF APPEARANCE

Defendants file this Notice of Appearance to alert the Court that Ari M. Herbert, Assistant Attorney General for Special Litigation, will appear as co-counsel in the above-captioned case. Mr. Herbert is a member in good standing with the United States District Court, Western District of Texas and with the State Bar of Texas. Defendants request that a copy of all papers served or filed in this action be forwarded to:

Ari M. Herbert
Assistant Attorney General
Texas State Bar. No. 24126093
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Ari.herbert@oag.texas.gov

Date: May 23, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537
Southern District Bar No. 1829509

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531
Southern District Bar No. 3053077

*/s/ Ari M. Herbert*
Ari M. Herbert
Assistant Attorney General for Special Litigation
Tex. State Bar No. 24126093

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
ari.herbert@oag.texas.gov
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

*/s/ Ari M. Herbert*
ARI M. HERBERT