# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

## JOINT STIPULATION MODIFYING LULAC PLAINTIFFS' DEADLINE TO FILE JACOB GRUMBACH'S EXPERT REPORT AND DEFENDANTS' DEADLINE TO FILE A REBUTTAL REPORT

LULAC Plaintiffs and Defendants have agreed and hereby stipulate to the following modification to the Court's Scheduling Order:

1. As noted in paragraph 6 of the Court's December 17, 2021 Scheduling Order, the parties may by agreement continue discovery beyond the deadlines set forth in that order. *See* Dkt. 96 at 4.

2. On May 11, 2022, the parties agreed, among other things, to extend the deadline by which all parties asserting claims for relief should serve on all parties the Rule 26(a)(2)(B) materials set forth in the Court's December 17, 2021 Order, to May 20, 2022. Dkt. 268. The parties also agreed to extend the deadline by which they would serve rebuttal reports, along with all Rule 26(a)(2)(B) materials, to July 1, 2022. *Id.*

3. LULAC Plaintiffs will serve on all other parties the Rule 26(a)(2)(B) materials for Dr. Jacob (Jake) M. Grumbach by May 27, 2022.

4. Defendants will serve their rebuttal report, along with all Rule 26(a)(2)(B) materials, regarding Dr. Grumbach's report by July 8, 2022.

5. LULAC Plaintiffs and Defendants file this joint stipulation to inform the Court of the parties' agreement. No modification of the trial setting is requested.

DATED: May 24, 2022

*s/ Nina Perales*

Nina Perales
Texas Bar No. 24005046
Samantha Serna
Texas Bar No. 24090888
Fátima Menendez
Texas Bar No. 24090260
Kenneth Parreno*
Massachusetts Bar No. 705747
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

*Admitted *pro hac vice*

ATTORNEYS FOR LULAC PLAINTIFFS

**AGREED:**

*/s Patrick Sweeten*

**PATRICK K. SWEETEN**
**Deputy Attorney General for Special Litigation**
**Tex. State Bar No. 00798537**

**WILLIAM T. THOMPSON**
**Deputy Chief, Special Litigation Unit**
**Tex. State Bar No. 24088531**

OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548 (MC-009)
Austin, Texas 78711-2548
Tel. (512) 463-2100
Fax. (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 24th day of May 2022.

*/s/ Nina Perales*
Nina Perales