IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

## THE UNITED STATES' UNOPPOSED MOTION TO CLARIFY ORDER

The United States of America moves for clarification of this Court's May 23 Memorandum Opinion and Order Granting in Part and Denying in Part Defendants' Motions to Dismiss, ECF No. 307. The United States has alleged that Texas's 2021 Congressional plan is intentionally discriminatory on the basis of race, in violation of Section 2 of the Voting Rights Act, 52 U.S.C. § 10301, with respect to the Dallas-Fort Worth configuration and Congressional District 23. *See* U.S. Compl. ¶¶ 39-75, *United States v. Texas*, No. 3:21-cv-299 (W.D. Tex. Dec. 6, 2021), ECF No. 1. This Court's Opinion and Order states that the United States' "allegations are sufficient to state a plausible claim for discriminatory intent, and so we do not dismiss the United States' complaint on that ground." Op. at 29. Later, however, the Opinion and Order states that the United States' "Cause of Action is dismissed for failure to state a claim except insofar as it brings an effects-based vote-dilution claim requiring a new opportunity state House district near El Paso." Op. at 60.

Given the apparent tension in the discussions at pages 29 and 60 of this Court's May 23 Opinion and Order, the United States respectfully requests that this Court provide clarification as

1

to whether the United States' intentional discrimination claims regarding the 2021 Congressional Plan have been dismissed.[1]  A proposed order is attached hereto.

Dated: May 25, 2022

                                               PAMELA S. KARLAN
                                               Principal Deputy Assistant Attorney General
                                               Civil Rights Division

                                               */s/ Jasmin Lott*
                                               T. CHRISTIAN HERREN, JR.
                                               TIMOTHY F. MELLETT
                                               DANIEL J. FREEMAN
                                               JANIE ALLISON (JAYE) SITTON
                                               MICHELLE RUPP
                                               JACKI L. ANDERSON
                                               JASMIN LOTT
                                               HOLLY F.B. BERLIN
                                               Attorneys, Voting Section
                                               Civil Rights Division
                                               U.S. Department of Justice
                                               950 Pennsylvania Avenue NW
                                               Washington, DC 20530

---

[1] Defendants do not oppose the United States' request that the Court clarify its ruling, but they maintain that the United States' claims should be dismissed.

## CERTIFICATE OF CONFERRAL

I hereby certify that on May 25, 2022, counsel for the United States met and conferred with counsel for the State of Texas concerning the subject of this motion.

> */s/ Jasmin Lott*
> Jasmin Lott
> Voting Section
> Civil Rights Division
> U.S. Department of Justice
> jasmin.lott@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                          */s/ Jasmin Lott*
                                          Jasmin Lott
                                          Voting Section
                                          Civil Rights Division
                                          U.S. Department of Justice
                                          jasmin.lott@usdoj.gov