IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

## [PROPOSED] ORDER OF CLARIFICATION

Upon consideration of the United States' Motion for Clarification, the Motion is GRANTED. This Court clarifies its May 23 Memorandum Opinion and Order Granting in Part and Denying in Part Defendants' Motions to Dismiss, ECF No. 307, at page 60, as follows:

- In *United States*, No. 3:21-cv-233:

    - The Cause of Action is dismissed for failure to state a claim except insofar as it brings intent-based claims related to Congressional districts in the Dallas-Fort Worth area configuration and Congressional District 23 as well as an effects-based vote-dilution claim requiring a new opportunity state House district near El Paso.

So ORDERED and SIGNED on this _____ day of ____ 2022

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith                                                Jeffrey V. Brown
United States Circuit Judge           -and-           United States District Judge
U.S. Court of Appeals                                      Southern District of Texas
Fifth Circuit