UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | |
| *Plaintiff-Intervenors,* | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas, et al.*, | § § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:21-CV-00299-DCG-JES-JVB [Consolidated Case] |
| STATE OF TEXAS, *et al.* | § § | |
| *Defendants.* | § § § | |

## ORDER OF CLARIFICATION

The United States asks us the clarify the Court's "Memorandum Opinion and Order Granting In Part and Denying in Part Defendants' Motions to Dismiss" (ECF No. 307). After due consideration of the United States' "Unopposed Motion to Clarify Order" (ECF No. 310), the Court clarifies its May 23 Memorandum Opinion and Order as follows:

- In *United States v. Texas*, No. 3:21-cv-00299 (W.D. Tex.): The Cause of Action is dismissed for failure to state a claim except insofar as it brings intent-based claims related to Congressional districts in the Dallas-Fort Worth area configuration and Congressional District 23 as well as an effects-based vote-dilution claim requiring a new opportunity state House district near El Paso.

- 2 -

So ORDERED and SIGNED this 26th day of May 2022.

*[signature]*

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
| --- | --- | --- |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |