**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> Plaintiffs <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action <br><br> Lead Case No.: <br>    3:21-CV-00259-DCG-JES-JVB |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS**

Plaintiffs in Case Nos. 3:21-cv-00259 ("LULAC Plaintiffs"), 1:21-cv-00965 ("Voto Latino Plaintiffs"), 1:21-cv-00988 ("Brooks Plaintiffs"), 1:21-cv-988 ("MALC Plaintiffs"), and 3:22-cv-00022 ("Escobar Plaintiffs") (together, "Plaintiffs"), by and through their undersigned counsel, respectfully move for an extension of time to respond to Defendants' motions to dismiss their most-recent amended complaints, ECF Nos. 286–290, until June 16, 2022. In support thereof, Plaintiffs state as follows:

1. In the May 23 Memorandum Opinion and Order Granting in Part and Denying in Part Defendants' Motions to Dismiss, the Court gave "all Plaintiffs" leave to amend their complaints within 14 days in response to the Court's order. ECF No. 307 at 60.

2. Plaintiffs each intend to file an amended complaint pursuant to the Court's order. Those amended complaints are due on June 6, 2022.

3. Before the issuance of the Court's order, on May 18, 2022, Defendants filed motions to dismiss Plaintiffs' prior amended complaints, ECF Nos. 286–290. The Court's May 23

order did not address those motions. *See* ECF No. 307 at 5. Plaintiffs' oppositions to those motions are presently due on June 1, 2022.

4.     Plaintiffs believe that their filing of further amended complaints in response to the Court's May 23 Order will moot the pending motions to dismiss. To avoid the need to brief motions that will soon be moot, and to allow the parties to assess the mootness of the motions with the benefit of the further amended complaints, Plaintiffs request that the deadline for their oppositions to Defendants' pending motions to dismiss, ECF Nos. 286–290, be extended to June 16, ten days after the deadline for Plaintiffs to file amended complaints in response to the Court's May 23 Order.

5.     Defendants consent to the relief sought herein.

## CONCLUSION

For the foregoing reasons, the Court should grant Plaintiffs an extension of time until June 16, 2022, to respond to the pending motions to dismiss, ECF Nos. 286–290.

Dated: May 27, 2022

*/s/ Nina Perales*
Nina Perales
Texas Bar No. 24005046
Samantha Serna
Texas Bar No. 24090888
Fátima Menendez
Texas Bar No. 24090260
Kenneth Parreno*
Massachusetts Bar No. 705747
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
(210) 224-5382

*Counsel for LULAC Plaintiffs*

*/s/ Chad W. Dunn*
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 26277
Baltimore, MD 21211
(208) 301-1202
danahy.molly@gmail.com

Respectfully submitted,
*/s/ David R. Fox*

Renea Hicks
Attorney at Law
Texas Bar No. 09580400

Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

Abha Khanna*
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

Aria Branch*
David Fox*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
abranch@elias.law
dfox@elias.law

Kevin J. Hamilton*
PERKINS COIE LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
khamilton@perkinscoie.com

*Counsel for Voto Latino Plaintiffs*

*/s/ Sean J. McCaffity*

George (Tex) Quesada
State Bar No. 16427750
Email: quesada@textrial.com

3

| | |
|---|---|
| Sonni Waknin* <br> 10300 Venice Blvd. # 204 <br> Culver City, CA 90232 <br> 732-610-1283 <br> sonniwaknin@gmail.com <br><br> *Counsel for Brooks Plaintiffs* <br><br> */s/ Martin Golando* <br> Martin Golando <br> Attorney at Law <br> State Bar No. 24059153 <br> 2326 W. Magnolia <br> San Antonio, Texas 78201 <br> (210) 471-1185 <br> Martin.Golando@gmail.com <br><br> *Counsel for Escobar Plaintiffs* | Sean J. McCaffity <br> State Bar No. 24013122 <br> Email: smccaffity@textrial.com <br> SOMMERMAN, MCCAFFITY, QUESADA <br> &GEISLER, L.L.P. <br> 3811 Turtle Creek Boulevard, Suite 1400 <br> Dallas, Texas 75219-4461 <br> 214/720-0720 (Telephone) <br> 214/720-0184 (Facsimile) <br><br> Joaquin Gonzalez <br> Texas Bar No. 24109935 <br> 1055 Sutton Dr. <br> San Antonio, TX 78228 <br> jgonzalez@malc.org <br><br> *Counsel for MALC Plaintiffs* <br><br><br> *Admitted *pro hac vice* |

4

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs conferred with counsel for the Defendants in a good-faith attempt to resolve the subject matter of this Motion, and counsel for the Defendants indicated that they consent to the relief sought in this Motion.

/s/ David R. Fox

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 27, 2022, and that all counsel of record were served by CM/ECF.

/s/ David R. Fox