UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> Plaintiffs <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action <br><br> Lead Case No.: <br> 3:21-CV-00259-DCG-JES-JVB |

**[PROPOSED] ORDER ON PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS**

On this day, the Court considered the consent motion by Plaintiffs in Case Nos. 3:21-cv-00259 ("LULAC Plaintiffs"), 1:21-cv-00965 ("Voto Latino Plaintiffs"), 1:21-cv-00988 ("Brooks Plaintiffs"), 1:21-cv-988 ("MALC Plaintiffs"), and 3:22-cv-00022 ("Escobar Plaintiffs") (together, "Plaintiffs"), for an extension of time to respond to the pending motions to dismiss, ECF Nos. 286–290.

For the reasons set forth therein, Plaintiffs' motion is hereby **GRANTED**. Plaintiffs shall have through June 16, 2022, to respond to Defendants' pending motions to dismiss, ECF Nos. 286–290.

**So ORDERED and SIGNED** on this ___ day of _____ 2022 on behalf of the Three-Judge Court.

_____
THE HONORABLE DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE