IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

## LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE THEIR THIRD AMENDED COMPLAINT

  LULAC Plaintiffs respectfully request an extension of their deadline to file their Third Amended Complaint, from June 6, 2022 to June 8, 2022. Defendants and other Plaintiffs do not oppose this request.

  On May 23, 2022, the Court issued an order regarding Defendants' motions to dismiss the complaints of MALC, Texas NAACP, the Voto Latino Plaintiffs, the Fair Maps Plaintiffs and the United States, stating in relevant part: "[n]otwithstanding the Court's scheduling order, all Plaintiffs have fourteen days to amend their complaints in response to this order"—that is, until June 6, 2022.[1] *See* Dkt. 307 at 60.

  LULAC Plaintiffs request an extension to file their Third Amended Complaint for two reasons. First, a key member of LULAC Plaintiffs' counsel and his family became ill with COVID-19 last week, preventing that individual from assisting in the preparation of the Third

---

[1] On April 20, 2022, LULAC Plaintiffs filed their Second Amended Complaint. Dkt. 237. On May 18, 2022, Defendants filed a motion to dismiss that complaint, which remains pending. *See* Dkt. 290.

1

Amended Complaint and limiting the ability to file the amendment by the Court's original deadline. Second, LULAC Plaintiffs have conferred with Defendants regarding a request to file under seal an attached exhibit to their forthcoming Third Amended Complaint, and the additional time will allow the parties to discuss the subject further and potentially reach an agreement. LULAC Plaintiffs seek an extension for only the filing of their Third Amended Complaint; they do not seek any further extension regarding the deadline to file a response to Defendants' pending motion to dismiss, Dkt. 290. Thus, LULAC Plaintiffs do not seek an extension to delay these proceedings, and an extension will not prejudice Defendants.

    For the foregoing reasons, LULAC Plaintiffs respectfully request that their unopposed motion be granted, and that their deadline to file their Third Amended Complaint be extended to June 8, 2022

Dated: June 6, 2022

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Samantha Serna
Fátima Menendez
Kenneth Parreno
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382

*Counsel for LULAC Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on June 6, 2022, counsel for LULAC Plaintiffs conferred with counsel for Defendants and the other Plaintiffs regarding the instant motion. Counsel for Defendants and the other Plaintiffs indicated that they do not oppose the motion.

/s/ Nina Perales
Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 6th day of June 2022.

/s/ Nina Perales
Nina Perales