UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB<br>[Lead Case] |
| ROY CHARLES BROOKS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.1-21-CV-00991-DCG-JES-JVB<br>[Consolidated Case] |

**[PROPOSED] ORDER GRANTING *BROOKS* PLAINTIFFS' MOTION FOR LEAVE TO JOIN ADDITIONAL PARTIES**

Upon consideration of *Brooks* Plaintiffs' Motion for Leave to Join Additional Parties, being advised of the premises for seeking such Motion, it is hereby ORDERED that the Motion is GRANTED. The Clerk is directed to deem the attached Second Amended Complaint filed concurrently with the Motion for Leave as filed as of the date of this Order.

Signed this __th day of June, 2022

_____
The Honorable Judge David C. Guaderrama
United States District Court for the Western District of Texas