IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 <br> (DCG-JES-JVB) <br> (consolidated cases) |

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

The United States respectfully moves to modify the December 17, 2021 Scheduling Order, ECF No. 96, as amended by the parties' May 11, 2022 joint stipulation modifying expert deadlines, ECF No. 268, for good cause shown pursuant to Federal Rule of Civil Procedure 16(b)(4). The United States has conferred with counsel for the other Plaintiffs and Defendants in this case, and they do not oppose this motion.

Plaintiffs' expert reports were due on May 20, 2022. In light of this court's May 23 order granting in part and denying in part Defendants' motions to dismiss, ECF No. 307, Plaintiffs must supplement their expert reports. In turn, Defendants seek substantial additional time to review and respond to Plaintiffs' original expert reports and supplemental reports. Accordingly, the parties have agreed to set a June 15 deadline for Plaintiffs' supplemental expert reports, and to move the deadline for Defendants' expert reports from June 17 to July 18. This change also required moving related deadlines concerning expert discovery and motions practice. This proposed schedule maintains the July 15 deadline for the close of fact discovery, maintains the August 29 deadline for the conclusion of major motion practice, and does not necessitate any

change to the trial schedule. The proposed schedule is as follows:

|  | Current | Proposed Revised Schedule |
|---|---|---|
| **Plaintiff Expert Reports** | May 20 | May 20 |
| **Supplemental Expert Reports** | N/A | June 15 |
| **Defense Expert Reports** | June 17 | July 18 |
| **Plaintiff Rebuttal Expert Reports** | July 1 | July 27 |
| **Close of Fact Discovery** | July 15 | July 15 |
| **Close of Expert Discovery** | July 15 | August 3 |
| **Dispositive Motions Due** | July 25 | August 5 |
| **Objections to Reliability of Experts under FRE 702** | July 29 | August 5 |
| **Dispositive Motion Oppositions** | August 15 | August 19 |
| **Responses to FRE 702 Objections** | August 24 | August 29 |
| **Dispositive Motion Replies** | August 29 | August 29 |

For the reasons set forth above, the United States respectfully requests that this Court amend its Scheduling Order with regard to expert discovery and the motions described above. A proposed order is attached hereto.

Dated: June 9, 2022

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
MICHELLE RUPP
JANIE ALLISON (JAYE) SITTON
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

## **CERTIFICATE OF CONFERRAL**

 Pursuant to Local Rule CV-7(g), I hereby certify that on June 3, 6, 7, and 8, I met and conferred with counsel for Defendants regarding this motion. Counsel for Defendants advised that they do not object to the relief sought in the above motion. Likewise, on June 7 and 8, I met and conferred with counsel for Plaintiffs in this consolidated case, and they do not oppose the relief set forth above.

*/s/ Daniel J. Freeman*
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
daniel.freeman@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on June 9, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                        */s/ Daniel J. Freeman*
                                        Daniel J. Freeman
                                        Voting Section
                                        Civil Rights Division
                                        U.S. Department of Justice
                                        daniel.freeman@usdoj.gov