IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREG ABBOTT, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:21-cv-259<br>(DCG-JES-JVB)<br>(consolidated cases) |

## [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the United States' Unopposed Motion to Modify the Scheduling Order, dated June 9, 2022, and for good cause shown, the United States' motion is GRANTED. The Court finds that good cause exists to modify the Scheduling Order so that the parties may file expert reports in light of this Court's order granting in part and denying in part Defendants' motions to dismiss, ECF No. 307. Accordingly, the Scheduling Order, ECF No. 96, as amended by the parties' joint stipulation modifying expert deadlines, ECF No. 268, shall be modified to include the following:

4. All parties asserting claims for relief shall **SERVE** on all parties any supplemental expert reports by **June 15, 2022**. Parties resisting claims for relief shall **FILE** their designation of testifying experts and shall **SERVE** on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **July 18, 2022**. All designations of rebuttal experts shall be **FILED**, and both rebuttal reports and reports of rebuttal experts, along with associated materials required by Federal Rule of Civil Procedure 26(a)(2)(B), shall be **SERVED**, no later than **July 27, 2022.**

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion specifically stating the basis for the objection and identifying the objectionable testimony not later than **August 5, 2022**. Any responses to such objections shall be filed by **August 29, 2022**.

6. The parties shall complete all fact discovery on or before **July 15, 2022**. The parties shall complete all expert discovery on or before **August 3, 2022**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **August 5, 2022**. Responses to dispositive motions shall be filed no later than **August 19, 2022**. Replies in support of dispositive motions shall be filed no later than **August 29, 2022**.

So ORDERED and SIGNED this ___ day of _____, 2022.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | -and- | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |