**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>        *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action:  Lead Case] |

**[PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' UNOPPOSED MOTION**
**FOR LEAVE TO FILE THEIR THIRD AMENDED COMPLAINT**
**AND TO FILE OUT OF TIME**

Pending before the Court is LULAC Plaintiffs' Unopposed Motion for Leave to File Their Third Amended Complaint and to File out of Time.  Upon review of the motion, as well as any responses, the Court is of the opinion that LULAC Plaintiffs' motion should be GRANTED. It is hereby ORDERED that LULAC Plaintiffs' Third Amended Complaint shall be docketed with the Cour.

SO ORDERED and SIGNED this _____ day of _____ 2022.


_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith                                          Jeffrey V. Brown
United States Circuit Judge           *-and-*           United States District Judge
U.S. Court of Appeals, Fifth Circuit                    Southern District of Texas