UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors,* | § § | & |
| v. | § § | |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants.* | § § | |

## ORDER MODIFYING SCHEDULING ORDER

The Court, finding good cause exists to modify the Scheduling Order, **GRANTS** the United States' "Unopposed Motion to Modify Scheduling Order" (ECF No. 323). Accordingly, the Scheduling Order, ECF No. 96, as amended by the parties' joint stipulation modifying expert deadlines, ECF No. 268, shall be modified to include the following:

4. All parties asserting claims for relief shall **SERVE** on all parties any supplemental expert reports by **June 15, 2022**. Parties resisting claims for relief shall **FILE** their designation of testifying experts and shall **SERVE** on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **July 18, 2022**. All designations of rebuttal experts shall be **FILED**, and both rebuttal reports and reports of rebuttal experts, along with associated materials required by Federal Rule of Civil Procedure 26(a)(2)(B), shall be **SERVED**, no later than **July 27, 2022**.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion specifically stating the basis for the objection and identifying the objectionable testimony not later than **August 5, 2022**. Any responses to such objections shall be filed by **August 29, 2022**.

6. The parties shall complete all fact discovery on or before **July 15, 2022**. The parties shall complete all expert discovery on or before **August 3, 2022**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court

except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **August 5, 2022**. Responses to dispositive motions shall be filed no later than **August 19, 2022**. Replies in support of dispositive motions shall be filed no later than **August 29, 2022**.

**So ORDERED and SIGNED this 9th day of June 2022.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |