IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>    *Defendants.* | Case No. 3:21-cv-00259<br>[Lead Case] |

## UNOPPOSED MOTION TO EXTEND

Abuabara, the United States, MALC, Brooks, NAACP, and Fair Maps filed amended complaints on June 6. ECF 317, 318, 319, 320, 321, 322. And LULAC filed its amended complaint today. ECF 324. Due to the high volume of amended complaints, and in light of the many other essential and ongoing tasks, Defendants respectfully request that their deadline to file a responsive pleading as to each of the amended complaints be extended to July 1, 2022. Plaintiffs do not oppose this motion. In consideration of Plaintiffs' consent to this motion to extend, Defendants withdraw their motions to dismiss as to Brooks, Abuabara (formerly Voto Latino), MALC, and LULAC. ECF 286, 288, 289, 290. Defendants do not withdraw their motions to dismiss as to the Intervenors, Fischer, and Escobar. ECF 225, 233, 287.

Date: June 9, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

1

JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for plaintiffs regarding this motion. Plaintiffs indicated they do not oppose the relief sought here.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 9, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN