IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 |
| v. | § § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion to Extend is **GRANTED**.

Defendants **SHALL FILE** a responsive pleading to the amended complaints filed by Abuabara, the United States, MALC, Brooks, NAACP, Fair Maps, and LULAC by no later than July 1, 2022.

In light of Defendants' withdrawing their motions to dismiss as to Brooks, Abuabara (formerly Voto Latino), MALC, and LULAC, ECF 286, 288, 289, 290, those motions are **DENIED AS MOOT**.

**So ORDERED and SIGNED on this ___ day of June, 2022.**

                                                           **David C. Guaderrama,**
                                                           **United States District**
                                                           **Judge Western District**
                                                           **of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |