UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | |
| v. | § § | & |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants*. | § § | |

**ORDER**

**IT IS ORDERED** that Defendants' "Unopposed Motion to Extend" (ECF No. 327) is **GRANTED**. Defendants **SHALL FILE** a responsive pleading as to each of the recently amended complaints by **July 1, 2022**.[1]

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss as to Brooks (ECF No. 286), Abuabara (ECF No. 288), MALC (ECF No. 289), and LULAC (ECF No. 290) are **WITHDRAWN**.

So ORDERED and SIGNED this 13th day of June 2022.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | -and- | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |

---

[1] The United States, Abuabara, MALC, Brooks, NAACP, Fair Maps, and LULAC all recently filed amended complaints.