UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United American Citizens, et al.

vs.                                   Case No.: 3:21-cv-00259
Abbott, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Nicholas Russin Gersh, counsel for Texas State Conference of the NAACP, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Nicholas Russin Gersh may appear on behalf of Texas State Conference of the in the above case.

IT IS FURTHER ORDERED that Nicholas Russin Gersh, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20____.

_____
UNITED STATES DISTRICT JUDGE