UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, et al.
vs.                                                              Case No.: 3:21-cv-00259
GREG ABBOTT, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Margaret Mortimer, counsel for Texas State Conference of NAACP, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Margaret Mortimer may appear on behalf of Texas State Conference of NAACP in the above case.

IT IS FURTHER ORDERED that Margaret Mortimer, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June, 20 22 .

_____
UNITED STATES DISTRICT JUDGE