IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* § § § *Plaintiffs,* § V. § GREG ABBOTT, *et al.*, § § *Defendants.* § | § § § § § § § § § § | Case No. 3:21-cv-00259 [Lead Case] |
| TEXAS STATE CONFERENCE OF THE NAACP, *Plaintiff,* V. GREG ABBOTT, *et al.*, *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-01006 [Consolidated Case] |

**PLAINTIFF TEXAS NAACP'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY TO DEFENDANTS' OPPOSITION TO MOTIONS TO SEAL**

Should the court treat the reply to Defendants' Opposition to Motions to Seal, Dkt. 328, as a case management motion under Local Rule CV-7(E)(3), Texas NAACP respectfully moves for leave to file a reply in excess of five (5) pages, for up to ten (10) pages.[1]

Texas NAACP seeks leave to exceed the page limit to explain the factual and legal bases of their reply. Granting this motion will not prejudice any party. Counsel for the Defendants have stated that they do not oppose this motion.

---

[1] Because Texas NAACP's reply is to be filed under seal, it is not attached to this motion, but if granted, Texas NAACP will file its reply under seal and serve it on all counsel of record.

1

## CONCLUSION

For the forgoing reasons, Texas NAACP respectfully requests that the Court grant this unopposed motion.

Dated: June 14, 2022

/s/ Lindsey B. Cohan
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Jon Greenbaum*
Ezra D. Rosenberg*
Pooja Chaudhuri*
Sofia Fernandez Gold*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*jgreenbaum@lawyerscommittee.org*
*erosenberg@lawyerscommittee.org*
*pchaudhuri@lawyerscommittee.org*
*sfgold@lawyerscommittee.org*

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Janette M. Louard
Anthony P. Ashton
Anna Kathryn Barnes
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*aashton@naacpnet.org*
*abarnes@naacpnet.org*
*Attorneys appearing of counsel*

\*Admitted *pro hac vice*

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on June 14, 2022 using the Court's CM/ECF system, which will provide automatic notification to all counsel of record.

/s/ Lindsey B. Cohan
Lindsey B. Cohan