IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*<br><br>    *Plaintiffs,*<br>V.<br><br>GREG ABBOTT, *et al.*,<br><br>    *Defendants.* | § § § § § § § § § § | Case No. 3:21-cv-00259<br>[Lead Case] |
| TEXAS STATE CONFERENCE OF THE NAACP,<br><br>    *Plaintiff,*<br>V.<br><br>GREG ABBOTT, *et al.*,<br><br>    *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-01006<br>[Consolidated Case] |

**[PROPOSED] ORDER GRANTING THE TEXAS NAACP'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Pending before the Court is Texas NAACP's Motion for Leave to Exceed Page Limit for their Reply to Defendants' Opposition to Motions to Seal. Upon review of the request, Texas NAACP's motion is GRANTED. Texas NAACP is directed to file their reply.

SO ORDERED on this ___ day of June 2022 on behalf of the Three-Judge Panel.

_____
David C. Guaderrama
United States District Judge

1