IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**ORDER**

Upon consideration of the Motion to Quash Deposition Subpoenas and, alternatively, Motion for Protective Order by Texas House Members and employees, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deposition subpoenas issued to Movants are **QUASHED**.

**SO ORDERED** and **SIGNED** this \_\_\_ day of \_\_\_\_, 2022.

        **David C. Guaderrama**
        **U.S. District Judge**
        **U.S. District Court for the Western District of Texas**

        *On behalf of*

        **Jerry E. Smith**
        **U.S. Circuit Judge**
        **U.S. Court of Appeals for the Fifth Circuit**

        **Jeffrey V. Brown**
        **U.S. District Judge**
        **U.S. District Court for the Southern District of Texas**