**EXHIBIT D**

**Subject:** LULAC v. Abbott: Remaining House Deposition Subpoenas
**Date:** Friday, June 3, 2022 at 4:24:24 PM Central Daylight Time
**From:** Freeman, Daniel (CRT)
**To:** Patrick.Sweeten@oag.texas.gov, jack.disorbo@oag.texas.gov, Will Thompson, taylor@consovoymccarthy.com
**CC:** Mellett, Timothy F (CRT), Sitton, Jaye (CRT), Anderson, Jacki (CRT), Lott, Jasmin (CRT), Rupp, Michelle (CRT), nperales@MALDEF.org, SMcCaffity@textrial.com, jgonzalez@malc.org, mark@markgaber.com, chad@brazilanddunn.com, noor@scsj.org, allison@southerncoalition.org, akhanna@elias.law, dfox@elias.law, robert@notzonlaw.com, erosenberg@lawyerscommittee.org, garybledsoe@sbcglobal.net, nas@naslegal.com, martin.golando@gmail.com, richscot1@hotmail.com, Samantha Serna, Berlin, Holly (CRT)

Taylor,

As promised, here is the list of House Members to whom the United States or Private Plaintiffs currently intend to issue deposition subpoenas in this matter. Bolded individuals have already been subpoenaed.

House Members:
- **Rep. Ryan Guillen (June 29)**
- Rep. Dan Huberty
- Rep. Todd Hunter
- Rep. Jacey Jetton
- **Rep. Brooks Landgraf (June 23)**
- Rep. J.M. Lozano
- **Rep. John Lujan (June 21)**
- **Rep. Andrew Murr (June 24)**
- Speaker Dade Phelan

In addition, here is the list of current and former House staff to whom the United States or Private Plaintiffs currently intend to issue deposition subpoenas in this matter.

- Mark Bell
- Margo Caldwell
- Sharon Carter
- Jay Dyer
- Adam Foltz
- Angie Flores
- Colleen Garcia

I will note that Adam Foltz was technically employed by the Texas Legislative Council.

Please confirm that you are able to accept deposition subpoenas by email for each of these individuals, as well as dates on which they are available to sit for depositions. We will of course accommodate their schedules, but we would appreciate if Rep. Hunter, Speaker Phelan, and Mr. Foltz could be available in July.

The United States and Private Plaintiffs retain the right to issue subpoenas to additional members of the Texas House and additional legislative staffers, including but not limited to individuals identified during depositions or in document discovery.

Have a good weekend.

Dan

---

**From:** Berlin, Holly (CRT) <Holly.Berlin@usdoj.gov>
**Sent:** Friday, June 3, 2022 10:10 AM
**To:** Patrick.Sweeten@oag.texas.gov; Eric Hudson <Eric.Hudson@oag.texas.gov>; Jeff White <Jeff.White@oag.texas.gov>; jack.disorbo@oag.texas.gov; Will Thompson <Will.Thompson@oag.texas.gov>; taylor@consovoymccarthy.com
**Cc:** Mellett, Timothy F (CRT) <Timothy.F.Mellett@usdoj.gov>; Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Sitton, Jaye (CRT) <Jaye.Sitton@usdoj.gov>; Anderson, Jacki (CRT) <Jacki.Anderson@usdoj.gov>; Lott, Jasmin (CRT) <Jasmin.Lott@usdoj.gov>; Rupp, Michelle (CRT) <Michelle.Rupp@usdoj.gov>; nperales@MALDEF.org; SMcCaffity@textrial.com; jgonzalez@malc.org; mark@markgaber.com; chad@brazilanddunn.com; noor@scsj.org; allison@southerncoalition.org; akhanna@elias.law; dfox@elias.law; robert@notzonlaw.com; erosenberg@lawyerscommittee.org; garybledsoe@sbcglobal.net; nas@naslegal.com; martin.golando@gmail.com; richscot1@hotmail.com; Samantha Serna <sserna@MALDEF.org>
**Subject:** LULAC v. Abbott: Deposition Subpoenas for Representatives Lujan and Guillen

Counsel,

Attached are subpoenas compelling the deposition testimony of Representatives John Lujan (June 21) and Ryan Guillen (June 28).

Holly Berlin

Holly F.B. Berlin
Trial Attorney
Voting Section, Civil Rights Division
U.S. Department of Justice
(202) 532-3514