IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT BY TEXAS HOUSE SPEAKER DADE PHELAN, GENERAL COUNSEL TO THE HOUSE MARGO CARDWELL, AND HOUSE PARLIAMENTARIAN SHARON CARTER**

Movants Texas House Speaker Dade Phelan, General Counsel to the House Margo Cardwell, and House Parliamentarian Sharon Carter respectfully seek leave to exceed the page limit for discovery and case-management motions in connection with their Motion to Quash Deposition Subpoenas and Motion for Protective Order, attached to this Motion as an exhibit. Under Local Rule 7.C.2., the page limit for a discovery motion is 10 pages. Movants seek leave to file a motion that does not exceed 23 pages, excluding the cover page, signatures, and certifications.

Movants seek leave to ensure that they have sufficient opportunity to explain the factual and legal basis of their motion, which addresses deposition subpoenas directed to each movant and raises distinct arguments for each movant, and for other good cause. Leave will not prejudice any party.

Movants' counsel has conferred with counsel for the United States and private plaintiffs, who do not oppose this motion.

For these reasons, movants respectfully request that the Court grant this motion.

| | |
|---|---|
| Date: June 14, 2022 | Respectfully submitted, |
| | /s/ *Taylor A.R. Meehan* |
| Adam K. Mortara* | J. Michael Connolly |
| LAWFAIR LLC | Taylor A.R. Meehan* |
| 125 South Wacker, Suite 300 | Frank H. Chang* |
| Chicago, IL 60606 | Jeffrey S. Hetzel* |
| Tel: (773) 750-7154 | CONSOVOY MCCARTHY PLLC |
| mortara@lawfairllc.com | 1600 Wilson Blvd., Suite 700 |
| | Arlington, VA 22209 |
| | Tel: (703) 243-9423 |
| | mike@consovoymccarthy.com |
| | taylor@consovoymccarthy.com |
| | frank@consovoymccarthy.com |
| | jhetzel@consovoymccarthy.com |
| | *Counsel for Movants* |
| | **Admitted pro hac vice* |
| | /s/ *Patrick K. Sweeten* |
| KEN PAXTON | PATRICK K. SWEETEN |
| Attorney General of Texas | Deputy Attorney General for Special Litigation |
| | Tex. State Bar No. 00798537 |
| BRENT WEBSTER | |
| First Assistant Attorney General | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | JACK B. DISORBO |
| | Assistant Attorney General, Special Litigation Unit |
| | Tex. State Bar No. 24120804 |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |
| | jack.disorbo@oag.texas.gov |
| | *Counsel for Movants and Defendants* |

**CERTIFICATE OF CONFERENCE**

I certify that counsel conferred regarding the subject of this motion. Counsel indicated the United States and private plaintiffs do not oppose this Motion for Leave.

*/s/ Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 14, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN