**EXHIBIT Q**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>GREG ABBOTT, *et al.*, <br><br>*Defendants*. | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br>*Plaintiff*, <br><br>v. <br><br>STATE OF TEXAS, *et al.*, <br><br>*Defendants*. | § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

## DECLARATION BY MS. MARGARET ANN CARDWELL, GENERAL COUNSEL TO THE TEXAS HOUSE OF REPRESENTATIVES

I, Margaret Ann (Margo) Cardwell, hereby declare as follows:

1. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, would competently testify to them.

2. I am the General Counsel to the Texas House of Representatives, and I have been subpoenaed to testify by deposition as a non-party in this matter.

3. I make this declaration in support of the motion to quash or modify the subpoena for my deposition or, alternatively, for a protective order.

4. I am invoking legislative privilege, attorney-client privilege, and any other applicable privileges. In making this declaration, I do not intend to waive any such privileges, could not waive any such privileges held by members, and I will not transgress my duty of confidentiality.

5. The General Counsel to the House is an attorney position formally housed within the Office of the Speaker.

6. I am an attorney, currently licensed to practice law and a member of the Texas bar.

7. In my role as General Counsel to the House, my general job responsibilities include advising Texas House member offices and committees, officers of the House, and other legislative employees in my capacity as a legislative attorney, as defined by Tex. Gov't Code §306.008(2). Such duties include advising on officeholder ethics and conflicts of interest law, assisting members and staff in responding to requests for public information, reviewing contracts, overseeing and working with the Office of the Attorney General and outside counsel in matters of litigation relating to the Texas House and its members, reviewing proposed legislation for Constitutional and other legal issues, reviewing and updating House and member policies, and generally promoting compliance with applicable state and federal laws in all legislative and administrative pursuits undertaken by the Texas House.

8. It has always been my understanding that my private communications concerning legislative activities or functions with members of the House, officers of the House, or legislative employees are privileged and confidential when providing legal advice or other legal services, as required by Tex. Gov't Code §§306.008(b) and 323.017. It is my professional obligation and duty, with the force of Texas law, to keep such communications confidential unless the privilege is properly waived by the member, officer, or legislative employee.

9. In my capacity as a legislative attorney, as General Counsel to the House, I was involved in matters relating to redistricting legislation drafted and then passed in 2021.

10. Without waiving any applicable legislative or attorney-client privileges, and without transgressing my duty of confidentiality, my involvement included participating in private meetings and discussions with some House members, staff, and counsel regarding draft legislation and the legislative process.

11. My role in those meetings was consistent with my role as a legislative attorney: to provide advice regarding legal compliance of redistricting plans and to enable coordination with other counsel engaged to advise on the same. As part of that role, I viewed my responsibilities as helping to ensure that the House passed legislation that complied with applicable legal requirements under state and federal law.

12. If I were to be deposed, it would impose a significant burden on my time and current responsibilities as General Counsel to the House. As General Counsel, I am currently tasked with providing continual legal support to House members, committees, and house administrative offices. Those responsibilities continue through the summer, while House committees continue to meet, member offices remain staffed to serve constituents, and the administrative offices carry on their work unabated. This work will require me to travel, likely during multiple weeks, over the next two months. A deposition regarding past legislation will require me to take time away from those important tasks.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 14, 2022.

*Margaret Ann Cardwell*
Margaret Ann Cardwell
General Counsel to the House