UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GREGORY W. ABBOTT et al.,<br><br>        Defendants.<br>------------------------------------------------------------ | Civil Action No. 3:21-cv-00259<br><br>(Lead Case) |
| FAIR MAPS TEXAS ACTION COMMITTEE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GREG ABBOTT et al.,<br><br>        Defendants. | Civil Action No. 3:21-cv-01038<br><br>(Consolidated case) |

## FAIR MAPS PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY TO DEFENDANTS' OPPOSITION TO MOTIONS TO SEAL

Should the Court treat the Reply to Defendants' Opposition to Motions to Seal, Dkt. 328, as a case management motion under Local Rule CV-7(E)(3), Fair Maps Plaintiffs respectfully move for leave to file a Reply brief in excess of five (5) pages, for up to ten (10) pages.

Fair Maps Plaintiffs seek leave to exceed the page limit to explain the factual and legal bases for their Reply. Granting this motion will not prejudice any party. Counsel for Defendants have stated that they do not oppose this motion. A copy of the Reply is attached as Exhibit 1.[1]

---

[1] Given that Defendants' Opposition was filed on the public docket, and out of an abundance of caution, Plaintiffs' have drafted their Reply "in a manner that does not disclose confidential information." Local Rule 5.2(b).

**Conclusion**

For the foregoing reasons, Fair Maps Plaintiffs respectfully request that the Court grant this unopposed motion.


Dated: June 15, 2022

Respectfully submitted,


*/s/ Noor Taj*
Noor Taj
P.A. State Bar No. 309594*
Allison J. Riggs
N.C. State Bar No. 40028*
Hilary Harris Klein
N.C. State Bar No. 53711*
Mitchell Brown
N.C. State Bar No. 56122*
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
Allison@southerncoalition.org
Noor@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org

David A. Donatti
TX Bar No. 24097612
Ashley Harris
TX Bar No. 24078344
Thomas Buser-Clancy
TX Bar No. 24123238
Adriana Pinon
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146 Fax. (713) 942-8966
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org

apinon@aclutx.org

Jerry Vattamala
N.Y. State Bar No. 4426458*
Susana Lorenzo-Giguere
N.Y. State Bar No. 2428688*
Patrick Stegemoeller
N.Y. State Bar No. 5819982*
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION
FUND
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932 (phone)
(212) 966 4303 (fax)
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Yurij Rudensky*
N.Y. State Bar No. 5798210
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF
LAW
120 Broadway, Suite 1750
New York, NY 10271
rudenskyy@brennan.law.nyu.edu

*Admitted Pro Hac Vice

Counsel for Fair Maps Texas Plaintiffs

## **CERTIFICATE OF SERVICE**

I certify that on June 15, 2022, the foregoing was served on all counsel of record via ECF.

*/s/ Ashley Harris*

Ashley Harris