UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors,* | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants.* | § § | |

**ORDER**

For the reasons stated in the Court's previous Order denying motions to quash (ECF No. 282), the Texas House members and legislative employees' "Motion to Quash Deposition Subpoenas and Motion for Protective Order" (ECF No. 333) is **DENIED**.

**So ORDERED and SIGNED this 15th day of June 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** United States Circuit Judge U.S. Court of Appeals, Fifth Circuit | *-and-* | **Jeffrey V. Brown** United States District Judge Southern District of Texas |