# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

# ORDER

Upon consideration of the Motion to Quash or Modify Deposition Subpoenas and Motion for Protective Order by the Texas Speaker, the General Counsel to the House, and the House Parliamentarian, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deposition subpoenas issued to Movants are **QUASHED**.

**SO ORDERED** and **SIGNED** this ___ day of ____, 2022.

<div style="margin-left: 40%;">

_____

**David C. Guaderrama**
**U.S. District Judge**
**U.S. District Court for the Western District of Texas**

*On behalf of*

**Jerry E. Smith**
**U.S. Circuit Judge**
**U.S. Court of Appeals for the Fifth Circuit**

**Jeffrey V. Brown**
**U.S. District Judge**
**U.S. District Court for the Southern District of Texas**

</div>