# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | **EP-21-CV-00259-DCG-JES-JVB** |
| *Plaintiff-Intervenors*, | § § | **[Lead Case]** |
| v. | § § | |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| **TEXAS STATE CONFERENCE OF THE NAACP,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **Case No. 1:21-CV-01006-RP-JES-JVB** |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | **[Consolidated Case]** |
| *Defendants*. | § | |

| | | |
|---|---|---|
| **FAIR MAPS TEXAS ACTION COMMITTEE,** *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | **Case No. 1:21-CV-01038-RP-JES-JVB** |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | **[Consolidated Case]** |
| *Defendants*. | § | |

## **ORDER**

As part of their amended complaints, *Texas NAACP*, *Fair Maps*, and *LULAC* Plaintiffs identify members of their associations that they contend live in challenged districts and would have standing to sue in their own right. ECF Nos. 321, 322, and 326. Plaintiffs request that the Court seal only the names of those individuals. ECF Nos. 321, 322, and 326. Defendants oppose that request. ECF No. 328.

In part, Plaintiffs argue that sealing the names of association members is warranted because their members face credible risks of violence and intimidation. On this, the Court is of the opinion that Plaintiffs should be permitted to further develop the record. Additional evidence, such as affidavits, may assist the Court in resolving this dispute.

Accordingly, **IT IS ORDERED** that *Texas NAACP*, *Fair Maps*, and *LULAC* Plaintiffs **MAY SUPPLEMENT** their current briefing on the relevant motions with evidence supporting their arguments. Such evidence **SHALL BE FILED** by **June 22, 2022**, and such evidence may be filed under seal. Evidence filed under seal **SHALL BE DELIVERED** to Defendants under the provisions of the "Consent Confidentiality and Protective Order" (ECF No. 202). Defendants **MAY FILE**, by **June 29, 2022**, a response addressing additional evidence.

**So ORDERED and SIGNED this 15th day of June 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | -and- | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |