**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BRIAN RAPHEL
Dechert LLP
1095 Aenue of the Americas
New York, NY 10036
21CV259 ## 311 & 312

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6692 1060 9568 44

2. Article Number (Transfer from service label)
7020 1810 0001 9927 6100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kope/oft_     ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   6/7

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt