## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**Please Choose Division**

Texas State Conference of the NAACP

vs.

Greg Abbott

Case No.: 1:21-cv-01006 [Consolidated Case]

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Anthony P. Ashton, counsel for Texas State Conference of the NAACP, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Anthony P. Ashton may appear on behalf of Texas State Conference of the in the above case.

IT IS FURTHER ORDERED that Anthony P. Ashton, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20_____.

_____
Please Choose Judge