# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

   *Plaintiffs*,

v.

GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,

   *Defendants*.

CIVIL ACTION NO.
3:21-cv-00259-DCG-JES-JVB
[Consolidated Action: Lead Case]

## LULAC PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR THEIR REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Pursuant to Local Rule CV-7(e)(3), League of United Latin American Citizens, *et al.* ("LULAC Plaintiffs") respectfully move for leave to file a reply brief in excess of five (5) pages—for up to ten (10) pages—in support of LULAC Plaintiffs' Motion for Leave to File Exhibit Under Seal. Dkt. 326 ("Motion to Seal"). LULAC Plaintiffs' reply is attached as Exhibit A.

LULAC Plaintiffs seek leave to exceed the page limit in order to support the factual and legal bases of their Motion to Seal. Granting this motion will not prejudice any party. Counsel for Defendants have stated that they do not oppose this motion.

## CONCLUSION

For the foregoing reasons, LULAC Plaintiffs respectfully request that the Court grant this unopposed motion.

DATED:  June 16, 2022　　　　　　　　　　s/ Nina Perales

　　　　　　　　　　　　　　　　　　　　Nina Perales
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24005046
　　　　　　　　　　　　　　　　　　　　Samantha Serna
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24090888
　　　　　　　　　　　　　　　　　　　　Fátima Menendez
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24090260
　　　　　　　　　　　　　　　　　　　　Kenneth Parreno*
　　　　　　　　　　　　　　　　　　　　Massachusetts Bar No. 705747
　　　　　　　　　　　　　　　　　　　　MEXICAN AMERICAN LEGAL
　　　　　　　　　　　　　　　　　　　　DEFENSE AND EDUCATIONAL FUND
　　　　　　　　　　　　　　　　　　　　110 Broadway, Suite 300
　　　　　　　　　　　　　　　　　　　　San Antonio, TX 78205
　　　　　　　　　　　　　　　　　　　　(210) 224-5476

　　　　　　　　　　　　　　　　　　　　*Admitted *pro hac vice*

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR LULAC PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that, on June 14, 2022, counsel for LULAC Plaintiffs conferred with counsel for Defendants regarding the instant motion.  Counsel for Defendants indicated that they do not oppose the motion.

　　　　　　　　　　　　　　　　　　　　/s/ Nina Perales
　　　　　　　　　　　　　　　　　　　　Nina Perales

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 16th day of June 2022.

　　　　　　　　　　　　　　　　　　　　/s/ Nina Perales
　　　　　　　　　　　　　　　　　　　　Nina Perales