IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREG ABBOTT, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:21-cv-259<br>(DCG-JES-JVB)<br>(consolidated cases) |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN
UNITED STATES' RESPONSE TO MOTION TO QUASH**

The United States respectfully requests leave to exceed the page limitation on discovery and case management motions in moving to enforce document subpoenas issued to Texas Legislators and Legislative Staff. The Legislators and Legislative Staff do not oppose this request.

Western District of Texas Local Rule CV-7(C)(2) discovery motions to ten pages. The United States seeks leave to file a motion to enforce document subpoenas that is thirteen pages in length. The excess pages will allow the United States to address the myriad privilege issues raised by over 500 pages of privilege logs provided by the Legislators and Legislative Staff. The Legislators and Legislative Staff do not oppose this motion to file excess pages and will not be prejudiced by the relief requested. A proposed order is attached hereto, along with the United States' proposed Motion to Enforce Document Subpoenas and related exhibits.

DATE: June 17, 2022

        Respectfully submitted,

        PAMELA S. KARLAN
        Principal Deputy Assistant Attorney General
        Civil Rights Division

        */s/ Daniel J. Freeman*
        T. CHRISTIAN HERREN, JR.
        TIMOTHY F. MELLETT
        DANIEL J. FREEMAN
        JANIE ALLISON (JAYE) SITTON
        MICHELLE RUPP
        JACKI L. ANDERSON
        JASMIN LOTT
        HOLLY F.B. BERLIN
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530

## CERTIFICATE OF CONFERRAL

      Pursuant to Local Rule CV-7(g), I hereby certify that on June 17, 2022, counsel for the United States conferred by email with counsel for Legislators and Legislative Staff regarding this request.  Legislators and Legislative Staff do not oppose the requested relief.

                                                  */s/ Daniel J. Freeman*
                                                  Daniel J. Freeman
                                                  Civil Rights Division
                                                  U.S. Department of Justice
                                                  950 Pennsylvania Ave, NW
                                                  Washington, DC 20530
                                                  (202) 305-5451
                                                  daniel.freeman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                      */s/ Daniel J. Freeman*
                                      Daniel J. Freeman
                                      Civil Rights Division
                                      U.S. Department of Justice
                                      950 Pennsylvania Ave, NW
                                      Washington, DC 20530
                                      (202) 305-5451
                                      daniel.freeman@usdoj.gov