IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS (LULAC), et al.,

                    Plaintiffs,

          v.

GREG ABBOTT, et al.,

                    Defendants.

Civil Action No. 3:21-cv-259
(DCG-JES-JVB)
(consolidated cases)

## [PROPOSED] ORDER GRANTING LEAVE TO FILE EXCESS PAGES

Before the Court is the United States' unopposed motion for leave to file excess pages in its Motion to Enforce Document Subpoenas.  Upon consideration of the United States' motion, and for good cause shown, the motion is hereby GRANTED.  It is hereby ORDERED that the United States may file a Motion to Enforce Document Subpoenas that does not exceed thirteen pages.


          Date:  _____


          _____
          THE HONORABLE DAVID C. GUADERRAMA
          UNITED STATES DISTRICT JUDGE

                    And on behalf of:

HON. JERRY E. SMITH
UNITED STATES CIRCUIT JUDGE          -and-
U.S. COURT OF APPEALS, FIFTH CIRCUIT

HON. JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS