# EXHIBIT 7

TEXAS SENATE STAFF SERVICES
FG:blb/SCRD093021DFSI/100121
87TH SENATE SPECIAL COMMITTEE
ON REDISTRICTING
SEPTEMBER 30, 2021
DIGITAL AUDIO FILE, SECTION 1

22

Congresswoman Lee and Congressman Green, correct, yes, 'cause the numbers sometimes, there's so many numbers I get 'em confused.
    MILES: And, and you knew and you were advised to, to take them under protection.
    HUFFMAN: As I said, we drew them race blind and after they were drawn, we sent them for a compliance and they were determined, the maps, the map was determined to comply with the Voting Rights Act.
    MILES: And under that advisement was the request to maintain the character and some of the historical factor of these districts consider (sic) and I, I, I apologize if--
    HUFFMAN: I, don't--
    MILES: --I'm--
    HUFFMAN: --I, I--
    MILES: --askin' some repeat questions that's already been asked to you.
    HUFFMAN: --righ--I don't wanna comment on any legal advice I received. I will just say that the maps were determined to be legally compliant after they were drawn. Yes.
    MILES: Okay. The 9th Congressional District was only about 770,000 persons. Could you give me a reason why we made such a substantial change and then adding nearly 200,000 new voters. Can you tell me why we did that?
    HUFFMAN: As I, as I've said before, Senator Miles, in answering Senator Whitmire's question, you know, in, to equalize population across a large, growing metropolitan area that, you know, some of the districts do look different in an attempt to equalize population. Again, if you have an alternative map, as I told Senator Whitmire, I welcome looking at any alternative maps that are legally compliant and that equalize the population. I will be happy to look at those and give them serious consideration.
    MILES: Okay. Thank you, Madam Chair, and I'm gonna just assume and you can just not say yes or no, that same answer's gonna apply to the drastic change to the 18th Congressional District.
    HUFFMAN: Same answers, yes.
    MILES: Same answers. Okay. Did you ever speak to Congresswoman Sheila Jackson Lee or Congressman Al Green?
    HUFFMAN: No.
    MILES: About what they wanted to see. Any changes in their districts. There was no conversation had back and forth?
    HUFFMAN: I never had a conversation with either one of them nor any of their representative or any senators who may represent them. No one reached out to me. Yes.
    MILES: Can I ask who you discussed these changes with, prior to the changes being made, if anyone?

TEXAS SENATE STAFF SERVICES
FG:blb/SCRD093021DFSI/100121
87TH SENATE SPECIAL COMMITTEE
ON REDISTRICTING
SEPTEMBER 30, 2021
DIGITAL AUDIO FILE, SECTION 1

23

HUFFMAN : And as I stated, my, my contact with congress was through the delegation's point of contact, which was Chris Gober, and he has been my point of contact with Congress.

MILES : Chris Ober (sic).

HUFFMAN : Pardon? Chris Gober, yeah, but again, we welcomed anyone else. It's just no one else reached out to us during the drawing process.

MILES : So, did anyone send you the proposals for the Harris County maps or did, they're just done in house or was it done outside?

HUFFMAN : I'm, I'm sorry, what was the beginning of your question--

MILES : Were--

HUFFMAN : --did anybody--

MILES : --were the--

HUFFMAN : --reach out to me?

MILES : --yeah, did anybody assist you with drawing these maps or was this done completely in house, at the state senate level, or did someone from Harris County, or any party outside of who reside in this building?

HUFFMAN : Yes, that was the, who I had initially stated, which was Chris Gober, which was the point person for the Republican Congressional delegation.

MILES : Okay, and earlier, when, when Senator Whitmire had a small line of questioning I heard you respond that yes, it was, you consider keeping the communities of interest together.

HUFFMAN : We, that is part of the objectives of the overall redistricting (obductives) (sic) that I've stated previously.

MILES : And, and that was used, that same objective was used in drawing, when it came to the 18th and to the 9th Congressional District?

HUFFMAN : The same objectives were used for all the map drawings. Yes.

MILES : And you did consider the interest of the communities of, for the 18th and the 19th, as communities of color or African-American.

HUFFMAN : We did not consider race in drawing the maps at all, Senator Miles. It was not one of the considerations we used as, as you've stated, community of color. That was not a consideration.

MILES : Thank you, Madam Chair.

HUFFMAN : Yes.

MILES : Just a couple of more questions, if you don't mind and I appreciate your patience.

HUFFMAN : Of course, yeah, no--