# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-50407
_____

LEAGUE OF UNITED LATIN AMERICAN CITIZENS; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; MI FAMILIA VOTA; AMERICAN GI FORUM OF TEXAS; LA UNION DEL PUEBLO ENTERO; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION; WILLIAM C. VELASQUEZ INSTITUTE; FIEL HOUSTON, INCORPORATED; TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS; EMELDA MENENDEZ; GILBERTO MENENDEZ; JOSE OLIVARES; FLORINDA CHAVEZ; JOEY CARDENAS; SANDRA PUENTE; JOSE R. REYES; SHIRLEY ANNA FLEMING; LOUIE MINOR, JR.; NORMA CAVAZOS; PROYECTO AZTECA; REFORM IMMIGRATION FOR TEXAS ALLIANCE; WORKERS DEFENSE PROJECT; PAULITA SANCHEZ; JO ANN ACEVEDO; DAVID LOPEZ; DIANA MARTINEZ ALEXANDER; JEANDRA ORTIZ,

*Plaintiffs—Appellees,*

SHEILA JACKSON LEE; ALEXANDER GREEN; JASMINE CROCKETT; EDDIE BERNICE JOHNSON,

*Intervenor Plaintiffs—Appellees,*

versus

GREGG ABBOTT

*Defendant,*

RYAN GUILLEN, *Texas House Member*; BROOKS LANDGRAF, *Texas*

*House Member*; JOHN LUJAN, *Texas House Member*,

                                              *Movants—Appellants*,

_____

VOTO LATINO; ROSALINDA RAMOS ABUABARA; AKILAH BACY; ORLANDO FLORES; MARILENA GARZA; CECILIA GONZALES; AGUSTIN LOREDO; CINIA MONTOYA; ANA RAMON; JANA LYNNE SANCHEZ; JERRY SHAFER; DEBBIE LYNN SOLIS; ANGEL ULLOA; MARY URIBE,

                                              *Plaintiffs—Appellees*,

*versus*

JOHN SCOTT, *Et al*,

                                              *Defendants*,

RYAN GUILLEN, *Texas House Member*; BROOKS LANDGRAF, *Texas House Member*; JOHN LUJAN, *Texas House Member*,

                                              *Appellants*,

_____

MEXICAN AMERICAN LEGISLATIVE CAUCUS, *Texas House Representative*,

                                              *Plaintiff—Appellee*,

*versus*

STATE OF TEXAS, *Et al*,

No. 22-50407

*Defendants,*

Ryan Guillen, *Texas House Member*; Brooks Landgraf, *Texas House Member*; John Lujan, *Texas House Member*,

*Appellants,*

_____

Roy Charles Brooks; Felipe Gutierrez; Phyllis Goins; Eva Bonilla; Clara Faulkner; Deborah Spell; Beverly Powell,

*Plaintiffs—Appellees,*

versus

Greg Abbott, *Et al*,

*Defendants,*

Ryan Guillen, *Texas House Member*; Brooks Landgraf, *Texas House Member*; John Lujan, *Texas House Member*,

*Appellants,*

_____

Texas State Conference of the NAACP

*Plaintiff—Appellee,*

versus

Greg Abbott

3

No. 22-50407

*Defendant*,

Ryan Guillen, *Texas House Member*; Brooks Landgraf, *Texas House Member*; John Lujan, *Texas House Member*,

*Appellants*,

_____

Fair Maps Texas Action Committee; OCA-Greater Houston; North Texas Chapter of the Asian Pacific Islander Americans Public Affairs Association Emgage; Khanay Turner; Angela Rainey; Austin Ruiz; Aya Eneli; Sofia Sheikh; Jennifer Cazares; Niloufar Hafizi; Lakshmi Ramakrishnan; Amatulla Contractor; Deborah Chen; Arthur Resa; Sumita Ghosh; Anand Krishnaswamy,

*Plaintiffs—Appellees*,

versus

Gregg Abbott, *Et al*,

*Defendants*,

Ryan Guillen, *Texas House Member*; Brooks Landgraf, *Texas House Member*; John Lujan, *Texas House Member*,

*Appellants*,

_____

United States of America

*Plaintiff—Appellee*,

4

No. 22-50407

*versus*

State of Texas, *Et al*,

*Defendants*,

Ryan Guillen, *Texas House Member*; Brooks Landgraf, *Texas House Member*; John Lujan, *Texas House Member*,

*Appellants*,

_____

Trey Martinez Fischer,

*Plaintiff—Appellee*,

*versus*

John Scott, *in his official capacity as Secretary of State of Texas, Et al*,

*Defendants*,

Ryan Guillen, *Texas House Member*; Brooks Landgraf, *Texas House Member*; John Lujan, *Texas House Member*,

*Appellants*,

_____

Veronica Escobar, *U.S. Representative of the 16 Congressional District of Texas*,

*Plaintiff—Appellee*,

5

No. 22-50407

*versus*

GREG ABBOTT, *in his official capacity as Governor of the State of Texas, Et al*,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Defendants*,

RYAN GUILLEN, *Texas House Member*; BROOKS LANDGRAF, *Texas House Member*; JOHN LUJAN, *Texas House Member*,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Appellants*,

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-259
USDC No. 1:21-CV-965
USDC No. 1:21-CV-988
USDC No. 1:21-CV-991
USDC No. 1:21-CV-1006
USDC No. 1:21-CV-1038
USDC No. 3:21-CV-299
USDC No. 3:21-CV-306
USDC No. 3:22-CV-22

_____

ORDER:

　　IT IS ORDERED that Appellants' unopposed motion to hold case in abeyance pending further related proceedings in the district court is GRANTED. Appellants are ORDERED to submit monthly status reports apprising the Court of the status of the district court proceedings.

No. 22-50407

_____
STEPHEN A. HIGGINSON
*United States Circuit Judge*

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 17, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 22-50407   League of United Latin Amer v. Guillen
               USDC No. 3:21-CV-259
               USDC No. 1:21-CV-965
               USDC No. 1:21-CV-988
               USDC No. 1:21-CV-991
               USDC No. 1:21-CV-1006
               USDC No. 1:21-CV-1038
               USDC No. 3:21-CV-299
               USDC No. 3:21-CV-306
               USDC No. 3:22-CV-22
```

Enclosed is an order entered in this case.

Appellants are ordered to submit monthly status reports apprising the Court of the status of the district court proceedings.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

```
Mr. Jonathan Backer
Mr. Gary Lynn Bledsoe
Mr. Noah Bokat-Lindell
Ms. Aria Branch
Mr. Kembel Scott Brazil
Mr. Frank Hyok Chang
Ms. Pooja Chaudhuri
Ms. Lindsey Beth Cohan
Ms. Molly Danahy
Mr. Philip Devlin
Mr. David A. Donatti
Mr. Chad Wilson Dunn
Mr. Daniel Joshua Freeman
Mr. Mark P. Gaber
Mr. Martin Golando
Mr. Kevin J. Hamilton
Mr. Thomas M. Herrin
Mr. Renea Hicks
```

```
Ms. Denise Marie Hulett
Ms. Katherine Elmlinger Lamm
Ms. Taylor A.R. Meehan
Mr. Adam K. Mortara
Mr. Robert Stephen Notzon
Ms. Nina Perales
Mr. George A. Quesada
Ms. Bonnie Ilene Robin-Vergeer
Mr. Ezra D. Rosenberg
Mr. Andre Segura
Mr. Neil A. Steiner
Mr. Patrick K. Sweeten
Mr. Jerry Vattamala
```