# EXHIBIT 5

# Audio Transcript

## Date of Transcription

October 04, 2021

## Case:

HOUSE REDISTRICTING COMMITTEE HEARING 10/04

October 04, 2021

```
 1
 2
 3
 4
 5
 6              House Redistricting Committee Hearing
 7
 8
 9
10   **************************************************************
11
12
13                        OCTOBER 4, 2021
14
15
16   **************************************************************
17
18
19
20
21
22
23   TRANSCRIBED BY:
24   Kay Counseller
25   Certified Shorthand Reporter
```

Kim Tindall & Associates, Inc.    16414 San Pedro    San Antonio, Texas 78232
Phone (210) 697-3400              Suite 900          Fax (210) 697-3408

BILL_FILE-0016401

1   So I ask a basic question:  Who actually sat at the computer
2   and physically constructed House Bill 1?
3                CHAIR HUNTER:  Let -- let me just give you a
4   comprehensive answer.  Nobody saw the map until I filed it.  I
5   heard this rumor going out, That's what they did 10, 20 years
6   ago.  I've been watching a video on YouTube video about this.
7   That's not how we do it today.
8                What I did, Mr. Turner, I continually asked
9   House members and held the public hearings, which we listened
10  to, to submit into the Red Apple program concepts.  I received
11  regional groups, individuals.  I will tell you that some of the
12  areas of the state turned them in and then members of that
13  region came in and said they didn't agree with it.
14               So what we did is we took the Red Apple
15  programming, I then have a law firm that advises me with their
16  technical folks.  With some of my staff, I got them to take a
17  look at it, had them run the legal and the data, give me the
18  suggestions, and then I made the decision.
19               CHAIR TURNER:  Okay.  Thank you, Mr. Chairman.
20  So can I ask the name of the law firm?
21               CHAIR HUNTER:  Butler Snow.
22               CHAIR TURNER:  Butler Snow.  All right.  And so
23  in terms of who actually drew the plan, is that you or your
24  staff or someone at Butler Snow?
25               CHAIR HUNTER:  It's a combination of all.

Kim Tindall & Associates, Inc.        16414 San Pedro        San Antonio, Texas 78232
Phone (210) 697-3400                  Suite 900              Fax (210) 697-3408

BILL_FILE-0016418

```
 1                CHAIR TURNER:  All right.  Thank you.  And then
 2   last week there was a media report that there's a gentleman
 3   named Adam Foltz who works for either the Texas Legislative
 4   Council or the Redistricting Committee.  I think there was some
 5   confusion on that.  Was Mr. Foltz involved in drawing the maps?
 6                CHAIR HUNTER:  Yes.  And he reports to me.
 7                CHAIR TURNER:  Okay.  So is he an employee of
 8   the House Redistricting Committee?
 9                CHAIR HUNTER:  He is not an employees of the
10   House Redistricting Committee.  He is an employee through the
11   Legislative Council, assigned to me, which happens quite a bit.
12   It's not just in this situation.
13                CHAIR TURNER:  Okay.  So did -- did Legislative
14   Council hire him or did --
15                CHAIR HUNTER:  I think they actually -- you'll
16   have to check on the formality but I think they actually do the
17   contract and then he's assigned to me, just like they do with
18   all -- many of their employees who do the same.
19                CHAIR TURNER:  Okay.  So it was -- was it a
20   decision of Legislative Council to hire him or was it --
21                CHAIR HUNTER:  It was my request.
22                CHAIR TURNER:  It was your decision?
23                CHAIR HUNTER:  Yes.
24                CHAIR TURNER:  Okay.
25                CHAIR HUNTER:  Everything falls on me.
```

Kim Tindall & Associates, Inc.       16414 San Pedro        San Antonio, Texas 78232
Phone (210) 697-3400                 Suite 900              Fax (210) 697-3408

BILL_FILE-0016419