**CERTIFIED MAIL®**

7020 1810 0001 9915 2800

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

NICHOLAS RUSSIN GERSH
DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

3:21CV259DCG Text Odr granting ProHac

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**CERTIFIED MAIL®**

7020 1810 0001 9915 2817

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

ANTHONY P ASHTON
NAACP OFFICE OF GEN COUNSEL
4805 MT HOPE DRIVE
BALTIMORE MD 21215

3:21CV259DCG Text Odr granting ProHac

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**CERTIFIED MAIL®**

7020 1810 0001 9915 2824

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

ALEXANDER S. DAVIS
1500 K STREET NW, SUITE 900
WASHINGTON DC 20005

3:21CV259DCG Text Odr granting ProH

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**CERTIFIED MAIL®**

7020 1810 0001 9915 2794

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

MARGARET MORTIMER
DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036

3:21CV259DCG Text Odr granting ProHa

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions