UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

LULAC

vs.                                               Case No.: 3:21-cv-259

Abbott

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Patrick Strawbridge, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent movants, Texas House Members, House employees, the House Speaker, General Counsel to the House, and House Parliamentarian in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Consovoy McCarthy PLLC with offices at:

   Mailing address: Ten Post Office Square, 8th Fl. South PMB #706

   City, State, Zip Code: Boston, MA 02109

   Telephone: 617-227-0548    Facsimile:

2. Since October 28, 2004, Applicant has been and presently is a member of and in good standing with the Bar of the State of Maine. Applicant's bar license number is 10024.

3. Applicant has been admitted to practice before the following courts:

   Court:                          Admission date:

   See attachment

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 5:18-cv-00175  on the 9  day of April , 2018 .

   Number: _____ on the ___ day of _____, ____.

   Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: J. Michael Connolly

Mailing address: Consovoy McCarthy PLLC, 1600 Wilson Blvd., Ste. 700

City, State, Zip Code: Arlington, VA 22209

Telephone: 703-243-9423

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Patrick Strawbridge to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Patrick Strawbridge
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 20 day of June, 2022.

Patrick Strawbridge
[printed name of Applicant]

*[signature]*
[signature of Applicant]

OTHER BAR ADMISSIONS

| Bar | Date of Admission |
| --- | --- |
| Maine | 10/28/04 |
| Massachusetts | 07/13/10 |
| Supreme Court of the United States | |
| U.S. Court of Appeals for the First Circuit | 11/3/10 |
| U.S. Court of Appeals for the Second Circuit | 6/13/19 |
| U.S. Court of Appeals for the Fourth Circuit | |
| U.S. Court of Appeals for the Sixth Circuit | |
| U.S. Court of Appeals for the Seventh Circuit | |
| U.S. Court of Appeals for the Eighth Circuit | |
| U.S. Court of Appeals for the Ninth Circuit | |
| U.S. Court of Appeals for the Tenth Circuit | 1/23/17 |
| U.S. Court of Appeals for the D.C. Circuit | |
| U.S. Court of Appeals for the Federal Circuit | |
| U.S. District Court for the District of Massachusetts | |
| U.S. District Court for the District of Maine | |
| U.S. District Court for the District of Columbia | |
| U.S. District Court for the Southern District of New York | |
| U.S. District Court for the Northern District of Georgia | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

LULAC

vs.                                                 Case No.: 3:21-cv-259

Abbott

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Patrick Strawbridge, counsel for Movants, Texas House Members, House employees, House Speaker, General Counsel to the House, House Parliamentarian, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Patrick Strawbridge may appear on behalf of Movants in the above case.

IT IS FURTHER ORDERED that Patrick Strawbridge, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20 _____.

_____
Please Choose Judge