UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | |
| *Plaintiff-Intervenors*, | § § | **EP-21-CV-00259-DCG-JES-JVB** [Lead Case] |
| v. | § § | |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| **ROSALINDA RAMOS ABUABARA,** *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | **Case No. 1:21-CV-00965-RP-JES-JVB** [Consolidated Case] |
| **JOHN SCOTT,** *in his official capacity as Texas Secretary of State*, *et al.*, | § § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| **ROY CHARLES BROOKS,** *et al.*, | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | **Case No. 1:21-CV-00991-LY-JES-JVB** [Consolidated Case] |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § § | |

## ORDER

In response to the Court's Memorandum Opinion and Order on certain motions to dismiss, ECF No. 307, the Abuabara Plaintiffs and Brooks Plaintiffs move to add additional parties to this action. ECF Nos. 317 and 320. Defendants oppose these motions. ECF Nos. 336 and 337. The Court concludes that Plaintiffs have satisfied the requirements for joinder under Rule 20(a) and Rule 21 of the Federal Rules of Civil Procedure and have shown good cause for joining the additional parties.

**IT IS ORDERED** that the Abuabara Plaintiffs' "Corrected Motion for Leave to Join Additional Plaintiffs" (ECF No. 317) and the Brooks Plaintiffs' "Motion for Leave to Join Additional Parties" (ECF No. 320) are **GRANTED**.

**IT IS FURTHER ORDERED** that the District Clerk shall **TERMINATE** the Abuabara Plaintiffs' "Motion for Leave to Join Additional Parties" (ECF No. 316).

**So ORDERED and SIGNED this 21st day of June 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | |
|---|---|
| **Jerry E. Smith** | **Jeffrey V. Brown** |
| **United States Circuit Judge** -and- | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | **Southern District of Texas** |