# EXHIBIT 1

## Privilege Log - Speaker Dade Phelan

| Control Number | Privilege Claim | Author | From | To | CC | BCC | Description |
|---|---|---|---|---|---|---|---|
| N/A | Legislative | | | | | | Speaker Dade Phelan possesses a RedAppl account, and within that account there data files relating to draft electoral maps. These RedAppl files reveal his thoughts, opinions, and mental impressions on draft redistricting legislation in the course of the redistricting process. |