# EXHIBIT 3

Joe Straus                                                    October 24, 2011

                                                                             1
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


    STATE OF TEXAS,                  '
         Plaintiff,                  '
                                     '
    VS.                              '
                                     '
    UNITED STATES OF AMERICA         '
    AND ERIC H. HOLDER, JR.,         '
    IN HIS OFFICIAL CAPACITY         '
    AS ATTORNEY GENERAL OF           '
    THE UNITED STATES,               '
         Defendants,                 '
                                     '
    WENDY DAVIS, ET AL,              '
         Defendant-Intervenors,      '
                                     '
    MEXICAN AMERICAN                 '   CIVIL ACTION NO.
    LEGISLATIVE CAUCUS,              '   1:11-EV-1303
         Defendant-Intervenors,      '   (RMC-TBG-BAH)
                                     '   THREE-JUDGE COURT
    GREG GONZALES, ET AL,            '
         Defendant-Intervenors,      '
                                     '
    TEXAS LEGISLATIVE BLACK          '
    CAUCUS,                          '
         Defendant-Intervenors,      '
                                     '
    TEXAS LATINO REDISTRICTING       '
    TASK FORCE,                      '
         Defendant-Intervenor,       '
                                     '
    TEXAS STATE CONFERENCE OF        '
    NAACP BRANCHES, ET AL,           '
         Defendant-Intervenors,      '



    ********************************************************
      ORAL DEPOSITION OF TEXAS HOUSE SPEAKER JOE STRAUS III
    ********************************************************


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 800
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Joe Straus                                           October 24, 2011

```
                                                                    2
 1         ANSWERS AND DEPOSITION OF JOE STRAUS III, produced
 2    as a witness at the instance of the Defendant, taken in
 3    the above-styled and numbered cause on the 24th day of
 4    October, 2011, beginning at 1:00 p.m., before Geneva G.
 5    Garcia, a Certified Shorthand Reporter in and for the
 6    State of Texas, at the offices of the U.S. Attorney's
 7    Office, located at 601 Northwest Loop 410, Suite 600,
 8    San Antonio, Texas, in accordance with the Federal
 9    Rules of Civil Procedure and the agreements hereinafter
10    set forth.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 800
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Joe Straus                                              October 24, 2011

```
                                                               3
 1                      A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4         MR. DAVID J. SCHENCK and
           MR. JAY DYER
 5         Office of the Attorney General of Texas
           209 West 14th Street
 6         8th Floor
           Austin, Texas
 7         (512) 936-1342
           (512) 936-0545 (Fax)
 8
 9         MR. THOMAS R. PHILLIPS
           Baker Botts, L.L.P.
10         98 San Jacinto Boulevard
           Suite 1500
11         Austin, Texas 78701-4078
           (512) 322-2565
12         (512) 322-8363 (Fax)
13
           MR. LISA KAUFMAN
14         House of Representatives
           Special Counsel to the Speaker
15         P.O. Box 2910
           Austin, Texas  78768
16         (512) 463-0921
           (512) 463-0278 (Fax)
17
18    FOR THE DEFENDANT:
19         MR. BRYAN L. SELLS
           Special Litigation Counsel
20         U.S. Department of Justice
           950 Pennsylvania Ave., NW
21         NWB Room 7264
           Washington, DC  20530
22         (202) 353-0792
           (202) 307-3961 (Fax)
23
24    ALSO PRESENT:
25         Ms. Denise Davis
```



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 800
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com