# EXHIBIT 4

Joe Strausiii                                                                 June 11, 2012

```
                                                              1
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

    STATE OF TEXAS,                    )
              Plaintiff,               )
                                       )
    V.                                 )
                                       )
    ERIC H. HOLDER, JR.,               )
    in his official capacity           )
    as Attorney General of             )
    the United States,                 )
              Defendant.               )
                                       )
    ERIC KENNIE, et al.,               )
         Defendant-Intervenors,        )
                                       )
    TEXAS STATE CONFERENCE             )  CASE NO. 1:12-CV-00128
    OF NAACP BRANCHES, et al.,         )  (RMC-DST-RLW)
         Defendant-intervenors,        )  Three-Judge Court
                                       )
    TEXAS LEAGUE OF YOUNG              )
    VOTERS EDUCATION FUND, et al.,     )
         Defendant-Intervenors,        )
                                       )
    TEXAS LEGISLATIVE BLACK            )
    CAUCUS, et al.,                    )
         Defendant-Intervenors,        )
                                       )
    VICTORIA RODRIGUEZ, et al.,        )
         Defendant-Intervenors.        )

              _____

                         ORAL DEPOSITION OF
                       SPEAKER JOE STRAUS, III
                           JUNE 11, 2012
              _____

         ORAL DEPOSITION OF SPEAKER JOE STRAUS, III, produced
    as a witness at the instance of the Defendant, and duly sworn,
    was taken in the above-styled and numbered cause on the 11th day
    June, 2012, from 9:35 a.m. to 4:10 p.m., before Amy C. Kofron,
    CSR in and for the State of Texas, reported by machine
    shorthand, at the offices of the United States Attorney, 816
    Congress Avenue, Austin, Texas, pursuant to the Federal Rules of
    Civil Procedure and the provisions stated on the record or
    attached hereto.
```



Toll Free: 800.211.DEPO
Facsimile: 202.296.8652

Suite 350
1425 K Street NW
Washington, DC 20005
www.esquiresolutions.com