# EXHIBIT 5

JOE STRAUS                                                    6/23/2014
CONFIDENTIAL TRANSCRIPT

```
                                                                    1
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION

MARC VEASEY, et al.,            )
        Plaintiffs,             )
                                )
v.                              ) Civil Action
                                ) No. 2:13-cv-193(NGR)
RICK PERRY, et al.,             )
        Defendants.             )
_____  )
                                )
UNITED STATES OF AMERICA,       )
        Plaintiff,              )
                                )
TEXAS LEAGUE OF YOUNG           )
VOTERS EDUCATION FUND,          )
et al.,                         )
        Plaintiff-              )
        Intervenors,            )
                                ) Civil Action
TEXAS ASSOCIATION OF            ) No. 2:13-cv-263(NGR)
HISPANIC COUNTY JUDGES AND      )
COUNTY COMMISSIONERS,           )
et al.,                         )
        Plaintiff-              )
        Intervenors,            )
                                )
v.                              )
                                )
STATE OF TEXAS, et al.,         )
        Defendants.             )
_____  )

                    ORAL DEPOSITION OF
                        JOE STRAUS
                     JUNE 23, 2014

                   HIGHLY CONFIDENTIAL

    ORAL DEPOSITION OF JOE STRAUS, produced as a
witness at the instance of the Plaintiff United States
```

U.S. LEGAL SUPPORT - AUSTIN, TEXAS
512-292-4249

JOE STRAUS                                                      6/23/2014
CONFIDENTIAL TRANSCRIPT

```
                                                                     2
 1  of America, and duly sworn, was taken in the
 2  above-styled and -numbered cause on JUNE 23, 2014, from
 3  9:02 a.m. to 12:30 p.m., before KELLY E. FISHER, CSR, in
 4  and for the State of Texas, reported by machine
 5  shorthand, at the Office of the Attorney General, 209
 6  West 14th Street, Austin, Texas 78701 pursuant to the
 7  Federal Rules of Civil Procedure and the provisions
 8  stated on the record herein.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```