

RE: 3:21-CV-259-DCG
Text Order granting Pro Hac Vice
6/21/22

Patrick Strawbridge
Consovoy McCarthy PLLC
Ten Post Office Square,
8th Fl. South Pmb #706
Boston, MA 02109