**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> *Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. <br> 21-CV-00259-DCG-JES-JVB <br> [lead case] |
| VERONICA ESCOBAR, U.S. Representative of the 16th congressional district of Texas; and, RAMSEY ENGLISH CANTU. <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas; JOHN SCOTT, in his official capacity as Secretary of the State of Texas, <br><br> *Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:22-CV-00022 <br> [consolidated case] |

**PLAINTIFFS ESCOBAR & ENGLISH CANTU'S**
**UNOPPOSED MOTION FOR NONSUIT**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs seek a nonsuit of their claims against the defendants. There are no pending counter-claims or claims of affirmative relief against the plaintiffs. The defendants will not be prejudiced in any way by allowing the plaintiffs to nonsuit their claims. This nonsuit is sought in good faith and in the interest of

justice. Plaintiff seeks no tactical advantage by nonsuiting at this time. This motion is unopposed by any party in the litigation.

Plaintiffs pray this Court will grant their motion to nonsuit.

**DATED**: June 22, 2022                                Respectfully,

By: /s/ *Martin Golando*

The Law Office of Martin Golando, PLLC
Texas Bar No. 24059153
2326 W. Magnolia Ave.
San Antonio, Texas 78201
Office: (210) 471-1185
Fax: (210) 405-6772
Email: martin.golando@gmail.com

Attorney for Plaintiffs