## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., | § § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | CIVIL ACTION NO. 21-CV-00259-DCG-JES-JVB |
| GREG ABBOTT, et al., | § § | [lead case] |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| VERONICA ESCOBAR, U.S. Representative of the 16th congressional district of Texas; and, RAMSEY ENGLISH CANTU. | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:22-CV-00022 [consolidated case] |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas; JOHN SCOTT, in his official capacity as Secretary of the State of Texas, | § § § § § | |
| *Defendants*. | § § | |

### PROPOSED ORDER ON PLAINTIFFS MOTION TO NONSUIT

Before the Court is the Plaintiffs' Unopposed Motion for Nonsuit. That motion is GRANTED.

SIGNED this ____ day of _____, 2022.

_____
Judge Presiding