UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § § | **EP-21-CV-00259-DCG-JES-JVB** |
| *Plaintiff-Intervenors*, | § § | **[Lead Case]** |
| v. | § § § | |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| **VERONICA ESCOBAR,** *U.S. Representative of the 16th Congressional District of Texas*, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | **Case No. 3:22-CV-00022-DCG** |
| v. | § § § | **[Consolidated Case]** |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants.* | § § § | |

## ORDER

Plaintiffs Veronica Escobar and Ramsey English Cantu move to voluntarily dismiss their claims under Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendants are unopposed. In view thereof, the Court enters the following orders:

**IT IS ORDERED** that Plaintiff Veronica Escobar and Ramsey English Cantu's "Unopposed Motion for Nonsuit" (ECF No. 361) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's "Motion to Dismiss the Escobar Plaintiffs' First Amended Complaint" (ECF No. 287) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the District Clerk shall **TERMINATE** Plaintiffs Veronica Escobar and Ramsey English Cantu from the above-captioned lead case.

**IT IS FURTHER ORDERED** that the District Clerk shall **ENTER** this Order on the docket for *Escobar v. Abbott*, No. 3:22-cv-00022 (W.D. Tex.) and **CLOSE** that case.

**So ORDERED and SIGNED this 23rd day of June 2022.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |