UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREGORY W. ABBOTT et al.,<br><br>    Defendants. | Civil Action No. 3:21-cv-00259<br><br>(Lead Case) |
| FAIR MAPS TEXAS ACTION COMMITTEE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT et al.,<br><br>    Defendants. | Civil Action No. 3:21-cv-01038<br><br>(Consolidated case) |

**CORRECTED CERTIFICATE OF SERVICE FOR FAIR MAPS PLAINTIFFS' MOTION TO SEAL SUPPLEMENTAL EVIDENCE**

I certify that on June 22, 2022, Fair Maps Plaintiffs' Motion to Seal Supplemental Evidence (ECF No. 364) and all of its exhibits was served on defense counsel via electronic mail.

Respectfully submitted,

*/s/Ashley Harris*
Ashley Harris
TX Bar No. 24078344
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146 Fax. (713) 942-8966
aharris@aclutx.org