# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT BY TEXAS HOUSE SPEAKER DADE PHELAN, GENERAL COUNSEL TO THE HOUSE MARGO CARDWELL, AND HOUSE PARLIAMENTARIAN SHARON CARTER

Movants Texas House Speaker Dade Phelan, General Counsel to the House Margo Cardwell, and House Parliamentarian Sharon Carter respectfully seek leave to exceed the page limit for discovery and case-management motions in connection with their Reply in Support of their Motion to Quash Deposition Subpoenas, attached to this Motion as an exhibit. Under Local Rule 7.E.3., the page limit for a reply in support of a discovery motion is 5 pages. Movants seek leave to file a motion that does not exceed 10 pages, excluding the cover page, signatures, and certifications.

Movants seek leave to ensure that they have sufficient opportunity to explain the factual and legal basis of their arguments in support of the motion and for other good cause. In particular, the United States and MALC have filed separate responses to the motion, and the excess pages are

necessary to reply to both response briefs. Leave will not prejudice any party. Counsel for Movants has conferred with counsel for the United States and private plaintiffs, who do not oppose this motion.

For these reasons, Movants respectfully request that the Court grant this motion.

| | |
|---|---|
| Date: June 24, 2022 | Respectfully submitted, |
| | /s/ *Taylor A.R. Meehan* |
| Adam K. Mortara | J. Michael Connolly |
| LAWFAIR LLC | Taylor A.R. Meehan |
| 125 South Wacker, Suite 300 | Frank H. Chang |
| Chicago, IL 60606 | Jeffrey S. Hetzel |
| Tel: (773) 750-7154 | CONSOVOY MCCARTHY PLLC |
| mortara@lawfairllc.com | 1600 Wilson Blvd., Suite 700 |
| | Arlington, VA 22209 |
| | Tel: (703) 243-9423 |
| | mike@consovoymccarthy.com |
| | taylor@consovoymccarthy.com |
| | frank@consovoymccarthy.com |
| | jhetzel@consovoymccarthy.com |
| | *Counsel for House Legislators and Staff* |
| | /s/ *Patrick K. Sweeten* |
| | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| KEN PAXTON | Tex. State Bar No. 00798537 |
| Attorney General of Texas | |
| | WILLIAM T. THOMPSON |
| BRENT WEBSTER | Deputy Chief, Special Litigation Unit |
| First Assistant Attorney General | Tex. State Bar No. 24088531 |
| | JACK B. DISORBO |
| | Assistant Attorney General, Special Litigation Unit |
| | Tex. State Bar No. 24120804 |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |
| | jack.disorbo@oag.texas.gov |
| | *Counsel for Defendants, Senate and House Legislators and Staff* |

**CERTIFICATE OF CONFERENCE**

I certify that counsel conferred regarding the subject of this motion. Counsel indicated the United States and plaintiffs do not oppose this Motion for Leave.

*/s/ Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 24, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN