IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**ORDER**

Upon consideration of Movants Texas House Speaker Dade Phelan, General Counsel to the House Margo Cardwell, and Texas House Parliamentarian Sharon Carter's Motion for Leave to Exceed Page Limit, it is hereby

**ORDERED** that the Motion for Leave is **GRANTED**; and it is further

**ORDERED** that Movants may file a Reply in Support of their Motion for Quash Deposition Subpoenas and Motion for Protective Order that does not exceed 10 pages, excluding the cover page, signatures, and certifications.

**SO ORDERED** and **SIGNED** this ____ day of June, 2022.

                                          _____

**David C. Guaderrama**
**U.S. District Judge**
**U.S. District Court for the Western District of Texas**

*On behalf of*

**Jerry E. Smith**
**U.S. Circuit Judge**
**U.S. Court of Appeals for the Fifth Circuit**

**Jeffrey V. Brown**
**U.S. District Judge**
**U.S. District Court for the Southern District of Texas**