IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>*Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br>*Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br>*Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br>*Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**UNOPPOSED MOTION TO EXTEND PAGE LIMIT**

The United States has moved to enforce several document subpoenas issued to members of the Texas Legislature and legislative staff. The Legislators respectfully seek leave to file a brief in opposition to that motion that does not exceed seventeen pages in length. Counsel for the Legislators have conferred with counsel for the United States, and the latter has indicated they do not oppose this motion for leave. Therefore, the Legislators respectfully request that the Court grant their motion for leave and allow them to file an opposition brief that does not exceed seventeen pages in length.

Date: June 24, 2022                                Respectfully submitted,

KEN PAXTON                                         /s/ Patrick K. Sweeten
Attorney General of Texas                          PATRICK K. SWEETEN
                                                   Deputy Attorney General for Special Litigation
BRENT WEBSTER                                      Tex. State Bar No. 00798537
First Assistant Attorney General
                                                   WILLIAM T. THOMPSON
                                                   Deputy Chief, Special Litigation Unit
                                                   Tex. State Bar No. 24088531

                                                   JACK B. DISORBO
                                                   Assistant Attorney General, Special Litigation Unit
                                                   Tex. State Bar No. 24120804

                                                   OFFICE OF THE ATTORNEY GENERAL

                                                   P.O. Box 12548 (MC-009)
                                                   Austin, Texas 78711-2548
                                                   Tel.: (512) 463-2100
                                                   Fax: (512) 457-4410
                                                   patrick.sweeten@oag.texas.gov
                                                   will.thompson@oag.texas.gov
                                                   jack.disorbo@oag.texas.gov

                                                   *Counsel for Defendants, Senate and House Legislators and Staff*

Adam K. Mortara                                    /s/ Taylor A.R. Meehan
LAWFAIR LLC                                        J. Michael Connolly
125 South Wacker, Suite 300                        Taylor A.R. Meehan
Chicago, IL 60606                                  Frank H. Chang
Tel: (773) 750-7154                                Jeffrey S. Hetzel
mortara@lawfairllc.com                             CONSOVOY MCCARTHY PLLC
                                                   1600 Wilson Blvd., Suite 700
                                                   Arlington, VA 22209
                                                   Tel: (703) 243-9423
                                                   mike@consovoymccarthy.com
                                                   taylor@consovoymccarthy.com
                                                   frank@consovoymccarthy.com
                                                   jhetzel@consovoymccarthy.com

                                                   *Counsel for House Legislators and Staff*

### CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the United States regarding this motion for leave, and that counsel indicated they do not oppose the relief sought here.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 24, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN