# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

## ORDER

Before the Court is the Legislators' Unopposed Motion to Extend Page Limit. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion to Extend Page Limit is **GRANTED**.

The Legislators **MAY FILE** an opposition brief that does not exceed seventeen pages.

**So ORDERED and SIGNED on this ___ day of June, 2022.**

                                  **David C. Guaderrama,**
                                  **United States District**
                                  **Judge Western District**
                                  **of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |