UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, et al.
vs.
Gregory W. Abbott, et al.,

Case No.: 3:21-cv-00259

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by <u>Harleen K. Gambhir</u>, counsel for <u>See attached</u>, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and <u>Harleen K. Gambhir</u> may appear on behalf of <u>See attached</u> in the above case.

IT IS FURTHER ORDERED that <u>Harleen K. Gambhir</u>, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of <u>June</u>, 20_____.

_____
Please Choose Judge

## Plaintiffs in 3:21-cv-00259

- Rosalina Ramos Abuabara
- Akilah Bacy
- Orlando Flores
- Marilena Garza
- Cecilia Gonzales
- Agustin Loredo
- Cinia Montoya
- Ana Ramon
- Jana Lynee Sanchez
- Jerry Shafer
- Debbie Lynn Solis
- Angel Ulloa
- Mary Uribe