UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |

## NOTICE OF APPEARANCE

Defendants file this Notice of Appearance to alert the Court that Ryan G. Kercher, Assistant Attorney General for General Litigation, will appear as co-counsel in the above-captioned case. Mr. Kercher is a member in good standing with the United States District Court, Western District of Texas and with the State Bar of Texas. Defendants request that a copy of all papers served or filed in this action be forwarded to:

Ryan G. Kercher
Texas Bar No. 24060998
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov

| | |
|---|---|
| Date: June 27, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | ARI M. HERBERT<br>Assistant Attorney General for Special Litigation<br>Tex. State Bar No. 24126093 |
| | */s/ Ryan G. Kercher*<br>RYAN G. KERCHER<br>Assistant Attorney General for General Litigation<br>Texas Bar No. 24060998 |
| | Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>ari.herbert@oag.texas.gov<br>ryan.kercher@oag.texas.gov |
| | **Counsel for Defendants** |

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER