## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, *et al.*,

    *Plaintiffs*,

v.

GREG ABBOTT, in his official capacity as
Governor of the State of Texas, *et al.*,

    *Defendants*.

CIVIL ACTION NO.
3:21-cv-00259-DCG-JES-JVB
[Consolidated Action:  Lead Case]

### OPPOSED JOINT MOTION OF PLAINTIFFS LULAC, ET AL. ABUABARA ET AL., AND TEXAS NAACP FOR LEAVE TO EXCEED PAGE LIMIT FOR THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT ABBOTT

Pursuant to Local Rule CV-7(C)(3), LULAC Plaintiffs, Abuabara Plaintiffs, and Plaintiff Texas NAACP ("Plaintiffs") move for leave to file a brief in excess of ten (10) pages—for up to twenty-five (25) pages—in support of their forthcoming joint motion to compel production of documents from Defendant Abbott.  A proposed order is attached hereto, along with Plaintiffs' proposed motion and related exhibits.

Plaintiffs seek leave to exceed the page limit in order to explain the factual and legal bases of their request, given the myriad privilege issues raised by Abbott's privilege log.  Those issues include the scope and applicability of the legislative privilege, Texas Government Code § 323.017, deliberative-process privilege, attorney-client privilege, and work product doctrine.  Granting this motion will not prejudice any party, especially in light of the consolidated nature of Plaintiffs'

proposed motion, which spares Defendants from responding to three sets of briefing on the instant dispute.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion.

DATED:  June 27, 2022

*s/ Nina Perales*
Nina Perales
Texas Bar No. 24005046
Samantha Serna
Texas Bar No. 24090888
Fátima Menendez
Texas Bar No. 24090260
Kenneth Parreno*
Massachusetts Bar No. 705747
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

*Admitted *pro hac vice*

*ATTORNEYS FOR LULAC PLAINTIFFS*

*/s/ David R. Fox*
Aria C. Branch*
David R. Fox*
Francesca Gibson*
Richard A. Medina*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
abranch@elias.law
dfox@elias.law
fgibson@elias.law
rmedina@elias.law

Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
khamilton@perkinscoie.com

Renea Hicks
Attorney at Law
Texas Bar No. 09580400
**Law Office of Max Renea Hicks**
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

*Counsel for Abuabara Plaintiffs*

*\*Admitted pro hac vice*


s/ Lindsey B. Cohan
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Jon Greenbaum*
Ezra D. Rosenberg*
Pooja Chaudhuri*
Sofia Fernandez Gold*
Alexander S. Davis*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*jgreenbaum@lawyerscommittee.org*
*erosenberg@lawyerscommittee.org*

*pchaudhuri@lawyerscommittee.org*
*sfgold@lawyerscommittee.org*
*adavis@lawyerscommittee.org*

Neil Steiner*
Margaret Mortimer*
Nicholas Gersh*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*
*margaret.mortimer@dechert.com*
*nicholas.gersh@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT
NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims
related to Texas state senate and state house
plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*aashton@naacpnet.org*
Janette M. Louard

4

Anna Kathryn Barnes
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*abarnes@naacpnet.org*
*Attorneys appearing of counsel*

**Counsel for the Texas State Conference of NAACP**

*Admitted pro hac vice

## CERTIFICATE OF CONFERENCE

I hereby certify that, on June 22, 2022, counsel for Plaintiffs emailed counsel for Defendants regarding the instant motion and Plaintiffs' joint motion to compel.  On June 23, 2022, counsel for Defendants responded to Plaintiffs regarding their joint motion to compel, but did not state whether they opposed the instant motion   That same day, counsel for Plaintiffs again emailed counsel for Defendants' to determine their position on the instant motion.  On June 24, 2022, counsel for Defendants responded and stated that they oppose Plaintiffs' motion.

*/s/ Nina Perales*
Nina Perales

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 27th day of June 2022.

*/s/ Nina Perales*
Nina Perales