IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

## [PROPOSED] ORDER GRANTING JOINT MOTION OF PLAINTIFFS LULAC, ET AL., ABUABARA ET AL., AND TEXAS NAACP TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT ABBOTT

Pending before the Court is the Joint Motion of Plaintiffs LULAC, *et al.*, Abuabara, *et al.*, and Texas NAACP to Compel Production of Documents From Defendant Abbott. Dkt. _____. Upon review of the request, the motion is GRANTED. Defendant Abbott is hereby ORDERED to produce all documents listed in Exhibit A of the motion, Dkt. _____, within 7 days of this Order.

SO ORDERED and SIGNED this _____ day of _____ 2022.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |