## Privilege Log - Office of the Governor

| Control Number | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|
| DOC_0356555 | | | Greg Abbott | Jeff Oldham | Luis Saenz; Gardner Pate; Angela Colmenero | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356556 | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356557 | | 5/27/2013 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes input from OOG attorneys. |

| Doc ID | From | Date | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| DOC_0356558 | | | Jeff Oldham | Angela Colmenero | | Attorney Client; Work Product; Deliberative | Document related to draft litigation hold letter regarding redistricting litigation. Includes input from OOG attorneys. |
| DOC_0356559 | Angela Colmenero | 9/3/2021 | | | | Attorney Client; Work Product; Deliberative | Document related to draft litigation hold letter regarding redistricting litigation. Includes input from OOG attorneys. |
| DOC_0356560 | | | Courtney Hjaltman; Gardner Pate; Jeff Oldham; Angela Colmenero | Sean Opperman | | Legislative | Confidential communication from Senator Huffman to members of the Senate, as well as certain executive branch offices, regarding expected release of Census data. |
| DOC_0356561 | Sean Opperman | 8/12/2021 | | | | Legislative | Confidential communication from Senator Huffman to members of the Senate, as well as certain executive branch offices, regarding expected release of Census data. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0356569 | | | Luis Saenz; Gardner Pate; Jeff Oldham; Angela Colmenero; Mark Miner; Renae Eze | Wes Hambrick | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft letter to U.S. Census Bureau. Includes input from OOG attorneys. |
| DOC_0356571 | | | Greg Davidson | Jeff Oldham | Angela Colmenero; Gardner Pate | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356575 | | | Luis Saenz; Gardner Pate; Jordan Hale; Sarah Hicks; Wes Hambrick; Courtney Hjaltman; Renae Eze; Mark Miner; Chris Warren; Nan Tolson; Sheridan Nolen; Jeff Oldham; Kieran Hillis; Joseph Behnke; Marie Dahlmann; Greg Davidson; Cobey Fletcher | Angela Colmenero | | | Attorney Client; Work Product | Confidential communication regarding litigation hold for redistricting litigation. Includes input from OOG attorneys. |

| Doc ID | Author | Date | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| DOC_0356576 | Angela Colmenero | 9/3/2021 | | | | Attorney Client; Work Product | Confidential communication regarding litigation hold for redistricting litigation. Includes input from OOG attorneys. |
| DOC_0356578 | Greg Davidson | 9/1/2021 | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356579 | | | Jeff Oldham; Luis Saenz; Angela Colmenero | Gardner Pate | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356580 | Greg Davidson | 9/1/2021 | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes input from OOG attorneys. |

| Doc ID | From | Date | To | CC | | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| DOC_0356581 | | | Luis Saenz; Gardner Pate; Jeff Oldham | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356582 | Greg Davidson | 9/7/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356583 | | | Luis Saenz; Gardner Pate; Jeff Oldham | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356584 | Greg Davidson | 9/7/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes input from OOG attorneys. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0356585 | Greg Davidson | 9/2/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356586 | | | Gardner Pate; Jeff Oldham; Courtney Hjaltman; Angela Colmenero | Sean Opperman | Anna Mackin | | Attorney Client; Work Product; Deliberative | Confidential communication regarding potential third special session. Inludes input from OOG attorneys. |
| DOC_0356587 | | 8/26/2021 | | | | | Attorney Client; Work Product; Deliberative | Attachment to confidential communication regarding potential third special session. Inludes input from OOG attorneys. |
| DOC_0356588 | | 8/26/2021 | | | | | Attorney Client; Work Product; Deliberative | Attachment to confidential communicationregarding potential third special session. Inludes input from OOG attorneys. |

| Doc ID | From | Date | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| DOC_0356590 | | | Jeff Oldham | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356591 | Greg Davidson | 9/2/2021 | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356592 | | | Greg Davidson; Luis Saenz; Jeff Oldham | Gardner Pate | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356593 | | | Sean Opperman; Gardner Pate; Jeff Oldham; Angela Colmenero | Courtney Hjaltman | Anna Mackin | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0356594 | | | Nan Tolson; Sheridan Nolen; Chris Warren; Mark Miner; Luis Saenz; Jeff Oldham; James Sullivan | Gardner Pate | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356595 | | | Sheridan Nolen; Chris Warren; Mark Miner; Luis Saenz; Gardner Pate; Jeff Oldham; James Sullivan | Nan Tolson | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356596 | | | Sheridan Nolen; Nan Tolson; Chris Warren; Mark Miner; Gardner Pate; Jeff Oldham; James Sullivan | Luis Saenz | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356597 | | | Nan Tolson; Sheridan Nolen; Chris Warren; Mark Miner; Gardner Pate; Jeff Oldham; James Sullivan | Luis Saenz | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0356598 | | | Angela Colmenero | Senate Redistricting & Jurisprudence Committee (via Dropbox) | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication from Senate Redistricting Committee regarding materials related to draft redistricting legislation. |
| DOC_0356599 | | 3/18/2022 | | | | | Attorney Client; Work Product; Deliberative | Communication from U.S. Census Bureau regarding census data, with annotations by OOG attorneys. |
| DOC_0356600 | | | Angela Colmenero | Senate Redistricting & Jurisprudence Committee (via Dropbox) | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication from Senate Redistricting Committee regarding materials related to draft redistricting legislation. |
| DOC_0356604 | | | Nan Tolson; Chris Warren; Mark Miner; Luis Saenz; Gardner Pate; Jeff Oldham; James Sullivan | Sheridan Nolen | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |

| Doc ID | From | Date | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| DOC_0356606 | | 3/10/2022 | Greg Abbott | Dan Patrick | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft redistricting legislation. |
| DOC_0356609 | | | Greg Abbott | Jeff Oldham | Luis Saenz; Gardner Pate; Angela Colmenero | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes input from OOG attorneys. |
| DOC_0356610 | Greg Davidson | 9/2/2021 | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes input from OOG attorneys. |