## Privilege Log - Office of the Governor

| Control Number | File Extension | Custodian | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356555 | MSG | OOG | | 9/2/2021 | Greg Abbott | Jeff Oldham (attorney) | Luis Saenz; Gardner Pate; Angela Colmenero (attorney) | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356556 | DOC | OOG | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356557 | PDF | OOG | | 5/27/2013 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |

| Doc ID | Type | Source | Author | Date | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| DOC_0356560 | MSG | OOG | | 8/12/2021 | Courtney Hjaltman; Gardner Pate; Jeff Oldham (attorney); Angela Colmenero (attorney) | Sean Opperman (attorney) | | Legislative | Confidential communication from Senator Huffman to members of the Senate, as well as certain executive branch offices, regarding expected release of Census data. |
| DOC_0356561 | PDF | OOG | Sean Opperman (attorney) | 8/12/2021 | | | | Legislative | Confidential communication from Senator Huffman to members of the Senate, as well as certain executive branch offices, regarding expected release of Census data. |
| DOC_0356569 | MSG | OOG | | 6/21/2021 | Luis Saenz; Gardner Pate; Jeff Oldham (attorney); Angela Colmenero (attorney); Mark Miner; Renae Eze | Wes Hambrick | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft letter to U.S. Census Bureau. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356571 | MSG | OOG | | 9/2/2021 | Greg Davidson | Jeff Oldham (attorney) | Angela Colmenero (attorney); Gardner Pate | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356578 | DOC | OOG | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356579 | MSG | OOG | | 9/2/2021 | Jeff Oldham (attorney); Luis Saenz; Angela Colmenero (attorney) | Gardner Pate | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356580 | DOC | OOG | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356581 | MSG | OOG | | 9/7/2021 | Luis Saenz; Gardner Pate; Jeff Oldham (attorney) | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356582 | PDF | OOG | Greg Davidson | 9/7/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356583 | MSG | OOG | | 9/7/2021 | Luis Saenz; Gardner Pate; Jeff Oldham (attorney) | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356584 | PDF | OOG | Greg Davidson | 9/7/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356585 | PDF | OOG | Greg Davidson | 9/2/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356586 | MSG | OOG | | 8/27/2021 | Gardner Pate; Jeff Oldham (attorney); Courtney Hjaltman; Angela Colmenero (attorney) | Sean Opperman (attorney) | Anna Mackin (attorney) | | Attorney Client; Work Product; Deliberative | Confidential communication regarding potential third special session. Inludes input from OOG attorneys. |
| DOC_0356587 | DOCX | OOG | | 8/26/2021 | | | | | Attorney Client; Work Product; Deliberative | Attachment to confidential communication regarding potential third special session. Inludes input from OOG attorneys. |
| DOC_0356588 | DOCX | OOG | | 8/26/2021 | | | | | Attorney Client; Work Product; Deliberative | Attachment to confidential communicationregarding potential third special session. Inludes input from OOG attorneys. |
| DOC_0356590 | MSG | OOG | | 9/2/2021 | Jeff Oldham (attorney) | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |

| Doc ID | Type | Org | | From | Date | To | CC | BCC | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356591 | PDF | OOG | | Greg Davidson | 9/2/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356592 | MSG | OOG | | | 9/7/2021 | Greg Davidson; Luis Saenz; Jeff Oldham (attorney) | Gardner Pate | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356593 | MSG | OOG | | | 8/27/2021 | Sean Opperman (attorney); Gardner Pate; Jeff Oldham (attorney); Angela Colmenero (attorney) | Courtney Hjaltman | Anna Mackin (attorney) | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356594 | MSG | OOG | | | 9/7/2021 | Nan Tolson; Sheridan Nolen; Chris Warren; Mark Miner; Luis Saenz; Jeff Oldham (attorney); James Sullivan (attorney) | Gardner Pate | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356595 | MSG | OOG | | | 9/7/2021 | Sheridan Nolen; Chris Warren; Mark Miner; Luis Saenz; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Nan Tolson | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356596 | MSG | OOG | | | 9/7/2021 | Sheridan Nolen; Nan Tolson; Chris Warren; Mark Miner; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Luis Saenz | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356597 | MSG | OOG | | 9/7/2021 | Nan Tolson; Sheridan Nolen; Chris Warren; Mark Miner; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Luis Saenz | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356598 | MSG | OOG | | 8/30/2021 | Angela Colmenero (attorney) | Senate Redistricting & Jurisprudence Committee (via Dropbox) | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication from Senate Redistricting Committee regarding materials related to draft redistricting legislation. These materials were shared with and intended to be used by only those to whom they were sent. |
| DOC_0356599 | PDF | OOG | | 3/18/2022 | | | | | Attorney Client; Work Product; Deliberative | Communication from U.S. Census Bureau regarding census data, with annotations by OOG attorneys. |
| DOC_0356600 | MSG | OOG | | 8/27/2021 | Angela Colmenero (attorney) | Senate Redistricting & Jurisprudence Committee (via Dropbox) | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication from Senate Redistricting Committee regarding materials related to draft redistricting legislation. These materials were shared with and intended to be used by only those to whom they were sent. |
| DOC_0356604 | MSG | OOG | | 9/7/2021 | Nan Tolson; Chris Warren; Mark Miner; Luis Saenz; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Sheridan Nolen | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356606 | PDF | OOG | | 3/10/2022 | Greg Abbott | Dan Patrick | | | Legislative; Deliberative | Confidential communication regarding draft redistricting legislation. |

| Doc ID | Type | Source | From | Date | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| DOC_0356609 | MSG | OOG | | 9/3/2021 | Greg Abbott | Jeff Oldham (attorney) | Luis Saenz; Gardner Pate; Angela Colmenero (attorney) | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356610 | PDF | OOG | Greg Davidson | 9/2/2021 | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |