UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING ADMINISTRATIVE STAY OF SUBPOENAS

The Plaintiffs in these consolidated cases have issued deposition subpoenas to Dade Phelan (Speaker of the Texas House of Representatives), Margo Cardwell (General Counsel to the Texas House of Representatives), and Sharon Carter (Parliamentarian of the Texas House of Representatives) (collectively, the "Movants"). ECF No. 341-1; ECF No. 341-2; ECF No. 341-3. One of these subpoenas commands the House Parliamentarian to appear for a deposition this Thursday, June 30, 2022. ECF No. 341-3. The others command the Speaker and General Counsel to appear for depositions during the week of July 18, 2022. ECF No. 341-1; ECF No. 341-2.

The Movants ask the Court to quash the deposition subpoenas. ECF No. 341. The Court anticipates that it may not resolve the Motion before the House Parliamentarian's scheduled deposition date.

The Court therefore **GRANTS** the Movants an **ADMINISTRATIVE STAY** of the depositions that are the subject of the Movants' Motion. *See id.* at 1 n.1.

- 1 -

The remainder of the "Motion by Texas House Speaker Dade Phelan, General Counsel to the House Margo Cardwell, and House Parliamentarian Sharon Carter to Quash Deposition Subpoenas and, Alternatively, Motion for Protective Order" (ECF No. 341) shall **REMAIN PENDING** until the Court has had sufficient time to consider and rule upon the Movants' challenges.

**So ORDERED and SIGNED this 28th day of June 2022.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |