# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al. § § § *Plaintiffs,* § § vs. § § GREGORY W. ABBOTT, et al. § § *Defendants.* § | Case No. 3:21-CV-00259-DCG-JES-JVB (Lead Case) |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please take note that Francesca A. Gibson, hereby respectfully, moves the Court to permit her to withdraw as counsel of record for Plaintiffs Akilah Bacy, Orlando Flores, Marilena Garza, Cecilia Gonzales, Agustin Loredo, Cinia Montoya, Ana Ramon, Jana Lynee Sanchez, Jerry Shafer, Debbie Lynn Solis, Angel Ulloa, Mary Uribe, Luz Maria Moreno, Maria Montes, and Rosalinda Ramos Abuabara (collectively, "Abuabara Plaintiffs"). Ms. Gibson's last day as an associate at Elias Law Group LLP is June 29, 2022. Plaintiffs will continue to be represented by Elias Law Group LLP, Renea Hicks, and Kevin J. Hamilton of Perkins Coie LLP. Defendants' counsels of record do not oppose this motion for withdrawal.

Dated: June 29, 2022                Respectfully submitted,

                    */s/ Francesca A. Gibson*

                    Renea Hicks
                    Attorney at Law
                    Texas Bar No. 09580400

1

Law Office of Max Renea Hicks
P.O. Box 303187
Austin, TX 78703-0504
Telephone: (512) 480-8231
rhicks@renea-hicks.com

Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

Aria C. Branch*
David R. Fox*
Francesca A. Gibson*
Richard A. Medina*
Harleen K. Gambhir*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
abranch@elias.law
dfox@elias.law
fgibson@elias.law
rmedina@elias.law
hgambhir@elias.law

Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
khamilton@perkinscoie.com

*Counsel for Abuabara Plaintiffs*

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2022, I electronically served the foregoing document via electronic mail on all counsel of record.

/s/ *Francesca A. Gibson*
Francesca A. Gibson
