UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Movant,<br><br>    v.<br><br>ERIC WIENCKOWSKI,<br><br>    Respondent. | Misc. No. _____ (____) |

## UNITED STATES' NOTICE OF MOTION TO COMPEL ERIC WIENCKOWSKI'S COMPLIANCE WITH NON-PARTY SUBPOENA

The United States, by and through its undersigned counsel, hereby moves to compel compliance with the non-party subpoena duly issued to and served upon Eric Wienckowski. As explained fully in the accompanying memorandum of law, Eric Wienckowski should be compelled to comply with the subpoena and to produce the records sought therein.

| | |
|---|---|
| PAMELA S. KARLAN<br>Principal Deputy Assistant Attorney General<br>Civil Rights Division | DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York |
|  /s/ Holly F.B. Berlin<br>T. CHRISTIAN HERREN, JR.<br>TIMOTHY F. MELLETT<br>DANIEL J. FREEMAN<br>JANIE ALLISON (JAYE) SITTON<br>MICHELLE RUPP<br>JACKI L. ANDERSON<br>JASMIN LOTT<br>HOLLY F.B. BERLIN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | By:    /s/ David J. Kennedy<br>DAVID J. KENNEDY<br>Assistant U.S. Attorney<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Tel.: (212) 637-2733<br>david.kennedy2@usdoj.gov |

*Counsel for Movant United States*