UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Movant,

    v.

ERIC WIENCKOWSKI,

    Respondent.

Misc. No. _____ (____)

### DECLARATION OF HOLLY F.B. BERLIN

I, Holly F.B. Berlin, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am a Trial Attorney with the United States Department of Justice, Civil Rights Division, Voting Section, attorney for the movant, the United States of America, in the above-referenced action. I have been assigned to litigate this matter, and I am familiar with the proceedings herein. I make this declaration in connection with the United States' Motion to Compel Eric Wienckowski's Compliance with Subpoena, dated June 15, 2022.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed in *United States v. Texas*, No. 3:21-cv-299 (W.D. Tex. Dec. 6, 2021), ECF No. 1.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the Amended Complaint filed in *LULAC v. Abbott*, No. 3:21-cv-259 (W.D. Tex. June 6, 2022), ECF No. 318.

4.    Attached hereto as Exhibit 3 is a true and correct copy of an Order of the Court

in *LULAC v. Abbott*, No. 3:21-cv-259 (W.D. Tex. Dec. 10, 2021), ECF No. 83.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of the Hearing Transcript for the October 4, 2021, hearing held in the House Redistricting Committee in the Texas Legislature.

6. Attached hereto as Exhibit 5 is a true and correct copy of the subpoena served on Eric Wienckowski on May 3, 2022.

7. Attached hereto as Exhibit 6 is a true and correct copy of Eric Wienckowski's Objections and Responses, received on May 17, 2022.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the privilege log of Adam Foltz.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
June 15, 2022

By: */s/ Holly F.B. Berlin*
HOLLY F.B. BERLIN
Trial Attorney
Voting Section
Civil Rights Division
United States Department of Justice
holly.berlin@usdoj.gov
(202) 532-3514