# EXHIBIT 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § | EP-21-CV-00259-DCG-JES-JVB |
| v. | § § | [Lead Case] |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas, et al.*, | § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | Case No. 3:21-CV-00299-DCG-JES-JVB |
| STATE OF TEXAS and JOHN SCOTT, *in his official capacity as Secretary of the State of Texas*, | § § § § | [Consolidated Case] |
| *Defendants*. | § § § | |

## ORDER CONSOLIDATING CASE

The Three-Judge Panel has reviewed the pleadings in the above referenced cases and finds that they are before the same court; that the cases share common defendants; that the cases share common questions of law and fact; that consolidation will conserve judicial resources and best serve the interests of all parties and witnesses; and that the cases are at similar stages of litigation.

- 1 -

IT IS THEREFORE ORDERED that for all purposes *United States v. Texas*, No. 3:21-CV-00299 (W.D. Tex.) is CONSOLIDATED with *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.) under Federal Rule of Civil Procedure 42(a)(2).

IT IS FURTHER ORDERED that the United States shall comply with the Court's "Order Requiring Parties to File a Proposed Scheduling Order" (ECF No. 75), filed in *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.).

So ORDERED and SIGNED on this 10th day of December 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |