# EXHIBIT 4

# Audio Transcript

## Date of Transcription

October 04, 2021

## Case:

HOUSE REDISTRICTING COMMITTEE HEARING 10/04

```
 1
 2
 3
 4
 5
 6              House Redistricting Committee Hearing
 7
 8
 9
10   **************************************************************
11
12
13                        OCTOBER 4, 2021
14
15
16   **************************************************************
17
18
19
20
21
22
23   TRANSCRIBED BY:
24   Kay Counseller
25   Certified Shorthand Reporter
```

Kim Tindall & Associates, Inc.        16414 San Pedro        San Antonio, Texas 78232
Phone (210) 697-3400                  Suite 900              Fax (210) 697-3408

```
 1   public.  But I felt, rather than a point/counterpoint, you
 2   needed an overview of how we were looking at HB1.  And again,
 3   my office will remain open even beyond today to talk and visit
 4   with the members here.  And the public, certainly keep your
 5   input coming.  The process is the committee process right now.
 6   There is then a floor process which can be different.  So I
 7   want everybody to know you're in the process.
 8                The -- let me get this.  Let me stop there,
 9   Mr. Goldman.  And Mr. Jetton, do you have any comments about
10   the Fort Bend that you have to me or the new district that has
11   developed?  Nothing on that?  Mr. Goldman, do you have anything
12   on the North Texas?  Mr. Turner?
13                CHAIR TURNER:  I have -- I have several
14   questions, Mr. Chairman.
15                CHAIR HUNTER:  Sure.
16                CHAIR TURNER:  Is this now the --
17                CHAIR HUNTER:  Yes.
18                CHAIR TURNER:  -- right time to do this?  Okay.
19   Thank you.  Thank you, Mr. Chairman.  And I'll apologize for
20   having my back to you but I want to make sure my -- what I say
21   is clearly said in the microphone --
22                CHAIR HUNTER:  Absolutely.  Please, please.
23                CHAIR TURNER:  Thank you for the -- the layout
24   of House Bill 1, Mr. Chairman.  I'd like to start by trying to
25   better understand the process by which the House map was drawn.
```

Kim Tindall & Associates, Inc.        16414 San Pedro        San Antonio, Texas 78232
Phone (210) 697-3400                  Suite 900              Fax (210) 697-3408

BILL_FILE_0016417

```
 1   So I ask a basic question:  Who actually sat at the computer
 2   and physically constructed House Bill 1?
 3               CHAIR HUNTER:  Let -- let me just give you a
 4   comprehensive answer.  Nobody saw the map until I filed it.  I
 5   heard this rumor going out, That's what they did 10, 20 years
 6   ago.  I've been watching a video on YouTube video about this.
 7   That's not how we do it today.
 8               What I did, Mr. Turner, I continually asked
 9   House members and held the public hearings, which we listened
10   to, to submit into the Red Apple program concepts.  I received
11   regional groups, individuals.  I will tell you that some of the
12   areas of the state turned them in and then members of that
13   region came in and said they didn't agree with it.
14               So what we did is we took the Red Apple
15   programming, I then have a law firm that advises me with their
16   technical folks.  With some of my staff, I got them to take a
17   look at it, had them run the legal and the data, give me the
18   suggestions, and then I made the decision.
19               CHAIR TURNER:  Okay.  Thank you, Mr. Chairman.
20   So can I ask the name of the law firm?
21               CHAIR HUNTER:  Butler Snow.
22               CHAIR TURNER:  Butler Snow.  All right.  And so
23   in terms of who actually drew the plan, is that you or your
24   staff or someone at Butler Snow?
25               CHAIR HUNTER:  It's a combination of all.
```

Kim Tindall & Associates, Inc.     16414 San Pedro     San Antonio, Texas 78232
Phone (210) 697-3400               Suite 900           Fax (210) 697-3408

BILL_FILE-0016418

1    CHAIR TURNER:  All right.  Thank you.  And then
2    last week there was a media report that there's a gentleman
3    named Adam Foltz who works for either the Texas Legislative
4    Council or the Redistricting Committee.  I think there was some
5    confusion on that.  Was Mr. Foltz involved in drawing the maps?
6    CHAIR HUNTER:  Yes.  And he reports to me.
7    CHAIR TURNER:  Okay.  So is he an employee of
8    the House Redistricting Committee?
9    CHAIR HUNTER:  He is not an employees of the
10   House Redistricting Committee.  He is an employee through the
11   Legislative Council, assigned to me, which happens quite a bit.
12   It's not just in this situation.
13   CHAIR TURNER:  Okay.  So did -- did Legislative
14   Council hire him or did --
15   CHAIR HUNTER:  I think they actually -- you'll
16   have to check on the formality but I think they actually do the
17   contract and then he's assigned to me, just like they do with
18   all -- many of their employees who do the same.
19   CHAIR TURNER:  Okay.  So it was -- was it a
20   decision of Legislative Council to hire him or was it --
21   CHAIR HUNTER:  It was my request.
22   CHAIR TURNER:  It was your decision?
23   CHAIR HUNTER:  Yes.
24   CHAIR TURNER:  Okay.
25   CHAIR HUNTER:  Everything falls on me.

Kim Tindall & Associates, Inc.        16414 San Pedro        San Antonio, Texas 78232
Phone (210) 697-3400                  Suite 900              Fax (210) 697-3408

BILL_FILE-0016419