# EXHIBIT 7

# Privilege Log - Adam Foltz

| Control Number | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|
| PDOC_003927 | | | | | | | Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| PDOC_003930 | | | | | | | Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| PDOC_003936 | | | | | | | Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| PDOC_003940 | | | | | | | Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOC_0351358 | Adam Foltz | 10/14/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351359 | Adam Foltz | 10/11/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351376 | | | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351381 | Eric Wienckowski | 9/20/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351414 | | | Tommie Cardin; Scott Field; Parker Berry | Adam Foltz | | | Attorney Client; Work Product; Legislative | Document and related data relating to redistricting map proposal regarding redistricting for the Texas House. Includes contributions from outside counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0351517 | | | Tommie Cardin; Parker Berry; Scott Field | Adam Foltz | Thomas Bryan | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351522 | | | Tommie Cardin; Parker Berry; Scott Field | Adam Foltz | Thomas Bryan | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351529 | | | Adam Foltz; Tommie Cardin; Scott Field | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351530 | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351534 | Eric Wienckowski | 10/15/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| Doc ID | Author | Date | From | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| DOC_0351535 | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351536 | Eric Wienckowski | 10/15/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351537 | Eric Wienckowski | 10/14/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351538 | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351539 | | | Adam Foltz | Parker Berry | Tommie Cardin; Scott Field; Thomas Bryan | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| Doc ID | Name | Date | From | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| DOC_0351547 | | | Adam Foltz | Parker Berry | Tommie Cardin; Scott Field | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351549 | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351550 | Eric Wienckowski | 9/29/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351557 | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351560 | Bob West | 10/5/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0351561 | | | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351562 | | | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351563 | | | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351564 | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351566 | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0351568 | | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351569 | | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351570 | | | | Adam Foltz | Parker Berry | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351571 | | | | Adam Foltz | Parker Berry | Scott Field; Tommie Cardin | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351572 | Thomas Bryan | 10/3/2021 | | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| Doc ID | Author | Date | From | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| DOC_0351573 | | | Adam Foltz | Parker Berry | Scott Field; Tommie Cardin | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351574 | Thomas Bryan | 10/3/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351575 | | | Adam Foltz | Parker Berry | Tommie Cardin; Scott Field | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351576 | Eric Wienckowski | 9/29/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351577 | | | Adam Foltz | Parker Berry | Tommie Cardin; Scott Field | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0351614 | | | Adam Foltz | Scott Field | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351615 | Eric Wienckowski | 9/29/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351616 | | | Tommie Cardin; Parker Berry; Adam Foltz | Scott Field | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351617 | | | Tommie Cardin | Scott Field | Parker Berry; Adam Foltz | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351619 | | | Adam Foltz | Scott Field | Tommie Cardin; Parker Berry; Colleen Garcia; Margo Cardwell | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| Doc ID | Author | Date | From | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| DOC_0351631 | | | Adam Foltz | Scott Field | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351632 | Eric Wienckowski | 9/29/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351633 | Eric Wienckowski | 9/29/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351634 | | | Adam Foltz | Scott Field | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351635 | | | Adam Foltz | Scott Field | Tommie Cardin; Parker Berry | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0351641 | | | Adam Foltz; Tommie Cardin; Parker Berry; Scott Field | Thomas Bryan | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351642 | | | Adam Foltz; Tommie Cardin; Parker Berry; Scott Field | Thomas Bryan | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351643 | | | Adam Foltz; Tommie Cardin; Parker Berry; Scott Field | Thomas Bryan | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351644 | | | Adam Foltz; Tommie Cardin; Parker Berry; Scott Field | Thomas Bryan | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351645 | | | Tommie Cardin; Parker Berry; Scott Field; Adam Foltz; Eric Wienckowski | Thomas Bryan | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| Bates | From | Date | To | CC | BCC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| DOC_0351656 | | | Adam Foltz | Tommie Cardin | Scott Field; Parker Berry | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351658 | | | Adam Foltz | Tommie Cardin | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351659 | Eric Wienckowski | 9/29/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351660 | | | Adam Foltz; Scott Field; Parker Berry | Tommie Cardin | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351661 | | | Adam Foltz | Tommie Cardin | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC_0351662 | Thomas Bryan | 9/28/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351663 | Thomas Bryan | 9/28/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351664 | | | Adam Foltz | Tommie Cardin | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351665 | Eric Wienckowski | 9/28/2021 | | | | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |
| DOC_0351666 | | | Scott Field; Tommie Cardin; Parker Berry; Adam Foltz | Colleen Garcia | Margo Cardwell | | Attorney Client; Work Product; Legislative | Confidential analysis of draft redistricting legislation for Texas House districts prepared for and at the direction of Chairman Hunter reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions from outside counsel. |