AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| LULAC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cv-259 (lead case) |
| Abbott | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Wienckowski and Thomas Bryan.

Date:   06/29/2022

/s/Marshall A. Bowen
*Attorney's signature*

Marshall A. Bowen Bar No. 24096672
*Printed name and bar number*

BUTLER SNOW LLP
1400 Lavaca St., Suite 1000
Austin, TX 78701
*Address*

marshall.bowen@butlersnow.com
*E-mail address*

(737) 802-1800
*Telephone number*

(737) 802-1801
*FAX number*