# EXHIBIT 5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.,* | § § § | |
| *Plaintiffs,* | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.,* | § § | **EP-21-CV-00259-DCG-JES-JVB** |
| *Plaintiff-Intervenors,* | § § | **[Lead Case]** |
| v. | § § | |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas,* *et al.,* | § § § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| *Plaintiff,* | § § | **Case No. 3:21-CV-00299-DCG-JES-JVB** |
| v. | § § | **[Consolidated Case]** |
| **STATE OF TEXAS,** *et al.* | § § | |
| *Defendants.* | § § | |

## DECLARATION OF TODD HUNTER

I, Todd Hunter, declare as follows:

1.      I serve as Chair of the Redistricting Committee for the Texas House of Representatives at the appointment of Dade Phelan, Speaker of the House, in the 87th Legislative Session.

2.      In my role as Chair of Redistricting, the State of Texas hired Adam Foltz as a map-drawer for creation of the House map.  Mr. Foltz was assigned to my staff and worked directly under me and at my direction.

3.      The State of Texas also hired the Butler Snow LLP law firm to represent me, as Chairman of the Redistricting Committee, my staff, and the General Counsel of the Texas House during the redistricting process to, among other things, ensure legal compliance.

4.      I have not waived and do not waive any privilege relating to Butler Snow's work product or their communications, including communications and work product by any consultants the firm hired in representing my staff and me.

5.      My attorney-client relationship with Butler Snow LLP, as well as my staff's attorney-client relationship with Butler Snow LLP, continues through the present redistricting litigation.

6.      I declare under penalty of perjury and subject to the provisions of 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: June 28, 2022

_____
Todd Hunter