IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | Case No. 3:21-cv-00259 |
| *Plaintiff-Intervenors*, | § § § | [Lead Case] |
| V. | § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § | |

## UNOPPOSED MOTION TO EXTEND

The LULAC, NAACP, and Abuabara plaintiffs move to compel the production of thirty-seven documents in the custody of the Office of the Governor, withheld by Defendants based on the attorney-client and other privileges. ECF 373 (motion for leave to exceed page limit), ECF 380 (motion docketed by the clerk). A response to that motion is presently due by July 5, 2022. Local Rule 7.D.2. Defendants respectfully request that their deadline to file a response brief be extended to July 8, 2022. Upon conferral, the LULAC, NAACP, and Abuabara plaintiffs indicated they do not oppose this motion to extend.

Date: June 30, 2022

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

1

JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL

P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for plaintiffs regarding this motion for leave, and that counsel indicated they do not oppose the relief sought here.

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 30, 2022, and that all counsel of record were served by CM/ECF.

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN