IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>GREG ABBOTT, et al.,<br><br>             Defendants. | Civil Action No. 3:21-cv-259<br>(DCG-JES-JVB)<br>(consolidated cases) |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES
IN UNITED STATES' REPLY IN SUPPORT OF MOTION TO ENFORCE**

The United States of America respectfully requests leave to exceed the page limitation on discovery and case management motions in its reply in support of its Motion to Enforce Third-Party Subpoena *Duces Tecum*, ECF No. 351. The Texas legislators and legislative employees who received the subpoenas at issue ("the Legislators") do not oppose this request.

Western District of Texas Local Rule CV-7(E)(3) limits replies to discovery motions to five pages. The United States seeks leave to exceed this limitation and file a reply that is seven pages in length. The excess pages will allow the United States to respond in full to the Legislators' 17-page response to the United States' Motion. The Legislators will not be prejudiced by the relief requested. A proposed order and a copy of the United States' proposed filing are attached hereto.

1

Dated: July 1, 2022

        PAMELA S. KARLAN
        Principal Deputy Assistant Attorney General
        Civil Rights Division

        */s/ Daniel J. Freeman*
        T. CHRISTIAN HERREN, JR.
        TIMOTHY F. MELLETT
        DANIEL J. FREEMAN
        JANIE ALLISON (JAYE) SITTON
        MICHELLE RUPP
        JACKI L. ANDERSON
        JASMIN LOTT
        HOLLY F.B. BERLIN
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530

## **CERTIFICATE OF CONFERRAL**

  I hereby certify that on July 1, 2022, counsel for the United States met and conferred with counsel for the Legislators concerning the subject of this motion. Counsel for the Legislators do not oppose the relief sought.

                */s/ Daniel J. Freeman*
                Daniel J. Freeman
                Voting Section
                Civil Rights Division
                U.S. Department of Justice
                Daniel.Freeman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ Daniel J. Freeman
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
Daniel.Freeman@usdoj.gov