IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE EXCESS PAGES**

Before the Court is the United States' unopposed motion for leave to file excess pages in the United States' Reply in Support of its Motion to Enforce Third-Party Subpoenas *Duces Tecum*, ECF No. 351.  Upon consideration of the United States' motion, and for good cause shown, the motion is hereby GRANTED.  It is hereby ORDERED that the United States may file a reply that does not exceed seven pages.

So ORDERED and SIGNED on this _____ day of \_\_\_\_ 2022

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals <br> Fifth Circuit | -and- | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |