Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 1 of 12

# District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2193

| | |
|---|---|
| Total State Population | 29,145,505 |
| Total Districts Required | 38 |
| Ideal District Population | 766,987 |
| Unassigned Population | 0 |
| Districts in Plan | 38 |
| Unassigned Geography | No |
| Districts Contiguous | Yes |

| | Population | --------Deviation-------- | |
|---|---|---|---|
| | | **Total** | **Percent** |
| Plan Overall Range | | 1 | 0.00% |
| Smallest District (16) | 766,986 | -1 | 0.00% |
| Largest District (1) | 766,987 | 0 | 0.00% |
| Average (mean) | 766,987 | 0 | 0.00% |

PLANC2193

64211

Red-100T
Data: 2020 Census
PLANC2193 10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB  Document 396-2  Filed 07/01/22  Page 2 of 48
District Population Analysis with County Subtotals
CONGRESSIONAL DISTRICTS - PLANC2193

Texas Legislative Council
10/17/21 11:13 PM
Page 2 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 1** | 0 | Total: | 766,987 | 460,088 | 306,899 | 12,068 | 147,139 | 130,082 | 273,854 | 60.0 | 40.0 | 1.6 | 19.2 | 17.0 | 35.7 |
| | 0.00 % | VAP: | 585,265 | 371,950 | 213,315 | 8,526 | 107,096 | 82,669 | 188,383 | 63.6 | 36.4 | 1.5 | 18.3 | 14.1 | 32.2 |
| Bowie (91%) | | | 84,255 | 49,308 | 34,947 | 1,422 | 23,980 | 7,112 | 30,769 | 58.5 | 41.5 | 1.7 | 28.5 | 8.4 | 36.5 |
| Camp (100%) | | | 12,464 | 6,734 | 5,730 | 154 | 2,092 | 3,222 | 5,262 | 54.0 | 46.0 | 1.2 | 16.8 | 25.9 | 42.2 |
| Cass (100%) | | | 28,454 | 21,028 | 7,426 | 199 | 4,941 | 1,336 | 6,224 | 73.9 | 26.1 | 0.7 | 17.4 | 4.7 | 21.9 |
| Franklin (100%) | | | 10,359 | 7,876 | 2,483 | 104 | 534 | 1,455 | 1,943 | 76.0 | 24.0 | 1.0 | 5.2 | 14.0 | 18.8 |
| Gregg (100%) | | | 124,239 | 68,050 | 56,189 | 2,137 | 27,498 | 24,040 | 50,879 | 54.8 | 45.2 | 1.7 | 22.1 | 19.3 | 41.0 |
| Harrison (100%) | | | 68,839 | 42,039 | 26,800 | 718 | 14,553 | 9,839 | 24,107 | 61.1 | 38.9 | 1.0 | 21.1 | 14.3 | 35.0 |
| Marion (100%) | | | 9,725 | 6,869 | 2,856 | 96 | 2,026 | 389 | 2,380 | 70.6 | 29.4 | 1.0 | 20.8 | 4.0 | 24.5 |
| Morris (100%) | | | 11,973 | 7,716 | 4,257 | 98 | 2,705 | 1,182 | 3,850 | 64.4 | 35.6 | 0.8 | 22.6 | 9.9 | 32.2 |
| Panola (100%) | | | 22,491 | 16,098 | 6,393 | 178 | 3,509 | 2,190 | 5,633 | 71.6 | 28.4 | 0.8 | 15.6 | 9.7 | 25.0 |
| Red River (75%) | | | 8,638 | 5,987 | 2,651 | 77 | 1,693 | 635 | 2,286 | 69.3 | 30.7 | 0.9 | 19.6 | 7.4 | 26.5 |
| Rusk (100%) | | | 52,214 | 32,022 | 20,192 | 349 | 9,032 | 9,579 | 18,445 | 61.3 | 38.7 | 0.7 | 17.3 | 18.3 | 35.3 |
| Sabine (100%) | | | 9,894 | 8,307 | 1,587 | 82 | 852 | 393 | 1,200 | 84.0 | 16.0 | 0.8 | 8.6 | 4.0 | 12.1 |
| San Augustine (100%) | | | 7,918 | 5,270 | 2,648 | 64 | 1,897 | 639 | 2,487 | 66.6 | 33.4 | 0.8 | 24.0 | 8.1 | 31.4 |
| Shelby (100%) | | | 24,022 | 14,416 | 9,606 | 458 | 4,095 | 4,685 | 8,702 | 60.0 | 40.0 | 1.9 | 17.0 | 19.5 | 36.2 |
| Smith (100%) | | | 233,479 | 134,452 | 99,027 | 5,402 | 41,819 | 47,281 | 87,936 | 57.6 | 42.4 | 2.3 | 17.9 | 20.3 | 37.7 |
| Titus (100%) | | | 31,247 | 13,410 | 17,837 | 329 | 3,347 | 13,680 | 16,829 | 42.9 | 57.1 | 1.1 | 10.7 | 43.8 | 53.9 |
| Upshur (65%) | | | 26,776 | 20,506 | 6,270 | 201 | 2,566 | 2,425 | 4,922 | 76.6 | 23.4 | 0.8 | 9.6 | 9.1 | 18.4 |
| **DISTRICT 2** | 0 | Total: | 766,987 | 378,509 | 388,478 | 43,253 | 100,382 | 232,511 | 327,045 | 49.4 | 50.6 | 5.6 | 13.1 | 30.3 | 42.6 |
| | 0.00 % | VAP: | 557,917 | 296,409 | 261,508 | 30,513 | 68,462 | 151,304 | 217,005 | 53.1 | 46.9 | 5.5 | 12.3 | 27.1 | 38.9 |
| Harris (9%) | | | 427,989 | 185,461 | 242,528 | 22,075 | 75,049 | 140,312 | 211,443 | 43.3 | 56.7 | 5.2 | 17.5 | 32.8 | 49.4 |
| Montgomery (55%) | | | 338,998 | 193,048 | 145,950 | 21,178 | 25,333 | 92,199 | 115,602 | 56.9 | 43.1 | 6.2 | 7.5 | 27.2 | 34.1 |
| **DISTRICT 3** | 0 | Total: | 766,987 | 429,281 | 337,706 | 111,888 | 84,898 | 124,107 | 205,228 | 56.0 | 44.0 | 14.6 | 11.1 | 16.2 | 26.8 |
| | 0.00 % | VAP: | 559,329 | 332,029 | 227,300 | 76,459 | 56,991 | 80,057 | 135,324 | 59.4 | 40.6 | 13.7 | 10.2 | 14.3 | 24.2 |
| Collin (64%) | | | 680,661 | 374,245 | 306,416 | 110,453 | 75,726 | 106,520 | 178,849 | 55.0 | 45.0 | 16.2 | 11.1 | 15.6 | 26.3 |
| Hunt (86%) | | | 86,326 | 55,036 | 31,290 | 1,435 | 9,172 | 17,587 | 26,379 | 63.8 | 36.2 | 1.7 | 10.6 | 20.4 | 30.6 |
| **DISTRICT 4** | 0 | Total: | 766,987 | 456,408 | 310,579 | 98,443 | 80,358 | 109,555 | 186,511 | 59.5 | 40.5 | 12.8 | 10.5 | 14.3 | 24.3 |
| | 0.00 % | VAP: | 577,526 | 363,615 | 213,911 | 68,304 | 56,043 | 71,788 | 126,347 | 63.0 | 37.0 | 11.8 | 9.7 | 12.4 | 21.9 |
| Bowie (9%) | | | 8,638 | 6,547 | 2,091 | 84 | 1,208 | 490 | 1,682 | 75.8 | 24.2 | 1.0 | 14.0 | 5.7 | 19.5 |
| Collin (29%) | | | 307,284 | 138,807 | 168,477 | 78,780 | 41,039 | 43,610 | 82,992 | 45.2 | 54.8 | 25.6 | 13.4 | 14.2 | 27.0 |
| Delta (100%) | | | 5,230 | 4,189 | 1,041 | 63 | 402 | 394 | 765 | 80.1 | 19.9 | 1.2 | 7.7 | 7.5 | 14.6 |
| Denton (6%) | | | 51,193 | 29,880 | 21,313 | 10,673 | 4,532 | 5,193 | 9,467 | 58.4 | 41.6 | 20.8 | 8.9 | 10.1 | 18.5 |
| Fannin (100%) | | | 35,662 | 27,042 | 8,620 | 319 | 2,628 | 4,218 | 6,760 | 75.8 | 24.2 | 0.9 | 7.4 | 11.8 | 19.0 |
| Grayson (100%) | | | 135,543 | 95,211 | 40,332 | 2,686 | 9,856 | 20,868 | 30,196 | 70.2 | 29.8 | 2.0 | 7.3 | 15.4 | 22.3 |
| Hopkins (100%) | | | 36,787 | 25,976 | 10,811 | 420 | 2,847 | 6,484 | 9,237 | 70.6 | 29.4 | 1.1 | 7.7 | 17.6 | 25.1 |
| Hunt (14%) | | | 13,630 | 10,562 | 3,068 | 117 | 202 | 2,086 | 2,263 | 77.5 | 22.5 | 0.9 | 1.5 | 15.3 | 16.6 |
| Lamar (100%) | | | 50,088 | 35,354 | 14,734 | 645 | 7,310 | 4,412 | 11,570 | 70.6 | 29.4 | 1.3 | 14.6 | 8.8 | 23.1 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2193**

Texas Legislative Council
10/17/21 11:13 PM
Page 3 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 4** | 0 | Total: | 766,987 | 456,408 | 310,579 | 98,443 | 80,358 | 109,555 | 186,511 | 59.5 | 40.5 | 12.8 | 10.5 | 14.3 | 24.3 |
| | 0.00 % | VAP: | 577,526 | 363,615 | 213,911 | 68,304 | 56,043 | 71,788 | 126,347 | 63.0 | 37.0 | 11.8 | 9.7 | 12.4 | 21.9 |
| Rains (100%) | | | 12,164 | 10,130 | 2,034 | 103 | 360 | 1,109 | 1,446 | 83.3 | 16.7 | 0.8 | 3.0 | 9.1 | 11.9 |
| Red River (25%) | | | 2,949 | 2,512 | 437 | 20 | 202 | 131 | 322 | 85.2 | 14.8 | 0.7 | 6.8 | 4.4 | 10.9 |
| Rockwall (100%) | | | 107,819 | 70,198 | 37,621 | 4,533 | 9,772 | 20,560 | 29,811 | 65.1 | 34.9 | 4.2 | 9.1 | 19.1 | 27.6 |
| **DISTRICT 5** | 0 | Total: | 766,987 | 367,502 | 399,485 | 40,568 | 118,843 | 226,402 | 340,479 | 47.9 | 52.1 | 5.3 | 15.5 | 29.5 | 44.4 |
| | 0.00 % | VAP: | 573,597 | 300,372 | 273,225 | 30,519 | 81,400 | 148,251 | 227,659 | 52.4 | 47.6 | 5.3 | 14.2 | 25.8 | 39.7 |
| Dallas (16%) | | | 421,027 | 132,349 | 288,678 | 35,782 | 83,536 | 165,469 | 245,666 | 31.4 | 68.6 | 8.5 | 19.8 | 39.3 | 58.3 |
| Henderson (100%) | | | 82,150 | 61,854 | 20,296 | 794 | 5,694 | 11,242 | 16,696 | 75.3 | 24.7 | 1.0 | 6.9 | 13.7 | 20.3 |
| Kaufman (100%) | | | 145,310 | 78,626 | 66,684 | 3,026 | 24,448 | 36,165 | 59,668 | 54.1 | 45.9 | 2.1 | 16.8 | 24.9 | 41.1 |
| Upshur (35%) | | | 14,116 | 10,781 | 3,335 | 118 | 1,026 | 1,561 | 2,540 | 76.4 | 23.6 | 0.8 | 7.3 | 11.1 | 18.0 |
| Van Zandt (100%) | | | 59,541 | 47,986 | 11,555 | 481 | 2,018 | 7,071 | 9,001 | 80.6 | 19.4 | 0.8 | 3.4 | 11.9 | 15.1 |
| Wood (100%) | | | 44,843 | 35,906 | 8,937 | 367 | 2,121 | 4,894 | 6,908 | 80.1 | 19.9 | 0.8 | 4.7 | 10.9 | 15.4 |
| **DISTRICT 6** | 0 | Total: | 766,987 | 344,553 | 422,434 | 32,487 | 117,497 | 259,476 | 371,910 | 44.9 | 55.1 | 4.2 | 15.3 | 33.8 | 48.5 |
| | 0.00 % | VAP: | 572,594 | 279,352 | 293,242 | 24,448 | 83,603 | 173,016 | 254,499 | 48.8 | 51.2 | 4.3 | 14.6 | 30.2 | 44.4 |
| Anderson (100%) | | | 57,922 | 33,098 | 24,824 | 543 | 12,253 | 11,111 | 23,107 | 57.1 | 42.9 | 0.9 | 21.2 | 19.2 | 39.9 |
| Cherokee (100%) | | | 50,412 | 30,095 | 20,317 | 418 | 7,069 | 11,797 | 18,714 | 59.7 | 40.3 | 0.8 | 14.0 | 23.4 | 37.1 |
| Dallas (6%) | | | 165,625 | 40,732 | 124,893 | 14,323 | 18,709 | 90,568 | 108,061 | 24.6 | 75.4 | 8.6 | 11.3 | 54.7 | 65.2 |
| Ellis (100%) | | | 192,455 | 106,495 | 85,960 | 2,639 | 27,000 | 52,032 | 77,843 | 55.3 | 44.7 | 1.4 | 14.0 | 27.0 | 40.4 |
| Freestone (64%) | | | 12,511 | 8,221 | 4,290 | 101 | 2,003 | 2,007 | 3,954 | 65.7 | 34.3 | 0.8 | 16.0 | 16.0 | 31.6 |
| Hill (100%) | | | 35,874 | 24,123 | 11,751 | 278 | 2,527 | 7,884 | 10,291 | 67.2 | 32.8 | 0.8 | 7.0 | 22.0 | 28.7 |
| Johnson (27%) | | | 47,923 | 27,497 | 20,426 | 1,041 | 3,508 | 14,572 | 17,839 | 57.4 | 42.6 | 2.2 | 7.3 | 30.4 | 37.2 |
| Navarro (100%) | | | 52,624 | 26,996 | 25,628 | 586 | 7,248 | 16,049 | 22,992 | 51.3 | 48.7 | 1.1 | 13.8 | 30.5 | 43.7 |
| Tarrant (7%) | | | 151,641 | 47,296 | 104,345 | 12,558 | 37,180 | 53,456 | 89,109 | 31.2 | 68.8 | 8.3 | 24.5 | 35.3 | 58.8 |
| **DISTRICT 7** | 0 | Total: | 766,987 | 210,438 | 556,549 | 164,911 | 160,142 | 230,614 | 382,917 | 27.4 | 72.6 | 21.5 | 20.9 | 30.1 | 49.9 |
| | 0.00 % | VAP: | 594,919 | 179,683 | 415,236 | 127,236 | 116,791 | 168,560 | 280,579 | 30.2 | 69.8 | 21.4 | 19.6 | 28.3 | 47.2 |
| Fort Bend (24%) | | | 199,975 | 36,118 | 163,857 | 73,438 | 47,595 | 43,200 | 89,111 | 18.1 | 81.9 | 36.7 | 23.8 | 21.6 | 44.6 |
| Harris (12%) | | | 567,012 | 174,320 | 392,692 | 91,473 | 112,547 | 187,414 | 293,806 | 30.7 | 69.3 | 16.1 | 19.8 | 33.1 | 51.8 |
| **DISTRICT 8** | 0 | Total: | 766,987 | 345,586 | 421,401 | 51,665 | 109,718 | 249,527 | 352,559 | 45.1 | 54.9 | 6.7 | 14.3 | 32.5 | 46.0 |
| | 0.00 % | VAP: | 565,897 | 276,028 | 289,869 | 37,361 | 74,409 | 167,949 | 239,030 | 48.8 | 51.2 | 6.6 | 13.1 | 29.7 | 42.2 |
| Harris (8%) | | | 391,336 | 101,408 | 289,928 | 44,269 | 82,408 | 163,298 | 240,481 | 25.9 | 74.1 | 11.3 | 21.1 | 41.7 | 61.5 |
| Montgomery (45%) | | | 281,445 | 178,355 | 103,090 | 6,523 | 17,441 | 71,890 | 88,156 | 63.4 | 36.6 | 2.3 | 6.2 | 25.5 | 31.3 |
| Polk (100%) | | | 50,123 | 34,808 | 15,315 | 490 | 5,422 | 7,345 | 12,617 | 69.4 | 30.6 | 1.0 | 10.8 | 14.7 | 25.2 |
| San Jacinto (100%) | | | 27,402 | 19,170 | 8,232 | 176 | 2,412 | 4,822 | 7,143 | 70.0 | 30.0 | 0.6 | 8.8 | 17.6 | 26.1 |
| Walker (22%) | | | 16,681 | 11,845 | 4,836 | 207 | 2,035 | 2,172 | 4,162 | 71.0 | 29.0 | 1.2 | 12.2 | 13.0 | 25.0 |

64211

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 4 of 12

## District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 9** | 0 | Total: | 766,987 | 95,246 | 671,741 | 81,086 | 293,568 | 301,525 | 584,842 | 12.4 | 87.6 | 10.6 | 38.3 | 39.3 | 76.3 |
| | 0.00 % | VAP: | 565,956 | 78,651 | 487,305 | 63,617 | 218,536 | 206,142 | 418,952 | 13.9 | 86.1 | 11.2 | 38.6 | 36.4 | 74.0 |
| Brazoria (24%) | | | 89,280 | 22,926 | 66,354 | 19,018 | 28,829 | 18,715 | 46,474 | 25.7 | 74.3 | 21.3 | 32.3 | 21.0 | 52.1 |
| Fort Bend (18%) | | | 151,563 | 14,618 | 136,945 | 19,540 | 74,356 | 44,361 | 116,691 | 9.6 | 90.4 | 12.9 | 49.1 | 29.3 | 77.0 |
| Harris (11%) | | | 526,144 | 57,702 | 468,442 | 42,528 | 190,383 | 238,449 | 421,677 | 11.0 | 89.0 | 8.1 | 36.2 | 45.3 | 80.1 |
| **DISTRICT 10** | 0 | Total: | 766,987 | 429,742 | 337,245 | 49,513 | 83,934 | 191,251 | 269,643 | 56.0 | 44.0 | 6.5 | 10.9 | 24.9 | 35.2 |
| | 0.00 % | VAP: | 591,007 | 351,567 | 239,440 | 36,361 | 61,608 | 129,974 | 188,843 | 59.5 | 40.5 | 6.2 | 10.4 | 22.0 | 32.0 |
| Austin (100%) | | | 30,167 | 18,480 | 11,687 | 304 | 2,791 | 8,052 | 10,630 | 61.3 | 38.7 | 1.0 | 9.3 | 26.7 | 35.2 |
| Bastrop (54%) | | | 52,902 | 25,824 | 27,078 | 590 | 4,544 | 20,904 | 25,095 | 48.8 | 51.2 | 1.1 | 8.6 | 39.5 | 47.4 |
| Brazos (100%) | | | 233,849 | 123,035 | 110,814 | 16,856 | 27,910 | 63,067 | 88,787 | 52.6 | 47.4 | 7.2 | 11.9 | 27.0 | 38.0 |
| Burleson (100%) | | | 17,642 | 11,258 | 6,384 | 118 | 2,145 | 3,712 | 5,737 | 63.8 | 36.2 | 0.7 | 12.2 | 21.0 | 32.5 |
| Colorado (100%) | | | 20,557 | 11,761 | 8,796 | 132 | 2,535 | 5,990 | 8,336 | 57.2 | 42.8 | 0.6 | 12.3 | 29.1 | 40.6 |
| Fayette (100%) | | | 24,435 | 17,041 | 7,394 | 129 | 1,722 | 5,216 | 6,785 | 69.7 | 30.3 | 0.5 | 7.0 | 21.3 | 27.8 |
| Grimes (100%) | | | 29,268 | 16,910 | 12,358 | 195 | 4,217 | 7,361 | 11,400 | 57.8 | 42.2 | 0.7 | 14.4 | 25.2 | 39.0 |
| Lee (100%) | | | 17,478 | 10,612 | 6,866 | 123 | 1,945 | 4,479 | 6,287 | 60.7 | 39.3 | 0.7 | 11.1 | 25.6 | 36.0 |
| Madison (100%) | | | 13,455 | 6,984 | 6,471 | 131 | 2,724 | 3,415 | 6,099 | 51.9 | 48.1 | 1.0 | 20.2 | 25.4 | 45.3 |
| Travis (14%) | | | 185,436 | 115,385 | 70,051 | 19,115 | 11,403 | 35,828 | 46,119 | 62.2 | 37.8 | 10.3 | 6.1 | 19.3 | 24.9 |
| Waller (100%) | | | 56,794 | 23,494 | 33,300 | 1,063 | 12,827 | 18,486 | 30,985 | 41.4 | 58.6 | 1.9 | 22.6 | 32.5 | 54.6 |
| Washington (100%) | | | 35,805 | 22,023 | 13,782 | 694 | 6,044 | 6,425 | 12,288 | 61.5 | 38.5 | 1.9 | 16.9 | 17.9 | 34.3 |
| Williamson (8%) | | | 49,199 | 26,935 | 22,264 | 10,063 | 3,127 | 8,316 | 11,095 | 54.7 | 45.3 | 20.5 | 6.4 | 16.9 | 22.6 |
| **DISTRICT 11** | 0 | Total: | 766,987 | 334,920 | 432,067 | 23,349 | 104,802 | 295,916 | 390,228 | 43.7 | 56.3 | 3.0 | 13.7 | 38.6 | 50.9 |
| | 0.00 % | VAP: | 567,819 | 270,981 | 296,838 | 16,464 | 70,145 | 200,105 | 265,428 | 47.7 | 52.3 | 2.9 | 12.4 | 35.2 | 46.7 |
| Bell (47%) | | | 174,675 | 46,945 | 127,730 | 11,295 | 72,082 | 45,768 | 111,423 | 26.9 | 73.1 | 6.5 | 41.3 | 26.2 | 63.8 |
| Brown (100%) | | | 38,095 | 26,672 | 11,423 | 382 | 1,881 | 8,211 | 9,884 | 70.0 | 30.0 | 1.0 | 4.9 | 21.6 | 25.9 |
| Coke (100%) | | | 3,285 | 2,473 | 812 | 17 | 23 | 661 | 671 | 75.3 | 24.7 | 0.5 | 0.7 | 20.1 | 20.4 |
| Coleman (100%) | | | 7,684 | 6,013 | 1,671 | 58 | 236 | 1,192 | 1,396 | 78.3 | 21.7 | 0.8 | 3.1 | 15.5 | 18.2 |
| Concho (100%) | | | 3,303 | 2,097 | 1,206 | 47 | 105 | 1,033 | 1,121 | 63.5 | 36.5 | 1.4 | 3.2 | 31.3 | 33.9 |
| Ector (100%) | | | 165,171 | 51,023 | 114,148 | 2,940 | 9,522 | 100,051 | 108,362 | 30.9 | 69.1 | 1.8 | 5.8 | 60.6 | 65.6 |
| Glasscock (100%) | | | 1,116 | 710 | 406 | 2 | 27 | 387 | 399 | 63.6 | 36.4 | 0.2 | 2.4 | 34.7 | 35.8 |
| Irion (100%) | | | 1,513 | 1,112 | 401 | 23 | 30 | 349 | 369 | 73.5 | 26.5 | 1.5 | 2.0 | 23.1 | 24.4 |
| Kimble (100%) | | | 4,286 | 3,136 | 1,150 | 60 | 37 | 986 | 1,013 | 73.2 | 26.8 | 1.4 | 0.9 | 23.0 | 23.6 |
| Lampasas (100%) | | | 21,627 | 15,132 | 6,495 | 512 | 1,079 | 4,179 | 5,135 | 70.0 | 30.0 | 2.4 | 5.0 | 19.3 | 23.7 |
| Llano (100%) | | | 21,243 | 17,530 | 3,713 | 194 | 233 | 2,508 | 2,687 | 82.5 | 17.5 | 0.9 | 1.1 | 11.8 | 12.6 |
| Mason (100%) | | | 3,953 | 2,948 | 1,005 | 21 | 40 | 883 | 909 | 74.6 | 25.4 | 0.5 | 1.0 | 22.3 | 23.0 |
| McCulloch (100%) | | | 7,630 | 4,904 | 2,726 | 65 | 197 | 2,369 | 2,517 | 64.3 | 35.7 | 0.9 | 2.6 | 31.0 | 33.0 |
| Menard (100%) | | | 1,962 | 1,231 | 731 | 10 | 33 | 662 | 690 | 62.7 | 37.3 | 0.5 | 1.7 | 33.7 | 35.2 |
| Midland (100%) | | | 169,983 | 76,487 | 93,496 | 4,798 | 12,731 | 73,331 | 84,887 | 45.0 | 55.0 | 2.8 | 7.5 | 43.1 | 49.9 |
| Mills (100%) | | | 4,456 | 3,498 | 958 | 26 | 52 | 728 | 770 | 78.5 | 21.5 | 0.6 | 1.2 | 16.3 | 17.3 |

64211

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 396-2   Filed 07/01/22   Page 5 of 48

Texas Legislative Council
10/17/21 11:13 PM
Page 5 of 12

District Population Analysis with County Subtotals

## CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 11** | 0 | Total: | 766,987 | 334,920 | 432,067 | 23,349 | 104,802 | 295,916 | 390,228 | 43.7 | 56.3 | 3.0 | 13.7 | 38.6 | 50.9 |
| | 0.00 % | VAP: | 567,819 | 270,981 | 296,838 | 16,464 | 70,145 | 200,105 | 265,428 | 47.7 | 52.3 | 2.9 | 12.4 | 35.2 | 46.7 |
| Runnels (100%) | | | 9,900 | 6,062 | 3,838 | 65 | 252 | 3,354 | 3,560 | 61.2 | 38.8 | 0.7 | 2.5 | 33.9 | 36.0 |
| San Saba (100%) | | | 5,730 | 3,690 | 2,040 | 53 | 150 | 1,749 | 1,879 | 64.4 | 35.6 | 0.9 | 2.6 | 30.5 | 32.8 |
| Sterling (100%) | | | 1,372 | 867 | 505 | 29 | 22 | 449 | 465 | 63.2 | 36.8 | 2.1 | 1.6 | 32.7 | 33.9 |
| Tom Green (100%) | | | 120,003 | 62,390 | 57,613 | 2,752 | 6,070 | 47,066 | 52,091 | 52.0 | 48.0 | 2.3 | 5.1 | 39.2 | 43.4 |
| **DISTRICT 12** | 0 | Total: | 766,987 | 421,066 | 345,921 | 40,567 | 101,731 | 188,697 | 284,856 | 54.9 | 45.1 | 5.3 | 13.3 | 24.6 | 37.1 |
| | 0.00 % | VAP: | 580,455 | 341,653 | 238,802 | 29,723 | 69,461 | 125,768 | 192,721 | 58.9 | 41.1 | 5.1 | 12.0 | 21.7 | 33.2 |
| Parker (79%) | | | 116,906 | 92,468 | 24,438 | 1,508 | 2,395 | 15,839 | 18,012 | 79.1 | 20.9 | 1.3 | 2.0 | 13.5 | 15.4 |
| Tarrant (31%) | | | 650,081 | 328,598 | 321,483 | 39,059 | 99,336 | 172,858 | 266,844 | 50.5 | 49.5 | 6.0 | 15.3 | 26.6 | 41.0 |
| **DISTRICT 13** | 0 | Total: | 766,987 | 445,745 | 321,242 | 24,575 | 62,951 | 215,932 | 273,806 | 58.1 | 41.9 | 3.2 | 8.2 | 28.2 | 35.7 |
| | 0.00 % | VAP: | 585,231 | 363,053 | 222,178 | 17,643 | 44,023 | 144,154 | 186,082 | 62.0 | 38.0 | 3.0 | 7.5 | 24.6 | 31.8 |
| Archer (100%) | | | 8,560 | 7,356 | 1,204 | 74 | 106 | 742 | 831 | 85.9 | 14.1 | 0.9 | 1.2 | 8.7 | 9.7 |
| Armstrong (100%) | | | 1,848 | 1,593 | 255 | 28 | 34 | 144 | 162 | 86.2 | 13.8 | 1.5 | 1.8 | 7.8 | 8.8 |
| Baylor (100%) | | | 3,465 | 2,797 | 668 | 22 | 113 | 439 | 534 | 80.7 | 19.3 | 0.6 | 3.3 | 12.7 | 15.4 |
| Briscoe (100%) | | | 1,435 | 1,008 | 427 | 13 | 30 | 368 | 391 | 70.2 | 29.8 | 0.9 | 2.1 | 25.6 | 27.2 |
| Carson (100%) | | | 5,807 | 4,873 | 934 | 33 | 91 | 558 | 636 | 83.9 | 16.1 | 0.6 | 1.6 | 9.6 | 11.0 |
| Childress (100%) | | | 6,664 | 3,852 | 2,812 | 93 | 672 | 1,942 | 2,585 | 57.8 | 42.2 | 1.4 | 10.1 | 29.1 | 38.8 |
| Clay (100%) | | | 10,218 | 8,941 | 1,277 | 87 | 121 | 641 | 745 | 87.5 | 12.5 | 0.9 | 1.2 | 6.3 | 7.3 |
| Collingsworth (100%) | | | 2,652 | 1,617 | 1,035 | 32 | 148 | 832 | 955 | 61.0 | 39.0 | 1.2 | 5.6 | 31.4 | 36.0 |
| Cottle (100%) | | | 1,380 | 902 | 478 | 18 | 128 | 327 | 440 | 65.4 | 34.6 | 1.3 | 9.3 | 23.7 | 31.9 |
| Dallam (100%) | | | 7,115 | 3,119 | 3,996 | 33 | 142 | 3,707 | 3,837 | 43.8 | 56.2 | 0.5 | 2.0 | 52.1 | 53.9 |
| Deaf Smith (100%) | | | 18,583 | 4,233 | 14,350 | 78 | 290 | 13,925 | 14,080 | 22.8 | 77.2 | 0.4 | 1.6 | 74.9 | 75.8 |
| Denton (15%) | | | 137,298 | 74,752 | 62,546 | 6,889 | 17,250 | 35,520 | 51,733 | 54.4 | 45.6 | 5.0 | 12.6 | 25.9 | 37.7 |
| Dickens (100%) | | | 1,770 | 1,178 | 592 | 21 | 64 | 512 | 548 | 66.6 | 33.4 | 1.2 | 3.6 | 28.9 | 31.0 |
| Donley (100%) | | | 3,258 | 2,537 | 721 | 42 | 227 | 356 | 561 | 77.9 | 22.1 | 1.3 | 7.0 | 10.9 | 17.2 |
| Foard (100%) | | | 1,095 | 845 | 250 | 12 | 33 | 197 | 220 | 77.2 | 22.8 | 1.1 | 3.0 | 18.0 | 20.1 |
| Gray (100%) | | | 21,227 | 13,025 | 8,202 | 192 | 1,039 | 6,347 | 7,313 | 61.4 | 38.6 | 0.9 | 4.9 | 29.9 | 34.5 |
| Hall (100%) | | | 2,825 | 1,589 | 1,236 | 30 | 237 | 950 | 1,159 | 56.2 | 43.8 | 1.1 | 8.4 | 33.6 | 41.0 |
| Hansford (100%) | | | 5,285 | 2,552 | 2,733 | 15 | 43 | 2,615 | 2,643 | 48.3 | 51.7 | 0.3 | 0.8 | 49.5 | 50.0 |
| Hardeman (100%) | | | 3,549 | 2,441 | 1,108 | 30 | 195 | 818 | 983 | 68.8 | 31.2 | 0.8 | 5.5 | 23.0 | 27.7 |
| Hartley (100%) | | | 5,382 | 3,403 | 1,979 | 39 | 249 | 1,631 | 1,861 | 63.2 | 36.8 | 0.7 | 4.6 | 30.3 | 34.6 |
| Hemphill (100%) | | | 3,382 | 2,090 | 1,292 | 39 | 29 | 1,137 | 1,156 | 61.8 | 38.2 | 1.2 | 0.9 | 33.6 | 34.2 |
| Hutchinson (100%) | | | 20,617 | 13,783 | 6,834 | 200 | 757 | 4,961 | 5,589 | 66.9 | 33.1 | 1.0 | 3.7 | 24.1 | 27.1 |
| King (100%) | | | 265 | 230 | 35 | 4 | 8 | 25 | 31 | 86.8 | 13.2 | 1.5 | 3.0 | 9.4 | 11.7 |
| Knox (100%) | | | 3,353 | 1,935 | 1,418 | 34 | 210 | 1,130 | 1,309 | 57.7 | 42.3 | 1.0 | 6.3 | 33.7 | 39.0 |
| Lipscomb (100%) | | | 3,059 | 1,786 | 1,273 | 18 | 22 | 1,123 | 1,140 | 58.4 | 41.6 | 0.6 | 0.7 | 36.7 | 37.3 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 6 of 12

## District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 13** | 0 | Total: | 766,987 | 445,745 | 321,242 | 24,575 | 62,951 | 215,932 | 273,806 | 58.1 | 41.9 | 3.2 | 8.2 | 28.2 | 35.7 |
| | 0.00 % | VAP: | 585,231 | 363,053 | 222,178 | 17,643 | 44,023 | 144,154 | 186,082 | 62.0 | 38.0 | 3.0 | 7.5 | 24.6 | 31.8 |
| Montague (100%) | | | 19,965 | 16,342 | 3,623 | 129 | 206 | 2,361 | 2,543 | 81.9 | 18.1 | 0.6 | 1.0 | 11.8 | 12.7 |
| Moore (100%) | | | 21,358 | 6,499 | 14,859 | 1,071 | 832 | 12,647 | 13,398 | 30.4 | 69.6 | 5.0 | 3.9 | 59.2 | 62.7 |
| Motley (100%) | | | 1,063 | 858 | 205 | 18 | 18 | 153 | 166 | 80.7 | 19.3 | 1.7 | 1.7 | 14.4 | 15.6 |
| Ochiltree (100%) | | | 10,015 | 4,245 | 5,770 | 58 | 66 | 5,470 | 5,510 | 42.4 | 57.6 | 0.6 | 0.7 | 54.6 | 55.0 |
| Oldham (100%) | | | 1,758 | 1,325 | 433 | 31 | 77 | 313 | 372 | 75.4 | 24.6 | 1.8 | 4.4 | 17.8 | 21.2 |
| Potter (100%) | | | 118,525 | 50,153 | 68,372 | 6,757 | 14,438 | 45,193 | 58,528 | 42.3 | 57.7 | 5.7 | 12.2 | 38.1 | 49.4 |
| Randall (100%) | | | 140,753 | 95,457 | 45,296 | 3,550 | 6,592 | 31,583 | 37,395 | 67.8 | 32.2 | 2.5 | 4.7 | 22.4 | 26.6 |
| Roberts (100%) | | | 827 | 717 | 110 | 15 | 21 | 50 | 65 | 86.7 | 13.3 | 1.8 | 2.5 | 6.0 | 7.9 |
| Sherman (100%) | | | 2,782 | 1,362 | 1,420 | 24 | 60 | 1,315 | 1,354 | 49.0 | 51.0 | 0.9 | 2.2 | 47.3 | 48.7 |
| Wheeler (100%) | | | 4,990 | 3,469 | 1,521 | 53 | 137 | 1,227 | 1,345 | 69.5 | 30.5 | 1.1 | 2.7 | 24.6 | 27.0 |
| Wichita (100%) | | | 129,350 | 79,694 | 49,656 | 3,968 | 16,588 | 25,803 | 41,265 | 61.6 | 38.4 | 3.1 | 12.8 | 19.9 | 31.9 |
| Wilbarger (100%) | | | 12,887 | 7,012 | 5,875 | 632 | 1,259 | 3,734 | 4,910 | 54.4 | 45.6 | 4.9 | 9.8 | 29.0 | 38.1 |
| Wise (33%) | | | 22,622 | 16,175 | 6,447 | 193 | 419 | 5,136 | 5,513 | 71.5 | 28.5 | 0.9 | 1.9 | 22.7 | 24.4 |
| **DISTRICT 14** | 0 | Total: | 766,987 | 404,463 | 362,524 | 27,828 | 130,216 | 192,809 | 317,763 | 52.7 | 47.3 | 3.6 | 17.0 | 25.1 | 41.4 |
| | 0.00 % | VAP: | 585,292 | 327,812 | 257,480 | 20,408 | 94,668 | 130,969 | 223,381 | 56.0 | 44.0 | 3.5 | 16.2 | 22.4 | 38.2 |
| Brazoria (39%) | | | 146,551 | 77,389 | 69,162 | 2,559 | 15,195 | 49,137 | 63,063 | 52.8 | 47.2 | 1.7 | 10.4 | 33.5 | 43.0 |
| Chambers (0%) | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Galveston (100%) | | | 350,682 | 191,358 | 159,324 | 15,636 | 49,174 | 88,636 | 135,263 | 54.6 | 45.4 | 4.5 | 14.0 | 25.3 | 38.6 |
| Jefferson (72%) | | | 184,946 | 70,781 | 114,165 | 8,182 | 56,906 | 47,771 | 103,449 | 38.3 | 61.7 | 4.4 | 30.8 | 25.8 | 55.9 |
| Orange (100%) | | | 84,808 | 64,935 | 19,873 | 1,451 | 8,941 | 7,265 | 15,988 | 76.6 | 23.4 | 1.7 | 10.5 | 8.6 | 18.9 |
| **DISTRICT 15** | 0 | Total: | 766,987 | 117,166 | 649,821 | 10,918 | 12,125 | 624,361 | 633,222 | 15.3 | 84.7 | 1.4 | 1.6 | 81.4 | 82.6 |
| | 0.00 % | VAP: | 551,585 | 96,801 | 454,784 | 8,062 | 8,655 | 434,980 | 442,084 | 17.5 | 82.5 | 1.5 | 1.6 | 78.9 | 80.1 |
| Brooks (100%) | | | 7,076 | 724 | 6,352 | 48 | 47 | 6,242 | 6,271 | 10.2 | 89.8 | 0.7 | 0.7 | 88.2 | 88.6 |
| Guadalupe (40%) | | | 68,857 | 31,927 | 36,930 | 902 | 3,534 | 31,617 | 34,613 | 46.4 | 53.6 | 1.3 | 5.1 | 45.9 | 50.3 |
| Hidalgo (66%) | | | 576,365 | 38,319 | 538,046 | 8,945 | 5,489 | 523,911 | 527,175 | 6.6 | 93.4 | 1.6 | 1.0 | 90.9 | 91.5 |
| Jim Wells (100%) | | | 38,891 | 6,963 | 31,928 | 216 | 414 | 30,835 | 31,082 | 17.9 | 82.1 | 0.6 | 1.1 | 79.3 | 79.9 |
| Karnes (100%) | | | 14,710 | 5,388 | 9,322 | 196 | 1,265 | 7,734 | 8,910 | 36.6 | 63.4 | 1.3 | 8.6 | 52.6 | 60.6 |
| Live Oak (100%) | | | 11,335 | 5,968 | 5,367 | 66 | 275 | 4,790 | 5,031 | 52.7 | 47.3 | 0.6 | 2.4 | 42.3 | 44.4 |
| Wilson (100%) | | | 49,753 | 27,877 | 21,876 | 545 | 1,101 | 19,232 | 20,140 | 56.0 | 44.0 | 1.1 | 2.2 | 38.7 | 40.5 |
| **DISTRICT 16** | -1 | Total: | 766,986 | 89,996 | 676,990 | 16,718 | 34,595 | 629,842 | 655,820 | 11.7 | 88.3 | 2.2 | 4.5 | 82.1 | 85.5 |
| | 0.00 % | VAP: | 573,880 | 74,487 | 499,393 | 12,123 | 23,499 | 463,686 | 483,139 | 13.0 | 87.0 | 2.1 | 4.1 | 80.8 | 84.2 |
| El Paso (89%) | | | 766,986 | 89,996 | 676,990 | 16,718 | 34,595 | 629,842 | 655,820 | 11.7 | 88.3 | 2.2 | 4.5 | 82.1 | 85.5 |
| **DISTRICT 17** | 0 | Total: | 766,987 | 406,452 | 360,535 | 25,354 | 130,592 | 193,683 | 317,946 | 53.0 | 47.0 | 3.3 | 17.0 | 25.3 | 41.5 |
| | 0.00 % | VAP: | 589,524 | 333,951 | 255,573 | 18,552 | 94,305 | 131,353 | 222,973 | 56.6 | 43.4 | 3.1 | 16.0 | 22.3 | 37.8 |
| Angelina (100%) | | | 86,395 | 49,970 | 36,425 | 1,169 | 14,115 | 19,732 | 33,448 | 57.8 | 42.2 | 1.4 | 16.3 | 22.8 | 38.7 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 7 of 12

## District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 17** | 0 | Total: | 766,987 | 406,452 | 360,535 | 25,354 | 130,592 | 193,683 | 317,946 | 53.0 | 47.0 | 3.3 | 17.0 | 25.3 | 41.5 |
| | 0.00 % | VAP: | 589,524 | 333,951 | 255,573 | 18,552 | 94,305 | 131,353 | 222,973 | 56.6 | 43.4 | 3.1 | 16.0 | 22.3 | 37.8 |
| Falls (100%) | | | 16,968 | 8,707 | 8,261 | 106 | 4,023 | 3,965 | 7,845 | 51.3 | 48.7 | 0.6 | 23.7 | 23.4 | 46.2 |
| Freestone (36%) | | | 6,924 | 4,596 | 2,328 | 42 | 1,035 | 1,148 | 2,158 | 66.4 | 33.6 | 0.6 | 14.9 | 16.6 | 31.2 |
| Houston (100%) | | | 22,066 | 12,957 | 9,109 | 186 | 5,462 | 3,071 | 8,439 | 58.7 | 41.3 | 0.8 | 24.8 | 13.9 | 38.2 |
| Leon (100%) | | | 15,719 | 11,659 | 4,060 | 153 | 1,059 | 2,446 | 3,469 | 74.2 | 25.8 | 1.0 | 6.7 | 15.6 | 22.1 |
| Limestone (100%) | | | 22,146 | 12,530 | 9,616 | 245 | 4,117 | 5,013 | 8,945 | 56.6 | 43.4 | 1.1 | 18.6 | 22.6 | 40.4 |
| McLennan (100%) | | | 260,579 | 139,693 | 120,886 | 6,704 | 41,799 | 68,587 | 107,816 | 53.6 | 46.4 | 2.6 | 16.0 | 26.3 | 41.4 |
| Milam (100%) | | | 24,754 | 15,367 | 9,387 | 193 | 2,520 | 6,264 | 8,582 | 62.1 | 37.9 | 0.8 | 10.2 | 25.3 | 34.7 |
| Nacogdoches (100%) | | | 64,653 | 37,158 | 27,495 | 1,066 | 11,610 | 13,597 | 24,950 | 57.5 | 42.5 | 1.6 | 18.0 | 21.0 | 38.6 |
| Robertson (100%) | | | 16,757 | 9,505 | 7,252 | 145 | 3,381 | 3,528 | 6,789 | 56.7 | 43.3 | 0.9 | 20.2 | 21.1 | 40.5 |
| Travis (5%) | | | 69,871 | 28,634 | 41,237 | 7,327 | 12,570 | 20,867 | 32,593 | 41.0 | 59.0 | 10.5 | 18.0 | 29.9 | 46.6 |
| Trinity (100%) | | | 13,602 | 10,533 | 3,069 | 100 | 1,269 | 1,314 | 2,561 | 77.4 | 22.6 | 0.7 | 9.3 | 9.7 | 18.8 |
| Walker (78%) | | | 59,719 | 27,978 | 31,741 | 1,128 | 15,324 | 14,406 | 29,418 | 46.8 | 53.2 | 1.9 | 25.7 | 24.1 | 49.3 |
| Williamson (14%) | | | 86,834 | 37,165 | 49,669 | 6,790 | 12,308 | 29,745 | 40,933 | 42.8 | 57.2 | 7.8 | 14.2 | 34.3 | 47.1 |
| **DISTRICT 18** | 0 | Total: | 766,987 | 127,965 | 639,022 | 43,332 | 264,490 | 332,547 | 588,464 | 16.7 | 83.3 | 5.6 | 34.5 | 43.4 | 76.7 |
| | 0.00 % | VAP: | 576,291 | 111,891 | 464,400 | 35,620 | 198,049 | 229,406 | 422,876 | 19.4 | 80.6 | 6.2 | 34.4 | 39.8 | 73.4 |
| Harris (16%) | | | 766,987 | 127,965 | 639,022 | 43,332 | 264,490 | 332,547 | 588,464 | 16.7 | 83.3 | 5.6 | 34.5 | 43.4 | 76.7 |
| **DISTRICT 19** | 0 | Total: | 766,987 | 384,927 | 382,060 | 18,348 | 61,084 | 293,914 | 348,223 | 50.2 | 49.8 | 2.4 | 8.0 | 38.3 | 45.4 |
| | 0.00 % | VAP: | 578,679 | 310,685 | 267,994 | 13,951 | 42,663 | 201,052 | 241,281 | 53.7 | 46.3 | 2.4 | 7.4 | 34.7 | 41.7 |
| Andrews (100%) | | | 18,610 | 7,405 | 11,205 | 153 | 376 | 10,400 | 10,683 | 39.8 | 60.2 | 0.8 | 2.0 | 55.9 | 57.4 |
| Bailey (100%) | | | 6,904 | 2,190 | 4,714 | 19 | 91 | 4,540 | 4,600 | 31.7 | 68.3 | 0.3 | 1.3 | 65.8 | 66.6 |
| Borden (100%) | | | 631 | 528 | 103 | 14 | 16 | 86 | 95 | 83.7 | 16.3 | 2.2 | 2.5 | 13.6 | 15.1 |
| Callahan (11%) | | | 1,556 | 1,275 | 281 | 16 | 26 | 168 | 188 | 81.9 | 18.1 | 1.0 | 1.7 | 10.8 | 12.1 |
| Castro (100%) | | | 7,371 | 2,328 | 5,043 | 49 | 155 | 4,784 | 4,905 | 31.6 | 68.4 | 0.7 | 2.1 | 64.9 | 66.5 |
| Cochran (100%) | | | 2,547 | 912 | 1,635 | 16 | 94 | 1,527 | 1,594 | 35.8 | 64.2 | 0.6 | 3.7 | 60.0 | 62.6 |
| Crosby (100%) | | | 5,133 | 2,076 | 3,057 | 41 | 203 | 2,829 | 2,965 | 40.4 | 59.6 | 0.8 | 4.0 | 55.1 | 57.8 |
| Dawson (100%) | | | 12,456 | 4,590 | 7,866 | 86 | 1,004 | 6,767 | 7,665 | 36.8 | 63.2 | 0.7 | 8.1 | 54.3 | 61.5 |
| Fisher (100%) | | | 3,672 | 2,496 | 1,176 | 27 | 149 | 973 | 1,088 | 68.0 | 32.0 | 0.7 | 4.1 | 26.5 | 29.6 |
| Floyd (100%) | | | 5,402 | 2,079 | 3,323 | 39 | 207 | 3,067 | 3,228 | 38.5 | 61.5 | 0.7 | 3.8 | 56.8 | 59.8 |
| Gaines (100%) | | | 21,598 | 12,554 | 9,044 | 139 | 356 | 8,401 | 8,676 | 58.1 | 41.9 | 0.6 | 1.6 | 38.9 | 40.2 |
| Garza (100%) | | | 5,816 | 2,162 | 3,654 | 56 | 381 | 3,272 | 3,554 | 37.2 | 62.8 | 1.0 | 6.6 | 56.3 | 61.1 |
| Hale (100%) | | | 32,522 | 10,693 | 21,829 | 243 | 1,807 | 19,489 | 21,052 | 32.9 | 67.1 | 0.7 | 5.6 | 59.9 | 64.7 |
| Haskell (100%) | | | 5,416 | 3,628 | 1,788 | 43 | 268 | 1,377 | 1,599 | 67.0 | 33.0 | 0.8 | 4.9 | 25.4 | 29.5 |
| Hockley (100%) | | | 21,537 | 9,752 | 11,785 | 97 | 803 | 10,624 | 11,295 | 45.3 | 54.7 | 0.5 | 3.7 | 49.3 | 52.4 |
| Howard (100%) | | | 34,860 | 15,672 | 19,188 | 561 | 2,113 | 16,174 | 17,929 | 45.0 | 55.0 | 1.6 | 6.1 | 46.4 | 51.4 |
| Jones (100%) | | | 19,663 | 11,485 | 8,178 | 158 | 2,187 | 5,504 | 7,599 | 58.4 | 41.6 | 0.8 | 11.1 | 28.0 | 38.6 |
| Kent (100%) | | | 753 | 657 | 96 | 9 | 11 | 81 | 86 | 87.3 | 12.7 | 1.2 | 1.5 | 10.8 | 11.4 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 8 of 12

## District Population Analysis with County Subtotals
### CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 19** | 0 | Total: | 766,987 | 384,927 | 382,060 | 18,348 | 61,084 | 293,914 | 348,223 | 50.2 | 49.8 | 2.4 | 8.0 | 38.3 | 45.4 |
| | 0.00 % | VAP: | 578,679 | 310,685 | 267,994 | 13,951 | 42,663 | 201,052 | 241,281 | 53.7 | 46.3 | 2.4 | 7.4 | 34.7 | 41.7 |
| Lamb (100%) | | | 13,045 | 4,981 | 8,064 | 41 | 544 | 7,449 | 7,904 | 38.2 | 61.8 | 0.3 | 4.2 | 57.1 | 60.6 |
| Lubbock (100%) | | | 310,639 | 154,994 | 155,645 | 11,533 | 31,107 | 109,170 | 137,329 | 49.9 | 50.1 | 3.7 | 10.0 | 35.1 | 44.2 |
| Lynn (100%) | | | 5,596 | 2,960 | 2,636 | 34 | 151 | 2,352 | 2,482 | 52.9 | 47.1 | 0.6 | 2.7 | 42.0 | 44.4 |
| Martin (100%) | | | 5,237 | 2,780 | 2,457 | 34 | 128 | 2,255 | 2,359 | 53.1 | 46.9 | 0.6 | 2.4 | 43.1 | 45.0 |
| Mitchell (100%) | | | 8,990 | 4,328 | 4,662 | 71 | 1,072 | 3,454 | 4,457 | 48.1 | 51.9 | 0.8 | 11.9 | 38.4 | 49.6 |
| Nolan (100%) | | | 14,738 | 8,138 | 6,600 | 150 | 953 | 5,354 | 6,120 | 55.2 | 44.8 | 1.0 | 6.5 | 36.3 | 41.5 |
| Parmer (100%) | | | 9,869 | 3,187 | 6,682 | 36 | 137 | 6,504 | 6,575 | 32.3 | 67.7 | 0.4 | 1.4 | 65.9 | 66.6 |
| Scurry (100%) | | | 16,932 | 8,637 | 8,295 | 140 | 812 | 7,139 | 7,853 | 51.0 | 49.0 | 0.8 | 4.8 | 42.2 | 46.4 |
| Shackelford (100%) | | | 3,105 | 2,612 | 493 | 33 | 46 | 363 | 394 | 84.1 | 15.9 | 1.1 | 1.5 | 11.7 | 12.7 |
| Stonewall (100%) | | | 1,245 | 958 | 287 | 9 | 41 | 226 | 256 | 76.9 | 23.1 | 0.7 | 3.3 | 18.2 | 20.6 |
| Swisher (100%) | | | 6,971 | 3,219 | 3,752 | 44 | 524 | 3,147 | 3,597 | 46.2 | 53.8 | 0.6 | 7.5 | 45.1 | 51.6 |
| Taylor (100%) | | | 143,208 | 87,316 | 55,892 | 4,299 | 14,655 | 34,756 | 47,874 | 61.0 | 39.0 | 3.0 | 10.2 | 24.3 | 33.4 |
| Terry (100%) | | | 11,831 | 4,599 | 7,232 | 78 | 540 | 6,569 | 7,009 | 38.9 | 61.1 | 0.7 | 4.6 | 55.5 | 59.2 |
| Throckmorton (100%) | | | 1,440 | 1,248 | 192 | 8 | 17 | 145 | 156 | 86.7 | 13.3 | 0.6 | 1.2 | 10.1 | 10.8 |
| Yoakum (100%) | | | 7,694 | 2,488 | 5,206 | 72 | 110 | 4,968 | 5,057 | 32.3 | 67.7 | 0.9 | 1.4 | 64.6 | 65.7 |
| **DISTRICT 20** | 0 | Total: | 766,987 | 135,128 | 631,859 | 36,952 | 59,388 | 540,441 | 589,510 | 17.6 | 82.4 | 4.8 | 7.7 | 70.5 | 76.9 |
| | 0.00 % | VAP: | 574,548 | 113,466 | 461,082 | 26,992 | 41,320 | 392,056 | 428,572 | 19.7 | 80.3 | 4.7 | 7.2 | 68.2 | 74.6 |
| Bexar (38%) | | | 766,987 | 135,128 | 631,859 | 36,952 | 59,388 | 540,441 | 589,510 | 17.6 | 82.4 | 4.8 | 7.7 | 70.5 | 76.9 |
| **DISTRICT 21** | 0 | Total: | 766,987 | 451,460 | 315,527 | 30,083 | 37,947 | 235,714 | 267,768 | 58.9 | 41.1 | 3.9 | 4.9 | 30.7 | 34.9 |
| | 0.00 % | VAP: | 604,056 | 375,418 | 228,638 | 21,467 | 26,729 | 168,362 | 192,241 | 62.1 | 37.9 | 3.6 | 4.4 | 27.9 | 31.8 |
| Bandera (100%) | | | 20,851 | 15,595 | 5,256 | 219 | 270 | 4,010 | 4,247 | 74.8 | 25.2 | 1.1 | 1.3 | 19.2 | 20.4 |
| Bexar (17%) | | | 340,486 | 153,978 | 186,508 | 19,382 | 27,846 | 138,212 | 161,855 | 45.2 | 54.8 | 5.7 | 8.2 | 40.6 | 47.5 |
| Blanco (100%) | | | 11,374 | 8,707 | 2,667 | 100 | 123 | 2,092 | 2,196 | 76.6 | 23.4 | 0.9 | 1.1 | 18.4 | 19.3 |
| Comal (84%) | | | 136,163 | 91,746 | 44,417 | 2,766 | 4,037 | 34,282 | 37,679 | 67.4 | 32.6 | 2.0 | 3.0 | 25.2 | 27.7 |
| Gillespie (100%) | | | 26,725 | 19,884 | 6,841 | 213 | 245 | 5,766 | 5,941 | 74.4 | 25.6 | 0.8 | 0.9 | 21.6 | 22.2 |
| Hays (43%) | | | 104,202 | 73,276 | 30,926 | 3,430 | 2,841 | 21,991 | 24,352 | 70.3 | 29.7 | 3.3 | 2.7 | 21.1 | 23.4 |
| Kendall (100%) | | | 44,279 | 31,767 | 12,512 | 743 | 603 | 10,029 | 10,509 | 71.7 | 28.3 | 1.7 | 1.4 | 22.6 | 23.7 |
| Kerr (100%) | | | 52,598 | 35,791 | 16,807 | 851 | 1,127 | 13,598 | 14,502 | 68.0 | 32.0 | 1.6 | 2.1 | 25.9 | 27.6 |
| Real (100%) | | | 2,758 | 1,940 | 818 | 28 | 50 | 692 | 731 | 70.3 | 29.7 | 1.0 | 1.8 | 25.1 | 26.5 |
| Travis (2%) | | | 27,551 | 18,776 | 8,775 | 2,351 | 805 | 5,042 | 5,756 | 68.1 | 31.9 | 8.5 | 2.9 | 18.3 | 20.9 |
| **DISTRICT 22** | 0 | Total: | 766,987 | 324,471 | 442,516 | 119,105 | 99,463 | 216,902 | 310,661 | 42.3 | 57.7 | 15.5 | 13.0 | 28.3 | 40.5 |
| | 0.00 % | VAP: | 557,229 | 252,124 | 305,105 | 82,839 | 68,178 | 146,574 | 212,123 | 45.2 | 54.8 | 14.9 | 12.2 | 26.3 | 38.1 |
| Brazoria (37%) | | | 136,200 | 61,518 | 74,682 | 8,420 | 17,094 | 47,350 | 63,489 | 45.2 | 54.8 | 6.2 | 12.6 | 34.8 | 46.6 |
| Fort Bend (57%) | | | 471,241 | 192,990 | 278,251 | 101,298 | 61,835 | 111,019 | 169,683 | 41.0 | 59.0 | 21.5 | 13.1 | 23.6 | 36.0 |
| Harris (2%) | | | 81,721 | 36,478 | 45,243 | 8,267 | 10,166 | 26,111 | 35,391 | 44.6 | 55.4 | 10.1 | 12.4 | 32.0 | 43.3 |

Red-100T
Data: 2020 Census
PLANC2193 10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 396-2   Filed 07/01/22   Page 9 of 48

Texas Legislative Council
10/17/21 11:13 PM
Page 9 of 12

## District Population Analysis with County Subtotals
### CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 22** | 0 | Total: | 766,987 | 324,471 | 442,516 | 119,105 | 99,463 | 216,902 | 310,661 | 42.3 | 57.7 | 15.5 | 13.0 | 28.3 | 40.5 |
| | 0.00 % | VAP: | 557,229 | 252,124 | 305,105 | 82,839 | 68,178 | 146,574 | 212,123 | 45.2 | 54.8 | 14.9 | 12.2 | 26.3 | 38.1 |
| Matagorda (100%) | | | 36,255 | 15,355 | 20,900 | 856 | 4,330 | 15,455 | 19,466 | 42.4 | 57.6 | 2.4 | 11.9 | 42.6 | 53.7 |
| Wharton (100%) | | | 41,570 | 18,130 | 23,440 | 264 | 6,038 | 16,967 | 22,632 | 43.6 | 56.4 | 0.6 | 14.5 | 40.8 | 54.4 |
| **DISTRICT 23** | 0 | Total: | 766,987 | 217,997 | 548,990 | 27,237 | 37,248 | 482,437 | 512,854 | 28.4 | 71.6 | 3.6 | 4.9 | 62.9 | 66.9 |
| | 0.00 % | VAP: | 568,074 | 177,580 | 390,494 | 18,844 | 26,217 | 340,976 | 363,926 | 31.3 | 68.7 | 3.3 | 4.6 | 60.0 | 64.1 |
| Bexar (17%) | | | 346,094 | 134,771 | 211,323 | 22,308 | 26,259 | 162,758 | 184,954 | 38.9 | 61.1 | 6.4 | 7.6 | 47.0 | 53.4 |
| Brewster (100%) | | | 9,546 | 4,948 | 4,598 | 164 | 287 | 3,963 | 4,176 | 51.8 | 48.2 | 1.7 | 3.0 | 41.5 | 43.7 |
| Crane (100%) | | | 4,675 | 1,342 | 3,333 | 39 | 102 | 3,158 | 3,237 | 28.7 | 71.3 | 0.8 | 2.2 | 67.6 | 69.2 |
| Crockett (100%) | | | 3,098 | 1,080 | 2,018 | 23 | 36 | 1,920 | 1,945 | 34.9 | 65.1 | 0.7 | 1.2 | 62.0 | 62.8 |
| Culberson (100%) | | | 2,188 | 445 | 1,743 | 50 | 48 | 1,645 | 1,673 | 20.3 | 79.7 | 2.3 | 2.2 | 75.2 | 76.5 |
| Dimmit (100%) | | | 8,615 | 898 | 7,717 | 94 | 129 | 7,487 | 7,570 | 10.4 | 89.6 | 1.1 | 1.5 | 86.9 | 87.9 |
| Edwards (100%) | | | 1,422 | 651 | 771 | 26 | 17 | 718 | 725 | 45.8 | 54.2 | 1.8 | 1.2 | 50.5 | 51.0 |
| El Paso (11%) | | | 98,671 | 8,223 | 90,448 | 1,674 | 3,605 | 85,509 | 88,065 | 8.3 | 91.7 | 1.7 | 3.7 | 86.7 | 89.3 |
| Frio (100%) | | | 18,385 | 3,053 | 15,332 | 218 | 767 | 14,171 | 14,897 | 16.6 | 83.4 | 1.2 | 4.2 | 77.1 | 81.0 |
| Hudspeth (100%) | | | 3,202 | 1,094 | 2,108 | 22 | 29 | 2,036 | 2,049 | 34.2 | 65.8 | 0.7 | 0.9 | 63.6 | 64.0 |
| Jeff Davis (100%) | | | 1,996 | 1,282 | 714 | 39 | 28 | 613 | 627 | 64.2 | 35.8 | 2.0 | 1.4 | 30.7 | 31.4 |
| Kinney (100%) | | | 3,129 | 1,489 | 1,640 | 46 | 66 | 1,470 | 1,517 | 47.6 | 52.4 | 1.5 | 2.1 | 47.0 | 48.5 |
| La Salle (100%) | | | 6,664 | 1,467 | 5,197 | 28 | 259 | 4,908 | 5,132 | 22.0 | 78.0 | 0.4 | 3.9 | 73.6 | 77.0 |
| Loving (100%) | | | 64 | 56 | 8 | 3 | 3 | 1 | 3 | 87.5 | 12.5 | 4.7 | 4.7 | 1.6 | 4.7 |
| Maverick (100%) | | | 57,887 | 1,574 | 56,313 | 295 | 307 | 54,936 | 55,107 | 2.7 | 97.3 | 0.5 | 0.5 | 94.9 | 95.2 |
| Medina (100%) | | | 50,748 | 22,324 | 28,424 | 528 | 1,762 | 25,455 | 26,930 | 44.0 | 56.0 | 1.0 | 3.5 | 50.2 | 53.1 |
| Pecos (100%) | | | 15,193 | 3,473 | 11,720 | 183 | 630 | 10,845 | 11,376 | 22.9 | 77.1 | 1.2 | 4.1 | 71.4 | 74.9 |
| Presidio (100%) | | | 6,131 | 961 | 5,170 | 102 | 47 | 4,991 | 5,032 | 15.7 | 84.3 | 1.7 | 0.8 | 81.4 | 82.1 |
| Reagan (100%) | | | 3,385 | 968 | 2,417 | 44 | 78 | 2,283 | 2,339 | 28.6 | 71.4 | 1.3 | 2.3 | 67.4 | 69.1 |
| Reeves (100%) | | | 14,748 | 1,697 | 13,051 | 205 | 332 | 12,510 | 12,748 | 11.5 | 88.5 | 1.4 | 2.3 | 84.8 | 86.4 |
| Schleicher (100%) | | | 2,451 | 1,102 | 1,349 | 28 | 44 | 1,275 | 1,296 | 45.0 | 55.0 | 1.1 | 1.8 | 52.0 | 52.9 |
| Sutton (100%) | | | 3,372 | 1,200 | 2,172 | 24 | 32 | 2,093 | 2,111 | 35.6 | 64.4 | 0.7 | 0.9 | 62.1 | 62.6 |
| Terrell (100%) | | | 760 | 352 | 408 | 13 | 22 | 370 | 384 | 46.3 | 53.7 | 1.7 | 2.9 | 48.7 | 50.5 |
| Upton (100%) | | | 3,308 | 1,318 | 1,990 | 32 | 120 | 1,797 | 1,886 | 39.8 | 60.2 | 1.0 | 3.6 | 54.3 | 57.0 |
| Uvalde (100%) | | | 24,564 | 6,613 | 17,951 | 206 | 268 | 17,317 | 17,462 | 26.9 | 73.1 | 0.8 | 1.1 | 70.5 | 71.1 |
| Val Verde (100%) | | | 47,586 | 7,836 | 39,750 | 574 | 962 | 38,207 | 38,861 | 16.5 | 83.5 | 1.2 | 2.0 | 80.3 | 81.7 |
| Ward (100%) | | | 11,644 | 4,506 | 7,138 | 113 | 666 | 6,325 | 6,847 | 38.7 | 61.3 | 1.0 | 5.7 | 54.3 | 58.8 |
| Winkler (100%) | | | 7,791 | 2,702 | 5,089 | 114 | 210 | 4,732 | 4,883 | 34.7 | 65.3 | 1.5 | 2.7 | 60.7 | 62.7 |
| Zavala (100%) | | | 9,670 | 572 | 9,098 | 42 | 133 | 8,944 | 9,022 | 5.9 | 94.1 | 0.4 | 1.4 | 92.5 | 93.3 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 10 of 12

## District Population Analysis with County Subtotals
### CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 24** | 0 | Total: | 766,987 | 472,474 | 294,513 | 77,111 | 66,043 | 133,852 | 195,638 | 61.6 | 38.4 | 10.1 | 8.6 | 17.5 | 25.5 |
| | 0.00 % | VAP: | 581,738 | 377,683 | 204,055 | 54,234 | 44,772 | 90,349 | 133,025 | 64.9 | 35.1 | 9.3 | 7.7 | 15.5 | 22.9 |
| Dallas (10%) | | | 258,038 | 167,426 | 90,612 | 27,897 | 15,670 | 42,581 | 57,239 | 64.9 | 35.1 | 10.8 | 6.1 | 16.5 | 22.2 |
| Tarrant (24%) | | | 508,949 | 305,048 | 203,901 | 49,214 | 50,373 | 91,271 | 138,399 | 59.9 | 40.1 | 9.7 | 9.9 | 17.9 | 27.2 |
| **DISTRICT 25** | 0 | Total: | 766,987 | 447,757 | 319,230 | 32,281 | 103,284 | 166,945 | 265,332 | 58.4 | 41.6 | 4.2 | 13.5 | 21.8 | 34.6 |
| | 0.00 % | VAP: | 586,313 | 364,328 | 221,985 | 24,566 | 72,332 | 110,135 | 180,303 | 62.1 | 37.9 | 4.2 | 12.3 | 18.8 | 30.8 |
| Callahan (89%) | | | 12,152 | 10,280 | 1,872 | 93 | 243 | 1,138 | 1,357 | 84.6 | 15.4 | 0.8 | 2.0 | 9.4 | 11.2 |
| Comanche (100%) | | | 13,594 | 9,197 | 4,397 | 62 | 127 | 3,867 | 3,949 | 67.7 | 32.3 | 0.5 | 0.9 | 28.4 | 29.0 |
| Eastland (100%) | | | 17,725 | 13,653 | 4,072 | 169 | 497 | 2,934 | 3,380 | 77.0 | 23.0 | 1.0 | 2.8 | 16.6 | 19.1 |
| Erath (100%) | | | 42,545 | 30,006 | 12,539 | 557 | 1,646 | 9,254 | 10,774 | 70.5 | 29.5 | 1.3 | 3.9 | 21.8 | 25.3 |
| Hood (100%) | | | 61,598 | 49,815 | 11,783 | 755 | 931 | 7,958 | 8,774 | 80.9 | 19.1 | 1.2 | 1.5 | 12.9 | 14.2 |
| Jack (100%) | | | 8,472 | 6,358 | 2,114 | 72 | 350 | 1,521 | 1,836 | 75.0 | 25.0 | 0.8 | 4.1 | 18.0 | 21.7 |
| Johnson (73%) | | | 132,004 | 91,729 | 40,275 | 1,811 | 5,380 | 28,041 | 32,845 | 69.5 | 30.5 | 1.4 | 4.1 | 21.2 | 24.9 |
| Palo Pinto (100%) | | | 28,409 | 20,778 | 7,631 | 345 | 857 | 5,614 | 6,367 | 73.1 | 26.9 | 1.2 | 3.0 | 19.8 | 22.4 |
| Parker (21%) | | | 31,316 | 25,279 | 6,037 | 482 | 534 | 3,980 | 4,461 | 80.7 | 19.3 | 1.5 | 1.7 | 12.7 | 14.2 |
| Somervell (100%) | | | 9,205 | 7,011 | 2,194 | 93 | 115 | 1,687 | 1,773 | 76.2 | 23.8 | 1.0 | 1.2 | 18.3 | 19.3 |
| Stephens (100%) | | | 9,101 | 6,256 | 2,845 | 89 | 327 | 2,204 | 2,503 | 68.7 | 31.3 | 1.0 | 3.6 | 24.2 | 27.5 |
| Tarrant (18%) | | | 382,999 | 163,986 | 219,013 | 27,621 | 91,953 | 95,239 | 183,523 | 42.8 | 57.2 | 7.2 | 24.0 | 24.9 | 47.9 |
| Young (100%) | | | 17,867 | 13,409 | 4,458 | 132 | 324 | 3,508 | 3,790 | 75.0 | 25.0 | 0.7 | 1.8 | 19.6 | 21.2 |
| **DISTRICT 26** | 0 | Total: | 766,987 | 433,991 | 332,996 | 85,771 | 82,275 | 147,447 | 225,258 | 56.6 | 43.4 | 11.2 | 10.7 | 19.2 | 29.4 |
| | 0.00 % | VAP: | 569,880 | 341,892 | 227,988 | 60,224 | 56,050 | 97,018 | 150,908 | 60.0 | 40.0 | 10.6 | 9.8 | 17.0 | 26.5 |
| Cooke (100%) | | | 41,668 | 29,404 | 12,264 | 446 | 1,687 | 8,519 | 10,062 | 70.6 | 29.4 | 1.1 | 4.0 | 20.4 | 24.1 |
| Denton (75%) | | | 679,309 | 370,267 | 309,042 | 84,874 | 79,746 | 130,370 | 205,942 | 54.5 | 45.5 | 12.5 | 11.7 | 19.2 | 30.3 |
| Tarrant (0%) | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Wise (67%) | | | 46,010 | 34,320 | 11,690 | 451 | 842 | 8,558 | 9,254 | 74.6 | 25.4 | 1.0 | 1.8 | 18.6 | 20.1 |
| **DISTRICT 27** | 0 | Total: | 766,987 | 290,582 | 476,405 | 17,623 | 41,818 | 410,805 | 446,110 | 37.9 | 62.1 | 2.3 | 5.5 | 53.6 | 58.2 |
| | 0.00 % | VAP: | 585,427 | 242,429 | 342,998 | 12,872 | 29,835 | 292,191 | 319,412 | 41.4 | 58.6 | 2.2 | 5.1 | 49.9 | 54.6 |
| Aransas (100%) | | | 23,830 | 15,816 | 8,014 | 655 | 394 | 6,158 | 6,486 | 66.4 | 33.6 | 2.7 | 1.7 | 25.8 | 27.2 |
| Bastrop (46%) | | | 44,314 | 19,927 | 24,387 | 697 | 2,329 | 20,580 | 22,667 | 45.0 | 55.0 | 1.6 | 5.3 | 46.4 | 51.2 |
| Bee (100%) | | | 31,047 | 8,600 | 22,447 | 307 | 2,558 | 19,392 | 21,804 | 27.7 | 72.3 | 1.0 | 8.2 | 62.5 | 70.2 |
| Caldwell (100%) | | | 45,883 | 16,560 | 29,323 | 444 | 2,932 | 25,468 | 28,025 | 36.1 | 63.9 | 1.0 | 6.4 | 55.5 | 61.1 |
| Calhoun (100%) | | | 20,106 | 8,374 | 11,732 | 1,169 | 534 | 9,858 | 10,271 | 41.6 | 58.4 | 5.8 | 2.7 | 49.0 | 51.1 |
| De Witt (100%) | | | 19,824 | 10,854 | 8,970 | 105 | 1,867 | 6,890 | 8,564 | 54.8 | 45.2 | 0.5 | 9.4 | 34.8 | 43.2 |
| Goliad (100%) | | | 7,012 | 4,246 | 2,766 | 60 | 349 | 2,288 | 2,569 | 60.6 | 39.4 | 0.9 | 5.0 | 32.6 | 36.6 |
| Gonzales (100%) | | | 19,653 | 8,159 | 11,494 | 122 | 1,391 | 9,897 | 11,074 | 41.5 | 58.5 | 0.6 | 7.1 | 50.4 | 56.3 |
| Jackson (100%) | | | 14,988 | 8,510 | 6,478 | 228 | 1,186 | 4,829 | 5,877 | 56.8 | 43.2 | 1.5 | 7.9 | 32.2 | 39.2 |
| Lavaca (100%) | | | 20,337 | 14,564 | 5,773 | 114 | 1,497 | 3,936 | 5,316 | 71.6 | 28.4 | 0.6 | 7.4 | 19.4 | 26.1 |
| Nueces (100%) | | | 353,178 | 106,165 | 247,013 | 10,625 | 17,679 | 217,052 | 231,480 | 30.1 | 69.9 | 3.0 | 5.0 | 61.5 | 65.5 |

64211

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

District Population Analysis with County Subtotals
**CONGRESSIONAL DISTRICTS - PLANC2193**

Texas Legislative Council
10/17/21 11:13 PM
Page 11 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 27** | 0 | Total: | 766,987 | 290,582 | 476,405 | 17,623 | 41,818 | 410,805 | 446,110 | 37.9 | 62.1 | 2.3 | 5.5 | 53.6 | 58.2 |
| | 0.00 % | VAP: | 585,427 | 242,429 | 342,998 | 12,872 | 29,835 | 292,191 | 319,412 | 41.4 | 58.6 | 2.2 | 5.1 | 49.9 | 54.6 |
| Refugio (100%) | | | 6,741 | 2,864 | 3,877 | 61 | 534 | 3,306 | 3,735 | 42.5 | 57.5 | 0.9 | 7.9 | 49.0 | 55.4 |
| San Patricio (100%) | | | 68,755 | 26,613 | 42,142 | 1,278 | 1,725 | 38,220 | 39,491 | 38.7 | 61.3 | 1.9 | 2.5 | 55.6 | 57.4 |
| Victoria (100%) | | | 91,319 | 39,330 | 51,989 | 1,758 | 6,843 | 42,931 | 48,751 | 43.1 | 56.9 | 1.9 | 7.5 | 47.0 | 53.4 |
| **DISTRICT 28** | 0 | Total: | 766,987 | 132,163 | 634,824 | 12,278 | 43,961 | 577,559 | 615,181 | 17.2 | 82.8 | 1.6 | 5.7 | 75.3 | 80.2 |
| | 0.00 % | VAP: | 552,637 | 106,857 | 445,780 | 8,615 | 31,283 | 402,711 | 431,036 | 19.3 | 80.7 | 1.6 | 5.7 | 72.9 | 78.0 |
| Atascosa (100%) | | | 48,981 | 16,066 | 32,915 | 396 | 736 | 31,178 | 31,684 | 32.8 | 67.2 | 0.8 | 1.5 | 63.7 | 64.7 |
| Bexar (13%) | | | 251,965 | 50,795 | 201,170 | 5,095 | 28,609 | 168,552 | 193,451 | 20.2 | 79.8 | 2.0 | 11.4 | 66.9 | 76.8 |
| Duval (100%) | | | 9,831 | 937 | 8,894 | 66 | 208 | 7,962 | 8,133 | 9.5 | 90.5 | 0.7 | 2.1 | 81.0 | 82.7 |
| Guadalupe (60%) | | | 103,849 | 52,136 | 51,713 | 4,705 | 12,532 | 33,616 | 44,675 | 50.2 | 49.8 | 4.5 | 12.1 | 32.4 | 43.0 |
| Jim Hogg (100%) | | | 4,838 | 414 | 4,424 | 36 | 11 | 4,281 | 4,287 | 8.6 | 91.4 | 0.7 | 0.2 | 88.5 | 88.6 |
| McMullen (100%) | | | 600 | 353 | 247 | 13 | 17 | 224 | 231 | 58.8 | 41.2 | 2.2 | 2.8 | 37.3 | 38.5 |
| Starr (100%) | | | 65,920 | 1,171 | 64,749 | 152 | 162 | 64,393 | 64,454 | 1.8 | 98.2 | 0.2 | 0.2 | 97.7 | 97.8 |
| Webb (100%) | | | 267,114 | 9,495 | 257,619 | 1,774 | 1,647 | 254,354 | 255,249 | 3.6 | 96.4 | 0.7 | 0.6 | 95.2 | 95.6 |
| Zapata (100%) | | | 13,889 | 796 | 13,093 | 41 | 39 | 12,999 | 13,017 | 5.7 | 94.3 | 0.3 | 0.3 | 93.6 | 93.7 |
| **DISTRICT 29** | 0 | Total: | 766,987 | 63,916 | 703,071 | 21,429 | 113,132 | 571,563 | 677,318 | 8.3 | 91.7 | 2.8 | 14.8 | 74.5 | 88.3 |
| | 0.00 % | VAP: | 547,845 | 54,519 | 493,326 | 16,686 | 80,103 | 396,804 | 473,139 | 10.0 | 90.0 | 3.0 | 14.6 | 72.4 | 86.4 |
| Harris (16%) | | | 766,987 | 63,916 | 703,071 | 21,429 | 113,132 | 571,563 | 677,318 | 8.3 | 91.7 | 2.8 | 14.8 | 74.5 | 88.3 |
| **DISTRICT 30** | 0 | Total: | 766,987 | 135,970 | 631,017 | 30,062 | 324,212 | 276,371 | 593,069 | 17.7 | 82.3 | 3.9 | 42.3 | 36.0 | 77.3 |
| | 0.00 % | VAP: | 577,974 | 123,551 | 454,423 | 23,959 | 242,224 | 185,018 | 423,612 | 21.4 | 78.6 | 4.1 | 41.9 | 32.0 | 73.3 |
| Dallas (27%) | | | 714,337 | 125,608 | 588,729 | 21,893 | 303,130 | 263,188 | 559,466 | 17.6 | 82.4 | 3.1 | 42.4 | 36.8 | 78.3 |
| Tarrant (2%) | | | 52,650 | 10,362 | 42,288 | 8,169 | 21,082 | 13,183 | 33,603 | 19.7 | 80.3 | 15.5 | 40.0 | 25.0 | 63.8 |
| **DISTRICT 31** | 0 | Total: | 766,987 | 453,212 | 313,775 | 47,009 | 75,716 | 176,860 | 245,079 | 59.1 | 40.9 | 6.1 | 9.9 | 23.1 | 32.0 |
| | 0.00 % | VAP: | 574,120 | 361,417 | 212,703 | 31,029 | 51,356 | 116,544 | 164,576 | 63.0 | 37.0 | 5.4 | 8.9 | 20.3 | 28.7 |
| Bell (53%) | | | 195,972 | 109,835 | 86,137 | 6,976 | 28,523 | 47,699 | 73,510 | 56.0 | 44.0 | 3.6 | 14.6 | 24.3 | 37.5 |
| Bosque (100%) | | | 18,235 | 13,621 | 4,614 | 148 | 503 | 3,321 | 3,737 | 74.7 | 25.3 | 0.8 | 2.8 | 18.2 | 20.5 |
| Burnet (100%) | | | 49,130 | 34,810 | 14,320 | 629 | 1,011 | 11,199 | 12,068 | 70.9 | 29.1 | 1.3 | 2.1 | 22.8 | 24.6 |
| Coryell (100%) | | | 83,093 | 46,213 | 36,880 | 3,238 | 15,290 | 16,482 | 30,436 | 55.6 | 44.4 | 3.9 | 18.4 | 19.8 | 36.6 |
| Hamilton (100%) | | | 8,222 | 6,805 | 1,417 | 63 | 68 | 1,045 | 1,104 | 82.8 | 17.2 | 0.8 | 0.8 | 12.7 | 13.4 |
| Williamson (68%) | | | 412,335 | 241,928 | 170,407 | 35,955 | 30,321 | 97,114 | 124,224 | 58.7 | 41.3 | 8.7 | 7.4 | 23.6 | 30.1 |
| **DISTRICT 32** | 0 | Total: | 766,987 | 247,121 | 519,866 | 72,967 | 161,336 | 279,559 | 435,345 | 32.2 | 67.8 | 9.5 | 21.0 | 36.4 | 56.8 |
| | 0.00 % | VAP: | 593,970 | 214,855 | 379,115 | 57,884 | 120,350 | 193,923 | 311,293 | 36.2 | 63.8 | 9.7 | 20.3 | 32.6 | 52.4 |
| Collin (7%) | | | 76,520 | 29,420 | 47,100 | 17,651 | 9,421 | 19,028 | 28,072 | 38.4 | 61.6 | 23.1 | 12.3 | 24.9 | 36.7 |
| Dallas (25%) | | | 651,845 | 206,954 | 444,891 | 51,492 | 139,805 | 248,836 | 383,957 | 31.7 | 68.3 | 7.9 | 21.4 | 38.2 | 58.9 |
| Denton (4%) | | | 38,622 | 10,747 | 27,875 | 3,824 | 12,110 | 11,695 | 23,316 | 27.8 | 72.2 | 9.9 | 31.4 | 30.3 | 60.4 |

64211

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 12 of 12

# District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 33** | 0 | Total: | 766,987 | 101,512 | 665,475 | 67,105 | 155,365 | 442,093 | 591,332 | 13.2 | 86.8 | 8.7 | 20.3 | 57.6 | 77.1 |
| | 0.00 % | VAP: | 555,227 | 87,980 | 467,247 | 48,580 | 113,394 | 302,355 | 412,701 | 15.8 | 84.2 | 8.7 | 20.4 | 54.5 | 74.3 |
| Dallas (15%) | | | 402,667 | 51,918 | 350,749 | 51,698 | 50,885 | 247,193 | 295,300 | 12.9 | 87.1 | 12.8 | 12.6 | 61.4 | 73.3 |
| Tarrant (17%) | | | 364,320 | 49,594 | 314,726 | 15,407 | 104,480 | 194,900 | 296,032 | 13.6 | 86.4 | 4.2 | 28.7 | 53.5 | 81.3 |
| **DISTRICT 34** | 0 | Total: | 766,987 | 60,732 | 706,255 | 6,582 | 6,954 | 692,562 | 696,543 | 7.9 | 92.1 | 0.9 | 0.9 | 90.3 | 90.8 |
| | 0.00 % | VAP: | 542,730 | 51,797 | 490,933 | 5,090 | 4,506 | 480,342 | 483,389 | 9.5 | 90.5 | 0.9 | 0.8 | 88.5 | 89.1 |
| Cameron (100%) | | | 421,017 | 37,107 | 383,910 | 3,637 | 3,410 | 376,680 | 378,477 | 8.8 | 91.2 | 0.9 | 0.8 | 89.5 | 89.9 |
| Hidalgo (34%) | | | 294,416 | 15,019 | 279,397 | 1,751 | 1,613 | 276,090 | 276,722 | 5.1 | 94.9 | 0.6 | 0.5 | 93.8 | 94.0 |
| Kenedy (100%) | | | 350 | 73 | 277 | 10 | 12 | 261 | 264 | 20.9 | 79.1 | 2.9 | 3.4 | 74.6 | 75.4 |
| Kleberg (100%) | | | 31,040 | 6,728 | 24,312 | 973 | 1,361 | 21,920 | 23,006 | 21.7 | 78.3 | 3.1 | 4.4 | 70.6 | 74.1 |
| Willacy (100%) | | | 20,164 | 1,805 | 18,359 | 211 | 558 | 17,611 | 18,074 | 9.0 | 91.0 | 1.0 | 2.8 | 87.3 | 89.6 |
| **DISTRICT 35** | 0 | Total: | 766,987 | 200,819 | 566,168 | 33,906 | 111,684 | 422,580 | 522,669 | 26.2 | 73.8 | 4.4 | 14.6 | 55.1 | 68.1 |
| | 0.00 % | VAP: | 583,808 | 173,708 | 410,100 | 26,860 | 81,035 | 299,295 | 374,702 | 29.8 | 70.2 | 4.6 | 13.9 | 51.3 | 64.2 |
| Bexar (15%) | | | 303,792 | 61,060 | 242,732 | 10,825 | 54,095 | 180,995 | 228,995 | 20.1 | 79.9 | 3.6 | 17.8 | 59.6 | 75.4 |
| Comal (16%) | | | 25,338 | 13,504 | 11,834 | 751 | 1,372 | 9,308 | 10,493 | 53.3 | 46.7 | 3.0 | 5.4 | 36.7 | 41.4 |
| Hays (57%) | | | 136,865 | 48,292 | 88,573 | 6,796 | 10,209 | 70,880 | 79,614 | 35.3 | 64.7 | 5.0 | 7.5 | 51.8 | 58.2 |
| Travis (23%) | | | 300,992 | 77,963 | 223,029 | 15,534 | 46,008 | 161,397 | 203,567 | 25.9 | 74.1 | 5.2 | 15.3 | 53.6 | 67.6 |
| **DISTRICT 36** | 0 | Total: | 766,987 | 378,381 | 388,606 | 36,233 | 103,866 | 237,028 | 335,812 | 49.3 | 50.7 | 4.7 | 13.5 | 30.9 | 43.8 |
| | 0.00 % | VAP: | 578,116 | 306,182 | 271,934 | 27,369 | 74,367 | 158,989 | 231,007 | 53.0 | 47.0 | 4.7 | 12.9 | 27.5 | 40.0 |
| Chambers (100%) | | | 46,571 | 29,858 | 16,713 | 879 | 3,763 | 10,952 | 14,512 | 64.1 | 35.9 | 1.9 | 8.1 | 23.5 | 31.2 |
| Hardin (100%) | | | 56,231 | 46,934 | 9,297 | 608 | 3,559 | 3,417 | 6,891 | 83.5 | 16.5 | 1.1 | 6.3 | 6.1 | 12.3 |
| Harris (9%) | | | 435,982 | 177,933 | 258,049 | 30,549 | 46,409 | 176,656 | 219,160 | 40.8 | 59.2 | 7.0 | 10.6 | 40.5 | 50.3 |
| Jasper (100%) | | | 32,980 | 23,795 | 9,185 | 193 | 5,950 | 2,198 | 8,107 | 72.1 | 27.9 | 0.6 | 18.0 | 6.7 | 24.6 |
| Jefferson (28%) | | | 71,580 | 25,266 | 46,314 | 3,074 | 31,598 | 11,144 | 42,237 | 35.3 | 64.7 | 4.3 | 44.1 | 15.6 | 59.0 |
| Liberty (100%) | | | 91,628 | 50,044 | 41,584 | 734 | 8,052 | 30,797 | 38,563 | 54.6 | 45.4 | 0.8 | 8.8 | 33.6 | 42.1 |
| Newton (100%) | | | 12,217 | 9,249 | 2,968 | 50 | 2,253 | 344 | 2,571 | 75.7 | 24.3 | 0.4 | 18.4 | 2.8 | 21.0 |
| Tyler (100%) | | | 19,798 | 15,302 | 4,496 | 146 | 2,282 | 1,520 | 3,771 | 77.3 | 22.7 | 0.7 | 11.5 | 7.7 | 19.0 |
| **DISTRICT 37** | 0 | Total: | 766,987 | 402,448 | 364,539 | 90,108 | 55,043 | 209,889 | 259,115 | 52.5 | 47.5 | 11.7 | 7.2 | 27.4 | 33.8 |
| | 0.00 % | VAP: | 622,654 | 344,351 | 278,303 | 69,769 | 42,510 | 156,490 | 195,471 | 55.3 | 44.7 | 11.2 | 6.8 | 25.1 | 31.4 |
| Travis (55%) | | | 706,338 | 372,066 | 334,272 | 78,120 | 49,584 | 197,976 | 242,257 | 52.7 | 47.3 | 11.1 | 7.0 | 28.0 | 34.3 |
| Williamson (10%) | | | 60,649 | 30,382 | 30,267 | 11,988 | 5,459 | 11,913 | 16,858 | 50.1 | 49.9 | 19.8 | 9.0 | 19.6 | 27.8 |
| **DISTRICT 38** | 0 | Total: | 766,987 | 384,410 | 382,577 | 88,513 | 86,900 | 198,359 | 279,528 | 50.1 | 49.9 | 11.5 | 11.3 | 25.9 | 36.4 |
| | 0.00 % | VAP: | 577,591 | 306,886 | 270,705 | 65,153 | 60,873 | 136,024 | 193,987 | 53.1 | 46.9 | 11.3 | 10.5 | 23.6 | 33.6 |
| Harris (16%) | | | 766,987 | 384,410 | 382,577 | 88,513 | 86,900 | 198,359 | 279,528 | 50.1 | 49.9 | 11.5 | 11.3 | 25.9 | 36.4 |

Red-202T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 1 of 2

# Population and Voter Data
## with Voter Registration Comparison
### CONGRESSIONAL DISTRICTS - PLANC2193

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total Voter Registration | | | Non-Suspense Voter Registration | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
| 1 | 0 | Total: | 766,987 | 60.0 | 40.0 | 1.6 | 19.2 | 17.0 | 35.7 | 2020 | 327,136 | 492,448 | 6.0 % | 66.4 % | 446,300 | 6.0 % | 73.3 % |
| | 0.00% | VAP: | 585,265 | 63.6 | 36.4 | 1.5 | 18.3 | 14.1 | 32.2 | 2018 | 248,407 | 469,441 | 5.4 % | 52.9 % | 424,955 | 5.5 % | 58.5 % |
| 2 | 0 | Total: | 766,987 | 49.4 | 50.6 | 5.6 | 13.1 | 30.3 | 42.6 | 2020 | 321,243 | 452,256 | 14.8 % | 71.0 % | 411,671 | 15.1 % | 78.0 % |
| | 0.00% | VAP: | 557,917 | 53.1 | 46.9 | 5.5 | 12.3 | 27.1 | 38.9 | 2018 | 230,728 | 413,875 | 13.7 % | 55.7 % | 369,124 | 14.1 % | 62.5 % |
| 3 | 0 | Total: | 766,987 | 56.0 | 44.0 | 14.6 | 11.1 | 16.2 | 26.8 | 2020 | 364,991 | 481,931 | 7.7 % | 75.7 % | 436,824 | 7.7 % | 83.6 % |
| | 0.00% | VAP: | 559,329 | 59.4 | 40.6 | 13.7 | 10.2 | 14.3 | 24.2 | 2018 | 262,480 | 429,790 | 7.3 % | 61.1 % | 385,677 | 7.3 % | 68.1 % |
| 4 | 0 | Total: | 766,987 | 59.5 | 40.5 | 12.8 | 10.5 | 14.3 | 24.3 | 2020 | 346,258 | 476,734 | 6.4 % | 72.6 % | 432,393 | 6.4 % | 80.1 % |
| | 0.00% | VAP: | 577,526 | 63.0 | 37.0 | 11.8 | 9.7 | 12.4 | 21.9 | 2018 | 251,496 | 435,091 | 6.0 % | 57.8 % | 389,000 | 5.9 % | 64.7 % |
| 5 | 0 | Total: | 766,987 | 47.9 | 52.1 | 5.3 | 15.5 | 29.5 | 44.4 | 2020 | 299,653 | 444,297 | 13.4 % | 67.4 % | 404,419 | 13.6 % | 74.1 % |
| | 0.00% | VAP: | 573,597 | 52.4 | 47.6 | 5.3 | 14.2 | 25.8 | 39.7 | 2018 | 222,839 | 415,623 | 12.5 % | 53.6 % | 376,172 | 12.7 % | 59.2 % |
| 6 | 0 | Total: | 766,987 | 44.9 | 55.1 | 4.2 | 15.3 | 33.8 | 48.5 | 2020 | 282,891 | 420,084 | 15.7 % | 67.3 % | 381,933 | 15.8 % | 74.1 % |
| | 0.00% | VAP: | 572,594 | 48.8 | 51.2 | 4.3 | 14.6 | 30.2 | 44.4 | 2018 | 208,563 | 390,494 | 14.8 % | 53.4 % | 347,531 | 15.1 % | 60.0 % |
| 7 | 0 | Total: | 766,987 | 27.4 | 72.6 | 21.5 | 20.9 | 30.1 | 49.9 | 2020 | 280,002 | 400,887 | 14.3 % | 69.8 % | 364,313 | 14.5 % | 76.9 % |
| | 0.00% | VAP: | 594,919 | 30.2 | 69.8 | 21.4 | 19.6 | 28.3 | 47.2 | 2018 | 206,528 | 371,927 | 14.2 % | 55.5 % | 331,041 | 14.5 % | 62.4 % |
| 8 | 0 | Total: | 766,987 | 45.1 | 54.9 | 6.7 | 14.3 | 32.5 | 46.0 | 2020 | 312,310 | 443,459 | 16.0 % | 70.4 % | 408,428 | 16.3 % | 76.5 % |
| | 0.00% | VAP: | 565,897 | 48.8 | 51.2 | 6.6 | 13.1 | 29.7 | 42.2 | 2018 | 213,115 | 394,298 | 15.3 % | 54.0 % | 355,639 | 15.7 % | 59.9 % |
| 9 | 0 | Total: | 766,987 | 12.4 | 87.6 | 10.6 | 38.3 | 39.3 | 76.3 | 2020 | 256,891 | 397,754 | 19.0 % | 64.6 % | 365,561 | 19.6 % | 70.3 % |
| | 0.00% | VAP: | 565,956 | 13.9 | 86.1 | 11.2 | 38.6 | 36.4 | 74.0 | 2018 | 191,701 | 375,892 | 18.2 % | 51.0 % | 340,443 | 18.8 % | 56.3 % |
| 10 | 0 | Total: | 766,987 | 56.0 | 44.0 | 6.5 | 10.9 | 24.9 | 35.2 | 2020 | 340,642 | 470,895 | 11.8 % | 72.3 % | 429,079 | 11.8 % | 79.4 % |
| | 0.00% | VAP: | 591,007 | 59.5 | 40.5 | 6.2 | 10.4 | 22.0 | 32.0 | 2018 | 256,518 | 432,559 | 11.4 % | 59.3 % | 388,919 | 11.4 % | 66.0 % |
| 11 | 0 | Total: | 766,987 | 43.7 | 56.3 | 3.0 | 13.7 | 38.6 | 50.9 | 2020 | 268,989 | 435,966 | 24.0 % | 61.7 % | 381,125 | 24.3 % | 70.6 % |
| | 0.00% | VAP: | 567,819 | 47.7 | 52.3 | 2.9 | 12.4 | 35.2 | 46.7 | 2018 | 194,642 | 407,563 | 23.4 % | 47.8 % | 353,390 | 23.9 % | 55.1 % |
| 12 | 0 | Total: | 766,987 | 54.9 | 45.1 | 5.3 | 13.3 | 24.6 | 37.1 | 2020 | 324,389 | 465,159 | 13.1 % | 69.7 % | 413,045 | 13.2 % | 78.5 % |
| | 0.00% | VAP: | 580,435 | 58.9 | 41.1 | 5.1 | 12.0 | 21.7 | 33.2 | 2018 | 236,440 | 420,572 | 12.4 % | 56.2 % | 366,232 | 12.6 % | 64.6 % |
| 13 | 0 | Total: | 766,987 | 58.1 | 41.9 | 3.2 | 8.2 | 28.2 | 35.7 | 2020 | 300,228 | 467,394 | 15.0 % | 64.2 % | 409,421 | 14.9 % | 73.3 % |
| | 0.00% | VAP: | 585,231 | 62.0 | 38.0 | 3.0 | 7.5 | 24.6 | 31.8 | 2018 | 227,400 | 449,077 | 14.4 % | 50.6 % | 391,939 | 14.4 % | 58.0 % |
| 14 | 0 | Total: | 766,987 | 52.7 | 47.3 | 3.6 | 17.0 | 25.1 | 41.4 | 2020 | 315,381 | 473,616 | 13.2 % | 66.6 % | 423,770 | 13.3 % | 74.4 % |
| | 0.00% | VAP: | 585,292 | 56.0 | 44.0 | 3.5 | 16.2 | 22.4 | 38.2 | 2018 | 235,373 | 452,807 | 12.7 % | 52.0 % | 403,928 | 12.8 % | 58.3 % |
| 15 | 0 | Total: | 766,987 | 15.3 | 84.7 | 1.4 | 1.6 | 81.4 | 82.6 | 2020 | 228,654 | 381,576 | 67.3 % | 59.9 % | 353,769 | 67.7 % | 64.6 % |
| | 0.00% | VAP: | 551,585 | 17.5 | 82.5 | 1.5 | 1.6 | 78.9 | 80.1 | 2018 | 160,691 | 355,688 | 67.9 % | 45.2 % | 329,257 | 68.5 % | 48.8 % |
| 16 | -1 | Total: | 766,986 | 11.7 | 88.3 | 2.2 | 4.5 | 82.1 | 85.5 | 2020 | 246,375 | 439,914 | 67.3 % | 56.0 % | 395,362 | 68.7 % | 62.3 % |
| | 0.00% | VAP: | 573,880 | 13.0 | 87.0 | 2.1 | 4.1 | 80.8 | 84.2 | 2018 | 187,882 | 413,617 | 68.0 % | 45.4 % | 375,679 | 69.4 % | 50.0 % |
| 17 | 0 | Total: | 766,987 | 53.0 | 47.0 | 3.3 | 17.0 | 25.3 | 41.5 | 2020 | 303,627 | 451,454 | 13.0 % | 67.3 % | 407,101 | 13.0 % | 74.6 % |
| | 0.00% | VAP: | 589,524 | 56.6 | 43.4 | 3.1 | 16.0 | 22.3 | 37.8 | 2018 | 230,050 | 423,040 | 12.4 % | 54.4 % | 379,826 | 12.5 % | 60.6 % |
| 18 | 0 | Total: | 766,987 | 16.7 | 83.3 | 5.6 | 34.5 | 43.4 | 76.7 | 2020 | 241,102 | 392,351 | 21.5 % | 61.5 % | 355,808 | 22.1 % | 67.8 % |
| | 0.00% | VAP: | 576,291 | 19.4 | 80.6 | 6.2 | 34.4 | 39.8 | 73.4 | 2018 | 177,823 | 373,469 | 20.4 % | 47.6 % | 333,503 | 21.1 % | 53.3 % |
| 19 | 0 | Total: | 766,987 | 50.2 | 49.8 | 2.4 | 8.0 | 38.3 | 45.4 | 2020 | 280,307 | 443,317 | 27.0 % | 63.2 % | 391,946 | 26.8 % | 71.5 % |
| | 0.00% | VAP: | 578,679 | 53.7 | 46.3 | 2.4 | 7.4 | 34.7 | 41.7 | 2018 | 211,157 | 429,084 | 26.8 % | 49.2 % | 374,622 | 26.8 % | 56.4 % |
| 20 | 0 | Total: | 766,987 | 17.6 | 82.4 | 4.8 | 7.7 | 70.5 | 76.9 | 2020 | 263,913 | 434,037 | 57.9 % | 60.8 % | 379,282 | 59.3 % | 69.6 % |
| | 0.00% | VAP: | 574,548 | 19.7 | 80.3 | 4.7 | 7.2 | 68.2 | 74.6 | 2018 | 185,646 | 409,140 | 58.1 % | 45.4 % | 354,389 | 59.8 % | 52.4 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

Red-202T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 2 of 2

# Population and Voter Data
## with Voter Registration Comparison
### CONGRESSIONAL DISTRICTS - PLANC2193

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 0 | Total: | 766,987 | 58.9 | 41.1 | 3.9 | 4.9 | 30.7 | 34.9 | 2020 | 418,800 | 549,468 | 18.3 % | 76.2 % | 497,094 | 18.0 % | 84.2 % |
| | 0.00% | VAP: | 604,056 | 62.1 | 37.9 | 3.6 | 4.4 | 27.9 | 31.8 | 2018 | 315,654 | 503,954 | 17.8 % | 62.6 % | 450,307 | 17.6 % | 70.1 % |
| 22 | 0 | Total: | 766,987 | 42.3 | 57.7 | 15.5 | 13.0 | 28.3 | 40.5 | 2020 | 336,239 | 458,183 | 17.1 % | 73.4 % | 423,155 | 17.1 % | 79.5 % |
| | 0.00% | VAP: | 557,229 | 45.2 | 54.8 | 14.9 | 12.2 | 26.3 | 38.1 | 2018 | 242,440 | 412,584 | 16.9 % | 58.8 % | 377,168 | 16.9 % | 64.3 % |
| 23 | 0 | Total: | 766,987 | 28.4 | 71.6 | 3.6 | 4.9 | 62.9 | 66.9 | 2020 | 295,515 | 464,945 | 49.2 % | 70.3 % | 420,203 | 49.7 % | 70.3 % |
| | 0.00% | VAP: | 568,074 | 31.3 | 68.7 | 3.3 | 4.6 | 60.0 | 64.1 | 2018 | 210,537 | 427,724 | 49.7 % | 49.2 % | 385,042 | 50.5 % | 54.7 % |
| 24 | 0 | Total: | 766,987 | 61.6 | 38.4 | 10.1 | 8.6 | 17.5 | 25.5 | 2020 | 392,591 | 515,844 | 8.4 % | 76.1 % | 465,688 | 8.4 % | 84.3 % |
| | 0.00% | VAP: | 581,738 | 64.9 | 35.1 | 9.3 | 7.7 | 15.5 | 22.9 | 2018 | 312,625 | 488,363 | 8.0 % | 64.0 % | 432,217 | 8.0 % | 72.3 % |
| 25 | 0 | Total: | 766,987 | 58.4 | 41.6 | 4.2 | 13.5 | 21.8 | 34.6 | 2020 | 334,512 | 481,025 | 10.5 % | 69.5 % | 433,430 | 10.5 % | 77.2 % |
| | 0.00% | VAP: | 586,313 | 62.1 | 37.9 | 4.2 | 12.3 | 18.8 | 30.8 | 2018 | 254,996 | 451,232 | 9.9 % | 56.5 % | 401,375 | 10.0 % | 63.5 % |
| 26 | 0 | Total: | 766,987 | 56.6 | 43.4 | 11.2 | 10.7 | 19.2 | 29.4 | 2020 | 362,471 | 485,812 | 8.9 % | 74.6 % | 443,033 | 8.9 % | 81.8 % |
| | 0.00% | VAP: | 569,880 | 60.0 | 40.0 | 10.6 | 9.8 | 17.7 | 26.5 | 2018 | 253,583 | 436,230 | 8.6 % | 58.1 % | 388,009 | 8.6 % | 65.4 % |
| 27 | 0 | Total: | 766,987 | 37.9 | 62.1 | 2.3 | 5.5 | 53.6 | 58.2 | 2020 | 289,015 | 465,336 | 40.5 % | 62.1 % | 412,975 | 40.7 % | 70.0 % |
| | 0.00% | VAP: | 585,427 | 41.4 | 58.6 | 2.2 | 5.1 | 49.9 | 54.6 | 2018 | 215,608 | 447,227 | 40.7 % | 48.2 % | 393,461 | 41.1 % | 54.8 % |
| 28 | 0 | Total: | 766,987 | 17.2 | 82.8 | 1.6 | 5.7 | 75.3 | 80.2 | 2020 | 251,565 | 432,347 | 62.4 % | 58.2 % | 394,587 | 63.2 % | 63.8 % |
| | 0.00% | VAP: | 552,637 | 19.3 | 80.7 | 1.6 | 5.7 | 72.9 | 78.0 | 2018 | 174,071 | 404,806 | 62.8 % | 43.0 % | 367,935 | 64.0 % | 47.3 % |
| 29 | 0 | Total: | 766,987 | 8.3 | 91.7 | 2.8 | 14.8 | 74.5 | 88.3 | 2020 | 174,623 | 318,461 | 56.2 % | 54.8 % | 297,522 | 57.3 % | 58.7 % |
| | 0.00% | VAP: | 547,845 | 10.0 | 90.0 | 3.0 | 14.6 | 72.4 | 86.4 | 2018 | 127,259 | 303,376 | 55.5 % | 41.9 % | 279,441 | 57.0 % | 45.5 % |
| 30 | 0 | Total: | 766,987 | 17.7 | 82.3 | 3.9 | 42.3 | 36.0 | 77.3 | 2020 | 281,153 | 444,717 | 16.0 % | 63.2 % | 398,463 | 16.6 % | 70.6 % |
| | 0.00% | VAP: | 577,974 | 21.4 | 78.6 | 4.1 | 41.9 | 32.0 | 73.3 | 2018 | 218,322 | 423,058 | 14.8 % | 51.6 % | 373,771 | 15.5 % | 58.4 % |
| 31 | 0 | Total: | 766,987 | 59.1 | 40.9 | 6.1 | 9.9 | 23.1 | 32.0 | 2020 | 341,209 | 476,973 | 12.2 % | 71.5 % | 429,825 | 12.1 % | 79.4 % |
| | 0.00% | VAP: | 574,120 | 63.0 | 37.0 | 5.4 | 8.9 | 20.3 | 28.7 | 2018 | 243,319 | 418,445 | 11.7 % | 58.1 % | 369,275 | 11.7 % | 65.9 % |
| 32 | 0 | Total: | 766,987 | 32.2 | 67.8 | 9.5 | 21.0 | 36.4 | 56.8 | 2020 | 265,313 | 395,735 | 16.1 % | 67.0 % | 349,833 | 16.5 % | 75.8 % |
| | 0.00% | VAP: | 593,970 | 36.2 | 63.8 | 9.7 | 20.3 | 32.6 | 52.4 | 2018 | 208,554 | 375,407 | 15.4 % | 55.6 % | 324,684 | 16.0 % | 64.2 % |
| 33 | 0 | Total: | 766,987 | 13.2 | 86.8 | 8.7 | 20.3 | 57.6 | 77.1 | 2020 | 188,476 | 322,372 | 35.6 % | 58.5 % | 288,541 | 37.1 % | 65.3 % |
| | 0.00% | VAP: | 555,227 | 15.8 | 84.2 | 8.7 | 20.4 | 54.5 | 74.3 | 2018 | 140,835 | 301,129 | 35.1 % | 46.8 % | 263,871 | 37.0 % | 53.4 % |
| 34 | 0 | Total: | 766,987 | 7.9 | 92.1 | 0.9 | 0.9 | 90.3 | 90.8 | 2020 | 206,339 | 384,803 | 80.2 % | 53.6 % | 354,512 | 80.8 % | 58.2 % |
| | 0.00% | VAP: | 542,730 | 9.5 | 90.5 | 0.9 | 0.8 | 88.5 | 89.1 | 2018 | 142,867 | 362,260 | 80.7 % | 39.4 % | 333,686 | 81.4 % | 42.8 % |
| 35 | 0 | Total: | 766,987 | 26.2 | 73.8 | 4.4 | 14.6 | 55.1 | 68.1 | 2020 | 263,761 | 427,321 | 36.0 % | 61.7 % | 374,878 | 36.7 % | 70.4 % |
| | 0.00% | VAP: | 583,808 | 29.8 | 70.2 | 4.6 | 13.9 | 51.3 | 64.2 | 2018 | 185,070 | 383,415 | 36.8 % | 48.3 % | 329,634 | 37.9 % | 56.1 % |
| 36 | 0 | Total: | 766,987 | 49.3 | 50.7 | 4.7 | 13.5 | 30.9 | 43.8 | 2020 | 305,177 | 455,155 | 16.2 % | 67.0 % | 419,312 | 16.4 % | 72.8 % |
| | 0.00% | VAP: | 578,116 | 53.0 | 47.0 | 4.7 | 12.9 | 27.5 | 40.0 | 2018 | 224,698 | 432,529 | 15.1 % | 51.9 % | 392,973 | 15.3 % | 57.2 % |
| 37 | 0 | Total: | 766,987 | 52.5 | 47.5 | 11.7 | 7.2 | 27.4 | 33.8 | 2020 | 385,927 | 537,118 | 13.8 % | 71.9 % | 482,816 | 13.9 % | 79.9 % |
| | 0.00% | VAP: | 622,654 | 55.3 | 44.7 | 11.2 | 6.8 | 25.1 | 31.4 | 2018 | 321,615 | 506,377 | 13.8 % | 63.5 % | 434,593 | 13.9 % | 74.0 % |
| 38 | 0 | Total: | 766,987 | 50.1 | 49.9 | 11.5 | 11.3 | 25.9 | 36.4 | 2020 | 357,671 | 478,963 | 13.2 % | 74.7 % | 444,684 | 13.3 % | 80.4 % |
| | 0.00% | VAP: | 577,591 | 53.1 | 46.9 | 11.3 | 10.5 | 23.6 | 33.6 | 2018 | 270,198 | 447,831 | 12.5 % | 60.3 % | 408,522 | 12.7 % | 66.1 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

64211

Red-350
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 1 of 1

# Incumbents by District
## CONGRESSIONAL DISTRICTS - PLANC2193

| District | Incumbents |
|---|---|
| 1 | Gohmert - R |
| 2 | Brady - R |
| 3 | Taylor - R |
| 4 | Fallon - R |
| 5 | Gooden - R |
| 6 | Ellzey - R |
| 7 | Fletcher - D |
| 8 | N/A |
| 9 | Green - D |
| 10 | McCaul - R |
| 11 | Pfluger - R |
| 12 | Granger - R |
| 13 | Jackson - R |
| 14 | Weber - R |
| 15 | N/A |
| 16 | Escobar - D |
| 17 | Sessions - R |
| 18 | *Crenshaw - R |
|  | *Jackson Lee - D |
| 19 | Arrington - R |
| 20 | Castro - D |
| 21 | Roy - R |
| 22 | Nehls - R |
| 23 | Gonzales - R |
| 24 | Van Duyne - R |
| 25 | Williams - R |
| 26 | Burgess - R |
| 27 | Cloud - R |
| 28 | Cuellar - D |
| 29 | Garcia - D |
| 30 | Johnson - D |
| 31 | Carter - R |
| 32 | Allred - D |
| 33 | Veasey - D |
| 34 | *Gonzalez - D |
|  | *Vela - D |
| 35 | Doggett - D |
| 36 | Babin - R |
| 37 | N/A |
| 38 | N/A |

* Incumbents paired.

Red-116
Data: 2015-2019 ACS; 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

American Community Survey Special Tabulation
Using Census and American Community Survey Data
**CONGRESSIONAL DISTRICTS - PLANC2193**

Texas Legislative Council
10/17/21 11:13 PM
Page 1 of 2

| | 2020 Census | | Hispanic CVAP | | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey with Margins of Error | | | | | | | | | |
| | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 766,987 | 585,265 | 548,500 (±6,663) | 8.4 (±0.4) | 19.3 (±0.6) | 0.2 (±0.1) | 0.1 (±0.1) | 70.1 (±0.5) | 0.3 (±0.1) | 0.8 (±0.1) | 0.1 (±0.1) | 0.5 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 2 | 766,987 | 557,917 | 473,130 (±7,150) | 19.2 (±0.7) | 11.0 (±0.6) | 0.3 (±0.1) | 0.0(±0.0) | 65.0 (±0.7) | 0.2 (±0.1) | 3.1 (±0.3) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 3 | 766,987 | 559,329 | 458,990 (±5,709) | 9.8 (±0.5) | 9.3 (±0.5) | 0.3 (±0.1) | 0.0(±0.1) | 70.9 (±0.6) | 0.4 (±0.1) | 8.2 (±0.5) | 0.0 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 4 | 766,987 | 577,526 | 482,685 (±5,283) | 8.9 (±0.4) | 8.9 (±0.4) | 0.4 (±0.1) | 0.1(±0.1) | 74.3 (±0.5) | 0.6 (±0.1) | 5.3 (±0.3) | 0.1 (±0.1) | 0.9 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 5 | 766,987 | 573,597 | 475,145 (±6,210) | 16.5 (±0.6) | 14.1 (±0.6) | 0.4 (±0.1) | 0.1(±0.1) | 63.7 (±0.6) | 0.5 (±0.1) | 3.8 (±0.3) | 0.0 (±0.1) | 0.6 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) |
| 6 | 766,987 | 572,594 | 460,385 (±5,740) | 20.8 (±0.7) | 14.6 (±0.6) | 0.4 (±0.1) | 0.1(±0.1) | 60.1 (±0.5) | 0.4 (±0.1) | 2.6 (±0.3) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 7 | 766,987 | 594,919 | 434,150 (±6,268) | 19.8 (±0.8) | 19.8 (±0.8) | 0.3 (±0.1) | 0.1(±0.1) | 41.4 (±0.7) | 0.3 (±0.1) | 17.2 (±0.6) | 0.0 (±0.1) | 0.3 (±0.1) | 0.7 (±0.1) | 0.2 (±0.1) |
| 8 | 766,987 | 565,897 | 448,200 (±7,034) | 20.7 (±0.9) | 12.7 (±0.7) | 0.3 (±0.1) | 0.1(±0.1) | 60.1 (±0.7) | 0.4 (±0.1) | 4.7 (±0.4) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 9 | 766,987 | 565,956 | 433,694 (±6,856) | 24.4 (±0.8) | 46.8 (±1.0) | 0.3 (±0.1) | 0.1(±0.1) | 19.1 (±0.6) | 0.1 (±0.1) | 8.6 (±0.4) | 0.1 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 10 | 766,987 | 591,007 | 499,655 (±6,283) | 16.1 (±0.6) | 11.1 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 68.1 (±0.5) | 0.2 (±0.1) | 3.0 (±0.2) | 0.1 (±0.1) | 0.5 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) |
| 11 | 766,987 | 567,819 | 506,180 (±6,480) | 32.0 (±0.8) | 10.7 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 53.6 (±0.5) | 0.3 (±0.1) | 1.4 (±0.2) | 0.3 (±0.1) | 0.6 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) |
| 12 | 766,987 | 580,455 | 499,365 (±6,341) | 16.5 (±0.6) | 10.5 (±0.5) | 0.4 (±0.1) | 0.1(±0.1) | 67.9 (±0.5) | 0.4 (±0.1) | 2.9 (±0.3) | 0.1 (±0.1) | 0.6 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 13 | 766,987 | 585,231 | 530,695 (±5,525) | 19.6 (±0.5) | 6.3 (±0.3) | 0.3 (±0.1) | 0.1(±0.1) | 70.3 (±0.4) | 0.6 (±0.1) | 1.5 (±0.2) | 0.1 (±0.1) | 0.7 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 14 | 766,987 | 585,292 | 522,120 (±6,472) | 17.2 (±0.6) | 16.6 (±0.6) | 0.2 (±0.1) | 0.1(±0.1) | 62.4 (±0.6) | 0.3 (±0.1) | 2.4 (±0.2) | 0.0 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 15 | 766,987 | 551,585 | 408,545 (±6,510) | 73.8 (±0.9) | 1.6 (±0.3) | 0.1 (±0.1) | 0.0(±0.1) | 23.0 (±0.5) | 0.1 (±0.1) | 1.1 (±0.2) | 0.0 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) |
| 16 | 766,986 | 573,880 | 461,620 (±6,295) | 78.0 (±0.7) | 3.7 (±0.3) | 0.2 (±0.1) | 0.0(±0.1) | 16.0 (±0.5) | 0.3 (±0.1) | 1.0 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 17 | 766,987 | 589,524 | 533,630 (±6,636) | 16.8 (±0.6) | 16.2 (±0.6) | 0.2 (±0.1) | 0.0(±0.1) | 63.9 (±0.5) | 0.3 (±0.1) | 1.7 (±0.2) | 0.1 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 18 | 766,987 | 576,291 | 445,505 (±7,216) | 27.9 (±0.8) | 40.9 (±0.9) | 0.3 (±0.1) | 0.2(±0.1) | 25.0 (±0.7) | 0.2 (±0.1) | 4.8 (±0.3) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 19 | 766,987 | 578,679 | 532,905 (±5,922) | 32.2 (±0.6) | 6.1 (±0.3) | 0.3 (±0.1) | 0.1(±0.1) | 59.1 (±0.5) | 0.4 (±0.1) | 0.9 (±0.1) | 0.1 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) |
| 20 | 766,987 | 574,548 | 514,780 (±7,136) | 68.1 (±0.8) | 5.7 (±0.4) | 0.3 (±0.1) | 0.0(±0.1) | 22.7 (±0.6) | 0.2 (±0.1) | 2.0 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 21 | 766,987 | 604,056 | 540,620 (±6,383) | 25.9 (±0.7) | 3.4 (±0.3) | 0.3 (±0.1) | 0.0(±0.1) | 67.4 (±0.5) | 0.2 (±0.1) | 1.7 (±0.2) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 22 | 766,987 | 557,229 | 453,845 (±6,671) | 23.2 (±0.8) | 11.1 (±0.7) | 0.2 (±0.1) | 0.1(±0.1) | 54.4 (±0.7) | 0.4 (±0.2) | 9.8 (±0.5) | 0.0 (±0.1) | 0.3 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 23 | 766,987 | 568,074 | 456,265 (±6,367) | 57.8 (±0.9) | 3.9 (±0.3) | 0.2 (±0.1) | 0.1(±0.1) | 35.1 (±0.5) | 0.4 (±0.1) | 1.6 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 24 | 766,987 | 581,738 | 523,445 (±5,927) | 11.7 (±0.5) | 6.0 (±0.4) | 0.3 (±0.1) | 0.1(±0.1) | 74.2 (±0.5) | 0.4 (±0.1) | 5.8 (±0.4) | 0.2 (±0.1) | 0.7 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) |
| 25 | 766,987 | 586,313 | 526,565 (±6,249) | 14.3 (±0.5) | 11.1 (±0.6) | 0.3 (±0.1) | 0.0(±0.1) | 70.2 (±0.5) | 0.4 (±0.1) | 2.5 (±0.3) | 0.1 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 26 | 766,987 | 569,880 | 474,885 (±5,494) | 12.5 (±0.5) | 8.3 (±0.5) | 0.4 (±0.1) | 0.1(±0.1) | 71.2 (±0.5) | 0.4 (±0.1) | 5.8 (±0.4) | 0.1 (±0.1) | 0.6 (±0.1) | 0.5 (±0.1) | 0.1 (±0.1) |
| 27 | 766,987 | 585,427 | 538,290 (±6,436) | 48.8 (±0.8) | 4.7 (±0.3) | 0.2 (±0.1) | 0.1(±0.1) | 44.3 (±0.5) | 0.2 (±0.1) | 1.1 (±0.1) | 0.1 (±0.1) | 0.4 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 28 | 766,987 | 552,637 | 450,425 (±6,133) | 69.5 (±0.8) | 5.8 (±0.4) | 0.1 (±0.1) | 0.1(±0.1) | 22.8 (±0.7) | 0.1 (±0.1) | 0.8 (±0.1) | 0.0 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 29 | 766,987 | 547,845 | 385,600 (±5,995) | 62.2 (±0.9) | 19.0 (±0.7) | 0.2 (±0.1) | 0.2(±0.1) | 15.1 (±0.5) | 0.2 (±0.1) | 2.8 (±0.3) | 0.1 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 30 | 766,987 | 577,974 | 476,775 (±6,584) | 20.4 (±0.7) | 49.0 (±0.9) | 0.5 (±0.1) | 0.2(±0.1) | 26.0 (±0.5) | 0.2 (±0.1) | 2.9 (±0.3) | 0.0 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.3 (±0.1) |
| 31 | 766,987 | 574,120 | 491,195 (±6,109) | 17.8 (±0.6) | 7.9 (±0.4) | 0.6 (±0.1) | 0.1(±0.1) | 69.1 (±0.4) | 0.3 (±0.1) | 2.3 (±0.2) | 0.2 (±0.1) | 0.9 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) |
| 32 | 766,987 | 593,970 | 445,825 (±5,784) | 20.2 (±0.7) | 22.5 (±0.7) | 0.4 (±0.1) | 0.1(±0.1) | 48.1 (±0.5) | 0.3 (±0.1) | 6.7 (±0.4) | 0.0 (±0.1) | 0.6 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) |
| 33 | 766,987 | 555,227 | 370,430 (±5,514) | 41.7 (±0.8) | 27.1 (±0.8) | 0.3 (±0.1) | 0.1(±0.1) | 25.4 (±0.6) | 0.4 (±0.1) | 4.3 (±0.3) | 0.1 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 34 | 766,987 | 542,730 | 417,275 (±6,578) | 86.6 (±0.7) | 0.6 (±0.1) | 0.0 (±0.1) | 0.0(±0.1) | 12.0 (±0.4) | 0.1 (±0.1) | 0.5 (±0.1) | 0.0 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) | 0.0 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation.  Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

64211

Red-116
Data: 2015-2019 ACS; 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

American Community Survey Special Tabulation
Using Census and American Community Survey Data
**CONGRESSIONAL DISTRICTS - PLANC2193**

Texas Legislative Council
10/17/21 11:13 PM
Page 2 of 2

| | 2020 Census | | Hispanic CVAP | | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey with Margins of Error | | | | | | | | | | |
| | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 766,987 | 583,808 | 460,755 (±6,421) | 48.0 (±0.9) | 14.0 (±0.6) | 0.5 (±0.1) | 0.2(±0.1) | 33.9 (±0.6) | 0.2 (±0.1) | 2.1 (±0.2) | 0.1 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) |
| 36 | 766,987 | 578,116 | 506,060 (±6,485) | 20.7 (±0.7) | 13.2 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 61.4 (±0.6) | 0.2 (±0.1) | 3.2 (±0.2) | 0.0 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 37 | 766,987 | 622,654 | 528,285 (±6,016) | 21.1 (±0.6) | 6.2 (±0.4) | 0.4 (±0.1) | 0.0(±0.1) | 64.8 (±0.5) | 0.2 (±0.1) | 5.6 (±0.3) | 0.0 (±0.1) | 0.5 (±0.1) | 0.8 (±0.1) | 0.3 (±0.1) |
| 38 | 766,987 | 577,591 | 464,745 (±6,038) | 17.7 (±0.7) | 9.5 (±0.6) | 0.3 (±0.1) | 0.0(±0.1) | 63.1 (±0.6) | 0.2 (±0.1) | 8.1 (±0.4) | 0.0 (±0.1) | 0.5 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation.  Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

64211



U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
PLANC2193
COUNTIES
PLANC2193
Map ID 5900
10/17/21 23:13:07
TLC
50341
2020 Census
PLANC2193 2021-10-17 17:38:50



# BASTROP COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



BELL COUNTY

U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
PLANC2193

COUNTIES
PLANC2193

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



# BEXAR COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

50341
2020 Census
PLANC2193   2021-10-17 17:38:50

Map ID 5900
10/17/21 23:13:07



**BOWIE COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



# BRAZORIA COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC





**CHAMBERS COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

50341
2020 Census
PLANC2193    2021-10-17 17:38:50

Map ID 5900
10/17/21 23:13:07

TLC



# COLLIN COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# COMAL COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# DALLAS COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# DENTON COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

Map ID 5900
10/17/21 23:13:07

TLC



# EL PASO COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
### PLANC2193

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193    2021-10-17 17:38:50



FORT BEND COUNTY
U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
PLANC2193
COUNTIES
PLANC2193
FORT BEND
HARRIS
WALLER
AUSTIN
WHARTON
BRAZORIA
Houston
Sugar Land
Missouri City
Richmond
Rosenberg
Pearland
Stafford
Meadows Place
Bellaire
West University Place
Southside Place
Katy
Fulshear
Simonton
Weston Lakes
Orchard
Wallis
Sealy
San Felipe
Brookshire
Pattison
Brazos Country
South Frydek
East Bernard
Beasley
Kendleton
Needville
Pleak
Fairchilds
Thompsons
Arcola
Manvel
Iowa Colony
Sandy Point
Alvin
Bonney
Angleton
Wharton
Spring Valley Village
Hilshire Village
Hedwig Village
Hunters Creek Village
Bunker Hill Village
Piney Point Village
10
8
38
18
29
7
9
22
14
Map ID 5900
10/17/21 23:13:07
50341
2020 Census
PLANC2193 2021-10-17 17:38:50
TLC



# FREESTONE COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# GUADALUPE COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# HARRIS COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# HAYS COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
### PLANC2193

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



**HIDALGO COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



# HUNT COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# JEFFERSON COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
### PLANC2193

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193    2021-10-17 17:38:50



JOHNSON COUNTY
U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
PLANC2193
COUNTIES
PLANC2193
PARKER
TARRANT
HOOD
JOHNSON
ELLIS
SOMERVELL
BOSQUE
HILL
12
30
25
6
31
Fort Worth
Crowley
Mansfield
Cedar Hill
Grand Prairie
Burleson
Cresson
Briaroaks
Cross Timber
Joshua
Granbury
Godley
Venus
Midlothian
DeCordova
Alvarado
Keene
Cleburne
Coyote Flats
Maypearl
Grandview
Rio Vista
Covington
Itasca
Blum
Brazos River
Map ID 5900
10/17/21 23:13:07
50341
2020 Census
PLANC2193 2021-10-17 17:38:50
TLC



# MONTGOMERY COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

Map ID 5900
10/17/21 23:13:07

TLC



# PARKER COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# RED RIVER COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



TARRANT COUNTY
U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
PLANC2193
COUNTIES
PLANC2193
Map ID 5900
10/17/21 23:13:07
50341
2020 Census
PLANC2193 2021-10-17 17:38:50
TLC
WISE
DENTON
PARKER
TARRANT
DALLAS
HOOD
JOHNSON
ELLIS
26
32
24
12
33
25
6
30
Rhome
Newark
Roanoke
Trophy Club
Flower Mound
Lewisville
Hebron
Carrollton
Westlake
Coppell
Haslet
Southlake
Keller
Grapevine
Farmers Branch
Colleyville
Springtown
Reno (Parker)
Pelican Bay
Sanctuary
Azle
Saginaw
Blue Mound
Watauga
North Richland Hills
Bedford
Euless
Irving
Haltom City
Hurst
Lakeside (Tarrant)
Lake Worth
Sansom Park
Fort Worth
Richland Hills
Weatherford
River Oaks
White Settlement
Westworth Village
Westover Hills
Arlington
Willow Park
Pantego
Annetta North
Aledo
Annetta
Annetta South
Benbrook
Dalworthington Gardens
Grand Prairie
Dallas
Duncanville
Forest Hill
Edgecliff Village
Kennedale
Everman
Cedar Hill
Crowley
Mansfield
Burleson
Cresson
Midlothian



**TRAVIS COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report – Filed
**PLANC2193**

COUNTIES
**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193    2021-10-17 17:38:50



# UPSHUR COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# WALKER COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# WILLIAMSON COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
### PLANC2193

COUNTIES

PLANC2193

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



# WISE COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
### PLANC2193

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50