Red-100T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

Texas Legislative Council
10/16/21 7:30 AM
Page 1 of 12

# District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2167

| | |
|---|---|
| Total State Population | 29,145,505 |
| Total Districts Required | 38 |
| Ideal District Population | 766,987 |
| Unassigned Population | 0 |
| Districts in Plan | 38 |
| Unassigned Geography | No |
| Districts Contiguous | Yes |

| | Population | --------Deviation-------- | |
|---|---|---|---|
| | | **Total** | **Percent** |
| Plan Overall Range | | 1 | 0.00% |
| Smallest District (21) | 766,986 | -1 | 0.00% |
| Largest District (1) | 766,987 | 0 | 0.00% |
| Average (mean) | 766,987 | 0 | 0.00% |

PLANC2167

63884

Red-100T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

Texas Legislative Council
10/16/21 7:30 AM
Page 2 of 12

## District Population Analysis with County Subtotals
### CONGRESSIONAL DISTRICTS - PLANC2167

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 1** | 0 | Total: | 766,987 | 460,189 | 306,798 | 12,059 | 147,967 | 129,206 | 273,826 | 60.0 | 40.0 | 1.6 | 19.3 | 16.8 | 35.7 |
| | 0.00 % | VAP: | 585,387 | 371,966 | 213,421 | 8,527 | 107,814 | 82,092 | 188,529 | 63.5 | 36.5 | 1.5 | 18.4 | 14.0 | 32.2 |
| Bowie (100%) | | | 92,893 | 55,855 | 37,038 | 1,506 | 25,188 | 7,602 | 32,451 | 60.1 | 39.9 | 1.6 | 27.1 | 8.2 | 34.9 |
| Camp (100%) | | | 12,464 | 6,734 | 5,730 | 154 | 2,092 | 3,222 | 5,262 | 54.0 | 46.0 | 1.2 | 16.8 | 25.9 | 42.2 |
| Cass (100%) | | | 28,454 | 21,028 | 7,426 | 199 | 4,941 | 1,336 | 6,224 | 73.9 | 26.1 | 0.7 | 17.4 | 4.7 | 21.9 |
| Gregg (100%) | | | 124,239 | 68,050 | 56,189 | 2,137 | 27,498 | 24,040 | 50,879 | 54.8 | 45.2 | 1.7 | 22.1 | 19.3 | 41.0 |
| Harrison (100%) | | | 68,839 | 42,039 | 26,800 | 718 | 14,553 | 9,839 | 24,107 | 61.1 | 38.9 | 1.0 | 21.1 | 14.3 | 35.0 |
| Marion (100%) | | | 9,725 | 6,869 | 2,856 | 96 | 2,026 | 389 | 2,380 | 70.6 | 29.4 | 1.0 | 20.8 | 4.0 | 24.5 |
| Morris (100%) | | | 11,973 | 7,716 | 4,257 | 98 | 2,705 | 1,182 | 3,850 | 64.4 | 35.6 | 0.8 | 22.6 | 9.9 | 32.2 |
| Panola (100%) | | | 22,491 | 16,098 | 6,393 | 178 | 3,509 | 2,190 | 5,633 | 71.6 | 28.4 | 0.8 | 15.6 | 9.7 | 25.0 |
| Red River (89%) | | | 10,359 | 7,417 | 2,942 | 88 | 1,847 | 724 | 2,519 | 71.6 | 28.4 | 0.8 | 17.8 | 7.0 | 24.3 |
| Rusk (100%) | | | 52,214 | 32,022 | 20,192 | 349 | 9,032 | 9,579 | 18,445 | 61.3 | 38.7 | 0.7 | 17.3 | 18.3 | 35.3 |
| Sabine (100%) | | | 9,894 | 8,307 | 1,587 | 82 | 852 | 393 | 1,200 | 84.0 | 16.0 | 0.8 | 8.6 | 4.0 | 12.1 |
| San Augustine (100%) | | | 7,918 | 5,270 | 2,648 | 64 | 1,897 | 639 | 2,487 | 66.6 | 33.4 | 0.8 | 24.0 | 8.1 | 31.4 |
| Shelby (100%) | | | 24,022 | 14,416 | 9,606 | 458 | 4,095 | 4,685 | 8,702 | 60.0 | 40.0 | 1.9 | 17.0 | 19.5 | 36.2 |
| Smith (100%) | | | 233,479 | 134,452 | 99,027 | 5,402 | 41,819 | 47,281 | 87,936 | 57.6 | 42.4 | 2.3 | 17.9 | 20.3 | 37.7 |
| Titus (100%) | | | 31,247 | 13,410 | 17,837 | 329 | 3,347 | 13,680 | 16,829 | 42.9 | 57.1 | 1.1 | 10.7 | 43.8 | 53.9 |
| Upshur (65%) | | | 26,776 | 20,506 | 6,270 | 201 | 2,566 | 2,425 | 4,922 | 76.6 | 23.4 | 0.8 | 9.6 | 9.1 | 18.4 |
| **DISTRICT 2** | 0 | Total: | 766,987 | 329,569 | 437,418 | 98,584 | 113,622 | 218,901 | 325,540 | 43.0 | 57.0 | 12.9 | 14.8 | 28.5 | 42.4 |
| | 0.00 % | VAP: | 572,974 | 263,467 | 309,507 | 72,507 | 78,537 | 151,226 | 226,168 | 46.0 | 54.0 | 12.7 | 13.7 | 26.4 | 39.5 |
| Harris (16%) | | | 766,987 | 329,569 | 437,418 | 98,584 | 113,622 | 218,901 | 325,540 | 43.0 | 57.0 | 12.9 | 14.8 | 28.5 | 42.4 |
| **DISTRICT 3** | 0 | Total: | 766,987 | 429,290 | 337,697 | 111,507 | 85,617 | 123,624 | 205,457 | 56.0 | 44.0 | 14.5 | 11.2 | 16.1 | 26.8 |
| | 0.00 % | VAP: | 558,700 | 331,472 | 227,228 | 76,255 | 57,513 | 79,581 | 135,379 | 59.3 | 40.7 | 13.6 | 10.3 | 14.2 | 24.2 |
| Collin (64%) | | | 680,661 | 374,254 | 306,407 | 110,072 | 76,445 | 106,037 | 179,078 | 55.0 | 45.0 | 16.2 | 11.2 | 15.6 | 26.3 |
| Hunt (86%) | | | 86,326 | 55,036 | 31,290 | 1,435 | 9,172 | 17,587 | 26,379 | 63.8 | 36.2 | 1.7 | 10.6 | 20.4 | 30.6 |
| **DISTRICT 4** | 0 | Total: | 766,987 | 455,833 | 311,154 | 101,413 | 78,798 | 108,783 | 184,184 | 59.4 | 40.6 | 13.2 | 10.3 | 14.2 | 24.0 |
| | 0.00 % | VAP: | 577,946 | 363,081 | 214,865 | 70,828 | 54,800 | 71,517 | 124,828 | 62.8 | 37.2 | 12.3 | 9.5 | 12.4 | 21.6 |
| Collin (29%) | | | 306,248 | 139,999 | 166,249 | 80,683 | 39,279 | 41,362 | 79,035 | 45.7 | 54.3 | 26.3 | 12.8 | 13.5 | 25.8 |
| Delta (100%) | | | 5,230 | 4,189 | 1,041 | 63 | 402 | 394 | 765 | 80.1 | 19.9 | 1.2 | 7.7 | 7.5 | 14.6 |
| Denton (6%) | | | 51,193 | 27,361 | 23,832 | 11,709 | 5,538 | 5,683 | 10,940 | 53.4 | 46.6 | 22.9 | 10.8 | 11.1 | 21.4 |
| Fannin (100%) | | | 35,662 | 27,042 | 8,620 | 319 | 2,628 | 4,218 | 6,760 | 75.8 | 24.2 | 0.9 | 7.4 | 11.8 | 19.0 |
| Franklin (100%) | | | 10,359 | 7,876 | 2,483 | 104 | 534 | 1,455 | 1,943 | 76.0 | 24.0 | 1.0 | 5.2 | 14.0 | 18.8 |
| Grayson (100%) | | | 135,543 | 95,211 | 40,332 | 2,686 | 9,856 | 20,868 | 30,196 | 70.2 | 29.8 | 2.0 | 7.3 | 15.4 | 22.3 |
| Hopkins (100%) | | | 36,787 | 25,976 | 10,811 | 420 | 2,847 | 6,484 | 9,237 | 70.6 | 29.4 | 1.1 | 7.7 | 17.6 | 25.1 |
| Hunt (14%) | | | 13,630 | 10,562 | 3,068 | 117 | 202 | 2,086 | 2,263 | 77.5 | 22.5 | 0.9 | 1.5 | 15.3 | 16.6 |
| Lamar (100%) | | | 50,088 | 35,354 | 14,734 | 645 | 7,310 | 4,412 | 11,570 | 70.6 | 29.4 | 1.3 | 14.6 | 8.8 | 23.1 |
| Rains (100%) | | | 12,164 | 10,130 | 2,034 | 103 | 360 | 1,109 | 1,446 | 83.3 | 16.7 | 0.8 | 3.0 | 9.1 | 11.9 |

Red-100T
Data: 2020 Census
PLANC2167 10/16/2021 6:39:37 AM

Case 3:21-cv-00259-DCG-JES-JVB   Document 396-4   Filed 07/01/22   Page 3 of 53

District Population Analysis with County Subtotals

Texas Legislative Council
10/16/21 7:30 AM
Page 3 of 12

# CONGRESSIONAL DISTRICTS - PLANC2167

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 4** | 0 | Total: | 766,987 | 455,833 | 311,154 | 101,413 | 78,798 | 108,783 | 184,184 | 59.4 | 40.6 | 13.2 | 10.3 | 14.2 | 24.0 |
| | 0.00 % | VAP: | 577,946 | 363,081 | 214,865 | 70,828 | 54,800 | 71,517 | 124,828 | 62.8 | 37.2 | 12.3 | 9.5 | 12.4 | 21.6 |
| Red River (11%) | | | 1,228 | 1,082 | 146 | 9 | 48 | 42 | 89 | 88.1 | 11.9 | 0.7 | 3.9 | 3.4 | 7.2 |
| Rockwall (100%) | | | 107,819 | 70,198 | 37,621 | 4,533 | 9,772 | 20,560 | 29,811 | 65.1 | 34.9 | 4.2 | 9.1 | 19.1 | 27.6 |
| Wood (2%) | | | 1,036 | 853 | 183 | 22 | 22 | 110 | 129 | 82.3 | 17.7 | 2.1 | 2.1 | 10.6 | 12.5 |
| **DISTRICT 5** | 0 | Total: | 766,987 | 460,261 | 306,726 | 26,848 | 101,059 | 160,704 | 257,895 | 60.0 | 40.0 | 3.5 | 13.2 | 21.0 | 33.6 |
| | 0.00 % | VAP: | 578,397 | 369,244 | 209,153 | 19,547 | 69,931 | 103,794 | 172,241 | 63.8 | 36.2 | 3.4 | 12.1 | 17.9 | 29.8 |
| Anderson (85%) | | | 49,262 | 29,639 | 19,623 | 502 | 9,218 | 9,010 | 17,989 | 60.2 | 39.8 | 1.0 | 18.7 | 18.3 | 36.5 |
| Cherokee (100%) | | | 50,412 | 30,095 | 20,317 | 418 | 7,069 | 11,797 | 18,714 | 59.7 | 40.3 | 0.8 | 14.0 | 23.4 | 37.1 |
| Dallas (5%) | | | 129,934 | 59,732 | 70,202 | 18,525 | 22,487 | 27,042 | 48,665 | 46.0 | 54.0 | 14.3 | 17.3 | 20.8 | 37.5 |
| Ellis (100%) | | | 192,455 | 106,495 | 85,960 | 2,639 | 27,000 | 52,032 | 77,843 | 55.3 | 44.7 | 1.4 | 14.0 | 27.0 | 40.4 |
| Henderson (100%) | | | 82,150 | 61,854 | 20,296 | 794 | 5,694 | 11,242 | 16,696 | 75.3 | 24.7 | 1.0 | 6.9 | 13.7 | 20.3 |
| Kaufman (100%) | | | 145,310 | 78,626 | 66,684 | 3,026 | 24,448 | 36,165 | 59,668 | 54.1 | 45.9 | 2.1 | 16.8 | 24.9 | 41.1 |
| Upshur (35%) | | | 14,116 | 10,781 | 3,335 | 118 | 1,026 | 1,561 | 2,540 | 76.4 | 23.6 | 0.8 | 7.3 | 11.1 | 18.0 |
| Van Zandt (100%) | | | 59,541 | 47,986 | 11,555 | 481 | 2,018 | 7,071 | 9,001 | 80.6 | 19.4 | 0.8 | 3.4 | 11.9 | 15.1 |
| Wood (98%) | | | 43,807 | 35,053 | 8,754 | 345 | 2,099 | 4,784 | 6,779 | 80.0 | 20.0 | 0.8 | 4.8 | 10.9 | 15.5 |
| **DISTRICT 6** | 0 | Total: | 766,987 | 123,561 | 643,426 | 41,567 | 106,042 | 493,285 | 593,601 | 16.1 | 83.9 | 5.4 | 13.8 | 64.3 | 77.4 |
| | 0.00 % | VAP: | 566,349 | 110,381 | 455,968 | 32,503 | 78,950 | 340,485 | 416,433 | 19.5 | 80.5 | 5.7 | 13.9 | 60.1 | 73.5 |
| Dallas (27%) | | | 709,605 | 115,983 | 593,622 | 39,381 | 94,949 | 456,950 | 546,655 | 16.3 | 83.7 | 5.5 | 13.4 | 64.4 | 77.0 |
| Tarrant (3%) | | | 57,382 | 7,578 | 49,804 | 2,186 | 11,093 | 36,362 | 46,946 | 13.2 | 86.8 | 3.8 | 19.3 | 63.4 | 81.8 |
| **DISTRICT 7** | 0 | Total: | 766,987 | 247,001 | 519,986 | 113,752 | 137,789 | 266,366 | 395,877 | 32.2 | 67.8 | 14.8 | 18.0 | 34.7 | 51.6 |
| | 0.00 % | VAP: | 600,171 | 211,766 | 388,405 | 89,471 | 102,801 | 192,707 | 290,348 | 35.3 | 64.7 | 14.9 | 17.1 | 32.1 | 48.4 |
| Harris (16%) | | | 766,987 | 247,001 | 519,986 | 113,752 | 137,789 | 266,366 | 395,877 | 32.2 | 67.8 | 14.8 | 18.0 | 34.7 | 51.6 |
| **DISTRICT 8** | 0 | Total: | 766,987 | 460,243 | 306,744 | 41,230 | 66,682 | 181,543 | 244,195 | 60.0 | 40.0 | 5.4 | 8.7 | 23.7 | 31.8 |
| | 0.00 % | VAP: | 575,253 | 365,790 | 209,463 | 29,039 | 46,062 | 119,937 | 164,101 | 63.6 | 36.4 | 5.0 | 8.0 | 20.8 | 28.5 |
| Harris (4%) | | | 201,096 | 100,256 | 100,840 | 19,482 | 25,976 | 52,736 | 77,129 | 49.9 | 50.1 | 9.7 | 12.9 | 26.2 | 38.4 |
| Liberty (0%) | | | 158 | 109 | 49 | 1 | 1 | 36 | 37 | 69.0 | 31.0 | 0.6 | 0.6 | 22.8 | 23.4 |
| Montgomery (76%) | | | 471,527 | 294,055 | 177,472 | 20,874 | 30,836 | 114,432 | 143,107 | 62.4 | 37.6 | 4.4 | 6.5 | 24.3 | 30.3 |
| Polk (100%) | | | 50,123 | 34,808 | 15,315 | 490 | 5,422 | 7,345 | 12,617 | 69.4 | 30.6 | 1.0 | 10.8 | 14.7 | 25.2 |
| San Jacinto (100%) | | | 27,402 | 19,170 | 8,232 | 176 | 2,412 | 4,822 | 7,143 | 70.0 | 30.0 | 0.6 | 8.8 | 17.6 | 26.1 |
| Walker (22%) | | | 16,681 | 11,845 | 4,836 | 207 | 2,035 | 2,172 | 4,162 | 71.0 | 29.0 | 1.2 | 12.2 | 13.0 | 25.0 |
| **DISTRICT 9** | 0 | Total: | 766,987 | 117,961 | 649,026 | 153,732 | 274,165 | 224,218 | 489,861 | 15.4 | 84.6 | 20.0 | 35.7 | 29.2 | 63.9 |
| | 0.00 % | VAP: | 569,186 | 95,840 | 473,346 | 117,225 | 201,813 | 154,270 | 351,462 | 16.8 | 83.2 | 20.6 | 35.5 | 27.1 | 61.7 |
| Brazoria (0%) | | | 46 | 1 | 45 | 4 | 7 | 33 | 40 | 2.2 | 97.8 | 8.7 | 15.2 | 71.7 | 87.0 |
| Fort Bend (55%) | | | 453,842 | 94,497 | 359,345 | 125,953 | 133,074 | 101,263 | 229,994 | 20.8 | 79.2 | 27.8 | 29.3 | 22.3 | 50.7 |
| Harris (7%) | | | 313,099 | 23,463 | 289,636 | 27,775 | 141,084 | 122,922 | 259,827 | 7.5 | 92.5 | 8.9 | 45.1 | 39.3 | 83.0 |

63884

Red-100T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

Texas Legislative Council
10/16/21 7:30 AM
Page 4 of 12

## District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2167

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 10** | 0 | Total: | 766,987 | 434,223 | 332,764 | 55,548 | 87,795 | 176,350 | 258,957 | 56.6 | 43.4 | 7.2 | 11.4 | 23.0 | 33.8 |
| | 0.00 % | VAP: | 591,770 | 352,079 | 239,691 | 40,190 | 66,025 | 121,911 | 185,139 | 59.5 | 40.5 | 6.8 | 11.2 | 20.6 | 31.3 |
| Bastrop (54%) | | | 52,902 | 25,824 | 27,078 | 590 | 4,544 | 20,904 | 25,095 | 48.8 | 51.2 | 1.1 | 8.6 | 39.5 | 47.4 |
| Brazos (70%) | | | 164,779 | 100,695 | 64,084 | 14,876 | 15,002 | 31,829 | 45,304 | 61.1 | 38.9 | 9.0 | 9.1 | 19.3 | 27.5 |
| Burleson (100%) | | | 17,642 | 11,258 | 6,384 | 118 | 2,145 | 3,712 | 5,737 | 63.8 | 36.2 | 0.7 | 12.2 | 21.0 | 32.5 |
| Grimes (100%) | | | 29,268 | 16,910 | 12,358 | 195 | 4,217 | 7,361 | 11,400 | 57.8 | 42.2 | 0.7 | 14.4 | 25.2 | 39.0 |
| Harris (2%) | | | 94,791 | 50,270 | 44,521 | 7,443 | 9,962 | 25,729 | 35,072 | 53.0 | 47.0 | 7.9 | 10.5 | 27.1 | 37.0 |
| Lee (100%) | | | 17,478 | 10,612 | 6,866 | 123 | 1,945 | 4,479 | 6,287 | 60.7 | 39.3 | 0.7 | 11.1 | 25.6 | 36.0 |
| Madison (100%) | | | 13,455 | 6,984 | 6,471 | 131 | 2,724 | 3,415 | 6,099 | 51.9 | 48.1 | 1.0 | 20.2 | 25.4 | 45.3 |
| Travis (15%) | | | 194,787 | 119,697 | 75,090 | 19,879 | 12,698 | 38,727 | 50,217 | 61.5 | 38.5 | 10.2 | 6.5 | 19.9 | 25.8 |
| Walker (78%) | | | 59,719 | 27,978 | 31,741 | 1,128 | 15,324 | 14,406 | 29,418 | 46.8 | 53.2 | 1.9 | 25.7 | 24.1 | 49.3 |
| Waller (65%) | | | 37,162 | 15,037 | 22,125 | 308 | 10,063 | 11,047 | 20,945 | 40.5 | 59.5 | 0.8 | 27.1 | 29.7 | 56.4 |
| Washington (100%) | | | 35,805 | 22,023 | 13,782 | 694 | 6,044 | 6,425 | 12,288 | 61.5 | 38.5 | 1.9 | 16.9 | 17.9 | 34.3 |
| Williamson (8%) | | | 49,199 | 26,935 | 22,264 | 10,063 | 3,127 | 8,316 | 11,095 | 54.7 | 45.3 | 20.5 | 6.4 | 16.9 | 22.6 |
| **DISTRICT 11** | 0 | Total: | 766,987 | 334,920 | 432,067 | 23,349 | 104,802 | 295,916 | 390,228 | 43.7 | 56.3 | 3.0 | 13.7 | 38.6 | 50.9 |
| | 0.00 % | VAP: | 567,819 | 270,981 | 296,838 | 16,464 | 70,145 | 200,105 | 265,428 | 47.7 | 52.3 | 2.9 | 12.4 | 35.2 | 46.7 |
| Bell (47%) | | | 174,675 | 46,945 | 127,730 | 11,295 | 72,082 | 45,768 | 111,423 | 26.9 | 73.1 | 6.5 | 41.3 | 26.2 | 63.8 |
| Brown (100%) | | | 38,095 | 26,672 | 11,423 | 382 | 1,881 | 8,211 | 9,884 | 70.0 | 30.0 | 1.0 | 4.9 | 21.6 | 25.9 |
| Coke (100%) | | | 3,285 | 2,473 | 812 | 17 | 23 | 661 | 671 | 75.3 | 24.7 | 0.5 | 0.7 | 20.1 | 20.4 |
| Coleman (100%) | | | 7,684 | 6,013 | 1,671 | 58 | 236 | 1,192 | 1,396 | 78.3 | 21.7 | 0.8 | 3.1 | 15.5 | 18.2 |
| Concho (100%) | | | 3,303 | 2,097 | 1,206 | 47 | 105 | 1,033 | 1,121 | 63.5 | 36.5 | 1.4 | 3.2 | 31.3 | 33.9 |
| Ector (100%) | | | 165,171 | 51,023 | 114,148 | 2,940 | 9,522 | 100,051 | 108,362 | 30.9 | 69.1 | 1.8 | 5.8 | 60.6 | 65.6 |
| Glasscock (100%) | | | 1,116 | 710 | 406 | 2 | 27 | 387 | 399 | 63.6 | 36.4 | 0.2 | 2.4 | 34.7 | 35.8 |
| Irion (100%) | | | 1,513 | 1,112 | 401 | 23 | 30 | 349 | 369 | 73.5 | 26.5 | 1.5 | 2.0 | 23.1 | 24.4 |
| Kimble (100%) | | | 4,286 | 3,136 | 1,150 | 60 | 37 | 986 | 1,013 | 73.2 | 26.8 | 1.4 | 0.9 | 23.0 | 23.6 |
| Lampasas (100%) | | | 21,627 | 15,132 | 6,495 | 512 | 1,079 | 4,179 | 5,135 | 70.0 | 30.0 | 2.4 | 5.0 | 19.3 | 23.7 |
| Llano (100%) | | | 21,243 | 17,530 | 3,713 | 194 | 233 | 2,508 | 2,687 | 82.5 | 17.5 | 0.9 | 1.1 | 11.8 | 12.6 |
| Mason (100%) | | | 3,953 | 2,948 | 1,005 | 21 | 40 | 883 | 909 | 74.6 | 25.4 | 0.5 | 1.0 | 22.3 | 23.0 |
| McCulloch (100%) | | | 7,630 | 4,904 | 2,726 | 65 | 197 | 2,369 | 2,517 | 64.3 | 35.7 | 0.9 | 2.6 | 31.0 | 33.0 |
| Menard (100%) | | | 1,962 | 1,231 | 731 | 10 | 33 | 662 | 690 | 62.7 | 37.3 | 0.5 | 1.7 | 33.7 | 35.2 |
| Midland (100%) | | | 169,983 | 76,487 | 93,496 | 4,798 | 12,731 | 73,331 | 84,887 | 45.0 | 55.0 | 2.8 | 7.5 | 43.1 | 49.9 |
| Mills (100%) | | | 4,456 | 3,498 | 958 | 26 | 52 | 728 | 770 | 78.5 | 21.5 | 0.6 | 1.2 | 16.3 | 17.3 |
| Runnels (100%) | | | 9,900 | 6,062 | 3,838 | 65 | 252 | 3,354 | 3,560 | 61.2 | 38.8 | 0.7 | 2.5 | 33.9 | 36.0 |
| San Saba (100%) | | | 5,730 | 3,690 | 2,040 | 53 | 150 | 1,749 | 1,879 | 64.4 | 35.6 | 0.9 | 2.6 | 30.5 | 32.8 |
| Sterling (100%) | | | 1,372 | 867 | 505 | 29 | 22 | 449 | 465 | 63.2 | 36.8 | 2.1 | 1.6 | 32.7 | 33.9 |
| Tom Green (100%) | | | 120,003 | 62,390 | 57,613 | 2,752 | 6,070 | 47,066 | 52,091 | 52.0 | 48.0 | 2.3 | 5.1 | 39.2 | 43.4 |

Red-100T
Data: 2020 Census
PLANC2167 10/16/2021 6:39:37 AM

Case 3:21-cv-00259-DCG-JES-JVB   Document 396-4   Filed 07/01/22   Page 5 of 53
District Population Analysis with County Subtotals
**CONGRESSIONAL DISTRICTS - PLANC2167**

Texas Legislative Council
10/16/21 7:30 AM
Page 5 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 12** | 0 | Total: | 766,987 | 431,015 | 335,972 | 49,522 | 90,736 | 178,496 | 263,705 | 56.2 | 43.8 | 6.5 | 11.8 | 23.3 | 34.4 |
| | 0.00 % | VAP: | 583,976 | 350,543 | 233,433 | 36,371 | 61,865 | 119,830 | 179,081 | 60.0 | 40.0 | 6.2 | 10.6 | 20.5 | 30.7 |
| Parker (79%) | | | 116,906 | 92,468 | 24,438 | 1,508 | 2,395 | 15,839 | 18,012 | 79.1 | 20.9 | 1.3 | 2.0 | 13.5 | 15.4 |
| Tarrant (31%) | | | 650,081 | 338,547 | 311,534 | 48,014 | 88,341 | 162,657 | 245,693 | 52.1 | 47.9 | 7.4 | 13.6 | 25.0 | 37.8 |
| **DISTRICT 13** | 0 | Total: | 766,987 | 445,745 | 321,242 | 24,575 | 62,951 | 215,932 | 273,806 | 58.1 | 41.9 | 3.2 | 8.2 | 28.2 | 35.7 |
| | 0.00 % | VAP: | 585,231 | 363,053 | 222,178 | 17,643 | 44,023 | 144,154 | 186,082 | 62.0 | 38.0 | 3.0 | 7.5 | 24.6 | 31.8 |
| Archer (100%) | | | 8,560 | 7,356 | 1,204 | 74 | 106 | 742 | 831 | 85.9 | 14.1 | 0.9 | 1.2 | 8.7 | 9.7 |
| Armstrong (100%) | | | 1,848 | 1,593 | 255 | 28 | 34 | 144 | 162 | 86.2 | 13.8 | 1.5 | 1.8 | 7.8 | 8.8 |
| Baylor (100%) | | | 3,465 | 2,797 | 668 | 22 | 113 | 439 | 534 | 80.7 | 19.3 | 0.6 | 3.3 | 12.7 | 15.4 |
| Briscoe (100%) | | | 1,435 | 1,008 | 427 | 13 | 30 | 368 | 391 | 70.2 | 29.8 | 0.9 | 2.1 | 25.6 | 27.2 |
| Carson (100%) | | | 5,807 | 4,873 | 934 | 33 | 91 | 558 | 636 | 83.9 | 16.1 | 0.6 | 1.6 | 9.6 | 11.0 |
| Childress (100%) | | | 6,664 | 3,852 | 2,812 | 93 | 672 | 1,942 | 2,585 | 57.8 | 42.2 | 1.4 | 10.1 | 29.1 | 38.8 |
| Clay (100%) | | | 10,218 | 8,941 | 1,277 | 87 | 121 | 641 | 745 | 87.5 | 12.5 | 0.9 | 1.2 | 6.3 | 7.3 |
| Collingsworth (100%) | | | 2,652 | 1,617 | 1,035 | 32 | 148 | 832 | 955 | 61.0 | 39.0 | 1.2 | 5.6 | 31.4 | 36.0 |
| Cottle (100%) | | | 1,380 | 902 | 478 | 18 | 128 | 327 | 440 | 65.4 | 34.6 | 1.3 | 9.3 | 23.7 | 31.9 |
| Dallam (100%) | | | 7,115 | 3,119 | 3,996 | 33 | 142 | 3,707 | 3,837 | 43.8 | 56.2 | 0.5 | 2.0 | 52.1 | 53.9 |
| Deaf Smith (100%) | | | 18,583 | 4,233 | 14,350 | 78 | 290 | 13,925 | 14,080 | 22.8 | 77.2 | 0.4 | 1.6 | 74.9 | 75.8 |
| Denton (15%) | | | 137,298 | 74,752 | 62,546 | 6,889 | 17,250 | 35,520 | 51,733 | 54.4 | 45.6 | 5.0 | 12.6 | 25.9 | 37.7 |
| Dickens (100%) | | | 1,770 | 1,178 | 592 | 21 | 64 | 512 | 548 | 66.6 | 33.4 | 1.2 | 3.6 | 28.9 | 31.0 |
| Donley (100%) | | | 3,258 | 2,537 | 721 | 42 | 227 | 356 | 561 | 77.9 | 22.1 | 1.3 | 7.0 | 10.9 | 17.2 |
| Foard (100%) | | | 1,095 | 845 | 250 | 12 | 33 | 197 | 220 | 77.2 | 22.8 | 1.1 | 3.0 | 18.0 | 20.1 |
| Gray (100%) | | | 21,227 | 13,025 | 8,202 | 192 | 1,039 | 6,347 | 7,313 | 61.4 | 38.6 | 0.9 | 4.9 | 29.9 | 34.5 |
| Hall (100%) | | | 2,825 | 1,589 | 1,236 | 30 | 237 | 950 | 1,159 | 56.2 | 43.8 | 1.1 | 8.4 | 33.6 | 41.0 |
| Hansford (100%) | | | 5,285 | 2,552 | 2,733 | 15 | 43 | 2,615 | 2,643 | 48.3 | 51.7 | 0.3 | 0.8 | 49.5 | 50.0 |
| Hardeman (100%) | | | 3,549 | 2,441 | 1,108 | 30 | 195 | 818 | 983 | 68.8 | 31.2 | 0.8 | 5.5 | 23.0 | 27.7 |
| Hartley (100%) | | | 5,382 | 3,403 | 1,979 | 39 | 249 | 1,631 | 1,861 | 63.2 | 36.8 | 0.7 | 4.6 | 30.3 | 34.6 |
| Hemphill (100%) | | | 3,382 | 2,090 | 1,292 | 39 | 29 | 1,137 | 1,156 | 61.8 | 38.2 | 1.2 | 0.9 | 33.6 | 34.2 |
| Hutchinson (100%) | | | 20,617 | 13,783 | 6,834 | 200 | 757 | 4,961 | 5,589 | 66.9 | 33.1 | 1.0 | 3.7 | 24.1 | 27.1 |
| King (100%) | | | 265 | 230 | 35 | 4 | 8 | 25 | 31 | 86.8 | 13.2 | 1.5 | 3.0 | 9.4 | 11.7 |
| Knox (100%) | | | 3,353 | 1,935 | 1,418 | 34 | 210 | 1,130 | 1,309 | 57.7 | 42.3 | 1.0 | 6.3 | 33.7 | 39.0 |
| Lipscomb (100%) | | | 3,059 | 1,786 | 1,273 | 18 | 22 | 1,123 | 1,140 | 58.4 | 41.6 | 0.6 | 0.7 | 36.7 | 37.3 |
| Montague (100%) | | | 19,965 | 16,342 | 3,623 | 129 | 206 | 2,361 | 2,543 | 81.9 | 18.1 | 0.6 | 1.0 | 11.8 | 12.7 |
| Moore (100%) | | | 21,358 | 6,499 | 14,859 | 1,071 | 832 | 12,647 | 13,398 | 30.4 | 69.6 | 5.0 | 3.9 | 59.2 | 62.7 |
| Motley (100%) | | | 1,063 | 858 | 205 | 18 | 18 | 153 | 166 | 80.7 | 19.3 | 1.7 | 1.7 | 14.4 | 15.6 |
| Ochiltree (100%) | | | 10,015 | 4,245 | 5,770 | 58 | 66 | 5,470 | 5,510 | 42.4 | 57.6 | 0.6 | 0.7 | 54.6 | 55.0 |
| Oldham (100%) | | | 1,758 | 1,325 | 433 | 31 | 77 | 313 | 391 | 75.4 | 24.6 | 1.8 | 4.4 | 17.8 | 21.2 |
| Potter (100%) | | | 118,525 | 50,153 | 68,372 | 6,757 | 14,438 | 45,193 | 58,528 | 42.3 | 57.7 | 5.7 | 12.2 | 38.1 | 49.4 |
| Randall (100%) | | | 140,753 | 95,457 | 45,296 | 3,550 | 6,592 | 31,583 | 37,395 | 67.8 | 32.2 | 2.5 | 4.7 | 22.4 | 26.6 |

Red-100T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

District Population Analysis with County Subtotals
**CONGRESSIONAL DISTRICTS - PLANC2167**

Texas Legislative Council
10/16/21 7:30 AM
Page 6 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 13** | 0 | Total: | 766,987 | 445,745 | 321,242 | 24,575 | 62,951 | 215,932 | 273,806 | 58.1 | 41.9 | 3.2 | 8.2 | 28.2 | 35.7 |
| | 0.00 % | VAP: | 585,231 | 363,053 | 222,178 | 17,643 | 44,023 | 144,154 | 186,082 | 62.0 | 38.0 | 3.0 | 7.5 | 24.6 | 31.8 |
| Roberts (100%) | | | 827 | 717 | 110 | 15 | 21 | 50 | 65 | 86.7 | 13.3 | 1.8 | 2.5 | 6.0 | 7.9 |
| Sherman (100%) | | | 2,782 | 1,362 | 1,420 | 24 | 60 | 1,315 | 1,354 | 49.0 | 51.0 | 0.9 | 2.2 | 47.3 | 48.7 |
| Wheeler (100%) | | | 4,990 | 3,469 | 1,521 | 53 | 137 | 1,227 | 1,345 | 69.5 | 30.5 | 1.1 | 2.7 | 24.6 | 27.0 |
| Wichita (100%) | | | 129,350 | 79,694 | 49,656 | 3,968 | 16,588 | 25,803 | 41,265 | 61.6 | 38.4 | 3.1 | 12.8 | 19.9 | 31.9 |
| Wilbarger (100%) | | | 12,887 | 7,012 | 5,875 | 632 | 1,259 | 3,734 | 4,910 | 54.4 | 45.6 | 4.9 | 9.8 | 29.0 | 38.1 |
| Wise (33%) | | | 22,622 | 16,175 | 6,447 | 193 | 419 | 5,136 | 5,513 | 71.5 | 28.5 | 0.9 | 1.9 | 22.7 | 24.4 |
| **DISTRICT 14** | 0 | Total: | 766,987 | 404,463 | 362,524 | 27,828 | 130,216 | 192,809 | 317,763 | 52.7 | 47.3 | 3.6 | 17.0 | 25.1 | 41.4 |
| | 0.00 % | VAP: | 585,292 | 327,812 | 257,480 | 20,408 | 94,668 | 130,969 | 223,381 | 56.0 | 44.0 | 3.5 | 16.2 | 22.4 | 38.2 |
| Brazoria (39%) | | | 146,551 | 77,389 | 69,162 | 2,559 | 15,195 | 49,137 | 63,063 | 52.8 | 47.2 | 1.7 | 10.4 | 33.5 | 43.0 |
| Chambers (0%) | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Galveston (100%) | | | 350,682 | 191,358 | 159,324 | 15,636 | 49,174 | 88,636 | 135,263 | 54.6 | 45.4 | 4.5 | 14.0 | 25.3 | 38.6 |
| Jefferson (72%) | | | 184,946 | 70,781 | 114,165 | 8,182 | 56,906 | 47,771 | 103,449 | 38.3 | 61.7 | 4.4 | 30.8 | 25.8 | 55.9 |
| Orange (100%) | | | 84,808 | 64,935 | 19,873 | 1,451 | 8,941 | 7,265 | 15,988 | 76.6 | 23.4 | 1.7 | 10.5 | 8.6 | 18.9 |
| **DISTRICT 15** | 0 | Total: | 766,987 | 74,099 | 692,888 | 10,988 | 12,052 | 669,600 | 677,994 | 9.7 | 90.3 | 1.4 | 1.6 | 87.3 | 88.4 |
| | 0.00 % | VAP: | 549,661 | 61,825 | 487,836 | 8,104 | 8,186 | 469,924 | 476,435 | 11.2 | 88.8 | 1.5 | 1.5 | 85.5 | 86.7 |
| Brooks (100%) | | | 7,076 | 724 | 6,352 | 48 | 47 | 6,242 | 6,271 | 10.2 | 89.8 | 0.7 | 0.7 | 88.2 | 88.6 |
| Hidalgo (66%) | | | 576,365 | 38,057 | 538,308 | 9,203 | 5,565 | 523,882 | 527,205 | 6.6 | 93.4 | 1.6 | 1.0 | 90.9 | 91.5 |
| Jim Wells (100%) | | | 38,891 | 6,963 | 31,928 | 216 | 414 | 30,835 | 31,082 | 17.9 | 82.1 | 0.6 | 1.1 | 79.3 | 79.9 |
| Live Oak (100%) | | | 11,335 | 5,968 | 5,367 | 66 | 275 | 4,790 | 5,031 | 52.7 | 47.3 | 0.6 | 2.4 | 42.3 | 44.4 |
| Nueces (38%) | | | 133,320 | 22,387 | 110,933 | 1,455 | 5,751 | 103,851 | 108,405 | 16.8 | 83.2 | 1.1 | 4.3 | 77.9 | 81.3 |
| **DISTRICT 16** | 0 | Total: | 766,987 | 94,193 | 672,794 | 17,929 | 36,987 | 622,360 | 650,190 | 12.3 | 87.7 | 2.3 | 4.8 | 81.1 | 84.8 |
| | 0.00 % | VAP: | 574,543 | 78,082 | 496,461 | 13,094 | 25,118 | 458,205 | 478,971 | 13.6 | 86.4 | 2.3 | 4.4 | 79.8 | 83.4 |
| El Paso (89%) | | | 766,987 | 94,193 | 672,794 | 17,929 | 36,987 | 622,360 | 650,190 | 12.3 | 87.7 | 2.3 | 4.8 | 81.1 | 84.8 |
| **DISTRICT 17** | 0 | Total: | 766,987 | 396,502 | 370,485 | 25,442 | 126,881 | 207,616 | 327,913 | 51.7 | 48.3 | 3.3 | 16.5 | 27.1 | 42.8 |
| | 0.00 % | VAP: | 582,861 | 324,935 | 257,926 | 18,742 | 89,667 | 138,302 | 225,276 | 55.7 | 44.3 | 3.2 | 15.4 | 23.7 | 38.7 |
| Angelina (100%) | | | 86,395 | 49,970 | 36,425 | 1,169 | 14,115 | 19,732 | 33,448 | 57.8 | 42.2 | 1.4 | 16.3 | 22.8 | 38.7 |
| Brazos (30%) | | | 69,070 | 22,340 | 46,730 | 1,980 | 12,908 | 31,238 | 43,483 | 32.3 | 67.7 | 2.9 | 18.7 | 45.2 | 63.0 |
| Falls (100%) | | | 16,968 | 8,707 | 8,261 | 106 | 4,023 | 3,965 | 7,845 | 51.3 | 48.7 | 0.6 | 23.7 | 23.4 | 46.2 |
| Freestone (36%) | | | 6,924 | 4,596 | 2,328 | 42 | 1,035 | 1,148 | 2,158 | 66.4 | 33.6 | 0.6 | 14.9 | 16.6 | 31.2 |
| Houston (100%) | | | 22,066 | 12,957 | 9,109 | 186 | 5,462 | 3,071 | 8,439 | 58.7 | 41.3 | 0.8 | 24.8 | 13.9 | 38.2 |
| Leon (100%) | | | 15,719 | 11,659 | 4,060 | 153 | 1,059 | 2,446 | 3,469 | 74.2 | 25.8 | 1.0 | 6.7 | 15.6 | 22.1 |
| Limestone (100%) | | | 22,146 | 12,530 | 9,616 | 245 | 4,117 | 5,013 | 8,945 | 56.6 | 43.4 | 1.1 | 18.6 | 22.6 | 40.4 |
| McLennan (100%) | | | 260,579 | 139,693 | 120,886 | 6,704 | 41,799 | 68,587 | 107,816 | 53.6 | 46.4 | 2.6 | 16.0 | 26.3 | 41.4 |
| Milam (100%) | | | 24,754 | 15,367 | 9,387 | 193 | 2,520 | 6,264 | 8,582 | 62.1 | 37.9 | 0.8 | 10.2 | 25.3 | 34.7 |
| Nacogdoches (100%) | | | 64,653 | 37,158 | 27,495 | 1,066 | 11,610 | 13,597 | 24,950 | 57.5 | 42.5 | 1.6 | 18.0 | 21.0 | 38.6 |

Red-100T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

Texas Legislative Council
10/16/21 7:30 AM
Page 7 of 12

## District Population Analysis with County Subtotals
### CONGRESSIONAL DISTRICTS - PLANC2167

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 17** | 0 | Total: | 766,987 | 396,502 | 370,485 | 25,442 | 126,881 | 207,616 | 327,913 | 51.7 | 48.3 | 3.3 | 16.5 | 27.1 | 42.8 |
| | 0.00 % | VAP: | 582,861 | 324,935 | 257,926 | 18,742 | 89,667 | 138,302 | 225,276 | 55.7 | 44.3 | 3.2 | 15.4 | 23.7 | 38.7 |
| Robertson (100%) | | | 16,757 | 9,505 | 7,252 | 145 | 3,381 | 3,528 | 6,789 | 56.7 | 43.3 | 0.9 | 20.2 | 21.1 | 40.5 |
| Travis (5%) | | | 60,520 | 24,322 | 36,198 | 6,563 | 11,275 | 17,968 | 28,495 | 40.2 | 59.8 | 10.8 | 18.6 | 29.7 | 47.1 |
| Trinity (100%) | | | 13,602 | 10,533 | 3,069 | 100 | 1,269 | 1,314 | 2,561 | 77.4 | 22.6 | 0.7 | 9.3 | 9.7 | 18.8 |
| Williamson (14%) | | | 86,834 | 37,165 | 49,669 | 6,790 | 12,308 | 29,745 | 40,933 | 42.8 | 57.2 | 7.8 | 14.2 | 34.3 | 47.1 |
| **DISTRICT 18** | 0 | Total: | 766,987 | 150,225 | 616,762 | 35,338 | 294,168 | 287,731 | 572,657 | 19.6 | 80.4 | 4.6 | 38.4 | 37.5 | 74.7 |
| | 0.00 % | VAP: | 569,671 | 126,887 | 442,784 | 28,515 | 216,009 | 196,051 | 407,255 | 22.3 | 77.7 | 5.0 | 37.9 | 34.4 | 71.5 |
| Harris (16%) | | | 766,987 | 150,225 | 616,762 | 35,338 | 294,168 | 287,731 | 572,657 | 19.6 | 80.4 | 4.6 | 38.4 | 37.5 | 74.7 |
| **DISTRICT 19** | 0 | Total: | 766,987 | 384,927 | 382,060 | 18,348 | 61,084 | 293,914 | 348,223 | 50.2 | 49.8 | 2.4 | 8.0 | 38.3 | 45.4 |
| | 0.00 % | VAP: | 578,679 | 310,685 | 267,994 | 13,951 | 42,663 | 201,052 | 241,281 | 53.7 | 46.3 | 2.4 | 7.4 | 34.7 | 41.7 |
| Andrews (100%) | | | 18,610 | 7,405 | 11,205 | 153 | 376 | 10,400 | 10,683 | 39.8 | 60.2 | 0.8 | 2.0 | 55.9 | 57.4 |
| Bailey (100%) | | | 6,904 | 2,190 | 4,714 | 19 | 91 | 4,540 | 4,600 | 31.7 | 68.3 | 0.3 | 1.3 | 65.8 | 66.6 |
| Borden (100%) | | | 631 | 528 | 103 | 14 | 16 | 86 | 95 | 83.7 | 16.3 | 2.2 | 2.5 | 13.6 | 15.1 |
| Callahan (11%) | | | 1,556 | 1,275 | 281 | 16 | 26 | 168 | 188 | 81.9 | 18.1 | 1.0 | 1.7 | 10.8 | 12.1 |
| Castro (100%) | | | 7,371 | 2,328 | 5,043 | 49 | 155 | 4,784 | 4,905 | 31.6 | 68.4 | 0.7 | 2.1 | 64.9 | 66.5 |
| Cochran (100%) | | | 2,547 | 912 | 1,635 | 16 | 94 | 1,527 | 1,594 | 35.8 | 64.2 | 0.6 | 3.7 | 60.0 | 62.6 |
| Crosby (100%) | | | 5,133 | 2,076 | 3,057 | 41 | 203 | 2,829 | 2,965 | 40.4 | 59.6 | 0.8 | 4.0 | 55.1 | 57.8 |
| Dawson (100%) | | | 12,456 | 4,590 | 7,866 | 86 | 1,004 | 6,767 | 7,665 | 36.8 | 63.2 | 0.7 | 8.1 | 54.3 | 61.5 |
| Fisher (100%) | | | 3,672 | 2,496 | 1,176 | 27 | 149 | 973 | 1,088 | 68.0 | 32.0 | 0.7 | 4.1 | 26.5 | 29.6 |
| Floyd (100%) | | | 5,402 | 2,079 | 3,323 | 39 | 207 | 3,067 | 3,228 | 38.5 | 61.5 | 0.7 | 3.8 | 56.8 | 59.8 |
| Gaines (100%) | | | 21,598 | 12,554 | 9,044 | 139 | 356 | 8,401 | 8,676 | 58.1 | 41.9 | 0.6 | 1.6 | 38.9 | 40.2 |
| Garza (100%) | | | 5,816 | 2,162 | 3,654 | 56 | 381 | 3,272 | 3,554 | 37.2 | 62.8 | 1.0 | 6.6 | 56.3 | 61.1 |
| Hale (100%) | | | 32,522 | 10,693 | 21,829 | 243 | 1,807 | 19,489 | 21,052 | 32.9 | 67.1 | 0.7 | 5.6 | 59.9 | 64.7 |
| Haskell (100%) | | | 5,416 | 3,628 | 1,788 | 43 | 268 | 1,377 | 1,599 | 67.0 | 33.0 | 0.8 | 4.9 | 25.4 | 29.5 |
| Hockley (100%) | | | 21,537 | 9,752 | 11,785 | 97 | 803 | 10,624 | 11,295 | 45.3 | 54.7 | 0.5 | 3.7 | 49.3 | 52.4 |
| Howard (100%) | | | 34,860 | 15,672 | 19,188 | 561 | 2,113 | 16,174 | 17,929 | 45.0 | 55.0 | 1.6 | 6.1 | 46.4 | 51.4 |
| Jones (100%) | | | 19,663 | 11,485 | 8,178 | 158 | 2,187 | 5,504 | 7,599 | 58.4 | 41.6 | 0.8 | 11.1 | 28.0 | 38.6 |
| Kent (100%) | | | 753 | 657 | 96 | 9 | 11 | 81 | 86 | 87.3 | 12.7 | 1.2 | 1.5 | 10.8 | 11.4 |
| Lamb (100%) | | | 13,045 | 4,981 | 8,064 | 41 | 544 | 7,449 | 7,904 | 38.2 | 61.8 | 0.3 | 4.2 | 57.1 | 60.6 |
| Lubbock (100%) | | | 310,639 | 154,994 | 155,645 | 11,533 | 31,107 | 109,170 | 137,329 | 49.9 | 50.1 | 3.7 | 10.0 | 35.1 | 44.2 |
| Lynn (100%) | | | 5,596 | 2,960 | 2,636 | 34 | 151 | 2,352 | 2,482 | 52.9 | 47.1 | 0.6 | 2.7 | 42.0 | 44.4 |
| Martin (100%) | | | 5,237 | 2,780 | 2,457 | 34 | 128 | 2,255 | 2,359 | 53.1 | 46.9 | 0.6 | 2.4 | 43.1 | 45.0 |
| Mitchell (100%) | | | 8,990 | 4,328 | 4,662 | 71 | 1,072 | 3,454 | 4,457 | 48.1 | 51.9 | 0.8 | 11.9 | 38.4 | 49.6 |
| Nolan (100%) | | | 14,738 | 8,138 | 6,600 | 150 | 953 | 5,354 | 6,120 | 55.2 | 44.8 | 1.0 | 6.5 | 36.3 | 41.5 |
| Parmer (100%) | | | 9,869 | 3,187 | 6,682 | 36 | 137 | 6,504 | 6,575 | 32.3 | 67.7 | 0.4 | 1.4 | 65.9 | 66.6 |
| Scurry (100%) | | | 16,932 | 8,637 | 8,295 | 140 | 812 | 7,139 | 7,853 | 51.0 | 49.0 | 0.8 | 4.8 | 42.2 | 46.4 |
| Shackelford (100%) | | | 3,105 | 2,612 | 493 | 33 | 46 | 363 | 394 | 84.1 | 15.9 | 1.1 | 1.5 | 11.7 | 12.7 |

Red-100T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

Case 3:21-cv-00259-DCG-JES-JVB   Document 396-4   Filed 07/01/22   Page 8 of 53

Texas Legislative Council
10/16/21  7:30 AM
Page 8 of 12

# District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2167

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 19** | 0 | Total: | 766,987 | 384,927 | 382,060 | 18,348 | 61,084 | 293,914 | 348,223 | 50.2 | 49.8 | 2.4 | 8.0 | 38.3 | 45.4 |
| | 0.00 % | VAP: | 578,679 | 310,685 | 267,994 | 13,951 | 42,663 | 201,052 | 241,281 | 53.7 | 46.3 | 2.4 | 7.4 | 34.7 | 41.7 |
| Stonewall (100%) | | | 1,245 | 958 | 287 | 9 | 41 | 226 | 256 | 76.9 | 23.1 | 0.7 | 3.3 | 18.2 | 20.6 |
| Swisher (100%) | | | 6,971 | 3,219 | 3,752 | 44 | 524 | 3,147 | 3,597 | 46.2 | 53.8 | 0.6 | 7.5 | 45.1 | 51.6 |
| Taylor (100%) | | | 143,208 | 87,316 | 55,892 | 4,299 | 14,655 | 34,756 | 47,874 | 61.0 | 39.0 | 3.0 | 10.2 | 24.3 | 33.4 |
| Terry (100%) | | | 11,831 | 4,599 | 7,232 | 78 | 540 | 6,569 | 7,009 | 38.9 | 61.1 | 0.7 | 4.6 | 55.5 | 59.2 |
| Throckmorton (100%) | | | 1,440 | 1,248 | 192 | 8 | 17 | 145 | 156 | 86.7 | 13.3 | 0.6 | 1.2 | 10.1 | 10.8 |
| Yoakum (100%) | | | 7,694 | 2,488 | 5,206 | 72 | 110 | 4,968 | 5,057 | 32.3 | 67.7 | 0.9 | 1.4 | 64.6 | 65.7 |
| **DISTRICT 20** | 0 | Total: | 766,987 | 173,264 | 593,723 | 37,807 | 59,774 | 499,411 | 549,249 | 22.6 | 77.4 | 4.9 | 7.8 | 65.1 | 71.6 |
| | 0.00 % | VAP: | 591,861 | 149,587 | 442,274 | 28,225 | 43,451 | 368,991 | 407,499 | 25.3 | 74.7 | 4.8 | 7.3 | 62.3 | 68.9 |
| Bexar (38%) | | | 766,987 | 173,264 | 593,723 | 37,807 | 59,774 | 499,411 | 549,249 | 22.6 | 77.4 | 4.9 | 7.8 | 65.1 | 71.6 |
| **DISTRICT 21** | -1 | Total: | 766,987 | 459,440 | 307,546 | 33,184 | 35,784 | 226,263 | 256,523 | 59.9 | 40.1 | 4.3 | 4.7 | 29.5 | 33.4 |
| | 0.00 % | VAP: | 596,495 | 377,450 | 219,045 | 23,134 | 24,780 | 158,653 | 180,800 | 63.3 | 36.7 | 3.9 | 4.2 | 26.6 | 30.3 |
| Bandera (100%) | | | 20,814 | 15,569 | 5,245 | 219 | 270 | 4,003 | 4,240 | 74.8 | 25.2 | 1.1 | 1.3 | 19.2 | 20.4 |
| Bexar (17%) | | | 340,522 | 161,984 | 178,538 | 22,483 | 25,683 | 128,768 | 150,617 | 47.6 | 52.4 | 6.6 | 7.5 | 37.8 | 44.2 |
| Blanco (100%) | | | 11,374 | 8,707 | 2,667 | 100 | 123 | 2,092 | 2,196 | 76.6 | 23.4 | 0.9 | 1.1 | 18.4 | 19.3 |
| Comal (84%) | | | 136,163 | 91,746 | 44,417 | 2,766 | 4,037 | 34,282 | 37,679 | 67.4 | 32.6 | 2.0 | 3.0 | 25.2 | 27.7 |
| Gillespie (100%) | | | 26,725 | 19,884 | 6,841 | 213 | 245 | 5,766 | 5,941 | 74.4 | 25.6 | 0.8 | 0.9 | 21.6 | 22.2 |
| Hays (43%) | | | 104,202 | 73,276 | 30,926 | 3,430 | 2,841 | 21,991 | 24,352 | 70.3 | 29.7 | 3.3 | 2.7 | 21.1 | 23.4 |
| Kendall (100%) | | | 44,279 | 31,767 | 12,512 | 743 | 603 | 10,029 | 10,509 | 71.7 | 28.3 | 1.7 | 1.4 | 22.6 | 23.7 |
| Kerr (100%) | | | 52,598 | 35,791 | 16,807 | 851 | 1,127 | 13,598 | 14,502 | 68.0 | 32.0 | 1.6 | 2.1 | 25.9 | 27.6 |
| Real (100%) | | | 2,758 | 1,940 | 818 | 28 | 50 | 692 | 731 | 70.3 | 29.7 | 1.0 | 1.8 | 25.1 | 26.5 |
| Travis (2%) | | | 27,551 | 18,776 | 8,775 | 2,351 | 805 | 5,042 | 5,756 | 68.1 | 31.9 | 8.5 | 2.9 | 18.3 | 20.9 |
| **DISTRICT 22** | 0 | Total: | 766,987 | 322,896 | 444,091 | 98,197 | 116,808 | 222,468 | 333,303 | 42.1 | 57.9 | 12.8 | 15.2 | 29.0 | 43.5 |
| | 0.00 % | VAP: | 555,695 | 251,769 | 303,926 | 67,181 | 80,483 | 148,848 | 226,749 | 45.3 | 54.7 | 12.1 | 14.5 | 26.8 | 40.8 |
| Austin (100%) | | | 30,167 | 18,480 | 11,687 | 304 | 2,791 | 8,052 | 10,630 | 61.3 | 38.7 | 1.0 | 9.3 | 26.7 | 35.2 |
| Brazoria (61%) | | | 225,434 | 84,443 | 140,991 | 27,434 | 45,916 | 66,032 | 109,923 | 37.5 | 62.5 | 12.2 | 20.4 | 29.3 | 48.8 |
| Colorado (100%) | | | 20,557 | 11,761 | 8,796 | 132 | 2,535 | 5,990 | 8,336 | 57.2 | 42.8 | 0.6 | 12.3 | 29.1 | 40.6 |
| Fayette (100%) | | | 24,435 | 17,041 | 7,394 | 129 | 1,722 | 5,216 | 6,785 | 69.7 | 30.3 | 0.5 | 7.0 | 21.3 | 27.8 |
| Fort Bend (45%) | | | 368,937 | 149,229 | 219,708 | 68,323 | 50,712 | 97,317 | 145,491 | 40.4 | 59.6 | 18.5 | 13.7 | 26.4 | 39.4 |
| Matagorda (100%) | | | 36,255 | 15,355 | 20,900 | 856 | 4,330 | 15,455 | 19,466 | 42.4 | 57.6 | 2.4 | 11.9 | 42.6 | 53.7 |
| Waller (35%) | | | 19,632 | 8,457 | 11,175 | 755 | 2,764 | 7,439 | 10,040 | 43.1 | 56.9 | 3.8 | 14.1 | 37.9 | 51.1 |
| Wharton (100%) | | | 41,570 | 18,130 | 23,440 | 264 | 6,038 | 16,967 | 22,632 | 43.6 | 56.4 | 0.6 | 14.5 | 40.8 | 54.4 |
| **DISTRICT 23** | 0 | Total: | 766,987 | 167,685 | 599,302 | 22,063 | 36,639 | 540,400 | 569,993 | 21.9 | 78.1 | 2.9 | 4.8 | 70.5 | 74.3 |
| | 0.00 % | VAP: | 557,667 | 135,839 | 421,828 | 14,969 | 24,420 | 379,235 | 400,613 | 24.4 | 75.6 | 2.7 | 4.4 | 68.0 | 71.8 |
| Bandera (0%) | | | 37 | 26 | 11 | 0 | 0 | 7 | 7 | 70.3 | 29.7 | 0.0 | 0.0 | 18.9 | 18.9 |
| Bexar (17%) | | | 346,058 | 88,630 | 257,428 | 18,345 | 28,042 | 213,232 | 236,456 | 25.6 | 74.4 | 5.3 | 8.1 | 61.6 | 68.3 |

Red-100T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

Case 3:21-cv-00259-DCG-JES-JVB   Document 396-4   Filed 07/01/22   Page 9 of 53

Texas Legislative Council
10/16/21 7:30 AM
Page 9 of 12

# District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2167

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 23** | 0 | Total: | 766,987 | 167,685 | 599,302 | 22,063 | 36,639 | 540,400 | 569,993 | 21.9 | 78.1 | 2.9 | 4.8 | 70.5 | 74.3 |
| | 0.00 % | VAP: | 557,667 | 135,839 | 421,828 | 14,969 | 24,420 | 379,235 | 400,613 | 24.4 | 75.6 | 2.7 | 4.4 | 68.0 | 71.8 |
| Brewster (100%) | | | 9,546 | 4,948 | 4,598 | 164 | 287 | 3,963 | 4,176 | 51.8 | 48.2 | 1.7 | 3.0 | 41.5 | 43.7 |
| Crane (100%) | | | 4,675 | 1,342 | 3,333 | 39 | 102 | 3,158 | 3,237 | 28.7 | 71.3 | 0.8 | 2.2 | 67.6 | 69.2 |
| Crockett (100%) | | | 3,098 | 1,080 | 2,018 | 23 | 36 | 1,920 | 1,945 | 34.9 | 65.1 | 0.7 | 1.2 | 62.0 | 62.8 |
| Culberson (100%) | | | 2,188 | 445 | 1,743 | 50 | 48 | 1,645 | 1,673 | 20.3 | 79.7 | 2.3 | 2.2 | 75.2 | 76.5 |
| Dimmit (100%) | | | 8,615 | 898 | 7,717 | 94 | 129 | 7,487 | 7,570 | 10.4 | 89.6 | 1.1 | 1.5 | 86.9 | 87.9 |
| Edwards (100%) | | | 1,422 | 651 | 771 | 26 | 17 | 718 | 725 | 45.8 | 54.2 | 1.8 | 1.2 | 50.5 | 51.0 |
| El Paso (11%) | | | 98,670 | 4,026 | 94,644 | 463 | 1,213 | 92,991 | 93,695 | 4.1 | 95.9 | 0.5 | 1.2 | 94.2 | 95.0 |
| Frio (100%) | | | 18,385 | 3,053 | 15,332 | 218 | 767 | 14,171 | 14,897 | 16.6 | 83.4 | 1.2 | 4.2 | 77.1 | 81.0 |
| Hudspeth (100%) | | | 3,202 | 1,094 | 2,108 | 22 | 29 | 2,036 | 2,049 | 34.2 | 65.8 | 0.7 | 0.9 | 63.6 | 64.0 |
| Jeff Davis (100%) | | | 1,996 | 1,282 | 714 | 39 | 28 | 613 | 627 | 64.2 | 35.8 | 2.0 | 1.4 | 30.7 | 31.4 |
| Kinney (100%) | | | 3,129 | 1,489 | 1,640 | 46 | 66 | 1,470 | 1,517 | 47.6 | 52.4 | 1.5 | 2.1 | 47.0 | 48.5 |
| La Salle (100%) | | | 6,664 | 1,467 | 5,197 | 28 | 259 | 4,908 | 5,132 | 22.0 | 78.0 | 0.4 | 3.9 | 73.6 | 77.0 |
| Loving (100%) | | | 64 | 56 | 8 | 3 | 3 | 1 | 3 | 87.5 | 12.5 | 4.7 | 4.7 | 1.6 | 4.7 |
| Maverick (100%) | | | 57,887 | 1,574 | 56,313 | 295 | 307 | 54,936 | 55,107 | 2.7 | 97.3 | 0.5 | 0.5 | 94.9 | 95.2 |
| Medina (100%) | | | 50,748 | 22,324 | 28,424 | 528 | 1,762 | 25,455 | 26,930 | 44.0 | 56.0 | 1.0 | 3.5 | 50.2 | 53.1 |
| Pecos (100%) | | | 15,193 | 3,473 | 11,720 | 183 | 630 | 10,845 | 11,376 | 22.9 | 77.1 | 1.2 | 4.1 | 71.4 | 74.9 |
| Presidio (100%) | | | 6,131 | 961 | 5,170 | 102 | 47 | 4,991 | 5,032 | 15.7 | 84.3 | 1.7 | 0.8 | 81.4 | 82.1 |
| Reagan (100%) | | | 3,385 | 968 | 2,417 | 44 | 78 | 2,283 | 2,339 | 28.6 | 71.4 | 1.3 | 2.3 | 67.4 | 69.1 |
| Reeves (100%) | | | 14,748 | 1,697 | 13,051 | 205 | 332 | 12,510 | 12,748 | 11.5 | 88.5 | 1.4 | 2.3 | 84.8 | 86.4 |
| Schleicher (100%) | | | 2,451 | 1,102 | 1,349 | 28 | 44 | 1,275 | 1,296 | 45.0 | 55.0 | 1.1 | 1.8 | 52.0 | 52.9 |
| Sutton (100%) | | | 3,372 | 1,200 | 2,172 | 24 | 32 | 2,093 | 2,111 | 35.6 | 64.4 | 0.7 | 0.9 | 62.1 | 62.6 |
| Terrell (100%) | | | 760 | 352 | 408 | 13 | 22 | 370 | 384 | 46.3 | 53.7 | 1.7 | 2.9 | 48.7 | 50.5 |
| Upton (100%) | | | 3,308 | 1,318 | 1,990 | 32 | 120 | 1,797 | 1,886 | 39.8 | 60.2 | 1.0 | 3.6 | 54.3 | 57.0 |
| Uvalde (100%) | | | 24,564 | 6,613 | 17,951 | 206 | 268 | 17,317 | 17,462 | 26.9 | 73.1 | 0.8 | 1.1 | 70.5 | 71.1 |
| Val Verde (100%) | | | 47,586 | 7,836 | 39,750 | 574 | 962 | 38,207 | 38,861 | 16.5 | 83.5 | 1.2 | 2.0 | 80.3 | 81.7 |
| Ward (100%) | | | 11,644 | 4,506 | 7,138 | 113 | 666 | 6,325 | 6,847 | 38.7 | 61.3 | 1.0 | 5.7 | 54.3 | 58.8 |
| Winkler (100%) | | | 7,791 | 2,702 | 5,089 | 114 | 210 | 4,732 | 4,883 | 34.7 | 65.3 | 1.5 | 2.7 | 60.7 | 62.7 |
| Zavala (100%) | | | 9,670 | 572 | 9,098 | 42 | 133 | 8,944 | 9,022 | 5.9 | 94.1 | 0.4 | 1.4 | 92.5 | 93.3 |
| **DISTRICT 24** | 0 | Total: | 766,987 | 420,250 | 346,737 | 119,581 | 80,286 | 132,733 | 208,766 | 54.8 | 45.2 | 15.6 | 10.5 | 17.3 | 27.2 |
| | 0.00 % | VAP: | 595,893 | 343,922 | 251,971 | 87,047 | 59,119 | 93,236 | 150,143 | 57.7 | 42.3 | 14.6 | 9.9 | 15.6 | 25.2 |
| Dallas (12%) | | | 317,582 | 159,250 | 158,332 | 65,275 | 33,418 | 55,220 | 87,035 | 50.1 | 49.9 | 20.6 | 10.5 | 17.4 | 27.4 |
| Denton (12%) | | | 105,739 | 40,251 | 65,488 | 19,742 | 19,609 | 24,999 | 43,757 | 38.1 | 61.9 | 18.7 | 18.5 | 23.6 | 41.4 |
| Tarrant (16%) | | | 343,666 | 220,749 | 122,917 | 34,564 | 27,259 | 52,514 | 77,974 | 64.2 | 35.8 | 10.1 | 7.9 | 15.3 | 22.7 |

63884

Red-100T
Data: 2020 Census
PLANC2167 10/16/2021 6:39:37 AM

Case 3:21-cv-00259-DCG-JES-JVB  Document 396-4  Filed 07/01/22  Page 10 of 53

Texas Legislative Council
10/16/21 7:30 AM
Page 10 of 12

# District Population Analysis with County Subtotals

## CONGRESSIONAL DISTRICTS - PLANC2167

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 25** | 0 | Total: | 766,987 | 502,917 | 264,070 | 19,553 | 66,241 | 157,214 | 219,682 | 65.6 | 34.4 | 2.5 | 8.6 | 20.5 | 28.6 |
| | 0.00 % | VAP: | 587,369 | 406,474 | 180,895 | 13,818 | 46,324 | 102,802 | 147,648 | 69.2 | 30.8 | 2.4 | 7.9 | 17.5 | 25.1 |
| Anderson (15%) | | | 8,660 | 3,459 | 5,201 | 41 | 3,035 | 2,101 | 5,118 | 39.9 | 60.1 | 0.5 | 35.0 | 24.3 | 59.1 |
| Callahan (89%) | | | 12,152 | 10,280 | 1,872 | 93 | 243 | 1,138 | 1,357 | 84.6 | 15.4 | 0.8 | 2.0 | 9.4 | 11.2 |
| Comanche (100%) | | | 13,594 | 9,197 | 4,397 | 62 | 127 | 3,867 | 3,949 | 67.7 | 32.3 | 0.5 | 0.9 | 28.4 | 29.0 |
| Eastland (100%) | | | 17,725 | 13,653 | 4,072 | 169 | 497 | 2,934 | 3,380 | 77.0 | 23.0 | 1.0 | 2.8 | 16.6 | 19.1 |
| Erath (100%) | | | 42,545 | 30,006 | 12,539 | 557 | 1,646 | 9,254 | 10,774 | 70.5 | 29.5 | 1.3 | 3.9 | 21.8 | 25.3 |
| Freestone (64%) | | | 12,511 | 8,221 | 4,290 | 101 | 2,003 | 2,007 | 3,954 | 65.7 | 34.3 | 0.8 | 16.0 | 16.0 | 31.6 |
| Hill (100%) | | | 35,874 | 24,123 | 11,751 | 278 | 2,527 | 7,884 | 10,291 | 67.2 | 32.8 | 0.8 | 7.0 | 22.0 | 28.7 |
| Hood (100%) | | | 61,598 | 49,815 | 11,783 | 755 | 931 | 7,958 | 8,774 | 80.9 | 19.1 | 1.2 | 1.5 | 12.9 | 14.2 |
| Jack (100%) | | | 8,472 | 6,358 | 2,114 | 72 | 350 | 1,521 | 1,836 | 75.0 | 25.0 | 0.8 | 4.1 | 18.0 | 21.7 |
| Johnson (100%) | | | 179,927 | 119,226 | 60,701 | 2,852 | 8,888 | 42,613 | 50,684 | 66.3 | 33.7 | 1.6 | 4.9 | 23.7 | 28.2 |
| Navarro (100%) | | | 52,624 | 26,996 | 25,628 | 586 | 7,248 | 16,049 | 22,992 | 51.3 | 48.7 | 1.1 | 13.8 | 30.5 | 43.7 |
| Palo Pinto (100%) | | | 28,409 | 20,778 | 7,631 | 345 | 857 | 5,614 | 6,367 | 73.1 | 26.9 | 1.2 | 3.0 | 19.8 | 22.4 |
| Parker (21%) | | | 31,316 | 25,279 | 6,037 | 482 | 534 | 3,980 | 4,461 | 80.7 | 19.3 | 1.5 | 1.7 | 12.7 | 14.2 |
| Somervell (100%) | | | 9,205 | 7,011 | 2,194 | 93 | 115 | 1,687 | 1,773 | 76.2 | 23.8 | 1.0 | 1.2 | 18.3 | 19.3 |
| Stephens (100%) | | | 9,101 | 6,256 | 2,845 | 89 | 327 | 2,204 | 2,503 | 68.7 | 31.3 | 1.0 | 3.6 | 24.2 | 27.5 |
| Tarrant (11%) | | | 225,407 | 128,850 | 96,557 | 12,846 | 36,589 | 42,895 | 77,679 | 57.2 | 42.8 | 5.7 | 16.2 | 19.0 | 34.5 |
| Young (100%) | | | 17,867 | 13,409 | 4,458 | 132 | 324 | 3,508 | 3,790 | 75.0 | 25.0 | 0.7 | 1.8 | 19.6 | 21.2 |
| **DISTRICT 26** | 0 | Total: | 766,987 | 451,003 | 315,984 | 71,842 | 80,026 | 145,678 | 221,117 | 58.8 | 41.2 | 9.4 | 10.4 | 19.0 | 28.8 |
| | 0.00 % | VAP: | 565,946 | 352,704 | 213,242 | 49,379 | 53,749 | 94,785 | 146,360 | 62.3 | 37.7 | 8.7 | 9.5 | 16.7 | 25.9 |
| Cooke (100%) | | | 41,668 | 29,404 | 12,264 | 446 | 1,687 | 8,519 | 10,062 | 70.6 | 29.4 | 1.1 | 4.0 | 20.4 | 24.1 |
| Denton (68%) | | | 612,192 | 343,282 | 268,910 | 67,920 | 71,241 | 116,576 | 184,028 | 56.1 | 43.9 | 11.1 | 11.6 | 19.0 | 30.1 |
| Tarrant (3%) | | | 67,117 | 43,997 | 23,120 | 3,025 | 6,256 | 12,025 | 17,773 | 65.6 | 34.4 | 4.5 | 9.3 | 17.9 | 26.5 |
| Wise (67%) | | | 46,010 | 34,320 | 11,690 | 451 | 842 | 8,558 | 9,254 | 74.6 | 25.4 | 1.0 | 1.8 | 18.6 | 20.1 |
| **DISTRICT 27** | 0 | Total: | 766,987 | 333,387 | 433,600 | 17,811 | 41,967 | 365,537 | 401,368 | 43.5 | 56.5 | 2.3 | 5.5 | 47.7 | 52.3 |
| | 0.00 % | VAP: | 587,699 | 277,068 | 310,631 | 13,029 | 30,351 | 257,690 | 285,551 | 47.1 | 52.9 | 2.2 | 5.2 | 43.8 | 48.6 |
| Aransas (100%) | | | 23,830 | 15,816 | 8,014 | 655 | 394 | 6,158 | 6,486 | 66.4 | 33.6 | 2.7 | 1.7 | 25.8 | 27.2 |
| Bastrop (46%) | | | 44,314 | 19,927 | 24,387 | 697 | 2,329 | 20,580 | 22,667 | 45.0 | 55.0 | 1.6 | 5.3 | 46.4 | 51.2 |
| Bee (100%) | | | 31,047 | 8,600 | 22,447 | 307 | 2,558 | 19,392 | 21,804 | 27.7 | 72.3 | 1.0 | 8.2 | 62.5 | 70.2 |
| Caldwell (100%) | | | 45,883 | 16,560 | 29,323 | 444 | 2,932 | 25,468 | 28,025 | 36.1 | 63.9 | 1.0 | 6.4 | 55.5 | 61.1 |
| Calhoun (100%) | | | 20,106 | 8,374 | 11,732 | 1,169 | 534 | 9,858 | 10,271 | 41.6 | 58.4 | 5.8 | 2.7 | 49.0 | 51.1 |
| De Witt (100%) | | | 19,824 | 10,854 | 8,970 | 105 | 1,867 | 6,890 | 8,564 | 54.8 | 45.2 | 0.5 | 9.4 | 34.8 | 43.2 |
| Goliad (100%) | | | 7,012 | 4,246 | 2,766 | 60 | 349 | 2,288 | 2,569 | 60.6 | 39.4 | 0.9 | 5.0 | 32.6 | 36.6 |
| Gonzales (100%) | | | 19,653 | 8,159 | 11,494 | 122 | 1,391 | 9,897 | 11,074 | 41.5 | 58.5 | 0.6 | 7.1 | 50.4 | 56.3 |
| Guadalupe (40%) | | | 68,857 | 31,927 | 36,930 | 902 | 3,534 | 31,617 | 34,613 | 46.4 | 53.6 | 1.3 | 5.1 | 45.9 | 50.3 |
| Jackson (100%) | | | 14,988 | 8,510 | 6,478 | 228 | 1,186 | 4,829 | 5,877 | 56.8 | 43.2 | 1.5 | 7.9 | 32.2 | 39.2 |
| Karnes (100%) | | | 14,710 | 5,388 | 9,322 | 196 | 1,265 | 7,734 | 8,910 | 36.6 | 63.4 | 1.3 | 8.6 | 52.6 | 60.6 |

Red-100T
Data: 2020 Census
PLANC2167 10/16/2021 6:39:37 AM

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2167**

Texas Legislative Council
10/16/21 7:30 AM
Page 11 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 27** | 0 | Total: | 766,987 | 333,387 | 433,600 | 17,811 | 41,967 | 365,537 | 401,368 | 43.5 | 56.5 | 2.3 | 5.5 | 47.7 | 52.3 |
| | 0.00 % | VAP: | 587,699 | 277,068 | 310,631 | 13,029 | 30,351 | 257,690 | 285,551 | 47.1 | 52.9 | 2.2 | 5.2 | 43.8 | 48.6 |
| Lavaca (100%) | | | 20,337 | 14,564 | 5,773 | 114 | 1,497 | 3,936 | 5,316 | 71.6 | 28.4 | 0.6 | 7.4 | 19.4 | 26.1 |
| Nueces (62%) | | | 219,858 | 83,778 | 136,080 | 9,170 | 11,928 | 113,201 | 123,075 | 38.1 | 61.9 | 4.2 | 5.4 | 51.5 | 56.0 |
| Refugio (100%) | | | 6,741 | 2,864 | 3,877 | 61 | 534 | 3,306 | 3,735 | 42.5 | 57.5 | 0.9 | 7.9 | 49.0 | 55.4 |
| San Patricio (100%) | | | 68,755 | 26,613 | 42,142 | 1,278 | 1,725 | 38,220 | 39,491 | 38.7 | 61.3 | 1.9 | 2.5 | 55.6 | 57.4 |
| Victoria (100%) | | | 91,319 | 39,330 | 51,989 | 1,758 | 6,843 | 42,931 | 48,751 | 43.1 | 56.9 | 1.9 | 7.5 | 47.0 | 53.4 |
| Wilson (100%) | | | 49,753 | 27,877 | 21,876 | 545 | 1,101 | 19,232 | 20,140 | 56.0 | 44.0 | 1.1 | 2.2 | 38.7 | 40.5 |
| **DISTRICT 28** | 0 | Total: | 766,987 | 132,163 | 634,824 | 12,278 | 43,961 | 577,559 | 615,181 | 17.2 | 82.8 | 1.6 | 5.7 | 75.3 | 80.2 |
| | 0.00 % | VAP: | 552,637 | 106,857 | 445,780 | 8,615 | 31,283 | 402,711 | 431,036 | 19.3 | 80.7 | 1.6 | 5.7 | 72.9 | 78.0 |
| Atascosa (100%) | | | 48,981 | 16,066 | 32,915 | 396 | 736 | 31,178 | 31,684 | 32.8 | 67.2 | 0.8 | 1.5 | 63.7 | 64.7 |
| Bexar (13%) | | | 251,965 | 50,795 | 201,170 | 5,095 | 28,609 | 168,552 | 193,451 | 20.2 | 79.8 | 2.0 | 11.4 | 66.9 | 76.8 |
| Duval (100%) | | | 9,831 | 937 | 8,894 | 66 | 208 | 7,962 | 8,133 | 9.5 | 90.5 | 0.7 | 2.1 | 81.0 | 82.7 |
| Guadalupe (60%) | | | 103,849 | 52,136 | 51,713 | 4,705 | 12,532 | 33,616 | 44,675 | 50.2 | 49.8 | 4.5 | 12.1 | 32.4 | 43.0 |
| Jim Hogg (100%) | | | 4,838 | 414 | 4,424 | 36 | 11 | 4,281 | 4,287 | 8.6 | 91.4 | 0.7 | 0.2 | 88.5 | 88.6 |
| McMullen (100%) | | | 600 | 353 | 247 | 13 | 17 | 224 | 231 | 58.8 | 41.2 | 2.2 | 2.8 | 37.3 | 38.5 |
| Starr (100%) | | | 65,920 | 1,171 | 64,749 | 152 | 162 | 64,393 | 64,454 | 1.8 | 98.2 | 0.2 | 0.2 | 97.7 | 97.8 |
| Webb (100%) | | | 267,114 | 9,495 | 257,619 | 1,774 | 1,647 | 254,354 | 255,249 | 3.6 | 96.4 | 0.7 | 0.6 | 95.2 | 95.6 |
| Zapata (100%) | | | 13,889 | 796 | 13,093 | 41 | 39 | 12,999 | 13,017 | 5.7 | 94.3 | 0.3 | 0.3 | 93.6 | 93.7 |
| **DISTRICT 29** | 0 | Total: | 766,987 | 95,104 | 671,883 | 40,120 | 134,117 | 500,099 | 625,869 | 12.4 | 87.6 | 5.2 | 17.5 | 65.2 | 81.6 |
| | 0.00 % | VAP: | 555,610 | 81,020 | 474,590 | 31,724 | 95,792 | 346,665 | 438,135 | 14.6 | 85.4 | 5.7 | 17.2 | 62.4 | 78.9 |
| Harris (16%) | | | 766,987 | 95,104 | 671,883 | 40,120 | 134,117 | 500,099 | 625,869 | 12.4 | 87.6 | 5.2 | 17.5 | 65.2 | 81.6 |
| **DISTRICT 30** | 0 | Total: | 766,987 | 127,899 | 639,088 | 20,266 | 339,661 | 278,659 | 610,884 | 16.7 | 83.3 | 2.6 | 44.3 | 36.3 | 79.6 |
| | 0.00 % | VAP: | 567,664 | 114,354 | 453,310 | 16,253 | 251,143 | 182,663 | 430,358 | 20.1 | 79.9 | 2.9 | 44.2 | 32.2 | 75.8 |
| Dallas (29%) | | | 766,987 | 127,899 | 639,088 | 20,266 | 339,661 | 278,659 | 610,884 | 16.7 | 83.3 | 2.6 | 44.3 | 36.3 | 79.6 |
| **DISTRICT 31** | 0 | Total: | 766,987 | 453,212 | 313,775 | 47,009 | 75,716 | 176,860 | 245,079 | 59.1 | 40.9 | 6.1 | 9.9 | 23.1 | 32.0 |
| | 0.00 % | VAP: | 574,120 | 361,417 | 212,703 | 31,029 | 51,356 | 116,544 | 164,576 | 63.0 | 37.0 | 5.4 | 8.9 | 20.3 | 28.7 |
| Bell (53%) | | | 195,972 | 109,835 | 86,137 | 6,976 | 28,523 | 47,699 | 73,510 | 56.0 | 44.0 | 3.6 | 14.6 | 24.3 | 37.5 |
| Bosque (100%) | | | 18,235 | 13,621 | 4,614 | 148 | 503 | 3,321 | 3,737 | 74.7 | 25.3 | 0.8 | 2.8 | 18.2 | 20.5 |
| Burnet (100%) | | | 49,130 | 34,810 | 14,320 | 629 | 1,011 | 11,199 | 12,068 | 70.9 | 29.1 | 1.3 | 2.1 | 22.8 | 24.6 |
| Coryell (100%) | | | 83,093 | 46,213 | 36,880 | 3,238 | 15,290 | 16,482 | 30,436 | 55.6 | 44.4 | 3.9 | 18.4 | 19.8 | 36.6 |
| Hamilton (100%) | | | 8,222 | 6,805 | 1,417 | 63 | 66 | 1,045 | 1,104 | 82.8 | 17.2 | 0.8 | 0.8 | 12.7 | 13.4 |
| Williamson (68%) | | | 412,335 | 241,928 | 170,407 | 35,955 | 30,321 | 97,114 | 124,224 | 58.7 | 41.3 | 8.7 | 7.4 | 23.6 | 30.1 |
| **DISTRICT 32** | 0 | Total: | 766,987 | 290,342 | 476,645 | 75,767 | 131,682 | 261,752 | 388,250 | 37.9 | 62.1 | 9.9 | 17.2 | 34.1 | 50.6 |
| | 0.00 % | VAP: | 588,134 | 245,827 | 342,307 | 58,150 | 96,352 | 179,717 | 273,469 | 41.8 | 58.2 | 9.9 | 16.4 | 30.6 | 46.5 |
| Collin (7%) | | | 77,556 | 28,219 | 49,337 | 16,129 | 10,462 | 21,759 | 31,800 | 36.4 | 63.6 | 20.8 | 13.5 | 28.1 | 41.0 |
| Dallas (26%) | | | 689,431 | 262,123 | 427,308 | 59,638 | 121,220 | 239,993 | 356,450 | 38.0 | 62.0 | 8.7 | 17.6 | 34.8 | 51.7 |

Red-100T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

## District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2167

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 33** | 0 | Total: | 766,987 | 165,163 | 601,824 | 51,393 | 234,866 | 314,454 | 541,445 | 21.5 | 78.5 | 6.7 | 30.6 | 41.0 | 70.6 |
| | 0.00 % | VAP: | 558,107 | 139,292 | 418,815 | 38,748 | 166,156 | 209,845 | 372,306 | 25.0 | 75.0 | 6.9 | 29.8 | 37.6 | 66.7 |
| Tarrant (36%) | | | 766,987 | 165,163 | 601,824 | 51,393 | 234,866 | 314,454 | 541,445 | 21.5 | 78.5 | 6.7 | 30.6 | 41.0 | 70.6 |
| **DISTRICT 34** | 0 | Total: | 766,987 | 60,994 | 705,993 | 6,324 | 6,878 | 692,703 | 696,513 | 8.0 | 92.0 | 0.8 | 0.9 | 90.3 | 90.8 |
| | 0.00 % | VAP: | 542,382 | 52,134 | 490,248 | 4,891 | 4,459 | 479,879 | 482,899 | 9.6 | 90.4 | 0.9 | 0.8 | 88.5 | 89.0 |
| Cameron (100%) | | | 421,017 | 37,107 | 383,910 | 3,637 | 3,410 | 376,180 | 378,477 | 8.8 | 91.2 | 0.9 | 0.8 | 89.5 | 89.9 |
| Hidalgo (34%) | | | 294,416 | 15,281 | 279,135 | 1,493 | 1,537 | 276,119 | 276,692 | 5.2 | 94.8 | 0.5 | 0.5 | 93.8 | 94.0 |
| Kenedy (100%) | | | 350 | 73 | 277 | 10 | 12 | 261 | 264 | 20.9 | 79.1 | 2.9 | 3.4 | 74.6 | 75.4 |
| Kleberg (100%) | | | 31,040 | 6,728 | 24,312 | 973 | 1,361 | 21,920 | 23,006 | 21.7 | 78.3 | 3.1 | 4.4 | 70.6 | 74.1 |
| Willacy (100%) | | | 20,164 | 1,805 | 18,359 | 211 | 558 | 17,611 | 18,074 | 9.0 | 91.0 | 1.0 | 2.8 | 87.3 | 89.6 |
| **DISTRICT 35** | 0 | Total: | 766,987 | 200,818 | 566,169 | 33,913 | 111,678 | 422,580 | 522,666 | 26.2 | 73.8 | 4.4 | 14.6 | 55.1 | 68.1 |
| | 0.00 % | VAP: | 583,800 | 173,701 | 410,099 | 26,864 | 81,031 | 299,291 | 374,697 | 29.8 | 70.2 | 4.6 | 13.9 | 51.3 | 64.2 |
| Bexar (15%) | | | 303,792 | 61,059 | 242,733 | 10,832 | 54,089 | 180,995 | 228,992 | 20.1 | 79.9 | 3.6 | 17.8 | 59.6 | 75.4 |
| Comal (16%) | | | 25,338 | 13,504 | 11,834 | 751 | 1,372 | 9,308 | 10,493 | 53.3 | 46.7 | 3.0 | 5.4 | 36.7 | 41.4 |
| Hays (57%) | | | 136,865 | 48,292 | 88,573 | 6,796 | 10,209 | 70,880 | 79,614 | 35.3 | 64.7 | 5.0 | 7.5 | 51.8 | 58.2 |
| Travis (23%) | | | 300,992 | 77,963 | 223,029 | 15,534 | 46,008 | 161,397 | 203,567 | 25.9 | 74.1 | 5.2 | 15.3 | 53.6 | 67.6 |
| **DISTRICT 36** | 0 | Total: | 766,987 | 453,937 | 313,050 | 28,966 | 90,166 | 177,515 | 263,913 | 59.2 | 40.8 | 3.8 | 11.8 | 23.1 | 34.4 |
| | 0.00 % | VAP: | 573,063 | 358,728 | 214,335 | 20,974 | 64,236 | 115,042 | 177,534 | 62.6 | 37.4 | 3.7 | 11.2 | 20.1 | 31.0 |
| Chambers (100%) | | | 46,571 | 29,858 | 16,713 | 879 | 3,763 | 10,952 | 14,512 | 64.1 | 35.9 | 1.9 | 8.1 | 23.5 | 31.2 |
| Hardin (100%) | | | 56,231 | 46,934 | 9,297 | 608 | 3,559 | 3,417 | 6,891 | 83.5 | 16.5 | 1.1 | 6.3 | 6.1 | 12.3 |
| Harris (6%) | | | 287,224 | 176,250 | 110,974 | 16,456 | 20,772 | 67,522 | 86,647 | 61.4 | 38.6 | 5.7 | 7.2 | 23.5 | 30.2 |
| Jasper (100%) | | | 32,980 | 23,795 | 9,185 | 193 | 5,950 | 2,198 | 8,107 | 72.1 | 27.9 | 0.6 | 18.0 | 6.7 | 24.6 |
| Jefferson (28%) | | | 71,580 | 25,266 | 46,314 | 3,074 | 31,598 | 11,144 | 42,237 | 35.3 | 64.7 | 4.3 | 44.1 | 15.6 | 59.0 |
| Liberty (100%) | | | 91,470 | 49,935 | 41,535 | 733 | 8,051 | 30,761 | 38,526 | 54.6 | 45.4 | 0.8 | 8.8 | 33.6 | 42.1 |
| Montgomery (24%) | | | 148,916 | 77,348 | 71,568 | 6,827 | 11,938 | 49,657 | 60,651 | 51.9 | 48.1 | 4.6 | 8.0 | 33.3 | 40.7 |
| Newton (100%) | | | 12,217 | 9,249 | 2,968 | 50 | 2,253 | 344 | 2,571 | 75.7 | 24.3 | 0.4 | 18.4 | 2.8 | 21.0 |
| Tyler (100%) | | | 19,798 | 15,302 | 4,496 | 146 | 2,282 | 1,520 | 3,771 | 77.3 | 22.7 | 0.7 | 11.5 | 7.7 | 19.0 |
| **DISTRICT 37** | 0 | Total: | 766,987 | 402,448 | 364,539 | 90,108 | 55,043 | 209,889 | 259,115 | 52.5 | 47.5 | 11.7 | 7.2 | 27.4 | 33.8 |
| | 0.00 % | VAP: | 622,654 | 344,351 | 278,303 | 69,769 | 42,510 | 156,490 | 195,471 | 55.3 | 44.7 | 11.2 | 6.8 | 25.1 | 31.4 |
| Travis (55%) | | | 706,338 | 372,066 | 334,272 | 78,120 | 49,584 | 197,976 | 242,257 | 52.7 | 47.3 | 11.1 | 7.0 | 28.0 | 34.3 |
| Williamson (10%) | | | 60,649 | 30,382 | 30,267 | 11,988 | 5,459 | 11,913 | 16,858 | 50.1 | 49.9 | 19.8 | 9.0 | 19.6 | 27.8 |
| **DISTRICT 38** | 0 | Total: | 766,987 | 137,455 | 629,532 | 33,485 | 103,994 | 492,703 | 588,650 | 17.9 | 82.1 | 4.4 | 13.6 | 64.2 | 76.7 |
| | 0.00 % | VAP: | 556,038 | 115,610 | 440,428 | 25,739 | 74,256 | 338,120 | 408,347 | 20.8 | 79.2 | 4.6 | 13.4 | 60.8 | 73.4 |
| Harris (16%) | | | 766,987 | 137,455 | 629,532 | 33,485 | 103,994 | 492,703 | 588,650 | 17.9 | 82.1 | 4.4 | 13.6 | 64.2 | 76.7 |

63884

Red-202T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

Texas Legislative Council
10/16/21 7:29 AM
Page 1 of 2

## Population and Voter Data
### with Voter Registration Comparison
## CONGRESSIONAL DISTRICTS - PLANC2167

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Population | | | | | | Total Voter Registration | | | Non-Suspense Voter Registration | | |
| 1 | 0 | Total: | 766,987 | 60.0 | 40.0 | 1.6 | 19.3 | 16.8 | 35.7 | 2020 | 327,038 | 493,056 | 5.9 % | 66.3 % | 446,874 | 6.0 % | 73.2 % |
| | 0.00% | VAP: | 585,387 | 63.5 | 36.5 | 1.5 | 18.4 | 14.0 | 32.2 | 2018 | 248,160 | 470,152 | 5.4 % | 52.8 % | 425,639 | 5.5 % | 58.3 % |
| 2 | 0 | Total: | 766,987 | 43.0 | 57.0 | 12.9 | 14.8 | 28.5 | 42.4 | 2020 | 337,731 | 460,429 | 15.5 % | 73.4 % | 427,418 | 15.7 % | 79.0 % |
| | 0.00% | VAP: | 572,974 | 46.0 | 54.0 | 12.7 | 13.7 | 26.4 | 39.5 | 2018 | 247,125 | 423,473 | 14.6 % | 58.4 % | 385,203 | 14.9 % | 64.2 % |
| 3 | 0 | Total: | 766,987 | 56.0 | 44.0 | 14.5 | 11.2 | 16.1 | 26.8 | 2020 | 364,513 | 481,471 | 7.8 % | 75.7 % | 436,332 | 7.7 % | 83.5 % |
| | 0.00% | VAP: | 558,700 | 59.3 | 40.7 | 13.6 | 10.3 | 14.2 | 24.2 | 2018 | 261,455 | 428,839 | 7.4 % | 61.0 % | 384,805 | 7.4 % | 67.9 % |
| 4 | 0 | Total: | 766,987 | 59.4 | 40.6 | 13.2 | 10.3 | 14.2 | 24.0 | 2020 | 343,733 | 472,973 | 6.4 % | 72.7 % | 428,639 | 6.4 % | 80.2 % |
| | 0.00% | VAP: | 577,948 | 62.8 | 37.2 | 12.3 | 9.5 | 12.4 | 21.6 | 2018 | 250,801 | 432,580 | 6.0 % | 58.0 % | 386,588 | 5.9 % | 64.9 % |
| 5 | 0 | Total: | 766,987 | 60.0 | 40.0 | 3.5 | 13.2 | 21.0 | 33.6 | 2020 | 333,550 | 477,829 | 9.9 % | 69.8 % | 437,714 | 10.0 % | 76.2 % |
| | 0.00% | VAP: | 578,397 | 63.8 | 36.2 | 3.4 | 12.1 | 17.9 | 29.8 | 2018 | 241,880 | 440,374 | 9.2 % | 54.9 % | 398,643 | 9.2 % | 60.7 % |
| 6 | 0 | Total: | 766,987 | 16.1 | 83.9 | 5.4 | 13.8 | 64.3 | 77.4 | 2020 | 191,854 | 325,352 | 38.2 % | 59.0 % | 292,281 | 39.6 % | 65.6 % |
| | 0.00% | VAP: | 566,349 | 19.5 | 80.5 | 5.7 | 13.9 | 60.1 | 73.3 | 2018 | 147,694 | 306,171 | 37.3 % | 48.2 % | 270,637 | 39.1 % | 54.6 % |
| 7 | 0 | Total: | 766,987 | 32.2 | 67.8 | 14.8 | 18.0 | 34.7 | 51.6 | 2020 | 272,283 | 391,114 | 14.6 % | 69.6 % | 354,838 | 14.7 % | 76.7 % |
| | 0.00% | VAP: | 600,171 | 35.3 | 64.7 | 14.9 | 17.1 | 32.1 | 48.4 | 2018 | 211,758 | 372,388 | 14.3 % | 56.9 % | 330,460 | 14.5 % | 64.1 % |
| 8 | 0 | Total: | 766,987 | 60.0 | 40.0 | 5.4 | 8.7 | 23.7 | 31.8 | 2020 | 352,824 | 487,937 | 10.2 % | 79.7 % | 442,544 | 10.3 % | 79.7 % |
| | 0.00% | VAP: | 575,253 | 63.6 | 36.4 | 5.0 | 8.0 | 20.8 | 28.5 | 2018 | 253,279 | 443,275 | 9.6 % | 57.1 % | 394,354 | 9.7 % | 64.2 % |
| 9 | 0 | Total: | 766,987 | 15.4 | 84.6 | 20.0 | 35.7 | 29.2 | 63.9 | 2020 | 296,823 | 432,679 | 15.2 % | 68.6 % | 399,766 | 15.5 % | 74.2 % |
| | 0.00% | VAP: | 569,186 | 16.8 | 83.2 | 20.6 | 35.5 | 27.1 | 61.7 | 2018 | 216,541 | 400,024 | 14.7 % | 54.1 % | 364,607 | 15.1 % | 59.4 % |
| 10 | 0 | Total: | 766,987 | 56.6 | 43.4 | 7.2 | 11.4 | 23.0 | 33.8 | 2020 | 335,927 | 459,950 | 11.1 % | 73.0 % | 419,542 | 11.1 % | 80.1 % |
| | 0.00% | VAP: | 591,770 | 59.5 | 40.5 | 6.8 | 11.2 | 20.6 | 31.3 | 2018 | 250,171 | 419,683 | 10.6 % | 59.6 % | 377,081 | 10.7 % | 66.3 % |
| 11 | 0 | Total: | 766,987 | 43.7 | 56.3 | 3.0 | 13.7 | 38.6 | 50.9 | 2020 | 268,989 | 435,966 | 24.0 % | 61.7 % | 381,125 | 24.3 % | 70.6 % |
| | 0.00% | VAP: | 567,819 | 47.7 | 52.3 | 2.9 | 12.4 | 35.2 | 46.7 | 2018 | 194,642 | 407,563 | 23.4 % | 47.8 % | 353,390 | 23.9 % | 55.1 % |
| 12 | 0 | Total: | 766,987 | 56.2 | 43.8 | 6.5 | 11.8 | 23.3 | 34.4 | 2020 | 324,898 | 465,181 | 12.5 % | 69.8 % | 410,324 | 12.6 % | 79.2 % |
| | 0.00% | VAP: | 583,976 | 60.0 | 40.0 | 6.2 | 10.6 | 20.5 | 30.7 | 2018 | 237,625 | 422,234 | 11.9 % | 56.3 % | 364,662 | 12.0 % | 65.2 % |
| 13 | 0 | Total: | 766,987 | 58.1 | 41.9 | 3.2 | 8.2 | 28.2 | 35.7 | 2020 | 300,228 | 467,394 | 15.0 % | 64.2 % | 409,421 | 14.9 % | 73.3 % |
| | 0.00% | VAP: | 585,231 | 62.0 | 38.0 | 3.0 | 7.5 | 24.6 | 31.8 | 2018 | 227,400 | 449,077 | 14.4 % | 50.6 % | 391,939 | 14.4 % | 58.0 % |
| 14 | 0 | Total: | 766,987 | 52.7 | 47.3 | 3.6 | 17.0 | 25.1 | 41.4 | 2020 | 315,381 | 473,616 | 13.2 % | 66.6 % | 423,770 | 13.3 % | 74.4 % |
| | 0.00% | VAP: | 585,292 | 56.0 | 44.0 | 3.5 | 16.2 | 22.4 | 38.2 | 2018 | 235,373 | 452,807 | 12.7 % | 52.0 % | 403,928 | 12.8 % | 58.3 % |
| 15 | 0 | Total: | 766,987 | 9.7 | 90.3 | 1.4 | 1.6 | 87.3 | 88.4 | 2020 | 212,604 | 374,398 | 75.8 % | 56.8 % | 344,972 | 76.4 % | 61.6 % |
| | 0.00% | VAP: | 549,661 | 11.2 | 88.8 | 1.5 | 1.5 | 85.5 | 86.7 | 2018 | 149,205 | 353,397 | 76.3 % | 42.2 % | 324,892 | 77.0 % | 45.9 % |
| 16 | 0 | Total: | 766,987 | 12.3 | 87.7 | 2.3 | 4.8 | 81.1 | 84.8 | 2020 | 246,077 | 440,032 | 66.4 % | 55.9 % | 394,099 | 67.9 % | 62.4 % |
| | 0.00% | VAP: | 574,543 | 13.6 | 86.4 | 2.3 | 4.4 | 79.8 | 83.4 | 2018 | 186,051 | 409,519 | 67.3 % | 45.4 % | 371,081 | 68.9 % | 50.1 % |
| 17 | 0 | Total: | 766,987 | 51.7 | 48.3 | 3.3 | 16.5 | 27.1 | 42.8 | 2020 | 304,129 | 454,303 | 13.8 % | 66.9 % | 409,103 | 13.9 % | 74.3 % |
| | 0.00% | VAP: | 582,861 | 55.7 | 44.3 | 3.2 | 15.4 | 23.7 | 38.7 | 2018 | 230,166 | 425,675 | 13.2 % | 54.1 % | 381,650 | 13.3 % | 60.3 % |
| 18 | 0 | Total: | 766,987 | 19.6 | 80.4 | 4.6 | 38.4 | 37.5 | 74.7 | 2020 | 265,574 | 421,589 | 19.0 % | 63.0 % | 382,294 | 19.6 % | 69.5 % |
| | 0.00% | VAP: | 569,671 | 22.3 | 77.7 | 5.0 | 37.9 | 34.4 | 71.5 | 2018 | 193,538 | 397,628 | 17.9 % | 48.7 % | 355,440 | 18.5 % | 54.5 % |
| 19 | 0 | Total: | 766,987 | 50.2 | 49.8 | 2.4 | 8.0 | 38.3 | 45.4 | 2020 | 280,307 | 443,317 | 27.0 % | 63.2 % | 391,946 | 26.8 % | 71.5 % |
| | 0.00% | VAP: | 578,679 | 53.7 | 46.3 | 2.4 | 7.4 | 34.7 | 41.7 | 2018 | 211,157 | 429,084 | 26.8 % | 49.2 % | 374,622 | 26.8 % | 56.4 % |
| 20 | 0 | Total: | 766,987 | 22.6 | 77.4 | 4.9 | 7.8 | 65.1 | 71.6 | 2020 | 281,682 | 447,362 | 52.1 % | 63.0 % | 388,886 | 53.2 % | 72.4 % |
| | 0.00% | VAP: | 591,861 | 25.3 | 74.7 | 4.8 | 7.3 | 62.3 | 68.9 | 2018 | 208,407 | 429,550 | 51.7 % | 48.5 % | 369,412 | 53.1 % | 56.4 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

63884

Red-202T
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

# Population and Voter Data
## with Voter Registration Comparison
### CONGRESSIONAL DISTRICTS - PLANC2167

Texas Legislative Council
10/16/21 7:29 AM
Page 2 of 2

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Population** | | | | | | **Total Voter Registration** | | | **Non-Suspense Voter Registration** | | |
| 21 | -1 | Total: | 766,986 | 59.9 | 40.1 | 4.3 | 4.7 | 29.5 | 33.4 | 2020 | 426,007 | 553,990 | 17.5 % | 76.9 % | 503,916 | 17.4 % | 84.5 % |
| | 0.00% | VAP: | 596,495 | 63.3 | 36.7 | 3.9 | 4.2 | 26.6 | 30.3 | 2018 | 317,014 | 503,160 | 16.9 % | 63.0 % | 452,570 | 16.8 % | 70.0 % |
| 22 | 0 | Total: | 766,987 | 42.1 | 57.9 | 12.8 | 15.2 | 29.0 | 43.5 | 2020 | 333,038 | 457,283 | 17.7 % | 72.8 % | 423,592 | 17.6 % | 78.6 % |
| | 0.00% | VAP: | 555,695 | 45.3 | 54.7 | 12.1 | 14.5 | 26.8 | 40.8 | 2018 | 236,884 | 409,410 | 17.4 % | 57.9 % | 375,371 | 17.4 % | 63.1 % |
| 23 | 0 | Total: | 766,987 | 21.9 | 78.1 | 2.9 | 4.8 | 70.5 | 74.3 | 2020 | 270,855 | 447,000 | 56.8 % | 60.6 % | 405,063 | 57.5 % | 66.9 % |
| | 0.00% | VAP: | 557,667 | 24.4 | 75.6 | 2.7 | 4.4 | 68.0 | 71.8 | 2018 | 188,262 | 412,233 | 57.7 % | 45.7 % | 372,381 | 58.6 % | 50.6 % |
| 24 | 0 | Total: | 766,987 | 54.8 | 45.2 | 15.6 | 10.5 | 17.3 | 27.2 | 2020 | 378,791 | 499,993 | 8.3 % | 75.8 % | 449,731 | 8.2 % | 84.2 % |
| | 0.00% | VAP: | 595,893 | 57.7 | 42.3 | 14.6 | 9.9 | 15.6 | 25.2 | 2018 | 297,211 | 472,426 | 8.0 % | 62.9 % | 414,141 | 7.9 % | 71.8 % |
| 25 | 0 | Total: | 766,987 | 65.6 | 34.4 | 2.5 | 8.6 | 20.5 | 28.6 | 2020 | 344,609 | 490,760 | 9.5 % | 70.2 % | 447,766 | 9.5 % | 77.0 % |
| | 0.00% | VAP: | 587,369 | 69.2 | 30.8 | 2.4 | 7.9 | 17.5 | 25.1 | 2018 | 260,689 | 458,241 | 8.9 % | 56.9 % | 413,991 | 8.9 % | 63.0 % |
| 26 | 0 | Total: | 766,987 | 58.8 | 41.2 | 9.4 | 10.4 | 19.0 | 28.8 | 2020 | 362,585 | 485,853 | 8.8 % | 74.6 % | 442,815 | 8.8 % | 81.9 % |
| | 0.00% | VAP: | 565,946 | 62.3 | 37.7 | 8.7 | 9.5 | 16.7 | 25.9 | 2018 | 250,942 | 432,461 | 8.5 % | 58.0 % | 384,261 | 8.5 % | 65.3 % |
| 27 | 0 | Total: | 766,987 | 43.5 | 56.5 | 2.3 | 5.5 | 47.7 | 52.3 | 2020 | 305,581 | 472,808 | 34.3 % | 64.6 % | 421,879 | 34.2 % | 72.4 % |
| | 0.00% | VAP: | 587,699 | 47.1 | 52.9 | 2.2 | 5.2 | 43.8 | 48.6 | 2018 | 227,231 | 449,765 | 34.3 % | 50.5 % | 397,898 | 34.5 % | 57.1 % |
| 28 | 0 | Total: | 766,987 | 17.2 | 82.8 | 1.6 | 5.7 | 75.3 | 80.2 | 2020 | 251,565 | 432,347 | 62.4 % | 58.2 % | 394,587 | 63.2 % | 63.8 % |
| | 0.00% | VAP: | 552,637 | 19.3 | 80.7 | 1.6 | 5.7 | 72.9 | 78.0 | 2018 | 174,071 | 404,806 | 62.8 % | 43.0 % | 367,935 | 64.0 % | 47.3 % |
| 29 | 0 | Total: | 766,987 | 12.4 | 87.6 | 5.2 | 17.5 | 65.2 | 81.6 | 2020 | 195,309 | 332,603 | 43.0 % | 58.7 % | 310,121 | 43.9 % | 63.0 % |
| | 0.00% | VAP: | 555,610 | 14.6 | 85.4 | 5.7 | 17.2 | 62.4 | 78.9 | 2018 | 140,653 | 313,451 | 42.4 % | 44.9 % | 287,411 | 43.6 % | 48.9 % |
| 30 | 0 | Total: | 766,987 | 16.7 | 83.3 | 2.6 | 44.3 | 36.3 | 79.6 | 2020 | 270,132 | 435,011 | 15.7 % | 62.1 % | 391,027 | 16.3 % | 69.1 % |
| | 0.00% | VAP: | 567,664 | 20.1 | 79.9 | 2.9 | 44.2 | 32.2 | 75.8 | 2018 | 209,666 | 416,685 | 14.3 % | 50.3 % | 370,026 | 15.0 % | 56.7 % |
| 31 | 0 | Total: | 766,987 | 59.1 | 40.9 | 6.1 | 9.9 | 23.1 | 32.0 | 2020 | 341,209 | 476,973 | 12.2 % | 71.5 % | 429,825 | 12.1 % | 79.4 % |
| | 0.00% | VAP: | 574,120 | 63.0 | 37.0 | 5.4 | 8.9 | 20.3 | 28.7 | 2018 | 243,319 | 418,445 | 11.7 % | 58.1 % | 369,275 | 11.7 % | 65.9 % |
| 32 | 0 | Total: | 766,987 | 37.9 | 62.1 | 9.9 | 17.2 | 34.1 | 50.6 | 2020 | 290,083 | 416,163 | 14.8 % | 69.7 % | 372,970 | 15.1 % | 77.8 % |
| | 0.00% | VAP: | 588,134 | 41.8 | 58.2 | 9.9 | 16.4 | 30.6 | 46.5 | 2018 | 233,782 | 395,722 | 14.1 % | 59.1 % | 349,663 | 14.5 % | 66.9 % |
| 33 | 0 | Total: | 766,987 | 21.5 | 78.5 | 6.7 | 30.6 | 41.0 | 70.6 | 2020 | 238,048 | 382,516 | 21.7 % | 62.2 % | 337,429 | 22.5 % | 70.5 % |
| | 0.00% | VAP: | 558,107 | 25.0 | 75.0 | 6.9 | 29.8 | 37.6 | 66.7 | 2018 | 179,235 | 360,595 | 20.8 % | 49.7 % | 310,438 | 21.9 % | 57.7 % |
| 34 | 0 | Total: | 766,987 | 8.0 | 92.0 | 0.8 | 0.9 | 90.3 | 90.8 | 2020 | 205,823 | 384,509 | 80.1 % | 53.5 % | 354,405 | 80.7 % | 58.1 % |
| | 0.00% | VAP: | 542,382 | 9.6 | 90.4 | 0.9 | 0.8 | 88.5 | 89.0 | 2018 | 142,730 | 362,013 | 80.7 % | 39.4 % | 333,614 | 81.4 % | 42.8 % |
| 35 | 0 | Total: | 766,987 | 26.2 | 73.8 | 4.4 | 14.6 | 55.1 | 68.1 | 2020 | 263,743 | 427,301 | 36.0 % | 61.7 % | 374,855 | 36.7 % | 70.4 % |
| | 0.00% | VAP: | 583,800 | 29.8 | 70.2 | 4.6 | 13.9 | 51.3 | 64.2 | 2018 | 185,055 | 383,388 | 36.8 % | 48.3 % | 329,607 | 37.9 % | 56.1 % |
| 36 | 0 | Total: | 766,987 | 59.2 | 40.8 | 3.8 | 11.8 | 23.1 | 34.4 | 2020 | 335,113 | 480,308 | 10.6 % | 69.8 % | 442,443 | 10.7 % | 75.7 % |
| | 0.00% | VAP: | 573,063 | 62.6 | 37.4 | 3.7 | 11.2 | 20.1 | 31.0 | 2018 | 246,342 | 451,700 | 9.6 % | 54.5 % | 409,867 | 9.7 % | 60.1 % |
| 37 | 0 | Total: | 766,987 | 52.5 | 47.5 | 11.7 | 7.2 | 27.4 | 33.8 | 2020 | 385,927 | 537,118 | 13.8 % | 71.9 % | 482,856 | 13.9 % | 79.9 % |
| | 0.00% | VAP: | 622,654 | 55.3 | 44.7 | 11.2 | 6.8 | 25.1 | 31.4 | 2018 | 321,615 | 506,377 | 13.8 % | 63.5 % | 434,593 | 13.9 % | 74.0 % |
| 38 | 0 | Total: | 766,987 | 17.9 | 82.1 | 4.4 | 13.6 | 64.2 | 76.7 | 2020 | 200,776 | 341,623 | 44.4 % | 58.8 % | 314,973 | 45.4 % | 63.7 % |
| | 0.00% | VAP: | 556,038 | 20.8 | 79.2 | 4.6 | 13.4 | 60.8 | 73.4 | 2018 | 144,601 | 324,673 | 43.1 % | 44.5 % | 295,155 | 44.3 % | 49.0 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

63884

Red-350
Data: 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

Case 3:21-cv-00259-DCG-JES-JVB   Document 396-4   Filed 07/01/22   Page 15 of 53

Texas Legislative Council
10/16/21 7:29 AM
Page 1 of 1

## Incumbents by District
### CONGRESSIONAL DISTRICTS - PLANC2167

| District | Incumbents |
|---|---|
| 1 | Gohmert - R |
| 2 | N/A |
| 3 | Taylor - R |
| 4 | Fallon - R |
| 5 | *Ellzey - R |
|  | *Gooden - R |
| 6 | N/A |
| 7 | Fletcher - D |
| 8 | Brady - R |
| 9 | Green - D |
| 10 | McCaul - R |
| 11 | Pfluger - R |
| 12 | Granger - R |
| 13 | Jackson - R |
| 14 | Weber - R |
| 15 | Gonzalez - D |
| 16 | Escobar - D |
| 17 | Sessions - R |
| 18 | *Crenshaw - R |
|  | *Jackson Lee - D |
| 19 | Arrington - R |
| 20 | Castro - D |
| 21 | Roy - R |
| 22 | Nehls - R |
| 23 | Gonzales - R |
| 24 | Van Duyne - R |
| 25 | Williams - R |
| 26 | Burgess - R |
| 27 | Cloud - R |
| 28 | Cuellar - D |
| 29 | Garcia - D |
| 30 | Johnson - D |
| 31 | Carter - R |
| 32 | Allred - D |
| 33 | Veasey - D |
| 34 | Vela - D |
| 35 | Doggett - D |
| 36 | Babin - R |
| 37 | N/A |
| 38 | N/A |

* Incumbents paired.

Red-116
Data: 2015-2019 ACS; 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

American Community Survey Special Tabulation
Using Census and American Community Survey Data
**CONGRESSIONAL DISTRICTS - PLANC2167**

Texas Legislative Council
10/16/21 7:30 AM
Page 1 of 2

| | 2020 Census | | Hispanic CVAP | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
| | | | | | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey with Margins of Error | | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 766,987 | 585,387 | 547,765 (±6,653) | 8.3 (±0.4) | 19.4 (±0.6) | 0.2 (±0.1) | 0.1 (±0.1) | 70.0 (±0.5) | 0.4 (±0.1) | 0.8 (±0.1) | 0.1 (±0.1) | 0.5 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 2 | 766,987 | 572,974 | 464,990 (±6,423) | 20.0 (±0.7) | 12.6 (±0.7) | 0.3 (±0.1) | 0.0(±0.1) | 56.5 (±0.7) | 0.3 (±0.1) | 9.1 (±0.5) | 0.1 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) |
| 3 | 766,987 | 558,700 | 458,050 (±5,725) | 9.8 (±0.5) | 9.5 (±0.6) | 0.3 (±0.1) | 0.0(±0.1) | 70.8 (±0.6) | 0.4 (±0.1) | 8.1 (±0.5) | 0.0 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 4 | 766,987 | 577,946 | 489,220 (±5,505) | 9.0 (±0.4) | 8.6 (±0.4) | 0.4 (±0.1) | 0.1(±0.1) | 74.4 (±0.4) | 0.6 (±0.1) | 5.4 (±0.3) | 0.1 (±0.1) | 0.9 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 5 | 766,987 | 578,397 | 505,345 (±6,071) | 12.6 (±0.5) | 10.9 (±0.5) | 0.4 (±0.1) | 0.0(±0.1) | 72.5 (±0.5) | 0.5 (±0.1) | 2.2 (±0.2) | 0.0 (±0.1) | 0.6 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 6 | 766,987 | 566,349 | 368,275 (±5,518) | 44.5 (±0.9) | 18.9 (±0.8) | 0.3 (±0.1) | 0.1(±0.1) | 31.2 (±0.6) | 0.3 (±0.1) | 3.6 (±0.3) | 0.1 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 7 | 766,987 | 600,171 | 425,260 (±5,775) | 20.7 (±0.7) | 17.2 (±0.7) | 0.3 (±0.1) | 0.1(±0.1) | 48.4 (±0.6) | 0.3 (±0.1) | 11.7 (±0.5) | 0.0 (±0.1) | 0.4 (±0.1) | 0.7 (±0.1) | 0.2 (±0.1) |
| 8 | 766,987 | 575,253 | 489,405 (±6,927) | 13.3 (±0.6) | 7.3 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 74.5 (±0.6) | 0.4 (±0.1) | 3.2 (±0.3) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.1 (±0.1) |
| 9 | 766,987 | 569,186 | 458,470 (±6,959) | 19.4 (±0.8) | 40.8 (±1.0) | 0.3 (±0.1) | 0.1(±0.1) | 22.5 (±0.7) | 0.2 (±0.1) | 16.1 (±0.5) | 0.0 (±0.1) | 0.1 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 10 | 766,987 | 591,770 | 490,275 (±6,434) | 14.7 (±0.5) | 11.5 (±0.5) | 0.2 (±0.1) | 0.0(±0.1) | 68.5 (±0.5) | 0.2 (±0.1) | 3.7 (±0.3) | 0.1 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 11 | 766,987 | 567,819 | 506,180 (±6,480) | 32.0 (±0.8) | 10.7 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 53.6 (±0.5) | 0.3 (±0.1) | 1.4 (±0.2) | 0.3 (±0.1) | 0.6 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) |
| 12 | 766,987 | 583,976 | 499,145 (±6,421) | 16.0 (±0.6) | 8.3 (±0.5) | 0.4 (±0.1) | 0.1(±0.1) | 69.5 (±0.5) | 0.5 (±0.1) | 3.7 (±0.3) | 0.2 (±0.1) | 0.7 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) |
| 13 | 766,987 | 585,231 | 530,695 (±5,525) | 19.6 (±0.5) | 6.3 (±0.3) | 0.3 (±0.1) | 0.1(±0.1) | 70.3 (±0.4) | 0.6 (±0.1) | 1.5 (±0.2) | 0.1 (±0.1) | 0.7 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 14 | 766,987 | 585,292 | 522,120 (±6,472) | 17.2 (±0.6) | 16.6 (±0.6) | 0.2 (±0.1) | 0.1(±0.1) | 62.4 (±0.6) | 0.3 (±0.1) | 2.4 (±0.2) | 0.0 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 15 | 766,987 | 549,661 | 412,655 (±6,683) | 82.1 (±0.8) | 1.5 (±0.2) | 0.4 (±0.1) | 0.1(±0.1) | 15.1 (±0.5) | 0.1 (±0.1) | 1.0 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) | 0.0 (±0.1) |
| 16 | 766,987 | 574,543 | 462,085 (±6,276) | 77.0 (±0.7) | 4.0 (±0.3) | 0.2 (±0.1) | 0.0(±0.1) | 16.6 (±0.5) | 0.3 (±0.1) | 1.1 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 17 | 766,987 | 582,861 | 527,670 (±6,435) | 18.1 (±0.6) | 15.7 (±0.5) | 0.3 (±0.1) | 0.0(±0.1) | 63.0 (±0.5) | 0.2 (±0.1) | 1.6 (±0.2) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 18 | 766,987 | 569,671 | 464,435 (±6,794) | 24.7 (±0.7) | 42.5 (±0.9) | 0.3 (±0.1) | 0.2(±0.1) | 28.2 (±0.6) | 0.2 (±0.1) | 3.1 (±0.3) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.3 (±0.1) |
| 19 | 766,987 | 578,679 | 532,905 (±5,922) | 32.2 (±0.6) | 6.1 (±0.3) | 0.3 (±0.1) | 0.1(±0.1) | 59.1 (±0.5) | 0.4 (±0.1) | 0.9 (±0.1) | 0.1 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) |
| 20 | 766,987 | 591,861 | 545,700 (±7,202) | 61.9 (±0.8) | 5.8 (±0.4) | 0.4 (±0.1) | 0.1(±0.1) | 28.5 (±0.5) | 0.2 (±0.1) | 2.1 (±0.2) | 0.2 (±0.1) | 0.3 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 21 | 766,986 | 596,495 | 518,320 (±6,143) | 24.2 (±0.7) | 3.3 (±0.3) | 0.2 (±0.1) | 0.1(±0.1) | 69.2 (±0.5) | 0.2 (±0.1) | 1.8 (±0.2) | 0.1 (±0.1) | 0.6 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 22 | 766,987 | 555,695 | 449,615 (±6,958) | 23.7 (±0.8) | 14.0 (±0.5) | 0.2 (±0.1) | 0.0(±0.1) | 53.9 (±0.7) | 0.4 (±0.2) | 7.0 (±0.5) | 0.1 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 23 | 766,987 | 557,667 | 447,180 (±6,546) | 66.1 (±0.9) | 3.4 (±0.3) | 0.2 (±0.1) | 0.1(±0.1) | 27.9 (±0.6) | 0.4 (±0.1) | 1.2 (±0.2) | 0.0 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 24 | 766,987 | 595,893 | 504,830 (±5,400) | 11.8 (±0.5) | 8.7 (±0.4) | 0.3 (±0.1) | 0.2(±0.1) | 69.0 (±0.4) | 0.4 (±0.1) | 8.1 (±0.4) | 0.1 (±0.1) | 0.7 (±0.1) | 0.6 (±0.1) | 0.3 (±0.1) |
| 25 | 766,987 | 587,369 | 534,795 (±5,873) | 13.2 (±0.5) | 6.9 (±0.4) | 0.2 (±0.1) | 0.0(±0.1) | 76.6 (±0.5) | 0.4 (±0.1) | 1.5 (±0.2) | 0.2 (±0.1) | 0.6 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) |
| 26 | 766,987 | 565,946 | 470,920 (±5,697) | 12.0 (±0.5) | 8.1 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 73.2 (±0.5) | 0.4 (±0.1) | 4.5 (±0.3) | 0.1 (±0.1) | 0.6 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) |
| 27 | 766,987 | 587,699 | 538,535 (±6,268) | 42.5 (±0.7) | 4.8 (±0.3) | 0.2 (±0.1) | 0.1(±0.1) | 50.3 (±0.5) | 0.2 (±0.1) | 1.2 (±0.1) | 0.1 (±0.1) | 0.5 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 28 | 766,987 | 552,637 | 450,425 (±6,133) | 69.5 (±0.8) | 5.8 (±0.4) | 0.4 (±0.1) | 0.1(±0.1) | 22.8 (±0.7) | 0.2 (±0.1) | 0.8 (±0.1) | 0.0 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 29 | 766,987 | 555,610 | 381,720 (±6,851) | 50.7 (±1.0) | 21.4 (±0.9) | 0.2 (±0.1) | 0.1(±0.1) | 21.2 (±0.6) | 0.2 (±0.1) | 5.6 (±0.4) | 0.0 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 30 | 766,987 | 567,664 | 467,460 (±6,506) | 19.3 (±0.7) | 52.1 (±0.9) | 0.4 (±0.1) | 0.2(±0.1) | 25.0 (±0.5) | 0.2 (±0.1) | 2.0 (±0.2) | 0.0 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 31 | 766,987 | 574,120 | 491,195 (±6,109) | 17.8 (±0.6) | 7.9 (±0.4) | 0.6 (±0.1) | 0.1(±0.1) | 69.1 (±0.4) | 0.3 (±0.1) | 2.3 (±0.2) | 0.2 (±0.1) | 0.9 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) |
| 32 | 766,987 | 588,134 | 454,045 (±5,633) | 19.2 (±0.7) | 17.1 (±0.6) | 0.4 (±0.1) | 0.1(±0.1) | 54.5 (±0.4) | 0.3 (±0.1) | 6.8 (±0.4) | 0.1 (±0.1) | 0.5 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) |
| 33 | 766,987 | 558,107 | 440,755 (±6,481) | 27.4 (±0.7) | 32.5 (±0.9) | 0.5 (±0.1) | 0.1(±0.1) | 33.3 (±0.6) | 0.3 (±0.1) | 4.9 (±0.4) | 0.1 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) |
| 34 | 766,987 | 542,382 | 412,920 (±6,567) | 86.7 (±0.7) | 0.5 (±0.1) | 0.0 (±0.1) | 0.0(±0.1) | 12.1 (±0.4) | 0.1 (±0.1) | 0.4 (±0.1) | 0.0 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) | 0.0 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

63884

Red-116
Data: 2015-2019 ACS; 2020 Census
PLANC2167  10/16/2021 6:39:37 AM

American Community Survey Special Tabulation
Using Census and American Community Survey Data
**CONGRESSIONAL DISTRICTS - PLANC2167**

Texas Legislative Council
10/16/21 7:30 AM
Page 2 of 2

| | 2020 Census | | Hispanic CVAP | | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey with Margins of Error | | | | | | | | | |
| | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 766,987 | 583,800 | 460,755 (±6,421) | 48.0 (±0.9) | 14.0 (±0.6) | 0.5 (±0.1) | 0.2(±0.1) | 33.9 (±0.6) | 0.2 (±0.1) | 2.1 (±0.2) | 0.1 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) |
| 36 | 766,987 | 573,063 | 510,140 (±6,952) | 14.3 (±0.6) | 11.0 (±0.5) | 0.3 (±0.1) | 0.0(±0.1) | 71.0 (±0.6) | 0.3 (±0.1) | 2.1 (±0.2) | 0.0 (±0.1) | 0.6 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) |
| 37 | 766,987 | 622,654 | 528,285 (±6,016) | 21.1 (±0.6) | 6.2 (±0.4) | 0.4 (±0.1) | 0.0(±0.1) | 64.8 (±0.5) | 0.2 (±0.1) | 5.6 (±0.3) | 0.0 (±0.1) | 0.5 (±0.1) | 0.8 (±0.1) | 0.3 (±0.1) |
| 38 | 766,987 | 556,038 | 416,234 (±6,146) | 50.9 (±0.9) | 15.6 (±0.7) | 0.4 (±0.1) | 0.1(±0.1) | 28.6 (±0.6) | 0.1 (±0.1) | 3.6 (±0.3) | 0.0 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation.  Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

63884



U.S. Congressional Districts
Proposed Plan
PLANC2167
COUNTIES
PLANC2167
Map ID 5900
10/16/21 06:42:08
TLC
50157
2020 Census
PLANC2167
2021-10-16 06:39:37
BURNET
WILLIAMSON
BLANCO
TRAVIS
HAYS
BASTROP
CALDWELL
HUDSPETH
EL PASO
KENDALL
BANDERA
COMAL
GUADALUPE
MEDINA
BEXAR
ATASCOSA
WILSON
MONTAGUE
COOKE
GRAYSON
FANNIN
HUNT
DENTON
COLLIN
WISE
PARKER
TARRANT
DALLAS
ROCKWALL
KAUFMAN
HOOD
JOHNSON
ELLIS
MONTGOMERY
LIBERTY
HARRIS
WALLER
FORT BEND
BRAZORIA
CHAMBERS
GALVESTON
JIM HOGG
BROOKS
KENEDY
STARR
HIDALGO
WILLACY
CAMERON



# ANDERSON COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

Map ID 5900
10/16/21 06:42:08

TLC



**BANDERA COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



**BASTROP COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

50157
2020 Census
PLANC2167   2021-10-16 06:39:37

Map ID 5900
10/16/21 06:42:08



**BELL COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



# BEXAR COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

Map ID 5900
10/16/21 06:42:08

TLC



# BRAZORIA COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

Map ID 5900
10/16/21 06:42:08

TLC



## BRAZOS COUNTY

### U.S. Congressional Districts
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



CALLAHAN COUNTY

U.S. Congressional Districts
Proposed Plan
PLANC2167

JONES
SHACKELFORD
STEPHENS

19

Abilene

TAYLOR
CALLAHAN
25
EASTLAND

Clyde
Baird
Putnam

COLEMAN 11 BROWN

COUNTIES

PLANC2167

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



**CHAMBERS COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167   2021-10-16 06:39:37



COLLIN COUNTY
U.S. Congressional Districts
Proposed Plan
PLANC2167
COUNTIES
PLANC2167
Map ID 5900
10/16/21 06:42:08
50157
2020 Census
PLANC2167 2021-10-16 06:39:37
TLC
GRAYSON
FANNIN
COLLIN
HUNT
DENTON
DALLAS
ROCKWALL
4
26
26
24
3
32
5
4
6
Gunter
Van Alstyne
Trenton
Leonard
Pilot Point
Anna
Westminster CDP
Celina
Weston
Blue Ridge
Melissa
Aubrey
Prosper
Savannah CDP
New Hope
Princeton
McKinney
Lowry Crossing
Farmersville
Little Elm
Frisco
Fairview
Allen
Lucas
The Colony
Seis Lagos CDP
Josephine
Parker
Plano
St. Paul
Wylie
Lavon
Nevada
Caddo Mills
Lewisville
Hebron
Murphy
Richardson
Sachse
Dallas
Carrollton
Addison
Garland
Rowlett
Rockwall
Royse City
Fate



# COMAL COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

TLC



# DALLAS COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

TLC



# DENTON COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

TLC



**EL PASO COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

16

23   HUDSPETH

El Paso

Anthony
Vinton

Socorro

San Elizario   Clint

Horizon City

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167   2021-10-16 06:39:37



# FORT BEND COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

TLC



FREESTONE COUNTY

U.S. Congressional Districts
Proposed Plan
PLANC2167

COUNTIES

PLANC2167

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



# GUADALUPE COUNTY

## U.S. Congressional Districts
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167   2021-10-16 06:39:37

COMAL

21

HAYS

35

CALDWELL

San Marcos

Martindale

Lockhart

Staples

Luling

Kingsbury

New Braunfels

GUADALUPE

Seguin

27

Garden Ridge

Selma

Universal City

Live Oak

Schertz

Cibolo

Santa Clara

Marion

28

Converse

35

San Antonio

BEXAR

New Berlin

St. Hedwig

China Grove

La Vernia

WILSON

GONZALES



# HARRIS COUNTY

## U.S. Congressional Districts
Proposed Plan
PLANC2167

COUNTIES

PLANC2167

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



# HAYS COUNTY

## U.S. Congressional Districts
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



**HIDALGO COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

JIM HOGG

BROOKS

KENEDY

**28**
STARR

WILLACY

**34**

**15**

HIDALGO

Raymondville

Lyford

Edinburg

Elsa   Edcouch   La Villa

Alton

Palmhurst   La Joya   Penitas

Sullivan City

La Grulla

Palmview

Mission

McAllen

San Juan

Pharr   Alamo   Donna   Weslaco

Mercedes

Granjeno

Hidalgo

Progreso

Progreso Lakes

Santa Rosa

La Feria

Primera   Combes

Palm Valley   Harlingen

CAMERON

Rangerville

San Benito

Los Indios

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167   2021-10-16 06:39:37



# HUNT COUNTY

## U.S. Congressional Districts
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

50157
2020 Census
PLANC2167   2021-10-16 06:39:37

Map ID 5900
10/16/21 06:42:08



# JEFFERSON COUNTY

## U.S. Congressional Districts
Proposed Plan
**PLANC2167**

☐ COUNTIES

▇ **PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



LIBERTY COUNTY

U.S. Congressional Districts
Proposed Plan
PLANC2167

COUNTIES

PLANC2167

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167   2021-10-16 06:39:37



# MONTGOMERY COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

TLC



# NUECES COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

TLC



# PARKER COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

TLC



RED RIVER COUNTY

U.S. Congressional Districts
Proposed Plan
PLANC2167

COUNTIES
PLANC2167

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



**TARRANT COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

COUNTIES
**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



**TRAVIS COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167   2021-10-16 06:39:37



UPSHUR COUNTY

U.S. Congressional Districts
Proposed Plan
PLANC2167

COUNTIES

PLANC2167

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37





# WALKER COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

WASHINGTON

GRIMES

MONTGOMERY

8

Brenham

10

Hempstead

Prairie
View

Pine
Island

Waller

WALLER

HARRIS

2

29

AUSTIN

22

Bellville

Pattison

Brookshire

Katy

Houston

COLORADO

Brazos
Country

South
Frydek

FORT BEND

7

9

Fulshear

**WALLER COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

☐ COUNTIES
▭ **PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167   2021-10-16 06:39:37



# WILLIAMSON COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

TLC



MONTAGUE

COOKE
**26**

JACK
**25**

WISE

**13**

DENTON

Alvord

Chico

Bridgeport

Lake
Bridgeport

Runaway
Bay

Decatur

Paradise

New
Fairview

**26**

Boyd

Aurora

Rhome

Newark

Ponder

DISH

Justin

**12** PARKER

Springtown

Reno
(Parker)

TARRANT

Fort Worth

Haslet

**WISE COUNTY**

**U.S. Congressional Districts**
Proposed Plan
**PLANC2167**

☐ COUNTIES

▮ **PLANC2167**

Map ID 5900
10/16/21 06:42:08

50157
2020 Census
PLANC2167    2021-10-16 06:39:37



# WOOD COUNTY

## U.S. Congressional Districts

Proposed Plan

**PLANC2167**

COUNTIES

**PLANC2167**

50157
2020 Census
PLANC2167 2021-10-16 06:39:37

Map ID 5900
10/16/21 06:42:08

TLC