Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 1 of 12

# District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2193

| | |
|---|---|
| Total State Population | 29,145,505 |
| Total Districts Required | 38 |
| Ideal District Population | 766,987 |
| Unassigned Population | 0 |
| Districts in Plan | 38 |
| Unassigned Geography | No |
| Districts Contiguous | Yes |

| | Population | --------Deviation-------- | |
|---|---|---|---|
| | | **Total** | **Percent** |
| Plan Overall Range | | 1 | 0.00% |
| Smallest District (16) | 766,986 | -1 | 0.00% |
| Largest District (1) | 766,987 | 0 | 0.00% |
| Average (mean) | 766,987 | 0 | 0.00% |

PLANC2193

64211

Red-100T
Data: 2020 Census
PLANC2193 10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 397-1   Filed 07/01/22   Page 2 of 48

Texas Legislative Council
10/17/21 11:13 PM
Page 2 of 12

## District Population Analysis with County Subtotals
### CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 1** | 0 | Total: | 766,987 | 460,088 | 306,899 | 12,068 | 147,139 | 130,082 | 273,854 | 60.0 | 40.0 | 1.6 | 19.2 | 17.0 | 35.7 |
| | 0.00 % | VAP: | 585,265 | 371,950 | 213,315 | 8,526 | 107,096 | 82,669 | 188,383 | 63.6 | 36.4 | 1.5 | 18.3 | 14.1 | 32.2 |
| Bowie (91%) | | | 84,255 | 49,308 | 34,947 | 1,422 | 23,980 | 7,112 | 30,769 | 58.5 | 41.5 | 1.7 | 28.5 | 8.4 | 36.5 |
| Camp (100%) | | | 12,464 | 6,734 | 5,730 | 154 | 2,092 | 3,222 | 5,262 | 54.0 | 46.0 | 1.2 | 16.8 | 25.9 | 42.2 |
| Cass (100%) | | | 28,454 | 21,028 | 7,426 | 199 | 4,941 | 1,336 | 6,224 | 73.9 | 26.1 | 0.7 | 17.4 | 4.7 | 21.9 |
| Franklin (100%) | | | 10,359 | 7,876 | 2,483 | 104 | 534 | 1,455 | 1,943 | 76.0 | 24.0 | 1.0 | 5.2 | 14.0 | 18.8 |
| Gregg (100%) | | | 124,239 | 68,050 | 56,189 | 2,137 | 27,498 | 24,040 | 50,879 | 54.8 | 45.2 | 1.7 | 22.1 | 19.3 | 41.0 |
| Harrison (100%) | | | 68,839 | 42,039 | 26,800 | 718 | 14,553 | 9,839 | 24,107 | 61.1 | 38.9 | 1.0 | 21.1 | 14.3 | 35.0 |
| Marion (100%) | | | 9,725 | 6,869 | 2,856 | 96 | 2,026 | 389 | 2,380 | 70.6 | 29.4 | 1.0 | 20.8 | 4.0 | 24.5 |
| Morris (100%) | | | 11,973 | 7,716 | 4,257 | 98 | 2,705 | 1,182 | 3,850 | 64.4 | 35.6 | 0.8 | 22.6 | 9.9 | 32.2 |
| Panola (100%) | | | 22,491 | 16,098 | 6,393 | 178 | 3,509 | 2,190 | 5,633 | 71.6 | 28.4 | 0.8 | 15.6 | 9.7 | 25.0 |
| Red River (75%) | | | 8,638 | 5,987 | 2,651 | 77 | 1,693 | 635 | 2,286 | 69.3 | 30.7 | 0.9 | 19.6 | 7.4 | 26.5 |
| Rusk (100%) | | | 52,214 | 32,022 | 20,192 | 349 | 9,032 | 9,579 | 18,445 | 61.3 | 38.7 | 0.7 | 17.3 | 18.3 | 35.3 |
| Sabine (100%) | | | 9,894 | 8,307 | 1,587 | 82 | 852 | 393 | 1,200 | 84.0 | 16.0 | 0.8 | 8.6 | 4.0 | 12.1 |
| San Augustine (100%) | | | 7,918 | 5,270 | 2,648 | 64 | 1,897 | 639 | 2,487 | 66.6 | 33.4 | 0.8 | 24.0 | 8.1 | 31.4 |
| Shelby (100%) | | | 24,022 | 14,416 | 9,606 | 458 | 4,095 | 4,685 | 8,702 | 60.0 | 40.0 | 1.9 | 17.0 | 19.5 | 36.2 |
| Smith (100%) | | | 233,479 | 134,452 | 99,027 | 5,402 | 41,819 | 47,281 | 87,936 | 57.6 | 42.4 | 2.3 | 17.9 | 20.3 | 37.7 |
| Titus (100%) | | | 31,247 | 13,410 | 17,837 | 329 | 3,347 | 13,680 | 16,829 | 42.9 | 57.1 | 1.1 | 10.7 | 43.8 | 53.9 |
| Upshur (65%) | | | 26,776 | 20,506 | 6,270 | 201 | 2,566 | 2,425 | 4,922 | 76.6 | 23.4 | 0.8 | 9.6 | 9.1 | 18.4 |
| **DISTRICT 2** | 0 | Total: | 766,987 | 378,509 | 388,478 | 43,253 | 100,382 | 232,511 | 327,045 | 49.4 | 50.6 | 5.6 | 13.1 | 30.3 | 42.6 |
| | 0.00 % | VAP: | 557,917 | 296,409 | 261,508 | 30,513 | 68,462 | 151,304 | 217,005 | 53.1 | 46.9 | 5.5 | 12.3 | 27.1 | 38.9 |
| Harris (9%) | | | 427,989 | 185,461 | 242,528 | 22,075 | 75,049 | 140,312 | 211,443 | 43.3 | 56.7 | 5.2 | 17.5 | 32.8 | 49.4 |
| Montgomery (55%) | | | 338,998 | 193,048 | 145,950 | 21,178 | 25,333 | 92,199 | 115,602 | 56.9 | 43.1 | 6.2 | 7.5 | 27.2 | 34.1 |
| **DISTRICT 3** | 0 | Total: | 766,987 | 429,281 | 337,706 | 111,888 | 84,898 | 124,107 | 205,228 | 56.0 | 44.0 | 14.6 | 11.1 | 16.2 | 26.8 |
| | 0.00 % | VAP: | 559,329 | 332,029 | 227,300 | 76,459 | 56,991 | 80,057 | 135,324 | 59.4 | 40.6 | 13.7 | 10.2 | 14.3 | 24.2 |
| Collin (64%) | | | 680,661 | 374,245 | 306,416 | 110,453 | 75,726 | 106,520 | 178,849 | 55.0 | 45.0 | 16.2 | 11.1 | 15.6 | 26.3 |
| Hunt (86%) | | | 86,326 | 55,036 | 31,290 | 1,435 | 9,172 | 17,587 | 26,379 | 63.8 | 36.2 | 1.7 | 10.6 | 20.4 | 30.6 |
| **DISTRICT 4** | 0 | Total: | 766,987 | 456,408 | 310,579 | 98,443 | 80,358 | 109,555 | 186,511 | 59.5 | 40.5 | 12.8 | 10.5 | 14.3 | 24.3 |
| | 0.00 % | VAP: | 577,526 | 363,615 | 213,911 | 68,304 | 56,043 | 71,788 | 126,347 | 63.0 | 37.0 | 11.8 | 9.7 | 12.4 | 21.9 |
| Bowie (9%) | | | 8,638 | 6,547 | 2,091 | 84 | 1,208 | 490 | 1,682 | 75.8 | 24.2 | 1.0 | 14.0 | 5.7 | 19.5 |
| Collin (29%) | | | 307,284 | 138,807 | 168,477 | 78,780 | 41,039 | 43,610 | 82,992 | 45.2 | 54.8 | 25.6 | 13.4 | 14.2 | 27.0 |
| Delta (100%) | | | 5,230 | 4,189 | 1,041 | 63 | 402 | 394 | 765 | 80.1 | 19.9 | 1.2 | 7.7 | 7.5 | 14.6 |
| Denton (6%) | | | 51,193 | 29,880 | 21,313 | 10,673 | 4,532 | 5,193 | 9,467 | 58.4 | 41.6 | 20.8 | 8.9 | 10.1 | 18.5 |
| Fannin (100%) | | | 35,662 | 27,042 | 8,620 | 319 | 2,628 | 4,218 | 6,760 | 75.8 | 24.2 | 0.9 | 7.4 | 11.8 | 19.0 |
| Grayson (100%) | | | 135,543 | 95,211 | 40,332 | 2,686 | 9,856 | 20,868 | 30,196 | 70.2 | 29.8 | 2.0 | 7.3 | 15.4 | 22.3 |
| Hopkins (100%) | | | 36,787 | 25,976 | 10,811 | 420 | 2,847 | 6,484 | 9,237 | 70.6 | 29.4 | 1.1 | 7.7 | 17.6 | 25.1 |
| Hunt (14%) | | | 13,630 | 10,562 | 3,068 | 117 | 202 | 2,086 | 2,263 | 77.5 | 22.5 | 0.9 | 1.5 | 15.3 | 16.6 |
| Lamar (100%) | | | 50,088 | 35,354 | 14,734 | 645 | 7,310 | 4,412 | 11,570 | 70.6 | 29.4 | 1.3 | 14.6 | 8.8 | 23.1 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 397-1   Filed 07/01/22   Page 3 of 48
District Population Analysis with County Subtotals
CONGRESSIONAL DISTRICTS - PLANC2193

Texas Legislative Council
10/17/21 11:13 PM
Page 3 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 4** | 0 | Total: | 766,987 | 456,408 | 310,579 | 98,443 | 80,358 | 109,555 | 186,511 | 59.5 | 40.5 | 12.8 | 10.5 | 14.3 | 24.3 |
| | 0.00 % | VAP: | 577,526 | 363,615 | 213,911 | 68,304 | 56,043 | 71,788 | 126,347 | 63.0 | 37.0 | 11.8 | 9.7 | 12.4 | 21.9 |
| Rains (100%) | | | 12,164 | 10,130 | 2,034 | 103 | 360 | 1,109 | 1,446 | 83.3 | 16.7 | 0.8 | 3.0 | 9.1 | 11.9 |
| Red River (25%) | | | 2,949 | 2,512 | 437 | 20 | 202 | 131 | 322 | 85.2 | 14.8 | 0.7 | 6.8 | 4.4 | 10.9 |
| Rockwall (100%) | | | 107,819 | 70,198 | 37,621 | 4,533 | 9,772 | 20,560 | 29,811 | 65.1 | 34.9 | 4.2 | 9.1 | 19.1 | 27.6 |
| **DISTRICT 5** | 0 | Total: | 766,987 | 367,502 | 399,485 | 40,568 | 118,843 | 226,402 | 340,479 | 47.9 | 52.1 | 5.3 | 15.5 | 29.5 | 44.4 |
| | 0.00 % | VAP: | 573,591 | 300,372 | 273,225 | 30,519 | 81,400 | 148,251 | 227,659 | 52.4 | 47.6 | 5.3 | 14.2 | 25.8 | 39.7 |
| Dallas (16%) | | | 421,027 | 132,349 | 288,678 | 35,782 | 83,536 | 165,469 | 245,666 | 31.4 | 68.6 | 8.5 | 19.8 | 39.3 | 58.3 |
| Henderson (100%) | | | 82,150 | 61,854 | 20,296 | 794 | 5,694 | 11,242 | 16,696 | 75.3 | 24.7 | 1.0 | 6.9 | 13.7 | 20.3 |
| Kaufman (100%) | | | 145,310 | 78,626 | 66,684 | 3,026 | 24,448 | 36,165 | 59,668 | 54.1 | 45.9 | 2.1 | 16.8 | 24.9 | 41.1 |
| Upshur (35%) | | | 14,116 | 10,781 | 3,335 | 118 | 1,026 | 1,561 | 2,540 | 76.4 | 23.6 | 0.8 | 7.3 | 11.1 | 18.0 |
| Van Zandt (100%) | | | 59,541 | 47,986 | 11,555 | 481 | 2,018 | 7,071 | 9,001 | 80.6 | 19.4 | 0.8 | 3.4 | 11.9 | 15.1 |
| Wood (100%) | | | 44,843 | 35,906 | 8,937 | 367 | 2,121 | 4,894 | 6,908 | 80.1 | 19.9 | 0.8 | 4.7 | 10.9 | 15.4 |
| **DISTRICT 6** | 0 | Total: | 766,987 | 344,553 | 422,434 | 32,487 | 117,497 | 259,476 | 371,910 | 44.9 | 55.1 | 4.2 | 15.3 | 33.8 | 48.5 |
| | 0.00 % | VAP: | 572,594 | 279,352 | 293,242 | 24,448 | 83,603 | 173,016 | 254,499 | 48.8 | 51.2 | 4.3 | 14.6 | 30.2 | 44.4 |
| Anderson (100%) | | | 57,922 | 33,098 | 24,824 | 543 | 12,253 | 11,111 | 23,107 | 57.1 | 42.9 | 0.9 | 21.2 | 19.2 | 39.9 |
| Cherokee (100%) | | | 50,412 | 30,095 | 20,317 | 418 | 7,069 | 11,797 | 18,714 | 59.7 | 40.3 | 0.8 | 14.0 | 23.4 | 37.1 |
| Dallas (6%) | | | 165,625 | 40,732 | 124,893 | 14,323 | 18,709 | 90,568 | 108,061 | 24.6 | 75.4 | 8.6 | 11.3 | 54.7 | 65.2 |
| Ellis (100%) | | | 192,455 | 106,495 | 85,960 | 2,639 | 27,000 | 52,032 | 77,843 | 55.3 | 44.7 | 1.4 | 14.0 | 27.0 | 40.4 |
| Freestone (64%) | | | 12,511 | 8,221 | 4,290 | 101 | 2,003 | 2,007 | 3,954 | 65.7 | 34.3 | 0.8 | 16.0 | 16.0 | 31.6 |
| Hill (100%) | | | 35,874 | 24,123 | 11,751 | 278 | 2,527 | 7,884 | 10,291 | 67.2 | 32.8 | 0.8 | 7.0 | 22.0 | 28.7 |
| Johnson (27%) | | | 47,923 | 27,497 | 20,426 | 1,041 | 3,508 | 14,572 | 17,839 | 57.4 | 42.6 | 2.2 | 7.3 | 30.4 | 37.2 |
| Navarro (100%) | | | 52,624 | 26,996 | 25,628 | 586 | 7,248 | 16,049 | 22,992 | 51.3 | 48.7 | 1.1 | 13.8 | 30.5 | 43.7 |
| Tarrant (7%) | | | 151,641 | 47,296 | 104,345 | 12,558 | 37,180 | 53,456 | 89,109 | 31.2 | 68.8 | 8.3 | 24.5 | 35.3 | 58.8 |
| **DISTRICT 7** | 0 | Total: | 766,987 | 210,438 | 556,549 | 164,911 | 160,142 | 230,614 | 382,917 | 27.4 | 72.6 | 21.5 | 20.9 | 30.1 | 49.9 |
| | 0.00 % | VAP: | 594,919 | 179,683 | 415,236 | 127,236 | 116,791 | 168,560 | 280,579 | 30.2 | 69.8 | 21.4 | 19.6 | 28.3 | 47.2 |
| Fort Bend (24%) | | | 199,975 | 36,118 | 163,857 | 73,438 | 47,595 | 43,200 | 89,111 | 18.1 | 81.9 | 36.7 | 23.8 | 21.6 | 44.6 |
| Harris (12%) | | | 567,012 | 174,320 | 392,692 | 91,473 | 112,547 | 187,414 | 293,806 | 30.7 | 69.3 | 16.1 | 19.8 | 33.1 | 51.8 |
| **DISTRICT 8** | 0 | Total: | 766,987 | 345,586 | 421,401 | 51,665 | 109,718 | 249,527 | 352,559 | 45.1 | 54.9 | 6.7 | 14.3 | 32.5 | 46.0 |
| | 0.00 % | VAP: | 565,897 | 276,028 | 289,869 | 37,361 | 74,409 | 167,949 | 239,030 | 48.8 | 51.2 | 6.6 | 13.1 | 29.7 | 42.2 |
| Harris (8%) | | | 391,336 | 101,408 | 289,928 | 44,269 | 82,408 | 163,298 | 240,481 | 25.9 | 74.1 | 11.3 | 21.1 | 41.7 | 61.5 |
| Montgomery (45%) | | | 281,445 | 178,355 | 103,090 | 6,523 | 17,441 | 71,890 | 88,156 | 63.4 | 36.6 | 2.3 | 6.2 | 25.5 | 31.3 |
| Polk (100%) | | | 50,123 | 34,808 | 15,315 | 490 | 5,422 | 7,345 | 12,617 | 69.4 | 30.6 | 1.0 | 10.8 | 14.7 | 25.2 |
| San Jacinto (100%) | | | 27,402 | 19,170 | 8,232 | 176 | 2,412 | 4,822 | 7,143 | 70.0 | 30.0 | 0.6 | 8.8 | 17.6 | 26.1 |
| Walker (22%) | | | 16,681 | 11,845 | 4,836 | 207 | 2,035 | 2,172 | 4,162 | 71.0 | 29.0 | 1.2 | 12.2 | 13.0 | 25.0 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

## District Population Analysis with County Subtotals
### CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 9** | 0 | Total: | 766,987 | 95,246 | 671,741 | 81,086 | 293,568 | 301,525 | 584,842 | 12.4 | 87.6 | 10.6 | 38.3 | 39.3 | 76.3 |
| | 0.00 % | VAP: | 565,956 | 78,651 | 487,305 | 63,617 | 218,536 | 206,142 | 418,952 | 13.9 | 86.1 | 11.2 | 38.6 | 36.4 | 74.0 |
| Brazoria (24%) | | | 89,280 | 22,926 | 66,354 | 19,018 | 28,829 | 18,715 | 46,474 | 25.7 | 74.3 | 21.3 | 32.3 | 21.0 | 52.1 |
| Fort Bend (18%) | | | 151,563 | 14,618 | 136,945 | 19,540 | 74,356 | 44,361 | 116,691 | 9.6 | 90.4 | 12.9 | 49.1 | 29.3 | 77.0 |
| Harris (11%) | | | 526,144 | 57,702 | 468,442 | 42,528 | 190,383 | 238,449 | 421,677 | 11.0 | 89.0 | 8.1 | 36.2 | 45.3 | 80.1 |
| **DISTRICT 10** | 0 | Total: | 766,987 | 429,742 | 337,245 | 49,513 | 83,934 | 191,251 | 269,643 | 56.0 | 44.0 | 6.5 | 10.9 | 24.9 | 35.2 |
| | 0.00 % | VAP: | 591,007 | 351,567 | 239,440 | 36,361 | 61,608 | 129,974 | 188,843 | 59.5 | 40.5 | 6.2 | 10.4 | 22.0 | 32.0 |
| Austin (100%) | | | 30,167 | 18,480 | 11,687 | 304 | 2,791 | 8,052 | 10,630 | 61.3 | 38.7 | 1.0 | 9.3 | 26.7 | 35.2 |
| Bastrop (54%) | | | 52,902 | 25,824 | 27,078 | 590 | 4,544 | 20,904 | 25,095 | 48.8 | 51.2 | 1.1 | 8.6 | 39.5 | 47.4 |
| Brazos (100%) | | | 233,849 | 123,035 | 110,814 | 16,856 | 27,910 | 63,067 | 88,787 | 52.6 | 47.4 | 7.2 | 11.9 | 27.0 | 38.0 |
| Burleson (100%) | | | 17,642 | 11,258 | 6,384 | 118 | 2,145 | 3,712 | 5,737 | 63.8 | 36.2 | 0.7 | 12.2 | 21.0 | 32.5 |
| Colorado (100%) | | | 20,557 | 11,761 | 8,796 | 132 | 2,535 | 5,990 | 8,336 | 57.2 | 42.8 | 0.6 | 12.3 | 29.1 | 40.6 |
| Fayette (100%) | | | 24,435 | 17,041 | 7,394 | 129 | 1,722 | 5,216 | 6,785 | 69.7 | 30.3 | 0.5 | 7.0 | 21.3 | 27.8 |
| Grimes (100%) | | | 29,268 | 16,910 | 12,358 | 195 | 4,217 | 7,361 | 11,400 | 57.8 | 42.2 | 0.7 | 14.4 | 25.2 | 39.0 |
| Lee (100%) | | | 17,478 | 10,612 | 6,866 | 123 | 1,945 | 4,479 | 6,287 | 60.7 | 39.3 | 0.7 | 11.1 | 25.6 | 36.0 |
| Madison (100%) | | | 13,455 | 6,984 | 6,471 | 131 | 2,724 | 3,415 | 6,099 | 51.9 | 48.1 | 1.0 | 20.2 | 25.4 | 45.3 |
| Travis (14%) | | | 185,436 | 115,385 | 70,051 | 19,115 | 11,403 | 35,828 | 46,119 | 62.2 | 37.8 | 10.3 | 6.1 | 19.3 | 24.9 |
| Waller (100%) | | | 56,794 | 23,494 | 33,300 | 1,063 | 12,827 | 18,486 | 30,985 | 41.4 | 58.6 | 1.9 | 22.6 | 32.5 | 54.6 |
| Washington (100%) | | | 35,805 | 22,023 | 13,782 | 694 | 6,044 | 6,425 | 12,288 | 61.5 | 38.5 | 1.9 | 16.9 | 17.9 | 34.3 |
| Williamson (8%) | | | 49,199 | 26,935 | 22,264 | 10,063 | 3,127 | 8,316 | 11,095 | 54.7 | 45.3 | 20.5 | 6.4 | 16.9 | 22.6 |
| **DISTRICT 11** | 0 | Total: | 766,987 | 334,920 | 432,067 | 23,349 | 104,802 | 295,916 | 390,228 | 43.7 | 56.3 | 3.0 | 13.7 | 38.6 | 50.9 |
| | 0.00 % | VAP: | 567,819 | 270,981 | 296,838 | 16,464 | 70,145 | 200,105 | 265,428 | 47.7 | 52.3 | 2.9 | 12.4 | 35.2 | 46.7 |
| Bell (47%) | | | 174,675 | 46,945 | 127,730 | 11,295 | 72,082 | 45,768 | 111,423 | 26.9 | 73.1 | 6.5 | 41.3 | 26.2 | 63.8 |
| Brown (100%) | | | 38,095 | 26,672 | 11,423 | 382 | 1,881 | 8,211 | 9,884 | 70.0 | 30.0 | 1.0 | 4.9 | 21.6 | 25.9 |
| Coke (100%) | | | 3,285 | 2,473 | 812 | 17 | 23 | 661 | 671 | 75.3 | 24.7 | 0.5 | 0.7 | 20.1 | 20.4 |
| Coleman (100%) | | | 7,684 | 6,013 | 1,671 | 58 | 236 | 1,192 | 1,396 | 78.3 | 21.7 | 0.8 | 3.1 | 15.5 | 18.2 |
| Concho (100%) | | | 3,303 | 2,097 | 1,206 | 47 | 105 | 1,033 | 1,121 | 63.5 | 36.5 | 1.4 | 3.2 | 31.3 | 33.9 |
| Ector (100%) | | | 165,171 | 51,023 | 114,148 | 2,940 | 9,522 | 100,051 | 108,362 | 30.9 | 69.1 | 1.8 | 5.8 | 60.6 | 65.6 |
| Glasscock (100%) | | | 1,116 | 710 | 406 | 2 | 27 | 387 | 399 | 63.6 | 36.4 | 0.2 | 2.4 | 34.7 | 35.8 |
| Irion (100%) | | | 1,513 | 1,112 | 401 | 23 | 30 | 349 | 369 | 73.5 | 26.5 | 1.5 | 2.0 | 23.1 | 24.4 |
| Kimble (100%) | | | 4,286 | 3,136 | 1,150 | 60 | 37 | 986 | 1,013 | 73.2 | 26.8 | 1.4 | 0.9 | 23.0 | 23.6 |
| Lampasas (100%) | | | 21,627 | 15,132 | 6,495 | 512 | 1,079 | 4,179 | 5,135 | 70.0 | 30.0 | 2.4 | 5.0 | 19.3 | 23.7 |
| Llano (100%) | | | 21,243 | 17,530 | 3,713 | 194 | 233 | 2,508 | 2,687 | 82.5 | 17.5 | 0.9 | 1.1 | 11.8 | 12.6 |
| Mason (100%) | | | 3,953 | 2,948 | 1,005 | 21 | 40 | 883 | 909 | 74.6 | 25.4 | 0.5 | 1.0 | 22.3 | 23.0 |
| McCulloch (100%) | | | 7,630 | 4,904 | 2,726 | 65 | 197 | 2,369 | 2,517 | 64.3 | 35.7 | 0.9 | 2.6 | 31.0 | 33.0 |
| Menard (100%) | | | 1,962 | 1,231 | 731 | 10 | 33 | 662 | 690 | 62.7 | 37.3 | 0.5 | 1.7 | 33.7 | 35.2 |
| Midland (100%) | | | 169,983 | 76,487 | 93,496 | 4,798 | 12,731 | 73,331 | 84,887 | 45.0 | 55.0 | 2.8 | 7.5 | 43.1 | 49.9 |
| Mills (100%) | | | 4,456 | 3,498 | 958 | 26 | 52 | 728 | 770 | 78.5 | 21.5 | 0.6 | 1.2 | 16.3 | 17.3 |

64211

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 5 of 12

## District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 11** | 0 | Total: | 766,987 | 334,920 | 432,067 | 23,349 | 104,802 | 295,916 | 390,228 | 43.7 | 56.3 | 3.0 | 13.7 | 38.6 | 50.9 |
| | 0.00 % | VAP: | 567,819 | 270,981 | 296,838 | 16,464 | 70,145 | 200,105 | 265,428 | 47.7 | 52.3 | 2.9 | 12.4 | 35.2 | 46.7 |
| Runnels (100%) | | | 9,900 | 6,062 | 3,838 | 65 | 252 | 3,354 | 3,560 | 61.2 | 38.8 | 0.7 | 2.5 | 33.9 | 36.0 |
| San Saba (100%) | | | 5,730 | 3,690 | 2,040 | 53 | 150 | 1,749 | 1,879 | 64.4 | 35.6 | 0.9 | 2.6 | 30.5 | 32.8 |
| Sterling (100%) | | | 1,372 | 867 | 505 | 29 | 22 | 449 | 465 | 63.2 | 36.8 | 2.1 | 1.6 | 32.7 | 33.9 |
| Tom Green (100%) | | | 120,003 | 62,390 | 57,613 | 2,752 | 6,070 | 47,066 | 52,091 | 52.0 | 48.0 | 2.3 | 5.1 | 39.2 | 43.4 |
| **DISTRICT 12** | 0 | Total: | 766,987 | 421,066 | 345,921 | 40,567 | 101,731 | 188,697 | 284,856 | 54.9 | 45.1 | 5.3 | 13.3 | 24.6 | 37.1 |
| | 0.00 % | VAP: | 580,455 | 341,653 | 238,802 | 29,723 | 69,461 | 125,768 | 192,721 | 58.9 | 41.1 | 5.1 | 12.0 | 21.7 | 33.2 |
| Parker (79%) | | | 116,906 | 92,468 | 24,438 | 1,508 | 2,395 | 15,839 | 18,012 | 79.1 | 20.9 | 1.3 | 2.0 | 13.5 | 15.4 |
| Tarrant (31%) | | | 650,081 | 328,598 | 321,483 | 39,059 | 99,336 | 172,858 | 266,844 | 50.5 | 49.5 | 6.0 | 15.3 | 26.6 | 41.0 |
| **DISTRICT 13** | 0 | Total: | 766,987 | 445,745 | 321,242 | 24,575 | 62,951 | 215,932 | 273,806 | 58.1 | 41.9 | 3.2 | 8.2 | 28.2 | 35.7 |
| | 0.00 % | VAP: | 585,231 | 363,053 | 222,178 | 17,643 | 44,023 | 144,154 | 186,082 | 62.0 | 38.0 | 3.0 | 7.5 | 24.6 | 31.8 |
| Archer (100%) | | | 8,560 | 7,356 | 1,204 | 74 | 106 | 742 | 831 | 85.9 | 14.1 | 0.9 | 1.2 | 8.7 | 9.7 |
| Armstrong (100%) | | | 1,848 | 1,593 | 255 | 28 | 34 | 144 | 162 | 86.2 | 13.8 | 1.5 | 1.8 | 7.8 | 8.8 |
| Baylor (100%) | | | 3,465 | 2,797 | 668 | 22 | 113 | 439 | 534 | 80.7 | 19.3 | 0.6 | 3.3 | 12.7 | 15.4 |
| Briscoe (100%) | | | 1,435 | 1,008 | 427 | 13 | 30 | 368 | 391 | 70.2 | 29.8 | 0.9 | 2.1 | 25.6 | 27.2 |
| Carson (100%) | | | 5,807 | 4,873 | 934 | 33 | 91 | 558 | 636 | 83.9 | 16.1 | 0.6 | 1.6 | 9.6 | 11.0 |
| Childress (100%) | | | 6,664 | 3,852 | 2,812 | 93 | 672 | 1,942 | 2,585 | 57.8 | 42.2 | 1.4 | 10.1 | 29.1 | 38.8 |
| Clay (100%) | | | 10,218 | 8,941 | 1,277 | 87 | 121 | 641 | 745 | 87.5 | 12.5 | 0.9 | 1.2 | 6.3 | 7.3 |
| Collingsworth (100%) | | | 2,652 | 1,617 | 1,035 | 32 | 148 | 832 | 955 | 61.0 | 39.0 | 1.2 | 5.6 | 31.4 | 36.0 |
| Cottle (100%) | | | 1,380 | 902 | 478 | 18 | 128 | 327 | 440 | 65.4 | 34.6 | 1.3 | 9.3 | 23.7 | 31.9 |
| Dallam (100%) | | | 7,115 | 3,119 | 3,996 | 33 | 142 | 3,707 | 3,837 | 43.8 | 56.2 | 0.5 | 2.0 | 52.1 | 53.9 |
| Deaf Smith (100%) | | | 18,583 | 4,233 | 14,350 | 78 | 290 | 13,925 | 14,080 | 22.8 | 77.2 | 0.4 | 1.6 | 74.9 | 75.8 |
| Denton (15%) | | | 137,298 | 74,752 | 62,546 | 6,889 | 17,250 | 35,520 | 51,733 | 54.4 | 45.6 | 5.0 | 12.6 | 25.9 | 37.7 |
| Dickens (100%) | | | 1,770 | 1,178 | 592 | 21 | 64 | 512 | 548 | 66.6 | 33.4 | 1.2 | 3.6 | 28.9 | 31.0 |
| Donley (100%) | | | 3,258 | 2,537 | 721 | 42 | 227 | 356 | 561 | 77.9 | 22.1 | 1.3 | 7.0 | 10.9 | 17.2 |
| Foard (100%) | | | 1,095 | 845 | 250 | 12 | 33 | 197 | 220 | 77.2 | 22.8 | 1.1 | 3.0 | 18.0 | 20.1 |
| Gray (100%) | | | 21,227 | 13,025 | 8,202 | 192 | 1,039 | 6,347 | 7,313 | 61.4 | 38.6 | 0.9 | 4.9 | 29.9 | 34.5 |
| Hall (100%) | | | 2,825 | 1,589 | 1,236 | 30 | 237 | 950 | 1,159 | 56.2 | 43.8 | 1.1 | 8.4 | 33.6 | 41.0 |
| Hansford (100%) | | | 5,285 | 2,552 | 2,733 | 15 | 43 | 2,615 | 2,643 | 48.3 | 51.7 | 0.3 | 0.8 | 49.5 | 50.0 |
| Hardeman (100%) | | | 3,549 | 2,441 | 1,108 | 30 | 195 | 818 | 983 | 68.8 | 31.2 | 0.8 | 5.5 | 23.0 | 27.7 |
| Hartley (100%) | | | 5,382 | 3,403 | 1,979 | 39 | 249 | 1,631 | 1,861 | 63.2 | 36.8 | 0.7 | 4.6 | 30.3 | 34.6 |
| Hemphill (100%) | | | 3,382 | 2,090 | 1,292 | 39 | 29 | 1,137 | 1,156 | 61.8 | 38.2 | 1.2 | 0.9 | 33.6 | 34.2 |
| Hutchinson (100%) | | | 20,617 | 13,783 | 6,834 | 200 | 757 | 4,961 | 5,589 | 66.9 | 33.1 | 1.0 | 3.7 | 24.1 | 27.1 |
| King (100%) | | | 265 | 230 | 35 | 4 | 8 | 25 | 31 | 86.8 | 13.2 | 1.5 | 3.0 | 9.4 | 11.7 |
| Knox (100%) | | | 3,353 | 1,935 | 1,418 | 34 | 210 | 1,130 | 1,309 | 57.7 | 42.3 | 1.0 | 6.3 | 33.7 | 39.0 |
| Lipscomb (100%) | | | 3,059 | 1,786 | 1,273 | 18 | 22 | 1,123 | 1,140 | 58.4 | 41.6 | 0.6 | 0.7 | 36.7 | 37.3 |

64211

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

## District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2193

Texas Legislative Council
10/17/21 11:13 PM
Page 6 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 13** | 0 | Total: | 766,987 | 445,745 | 321,242 | 24,575 | 62,951 | 215,932 | 273,806 | 58.1 | 41.9 | 3.2 | 8.2 | 28.2 | 35.7 |
| | 0.00 % | VAP: | 585,231 | 363,053 | 222,178 | 17,643 | 44,023 | 144,154 | 186,082 | 62.0 | 38.0 | 3.0 | 7.5 | 24.6 | 31.8 |
| Montague (100%) | | | 19,965 | 16,342 | 3,623 | 129 | 206 | 2,361 | 2,543 | 81.9 | 18.1 | 0.6 | 1.0 | 11.8 | 12.7 |
| Moore (100%) | | | 21,358 | 6,499 | 14,859 | 1,071 | 832 | 12,647 | 13,398 | 30.4 | 69.6 | 5.0 | 3.9 | 59.2 | 62.7 |
| Motley (100%) | | | 1,063 | 858 | 205 | 18 | 18 | 153 | 166 | 80.7 | 19.3 | 1.7 | 1.7 | 14.4 | 15.6 |
| Ochiltree (100%) | | | 10,015 | 4,245 | 5,770 | 58 | 66 | 5,470 | 5,510 | 42.4 | 57.6 | 0.6 | 0.7 | 54.6 | 55.0 |
| Oldham (100%) | | | 1,758 | 1,325 | 433 | 31 | 77 | 313 | 372 | 75.4 | 24.6 | 1.8 | 4.4 | 17.8 | 21.2 |
| Potter (100%) | | | 118,525 | 50,153 | 68,372 | 6,757 | 14,438 | 45,193 | 58,528 | 42.3 | 57.7 | 5.7 | 12.2 | 38.1 | 49.4 |
| Randall (100%) | | | 140,753 | 95,457 | 45,296 | 3,550 | 6,592 | 31,583 | 37,395 | 67.8 | 32.2 | 2.5 | 4.7 | 22.4 | 26.6 |
| Roberts (100%) | | | 827 | 717 | 110 | 15 | 21 | 50 | 65 | 86.7 | 13.3 | 1.8 | 2.5 | 6.0 | 7.9 |
| Sherman (100%) | | | 2,782 | 1,362 | 1,420 | 24 | 60 | 1,315 | 1,354 | 49.0 | 51.0 | 0.9 | 2.2 | 47.3 | 48.7 |
| Wheeler (100%) | | | 4,990 | 3,469 | 1,521 | 53 | 137 | 1,227 | 1,345 | 69.5 | 30.5 | 1.1 | 2.7 | 24.6 | 27.0 |
| Wichita (100%) | | | 129,350 | 79,694 | 49,656 | 3,968 | 16,588 | 25,803 | 41,265 | 61.6 | 38.4 | 3.1 | 12.8 | 19.9 | 31.9 |
| Wilbarger (100%) | | | 12,887 | 7,012 | 5,875 | 632 | 1,259 | 3,734 | 4,910 | 54.4 | 45.6 | 4.9 | 9.8 | 29.0 | 38.1 |
| Wise (33%) | | | 22,622 | 16,175 | 6,447 | 193 | 419 | 5,136 | 5,513 | 71.5 | 28.5 | 0.9 | 1.9 | 22.7 | 24.4 |
| **DISTRICT 14** | 0 | Total: | 766,987 | 404,463 | 362,524 | 27,828 | 130,216 | 192,809 | 317,763 | 52.7 | 47.3 | 3.6 | 17.0 | 25.1 | 41.4 |
| | 0.00 % | VAP: | 585,292 | 327,812 | 257,480 | 20,408 | 94,668 | 130,969 | 223,381 | 56.0 | 44.0 | 3.5 | 16.2 | 22.4 | 38.2 |
| Brazoria (39%) | | | 146,551 | 77,389 | 69,162 | 2,559 | 15,195 | 49,137 | 63,063 | 52.8 | 47.2 | 1.7 | 10.4 | 33.5 | 43.0 |
| Chambers (0%) | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Galveston (100%) | | | 350,682 | 191,358 | 159,324 | 15,636 | 49,174 | 88,636 | 135,263 | 54.6 | 45.4 | 4.5 | 14.0 | 25.3 | 38.6 |
| Jefferson (72%) | | | 184,946 | 70,781 | 114,165 | 8,182 | 56,906 | 47,771 | 103,449 | 38.3 | 61.7 | 4.4 | 30.8 | 25.8 | 55.9 |
| Orange (100%) | | | 84,808 | 64,935 | 19,873 | 1,451 | 8,941 | 7,265 | 15,988 | 76.6 | 23.4 | 1.7 | 10.5 | 8.6 | 18.9 |
| **DISTRICT 15** | 0 | Total: | 766,987 | 117,166 | 649,821 | 10,918 | 12,125 | 624,361 | 633,222 | 15.3 | 84.7 | 1.4 | 1.6 | 81.4 | 82.6 |
| | 0.00 % | VAP: | 551,585 | 96,801 | 454,784 | 8,062 | 8,655 | 434,980 | 442,084 | 17.5 | 82.5 | 1.5 | 1.6 | 78.9 | 80.1 |
| Brooks (100%) | | | 7,076 | 724 | 6,352 | 48 | 47 | 6,242 | 6,271 | 10.2 | 89.8 | 0.7 | 0.7 | 88.2 | 88.6 |
| Guadalupe (40%) | | | 68,857 | 31,927 | 36,930 | 902 | 3,534 | 31,617 | 34,613 | 46.4 | 53.6 | 1.3 | 5.1 | 45.9 | 50.3 |
| Hidalgo (66%) | | | 576,365 | 38,319 | 538,046 | 8,945 | 5,489 | 523,911 | 527,175 | 6.6 | 93.4 | 1.6 | 1.0 | 90.9 | 91.5 |
| Jim Wells (100%) | | | 38,891 | 6,963 | 31,928 | 216 | 414 | 30,835 | 31,082 | 17.9 | 82.1 | 0.6 | 1.1 | 79.3 | 79.9 |
| Karnes (100%) | | | 14,710 | 5,388 | 9,322 | 196 | 1,265 | 7,734 | 8,910 | 36.6 | 63.4 | 1.3 | 8.6 | 52.6 | 60.6 |
| Live Oak (100%) | | | 11,335 | 5,968 | 5,367 | 66 | 275 | 4,790 | 5,031 | 52.7 | 47.3 | 0.6 | 2.4 | 42.3 | 44.4 |
| Wilson (100%) | | | 49,753 | 27,877 | 21,876 | 545 | 1,101 | 19,232 | 20,140 | 56.0 | 44.0 | 1.1 | 2.2 | 38.7 | 40.5 |
| **DISTRICT 16** | -1 | Total: | 766,986 | 89,996 | 676,990 | 16,718 | 34,595 | 629,842 | 655,820 | 11.7 | 88.3 | 2.2 | 4.5 | 82.1 | 85.5 |
| | 0.00 % | VAP: | 573,880 | 74,487 | 499,393 | 12,123 | 23,499 | 463,686 | 483,139 | 13.0 | 87.0 | 2.1 | 4.1 | 80.8 | 84.2 |
| El Paso (89%) | | | 766,986 | 89,996 | 676,990 | 16,718 | 34,595 | 629,842 | 655,820 | 11.7 | 88.3 | 2.2 | 4.5 | 82.1 | 85.5 |
| **DISTRICT 17** | 0 | Total: | 766,987 | 406,452 | 360,535 | 25,354 | 130,592 | 193,683 | 317,946 | 53.0 | 47.0 | 3.3 | 17.0 | 25.3 | 41.5 |
| | 0.00 % | VAP: | 589,524 | 333,951 | 255,573 | 18,552 | 94,305 | 131,353 | 222,973 | 56.6 | 43.4 | 3.1 | 16.0 | 22.3 | 37.8 |
| Angelina (100%) | | | 86,395 | 49,970 | 36,425 | 1,169 | 14,115 | 19,732 | 33,448 | 57.8 | 42.2 | 1.4 | 16.3 | 22.8 | 38.7 |

64211

Red-100T
Data: 2020 Census
PLANC2193 10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 7 of 12

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2193**

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 17** | 0 | Total: | 766,987 | 406,452 | 360,535 | 25,354 | 130,592 | 193,683 | 317,946 | 53.0 | 47.0 | 3.3 | 17.0 | 25.3 | 41.5 |
| | 0.00 % | VAP: | 589,524 | 333,951 | 255,573 | 18,552 | 94,305 | 131,353 | 222,973 | 56.6 | 43.4 | 3.1 | 16.0 | 22.3 | 37.8 |
| Falls (100%) | | | 16,968 | 8,707 | 8,261 | 106 | 4,023 | 3,965 | 7,845 | 51.3 | 48.7 | 0.6 | 23.7 | 23.4 | 46.2 |
| Freestone (36%) | | | 6,924 | 4,596 | 2,328 | 42 | 1,035 | 1,148 | 2,158 | 66.4 | 33.6 | 0.6 | 14.9 | 16.6 | 31.2 |
| Houston (100%) | | | 22,066 | 12,957 | 9,109 | 186 | 5,462 | 3,071 | 8,439 | 58.7 | 41.3 | 0.8 | 24.8 | 13.9 | 38.2 |
| Leon (100%) | | | 15,719 | 11,659 | 4,060 | 153 | 1,059 | 2,446 | 3,469 | 74.2 | 25.8 | 1.0 | 6.7 | 15.6 | 22.1 |
| Limestone (100%) | | | 22,146 | 12,530 | 9,616 | 245 | 4,117 | 5,013 | 8,945 | 56.6 | 43.4 | 1.1 | 18.6 | 22.6 | 40.4 |
| McLennan (100%) | | | 260,579 | 139,693 | 120,886 | 6,704 | 41,799 | 68,587 | 107,816 | 53.6 | 46.4 | 2.6 | 16.0 | 26.3 | 41.4 |
| Milam (100%) | | | 24,754 | 15,367 | 9,387 | 193 | 2,520 | 6,264 | 8,582 | 62.1 | 37.9 | 0.8 | 10.2 | 25.3 | 34.7 |
| Nacogdoches (100%) | | | 64,653 | 37,158 | 27,495 | 1,066 | 11,610 | 13,597 | 24,950 | 57.5 | 42.5 | 1.6 | 18.0 | 21.0 | 38.6 |
| Robertson (100%) | | | 16,757 | 9,505 | 7,252 | 145 | 3,381 | 3,528 | 6,789 | 56.7 | 43.3 | 0.9 | 20.2 | 21.1 | 40.5 |
| Travis (5%) | | | 69,871 | 28,634 | 41,237 | 7,327 | 12,570 | 20,867 | 32,593 | 41.0 | 59.0 | 10.5 | 18.0 | 29.9 | 46.6 |
| Trinity (100%) | | | 13,602 | 10,533 | 3,069 | 100 | 1,269 | 1,314 | 2,561 | 77.4 | 22.6 | 0.7 | 9.3 | 9.7 | 18.8 |
| Walker (78%) | | | 59,719 | 27,978 | 31,741 | 1,128 | 15,324 | 14,406 | 29,418 | 46.8 | 53.2 | 1.9 | 25.7 | 24.1 | 49.3 |
| Williamson (14%) | | | 86,834 | 37,165 | 49,669 | 6,790 | 12,308 | 29,745 | 40,933 | 42.8 | 57.2 | 7.8 | 14.2 | 34.3 | 47.1 |
| **DISTRICT 18** | 0 | Total: | 766,987 | 127,965 | 639,022 | 43,332 | 264,490 | 332,547 | 588,464 | 16.7 | 83.3 | 5.6 | 34.5 | 43.4 | 76.7 |
| | 0.00 % | VAP: | 576,291 | 111,891 | 464,400 | 35,620 | 198,049 | 229,406 | 422,876 | 19.4 | 80.6 | 6.2 | 34.4 | 39.8 | 73.4 |
| Harris (16%) | | | 766,987 | 127,965 | 639,022 | 43,332 | 264,490 | 332,547 | 588,464 | 16.7 | 83.3 | 5.6 | 34.5 | 43.4 | 76.7 |
| **DISTRICT 19** | 0 | Total: | 766,987 | 384,927 | 382,060 | 18,348 | 61,084 | 293,914 | 348,223 | 50.2 | 49.8 | 2.4 | 8.0 | 38.3 | 45.4 |
| | 0.00 % | VAP: | 578,679 | 310,685 | 267,994 | 13,951 | 42,663 | 201,052 | 241,281 | 53.7 | 46.3 | 2.4 | 7.4 | 34.7 | 41.7 |
| Andrews (100%) | | | 18,610 | 7,405 | 11,205 | 153 | 376 | 10,400 | 10,683 | 39.8 | 60.2 | 0.8 | 2.0 | 55.9 | 57.4 |
| Bailey (100%) | | | 6,904 | 2,190 | 4,714 | 19 | 91 | 4,540 | 4,600 | 31.7 | 68.3 | 0.3 | 1.3 | 65.8 | 66.6 |
| Borden (100%) | | | 631 | 528 | 103 | 14 | 16 | 86 | 95 | 83.7 | 16.3 | 2.2 | 2.5 | 13.6 | 15.1 |
| Callahan (11%) | | | 1,556 | 1,275 | 281 | 16 | 26 | 168 | 188 | 81.9 | 18.1 | 1.0 | 1.7 | 10.8 | 12.1 |
| Castro (100%) | | | 7,371 | 2,328 | 5,043 | 49 | 155 | 4,784 | 4,905 | 31.6 | 68.4 | 0.7 | 2.1 | 64.9 | 66.5 |
| Cochran (100%) | | | 2,547 | 912 | 1,635 | 16 | 94 | 1,527 | 1,594 | 35.8 | 64.2 | 0.6 | 3.7 | 60.0 | 62.6 |
| Crosby (100%) | | | 5,133 | 2,076 | 3,057 | 41 | 203 | 2,829 | 2,965 | 40.4 | 59.6 | 0.8 | 4.0 | 55.1 | 57.8 |
| Dawson (100%) | | | 12,456 | 4,590 | 7,866 | 86 | 1,004 | 6,767 | 7,665 | 36.8 | 63.2 | 0.7 | 8.1 | 54.3 | 61.5 |
| Fisher (100%) | | | 3,672 | 2,496 | 1,176 | 27 | 149 | 973 | 1,088 | 68.0 | 32.0 | 0.7 | 4.1 | 26.5 | 29.6 |
| Floyd (100%) | | | 5,402 | 2,079 | 3,323 | 39 | 207 | 3,067 | 3,228 | 38.5 | 61.5 | 0.7 | 3.8 | 56.8 | 59.8 |
| Gaines (100%) | | | 21,598 | 12,554 | 9,044 | 139 | 356 | 8,401 | 8,676 | 58.1 | 41.9 | 0.6 | 1.6 | 38.9 | 40.2 |
| Garza (100%) | | | 5,816 | 2,162 | 3,654 | 56 | 381 | 3,272 | 3,554 | 37.2 | 62.8 | 1.0 | 6.6 | 56.3 | 61.1 |
| Hale (100%) | | | 32,522 | 10,693 | 21,829 | 243 | 1,807 | 19,489 | 21,052 | 32.9 | 67.1 | 0.7 | 5.6 | 59.9 | 64.7 |
| Haskell (100%) | | | 5,416 | 3,628 | 1,788 | 43 | 268 | 1,377 | 1,599 | 67.0 | 33.0 | 0.8 | 4.9 | 25.4 | 29.5 |
| Hockley (100%) | | | 21,537 | 9,752 | 11,785 | 97 | 803 | 10,624 | 11,295 | 45.3 | 54.7 | 0.5 | 3.7 | 49.3 | 52.4 |
| Howard (100%) | | | 34,860 | 15,672 | 19,188 | 561 | 2,113 | 16,174 | 17,929 | 45.0 | 55.0 | 1.6 | 6.1 | 46.4 | 51.4 |
| Jones (100%) | | | 19,663 | 11,485 | 8,178 | 158 | 2,187 | 5,504 | 7,599 | 58.4 | 41.6 | 0.8 | 11.1 | 28.0 | 38.6 |
| Kent (100%) | | | 753 | 657 | 96 | 9 | 11 | 81 | 86 | 87.3 | 12.7 | 1.2 | 1.5 | 10.8 | 11.4 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 8 of 12

## District Population Analysis with County Subtotals
## CONGRESSIONAL DISTRICTS - PLANC2193

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 19** | 0 | Total: | 766,987 | 384,927 | 382,060 | 18,348 | 61,084 | 293,914 | 348,223 | 50.2 | 49.8 | 2.4 | 8.0 | 38.3 | 45.4 |
| | 0.00 % | VAP: | 578,679 | 310,685 | 267,994 | 13,951 | 42,663 | 201,052 | 241,281 | 53.7 | 46.3 | 2.4 | 7.4 | 34.7 | 41.7 |
| Lamb (100%) | | | 13,045 | 4,981 | 8,064 | 41 | 544 | 7,449 | 7,904 | 38.2 | 61.8 | 0.3 | 4.2 | 57.1 | 60.6 |
| Lubbock (100%) | | | 310,639 | 154,994 | 155,645 | 11,533 | 31,107 | 109,170 | 137,329 | 49.9 | 50.1 | 3.7 | 10.0 | 35.1 | 44.2 |
| Lynn (100%) | | | 5,596 | 2,960 | 2,636 | 34 | 151 | 2,352 | 2,482 | 52.9 | 47.1 | 0.6 | 2.7 | 42.0 | 44.4 |
| Martin (100%) | | | 5,237 | 2,780 | 2,457 | 34 | 128 | 2,255 | 2,359 | 53.1 | 46.9 | 0.6 | 2.4 | 43.1 | 45.0 |
| Mitchell (100%) | | | 8,990 | 4,328 | 4,662 | 71 | 1,072 | 3,454 | 4,457 | 48.1 | 51.9 | 0.8 | 11.9 | 38.4 | 49.6 |
| Nolan (100%) | | | 14,738 | 8,138 | 6,600 | 150 | 953 | 5,354 | 6,120 | 55.2 | 44.8 | 1.0 | 6.5 | 36.3 | 41.5 |
| Parmer (100%) | | | 9,869 | 3,187 | 6,682 | 36 | 137 | 6,504 | 6,575 | 32.3 | 67.7 | 0.4 | 1.4 | 65.9 | 66.6 |
| Scurry (100%) | | | 16,932 | 8,637 | 8,295 | 140 | 812 | 7,139 | 7,853 | 51.0 | 49.0 | 0.8 | 4.8 | 42.2 | 46.4 |
| Shackelford (100%) | | | 3,105 | 2,612 | 493 | 33 | 46 | 363 | 394 | 84.1 | 15.9 | 1.1 | 1.5 | 11.7 | 12.7 |
| Stonewall (100%) | | | 1,245 | 958 | 287 | 9 | 41 | 226 | 256 | 76.9 | 23.1 | 0.7 | 3.3 | 18.2 | 20.6 |
| Swisher (100%) | | | 6,971 | 3,219 | 3,752 | 44 | 524 | 3,147 | 3,597 | 46.2 | 53.8 | 0.6 | 7.5 | 45.1 | 51.6 |
| Taylor (100%) | | | 143,208 | 87,316 | 55,892 | 4,299 | 14,655 | 34,756 | 47,874 | 61.0 | 39.0 | 3.0 | 10.2 | 24.3 | 33.4 |
| Terry (100%) | | | 11,831 | 4,599 | 7,232 | 78 | 540 | 6,569 | 7,009 | 38.9 | 61.1 | 0.7 | 4.6 | 55.5 | 59.2 |
| Throckmorton (100%) | | | 1,440 | 1,248 | 192 | 8 | 17 | 145 | 156 | 86.7 | 13.3 | 0.6 | 1.2 | 10.1 | 10.8 |
| Yoakum (100%) | | | 7,694 | 2,488 | 5,206 | 72 | 110 | 4,968 | 5,057 | 32.3 | 67.7 | 0.9 | 1.4 | 64.6 | 65.7 |
| **DISTRICT 20** | 0 | Total: | 766,987 | 135,128 | 631,859 | 36,952 | 59,388 | 540,441 | 589,510 | 17.6 | 82.4 | 4.8 | 7.7 | 70.5 | 76.9 |
| | 0.00 % | VAP: | 574,548 | 113,466 | 461,082 | 26,992 | 41,320 | 392,056 | 428,572 | 19.7 | 80.3 | 4.7 | 7.2 | 68.2 | 74.6 |
| Bexar (38%) | | | 766,987 | 135,128 | 631,859 | 36,952 | 59,388 | 540,441 | 589,510 | 17.6 | 82.4 | 4.8 | 7.7 | 70.5 | 76.9 |
| **DISTRICT 21** | 0 | Total: | 766,987 | 451,460 | 315,527 | 30,083 | 37,947 | 235,714 | 267,768 | 58.9 | 41.1 | 3.9 | 4.9 | 30.7 | 34.9 |
| | 0.00 % | VAP: | 604,056 | 375,418 | 228,638 | 21,467 | 26,729 | 168,362 | 192,241 | 62.1 | 37.9 | 3.6 | 4.4 | 27.9 | 31.8 |
| Bandera (100%) | | | 20,851 | 15,595 | 5,256 | 219 | 270 | 4,010 | 4,247 | 74.8 | 25.2 | 1.1 | 1.3 | 19.2 | 20.4 |
| Bexar (17%) | | | 340,486 | 153,978 | 186,508 | 19,382 | 27,846 | 138,212 | 161,855 | 45.2 | 54.8 | 5.7 | 8.2 | 40.6 | 47.5 |
| Blanco (100%) | | | 11,374 | 8,707 | 2,667 | 100 | 123 | 2,092 | 2,196 | 76.6 | 23.4 | 0.9 | 1.1 | 18.4 | 19.3 |
| Comal (84%) | | | 136,163 | 91,746 | 44,417 | 2,766 | 4,037 | 34,282 | 37,679 | 67.4 | 32.6 | 2.0 | 3.0 | 25.2 | 27.7 |
| Gillespie (100%) | | | 26,725 | 19,884 | 6,841 | 213 | 245 | 5,766 | 5,941 | 74.4 | 25.6 | 0.8 | 0.9 | 21.6 | 22.2 |
| Hays (43%) | | | 104,202 | 73,276 | 30,926 | 3,430 | 2,841 | 21,991 | 24,352 | 70.3 | 29.7 | 3.3 | 2.7 | 21.1 | 23.4 |
| Kendall (100%) | | | 44,279 | 31,767 | 12,512 | 743 | 603 | 10,029 | 10,509 | 71.7 | 28.3 | 1.7 | 1.4 | 22.6 | 23.7 |
| Kerr (100%) | | | 52,598 | 35,791 | 16,807 | 851 | 1,127 | 13,598 | 14,502 | 68.0 | 32.0 | 1.6 | 2.1 | 25.9 | 27.6 |
| Real (100%) | | | 2,758 | 1,940 | 818 | 28 | 50 | 692 | 731 | 70.3 | 29.7 | 1.0 | 1.8 | 25.1 | 26.5 |
| Travis (2%) | | | 27,551 | 18,776 | 8,775 | 2,351 | 805 | 5,042 | 5,756 | 68.1 | 31.9 | 8.5 | 2.9 | 18.3 | 20.9 |
| **DISTRICT 22** | 0 | Total: | 766,987 | 324,471 | 442,516 | 119,105 | 99,463 | 216,902 | 310,661 | 42.3 | 57.7 | 15.5 | 13.0 | 28.3 | 40.5 |
| | 0.00 % | VAP: | 557,229 | 252,124 | 305,105 | 82,839 | 68,178 | 146,574 | 212,123 | 45.2 | 54.8 | 14.9 | 12.2 | 26.3 | 38.1 |
| Brazoria (37%) | | | 136,200 | 61,518 | 74,682 | 8,420 | 17,094 | 47,350 | 63,489 | 45.2 | 54.8 | 6.2 | 12.6 | 34.8 | 46.6 |
| Fort Bend (57%) | | | 471,241 | 192,990 | 278,251 | 101,298 | 61,835 | 111,019 | 169,683 | 41.0 | 59.0 | 21.5 | 13.1 | 23.6 | 36.0 |
| Harris (2%) | | | 81,721 | 36,478 | 45,243 | 8,267 | 10,166 | 26,111 | 35,391 | 44.6 | 55.4 | 10.1 | 12.4 | 32.0 | 43.3 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 397-1   Filed 07/01/22   Page 9 of 48

Texas Legislative Council
10/17/21 11:13 PM
Page 9 of 12

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2193**

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 22** | 0 | Total: | 766,987 | 324,471 | 442,516 | 119,105 | 99,463 | 216,902 | 310,661 | 42.3 | 57.7 | 15.5 | 13.0 | 28.3 | 40.5 |
| | 0.00 % | VAP: | 557,229 | 252,124 | 305,105 | 82,839 | 68,178 | 146,574 | 212,123 | 45.2 | 54.8 | 14.9 | 12.2 | 26.3 | 38.1 |
| Matagorda (100%) | | | 36,255 | 15,355 | 20,900 | 856 | 4,330 | 15,455 | 19,466 | 42.4 | 57.6 | 2.4 | 11.9 | 42.6 | 53.7 |
| Wharton (100%) | | | 41,570 | 18,130 | 23,440 | 264 | 6,038 | 16,967 | 22,632 | 43.6 | 56.4 | 0.6 | 14.5 | 40.8 | 54.4 |
| **DISTRICT 23** | 0 | Total: | 766,987 | 217,997 | 548,990 | 27,237 | 37,248 | 482,437 | 512,854 | 28.4 | 71.6 | 3.6 | 4.9 | 62.9 | 66.9 |
| | 0.00 % | VAP: | 568,074 | 177,580 | 390,494 | 18,844 | 26,217 | 340,976 | 363,926 | 31.3 | 68.7 | 3.3 | 4.6 | 60.0 | 64.1 |
| Bexar (17%) | | | 346,094 | 134,771 | 211,323 | 22,308 | 26,259 | 162,758 | 184,954 | 38.9 | 61.1 | 6.4 | 7.6 | 47.0 | 53.4 |
| Brewster (100%) | | | 9,546 | 4,948 | 4,598 | 164 | 287 | 3,963 | 4,176 | 51.8 | 48.2 | 1.7 | 3.0 | 41.5 | 43.7 |
| Crane (100%) | | | 4,675 | 1,342 | 3,333 | 39 | 102 | 3,158 | 3,237 | 28.7 | 71.3 | 0.8 | 2.2 | 67.6 | 69.2 |
| Crockett (100%) | | | 3,098 | 1,080 | 2,018 | 23 | 36 | 1,920 | 1,945 | 34.9 | 65.1 | 0.7 | 1.2 | 62.0 | 62.8 |
| Culberson (100%) | | | 2,188 | 445 | 1,743 | 50 | 48 | 1,645 | 1,673 | 20.3 | 79.7 | 2.3 | 2.2 | 75.2 | 76.5 |
| Dimmit (100%) | | | 8,615 | 898 | 7,717 | 94 | 129 | 7,487 | 7,570 | 10.4 | 89.6 | 1.1 | 1.5 | 86.9 | 87.9 |
| Edwards (100%) | | | 1,422 | 651 | 771 | 26 | 17 | 718 | 725 | 45.8 | 54.2 | 1.8 | 1.2 | 50.5 | 51.0 |
| El Paso (11%) | | | 98,671 | 8,223 | 90,448 | 1,674 | 3,605 | 85,509 | 88,065 | 8.3 | 91.7 | 1.7 | 3.7 | 86.7 | 89.3 |
| Frio (100%) | | | 18,385 | 3,053 | 15,332 | 218 | 767 | 14,171 | 14,897 | 16.6 | 83.4 | 1.2 | 4.2 | 77.1 | 81.0 |
| Hudspeth (100%) | | | 3,202 | 1,094 | 2,108 | 22 | 29 | 2,036 | 2,049 | 34.2 | 65.8 | 0.7 | 0.9 | 63.6 | 64.0 |
| Jeff Davis (100%) | | | 1,996 | 1,282 | 714 | 39 | 28 | 613 | 627 | 64.2 | 35.8 | 2.0 | 1.4 | 30.7 | 31.4 |
| Kinney (100%) | | | 3,129 | 1,489 | 1,640 | 46 | 66 | 1,470 | 1,517 | 47.6 | 52.4 | 1.5 | 2.1 | 47.0 | 48.5 |
| La Salle (100%) | | | 6,664 | 1,467 | 5,197 | 28 | 259 | 4,908 | 5,132 | 22.0 | 78.0 | 0.4 | 3.9 | 73.6 | 77.0 |
| Loving (100%) | | | 64 | 56 | 8 | 3 | 3 | 1 | 3 | 87.5 | 12.5 | 4.7 | 4.7 | 1.6 | 4.7 |
| Maverick (100%) | | | 57,887 | 1,574 | 56,313 | 295 | 307 | 54,936 | 55,107 | 2.7 | 97.3 | 0.5 | 0.5 | 94.9 | 95.2 |
| Medina (100%) | | | 50,748 | 22,324 | 28,424 | 528 | 1,762 | 25,455 | 26,930 | 44.0 | 56.0 | 1.0 | 3.5 | 50.2 | 53.1 |
| Pecos (100%) | | | 15,193 | 3,473 | 11,720 | 183 | 630 | 10,845 | 11,376 | 22.9 | 77.1 | 1.2 | 4.1 | 71.4 | 74.9 |
| Presidio (100%) | | | 6,131 | 961 | 5,170 | 102 | 47 | 4,991 | 5,032 | 15.7 | 84.3 | 1.7 | 0.8 | 81.4 | 82.1 |
| Reagan (100%) | | | 3,385 | 968 | 2,417 | 44 | 78 | 2,283 | 2,339 | 28.6 | 71.4 | 1.3 | 2.3 | 67.4 | 69.1 |
| Reeves (100%) | | | 14,748 | 1,697 | 13,051 | 205 | 332 | 12,510 | 12,748 | 11.5 | 88.5 | 1.4 | 2.3 | 84.8 | 86.4 |
| Schleicher (100%) | | | 2,451 | 1,102 | 1,349 | 28 | 44 | 1,275 | 1,296 | 45.0 | 55.0 | 1.1 | 1.8 | 52.0 | 52.9 |
| Sutton (100%) | | | 3,372 | 1,200 | 2,172 | 24 | 32 | 2,093 | 2,111 | 35.6 | 64.4 | 0.7 | 0.9 | 62.1 | 62.6 |
| Terrell (100%) | | | 760 | 352 | 408 | 13 | 22 | 370 | 384 | 46.3 | 53.7 | 1.7 | 2.9 | 48.7 | 50.5 |
| Upton (100%) | | | 3,308 | 1,318 | 1,990 | 32 | 120 | 1,797 | 1,886 | 39.8 | 60.2 | 1.0 | 3.6 | 54.3 | 57.0 |
| Uvalde (100%) | | | 24,564 | 6,613 | 17,951 | 206 | 268 | 17,317 | 17,462 | 26.9 | 73.1 | 0.8 | 1.1 | 70.5 | 71.1 |
| Val Verde (100%) | | | 47,586 | 7,836 | 39,750 | 574 | 962 | 38,207 | 38,861 | 16.5 | 83.5 | 1.2 | 2.0 | 80.3 | 81.7 |
| Ward (100%) | | | 11,644 | 4,506 | 7,138 | 113 | 666 | 6,325 | 6,847 | 38.7 | 61.3 | 1.0 | 5.7 | 54.3 | 58.8 |
| Winkler (100%) | | | 7,791 | 2,702 | 5,089 | 114 | 210 | 4,732 | 4,883 | 34.7 | 65.3 | 1.5 | 2.7 | 60.7 | 62.7 |
| Zavala (100%) | | | 9,670 | 572 | 9,098 | 42 | 133 | 8,944 | 9,022 | 5.9 | 94.1 | 0.4 | 1.4 | 92.5 | 93.3 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

District Population Analysis with County Subtotals

**CONGRESSIONAL DISTRICTS - PLANC2193**

Texas Legislative Council
10/17/21 11:13 PM
Page 10 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 24** | 0 | Total: | 766,987 | 472,474 | 294,513 | 77,111 | 66,043 | 133,852 | 195,638 | 61.6 | 38.4 | 10.1 | 8.6 | 17.5 | 25.5 |
| | 0.00 % | VAP: | 581,738 | 377,683 | 204,055 | 54,234 | 44,772 | 90,349 | 133,025 | 64.9 | 35.1 | 9.3 | 7.7 | 15.5 | 22.9 |
| Dallas (10%) | | | 258,038 | 167,426 | 90,612 | 27,897 | 15,670 | 42,581 | 57,239 | 64.9 | 35.1 | 10.8 | 6.1 | 16.5 | 22.2 |
| Tarrant (24%) | | | 508,949 | 305,048 | 203,901 | 49,214 | 50,373 | 91,271 | 138,399 | 59.9 | 40.1 | 9.7 | 9.9 | 17.9 | 27.2 |
| **DISTRICT 25** | 0 | Total: | 766,987 | 447,757 | 319,230 | 32,281 | 103,284 | 166,945 | 265,332 | 58.4 | 41.6 | 4.2 | 13.5 | 21.8 | 34.6 |
| | 0.00 % | VAP: | 586,313 | 364,328 | 221,985 | 24,566 | 72,332 | 110,135 | 180,303 | 62.1 | 37.9 | 4.2 | 12.3 | 18.8 | 30.8 |
| Callahan (89%) | | | 12,152 | 10,280 | 1,872 | 93 | 243 | 1,138 | 1,357 | 84.6 | 15.4 | 0.8 | 2.0 | 9.4 | 11.2 |
| Comanche (100%) | | | 13,594 | 9,197 | 4,397 | 62 | 127 | 3,867 | 3,949 | 67.7 | 32.3 | 0.5 | 0.9 | 28.4 | 29.0 |
| Eastland (100%) | | | 17,725 | 13,653 | 4,072 | 169 | 497 | 2,934 | 3,380 | 77.0 | 23.0 | 1.0 | 2.8 | 16.6 | 19.1 |
| Erath (100%) | | | 42,545 | 30,006 | 12,539 | 557 | 1,646 | 9,254 | 10,774 | 70.5 | 29.5 | 1.3 | 3.9 | 21.8 | 25.3 |
| Hood (100%) | | | 61,598 | 49,815 | 11,783 | 755 | 931 | 7,958 | 8,774 | 80.9 | 19.1 | 1.2 | 1.5 | 12.9 | 14.2 |
| Jack (100%) | | | 8,472 | 6,358 | 2,114 | 72 | 350 | 1,521 | 1,836 | 75.0 | 25.0 | 0.8 | 4.1 | 18.0 | 21.7 |
| Johnson (73%) | | | 132,004 | 91,729 | 40,275 | 1,811 | 5,380 | 28,041 | 32,845 | 69.5 | 30.5 | 1.4 | 4.1 | 21.2 | 24.9 |
| Palo Pinto (100%) | | | 28,409 | 20,778 | 7,631 | 345 | 857 | 5,614 | 6,367 | 73.1 | 26.9 | 1.2 | 3.0 | 19.8 | 22.4 |
| Parker (21%) | | | 31,316 | 25,279 | 6,037 | 482 | 534 | 3,980 | 4,461 | 80.7 | 19.3 | 1.5 | 1.7 | 12.7 | 14.2 |
| Somervell (100%) | | | 9,205 | 7,011 | 2,194 | 93 | 115 | 1,687 | 1,773 | 76.2 | 23.8 | 1.0 | 1.2 | 18.3 | 19.3 |
| Stephens (100%) | | | 9,101 | 6,256 | 2,845 | 89 | 327 | 2,204 | 2,503 | 68.7 | 31.3 | 1.0 | 3.6 | 24.2 | 27.5 |
| Tarrant (18%) | | | 382,999 | 163,986 | 219,013 | 27,621 | 91,953 | 95,239 | 183,523 | 42.8 | 57.2 | 7.2 | 24.0 | 24.9 | 47.9 |
| Young (100%) | | | 17,867 | 13,409 | 4,458 | 132 | 324 | 3,508 | 3,790 | 75.0 | 25.0 | 0.7 | 1.8 | 19.6 | 21.2 |
| **DISTRICT 26** | 0 | Total: | 766,987 | 433,991 | 332,996 | 85,771 | 82,275 | 147,447 | 225,258 | 56.6 | 43.4 | 11.2 | 10.7 | 19.2 | 29.4 |
| | 0.00 % | VAP: | 569,880 | 341,892 | 227,988 | 60,224 | 56,050 | 97,018 | 150,908 | 60.0 | 40.0 | 10.6 | 9.8 | 17.0 | 26.5 |
| Cooke (100%) | | | 41,668 | 29,404 | 12,264 | 446 | 1,687 | 8,519 | 10,062 | 70.6 | 29.4 | 1.1 | 4.0 | 20.4 | 24.1 |
| Denton (75%) | | | 679,309 | 370,267 | 309,042 | 84,874 | 79,746 | 130,370 | 205,942 | 54.5 | 45.5 | 12.5 | 11.7 | 19.2 | 30.3 |
| Tarrant (0%) | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Wise (67%) | | | 46,010 | 34,320 | 11,690 | 451 | 842 | 8,558 | 9,254 | 74.6 | 25.4 | 1.0 | 1.8 | 18.6 | 20.1 |
| **DISTRICT 27** | 0 | Total: | 766,987 | 290,582 | 476,405 | 17,623 | 41,818 | 410,805 | 446,110 | 37.9 | 62.1 | 2.3 | 5.5 | 53.6 | 58.2 |
| | 0.00 % | VAP: | 585,427 | 242,429 | 342,998 | 12,872 | 29,835 | 292,191 | 319,412 | 41.4 | 58.6 | 2.2 | 5.1 | 49.9 | 54.6 |
| Aransas (100%) | | | 23,830 | 15,816 | 8,014 | 655 | 394 | 6,158 | 6,486 | 66.4 | 33.6 | 2.7 | 1.7 | 25.8 | 27.2 |
| Bastrop (46%) | | | 44,314 | 19,927 | 24,387 | 697 | 2,329 | 20,580 | 22,667 | 45.0 | 55.0 | 1.6 | 5.3 | 46.4 | 51.2 |
| Bee (100%) | | | 31,047 | 8,600 | 22,447 | 307 | 2,558 | 19,392 | 21,804 | 27.7 | 72.3 | 1.0 | 8.2 | 62.5 | 70.2 |
| Caldwell (100%) | | | 45,883 | 16,560 | 29,323 | 444 | 2,932 | 25,468 | 28,025 | 36.1 | 63.9 | 1.0 | 6.4 | 55.5 | 61.1 |
| Calhoun (100%) | | | 20,106 | 8,374 | 11,732 | 1,169 | 534 | 9,858 | 10,271 | 41.6 | 58.4 | 5.8 | 2.7 | 49.0 | 51.1 |
| De Witt (100%) | | | 19,824 | 10,854 | 8,970 | 105 | 1,867 | 6,890 | 8,564 | 54.8 | 45.2 | 0.5 | 9.4 | 34.8 | 43.2 |
| Goliad (100%) | | | 7,012 | 4,246 | 2,766 | 60 | 349 | 2,288 | 2,569 | 60.6 | 39.4 | 0.9 | 5.0 | 32.6 | 36.6 |
| Gonzales (100%) | | | 19,653 | 8,159 | 11,494 | 122 | 1,391 | 9,897 | 11,074 | 41.5 | 58.5 | 0.6 | 7.1 | 50.4 | 56.3 |
| Jackson (100%) | | | 14,988 | 8,510 | 6,478 | 228 | 1,186 | 4,829 | 5,877 | 56.8 | 43.2 | 1.5 | 7.9 | 32.2 | 39.2 |
| Lavaca (100%) | | | 20,337 | 14,564 | 5,773 | 114 | 1,497 | 3,936 | 5,316 | 71.6 | 28.4 | 0.6 | 7.4 | 19.4 | 26.1 |
| Nueces (100%) | | | 353,178 | 106,165 | 247,013 | 10,625 | 17,679 | 217,052 | 231,480 | 30.1 | 69.9 | 3.0 | 5.0 | 61.5 | 65.5 |

Red-100T
Data: 2020 Census
PLANC2193 10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB Document 397-1 Filed 07/01/22 Page 11 of 48
District Population Analysis with County Subtotals
CONGRESSIONAL DISTRICTS - PLANC2193

Texas Legislative Council
10/17/21 11:13 PM
Page 11 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 27** | 0 | Total: | 766,987 | 290,582 | 476,405 | 17,623 | 41,818 | 410,805 | 446,110 | 37.9 | 62.1 | 2.3 | 5.5 | 53.6 | 58.2 |
| | 0.00 % | VAP: | 585,427 | 242,429 | 342,998 | 12,872 | 29,835 | 292,191 | 319,412 | 41.4 | 58.6 | 2.2 | 5.1 | 49.9 | 54.6 |
| Refugio (100%) | | | 6,741 | 2,864 | 3,877 | 61 | 534 | 3,306 | 3,735 | 42.5 | 57.5 | 0.9 | 7.9 | 49.0 | 55.4 |
| San Patricio (100%) | | | 68,755 | 26,613 | 42,142 | 1,278 | 1,725 | 38,220 | 39,491 | 38.7 | 61.3 | 1.9 | 2.5 | 55.6 | 57.4 |
| Victoria (100%) | | | 91,319 | 39,330 | 51,989 | 1,758 | 6,843 | 42,931 | 48,751 | 43.1 | 56.9 | 1.9 | 7.5 | 47.0 | 53.4 |
| **DISTRICT 28** | 0 | Total: | 766,987 | 132,163 | 634,824 | 12,278 | 43,961 | 577,559 | 615,181 | 17.2 | 82.8 | 1.6 | 5.7 | 75.3 | 80.2 |
| | 0.00 % | VAP: | 552,637 | 106,857 | 445,780 | 8,615 | 31,283 | 402,711 | 431,036 | 19.3 | 80.7 | 1.6 | 5.7 | 72.9 | 78.0 |
| Atascosa (100%) | | | 48,981 | 16,066 | 32,915 | 396 | 736 | 31,178 | 31,684 | 32.8 | 67.2 | 0.8 | 1.5 | 63.7 | 64.7 |
| Bexar (13%) | | | 251,965 | 50,795 | 201,170 | 5,095 | 28,609 | 168,552 | 193,451 | 20.2 | 79.8 | 2.0 | 11.4 | 66.9 | 76.8 |
| Duval (100%) | | | 9,831 | 937 | 8,894 | 66 | 208 | 7,962 | 8,133 | 9.5 | 90.5 | 0.7 | 2.1 | 81.0 | 82.7 |
| Guadalupe (60%) | | | 103,849 | 52,136 | 51,713 | 4,705 | 12,532 | 33,616 | 44,675 | 50.2 | 49.8 | 4.5 | 12.1 | 32.4 | 43.0 |
| Jim Hogg (100%) | | | 4,838 | 414 | 4,424 | 36 | 11 | 4,281 | 4,287 | 8.6 | 91.4 | 0.7 | 0.2 | 88.5 | 88.6 |
| McMullen (100%) | | | 600 | 353 | 247 | 13 | 17 | 224 | 231 | 58.8 | 41.2 | 2.2 | 2.8 | 37.3 | 38.5 |
| Starr (100%) | | | 65,920 | 1,171 | 64,749 | 152 | 162 | 64,393 | 64,454 | 1.8 | 98.2 | 0.2 | 0.2 | 97.7 | 97.8 |
| Webb (100%) | | | 267,114 | 9,495 | 257,619 | 1,774 | 1,647 | 254,354 | 255,249 | 3.6 | 96.4 | 0.7 | 0.6 | 95.2 | 95.6 |
| Zapata (100%) | | | 13,889 | 796 | 13,093 | 41 | 39 | 12,999 | 13,017 | 5.7 | 94.3 | 0.3 | 0.3 | 93.6 | 93.7 |
| **DISTRICT 29** | 0 | Total: | 766,987 | 63,916 | 703,071 | 21,429 | 113,132 | 571,563 | 677,318 | 8.3 | 91.7 | 2.8 | 14.8 | 74.5 | 88.3 |
| | 0.00 % | VAP: | 547,845 | 54,519 | 493,326 | 16,686 | 80,103 | 396,804 | 473,139 | 10.0 | 90.0 | 3.0 | 14.6 | 72.4 | 86.4 |
| Harris (16%) | | | 766,987 | 63,916 | 703,071 | 21,429 | 113,132 | 571,563 | 677,318 | 8.3 | 91.7 | 2.8 | 14.8 | 74.5 | 88.3 |
| **DISTRICT 30** | 0 | Total: | 766,987 | 135,970 | 631,017 | 30,062 | 324,212 | 276,371 | 593,069 | 17.7 | 82.3 | 3.9 | 42.3 | 36.0 | 77.3 |
| | 0.00 % | VAP: | 577,974 | 123,551 | 454,423 | 23,959 | 242,224 | 185,018 | 423,612 | 21.4 | 78.6 | 4.1 | 41.9 | 32.0 | 73.3 |
| Dallas (27%) | | | 714,337 | 125,608 | 588,729 | 21,893 | 303,130 | 263,188 | 559,466 | 17.6 | 82.4 | 3.1 | 42.4 | 36.8 | 78.3 |
| Tarrant (2%) | | | 52,650 | 10,362 | 42,288 | 8,169 | 21,082 | 13,183 | 33,603 | 19.7 | 80.3 | 15.5 | 40.0 | 25.0 | 63.8 |
| **DISTRICT 31** | 0 | Total: | 766,987 | 453,212 | 313,775 | 47,009 | 75,716 | 176,860 | 245,079 | 59.1 | 40.9 | 6.1 | 9.9 | 23.1 | 32.0 |
| | 0.00 % | VAP: | 574,120 | 361,417 | 212,703 | 31,029 | 51,356 | 116,544 | 164,576 | 63.0 | 37.0 | 5.4 | 8.9 | 20.3 | 28.7 |
| Bell (53%) | | | 195,972 | 109,835 | 86,137 | 6,976 | 28,523 | 47,699 | 73,510 | 56.0 | 44.0 | 3.6 | 14.6 | 24.3 | 37.5 |
| Bosque (100%) | | | 18,235 | 13,621 | 4,614 | 148 | 503 | 3,321 | 3,737 | 74.7 | 25.3 | 0.8 | 2.8 | 18.2 | 20.5 |
| Burnet (100%) | | | 49,130 | 34,810 | 14,320 | 629 | 1,011 | 11,199 | 12,068 | 70.9 | 29.1 | 1.3 | 2.1 | 22.8 | 24.6 |
| Coryell (100%) | | | 83,093 | 46,213 | 36,880 | 3,238 | 15,290 | 16,482 | 30,436 | 55.6 | 44.4 | 3.9 | 18.4 | 19.8 | 36.6 |
| Hamilton (100%) | | | 8,222 | 6,805 | 1,417 | 63 | 68 | 1,045 | 1,104 | 82.8 | 17.2 | 0.8 | 0.8 | 12.7 | 13.4 |
| Williamson (68%) | | | 412,335 | 241,928 | 170,407 | 35,955 | 30,321 | 97,114 | 124,224 | 58.7 | 41.3 | 8.7 | 7.4 | 23.6 | 30.1 |
| **DISTRICT 32** | 0 | Total: | 766,987 | 247,121 | 519,866 | 72,967 | 161,336 | 279,559 | 435,345 | 32.2 | 67.8 | 9.5 | 21.0 | 36.4 | 56.8 |
| | 0.00 % | VAP: | 593,970 | 214,855 | 379,115 | 57,884 | 120,350 | 193,923 | 311,293 | 36.2 | 63.8 | 9.7 | 20.3 | 32.6 | 52.4 |
| Collin (7%) | | | 76,520 | 29,420 | 47,100 | 17,651 | 9,421 | 19,028 | 28,072 | 38.4 | 61.6 | 23.1 | 12.3 | 24.9 | 36.7 |
| Dallas (25%) | | | 651,845 | 206,954 | 444,891 | 51,492 | 139,805 | 248,836 | 383,957 | 31.7 | 68.3 | 7.9 | 21.4 | 38.2 | 58.9 |
| Denton (4%) | | | 38,622 | 10,747 | 27,875 | 3,824 | 12,110 | 11,695 | 23,316 | 27.8 | 72.2 | 9.9 | 31.4 | 30.3 | 60.4 |

Red-100T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

District Population Analysis with County Subtotals
**CONGRESSIONAL DISTRICTS - PLANC2193**

Texas Legislative Council
10/17/21 11:13 PM
Page 12 of 12

| | Deviation | | Total | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 33** | 0 | Total: | 766,987 | 101,512 | 665,475 | 67,105 | 155,365 | 442,093 | 591,332 | 13.2 | 86.8 | 8.7 | 20.3 | 57.6 | 77.1 |
| | 0.00 % | VAP: | 555,227 | 87,980 | 467,247 | 48,580 | 113,394 | 302,355 | 412,701 | 15.8 | 84.2 | 8.7 | 20.4 | 54.5 | 74.3 |
| Dallas (15%) | | | 402,667 | 51,918 | 350,749 | 51,698 | 50,885 | 247,193 | 295,300 | 12.9 | 87.1 | 12.8 | 12.6 | 61.4 | 73.3 |
| Tarrant (17%) | | | 364,320 | 49,594 | 314,726 | 15,407 | 104,480 | 194,900 | 296,032 | 13.6 | 86.4 | 4.2 | 28.7 | 53.5 | 81.3 |
| **DISTRICT 34** | 0 | Total: | 766,987 | 60,732 | 706,255 | 6,582 | 6,954 | 692,562 | 696,543 | 7.9 | 92.1 | 0.9 | 0.9 | 90.3 | 90.8 |
| | 0.00 % | VAP: | 542,730 | 51,797 | 490,933 | 5,090 | 4,506 | 480,349 | 483,389 | 9.5 | 90.5 | 0.9 | 0.8 | 88.5 | 89.1 |
| Cameron (100%) | | | 421,017 | 37,107 | 383,910 | 3,637 | 3,410 | 376,680 | 378,477 | 8.8 | 91.2 | 0.9 | 0.8 | 89.5 | 89.9 |
| Hidalgo (34%) | | | 294,416 | 15,019 | 279,397 | 1,751 | 1,613 | 276,090 | 276,722 | 5.1 | 94.9 | 0.6 | 0.5 | 93.8 | 94.0 |
| Kenedy (100%) | | | 350 | 73 | 277 | 10 | 12 | 261 | 264 | 20.9 | 79.1 | 2.9 | 3.4 | 74.6 | 75.4 |
| Kleberg (100%) | | | 31,040 | 6,728 | 24,312 | 973 | 1,361 | 21,920 | 23,006 | 21.7 | 78.3 | 3.1 | 4.4 | 70.6 | 74.1 |
| Willacy (100%) | | | 20,164 | 1,805 | 18,359 | 211 | 558 | 17,611 | 18,074 | 9.0 | 91.0 | 1.0 | 2.8 | 87.3 | 89.6 |
| **DISTRICT 35** | 0 | Total: | 766,987 | 200,819 | 566,168 | 33,906 | 111,684 | 422,580 | 522,669 | 26.2 | 73.8 | 4.4 | 14.6 | 55.1 | 68.1 |
| | 0.00 % | VAP: | 583,808 | 173,708 | 410,100 | 26,860 | 81,035 | 299,295 | 374,702 | 29.8 | 70.2 | 4.6 | 13.9 | 51.3 | 64.2 |
| Bexar (15%) | | | 303,792 | 61,060 | 242,732 | 10,825 | 54,095 | 180,995 | 228,995 | 20.1 | 79.9 | 3.6 | 17.8 | 59.6 | 75.4 |
| Comal (16%) | | | 25,338 | 13,504 | 11,834 | 751 | 1,372 | 9,308 | 10,493 | 53.3 | 46.7 | 3.0 | 5.4 | 36.7 | 41.4 |
| Hays (57%) | | | 136,865 | 48,292 | 88,573 | 6,796 | 10,209 | 70,880 | 79,614 | 35.3 | 64.7 | 5.0 | 7.5 | 51.8 | 58.2 |
| Travis (23%) | | | 300,992 | 77,963 | 223,029 | 15,534 | 46,008 | 161,397 | 203,567 | 25.9 | 74.1 | 5.2 | 15.3 | 53.6 | 67.6 |
| **DISTRICT 36** | 0 | Total: | 766,987 | 378,381 | 388,606 | 36,233 | 103,866 | 237,028 | 335,812 | 49.3 | 50.7 | 4.7 | 13.5 | 30.9 | 43.8 |
| | 0.00 % | VAP: | 578,116 | 306,182 | 271,934 | 27,369 | 74,367 | 158,989 | 231,007 | 53.0 | 47.0 | 4.7 | 12.9 | 27.5 | 40.0 |
| Chambers (100%) | | | 46,571 | 29,858 | 16,713 | 879 | 3,763 | 10,952 | 14,512 | 64.1 | 35.9 | 1.9 | 8.1 | 23.5 | 31.2 |
| Hardin (100%) | | | 56,231 | 46,934 | 9,297 | 608 | 3,559 | 3,417 | 6,891 | 83.5 | 16.5 | 1.1 | 6.3 | 6.1 | 12.3 |
| Harris (9%) | | | 435,982 | 177,933 | 258,049 | 30,549 | 46,409 | 176,656 | 219,160 | 40.8 | 59.2 | 7.0 | 10.6 | 40.5 | 50.3 |
| Jasper (100%) | | | 32,980 | 23,795 | 9,185 | 193 | 5,950 | 2,198 | 8,107 | 72.1 | 27.9 | 0.6 | 18.0 | 6.7 | 24.6 |
| Jefferson (28%) | | | 71,580 | 25,266 | 46,314 | 3,074 | 31,598 | 11,144 | 42,237 | 35.3 | 64.7 | 4.3 | 44.1 | 15.6 | 59.0 |
| Liberty (100%) | | | 91,628 | 50,044 | 41,584 | 734 | 8,052 | 30,797 | 38,563 | 54.6 | 45.4 | 0.8 | 8.8 | 33.6 | 42.1 |
| Newton (100%) | | | 12,217 | 9,249 | 2,968 | 50 | 2,253 | 344 | 2,571 | 75.7 | 24.3 | 0.4 | 18.4 | 2.8 | 21.0 |
| Tyler (100%) | | | 19,798 | 15,302 | 4,496 | 146 | 2,282 | 1,520 | 3,771 | 77.3 | 22.7 | 0.7 | 11.5 | 7.7 | 19.0 |
| **DISTRICT 37** | 0 | Total: | 766,987 | 402,448 | 364,539 | 90,108 | 55,043 | 209,889 | 259,115 | 52.5 | 47.5 | 11.7 | 7.2 | 27.4 | 33.8 |
| | 0.00 % | VAP: | 622,654 | 344,351 | 278,303 | 69,769 | 42,510 | 156,490 | 195,471 | 55.3 | 44.7 | 11.2 | 6.8 | 25.1 | 31.4 |
| Travis (55%) | | | 706,338 | 372,066 | 334,272 | 78,120 | 49,584 | 197,976 | 242,257 | 52.7 | 47.3 | 11.1 | 7.0 | 28.0 | 34.3 |
| Williamson (10%) | | | 60,649 | 30,382 | 30,267 | 11,988 | 5,459 | 11,913 | 16,858 | 50.1 | 49.9 | 19.8 | 9.0 | 19.6 | 27.8 |
| **DISTRICT 38** | 0 | Total: | 766,987 | 384,410 | 382,577 | 88,513 | 86,900 | 198,359 | 279,528 | 50.1 | 49.9 | 11.5 | 11.3 | 25.9 | 36.4 |
| | 0.00 % | VAP: | 577,591 | 306,886 | 270,705 | 65,153 | 60,873 | 136,024 | 193,987 | 53.1 | 46.9 | 11.3 | 10.5 | 23.6 | 33.6 |
| Harris (16%) | | | 766,987 | 384,410 | 382,577 | 88,513 | 86,900 | 198,359 | 279,528 | 50.1 | 49.9 | 11.5 | 11.3 | 25.9 | 36.4 |

64211

Red-202T
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 1 of 2

## Population and Voter Data
## with Voter Registration Comparison
## CONGRESSIONAL DISTRICTS - PLANC2193

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Population** | | | | | | **Total Voter Registration** | | | **Non-Suspense Voter Registration** | | |
| 1 | 0.00% | Total: VAP: | 766,987 585,265 | 60.0 63.6 | 40.0 36.4 | 1.6 1.5 | 19.2 18.3 | 17.0 14.1 | 35.7 32.2 | 2020 2018 | 327,136 248,407 | 492,448 469,441 | 6.0 % 5.4 % | 66.4 % 52.9 % | 446,300 424,955 | 6.0 % 5.5 % | 73.3 % 58.5 % |
| 2 | 0.00% | Total: VAP: | 766,987 557,917 | 49.4 53.1 | 50.6 46.9 | 5.6 5.5 | 13.1 12.3 | 30.3 27.1 | 42.6 38.9 | 2020 2018 | 321,243 230,728 | 452,256 413,875 | 14.8 % 13.7 % | 71.0 % 55.7 % | 411,671 369,124 | 15.1 % 14.1 % | 78.0 % 62.5 % |
| 3 | 0.00% | Total: VAP: | 766,987 559,329 | 56.0 59.4 | 44.0 40.6 | 14.6 13.7 | 11.1 10.2 | 16.2 14.3 | 26.8 24.2 | 2020 2018 | 364,991 262,480 | 481,931 429,790 | 7.7 % 7.3 % | 75.7 % 61.1 % | 436,824 385,677 | 7.7 % 7.3 % | 83.6 % 68.1 % |
| 4 | 0.00% | Total: VAP: | 766,987 577,526 | 59.5 63.0 | 40.5 37.0 | 12.8 11.8 | 10.5 9.7 | 14.3 12.4 | 24.3 21.9 | 2020 2018 | 346,258 251,496 | 476,734 435,091 | 6.4 % 6.0 % | 72.6 % 57.8 % | 432,393 389,000 | 6.4 % 5.9 % | 80.1 % 64.7 % |
| 5 | 0.00% | Total: VAP: | 766,987 573,597 | 47.9 52.4 | 52.1 47.6 | 5.3 5.3 | 15.5 14.2 | 29.5 25.8 | 44.4 39.7 | 2020 2018 | 299,653 222,839 | 444,297 415,673 | 13.4 % 12.5 % | 67.4 % 53.6 % | 404,419 376,172 | 13.6 % 12.7 % | 74.1 % 59.2 % |
| 6 | 0.00% | Total: VAP: | 766,987 572,594 | 44.9 48.8 | 55.1 51.2 | 4.2 4.3 | 15.3 14.6 | 33.8 30.2 | 48.5 44.4 | 2020 2018 | 282,891 208,563 | 420,084 390,494 | 15.7 % 14.8 % | 67.3 % 53.4 % | 381,933 347,531 | 15.8 % 15.1 % | 74.1 % 60.0 % |
| 7 | 0.00% | Total: VAP: | 766,987 594,919 | 27.4 30.2 | 72.6 69.8 | 21.5 21.4 | 20.9 19.6 | 30.1 28.3 | 49.9 47.2 | 2020 2018 | 280,002 206,528 | 400,887 371,927 | 14.3 % 14.2 % | 69.8 % 55.5 % | 364,313 331,041 | 14.5 % 14.5 % | 76.9 % 62.4 % |
| 8 | 0.00% | Total: VAP: | 766,987 565,897 | 45.1 48.8 | 54.9 51.2 | 6.7 6.6 | 14.3 13.1 | 32.5 29.7 | 46.0 42.2 | 2020 2018 | 312,310 213,115 | 443,459 394,298 | 16.0 % 15.3 % | 70.4 % 54.0 % | 408,428 355,639 | 16.3 % 15.7 % | 76.5 % 59.9 % |
| 9 | 0.00% | Total: VAP: | 766,987 565,956 | 12.4 13.9 | 87.6 86.1 | 10.6 11.2 | 38.3 38.6 | 39.3 36.4 | 76.3 74.0 | 2020 2018 | 256,891 191,701 | 397,754 375,892 | 19.0 % 18.2 % | 64.6 % 51.0 % | 365,561 340,443 | 19.6 % 18.8 % | 70.3 % 56.3 % |
| 10 | 0.00% | Total: VAP: | 766,987 591,007 | 56.0 59.5 | 44.0 40.5 | 6.5 6.2 | 10.9 10.4 | 24.9 22.0 | 35.2 32.0 | 2020 2018 | 340,642 256,518 | 470,895 432,559 | 11.8 % 11.4 % | 72.3 % 59.3 % | 429,079 388,919 | 11.8 % 11.4 % | 79.4 % 66.0 % |
| 11 | 0.00% | Total: VAP: | 766,987 567,819 | 43.7 47.7 | 56.3 52.3 | 3.0 2.9 | 13.7 12.4 | 38.6 35.2 | 50.9 46.7 | 2020 2018 | 268,989 194,642 | 435,966 407,563 | 24.0 % 23.4 % | 61.7 % 47.8 % | 381,125 353,390 | 24.3 % 23.9 % | 70.6 % 55.1 % |
| 12 | 0.00% | Total: VAP: | 766,987 580,455 | 54.9 58.9 | 45.1 41.1 | 5.3 5.1 | 13.3 12.0 | 24.6 21.7 | 37.1 33.2 | 2020 2018 | 324,389 236,440 | 465,159 420,572 | 13.1 % 12.4 % | 69.7 % 56.2 % | 413,045 366,232 | 13.2 % 12.6 % | 78.5 % 64.6 % |
| 13 | 0.00% | Total: VAP: | 766,987 585,231 | 58.1 62.0 | 41.9 38.0 | 3.2 3.0 | 8.2 7.5 | 28.2 24.6 | 35.7 31.8 | 2020 2018 | 300,228 227,400 | 467,394 449,077 | 15.0 % 14.4 % | 64.2 % 50.6 % | 409,421 391,939 | 14.9 % 14.4 % | 73.3 % 58.0 % |
| 14 | 0.00% | Total: VAP: | 766,987 585,292 | 52.7 56.0 | 47.3 44.0 | 3.6 3.5 | 17.0 16.2 | 25.1 22.4 | 41.4 38.2 | 2020 2018 | 315,381 235,373 | 473,616 452,807 | 13.2 % 12.7 % | 66.6 % 52.0 % | 423,770 403,928 | 13.3 % 12.8 % | 74.4 % 58.3 % |
| 15 | 0.00% | Total: VAP: | 766,987 551,585 | 15.3 17.5 | 84.7 82.5 | 1.4 1.5 | 1.6 1.6 | 81.4 78.9 | 82.6 80.1 | 2020 2018 | 228,654 160,691 | 381,576 355,688 | 67.3 % 67.9 % | 59.9 % 45.2 % | 353,769 329,257 | 67.7 % 68.5 % | 64.6 % 48.8 % |
| 16 | -1 0.00% | Total: VAP: | 766,986 573,880 | 11.7 13.0 | 88.3 87.0 | 2.2 2.1 | 4.5 4.1 | 82.1 80.8 | 85.5 84.2 | 2020 2018 | 246,375 187,882 | 439,914 413,617 | 67.3 % 68.0 % | 56.0 % 45.4 % | 395,362 375,679 | 68.7 % 69.4 % | 62.3 % 50.0 % |
| 17 | 0.00% | Total: VAP: | 766,987 589,524 | 53.0 56.6 | 47.0 43.4 | 3.3 3.1 | 17.0 16.0 | 25.3 22.3 | 41.5 37.8 | 2020 2018 | 303,627 230,050 | 451,454 423,040 | 13.0 % 12.4 % | 67.3 % 54.4 % | 407,101 379,826 | 13.0 % 12.5 % | 74.6 % 60.6 % |
| 18 | 0.00% | Total: VAP: | 766,987 576,291 | 16.7 19.4 | 83.3 80.6 | 5.6 6.2 | 34.5 34.4 | 43.4 39.8 | 76.7 73.4 | 2020 2018 | 241,102 177,823 | 392,351 373,469 | 21.5 % 20.4 % | 61.5 % 47.6 % | 355,808 333,503 | 22.1 % 21.1 % | 67.8 % 53.3 % |
| 19 | 0.00% | Total: VAP: | 766,987 578,679 | 50.2 53.7 | 49.8 46.3 | 2.4 2.4 | 8.0 7.4 | 38.3 34.7 | 45.4 41.7 | 2020 2018 | 280,307 211,157 | 443,317 429,084 | 27.0 % 26.8 % | 63.2 % 49.2 % | 391,946 374,622 | 26.8 % 26.8 % | 71.5 % 56.4 % |
| 20 | 0.00% | Total: VAP: | 766,987 574,548 | 17.6 19.7 | 82.4 80.3 | 4.8 4.7 | 7.7 7.2 | 70.5 68.2 | 76.9 74.6 | 2020 2018 | 263,913 185,646 | 434,037 409,140 | 57.9 % 58.1 % | 60.8 % 45.4 % | 379,282 354,389 | 59.3 % 59.8 % | 69.6 % 52.4 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.

SSVR = Spanish surname voter registration

64211

Red-202T
Data: 2020 Census
PLANC2193 10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 2 of 2

## Population and Voter Data
## with Voter Registration Comparison
### CONGRESSIONAL DISTRICTS - PLANC2193

| District | Deviation | | Total | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Population | | | | | | | Total Voter Registration | | | Non-Suspense Voter Registration | | |
| 21 | 0 | Total: | 766,987 | 58.9 | 41.1 | 3.9 | 4.9 | 30.7 | 34.9 | 2020 | 418,800 | 549,468 | 18.3 % | 76.2 % | 497,094 | 18.0 % | 84.2 % |
| | 0.00% | VAP: | 604,056 | 62.1 | 37.9 | 3.6 | 4.4 | 27.9 | 31.8 | 2018 | 315,654 | 503,954 | 17.8 % | 62.6 % | 450,307 | 17.6 % | 70.1 % |
| 22 | 0 | Total: | 766,987 | 42.3 | 57.7 | 15.5 | 13.0 | 28.3 | 40.5 | 2020 | 336,239 | 458,183 | 17.1 % | 73.4 % | 423,155 | 17.1 % | 79.5 % |
| | 0.00% | VAP: | 557,229 | 45.2 | 54.8 | 14.9 | 12.2 | 26.3 | 38.1 | 2018 | 242,440 | 412,584 | 16.9 % | 58.8 % | 377,168 | 16.9 % | 64.3 % |
| 23 | 0 | Total: | 766,987 | 28.4 | 71.6 | 3.6 | 4.9 | 62.9 | 66.9 | 2020 | 295,515 | 464,945 | 49.2 % | 63.6 % | 420,203 | 49.7 % | 70.3 % |
| | 0.00% | VAP: | 568,074 | 31.3 | 68.7 | 3.3 | 4.6 | 60.0 | 64.1 | 2018 | 210,537 | 427,724 | 49.7 % | 49.2 % | 385,042 | 50.5 % | 54.7 % |
| 24 | 0 | Total: | 766,987 | 61.6 | 38.4 | 10.1 | 8.6 | 17.5 | 25.5 | 2020 | 392,591 | 515,844 | 8.4 % | 76.1 % | 465,688 | 8.4 % | 84.3 % |
| | 0.00% | VAP: | 581,738 | 64.9 | 35.1 | 9.3 | 7.7 | 15.5 | 22.9 | 2018 | 312,625 | 488,363 | 8.0 % | 64.0 % | 432,217 | 8.0 % | 72.3 % |
| 25 | 0 | Total: | 766,987 | 58.4 | 41.6 | 4.2 | 13.5 | 21.8 | 34.6 | 2020 | 334,512 | 481,025 | 10.5 % | 69.5 % | 433,430 | 10.5 % | 77.2 % |
| | 0.00% | VAP: | 586,313 | 62.1 | 37.9 | 4.2 | 12.3 | 18.8 | 30.8 | 2018 | 254,996 | 451,232 | 9.9 % | 56.5 % | 401,375 | 10.0 % | 63.5 % |
| 26 | 0 | Total: | 766,987 | 56.6 | 43.4 | 11.2 | 10.7 | 19.2 | 29.4 | 2020 | 362,471 | 485,812 | 8.9 % | 74.6 % | 443,033 | 8.9 % | 81.8 % |
| | 0.00% | VAP: | 569,880 | 60.0 | 40.0 | 10.6 | 9.8 | 17.0 | 26.5 | 2018 | 253,583 | 436,230 | 8.6 % | 58.1 % | 388,009 | 8.6 % | 65.4 % |
| 27 | 0 | Total: | 766,987 | 37.9 | 62.1 | 2.3 | 5.5 | 53.6 | 58.2 | 2020 | 289,015 | 465,336 | 40.5 % | 62.1 % | 412,975 | 40.7 % | 70.0 % |
| | 0.00% | VAP: | 585,427 | 41.4 | 58.6 | 2.2 | 5.1 | 49.9 | 54.6 | 2018 | 215,608 | 447,227 | 40.7 % | 48.2 % | 393,461 | 41.1 % | 54.8 % |
| 28 | 0 | Total: | 766,987 | 17.2 | 82.8 | 1.6 | 5.7 | 75.3 | 80.2 | 2020 | 251,565 | 432,347 | 62.4 % | 58.2 % | 394,587 | 63.2 % | 63.8 % |
| | 0.00% | VAP: | 552,637 | 19.3 | 80.7 | 1.6 | 5.7 | 72.9 | 78.0 | 2018 | 174,071 | 404,806 | 62.8 % | 43.0 % | 367,935 | 64.0 % | 47.3 % |
| 29 | 0 | Total: | 766,987 | 8.3 | 91.7 | 2.8 | 14.8 | 74.5 | 88.3 | 2020 | 174,623 | 318,461 | 56.2 % | 54.8 % | 297,522 | 57.3 % | 58.7 % |
| | 0.00% | VAP: | 547,845 | 10.0 | 90.0 | 3.0 | 14.6 | 72.4 | 86.4 | 2018 | 127,259 | 303,376 | 55.5 % | 41.9 % | 279,441 | 57.0 % | 45.5 % |
| 30 | 0 | Total: | 766,987 | 17.7 | 82.3 | 3.9 | 42.3 | 36.0 | 77.3 | 2020 | 281,153 | 444,717 | 16.0 % | 63.2 % | 398,463 | 16.6 % | 70.6 % |
| | 0.00% | VAP: | 577,974 | 21.4 | 78.6 | 4.1 | 41.9 | 32.0 | 73.3 | 2018 | 218,322 | 423,058 | 14.8 % | 51.6 % | 373,771 | 15.5 % | 58.4 % |
| 31 | 0 | Total: | 766,987 | 59.1 | 40.9 | 6.1 | 9.9 | 23.1 | 32.0 | 2020 | 341,209 | 476,973 | 12.2 % | 71.5 % | 429,825 | 12.1 % | 79.4 % |
| | 0.00% | VAP: | 574,120 | 63.0 | 37.0 | 5.4 | 8.9 | 20.3 | 28.7 | 2018 | 243,319 | 418,445 | 11.7 % | 58.1 % | 369,275 | 11.7 % | 65.9 % |
| 32 | 0 | Total: | 766,987 | 32.2 | 67.8 | 9.5 | 21.0 | 36.4 | 56.8 | 2020 | 265,313 | 395,735 | 16.1 % | 67.0 % | 349,833 | 16.5 % | 75.8 % |
| | 0.00% | VAP: | 593,970 | 36.2 | 63.8 | 9.7 | 20.3 | 32.6 | 52.4 | 2018 | 208,554 | 375,407 | 15.4 % | 55.6 % | 324,684 | 16.0 % | 64.2 % |
| 33 | 0 | Total: | 766,987 | 13.2 | 86.8 | 8.7 | 20.3 | 57.6 | 77.1 | 2020 | 188,476 | 322,372 | 35.6 % | 58.5 % | 288,541 | 37.1 % | 65.3 % |
| | 0.00% | VAP: | 555,227 | 15.8 | 84.2 | 8.7 | 20.4 | 54.5 | 74.3 | 2018 | 140,833 | 301,129 | 35.1 % | 46.8 % | 263,871 | 37.0 % | 53.4 % |
| 34 | 0 | Total: | 766,987 | 7.9 | 92.1 | 0.9 | 0.9 | 90.3 | 90.8 | 2020 | 206,339 | 384,803 | 80.2 % | 53.6 % | 354,512 | 80.8 % | 58.2 % |
| | 0.00% | VAP: | 542,730 | 9.5 | 90.5 | 0.9 | 0.8 | 88.5 | 89.1 | 2018 | 142,867 | 362,260 | 80.7 % | 39.4 % | 333,686 | 81.4 % | 42.8 % |
| 35 | 0 | Total: | 766,987 | 26.2 | 73.8 | 4.4 | 14.6 | 55.1 | 68.1 | 2020 | 263,761 | 427,321 | 36.0 % | 61.7 % | 374,878 | 36.7 % | 70.4 % |
| | 0.00% | VAP: | 583,808 | 29.8 | 70.2 | 4.6 | 13.9 | 51.3 | 64.2 | 2018 | 185,070 | 383,415 | 36.8 % | 48.3 % | 329,634 | 37.9 % | 56.1 % |
| 36 | 0 | Total: | 766,987 | 49.3 | 50.7 | 4.7 | 13.5 | 30.9 | 43.8 | 2020 | 305,177 | 455,155 | 16.2 % | 67.0 % | 419,312 | 16.4 % | 72.8 % |
| | 0.00% | VAP: | 578,116 | 53.0 | 47.0 | 4.7 | 12.9 | 27.5 | 40.0 | 2018 | 224,698 | 432,529 | 15.1 % | 51.9 % | 392,973 | 15.3 % | 57.2 % |
| 37 | 0 | Total: | 766,987 | 52.5 | 47.5 | 11.7 | 7.2 | 27.4 | 33.8 | 2020 | 385,927 | 537,118 | 13.8 % | 71.9 % | 482,816 | 13.9 % | 79.9 % |
| | 0.00% | VAP: | 622,654 | 55.3 | 44.7 | 11.2 | 6.8 | 25.1 | 31.4 | 2018 | 321,615 | 506,377 | 13.8 % | 63.5 % | 434,593 | 13.9 % | 74.0 % |
| 38 | 0 | Total: | 766,987 | 50.1 | 49.9 | 11.5 | 11.3 | 25.9 | 36.4 | 2020 | 357,671 | 478,963 | 13.2 % | 74.7 % | 444,684 | 13.3 % | 80.4 % |
| | 0.00% | VAP: | 577,591 | 53.1 | 46.9 | 11.3 | 10.5 | 23.6 | 33.6 | 2018 | 270,198 | 447,831 | 12.5 % | 60.3 % | 408,522 | 12.7 % | 66.1 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration

64211

Red-350
Data: 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 1 of 1

Incumbents by District

## CONGRESSIONAL DISTRICTS - PLANC2193

| District | Incumbents |
|---|---|
| 1 | Gohmert - R |
| 2 | Brady - R |
| 3 | Taylor - R |
| 4 | Fallon - R |
| 5 | Gooden - R |
| 6 | Ellzey - R |
| 7 | Fletcher - D |
| 8 | N/A |
| 9 | Green - D |
| 10 | McCaul - R |
| 11 | Pfluger - R |
| 12 | Granger - R |
| 13 | Jackson - R |
| 14 | Weber - R |
| 15 | N/A |
| 16 | Escobar - D |
| 17 | Sessions - R |
| 18 | *Crenshaw - R |
|  | *Jackson Lee - D |
| 19 | Arrington - R |
| 20 | Castro - D |
| 21 | Roy - R |
| 22 | Nehls - R |
| 23 | Gonzales - R |
| 24 | Van Duyne - R |
| 25 | Williams - R |
| 26 | Burgess - R |
| 27 | Cloud - R |
| 28 | Cuellar - D |
| 29 | Garcia - D |
| 30 | Johnson - D |
| 31 | Carter - R |
| 32 | Allred - D |
| 33 | Veasey - D |
| 34 | *Gonzalez - D |
|  | *Vela - D |
| 35 | Doggett - D |
| 36 | Babin - R |
| 37 | N/A |
| 38 | N/A |

* Incumbents paired.

Red-116
Data: 2015-2019 ACS; 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

# American Community Survey Special Tabulation
## Using Census and American Community Survey Data
### CONGRESSIONAL DISTRICTS - PLANC2193

Texas Legislative Council
10/17/21 11:13 PM
Page 1 of 2

| | 2020 Census | | Hispanic CVAP | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 1 | 766,987 | 585,265 | 548,500 (±6,663) | 8.4 (±0.4) | 19.3 (±0.6) | 0.2 (±0.1) | 0.1 (±0.1) | 70.1 (±0.5) | 0.3 (±0.1) | 0.8 (±0.1) | 0.1 (±0.1) | 0.5 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 2 | 766,987 | 557,917 | 473,130 (±7,150) | 19.2 (±0.7) | 11.0 (±0.6) | 0.3 (±0.1) | 0.0 (±0.0) | 65.0 (±0.7) | 0.2 (±0.1) | 3.1 (±0.3) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 3 | 766,987 | 559,329 | 458,990 (±5,709) | 9.8 (±0.5) | 9.3 (±0.5) | 0.3 (±0.1) | 0.0 (±0.1) | 70.9 (±0.6) | 0.4 (±0.1) | 8.2 (±0.5) | 0.0 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 4 | 766,987 | 577,526 | 482,685 (±5,283) | 8.9 (±0.4) | 8.9 (±0.4) | 0.4 (±0.1) | 0.1 (±0.1) | 74.3 (±0.5) | 0.6 (±0.1) | 5.3 (±0.3) | 0.1 (±0.1) | 0.9 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 5 | 766,987 | 573,597 | 475,145 (±6,210) | 16.5 (±0.6) | 14.1 (±0.6) | 0.4 (±0.1) | 0.1 (±0.1) | 63.7 (±0.6) | 0.5 (±0.1) | 3.8 (±0.3) | 0.0 (±0.1) | 0.6 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) |
| 6 | 766,987 | 572,594 | 460,385 (±5,740) | 20.8 (±0.7) | 14.6 (±0.6) | 0.4 (±0.1) | 0.1 (±0.1) | 60.1 (±0.5) | 0.4 (±0.1) | 2.6 (±0.3) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 7 | 766,987 | 594,919 | 434,150 (±6,268) | 19.8 (±0.8) | 19.8 (±0.8) | 0.3 (±0.1) | 0.1 (±0.1) | 41.4 (±0.7) | 0.3 (±0.1) | 17.2 (±0.6) | 0.0 (±0.1) | 0.3 (±0.1) | 0.7 (±0.1) | 0.2 (±0.1) |
| 8 | 766,987 | 565,897 | 448,200 (±7,034) | 20.7 (±0.9) | 12.7 (±0.7) | 0.3 (±0.1) | 0.1 (±0.1) | 60.1 (±0.7) | 0.4 (±0.1) | 4.7 (±0.4) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 9 | 766,987 | 565,956 | 433,694 (±6,856) | 24.4 (±0.8) | 46.8 (±1.0) | 0.3 (±0.1) | 0.1 (±0.1) | 19.1 (±0.6) | 0.1 (±0.1) | 8.6 (±0.4) | 0.1 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 10 | 766,987 | 591,007 | 499,655 (±6,283) | 16.1 (±0.6) | 11.1 (±0.5) | 0.3 (±0.1) | 0.1 (±0.1) | 68.1 (±0.5) | 0.2 (±0.1) | 3.0 (±0.2) | 0.1 (±0.1) | 0.5 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) |
| 11 | 766,987 | 567,819 | 506,180 (±6,480) | 32.0 (±0.8) | 10.7 (±0.5) | 0.3 (±0.1) | 0.1 (±0.1) | 53.6 (±0.5) | 0.3 (±0.1) | 1.4 (±0.2) | 0.3 (±0.1) | 0.6 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) |
| 12 | 766,987 | 580,455 | 499,365 (±6,341) | 16.5 (±0.6) | 10.5 (±0.5) | 0.4 (±0.1) | 0.1 (±0.1) | 67.9 (±0.5) | 0.4 (±0.1) | 2.9 (±0.3) | 0.1 (±0.1) | 0.6 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 13 | 766,987 | 585,231 | 530,695 (±5,525) | 19.6 (±0.5) | 6.3 (±0.3) | 0.3 (±0.1) | 0.1 (±0.1) | 70.3 (±0.4) | 0.6 (±0.1) | 1.5 (±0.2) | 0.1 (±0.1) | 0.7 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 14 | 766,987 | 585,292 | 522,120 (±6,472) | 17.2 (±0.6) | 16.6 (±0.6) | 0.2 (±0.1) | 0.1 (±0.1) | 62.4 (±0.6) | 0.3 (±0.1) | 2.4 (±0.2) | 0.0 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 15 | 766,987 | 551,585 | 408,545 (±6,510) | 73.8 (±0.9) | 1.6 (±0.3) | 0.3 (±0.1) | 0.0 (±0.1) | 23.0 (±0.5) | 0.1 (±0.1) | 1.1 (±0.2) | 0.0 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) |
| 16 | 766,986 | 573,880 | 461,620 (±6,295) | 78.0 (±0.7) | 3.7 (±0.3) | 0.2 (±0.1) | 0.0 (±0.1) | 16.0 (±0.5) | 0.3 (±0.1) | 1.0 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 17 | 766,987 | 589,524 | 533,630 (±6,636) | 16.8 (±0.6) | 16.2 (±0.6) | 0.2 (±0.1) | 0.0 (±0.1) | 63.9 (±0.5) | 0.3 (±0.1) | 1.7 (±0.2) | 0.1 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 18 | 766,987 | 576,291 | 445,505 (±7,216) | 27.9 (±0.8) | 40.9 (±0.9) | 0.3 (±0.1) | 0.2 (±0.1) | 25.0 (±0.7) | 0.2 (±0.1) | 4.8 (±0.3) | 0.1 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 19 | 766,987 | 578,679 | 532,905 (±5,922) | 32.2 (±0.6) | 6.1 (±0.3) | 0.3 (±0.1) | 0.1 (±0.1) | 59.1 (±0.5) | 0.4 (±0.1) | 0.9 (±0.1) | 0.1 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) |
| 20 | 766,987 | 574,548 | 514,780 (±7,136) | 68.1 (±0.8) | 5.7 (±0.4) | 0.3 (±0.1) | 0.0 (±0.1) | 22.7 (±0.6) | 0.2 (±0.1) | 2.0 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 21 | 766,987 | 604,056 | 540,620 (±6,383) | 25.9 (±0.7) | 3.4 (±0.3) | 0.3 (±0.1) | 0.1 (±0.1) | 67.4 (±0.5) | 0.2 (±0.1) | 1.7 (±0.2) | 0.1 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 22 | 766,987 | 557,229 | 453,845 (±6,671) | 23.2 (±0.8) | 11.1 (±0.5) | 0.2 (±0.1) | 0.0 (±0.1) | 54.4 (±0.7) | 0.4 (±0.2) | 9.8 (±0.5) | 0.0 (±0.1) | 0.3 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |
| 23 | 766,987 | 568,074 | 456,265 (±6,367) | 57.8 (±0.9) | 3.9 (±0.3) | 0.2 (±0.1) | 0.1 (±0.1) | 35.1 (±0.5) | 0.4 (±0.1) | 1.6 (±0.2) | 0.1 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) |
| 24 | 766,987 | 581,738 | 523,445 (±5,927) | 11.7 (±0.5) | 6.0 (±0.4) | 0.3 (±0.1) | 0.1 (±0.1) | 74.2 (±0.5) | 0.4 (±0.1) | 5.8 (±0.4) | 0.2 (±0.1) | 0.7 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) |
| 25 | 766,987 | 586,313 | 526,565 (±6,249) | 14.3 (±0.5) | 11.1 (±0.6) | 0.3 (±0.1) | 0.0 (±0.1) | 70.2 (±0.5) | 0.4 (±0.1) | 2.5 (±0.3) | 0.1 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 26 | 766,987 | 569,880 | 474,885 (±5,494) | 12.5 (±0.5) | 8.3 (±0.5) | 0.4 (±0.1) | 0.1 (±0.1) | 71.2 (±0.5) | 0.4 (±0.1) | 5.8 (±0.3) | 0.1 (±0.1) | 0.6 (±0.1) | 0.5 (±0.1) | 0.1 (±0.1) |
| 27 | 766,987 | 585,427 | 538,290 (±6,436) | 48.8 (±0.8) | 4.7 (±0.3) | 0.2 (±0.1) | 0.1 (±0.1) | 44.3 (±0.7) | 0.2 (±0.1) | 1.1 (±0.1) | 0.1 (±0.1) | 0.4 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 28 | 766,987 | 552,637 | 450,425 (±6,133) | 69.5 (±0.8) | 5.8 (±0.4) | 0.1 (±0.1) | 0.1 (±0.1) | 22.8 (±0.7) | 0.1 (±0.1) | 0.8 (±0.1) | 0.0 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 29 | 766,987 | 547,845 | 385,600 (±5,995) | 62.2 (±0.9) | 19.0 (±0.7) | 0.2 (±0.1) | 0.2 (±0.1) | 15.1 (±0.5) | 0.2 (±0.1) | 2.8 (±0.3) | 0.1 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 30 | 766,987 | 577,974 | 476,775 (±6,584) | 20.4 (±0.7) | 49.0 (±0.9) | 0.5 (±0.1) | 0.2 (±0.1) | 26.0 (±0.5) | 0.2 (±0.1) | 2.9 (±0.3) | 0.0 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) | 0.3 (±0.1) |
| 31 | 766,987 | 574,120 | 491,195 (±6,109) | 17.8 (±0.6) | 7.9 (±0.4) | 0.6 (±0.1) | 0.1 (±0.1) | 69.1 (±0.4) | 0.3 (±0.1) | 2.3 (±0.2) | 0.2 (±0.1) | 0.9 (±0.1) | 0.4 (±0.1) | 0.4 (±0.1) |
| 32 | 766,987 | 593,970 | 445,825 (±5,784) | 20.2 (±0.7) | 22.5 (±0.7) | 0.3 (±0.1) | 0.1 (±0.1) | 48.1 (±0.5) | 0.3 (±0.1) | 6.7 (±0.4) | 0.0 (±0.1) | 0.6 (±0.1) | 0.5 (±0.1) | 0.3 (±0.1) |
| 33 | 766,987 | 555,227 | 370,430 (±5,514) | 41.7 (±0.8) | 27.1 (±0.8) | 0.3 (±0.1) | 0.1 (±0.1) | 25.4 (±0.6) | 0.4 (±0.1) | 4.3 (±0.3) | 0.1 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 34 | 766,987 | 542,730 | 417,275 (±6,578) | 86.6 (±0.7) | 0.6 (±0.1) | 0.0 (±0.1) | 0.0 (±0.1) | 12.0 (±0.4) | 0.1 (±0.1) | 0.5 (±0.1) | 0.0 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) | 0.0 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation.  Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis.  The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

64211

Red-116
Data: 2015-2019 ACS; 2020 Census
PLANC2193  10/17/2021 5:38:50 PM

Texas Legislative Council
10/17/21 11:13 PM
Page 2 of 2

# American Community Survey Special Tabulation
## Using Census and American Community Survey Data
### CONGRESSIONAL DISTRICTS - PLANC2193

| | 2020 Census | | Hispanic CVAP | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 35 | 766,987 | 583,808 | 460,755 (±6,421) | 48.0 (±0.9) | 14.0 (±0.6) | 0.5 (±0.1) | 0.2(±0.1) | 33.9 (±0.6) | 0.2 (±0.1) | 2.1 (±0.2) | 0.1 (±0.1) | 0.4 (±0.1) | 0.3 (±0.1) | 0.3 (±0.1) |
| 36 | 766,987 | 578,116 | 506,060 (±6,485) | 20.7 (±0.7) | 13.2 (±0.5) | 0.3 (±0.1) | 0.1(±0.1) | 61.4 (±0.6) | 0.2 (±0.1) | 3.2 (±0.2) | 0.0 (±0.1) | 0.5 (±0.1) | 0.2 (±0.1) | 0.2 (±0.1) |
| 37 | 766,987 | 622,654 | 528,285 (±6,016) | 21.1 (±0.6) | 6.2 (±0.4) | 0.4 (±0.1) | 0.0(±0.1) | 64.8 (±0.5) | 0.2 (±0.1) | 5.6 (±0.3) | 0.0 (±0.1) | 0.5 (±0.1) | 0.8 (±0.1) | 0.3 (±0.1) |
| 38 | 766,987 | 577,591 | 464,745 (±6,038) | 17.7 (±0.7) | 9.5 (±0.6) | 0.3 (±0.1) | 0.0(±0.1) | 63.1 (±0.6) | 0.2 (±0.1) | 8.1 (±0.4) | 0.0 (±0.1) | 0.5 (±0.1) | 0.4 (±0.1) | 0.2 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation.  Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.



U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
PLANC2193
COUNTIES
PLANC2193
Map ID 5900
10/17/21 23:13:07
TLC
50341
2020 Census
PLANC2193 2021-10-17 17:38:50



# BASTROP COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



**BELL COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



**BEXAR COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

50341
2020 Census
PLANC2193    2021-10-17 17:38:50

Map ID 5900
10/17/21 23:13:07



**BOWIE COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

RED RIVER

4

Avery

De Kalb

BOWIE

MORRIS

1

Maud

New Boston

Hooks

Leary

Red Lick

Texarkana

Nash

Wake Village

Redwater

Domino

CASS

Naples

Douglassville

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193    2021-10-17 17:38:50

TLC



# BRAZORIA COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report -Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# CALLAHAN COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
### PLANC2193

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193    2021-10-17 17:38:50



## CHAMBERS COUNTY

**U.S. Congressional Districts**

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# COLLIN COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# COMAL COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

Map ID 5900
10/17/21 23:13:07

TLC



DALLAS COUNTY
U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
PLANC2193
COUNTIES
PLANC2193
Map ID 5900
10/17/21 23:13:07
50341
2020 Census
PLANC2193 2021-10-17 17:38:50
TLC
DENTON
COLLIN
ROCKWALL
TARRANT
DALLAS
KAUFMAN
JOHNSON
ELLIS
26
4
3
24
32
33
25
5
30
6
Flower Mound
Lewisville
Hebron
Carrollton
Richardson
Coppell
Addison
Sachse
Fate
Rockwall
Southlake
Grapevine
Farmers Branch
Rowlett
Garland
Colleyville
Heath
Bedford
Euless
Irving
University Park
Highland Park
McLendon-Chisholm
Fort Worth
Sunnyvale
Mesquite
Forney
Cockrell Hill
Dallas
Balch Springs
Arlington
Grand Prairie
Seagoville
Duncanville
Hutchins
Crandall
Wilmer
DeSoto
Lancaster
Combine
Cedar Hill
Mansfield
Glenn Heights
Ovilla
Red Oak
Oak Leaf
Ferris
Midlothian
Trinity River



# DENTON COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# EL PASO COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
### PLANC2193

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



# FORT BEND COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



**FREESTONE COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



**GUADALUPE COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



# HARRIS COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



HAYS COUNTY
U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
PLANC2193
COUNTIES
PLANC2193
Map ID 5900
10/17/21 23:13:07
50341
2020 Census
PLANC2193 2021-10-17 17:38:50
TLC
BLANCO
HAYS
TRAVIS
BASTROP
KENDALL
COMAL
GUADALUPE
CALDWELL
BEXAR
10
37
35
21
27
15
23
Austin
San Marcos
New Braunfels
Lockhart
Kyle
Buda
Dripping Springs
Wimberley
Woodcreek
Mountain City
Niederwald
Uhland
Martindale
Staples
Luling
Creedmoor
Mustang Ridge
San Leanna
Sunset Valley
Rollingwood
West Lake Hills
Bee Cave
Lakeway
The Hills
Manor
Blanco
Johnson City
Round Mountain
Spring Branch
Bulverde
Bear Creek
Hays



# HIDALGO COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# HUNT COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
### PLANC2193

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193    2021-10-17 17:38:50



# JEFFERSON COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# JOHNSON COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

Map ID 5900
10/17/21 23:13:07

TLC



MONTGOMERY COUNTY
U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
PLANC2193
COUNTIES
PLANC2193
Map ID 5900
10/17/21 23:13:07
50341
2020 Census
PLANC2193 2021-10-17 17:38:50
TLC
WALKER
SAN JACINTO
POLK
GRIMES
MONTGOMERY
LIBERTY
WALLER
HARRIS
17
8
10
36
2
38
18
Huntsville
New Waverly
Coldspring
Shepherd
Willis
Panorama Village
Montgomery
Conroe
Cut and Shoot
North Cleveland
Cleveland
Plantersville
Todd Mission
Magnolia
Woodloch
Splendora
Patton Village
Roman Forest
Woodbranch
Plum Grove
Shenandoah
Oak Ridge North
Stagecoach
Tomball
Houston
Humble
Waller



# PARKER COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193    2021-10-17 17:38:50



**RED RIVER COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193   2021-10-17 17:38:50



# TARRANT COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

Map ID 5900
10/17/21 23:13:07

TLC



**TRAVIS COUNTY**

**U.S. Congressional Districts**
S.B. 6, Conference Committee Report –Filed
**PLANC2193**

COUNTIES
**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193    2021-10-17 17:38:50



# UPSHUR COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# WALKER COUNTY

## U.S. Congressional Districts
S.B. 6, Conference Committee Report –Filed
### PLANC2193

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193    2021-10-17 17:38:50



# WILLIAMSON COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50

TLC



# WISE COUNTY

## U.S. Congressional Districts

S.B. 6, Conference Committee Report –Filed

**PLANC2193**

COUNTIES

**PLANC2193**

Map ID 5900
10/17/21 23:13:07

50341
2020 Census
PLANC2193 2021-10-17 17:38:50