UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB |
| *Plaintiff-Intervenors*, | § § § | [Lead Case] |
| v. | § § | |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |
| **UNITED STATES OF AMERICA**, | § § § | |
| *Movant*, | § § | |
| v. | § § | **Case No. 3:22-MC-00230-DCG** |
| **THOMAS BRYAN,** | § § | [Consolidated Case] |
| *Respondent*. | § § § | |

## ORDER CONSOLIDATING CASE

After reviewing relevant filings in the above referenced cases, the Court finds that they share common questions of law and fact, that consolidation will conserve judicial resources, and best serve the interests of all parties.

**IT IS THEREFORE ORDERED** that for all purposes *United States v. Bryan*, No. 3:22-MC-00230 (W.D. Tex.) is **CONSOLIDATED** with *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.) under Federal Rule of Civil Procedure 42(a)(2).

**IT IS FURTHER ORDERED** that the District Clerk shall **DOCKET** this Order in *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.).

**IT IS FURTHER ORDERED** that the District Clerk shall **DOCKET** ECF Nos. 1 and 2 from *United States v. Bryan*, No. 3:22-MC-00230 (W.D. Tex.) on the docket in *LULAC v. Abbott*, No. 3:21-CV-00259 (W.D. Tex.).

**So ORDERED and SIGNED on this 5th day of July 2022.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE**