UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>  Plaintiffs<br><br>  v.<br><br>GREG ABBOTT, et al.,<br><br>  Defendants. | Civil Action<br><br>Lead Case No.:<br>  3:21-CV-00259-DCG-JES-JVB |
| ROSALINDA RAMOS ABUABARA, et al.,<br><br>  Plaintiffs<br><br>  v.<br><br>JOHN SCOTT, et al.,<br><br>  Defendants. | Consolidated Case No.:<br>  1:21-CV-00965-RP-JES-JVB |

**[PROPOSED] ORDER**

Upon consideration of the Abuabara and LULAC Plaintiffs' Motion to Compel Defendant John Scott to Produce Documents (the "Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant John Scott shall review documents in accordance with the search parameters described in Exhibit A to the Motion, shall promptly produce all non-privileged documents identified using those search parameters that are responsive to Plaintiffs' discovery requests, and shall provide a privilege log for any responsive documents withheld on privilege grounds.

**SO ORDERED** and **SIGNED** this __ day of _____, 2022.

_____
Judge David C. Guaderrama
U.S. District Judge
U.S. District Court for the Western District of Texas

*On behalf of himself and:*

Judge Jerry E. Smith
U.S. Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

Judge Jeffrey V. Brown
U.S. District Judge
U.S. District Court for the Southern District of Texas