**EXHIBIT A**

**PROPOSED SEARCH TERMS, DATE RANGES, AND CUSTODIANS**

**GENERAL REDISTRICTING:**

**Date Range: January 12, 2021 to October 19, 2021**
Total Hits: 14,909
Total Hits + Families: 24,681

| Keyword String | Hits | Hits + Family | Unique hits |
| --- | --- | --- | --- |
| (Congress* OR House OR Senat* OR Legislat*) w/20 (districts OR map* OR boundar* OR plan* OR apportion* or reapportion*) | 4,237 | 7,654 | 1,655 |
| Redistrict* OR gerrymander* OR reapportion* | 5,212 | 7,552 | 2,393 |
| ("tabulation district" OR VTD OR precinct) w/10 (split* OR divid* OR cut* OR district* OR map OR boundar* OR border* OR apportion* OR reapportion*) | 3,222 | 7,223 | 1,859 |
| District* w/10 (map OR boundar* OR plan OR propos* OR apportion* OR reapportion* OR "working group") | 2,922 | 5,881 | 880 |
| (district* OR redistrict*) w/20 ("Constitution" OR "Voting Rights Act" OR VRA OR "Section 2" OR (discriminat* w/3 intent*) OR (discriminat* w/3 result*) OR (discriminat* w/3 purpose) OR Gingles OR "senate factors" OR RPV OR RBV OR "minority cohes*" OR "geograph* compact*" OR disparit* OR suppression OR ("majority" w/6 "single-member district") OR Alford OR ((Dr* OR Randy OR Randolph) w/4 Stevenson)) | 1,886 | 4,385 | 793 |
| (Census OR "Texas Demographic Center" OR TDC OR "Texas population estimates program" OR "American Community Survey" OR ACS) AND (grow* OR increas* OR drop* OR declin* OR change* OR count OR counts OR enumerat* OR estimat* OR deviat* OR ideal OR race OR racial* OR ethnic* OR national* OR language OR minority OR citizen OR immigrant* OR Black OR African OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo*) | 2,068 | 4,073 | 392 |

1

| Query | | | |
|---|---|---|---|
| ("Texas Legislative Council" OR TLC) W/100 (district* OR map OR boundar* OR apportion* OR race OR racial* OR Black OR African OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo* OR ethnic* OR national* OR language OR minority OR citizen* OR immigrant* OR pattern* OR partisan OR party OR Republican* OR Democratic* OR "voter registrat*") | 835 | 2,173 | 557 |
| (Race OR Racial* OR VRA OR "Voting Rights Act" OR "Section 2" OR RPV) w/10 (impact* OR effect* OR stud* OR analysis OR calculat* OR project* OR report* OR audit* OR estimat* OR project* OR memo*) | 955 | 2,074 | 406 |
| District* w/10 (Hispanic* OR Latin* OR Spanish OR Mexican* OR Black* OR African* OR Asian* OR white* OR Anglo* OR coalition* OR minori* OR opportun*) | 751 | 1,900 | 235 |
| (Huffman OR Hunter) w/20 (district* OR map* OR boundar* OR plan* OR propos* OR apportion* OR reapportion* OR Congress*) | 819 | 1,361 | 72 |
| "Senate Bill 7" OR "SB 7" OR SB7 OR "S.B. 7" OR E2100 OR E2106 OR (plan w/3 2106) OR (SBOE w/2 plan) OR ("State Board of Education" w/2 plan) OR (SBOE w/2 map) OR ("State Board of Education" w/2 map) | 644 | 917 | 188 |
| (Census OR ACS OR "American Community Survey") w/10 (district* OR House OR Congress*) | 407 | 796 | 18 |
| (Pair* OR pit*) w/20 (incumbent* OR legislat* OR rep* OR Congress*) | 540 | 744 | 388 |
| bloc* w/10 vot* | 341 | 631 | 114 |
| "majority-minority" OR "majority minority" OR "minority-majority" OR "minority majority" OR MMD | 193 | 495 | 15 |
| "Spanish Surname" OR SSVR OR SSTO OR "Citizen voting age population" OR CVAP OR HCVAP OR BCVAP OR "voting age population" OR VAP OR HVAP OR BVAP | 191 | 420 | 45 |

2

| | | | |
|---|---|---|---|
| "House Bill 1" OR "HB 1" OR HB1 OR "H.B. 1" OR H2100 OR H2316 OR (House w/2 plan) OR (House w/2 map) | 256 | 387 | 15 |
| (Rule* OR "legislative counsel" OR procedur*) AND ("Redistricting Committee" OR "Senate Special Committee on Redistricting") | 230 | 338 | 0 |
| "Senate Bill 4" OR "SB 4" OR SB4 OR "S.B. 4" OR S2100 OR S2168 OR (Senate w/2 plan) OR (Senate w/2 map) | 180 | 288 | 2 |
| "Senate Bill 6" OR "SB 6" OR SB6 OR "S.B. 6" OR C2100 OR (plan w/3 2101) OR C2193 OR (Congressional w/2 plan) OR (Congressional w/2 map) | 174 | 256 | 6 |
| Foltz | 54 | 145 | 10 |
| Shapefile* OR shape-file* OR "shape file" OR blockfile OR block-file OR "block file" | 68 | 114 | 40 |
| polariz* w/10 (race OR racial* OR vot*) | 30 | 59 | 5 |
| Report* w/3 (RED OR PAR) | 28 | 45 | 21 |

3

**HEARINGS & PUBLIC COMMENTS:**

**Date Range: January 12, 2021 to October 19, 2021**
Total Hits: 3,222
Total Hits + Families: 6,079

| Keyword String | Hits | Hits + Family | Unique hits |
|---|---|---|---|
| (Hearing OR meet* OR witness* OR debat* OR deadline* OR testim* OR testif* OR notice OR process* OR outreach OR press OR comm* OR mark* OR amend* OR sign*) w/20 ((district* w/3 (new OR propos* OR plan*)) OR map OR boundar* OR apportion* OR reapportion* OR "Senate Bill 6" OR "SB6" OR "S.B.6" OR "House Bill 1" OR "HB 1" OR HB1 OR "H.B.1" OR "Plan 2101") | 2,483 | 4,854 | 1,909 |
| Redistr* w/20 (amend* OR consider* OR rule* OR delegat*) | 996 | 1,828 | 417 |
| Redistr* w/20 (invit* OR request OR consider OR testif* OR testim*) | 330 | 589 | 126 |
| Redistr* w/20 (Republican* OR "Party" OR NRRT OR RPT OR GOP) | 260 | 332 | 121 |
| Redistrict* w/20 ("Texas Public Policy Foundation" OR TPPF OR "Texas Demographic Center" OR TDC OR "True the Vote" OR TTV) | 6 | 6 | 0 |

4

**HISTORY OF DISCRIMINATION:**

**Date Range: January 1, 2010 to present.**
Total Hits: 7,912
Total Hits + Families: 20,266

| Keyword String | Hits | Hits + Family | Unique hits |
|---|---|---|---|
| Vot* w/20 violat* OR discriminat* OR (intent* w/3 discriminat*) OR (discriminat* w/3 purpose) OR (discrimin* w/3 effect) OR (discriminat* w/3 results OR disparit* OR suppression) | 7,912 | 20,266 | 7,912 |

**OTHER:**

**Date Range: January 1, 2019 to present.**
Total Hits: Unknown
Total Hits +Families: 8,707

| Keyword String | Hits | Hits + Family | Unique Hits |
|---|---|---|---|
| ((Vot* W/5 (turnout * OR regist*)) W/10 (Black OR African OR Hispanic OR latin* OR Spanish OR Mexican OR Asian OR white OR Anglo) | Unknown | 8,707 | Unknown |

5

**CUSTODIANS**

| Custodian |
|---|
| Elections Internet |
| Christina Adkins |
| Kristi Hart |
| Keith Ingram |
| Lillian Eder |
| Melanie Best |
| Tiffany Owens |
| Heidi Martinez |
| Chuck Pinney |
| Krystine Ramon |
| Lena Proft |
| Kate Fisher |
| Emily Harwell |
| Julie Nanyes |
| Alexandra Hill |
| Andre Montgomery |
| Tamara Schoonmaker |