**Subject:** Re: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

**Date:** Tuesday, June 14, 2022 at 11:38:38 AM Eastern Daylight Time

**From:** David Fox

**To:** Jack DiSorbo

**CC:** Ryan Kercher, Patrick Sweeten, Will Thompson, Ari Herbert, mark@markgaber.com, SMcCaffity@textrial.com, nperales@MALDEF.org, garybledsoe@sbcglobal.net, martin.golando@gmail.com, gainesjesse@ymail.com, fmenendez@maldef.org, Quesada@textrial.com, chad@brazilanddunn.com, robert@notzonlaw.com, aharris@aclutx.org, noor@scsj.org, Francesca Gibson, Daniel.Freeman@usdoj.gov, Abha Khanna, Timothy.F.Mellett@usdoj.gov, erosenberg@lawyerscommittee.org, Rich Medina, pchaudhuri@lawyerscommittee.org, Kevin Hamilton, sfgold@lawyerscommittee.org, jgonzalez@malc.org, sserna@maldef.org, Renea Hicks (rhicks@renea-hicks.com), Courtney Corbello, Munera Al-Fuhaid

**Exhibit O**

Thanks, Jack.

We'll try to further narrow the "Other" category.

With respect to the remaining categories, please let me know when you're available to discuss today or tomorrow. Those hit counts seem reasonable to me, especially because they do not (as I understand it) reflect any deduplication or consolidation of email threads. But if there are particular terms that you believe are pulling in large numbers of irrelevant documents, we're certainly happy to discuss narrowing particular terms.

Thanks,

David

**David R. Fox**
Elias Law Group LLP
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Date:** Tuesday, June 14, 2022 at 11:22 AM
**To:** David Fox <dfox@elias.law>
**Cc:** Ryan Kercher <Ryan.Kercher@oag.texas.gov>, Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Will Thompson <Will.Thompson@oag.texas.gov>, Ari Herbert <Ari.Herbert@oag.texas.gov>, mark@markgaber.com <mark@markgaber.com>, SMcCaffity@textrial.com <SMcCaffity@textrial.com>, nperales@MALDEF.org <nperales@MALDEF.org>, garybledsoe@sbcglobal.net <garybledsoe@sbcglobal.net>, martin.golando@gmail.com <martin.golando@gmail.com>, gainesjesse@ymail.com <gainesjesse@ymail.com>, fmenendez@maldef.org <fmenendez@maldef.org>, Quesada@textrial.com <Quesada@textrial.com>, chad@brazilanddunn.com

<chad@brazilanddunn.com>, robert@notzonlaw.com <robert@notzonlaw.com>, aharris@aclutx.org <aharris@aclutx.org>, noor@scsj.org <noor@scsj.org>, Francesca Gibson <fgibson@elias.law>, Daniel.Freeman@usdoj.gov <Daniel.Freeman@usdoj.gov>, Abha Khanna <akhanna@elias.law>, Timothy.F.Mellett@usdoj.gov <Timothy.F.Mellett@usdoj.gov>, erosenberg@lawyerscommittee.org <erosenberg@lawyerscommittee.org>, Rich Medina <rmedina@elias.law>, pchaudhuri@lawyerscommittee.org <pchaudhuri@lawyerscommittee.org>, Kevin Hamilton <KHamilton@perkinscoie.com>, sfgold@lawyerscommittee.org <sfgold@lawyerscommittee.org>, jgonzalez@malc.org <jgonzalez@malc.org>, sserna@maldef.org <sserna@MALDEF.ORG>, Renea Hicks (rhicks@renea-hicks.com) <rhicks@renea-hicks.com>, Courtney Corbello <Courtney.Corbello@oag.texas.gov>, Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>

**Subject:** RE: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

Counsel,

We have run the most recently amended proposed search term. The results are summarized as follows.

## SUMMARY:

### OVERALL HIT COUNT:

Total Hits:        147,693
Total Hits + F:    231,708

### GENERAL REDISTRICTING (20220517):

Total Hits:       14,909
Total Hits +F:    24,681

| Keyword String | Hits | Hits + Fam |
|---|---|---|
| (Congress* OR House OR Senat* OR Legislat*) w/20 (districts OR map* OR boundar* OR plan* OR apportion* or reapportion*) | 4,237 | 7,654 |
| Redistrict* OR gerrymander* OR reapportion* | 5,212 | 7,552 |
| ("tabulation district" OR VTD OR precinct) w/10 (split* OR divid* OR cut* OR district* OR map OR boundar* OR border* OR apportion* OR reapportion*) | 3,222 | 7,223 |

| | | |
|---|---|---|
| District* w/10 (map OR boundar* OR plan OR propos* OR apportion* OR reapportion* OR "working group") | 2,922 | 5,881 |
| (district* OR redistrict*) w/20 ("Constitution" OR "Voting Rights Act" OR VRA OR "Section 2" OR (discriminat* w/3 intent*) OR (discriminat* w/3 result*) OR (discriminat* w/3 purpose) OR Gingles OR "senate factors" OR RPV OR RBV OR "minority cohes*" OR "geograph* compact*" OR disparit* OR suppression OR ("majority" w/6 "single-member district") OR Alford OR ((Dr* OR Randy OR Randolph) w/4 Stevenson)) | 1,886 | 4,385 |
| (Census OR "Texas Demographic Center" OR TDC OR "Texas population estimates program" OR "American Community Survey" OR ACS) AND (grow* OR increas* OR drop* OR declin* OR change* OR count OR counts OR enumerat* OR estimat* OR deviat* OR ideal OR race OR racial* OR ethnic* OR national* OR language OR minority OR citizen OR immigrant* OR Black OR African OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo*) | 2,068 | 4,073 |
| ("Texas Legislative Council" OR TLC) W/100 (district* OR map OR boundar* OR apportion* OR race OR racial* OR Black OR African OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo* OR ethnic* OR national* OR language OR minority OR citizen* OR immigrant* OR pattern* OR partisan OR party OR Republican* OR Democratic* OR "voter registrat*") | 835 | 2,173 |
| (Race OR Racial* OR VRA OR "Voting Rights Act" OR "Section 2" OR RPV) w/10 (impact* OR effect* OR stud* OR analysis OR calculat* OR project* OR report* OR audit* OR estimat* OR project* OR memo*) | 955 | 2,074 |
| District* w/10 (Hispanic* OR Latin* OR Spanish OR Mexican* OR Black* OR African* OR Asian* OR white* OR Anglo* OR coalition* OR minori* OR opportun*) | 751 | 1,900 |
| (Huffman OR Hunter) w/20 (district* OR map* OR boundar* OR plan* OR propos* OR apportion* OR reapportion* OR Congress*) | 819 | 1,361 |
| "Senate Bill 7" OR "SB 7" OR SB7 OR "S.B. 7" OR E2100 OR E2106 OR (plan w/3 2106) OR (SBOE w/2 plan) OR ("State Board of Education" w/2 plan) OR (SBOE w/2 map) OR ("State Board of Education" w/2 map) | 644 | 917 |

| Keyword String | Hits | Hits + Fan |
|---|---|---|
| (Census OR ACS OR "American Community Survey") w/10 (district* OR House OR Congress*) | 407 | 796 |
| (Pair* OR pit*) w/20 (incumbent* OR legislat* OR rep* OR Congress*) | 540 | 744 |
| bloc* w/10 vot* | 341 | 631 |
| "majority-minority" OR "majority minority" OR "minority-majority" OR "minority majority" OR MMD | 193 | 495 |
| "Spanish Surname" OR SSVR OR SSTO OR "Citizen voting age population" OR CVAP OR HCVAP OR BCVAP OR "voting age population" OR VAP OR HVAP OR BVAP | 191 | 420 |
| "House Bill 1" OR "HB 1" OR HB1 OR "H.B. 1" OR H2100 OR H2316 OR (House w/2 plan) OR (House w/2 map) | 256 | 387 |
| (Rule* OR "legislative counsel" OR procedur*) AND ("Redistricting Committee" OR "Senate Special Committee on Redistricting") | 230 | 338 |
| "Senate Bill 4" OR "SB 4" OR SB4 OR "S.B. 4" OR S2100 OR S2168 OR (Senate w/2 plan) OR (Senate w/2 map) | 180 | 288 |
| "Senate Bill 6" OR "SB 6" OR SB6 OR "S.B. 6" OR C2100 OR (plan w/3 2101) OR C2193 OR (Congressional w/2 plan) OR (Congressional w/2 map) | 174 | 256 |
| Foltz | 54 | 145 |
| Shapefile* OR shape-file* OR "shape file" OR blockfile OR block-file OR "block file" | 68 | 114 |
| polariz* w/10 (race OR racial* OR vot*) | 30 | 59 |
| Report* w/3 (RED OR PAR) | 28 | 45 |

## HEARINGS & PUBLIC COMMENTS (20220517):

Total Hits:           3,222
Total Hits + F:       6,079

| Keyword String | Hits | Hits + Fan |
|---|---|---|
| (Hearing OR meet* OR witness* OR debat* OR deadline* OR testim* OR testif* OR notice OR process* OR outreach OR press OR comm* OR mark* OR amend* OR sign*) w/20 ((district* w/3 (new OR propos* OR plan*)) OR map OR boundar* OR apportion* OR reapportion* OR "Senate Bill 6" OR "SB6" OR "S.B.6" OR "House Bill 1" OR "HB 1" OR HB1 OR "H.B.1" OR "Plan 2101") | 2,483 | 4,854 |

| | | |
|---|---|---|
| Redistr* w/20 (amend* OR consider* OR rule* OR delegat*) | 996 | 1,828 |
| Redistr* w/20 (invit* OR request OR consider OR testif* OR testim*) | 330 | 589 |
| Redistr* w/20 (Republican* OR "Party" OR NRRT OR RPT OR GOP) | 260 | 332 |
| Redistrict* w/20 ("Texas Public Policy Foundation" OR TPPF OR "Texas Demographic Center" OR TDC OR "True the Vote" OR TTV) | 6 | 6 |

## HISTORY OF DISCRIMINATION (20220517):

Total Hits:              7,912
Total Hits +F:        20,266

| Keyword String | Hits | Hits + Family |
|---|---|---|
| Vot* w/20 violat* OR discriminat* OR (intent* w/3 discriminat*) OR (discriminat* w/3 purpose) OR (discrimin* w/3 effect) OR (discriminat* w/3 results OR disparit* OR suppression) | 7,912 | 20,266 |

## OTHER (20220613):

Total Hits:              141,320
Total Hits +F:        225,148

| Keyword String | Hits | Hits + Fa |
|---|---|---|
| ((Vot* W/5 (turnout OR pattern* OR regist* OR elect*)) AND (racial OR ethnic* OR minorit* OR Black OR African OR Hispanic OR latin* OR Spanish OR Mexican OR Asian OR white OR Anglo OR immigrant* OR citizen* OR (Spanish W/3 Surname) OR undocumented OR (illegal* W/3 immigr*))) | 68,509 | 133,9 |
| (district* OR map OR boundar* OR apportion* OR reapportion*) AND (consultant OR attorney OR lawyer OR engag* OR contract* OR invoice OR service*) | 74,195 | 131,2 |
| (Bill* OR legis* OR propos*) W/10 (race OR racial* OR racis* OR slavery OR "critical race theory" OR CRT OR Black OR African OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo* OR ethnic* OR minorit* OR citizen* OR immigrant* OR pattern* OR election* OR bail* OR undocumented OR (illegal* W/3 immigr*)) | 33,963 | 74,4 |

| | | |
|---|---|---|
| (Agreement* OR arrangement OR contract* OR pay* OR service* OR engag* OR employ* OR consult* OR represent* OR retention OR retain*) AND ("Michael Best" OR Barton OR Foltz OR "National Republican Redistricting Trust" OR NRRT OR "Republican Party" OR GOP) | 13,955 | 35,6 |

## CUSTODIANS

### OVERALL HIT COUNT:

| Custodian | Doc Count |
|---|---:|
| Elections Internet | 100,400 |
| Christina Adkins | 96,728 |
| Kristi Hart | 89,708 |
| Keith Ingram | 83,343 |
| Lillian Eder | 56,645 |
| Melanie Best | 55,239 |
| Tiffany Owens | 51,083 |
| Heidi Martinez | 47,270 |
| Chuck Pinney | 43,335 |
| Krystine Ramon | 42,762 |
| Lena Proft | 39,139 |
| Kate Fisher | 36,807 |
| Emily Harwell | 30,653 |
| Julie Nanyes | 15,025 |
| Alexandra Hill | 9,655 |
| Andre Montgomery | 9,452 |
| Tamara Schoonmaker | 7,229 |
| Texas Secretary of State | 506 |
| NULL | 24 |

### GENERAL REDISTRICTING:

| Custodian | Doc Count |
|---|---|

| | |
|---|---|
| Christina Adkins | 10,764 |
| Keith Ingram | 9,438 |
| Kristi Hart | 8,931 |
| Elections Internet | 8,119 |
| Melanie Best | 6,025 |
| Lillian Eder | 5,364 |
| Krystine Ramon | 5,272 |
| Lena Proft | 5,111 |
| Heidi Martinez | 4,776 |
| Kate Fisher | 4,697 |
| Chuck Pinney | 3,910 |
| Tiffany Owens | 3,188 |
| Emily Harwell | 1,665 |
| Julie Nanyes | 689 |
| Tamara Schoonmaker | 219 |
| Alexandra Hill | 49 |
| NULL | 5 |
| Andre Montgomery | 2 |

## HEARINGS & PUBLIC COMMENTS:

| Custodian | Doc Count |
|---|---|
| Christina Adkins | 3,251 |
| Keith Ingram | 2,943 |
| Melanie Best | 2,215 |
| Heidi Martinez | 2,087 |
| Krystine Ramon | 1,958 |
| Lena Proft | 1,834 |
| Elections Internet | 1,742 |
| Kristi Hart | 1,713 |
| Chuck Pinney | 1,434 |
| Kate Fisher | 852 |
| Tiffany Owens | 617 |
| Lillian Eder | 387 |
| Emily Harwell | 241 |
| Tamara Schoonmaker | 91 |
| Julie Nanyes | 23 |
| Alexandra Hill | 1 |

## HISTORY OF DISCRIMINATION:

| Custodian | Doc Count |
|---|---|

| | |
|---|---:|
| Christina Adkins | 13,387 |
| Keith Ingram | 12,264 |
| Elections Internet | 10,311 |
| Kristi Hart | 5,266 |
| Melanie Best | 4,677 |
| Heidi Martinez | 4,599 |
| Chuck Pinney | 4,465 |
| Lena Proft | 4,461 |
| Krystine Ramon | 3,739 |
| Tiffany Owens | 3,465 |
| Kate Fisher | 3,373 |
| Lillian Eder | 2,387 |
| Tamara Schoonmaker | 1,926 |
| Emily Harwell | 1,840 |
| Andre Montgomery | 969 |
| Julie Nanyes | 920 |
| Alexandra Hill | 778 |
| NULL | 2 |

**OTHER:**

| Custodian | Doc Count |
|---|---:|
| Elections Internet | 98,851 |
| Christina Adkins | 94,592 |
| Kristi Hart | 88,155 |
| Keith Ingram | 81,400 |
| Lillian Eder | 55,468 |
| Melanie Best | 54,130 |
| Tiffany Owens | 50,664 |
| Heidi Martinez | 46,483 |
| Chuck Pinney | 42,551 |
| Krystine Ramon | 42,131 |
| Lena Proft | 38,376 |
| Kate Fisher | 36,194 |
| Emily Harwell | 30,335 |
| Julie Nanyes | 14,964 |

| Alexandra Hill | 9,605 |
|---|---|
| Andre Montgomery | 9,403 |
| Tamara Schoonmaker | 7,091 |
| Texas Secretary of State | 506 |
| NULL | 24 |

As you can see, the new terms did not significantly affect the overall hit count. To reiterate, these terms generate a total of 147,693 hits (231,708 including family members). I think we can agree that this number is still too high. We would ask that plaintiffs please suggest revised search terms.

In addition, I think there is disagreement regarding the other three sets of terms. Together, those three searches yield 26,043 hits (51,026 including family members). These searches by themselves presents an unduly burdensome volume of documents to search, especially given the their low probative value, given that the Secretary of State is not involved in the legislative redistricting process. To be sure, in our meet and confer, we agreed that the parties were "getting closer" to a reasonable amount. But we in no way agreed that the hits for the first three searches were reasonable.

Of course, we will be happy to consider revised proposed terms.

Sincerely, Jack DiSorbo

---

**From:** Jack DiSorbo
**Sent:** Friday, June 10, 2022 7:55 AM
**To:** David Fox <dfox@elias.law>
**Cc:** Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; mark@markgaber.com; SMcCaffity@textrial.com; nperales@MALDEF.org; garybledsoe@sbcglobal.net; martin.golando@gmail.com; gainesjesse@ymail.com; fmenendez@maldef.org; Quesada@textrial.com; chad@brazilanddunn.com; robert@notzonlaw.com; aharris@aclutx.org; noor@scsj.org; Francesca Gibson <fgibson@elias.law>; Daniel.Freeman@usdoj.gov; Abha Khanna <akhanna@elias.law>; Timothy.F.Mellett@usdoj.gov; erosenberg@lawyerscommittee.org; Rich Medina <rmedina@elias.law>; pchaudhuri@lawyerscommittee.org; Kevin Hamilton <KHamilton@perkinscoie.com>; sfgold@lawyerscommittee.org; jgonzalez@malc.org; sserna@maldef.org; Renea Hicks (rhicks@renea-hicks.com) <rhicks@renea-hicks.com>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Subject:** RE: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

David,

I will run these amended hit counts for the "other" category and revert back with results as soon as I can.

Best, Jack

---

**From:** David Fox <dfox@elias.law>
**Sent:** Thursday, June 9, 2022 8:55 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Cc:** Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; mark@markgaber.com; SMcCaffity@textrial.com; nperales@MALDEF.org; garybledsoe@sbcglobal.net; martin.golando@gmail.com; gainesjesse@ymail.com; fmenendez@maldef.org; Quesada@textrial.com; chad@brazilanddunn.com; robert@notzonlaw.com; aharris@aclutx.org; noor@scsj.org; Francesca Gibson <fgibson@elias.law>; Daniel.Freeman@usdoj.gov; Abha Khanna <akhanna@elias.law>; Timothy.F.Mellett@usdoj.gov; erosenberg@lawyerscommittee.org; Rich Medina <rmedina@elias.law>; pchaudhuri@lawyerscommittee.org; Kevin Hamilton <KHamilton@perkinscoie.com>; sfgold@lawyerscommittee.org; jgonzalez@malc.org; sserna@maldef.org; Renea Hicks (rhicks@renea-hicks.com) <rhicks@renea-hicks.com>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Subject:** Re: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

Jack,

Thank you again for sending the below hit report and information.

As I mentioned on the phone a few weeks ago, we think that the hit counts for everything except the "other" section seem reasonable, particularly since they do not yet reflect de-duplication and do not reflect the use of email threading. For purposes of SOS custodians, private plaintiffs and DOJ are all prepared to accept these those terms.

In an attempt to narrow the "other" section, we propose the following replacement strings for that section:

1. (Agreement* OR arrangement OR contract* OR pay* OR service* OR engag* OR "employ*" or consult* OR represent* OR retention OR retain*) AND ("Michael Best" OR Barton OR Foltz OR "National Republican Redistricting Trust" OR NRRT OR "Republican Party" OR GOP).
2. (district* OR map OR boundar* OR apportion* OR reapportion*) AND (consultant OR attorney OR lawyer OR engag* OR contract* OR invoice OR service*)
3. ((Vot* w/5 turnout) OR (vot* w/5 pattern*) OR (vot* w/5 regist*) OR (vot* w/5 elect*)) w/10 (racial OR ethnic* OR minorit* OR Black OR African OR Hispanic OR latin* OR Spanish OR Mexican OR Asian OR white OR Anglo OR immigrant* OR citizen* OR (Spanish w/3 Surname) OR undocumented OR (illegal* w/3 immigr*))
4. (Bill* OR legis* OR propos*) w/10 (race OR racial* OR racis* OR slavery OR "critical race theory" OR CRT OR Black OR African OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo* OR ethnic* OR minorit* OR citizen* OR immigrant* OR pattern* OR election* OR bail* OR undocumented OR (illegal* w/3 immigr*))

Could you please let us know if those reduce the hit counts?

Thanks,

David

**David R. Fox**
Elias Law Group LLP
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Date:** Tuesday, May 17, 2022 at 6:46 PM
**To:** David Fox <dfox@elias.law>
**Cc:** Ryan Kercher <Ryan.Kercher@oag.texas.gov>, Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Will Thompson <Will.Thompson@oag.texas.gov>, Ari Herbert <Ari.Herbert@oag.texas.gov>, mark@markgaber.com <mark@markgaber.com>, SMcCaffity@textrial.com <SMcCaffity@textrial.com>, nperales@MALDEF.org <nperales@MALDEF.org>, garybledsoe@sbcglobal.net <garybledsoe@sbcglobal.net>, martin.golando@gmail.com <martin.golando@gmail.com>, gainesjesse@ymail.com <gainesjesse@ymail.com>, fmenendez@maldef.org <fmenendez@maldef.org>, Quesada@textrial.com <Quesada@textrial.com>, chad@brazilanddunn.com <chad@brazilanddunn.com>, robert@notzonlaw.com <robert@notzonlaw.com>, aharris@aclutx.org <aharris@aclutx.org>, noor@scsj.org <noor@scsj.org>, Francesca Gibson <fgibson@elias.law>, Daniel.Freeman@usdoj.gov <Daniel.Freeman@usdoj.gov>, Abha Khanna <akhanna@elias.law>, Timothy.F.Mellett@usdoj.gov <Timothy.F.Mellett@usdoj.gov>, erosenberg@lawyerscommittee.org <erosenberg@lawyerscommittee.org>, Rich Medina <rmedina@elias.law>, pchaudhuri@lawyerscommittee.org <pchaudhuri@lawyerscommittee.org>, Kevin Hamilton <KHamilton@perkinscoie.com>, sfgold@lawyerscommittee.org <sfgold@lawyerscommittee.org>, jgonzalez@malc.org <jgonzalez@malc.org>, sserna@maldef.org <sserna@MALDEF.org>, Renea Hicks (rhicks@renea-hicks.com) <rhicks@renea-hicks.com>, Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Subject:** RE: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

David,

1. The unique hit counts descriptor is actually reporting something a little different

than deduplication. It is identifying the number of hits for each string that do not have a hit for any of the other strings. The unique string hit count helps inform which strings are most strongly impacting the overall hit count.

2. The counts below do not reflect the use of email threading because we do not have that capability at this time.


Best, Jack

---

**From:** David Fox <dfox@elias.law>
**Sent:** Tuesday, May 17, 2022 4:21 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Cc:** Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; mark@markgaber.com; SMcCaffity@textrial.com; nperales@MALDEF.org; garybledsoe@sbcglobal.net; martin.golando@gmail.com; gainesjesse@ymail.com; fmenendez@maldef.org; Quesada@textrial.com; chad@brazilanddunn.com; robert@notzonlaw.com; aharris@aclutx.org; noor@scsj.org; Francesca Gibson <fgibson@elias.law>; Daniel.Freeman@usdoj.gov; Abha Khanna <akhanna@elias.law>; Timothy.F.Mellett@usdoj.gov; erosenberg@lawyerscommittee.org; Rich Medina <rmedina@elias.law>; pchaudhuri@lawyerscommittee.org; Kevin Hamilton <KHamilton@perkinscoie.com>; sfgold@lawyerscommittee.org; jgonzalez@malc.org; sserna@maldef.org; Renea Hicks (rhicks@renea-hicks.com) <rhicks@renea-hicks.com>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Subject:** Re: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

Thanks, Jack. This is helpful, and we will review.

A few technical questions to help us understand this report:

1. I take it the "unique hits" number reflects de-duplication? What is the extent of that de-duplication? In particular, are you de-duplicating across all search strings or just within the set of documents responsive to each search string? If you're de-duplicating across search strings, how are you deciding which search string to report a document as a "unique hit" for, where it is responsive to multiple strings?
2. Do the below counts reflect the use of email threading so that email threads are counted only as one document and reviewed only once (except where there is unique content in particular messages within the thread)? If not, why not?

David

**David R. Fox**
Elias Law Group LLP
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Date:** Tuesday, May 17, 2022 at 5:09 PM
**To:** David Fox <dfox@elias.law>
**Cc:** Ryan Kercher <Ryan.Kercher@oag.texas.gov>, Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Will Thompson <Will.Thompson@oag.texas.gov>, Ari Herbert <Ari.Herbert@oag.texas.gov>, mark@markgaber.com <mark@markgaber.com>, SMcCaffity@textrial.com <SMcCaffity@textrial.com>, nperales@MALDEF.org <nperales@MALDEF.org>, garybledsoe@sbcglobal.net <garybledsoe@sbcglobal.net>, martin.golando@gmail.com <martin.golando@gmail.com>, gainesjesse@ymail.com <gainesjesse@ymail.com>, fmenendez@maldef.org <fmenendez@maldef.org>, Quesada@textrial.com <Quesada@textrial.com>, chad@brazilanddunn.com <chad@brazilanddunn.com>, robert@notzonlaw.com <robert@notzonlaw.com>, aharris@aclutx.org <aharris@aclutx.org>, noor@scsj.org <noor@scsj.org>, Francesca Gibson <fgibson@elias.law>, Daniel.Freeman@usdoj.gov <Daniel.Freeman@usdoj.gov>, Abha Khanna <akhanna@elias.law>, Timothy.F.Mellett@usdoj.gov <Timothy.F.Mellett@usdoj.gov>, erosenberg@lawyerscommittee.org <erosenberg@lawyerscommittee.org>, Rich Medina <rmedina@elias.law>, pchaudhuri@lawyerscommittee.org <pchaudhuri@lawyerscommittee.org>, Kevin Hamilton <KHamilton@perkinscoie.com>, sfgold@lawyerscommittee.org <sfgold@lawyerscommittee.org>, jgonzalez@malc.org <jgonzalez@malc.org>, sserna@maldef.org <sserna@maldef.org>, Renea Hicks (rhicks@renea-hicks.com) <rhicks@renea-hicks.com>, Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Subject:** RE: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

David,

We have run the private plaintiffs' joint proposed search terms against the documents we collected from the Secretary of State. The result are summarized below, organized by the four topics presented in the search terms. We have provided the hits for each string within each topic, as well as the hits for the custodians, again according to topic.

<u>SUMMARY:</u>

    <u>**OVERALL HIT COUNT:**</u>

| | |
|---|---|
| Total Hits: | 157,575 |
| Total Hits + F: | 240,096 |

    <u>**GENERAL REDISTRICTING:**</u>

| | |
|---|---|
| Total Hits: | 14,909 |
| Total Hits +F: | 24,681 |

| Keyword String | Hits | Hits + Fam |
|---|---|---|

| | | |
|---|---|---|
| (Congress* OR House OR Senat* OR Legislat*) w/20 (districts OR map* OR boundar* OR plan* OR apportion* or reapportion*) | 4,237 | 7,654 |
| Redistrict* OR gerrymander* OR reapportion* | 5,212 | 7,552 |
| ("tabulation district" OR VTD OR precinct) w/10 (split* OR divid* OR cut* OR district* OR map OR boundar* OR border* OR apportion* OR reapportion*) | 3,222 | 7,223 |
| District* w/10 (map OR boundar* OR plan OR propos* OR apportion* OR reapportion* OR "working group") | 2,922 | 5,881 |
| (district* OR redistrict*) w/20 ("Constitution" OR "Voting Rights Act" OR VRA OR "Section 2" OR (discriminat* w/3 intent*) OR (discriminat* w/3 result*) OR (discriminat* w/3 purpose) OR Gingles OR "senate factors" OR RPV OR RBV OR "minority cohes*" OR "geograph* compact*" OR disparit* OR suppression OR ("majority" w/6 "single-member district") OR Alford OR ((Dr* OR Randy OR Randolph) w/4 Stevenson)) | 1,886 | 4,385 |
| (Census OR "Texas Demographic Center" OR TDC OR "Texas population estimates program" OR "American Community Survey" OR ACS) AND (grow* OR increas* OR drop* OR declin* OR change* OR count OR counts OR enumerat* OR estimat* OR deviat* OR ideal OR race OR racial* OR ethnic* OR national* OR language OR minority OR citizen OR immigrant* OR Black OR African OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo*) | 2,068 | 4,073 |
| ("Texas Legislative Council" OR TLC) W/100 (district* OR map OR boundar* OR apportion* OR race OR racial* OR Black OR African OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo* OR ethnic* OR national* OR language OR minority OR citizen* OR immigrant* OR pattern* OR partisan OR party OR Republican* OR Democratic* OR "voter registrat*") | 835 | 2,173 |
| (Race OR Racial* OR VRA OR "Voting Rights Act" OR "Section 2" OR RPV) w/10 (impact* OR effect* OR stud* OR analysis OR calculat* OR project* OR report* OR audit* OR estimat* OR project* OR memo*) | 955 | 2,074 |

| | | |
|---|---|---|
| District* w/10 (Hispanic* OR Latin* OR Spanish OR Mexican* OR Black* OR African* OR Asian* OR white* OR Anglo* OR coalition* OR minori* OR opportun*) | 751 | 1,900 |
| (Huffman OR Hunter) w/20 (district* OR map* OR boundar* OR plan* OR propos* OR apportion* OR reapportion* OR Congress*) | 819 | 1,361 |
| "Senate Bill 7" OR "SB 7" OR SB7 OR "S.B. 7" OR E2100 OR E2106 OR (plan w/3 2106) OR (SBOE w/2 plan) OR ("State Board of Education" w/2 plan) OR (SBOE w/2 map) OR ("State Board of Education" w/2 map) | 644 | 917 |
| (Census OR ACS OR "American Community Survey") w/10 (district* OR House OR Congress*) | 407 | 796 |
| (Pair* OR pit*) w/20 (incumbent* OR legislat* OR rep* OR Congress*) | 540 | 744 |
| bloc* w/10 vot* | 341 | 631 |
| "majority-minority" OR "majority minority" OR "minority-majority" OR "minority majority" OR MMD | 193 | 495 |
| "Spanish Surname" OR SSVR OR SSTO OR "Citizen voting age population" OR CVAP OR HCVAP OR BCVAP OR "voting age population" OR VAP OR HVAP OR BVAP | 191 | 420 |
| "House Bill 1" OR "HB 1" OR HB1 OR "H.B. 1" OR H2100 OR H2316 OR (House w/2 plan) OR (House w/2 map) | 256 | 387 |
| (Rule* OR "legislative counsel" OR procedur*) AND ("Redistricting Committee" OR "Senate Special Committee on Redistricting") | 230 | 338 |
| "Senate Bill 4" OR "SB 4" OR SB4 OR "S.B. 4" OR S2100 OR S2168 OR (Senate w/2 plan) OR (Senate w/2 map) | 180 | 288 |
| "Senate Bill 6" OR "SB 6" OR SB6 OR "S.B. 6" OR C2100 OR (plan w/3 2101) OR C2193 OR (Congressional w/2 plan) OR (Congressional w/2 map) | 174 | 256 |
| Foltz | 54 | 145 |

| Keyword String | Hits | Hits + Family |
|---|---|---|
| Snapefile" OR snape-file" OR "shape file" OR blockfile OR block-file OR "block file" | 68 | 114 |
| polariz* w/10 (race OR racial* OR vot*) | 30 | 59 |
| Report* w/3 (RED OR PAR) | 28 | 45 |

## HEARINGS & PUBLIC COMMENTS:

Total Hits:          3,222
Total Hits + F:      6,079

| Keyword String | Hits | Hits + Fam |
|---|---|---|
| (Hearing OR meet* OR witness* OR debat* OR deadline* OR testif* OR testif* OR notice OR process* OR outreach OR press OR comm* OR mark* OR amend* OR sign*) w/20 ((district* w/3 (new OR propos* OR plan*)) OR map OR boundar* OR apportion* OR reapportion* OR "Senate Bill 6" OR "SB6" OR "S.B.6" OR "House Bill 1" OR "HB 1" OR HB1 OR "H.B.1" OR "Plan 2101") | 2,483 | 4,854 |
| Redistr* w/20 (amend* OR consider* OR rule* OR delegat*) | 996 | 1,828 |
| Redistr* w/20 (invit* OR request OR consider OR testif* OR testim*) | 330 | 589 |
| Redistr* w/20 (Republican* OR "Party" OR NRRT OR RPT OR GOP) | 260 | 332 |
| Redistrict* w/20 ("Texas Public Policy Foundation" OR TPPF OR "Texas Demographic Center" OR TDC OR "True the Vote" OR TTV) | 6 | 6 |

## HISTORY OF DISCRIMINATION:

Total Hits:          7,912
Total Hits +F:       20,266

| Keyword String | Hits | Hits + Family |
|---|---|---|
| Vot* w/20 violat* OR discriminat* OR (intent* w/3 discriminat*) OR (discriminat* w/3 purpose) OR (discrimin* w/3 effect) OR (discriminat* w/3 results OR disparit* OR suppression) | 7,912 | 20,266 |

## OTHER:

Total Hits:          152,571
Total Hits +F:       235,304

| Keyword String | Hits | Hits + Family |
|---|---|---|

| | | |
|---|---|---|
| (Agreement* OR arrangement OR contract* OR pay* OR service* OR engag* OR "employ*" or consult* OR represent* OR retention OR retain* OR attorney OR lawyer) AND (district* OR map OR boundar* OR apportion* OR reapportion* OR "Michael Best" OR Barton OR Foltz OR "National Republican Redistricting Trust" OR NRRT OR "Republican Party" OR GOP) | 92,879 | 153,246 |
| Vot* w/20 (racial OR ethnic* OR minorit* OR language OR Black OR African OR Hispanic OR latin* OR Spanish OR Mexican OR Asian OR white OR Anglo OR immigrant* OR citizen* OR (Spanish w/3 Surname) OR undocumented OR (illegal* w/3 immigr*)) | 59,186 | 120,134 |
| (Bill* OR legis* OR propos*) w/20 (race OR racial* OR racis* OR slavery OR "critical race theory" OR CRT OR Black OR African OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo* OR ethnic* OR national* OR language OR minority OR citizen* OR immigrant* OR pattern* OR election* OR bail* OR undocumented OR (illegal* w/3 immigr*)) | 49,169 | 93,268 |

## **CUSTODIANS**

## **OVERALL HIT COUNT:**

| Custodian | Doc Count |
|---|---|
| Christina Adkins | 99,696 |
| Elections Internet | 99,598 |
| Kristi Hart | 95,035 |
| Keith Ingram | 86,558 |
| Lillian Eder | 57,424 |
| Melanie Best | 56,691 |
| Tiffany Owens | 52,478 |
| Heidi Martinez | 47,733 |
| Chuck Pinney | 44,424 |
| Krystine Ramon | 42,879 |

| | |
|---|---|
| Lena Proft | 39,775 |
| Kate Fisher | 37,132 |
| Emily Harwell | 32,917 |
| Julie Nanyes | 15,210 |
| Alexandra Hill | 9,761 |
| Andre Montgomery | 9,454 |
| Tamara Schoonmaker | 7,469 |
| NULL | 24 |

## GENERAL REDISTRICTING:

| Custodian | Doc Count |
|---|---|
| Christina Adkins | 10,764 |
| Keith Ingram | 9,438 |
| Kristi Hart | 8,931 |
| Elections Internet | 8,119 |
| Melanie Best | 6,025 |
| Lillian Eder | 5,364 |
| Krystine Ramon | 5,272 |
| Lena Proft | 5,111 |
| Heidi Martinez | 4,776 |
| Kate Fisher | 4,697 |
| Chuck Pinney | 3,910 |
| Tiffany Owens | 3,188 |
| Emily Harwell | 1,665 |
| Julie Nanyes | 689 |
| Tamara Schoonmaker | 219 |
| Alexandra Hill | 49 |
| NULL | 5 |
| Andre Montgomery | 2 |

## HEARINGS & PUBLIC COMMENTS:

| Custodian | Doc Count |
|---|---|
| Christina Adkins | 3,251 |
| Keith Ingram | 2,943 |
| Melanie Best | 2,215 |

| | |
|---|---|
| Heidi Martinez | 2,087 |
| Krystine Ramon | 1,958 |
| Lena Proft | 1,834 |
| Elections Internet | 1,742 |
| Kristi Hart | 1,713 |
| Chuck Pinney | 1,434 |
| Kate Fisher | 852 |
| Tiffany Owens | 617 |
| Lillian Eder | 387 |
| Emily Harwell | 241 |
| Tamara Schoonmaker | 91 |
| Julie Nanyes | 23 |
| Alexandra Hill | 1 |

## HISTORY OF DISCRIMINATION:

| Custodian | Doc Count |
|---|---|
| Christina Adkins | 13,387 |
| Keith Ingram | 12,264 |
| Elections Internet | 10,311 |
| Kristi Hart | 5,266 |
| Melanie Best | 4,677 |
| Heidi Martinez | 4,599 |
| Chuck Pinney | 4,465 |
| Lena Proft | 4,461 |
| Krystine Ramon | 3,739 |
| Tiffany Owens | 3,465 |
| Kate Fisher | 3,373 |
| Lillian Eder | 2,387 |
| Tamara Schoonmaker | 1,926 |
| Emily Harwell | 1,840 |
| Andre Montgomery | 969 |
| Julie Nanyes | 920 |
| Alexandra Hill | 778 |
| NULL | 2 |

## OTHER:

| Custodian | Doc Count |
|---|---|

| | |
|---|---:|
| Christina Adkins | 98,404 |
| Elections Internet | 98,393 |
| Kristi Hart | 93,947 |
| Keith Ingram | 85,272 |
| Lillian Eder | 56,466 |
| Melanie Best | 55,966 |
| Tiffany Owens | 52,164 |
| Heidi Martinez | 47,252 |
| Chuck Pinney | 43,983 |
| Krystine Ramon | 42,442 |
| Lena Proft | 39,356 |
| Kate Fisher | 36,829 |
| Emily Harwell | 32,656 |
| Julie Nanyes | 15,147 |
| Alexandra Hill | 9,711 |
| Andre Montgomery | 9,447 |
| Tamara Schoonmaker | 7,355 |
| NULL | 24 |

As you can see, the overall hit counts are still substantially too broad. There are a number of steps we can take to help narrow this list. We could, for example:

i.    Limit date ranges;
ii.   Establish priority custodians;
iii.  Establish priority topics;
iv.   Alter strings within the topics; and/or
v.    Limit family member entries.

One specific note, the "Other" category appears to be garnering the most hits. That is likely due in part to the broad manner in which the search is written. For instance, the first string catches any entry that contains both ("Lawyer" OR "Attorney") AND ("Map" OR "District"). I suspect these and other similar combinations are catching a lot of entries that aren't narrowly tailored to the information you're looking for. You and the rest of the plaintiffs may very well have other solutions, to which we are happy to listen.

On a different subject, thank you for coordinating these proposed search terms with the

other private plaintiff groups. In addition, Defendants would like to remind that any search terms must also agreed upon by the United States. We do not see a reason why search terms should be different across the private plaintiffs and the United States, and I'm sure you can understand that reviewing these documents two times (for what would certainly be almost the same entries) would be highly duplicative and burdensome.

Sincerely, Jack DiSorbo

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov

**From:** David Fox <dfox@elias.law>
**Sent:** Friday, May 13, 2022 9:35 AM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; mark@markgaber.com; SMcCaffity@textrial.com; nperales@MALDEF.org; garybledsoe@sbcglobal.net; martin.golando@gmail.com; gainesjesse@ymail.com; fmenendez@maldef.org; Quesada@textrial.com; chad@brazilanddunn.com; robert@notzonlaw.com; aharris@aclutx.org; noor@scsj.org; Francesca Gibson <fgibson@elias.law>; Daniel.Freeman@usdoj.gov; Abha Khanna <akhanna@elias.law>; Timothy.F.Mellett@usdoj.gov; erosenberg@lawyerscommittee.org; Rich Medina <rmedina@elias.law>; pchaudhuri@lawyerscommittee.org; Kevin Hamilton <KHamilton@perkinscoie.com>; sfgold@lawyerscommittee.org; jgonzalez@malc.org; sserna@maldef.org; Renea Hicks (rhicks@renea-hicks.com) <rhicks@renea-hicks.com>
**Subject:** Re: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

Jack,

I hope you're well. Two things:

First, attached to this email are a revised set of proposed search terms on behalf of all private plaintiffs. We've endeavored to tighten and narrow these to try to reduce the number of false positives that were generated with DOJ's proposed terms. Please let us know your position on them.

Second, I am following up on the various matters discussed in our April 25 letter, on which you had agreed

to get back to us. Please let me know when we can expect a response.

Thanks,

David

**David R. Fox**
Elias Law Group LLP
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Date:** Monday, April 25, 2022 at 6:11 PM
**To:** David Fox <dfox@elias.law>, Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Will Thompson <Will.Thompson@oag.texas.gov>, Aria Branch <abranch@elias.law>, Ari Herbert <Ari.Herbert@oag.texas.gov>, Kevin Hamilton <KHamilton@perkinscoie.com>, rhicks@renea-hicks.com <rhicks@renea-hicks.com>, Abha Khanna <akhanna@elias.law>
**Subject:** RE: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

David,

Defendants are always happy to meet and confer to help this case proceed smoothly. We are in receipt of your letter, which sets forth a summary of our conversation from the Voto Latino plaintiffs' perspective. In addition, we are in the process of internally discussing the topics we discussed on Friday afternoon, and will promptly address those we committed to following up on.

We will also look out for a message from y'all later this week regarding these topics. As I said on Friday, though, any discussion relating to search terms for Secretary of State documents will likely have limited utility unless you have also consulted with counsel for the United States, LULAC, Texas NAACP, and Fair Maps. Those groups have also sent RFPs to the SOS, and we have consistently communicated to those groups that uniform (or at least largely overlapping) search terms will be necessary in order to ensure the document search and review is not unduly burdensome.

Finally, we will also look for your supplemental RFPs, which you intend to issue in light of the amended Voto Latino complaint, which adds claims regarding Texas House districts.

Best, Jack

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov

**From:** David Fox <dfox@elias.law>
**Sent:** Monday, April 25, 2022 2:04 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Aria Branch <abranch@elias.law>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Kevin Hamilton <KHamilton@perkinscoie.com>; rhicks@renea-hicks.com; Abha Khanna <akhanna@elias.law>
**Subject:** Re: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

Jack and Courtney, thank you for talking the time to talk on Friday. Please see the attached letter.

Thanks,

David

**David R. Fox**
Elias Law Group LLP
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** David Fox <dfox@elias.law>
**Date:** Wednesday, April 20, 2022 at 10:02 AM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Will Thompson <Will.Thompson@oag.texas.gov>, Courtney Corbello <Courtney.Corbello@oag.texas.gov>, Aria Branch <abranch@elias.law>, Ari Herbert <Ari.Herbert@oag.texas.gov>, Kevin Hamilton <KHamilton@perkinscoie.com>, rhicks@renea-hicks.com <rhicks@renea-hicks.com>, Abha Khanna <akhanna@elias.law>
**Subject:** Re: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

Thanks, Jack. 2:00 pm central time works for us; I will send an invite shortly.

David

**David R. Fox**
Elias Law Group LLP
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Date:** Wednesday, April 20, 2022 at 9:23 AM
**To:** David Fox <dfox@elias.law>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Will Thompson <Will.Thompson@oag.texas.gov>, Courtney Corbello <Courtney.Corbello@oag.texas.gov>, Aria Branch <abranch@elias.law>, Ari Herbert <Ari.Herbert@oag.texas.gov>, Kevin Hamilton <KHamilton@perkinscoie.com>, rhicks@renea-hicks.com <rhicks@renea-hicks.com>, Abha Khanna <akhanna@elias.law>
**Subject:** RE: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

Hi David,

Happy to confer on the responses. I'm covered up Thursday. How does Friday early afternoon look? Around 2:00 or 3:00 pm CST would work. Please let me know if that doesn't work on your end, and I can look at alternatives.

Best, Jack

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov

---

**From:** David Fox <dfox@elias.law>
**Sent:** Tuesday, April 19, 2022 8:06 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>;

Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Aria Branch <abranch@elias.law>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Kevin Hamilton <KHamilton@perkinscoie.com>; rhicks@renea-hicks.com; Abha Khanna <akhanna@elias.law>
**Subject:** Re: LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

Thanks, Jack. Please let us know your availability for a meet-and-confer call regarding these responses on Thursday and Friday of this week. We are relatively flexible.

David

**David R. Fox**
Elias Law Group LLP
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Date:** Monday, April 18, 2022 at 8:43 PM
**To:** David Fox <dfox@elias.law>, rhicks@renea-hicks.com <rhicks@renea-hicks.com>, Abha Khanna <akhanna@elias.law>, abranch@perkinscoie.com <abranch@perkinscoie.com>, Kevin Hamilton <KHamilton@perkinscoie.com>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Will Thompson <Will.Thompson@oag.texas.gov>, Courtney Corbello <Courtney.Corbello@oag.texas.gov>, Ari Herbert <Ari.Herbert@oag.texas.gov>
**Subject:** LULAC v. Abbott, No. 3:21-cv-259, Responses to RFPs

Good evening Counsel,

Attached are Defendants' responses and objections to the Voto Latino Plaintiffs' first set of document requests. You should have receive a message earlier today inviting you to access documents responsive to these requests.

Sincerely, Jack DiSorbo

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov