EXHIBIT 1

# Privilege Log - Chairman Todd Hunter

| Control Number | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|
| PDOC_001742 | | | | | | | Legislative | Calendar entries for meetings relating to redistricting, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| PDOC_001754 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001768 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PDOC_001774 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001812 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001883 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001890 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PDOC_001896 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001901 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001924 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001929 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PDOC_001936 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001960 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001968 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_001986 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PDOC_001997 | | | | | | | Attorney Client; Legislative | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| PDOC_002004 | | | | | | | Legislative | Confidential letter from Congresswoman Eddie Bernice Johnson to Chairman Hunter regarding redistricting legislation. |
| PDOC_002078 | | | | | | | Legislative | Confidential letter from Congresswoman Shiela Jackson-Lee to Chairman Hunter regarding redistricting legislation. |
| N/A | | | | | | | Legislative | Chairman Hunter possesses a RedAppl account, and within that account there data files relating to draft electoral maps. These RedAppl files reveal Chairman Hunter's thoughts, opinions, and mental impressions on draft redistricting legislation in the course of the redistricting process. |