IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | Case No. 3:21-cv-00259 |
| *Plaintiff-Intervenors,* | § § | [Lead Case] |
| V. | § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

**UNOPPOSED MOTION TO EXTEND**

The Abuabara and LULAC plaintiffs move to compel the production of documents in the custody of the Texas Secretary of State. ECF 410. A response to that motion is presently due by July 13, 2022. Local Rule 7.D.2. In light of many other pressing deadlines—including depositions, expert disclosures, motion practice, and expert depositions—Defendants respectfully request that their deadline to file a response brief be extended to July 20, 2022. Upon conferral, plaintiffs indicated that they agree to the one-week extension.

Date: July 7, 2022

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

/s/ *Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit

1

Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL

P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for plaintiffs regarding this motion for leave, and that counsel indicated they do not oppose the relief sought here.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 7, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN