IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | Case No. 3:21-cv-00259 |
| Plaintiff-Intervenors, | § § | [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend, filed in relation to plaintiffs' motion to compel. ECF 412. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion to Extend is **GRANTED**.

Defendants **SHALL FILE** a response to plaintiffs' motion to compel by July 20, 2022.

**So ORDERED and SIGNED on this ___ day of July, 2022.**

        **David C. Guaderrama,**
        **United States District**
        **Judge Western District**
        **of Texas**

*And on behalf of:*

| | | |
|---|:---:|---:|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |