# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES,<br><br>Plaintiffs<br><br>v.<br><br>STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity, and JOHN SCOTT, SECRETARY OF STATE OF TEXAS, in his official capacity<br>Defendants | § § § § § § § § § § § § § § § § | Civil Action<br><br><br><br>Case No. 21-cv-259-DCG-JES-JVB<br>[Lead Case] |

## AGREED MOTION FOR EXTENSION OF TIME AND BRIEFING SCHEDULE

Plaintiff Mexican American Legislative Caucus ("MALC") files this Agreed Motion for Extension of Time and Briefing Schedule for Defendants' Motions to Dismiss:

1. On July 1, 2022, the State Defendants filed a series of motions to dismiss against several Plaintiffs' groups. Specifically, State Defendants filed motions against MALC (ECF No. 396), the United States (ECF No. 397), LULAC (ECF No. 398), Abuabara (ECF No. 399), Brooks (ECF No. 400), Fair Maps (ECF No. 401), and the Texas NAACP (ECF No. 402).

2. Pursuant to Local Rule 7(D)(2), Plaintiffs' responses to these motions are currently due on July 15, 2022.

3. The parties have conferred, and given the impending close of discovery on July 15, 2022, the parties have agreed to an extension of the time for each Plaintiff group to respond and the time for the State Defendants' reply briefing.

4. The parties propose and request an order that permits the Plaintiffs to file their responses

on or before **July 25, 2022** and for the State Defendants to file any reply on or before **August 8, 2022**.

5.  Plaintiffs respectfully request that the Court grant an extension of the current deadline to file their Responses as set forth above and affirm that the motion is not presented for purposes of delay and will not prejudice any party to this litigation.

Dated:  July 7, 2022

Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA &GEISLER, L.L.P.

*/s/ Sean J. McCaffity*
_____
George (Tex) Quesada
State Bar No. **16427750**
Email:  quesada@textrial.com

Sean J. McCaffity
State Bar No. 24013122
Email:  smccaffity@textrial.com

3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas  75219-4461
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

-and-

Joaquin Gonzalez
Texas Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX  78228
jgonzalez@malc.org

***ATTORNEYS FOR MALC PLAINTIFFS***

**AGREED:**

*/s/ Patrick K. Sweeten*
Texas Attorney General Office,
on Behalf of State Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Agreed Motion for Extension was filed and served via CM/ECF electronic service on July 7, 2022 to all counsel of record.

*/s/ Sean J. McCaffity*