UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, et al.,

vs.

Gregory W. Abbott et al.,

Case No.: 3:21-cv-00259

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Katelin Kaiser, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Fair Maps Consolidated Plaintiffs in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Southern Coalition for Social Justice with offices at:

   Mailing address: 1415 West Highway 54, Ste. 101
   City, State, Zip Code: Durham, NC 27707
   Telephone: 919-323-3380  Facsimile: 919-323-3942

2. Since 2020, Applicant has been and presently is a member of and in good standing with the Bar of the State of North Carolina. Applicant's bar license number is 56799.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Middle District of North Carolina | 6/23/2021 |
| Eastern District of North Carolina | 9/14/2021 |
| Western District of North Carolina | 3/18/2022 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the \_\_\_\_\_ day of _____, _____.
   Number: _____ on the \_\_\_\_\_ day of _____, _____.
   Number: _____ on the \_\_\_\_\_ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
05/2014, Offense of Driving While Impaired/ Civil Revocation Dr Lic (Misdemeanor, Guilty, Disposed by Judge), Wake County, North Carolina, 14-cr-209812

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: David Donatti

Mailing address: P.O. Box 8306

City, State, Zip Code: Houston, TX 77288

Telephone: 713-942-8146

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Katelin Kaiser to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Katelin Kaiser
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7th day of July, 2022.

Katelin Kaiser
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, et al.,

vs.

Gregory W. Abbott et al.,

Case No.: 3:21-cv-00259

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by <u>Katelin Kaiser</u>, counsel for <u>Fair Maps Consolidated Plaintiffs</u>, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and <u>Katelin Kaiser</u> may appear on behalf of <u>Fair Maps Consolidated Plaintiffs</u> in the above case.

IT IS FURTHER ORDERED that <u>Katelin Kaiser</u>, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE