UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| League of United Latin American Citizens, et al., *Plaintiffs,* Eddie Bernice Johnson, *et al.*, *Plaintiff-Intervenors,* v. Greg Abbott, in his official capacity as Governor of the State of Texas, et al., *Defendants.* | No. 3:21-cv-259-DCG-JES-JVB [Lead Case] |
| United States of America, *Plaintiff,* v. State of Texas, *et al.* *Defendants.* | No. 3:21-cv-299-DCG-JES [Consolidated Case] |

## ORDER

Upon consideration of Non-Party Texas Legislative Council's Emergency Motion to Reconsider Order (Dkt. 377) and for Protective Order, it is hereby **ORDERED** that the Motion is **GRANTED**; and a **PROTECTIVE ORDER** issued relieving TLC from complying with the Subpoena consistent with its Objections.

1

**SO ORDERED** and **SIGNED** this ___ day of ____, 2022.

---

David C. Guaderrama
U.S. District Judge
U.S. District Court for the Western District of Texas

*On behalf of*

Jerry E. Smith
U.S. Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

Jeffrey V. Brown
U.S. District Judge
U.S. District Court for the Southern District of Texas
