AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

LEAGUE OF UNITED LATIN AMERICAN CITIZENS )
*Plaintiff* )
v. ) Case No. 3:21-CV-00259-DCG-JES-JVB
GREG ABBOTT, ET AL )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LULAC PLAINTIFFS .

Date: 07/08/2022

/s/ Julia Longoria
*Attorney's signature*

Julia Longoria, TX Bar No. 24070166
*Printed name and bar number*

MALDEF
110 Boardway, Suite 300
San Antonio, TX 78205
*Address*

jlongoria@maldef.org
*E-mail address*

(210) 224-5476
*Telephone number*

(210) 224-5382
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing document via the Court's electronic filing system on the 8th day of July 2022.

*/s/ Julia Longoria*
Julia Longoria