UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, | § § § § | |
| Plaintiffs | § § | Case No. 3:21-cv-259-DCG-JES-JVB |
| v. | § § | |
| STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity, and JOHN SCOTT, SECRETARY OF STATE OF TEXAS, in his official capacity | § § § § § § | |
| Defendants | § | |

**NOTICE OF APPEARANCE**

Plaintiff Mexican American Legislative Caucus ("MALC") files this Notice of Appearance to alert the Court that Jody Rodenberg will appear as co-counsel in the above captioned case. Ms. Rodenberg is a member in good standing with the United States District Court, Western District of Texas, and with the State Bar of Texas. Plaintiff requests that a copy of all papers served or filed in this action be forwarded to:

Jody L. Rodenberg
State Bar No. 24073133
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
214-720-0720 (Telephone)
214-720-0184 (Facsimile)
JRodenberg@texrial.com

Dated: June 22, 2022

        Respectfully submitted,

        SOMMERMAN, MCCAFFITY,
        QUESADA &GEISLER, L.L.P.

        */s/ Sean J. McCaffity*
        _____
        George (Tex) Quesada
        State Bar No. 16427750
        Email: quesada@textrial.com

        Sean J. McCaffity
        State Bar No. 24013122
        Email: smccaffity@textrial.com

        3811 Turtle Creek Boulevard, Suite 1400
        Dallas, Texas 75219-4461
        214/720-0720 (Telephone)
        214/720-0184 (Facsimile)
        -and-

        Joaquin Gonzalez
        Texas Bar No. 24109935
        1055 Sutton Dr.
        San Antonio, TX 78228
        jgonzalez@malc.org

        ***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Notice of Appearance was filed and served via CM/ECF electronic service on July 8, 2022 to all counsel of record.

        */s/ Sean J. McCaffity*
        Sean J. McCaffity