IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> EDDIE BERNICE JOHNSON, *et al.*, <br><br> *Plaintiff-Intervenors,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| ROSALINA RAMOS ABUABARA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JOHN SCOTT, *et al*, <br><br> *Defendants.* | § § § § § § § § § § | Case No. 1:21-cv-965 <br> [Consolidated Case] |
| TEXAS STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiff,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-1006 <br> [Consolidated Case] |

**UNOPPOSED MOTION TO EXTEND PAGE LIMIT**

The LULAC, NAACP, and Abuabara plaintiffs move to compel the production of thirty-three documents in the possession of the Office of the Governor. ECF 380. Defendants respectfully seek leave to file a brief in opposition to that motion that does not exceed thirteen pages in length. Counsel

1

for Defendants has conferred with counsel for plaintiffs, and the latter has indicated they do not oppose this motion for leave. Therefore, Defendants respectfully request that the Court grant their motion for leave and allow them to file an opposition brief that does not exceed thirteen pages.

| | |
|---|---|
| Date: July 8, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | JACK B. DISORBO<br>Assistant Attorney General, Special Litigation Unit<br>Tex. State Bar No. 24120804 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>jack.disorbo@oag.texas.gov |

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 8, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for plaintiffs respecting this motion for leave. Counsel indicated they do not oppose this motion for leave.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
