# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | Case No. 3:21-cv-00259 |
| *Plaintiff-Intervenors*, | § § § | [Lead Case] |
| v. | § § § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § | |
| ROSALINA RAMOS ABUABARA, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | Case No. 1:21-cv-965 |
| v. | § § § | [Consolidated Case] |
| JOHN SCOTT, *et al*, | § § | |
| *Defendants.* | § | |
| TEXAS STATE CONFERENCE OF THE NAACP, | § § § § | |
| *Plaintiff*, | § § § | Case No. 1:21-cv-1006 |
| v. | § § § | [Consolidated Case] |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § | |

**ORDER**

## ORDER

Before the Court is the Legislators' Unopposed Motion to Extend Page Limit. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion to Extend Page Limit is **GRANTED**.

The Legislators **MAY FILE** an opposition brief that does not exceed thirteen pages.

So ORDERED and SIGNED on this ___ day of July, 2022.

**David C. Guaderrama,
United States District
Judge Western District
of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith**<br>**United States Circuit Judge**<br>**U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown**<br>**United States District Judge**<br>**Southern District of Texas** |