| Item Description | Date | From | To | Privilege Description |
|---|---|---|---|---|
| Text Message between TMF & Martin Golando discussing CD 35 | 10/20/2021 | Trey Martinez Fischer | Martin Golando | Attorney Client Privilege |