IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>                     Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

**[PROPOSED] ORDER GRANTING MOTION TO MODIFY ORDER REGARDING MOTIONS TO QUASH DEPOSITION SUBPOENAS**

      Before the Court is the United States' unopposed motion to modify Order Regarding Motions to Quash Deposition Subpoenas, ECF No. 409. Upon consideration of the United States' motion, and for good cause shown, the motion is hereby GRANTED. It is hereby ORDERED that the United States' deadline to file a notice that it no longer seeks to depose Speaker Dade Phelan or a supplemental response setting forth why exceptional circumstances justify deposing him is changed from July 15, 2022, to the later of July 22, 2022, or two business days after the date of the Margo Cardwell deposition, if it goes forward.

So ORDERED and SIGNED on this _____ day of \_\_\_\_ 2022

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
| --- | --- | --- |
| United States Circuit Judge | -and- | United States District Judge |
| U.S. Court of Appeals | | Southern District of Texas |
| Fifth Circuit | | |