IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>*Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br>*Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br>*Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br>*Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**AMENDED NOTICE OF APPEAL
BY TEXAS HOUSE MEMBERS AND EMPLOYEES AS THIRD-PARTY MOVANTS**

Third-party movants, Texas Representatives Ryan Guillen, Brooks Landgraf, and John Lujan, previously appealed to the U.S. Court of Appeals for the Fifth Circuit this Court's Order entered on May 18, 2022. *See* Order Denying Mot. to Quash, ECF 282; *see also* Notice of Appeal (May 18, 2022). That Order denied the legislators' Motions to Quash or Modify Deposition Subpoenas issued to the legislators. *See* Order, ECF 282; *see also* Mot. to Quash United States' Subpoenas, ECF 259; Mot. to Quash Private Plaintiffs' Subpoenas, ECF 278. The appeal is currently pending and has been held in abeyance. *LULAC v. Guillen*, No. 22-50407 (5th Cir.).

Additional third-parties have been subpoenaed and have moved to quash subpoenas based on the same legislative privilege arguments. Those additional third-party movants are Texas

Representatives Todd Hunter, Daniel Huberty, Jacey Jetton, J.M. Lozano, and Andrew Murr; Texas House Parliamentarian Sharon Carter; and Texas House employees Jay Dyer, Angie Flores, and Adam Foltz. They now also appeal this Court's Orders entered on June 15, 2022 and July 6, 2022, to the U.S. Court of Appeals for the Fifth Circuit. *See* Order Denying Mot. to Quash, ECF 340; Order Regarding Motions to Quash, ECF 409. The June 15 Order denied the legislators and employees' Motion to Quash Deposition Subpoenas and for Protective Order. *See* Order, ECF 340; *see also* Mot. to Quash, ECF 333. As relevant here, the July 6 Order denied Parliamentarian Carter's Motion to Quash Deposition Subpoena. *See* Order 9-11, ECF 409; *see also* Mot. to Quash, ECF 341.

| | |
|---|---|
| Date: July 15, 2022 | Respectfully submitted, |
| | |
| | /s/ *Taylor A.R. Meehan* |
| Patrick Strawbridge | J. Michael Connolly |
| CONSOVOY MCCARTHY PLLC | Taylor A.R. Meehan |
| Ten Post Office Square | Frank H. Chang |
| 8th Floor South PMB #706 | Jeffrey S. Hetzel |
| Boston, MA 02109 | CONSOVOY MCCARTHY PLLC |
| Tel: (703) 243-9423 | 1600 Wilson Blvd., Suite 700 |
| patrick@consovoymccarthy.com | Arlington, VA 22209 |
| | Tel: (703) 243-9423 |
| Adam K. Mortara | mike@consovoymccarthy.com |
| LAWFAIR LLC | taylor@consovoymccarthy.com |
| 125 South Wacker, Suite 300 | frank@consovoymccarthy.com |
| Chicago, IL 60606 | jhetzel@consovoymccarthy.com |
| Tel: (773) 750-7154 | |
| mortara@lawfairllc.com | *Counsel for Third-Party Movants.* |
| | |
| | /s/ *Patrick K. Sweeten* |
| KEN PAXTON | PATRICK K. SWEETEN |
| Attorney General of Texas | Deputy Attorney General for Special Litigation |
| | Tex. State Bar No. 00798537 |
| BRENT WEBSTER | |
| First Assistant Attorney General | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | |
| | JACK B. DISORBO |
| | Assistant Attorney General, Special Litigation Unit |
| | Tex. State Bar No. 24120804 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |
| | jack.disorbo@oag.texas.gov |
| | |
| | *Counsel for Defendants and Third-Party Movants.* |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 15, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN
