## Privilege Log - Office of the Governor

| Control Number | File Extension | Custodian | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356555 | MSG | OOG | | 9/2/2021 | Greg Abbott | Jeff Oldham (attorney) | Luis Saenz; Gardner Pate; Angela Colmenero (attorney) | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356556 | DOC | OOG | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356557 | PDF | OOG | | 5/27/2013 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |

| Doc ID | Type | Source | | Date | From | To | CC | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356569 | MSG | OOG | | 6/21/2021 | Luis Saenz; Gardner Pate; Jeff Oldham (attorney); Angela Colmenero (attorney); Mark Miner; Renae Eze | Wes Hambrick | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft letter to U.S. Census Bureau. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356571 | MSG | OOG | | 9/2/2021 | Greg Davidson | Jeff Oldham (attorney) | Angela Colmenero (attorney); Gardner Pate | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |

| Doc ID | Type | Source | | | Date | To | From | | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356578 | DOC | OOG | | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356579 | MSG | OOG | | | 9/2/2021 | Jeff Oldham (attorney); Luis Saenz; Angela Colmenero (attorney) | Gardner Pate | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356580 | DOC | OOG | | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356581 | MSG | OOG | | | 9/7/2021 | Luis Saenz; Gardner Pate; Jeff Oldham (attorney) | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356582 | PDF | OOG | | Greg Davidson | 9/7/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356583 | MSG | OOG | | | 9/7/2021 | Luis Saenz; Gardner Pate; Jeff Oldham (attorney) | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |

| DOC_0356584 | PDF | OOG | Greg Davidson | 9/7/2021 | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DOC_0356585 | PDF | OOG | Greg Davidson | 9/2/2021 | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356590 | MSG | OOG | | 9/2/2021 | Jeff Oldham (attorney) | Greg Davidson | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |

| Doc ID | Type | Source | | Author | Date | To | CC | BCC | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356591 | PDF | OOG | | Greg Davidson | 9/2/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |
| DOC_0356592 | MSG | OOG | | | 9/7/2021 | Greg Davidson; Luis Saenz; Jeff Oldham (attorney) | Gardner Pate | | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356593 | MSG | OOG | | | 8/27/2021 | Sean Opperman (attorney); Gardner Pate; Jeff Oldham (attorney); Angela Colmenero (attorney) | Courtney Hjaltman | Anna Mackin (attorney) | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356594 | MSG | OOG | | | 9/7/2021 | Nan Tolson; Sheridan Nolen; Chris Warren; Mark Miner; Luis Saenz; Jeff Oldham (attorney); James Sullivan (attorney) | Gardner Pate | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356595 | MSG | OOG | | | 9/7/2021 | Sheridan Nolen; Chris Warren; Mark Miner; Luis Saenz; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Nan Tolson | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356596 | MSG | OOG | | | 9/7/2021 | Sheridan Nolen; Nan Tolson; Chris Warren; Mark Miner; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Luis Saenz | | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DOC_0356597 | MSG | OOG | | 9/7/2021 | Nan Tolson; Sheridan Nolen; Chris Warren; Mark Miner; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Luis Saenz | | Attorney Client; Work Product; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
| DOC_0356599 | PDF | OOG | | 3/18/2022 | | | | Attorney Client; Work Product; Deliberative | Communication from U.S. Census Bureau regarding census data, with annotations by OOG attorneys. |
| DOC_0356604 | MSG | OOG | | 9/7/2021 | Nan Tolson; Chris Warren; Mark Miner; Luis Saenz; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Sheridan Nolen | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |

| DOC_0356609 | MSG | OOG | | 9/3/2021 | Greg Abbott | Jeff Oldham (attorney) | Luis Saenz; Gardner Pate; Angela Colmenero (attorney) | | Attorney Client; Work Product; Legislative; Deliberative | Confidential communication regarding draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the communication. |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356610 | PDF | OOG | Greg Davidson | 9/2/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative | Document related to draft proclamation of special session. Includes legal advice from OOG attorneys on the substance, legal compliance, and strategy of the subject of the document. |