**To:** Angela Colmenero[Angela.Colmenero@gov.texas.gov]
**From:** Senate Redistricting & Jurisprudence Committee (via Dropbox)[no-reply@dropbox.com]
**Sent:** Fri 8/27/2021 7:07:23 PM (UTC)
**Subject:** Senate Redistricting & Jurisprudence Committee shared "Senate Special Committee on Redistricting" with you

[**EXTERNAL SENDER**] - Do not click on links or open attachments in unexpected messages.

Hi there,

Senate Redistricting & Jurisprudence Committee (redistricting@senate.texas.gov) invited you to view the folder "**Senate Special Committee on Redistricting**" on Dropbox.

Senate Redistricting & Jurisprudence said:
" "

Go to folder

Enjoy!
The Dropbox team

*Senate Redistricting & Jurisprudence and others will be able to see when you view files in this folder. Other files shared with you through Dropbox may also show this info. Learn more in our help center.*

Report to Dropbox                                                                 © 2021 Dropbox