**To:** Angela Colmenero[Angela.Colmenero@gov.texas.gov]
**From:** Dropbox[no-reply@dropbox.com]
**Sent:** Mon 8/30/2021 9:52:10 PM (UTC)
**Subject:** Reminder: Senate Redistricting & Jurisprudence Committee shared "Senate Special Committee on Redistricting" with you

[**EXTERNAL SENDER**] - Do not click on links or open attachments in unexpected messages.

Hi there,

In case you missed it, Senate Redistricting & Jurisprudence Committee (redistricting@senate.texas.gov) shared "Senate Special Committee on Redistricting" with you on Dropbox.

Senate Redistricting & Jurisprudence said:
"&#10;"

View on Dropbox

Thanks!

- The Dropbox Team

Dropbox, Inc.
PO Box 77767, San Francisco, CA 94107
View Privacy Policy | Unsubscribe

© 2021 Dropbox

.