**To:** Gardner Pate[Gardner.Pate@gov.texas.gov]; Jeff Oldham[jeff.oldham@gov.texas.gov]; Courtney Hjaltman[Courtney.Hjaltman@gov.texas.gov]; Angela Colmenero[Angela.Colmenero@gov.texas.gov]
**Cc:** Anna Mackin_SC[Anna.Mackin_SC@senate.texas.gov]
**From:** Sean Opperman[Sean.Opperman@senate.texas.gov]
**Sent:** Fri 8/27/2021 1:30:12 PM (UTC)
**Subject:** proposed calendar

Calendar_Senate First.docx
Calendar_Congress First.docx

[**EXTERNAL SENDER**] - Do not click on links or open attachments in unexpected messages.

Yesterday, we met with the Senate Parliamentarian to develop a proposed timeline for redistricting bills. Attached are the two options we developed: (1) move senate plan first and (2) move Congressional/SBOE first. Some of these decisions are based on S.R. 4, which passed during 87(R). S.R. 4 lays out certain deadlines/timelines that we must follow for redistricting bills. We just used 9/20 as the start date since that is the date we have been talking about for a while. We understand that is of course subject to the Governor's decision. A few things I do want to point out though --- It would be great to have the proclamation for the start put out well in advance of the actual start date so that we can file bills early. That enables us to provide more public notice of the plans, if they are ready. Second, being able to gavel in on the morning of day 1 (9am) is ideal. That way we can refer the bill(s) and post for hearings immediately. If we started day 1 in the afternoon, it would delay the first hearing by a day as we have to post 48 hours in advance and we may not want to start a hearing late in the day. Let us know if you all have any questions.

### *CONFIDENTIALITY NOTICE*

*This electronic message contains information that may be confidential under Chapter 323, Texas Government Code, or confidential or privileged as an attorney-client communication or attorney work product or under other laws or rules. The information is meant solely for the use of the intended recipient or another person authorized by the intended recipient. If you have received this electronic message in error, please notify the sender immediately and do not disclose the information to any other person.*