IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> EDDIE BERNICE JOHNSON, *et al.*, <br><br> *Intervenor-Plaintiffs,* <br><br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § Case No. 3:21-cv-00259 <br> [Lead Case] |

## DEFENDANTS' DESIGNATION OF TESTIFYING EXPERTS

Pursuant to the Court's scheduling order, ECF 96, and the joint stipulations modifying expert deadlines, ECF 268, ECF 323, Defendants file their designation of testifying experts. Defendants reserve the right to supplement any materials provided in connection with these disclosures. Defendants also reserve the right to call any expert witnesses identified or disclosed by any other party in this case.

### DESIGNATION

1. <u>Dr. John Alford</u>. Dr. Alford is a tenured professor of political science at Rice University. He teaches courses on redistricting, elections, political representation, voting behavior, and statistical methods at both the undergraduate and graduate level. He has also worked with numerous Texas cities and school boards on districting plans and on Voting Rights Act issues. He has previously provided expert reports and/or testified as an expert witness in voting rights and statistical issues in a variety of court cases, working for the U.S. Attorney in Houston, the Texas Attorney General, a U.S. Congressman and various cities and school districts. Dr. Alford is expected to testify on the preconditions set forth by the Supreme Court in *Thornburg v. Gingles*, on racially-polarized voting generally and in connection with plaintiffs' claims, and to respond to plaintiffs' experts.

2. <u>Sean Trende</u>. Mr. Trende has a Master's degree in political science from the Ohio State University and teaches classes at Ohio State and Ohio Wesleyan University on politics, voting, and redistricting. He is expected to receive a Ph.D. in political science from Ohio State in 2022. He also serves as Senior Elections Analyst for RealClearPolitics. Mr. Trende is expected to testify on the demography of the newly-enacted electoral maps, on demographics generally and in connection with plaintiffs' claims, and to respond to plaintiffs' experts.

1

| | |
|---|---|
| Date: July 18, 2022 | Respectfully submitted. |
| | |
| KEN PAXTON | /s/ Patrick K. Sweeten |
| Attorney General of Texas | PATRICK K. SWEETEN |
| | Deputy Attorney General for Special Litigation |
| | Tex. State Bar No. 00798537 |
| BRENT WEBSTER | |
| First Assistant Attorney General | |
| | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | |
| | JACK B. DISORBO |
| | Assistant Attorney General, Special Litigation Unit |
| | Tex. State Bar No. 24120804 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2022, a true and accurate copy of the foregoing document was served via email to all counsel of record.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN