IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

## LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR THEIR MOTION TO COMPEL THIRD-PARTY SUBPOENAS *DUCES TECUM*

Pursuant to Local Rule CV-7(C)(2), LULAC Plaintiffs move for leave to file a brief in excess of five pages—for up to fifteen pages—in support of their motion to compel third-party subpoenas *duces tecum*. A proposed order is attached hereto, along with LULAC Plaintiffs' proposed motion and related exhibits.

LULAC Plaintiffs seek leave to exceed the page limit in order to set forth fully the factual and legal bases of their motion. Granting this motion will not prejudice any party. Counsel for Respondents have stated that they do not oppose this motion.

## CONCLUSION

For the foregoing reasons, LILAC Plaintiffs respectfully request that the Court grant this motion.

DATED: July 18, 2022                                    *s/ Nina Perales*

                                                        Nina Perales
                                                        Texas Bar No. 24005046
                                                        Fátima Menendez
                                                        Texas Bar No. 24090260
                                                        Kenneth Parreno*
                                                        Massachusetts Bar No. 705747
                                                        MEXICAN AMERICAN LEGAL
                                                        DEFENSE AND EDUCATIONAL FUND
                                                        110 Broadway, Suite 300
                                                        San Antonio, TX 78205
                                                        (210) 224-5476

                                                        *Admitted *pro hac vice*

                                                        *ATTORNEYS FOR LULAC PLAINTIFFS*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on July 17, 2022, counsel for LULAC Plaintiffs emailed counsel for Respondents regarding the instant motion. Counsel for Respondents stated that they do not oppose the motion.

                                              */s/ Nina Perales*
                                              Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 18th day of July 2022.

                                              */s/ Nina Perales*
                                            Nina Perales