Ex. K - Lieutenant Governor

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOC_0012132 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 1/22/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 2 | DOC_0012133 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 1/29/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 3 | DOC_0012134 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 2/5/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 4 | DOC_0012135 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 2/19/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 5 | DOC_0012136 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 2/19/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 6 | DOC_0012137 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 2/25/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 7 | DOC_0012138 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/8/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 8 | DOC_0012139 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/11/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 9 | DOC_0012140 | Lieutenant Governor Dan Patrick | DOTX | Alexandra Lovell (Lt. Gov. Digital Director) | 3/25/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 10 | DOC_0012141 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/25/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 11 | DOC_0012142 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/25/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 12 | DOC_0012143 | Lieutenant Governor Dan Patrick | DOTX | Alexandra Lovell (Lt. Gov. Digital Director) | 3/30/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | DOC_0012144 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/31/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 14 | DOC_0012145 | Lieutenant Governor Dan Patrick | DOTX | Alexandra Lovell (Lt. Gov. Digital Director) | 4/12/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 15 | DOC_0012146 | Lieutenant Governor Dan Patrick | PDF | Microsoft Office User | 5/13/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 16 | DOC_0012147 | Lieutenant Governor Dan Patrick | DOCX | Microsoft Office User | 4/20/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 17 | DOC_0012148 | Lieutenant Governor Dan Patrick | PDF | Microsoft Office User | 4/19/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 18 | DOC_0012149 | Lieutenant Governor Dan Patrick | PDF | Microsoft Office User | 4/29/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 19 | DOC_0012152 | Lieutenant Governor Dan Patrick | DOCX | Alexandra Lovell (Lt. Gov. Digital Director) | 10/21/2019 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 21 | DOC_0012239 | Lieutenant Governor Dan Patrick | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 22 | DOC_0012240 | Lieutenant Governor Dan Patrick | DOCX | Scott Keller (attorney) | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 23 | DOC_0012241 | Lieutenant Governor Dan Patrick | DOCX | Scott Keller (attorney) | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 24 | DOC_0012244 | Lieutenant Governor Dan Patrick | DOCX | Steven Aranyi | 10/8/2021 | | | | | Legislative | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 25 | DOC_0012269 | Lieutenant Governor Dan Patrick | MSG | | 10/29/2019 | Darrell Davila (Lt. Gov. Chief of Staff); Sherry Sylvester (Lt. Gov. Senior Advisor); John Gibbs | Alix Morris (attorney) (Lt. Gov. Deputy General Counsel) | Chris Sterner (attorney) (Lt. Gov. General Counsel) | | Legislative | Confidential communication between Lieutenant Governor Patrick and staff regarding Senate Redistricting Committee hearing, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. |
| 26 | DOC_0012270 | Lieutenant Governor Dan Patrick | PDF | Alix Morris (attorney) | 10/29/2019 | | | | | Legislative | Attachment to confidential communication between Lieutenant Governor Patrick and staff regarding Senate Redistricting Committee hearing, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. |

Ex. K - Lieutenant Governor

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | DOC_0012273 | Lieutenant Governor Dan Patrick | MSG | | 9/30/2021 | Darrell Davila (Lt. Gov. Chief of Staff); Sherry Sylvester (Lt. Gov. Senior Advisor); John Gibbs | Alix Morris (attorney) (Lt. Gov. Deputy General Counsel) | | | Legislative | Confidential communication between Lieutenant Governor Patrick and staff regarding Senate Redistricting Committee hearing, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. |
| 28 | DOC_0012274 | Lieutenant Governor Dan Patrick | MSG | | 10/4/2021 | Darrell Davila (Lt. Gov. Chief of Staff; Chris Sterner (attorney) (Lt. Gov. General Counsel) | Alix Morris (attorney) (Lt. Gov. Deputy General Counsel) | | | Legislative | Confidential communication between Lieutenant Governor Patrick and staff regarding Senate Redistricting Committee hearing, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. |
| 29 | DOC_0012276 | Lieutenant Governor Dan Patrick | MSG | | 4/1/2021 | Alix Morris (attorney) (Lt. Gov. Deputy General Counsel) | Chris Sterner (attorney) (Lt. Gov. General Counsel) | | | Legislative | Confidential communication between Lieutenant Governor Patrick and staff regarding Senate Redistricting Committee hearing, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. |
| 30 | DOC_0012277 | Lieutenant Governor Dan Patrick | PDF | James Whitehorne | 4/1/2021 | | | | | Legislative | Attachment to confidential communication between Lieutenant Governor Patrick staffers regarding redistricting data, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. |
| 31 | DOC_0012327 | Lieutenant Governor Dan Patrick | PNG | | | Lt. Gov. Dan Patrick | Sherry Sylvester (Lt. Gov. Senior Advisor) | | | Legislative | Confidential communication between Lieutenant Governor Patrick and staff regarding redistricting legislation and related process, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. |
| 32 | DOC_0012398 | Lieutenant Governor Dan Patrick | MSG | | 10/11/2021 | Jeff Archer (TLC Executive Director) | Darrell Davila (Lt. Gov. Chief of Staff) | Sean Opperman (attorney); Anna Mackin (attorney); Chris Sterner (attorney); Alix Morris (attorney) | | Legislative | Confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation. |
| 33 | DOC_0012399 | Lieutenant Governor Dan Patrick | PDF | | 10/7/2021 | | | | | Legislative | Attached invoice to confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation. |
| 34 | DOC_0012419 | Lieutenant Governor Dan Patrick | MSG | | 3/11/2021 | Chris Sterner (attorney) (Lt. Gov. General Counsel) | Jeff Archer (TLC Executive Director) | | | Legislative | Attached invoice to confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation . |
| 35 | DOC_0012420 | Lieutenant Governor Dan Patrick | DOCX | ATC | 3/11/2021 | | | | | Legislative | Attached invoice to confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation. |
| 36 | DOC_0012421 | Lieutenant Governor Dan Patrick | MSG | | 3/4/2021 | Chris Sterner (attorney) (Lt. Gov. General Counsel) | Jeff Archer (TLC Executive Director) | | | Legislative | Email attaching draft of outside counsel retention contract for use in connection with redistricting legislation, revealing legislative thoughts and opinions and attorney mental impressions. |
| 38 | DOC_0012423 | Lieutenant Governor Dan Patrick | PDF | | 2/25/2020 | | | | | Legislative | Confidential draft of contract to retain expert for use in connection with considering draft redistricting legislation. |
| 50 | DOC_0012522 | Lieutenant Governor Dan Patrick | JPG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Luis Saenz (Gov. Abbott Chief of Staff) | | | Legislative | Confidential communication between Darrell Davila and Luis Saenz regarding redistricting, reflecting legislative thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | DOC_0012554 | Lieutenant Governor Dan Patrick | JPG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Alix Morris (attorney) (Lt. Gov. Deputy General Counsel) | | | Legislative; Attorney Client; Work Product | Confidential communication between Lieutenant Governor Patrick and/or his staff made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. Additionally, the document reflects confidential legal advice provided by counsel and the thoughts and mental impressions of counsel. |
| 55 | PDOC_002870 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential document relating to draft redistricting legislation, with annotations, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 56 | PDOC_002871 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential document relating to draft redistricting legislation, with annotations, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 57 | PDOC_002874 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential document relating to draft redistricting legislation, with annotations, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 58 | PDOC_002935 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential communication between Lieutenant Governor Patrick and other legislators regarding draft redistricting legislation, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. |
| 59 | PDOC_002938 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for state senate districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 60 | PDOC_002942 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Data relating to draft redistricting legislation for school board of education districts, created, received, and/or gathered for the purpose of working on redistricting legislation . |
| 61 | PDOC_002943 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for state senate districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 62 | PDOC_002944 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for state senate districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 63 | PDOC_002945 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for state senate districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 64 | PDOC_002948 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for state senate districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 65 | PDOC_002950 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for state senate districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | PDOC_002951 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for state senate districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 67 | PDOC_002954 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for state senate districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 68 | PDOC_002955 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for congressional districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 69 | PDOC_002956 | Lieutenant Governor Dan Patrick | | | | | | | | Legislative | Confidential draft maps and data relating to draft redistricting legislation for congressional districts, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |