| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | DOC_0012277 | Lieutenant Governor Dan Patrick | PDF | James Whitehorne | 4/1/2021 | | | | | Legislative | Attachment to confidential communication between Lieutenant Governor Patrick staffers regarding redistricting data, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. |
| 50 | DOC_0012522 | Lieutenant Governor Dan Patrick | JPG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Luis Saenz (Gov. Abbott Chief of Staff) | | | Legislative | Confidential communication between Darrell Davila and Luis Saenz regarding redistricting, reflecting legislative thoughts, opinions, and mental impressions. |
| 104 | DOC_0356699 | Representative Brooks Landgraf | PDF | State of Texas | 10/4/21 | | | | | Legislative | Confidential document relating to draft redistricting legislation for House districts. |
| 109 | DOC_0356708 | Representative Brooks Landgraf | PDF | State of Texas | 10/9/2021 | | | | | Legislative | Talking points, notes, data, and other materials regarding draft redistricting legislation relating to Senate districts. |
| 112 | DOC_0356711 | Representative Brooks Landgraf | PDF | State of Texas | 10/9/21 | | | | | Legislative | Talking points, notes, data, and other materials regarding draft redistricting legislation relating to congressional districts. |
| 117 | DOC_0356716 | Representative Brooks Landgraf | PDF | State of Texas | 10/9/2021 | | | | | Legislative | Confidential document relating to draft redistricting legislation for House districts. |
| 206 | DOC_0352853 | Representative Jacey Jetton | PDF | torim | | Lewis Luckenbach | Representative Jetton | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 355 | DOC_0001982 | Senator Joan Huffman | PDF | State of Texas | 9/29/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 356 | DOC_0001983 | Senator Joan Huffman | DOCX | SO | 9/27/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation . |
| 360 | DOC_0001987 | Senator Joan Huffman | DOCX | Allison Schmitz | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 361 | DOC_0001988 | Senator Joan Huffman | DOCX | Allison Schmitz | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 362 | DOC_0001989 | Senator Joan Huffman | DOCX | Zachary Stephenson | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 367 | DOC_0001994 | Senator Joan Huffman | DOCX | Sarah Willcox | 10/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 369 | DOC_0001996 | Senator Joan Huffman | DOCX | Sarah Willcox | 10/3/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 370 | DOC_0001997 | Senator Joan Huffman | DOCX | Sarah Willcox | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation |
| 373 | DOC_0002001 | Senator Joan Huffman | DOCX | Sarah Willcox | 9/21/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. |
| 384 | DOC_0002014 | Senator Joan Huffman | PDF | State of Texas | 10/13/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 385 | DOC_0002015 | Senator Joan Huffman | DOCX | SO | 10/13/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 407 | DOC_0002037 | Senator Joan Huffman | DOCX | SO | 9/20/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 409 | DOC_0002039 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 10/1/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. |
| 412 | DOC_0002042 | Senator Joan Huffman | DOCX | Zachary Stephenson | 10/15/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 416 | DOC_0002046 | Senator Joan Huffman | PDF | S7625AF | 10/3/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 423 | DOC_0002053 | Senator Joan Huffman | PDF | State of Texas | 9/20/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 424 | DOC_0002054 | Senator Joan Huffman | DOCX | SO | 9/20/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 435 | DOC_0002065 | Senator Joan Huffman | PDF | State of Texas | 9/28/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 539 | DOC_0002494 | Senator Joan Huffman | PPTX | Lloyd Potter | 1/22/2010 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. |
| 567 | DOC_0002551 | Senator Joan Huffman | DOCX | ATC | 8/31/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 568 | DOC_0002552 | Senator Joan Huffman | DOCX | ATC | 8/31/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 569 | DOC_0002553 | Senator Joan Huffman | DOCX | ATC | 8/31/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 570 | DOC_0002554 | Senator Joan Huffman | DOCX | ATC | 9/8/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 571 | DOC_0002555 | Senator Joan Huffman | PDF | ATC | 9/8/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 572 | DOC_0002556 | Senator Joan Huffman | DOCX | ATC | 9/7/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 585 | DOC_0002577 | Senator Joan Huffman | PDF | JSA | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential memorandum from Texas Legislative Council to members of the legislature relating to redstricting materials. |
| 586 | DOC_0002578 | Senator Joan Huffman | PDF | JSA | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential memorandum from Texas Legislative Council to members of the legislature relating to redstricting materials. |
| 593 | DOC_0002611 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 8/12/2021 | Members of the State Board of Education | Senator Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to members of the State Board of Education regarding draft redistricting legislation. |
| 594 | DOC_0002612 | Senator Joan Huffman | PDF | Sean Opperman (attorney) | 8/12/2021 | Members of the State Board of Education | Senator Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to members of the State Board of Education regarding draft redistricting legislation. |
| 595 | DOC_0002613 | Senator Joan Huffman | DOCX | Ashley Brooks | 8/23/2021 | Members of the State Board of Education | Senator Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to members of the State Board of Education regarding draft redistricting legislation. |
| 647 | DOC_0002700 | Senator Joan Huffman | XLSX | KAG | 2/20/2015 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 648 | DOC_0002712 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 649 | DOC_0002713 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 650 | DOC_0002714 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 651 | DOC_0002715 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 652 | DOC_0002716 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 653 | DOC_0002717 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 654 | DOC_0002718 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 655 | DOC_0002719 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 656 | DOC_0002720 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 657 | DOC_0002721 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 658 | DOC_0002723 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 659 | DOC_0002724 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 660 | DOC_0002725 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 661 | DOC_0002726 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 662 | DOC_0002727 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation . |
| 663 | DOC_0002728 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 664 | DOC_0002729 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 665 | DOC_0002730 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 666 | DOC_0002731 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 667 | DOC_0002732 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 668 | DOC_0002733 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 669 | DOC_0002734 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 670 | DOC_0002735 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 671 | DOC_0002736 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 672 | DOC_0002737 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 673 | DOC_0002738 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 674 | DOC_0002739 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 675 | DOC_0002740 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 676 | DOC_0002741 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 677 | DOC_0002742 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 678 | DOC_0002743 | Senator Joan Huffman | PDF | Alelhie Lila Valencia | 9/25/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 783 | DOC_0006821 | Senator Joan Huffman | XLSX | Michael Hankins | 8/13/2021 | | | | | Legislative | Data relating to draft redistricting legislation for state board of education districts, created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 801 | DOC_0006853 | Senator Joan Huffman | PDF | | 10/5/2021 | Senator Jean Huffman; Representative Todd Hunter | Congresswoman Sheila Jackson Lee; Congressman Al Green | Members of the Texas Senate and Texas House | | Legislative | Confidential communication from Congresswoman Sheila Jackson Lee and Congressman Al Green tp Senator Joan Huffman and Representative Todd Hunter, regarding draft redistricting legislation for congressional districts. |
| 803 | DOC_0006858 | Senator Joan Huffman | PDF | State of Texas | 9/28/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation for state senate distritcs. |
| 809 | DOC_0006868 | Senator Joan Huffman | PDF | State of Texas | 10/4/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 813 | DOC_0006873 | Senator Joan Huffman | PDF | State of Texas | 9/28/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. |
| 815 | DOC_0006910 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 818 | DOC_0006913 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 821 | DOC_0006916 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 824 | DOC_0006919 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 827 | DOC_0006922 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 830 | DOC_0006925 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 833 | DOC_0006928 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 836 | DOC_0006931 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 839 | DOC_0006934 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 842 | DOC_0006937 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 845 | DOC_0006940 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 848 | DOC_0006943 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 851 | DOC_0006946 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 854 | DOC_0006949 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 857 | DOC_0006952 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 860 | DOC_0006955 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 863 | DOC_0006958 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 866 | DOC_0006961 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 869 | DOC_0006964 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 872 | DOC_0006967 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 876 | DOC_0006971 | Senator Joan Huffman | PDF | o0600bq | 1/28/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 878 | DOC_0006973 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 881 | DOC_0006976 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 884 | DOC_0006979 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 887 | DOC_0006982 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 890 | DOC_0006985 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 893 | DOC_0006988 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 896 | DOC_0006991 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 899 | DOC_0006994 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 902 | DOC_0006997 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 905 | DOC_0007000 | Senator Joan Huffman | PDF | o0600bq | 1/8/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 909 | DOC_0007004 | Senator Joan Huffman | PDF | o0600bq | 1/28/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 910 | DOC_0007005 | Senator Joan Huffman | XLSX | KAG | 2/20/2015 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 912 | DOC_0007007 | Senator Joan Huffman | PDF | o0600f0 | 1/28/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 913 | DOC_0007008 | Senator Joan Huffman | XLSX | KAG | 2/20/2015 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 991 | DOC_0007086 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 993 | DOC_0007088 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 995 | DOC_0007090 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 997 | DOC_0007092 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 999 | DOC_0007094 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1001 | DOC_0007096 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1003 | DOC_0007098 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1005 | DOC_0007100 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1007 | DOC_0007102 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1009 | DOC_0007104 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1011 | DOC_0007106 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1013 | DOC_0007108 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1015 | DOC_0007110 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1017 | DOC_0007112 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1019 | DOC_0007114 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1021 | DOC_0007116 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1023 | DOC_0007118 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1025 | DOC_0007120 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1027 | DOC_0007122 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1029 | DOC_0007124 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1031 | DOC_0007126 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1033 | DOC_0007128 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1035 | DOC_0007130 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1037 | DOC_0007132 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1039 | DOC_0007134 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1041 | DOC_0007136 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1043 | DOC_0007138 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1045 | DOC_0007140 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1047 | DOC_0007142 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1049 | DOC_0007144 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |
| 1051 | DOC_0007146 | Senator Joan Huffman | PDF | ikt429 | 8/30/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. |