IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

**UNITED STATES' NOTICE THAT PLAINTIFFS NO LONGER INTEND TO DEPOSE TEXAS HOUSE SPEAKER DADE PHELAN**

Pursuant to this Court's order of July 12, 2022, ECF No. 429, the United States hereby provides notice that Plaintiffs no longer seek to depose House Speaker Dade Phelan.

Date: July 19, 2022

Respectfully submitted,

REBECCA BOND
Acting Deputy Assistant Attorney General
Civil Rights Division

/s/ *Michelle Rupp*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALLISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section

        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530
        202-305-0565
        Michelle.Rupp@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ *Michelle Rupp*
Michelle Rupp
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 305-0565
Michelle.Rupp@usdoj.gov