| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | DOC_0356658 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 77 | DOC_0356659 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 78 | DOC_0356660 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 79 | DOC_0356661 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 80 | DOC_0356662 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 81 | DOC_0356663 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 82 | DOC_0356664 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 83 | DOC_0356665 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 84 | DOC_0356666 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 85 | DOC_0356667 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 86 | DOC_0356668 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 87 | DOC_0356669 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 88 | DOC_0356670 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 89 | DOC_0356671 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 90 | DOC_0356672 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 91 | DOC_0356673 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 92 | DOC_0356674 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 93 | DOC_0356675 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | DOC_0356676 | Representative B | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 95 | DOC_0356677 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 96 | DOC_0356678 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 97 | DOC_0356679 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 98 | DOC_0356680 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 99 | DOC_0356681 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 100 | DOC_0356686 | Representative Brooks Landgraf | PDF | | | | | | | Legislative | Confidential calendar entries relating to meetings regarding legislative redistricting process. |
| 469 | DOC_0002127 | Senator Joan Huffman | DOCX | | 8/30/2021 | | | | | Legislative | Confidential draft calendar entries and proposed schedule for legislative redistricting process. |
| 470 | DOC_0002128 | Senator Joan Huffman | DOCX | | 8/26/2021 | | | | | Legislative | Confidential draft calendar entries and proposed schedule for legislative redistricting process. |
| 471 | DOC_0002129 | Senator Joan Huffman | DOCX | | 8/26/2021 | | | | | Legislative | Confidential draft calendar entries and proposed schedule for legislative redistricting process. |
| 472 | DOC_0002130 | Senator Joan Huffman | DOCX | | 9/2/2021 | | | | | Legislative | Confidential draft calendar entries and proposed schedule for legislative redistricting process. |
| 473 | DOC_0002131 | Senator Joan Huffman | DOCX | | 9/16/2021 | | | | | Legislative | Confidential draft calendar entries and proposed schedule for legislative redistricting process. |
| 474 | DOC_0002132 | Senator Joan Huffman | DOCX | | 9/16/2021 | | | | | Legislative | Confidential draft calendar entries and proposed schedule for legislative redistricting process. |
| 475 | DOC_0002133 | Senator Joan Huffman | DOCX | | 9/20/2021 | | | | | Legislative | Confidential draft calendar entries and proposed schedule for legislative redistricting process. |
| 476 | DOC_0002134 | Senator Joan Huffman | DOCX | | 8/30/3021 | | | | | Legislative | Confidential draft calendar entries and proposed schedule for legislative redistricting process. |
| 477 | DOC_0002135 | Senator Joan Huffman | DOCX | | 10/6/2021 | | | | | Legislative | Confidential draft calendar entries and proposed schedule for legislative redistricting process. |
| 684 | DOC_0002750 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/4/2021 | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 689 | DOC_0006664 | Senator Joan Huffman | PDF | | 5/7/2020 | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 690 | DOC_0006677 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 691 | DOC_0006678 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 692 | DOC_0006679 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 693 | DOC_0006680 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 694 | DOC_0006681 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 695 | DOC_0006682 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 696 | DOC_0006683 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 697 | DOC_0006684 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 698 | DOC_0006685 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 699 | DOC_0006686 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 700 | DOC_0006687 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 701 | DOC_0006688 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 702 | DOC_0006689 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 703 | DOC_0006690 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 704 | DOC_0006691 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 705 | DOC_0006692 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 706 | DOC_0006693 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 707 | DOC_0006694 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 708 | DOC_0006695 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 709 | DOC_0006696 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 710 | DOC_0006697 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 711 | DOC_0006698 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 712 | DOC_0006699 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 713 | DOC_0006700 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 714 | DOC_0006701 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 715 | DOC_0006702 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 716 | DOC_0006703 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 717 | DOC_0006704 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 718 | DOC_0006705 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 719 | DOC_0006706 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 720 | DOC_0006707 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 721 | DOC_0006708 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 722 | DOC_0006709 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 723 | DOC_0006710 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 724 | DOC_0006711 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 725 | DOC_0006712 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 726 | DOC_0006713 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 727 | DOC_0006714 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 728 | DOC_0006715 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 729 | DOC_0006716 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 730 | DOC_0006717 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 731 | DOC_0006718 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 732 | DOC_0006719 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 733 | DOC_0006720 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 734 | DOC_0006721 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 735 | DOC_0006722 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 736 | DOC_0006723 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 737 | DOC_0006724 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 738 | DOC_0006725 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 739 | DOC_0006726 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 740 | DOC_0006727 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 741 | DOC_0006728 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 742 | DOC_0006729 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 743 | DOC_0006730 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 744 | DOC_0006731 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 745 | DOC_0006732 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 746 | DOC_0006733 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |

Case 3:21-cv-00259-DCG-JES-JVB   Document 447-16   Filed 07/19/22   Page 5 of 6

Ex. O - Calendar Invitations

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 747 | DOC_0006734 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 748 | DOC_0006735 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 749 | DOC_0006736 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 750 | DOC_0006737 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 751 | DOC_0006738 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 752 | DOC_0006739 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 753 | DOC_0006740 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 754 | DOC_0006741 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 755 | DOC_0006742 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 756 | DOC_0006743 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 757 | DOC_0006744 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 758 | DOC_0006745 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 759 | DOC_0006746 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 760 | DOC_0006747 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 761 | DOC_0006748 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 762 | DOC_0006749 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 763 | DOC_0006750 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 764 | DOC_0006751 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 765 | DOC_0006752 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 766 | DOC_0006753 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 767 | DOC_0006754 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 768 | DOC_0006755 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 769 | DOC_0006756 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 770 | DOC_0006757 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 771 | DOC_0006758 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 772 | DOC_0006759 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 773 | DOC_0006760 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 774 | DOC_0006761 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 775 | DOC_0006762 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 776 | DOC_0006763 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 777 | DOC_0006764 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 778 | DOC_0006765 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 779 | DOC_0006766 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 780 | DOC_0006801 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |
| 781 | DOC_0006814 | Senator Joan Huffman | ICS | | | | | | | Legislative | Confidential calendar entry relating to draft redistricting legislation. |