| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | DOC_0012239 | Lieutenant Governor Dan Patrick | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 22 | DOC_0012240 | Lieutenant Governor Dan Patrick | DOCX | Scott Keller (attorney) | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 23 | DOC_0012241 | Lieutenant Governor Dan Patrick | DOCX | Scott Keller (attorney) | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 24 | DOC_0012244 | Lieutenant Governor Dan Patrick | DOCX | Steven Aranyi | 10/8/2021 | | | | | Legislative | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 32 | DOC_0012398 | Lieutenant Governor Dan Patrick | MSG | | 10/11/2021 | Jeff Archer (TLC Executive Director) | Darrell Davila (Lt. Gov. Chief of Staff) | Sean Opperman (attorney); Anna Mackin (attorney); Chris Sterner (attorney); Alix Morris (attorney) | | Legislative | Confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation. |
| 33 | DOC_0012399 | Lieutenant Governor Dan Patrick | PDF | | 10/7/2021 | | | | | Legislative | Attached invoice to confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation. |
| 34 | DOC_0012419 | Lieutenant Governor Dan Patrick | MSG | | 3/11/2021 | Chris Sterner (attorney) (Lt. Gov. General Counsel) | Jeff Archer (TLC Executive Director) | | | Legislative | Attached invoice to confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation . |
| 35 | DOC_0012420 | Lieutenant Governor Dan Patrick | DOCX | ATC | 3/11/2021 | | | | | Legislative | Attached invoice to confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation. |
| 36 | DOC_0012421 | Lieutenant Governor Dan Patrick | MSG | | 3/4/2021 | Chris Sterner (attorney) (Lt. Gov. General Counsel) | Jeff Archer (TLC Executive Director) | | | Legislative | Email attaching draft of outside counsel retention contract for use in connection with redistricting legislation, revealing legislative thoughts and opinions and attorney mental impressions. |
| 38 | DOC_0012423 | Lieutenant Governor Dan Patrick | PDF | | 2/25/2020 | | | | | Legislative | Confidential draft of contract to retain expert for use in connection with considering draft redistricting legislation. |
| 329 | PDOC_001768 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 330 | PDOC_001774 | Representative Todd Hunter" | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 331 | PDOC_001812 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 332 | PDOC_001883 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 333 | PDOC_001890 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 334 | PDOC_001896 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 335 | PDOC_001901 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 336 | PDOC_001924 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 337 | PDOC_001929 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 338 | PDOC_001936 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 339 | PDOC_001960 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 340 | PDOC_001968 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 341 | PDOC_001986 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 342 | PDOC_001997 | Representative Todd Hunter | | | | | | | | Legislative; Attorney Client | Confidential invoices, identifying privileged work performed at the direction of legislative members or at the direction of counsel, for legal services rendered in connection with redistricting legislation. |
| 563 | DOC_0002547 | Senator Joan Huffman | DOCX | Ashley Brooks | 1/14/2020 | | | | | Legislative; Attorney Client | Confidential letter relating to request for legal representation in connection with redistricting legislation. |
| 564 | DOC_0002548 | Senator Joan Huffman | PDF | | 1/21/2020 | | | | | Legislative; Attorney Client | Confidential letter relating to request for legal representation in connection with redistricting legislation. |
| 565 | DOC_0002549 | Senator Joan Huffman | PDF | | 4/26/2021 | | | | | Legislative; Attorney Client | Confidential letter relating to request for legal representation in connection with redistricting legislation. |
| 566 | DOC_0002550 | Senator Joan Huffman | PDF | | 9/14/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 567 | DOC_0002551 | Senator Joan Huffman | DOCX | ATC | 8/31/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 568 | DOC_0002552 | Senator Joan Huffman | DOCX | ATC | 8/31/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 569 | DOC_0002553 | Senator Joan Huffman | DOCX | ATC | 8/31/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 570 | DOC_0002554 | Senator Joan Huffman | DOCX | ATC | 9/8/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 571 | DOC_0002555 | Senator Joan Huffman | PDF | ATC | 9/8/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 572 | DOC_0002556 | Senator Joan Huffman | DOCX | ATC | 9/7/2021 | | | | | Legislative; Attorney Client | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 573 | DOC_0002557 | Senator Joan Huffman | PDF | | 9/9/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 574 | DOC_0002558 | Senator Joan Huffman | XLSX | Sean opperman (attorney) | 3/29/2019 | | | | | Legislative; Attorney Clint | Confidential invoice relating to expert services, sou ght for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 575 | DOC_0002559 | Senator Joan Huffman | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 576 | DOC_0002560 | Senator Joan Huffman | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 577 | DOC_0002561 | Senator Joan Huffman | XLSX | Anna Mackin (attorney) | 6/7/2021 | | | | | Legislative; Attorney Client | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 578 | DOC_0002562 | Senator Joan Huffman | PDF | | 7/22/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the pupose of receiving legal advice in connection with redistricting legislation. |
| 579 | DOC_0002563 | Senator Joan Huffman | PDF | | 8/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the pupose of receiving legal advice in connection with redistricting legislation. |
| 580 | DOC_0002564 | Senator Joan Huffman | PDF | | 10/7/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the pupose of receiving legal advice in connection with redistricting legislation. |
| 581 | DOC_0002565 | Senator Joan Huffman | PDF | | 8/5/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 582 | DOC_0002566 | Senator Joan Huffman | PDF | | 6/8/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the pupose of receiving legal advice in connection with redistricting legislation. |
| 583 | DOC_0002567 | Senator Joan Huffman | PDF | | 8/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 584 | DOC_0002568 | Senator Joan Huffman | PDF | | 8/5/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |