| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | DOC_0012239 | Lieutenant Governor Dan Patrick | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 22 | DOC_0012240 | Lieutenant Governor Dan Patrick | DOCX | Scott Keller (attorney) | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 23 | DOC_0012241 | Lieutenant Governor Dan Patrick | DOCX | Scott Keller (attorney) | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. |
| 39 | DOC_0012507 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 40 | DOC_0012508 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 41 | DOC_0012509 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 42 | DOC_0012510 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 43 | DOC_0012511 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 44 | DOC_0012512 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 45 | DOC_0012513 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 46 | DOC_0012514 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 47 | DOC_0012515 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 48 | DOC_0012516 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |
| 49 | DOC_0012517 | Lieutenant Governor Dan Patrick | PNG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Scott Keller (attorney) | | | Attorney Client; Work Product | Confidential communication between Darrell Davila and attorney, made for the purpose of facilitating the rendition of legal advice in connection with redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | DOC_0012554 | Lieutenant Governor Dan Patrick | JPG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Alix Morris (attorney) (Lt. Gov. Deputy General Counsel) | | | Legislative; Attorney Client; Work Product | Confidential communication between Lieutenant Governor Patrick and/or his staff made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. Additionally, the document reflects confidential legal advice provided by counsel and the thoughts and mental impressions of counsel. |
| 348 | DOC_0001975 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/20/2021 | | | | | Legislative; Attorney Client; Work Product | Talking points, notes, data, and other materials regarding draft redistricting legislation relating to House districts, including input from attorneys relating to proposed redistricting legislation. |
| 350 | DOC_0001977 | Senator Joan Huffman | DOCX | Anna Mackin (attorney) | 10/14/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft talking points for committee or Senate floor regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 351 | DOC_0001978 | Senator Joan Huffman | DOCX | Anna Mackin (attorney) | 10/7/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft talking points for committee or Senate floor regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 352 | DOC_0001979 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 10/3/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft talking points for committee or Senate floor regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 359 | DOC_0001986 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 10/17/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 360 | DOC_0001987 | Senator Joan Huffman | DOCX | Allison Schmitz | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 360 | DOC_0001987 | Senator Joan Huffman | DOCX | Allison Schmitz | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 361 | DOC_0001988 | Senator Joan Huffman | DOCX | Allison Schmitz | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 361 | DOC_0001988 | Senator Joan Huffman | DOCX | Allison Schmitz | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 362 | DOC_0001989 | Senator Joan Huffman | DOCX | Zachary Stephenson | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 362 | DOC_0001989 | Senator Joan Huffman | DOCX | Zachary Stephenson | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 366 | DOC_0001993 | Senator Joan Huffman | DOCX | Anna Mackin (attorney) | 9/29/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft talking points for committee or Senate floor regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 367 | DOC_0001994 | Senator Joan Huffman | DOCX | Sarah Willcox | 10/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 368 | DOC_0001995 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 10/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation . |
| 369 | DOC_0001996 | Senator Joan Huffman | DOCX | Sarah Willcox | 10/3/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 370 | DOC_0001997 | Senator Joan Huffman | DOCX | Sarah Willcox | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 372 | DOC_0001999 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation |
| 374 | DOC_0002002 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/22/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 376 | DOC_0002005 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/24/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 377 | DOC_0002006 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/27/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 378 | DOC_0002007 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/28/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 379 | DOC_0002008 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/27/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 381 | DOC_0002011 | Senator Joan Huffman | DOCX | Sarah Willcox | 9/29/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 382 | DOC_0002012 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/29/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 393 | DOC_0002023 | Senator Joan Huffman | DOCX | Anna Mackin (attorney) | 10/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 393 | DOC_0002023 | Senator Joan Huffman | DOCX | Anna Mackin (attorney) | 10/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 427 | DOC_0002057 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/21/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 427 | DOC_0002057 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/21/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 441 | DOC_0002071 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/29/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 446 | DOC_0002077 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 462 | DOC_0002118 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. |
| 503 | DOC_0002409 | Senator Joan Huffman | PDF | | 2/5/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 507 | DOC_0002416 | Senator Joan Huffman | PDF | | 1/25/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 514 | DOC_0002428 | Senator Joan Huffman | PDF | | 1/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 519 | DOC_0002438 | Senator Joan Huffman | PDF | | 1/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 523 | DOC_0002448 | Senator Joan Huffman | PDF | | 2/5/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 527 | DOC_0002456 | Senator Joan Huffman | PDF | | 2/5/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 532 | DOC_0002466 | Senator Joan Huffman | DOCX | Anna Mackin (attorney) | 3/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 535 | DOC_0002482 | Senator Joan Huffman | PDF | | 12/30/2019 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 536 | DOC_0002483 | Senator Joan Huffman | PDF | | 12/31/2019 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation . |
| 537 | DOC_0002487 | Senator Joan Huffman | PDF | | 5/15/2020 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 540 | DOC_0002500 | Senator Joan Huffman | PDF | | 2/25/2020 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 541 | DOC_0002505 | Senator Joan Huffman | PDF | | 1/25/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 542 | DOC_0002506 | Senator Joan Huffman | PDF | | 1/26/2020 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 543 | DOC_0002507 | Senator Joan Huffman | PDF | | 1/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 544 | DOC_0002508 | Senator Joan Huffman | PDF | | 1/19/2020 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 549 | DOC_0002524 | Senator Joan Huffman | DOCX | Anna Mackin (attorney) | 8/11/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. |
| 550 | DOC_0002525 | Senator Joan Huffman | DOCX | Anna Mackin (attorney) | 8/20/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. |
| 571 | DOC_0002555 | Senator Joan Huffman | PDF | ATC | 9/8/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 573 | DOC_0002557 | Senator Joan Huffman | PDF | | 9/9/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. |
| 578 | DOC_0002562 | Senator Joan Huffman | PDF | | 7/22/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the pupose of receiving legal advice in connection with redistricting legislation. |
| 579 | DOC_0002563 | Senator Joan Huffman | PDF | | 8/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 580 | DOC_0002564 | Senator Joan Huffman | PDF | | 10/7/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the pupose of receiving legal advice in connection with redistricting legislation. |
| 581 | DOC_0002565 | Senator Joan Huffman | PDF | | 8/5/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 582 | DOC_0002566 | Senator Joan Huffman | PDF | | 6/8/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 583 | DOC_0002567 | Senator Joan Huffman | PDF | | 8/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 584 | DOC_0002568 | Senator Joan Huffman | PDF | | 8/5/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. |
| 585 | DOC_0002577 | Senator Joan Huffman | PDF | JSA | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential memorandum from Texas Legislative Council to members of the legislature relating to redistricting materials. |
| 586 | DOC_0002578 | Senator Joan Huffman | PDF | JSA | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential memorandum from Texas Legislative Council to members of the legislature relating to redistricting materials. |
| 683 | DOC_0002749 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 9/10/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential outline of confidential meetings to take place to discuss draft redistricting legislation as to state senate districts. |