UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

League of United Latin American Citizens, et al.

vs.

Case No.: EP-21-cv-00259-DCG-JES-JVB

Greg Abbott, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Nikolas Youngsmith, counsel for League of United Latin American Citizens, etal., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Nikolas Youngsmith may appear on behalf of League of United Latin American in the above case.

IT IS FURTHER ORDERED that Nikolas Youngsmith, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields     Print Form