| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>X. Garrett                       7·13·22 |
| 1. Article Addressed to:<br><br>**ALEXANDER S. DAVIS**<br>**1500 K STREET NW  SUITE 900**<br>**WASHINGTON DC  20005**<br>3:21CV259DCG Text Odr granting ProHac | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| | 3. Service Type | | Priority Mail Express® |
|---|---|---|---|
| | ☐ Adult Signature | | ☐ Registered Mail™ |
| | ☐ Adult Signature Restricted Delivery | | ☐ Registered Mail Restricted Delivery |
| | ☑ Certified Mail® | | |
| | ☐ Certified Mail Restricted Delivery | | ☐ Signature Confirmation™ |
| | ☐ Collect on Delivery | | ☐ Signature Confirmation Restricted Delivery |
| | ☐ Collect on Delivery Restricted Delivery | | |
| | ☐ Insured Mail | | |
| | ☐ Insured Mail Restricted Delivery (over $500) | | |

2. Article Number (Transfer from service label)
7020 1810 0001 9915 2824

PS Form 3811, July 2020 PSN 7530-02-000-9053               Domestic Return Receipt