**Message**

| | |
|---|---|
| **From**: | Elections Internet [Elections@sos.texas.gov] |
| **Sent**: | 11/2/2021 9:31:29 PM |
| **To**: | Elections Internet [Elections@sos.texas.gov] |
| **Subject**: | MASS EMAIL (County Chairs-603) - Reminders for Candidate Filing Period |

CC: County Election Officials

Dear Party Officials:

As we prepare for the beginning of the candidate filing period, we wanted to provide some information to assist you with your duties related to candidacy.

1. **Resources to Assist You:**
    a. County Chairs of Political Parties: This page contains a listing of all of our Election Law Advisories relevant to the political parties. It also contains some additional resources on Candidacy for County Chairs.
    b. 2022 Candidate's Guide: Our Candidate's Guide has information related to Filing in the 2022 Republican or Democratic Primary Election, Filing for County or Precinct Chair, and Qualifications for Public Offices.

2. **Candidate Filing Period**: The candidate filing period for public office and for the office of county chair begins on November 13. The dates are provided below. Our longer, more detailed election law calendar should be posted very soon. We will send out an email when that calendar is available.
    a. **All Public Offices**: November 13, 2021 - December 13, 2021 at 6:00 PM.
    b. **County Chair**: November 13, 2021 - December 13, 2021 at 6:00 PM.
    c. **Precinct Chair**: September 14, 2021 - December 1, 2021 at 11:59 PM (initial filing period). The second filing period will open at a later date in 2022. We will send out an advisory with those dates/deadlines when they are available.

3. **Candidate Applications**: Below are the links for the updated candidate applications. They are also attached to this email as a PDF. **Please be advised that if you are accessing the applications through your computer, you may have to clear your cache on your web browser to ensure that you are pulling up the most updated version of the application.**

| Application | Link to Form |
|---|---|
| Application for Party Chair on Primary Ballot | Form |
| Application for Place on the Primary Ballot | Form |
| Petition in Lieu of Filing Fee and/or Petition for Judicial Office (For Use in Primary Election) | Form |
| Petition for Statewide Judicial Office on Primary Ballot | Form |
| Application for Place on Primary Ballot - Federal Office | Form |

4. **TEAM Candidate Filing System Access:** All users of the TEAM system **must** complete the required security training before you will be given TEAM access. To complete the required security training, please send an email

to electionsecurity@sos.texas.gov with your name, title, and county information. Credentials to the TEAM system will be sent via email to all users who have completed the security training beginning November 3, 2021. However, please note, access to the candidate filing module **will not open** until November 13, 2021.

5. **Webinar Schedule for Candidate Filings:** We have several webinars scheduled in the next few weeks to assist you with the candidate filing period. Please note that all legal webinars will be offered at noon and 6:00 pm and will be recorded for on-demand viewing.

| Date | Time | Topic | Attendee Links |
|---|---|---|---|
| November 4, 2021 | Noon/6:00 PM | Preparing for Candidate Filings | **Noon** <br> Link: https://texassos.webex.com/texassos/onstage/g.php?MTID=e81c561654c4002f2f9d8d9 <br> **Password:** Elections2021 <br> **Audio Conf #:** 408-418-9388 <br> **Access Code:** 2558 653 4125 <br> **6:00 PM** <br> Link: https://texassos.webex.com/texassos/onstage/g.php?MTID=ef79b523b5c33b0b793466 <br> **Password:** Elections2021 <br> **Audio Conf #:** 408-418-9388 <br> **Access Code:** 2550 454 6532 |
| November 9, 2021 | Noon/6:00 PM | Candidate Eligibility | **Noon** <br> Link: https://texassos.webex.com/texassos/onstage/g.php?MTID=ec9b214667fd8118aa82ce <br> **Password:** Elections2021 <br> **Audio Conf #:** 408-418-9388 <br> **Access code:** 2553 021 1647 <br> **6:00 PM** <br> Link: https://texassos.webex.com/texassos/onstage/g.php?MTID=eeef6ba7251a595542bd99 <br> **Password:** Elections2021 <br> **Audio Conf #:** 408-418-9388 <br> **Access code:** 2556 618 3943 |
| November 16, 2021 | Noon/6:00 PM | Reviewing Candidate Applications and Entering Candidate Filings into TEAM | **Noon** <br> Link: https://texassos.webex.com/texassos/onstage/g.php?MTID=e09cc49d130187102f5bd6 <br> **Password:** Elections2021 <br> **Audio Conf #:** 408-418-9388 <br> **Access code:** 2552 430 9038 <br> **6:00 PM** <br> Link: https://texassos.webex.com/texassos/onstage/g.php?MTID=e5722a4b68ffa8969703ef2 <br> **Password:** Elections2021 <br> **Audio Conf #:** 408-418-9388 <br> **Access code:** 2551 401 6646 |

Please let us know if you have any additional questions or concerns.   We look forward to working with you all during this upcoming candidate filing season.

**Christina Worrell Adkins**
Legal Director  – Elections Division
Office of the Texas Secretary of State
1019 Brazos Street | Rudder Building, 2nd Floor | Austin, Texas 78701
1.800.252.VOTE (8683)
elections@sos.texas.gov | www.sos.texas.gov
For Voter Related Information, please visit:



*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code.  It is not intended to serve as a legal opinion for any matter.  Please review the law yourself, and consult with an attorney when your legal rights are involved.*