**Berlin, Holly (CRT)**

| | |
|---|---|
| From: | Jack DiSorbo <Jack.DiSorbo@oag.texas.gov> |
| Sent: | Tuesday, March 29, 2022 1:12 PM |
| To: | fmenendez@maldef.org; Kenneth Parreno; Samantha Serna; Nina Perales; Freeman, Daniel (CRT); Rupp, Michelle (CRT); Anderson, Jacki (CRT); Berlin, Holly (CRT); lindsey.cohan@dechert.com; garybledsoe@sbcglobal.net; garybledsoe@sbcglobal.net; jgreenbaum@lawyerscommittee.org; rhicks@renea-hicks.com; akhanna@elias.law; abranch@perkinscoie.com; dfox@elias.law; Kassi Yukevich; Hamilton, Kevin J. (Perkins Coie) |
| Cc: | Patrick Sweeten; Will Thompson |
| Subject: | [EXTERNAL] Re: LULAC v. Abbott (Redistricting) |

Good afternoon Counsel,

I'm writing to follow up on the RFPs addressed to SOS by LULAC, NAACP, Voto Latino, and DOJ, and those addressed to the Governor by LULAC, NAACP, and Voto Latino. We met and conferred on this subject on March 18th in a call originally scheduled by Defendants and DOJ. I believe counsel for LULAC, NAACP, and Voto Latino also attended that Zoom call, and perhaps several others.

You'll probably remember that, using DOJ's proposed search terms, the hit counts on SOS custodians totaled over 300,000. These are replicated below:

**Summary Totals:**

Total Hits:      243,298
Hits + Family:  324,107

| Keyword String |
|---|
| ((Vot* OR elect*) W/100 (race OR racial* OR Black OR African OR Hispanic OR Latin* OR Spani* OR Anglo* OR ethnic* OR national* OR language OR minority OR citizen* OR immigrant* OR p |
| (District* OR map* OR boundar* OR plan* OR propos* OR apportion* OR drop* OR grow* OR R* OR vot* OR partisan*) AND (Hispanic* OR Latin* OR Spanish OR Mexican* OR Black* OR Afric* OR coalition* OR opportunity OR minor* OR ethnic* OR immigrant* OR citizen*) |
| (Agreement* OR arrangement OR contract* OR pay* OR service* OR engag* OR "employ*" or co* retain*) W/100 (district* OR map OR boundar* OR apportion* OR "Michael Best" OR Barton OR |
| Redistrict* OR gerrymander* OR reapportion* |
| (Hearing OR meet* OR witness* OR debat* OR deadline* OR due OR time OR timing OR process legislat* OR press OR comm* OR mark* OR amend* OR sign*) W/20 ((district* /3 (new OR propo OR apportion*) |
| (Congress* OR House OR Legislat*) W/20 (district* OR map OR boundar* OR plan* OR propos* registrat* OR (voter* AND NOT fraud)) |
| "Voting Rights Act" OR VRA OR "Section 2" OR "discriminat* intent*" OR "discriminat* results" "minority cohes*" OR "geographically compact*" OR ("majority" W/6 "single-member district") OR Randolph) W/4 Stevenson) |

1

| |
|---|
| ("tabulation district" OR VTD OR precinct) W/10 (split* OR divid* OR cut* OR district* OR map OR apportion*) |
| (Justice OR DOJ OR "federal government" OR feds) W/100 (district* OR map OR boundar* OR ap |
| "Congressional District 6" OR "District 6" OR CD6 OR "CD 6" OR (Ellzey W/20 District) |
| (Pair* OR pit*) W/20 (incumbent* OR legislator* OR rep* OR Congress*) |
| (District* OR map OR House OR Congress* OR boundar* OR apportion*) W/20 (population OR gr estimat* OR deviat* OR ideal) |
| District* W/10 (map OR boundar* OR plan OR propos* OR apportion* OR "working group") |
| (polariz* OR bloc*) W/10 (race OR racial* OR vot*) |
| "House District 118" OR "District 118" OR HD118 OR "HD 118" OR (Lujan W/20 District) |
| "Congressional District 23" OR "District 23" OR CD23 OR "CD 23" OR (Gonzales W/20 District) |
| (("Texas Legislative Council" OR TLC) W/100 (district* OR map OR boundar* OR apportion* OR OR Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo* OR ethnic* OR OR citizen* OR immigrant* OR pattern* OR partisan OR party OR Republican* OR Democratic* |
| (Census OR "Texas Demographic Center" OR TDC OR "Texas population estimates program" OR ACS) W/100 (grow* OR increas* OR drop* OR declin* OR change* OR count OR counts OR enum ideal OR race OR racial* OR ethnic* OR national* OR language OR minority OR citizen OR imm Hispanic OR Latin* OR Spanish OR Mexican OR Asian OR white* OR Anglo*) |
| "Spanish Surname" OR SSVR OR SSTO OR "Citizen voting age population" OR CVAP OR HCVA population" OR VAP OR HVAP OR BVAP |
| Race OR Racial* W/10 (impact* OR effect* OR stud* OR analysis OR calculat* OR project* OR re project* OR memo*) |
| Congress* W/20 (Houston OR Harris OR H-Town OR "H Town" OR DFW OR Metroplex OR Dalla |
| Shapefile* OR shape-file* OR "shape file" |
| Report* W/3 (RED OR PAR) |
| "Congressional District 24" OR "District 24" OR CD24 OR "CD 24" OR ("Van Duyne" W/20 Distric |
| House W/20 ("El Paso" OR "West Texas" OR "South Texas" OR Bexar) |
| "House District 31" OR "District 31" OR HD31 OR "HD 31" OR (Guillen W/20 District) |
| (Huffman OR Hunter) W/20 (district* OR map* OR boundar* OR plan* OR propos* OR apportion |
| Census W/10 (district* OR House OR Congress*) |
| "House Bill 1" OR "HB 1" OR HB1 OR H2100 OR H2316 OR "House plan" OR "House map" |
| "majority-minority" OR "majority minority" OR "minority-majority" OR "minority majority" OR M |
| "Congressional District 33" OR "District 33" OR CD33 OR "CD 33" OR (Veasey W/20 District) |
| "Senate Bill 6" OR "SB 6" OR SB6 OR C2100 OR C2193 OR "Congressional plan" OR "Congressio |
| Opportun* W/10 (Hispanic* OR Latin* OR Spanish OR Mexican* OR Black* OR African* OR Asi coalition* OR minor*) |
| "Congressional District 38" OR "District 38" OR CD38 OR "CD 38" |
| "Adam Foltz" |

| Custodian | Doc Count |
|---|---:|
| Christina Adkins | 118,111 |
| Kristi Hart | 116,687 |
| Elections Internet | 114,996 |

| Name | Count |
|---|---|
| Keith Ingram | 107,087 |
| Lillian Eder | 74,814 |
| Tiffany Owens | 63,960 |
| Melanie Best | 63,497 |
| Heidi Martinez | 53,292 |
| Chuck Pinney | 50,804 |
| Krystine Ramon | 48,831 |
| Lena Proft | 44,086 |
| Kate Fisher | 41,924 |
| Emily Harwell | 40,581 |
| Julie Nanyes | 16,513 |
| Alexandra Hill | 10,588 |
| Andre Montgomery | 9,982 |
| Tamara Schoonmaker | 8,710 |

Setting the emails to the side for a moment, we can say that Defendants intend to produce a number of non-email records that we have identified as responsive to the subpoenas directed at SOS. Of our own accord, we also intend to produce a number of documents relating to the legislative history of the redistricting bills, such as hearing transcripts.

In addition, we do not anticipate that the records within the care, custody, or control of the Governor will pose the same sort of production-volume concerns as the SOS's records. For those RFPs directed at the Governor, we intend to produce those responsive, nonprivileged documents in due course.

Regarding the SOS emails, in the meet and confer, we agreed that plaintiffs don't intend for Defendants to review the 324,000 records. And as Dan directed, we are not presently reviewing these records according to DOJ's initial proposed search terms for responsiveness to the DOJ subpoena. Whenever we receive amended search terms, or limitations on the present terms, we would be happy to discuss a mutually acceptable volume of records for review.

We haven't received search terms from LULAC, NAACP, or Voto Latino, though I believe Fatima (for LULAC) explained that those terms would be forthcoming. Just as to the DOJ subpoena, we will be happy to confer on those search terms and reach an agreeable scope of review. Similarly as to the DOJ subpoena, we are not at present reviewing the 300,000+ emails for responsiveness to the private plaintiffs' RFPs.

Thank you very much for your continued cooperation in these discovery matters. Best, Jack

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov