IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> EDDIE BERNICE JOHNSON, *et al.*, <br><br> *Plaintiff-Intervenors,* <br><br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | §§§§§§§§§§§§§§§ | Case No. 3:21-cv-00259 <br> [Lead Case] |

**UNOPPOSED MOTION TO EXTEND**

The LULAC plaintiffs move to compel the production of documents in the custody of the certain Texas legislators and legislative staff. ECF 447. A response to that motion is presently due by July 26, 2022. Local Rule 7.D.2. In light of many other pressing deadlines—including depositions, expert disclosures, motion practice, and expert depositions—the Legislators respectfully request that their deadline to file a response brief be extended to July 29, 2022. Upon conferral, plaintiffs indicated that they agree to the requested extension.

Date: July 20, 2022               Respectfully submitted,


KEN PAXTON                        */s/ Patrick K. Sweeten*
Attorney General of Texas         PATRICK K. SWEETEN
                                  Deputy Attorney General for Special Litigation
BRENT WEBSTER                     Tex. State Bar No. 00798537
First Assistant Attorney General
                                  WILLIAM T. THOMPSON
                                  Deputy Chief, Special Litigation Unit
                                  Tex. State Bar No. 24088531

                                  JACK B. DISORBO
                                  Assistant Attorney General, Special Litigation Unit

1

Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL

P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

**COUNSEL FOR THIRD PARTY LEGISLATORS**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for plaintiffs regarding this motion for leave, and that counsel indicated they do not oppose the relief sought here.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 20, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN