# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § § | Case No. 3:21-cv-00259 |
| *Plaintiff-Intervenors,* | § § | [Lead Case] |
| V. | § § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Third Party Legislators Unopposed Motion to Extend, filed in relation to plaintiffs' motion to compel. ECF 453. The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion to Extend is **GRANTED**.

The Legislators **SHALL FILE** a response to plaintiffs' motion to compel by July 29, 2022.

**So ORDERED and SIGNED on this ___ day of July, 2022.**

                                       **David C. Guaderrama,**
                                       **United States District Judge Western District of Texas**

*And on behalf of:*

| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
|---|---|---|
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |