# EXHIBIT C

Exhibit to Fair Maps Motion to Compel

**Chris Shenton**

| | |
|---|---|
| **From:** | accellionadmin@texasattorneygeneral.gov |
| **Sent:** | Thursday, May 12, 2022 9:22 PM |
| **To:** | asegura@aclutx.org; jvattamala@aaldef.org; slorenzo-giguere@aaldef.org; tbuser-clancy@aclutx.org; pstegemoeller@aaldef.org; aharris@aclutx.org; ddonnati@aclutx.org; Allison Riggs; Hilary Harris Klein; Noor Taj; Mitchell D. Brown |
| **Cc:** | christopher.hilton@oag.texas.gov; elizabeth.saunders@oag.texas.gov; courtney.corbello@oag.texas.gov; patrick.sweeten@oag.texas.gov; jack.disorbo@oag.texas.gov |
| **Subject:** | [External]LULAC v. Abbott, No. 3:21-cv-259 (W.D. Tex.), Fair Maps Texas's First Request for Production of Documents |



## Adrian Skinner sent you a secure message

**Access message**

Please use the link provided within this email to download defendants' production of documents bearing Bates numbers STATE-REDISTRICTING_000001 to STATE-REDISTRICTING_000669. These documents are responsive to Fair Maps Texas's First Request for Production of Documents, and are being produced pursuant to the terms of the Rule 502 Order (ECF 201), Confidentiality and Protective Order (ECF 202) and ESI Order (ECF 203). Included in this production is a table that indicates which custodians apply to each bates range.

If accessing Kiteworks SecureSpace for the first time, please click the "Forgot Password?" link, then enter your email address to receive an initial password to access the system.

Adrian Skinner, CEDS
Specialist
Electronic Discovery Services
adrian.skinner@oag.texas.gov



Attachments expire on Jun 12, 2022

3 compressed files
STATE REDISTRICTING PROD_20220404.zip, STATE REDISTRICTING PROD_20220422.zip, STATE REDISTRICTING PROD_20220303.zip

This message requires that you sign in to access the message and any file attachments.