# EXHIBIT E

Exhibit to Fair Maps Motion to Compel

# Hilary Harris Klein

| | |
|---|---|
| **From:** | Hilary Harris Klein |
| **Sent:** | Wednesday, June 22, 2022 11:42 AM |
| **To:** | Courtney Corbello; Elizabeth Saunders; Ryan Kercher; Ari Herbert; Munera Al-Fuhaid; 'Sweeten, Patrick'; Thompson, Will |
| **Cc:** | Noor Taj; Alexandra Wolfson; Brachman, Paul D; David Donatti; Jerry Vattamala (jvattamala@aaldef.org) |
| **Subject:** | Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures |
| **Attachments:** | 20220615_Meet and Confer RE Fair Maps Responses to Defs First Set of Discovery Req.pdf; 2022.06.15_Letter re State Defs Response to Fair Maps RFP.pdf; 2022.06.21 - Fair Maps' Responses and Objections to Defendants' 30(b)(6) Notice and Document Requests.pdf |

Counsel,

I am reaching out to inquire about a meet and confer regarding the attached correspondence and related discovery disclosures. We would be available Friday, July 24 from 11 – 4pm CT or Monday, January 27 from 9 – 12pm CT.

Kind regards,

Hilary

Hilary Harris Klein
Pronouns: She, Her, Hers

Senior Counsel for Voting Rights
Southern Coalition for Social Justice
1415 W. Hwy 54, Suite 101, Durham, NC 27707
hilaryhklein@scsj.org
scsj.org | @scsj | FB: @southerncoalition
*(Admitted in NC and NY)*

CONFIDENTIAL & PRIVILEGED

This communication is intended solely for the addressee. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.