# EXHIBIT F

Exhibit to Fair Maps Motion to Compel

| | |
|---|---|
| **From:** | Hilary Harris Klein |
| **To:** | Jack DiSorbo; Ari Herbert; Courtney Corbello; Elizabeth Saunders; Ryan Kercher; Munera Al-Fuhaid; Patrick Sweeten; Will Thompson |
| **Cc:** | Noor Taj; Brachman, Paul D; David Donatti; Jerry Vattamala (jvattamala@aaldef.org); Chris Shenton |
| **Subject:** | RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures |
| **Date:** | Friday, July 15, 2022 7:06:00 PM |

Thank you Jack. I just sent a zoom invitation to this group for Monday 1pm CT. Have a great weekend.

Hilary Harris Klein
hilaryhklein@scsj.org

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Friday, July 15, 2022 6:29 PM
**To:** Hilary Harris Klein <hilaryhklein@scsj.org>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Yes, sorry. Let's say 1:00 pm CT on Monday. Thank you very much.

Jack

**From:** Hilary Harris Klein <hilaryhklein@scsj.org>
**Sent:** Friday, July 15, 2022 4:40 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Thank you Jack. Do any of the times that I proposed work for you team to meet and confer? We do not want to delay more than a few days the filing.

Hilary Harris Klein
hilaryhklein@scsj.org

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Friday, July 15, 2022 5:19 PM
**To:** Hilary Harris Klein <hilaryhklein@scsj.org>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Hilary,

Defendants represent that they will not oppose a motion to compel as untimely or on the basis that plaintiffs' filing the motion next week instead of this week prejudices them.

Thank you very much,

Jack

**From:** Hilary Harris Klein <hilaryhklein@scsj.org>
**Sent:** Friday, July 15, 2022 2:28 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Thank you for working with us on this Jack.

Can Defendants represent they will not oppose our motion to compel on the grounds that it is untimely or claim our waiting to file until next week after we have met and conferred poses any prejudice to Defendants?

We would be available Monday, July 18 from 12:30 – 2pm CT or Tuesday, July 19 from 8am – 11am CT for a meet and confer.

Kind regards,

Hilary

Hilary Harris Klein
hilaryhklein@scsj.org

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Friday, July 15, 2022 3:13 PM
**To:** Hilary Harris Klein <hilaryhklein@scsj.org>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Hilary,

I appreciate your response, and would like to further consider your concerns. I would like to take you up on your offer to meet early next week. What do you need from us in order to preserve your right to file a motion? (If we are ultimately unable to reach a solution)

Thank you, Jack

**From:** Hilary Harris Klein <hilaryhklein@scsj.org>
**Sent:** Friday, July 15, 2022 12:33 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Jack,

Thank you for your response and offer of a solution. Our concern remains that, if we do not file a motion to compel, we will not be properly preserving the rights of our clients to challenge any decision on the discovery motion in the future. Although our legal arguments in support of the motion to compel will reference those made by other plaintiffs, the client interests are not identical and thus the options we may pursue in the future may not perfectly align.

However, and to address your concerns and likewise reach a mutually agreeable solution to this, we

can agree that Defendants may incorporate by reference the arguments they have already made in ECF No. 423 to oppose the motion as to the privilege assertions, thereby minimizing if not eliminating any attorney time for your team on these arguments. We also can agree to make clear to the Court in our motion that we understand any disposition of the other Plaintiffs' Motion in ECF No. 380 would similarly encompass the portions of our motion made on the same grounds. Do you have any further concerns that need to be addressed regarding this approach?

I remain available to confer today at 3 – 4pm CT. As I offered below, if Defendants are willing to waive any timeliness objections to a future motion to compel on these issues filed by Fair Maps Plaintiffs, we would also be happy to accommodate a meeting early next week and not file today as planned.

Kind regards,

Hilary

Hilary Harris Klein
hilaryhklein@scsj.org

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Friday, July 15, 2022 1:05 PM
**To:** Hilary Harris Klein <hilaryhklein@scsj.org>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Hilary,

Thank you for your message. We have additional responses as to (1) and (2), but we may be able to avoid that altogether. You've explained that your primary motivation in contemplating filing a motion to compel is (understandably) to preserve the Fair Maps plaintiffs' rights to seek the production of the documents in the privilege log at issue.

My intent is to work toward a solution of avoid further and unnecessary briefing on discovery issues. Defendants are therefore willing to make the following offer: In exchange for the Fair Maps plaintiffs' not filing a motion to compel as to the documents in the OOG privilege log, Defendants will agree to produce the documents, if any, the Court orders produced in connection with the LULAC, Abuabara, and NAACP plaintiffs motion to compel, ECF 380. Defendants would of course comply with any Court order, and abide by this agreement.

Please let me know if Fair Maps is amenable to those terms. If not, I would be happy to discuss further. We can also provide more information on (1) and (2) if

necessary.

Thank you,

Jack DiSorbo

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov

---

**From:** Hilary Harris Klein <hilaryhklein@scsj.org>
**Sent:** Thursday, July 14, 2022 8:20 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Hi Jack,

Our response to your questions, which I believe my below email has largely already addressed, are as follows:

1. The reasons we believe the documents in the supplemental privilege log should be provided are, as a mentioned below, substantially similar to those provided in ECF 380, which I understand your team has responded to in ECF 423 and, as indicated by the exhibits to the Motion, extensively conferred with the other plaintiffs (before we ever received a privilege log from you on June 24). I am confused that your team appears unfamiliar with those grounds given the briefing, but for clarification, these grounds include: (1) that Governor Abbott is not a Legislator and thus cannot withhold documents based on legislative privilege, (2) that Governor Abbott cannot claim deliberative-process privilege over communications with third-parties including legislators and the privilege log fails to adequately support these claims, (3) that Governor Abbott failed to substantiate that the attorney-client privilege applies by failing to preserve confidentiality and failing to make the communications for a privileged purpose, and (4) that Governor Abbott has not shown the work product privilege applies because there is no indication the primary purpose of the documents was to aid possible future litigation. Furthermore, that Governor Abbott fails to provide documents referenced in

    Dropbox.

2. We intend to rely on substantially the same arguments with respect to privilege as were asserted in ECF 380. We additionally intend to move to compel documents in response to Request for Production 5 based upon the grounds set forth in our letter dated June 15, 2022, to which we did not receive a response. In this letter we set forth the following:

    > State Defendants objected to Request 5 by contending it calls for "documents that are irrelevant to Plaintiffs' claims" in this case because it is "unclear without further specification why documents relating to redistricting exchanged between candidates, political parties, lobbyists, and the other third parties mentioned would be relevant." Put plainly, these documents are relevant to the intent of line-drawers, including any purported defense asserted by the State that district lines in the challenged plans were drawn based on predominantly political, not racial reasons, and whether such a defense is "more of a post-hoc rationalization than an initial aim." Harris. v. McCrory, 159 F. Supp. 3d 600, 620 (M.D.N.C. 2016). Such information is squarely within permissible discovery as it pertains to the anticipated defenses at issue. See Fed. R. Civ. P. 26(b)(1) (defining the scope of discovery as "any nonprivileged matter that is relevant to any party's claim or defense . . . . (emphasis added)). If the State Defendants will represent that they do not intend to raise such a defense in their anticipated Answers or otherwise at trial, Fair Maps plaintiffs are willing to negotiate on the scope of this request. Otherwise, State Defendants should produce these documents.

    We also raised this issue in our June 24 meet and confer, which Defendants' representative was not prepared to address, and your responsive email also did not address this request. We remain willing to negotiate the scope of this request if Defendants' position has changed from its prior objections to our responses.

3. We believe the motion by Fair Maps Plaintiffs is necessary to preserve our clients' rights with respect to the Defendants' failure to produce relevant documents. As I noted above, we intend to incorporate those arguments already made and, in the interest of judicial economy, reference those to minimize any attorney time or costs associated with such a motion. I anticipate your team can do the same in any response. Please note we had not received the privilege log in response to our requests until, at earliest, just three days before that motion was made on June 24, thereby limiting our ability to confer with you and join the motion within the timeframe within which it was filed. Furthermore, your failure to include me in your June 24, 2022 email (despite the email being directed to me and despite it being myself during our prior meet and confer who inquired about these issues) understandably delayed our consideration of this information, and I have sought to confer with you within a reasonable time frame of being made aware of that email.

This is a large matter with many filings, and the intent of my email below was simply not to waste anyone's time re-hashing issues that have been considered and decided by your team. We understand the privilege log you provided to us to be identical to that provided to other plaintiffs. Please correct me if that is not the case. I remain available tomorrow 10 – 11 CT or 3 – 4pm CT for a meet and confer if your team is available and can represent you have changed your previously-expressed positions on these issues. If Defendants are willing to waive any timeliness objections to a future motion to compel on these issues filed by Fair Maps Plaintiffs, we would also be happy to accommodate a meeting early next week.

Kind regards,

Hilary
Hilary Harris Klein
Pronouns: She, Her, Hers

Senior Counsel for Voting Rights
Southern Coalition for Social Justice
1415 W. Hwy 54, Suite 101, Durham, NC 27707
hilaryhklein@scsj.org
scsj.org | @scsj | FB: @southerncoalition
*(Admitted in NC and NY)*

CONFIDENTIAL & PRIVILEGED

This communication is intended solely for the addressee. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Thursday, July 14, 2022 5:09 PM
**To:** Hilary Harris Klein <hilaryhklein@scsj.org>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Hilary,

We are surprised to hear of your intent to file a motion to compel, particularly because Fair Maps is required under Rule 37(a) to confer in good faith before seeking Court intervention. We are additionally surprised because we responded to your initial email on June 24th, and forwarded that message again on July 8th. We have heard nothing from the Fair Maps plaintiffs in the interim.

We provided an updated privilege log in response to your inquiries. You have not identified any ways in which you believe the privilege log is deficient, nor any documents you believe are otherwise improperly withheld. As such, you have not given Defendants an opportunity to address those assertions before you file your motion. We are certainly happy to meet and confer to discuss these documents, but we cannot simply agree to withdraw privilege assertions without understanding the basis of your concerns. As required by the federal rules, we would ask that you please describe the reasons why you believe these documents should be produced, and provide an adequate opportunity for us to assess and

respond to those assertions.

In addition, if your motion to compel will be substantially similar to the one filed by the other plaintiff groups, filing a supplemental motion to compel is not the most efficient course of action. If, as it relates to ECF 380, the Court orders the production of some OOG documents, Defendants will of course produce them to both the involved parties and to the Fair Maps plaintiffs. There is no reason to burden the Court (or the parties) with additional briefing if the issues are entirely duplicative. But if you intend to advance materially different arguments than those presented in ECF 380, please identify those arguments because we are entitled to take a position on whether we believe they warrant production.

In response to this email, please indicate:

  i. The reasons, if any, why you believe the documents in the supplemental privilege log should be provided;
  ii. The arguments, if any, that you intend to advance that are different than those advanced in the prior motion to compel, ECF 380;
  iii. The reason, if any, why you believe that a supplemental motion to compel is necessary in light of the previous motion to compel and Defendants' agreement to produce to the Fair Maps plaintiffs any documents the Court orders produced.

We look forward to your response.

Sincerely, Jack DiSorbo

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov

---

**From:** Hilary Harris Klein <hilaryhklein@scsj.org>
**Sent:** Thursday, July 14, 2022 3:45 PM
**To:** Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>; Chris Shenton <chrisshenton@scsj.org>

**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Ari,

Thank you for your response. Fair Maps Plaintiffs intend to file a motion to compel tomorrow on substantially similar grounds to that filed by the LULAC, NAACP, and Abuabara Plaintiffs, ECF No. 380. We understand following our June 24 meet and confer and from the email you sent to me on July 8 and its attachment that you are taking a position substantially similar to those in response to the discovery requests by the aforementioned plaintiffs, including with respect to the privilege log you have provided.

We are writing to confirm this understanding, and that no further meet and confer is necessary as you have already confirmed your position on these points in briefing the other plaintiffs' motion to compel, ECF No. 380. We intend to file our motion to compel tomorrow. If you are amenable to changing your position on these issues, we would be available for a meet and confer tomorrow before filing our motion.

Kind regards,

Hilary

Hilary Harris Klein
hilaryhklein@scsj.org

---

**From:** Ari Herbert <Ari.Herbert@oag.texas.gov>
**Sent:** Friday, July 8, 2022 1:06 PM
**To:** Hilary Harris Klein <hilaryhklein@scsj.org>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Alexandra Wolfson <alexandra@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Hilary,

Thanks for your email. The same day as our meet-and-confer call—June 24—State defendants did in fact respond to the issues that Fair Maps raised. Looking back to that email, I now see that we neglected to include you in the recipients. But we did include your colleagues Noor, David, and Jerry, along with a few others who are not copied in this email. Please accept my apologies for that oversight. Attached is a copy of our June 24th email addressing the issues that Fair Maps raised during the meet-and-confer call. (As you can see, the email was addressed to you.) I hope you had a nice Fourth of July weekend.

Best,
Ari

**Ari M. Herbert**
Assistant Attorney General
Special Litigation Unit
OFFICE OF THE ATTORNEY GENERAL
(512) 936-1817 (office)
(512) 717-1255 (mobile)
ari.herbert@oag.texas.gov

*This message may be confidential or privileged under Government Code sections 552.101, 552.103, 552.107, and 552.111 and should not be disclosed without the express authorization of the Attorney General.*

---

**From:** Hilary Harris Klein <hilaryhklein@scsj.org>
**Sent:** Thursday, July 7, 2022 10:56 AM
**To:** Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Alexandra Wolfson <alexandra@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Counsel,

I am following up on our 6/24 meet & confer, and specifically those issues regarding the deficiencies in the State's production (including failure to provide any privilege log or document productions in response to the Fair Maps requests to date) that you represented you would internally confer about and get back to us as soon as possible. Do you have an update for us on these and the other items we discussed?

Kind regards,

Hilary


Hilary Harris Klein
hilaryhklein@scsj.org

---

**From:** Hilary Harris Klein
**Sent:** Thursday, June 23, 2022 2:43 PM
**To:** Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Alexandra Wolfson <alexandra@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>
**Subject:** RE: [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Thank you Courtney. Please find below Zoom information for a 1pm CT meeting tomorrow.

Kind regards,

Hilary


Hilary Klein (she/her) is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us06web.zoom.us/j/87208816640?pwd=VUNWVGNjaVBXa04zWFRqMExPZzcwUT09

Meeting ID: 872 0881 6640
Passcode: 684193
One tap mobile
+13126266799,,87208816640#,,,,*684193# US (Chicago)
+19292056099,,87208816640#,,,,*684193# US (New York)

Dial by your location
	+1 312 626 6799 US (Chicago)
	+1 929 205 6099 US (New York)
	+1 301 715 8592 US (Washington DC)
	+1 346 248 7799 US (Houston)
	+1 669 900 6833 US (San Jose)
	+1 253 215 8782 US (Tacoma)
Meeting ID: 872 0881 6640
Passcode: 684193
Find your local number: https://us06web.zoom.us/u/kHGXhyxbb


Hilary Harris Klein
hilaryhklein@scsj.org

---

**From:** Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Sent:** Thursday, June 23, 2022 2:41 PM
**To:** Hilary Harris Klein <hilaryhklein@scsj.org>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Alexandra Wolfson <alexandra@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>
**Subject:** [External]RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Apologies – let's do 1PM.

Courtney Corbello | Assistant Attorney General | General Litigation Division
MC-019, PO Box 12548 | Austin, TX 78711-2548
512.463.2120 | Fax: 512.320.0667| email: courtney.corbello@oag.texas.gov |

PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.

**From:** Courtney Corbello
**Sent:** Thursday, June 23, 2022 1:38 PM
**To:** Hilary Harris Klein <hilaryhklein@scsj.org>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Alexandra Wolfson <alexandra@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>
**Subject:** RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Hi Hilary,

Let's plan for 2PM tomorrow if that still works on your end.

Courtney Corbello | Assistant Attorney General | General Litigation Division
MC-019, PO Box 12548 | Austin, TX 78711-2548
512.463.2120 | Fax: 512.320.0667| email: courtney.corbello@oag.texas.gov |

PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.

**From:** Hilary Harris Klein <hilaryhklein@scsj.org>
**Sent:** Thursday, June 23, 2022 1:34 PM
**To:** Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Alexandra Wolfson <alexandra@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>
**Subject:** RE: Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Counsel,

I am following up on my email below regarding a meeting and confer on the Fair Maps and State Defendants' discovery issues. Are you available in the below times to discuss the exchanged requests, responses, and objections? In particular, we would like to avoid the necessity of filing a protective order related to the Stephanie Swanson 30(b)(6) deposition, and believe there is common ground and clarifications you might provide that could obviate the need for motions practice.

Friday, July 24 from 11 – 4pm CT

Monday, January 27 from 9 – 12pm CT.

Kind regards,

Hilary

Hilary Harris Klein
hilaryhklein@scsj.org

---

**From:** Hilary Harris Klein
**Sent:** Wednesday, June 22, 2022 11:42 AM
**To:** Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; 'Sweeten, Patrick' <Patrick.Sweeten@oag.texas.gov>; Thompson, Will <Will.Thompson@oag.texas.gov>
**Cc:** Noor Taj <noor@scsj.org>; Alexandra Wolfson <alexandra@scsj.org>; Brachman, Paul D <pbrachman@paulweiss.com>; David Donatti <ddonatti@aclutx.org>; Jerry Vattamala (jvattamala@aaldef.org) <jvattamala@aaldef.org>
**Subject:** Meet & Confer regarding Fair Maps and Defendants Discovery Disclosures

Counsel,

I am reaching out to inquire about a meet and confer regarding the attached correspondence and related discovery disclosures. We would be available Friday, July 24 from 11 – 4pm CT or Monday, January 27 from 9 – 12pm CT.

Kind regards,

Hilary

Hilary Harris Klein
Pronouns: She, Her, Hers

Senior Counsel for Voting Rights
Southern Coalition for Social Justice
1415 W. Hwy 54, Suite 101, Durham, NC 27707
hilaryhklein@scsj.org
scsj.org | @scsj | FB: @southerncoalition
*(Admitted in NC and NY)*

CONFIDENTIAL & PRIVILEGED

This communication is intended solely for the addressee.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it.  Thank you.