# EXHIBIT G

Exhibit to Fair Maps Motion to Compel

| | |
|---|---|
| **From:** | Jack DiSorbo |
| **To:** | Noor Taj; ddonatti@aclutx.org; tbuser-clancy@aclutx.org; jvattamala@aaldef.org; pstegemoeller@aaldef.org; Allison Riggs; Mitchell D. Brown; aharris@aclutx.org; asegura@aclutx.org; slorenzo-giguere@aaldef.org |
| **Cc:** | Patrick Sweeten; Will Thompson; Courtney Corbello; Ari Herbert; Munera Al-Fuhaid; Ryan Kercher |
| **Subject:** | LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Fair Maps" first RFPs |
| **Attachments:** | Privilege Log - OOG.pdf |

Ms. Klein,

I write to follow-up on today's meet and confer. I'm advised that the parties also discussed Fair Maps' requests for production, and that a few questions were raised. I think I can answer those questions here.

- I understand that we have provided two productions to the Fair Maps plaintiffs. First, STATE-REDISTRICTING_000001 to STATE-REDISTRICTING_000669. Second, BILL_FILE_0000001 to BILL_FILE_0018874. Please note that the Bill File materials are *not* made in response to any parties' requests for production, and were instead produced purely as a litigation courtesy to help all parties refer to the same body of public-facing materials.

- I can confirm that we have identified no other documents responsive to the Fair Maps plaintiffs' requests.

- As to the timing and scope of the search, we continue to maintain—as stated in our responses and objections to your requests for production—that the relevant time period is 01/01/2021 to 10/15/2021. But we do not think this objection should be an issue because we are not presently withholding any documents based on that asserted limitation.

- As it pertains to the documents that have been withheld, please see the attached privilege log for documents withheld in connection with documents produced pursuant to the Fair Maps plaintiffs' requests. The privilege log should help counsel understand the nature and basis of the documents withheld.

Thank you again for taking the time to confer with us today. We look forward to seeing you at the 30(b)(6) deposition next week.

Sincerely, Jack DiSorbo

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067

Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov