# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT et al., <br><br> Defendants. <br>----------------------------------------------------------<br> FAIR MAPS TEXAS ACTION COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT et al., <br><br> Defendants. | Civil Action No. 3:21-cv-00259 <br><br> (Lead Case) <br><br><br><br><br><br> Civil Action No. 3:21-cv-01038 <br><br> (Consolidated case) |

**[PROPOSED] ORDER**

Upon consideration of Movants Fair Maps Plaintiffs' Motion to Compel Production of Documents from Defendants, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall produce to Fair Maps documents with the following control numbers within 48 hours of this Order: DOC_356555, DOC_0356556, DOC_0356557, DOC_0356558, DOC_0356559; DOC_0356569, DOC_0356571, DOC_0356575, DOC_0356576, DOC_0356578, DOC_0356579, DOC_0356580, DOC_0356581, DOC_0356582, DOC_0356583, DOC_0356584, DOC_0356585, DOC_0356590, DOC_0356591, DOC_0356592, DOC_0356593,

DOC_0356594, DOC_0356595, DOC_0356596, DOC_0356597, DOC_0356604, DOC_0356609, and DOC_0356610 and all documents accessible to Defendants via Drop-box as described in DOC_0356598 and DOC_0356600.

**SO ORDERED** and **SIGNED** this ___ day of July, 2022

_____
David C. Guaderrama
U.S. District Judge
U.S. District Court for the Western District of Texas

*On behalf of*

Jerry E. Smith
U.S. Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

Jeffrey V. Brown
U.S. District Judge
U.S. District Court for the Southern District of Texas