UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| League of United Latin American Citizens, et al., *Plaintiffs,* | ) ) ) ) | |
| Eddie Bernice Johnson, *et al.*, *Plaintiff-Intervenors,* | ) ) ) ) | No. 3:21-cv-259-DCG-JES-JVB [Lead Case] |
| v. | ) ) | |
| Greg Abbott, in his official capacity as Governor of the State of Texas, et al., *Defendants.* | ) ) ) ) ) | |

| | | |
|---|---|---|
| United States of America, *Plaintiff,* | ) ) ) | |
| v. | ) ) | No. 3:21-cv-299-DCG-JES [Consolidated Case] |
| State of Texas, *et al.* *Defendants.* | ) ) ) | |

# ORDER

Upon consideration of Non-Parties Texas Legislative Council and Jeffrey Archer's Opposed Motion to Quash Deposition Subpoena to Jeffrey Archer and, Alternatively, Motion for Protective Order, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED** that the deposition subpoena issued to Jeffrey Archer is **QUASHED**.

1

**SO ORDERED** and **SIGNED** this ___ day of ____, 2022.

_____
David C. Guaderrama
U.S. District Judge
U.S. District Court for the Western District of Texas

*On behalf of*

Jerry E. Smith
U.S. Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

Jeffrey V. Brown
U.S. District Judge
U.S. District Court for the Southern District of Texas
