IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:21-cv-00259 (DCG-JES-JVB) (consolidated cases) |
| v. | § § | |
| GREG ABBOTT, et al., | § § | |
| Defendants | § § | |

### NOTICE OF APPEARANCE OF COUNSEL

TO: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Third Party Chris Gober and Third Party The Gober Group.

Dated: July 22, 2022

                                                Respectfully submitted,

                                    By **/s/ Michael Merriman**
                                          Michael Merriman
                                          Texas State Bar No. 24085975
                                          HILGERS GRABEN PLLC
                                          655 West Broadway, Suite 900
                                          San Diego, California 92101
                                          TEL: 619-369-6232
                                          FAX: 402-413-1880
                                          mmerriman@hilgersgraben.com

                                          *Attorney for Third Party Chris Gober and*
                                          *Third Party The Gober Group*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July 2022, a true and correct copy of the foregoing was served in accordance with Federal Rule of Civil Procedure 5.

                                              /s/ **Michael Merriman**
                                                Michael Merriman