IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:21-cv-00259 (DCG-JES-JVB) (consolidated cases) |
| v. | § § | |
| GREG ABBOTT, et al., | § § | |
| Defendants | § § | |

**JOINT STIPULATION EXTENDING THIRD PARTY CHRIS GOBER AND THIRD PARTY THE GOBER GROUP'S DATE TO RESPOND TO UNITED STATES SUBPOENA**

The United States of America ("United States") and Third Party Chris Gober and Third Party The Gober Group (collectively "Gober") have agreed and hereby stipulate to the following:

1. Gober's deadline to respond to the United States' Motion to Enforce Third-Party Subpoenas *Duces Tecum* (filed under seal on July 15, 2022) is extended from July 22, 2022 to July 27, 2022.

1

Dated: July 22, 2022

                                                     Respectfully submitted,

By **/s/ Michael Merriman**
Michael Merriman
Texas State Bar No. 24085975
HILGERS GRABEN PLLC
655 West Broadway, Suite 900
San Diego, California 92101
TEL: 619-369-6232
FAX: 402-413-1880
mmerriman@hilgersgraben.com

*Attorney for Third Party Chris Gober and Third Party The Gober Group*

AGREED:

**/s/ Daniel J. Freeman**
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALLISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July 2022, a true and correct copy of the foregoing was served in accordance with Federal Rule of Civil Procedure 5.

                                                  **/s/ Michael Merriman**
                                                  Michael Merriman