| | |
|---|---|
| **From:** | Pooja Chaudhuri |
| **To:** | Jack DiSorbo |
| **Cc:** | Patrick Sweeten |
| **Subject:** | Re: Birdwell Deposition |
| **Date:** | Tuesday, July 5, 2022 12:43:33 PM |

Feel free to call me as well if it's easier (415) 726-1414. Thanks, pooja

--

**Pooja Chaudhuri** (*pronouns:* she/her)

Counsel, Voting Rights Project

**Lawyers' Committee for Civil Rights Under Law**

1500 K Street, NW, Suite 900

Washington, D.C. 20005

Dir: 202-662-8319 | Cell: 415-726-1414

www.lawyerscommittee.org

---

**From:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Sent:** Tuesday, July 5, 2022 1:39 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>
**Subject:** Re: Birdwell Deposition

Thanks, Jack. Correct. Senator Birdwell is not proceeding tomorrow. I hope we can work something out.

--

**Pooja Chaudhuri** (*pronouns:* she/her)

Counsel, Voting Rights Project

**Lawyers' Committee for Civil Rights Under Law**

1500 K Street, NW, Suite 900

Washington, D.C. 20005

Dir: 202-662-8319 | Cell: 415-726-1414

www.lawyerscommittee.org

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Tuesday, July 5, 2022 1:37 PM
**To:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>
**Subject:** Birdwell Deposition

**[EXTERNAL EMAIL]** This email originated outside the organization. Do not click any links or open any

attachments unless you can verify the legitimacy.

Hi Pooja,

To confirm, the deposition of Senator Birdwell is not proceeding tomorrow, right? I spoke to some folks around here about a deposition after the close of discovery, and we are going to discuss and give you an answer shortly.

Best, Jack

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov