# EXHIBIT

# 2

# Supplement to Expert Report by Ryan D. Enos, PhD

**1.** In this supplement to my expert report, I conduct racially polarized voting and opportunity analysis for enacted Congressional Districts (CDs) 2, 8, 22, and 36, enacted Texas House of Representative Districts (HDs) 53 and 88, and illustrative CDs 9, 16, 18, 20, and 29; calculate opportunity analysis for enacted HD 43; calculate the Latino and Black citizen voting age populations (CVAP) for former and enacted CDs and HDs; identify the voting tabulation districts (VTDs) split by the creation of enacted CDs 23 and 24 and calculate the share of the Anglo, Latino, and Black voting-age population (VAP) in those VTDs retained and excluded from the district; and identify VTDs in former CD 24 with a majority Latino VAP that were retained in the enacted CD 24 and examine the electoral participation by Latinos in these VTDs.

**2.** I used the same data sources, analyzed the same elections, and, where applicable, used the same methodologies as in my main report.

## Racially Polarized Voting Analysis

### Enacted CDs

**3.** Analysis of racially polarized voting in enacted CDs 2, 8, 22, and 36 using CVAP is in Figure 1 and using November 2020 Spanish Surname Voter Registration (SSVR) is in Figure 2. These figures present analysis for each CD separately and for the four CDs pooled together. These results are also in Tables 8 to 15. Note that some of my opinions about racial bloc voting in these districts are sensitive to whether the data source is CVAP or SSVR. In contrast, in the main report I prepared, I also examined both CVAP and SSVR, but I found the results to be substantively similar in all districts that I analyzed.

**4.** Anglos are cohesive in CDs 2, 8, 22, and 36, regardless of the data source. Using CVAP, Latinos are not cohesive in CDs 2 and 22. CD 8 is a marginal case for cohesion, with cohesion increasing in recent elections. Latinos in CD 36 are cohesive in all elections except those in 2014. Anglos and Latinos are polarized in all CDs.

**5.** Using SSVR, Latinos are cohesive in CDs 2, 8, and 36, but not CD 22. Anglos and Latinos are polarized in CDs 2, 36, and 8, but not in CD 22.



Figure 1: Enacted CDs 2, 8, 22, and 36 voting by race, CVAP



Figure 2: Enacted CDs 2, 8, 22, and 36 voting by race, SSVR

**Enacted HDs**

**6.** Analysis of racially polarized voting in enacted HDs 53 and 88 using CVAP is in Figure 3 and in Figure 4 using SSVR. These results are also in Tables 16 to 21. Note that, similar to the CDs above, some of my opinions about racial bloc voting in HDs 53 and 88 are sensitive to whether the data source is CVAP or SSVR.

**7.** Using CVAP, Anglos are cohesive in both HDs 53 and 88. Latinos are not cohesive in either HD 53 or 88. Latinos and Anglos are polarized in HD 88 but not HD 53.

**8.** Using SSVR, Anglos are cohesive in both HDs. In my opinion, Latinos are also cohesive in both HDs because they reach the 60% threshold in nearly all elections. Anglos and Latinos are polarized across groups in both HDs.



Figure 3: Enacted HDs 53 and 88 voting by race, CVAP



Figure 4: Enacted HDs 53 and 88 voting by race, SSVR

3

**Illustrative CDs**

**9.** Analysis of racially polarized voting using CVAP for illustrative CDs 9 and 18 is in Figure 5 and for illustrative CDs 16, 20, and 29 in Figure 6–8. These results are also in Tables 22–26. The analysis of CDs 16, 20, and 29 examines Latino voters and the analysis of CDs 9 and 18 examines Black voters, so these figures display different elections.

**10.** In CDs 9 and 18, Black voters are cohesive in all relevant elections. Anglos in CD 9 are cohesive in all elections except the 2020 Supreme Court election. While Anglos in CD 18 consistently vote as a majority against the minority candidate, they are not cohesive because they usually do not meet the 60% threshold of support for a candidate. Blacks and Anglos are polarized from each other in both CDs 9 and 18.

**11.** In CDs 16, 20, and 29, Latinos and Anglos are each cohesive within their own group and polarized from each other in all relevant elections.



Figure 5: Illustrative CDs 9 and 18 voting by race, CVAP



Figure 6: Illustrative CD 16 voting by race, CVAP



Figure 7: Illustrative CD 20 voting by race, CVAP



Figure 8: Illustrative CD 29 voting by race, CVAP

# Opportunities for Minority Preferred Candidates

**Enacted CDs**

**12.** Opportunity analysis for enacted CDs 2, 8, 22, and 36 is in Table 1. These enacted CDs are not opportunity districts for Latino voters. Note that there were no Latino candidates contesting endogenous elections in any of the districts, except for a single election in CD 8. Latino preferred candidates lost badly in all exogenous elections in the former districts and would continue to do so in the enacted districts. In Figures 9–12, I compare the exogenous election results in the former and enacted districts.

| | **Former Districts** | | | | | | **Enacted Districts** | |
| | Endogenous Elections | | Exogenous Elections | | All Elections | | Exogenous Elections | |
| District | Margin | Win % | Margin | Win % | Margin | Win % | Margin | Win % |
|---|---|---|---|---|---|---|---|---|
| 2 | | 0 | -15.90 | 0 | -15.90 | 0 | -35.93 | 0 |
| 8 | -47.04 | 0 | -51.62 | 0 | -51.05 | 0 | -36.16 | 0 |
| 22 | | 0 | -15.59 | 0 | -15.59 | 0 | -30.32 | 0 |
| 36 | | 0 | -48.21 | 0 | -48.21 | 0 | -35.81 | 0 |

Table 1: Congressional Districts Opportunity District Analysis

**Enacted HDs**

**13.** Opportunity analysis for enacted HDs 43, 53, and 88 is in Table 2. These enacted HDs are not opportunity districts for Latino voters. Latino preferred candidates lost badly in all exogenous elections in the former districts and would continue to do so in the enacted districts. In Figures 13–15, I compare the exogenous election results in the former and enacted districts.

| | **Former Districts** | | | | | | **Enacted Districts** | |
| | Endogenous Elections | | Exogenous Elections | | All Elections | | Exogenous Elections | |
| District | Margin | Win % | Margin | Win % | Margin | Win % | Margin | Win % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 43 | -22.43 | 0 | -13.15 | 0 | -15.93 | 0 | -16.85 | 0 |
| 53 | -56.40 | 0 | -56.05 | 0 | -56.10 | 0 | -55.18 | 0 |
| 88 | | 0 | -68.14 | 0 | -68.14 | 0 | -67.91 | 0 |

Table 2: House Districts Opportunity District Analysis

9

**Illustrative CDs**

**14.** Opportunity analysis for illustrative CDs 9, 16, 18, 20, and 29 is in Table 3. Both the enacted and illustrative CDs 16, 18, and 20 are opportunity districts for Latino voters. Both the enacted and illustrative CDs 9 and 18 are opportunity districts for Black voters. In Figures 16–20, I compare the exogenous election results in the enacted and illustrative districts.

| | **Enacted Districts** | | **Illustrative Districts** | |
| | Exogenous Elections | | Exogenous Elections | |
| District | Margin | Win % | Margin | Win % |
|---|---|---|---|---|
| 9 | 50.31 | 100 | 36.12 | 100 |
| 16 | 31.80 | 100 | 30.57 | 100 |
| 18 | 45.17 | 100 | 41.40 | 100 |
| 20 | 28.44 | 100 | 9.37 | 100 |
| 29 | 40.36 | 100 | 26.78 | 100 |

Table 3: Illustrative Congressional Districts Opportunity District Analysis

## Latino and Black CVAP in Former and Enacted CDs

Tables 4 and 5 are of the Latino and Black CVAP in the former and enacted CDs and HDs. These were calculated using Census Block-level CVAP.

Table 4: Former and Enacted Congressional Districts Percent Latino and Black CVAP

| District | Latino Enacted | Latino Former | Black Enacted | Black Former |
|---|---|---|---|---|
| 1 | 9.3 | 10.6 | 19.3 | 18.3 |
| 2 | 21.9 | 24.1 | 13.2 | 15.1 |
| 3 | 11.2 | 11.0 | 11.0 | 12.6 |
| 4 | 9.7 | 9.2 | 10.6 | 11.4 |
| 5 | 18.6 | 17.8 | 15.8 | 17.9 |
| 6 | 22.0 | 18.4 | 16.6 | 24.0 |
| 7 | 20.8 | 22.5 | 25.2 | 19.3 |
| 8 | 22.5 | 16.5 | 14.5 | 10.1 |
| 9 | 25.9 | 27.1 | 48.6 | 50.1 |
| 10 | 17.6 | 21.1 | 11.0 | 13.0 |
| 11 | 32.1 | 30.5 | 12.6 | 4.4 |
| 12 | 17.7 | 16.9 | 12.6 | 11.0 |
| 13 | 20.3 | 19.9 | 7.9 | 6.4 |
| 14 | 17.9 | 18.9 | 17.1 | 21.1 |
| 15 | 74.2 | 73.5 | 1.6 | 2.6 |
| 16 | 78.6 | 77.0 | 4.0 | 4.4 |
| 17 | 18.0 | 19.8 | 16.9 | 14.2 |
| 18 | 28.7 | 28.4 | 41.9 | 44.5 |
| 19 | 32.1 | 30.9 | 7.5 | 7.5 |
| 20 | 67.3 | 64.1 | 7.2 | 6.9 |
| 21 | 26.0 | 24.4 | 4.2 | 4.6 |
| 22 | 23.2 | 21.5 | 13.5 | 17.7 |
| 23 | 56.4 | 62.2 | 4.6 | 4.7 |
| 24 | 12.5 | 16.2 | 8.0 | 15.8 |
| 25 | 15.4 | 15.5 | 12.9 | 7.7 |
| 26 | 13.5 | 14.5 | 10.5 | 10.8 |
| 27 | 47.8 | 45.9 | 5.0 | 5.6 |
| 28 | 69.0 | 69.4 | 6.1 | 6.3 |
| 29 | 62.3 | 64.7 | 20.2 | 17.3 |
| 30 | 22.3 | 24.8 | 48.7 | 51.3 |
| 31 | 18.1 | 20.0 | 8.9 | 13.0 |
| 32 | 21.1 | 16.3 | 25.7 | 16.2 |
| 33 | 42.1 | 48.9 | 29.5 | 26.4 |
| 34 | 86.4 | 79.5 | 0.7 | 1.6 |
| 35 | 46.1 | 51.8 | 15.1 | 10.8 |
| 36 | 22.1 | 19.8 | 13.8 | 10.5 |
| 37 | 20.8 | | 7.2 | |
| 38 | 18.9 | | 11.6 | |

Table 5: Former and Enacted House Districts Percent Latino and Black CVAP

| District | Latino Enacted | Latino Former | Black Enacted | Black Former |
|---|---|---|---|---|
| 1 | 4.5 | 5.0 | 20.5 | 20.1 |
| 2 | 10.2 | 10.2 | 7.0 | 7.0 |
| 3 | 19.2 | 18.7 | 4.6 | 10.5 |
| 4 | 14.2 | 13.4 | 13.5 | 12.8 |
| 5 | 10.4 | 11.0 | 9.3 | 10.5 |
| 6 | 12.2 | 12.7 | 19.2 | 19.9 |
| 7 | 9.0 | 8.6 | 22.0 | 18.9 |
| 8 | 12.9 | 14.5 | 15.7 | 15.9 |
| 9 | 10.4 | 5.9 | 15.1 | 18.3 |
| 10 | 19.9 | 19.0 | 13.7 | 13.1 |

11

| | | | | |
|---|---|---|---|---|
| 11 | 8.7 | 11.1 | 17.1 | 17.2 |
| 12 | 15.7 | 17.6 | 19.9 | 18.9 |
| 13 | 15.8 | 14.3 | 17.2 | 11.4 |
| 14 | 20.7 | 21.3 | 10.6 | 12.5 |
| 15 | 14.8 | 14.8 | 8.5 | 8.2 |
| 16 | 15.4 | 17.3 | 7.4 | 6.9 |
| 17 | 28.6 | 33.8 | 8.2 | 7.8 |
| 18 | 14.1 | 17.1 | 7.8 | 15.9 |
| 19 | 13.2 | 5.8 | 1.5 | 11.0 |
| 20 | 17.1 | 16.2 | 4.8 | 3.9 |
| 21 | 7.3 | 11.1 | 12.6 | 10.8 |
| 22 | 15.8 | 13.2 | 45.9 | 52.4 |
| 23 | 20.5 | 20.4 | 15.5 | 18.5 |
| 24 | 16.3 | 16.4 | 10.7 | 7.7 |
| 25 | 23.4 | 27.6 | 19.4 | 12.8 |
| 26 | 18.9 | 15.6 | 13.7 | 14.7 |
| 27 | 17.9 | 16.9 | 48.4 | 47.5 |
| 28 | 23.6 | 18.0 | 13.4 | 19.0 |
| 29 | 26.2 | 23.8 | 13.8 | 19.1 |
| 30 | 33.4 | 36.3 | 7.7 | 5.5 |
| 31 | 64.7 | 75.6 | 2.2 | 1.4 |
| 32 | 40.5 | 48.2 | 4.4 | 5.1 |
| 33 | 12.7 | 12.6 | 10.9 | 10.3 |
| 34 | 70.0 | 67.8 | 4.1 | 3.8 |
| 35 | 91.8 | 84.7 | 0.3 | 0.5 |
| 36 | 89.7 | 90.2 | 0.4 | 0.4 |
| 37 | 78.0 | 86.5 | 1.1 | 0.4 |
| 38 | 92.1 | 87.3 | 0.4 | 0.6 |
| 39 | 88.8 | 88.7 | 0.2 | 0.2 |
| 40 | 90.1 | 91.0 | 1.3 | 1.2 |
| 41 | 82.1 | 82.2 | 1.0 | 0.9 |
| 42 | 93.6 | 94.2 | 0.6 | 0.5 |
| 43 | 59.5 | 61.9 | 3.4 | 3.4 |
| 44 | 33.1 | 33.1 | 8.2 | 6.9 |
| 45 | 37.7 | 32.0 | 5.9 | 4.8 |
| 46 | 27.1 | 29.7 | 21.2 | 21.4 |
| 47 | 13.7 | 14.2 | 3.9 | 3.2 |
| 48 | 21.7 | 21.4 | 4.7 | 4.7 |
| 49 | 18.9 | 17.4 | 5.0 | 5.3 |
| 50 | 29.5 | 24.3 | 17.4 | 15.1 |
| 51 | 43.0 | 43.1 | 10.4 | 10.9 |
| 52 | 21.5 | 25.0 | 8.7 | 11.7 |
| 53 | 29.8 | 26.4 | 2.0 | 1.8 |
| 54 | 20.9 | 20.6 | 28.8 | 30.1 |
| 55 | 20.6 | 20.2 | 21.2 | 16.9 |
| 56 | 17.1 | 17.7 | 11.0 | 11.5 |
| 57 | 15.3 | 11.6 | 13.9 | 16.8 |
| 58 | 18.4 | 17.9 | 4.1 | 4.1 |
| 59 | 13.5 | 15.9 | 8.2 | 9.2 |
| 60 | 9.7 | 12.2 | 1.8 | 2.2 |
| 61 | 10.0 | 9.4 | 13.0 | 1.5 |
| 62 | 7.9 | 7.9 | 6.6 | 6.8 |
| 63 | 15.7 | 12.4 | 12.3 | 6.8 |
| 64 | 14.8 | 16.2 | 8.6 | 11.0 |
| 65 | 13.3 | 16.4 | 13.8 | 19.3 |
| 66 | 10.1 | 9.5 | 10.5 | 13.7 |
| 67 | 12.6 | 11.3 | 12.4 | 11.4 |
| 68 | 13.3 | 16.3 | 2.8 | 3.9 |
| 69 | 14.9 | 14.2 | 9.5 | 10.1 |
| 70 | 10.6 | 11.9 | 14.0 | 13.4 |
| 71 | 20.2 | 21.3 | 8.2 | 8.8 |
| 72 | 32.5 | 33.6 | 4.1 | 4.2 |

| | | | | |
|---|---|---|---|---|
| 73 | 19.8 | 20.0 | 2.4 | 2.2 |
| 74 | 75.5 | 74.5 | 2.5 | 1.7 |
| 75 | 87.9 | 87.8 | 2.9 | 2.9 |
| 76 | 19.1 | 87.1 | 26.5 | 2.5 |
| 77 | 85.9 | 74.2 | 2.5 | 4.4 |
| 78 | 67.7 | 66.9 | 5.0 | 5.8 |
| 79 | 77.1 | 78.8 | 4.7 | 4.1 |
| 80 | 76.6 | 85.2 | 1.3 | 1.2 |
| 81 | 52.7 | 52.0 | 5.5 | 5.2 |
| 82 | 36.5 | 37.2 | 7.5 | 7.3 |
| 83 | 29.3 | 30.1 | 4.5 | 4.4 |
| 84 | 34.8 | 34.3 | 12.8 | 13.2 |
| 85 | 19.5 | 30.8 | 15.7 | 17.8 |
| 86 | 24.0 | 24.2 | 3.3 | 3.4 |
| 87 | 28.7 | 28.5 | 8.7 | 9.5 |
| 88 | 38.3 | 38.8 | 4.1 | 3.8 |
| 89 | 13.0 | 11.8 | 11.6 | 11.5 |
| 90 | 50.4 | 59.0 | 18.9 | 15.8 |
| 91 | 19.3 | 18.7 | 8.4 | 8.3 |
| 92 | 21.8 | 14.9 | 33.3 | 19.7 |
| 93 | 18.9 | 20.2 | 12.1 | 17.7 |
| 94 | 15.1 | 16.2 | 13.7 | 18.4 |
| 95 | 21.3 | 21.2 | 49.1 | 48.7 |
| 96 | 15.4 | 17.4 | 18.7 | 25.3 |
| 97 | 15.1 | 15.8 | 13.2 | 16.9 |
| 98 | 9.7 | 9.8 | 6.0 | 5.1 |
| 99 | 21.2 | 21.0 | 11.5 | 7.9 |
| 100 | 30.1 | 25.7 | 50.0 | 43.9 |
| 101 | 23.1 | 26.3 | 37.3 | 38.6 |
| 102 | 18.1 | 15.2 | 34.6 | 21.2 |
| 103 | 37.6 | 38.1 | 16.0 | 17.2 |
| 104 | 55.5 | 60.0 | 15.7 | 19.3 |
| 105 | 33.0 | 33.9 | 21.2 | 18.5 |
| 106 | 12.4 | 13.6 | 10.8 | 13.9 |
| 107 | 41.9 | 28.4 | 21.6 | 21.5 |
| 108 | 7.3 | 11.7 | 5.3 | 8.8 |
| 109 | 17.7 | 18.5 | 60.4 | 64.8 |
| 110 | 34.6 | 38.8 | 52.8 | 49.8 |
| 111 | 23.0 | 24.1 | 57.0 | 55.8 |
| 112 | 13.5 | 20.7 | 13.1 | 20.1 |
| 113 | 24.8 | 24.0 | 28.8 | 25.3 |
| 114 | 19.4 | 13.1 | 16.2 | 22.6 |
| 115 | 16.1 | 19.9 | 17.6 | 16.0 |
| 116 | 59.8 | 60.4 | 8.6 | 8.6 |
| 117 | 66.2 | 56.5 | 8.4 | 9.2 |
| 118 | 57.7 | 68.5 | 5.8 | 4.2 |
| 119 | 65.0 | 61.4 | 10.9 | 11.8 |
| 120 | 44.5 | 44.1 | 25.4 | 25.4 |
| 121 | 32.5 | 35.9 | 7.1 | 7.4 |
| 122 | 34.0 | 32.6 | 4.9 | 5.4 |
| 123 | 59.7 | 61.6 | 5.2 | 5.2 |
| 124 | 66.6 | 66.9 | 9.9 | 8.6 |
| 125 | 62.5 | 68.0 | 6.0 | 5.7 |
| 126 | 20.2 | 25.3 | 16.1 | 20.9 |
| 127 | 22.1 | 22.0 | 18.8 | 18.8 |
| 128 | 29.9 | 30.0 | 11.9 | 11.6 |
| 129 | 23.2 | 22.7 | 9.4 | 10.9 |
| 130 | 18.3 | 19.1 | 10.3 | 10.8 |
| 131 | 37.2 | 34.0 | 49.3 | 52.2 |
| 132 | 23.3 | 30.6 | 14.4 | 19.8 |
| 133 | 15.2 | 14.7 | 18.6 | 16.4 |
| 134 | 13.1 | 13.0 | 8.1 | 8.0 |

| | | | | |
|---|---|---|---|---|
| 135 | 37.0 | 28.8 | 26.0 | 21.4 |
| 136 | 21.1 | 17.1 | 10.1 | 6.6 |
| 137 | 31.2 | 31.0 | 36.2 | 40.3 |
| 138 | 27.5 | 33.4 | 11.0 | 14.1 |
| 139 | 27.5 | 31.6 | 47.0 | 45.3 |
| 140 | 69.4 | 68.2 | 16.4 | 16.9 |
| 141 | 29.4 | 29.8 | 59.5 | 59.9 |
| 142 | 33.3 | 34.0 | 46.7 | 46.7 |
| 143 | 62.8 | 63.7 | 18.2 | 18.5 |
| 144 | 64.4 | 67.0 | 9.1 | 6.4 |
| 145 | 51.9 | 60.5 | 10.9 | 11.9 |
| 146 | 16.9 | 19.3 | 55.8 | 54.2 |
| 147 | 25.5 | 25.3 | 37.8 | 37.6 |
| 148 | 39.6 | 42.3 | 19.9 | 9.5 |
| 149 | 33.0 | 29.7 | 32.8 | 32.4 |
| 150 | 21.8 | 21.8 | 17.7 | 19.3 |

## Split VTDs in Enacted CDs 23 and 24

**15.** In Table 6, I examine VTDs that are split between enacted CD 23 and adjacent CDs, including the percent of Anglo VAP and the percent of Latino VAP in these VTDs that is retained in CD 23 and the percent of each that is placed in adjacent CDs. I calculate this by examining the Census Blocks in the split VTDs. There are 15 VTDs split across CD 23 and adjacent CDs. 64.0% of the total Anglo VAP in these VTDs is retained in CD 23, and 36.0% of the total Anglo VAP in these VTDs is within adjacent CDs. 56.4% of the total Latino VAP in these VTDs is retained in CD 23, and 43.6% of the total Latino VAP in these VTDs is within in adjacent CDs.

|  | Anglo VAP % | Latino VAP % |
|---|---|---|
| In CDs Adjacent to CD 23 | 36.0 | 43.6 |
| Retained in CD 23 | 64.0 | 56.4 |

Table 6: Anglo and Latino VAP in VTDs split by Enacted CD 23

**16.** The same analysis for enacted CD 24 is in Table 7. In this CD, I also analyze the percent of Black VAP that is retained in CD 24 and the percent that is placed in adjacent CDs. There are 27 VTDs that are split between CD 24 and adjacent CDs. 38.1% of the total Anglo VAP in these VTDs is retained in CD 24, and 61.9% of the total Anglo VAP in these VTDs is within adjacent CDs. 20.9% of total Latino VAP in these VTDs is retained in CD 24, and 79.1% of the total Latino VAP in these VTDs is within adjacent CDs. 15.2% of total Black VAP in these VTDs is retained in CD 24, and 84.8% of the total Black VAP in these VTDs is within adjacent CDs.

| Retained | Anglo VAP % | Latino VAP % | Black VAP % |
|---|---|---|---|
| In CDs Adjacent to CD 24 | 61.9 | 79.1 | 84.8 |
| Retained in CD 24 | 38.1 | 20.9 | 15.2 |

Table 7: Anglo, Latino, and Black VAP in VTDs split by Enacted CD 24

## Latino Majority VAP VTDs in Former and Enacted CD 24

In the former CD 24, there were 253 VTDs. Of those 253 VTDs, 27 had a majority Latino VAP. Of those 27 VTDs, 3 are maintained in enacted CD 24, which has 255 total VTDs. In these three VTDs retained in enacted CD 24, voters with a Spanish surname were 30.5% of registered voters in 2020 (SSVR) and from 2014 to 2020, 24.9% of all voter turnout was by voters with a Spanish surname (SSTO). One of these VTDs only had 42 total registered voters in 2020 and only a single case of turnout by any voter with a Spanish surname between 2014 and 2020.

# Tables of Ecological Inference Results for Racial Bloc Voting

| Office | Year | Enacted | | |
| --- | --- | --- | --- | --- |
| | | Latinos | Blacks | Anglos |
| Land Comm (AD-LR) | 2014 | 53 | 75 | 5 |
| | | (37, 69) | (60, 86) | (4, 8) |
| Lt. Governor (LD-AR) | 2014 | 47 | 78 | 11 |
| | | (32, 64) | (63, 88) | (8, 15) |
| Sup Ct 7 (LD-AR) | 2014 | 45 | 79 | 9 |
| | | (30, 60) | (68, 88) | (6, 12) |
| Sup Ct 5 (LD-LR) | 2016 | 55 | 90 | 11 |
| | | (39, 72) | (83, 95) | (8, 14) |
| Sup Ct 9 (AD-LR) | 2016 | 56 | 90 | 9 |
| | | (38, 77) | (83, 95) | (7, 12) |
| Governor (LD-AR) | 2018 | 53 | 91 | 14 |
| | | (35, 69) | (84, 96) | (11, 17) |
| Land Comm (LD-LR) | 2018 | 54 | 91 | 16 |
| | | (37, 74) | (85, 95) | (13, 19) |
| U.S. Sen (AD-LR) | 2018 | 56 | 91 | 19 |
| | | (36, 74) | (85, 95) | (16, 22) |
| RR Comm 1 (LD-AR) | 2020 | 65 | 92 | 17 |
| | | (47, 80) | (86, 96) | (14, 19) |
| Sup Ct 8 (LD-AR) | 2020 | 64 | 92 | 15 |
| | | (43, 81) | (87, 96) | (12, 18) |
| Avg. | | 55 | 87 | 13 |

Table 8: EI CVAP: Enacted CD 2

| Office | Year | Enacted | | |
| --- | --- | --- | --- | --- |
| | | Latinos | Blacks | Anglos |
| Land Comm (AD-LR) | 2014 | 55 | 68 | 8 |
| | | (39, 70) | (51, 82) | (6, 11) |
| Lt. Governor (LD-AR) | 2014 | 51 | 67 | 9 |
| | | (35, 68) | (48, 83) | (7, 11) |
| Sup Ct 7 (LD-AR) | 2014 | 53 | 75 | 8 |
| | | (35, 72) | (59, 88) | (6, 11) |
| Sup Ct 5 (LD-LR) | 2016 | 60 | 84 | 6 |
| | | (45, 74) | (70, 91) | (4, 8) |
| Sup Ct 9 (AD-LR) | 2016 | 48 | 84 | 6 |
| | | (32, 62) | (75, 91) | (5, 8) |
| Governor (LD-AR) | 2018 | 60 | 85 | 7 |
| | | (45, 74) | (76, 92) | (5, 9) |
| Land Comm (LD-LR) | 2018 | 56 | 86 | 7 |
| | | (43, 71) | (78, 92) | (5, 10) |
| U.S. Sen (AD-LR) | 2018 | 64 | 87 | 8 |
| | | (49, 76) | (79, 92) | (6, 10) |
| RR Comm 1 (LD-AR) | 2020 | 74 | 88 | 9 |
| | | (61, 86) | (81, 93) | (6, 12) |
| Sup Ct 8 (LD-AR) | 2020 | 75 | 86 | 7 |
| | | (63, 85) | (77, 92) | (5, 10) |
| Avg. | | 60 | 81 | 8 |

Table 9: EI CVAP: Enacted CD 8

| Office | Year | Enacted | | |
| --- | --- | --- | --- | --- |
| | | Latinos | Blacks | Anglos |
| Land Comm (AD-LR) | 2014 | 54 | 80 | 9 |
| | | (38, 72) | (69, 89) | (5, 12) |
| Lt. Governor (LD-AR) | 2014 | 52 | 77 | 14 |
| | | (34, 70) | (62, 87) | (10, 19) |
| Sup Ct 7 (LD-AR) | 2014 | 57 | 80 | 10 |
| | | (35, 76) | (65, 90) | (7, 13) |
| Sup Ct 5 (LD-AR) | 2016 | 84 | 86 | 9 |
| | | (74, 91) | (77, 93) | (5, 13) |
| Sup Ct 9 (AD-LR) | 2016 | 80 | 87 | 8 |
| | | (69, 89) | (78, 93) | (5, 11) |
| Governor (LD-AR) | 2018 | 51 | 83 | 11 |
| | | (36, 68) | (76, 90) | (7, 15) |
| Land Comm (LD-LR) | 2018 | 50 | 86 | 13 |
| | | (35, 66) | (79, 91) | (9, 17) |
| U.S. Sen (AD-LR) | 2018 | 59 | 83 | 17 |
| | | (45, 71) | (74, 90) | (12, 21) |
| RR Comm 1 (LD-AR) | 2020 | 54 | 90 | 16 |
| | | (39, 67) | (85, 94) | (14, 20) |
| Sup Ct 8 (LD-AR) | 2020 | 62 | 88 | 15 |
| | | (48, 76) | (82, 92) | (11, 19) |
| Avg. | | 60 | 84 | 12 |

Table 10: EI CVAP: Enacted CD 22

| Office | Year | Enacted | | |
| --- | --- | --- | --- | --- |
| | | Latinos | Blacks | Anglos |
| Land Comm (AD-LR) | 2014 | 45 | 89 | 7 |
| | | (34, 58) | (85, 93) | (5, 9) |
| Lt. Governor (LD-AR) | 2014 | 57 | 91 | 8 |
| | | (44, 70) | (86, 94) | (6, 10) |
| Sup Ct 7 (LD-AR) | 2014 | 50 | 90 | 8 |
| | | (38, 64) | (85, 93) | (6, 10) |
| Sup Ct 5 (LD-AR) | 2016 | 80 | 93 | 7 |
| | | (71, 88) | (89, 95) | (5, 8) |
| Sup Ct 9 (AD-LR) | 2016 | 69 | 92 | 7 |
| | | (58, 79) | (89, 95) | (5, 9) |
| Governor (LD-AR) | 2018 | 81 | 92 | 6 |
| | | (73, 88) | (88, 95) | (5, 8) |
| Land Comm (LD-LR) | 2018 | 81 | 92 | 7 |
| | | (72, 88) | (88, 95) | (6, 9) |
| U.S. Sen (AD-LR) | 2018 | 82 | 93 | 9 |
| | | (74, 89) | (90, 95) | (7, 10) |
| RR Comm 1 (LD-AR) | 2020 | 82 | 92 | 7 |
| | | (74, 88) | (88, 95) | (6, 9) |
| Sup Ct 8 (LD-AR) | 2020 | 80 | 92 | 7 |
| | | (72, 87) | (88, 95) | (6, 8) |
| Avg. | | 71 | 91 | 7 |

Table 11: EI CVAP: Enacted CD 36

| Office | Year | Enacted | |
| --- | --- | --- | --- |
| | | Latinos | Non-Latinos |
| Land Comm (AD-LR) | 2014 | 83 | 16 |
| | | (70, 91) | (13, 20) |
| Lt. Governor (LD-AR) | 2014 | 72 | 22 |
| | | (47, 88) | (18, 25) |
| Sup Ct 7 (LD-AR) | 2014 | 81 | 19 |
| | | (67, 90) | (15, 21) |
| Sup Ct 5 (LD-AR) | 2016 | 82 | 26 |
| | | (69, 92) | (23, 28) |
| Sup Ct 9 (AD-LR) | 2016 | 82 | 24 |
| | | (67, 91) | (22, 26) |
| Governor (LD-AR) | 2018 | 73 | 30 |
| | | (48, 88) | (27, 32) |
| Land Comm (LD-LR) | 2018 | 78 | 31 |
| | | (58, 89) | (29, 33) |
| U.S. Sen (AD-LR) | 2018 | 72 | 36 |
| | | (47, 87) | (34, 37) |
| RR Comm 1 (LD-AR) | 2020 | 75 | 34 |
| | | (58, 86) | (32, 35) |
| Sup Ct 8 (LD-AR) | 2020 | 76 | 33 |
| | | (58, 88) | (31, 35) |
| Avg. | | 77 | 27 |

Table 12: EI SSVR: Enacted CD 2

| Office | Year | Enacted | |
| --- | --- | --- | --- |
| | | Latinos | Non-Latinos |
| Land Comm (AD-LR) | 2014 | 90 | 14 |
| | | (84, 95) | (12, 17) |
| Lt. Governor (LD-AR) | 2014 | 88 | 17 |
| | | (80, 94) | (14, 19) |
| Sup Ct 7 (LD-AR) | 2014 | 87 | 15 |
| | | (79, 93) | (13, 18) |
| Sup Ct 5 (LD-AR) | 2016 | 93 | 17 |
| | | (89, 96) | (15, 19) |
| Sup Ct 9 (AD-LR) | 2016 | 93 | 17 |
| | | (88, 96) | (15, 19) |
| Governor (LD-AR) | 2018 | 94 | 17 |
| | | (89, 97) | (14, 19) |
| Land Comm (LD-LR) | 2018 | 94 | 18 |
| | | (89, 97) | (16, 20) |
| U.S. Sen (AD-LR) | 2018 | 95 | 21 |
| | | (91, 97) | (18, 23) |
| RR Comm 1 (LD-AR) | 2020 | 91 | 20 |
| | | (87, 95) | (18, 23) |
| Sup Ct 8 (LD-AR) | 2020 | 91 | 20 |
| | | (86, 94) | (19, 22) |
| Avg. | | 92 | 18 |

Table 13: EI SSVR: Enacted CD 8

19

| Office | Year | Enacted | |
|--------|------|---------|---|
| | | Latinos | Non-Latinos |
| Land Comm (AD-LR) | 2014 | 55 | 24 |
| | | (36, 76) | (22, 25) |
| Lt. Governor (LD-AR) | 2014 | 42 | 28 |
| | | (26, 56) | (28, 29) |
| Sup Ct 7 (LD-AR) | 2014 | 67 | 26 |
| | | (51, 82) | (24, 27) |
| Sup Ct 5 (LD-AR) | 2016 | 64 | 32 |
| | | (39, 83) | (31, 34) |
| Sup Ct 9 (AD-LR) | 2016 | 65 | 31 |
| | | (44, 81) | (29, 32) |
| Governor (LD-AR) | 2018 | 55 | 34 |
| | | (37, 71) | (33, 35) |
| Land Comm (LD-LR) | 2018 | 60 | 36 |
| | | (45, 76) | (35, 37) |
| U.S. Sen (AD-LR) | 2018 | 53 | 40 |
| | | (35, 69) | (39, 41) |
| RR Comm 1 (LD-AR) | 2020 | 39 | 39 |
| | | (19, 67) | (37, 40) |
| Sup Ct 8 (LD-AR) | 2020 | 45 | 39 |
| | | (24, 67) | (37, 40) |
| Avg. | | 54 | 33 |

Table 14: EI SSVR: Enacted CD 22

| Office | Year | Enacted | |
|--------|------|---------|---|
| | | Latinos | Non-Latinos |
| Land Comm (AD-LR) | 2014 | 68 | 25 |
| | | (46, 84) | (23, 27) |
| Lt. Governor (LD-AR) | 2014 | 73 | 26 |
| | | (58, 85) | (24, 28) |
| Sup Ct 7 (LD-AR) | 2014 | 73 | 25 |
| | | (57, 85) | (24, 27) |
| Sup Ct 5 (LD-AR) | 2016 | 87 | 24 |
| | | (76, 94) | (23, 26) |
| Sup Ct 9 (AD-LR) | 2016 | 85 | 25 |
| | | (74, 92) | (23, 26) |
| Governor (LD-AR) | 2018 | 89 | 24 |
| | | (80, 94) | (22, 25) |
| Land Comm (LD-LR) | 2018 | 89 | 25 |
| | | (82, 94) | (24, 27) |
| U.S. Sen (AD-LR) | 2018 | 88 | 28 |
| | | (81, 93) | (26, 29) |
| RR Comm 1 (LD-AR) | 2020 | 92 | 25 |
| | | (88, 95) | (24, 26) |
| Sup Ct 8 (LD-AR) | 2020 | 87 | 25 |
| | | (79, 93) | (24, 26) |
| Avg. | | 83 | 25 |

Table 15: EI SSVR: Enacted CD 36

| Office | Year | Enacted | |
| | | Latinos | Anglos |
| --- | --- | --- | --- |
| Land Comm (AD-LR) | 2014 | 45 | 8 |
| | | (30, 60) | (5, 11) |
| Lt. Governor (LD-AR) | 2014 | 46 | 13 |
| | | (32, 61) | (10, 16) |
| Sup Ct 7 (LD-AR) | 2014 | 56 | 9 |
| | | (42, 70) | (7, 13) |
| Sup Ct 5 (LD-AR) | 2016 | 60 | 8 |
| | | (50, 71) | (6, 11) |
| Sup Ct 9 (AD-LR) | 2016 | 51 | 10 |
| | | (39, 62) | (7, 13) |
| Governor (LD-AR) | 2018 | 45 | 12 |
| | | (29, 61) | (9, 15) |
| Land Comm (LD-LR) | 2018 | 51 | 13 |
| | | (37, 65) | (10, 16) |
| U.S. Sen (AD-LR) | 2018 | 49 | 15 |
| | | (34, 63) | (12, 18) |
| RR Comm 1 (LD-AR) | 2020 | 44 | 15 |
| | | (30, 57) | (12, 18) |
| Sup Ct 8 (LD-AR) | 2020 | 44 | 14 |
| | | (32, 56) | (11, 17) |
| Avg. | | 49 | 12 |

Table 16: EI CVAP: Enacted HD 53

| Office | Year | Enacted | |
| | | Latinos | Anglos |
| --- | --- | --- | --- |
| Land Comm (AD-LR) | 2014 | 43 | 5 |
| | | (27, 59) | (4, 7) |
| Lt. Governor (LD-AR) | 2014 | 46 | 5 |
| | | (32, 61) | (4, 7) |
| Sup Ct 7 (LD-AR) | 2014 | 51 | 5 |
| | | (34, 69) | (4, 7) |
| Sup Ct 5 (LD-AR) | 2016 | 76 | 4 |
| | | (66, 85) | (2, 5) |
| Sup Ct 9 (AD-LR) | 2016 | 69 | 4 |
| | | (57, 79) | (3, 6) |
| Governor (LD-AR) | 2018 | 78 | 3 |
| | | (67, 87) | (2, 5) |
| Land Comm (LD-LR) | 2018 | 79 | 4 |
| | | (67, 88) | (2, 5) |
| U.S. Sen (AD-LR) | 2018 | 78 | 5 |
| | | (68, 86) | (3, 6) |
| RR Comm 1 (LD-AR) | 2020 | 60 | 3 |
| | | (51, 70) | (2, 5) |
| Sup Ct 8 (LD-AR) | 2020 | 59 | 3 |
| | | (49, 68) | (2, 5) |
| Avg. | | 64 | 4 |

Table 17: EI CVAP: Enacted HD 88

| Office | Year | Enacted | |
| | | Latinos | Anglos |
|---|---|---|---|
| Land Comm (AD-LR) | 2014 | 49 | 9 |
| | | (37, 59) | (7, 10) |
| Lt. Governor (LD-AR) | 2014 | 49 | 12 |
| | | (39, 58) | (10, 13) |
| Sup Ct 7 (LD-AR) | 2014 | 58 | 10 |
| | | (49, 68) | (8, 11) |
| Sup Ct 5 (LD-AR) | 2016 | 70 | 7 |
| | | (62, 78) | (6, 8) |
| Sup Ct 9 (AD-LR) | 2016 | 60 | 8 |
| | | (52, 69) | (6, 10) |
| Governor (LD-AR) | 2018 | 65 | 8 |
| | | (56, 74) | (6, 9) |
| Land Comm (LD-LR) | 2018 | 67 | 9 |
| | | (57, 78) | (8, 11) |
| U.S. Sen (AD-LR) | 2018 | 68 | 11 |
| | | (59, 76) | (9, 13) |
| RR Comm 1 (LD-AR) | 2020 | 57 | 9 |
| | | (48, 66) | (8, 11) |
| Sup Ct 8 (LD-AR) | 2020 | 56 | 9 |
| | | (48, 64) | (7, 11) |
| Avg. | | 60 | 9 |

Table 18: EI CVAP: Enacted HDs 53 and 88 pooled

| Office | Year | Enacted | |
| | | Latinos | Non-Latinos |
|---|---|---|---|
| Land Comm (AD-LR) | 2014 | 64 | 14 |
| | | (51, 78) | (12, 15) |
| Lt. Governor (LD-AR) | 2014 | 65 | 17 |
| | | (52, 78) | (15, 19) |
| Sup Ct 7 (LD-AR) | 2014 | 74 | 15 |
| | | (62, 85) | (13, 16) |
| Sup Ct 5 (LD-AR) | 2016 | 82 | 14 |
| | | (72, 90) | (12, 15) |
| Sup Ct 9 (AD-LR) | 2016 | 69 | 14 |
| | | (59, 79) | (13, 16) |
| Governor (LD-AR) | 2018 | 68 | 15 |
| | | (56, 81) | (13, 16) |
| Land Comm (LD-LR) | 2018 | 71 | 16 |
| | | (59, 83) | (15, 18) |
| U.S. Sen (AD-LR) | 2018 | 71 | 18 |
| | | (59, 82) | (17, 20) |
| RR Comm 1 (LD-AR) | 2020 | 57 | 17 |
| | | (47, 66) | (16, 18) |
| Sup Ct 8 (LD-AR) | 2020 | 58 | 17 |
| | | (49, 67) | (15, 18) |
| Avg. | | 68 | 16 |

Table 19: EI SSVR: Enacted HD 53

22

| Office | Year | Enacted | |
| | | Latinos | Non-Latinos |
| --- | --- | --- | --- |
| Land Comm (AD-LR) | 2014 | 55 | 10 |
| | | (40, 71) | (8, 11) |
| Lt. Governor (LD-AR) | 2014 | 62 | 9 |
| | | (49, 75) | (7, 10) |
| Sup Ct 7 (LD-AR) | 2014 | 72 | 9 |
| | | (57, 84) | (7, 10) |
| Sup Ct 5 (LD-AR) | 2016 | 89 | 7 |
| | | (82, 94) | (5, 8) |
| Sup Ct 9 (AD-LR) | 2016 | 84 | 8 |
| | | (74, 91) | (7, 10) |
| Governor (LD-AR) | 2018 | 85 | 7 |
| | | (76, 93) | (5, 8) |
| Land Comm (LD-LR) | 2018 | 85 | 7 |
| | | (76, 92) | (6, 9) |
| U.S. Sen (AD-LR) | 2018 | 88 | 8 |
| | | (81, 93) | (6, 10) |
| RR Comm 1 (LD-AR) | 2020 | 81 | 6 |
| | | (70, 89) | (5, 7) |
| Sup Ct 8 (LD-AR) | 2020 | 78 | 6 |
| | | (69, 87) | (5, 7) |
| Avg. | | 78 | 8 |

Table 20: EI SSVR: Enacted HD 88

| Office | Year | Enacted | |
| | | Latinos | Non-Latinos |
| --- | --- | --- | --- |
| Land Comm (AD-LR) | 2014 | 64 | 13 |
| | | (54, 73) | (12, 14) |
| Lt. Governor (LD-AR) | 2014 | 66 | 15 |
| | | (54, 76) | (13, 16) |
| Sup Ct 7 (LD-AR) | 2014 | 76 | 13 |
| | | (67, 84) | (12, 14) |
| Sup Ct 5 (LD-AR) | 2016 | 90 | 11 |
| | | (84, 94) | (10, 12) |
| Sup Ct 9 (AD-LR) | 2016 | 80 | 12 |
| | | (72, 87) | (11, 13) |
| Governor (LD-AR) | 2018 | 82 | 12 |
| | | (74, 89) | (11, 13) |
| Land Comm (LD-LR) | 2018 | 86 | 13 |
| | | (76, 92) | (12, 14) |
| U.S. Sen (AD-LR) | 2018 | 84 | 14 |
| | | (77, 89) | (13, 15) |
| RR Comm 1 (LD-AR) | 2020 | 70 | 13 |
| | | (63, 76) | (12, 14) |
| Sup Ct 8 (LD-AR) | 2020 | 69 | 13 |
| | | (62, 75) | (12, 13) |
| Avg. | | 77 | 13 |

Table 21: EI SSVR: Enacted HDs 53 and 88 pooled

| Office | Year | Blacks | Anglos |
|---|---|---|---|
| RR Comm 3 (BD-AR) | 2014 | 97 | 30 |
| | | (96, 98) | (25, 34) |
| RR Comm 1 (AD-BR) | 2016 | 98 | 30 |
| | | (96, 98) | (24, 36) |
| CCA 7 (BD-AR) | 2018 | 98 | 37 |
| | | (97, 99) | (30, 43) |
| CCA Pres Judge (BD-AR) | 2018 | 98 | 39 |
| | | (96, 98) | (34, 45) |
| Comptroller (BD-AR) | 2018 | 98 | 35 |
| | | (97, 98) | (29, 40) |
| CCA 3 (BD-AR) | 2020 | 97 | 39 |
| | | (96, 98) | (33, 47) |
| Sup Ct 7 (BD-AR) | 2020 | 97 | 42 |
| | | (96, 98) | (36, 48) |
| Avg. | | 97 | 36 |

Table 22: EI CVAP: Illustrative CD 9

| Office | Year | Latinos | Anglos |
|---|---|---|---|
| Land Comm (AD-LR) | 2014 | 87 | 22 |
| | | (83, 91) | (15, 30) |
| Lt. Governor (LD-AR) | 2014 | 89 | 19 |
| | | (85, 92) | (14, 25) |
| Sup Ct 7 (LD-AR) | 2014 | 88 | 21 |
| | | (84, 91) | (14, 28) |
| Sup Ct 5 (LD-AR) | 2016 | 89 | 15 |
| | | (87, 91) | (10, 20) |
| Sup Ct 9 (AD-LR) | 2016 | 81 | 18 |
| | | (78, 84) | (12, 26) |
| Governor (LD-AR) | 2018 | 84 | 21 |
| | | (81, 87) | (15, 31) |
| Land Comm (LD-LR) | 2018 | 87 | 19 |
| | | (84, 89) | (14, 26) |
| U.S. Sen (AD-LR) | 2018 | 92 | 25 |
| | | (89, 94) | (17, 33) |
| RR Comm 1 (LD-AR) | 2020 | 81 | 19 |
| | | (78, 83) | (13, 27) |
| Sup Ct 8 (LD-AR) | 2020 | 82 | 20 |
| | | (79, 85) | (14, 28) |
| Avg. | | 86 | 20 |

Table 23: EI CVAP: Illustrative CD 16

| Office | Year | Blacks | Anglos |
|---|---|---|---|
| RR Comm 3 (BD-AR) | 2014 | 96 | 39 |
| | | (94, 98) | (35, 43) |
| RR Comm 1 (AD-BR) | 2016 | 97 | 40 |
| | | (95, 98) | (34, 44) |
| CCA 7 (BD-AR) | 2018 | 97 | 45 |
| | | (96, 98) | (41, 49) |
| CCA Pres Judge (BD-AR) | 2018 | 97 | 51 |
| | | (96, 98) | (48, 55) |
| Comptroller (BD-AR) | 2018 | 97 | 45 |
| | | (95, 98) | (40, 49) |
| CCA 3 (BD-AR) | 2020 | 96 | 47 |
| | | (95, 98) | (43, 52) |
| Sup Ct 7 (BD-AR) | 2020 | 96 | 50 |
| | | (95, 98) | (46, 55) |
| Avg. | | 97 | 45 |

Table 24: EI CVAP: Illustrative CD 18

| Office | Year | Latinos | Anglos |
|---|---|---|---|
| Land Comm (AD-LR) | 2014 | 87 | 13 |
| | | (82, 91) | (9, 17) |
| Lt. Governor (LD-AR) | 2014 | 90 | 23 |
| | | (87, 93) | (17, 30) |
| Sup Ct 7 (LD-AR) | 2014 | 91 | 17 |
| | | (87, 93) | (12, 23) |
| Sup Ct 5 (LD-AR) | 2016 | 93 | 12 |
| | | (91, 95) | (8, 17) |
| Sup Ct 9 (AD-LR) | 2016 | 89 | 12 |
| | | (86, 92) | (8, 17) |
| Governor (LD-AR) | 2018 | 88 | 18 |
| | | (84, 92) | (13, 25) |
| Land Comm (LD-LR) | 2018 | 93 | 16 |
| | | (90, 95) | (10, 23) |
| U.S. Sen (AD-LR) | 2018 | 93 | 30 |
| | | (90, 95) | (24, 36) |
| RR Comm 1 (LD-AR) | 2020 | 91 | 18 |
| | | (88, 93) | (14, 23) |
| Sup Ct 8 (LD-AR) | 2020 | 92 | 18 |
| | | (89, 94) | (13, 21) |
| Avg. | | 91 | 18 |

Table 25: EI CVAP: Illustrative CD 20

| Office | Year | Latinos | Anglos |
|---|---|---|---|
| Land Comm (AD-LR) | 2014 | 83 | 19 |
| | | (77, 89) | (12, 27) |
| Lt. Governor (LD-AR) | 2014 | 82 | 27 |
| | | (74, 88) | (18, 36) |
| Sup Ct 7 (LD-AR) | 2014 | 85 | 24 |
| | | (80, 91) | (16, 34) |
| Sup Ct 5 (LD-AR) | 2016 | 92 | 18 |
| | | (88, 95) | (10, 26) |
| Sup Ct 9 (AD-LR) | 2016 | 87 | 16 |
| | | (82, 91) | (9, 24) |
| Governor (LD-AR) | 2018 | 90 | 26 |
| | | (85, 93) | (16, 36) |
| Land Comm (LD-LR) | 2018 | 92 | 28 |
| | | (87, 95) | (17, 37) |
| U.S. Sen (AD-LR) | 2018 | 93 | 34 |
| | | (88, 95) | (25, 43) |
| RR Comm 1 (LD-AR) | 2020 | 85 | 33 |
| | | (79, 90) | (23, 41) |
| Sup Ct 8 (LD-AR) | 2020 | 84 | 31 |
| | | (78, 89) | (21, 40) |
| Avg. | | 87 | 26 |

Table 26: EI CVAP: Illustrative CD 29

## Additional Figures for Opportunity District Analysis



Figure 9: Congressional District 2



Figure 10: Congressional District 8



Figure 11: Congressional District 22



Figure 12: Congressional District 36



Figure 13: House District 43



Figure 14: House District 53



Figure 15: House District 88



Figure 16: Illustrative Congressional District 9



Figure 17: Illustrative Congressional District 16



Figure 18: Illustrative Congressional District 18



Figure 19: Illustrative Congressional District 20



Figure 20: Illustrative Congressional District 29

Ryan D. Enos     9 June 2022