# EXHIBIT 1

# Freeman, Daniel (CRT)

| | |
|---|---|
| **From:** | Freeman, Daniel (CRT) |
| **Sent:** | Wednesday, July 6, 2022 3:54 PM |
| **To:** | Scott Field |
| **Subject:** | LULAC v. Abbott (Redistricting): Deposition Dates |

Scott,

I am reaching out regarding potential deposition dates for Thomas Bryan and Eric Wienckowski. We have not sought to take depositions of these individuals thus far, and we may not need to do so, depending on what we learn from Adam Foltz on July 14. We also recognize that resolution of our motion to enforce document subpoenas may impact our ability to depose them. However, we would appreciate if you could advise us of their availability for the remainder of the month.

Thanks very much,

Dan Freeman