# EXHIBIT 3

# Freeman, Daniel (CRT)

| | |
|---|---|
| **From:** | Scott Field <Scott.Field@butlersnow.com> |
| **Sent:** | Friday, July 15, 2022 7:42 PM |
| **To:** | Freeman, Daniel (CRT); Mellett, Timothy F (CRT) |
| **Subject:** | [EXTERNAL] Bryan/Wienckowski depositions |

Dan and Tim, it was good to meet you in person. I'm emailing to confirm our discussion after today's deposition. The response to one of the other parties' motion we filed earlier today was not intended to suggest that if DOJ does not serve a subpoena during the current discovery period, we will object on that basis.

If the court grants additional time for discovery and if the court orders that depositions are permissible for Mr. Bryan and Mr. Wienckowski, then we will work with you to find mutually agreeable dates for those depositions.

Thanks, and have a good weekend.

Scott

**Scott K. Field**
**Butler Snow LLP**

D: (737) 802-1816 | C: (512) 773-8119 | F: (737) 802-1801
1400 Lavaca Street, Suite 1000, Austin, TX 78701
Scott.Field@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.