IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**NOTICE OF APPEAL BY TEXAS LEGISLATORS AND EMPLOYEES
AS THIRD-PARTY MOVANTS**

Third-party movants—Lieutenant Governor Dan Patrick, Representative Tom Craddick, Representative Ryan Guillen, Representative Todd Hunter, Representative Jacey Jetton, Representative Ken King, Representative Brooks Landgraf, Representative Geanie Morrison, Representative Andrew Murr, Senator Joan Huffman, Adam Foltz, Koy Kunkel, Anna Mackin, and Sean Opperman—appeal to the U.S. Court of Appeals for the Fifth Circuit this Court's Order entered on July 25, 2022. *See* Order Enforcing Third-Party Subpoenas, ECF 467. That Order granted the United States' motion to enforce third-party subpoenas *duces tecum* against Texas legislators and legislative employees. *See* Order, ECF 467; *see also* U.S. Mot. to Enforce Third-Party Subpoenas, ECF 351.

Date: July 26, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted,

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL

P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

*Counsel for Defendants, Senate and House Legislators and Staff*

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
Tel: (703) 243-9423
patrick@consovoymccarthy.com

Adam K. Mortara
LAWFAIR LLC
125 South Wacker, Suite 300
Chicago, IL 60606
Tel: (773) 750-7154
mortara@lawfairllc.com

*/s/ Taylor A.R. Meehan*
J. Michael Connolly
Taylor A.R. Meehan
Frank H. Chang
Jeffrey S. Hetzel
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Tel: (703) 243-9423
mike@consovoymccarthy.com
taylor@consovoymccarthy.com
frank@consovoymccarthy.com
jhetzel@consovoymccarthy.com

*Counsel for House Legislators and Staff*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 26, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN