# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>GREG ABBOTT et al.,<br><br>    Defendants. | Civil Action No. 3:21-cv-00259<br><br>(Lead Case) |
| FAIR MAPS TEXAS ACTION COMMITTEE, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>GREG ABBOTT et al.,<br><br>    Defendants. | Civil Action No. 3:21-cv-01038<br><br>(Consolidated case) |

## FAIR MAPS PLAINTIFFS' NOTICE OF DESIGNATION OF REBUTTAL EXPERTS

Pursuant to the Court's June 9, 2022 Modifying Scheduling Order, ECF No. 325, Plaintiffs Fair Maps Texas Action Committee, OCA-Greater Houston, Emgage, Khanay Turner, Angela Rainey, Austin Ruiz, Aya Eneli, Sofia Sheikh, Niloufar Hafizi, Lakshmi Ramakrishnan, Amatullah Contractor, Deborah Chen, Arthur Resa, Sumita Ghosh, Anand Krishnaswamy, Peter Johnson, Zahra Syed, Chandrashekar Benakatti, Dona Murphey, Chetan Reddy, Sankar Muthukrishnan, Christina Lu, Jason Zhang, Chris Leal, Ashley Washington, and Sarika Maheshwari (collectively, "Fair Maps Plaintiffs"), through their undersigned counsel, hereby designate the following rebuttal experts in this case:

1

## I. Retained Rebuttal Expert Witnesses

1. Loren Collingwood, PhD.
   Associate Professor of Political Science at the University of New Mexico
   1 University of New Mexico
   Albuquerque, NM 87131
   lcollingwood@unm.edu
   Dr. Collingwood will testify regarding his rebuttal report and materials served under separate cover on July 27, 2022.

2. Doug Spencer, PhD.
   Associate Professor of Law at the University of Colorado, Boulder.
   Wolf Law Building, 401 UCB
   2450 Kitteredge Loop Road
   Boulder, CO 80309
   douglas.spencer@colorado.edu
   Dr. Spencer will testify regarding his rebuttal report served under separate cover on July 27, 2022.

3. Anthony "Tony" Fairfax
   CEO & Principal Consultant, CensusChannel LLC
   16 Castle Haven Road
   Hampton, VA 23666
   fairfax@censuschannel.com
   Mr. Fairfax will testify regarding his rebuttal report to be served under separate cover at a later date agreed to by the parties.

## II. Non-Retained Rebuttal Expert Witnesses

Fair Maps Plaintiffs specifically give notice that they intend to rely on the expert testimony of other Plaintiffs groups, which includes rebuttal experts. To streamline trial presentation and not present overly duplicative testimony, Fair Maps Plaintiffs will rely on rebuttal expert opinions given by other Plaintiffs and their counsel. The designation of experts, rebuttal experts, corresponding reports, and expert disclosures served by other Plaintiffs are incorporated herein for all purposes. Fair Maps Plaintiffs make this designation without conceding the qualifications, reliability, relevancy, or admissibility of such witness' opinions.

Date: July 27, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Noor Taj*
　　　　　　　　　　　　　　　　　　　Noor Taj*
　　　　　　　　　　　　　　　　　　　P.A. State Bar No. 309594
　　　　　　　　　　　　　　　　　　　Allison J. Riggs*
　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 40028
　　　　　　　　　　　　　　　　　　　Hilary Harris Klein
　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 53711
　　　　　　　　　　　　　　　　　　　Mitchell Brown*
　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 56122
　　　　　　　　　　　　　　　　　　　Katelin Kaiser*
　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 56799
　　　　　　　　　　　　　　　　　　　SOUTHERN COALITION FOR SOCIAL JUSTICE
　　　　　　　　　　　　　　　　　　　1415 West Highway 54, Suite 101
　　　　　　　　　　　　　　　　　　　Durham, NC 27707
　　　　　　　　　　　　　　　　　　　Telephone: 919-323-3380
　　　　　　　　　　　　　　　　　　　Fax: 919-323-3942
　　　　　　　　　　　　　　　　　　　Allison@southerncoalition.org
　　　　　　　　　　　　　　　　　　　Noor@scsj.org
　　　　　　　　　　　　　　　　　　　hilaryhklein@scsj.org
　　　　　　　　　　　　　　　　　　　mitchellbrown@scsj.org
　　　　　　　　　　　　　　　　　　　katelin@scsk.org

　　　　　　　　　　　　　　　　　　　David A. Donatti
　　　　　　　　　　　　　　　　　　　TX Bar No. 24097612
　　　　　　　　　　　　　　　　　　　Ashley Harris
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24078344
　　　　　　　　　　　　　　　　　　　Thomas Buser-Clancy
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24123238
　　　　　　　　　　　　　　　　　　　Andre I. Segura
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24107112
　　　　　　　　　　　　　　　　　　　ACLU FOUNDATION OF TEXAS, INC.
　　　　　　　　　　　　　　　　　　　P.O. Box 8306
　　　　　　　　　　　　　　　　　　　Houston, TX 77288
　　　　　　　　　　　　　　　　　　　Tel. (713) 942-8146 Fax. (713) 942-8966
　　　　　　　　　　　　　　　　　　　ddonnati@aclutx.org
　　　　　　　　　　　　　　　　　　　aharris@aclutx.org
　　　　　　　　　　　　　　　　　　　tbuser-clancy@aclutx.org
　　　　　　　　　　　　　　　　　　　asegura@aclutx.org

　　　　　　　　　　　　　　　　　　　Jerry Vattamala*
　　　　　　　　　　　　　　　　　　　N.Y. State Bar No. 4426458
　　　　　　　　　　　　　　　　　　　Susana Lorenzo-Giguere*
　　　　　　　　　　　　　　　　　　　N.Y. State Bar No. 2428688
　　　　　　　　　　　　　　　　　　　Patrick Stegemoeller*

N.Y. State Bar No. 5819982
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Yurij Rudensky*
N.Y. State Bar No. 5798210
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
rudenskyy@brennan.law.nyu.edu

*Admitted pro hac vice*

*ATTORNEYS FOR FAIR MAPS PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2022, the foregoing Notice of Designation of Rebuttal Experts was sent by email to Counsel of record for Plaintiffs, Defendants, and Plaintiffs-Intervenors.

> */s/ Noor Taj*
> Noor Taj