IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**UNOPPOSED MOTION TO HOLD IN ABEYANCE BRIEFING SCHEDULE FOR LULAC PLAINTIFFS' MOTION TO COMPEL**

In light of the Fifth Circuit's order staying this Court's July 25, 2022 order enforcing the United States' subpoenas (ECF 467), *see* Order, *LULAC v. Patrick*, No. 22-50662 (5th Cir. July 27, 2022), LULAC plaintiffs and the legislators have agreed to hold in abeyance any briefing related to LULAC plaintiffs' motion to compel (ECF 447). Under this agreement, the legislators' response would be due two days after the earlier of: the Fifth Circuit's order lifting the stay of this Court's order (ECF 467) or the Fifth Circuit's ruling on the merits in *LULAC Texas v. Hughes*, No. 22-50435 (5th Cir.). And LULAC plaintiffs' reply would be due seven days after the legislators' response. Based on the foregoing, the legislators respectfully request that the Court hold the briefing schedule in abeyance.

| | |
|---|---|
| Date: July 28, 2022 | Respectfully submitted, |
| | |
| Patrick Strawbridge | /s/ *Taylor A.R. Meehan* |
| CONSOVOY MCCARTHY PLLC | J. Michael Connolly |
| Ten Post Office Square | Taylor A.R. Meehan |
| 8th Floor South PMB #706 | Frank H. Chang |
| Boston, MA 02109 | Jeffrey S. Hetzel |
| Tel: (703) 243-9423 | CONSOVOY MCCARTHY PLLC |
| patrick@consovoymccarthy.com | 1600 Wilson Blvd., Suite 700 |
| | Arlington, VA 22209 |
| Adam K. Mortara | Tel: (703) 243-9423 |
| LAWFAIR LLC | mike@consovoymccarthy.com |
| 125 South Wacker, Suite 300 | taylor@consovoymccarthy.com |
| Chicago, IL 60606 | frank@consovoymccarthy.com |
| Tel: (773) 750-7154 | jhetzel@consovoymccarthy.com |
| mortara@lawfairllc.com | |
| | *Counsel for House Legislators* |
| | |
| | /s/ *Patrick K. Sweeten* |
| KEN PAXTON | PATRICK K. SWEETEN |
| Attorney General of Texas | Deputy Attorney General for Special Litigation |
| | Tex. State Bar No. 00798537 |
| BRENT WEBSTER | |
| First Assistant Attorney General | WILLIAM T. THOMPSON |
| | Deputy Chief, Special Litigation Unit |
| | Tex. State Bar No. 24088531 |
| | |
| | JACK B. DISORBO |
| | Assistant Attorney General, Special Litigation Unit |
| | Tex. State Bar No. 24120804 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | Fax: (512) 457-4410 |
| | patrick.sweeten@oag.texas.gov |
| | will.thompson@oag.texas.gov |
| | jack.disorbo@oag.texas.gov |
| | |
| | *Counsel for Defendants, Senate and House Legislators* |

**CERTIFICATE OF CONFERENCE**

I certify that counsel conferred regarding the subject of this motion. Counsel for LULAC plaintiffs indicated that they do not oppose this motion.

> */s/ Taylor A.R. Meehan*
> TAYLOR A.R. MEEHAN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 28, 2022, and that all counsel of record were served by CM/ECF.

> */s/ Taylor A.R. Meehan*
> TAYLOR A.R. MEEHAN