IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

## ORDER

Upon consideration of the legislators' Motion to Hold in Abeyance Briefing Schedule for LULAC Plaintiffs' Motion to Compel, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the legislators' response to LULAC plaintiffs' motion to compel (ECF 447) shall be due two days after the earlier of the Fifth Circuit's order lifting the stay of this Court's July 25, 2022 order (ECF 467) or the Fifth Circuit's ruling on the merits in *LULAC Texas v. Hughes*, No. 22-50435 (5th Cir.); and it is further

**ORDERED** that LULAC plaintiffs' reply shall be due seven days after the legislators' response.

**SO ORDERED** and **SIGNED** this ___ day of July, 2022.

    **David C. Guaderrama**
U.S. District Judge
U.S. District Court for the Western District of Texas

*On behalf of*

**Jerry E. Smith**
U.S. Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

**Jeffrey V. Brown**
U.S. District Judge
U.S. District Court for the Southern District of Texas