# Exhibit 1

**From:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>
**Sent:** Friday, July 8, 2022 10:06 AM
**To:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Subject:** RE: Birdwell Deposition

Pooja,

OAG does not. I believe he may be represented by attorney Chris Gober.

Best Regards,

Patrick

**From:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Sent:** Friday, July 8, 2022 9:02 AM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>
**Subject:** Re: Birdwell Deposition

Jack - question for you. Does OAG represent Congressman Kevin Brady?

--
Pooja Chaudhuri (*pronouns:* she/her)
Counsel, Voting Rights Project
**Lawyers' Committee for Civil Rights Under Law**
1500 K Street, NW, Suite 900
Washington, D.C. 20005

www.lawyerscommittee.org