# Exhibit 2

**From:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Sent:** Friday, July 8, 2022 11:24 AM
**To:** cg@gobergroup.com <cg@gobergroup.com>
**Cc:** Ezra Rosenberg <erosenberg@lawyerscommittee.org>; Gary Bledsoe <gbledsoe@thebledsoelawfirm.com>; EXT Robert Notzon <robert@notzonlaw.com>
**Subject:** Deposition Rep. Brady

Mr. Gober - I represent the Texas NAACP in the ongoing redistricting cases against the State of Texas (consolidated with LULAC v. Abbott). We are interested in potentially deposing Congressman Kevin Brady regarding the Texas redistricting process and maps. OAG informed me earlier today that you are Rep. Brady's counsel.

Can you let me know if Rep. Brady has availability in the next few weeks? Feel free to call me at ███████ if needed.

Thanks,

Pooja

--
Pooja Chaudhuri (*pronouns:* she/her)
Counsel, Voting Rights Project
**Lawyers' Committee for Civil Rights Under Law**
1500 K Street, NW, Suite 900
Washington, D.C. 20005
███████

www.lawyerscommittee.org