# Exhibit 3

**Sent:** Tuesday, July 12, 2022 10:46 PM
**To:** cg@gobergroup.com
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** Scheduling Dep. with Congressman Brady

Hi Mr. Gober,

I wanted to follow up here on the topic Neil Steiner raised during one of the breaks in today's deposition. We are hoping to depose Congressman Brady at some point in the next month – assuming you are comfortable agreeing to a deposition after the close of fact discovery, as you suggested today. We would appreciate your help in getting something on the calendar.

Would you mind checking in with Congressman Brady about his availability? We would prefer to take this deposition in Washington. If it's easier to discuss on the phone, please feel free to give me a call at █████████

Many thanks,

Sofia

---

**From:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Sent:** Friday, July 8, 2022 11:24 AM
**To:** cg@gobergroup.com <cg@gobergroup.com>
**Cc:** Ezra Rosenberg <erosenberg@lawyerscommittee.org>; Gary Bledsoe <gbledsoe@thebledsoelawfirm.com>; EXT Robert Notzon <robert@notzonlaw.com>
**Subject:** Deposition Rep. Brady

Mr. Gober - I represent the Texas NAACP in the ongoing redistricting cases against the State of Texas (consolidated with LULAC v. Abbott). We are interested in potentially deposing Congressman Kevin Brady regarding the Texas redistricting process and maps. OAG informed me earlier today that you are Rep. Brady's counsel.

Can you let me know if Rep. Brady has availability in the next few weeks? Feel free to call me at █████████ f needed.

Thanks,

Pooja

--
**Pooja Chaudhuri** (*pronouns:* she/her)
Counsel, Voting Rights Project
**Lawyers' Committee for Civil Rights Under Law**
1500 K Street, NW, Suite 900
Washington, D.C. 20005
████████████████
www.lawyerscommittee.org