# Exhibit 4

**From:** Sofia Fernandez Gold <sfgold@lawyerscommittee.org>
**Sent:** Thursday, July 14, 2022 11:11:23 AM
**To:** Chris Gober <cg@gobergroup.com>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com <neil.steiner@dechert.com>
**Subject:** RE: Scheduling Dep. with Congressman Brady

Mr. Gober,

Just following up here. Do you think we might be able to come to an agreement on a date to depose Mr. Brady by end of day?

Many thanks,

Sofia

---

**From:** Sofia Fernandez Gold <>
**Sent:** Tuesday, July 12, 2022 10:46 PM
**To:** cg@gobergroup.com
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** Scheduling Dep. with Congressman Brady

Hi Mr. Gober,

I wanted to follow up here on the topic Neil Steiner raised during one of the breaks in today's deposition. We are hoping to depose Congressman Brady at some point in the next month – assuming you are comfortable agreeing to a deposition after the close of fact discovery, as you suggested today. We would appreciate your help in getting something on the calendar.

Would you mind checking in with Congressman Brady about his availability? We would prefer to take this deposition in Washington. If it's easier to discuss on the phone, please feel free to give me a call at ███████.

Many thanks,

Sofia