# Exhibit 5

**From:** Chris Gober <cg@gobergroup.com>
**Sent:** Friday, July 15, 2022 1:53 PM
**To:** Sofia Fernandez Gold <sfgold@lawyerscommittee.org>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** Re: Scheduling Dep. with Congressman Brady

**[EXTERNAL EMAIL]** This email originated outside the organization. Do not click any links or open any attachments unless you can verify the legitimacy.

Would Thursday, August 4 or Friday, August 5 in Houston work? Those are the earliest possible dates.

Sent from my iPhone

---

**From:** Sofia Fernandez Gold <sfgold@lawyerscommittee.org>
**Sent:** Thursday, July 14, 2022 11:11:23 AM
**To:** Chris Gober <cg@gobergroup.com>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com <neil.steiner@dechert.com>
**Subject:** RE: Scheduling Dep. with Congressman Brady

Mr. Gober,

Just following up here. Do you think we might be able to come to an agreement on a date to depose Mr. Brady by end of day?

Many thanks,

Sofia