# Exhibit 6

**From:** Sofia Fernandez Gold <>
**Sent:** Tuesday, July 19, 2022 9:58 AM
**To:** 'Chris Gober' <cg@gobergroup.com>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** RE: Scheduling Dep. with Congressman Brady

Chris,

Circling back to confirm if Thursday, August 4th still works for Congressman Brady. Please let us know.

Many thanks,

Sofia

---

**From:** Sofia Fernandez Gold <>
**Sent:** Friday, July 15, 2022 4:20 PM
**To:** Chris Gober <cg@gobergroup.com>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** RE: Scheduling Dep. with Congressman Brady

Thursday, August 4th works on our end.

**From:** Chris Gober <cg@gobergroup.com>
**Sent:** Friday, July 15, 2022 1:53 PM
**To:** Sofia Fernandez Gold <sfgold@lawyerscommittee.org>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** Re: Scheduling Dep. with Congressman Brady

[EXTERNAL EMAIL] This email originated outside the organization. Do not click any links or open any attachments unless you can verify the legitimacy.

Would Thursday, August 4 or Friday, August 5 in Houston work? Those are the earliest possible dates.

Sent from my iPhone