# Exhibit 7

**From:** Sofia Fernandez Gold <sfgold@lawyerscommittee.org>
**Sent:** Thursday, July 21, 2022 1:33 PM
**To:** Chris Gober <cg@gobergroup.com>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** RE: Scheduling Dep. with Congressman Brady

Chris,

Any update here? We'd like to send the subpoena by the end of this week.

Thanks,

Sofia

**From:** Sofia Fernandez Gold <>
**Sent:** Tuesday, July 19, 2022 9:58 AM
**To:** 'Chris Gober' <cg@gobergroup.com>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** RE: Scheduling Dep. with Congressman Brady

Chris,

Circling back to confirm if Thursday, August 4th still works for Congressman Brady. Please let us know.

Many thanks,

Sofia