# Exhibit 8

**From:** Chris Gober <cg@gobergroup.com>
**Sent:** Thursday, July 21, 2022 4:12 PM
**To:** Sofia Fernandez Gold <sfgold@lawyerscommittee.org>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** RE: Scheduling Dep. with Congressman Brady

Sofia –

Assuming the deposition of Rep. Brady proceeds, Thursday, August 4 in Houston is the best day for it to occur. With that said, I am not foreclosing the chance that the State of Texas may challenge this subpoena once it is received.

Sincerely,

Chris Gober | Managing Partner | The Gober Group

cg@gobergroup.com |



**From:** Sofia Fernandez Gold <sfgold@lawyerscommittee.org>
**Sent:** Thursday, July 21, 2022 1:33 PM
**To:** Chris Gober <cg@gobergroup.com>
**Cc:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com
**Subject:** RE: Scheduling Dep. with Congressman Brady

Chris,

Any update here? We'd like to send the subpoena by the end of this week.

Thanks,

Sofia