# Exhibit 9

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Tuesday, July 5, 2022 12:44 PM
**To:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Subject:** RE: LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Deposition availability

Pooja,

The Senator is unfortunately not available the following week. I am sorry for the conflict with your family event.

Do you intend to proceed with the deposition tomorrow? Please let me know, so we can communicate that to Senator Birdwell.

Jack

**From:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Sent:** Thursday, June 30, 2022 6:43 PM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Subject:** Re: LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Deposition availability

Jack - is he available the following week? Apologies for the back and forth but I have a personal family thing on the 6th, and I will be the one taking his dep, which is the reason for the back and forth.

Perhaps he might be available the same week the state will offering Sen. Huffman?

Do let me know. Appreciate it.

Pooja