# Exhibit 10

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Tuesday, July 5, 2022 7:26 PM
**To:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>
**Subject:** RE: Birdwell Deposition

Pooja,

We reached out to Senator Birdwell to inquire about his availability after July 15. He indicated that he does not believe he is available the rest of the month, but we have asked him to check specifically. I will follow-up as soon as I know more.

Also, I think our willingness to make Senator Birdwell available after the deadline will depend in part on whether you intend to seek other depositions after July 15. To that end, do you intend to proceed with Senator Bettencourt's deposition on July 11th? I believe we previously indicated he is available on that day (but there are so many going on that I could be misremembering).

Best, Jack