# Exhibit 11

**From:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Sent:** Friday, July 15, 2022 10:09 AM
**To:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Subject:** Re: Birdwell Deposition

Jack - we'd like to go forward with Sen. Birdwell. Please provide dates. I will be back in Austin July 28, 29 for Sens. Huffman and Bettencourt.

Might either July 27 or July 30 work?

--

Pooja Chaudhuri (*pronouns:* she/her)
Counsel, Voting Rights Project
**Lawyers' Committee for Civil Rights Under Law**
1500 K Street, NW, Suite 900
Washington, D.C. 20005

www.lawyerscommittee.org