# Exhibit 13

From: Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
Sent: Thursday, July 21, 2022 10:26 AM
To: Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com; lindsey.cohan@dechert.com; EXT Robert Notzon <robert@notzonlaw.com>; Sofia Fernandez Gold <sfgold@lawyerscommittee.org>; Alexander Davis <adavis@lawyerscommittee.org>
Cc: Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>
Subject: Re: LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Deposition updates

Sure, Jack. We can work with you on this. We'll be in Houston on the 29th and we can start at 8:30 AM.

When is Sen. Birdwell available? Can you give me a few dates/options?

--
Pooja Chaudhuri (*pronouns*: she/her)
Counsel, Voting Rights Project
**Lawyers' Committee for Civil Rights Under Law**
1300 K Street, NW, Suite 900
Washington, D.C. 20005
██████████████████████

www.lawyerscommittee.org

---

From: Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
Sent: Wednesday, July 20, 2022 6:33 PM
To: Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com; neil.steiner@dechert.com; lindsey.cohan@dechert.com; lindsey.cohan@dechert.com; EXT Robert Notzon <robert@notzonlaw.com>; Sofia Fernandez Gold <sfgold@lawyerscommittee.org>; Alexander Davis <adavis@lawyerscommittee.org>
Cc: Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>
Subject: LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Deposition updates

**[EXTERNAL EMAIL]** This email originated outside the organization. Do not click any links or open any attachments unless you can verify the legitimacy.

Hello counsel,

I write with two updates regarding NAACP's requested depositions.

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

Second, as to Senator Birdwell. I have inquired of his availability as to July 27 and July 30. The Senator is not available on those days.

Thank you,

Jack