# Exhibit 14

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Friday, July 22, 2022 11:01 PM
**To:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com <neil.steiner@dechert.com>; lindsey.cohan@dechert.com <lindsey.cohan@dechert.com>; EXT Robert Notzon <robert@notzonlaw.com>; Sofia Fernandez Gold <sfgold@lawyerscommittee.org>; Alexander Davis <adavis@lawyerscommittee.org>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>
**Subject:** RE: LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Deposition updates

Pooja,

After further internal discussions, we will oppose Senator Birdwell's deposition being taken out of time.

Sincerely,

Jack

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General

[redacted]

Jack.DiSorbo@oag.texas.gov

---

**From:** Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>
**Sent:** Thursday, July 21, 2022 10:26 AM
**To:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; neil.steiner@dechert.com; lindsey.cohan@dechert.com; EXT Robert Notzon <robert@notzonlaw.com>; Sofia Fernandez Gold <sfgold@lawyerscommittee.org>; Alexander Davis <adavis@lawyerscommittee.org>
**Cc:** Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>
**Subject:** Re: LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Deposition updates

Sure, Jack. We can work with you on this. We'll be in Houston on the 29th and we can start at 8:30 AM.

When is Sen. Birdwell available? Can you give me a few dates/options?