IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> EDDIE BERNICE JOHNSON, *et al.*, <br><br> *Plaintiff-Intervenors,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al,* <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 1:21-cv-1038 <br> [Consolidated Case] |

**OPPOSITION TO MOTION TO COMPEL**

The Fair Maps plaintiffs move to compel a number of documents in the custody of the Office of the Governor. ECF 454. They seek the exact same documents sought by the LULAC, Abuabara, and Texas NAACP plaintiffs in their prior motion to compel. ECF 380. The issues presented by the instant motion and the arguments advanced by the Fair Maps plaintiffs are identical to those presented by the prior motion and those advanced by the other plaintiff groups. As such, in consideration of the Court's and the other parties' resources, Defendants respectfully incorporate by reference their previous arguments in opposition, ECF 423. The Fair Maps plaintiffs' motion should be denied for the same reasons that the LULAC plaintiffs' motion should be denied.

| | |
|---|---|
| Date: July 28, 2022 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Patrick K. Sweeten<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | |

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 28, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN