# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, et al., | § § § § | Civil Action |
| Plaintiffs | § § | |
| | § | Case No. 21-cv-259-DCG-JES-JVB |
| v. | § § | [Lead Case] |
| STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity, and JOHN SCOTT, SECRETARY OF STATE OF TEXAS, in his official capacity | § § § § § § | & All Consolidated Cases |
| Defendants | § | |

## ORDER ON AGREED MOTION FOR EXTENSION OF TIME

Now pending before the Court is Plaintiffs Agreed Motion for Extension of Time. After considering this Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the August 1, 2022 deadline for motions to compel related to assertions of legislative privilege is extended as follows:

a.  For any deposition taken on or before July 18, 2022, the motion to compel deadline set forth in the May 18th Order is extended to August 8, 2022;

b.  For any deposition taken after July 18, 2022, the motion to compel deadline is extended to August 8, 2022 or for one week after the deposition is taken, whichever is later;

c.  Any party resisting a motion to compel may respond within a week of the filing of the motion to compel related to assertions of privilege;

d.  The parties agree that to the extent a transcript cannot be ordered and obtained within these windows, the parties will work in good faith to agree to an appropriate filing date on a case-by-case basis.

SIGNED this _____ day of _____, 2022

_____
U.S. DISTRICT JUDGE