UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED 2022 JUL 29 AM 11:19
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> EDDIE BERNICE JOHNSON, *et al.*, <br><br> *Plaintiff-Intervenors*, <br><br> v. <br><br> GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants*. | EP-21-CV-00259-DCG-JES-JVB <br> [Lead Case] <br><br> & <br><br> All Consolidated Cases |

## ORDER

The unopposed motion to hold in abeyance the briefing schedule on the LULAC Plaintiffs' pending motion to compel is **GRANTED**. The parties shall follow their agreement regarding when the briefing schedule resumes.

**So ORDERED and SIGNED this 29th day of July 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | *-and-* | **Jeffrey V. Brown** <br> United States District Judge <br> Southern District of Texas |