IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> EDDIE BERNICE JOHNSON, *et al.*, <br><br> *Plaintiff-Intervenors*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> STATE OF TEXAS, *et al*, <br><br> *Defendants*. | § § § § § § § § § § | Case No. 3:21-cv-299 <br> [Consolidated Case] |

**NOTICE OF DOCUMENTS PRODUCED
FOR *IN CAMERA* REVIEW**

On July 25th, the Court granted the United States' motion to enforce. ECF 467. The Legislators have appealed a portion of that Order. ECF 479. Among other things, the Court ordered the Legislators to produce a number of documents withheld on assertion of the attorney-client and work-product privileges for *in camera* review. Specifically, the Court directed:

> The Legislators are hereby ORDERED to produce to the Court for *in-camera* inspection documents over which attorney-client privilege or work-product protection is asserted that involve legislative attorneys, Butler Snow attorneys, the map drawing consultants hired by Butler Snow, or other third parties, including those set forth on pages 72–85, 86–91, 92, 216–31, and 282–87 of the Challenged Document Index.

Order at 28. The relevant documents have been saved on a flash drive and submitted via Federal

Express, which should arrive the same day as this filing.

In addition to the documents, the Legislators will also produce an index of documents for in camera review. Ex. A. The index lists each of the documents provided, organized by family relationship. That is, many of the documents consist of emails exchanged between Adam Foltz and Butler Snow attorneys, and attachments sent in those emails. Those related documents are grouped together using a unique "family" identifying number. *See, e.g.*, Ex. A at 13 (DOC_0351575 and DOC_0351576 both bear the family number DOC_0351575).

The index also lists entries designed to aid the Court in understanding the documents, such as file extension, custodian, author, date created or sent, to, from, CC, BCC, and the privilege or privileges asserted for the document. These entries were provided in the privilege logs served on the United States. *See* ECF 351-3, 351-4. The only difference is that a description of the document is not included in the index because the documents themselves are produced here.

The Legislators stand ready to provide any supplemental materials to aid the Court's review.

Date: August 1, 2022                                Respectfully submitted,

                                                    */s/ Patrick K. Sweeten*
KEN PAXTON                                          PATRICK K. SWEETEN
Attorney General of Texas                           Deputy Attorney General for Special Litigation
                                                    Tex. State Bar No. 00798537
BRENT WEBSTER
First Assistant Attorney General                    WILLIAM T. THOMPSON
                                                    Deputy Chief, Special Litigation Unit
                                                    Tex. State Bar No. 24088531

                                                    JACK B. DISORBO
                                                    Assistant Attorney General, Special Litigation Unit
                                                    Tex. State Bar No. 24120804

                                                    OFFICE OF THE ATTORNEY GENERAL

                                                    P.O. Box 12548 (MC-009)
                                                    Austin, Texas 78711-2548
                                                    Tel.: (512) 463-2100
                                                    Fax: (512) 457-4410
                                                    patrick.sweeten@oag.texas.gov

        will.thompson@oag.texas.gov
        jack.disorbo@oag.texas.gov

*Counsel for Defendants, Senate and House Legislators and Staff*

| | |
|---|---|
| Patrick Strawbridge | */s/ Taylor A.R. Meehan* |
| CONSOVOY MCCARTHY PLLC | J. Michael Connolly |
| Ten Post Office Square | Taylor A.R. Meehan |
| 8th Floor South PMB #706 | Frank H. Chang |
| Boston, MA 02109 | Jeffrey S. Hetzel |
| Tel: (703) 243-9423 | CONSOVOY MCCARTHY PLLC |
| patrick@consovoymccarthy.com | 1600 Wilson Blvd., Suite 700 |
| | Arlington, VA 22209 |
| Adam K. Mortara | Tel: (703) 243-9423 |
| LAWFAIR LLC | mike@consovoymccarthy.com |
| 125 South Wacker, Suite 300 | taylor@consovoymccarthy.com |
| Chicago, IL 60606 | frank@consovoymccarthy.com |
| Tel: (773) 750-7154 | jhetzel@consovoymccarthy.com |
| mortara@lawfairllc.com | |

*Counsel for House Legislators and Staff*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 1, 2022, and that all counsel of record were served by CM/ECF.

        */s/ Patrick K. Sweeten*
        PATRICK K. SWEETEN