| | |
|---|---|
| **From:** | Jack DiSorbo |
| **To:** | Mark Gaber; Steiner, Neil; Noor Taj; David Fox; Freeman, Daniel (CRT); Will Thompson; Rupp, Michelle (CRT); Patrick Sweeten; Christopher Hilton; Courtney Corbello; Kathleen Hunker; Aaron Barnes; Ari Herbert; EXT Martin Golando; Hilary Harris Klein; ddonatti@aclutx.org; tbuser-clancy@aclutx.org; jvattamala@aaldef.org; pstegemoeller@aaldef.org; Allison Riggs; Mitchell D. Brown; aharris@aclutx.org; asegura@aclutx.org; slorenzo-giguere@aaldef.org; Cohan, Lindsey; EXT Robert Notzon; EXT pchaudhuri@lawyerscommittee.org; EXT Ezra Rosenberg; EXT sfgold@lawyerscommittee.org; EXT Chad Dunn; gainesjesse@ymail.com; Kevin Hamilton; rhicks@renea-hicks.com; Abha Khanna; Aria Branch; Nickolas Spencer; EXT Gary Bledsoe; ext Nina Perales; Samantha Serna; Kenneth Parreno; Sean McCaffity; Tex Quesada; jgonzalez@malc.org; EXT Gary Bledsoe 2; Mellett, Timothy F (CRT); Sitton, Jaye (CRT); Anderson, Jacki (CRT); Berlin, Holly (CRT); Lott, Jasmin (CRT) |
| **Cc:** | Elizabeth Saunders; Jessica Yvarra |
| **Subject:** | RE: [External]Re: LULAC v. Abbott - Expert Report |
| **Date:** | Tuesday, July 19, 2022 12:43:10 PM |

Counsel,

Sorry for any confusion regarding the deadlines. I think we can clear this up without any difficulty. You may be aware that Dr. Moon Duchin was ill during plaintiffs' supplemental disclosure deadline, and the NAACP plaintiffs requested a five-day extension to serve her report and accompanying materials. We agreed in exchange for a reciprocal five-day extension (to July 23) to serve reports and materials responding to Dr. Duchin.

Mr. Trende's report is responsive to Dr. Duchin's report, as well as the reports of Dr. Morales (LULAC), Dr. Kousser (MALC), and George Korbel (Intervenors). Accordingly, we asked those parties if we could serve Mr. Trende's entire report and related materials on July 23rd. They agreed in exchange for a reciprocal five-day extension (to August 1) to serve any rebuttal report to Mr. Trende's report.

Of course, we are happy to include all plaintiffs in this arrangement. If any plaintiff wants to file a proper rebuttal report regarding Mr. Trende's report, we do not oppose a uniform deadline of August 1.

Best, Jack

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov

---

**From:** Mark Gaber <mark@markgaber.com>
**Sent:** Tuesday, July 19, 2022 11:04 AM
**To:** Steiner, Neil <neil.steiner@dechert.com>; Noor Taj <noor@scsj.org>; David Fox <dfox@elias.law>; Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Rupp, Michelle (CRT) <Michelle.Rupp@usdoj.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Christopher Hilton

<Christopher.Hilton@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; EXT Martin Golando <Martin.golando@gmail.com>; Hilary Harris Klein <hilaryhklein@scsj.org>; ddonatti@aclutx.org; tbuser-clancy@aclutx.org; jvattamala@aaldef.org; pstegemoeller@aaldef.org; Allison Riggs <AllisonRiggs@southerncoalition.org>; Mitchell D. Brown <mitchellbrown@scsj.org>; aharris@aclutx.org; asegura@aclutx.org; slorenzo-giguere@aaldef.org; Cohan, Lindsey <Lindsey.Cohan@dechert.com>; EXT Robert Notzon <robert@notzonlaw.com>; EXT pchaudhuri@lawyerscommittee.org <pchaudhuri@lawyerscommittee.org>; EXT_Ezra Rosenberg <erosenberg@lawyerscommittee.org>; EXT sfgold@lawyerscommittee.org <sfgold@lawyerscommittee.org>; EXT Chad Dunn <chad@brazilanddunn.com>; gainesjesse@ymail.com; Kevin Hamilton <KHamilton@perkinscoie.com>; rhicks@renea-hicks.com; Abha Khanna <akhanna@elias.law>; Aria Branch <abranch@elias.law>; Nickolas Spencer <nas@naslegal.com>; EXT Gary Bledsoe <garybledsoe@sbcglobal.net>; ext Nina Perales <nperales@maldef.org>; Samantha Serna <sserna@MALDEF.org>; Kenneth Parreno <Kparreno@MALDEF.org>; Sean McCaffity <SMcCaffity@textrial.com>; Tex Quesada <quesada@textrial.com>; jgonzalez@malc.org; EXT Gary Bledsoe 2 <gbledsoe@thebledsoelawfirm.com>; Mellett, Timothy F (CRT) <Timothy.F.Mellett@usdoj.gov>; Sitton, Jaye (CRT) <Jaye.Sitton@usdoj.gov>; Anderson, Jacki (CRT) <Jacki.Anderson@usdoj.gov>; Berlin, Holly (CRT) <Holly.Berlin@usdoj.gov>; Lott, Jasmin (CRT) <Jasmin.Lott@usdoj.gov>
**Cc:** Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Jessica Yvarra <Jessica.Yvarra@oag.texas.gov>
**Subject:** Re: [External]Re: LULAC v. Abbott - Expert Report

Likewise with respect to Brooks Plaintiffs.

---

**From:** Steiner, Neil <neil.steiner@dechert.com>
**Sent:** Tuesday, July 19, 2022 12:00 PM
**To:** Noor Taj <noor@scsj.org>; David Fox <dfox@elias.law>; Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Rupp, Michelle (CRT) <Michelle.Rupp@usdoj.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; EXT Martin Golando <Martin.golando@gmail.com>; Hilary Harris Klein <hilaryhklein@scsj.org>; ddonatti@aclutx.org <ddonatti@aclutx.org>; tbuser-clancy@aclutx.org <tbuser-clancy@aclutx.org>; jvattamala@aaldef.org <jvattamala@aaldef.org>; pstegemoeller@aaldef.org <pstegemoeller@aaldef.org>; Allison Riggs <AllisonRiggs@southerncoalition.org>; Mitchell D. Brown <mitchellbrown@scsj.org>; aharris@aclutx.org <aharris@aclutx.org>; asegura@aclutx.org <asegura@aclutx.org>; slorenzo-giguere@aaldef.org <slorenzo-giguere@aaldef.org>; Cohan, Lindsey <Lindsey.Cohan@dechert.com>; EXT Robert Notzon <robert@notzonlaw.com>; EXT pchaudhuri@lawyerscommittee.org <pchaudhuri@lawyerscommittee.org>; EXT_Ezra Rosenberg <erosenberg@lawyerscommittee.org>; EXT sfgold@lawyerscommittee.org <sfgold@lawyerscommittee.org>; Mark Gaber <mark@markgaber.com>; EXT Chad Dunn <chad@brazilanddunn.com>; gainesjesse@ymail.com <gainesjesse@ymail.com>; Kevin Hamilton

<KHamilton@perkinscoie.com>; rhicks@renea-hicks.com <rhicks@renea-hicks.com>; Abha Khanna <akhanna@elias.law>; Aria Branch <abranch@elias.law>; Nickolas Spencer <nas@naslegal.com>; EXT Gary Bledsoe <garybledsoe@sbcglobal.net>; ext Nina Perales <nperales@maldef.org>; Samantha Serna <sserna@MALDEF.org>; Kenneth Parreno <Kparreno@MALDEF.org>; Sean McCaffity <SMcCaffity@textrial.com>; Tex Quesada <quesada@textrial.com>; jgonzalez@malc.org <jgonzalez@malc.org>; EXT Gary Bledsoe 2 <gbledsoe@thebledsoelawfirm.com>; Mellett, Timothy F (CRT) <Timothy.F.Mellett@usdoj.gov>; Sitton, Jaye (CRT) <Jaye.Sitton@usdoj.gov>; Anderson, Jacki (CRT) <Jacki.Anderson@usdoj.gov>; Berlin, Holly (CRT) <Holly.Berlin@usdoj.gov>; Lott, Jasmin (CRT) <Jasmin.Lott@usdoj.gov>
**Cc:** Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Jessica Yvarra <Jessica.Yvarra@oag.texas.gov>
**Subject:** RE: [External]Re: LULAC v. Abbott - Expert Report

Will,

Same for the Texas NAACP.

Neil

**Neil A. Steiner**

**Dechert LLP**
+1 212 698 3822 Direct
+1 212 810 6043 Mobile
+1 212 698 0480 Fax
neil.steiner@dechert.com
dechert.com

---

**From:** Noor Taj <noor@scsj.org>
**Sent:** Tuesday, July 19, 2022 11:50 AM
**To:** David Fox <dfox@elias.law>; Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Rupp, Michelle (CRT) <Michelle.Rupp@usdoj.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; EXT Martin Golando <Martin.golando@gmail.com>; Hilary Harris Klein <hilaryhklein@scsj.org>; ddonatti@aclutx.org; tbuser-clancy@aclutx.org; jvattamala@aaldef.org; pstegemoeller@aaldef.org; Allison Riggs <AllisonRiggs@southerncoalition.org>; Mitchell D. Brown <mitchellbrown@scsj.org>; aharris@aclutx.org; asegura@aclutx.org; slorenzo-giguere@aaldef.org; Cohan, Lindsey <Lindsey.Cohan@dechert.com>; Steiner, Neil <neil.steiner@dechert.com>; EXT Robert Notzon <robert@notzonlaw.com>; EXT pchaudhuri@lawyerscommittee.org <pchaudhuri@lawyerscommittee.org>; EXT_Ezra Rosenberg <erosenberg@lawyerscommittee.org>; EXT sfgold@lawyerscommittee.org <sfgold@lawyerscommittee.org>; mark@markgaber.com; EXT Chad Dunn <chad@brazilanddunn.com>; gainesjesse@ymail.com; Kevin Hamilton <KHamilton@perkinscoie.com>; rhicks@renea-hicks.com; Abha Khanna <akhanna@elias.law>; Aria Branch <abranch@elias.law>; Nickolas Spencer <nas@naslegal.com>; EXT Gary Bledsoe <garybledsoe@sbcglobal.net>; ext Nina Perales <nperales@maldef.org>; Samantha Serna

<sserna@MALDEF.org>; Kenneth Parreno <Kparreno@MALDEF.org>; Sean McCaffity <SMcCaffity@textrial.com>; Tex Quesada <quesada@textrial.com>; jgonzalez@malc.org; EXT Gary Bledsoe 2 <gbledsoe@thebledsoelawfirm.com>; Mellett, Timothy F (CRT) <Timothy.F.Mellett@usdoj.gov>; Sitton, Jaye (CRT) <Jaye.Sitton@usdoj.gov>; Anderson, Jacki (CRT) <Jacki.Anderson@usdoj.gov>; Berlin, Holly (CRT) <Holly.Berlin@usdoj.gov>; Lott, Jasmin (CRT) <Jasmin.Lott@usdoj.gov>
**Cc:** Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Jessica Yvarra <Jessica.Yvarra@oag.texas.gov>
**Subject:** Re: [External]Re: LULAC v. Abbott - Expert Report

[EXTERNAL EMAIL]

Will,

The same applies to the Fair Maps Plaintiffs as well. We reserve the right to submit a rebuttal report to Mr. Trende. Please let me know if you would like to discuss.

Thanks.

Noor Taj
Senior Counsel for Voting Rights
Southern Coalition for Social Justice

---

**From:** David Fox <dfox@elias.law>
**Sent:** Tuesday, July 19, 2022 11:44:32 AM
**To:** Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Rupp, Michelle (CRT) <Michelle.Rupp@usdoj.gov>; Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; martin.golando@gmail.com <martin.golando@gmail.com>; Noor Taj <noor@scsj.org>; Hilary Harris Klein <hilaryhklein@scsj.org>; ddonatti@aclutx.org <ddonatti@aclutx.org>; tbuser-clancy@aclutx.org <tbuser-clancy@aclutx.org>; jvattamala@aaldef.org <jvattamala@aaldef.org>; pstegemoeller@aaldef.org <pstegemoeller@aaldef.org>; Allison Riggs <AllisonRiggs@southerncoalition.org>; Mitchell D. Brown <mitchellbrown@scsj.org>; aharris@aclutx.org <aharris@aclutx.org>; asegura@aclutx.org <asegura@aclutx.org>; slorenzo-giguere@aaldef.org <slorenzo-giguere@aaldef.org>; lindsey.cohan@dechert.com <lindsey.cohan@dechert.com>; neil.steiner@dechert.com <neil.steiner@dechert.com>; Robert@notzonlaw.com <Robert@notzonlaw.com>; Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; Sofia Fernandez Gold <sfgold@lawyerscommittee.org>; mark@markgaber.com <mark@markgaber.com>; chad@brazilanddunn.com <chad@brazilanddunn.com>; gainesjesse@ymail.com <gainesjesse@ymail.com>; Kevin Hamilton <KHamilton@perkinscoie.com>; rhicks@renea-hicks.com <rhicks@renea-hicks.com>; Abha Khanna <akhanna@elias.law>; Aria Branch <abranch@elias.law>; Nickolas Spencer <nas@naslegal.com>; garybledsoe@sbcglobal.net <garybledsoe@sbcglobal.net>;

Nina Perales <nperales@MALDEF.org>; Samantha Serna <sserna@MALDEF.org>; Kenneth Parreno <Kparreno@MALDEF.org>; Sean McCaffity <SMcCaffity@textrial.com>; Tex Quesada <quesada@textrial.com>; jgonzalez@malc.org <jgonzalez@malc.org>; Gary Bledsoe <gbledsoe@thebledsoelawfirm.com>; Mellett, Timothy F (CRT) <Timothy.F.Mellett@usdoj.gov>; Sitton, Jaye (CRT) <Jaye.Sitton@usdoj.gov>; Anderson, Jacki (CRT) <Jacki.Anderson@usdoj.gov>; Berlin, Holly (CRT) <Holly.Berlin@usdoj.gov>; Lott, Jasmin (CRT) <Jasmin.Lott@usdoj.gov>
**Cc:** Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Jessica Yvarra <Jessica.Yvarra@oag.texas.gov>
**Subject:** [External]Re: LULAC v. Abbott - Expert Report

Will, the Abuabara Plaintiffs are in the same position as the United States with respect to the deadline for Mr. Trende's report – we were not a party to the extension agreement and were not aware of the agreement until this morning.

We therefore echo, on behalf of the Abuabara Plaintiffs, DOJ's request in Dan's email below.

Thanks,

David


**David R. Fox**
Elias Law Group LLP
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>
**Date:** Tuesday, July 19, 2022 at 10:58 AM
**To:** Will Thompson <Will.Thompson@oag.texas.gov>, Rupp, Michelle (CRT) <Michelle.Rupp@usdoj.gov>, Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>, Christopher Hilton <Christopher.Hilton@oag.texas.gov>, Courtney Corbello <Courtney.Corbello@oag.texas.gov>, Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>, Aaron Barnes <Aaron.Barnes@oag.texas.gov>, Ari Herbert <Ari.Herbert@oag.texas.gov>, Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>, martin.golando@gmail.com <martin.golando@gmail.com>, Noor Taj <noor@scsj.org>, Hilary Harris Klein <hilaryhklein@scsj.org>, ddonatti@aclutx.org <ddonatti@aclutx.org>, tbuser-clancy@aclutx.org <tbuser-clancy@aclutx.org>, jvattamala@aaldef.org <jvattamala@aaldef.org>, pstegemoeller@aaldef.org <pstegemoeller@aaldef.org>, allison@southerncoalition.org <allison@southerncoalition.org>, mitchellbrown@scsj.org <mitchellbrown@scsj.org>, aharris@aclutx.org <aharris@aclutx.org>, asegura@aclutx.org

<asegura@aclutx.org>, slorenzo-giguere@aaldef.org <slorenzo-giguere@aaldef.org>, lindsey.cohan@dechert.com <lindsey.cohan@dechert.com>, neil.steiner@dechert.com <neil.steiner@dechert.com>, Robert@notzonlaw.com <Robert@notzonlaw.com>, Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>, Ezra Rosenberg <erosenberg@lawyerscommittee.org>, Sofia Fernandez Gold <sfgold@lawyerscommittee.org>, mark@markgaber.com <mark@markgaber.com>, chad@brazilanddunn.com <chad@brazilanddunn.com>, gainesjesse@ymail.com <gainesjesse@ymail.com>, David Fox <dfox@elias.law>, Kevin Hamilton <KHamilton@perkinscoie.com>, rhicks@renea-hicks.com <rhicks@renea-hicks.com>, Abha Khanna <akhanna@elias.law>, Aria Branch <abranch@elias.law>, Nickolas Spencer <nas@naslegal.com>, garybledsoe@sbcglobal.net <garybledsoe@sbcglobal.net>, Nina Perales <nperales@MALDEF.org>, Samantha Serna <sserna@MALDEF.org>, Kenneth Parreno <Kparreno@MALDEF.org>, Sean McCaffity <SMcCaffity@textrial.com>, Tex Quesada <quesada@textrial.com>, jgonzalez@malc.org <jgonzalez@malc.org>, Gary Bledsoe <gbledsoe@thebledsoelawfirm.com>, Mellett, Timothy F (CRT) <Timothy.F.Mellett@usdoj.gov>, Sitton, Jaye (CRT) <Jaye.Sitton@usdoj.gov>, Anderson, Jacki (CRT) <Jacki.Anderson@usdoj.gov>, Berlin, Holly (CRT) <Holly.Berlin@usdoj.gov>, Lott, Jasmin (CRT) <Jasmin.Lott@usdoj.gov>
**Cc:** Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>, Jessica Yvarra <Jessica.Yvarra@oag.texas.gov>
**Subject:** RE: LULAC v. Abbott - Expert Report

Will,

It has come to our attention that Defendants reached an agreement with some private plaintiffs concerning the deadline for Mr. Trende's report. The United States was not a party to that agreement and was not made aware of the agreement until this morning. To the extent that Mr. Trende's report critiques the analysis of Dr. Logan or Dr. Enos—explicitly or implicitly—or makes affirmative assertions relevant to Dr. Logan or Dr. Enos's testimony, the United States, through its experts, would have a right under the Court's scheduling order to respond after a reasonable period for review.

Please let me know by close of business today if you will consent to permitting the United States to serve one or more supplemental rebuttal reports to address Mr. Trende's report, if needed, by no later than August 1.

Thank you,

Dan

**From:** Will Thompson <Will.Thompson@oag.texas.gov>
**Sent:** Tuesday, July 19, 2022 12:53 AM
**To:** Rupp, Michelle (CRT) <Michelle.Rupp@usdoj.gov>; Patrick Sweeten

<Patrick.Sweeten@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; martin.golando@gmail.com; Noor Taj <noor@scsj.org>; Hilary Harris Klein <hilaryhklein@scsj.org>; ddonatti@aclutx.org; tbuser-clancy@aclutx.org; jvattamala@aaldef.org; pstegemoeller@aaldef.org; allison@southerncoalition.org; mitchellbrown@scsj.org; aharris@aclutx.org; asegura@aclutx.org; slorenzo-giguere@aaldef.org; lindsey.cohan@dechert.com; neil.steiner@dechert.com; Robert@notzonlaw.com; Pooja Chaudhuri <pchaudhuri@lawyerscommittee.org>; Ezra Rosenberg <erosenberg@lawyerscommittee.org>; Sofia Fernandez Gold <sfgold@lawyerscommittee.org>; mark@markgaber.com; chad@brazilanddunn.com; gainesjesse@ymail.com; David Fox <dfox@elias.law>; Kevin Hamilton <KHamilton@perkinscoie.com>; rhicks@renea-hicks.com; Abha Khanna <akhanna@elias.law>; Aria Branch <abranch@elias.law>; Nickolas Spencer <nas@naslegal.com>; garybledsoe@sbcglobal.net; Nina Perales <nperales@MALDEF.org>; Samantha Serna <sserna@MALDEF.org>; Kenneth Parreno <Kparreno@MALDEF.org>; Sean McCaffity <SMcCaffity@textrial.com>; Tex Quesada <quesada@textrial.com>; jgonzalez@malc.org; Gary Bledsoe <gbledsoe@thebledsoelawfirm.com>; Mellett, Timothy F (CRT) <Timothy.F.Mellett@usdoj.gov>; Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Sitton, Jaye (CRT) <Jaye.Sitton@usdoj.gov>; Anderson, Jacki (CRT) <Jacki.Anderson@usdoj.gov>; Berlin, Holly (CRT) <Holly.Berlin@usdoj.gov>; Lott, Jasmin (CRT) <Jasmin.Lott@usdoj.gov>
**Cc:** Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Jessica Yvarra <Jessica.Yvarra@oag.texas.gov>
**Subject:** [EXTERNAL] LULAC v. Abbott - Expert Report

Counsel,

I'm attaching an expert report by Dr. John Alford.  The related materials are too large to email.  You should be receiving a link to them soon.

Best,
Will

Will Thompson
Deputy Chief, Special Litigation Unit
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-2567

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.