UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY W. ABBOTT et al., <br><br> Defendants. <br> ---------------------------------------------------------- <br> FAIR MAPS TEXAS ACTION COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT et al., <br><br> Defendants. | Civil Action No. 3:21-cv-00259 <br><br> (Lead Case) <br><br><br><br><br> Civil Action No. 3:21-cv-01038 <br><br> (Consolidated case) |

## [PROPOSED] ORDER GRANTING FAIR MAPS PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND FILE SECOND AMENDED COMPLAINT

Pending before the Court is Fair Maps Plaintiffs' Motion for Leave to Amend and File Second Amended Complaint. Upon review of the request, Fair Maps Plaintiffs' Motion is GRANTED.

The Clerk is directed to file the Second Amended Complaint attached to the Motion.

1

2

SO ORDERED and SIGNED this _____ day of _____ 2022.

                                        _____
                                        HON. DAVID C. GUADERRAMA
                                        UNITED STATES DISTRICT JUDGE

*And on behalf of*

| | | |
|---|---|---|
| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | South District of Texas |

2