**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., § § § § *Plaintiffs*, § § v. § § GREG ABBOTT, et al., § § *Defendants*. § § § | | CIVIL ACTION NO. 21-CV-00259-DCG-JES-JVB [lead case] |
| TREY MARTINEZ FISCHER, Texas State Representative (HD 116), § § § *Plaintiff*, § § v. § § GREG ABBOTT, in his official capacity as Governor of the State of Texas; JOHN SCOTT, in his official capacity as Secretary of the State of Texas, § § § § § § *Defendants*. § § | | CIVIL ACTION NO. 3:21-CV-00306 [consolidated case] |

**PROPOSED ORDER ON PLAINTIFF TREY MARTINEZ FISCHER'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Before the Court is the Plaintiff's Motion for Leave to File his Second Amended Complaint filed in this cause. That motion is GRANTED. The Second Amended complaint attached as an exhibit to Plaintiff's Motion for leave to Amend is his live pleading in this cause. The defendants shall respond to the Plaintiff's Second Amended Complaint in accordance with the federal rules.

SIGNED this \_\_\_\_ day of _____, 2022.


_____

Judge Presiding