IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br>       Plaintiffs, <br><br>   v. <br><br> GREG ABBOTT, et al., <br><br>       Defendants. | Civil Action No. 3:21-cv-259 <br> (DCG-JES-JVB) <br> (consolidated cases) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

The United States of America respectfully requests an extension of time to file a Reply in Support of its Motion to Enforce Subpoenas Duces Tecum served on Chris Gober and the Gober Group. Pursuant to Local Rule CV-7(e)(2), the United States' Reply is due on August 3, 2022. The United States seeks an extension of this deadline to August 5, 2022. Counsel for non-parties Chris Gober and the Gober Group does not oppose this request.

DATED: August 3, 2022

                                  Respectfully submitted,

JOHNATHAN SMITH
Acting Principal Deputy Assistant Attorney General
Civil Rights Division

REBECCA B. BOND
Acting Deputy Assistant Attorney General
Civil Rights Division

*/s/ Holly F.B. Berlin*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALLISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

## **CERTIFICATE OF CONFERRAL**

 I hereby certify that on July 28, 2022, counsel for the United States met and conferred with counsel for Chris Gober and the Gober Group concerning the subject of this motion. Counsel indicated no opposition to the relief sought.

 */s/ Holly F.B. Berlin*
Holly F.B. Berlin
Voting Section
Civil Rights Division
U.S. Department of Justice
holly.berlin@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

      */s/ Holly F.B. Berlin*
      Holly F.B. Berlin
      Voting Section
      Civil Rights Division
      U.S. Department of Justice
      holly.berlin@usdoj.gov