IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

### [PROPOSED] ORDER GRANTING EXTENSION OF TIME

Before the Court is the United States' unopposed motion for an extension of time to file a Reply in Support of its Motion to Enforce Subpoenas Duces Tecum served on Chris Gober and the Gober Group.  Upon consideration of the United States' motion, and for good cause shown, the motion is hereby GRANTED.  It is hereby ORDERED that the United States shall file its response to Defendants' motion to dismiss by August 5, 2022.

Date: _____

_____
THE HONORABLE DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

And on behalf of:

HON. JERRY E. SMITH
UNITED STATES CIRCUIT JUDGE        -and-
U.S. COURT OF APPEALS, FIFTH CIRCUIT

HON. JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS