IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL TESTIMONY OF SENATORS HUFFMAN AND BETTENCOURT AND MS. CARTER**

The United States of America respectfully requests an extension of time for parties to move to compel legislative deposition testimony of Senators Joan Huffman and Paul Bettencourt, and Ms. Sharon Carter, if any, until August 15, 2022. These depositions were conducted on July 28 and 29, 2022. Final transcripts were not available until August 3 and 4, 2022. Pursuant to subpart (d) of the Court's July 28, 2022 Order, the parties have worked "in good faith to agree to an appropriate filing date on a case-by-case basis." Order, ECF No. 490. The parties have conferred, and counsel for Senator Huffman, Senator Bettencourt, and Ms. Carter do not oppose the relief sought. The United States respectfully requests that the Court grant an extension to August 15, 2022 for motions to compel related to these depositions. A proposed order is attached hereto.

DATED: August 7, 2022

        Respectfully submitted,

        JOHNATHAN SMITH
        Acting Principal Deputy Assistant Attorney General
        Civil Rights Division

        REBECCA B. BOND
        Acting Deputy Assistant Attorney General
        Civil Rights Division

        */s/ Daniel J. Freeman*
        T. CHRISTIAN HERREN, JR.
        TIMOTHY F. MELLETT
        DANIEL J. FREEMAN
        JANIE ALLISON (JAYE) SITTON
        MICHELLE RUPP
        JACKI L. ANDERSON
        JASMIN LOTT
        HOLLY F.B. BERLIN
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, D.C. 20530

## **CERTIFICATE OF CONFERRAL**

      I hereby certify that on August 3 and August 4, 2022, counsel for the United States met and conferred with counsel for Senator Huffman, Senator Bettencourt, and Ms. Carter concerning the subject of this motion. Counsel indicated no opposition to the relief sought.

      */s/ Daniel J. Freeman*
      Daniel J. Freeman
      Voting Section
      Civil Rights Division
      U.S. Department of Justice
      daniel.freeman@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

      */s/ Daniel J. Freeman*
      Daniel J. Freeman
      Voting Section
      Civil Rights Division
      U.S. Department of Justice
      daniel.freeman@usdoj.gov