IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREG ABBOTT, et al.,<br><br>　　　　　Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

## [PROPOSED] ORDER GRANTING EXTENSION TO FILE MOTIONS TO COMPEL HUFFMAN, BETTENCOURT, AND CARTER DEPOSITION TESTIMONY

Upon consideration of the United States' unopposed motion for an extension of time to move to compel deposition testimony of Senator Joan Huffman, Senator Paul Bettencourt, and Ms. Sharon Carter, dated August 7, 2022, the United States' motion is GRANTED.  Parties may move to compel legislative deposition testimony of these individuals by no later than August 15, 2022.

So ORDERED and SIGNED this ___ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. DAVID G. GUADERRAMA
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith<br>United States Circuit Judge<br>U.S. Court of Appeals, Fifth Circuit | -and- | Jeffrey V. Brown<br>United States District Judge<br>Southern District of Texas |