IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, et al.,<br><br>      Defendants. | Civil Action No. 3:21-cv-259<br>(DCG-JES-JVB)<br>(consolidated cases) |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

  Please take note that Jonathan Lucier hereby respectfully moves the Court to permit him to withdraw as counsel for the United States of America in the above-captioned case.  Mr. Lucier is an Assistant United States Attorney in the Eastern District of Virginia.  He was added to this case when the United States' motion to compel compliance with a subpoena was transferred from the Eastern District of Virginia to this Court and consolidated with this case.  The United States will continue to be represented by its other attorneys of record in this matter.  Counsel for Defendants do not oppose this motion for withdrawal.

Date: August 10, 2022

                JOHNATHAN SMITH
                Acting Principal Deputy Assistant Attorney General
                Civil Rights Division

                REBECCA B. BOND
                Acting Deputy Assistant Attorney General
                Civil Rights Division

*/s/ Jonathan T. Lucier*
Jonathan T. Lucier
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Tel.: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov

*/s/ Michelle Rupp*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALLISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
202-305-0565
Michelle.Rupp@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                                         */s/ Michelle Rupp*
                                                         Michelle Rupp
                                                         Voting Section
                                                         Civil Rights Division
                                                         U.S. Department of Justice
                                                         202-305-0565
                                                         Michelle.Rupp@usdoj.gov