IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) <br> (consolidated cases) |

### [PROPOSED] ORDER TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of Jonathan Lucier's motion to withdraw his appearance in the above-captioned case, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED** and **SIGNED** this ___ day of _____, 2022.

_____
David C. Guaderrama
U.S. District Judge
U.S. District Court for the Western District of Texas

*On behalf of*

Jerry E. Smith
U.S. Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

Jeffrey V. Brown
U.S. District Judge
U.S. District Court for the Southern District of Texas