IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

### [PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION TO ENFORCE ORDER COMPELLING THE PRODUCTION OF OAG DOCUMENTS FROM THE STATE OF TEXAS

Upon consideration of the United States' Motion to Enforce Order Compelling the Production of Documents from the State of Texas filed on August 10, 2022 and all responses and replies thereto, the United States' motion is GRANTED. It is hereby ORDERED that, within seven days of this order, Texas must (1) produce Documents 6 through 798 to the United States and (2) provide Documents 1 through 5 and 799 through 812 to the Court for *in camera* review, as those documents are listed in the State's revised privilege log dated August 2, 2022. *See* OAG Rev. Log (U.S. Ex. 2).

So ORDERED and SIGNED this ___ day of _____, 2022.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |