IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § § | Case No. 3:21-cv-00259 |
| *Plaintiff-Intervenors,* | § § | [Lead Case] |
| V. | § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

**NOTICE OF DOCUMENTS PRODUCED
FOR *IN CAMERA* REVIEW**

On August 10th, the Court granted the plaintiffs' motion to compel. ECF 526. Among other things, the Court ordered Defendants to produce a number of documents in the custody of the Office of the Governor withheld on assertion of the attorney-client and work-product privileges for *in camera* review. Specifically, the Court directed:

> The Court further **ORDERS** Governor Abbott to submit all other documents to the Court for *in camera* review within **seven (7) days** of this Order. The Court will determine whether the attorney-client privilege applies to these documents

Order at 14. The relevant documents are being sent via overnight delivery concurrent with this filing. They should be delivered no later than the beginning of next week.

In addition to the documents, Defendants will also produce an index of documents for in camera review. Ex. A. The index lists each of the documents provided, organized by family relationship. That is, many of the documents consist of emails exchanged between Office of the Governor staff, and attachments sent in those emails. Those related documents are grouped together using a unique "family" identifying number. *See, e.g.*, Ex. A at 1 (showing that DOC_0356555, DOC_0356556,

and DOC_0356557 all bear the family number DOC_0356555).

The index also lists entries designed to aid the Court in understanding the documents, such as file extension, custodian, author, date created or sent, to, from, CC, BCC, and the privilege or privileges asserted for the document. These entries were provided in the privilege logs served on plaintiffs. *See* ECF 441-1. The only difference is that a description of the document is not included in the index because the documents themselves are produced here.

Defendants stand ready to provide any supplemental materials to aid the Court's review.

Date: August 12, 2022 	Respectfully submitted,

	*/s/ Patrick K. Sweeten*
KEN PAXTON 	PATRICK K. SWEETEN
Attorney General of Texas 	Deputy Attorney General for Special Litigation
	Tex. State Bar No. 00798537
BRENT WEBSTER
First Assistant Attorney General 	WILLIAM T. THOMPSON
	Deputy Chief, Special Litigation Unit
	Tex. State Bar No. 24088531

	*/s/ Jack DiSorbo*
	JACK B. DISORBO
	Assistant Attorney General, Special Litigation Unit
	Tex. State Bar No. 24120804

	OFFICE OF THE ATTORNEY GENERAL
	P.O. Box 12548 (MC-009)
	Austin, Texas 78711-2548
	Tel.: (512) 463-2100
	Fax: (512) 457-4410
	patrick.sweeten@oag.texas.gov
	will.thompson@oag.texas.gov
	jack.disorbo@oag.texas.gov

	**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 12, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack DiSorbo*
JACK B. DISORBO