**Index of Documents Produced for In Camera Review - OOG**

| Control Number | Family | File Extension | Custodian | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356555 | DOC_0356555 | MSG | OOG | | 9/2/2021 | Greg Abbott | Jeff Oldham (attorney) | Luis Saenz; Gardner Pate; Angela Colmenero (attorney) | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356556 | DOC_0356555 | DOC | OOG | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356557 | DOC_0356555 | PDF | OOG | | 5/27/2013 | | | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356558 | DOC_0356558 | MSG | OOG | | | Jeff Oldham (attorney) | Angela Colmenero (attorney) | | | Attorney Client; Work Product; Deliberative |
| DOC_0356559 | DOC_0356558 | DOCX | OOG | Angela Colmenero (attorney) | 9/3/2021 | | | | | Attorney Client; Work Product; Deliberative |
| DOC_0356569 | DOC_0356569 | MSG | OOG | | 6/21/2021 | Luis Saenz; Gardner Pate; Jeff Oldham (attorney); Angela Colmenero (attorney); Mark Miner; Renae Eze | Wes Hambrick | | | Attorney Client; Work Product; Legislative; Deliberative |

**Index of Documents Produced for In Camera Review - OOG**

| Control Number | Family | File Extension | Custodian | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356571 | DOC_0356571 | MSG | OOG | | 9/2/2021 | Greg Davidson | Jeff Oldham (attorney) | Angela Colmenero (attorney); Gardner Pate | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356578 | DOC_0356578 | DOC | OOG | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356579 | DOC_0356579 | MSG | OOG | | 9/2/2021 | Jeff Oldham (attorney); Luis Saenz; Angela Colmenero (attorney) | Gardner Pate | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356580 | DOC_0356579 | DOC | OOG | Greg Davidson | 9/1/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356581 | DOC_0356581 | MSG | OOG | | 9/7/2021 | Luis Saenz; Gardner Pate; Jeff Oldham (attorney) | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative |

**Index of Documents Produced for In Camera Review - OOG**

| Control Number | Family | File Extension | Custodian | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356582 | DOC_0356581 | PDF | OOG | Greg Davidson | 9/7/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356583 | DOC_0356583 | MSG | OOG | | 9/7/2021 | Luis Saenz; Gardner Pate; Jeff Oldham (attorney) | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356584 | DOC_0356583 | PDF | OOG | Greg Davidson | 9/7/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356585 | DOC_0356585 | PDF | OOG | Greg Davidson | 9/2/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356590 | DOC_0356590 | MSG | OOG | | 9/2/2021 | Jeff Oldham (attorney) | Greg Davidson | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356591 | DOC_0356590 | PDF | OOG | Greg Davidson | 9/2/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative |

**Index of Documents Produced for In Camera Review - OOG**

| Control Number | Family | File Extension | Custodian | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0356592 | DOC_0356592 | MSG | OOG | | 9/7/2021 | Greg Davidson; Luis Saenz; Jeff Oldham (attorney) | Gardner Pate | | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356594 | DOC_0356594 | MSG | OOG | | 9/7/2021 | Nan Tolson; Sheridan Nolen; Chris Warren; Mark Miner; Luis Saenz; Jeff Oldham (attorney); James Sullivan (attorney) | Gardner Pate | | | Attorney Client; Work Product; Deliberative |
| DOC_0356595 | DOC_0356595 | MSG | OOG | | 9/7/2021 | Sheridan Nolen; Chris Warren; Mark Miner; Luis Saenz; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Nan Tolson | | | Attorney Client; Work Product; Deliberative |
| DOC_0356596 | DOC_0356596 | MSG | OOG | | 9/7/2021 | Sheridan Nolen; Nan Tolson; Chris Warren; Mark Miner; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Luis Saenz | | | Attorney Client; Work Product; Deliberative |
| DOC_0356597 | DOC_0356597 | MSG | OOG | | 9/7/2021 | Nan Tolson; Sheridan Nolen; Chris Warren; Mark Miner; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Luis Saenz | | | Attorney Client; Work Product; Deliberative |
| DOC_0356604 | DOC_0356604 | MSG | OOG | | 9/7/2021 | Nan Tolson; Chris Warren; Mark Miner; Luis Saenz; Gardner Pate; Jeff Oldham (attorney); James Sullivan (attorney) | Sheridan Nolen | | | Attorney Client; Work Product; Legislative; Deliberative |

**Index of Documents Produced for In Camera Review - OOG**

| Control Number | Family | File Extension | Custodian | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DOC_0356609 | DOC_0356609 | MSG | OOG | | 9/3/2021 | Greg Abbott | Jeff Oldham (attorney) | Luis Saenz; Gardner Pate; Angela Colmenero (attorney) | | Attorney Client; Work Product; Legislative; Deliberative |
| DOC_0356610 | DOC_0356609 | PDF | OOG | Greg Davidson | 9/2/2021 | | | | | Attorney Client; Work Product; Legislative; Deliberative |