IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § § | Case No. 3:21-cv-00259 [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

**UNOPPOSED MOTION TO EXTEND**

The United States and the private plaintiffs[1] have moved to compel portions of the transcripts of legislator depositions subject to Defendants' objections for legislative privilege. ECF 520 (United States); ECF 521 (private plaintiffs). Responses in opposition to these motions are currently due on August 15, 2022. *See* Local Rule 7.D.2.

Furthermore, on August 15, 20222, the United States and the private plaintiffs also intend to move to compel additional portions of the transcripts of legislator depositions—for Senators Joan Huffman and Paul Bettencourt, and for Ms. Sharon Carter—that are subject to Defendants' objections for legislative privilege. Responses in opposition to these forthcoming motions would be due on August 22, 2022. *See* Local Rule 7.D.2.

Defendants respectfully ask that the Court set consolidated opposition and reply deadlines under which Defendants would file oppositions by August 19, 2022, and the United States and private plaintiffs would file replies by August 26, 2022. After conferral, the United States and private plaintiffs agreed to this motion to extend.

---

[1] By private plaintiffs, Defendants are referring to LULAC, NAACP, MALC, Abuabara, Brooks, and Fair Maps plaintiffs, as well as the Intervenors and Trey Martinez Fischer.

Date: August 12, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

*/s Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

ARI M. HERBERT
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24126093

JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for plaintiffs regarding this motion for leave, and that counsel indicated that they do not oppose the relief sought here.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 12, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN