IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | §<br>§<br>§<br>§ | |
| *Plaintiffs,* | §<br>§ | Case No. 3:21-cv-00259 |
| V. | §<br>§ | [Lead Case] |
| GREG ABBOTT, *et al.*, | §<br>§<br>§ | |
| *Defendants.* | § | |

**ORDER**

Before the Court is Defendants' Unopposed Motion to Extend, filed in relation to plaintiffs'

motions to compel, *see* ECF Nos. 520, 521, and in relation to plaintiffs' forthcoming motions to

compel portions of the transcripts of the depositions for Senators Joan Huffman and Paul Bettencourt

and for Ms. Sharon Carter, which are due to be filed on August 15, 2022. The Court has considered

the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion to Extend is **GRANTED**.

Defendants **SHALL FILE** responses in opposition to plaintiffs' motions to compel by

August 19, 2022, and the United States and private plaintiffs **SHALL FILE** replies by August 26,

2022.

So **ORDERED** and **SIGNED** on this \_\_\_ day of August, **2022.**

_____
**David C. Guaderrama,**
**United States District Judge for the**
**Western District of Texas**

*And on behalf of:*

**Jerry E. Smith**                          *-and-*          **Jeffrey V. Brown**
**United State Circuit Judge**                        **United States District Judge for the**
**U.S. Court of Appeals, Fifth Circuit**             **Southern District of Texas**