UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, <br><br> *Plaintiffs*, <br><br> **EDDIE BERNICE JOHNSON,** *et al.*, <br><br> *Plaintiff-Intervenors*, <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants*. | EP-21-CV-00259-DCG-JES-JVB <br> [Lead Case] <br><br> & <br><br> All Consolidated Cases |

## ORDER

The Fair Maps Plaintiffs ("Plaintiffs") move to compel Defendant Governor Abbott to produce certain documents. Mot. Compel, ECF No. 454. Plaintiffs seek the same documents that the LULAC, Abuabara, and Texas NAACP Plaintiffs ("Joint Plaintiffs") sought in their motion to compel. *Compare id. with* Joint Mot. Compel, ECF No. 380. In fact, Plaintiffs incorporate by reference the Joint Plaintiffs' arguments. Mot. Compel at 2. Governor Abbott filed a response incorporating by reference his arguments made in response to the Joint Plaintiffs' motion to compel. Resp., ECF No. 487.

For the reasons stated in our prior Order, *LULAC v. Abbott*, EP-21-CV-00259-DCG-JES-JVB, 2022 WL 3233406 (W.D. Tex. Aug. 10, 2022), the Court **GRANTS** the Fair Maps Plaintiffs' "Motion to Compel Production of Documents from Defendants" (ECF No. 454).

The Court **ORDERS** Governor Abbott to produce documents that he shared outside the Office of the Governor, as he waived the deliberative process and attorney-client privileges and the legislative privilege and work product doctrine are inapplicable.

The Court has already ordered Governor Abbott to submit all other documents at issue to the Court for *in camera* review. There is no need for Governor Abbott to submit duplicative documents to the Court.

**So ORDERED and SIGNED this 12th day of August 2022.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | -and- | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |