IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

**[PROPOSED] ORDER GRANTING THE MOTION TO ENFORCE A DOCUMENT SUBPOENA ISSUED TO REPRESENTATIVE MIKE SCHOFIELD**

Before the Court is the United States' motion to enforce a document subpoena issued to Representative Mike Schofield. Upon consideration of the United States' motion, Representative Schofield's response, and for good cause shown, the motion is hereby GRANTED. The documents identified in the United States' motion are not protected from disclosure by the legislative privilege. It is hereby ORDERED that Representative Schofield produce the 46 documents identified in the Index attached to the United States' motion, ECF No. _____, within seven days of the date of this Order.

So ORDERED and SIGNED on this _____ day of \_\_\_\_ 2022

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | -and- | United States District Judge |
| U.S. Court of Appeals | | Southern District of Texas |
| Fifth Circuit | | |