# EXHIBIT 2

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOC_0362782 | Representative Mike Schofield | | Mike Schofield | 6/16/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 2 | DOC_0362783 | Representative Mike Schofield | | Nancy Watkins | 10/28/2020 | | | | | Legislative | Legislative redistricting guide prepared by TLC, used in furtherance of considering redistricting legislation. |
| 3 | DOC_0362784 | Representative Mike Schofield | | Mike Schofield | 7/14/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 4 | DOC_0362785 | Representative Mike Schofield | | Mike Schofield | 9/27/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 5 | DOC_0362786 | Representative Mike Schofield | | Mike Schofield | 6/1/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DOC_0362787 | Representative Mike Schofield | | Mike Schofield | 6/1/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 7 | DOC_0362788 | Representative Mike Schofield | | | 9/22/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 8 | DOC_0362789 | Representative Mike Schofield | | | 9/22/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 9 | DOC_0362790 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 10 | DOC_0362791 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | DOC_0362792 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 12 | DOC_0362793 | Representative Mike Schofield | | | 6/10/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 13 | DOC_0362799 | Representative Mike Schofield | | | 6/16/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 14 | DOC_0362800 | Representative Mike Schofield | | | 6/16/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 15 | DOC_0362806 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | DOC_0362808 | Representative Mike Schofield | | Brad Shields | 8/31/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 17 | DOC_0362809 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 18 | DOC_0362810 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 19 | DOC_0362811 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 20 | DOC_0362812 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | DOC_0362813 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 22 | DOC_0362817 | Representative Mike Schofield | | | 10/5/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 23 | DOC_0362818 | Representative Mike Schofield | | | 10/5/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 24 | DOC_0362820 | Representative Mike Schofield | | Mike Schofield | 9/30/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 25 | DOC_0362821 | Representative Mike Schofield | | | 9/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | DOC_0362822 | Representative Mike Schofield | | | 9/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 27 | DOC_0362823 | Representative Mike Schofield | | | 9/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 28 | DOC_0362824 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 29 | DOC_0362825 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 30 | DOC_0362826 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | DOC_0362827 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 32 | DOC_0362828 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 33 | DOC_0362829 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 34 | DOC_0362830 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 35 | DOC_0362831 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | DOC_0362832 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 37 | DOC_0362833 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 38 | N/A | Representative Mike Schofield | | | | | | | | | Representative Schofield possesses a RedAppl account, and within that account there data files relating to draft electoral maps. These RedAppl files reveal his thoughts, opinions, and mental impressions on draft redistricting legislation in the course of the redistricting process. |
| 39 | PDOC_006573 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 40 | PDOC_006574 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | PDOC_006575 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 42 | PDOC_006577 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 43 | PDOC_006578 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 44 | PDOC_006579 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 45 | PDOC_006580 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | PDOC_006586 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 47 | PDOC_006646 | Representative Mike Schofield | | | 3/26/2021 | Members of the 87th Legislature | Jeff Archer | | | Legislative; Attorney-Client | Confidential communication from TLC to members of the 87th Legislature relating to draft redistricting legislation. |
| 48 | PDOC_006648 | Representative Mike Schofield | | | 10/12/2021 | | | | | Legislative | Confidential summary of legislative proceedings, used in furtherance of considering redistricting legislation. |
| 49 | PDOC_006715 | Representative Mike Schofield | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 50 | PDOC_006724 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | PDOC_006725 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 52 | PDOC_006726 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 53 | PDOC_006729 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 54 | PDOC_006730 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 55 | PDOC_006731 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | PDOC_006736 | Representative Mike Schofield | | | | | | | | Legislative; Attorney-Client | Confidential internal notes on draft redistricting legislation, including notes on legal considerations, used in furtherance of considering redistricting legislation. |
| 57 | PDOC_006738 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 58 | PDOC_006739 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 59 | PDOC_006745 | Representative Mike Schofield | | | 10/3/2021 | Members of the House Redistricting Committee | Representative Penny Morales Shaw | | | Legislative | Confidential communication from Representative Morales Shaw to members of the House regarding draft redistricting legislation. |
| 60 | PDOC_006747 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | PDOC_006748 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |