# EXHIBIT 3

## Legislative Privilege Asserted Over Factually Based Information and Maps

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | DOC_0362786 | Representative Mike Schofield | | Mike Schofield | 6/1/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation |
| 6 | DOC_0362787 | Representative Mike Schofield | | Mike Schofield | 6/1/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation |
| 7 | DOC_0362788 | Representative Mike Schofield | | | 9/22/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 8 | DOC_0362789 | Representative Mike Schofield | | | 9/22/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 9 | DOC_0362790 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 10 | DOC_0362791 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 11 | DOC_0362792 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 12 | DOC_0362793 | Representative Mike Schofield | | | 6/10/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 13 | DOC_0362799 | Representative Mike Schofield | | | 6/16/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 14 | DOC_0362800 | Representative Mike Schofield | | | 6/16/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 15 | DOC_0362806 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 17 | DOC_0362809 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation |

1

## Legislative Privilege Asserted Over Factually Based Information and Maps

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | DOC_0362810 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation |
| 19 | DOC_0362811 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation |
| 20 | DOC_0362812 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation |
| 21 | DOC_0362813 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation |
| 22 | DOC_0362817 | Representative Mike Schofield | | | 10/5/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 23 | DOC_0362818 | Representative Mike Schofield | | | 10/5/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 25 | DOC_0362821 | Representative Mike Schofield | | | 9/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 26 | DOC_0362822 | Representative Mike Schofield | | | 9/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 27 | DOC_0362823 | Representative Mike Schofield | | | 9/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 28 | DOC_0362824 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 29 | DOC_0362825 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 30 | DOC_0362826 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |

## Legislative Privilege Asserted Over Factually Based Information and Maps

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | DOC_0362827 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 32 | DOC_0362828 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 33 | DOC_0362829 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 34 | DOC_0362830 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 35 | DOC_0362831 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 36 | DOC_0362832 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 37 | DOC_0362833 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 38 | N/A | Representative Mike Schofield | | | | | | | | | Representative Schofield possesses a RedAppl account, and within that account there data files relating to draft electoral maps  These RedAppl files reveal his thoughts, opinions, and mental impressions on draft redistricting legislation in the course of the redistricting process |
| 39 | PDOC_006573 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 40 | PDOC_006574 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |

3

## Legislative Privilege Asserted Over Factually Based Information and Maps

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | PDOC_006575 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 42 | PDOC_006577 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 43 | PDOC_006578 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 44 | PDOC_006579 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 45 | PDOC_006580 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 46 | PDOC_006586 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 49 | PDOC_006715 | Representative Mike Schofield | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation |
| 50 | PDOC_006724 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 58 | PDOC_006739 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |
| 61 | PDOC_006748 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation |

4

**Legislative Privilege Asserted Over Document Exchanged with Third Party**

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | DOC_0362808 | Representative Mike Schofield | | Brad Shields | 8/31/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation |

5

**Legislative Privilege Asserted Over Document Concerning 2021 Congressional Redistricting**

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | DOC_0362785 | Representative Mike Schofield | | Mike Schofield | 9/27/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation |