# EXHIBIT 4

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 27, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 22-50662    League of United Latin Amer v. Patrick
                        USDC No. 3:21-CV-259
                        USDC No. 1:21-CV-943
                        USDC No. 1:21-CV-965
                        USDC No. 1:21-CV-988
                        USDC No. 1:21-CV-991
                        USDC No. 1:21-CV-1006
                        USDC No. 1:21-CV-1038
                        USDC No. 3:21-CV-299
                        USDC No. 3:21-CV-306
                        USDC No. 3:22-CV-22
                        USDC No. 3:22-MC-219
                        USDC No. 3:22-MC-230


Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk


                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

Mr. Ryan Baasch
Mr. Gary Lynn Bledsoe
Mr. Frank H Chang
Ms. Molly Danahy
Mr. Philip Devlin
Mr. David A. Donatti
Mr. Daniel Joshua Freeman
Mr. Mark P. Gaber
Mr. Richard Scott Gladden
Mr. Martin Golando
Ms. Abha Khanna
Ms. Taylor A.R. Meehan
Mr. Robert Stephen Notzon
Ms. Nina Perales
Mr. George A. Quesada
Ms. Allison Jean Riggs
Mr. Patrick K. Sweeten

# United States Court of Appeals for the Fifth Circuit

---

No. 22-50662

---

League of United Latin American Citizens; Southwest Voter Registration Education Project; Mi Familia Vota; American GI Forum of Texas; La Union del Pueblo Entero; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; William C. Velasquez Institute; Fiel Houston, Incorporated; Texas Association of Latino Administrators and Superintendents; Emelda Menendez; Gilberto Menendez; Jose Olivares; Florinda Chavez; Joey Cardenas; Sandra Puente; Jose R. Reyes; Shirley Anna Fleming; Louie Minor, Jr.; Norma Cavazos; Proyecto Azteca; Reform Immigration for Texas Alliance; Workers Defense Project; Paulita Sanchez; Jo Ann Acevedo; David Lopez; Diana Martinez Alexander; Jeandra Ortiz; Luz Moreno; Maria Montes; Lydia Alcahan; Martin Saenz,

*Plaintiffs—Appellees,*

Shelia Jackson Lee; Alexander Green; Jasmine Crockett; Eddie Bernice Johnson,

*Intervenor Plaintiffs—Appellees,*

*versus*

Greg Abbott, *in his official capacity as Governor of the State of Texas*; Et al.,

*Defendants,*

No. 22-50662

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*,

*Movants Appellants,*

———————

Damon James Wilson, *for himself and on behalf of all others similarly situated*,

*Plaintiff-Appellee,*

*versus*

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*,

*Defendant-Appellant,*

Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*,

No. 22-50662

*Appellants*,

———————

VOTO LATINO; ROSALINDA RAMOS ABUABARA; AKILAH BACY; ORLANDO FLORES; MARILENA GARZA; CECILIA GONZALES; AGUSTIN LOREDO; CINIA MONTOYA; ANA RAMON; JANA LYNNE SANCHEZ; JERRY SHAFER; DEBBIE LYNN SOLIS; ANGEL ULLOA; MARY URIBE,

*Plaintiffs-Appellees*,

*versus*

JOHN SCOTT, *in his Official Capacity as Texas Secretary of State*; ET AL.,

*Defendants*,

TEXAS LIEUTENANT GOVERNOR DAN PATRICK, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; TOM CRADDICK, *Texas Representative*; RYAN GUILLEN, *Texas Representative*; BROOKS LANDGRAF, *Texas Representative*; TODD HUNTER, *Texas Representative*; JACEY JETTON, *Texas Representative*; ANDREW MURR, *Texas Representative*; KEN KING, *Texas Representative*; GEANIE MORRISON, *Texas Representative*; SENATOR JOAN HUFFMAN; SEAN OPPERMAN, *Texas House Employee*; ADAM FOLTZ, *Texas House Employee*; KOY KUNKEL, *Texas House Employee*; ANNA MACKIN, *Texas House Employee*,

*Appellants*,

———————

No. 22-50662

MEXICAN AMERICAN LEGISLATIVE CAUCUS, *Texas House of Representatives*,

*Plaintiffs-Appellees*,

*versus*

STATE OF TEXAS; ET AL.,

*Defendants*,

TEXAS LIEUTENANT GOVERNOR DAN PATRICK, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; TOM CRADDICK, *Texas Representative*; RYAN GUILLEN, *Texas Representative*; BROOKS LANDGRAF, *Texas Representative*; TODD HUNTER, *Texas Representative*; JACEY JETTON, *Texas Representative*; ANDREW MURR, *Texas Representative*; KEN KING, *Texas Representative*; GEANIE MORRISON, *Texas Representative*; SENATOR JOAN HUFFMAN; SEAN OPPERMAN, *Texas House Employee*; ADAM FOLTZ, *Texas House Employee*; KOY KUNKEL, *Texas House Employee*; ANNA MACKIN, *Texas House Employee*,

*Appellants*,

———————

ROY CHARLES BROOKS; FELIPE GUTIERREZ; PHYLLIS GOINES; EVA BONILLA; CLARA FAULKNER; DEBORAH SPELL; BEVERLY POWELL,

*Plaintiffs-Appellees*,

*versus*

GREG ABBOTT, *in his official capacity as Governor of Texas*; ET AL.,

*Defendants*,

No. 22-50662

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*,

*Appellants*,

————————

Texas State Conference of the NAACP,

*Plaintiff-Appellee*,

*versus*

Greg Abbott, *in his official capacity as the Governor of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*,

No. 22-50662

*Appellants*,

———————

Fᴀɪʀ Mᴀᴘs Tᴇxᴀs Aᴄᴛɪᴏɴ Cᴏᴍᴍɪᴛᴛᴇᴇ; OCA-Gʀᴇᴀᴛᴇʀ Hᴏᴜsᴛᴏɴ; Nᴏʀᴛʜ Tᴇxᴀs Cʜᴀᴘᴛᴇʀ ᴏғ ᴛʜᴇ Asɪᴀɴ Pᴀᴄɪғɪᴄ Isʟᴀɴᴅᴇʀ Aᴍᴇʀɪᴄᴀɴs Pᴜʙʟɪᴄ Aғғᴀɪʀs Assᴏᴄɪᴀᴛɪᴏɴ; Eᴍɢᴀɢᴇ; Kʜᴀɴᴀʏ Tᴜʀɴᴇʀ; Aɴɢᴇʟᴀ Rᴀɪɴᴇʏ; Aᴜsᴛɪɴ Rᴜɪᴢ; Aʏᴀ Eɴᴇʟɪ; Sᴏғɪᴀ Sʜᴇɪᴋʜ; Jᴇɴɴɪғᴇʀ Cᴀᴢᴀʀᴇs; Nɪʟᴏᴜғᴀʀ Hᴀғɪᴢɪ; Lᴀᴋsʜᴍɪ Rᴀᴍᴀᴋʀɪsʜɴᴀɴ; Aᴍᴀᴛᴜʟʟᴀ Cᴏɴᴛʀᴀᴄᴛᴏʀ; Dᴇʙᴏʀᴀʜ Cʜᴇɴ; Aʀᴛʜᴜʀ Rᴇsᴀ; Sᴜᴍɪᴛᴀ Gʜᴏsʜ; Aɴᴀɴᴅ Kʀɪsʜɴᴀsᴡᴀᴍʏ,

*Plaintiffs-Appellees*,

*versus*

Gʀᴇɢ Aʙʙᴏᴛᴛ; Eᴛ ᴀʟ.,

*Defendants*,

Tᴇxᴀs Lɪᴇᴜᴛᴇɴᴀɴᴛ Gᴏᴠᴇʀɴᴏʀ Dᴀɴ Pᴀᴛʀɪᴄᴋ, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tᴏᴍ Cʀᴀᴅᴅɪᴄᴋ, *Texas Representative*; Rʏᴀɴ Gᴜɪʟʟᴇɴ, *Texas Representative*; Bʀᴏᴏᴋs Lᴀɴᴅɢʀᴀғ, *Texas Representative*; Tᴏᴅᴅ Hᴜɴᴛᴇʀ, *Texas Representative*; Jᴀᴄᴇʏ Jᴇᴛᴛᴏɴ, *Texas Representative*; Aɴᴅʀᴇᴡ Mᴜʀʀ, *Texas Representative*; Kᴇɴ Kɪɴɢ, *Texas Representative*; Gᴇᴀɴɪᴇ Mᴏʀʀɪsᴏɴ, *Texas Representative*; Sᴇɴᴀᴛᴏʀ Jᴏᴀɴ Hᴜғғᴍᴀɴ; Sᴇᴀɴ Oᴘᴘᴇʀᴍᴀɴ, *Texas House Employee*; Aᴅᴀᴍ Fᴏʟᴛᴢ, *Texas House Employee*; Kᴏʏ Kᴜɴᴋᴇʟ, *Texas House Employee*; Aɴɴᴀ Mᴀᴄᴋɪɴ, *Texas House Employee*,

*Appellants*,

———————

No. 22-50662

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

STATE OF TEXAS; ET AL.,

*Defendants,*

TEXAS LIEUTENANT GOVERNOR DAN PATRICK, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; TOM CRADDICK, *Texas Representative*; RYAN GUILLEN, *Texas Representative*; BROOKS LANDGRAF, *Texas Representative*; TODD HUNTER, *Texas Representative*; JACEY JETTON, *Texas Representative*; ANDREW MURR, *Texas Representative*; KEN KING, *Texas Representative*; GEANIE MORRISON, *Texas Representative*; SENATOR JOAN HUFFMAN; SEAN OPPERMAN, *Texas House Employee*; ADAM FOLTZ, *Texas House Employee*; KOY KUNKEL, *Texas House Employee*; ANNA MACKIN, *Texas House Employee*,

*Appellants,*

———————

TREY MARTINEZ FISCHER,

*Plaintiff-Appellee,*

*versus*

JOHN SCOTT, *in his official capacity as Secretary of State of Texas*,

*Defendant,*

TEXAS LIEUTENANT GOVERNOR DAN PATRICK, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*;

No. 22-50662

Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*,

Appellants,

————————

Veronica Escobar, *U.S. Representative of the 16th Congressional District of Texas*,

Plaintiff-Appellee,

*versus*

Greg Abbott, *in his official capacity as Governor of the State of Texas*; Et al.,

Defendants,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*,

No. 22-50662

*Appellants,*

––––––––––––––

United States of America,

*Plaintiff-Appellee,*

*versus*

Eric Wienckowski,

*Defendant,*

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*,

*Appellants,*

––––––––––––––

United States of America

*Plaintiff-Appellee,*

*versus*

Thomas Bryan,

*Defendant,*

No. 22-50662

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*,

*Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-259
USDC No. 1:21-CV-943
USDC No. 1:21-CV-965
USDC No. 1:21-CV-988
USDC No. 1:21-CV-991
USDC No. 1:21-CV-1006
USDC No. 1:21-CV-1038
USDC No. 3:21-CV-299
USDC No. 3:21-CV-306
USDC No. 3:22-CV-22
USDC No. 3:22-MC-219
USDC No. 3:22-MC-230

---

Before Richman, *Chief Judge*, Wiener, and Willett, *Circuit Judges*.
Per Curiam:

IT IS ORDERED that Appellants′ opposed motion to stay, until the pending *Hughes* case is decided, the district court's order compelling the

No. 22-50662

production of document claimed to be legislatively privileged is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that Appellants' alternative motion requesting a temporary administrative stay by August 1, 2022, pending resolution of this motion is GRANTED.   The district court's order compelling the production of documents is STAYED pending further order of this court.