IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

**UNOPPOSED MOTION FOR LEAVE TO FILE SEALED DOCUMENTS AND FOR LEAVE TO EXCEED PAGE LIMIT FOR THE PRIVATE PLAINTIFFS' MOTION TO COMPEL REGARDING PORTIONS OF DEPOSITIONS SUBJECT TO LEGISLATIVE PRIVILEGE OBJECTIONS**

Pursuant to Local Civil Rule 5.2, the Private Plaintiffs in these consolidated cases[1] hereby move for leave to file under seal their Motion to Compel Regarding Portions of Depositions Subject to Legislative Privilege Objections, and accompanying exhibits, attached hereto as exhibits in accordance with Local Civil Rule 5.2(a). Private Plaintiffs make this motion to ensure compliance with the Court's May 18, 2022 Order, Dkt. 282, which directs the parties to seal any portion of deposition testimony over which an assertion of legislative privilege has been made before submitting such materials to the Court. The motion relies on the deposition testimony of legislators and non-legislators, over which counsel for State Defendants and third-party

---

[1] Private Plaintiffs include: LULAC Plaintiffs, the Mexican American Legislative Caucus ("MALC"), Texas NAACP, the Fair Maps Plaintiffs, the Brooks Plaintiffs, the Black Congresspersons, and Plaintiff Martinez Fischer.

1

legislators asserted the state legislative privilege. Accordingly, the Private Plaintiffs respectfully request that the Court grant them leave to file the attached motion under seal. *See* Ex. A.

Additionally, pursuant to Local Rule CV-7(c)(2), Private Plaintiffs respectfully request leave to file a motion in excess of six (6) pages of the page limit—for up to sixteen (16) pages, exclusive of the case caption, signature block, etc. Private Plaintiffs' motion is attached as Exhibit A.

Private Plaintiffs seek leave to exceed the page limit in order to explain the factual and legal bases of their Motion to Compel. Granting this motion will not prejudice any party. Counsel for Legislators have stated that they do not oppose this motion.

## CONCLUSION

For the foregoing reasons, Private Plaintiffs respectfully request that the Court grant this unopposed motion.

DATED:  August 15, 2022

*s/ George Quesada*
George (Tex) Quesada
Texas Bar No. 16427750
Sean J. McCaffity
Texas Bar No. 24013122
SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
*quesada@textrial.com*
*smccaffity@textrial.com*

-and-

Joaquin Gonzalez
Texas Bar No. 24109935
Attorney at Law
1055 Sutton Dr.
San Antonio, TX 78228

*jgonzalez@malc.org*

*ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS PLAINTIFFS*

<u>s/ Nina Perales</u>

Nina Perales
Texas Bar No. 24005046
Samantha Serna
Texas Bar No. 24090888
Fátima Menendez
Texas Bar No. 24090260
Kenneth Parreno*
Massachusetts Bar No. 705747
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

*Admitted *pro hac vice*

*ATTORNEYS FOR LULAC PLAINTIFFS*

Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9855
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar No. 07570800)
P.O. Box 50093
Fort Worth, TX 76105
(817) 714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 26277
Baltimore, MD 21211
(208) 301-1202
danahy.molly@gmail.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
(732) 610-1283
sonniwaknin@gmail.com

*Admitted *pro hac vice*

*Counsel for Brooks Plaintiffs*

*ATTORNEYS FOR BROOKS PLAINTIFFS*

Noor Taj*
P.A. State Bar No. 309594
Allison J. Riggs*
N.C. State Bar No. 40028
Hilary Harris Klein*
N.C. State Bar No. 53711
Mitchell Brown*
N.C. State Bar No. 56122
Katelin Kaiser*
N.C. State Bar No. 56799
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
Allison@southerncoalition.org
Noor@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
katelin@scsj.org

David A. Donatti
TX Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238

4

Adriana Pinon
Texas Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288

Tel. (713) 942-8146 Fax. (713) 942-8966
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org
asegura@aclutx.org
Jerry Vattamala*
N.Y. State Bar No. 4426458
Susana Lorenzo-Giguere*
N.Y. State Bar No. 2428688
Patrick Stegemoeller*
N.Y. State Bar No. 5819982
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Yurij Rudensky*
N.Y. State Bar No. 5798210
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
rudenskyy@brennan.law.nyu.edu

*Admitted *pro hac vice*

*ATTORNEYS FOR FAIR MAPS PLAINTIFFS*

s/ Lindsey B. Cohan
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Jon Greenbaum*
Ezra D. Rosenberg*
Pooja Chaudhuri*
Sofia Fernandez Gold*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*jgreenbaum@lawyerscommittee.org*
*erosenberg@lawyerscommittee.org*
*pchaudhuri@lawyerscommittee.org*
*sfgold@lawyerscommittee.org*

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Janette M. Louard
Anthony P. Ashton
Anna Kathryn Barnes

NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*aashton@naacpnet.org*
*abarnes@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted pro hac vice

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
Telephone: 512-322-9992
*gbledsoe@thebledsoelawfirm.com*

*ATTORNEY FOR CONGRESSPERSONS*

*s/ Martin Golando*
Martin Golando
Texas State Bar No. 24059153
Attorney at Law
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
*Martin.Golando@gmail.com*

*ATTORNEY FOR TREY MARTINEZ FISCHER*

7

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 12, 2022, counsel for LULAC Plaintiffs and MALC, on behalf of Private Plaintiffs, conferred with counsel for Legislators regarding the instant motion. Counsel for Legislators indicated that they do not oppose the motion.

<u>/s/ Sean J. McCaffity</u><br>
Sean McCaffity

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 15th day of August 2022.

<u>/s Sean J. McCaffity</u><br>
Sean McCaffity