# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

**[PROPOSED] ORDER GRANTING PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SEALED DOCUMENTS AND FOR LEAVE TO EXCEED PAGE LIMIT FOR THEIR MOTION TO COMPEL REGARDING PORTIONS OF DEPOSITIONS SUBJECT TO LEGISLATIVE PRIVILEGE OBJECTIONS**

Pending before the Court is Private Plaintiffs' Unopposed Motion for Leave to File Sealed Documents and For Leave to Exceed Page Limit for Their Motion to Compel Regarding Portions of Depositions Subject to Legislative Privilege Objections. Dkt. _____. Upon review of the motion, the Court GRANTS Private Plaintiffs' motion.

SO ORDERED and SIGNED this _____ day of _____ 2022.

                                                  _____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
| --- | --- | --- |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |