IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> EDDIE BERNICE JOHNSON, *et al.*, <br><br> *Plaintiff-Intervenors,* <br><br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | No. 3:21-cv-259 <br> [Lead case] |

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION TO COMPEL**

LULAC Plaintiffs' deadline to file a motion to compel relating to documents in the custody of the Texas Attorney General, withheld based on privilege assertions, is August 15th. The parties have met and conferred regarding those documents, and are holding final related discussions. To allow for the conclusion of those discussions, LULAC Plaintiffs and Defendants jointly and respectfully request that LULAC Plaintiffs' deadline to file a motion to compel as to the OAG documents be extended to August 16th, 2022.

Date: August 15, 2022

Respectfully submitted.

*/s/ Nina Perales*
Nina Perales
Fátima Menendez
Kenneth Parreno*
Julia Longoria
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476

1

Fax: (210) 224-5382
nperales@maldef.org
fmenendez@maldef.org
kparreno@maldef.org
jlongoria@maldef.org

Nikolas Youngsmith*
1016 16th Street NW, Suite 100
Washington, DC 20036
(202) 293-2828
Fax: (202) 293-2848
nyoungsmith@maldef.org

*Admitted pro hac vice

**Counsel for LULAC Plaintiffs**

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General | */s/ Patrick K. Sweeten*<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537<br><br>WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531<br><br>*/s/ Jack DiSorbo*<br>JACK B. DISORBO<br>Assistant Attorney General, Special Litigation Unit<br>Tex. State Bar No. 24120804<br><br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>jack.disorbo@oag.texas.gov<br><br>**COUNSEL FOR DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 15, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Nina Perales*
Nina Perales