IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> EDDIE BERNICE JOHNSON, *et al.*, <br><br> *Plaintiff-Intervenors*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | No. 3:21-cv-259 <br> [Lead case] |

## ORDER

Before the Court is the parties' joint motion to extend. That motion is GRANTED.

**IT IS THEREFORE ORDERED THAT**:

The joint motion to extend is **GRANTED**.

LLULAC Plaintiffs **SHALL FILE** a motion to compel as to documents in the custody of the Texas Attorney General, withheld based on privilege assertions, if at all, by no later than August 16th, 2022.

**So ORDERED and SIGNED on this ___ day of August, 2022.**

_____
**Hon. David C. Guaderrama,**
**United States District Judge Western District of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Hon. Jerry E. Smith** <br> **United States Circuit Judge** <br> **U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Hon. Jeffrey V. Brown** <br> **United States District Judge** <br> **Southern District of Texas** |

1