# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § § | No. 3:21-cv-259 |
| *Plaintiff-Intervenors,* | § § § | [Lead case] |
| v. | § § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | No. 3:21-cv-299 [Consolidated case] |
| STATE OF TEXAS, *et al.*, | § § § | |
| *Defendants.* | § | |

## UNOPPOSED MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE

The United States moves to enforce compliance with a subpoena *duces tecum* issued to Representative Mike Schofield. ECF 532. In light of the Fifth Circuit's order staying this Court's July 25, 2022 order enforcing the United States' subpoenas (ECF 467), *see* Order, *LULAC v. Patrick*, No. 22-50662 (5th Cir. July 27, 2022), the United States and Representative Schofield have agreed to hold in abeyance any briefing related to the United States' motion to enforce. Under this agreement, Representative Schofield's response would be due four days after the earlier of: the Fifth Circuit's order lifting the stay of this Court's order (ECF 467) or the Fifth Circuit's ruling on the merits in *LULAC Texas v. Hughes*, No. 22-50435 (5th Cir.). And the United States' reply would be due seven days after

1

the legislators' response. Based on the foregoing, Representative Schofield respectfully requests that the Court hold the briefing schedule in abeyance.

Date: August 15, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully Submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

*/s/ Jack DiSorbo*
JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

**COUNSEL FOR DEFENDANTS AND REPRESENTATIVE SCHOFIELD**

TAYLOR A.R. MEEHAN
FRANK H. CHANG
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
taylor@consovoymccarthy.com
frank@consovoymccarthy.com

ADAM K. MORTARA
LAWFAIR LLC
125 South Wacker, Suite 300
Chicago, IL 60606
(773) 750-7154
mortara@lawfairllc.com

2

**COUNSEL FOR REPRESENTATIVE SCHOFIELD**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for the United States regarding the subject of this motion Counsel indicated they do not oppose the instant motion.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack DiSorbo*
JACK B. DISORBO

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 15, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack DiSorbo*
JACK B. DISORBO