# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § § | No. 3:21-cv-259 |
| *Plaintiff-Intervenors,* | § § § | [Lead case] |
| v. | § § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § | |
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | No. 3:21-cv-299 [Consolidated case] |
| STATE OF TEXAS, *et al.*, | § § § | |
| *Defendants.* | § § | |

## ORDER

The unopposed motion to hold the briefing schedule in abeyance on the United States' pending motion to enforce the subpoena issued to Representative Mike Schofield is **GRANTED**. The parties shall follow their agreement regarding when the briefing schedule resumes.

1

**So ORDERED and SIGNED on this \_\_ day of August, 2022.**

                                               _____
                                            **David C. Guaderrama,**
                                            **United States District Judge Western District of Texas**

*And on behalf of:*

| | | |
|---|:---:|---:|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |