# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| League of United Latin American Citizens, et al.<br>*Plaintiff*<br>v.<br>Gregory W. Abbott, et al.<br>*Defendant* | )<br>)<br>) Case No. 3:21-cv-259 (consolidated cases)<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: 08/15/2022

/s/ Laura Brady Bender
*Attorney's signature*

Laura Brady Bender (DC #1615749, CA #324483)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
*Address*

laura.bender@usdoj.gov
*E-mail address*

(202) 353-5373
*Telephone number*

(202) 307-3961
*FAX number*