**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

**[PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY SUBPOENAS *DUCES TECUM* TO LEGISLATORS**

Pending before the Court is LULAC Plaintiffs' Motion to Compel Third-Party Subpoenas *Duces Tecum* to Legislators. Dkt. _____. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2022.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | *-and-* | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |