LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Privilege Log

## Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>

Fri 7/1/2022 6:43 PM

To:Kenneth Parreno <Kparreno@MALDEF.org>; Samantha Serna <sserna@MALDEF.org>; Nina Perales <nperales@MALDEF.org>;

Cc:Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>;

🖉 1 attachment

LULAC Subpoenas - Privilege Log - 07.01.2022.pdf;

Good evening counsel,

Please see the attached privilege log for documents withheld in connection with the subpoenas sent to Senators Charles Perry, Paul Bettencourt, Brian Birdwell, and Robert Nichols.

We are still reviewing documents for Representative Schofield, Senator Hughes, Senator Campbell, and Senator Nelson. We expect produce those documents and a privilege log in connection with any withheld documents next week.

Happy 4th. Sincerely,

Jack DiSorbo

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.