| Entry | Control Number | Custodian | File Extension | Author | Date Created | Date Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOC_0357127 | Senator Charles Perry | PDF | | 11/16/2020 | | | | | | Legislative | Confidential calendar entry relating to meeting regarding redistricting. |
| 2 | DOC_0357128 | Senator Charles Perry | PDF | | 12/2/2020 | | | | | | Legislative | Confidential calendar entry relating to meeting regarding redistricting. |
| 3 | DOC_0357212 | Senator Charles Perry | MSG | | | 10/20/2021 | Charles Perry; Rob Callan (attorney) (General Counsel to Sen. Perry) | Matthew Dowling (Chief of Staff to Sen. Perry) | | | Legislative | Confidential communication between Senator Perry and staff regarding draft statement on Congressional, Texas Senate, and Texas House redistricting maps and other legislation, reflecting leglislatively privileged thoughts, opinions, and mental impressions. |
| 4 | DOC_0357214 | Senator Charles Perry | MSG | | | 10/25/2021 | Charles Perry | Matthew Dowling (Chief of Staff to Sen. Perry) | | | Legislative | Confidential communication between Senator Perry and staff regarding draft statement on Congressional, Texas Senate, and Texas House redistricting maps and other legislation, reflecting leglislatively privileged thoughts, opinions, and mental impressions. |

| # | Doc ID | From | Type | | Date | To | CC | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | DOC_0357338 | Senator Charles Perry | MSG | | 10/25/2021 | Matthew Dowling (Chief of Staff to Sen. Perry) | Charles Perry | | Legislative | Confidential communication between Senator Perry and staff regarding draft statement on Congressional, Texas Senate, and Texas House redistricting maps and other legislation, reflecting leglislatively privileged thoughts, opinions, and mental impressions. |
| 6 | DOC_0357443 | Senator Charles Perry | DOCX | | 7/25/2019 | | | | Legislative | Confidential notes describing a timeline of events in Texas redistricting cases, created for the purpose of working on redistricting legislation. |
| 7 | DOC_0357444 | Senator Charles Perry | DOCX | | 7/25/2019 | | | | Legislative | Confidential notes describing a timeline of events in Texas redistricting cases, created for the purpose of working on redistricting legislation. |
| 8 | DOC_0357446 | Senator Charles Perry | PDF | | 1/8/2019 | | | | Legislative | Confidential document describing a timeline of events related to redistricting in Texas in the 2010s, created for the purpose of working on redistricting legislation. |

| # | Doc ID | From | Type | Date | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 9 | DOC_0357447 | Senator Charles Perry | XLSX | 8/25/2021 | | | Legislative | Data on Texas counties related to draft redistricting legislation, gathered for the purpose of working on redistricting legislation. |
| 10 | DOC_0357448 | Senator Charles Perry | MSG | 1/25/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin; Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Glen Austin; Grecia Galvan; Jason Kirksey; Koy Kunkel; Lara Wendler; Luis Moreno; Marc Salvato; Matthew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shari Shivers; Shelby Conine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (attorney) | Legislative | Confidential communication regarding hearing on redistricting and registration procedures for hearing. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DOC_0357466 | Senator Charles Perry | DOCX | 7/25/2019 | | Legislative | Confidential notes describing a timeline of events in Texas redistricting cases, created for the purpose of working on redistricting legislation. |
| 12 | DOC_0357467 | Senator Charles Perry | DOCX | 10/31/2019 | | Legislative | Confidential document in which information on redistricting terminology is compiled, created for the purpose of considering redistricting legislation, and implicating legislatively privileged thoughts, opinions, and mental impressions. |
| 13 | DOC_0357468 | Senator Charles Perry | DOCX | 10/31/2019 | | Legislative | Confidential document in which information on the redistricting process is compiled, created for the purpose of considering redistricting legislation, and implicating legislatively privileged thoughts, opinions, and mental impressions. |
| 14 | DOC_0357471 | Senator Charles Perry | PDF | 1/21/2021 | | Legislative | Confidential draft of document describing Senate protocols for the Redistricting Committee's regional hearings, created in preparation for redistricting hearings and working on redistricting legislation. |

| # | Doc ID | From | Type | | Date | To | Category | Description |
|---|---|---|---|---|---|---|---|---|
| 15 | DOC_0357477 | Senator Charles Perry | MSG | | 2/5/2021 | Sean Opperman (attorney) | Legislative | Confidential communication regarding procedures for sharing materials among senators and staff related to draft redistricting legislation. |
| 16 | DOC_0357478 | Senator Charles Perry | DOCX | | 10/31/2019 | | Legislative | Confidential document containing information summarizing redistricting legal requirements, created for the purpose of considering redistricting legislation, and implicating legislatively privileged thoughts, opinions, and mental impressions. |
| 17 | DOC_0357479 | Senator Charles Perry | DOCX | | 10/31/2019 | | Legislative | Confidential document containing information summarizing a redistricting-related events in the 1990s, created for the purpose of considering redistricting legislation, and implicating legislatively privileged thoughts, opinions, and mental impressions. |
| 18 | DOC_0357480 | Senator Charles Perry | DOCX | | 10/31/2019 | | Legislative | Confidential document containing information summarizing a redistricting-related events in the 2000s, created for the purpose of considering redistricting legislation, and implicating legislatively privileged thoughts, opinions, and mental impressions. |

| 19 | DOC_0357481 | Senator Charles Perry | DOCX | 10/31/2019 | | Legislative | Confidential document containing information summarizing a redistricting-related events in the 1980s, created for the purpose of considering redistricting legislation, and implicating legislatively privileged thoughts, opinions, and mental impressions. |
|---|---|---|---|---|---|---|---|
| 20 | DOC_0357482 | Senator Charles Perry | DOCX | 10/31/2019 | | Legislative | Confidential document containing information summarizing a redistricting-related events in the 2010s, created for the purpose of considering redistricting legislation, and implicating legislatively privileged thoughts, opinions, and mental impressions. |