# Re: LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Privilege Log

Kenneth Parreno

Sun 7/10/2022 7:28 PM

To: Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Nina Perales <nperales@MALDEF.org>;

Cc: Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>;

Good evening,

On July 6, 2022, LULAC Plaintiffs received a link with documents from the following individuals in response to LULAC Plaintiffs' document subpoenas: Senator Bryan Hughes, Senator Jane Nelson, Senator Donna Campbell, and Representative Mike Schofield. In your email below, you stated that you expected to provide last week a privilege log in connection with any documents withheld by those individuals. Please advise on the status of that privilege log.

Thank you,
Kenneth

---

**From:** Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>
**Sent:** Friday, July 1, 2022 6:42 PM
**To:** Kenneth Parreno; Samantha Serna; Nina Perales
**Cc:** Patrick Sweeten; Will Thompson; Munera Al-Fuhaid; Ari Herbert; Courtney Corbello; Ryan Kercher
**Subject:** LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Privilege Log

Good evening counsel,

Please see the attached privilege log for documents withheld in connection with the subpoenas sent to Senators Charles Perry, Paul Bettencourt, Brian Birdwell, and Robert Nichols.

We are still reviewing documents for Representative Schofield, Senator Hughes, Senator Campbell, and Senator Nelson. We expect produce those documents and a privilege log in connection with any withheld documents next week.

Happy 4th. Sincerely,

Jack DiSorbo

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.