# LULAC v. Abbott, No. 3:21-cv-259 (Redistricting), Privilege log for additional subpoena recipients

**Jack DiSorbo** <Jack.DiSorbo@oag.texas.gov>

Fri 7/15/2022 4:42 PM

To: Nina Perales <nperales@MALDEF.org>; Kenneth Parreno <Kparreno@MALDEF.org>; Fatima Menendez <fmenendez@MALDEF.org>;

Cc: Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Taylor Meehan <taylor@consovoymccarthy.com>; Frank Chang <frank@consovoymccarthy.com>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Ari Herbert <Ari.Herbert@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>;

1 attachment

Privilege Log - Additional LULAC Subpoenas.pdf;

Counsel,

Please see the attached privilege log, describing documents withheld in connection with the subpoenas the LULAC plaintiffs sent to:

   i.     Representative Mike Schofield;
   ii.    Senator Bryan Hughes;
   iii.   Senator Paul Bettencourt;
   iv.    Senator Donna Campbell;
   v.     Senator Jane Nelson;
   vi.    Senator Brian Birdwell;
   vii.   Senator Charles Perry; and
   viii.  Senator Robert Nichols.

Sincerely, Jack DiSorbo

---

Jack DiSorbo
Assistant Attorney General, Special Litigation Unit
Office of the Attorney General
Work: (512) 936-1067
Cell: (713) 628-7407
Jack.DiSorbo@oag.texas.gov