| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOC_0362782 | Representative Mike Schofield | | Mike Schofield | 6/16/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 2 | DOC_0362783 | Representative Mike Schofield | | Nancy Watkins | 10/28/2020 | | | | | Legislative | Legislative redistricting guide prepared by TLC, used in furtherance of considering redistricting legislation. |
| 3 | DOC_0362784 | Representative Mike Schofield | | Mike Schofield | 7/14/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 4 | DOC_0362785 | Representative Mike Schofield | | Mike Schofield | 9/27/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 5 | DOC_0362786 | Representative Mike Schofield | | Mike Schofield | 6/1/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DOC_0362787 | Representative Mike Schofield | | Mike Schofield | 6/1/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 7 | DOC_0362788 | Representative Mike Schofield | | | 9/22/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 8 | DOC_0362789 | Representative Mike Schofield | | | 9/22/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 9 | DOC_0362790 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 10 | DOC_0362791 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | DOC_0362792 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 12 | DOC_0362793 | Representative Mike Schofield | | | 6/10/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 13 | DOC_0362799 | Representative Mike Schofield | | | 6/16/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 14 | DOC_0362800 | Representative Mike Schofield | | | 6/16/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 15 | DOC_0362806 | Representative Mike Schofield | | | 9/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | DOC_0362808 | Representative Mike Schofield | | Brad Shields | 8/31/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 17 | DOC_0362809 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 18 | DOC_0362810 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 19 | DOC_0362811 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 20 | DOC_0362812 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | DOC_0362813 | Representative Mike Schofield | | | 10/6/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 22 | DOC_0362817 | Representative Mike Schofield | | | 10/5/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 23 | DOC_0362818 | Representative Mike Schofield | | | 10/5/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 24 | DOC_0362820 | Representative Mike Schofield | | Mike Schofield | 9/30/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 25 | DOC_0362821 | Representative Mike Schofield | | | 9/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|------|--------|----------------------|-----|------|-----|------|-----------------|-------------|
| 26 | DOC_0362822 | Representative Mike Schofield | | | 9/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 27 | DOC_0362823 | Representative Mike Schofield | | | 9/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 28 | DOC_0362824 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 29 | DOC_0362825 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 30 | DOC_0362826 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|------|--------|----------------------|-----|------|-----|-----|-----------------|-------------|
| 31 | DOC_0362827 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 32 | DOC_0362828 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 33 | DOC_0362829 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 34 | DOC_0362830 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 35 | DOC_0362831 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | DOC_0362832 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 37 | DOC_0362833 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 38 | N/A | Representative Mike Schofield | | | | | | | | | Representative Schofield possesses a RedAppl account, and within that account there data files relating to draft electoral maps. These RedAppl files reveal his thoughts, opinions, and mental impressions on draft redistricting legislation in the course of the redistricting process. |
| 39 | PDOC_006573 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 40 | PDOC_006574 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | PDOC_006575 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 42 | PDOC_006577 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 43 | PDOC_006578 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 44 | PDOC_006579 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 45 | PDOC_006580 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | PDOC_006586 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 47 | PDOC_006646 | Representative Mike Schofield | | | 3/26/2021 | Members of the 87th Legislature | Jeff Archer | | | Legislative; Attorney-Client | Confidential communication from TLC to members of the 87th Legislature relating to draft redistricting legislation. |
| 48 | PDOC_006648 | Representative Mike Schofield | | | 10/12/2021 | | | | | Legislative | Confidential summary of legislative proceedings, used in furtherance of considering redistricting legislation. |
| 49 | PDOC_006715 | Representative Mike Schofield | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 50 | PDOC_006724 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | PDOC_006725 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 52 | PDOC_006726 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 53 | PDOC_006729 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 54 | PDOC_006730 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 55 | PDOC_006731 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | PDOC_006736 | Representative Mike Schofield | | | | | | | | Legislative; Attorney-Client | Confidential internal notes on draft redistricting legislation, including notes on legal considerations, used in furtherance of considering redistricting legislation. |
| 57 | PDOC_006738 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 58 | PDOC_006739 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 59 | PDOC_006745 | Representative Mike Schofield | | | 10/3/2021 | Members of the House Redistricting Committee | Representative Penny Morales Shaw | | | Legislative | Confidential communication from Representative Morales Shaw to members of the House regarding draft redistricting legislation. |
| 60 | PDOC_006747 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | PDOC_006748 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 62 | DOC_0357048 | Senator Brian Birdwell | PDF | | 1/20/2021 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding upcoming senate redistricting committee hearings. |
| 63 | DOC_0357052 | Senator Brian Birdwell | PDF | | 10/6/2021 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding draft statements relating to legislative redistricting process. |
| 64 | DOC_0357054 | Senator Brian Birdwell | PDF | | 9/13/2021 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding upcoming senate redistricting committee hearings. |
| 65 | DOC_0357055 | Senator Brian Birdwell | PDF | | 5/18/2022 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding upcoming meeting with Senator Huffman relating to draft redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|-------|---------------|-----------|------|--------|---------------------|-----|------|-----|-----|----------------|------------|
| 66 | DOC_0357061 | Senator Brian Birdwell | PDF | | 11/13/2020 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 67 | DOC_0357062 | Senator Brian Birdwell | PDF | | 5/18/2022 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding upcoming senate redistricting committee hearings. |
| 68 | DOC_0362861 | Senator Bryan Hughes | | | 10/7/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 69 | DOC_0362862 | Senator Bryan Hughes | | | 10/8/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 70 | DOC_0362863 | Senator Bryan Hughes | | | 10/8/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|------|--------|----------------------|----|----|----|-----|-----------------|-------------|
| 71 | DOC_0362864 | Senator Bryan Hughes | | | 10/8/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 72 | DOC_0362865 | Senator Bryan Hughes | | | 10/8/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 73 | DOC_0362866 | Senator Bryan Hughes | | | 10/8/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 74 | N/A | Senator Bryan Hughes | | | | | | | | | Senator Hughes possesses a RedAppl account, and within that account there data files relating to draft electoral maps. These RedAppl files reveal his thoughts, opinions, and mental impressions on draft redistricting legislation in the course of the redistricting process. |
| 75 | DOC_0357127 | Senator Charles Perry | PDF | | 11/16/2020 | | | | | Legislative | Invitation to confidential meeting with Senator Huffman to discuss draft redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | DOC_0357128 | Senator Charles Perry | PDF | | 5/13/2022 | | | | | Legislative | Calendar entry for confidential meeting relating to draft redistricting legislation. |
| 77 | DOC_0357212 | Senator Charles Perry | MSG | | 10/20/2021 | Charles Perry; Rob Callan | Matthew Dowling | | | Legislative | Confidential communication between Senator Perry and his staff regarding draft statements relating to legislative redistricting process. |
| 78 | DOC_0357214 | Senator Charles Perry | MSG | | 10/25/2021 | Charles Perry | Matthew Dowling | | | Legislative | Confidential communication between Senator Perry and his staff regarding draft statements relating to legislative redistricting process. |
| 79 | DOC_0357338 | Senator Charles Perry | MSG | | 10/25/2021 | Matthew Dowling | Charles Perry | | | Legislative | Confidential communication between Senator Perry and his staff regarding draft statements relating to legislative redistricting process. |
| 80 | DOC_0357471 | Senator Charles Perry | PDF | Matthew Dowling | 1/21/2021 | | | | | Legislative | Internal notes regarding senate redistricting committee hearing procedural protocols. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|------|--------|----------------------|-----|------|-----|-----|-----------------|-------------|
| 81 | PDOC_004880 | Senator Charles Perry | | Matthew Dowling | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 82 | N/A | Senator Donna Campbell | | | | | | | | | Senator Campbell possesses a RedAppl account, and within that account there data files relating to draft electoral maps. These RedAppl files reveal her thoughts, opinions, and mental impressions on draft redistricting legislation in the course of the redistricting process. |
| 83 | N/A | Senator Jane Nelson | | | | | | | | | Senator Nelson possesses a RedAppl account, and within that account there data files relating to draft electoral maps. These RedAppl files reveal her thoughts, opinions, and mental impressions on draft redistricting legislation in the course of the redistricting process. |
| 84 | PDOC_006501 | Senator Jane Nelson | | | 9/10/2021 | Members of the Texas Senate | Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to members of the Senate regarding expected release of Census data. |
| 85 | PDOC_006504 | Senator Jane Nelson | | | 9/10/2021 | Members of the Texas Senate | Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to members of the Senate regarding expected release of Census data. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | PDOC_006522 | Senator Jane Nelson | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 87 | PDOC_006523 | Senator Jane Nelson | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 88 | PDOC_006524 | Senator Jane Nelson | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 89 | DOC_0356877 | Senator Paul Bettencourt | PDF | Texas Legislative Council | 12/30/2020 | | | | | Legislative; Attorney-Client | Legislative redistricting guide prepared by TLC, used in furtherance of considering redistricting legislation. |
| 90 | DOC_0356883 | Senator Paul Bettencourt | PDF | | 8/2/2019 | Paul Bettencourt | Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to Senator Bettencourt regarding legislative activity relating to redistricting. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | DOC_0356900 | Senator Paul Bettencourt | PDF | Ashley Brooks | 9/10/2021 | Members of the Texas Senate | Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to members of the Senate regarding expected release of Census data. |
| 92 | DOC_0356933 | Senator Paul Bettencourt | PDF | U.S. Census Bureau | 12/22/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 93 | DOC_0356936 | Senator Paul Bettencourt | PDF | | 10/1/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 94 | DOC_0356937 | Senator Paul Bettencourt | PDF | | 10/1/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 95 | DOC_0356938 | Senator Paul Bettencourt | PDF | | 1/7/2013 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | DOC_0356939 | Senator Paul Bettencourt | PDF | | 12/11/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 97 | DOC_0356940 | Senator Paul Bettencourt | PDF | | 12/12/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 98 | DOC_0356941 | Senator Paul Bettencourt | PDF | | 12/11/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 99 | DOC_0356942 | Senator Paul Bettencourt | PDF | | 12/11/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 100 | DOC_0356947 | Senator Paul Bettencourt | PDF | Nancy Watkins | 10/28/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | DOC_0356950 | Senator Paul Bettencourt | JPG | | 9/23/2021 | Lois Kolkhorst | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 102 | DOC_0356951 | Senator Paul Bettencourt | JPG | | 9/23/2021 | Cecil Bell | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 103 | DOC_0356952 | Senator Paul Bettencourt | JPG | | | Marc Salvato | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 104 | DOC_0356953 | Senator Paul Bettencourt | JPG | | | Marc Salvato | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 105 | DOC_0356954 | Senator Paul Bettencourt | JPG | | 9/27/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|------|--------|----------------------|----|----|----|----|-----------------|-------------|
| 106 | DOC_0356955 | Senator Paul Bettencourt | JPG | | 9/27/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 107 | DOC_0356956 | Senator Paul Bettencourt | JPG | | 9/28/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 108 | DOC_0356957 | Senator Paul Bettencourt | JPG | | 9/28/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 109 | DOC_0356958 | Senator Paul Bettencourt | JPG | | 9/28/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 110 | DOC_0356959 | Senator Paul Bettencourt | JPG | | 10/1/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | DOC_0356961 | Senator Paul Bettencourt | XLSX | Bryan Dunaway | 9/8/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 112 | DOC_0356962 | Senator Paul Bettencourt | XLSX | Bryan Dunaway | 9/8/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 113 | DOC_0356963 | Senator Paul Bettencourt | XLSX | Bryan Dunaway | 9/8/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 114 | DOC_0356966 | Senator Paul Bettencourt | PDF | U.S. Census Bureau | 12/24/2020 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 115 | DOC_0356967 | Senator Paul Bettencourt | PDF | | 12/12/2020 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | DOC_0356968 | Senator Paul Bettencourt | DOCX | Sean Opperman | 9/24/2021 | | | | | Legislative | Typed notes from senate redistricting committee hearing. |
| 117 | DOC_0356970 | Senator Paul Bettencourt | DOCX | Sean Opperman | 9/25/2021 | | | | | Legislative | Typed notes from senate redistricting committee hearing. |
| 118 | DOC_0356971 | Senator Paul Bettencourt | JPG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 119 | DOC_0356972 | Senator Paul Bettencourt | JPG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 120 | DOC_0356973 | Senator Paul Bettencourt | JPG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|-------|---------------|-----------|------|--------|---------------------|-----|------|-----|-----|-----------------|-------------|
| 121 | DOC_0356974 | Senator Paul Bettencourt | JPG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 122 | DOC_0356976 | Senator Paul Bettencourt | PDF | | 9/30/2021 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 123 | DOC_0356977 | Senator Paul Bettencourt | PDF | | 9/30/2021 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 124 | DOC_0356978 | Senator Paul Bettencourt | PDF | | 9/30/2021 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 125 | DOC_0356979 | Senator Paul Bettencourt | PDF | | 9/30/2021 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | DOC_0356980 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 127 | DOC_0356981 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 128 | DOC_0356982 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 129 | DOC_0356983 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 130 | DOC_0356984 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | DOC_0356985 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 132 | DOC_0356986 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 133 | DOC_0356987 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 134 | DOC_0356989 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 135 | DOC_0356990 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|------|--------|---------------------|-----|------|-----|-----|-----------------|-------------|
| 136 | DOC_0356991 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 137 | DOC_0356992 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 138 | DOC_0356993 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 139 | DOC_0356994 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 140 | DOC_0356995 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | DOC_0356996 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 142 | DOC_0356997 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 143 | DOC_0356998 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 144 | DOC_0356999 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 145 | DOC_0357000 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 146 | PDOC_004897 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 147 | PDOC_005258 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 148 | PDOC_005272 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 149 | PDOC_005278 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 150 | N/A | Senator Robert Nichols | | | | | | | | | Senator Nichols possesses a RedAppl account, and within that account there data files relating to draft electoral maps. These RedAppl files reveal his thoughts, opinions, and mental impressions on draft redistricting legislation in the course of the redistricting process. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | PDOC_005723 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 152 | PDOC_005921 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 153 | PDOC_006001 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 154 | PDOC_006010 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 155 | PDOC_006015 | Senator Robert Nichols | | | 1/21/2020 | Robert Nichols | Joan Huffman | | | Legislative | Confidential communication regarding upcoming Senate Redistricting Committee hearing, and request for input and assistance. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 156 | PDOC_006050 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 157 | PDOC_006058 | Senator Robert Nichols | | | 9/3/2021 | Robert Nichols | Joan Huffman | | | Legislative | Confidential communication regarding upcoming Senate Redistricting Committee hearing, and request for input and assistance. |
| 158 | PDOC_006061 | Senator Robert Nichols | | | 8/2/2019 | Robert Nichols | Joan Huffman | | | Legislative | Confidential communication regarding upcoming Senate Redistricting Committee hearing, and request for input and assistance. |
| 159 | PDOC_006065 | Senator Robert Nichols | | | 10/30/2019 | Joan Huffman | Beverly Powell | | | Legislative | Confidential communication regarding draft redistricting legislation and redisricting considerations. |

| Entry | Control Number | Custodian | File | Author | Date Created or Sent | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | PDOC_006125 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |