| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | DOC_0362808 | Representative Mike Schofield | | Brad Shields | 08/31/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 92 | DOC_0356933 | Senator Paul Bettencourt | PDF | U.S. Census Bureau | 12/22/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 111 | DOC_0356961 | Senator Paul Bettencourt | XLSX | Bryan Dunaway | 9/8/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 112 | DOC_0356962 | Senator Paul Bettencourt | XLSX | Bryan Dunaway | 9/8/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 113 | DOC_0356963 | Senator Paul Bettencourt | XLSX | Bryan Dunaway | 9/8/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 114 | DOC_0356966 | Senator Paul Bettencourt | PDF | U.S. Census Bureau | 12/24/2020 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |