| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | DOC_0356968 | Senator Paul Bettencourt | DOCX | Sean Opperman | 9/24/2021 | | | | | Legislative | Typed notes from senate redistricting committee hearing. |
| 117 | DOC_0356970 | Senator Paul Bettencourt | DOCX | Sean Opperman | 9/25/2021 | | | | | Legislative | Typed notes from senate redistricting committee hearing. |