Ex. M - Calendar Entries

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | DOC_0357128 | Senator Charles Perry | PDF | | 10/20/2020 | | | | | Legislative | Calendar entry for confidential meeting relating to draft redistricting legislation. |