| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | DOC_0362786 | Representative Mike Schofield | | Mike Schofield | 06/01/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 6 | DOC_0362787 | Representative Mike Schofield | | Mike Schofield | 06/01/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 17 | DOC_0362809 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 18 | DOC_0362810 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 19 | DOC_0362811 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 20 | DOC_0362812 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 21 | DOC_0362813 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 49 | PDOC_006715 | Representative Mike Schofield | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 86 | PDOC_006522 | Senator Jane Nelson | | | | | | | | legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 87 | PDOC_006523 | Senator Jane Nelson | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 88 | PDOC_006524 | Senator Jane Nelson | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 91 | DOC_0356900 | Senator Paul Bettencourt | PDF | Ashely Brooks | 9/10/2021 | Members of the Texas Senate | Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to members of the Senate regarding expected release of Census data. |
| 111 | DOC_0356961 | Senator Paul Bettencourt | XLSX | Bryan Dunaway | 9/8/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 112 | DOC_0356962 | Senator Paul Bettencourt | XLSX | Bryan Dunaway | 9/8/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 113 | DOC_0356963 | Senator Paul Bettencourt | XLSX | Bryan Dunaway | 9/8/2021 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 114 | DOC_0356966 | Senator Paul Bettencourt | PDF | U.S. Census Bureau | 12/24/2020 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 115 | DOC_0356967 | Senator Paul Bettencourt | PDF | | 12/12/2020 | | | | | Legislative | Confidential data used in furtherance of considering draft redistricting legislation. |
| 147 | PDOC_005258 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 148 | PDOC_005272 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 149 | PDOC_005278 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |