| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | DOC_0362788 | Representative Mike Schofield | | | 09/22/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 8 | DOC_0362789 | Representative Mike Schofield | | | 09/22/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 9 | DOC_0362790 | Representative Mike Schofield | | | 09/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 10 | DOC_0362791 | Representative Mike Schofield | | | 09/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 11 | DOC_0362792 | Representative Mike Schofield | | | 09/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 12 | DOC_0362793 | Representative Mike Schofield | | | 06/10/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 13 | DOC_0362799 | Representative Mike Schofield | | | 06/16/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 14 | DOC_0362800 | Representative Mike Schofield | | | 06/16/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 15 | DOC_0362806 | Representative Mike Schofield | | | 09/20/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 17 | DOC_0362809 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 18 | DOC_0362810 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 19 | DOC_0362811 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 20 | DOC_0362812 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 21 | DOC 0362813 | Representative Mike Schofield | | | 10/06/2021 | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 22 | DOC_0362817 | Representative Mike Schofield | | | 10/05/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 23 | DOC_0362818 | Representative Mike Schofield | | | 10/05/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 25 | DOC_0362821 | Representative Mike Schofield | | | 09/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 26 | DOC_0362822 | Representative Mike Schofield | | | 09/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 27 | DOC_0362823 | Representative Mike Schofield | | | 09/30/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 28 | DOC_0362824 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | DOC_0362825 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 30 | DOC_0362826 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 31 | DOC_0362827 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 32 | DOC_0362828 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 33 | DOC_0362829 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 34 | DOC_0362830 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 35 | DOC_0362831 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 36 | DOC_0362832 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 37 | DOC_0362833 | Representative Mike Schofield | | | 10/14/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 39 | PDOC_006573 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 40 | PDOC_006574 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 41 | PDOC_006575 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 42 | PDOC_006577 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 43 | PDOC_006578 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 44 | PDOC_006579 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 45 | PDOC_006580 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 46 | PDOC_006586 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 49 | PDOC_006715 | Representative Mike Schofield | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 50 | PDOC_006724 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 58 | PDOC_006739 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | PDOC_006748 | Representative Mike Schofield | | | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 66 | DOC_0357061 | Senator Brian Birdwell | PDF | | 11/13/2020 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 81 | PDOC_004880 | Senator Charles Perry | | Matthew Dowling | | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 86 | PDOC_006522 | Senator Jane Nelson | | | | | | | | legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 87 | PDOC_006523 | Senator Jane Nelson | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 88 | PDOC_006524 | Senator Jane Nelson | | | | | | | | Legislative | Data from confidential draft electoral map used in furtherance of considering draft redistricting legislation. |
| 92 | DOC_0356933 | Senator Paul Bettencourt | PDF | U.S. Census Bureau | 12/22/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 93 | DOC_0356936 | Senator Paul Bettencourt | PDF | | 10/1/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 94 | DOC_0356937 | Senator Paul Bettencourt | PDF | | 10/1/2021 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 95 | DOC_0356938 | Senator Paul Bettencourt | PDF | | 1/7/2013 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 96 | DOC_0356939 | Senator Paul Bettencourt | PDF | | 12/11/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 97 | DOC_0356940 | Senator Paul Bettencourt | PDF | | 12/12/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 98 | DOC_0356941 | Senator Paul Bettencourt | PDF | | 12/11/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 99 | DOC_0356942 | Senator Paul Bettencourt | PDF | | 12/11/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 100 | DOC_0356947 | Senator Paul Bettencourt | PDF | Nancy Watkins | 10/28/2020 | | | | | Legislative | Confidential draft electoral map, used in furtherance of considering redistricting legislation. |
| 118 | DOC_0356971 | Senator Paul Bettencourt | JPG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 119 | DOC_0356972 | Senator Paul Bettencourt | JPG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 120 | DOC_0356973 | Senator Paul Bettencourt | JPG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 121 | DOC_0356974 | Senator Paul Bettencourt | JPG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 122 | DOC_0356976 | Senator Paul Bettencourt | PDF | | 9/30/2021 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 123 | DOC_0356977 | Senator Paul Bettencourt | PDF | | 9/30/2021 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 124 | DOC_0356978 | Senator Paul Bettencourt | PDF | | 9/30/2021 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 125 | DOC_0356979 | Senator Paul Bettencourt | PDF | | 9/30/2021 | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 126 | DOC_0356980 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 127 | DOC_0356981 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 128 | DOC_0356982 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 129 | DOC_0356983 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 130 | DOC_0356984 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 131 | DOC_0356985 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 132 | DOC_0356986 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 133 | DOC_0356987 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 134 | DOC_0356989 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 135 | DOC_0356990 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 136 | DOC_0356991 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 137 | DOC_0356992 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 138 | DOC_0356993 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 139 | DOC_0356994 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 140 | DOC_0356995 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 141 | DOC_0356996 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | DOC_0356997 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 143 | DOC_0356998 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 144 | DOC_0356999 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 145 | DOC_0357000 | Senator Paul Bettencourt | PNG | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 146 | PDOC_004897 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential draft electoral maps, used in furtherance of considering redistricting legislation. |
| 147 | PDOC_005258 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 148 | PDOC_005272 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |
| 149 | PDOC_005278 | Senator Paul Bettencourt | | | | | | | | Legislative | Confidential comparison of draft electoral maps, used in furtherance of considering redistricting legislation. |