Ex. P - Internal Notes

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOC_0362782 | Representative Mike Schofield | | Mike Schofield | 6/16/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 3 | DOC_0362784 | Representative Mike Schofield | | Mike Schofield | 07/14/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 4 | DOC_0362785 | Representative Mike Schofield | | Mike Schofield | 9/27/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 16 | DOC_0362808 | Representative Mike Schofield | | Brad Shields | 08/31/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 24 | DOC_0362820 | Representative Mike Schofield | | Mike Schofield | 09/30/2021 | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 51 | PDOC_006725 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 52 | PDOC_006726 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 53 | PDOC_006729 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 54 | PDOC_006730 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 55 | PDOC_006731 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 57 | PDOC_006738 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 60 | PDOC_006747 | Representative Mike Schofield | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 80 | DOC_0357471 | Senator Charles Perry | PDF | Matthew Dowling | 01/21/2021 | | | | | Legislative | Internal notes regarding senate redistricting committee hearing procedural protocols. |
| 151 | PDOC_005723 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 152 | PDOC_005921 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 153 | PDOC_006001 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 154 | PDOC_006010 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 156 | PDOC_006050 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |
| 160 | PDOC_006125 | Senator Robert Nichols | | | | | | | | Legislative | Confidential internal notes on draft redistricting legislation, used in furtherance of considering redistricting legislation. |