| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | DOC_0357048 | Senator Brian Birdwell | PDF | | 1/20/2021 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding upcoming senate redistricting committee hearings. |
| 63 | DOC_0357052 | Senator Brian Birdwell | PDF | | 10/06/2021 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding draft statements relating to legislative redistricting process. |
| 64 | DOC_0357054 | Senator Brian Birdwell | PDF | | 09/13/2021 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding upcoming senate redistricting committee hearings. |
| 65 | DOC_0357055 | Senator Brian Birdwell | PDF | | 05/18/2022 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding upcoming meeting with Senator Huffman relating to draft redistricting legislation. |
| 67 | DOC_0357062 | Senator Brian Birdwell | PDF | | 10/20/2020 | Brian Birdwell | Anna Barnett | | | Legislative | Confidential communication from Anna Barnett (Sen. Birdwell chief of staff) to Senator Birdwell regarding upcoming senate redistricting committee hearings. |
| 68 | DOC_0362861 | Senator Bryan Hughes | | | 10/07/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 69 | DOC_0362862 | Senator Bryan Hughes | | | 10/08/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 70 | DOC_0362863 | Senator Bryan Hughes | | | 10/08/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 71 | DOC_0362864 | Senator Bryan Hughes | | | 10/08/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 72 | DOC_0362865 | Senator Bryan Hughes | | | 10/08/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 73 | DOC_0362866 | Senator Bryan Hughes | | | 10/08/2021 | | | | | Legislative | Confidential communication between Senator Hughes and his staff regarding draft redistricting legislation for congressional districts. |
| 77 | DOC_0357212 | Senator Charles Perry | MSG | | 10/20/2021 | Charles Perry; Rob Callan | Matthew Dowling | | | Legislative | Confidential communication between Senator Perry and his staff regarding draft statements relating to legislative redistricting process. |
| 78 | DOC_0357214 | Senator Charles Perry | MSG | | 10/25/2021 | Charles Perry | Matthew Dowling | | | Legislative | Confidential communication between Senator Perry and his staff regarding draft statements relating to legislative redistricting process. |
| 79 | DOC_0357338 | Senator Charles Perry | MSG | | 10/25/2021 | Matthew Dowling | Charles Perry | | | Legislative | Confidential communication between Senator Perry and his staff regarding draft statements relating to legislative redistricting process. |
| 84 | PDOC_006501 | Senator Jane Nelson | | | 9/10/2021 | Members of the Texas Senate | Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to members of the Senate regarding expected release of Census data. |
| 85 | PDOC_006504 | Senator Jane Nelson | | | 9/10/2021 | Members of the Texas Senate | Joan Huffman | | | legislative | Confidential communication from Senator Huffman to members of the Senate regarding expected release of Census data. |
| 90 | DOC_0356883 | Senator Paul Bettencourt | PDF | | 8/2/2019 | Paul Bettencourt | Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to Senator Bettencourt regarding legislative activity relating to redistricting. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | DOC_0356900 | Senator Paul Bettencourt | PDF | Ashely Brooks | 9/10/2021 | Members of the Texas Senate | Joan Huffman | | | Legislative | Confidential communication from Senator Huffman to members of the Senate regarding expected release of Census data. |
| 101 | DOC_0356950 | Senator Paul Bettencourt | JPG | | 9/23/2021 | Lois Kolkhorst | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 102 | DOC_0356951 | Senator Paul Bettencourt | JPG | | 9/23/2021 | Cecil Bell | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 103 | DOC_0356952 | Senator Paul Bettencourt | JPG | | | Marc Salvato | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 104 | DOC_0356953 | Senator Paul Bettencourt | JPG | | | Marc Salvato | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 105 | DOC_0356954 | Senator Paul Bettencourt | JPG | | 9/27/2021 | Brendon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 106 | DOC_0356955 | Senator Paul Bettencourt | JPG | | 9/27/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 107 | DOC_0356956 | Senator Paul Bettencourt | JPG | | 9/28/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 108 | DOC_0356957 | Senator Paul Bettencourt | JPG | | 9/28/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 109 | DOC_0356958 | Senator Paul Bettencourt | JPG | | 9/28/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 110 | DOC_0356959 | Senator Paul Bettencourt | JPG | | 10/1/2021 | Brandon Creighton | Paul Bettencourt | | | Legislative | Confidential communication regarding draft redistricting legislation. |
| 155 | PDOC_006015 | Senator Robert Nichols | | | 01/21/2020 | Robert Nichols | Joan Huffman | | | Legislative | Confidential communication regarding upcoming Senate Redistricting Committee hearing, and request for input and assistance. |
| 157 | PDOC_006058 | Senator Robert Nichols | | | 09/03/2021 | Robert Nichols | Joan Huffman | | | Legislative | Confidential communication regarding upcoming Senate Redistricting Committee hearing, and request for input and assistance. |
| 158 | PDOC_006061 | Senator Robert Nichols | | | 08/02/2019 | Robert Nichols | Joan Huffman | | | Legislative | Confidential communication regarding upcoming Senate Redistricting Committee hearing, and request for input and assistance. |
| 159 | PDOC_006065 | Senator Robert Nichols | | | 10/30/2019 | Joan Huffman | Beverly Powell | | | Legislative | Confidential communication regarding draft redistricting legislation and redistricting considerations. |