| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | DOC_0357212 | Senator Charles Perry | MSG | | 10/20/2021 | Charles Perry; Rob Callan | Matthew Dowling | | | Legislative | Confidential communication between Senator Perry and his staff regarding draft statements relating to legislative redistricting process. |
| 78 | DOC_0357214 | Senator Charles Perry | MSG | | 10/25/2021 | Charles Perry | Matthew Dowling | | | Legislative | Confidential communication between Senator Perry and his staff regarding draft statements relating to legislative redistricting process. |
| 79 | DOC_0357338 | Senator Charles Perry | MSG | | 10/25/2021 | Matthew Dowling | Charles Perry | | | Legislative | Confidential communication between Senator Perry and his staff regarding draft statements relating to legislative redistricting process. |