IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action:  Lead Case] |

**LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE STATE OF TEXAS**

Pursuant to Local Rule CV-7(C)(2), LULAC Plaintiffs move for leave to file a brief in excess of five pages above the page limit—for up to fifteen pages—in support of their Motion to Compel Production of Documents by the State of Texas.  A proposed order is attached hereto, along with LULAC Plaintiffs' proposed motion and related exhibits.

LULAC Plaintiffs seek leave to exceed the page limit in order to set forth fully the factual and legal bases of their motion.  Granting this motion will not prejudice any party.  Counsel for the State does not oppose this motion.

## CONCLUSION

For the foregoing reasons, LILAC Plaintiffs respectfully request that the Court grant this motion.

DATED: August 16, 2022                                *s/ Nina Perales*

Nina Perales
Texas Bar No. 24005046
Fátima Menendez
Texas Bar No. 24090260
Kenneth Parreno*
Massachusetts Bar No. 705747
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

*Admitted *pro hac vice*

*ATTORNEYS FOR LULAC PLAINTIFFS*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on August 16, 2022, counsel for LULAC Plaintiffs emailed counsel for the State regarding the instant motion. Counsel for the State does not oppose this motion.

*/s/ Nina Perales*
Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 16th day of August 2022.

*/s/ Nina Perales*
Nina Perales