# LULAC v. Abbott, No. 3:21-cv-259 (Redistricting) - Objections & Responses to LULAC's 1st RFPs to Texas

Ari Herbert <Ari.Herbert@oag.texas.gov>

Thu 6/16/2022 5:38 PM

To: Nina Perales <nperales@MALDEF.org>; Samantha Serna <sserna@MALDEF.org>; Fatima Menendez <fmenendez@MALDEF.org>; Kenneth Parreno <Kparreno@MALDEF.org>;

Cc: Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Aaron Barnes <Aaron.Barnes@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>;

1 attachment

O&Rs - LULAC - 1st RFPs to Texas.pdf;

Counsel,

Attached are Defendants' objections and responses to the LULAC Plaintiffs' first request for production to Defendant the State of Texas. Having completed a thorough review, Defendants do not currently have any documents from the Office of the Attorney General that are non-privileged and responsive to the LULAC Plaintiffs' requests. To the extent responsive documents are later identified, Defendants will supplement their responses and productions. Defendants will provide a privilege log for any responsive documents withheld based on privilege assertions.

Sincerely,

**Ari M. Herbert**
Assistant Attorney General
Special Litigation Unit
OFFICE OF THE ATTORNEY GENERAL
(512) 936-1817 (office)
(512) 715-1255 (mobile)
ari.herbert@oag.texas.gov

*This message may be confidential or privileged under Government Code sections 552.101, 552.103, 552.107, and 552.111 and should not be disclosed without the express authorization of the Attorney General.*

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.