# LULAC v. Abbott, No. 3:21-cv-259 (Redistricting) - LULAC RFPs

Ari Herbert <Ari.Herbert@oag.texas.gov>

Wed 7/20/2022 7:14 PM

To: Nina Perales <nperales@MALDEF.org>; Kenneth Parreno <Kparreno@MALDEF.org>; Fatima Menendez <fmenendez@MALDEF.org>; Julia Longoria <Jlongoria@MALDEF.org>;

Cc: Patrick Sweeten <Patrick.Sweeten@oag.texas.gov>; Will Thompson <Will.Thompson@oag.texas.gov>; Munera Al-Fuhaid <Munera.Al-Fuhaid@oag.texas.gov>; Jack DiSorbo <Jack.DiSorbo@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Courtney Corbello <Courtney.Corbello@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Elizabeth Saunders <Elizabeth.Saunders@oag.texas.gov>; Jessica Yvarra <Jessica.Yvarra@oag.texas.gov>;

2 attachments

OAG Privilege Log - 20220720.pdf; OAG Privilege Log - 20220720 (Melissa Mather).pdf;

Counsel,

Please see the two attached privilege logs. The first privilege log is in connection to documents in the custody of the Office of the Attorney General that are being withheld, with relation to LULAC's RFPs to the State of Texas. This first privilege log concerns documents relating to the Office of the Attorney General's representation of Senator Huffman in connection with the redistricting litigation. And the second privilege log is for documents in the custody of Assistant Attorney General Melissa Mather that are being withheld in connection with the LULAC RFPs to the State of Texas. We understand that Senator Carol Alvarado requested representation from OAG in connection with the redistricting legislation, and she further requested that this representation be separate from that being provided to other members of the Legislature. The OAG attorney assigned to represent Senator Alvarado is Ms. Mather, who searched her documents for materials responsive to the LULAC RFPs and prepared the second attached privilege log.

Sincerely,

**Ari M. Herbert**
Assistant Attorney General
Special Litigation Unit
OFFICE OF THE ATTORNEY GENERAL
(512) 936-1817 (office)
(512) 717-1255 (mobile)
ari.herbert@oag.texas.gov

*This message may be confidential or privileged under Government Code sections 552.101, 552.103, 552.107, and 552.111 and should not be disclosed without the express authorization of the Attorney General.*