Ex. L - Waiver of Legislative Privilege

| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOC_0360809 | DOCX | Texas Office of the Attorney General | Anna Mackin (attorney) | | 9/29/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |
| 2 | DOC_0360810 | DOCX | Texas Office of the Attorney General | Anna Mackin (attorney) | | 9/24/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |
| 3 | DOC_0360811 | DOCX | Texas Office of the Attorney General | Sean Opperman (attorney) | | 10/18/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |
| 4 | DOC_0360812 | DOCX | Texas Office of the Attorney General | Anna Mackin (attorney) | | 10/3/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |
| 5 | DOC_0360813 | DOCX | Texas Office of the Attorney General | Sean Opperman (attorney) | | 10/3/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |
| 799 | DOC_0362231 | MSG | Texas Office of the Attorney General | | 10/17/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points on conference committee report, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 800 | DOC_0362256 | MSG | Texas Office of the Attorney General | | 10/13/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on draft U.S. House map, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 801 | DOC_0362266 | MSG | Texas Office of the Attorney General | | | 10/7/2021 | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached floor amendment talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 802 | DOC_0362334 | MSG | Texas Office of the Attorney General | | | 10/6/2021 | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 803 | DOC_0362338 | MSG | Texas Office of the Attorney General | | | 10/6/2021 | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 804 | DOC_0362355 | MSG | Texas Office of the Attorney General | | | 10/3/2021 | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached floor amendment talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 805 | DOC_0362376 | MSG | Texas Office of the Attorney General | | | 10/2/2021 | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached analysis of redistricting legislation, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 806 | DOC_0362423 | MSG | Texas Office of the Attorney General | | | 10/2/2021 | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached analysis of redistricting legislation used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 807 | DOC_0362428 | MSG | Texas Office of the Attorney General | | | 10/2/2021 | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached committee amendment talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 808 | DOC_0362442 | MSG | Texas Office of the Attorney General | | | 9/29/2021 | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 809 | DOC_0362516 | MSG | Texas Office of the Attorney General | | 9/24/2021 | | Anna Mackin (attorney) | Christopher Hilton (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Chris Hilton to Anna Mackin offering legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 810 | DOC_0362542 | MSG | Texas Office of the Attorney General | | 9/23/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |

Ex. L - Waiver of Legislative Privilege

| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|----------------|-----------|-----------|-----------|--------------|-----|------|-----|-----|-----------------|-------------|
| 811 | DOC_0362693 | MSG | Texas Office of the Attorney General | | 9/9/2021 | | Jared May | David Falk | Geoff Foxcroft; Christopher Hilton (attorney) | | Attorney Client; Work Product; Legislative | Confidential communications, at the direction of attorney Chris Hilton, between in-house OAG consulting experts and Texas Legislative Council for the purpose of preparing confidential statistical analyses of draft redistricting legislation for attorney Chris Hilton, and for the purpose of facilitating the rendition of legal advice. |
| 812 | DOC_0362747 | MSG | Texas Office of the Attorney General | | 9/7/2021 | | David Falk | Jared May | Joshua Zahn; Todd Giberson | | Attorney Client; Work Product; Legislative | Confidential communications, at the direction of attorney Chris Hilton, between in-house OAG consulting experts and Texas Legislative Council for the purpose of preparing confidential statistical analyses of draft redistricting legislation for attorney Chris Hilton, and for the purpose of facilitating the rendition of legal advice. |