| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | DOC_0360946 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed Congressional districts in Plan LTG2C2006. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan LTG2C2006 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 23 | DOC_0360957 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan LTG2C2010. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan LTG2C2010 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 32 | DOC_0360966 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in SBOE Plan LTG2E2002. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan LTG2E2002 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 49 | DOC_0360983 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan MUSTC2002. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan MUSTC2002 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 61 | DOC_0360995 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan MUSTC2001. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan MUSTC2001 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 72 | DOC_0361007 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Senatorial Plan S2103. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan S2103 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 79 | DOC_0361014 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan SALTC0001. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SALTC0001 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 89 | DOC_0361026 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan SALTC0002. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SALTC0002 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |

| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | DOC_0361038 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan SALTC0003. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SALTC0003 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 122 | DOC_0361063 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan SALTC3003. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SALTC3003 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 132 | DOC_0361074 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan SRC3C2004. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SRC3C2004 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 146 | DOC_0361089 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan SRC3C2008. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SRC3C2008 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 186 | DOC_0361129 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in SBOE Plan SRC3E2001. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SRC3E3001 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 197 | DOC_0361140 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in SBOE Plan SRC3E2002. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SRC3E2002 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 209 | DOC_0361152 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in SBOE Plan SRC3E2001 v.2. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SRC3E2001 v.2 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 221 | DOC_0361164 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Senatorial Plan SRC3S2014. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SRC3S2014 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |

| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 231 | DOC_0361174 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Senatorial Plan SRC3S2014 v.2. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan SRC3S2014 v.2 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 244 | DOC_0361188 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan USB1C0001. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan USB1C0001 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 254 | DOC_0361199 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan USB1C0002. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan USB1C0002 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 264 | DOC_0361209 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan USB1C0003. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan USB1C0003 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 275 | DOC_0361220 | JPG | Texas Office of the Attorney General | Todd Giberson | | | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft map of proposed districts in Congressional Plan USB1C0004. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan USB1C0004 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The map was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of the Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 800 | DOC_0362256 | MSG | Texas Office of the Attorney General | | 10/13/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached draft U.S. House map, used in furtherance of ensuring legal compliance of draft redistricting legislation. |