| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 721 | DOC_0361681 | PDF | Texas Office of the Attorney General | | | 10/19/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential statistical analysis of demographics regarding House Plans H2100 and H2316. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of H2100 and H2316 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The analysis was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 722 | DOC_0361682 | PDF | Texas Office of the Attorney General | | | 10/19/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential statistical analysis of voting behavior regarding Plan H2316. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan H2316 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The analysis was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 723 | DOC_0361683 | PDF | Texas Office of the Attorney General | | | 10/19/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential statistical analysis of voting behavior regarding House Plan H2316. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan H2316 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The analysis was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 724 | DOC_0361684 | PDF | Texas Office of the Attorney General | | | 10/19/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential statistical analysis of demographics regarding House Plan H2316. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan H2316 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The analysis was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 726 | DOC_0361686 | PDF | Texas Office of the Attorney General | | | 10/19/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential statistical analysis of demographics regarding House Plan H2316. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan H2316 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The analysis was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 727 | DOC_0361687 | PDF | Texas Office of the Attorney General | | | 10/19/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential statistical analysis of demographics regarding House Plan H2316. Prepared internally by in-house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan H2316 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The analysis was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of Attorney General, not even the client. Also prepared in anticipation of litigation. |

| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 729 | DOC_0361689 | PDF | Texas Office of the Attorney General | | | 10/19/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential statistical analysis of voting behavior regarding House Plan H2316. Prepared internally by in- house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan H2316 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The analysis was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of Attorney General, not even the client. Also prepared in anticipation of litigation. |
| 725 | DOC_0361685 | PDF | Texas Office of the Attorney General | | | 10/20/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential statistical analysis of demographics regarding House Plan H2316. Prepared internally by in- house OAG consulting experts at the direction, under the supervision, and for the sole use of attorney Chris Hilton. Custom generated for the purpose and use of attorney Chris Hilton to form mental impressions regarding the legal compliance of Plan H2316 to assist in providing legal assistance and advice to Senator Huffman regarding redistricting legislation. This legal advice was used in furtherance of Senator Huffman's legislative duties to formulate, consider, and pass redistricting legislation. The analysis was provided directly by staff to attorney Chris Hilton and to no other person within or outside of the Office of Attorney General, not even the client. Also prepared in anticipation of litigation. |