| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 799 | DOC_0362231 | MSG | Texas Office of the Attorney General | | 10/17/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points on conference committee report, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 801 | DOC_0362266 | MSG | Texas Office of the Attorney General | | 10/7/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached floor amendment talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 802 | DOC_0362334 | MSG | Texas Office of the Attorney General | | 10/6/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 803 | DOC_0362338 | MSG | Texas Office of the Attorney General | | 10/6/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 804 | DOC_0362355 | MSG | Texas Office of the Attorney General | | 10/3/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached floor amendment talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 807 | DOC_0362428 | MSG | Texas Office of the Attorney General | | 10/2/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached committee amendment talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 808 | DOC_0362442 | MSG | Texas Office of the Attorney General | | 9/29/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 809 | DOC_0362516 | MSG | Texas Office of the Attorney General | | 9/24/2021 | | Anna Mackin (attorney) | Christopher Hilton (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Chris Hilton to Anna Mackin offering legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |
| 810 | DOC_0362542 | MSG | Texas Office of the Attorney General | | 9/23/2021 | | Christopher Hilton (attorney) | Anna Mackin (attorney) | | | Attorney Client; Work Product; Legislative | Confidential attorney–client email communication from Anna Mackin to Chris Hilton requesting legal advice on attached talking points, used in furtherance of ensuring legal compliance of draft redistricting legislation. |