| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOC_0360809 | DOCX | Texas Office of the Attorney General | Anna Mackin (attorney) | | 9/29/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |
| 2 | DOC_0360810 | DOCX | Texas Office of the Attorney General | Anna Mackin (attorney) | | 9/24/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |
| 3 | DOC_0360811 | DOCX | Texas Office of the Attorney General | Sean Opperman (attorney) | | 10/18/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |
| 4 | DOC_0360812 | DOCX | Texas Office of the Attorney General | Anna Mackin (attorney) | | 10/3/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |
| 5 | DOC_0360813 | DOCX | Texas Office of the Attorney General | Sean Opperman (attorney) | | 10/3/2021 | | | | | Attorney Client; Work Product; Legislative Privilege | Confidential draft document regarding congressional redistricting, containing legal advice in the form of comments and proposed or suggested edits, and provided by Chris Hilton to Anna Mackin for the purpose of providing legal advice and assisting with legal compliance on draft redistricting legislation. Also prepared in anticipation of litigation. |