| Entry | Control Number | File Extension | Custodian | Author(s) | Date Sent | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 811 | DOC_0362693 | MSG | Texas Office of the Attorney General | | 9/9/2021 | | Jared May | David Falk | Geoff Foxcroft; Christopher Hilton (attorney) | | Attorney Client; Work Product; Legislative | Confidential communications, at the direction of attorney Chris Hilton, between in-house OAG consulting experts and Texas Legislative Council for the purpose of preparing confidential statistical analyses of draft redistricting legislation for attorney Chris Hilton, and for the purpose of facilitating the rendition of legal advice. |
| 812 | DOC_0362747 | MSG | Texas Office of the Attorney General | | 9/7/2021 | | David Falk | Jared May | Joshua Zahn; Todd Giberson | | Attorney Client; Work Product; Legislative | Confidential communications, at the direction of attorney Chris Hilton, between in-house OAG consulting experts and Texas Legislative Council for the purpose of preparing confidential statistical analyses of draft redistricting legislation for attorney Chris Hilton, and for the purpose of facilitating the rendition of legal advice. |