**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § § | |
| *Plaintiffs,* | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | No. 3:21-cv-259 |
| *Plaintiff-Intervenors,* | § § | [Lead case] |
| v. | § § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |
| TREY MARTINEZ FISCHER, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:21-cv-306 |
| | § § | [Consolidated case] |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § | |

## UNOPPOSED MOTION TO EXTEND

Representative Trey Martinez Fischer's second amended complaint was docketed by the clerk on August 3rd, 2022. ECF 504. By rule, Defendants' deadline to respond to that amended pleading is August 17th, 2022. Fed. R. Civ. P. 15(a)(3). In light of the high volume of ongoing discovery, including many fact and expert witness depositions, Defendants respectfully request that the deadline referenced above be extended to August 31st, 2022. On conferral, counsel for Representative Martinez Fischer indicated that he agrees to the relief sought here.

Date: August 17, 2022                    Respectfully Submitted.

KEN PAXTON                               */s/ Patrick K. Sweeten*
Attorney General of Texas                PATRICK K. SWEETEN

Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

BRENT WEBSTER
First Assistant Attorney General

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

*/s/ Jack DiSorbo*
JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Representative Martinez Fischer regarding the subject of this motion. Counsel indicated they do not oppose the instant motion.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack DiSorbo*
JACK B. DISORBO

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 17, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack DiSorbo*
JACK B. DISORBO

2