IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | No. 3:21-cv-259 |
| *Plaintiff-Intervenors*, | § § § | [Lead case] |
| v. | § § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |
| TREY MARTINEZ FISCHER, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:21-cv-306 [Consolidated case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is Defendants' unopposed motion to extend as to Representative Trey Martinez Fischer's second amended complaint. That motion is granted.

**IT IS THEREFORE ORDERED THAT**:

The unopposed motion to extend is **GRANTED**.

Defendants **SHALL FILE** a response to Representative Trey Martinez Fischer's second amended complaint, ECF 504, by no later than August 31st, 2022.

1

**So ORDERED and SIGNED on this \_\_ day of August, 2022.**

                                        _____
                                        **David C. Guaderrama,**
                                        **United States District Judge Western District of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |