IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>*Plaintiffs,* <br><br>EDDIE BERNICE JOHNSON, *et al.*, <br><br>*Plaintiff-Intervenors,* <br><br>v. <br><br>GREG ABBOTT, *et al.*, <br><br>*Defendants.* | § § § § § § § § § § § § § § § § | No. 3:21-cv-259 <br> [Lead case] |

**UNOPPOSED MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE**

LULAC Plaintiffs move to enforce compliance with subpoenas *duces tecum* issued to Representative Mike Schofield, Senator Bryan Hughes, Senator Paul Bettencourt, Senator Donna Campbell, Senator Jane Nelson, Senator Brian Birdwell, Senator Charles Perry, and Senator Robert Nichols (the "Legislators"). ECF 540. In light of the Fifth Circuit's order staying this Court's July 25, 2022 order enforcing the United States' subpoenas (ECF 467), *see* Order, *LULAC v. Patrick*, No. 22-50662 (5th Cir. July 27, 2022), the Legislators and LULAC Plaintiffs have agreed to hold in abeyance any briefing related to LULAC Plaintiffs' motion to enforce. Under this agreement, the Legislators' response would be due four days after the earlier of: the Fifth Circuit's order lifting the stay of this Court's order (ECF 467) or the Fifth Circuit's ruling on the merits in *LULAC Texas v. Hughes*, No. 22-50435 (5th Cir.). And LULAC Plaintiffs' reply would be due seven days after the Legislators' response. Based on the foregoing, the Legislators respectfully requests that the Court hold the briefing schedule in abeyance.

1

| | |
|---|---|
| Date: August 17, 2022 | Respectfully Submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ *Patrick K. Sweeten*<br>PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | /s/ *Jack DiSorbo*<br>JACK B. DISORBO<br>Assistant Attorney General, Special Litigation Unit<br>Tex. State Bar No. 24120804 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>jack.disorbo@oag.texas.gov |
| | **COUNSEL FOR DEFENDANTS AND LEGISLATORS** |
| | TAYLOR A.R. MEEHAN<br>FRANK H. CHANG<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, Virginia 22209<br>(703) 243-9423<br>taylor@consovoymccarthy.com<br>frank@consovoymccarthy.com |
| | ADAM K. MORTARA<br>LAWFAIR LLC<br>125 South Wacker, Suite 300<br>Chicago, IL 60606<br>(773) 750-7154<br>mortara@lawfairllc.com |
| | **COUNSEL FOR REPRESENTATIVE SCHOFIELD** |

### CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for LULAC plaintiffs regarding the subject of this motion Counsel indicated they do not oppose the instant motion.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack DiSorbo*
JACK B. DISORBO

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 17, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack DiSorbo*
JACK B. DISORBO