# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § § | No. 3:21-cv-259 |
| *Plaintiff-Intervenors,* | § § | [Lead case] |
| v. | § § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § | |

## ORDER

The unopposed motion to hold the briefing schedule in abeyance on LULAC Plaintiffs' pending motion to enforce the subpoenas issued to Representative Mike Schofield, Senator Bryan Hughes, Senator Paul Bettencourt, Senator Donna Campbell, Senator Jane Nelson, Senator Brian Birdwell, Senator Charles Perry, and Senator Robert Nichols is **GRANTED**. The parties shall follow their agreement regarding when the briefing schedule resumes.

**So ORDERED and SIGNED on this \_\_ day of August, 2022.**

_____
**David C. Guaderrama,**
**United States District Judge Western District of Texas**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |

1