IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

### [PROPOSED] ORDER SETTING A JOINT STATUS CONFERENCE AND FINAL PRETRIAL CONFERENCE

Upon consideration of the United States' Motion to Set a Joint Status Conference and Final Pretrial Conference, and for good cause, the Motion is **GRANTED**. This case is **SET** for a joint status conference and final pretrial conference before the three-judge Court on _____, 2022, at _____ MST in Courtroom Number \_\_\_\_, United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

So **ORDERED** and **SIGNED** on this _____ day of _____ 2022.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals <br> Fifth Circuit | -and- | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |