**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**



| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | **EP-21-CV-00259-DCG-JES-JVB** **[Lead Case]** |
| *Plaintiff-Intervenors*, | § § | |
| v. | § § | **&** |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | **All Consolidated Cases** |
| *Defendants*. | § § | |

**ORDER**

The Court **GRANTS** the "United States' Unopposed Motion to Set a Joint Status Conference and Final Pretrial Conference" (ECF No. 552).

The Court **SETS** a status conference and final pretrial conference for **September 15, 2022 at 11:00 a.m.** in Courtroom Number 812, on the Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

In its Motion, the United States indicates that, in its estimation, the current trial setting may not be feasible. In view thereof, the Court **ORDERS** the parties to file a **JOINT BRIEF** regarding their positions on proceeding to trial as scheduled. If one or more of the parties believes that it is unlikely that the current schedule can be met, those parties shall propose alternative dates. The parties **SHALL FILE** their joint brief by **August 26, 2022**.

- 1 -

- 2 -

**So ORDERED and SIGNED this 22nd day of August 2022.**

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

**Jerry E. Smith**                                              **Jeffrey V. Brown**
**United States Circuit Judge**          *-and-*          **United States District Judge**
**U.S. Court of Appeals, Fifth Circuit**          **Southern District of Texas**

- 2 -