**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | §<br>§<br>§<br>§ | |
| *Plaintiffs*, | §<br>§ | Case No. 3:21-cv-00259<br>[Lead Case] |
| v. | §<br>§<br>§ | |
| GREG ABBOTT, *et al.*, | §<br>§ | |
| *Defendants*. | § | |
| UNITED STATES OF AMERICA, | §<br>§ | |
| *Plaintiff*, | §<br>§ | |
| v. | §<br>§ | Case No. 3:21-cv-299<br>[Consolidated Case] |
| STATE OF TEXAS, *et al.*, | §<br>§<br>§ | |
| *Defendants*. | §<br>§ | |

**AMENDED NOTICE OF APPEAL BY TEXAS LEGISLATORS
AND EMPLOYEES AS THIRD-PARTY MOVANTS**

On July 26th, 2022, third-party movants—Lieutenant Governor Dan Patrick, Representative Tom Craddick, Representative Ryan Guillen, Representative Todd Hunter, Representative Jacey Jetton, Representative Ken King, Representative Brooks Landgraf, Representative Geanie Morrison, Representative Andrew Murr, Senator Joan Huffman, Adam Foltz, Koy Kunkel, Anna Mackin, and Sean Opperman appealed the Court's Order Enforcing Third-Party Subpoenas, *see* ECF 467, to the United States Court of Appeals for the Fifth Circuit. *See also* ECF 351 (motion to enforce); ECF 479 (notice of appeal). *See LULAC v. Patrick*, Case No. 22-50662.

Third-Party Movants hereby amend their notice of appeal to add Representative Philip Cortez as an appellant.

.

Date: August 24, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

*/s/ Jack B. DiSorbo*
Jack B. DiSorbo
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Sqaure
8ᵗʰ Floor South PMB #706
Boston, MA 02109
Tel.: (703) 243-9423

Adam K. Mortara
LAWFAIR LLC
125 South Wacker, Suite 300
Chicago, IL 60606
Tel.: (773) 750-7154
mortara@lawfairllc.com

**COUNSEL FOR DEFENDANTS AND THIRD-PARTY MO-
VANTS**

J. Michael Connolly
Taylor A.R. Meehan
Frank H. Chang
Jeffrey S. Hetzel
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington. VA 22209
Tel.: (703) 243-9423
mike@consovoymccarthy.com
taylor@ consovoymccarthy.com
frank@ consovoymccarthy.com
jhetzel@ consovoymccarthy.com

**COUNSEL FOR THIRD-PARTY MOVANTS**

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2022, a true and accurate copy of the foregoing document was served via email to all counsel of record.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack B. DiSorbo*
Jack B. DiSorbo