UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, v. | § § § § | & |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants*. | § § | |

# NOTICE

    To assist the parties in presenting their joint brief by August 26, the Court wishes to clarify that both sides should assume that the trial will occur, as scheduled, on September 28. Trial preparation should move forward based on that strong assumption, although a main item for discussion at the September 15 pretrial conference will be whether the current trial setting is feasible. The three judges also wish to express their availability for the trial to proceed until as late as October 14 if the Court should determine that that is in the interest of a just resolution.

SIGNED this 24th day of August 2022.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | -and- | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |