IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |

**OPPOSITION TO MOTION TO EXTEND**

The United States and private plaintiffs moved to compel portions of the transcripts of legislator depositions. ECF 520; ECF 521; ECF 538; ECF 539. Originally, responses in opposition were due on August 15, 2022, and replies were due on August 26, 2022. *See* Local Rule 7.D.2. But the parties agreed to a four-day extension for a consolidated opposition and replies. This Court granted the unopposed motion to extend, setting the opposition date on August 19, 2022, and the reply date on August 26, 2022. *See* Text Order (Aug. 12, 2022 at 6:15 pm).

On August 23, private plaintiffs asked Defendants for an extension of their reply deadline to August 31, 2022, "[i]n light of other briefing deadlines" but without further elaboration. *See* Ex. A (Aug. 24, 2022 email exchange). Defendants asked if a three-day extension would suffice. *Id.* But private plaintiffs declined without explaining why an additional five days were necessary on top of the seven days they have under the Local Rules and the recently negotiated briefing schedule. *See* Local Rule 7.D.2. In their motion to extend, private plaintiffs explain that they intend to move to reopen Senator Huffman's deposition. ECF 562 at 2. Yet there is no deadline associated with that motion since this is a matter that private plaintiffs are taking up on their own initiative. Defendants respectfully ask that the Court grant the motion in part, setting the private plaintiffs' reply date as August 29, 2022.

| | |
|---|---|
| Date: August 25, 2022 | Respectfully submitted. |

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | /s/ Ari M. Herbert<br>ARI M. HERBERT<br>Special Counsel, Special Litigation Unit<br>Tex. State Bar No. 24126093 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>ari.herbert@oag.texas.gov |
| | **COUNSEL FOR DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 25, 2022, and that all counsel of record were served by CM/ECF.

/s/ Ari M. Herbert
ARI M. HERBERT