IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § § | Case No. 3:21-cv-00259 |
| *Plaintiff-Intervenors,* | § § | [Lead Case] |
| v. | § § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § | |

**ORDER**

Before the Court is Jack DiSorbo's unopposed motion to withdraw as counsel in this matter.

That motion is GRANTED. Mr. DiSorbo is WITHDRAWN from his representation in this case.

So ORDERED and SIGNED this 26th day of August 2022.

_____
David C. Guaderrama
United States District Judge

*And on behalf of:*

Jerry E. Smith                                                                                             Jeffrey V. Brown
United States Circuit Judge                    -and-                    United States District Judge
U.S. Court of Appeals, Fifth Circuit                                             Southern District of Texas