UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | **EP-21-CV-00259-DCG-JES-JVB** **[Lead Case]** |
| *Plaintiff-Intervenors*, v. | § § § | **&** |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § § | **All Consolidated Cases** |
| *Defendants*. | § | |

## ORDER

The Court has carefully considered the parties joint briefing regarding the feasibility of maintaining the current trial schedule. ECF No. 566. In light of the scheduling matters the parties discussed, the Court **VACATES** the final pretrial conference set for **September 15, 2022** as well as trial set for **September 28 – October 8, 2022**. The Court also **VACATES** the pretrial disclosure deadline set in the Scheduling Order. ECF No. 96 ¶ 8. The Court will later announce new dates.

So ORDERED and SIGNED this 30th day of August 2022.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | -and- | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |