IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>GREG ABBOTT, et al.,<br><br>           Defendants. | Civil Action No. 3:21-cv-259<br>(DCG-JES-JVB)<br>(consolidated cases) |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Please take note that David J. Kennedy hereby respectfully moves the Court to permit him to withdraw as counsel for the United States of America in the above-captioned case. Mr. Kennedy is an Assistant United States Attorney in the Southern District of New York. He was added to this case when the United States' motion to compel compliance with a subpoena was transferred from the Southern District of New York to this Court and consolidated with this case. The United States will continue to be represented by its other attorneys of record in this matter. Counsel for Defendants do not oppose this motion for withdrawal.

Date: August 30, 2022

                                                JOHNATHAN SMITH
                                                Acting Principal Deputy Assistant Attorney General
                                                Civil Rights Division

                                                REBECCA B. BOND
                                                Acting Deputy Assistant Attorney General
                                                Civil Rights Division

| | |
|---|---|
| */s/ David J. Kennedy* | */s/ Michelle Rupp* |
| DAVID J. KENNEDY | T. CHRISTIAN HERREN, JR. |
| U.S. Attorney's Office, SDNY | TIMOTHY F. MELLETT |
| 86 Chambers Street | DANIEL J. FREEMAN |
| New York, NY 10007 | JANIE ALLISON (JAYE) SITTON |
| Tel.: (212) 637-2200 | MICHELLE RUPP |
| Fax: (212) 637-2730 | JACKI L. ANDERSON |
| Email: david.kennedy2@usdoj.gov | JASMIN LOTT |
| | HOLLY F.B. BERLIN |
| | Attorneys, Voting Section |
| | Civil Rights Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue NW |
| | Washington, D.C. 20530 |
| | 202-305-0565 |
| | Michelle.Rupp@usdoj.gov |

## **CERTIFICATE OF SERVICE**

 I hereby certify that on August 30, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

               */s/ Michelle Rupp*
               Michelle Rupp
               Voting Section
               Civil Rights Division
               U.S. Department of Justice
               202-305-0565
               Michelle.Rupp@usdoj.gov