IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action:  Lead Case] |

**LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE STATE OF TEXAS**

LULAC Plaintiffs respectfully request a one-day extension of their deadline to file their reply in support of their Motion to Compel Production of Documents by the State of Texas, Dkt. 548, from August 31, 2022 to September 1, 2022.  Defendants do not oppose this motion.

LULAC Plaintiffs request an extension to ensure that they have sufficient time to assess and respond to Defendants' opposition brief.  Dkt. 561.  LULAC Plaintiffs do not seek an extension to delay these proceedings, and an extension will not prejudice Defendants.

For the foregoing reasons, LULAC Plaintiffs respectfully request that their unopposed motion be granted, and that their deadline to file their reply in support of their Motion to Compel Production of Documents by the State of Texas be extended to September 1, 2022.

Dated: August 31, 2022                                        Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Fátima Menendez

2

Kenneth Parreno
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382

*Counsel for LULAC Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 30, 2022, counsel for LULAC Plaintiffs conferred with counsel for Defendants regarding the instant motion. On August 31, 2022, counsel for Defendants indicated that they do not oppose the motion.

*/s/ Nina Perales*
Nina Perales

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 31st day of August 2022.

*/s/ Nina Perales*
Nina Perales

2