UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| League of United Latin American Citizens, et al., *Plaintiffs,* Eddie Bernice Johnson, *et al.*, *Plaintiff-Intervenors,* v. Greg Abbott, in his official capacity as Governor of the State of Texas, et al., *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:21-cv-259-DCG-JES-JVB [Lead Case] |
| United States of America, *Plaintiff,* v. State of Texas, *et al. Defendants.* | ) ) ) ) ) ) ) ) ) | No. 3:21-cv-299-DCG-JES [Consolidated Case] |

**NON-PARTIES TEXAS LEGISLATIVE COUNCIL AND JEFFREY ARCHER'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO COMPLETE THE DEPOSITION OF JEFFREY ARCHER**

Non-Parties Texas Legislative Council ("TLC") and Jeffrey Archer request an extension of their deadline to provide Mr. Archer for deposition pursuant to the Court's August 23, 2022 Order (Dkt. 557). The United States does not oppose this motion.

On August 23, 2022, the Court denied TLC and Mr. Archer's motion to quash the United States' deposition subpoena for Mr. Archer and denied the alternative motion for protective order, thereby allowing the United States to depose Mr. Archer in accordance with the procedures outlined in the Order. *Id.* at 12. The Court ordered the parties to agree on a mutually convenient date to proceed with the deposition, but ordered the deposition occur no later than 14-days after the issuance of the Order. *Id.*

Mr. Archer's deposition was scheduled September 6, 2022, within the 14-day timeframe ordered. However, counsel for Mr. Archer, Assistant Attorney General Alyssa Bixby-Lawson, has been selected for a jury panel, to start on September 6, 2022. Accordingly, TLC and Mr. Archer request a limited extension of the deadline to proceed with Mr. Archer's deposition until after Ms. Bixby-Lawson's jury service. TLC and Mr. Archer have agreed to provide alternative dates for Mr. Archer's deposition to take place within 14-days after Ms. Bixby-Lawson's jury service ends. TLC and Mr. Archer do not seek an extension to delay these proceedings, and an extension will not prejudice the United States.

For the foregoing reasons, non-parties Texas Legislative Council and Jeffrey Archer respectfully request that their unopposed motion be granted, and that the deadline for Mr. Archer's deposition be postponed at this time.

Dated: August 31, 2022

>Respectfully submitted.
>
>KEN PAXTON
>Attorney General of Texas
>
>BRENT WEBSTER
>First Assistant Attorney General
>
>LESLEY FRENCH
>Chief of Staff
>
>JUSTIN GORDON
>Interim Division Chief
>Financial Litigation and Charitable Trusts Division
>
>*/s/ Alyssa Bixby-Lawson*
>ALYSSA BIXBY-LAWSON
>Assistant Attorney General
>State Bar No. 24122680
>Financial Litigation and Charitable Trusts Division
>Office of the Attorney General
>P.O. Box 12548 (MC 017)
>Austin, TX 78711-2548
>Tel: (210) 270-1118
>Division Fax: (512) 477-2348
>Alyssa.Bixby-Lawson@oag.texas.gov
>*Counsel for Non-Parties*
>*Texas Legislative Council and Jeffrey Archer*

## CERTIFICATE OF CONFERENCE

I certify that counsel conferred with counsel for the United States regarding the subject of this motion. Counsel for the United States indicated he does not oppose the requested relief.

*/s/ Alyssa Bixby-Lawson*
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, the foregoing *Non-Parties Texas Legislative Council and Jeffrey Archer's Unopposed Motion to Extend the Deadline to Complete the Deposition of Jeffrey Archer* was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Alyssa Bixby-Lawson*
Assistant Attorney General