UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| League of United Latin American Citizens, et al., *Plaintiffs,* | ) ) ) ) | |
| Eddie Bernice Johnson, *et al.*, *Plaintiff-Intervenors,* | ) ) ) ) | No. 3:21-cv-259-DCG-JES-JVB [Lead Case] |
| v. | ) ) | |
| Greg Abbott, in his official capacity as Governor of the State of Texas, et al., *Defendants.* | ) ) ) ) ) ) | |
| United States of America, *Plaintiff,* | ) ) ) | |
| v. | ) ) | No. 3:21-cv-299-DCG-JES [Consolidated Case] |
| State of Texas, *et al.* *Defendants.* | ) ) ) | |

## **ORDER**

Pending before the Court is Non-Parties Texas Legislative Council and Jeffrey Archer's Unopposed Motion to Extend the Deadline to Complete the Deposition of Jeffrey Archer. Upon review of the request, the motion is **GRANTED**.

**SO ORDERED** and **SIGNED** this \_\_\_ day of _____ 2022.

_____

David C. Guaderrama
U.S. District Judge
U.S. District Court for the Western District of Texas

*On behalf of*

Jerry E. Smith
U.S. Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

Jeffrey V. Brown
U.S. District Judge
U.S. District Court for the Southern District of Texas