IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action:  Lead Case] |

## LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE STATE OF TEXAS

Pursuant to Local Rule CV-7(E)(3), LULAC Plaintiffs move for leave to file a reply brief in excess of two pages above the page limit—for up to seven pages total—in support of their Motion to Compel Production of Documents by the State of Texas.  A proposed order is attached hereto, along with LULAC Plaintiffs' proposed motion.

LULAC Plaintiffs seek leave to exceed the page limit in order to address fully the arguments set forth in the State's opposition to LULAC Plaintiffs' motion.  *See* Dkt. 561.  Granting this motion will not prejudice any party.  Counsel for the State does not oppose this motion.

## CONCLUSION

For the foregoing reasons, LULAC Plaintiffs respectfully request that the Court grant this motion.

DATED:  September 1, 2022                              *s/ Nina Perales*

                                                             Nina Perales
Texas Bar No. 24005046
Fátima Menendez
Texas Bar No. 24090260
Kenneth Parreno*
Massachusetts Bar No. 705747
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

*Admitted *pro hac vice*

*ATTORNEYS FOR LULAC PLAINTIFFS*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on September 1, 2022, counsel for LULAC Plaintiffs emailed counsel for the State regarding the instant motion. Counsel for the State does not oppose this motion.

*/s/ Nina Perales*
Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 1st day of September 2022.

*/s/ Nina Perales*
Nina Perales