IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>　　　　*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

**[PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' MOTION TO EXCEED THE PAGE LIMIT FOR THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE STATE OF TEXAS**

　　　　Pending before the Court is LULAC Plaintiffs' Motion to Exceed the Page Limit for Their Reply In Support of Their Motion to Compel Production of Documents by the State of Texas. Dkt. _____. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. DAVID C. GUADERRAMA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　*And on behalf of:*

| | | |
|---|---|---|
| Hon. Jerry E. Smith<br>United States Circuit Judge<br>U.S. Court of Appeals, Fifth Circuit | -and- | Hon. Jeffrey V. Brown<br>United States District Judge<br>Southern District of Texas |