IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § | |

**UNOPPOSED MOTION TO EXTEND**

The LULAC Plaintiffs have moved to reopen the deposition of Senator Joan Huffman and compel deposition answers. ECF 579 (filed under seal). A response in opposition is currently due on September 15, 2022. *See* Local Rule 7.D.2. Defendants respectfully ask that the Court extend the deadline for the response to September 22, 2022. After conferral, the LULAC Plaintiffs have agreed to this motion to extend.

Date: September 13, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

/s/ Ari M. Herbert
ARI M. HERBERT
Special Counsel, Special Litigation Unit
Tex. State Bar No. 24126093

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
ari.herbert@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for plaintiffs regarding this motion for extension, and that counsel indicated that they do not oppose the relief sought here.

/s/ Ari M. Herbert
ARI M. HERBERT

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 13, 2022, and that all counsel of record were served by CM/ECF.

/s/ Ari M. Herbert
ARI M. HERBERT