IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>*Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br>*Defendants.* | §§§§§§§§§§§§ | Case No. 3:21-cv-00259 <br> [Lead Case] |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend, filed in relation to the LULAC Plaintiffs' motion to reopen the deposition of Senator Huffman. *See* ECF 579 (filed under seal). The Court has considered the motion and FINDS that there is good cause for the motion to be granted.

**IT IS THEREFORE ORDERED THAT:**

The Motion to Extend is **GRANTED**.

Defendants **SHALL FILE** a response in opposition to the LULAC Plaintiffs' motion to reopen the deposition of Senator Huffman by September 22, 2022.

**So ORDERED and SIGNED on this \_\_\_ day of September, 2022.**

                                                _____
                                                **David C. Guaderrama,**
                                                **United States District Judge for the**
                                                **Western District of Texas**

                                *And on behalf of:*

| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United State Circuit Judge** | | **United States District Judge for the** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |