Ex. F - Documents Not Sought by DOJ

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | DOC_0000081 | Anna Mackin | PDF | Sean Opperman (attorney) | 8/12/2021 | Members of the Senate | Senator Huffman | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 9 | DOC_0000082 | Anna Mackin | PDF | | 9/17/2021 | Members of the Senate | Senator Huffman | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 11 | DOC_0000086 | Anna Mackin | PDF | Chloe Powers (Senate Research Center) | 9/11/2021 | | | | | Legislative | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 12 | DOC_0000087 | Anna Mackin | PDF | Jordan Death (Senate Research Center) | 9/8/2021 | | | | | Legislative | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 13 | DOC_0000088 | Anna Mackin | PDF | Robert Cone (Senate Research Center) | 9/8/2021 | | | | | Legislative | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 14 | DOC_0000089 | Anna Mackin | PDF | Jo Walston (Senate Research Center) | 9/11/2021 | | | | | Legislative | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 15 | DOC_0000090 | Anna Mackin | PDF | Eleanor White (Senate Research Center) | 9/12/2021 | | | | | Legislative | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | DOC_0000091 | Anna Mackin | PDF | Jordan Death (Senate Research Center) | 9/27/2021 | | | | | Legislative | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 17 | DOC_0000092 | Anna Mackin | PDF | Robert Cone (Senate Research Center) | 9/27 | | | | | Legislative | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 27 | DOC_0000107 | Anna Mackin | PDF | Ashley Brooks (Senator Huffman former legislative director) | 8/23/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 29 | DOC_0000116 | Anna Mackin | PDF | Ashley Brooks (Senator Huffman former legislative director) | 9/10/2021 | Members of the Senate | Senator Huffman | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 33 | DOC_0000132 | Anna Mackin | PDF | Eric Sebree (Texas House of Representatives IT) | 8/24/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 56 | DOC_0000214 | Anna Mackin | PDF | Erica Sebree (Texas House of Representatives IT) | 8/24/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 57 | DOC_0000216 | Anna Mackin | PDF | | | | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 81 | DOC_0000376 | Anna Mackin | MSG | | 1/22/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Glen Austin; Grecia Galvan; Jason Kirksey; Koy Kunkel; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shari Shivers; Shelby Corine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (attorney) | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 82 | DOC_0000377 | Anna Mackin | PDF | Ashley Brooks (Senator Huffman former legislative director) | 1/22/2021 | | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 83 | DOC_0000378 | Anna Mackin | PDF | Anna Mackin (attorney) | 1/22/2021 | | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 84 | DOC_0000379 | Anna Mackin | PDF | Jeff Hillery (Senator Huffman former communications director) | 1/21/2021 | | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| 85 | DOC_0000955 | Anna Mackin | MSG | | | 12/21/2020 | Senate | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 86 | DOC_0000965 | Anna Mackin | MSG | | | 1/11/2021 | Alexander Hammond; Amy Lane; Angus Lupton; Anna Barnett; Cari Christman; Carrie Smith; Chris Stenbach; Cody Terry; Dave Nelson; Deisy Jaimes; Drew Graham; Garry Jones; Ginny Bell; Johanna Kim; Jorge Ramirez; Josh Reyna; Lajuana D. Barton; Lara Wendler; Luis Moreno; Marc Salvato; Margaret Frain-Wallace; Mathew Dowling; Peter Einhorn; Randy Samuelson; Robert Borja; Ruben O'Bell; Stacey Chamberlin; Tara Garcia; Terry Franks; Tomas Larralde | Sean Opperman (attorney) | Anna Mackin (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 87 | DOC_0000972 | Anna Mackin | MSG | | 1/15/2021 | Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attornye); Benjamin Barkley; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Ginny Bell; GLen Austin; Grecia Galvan; Jason Kirksey; Koy Kunkel; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shari Shivers; Shelby Corine; Stacey Chamberlin; Tomas Larralde. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 88 | DOC_0000973 | Anna Mackin | MSG | | 1/17/2021 | Patsy Spaw; Karina Davis; Scott Caffey; Charnetha Grayson; Joel Griebel; Jeff Archer (TLC); Jill Turetsky; Tim Beto; Ty Liddell | Sea Opperman (attorney) | Anna Mackin (attorney); Koy Kunkel | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 92 | DOC_0001065 | Anna Mackin | TXT | | | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | DOC_0001108 | Anna Mackin | MSG | | | 2/24/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 95 | DOC_0001109 | Anna Mackin | PDF | Anna Mackin (attorney) | | 2/24/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | DOC_0001164 | Anna Mackin | MSG | | 9/7/2021 | Alexander Hammond; Andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 97 | DOC_0001165 | Anna Mackin | PDF | Anna Mackin (attorney) | 8/20/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 98 | DOC_ 0001166 | Anna Mackin | MSG | | 1/24/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; GLen Austin; Grecia Galvan; Jason Kirksey; Koy Kunkel; Lara Wendler; Luis Moreno; Marc Salvator; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shari Shivers; Shelby Corine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (attorney) | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 99 | DOC_0001167 | Anna Mackin | PDF | Anna Mackin (attorney) | 1/22/2021 | | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 100 | DOC_0001168 | Anna Mackin | MSG | | | 1/23/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Glen Austin; Grecia Galvan; Jason Kirksey; Koy Kunkel; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan ALter; Shari Shivers; Shelby Corine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding  draft redistricting legislation; reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | DOC_0001170 | Anna Mackin | MSG | | 1/22/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Glen Austin; Grecia Galvan; Jason Kirksey; Koy Kunkel; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan ALter; Shari Shivers; Shelby Corine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 102 | DOC_0001171 | Anna Mackin | MSG | | 4/22/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 104 | DOC_0001175 | Anna Mackin | MSG | | 6/10/2021 | Anna Mackin (attorney) | Jared May (TLC) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 105 | DOC_0001186 | Anna Mackin | MSG | | | 2/17/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jackson; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| 106 | DOC_0001189 | Anna Mackin | MSG | | | 2/15/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | DOC_0001190 | Anna Mackin | MSG | | 2/8/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Glen Austin; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Ruby England; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 108 | DOC_0001198 | Anna Mackin | MSG | | 3/1/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Tomas Larralde; Tony Wen. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 109 | DOC_0001200 | Anna Mackin | PDF | Anna Mackin (Attorney) | 3/1/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 110 | DOC_0001204 | Anna Mackin | MSG | | | 3/27/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (Attorney) | | | Legislative; Attorney Client Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 111 | DOC_0001229 | Anna Mackin | MSG | | | 6/21/2022 | Darrel Davila; Chris Sterner (attorney); Sean Opperman (attorney); Anna Mackin (attorney) | Scott Keller (attorney) | Steve Lehotsky | | Attorney Client | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | DOC_0001250 | Anna Mackin | MSG | | | 8/12/2021 | Alexander Hammond; Amy Lane; Angus Lupton; Anna Barnett; Cari Christman; Carrie Smith; Chris Steinbach; Cody Terry; Dave Nelson; Deisy Jaimes; Drew graham; Garry Jones; Johanna Kim; Jorge Ramirez; Josh Reyna; Lajuana D. Barton; Lara Wendler; Luis Moreno; Marc Salvato; Margaret Wallace; Mathew Dowling; Pearl Cruz; Peter Einhorn; Randy Samuelson; Robert Borja; Ruben O'Bell; Stacey Chamberlin; Tara Clements; Terry Franks. | Sean Opperman (Attorney) | Anna Mackin (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 114 | DOC_0001252 | Anna Mackin | MSG | | | 8/16/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | jared May (TLC) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | DOC_0001256 | Anna Mackin | MSG | | 8/19/2021 | Aarron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Bryan Dunaway; Caity Jackson; Carrie Smith; Cody Terry; Daisy jaimesl Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith. | Sean Opperman (Attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | DOC_0001258 | Anna Mackin | MSG | | | 8/23/2021 | Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Bryan Dunaway; Carrie Smith; Cody Terry; Deisy jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (Attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 117 | DOC_0001259 | Anna Mackin | PDF | Ashley Brooks (Senator huffman former legislative director) | | 8/23/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 118 | DOC_0001260 | Anna Mackin | PDF | Anna Mackin (attorney) | | 8/20/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 119 | DOC_0001264 | Anna Mackin | PDF | Erica Sebree (Texas House of Representatives IT) | | 8/24/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 120 | DOC_0001265 | Anna Mackin | PDF | Erica Sebree (Texas House of Representatives IT) | | 8/24/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| 126 | DOC_0001273 | Anna Mackin | MSG | | 8/30/2021 | Sean Opperman (attorney) | Karina Davis | Anna Mackin (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting adnd implicating legislative privileged thoughts, opinions, and mental impressions. |
| 127 | DOC_0001276 | Anna Mackin | MSG | | 9/3/2021 | Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Bryan Dunaway; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 128 | DOC_0001277 | Anna Mackin | PDF | Anna Mackin (attorney) | 8/20/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | DOC_0001287 | Anna Mackin | MSG | | 9/10/2021 | Alexander Hammond; Andrew Hendricksonl Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 134 | DOC_0001289 | Anna Mackin | MSG | | 9/13/2021 | Anna Mackin (attorney) | Chris Sterner (attorney) | Sean Opperman (attorney); Darrel Davila; Alix Morris (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 135 | DOC_0001292 | Anna Mackin | MSG | | 9/14/2021 | Anna Mackin (attorney) | Kimberly Shields | Jeff Archer (TLC); Jon Heining | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | DOC_0001320 | Anna Mackin | | | | Alexander Hammond; Andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (attorney) | | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 137 | DOC_0001321 | Anna Mackin | MSG | | 9/20/2021 | Alexander Hammond; Andrew Hendricksonl Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation; reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |

| 139 | DOC_0001335 | Anna Mackin | MSG | | 9/23/2021 | Alexander Hammond; Andrew HendricksonI; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | DOC_0001344 | Anna Mackin | MSG | | 9/27/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Mark salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 141 | DOC_0001346 | Anna Mackin | MSG | | 9/27/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 142 | DOC_0001350 | Anna Mackin | MSG | | 9/27/2021 | Jared May (TLC); Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| 143 | DOC_0001352 | Anna Mackin | MSG | | 9/27/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Mark salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 144 | DOC_0001356 | Anna Mackin | MSG | | 9/26/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 146 | DOC_0001359 | Anna Mackin | MSG | | | 9/26/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 | DOC_0001360 | Anna Mackin | MSG | | | 9/27/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |

Ex. F - Documents Not Sought by DOJ

| 148 | DOC_ 0001362 | Anna Mackin | MSG | | | 9/27/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 149 | DOC_0001364 | Anna Mackin | MSG | | 9/27/2021 | aLExander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 150 | DOC_0001372 | Anna Mackin | MSG | | 9/28/2021 | Sean Opperman (attorney) | Molly K Spratt | Anna Mackin (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| 151 | DOC_0001377 | Anna Mackin | MSG | | | 9/28/2021 | aLExander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Operman | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 152 | DOC_0001430 | Anna Mackin | MSG | | | 9/30/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 157 | DOC_0001437 | Anna Mackin | MSG | | 10/1/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth bryan; Lara Wendler; Louis Bedford, IV; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamerlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | | legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 171 | DOC_0001515 | Anna Mackin | MSG | | 10/7/2021 | Sean Opperman (attorney); anna Mackin (attorney) | Darrel Davils | Chris Sterner (attorney); Alix Morris (attorney) | | Legislative attorney client; work product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 174 | DOC_0001518 | Anna Mackin | MSG | | 10/7/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Darrell Davila | Chris Sterner (attorney); Alix Morris (attorney) | | Legislative | Legislative; Attorney Client; Work Product |
| 176 | DOC_0001520 | Anna Mackin | MSG | | 10/7/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| 182 | DOC_0001540 | Anna Mackin | MSG | | | 10/12/2021 | Alexander Hammond; andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey_x; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Louis Bedford, IV: Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer; Vince Leibowitz | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | DOC_0001553 | Anna Mackin | MSG | | | 10/14/2021 | Alexander Hammond; andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey_x; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Louis Bedford, IV: Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer; Vince Leibowitz | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | DOC_0001556 | Anna Mackin | MSG | | 10/13/2021 | Alexander Hammond; andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey_x; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Louis Bedford, IV: Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer; Vince Leibowitz | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 185 | DOC_0001558 | Anna Mackin | MSG | | 10/16/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 187 | DOC_0001561 | Anna Mackin | MSG | | 10/16/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. F - Documents Not Sought by DOJ

| 190 | DOC_0001564 | Anna Mackin | MSG | | 10/18/2021 | Alexander Hammond; Andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith, Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jorge Remirez; Kenneth Bryan; Lara Wedler; Luis Bedford, IV; Luism Moreno; Mare Salvato; Matthew Dowling; paul emerson, randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Staccy Chamberlin; Sushma Smith; Taylor Borer; Vince Leibowitz | | | | | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislaton. |
| 191 | DOC_0001565 | Anna Mackin | MSG | | 10/18/2021 | Alexander Hammond; Amy Lane; Angus Lupton; Anna Barnett; Cari Christman; Chris steinbach; Cody Terry; Dave Nelson; Deisy Jaimes; Drew Graham; Garry Jones; Johanna Kim. | Sean Opperman (attorney) | Anna Mackin (attorney) | | Legislative | Confidential communiction regarding draft redistricting legislation, reflecting and implicating legislative priviledged thoughts, opinions, and mental impressions. |
| 192 | N/A | Anna Mackin | DOCX | Scott Keller (attorney) | 3/4/2021 | | | | | Legislative; Attorney Client | Draft letter from Lehotsky Keller regarding retention of law firm to provide legal advice in connection with consideration of redistricting legislation. |
| 193 | N/A | Anna Mackin | MSG | | 12/7/2020 | Anna Mackin (attorney) | Anna Mackin (attorney) | | | Legislative | Message forwarded from Anna Mackin Senate acount to Anna Mackin gmail account, regarding invitation for confidential meeting relating to redistricting. |

Ex. F - Documents Not Sought by DOJ

| 194 | N/A | Anna Mackin | MSG | | 12/7/2020 | Anna Mackin (attorney) | Anna Mackin (attorney) | | | Legislative | Message forwarded from Anna Mackin senate account to Anna Mackin gmail acount, regarding invitation for confidential meeting relating to redistricting. |
| 195 | N/A | Anna Mackin | MSG | | 2/12/2021 | Anna Mackin (attorney) | Anna Mackin (attorney) | | | Legislative; Attorney Client | Message forwarded from Anna Mackin Senate account to Anna Mackin gmail account, regarding discussion of instructions for witnesses testifying by Zoom in regional redistricting hearings |
| 196 | N/A | Anna Mackin | MSG | | 11/10/2020 | Anna Mackin (attorney) | Sean Opperman (attorney) | Molly Spratt | | Legislative | Message from Sean Opperman toAnna Mackin offering heremployment by Senate RedistrictingCommittee, and describing positionand employment conditions. |
| 197 | N/A | Anna Mackin | MSG | | 8/25/2021 | Anna Mackin (attorney) | Thomas Bryan | | | Legislative | Message from Thomas Bryan to Anna Mackin discussing potential for him to providing consulting services in connection with consideration of redistricting legislation |