Ex. G - Work Product Doctrine

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | DOC_0000064 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. Includes contributions from counsel retained for the purpose of advising on the legality of the proposed legislation. |
| 4 | DOC_0000065 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. Includes contributions from counsel retained for the purpose of advising on the legality of the proposed legislation. |
| 5 | DOC_0000066 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. Includes contributions from counsel retained for the purpose of advising on the legality of the proposed legislation. |
| 6 | DOC_0000077 | Anna Mackin | DOCX | | 8/26/2021 | | | | | Legislative; Attorney Client; Work Product | Calendar entries relating to redistricting, including hearings. and meetings with legislators and staffers. |
| 7 | DOC_0000078 | Anna Mackin | DOCX | | 8/26/2021 | | | | | Legislative; Attorney Client; Work Product | Calendar entries relating to redistricting, including hearings. and meetings with legislators and staffers. |
| 18 | DOC_0000093 | Anna Mackin | PDF | Jordan Death (Senate Research Center) | 9/29/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 19 | DOC_0000094 | Anna Mackin | PDF | Jo Walston (Senate Research Center) | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 20 | DOC_0000095 | Anna Mackin | PDF | Kenneth Bryan (Senate Research Center) | 2/22/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 21 | DOC_0000096 | Anna Mackin | PDF | Kenneth Bryan (Senate Research Center) | 3/11/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 22 | DOC_0000097 | Anna Mackin | PDF | Kenneth Bryan (Senate Research Center) | 3/15/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 23 | DOC_0000098 | Anna Mackin | PDF | Andrew Robison (Senate Research Center) | 3/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. |
| 24 | DOC_0000101 | Anna Mackin | DOCX | | 8/27/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft retention contract for use in connection with redistricting legislation |
| 26 | DOC_0000106 | Anna Mackin | PDF | Sean Opperman (attorney) | 9/23/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 28 | DOC_0000108 | Anna Mackin | DOCX | Sean Opperman (attorney) | 10/3/2021 | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |
| 30 | DOC_0000117 | Anna Mackin | PDF | | 9/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. |
| 31 | DOC_0000118 | Anna Mackin | PDF | | 10/7/2021 | | | | | Legislative Attorney client; work product | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. |

Ex. G - Work Product Doctrine

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | DOC_0000129 | Anna Mackin | PDF | | 9/14/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft retention contract for use in connection with redistricting legislation |
| 55 | DOC_0000213 | Anna Mackin | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from Lebotsky Keller to Lieutenant Governor Patrick and Senator Huffman, setting forth scope of representation and describing related redistricting legal issues, made for the purpose of facilitating the rendition of legal advice regarding redistricting litigation. The retention of Lebotsky Kelly and the firm's scope of work also reveals mental impressions on legislative process and policy. |
| 58 | DOC_0000217 | Anna Mackin | PDF | | 9/8/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft retention contract for use in connection with redistricting legislation |
| 62 | DOC_0000267 | Anna Mackin | DOCX | Anna Mackin (attorney) | 10/17/2021 | | | | | Legislative; Attorney Client; Work Product | Summary of proposed redistricting legislation relating to proposed districts, prepared by Anna Mackin (attorney) for Senator Huffman's use in considering redistricting legislation, reflecting and implicating legislative and attorney privileged thoughts, opinions, and mental impressions. |
| 63 | DOC_0000269 | Anna Mackin | DOCX | Anna Mackin (attorney) | 10/5/2021 | | | | | Legislative; Attorney Client; Work Product | Talking points for Senate Redistricting Committee hearing, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 64 | DOC_0000270 | Anna Mackin | DOCX | Anna Mackin (attorney) | 10/7/2021 | | | | | Legislative; Attorney Client; Work Product | Summary of proposed redistricting legislation relating to proposed districts, prepared by Anna Mackin (attorney) for Senator Huffman's use in considering redistricting legislation, reflecting and implicating legislative and attorney privileged thoughts, opinions, and mental impressions. |
| 65 | DOC_0000271 | Anna Mackin | DOCX | Sean Opperman(attorney) | 10/5/2021 | | | | | Legislative; Attorney Client; Work Product | Talking points for Senate Redistricting Committee hearing, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 66 | DOC_0000273 | Anna Mackin | DOCX | Anna Mackin (attorney) | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Summary of proposed redistricting legislation relating to proposed districts, prepared by Anna Mackin (attorney) for Senator Huffman's use in considering redistricting legislation, reflecting and implicating legislative and attorney privileged thoughts, opinions, and mental impressions. |
| 70 | DOC_0000293 | Anna Mackin | DOCX | Anna Mackin (attorney) | 9/29/2021 | | | | | Legislative; Attorney Client; Work Product | Talking points for Senate Redistricting Committee hearing, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 71 | DOC_0000305 | Anna Mackin | DOCX | Anna Mackin (attorney) | 9/29/2021 | | | | | Legislative; Attorney Client; Work Product | Talking points for Senate Redistricting Committee hearing, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 72 | DOC_0000306 | Anna Mackin | DOCX | Anna Mackin (attorney) | 9/24/2021 | | | | | Legislative; Attorney Client; Work Product | Talking points for Senate Redistricting Committee hearing, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 73 | DOC_0000344 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/16/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 74 | DOC_0000345 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/19/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 75 | DOC_0000346 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/21/2021 | | | | | Legislative; Attorney Client Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 76 | DOC_0000349 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 5/7/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |

Ex. G - Work Product Doctrine

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | DOC_0000350 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/16/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 78 | DOC_0000351 | Anna Mackin | DOCX | Sean Opperman(attorney) | 8/26/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 79 | DOC_0000353 | Anna Mackin | DOCX | Anna Mackin (attorney) | 1/29/2021 | | | | | Legislative Attorney client; work product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 80 | DOC_0000372 | Anna Mackin | MSG | | 1/9/2021 | Sean Opperman (attorney) | Jeff Archer (TLC) | Anna Mackin (attorney); Karina Davis | | Legislative Attorney client; work product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 89 | DOC_0000974 | Anna Mackin | DOCX | Sean Opperman (attorney) | 1/17/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 90 | DOC_0000975 | Anna Mackin | MSG | | 1/17/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 91 | DOC_0001064 | Anna Mackin | MSG | | 9/11/2021 | Anna Mackin (attorney) | Jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 93 | DOC_0001080 | Anna Mackin | MSG | | 10/16/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 103 | DOC_0001173 | Anna Mackin | MSG | | 4/13/2021 | Scott Keller (attorney) | Darrel Davila | Chris Sterner (attorney); Alix Morris (Attorney); Sean Opperman (attorney); Anna Mackin (attorney); Todd Disher | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |

Ex. G - Work Product Doctrine

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | DOC_0001204 | Anna Mackin | MSG | | 3/27/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (Attorney) | | | Legislative; Attorney Client Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |

9/14/2022

4

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | DOC_0001244 | Anna Mackin | MSG | | 7/29/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (Attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 153 | DOC_0001431 | Anna Mackin | MSG | | 9/30/2021 | Sean Opperman (attorney) | Jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 154 | DOC_0001432 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis on draft redistricting legislation relating to proposed district, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions legislative process and judgements. includes contributions and advice from counsel on the legality of the proposed district. |
| 155 | DOC_0001433 | Anna Mackin | PDF | | 9/30/2021 | | | | | Legislative; Attorney Client; Work Product | Analysis on draft redistricting legislation relating to proposed district, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions legislative process and judgements. includes contributions and advice from counsel on the legality of the proposed district. |
| 156 | DOC_0001434 | Anna Mackin | MSG | | 10/1/2021 | Jared May (TLC); Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 158 | DOC_0001455 | Anna Mackin | MSG | | 10/1/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |

Ex. G - Work Product Doctrine

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 159 | DOC_0001456 | Anna Mackin | PDF | | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 160 | DOC_0001457 | Anna Mackin | PDF | | 10/1/2021 | | | | | Legislative Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 161 | DOC_0001458 | Anna Mackin | PDF | | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 162 | DOC_0001459 | Anna Mackin | PDF | | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 163 | DOC_0001473 | Anna Mackin | MSG | | 10/3/2021 | Anna Mackin (attorney) | Christopher Hilton (attorney) | | | Legislative Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 164 | DOC_0001474 | Anna Mackin | DOCX | Sean Opperman (attorney) | 10/3/2021 | | | | | Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 165 | DOC_0001508 | Anna Mackin | MSG | | 10/4/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 166 | DOC_0001509 | Anna Mackin | MSG | | 10/4/2021 | jared May (TLC); Anna Mackin (attorney). | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 167 | DOC_0001511 | Anna Mackin | MSG | | 10/4/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. INcludes contributions and advice from counsel on the legality of the proposed legislation. |
| 168 | DOC_0001512 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis on draft redistricting legislation relating to proposed district, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions legislative process and judgements. Includes contributions and advice from counsel on the legality of the proposed district. |
| 169 | DOC_0001513 | Anna Mackin | PDF | | 10/4/2021 | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgement. Includes contributions and advice from counsel on the legality of the proposed districts. |
| 170 | DOC_0001514 | Anna Mackin | MSG | | 10/8/2021 | Jared May (TLC); Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 171 | DOC_0001515 | Anna Mackin | MSG | | 10/7/2021 | Sean Opperman (attorney); anna Mackin (attorney) | Darrel Davila | Chris Sterner (attorney); Alix Morris (attorney) | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. G - Work Product Doctrine

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|----------------|-----------|--------------|-----|------|-----|-----|-----------------|-------------|
| 180 | DOC_0001538 | Anna Mackin | MSG | | 10/8/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 181 | DOC_0001539 | Anna Mackin | MSG | | 10/8/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 186 | DOC_0001560 | Anna Mackin | DOCX | Sean Opperman (attorney) | 10/16/2021 | | | | | Legislative; Attorney Client | Analysis on draft redistricting legislation relating to proposed districts, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. Includes contributions and advice from counsel on the legality of the proposed maps. |
| 189 | DOC_0001563 | Anna Mackin | MSG | | 10/17/2021 | Anna Mackin (attorney); Sean Opperman (attorney) | Jared My (TLC) | | | Legislative; Attorney Client; Work Product | Cnfidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislaton. |