| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | DOC_0000105 | Anna Mackin | DOCX | Casey Contres (Congressman Tony Gonzales former chief of staff) | 10/1/2021 | | | | | Legislative | Talking points for Senate Redistricting Committee hearing, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 46 | DOC_0000175 | Anna Mackin | PDF | Alelhie Lila Valencia (Texas Demographic Center) | 2/5/2021 | | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 73 | DOC_0000344 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 7/16/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 74 | DOC_0000345 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 7/19/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 75 | DOC_0000346 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 7/21/2021 | | | | | Legislative; Attorney Client Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 76 | DOC_0000349 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 5/7/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 77 | DOC_0000350 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 7/16/2021 | | | | | Legislative; Attorney Cleint; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 84 | DOC_0000379 | Anna Mackin | PDF | Jeff Hillery (Senator Huffman former communications director) | 1/21/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 103 | DOC_0001173 | Anna Mackin | MSG | | 4/13/2021 | Scott Keller (attorney) | Darrel Davila | Chris Sterner (attorney); Alix Morris (Attorney); Sean Opperman (attorney); Anna Mackin (attorney); Todd Disher | | Legislative; Attorney Cleint; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 121 | DOC_0001268 | Anna Mackin | MSG | | 8/27/2021 | Gardner Pate; Jeff Oldham (attorney); Courtney Hjaltman; Angela Colmenero | Sean Opperman (attorney) | Anna Mackin (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 124 | DOC_0001271 | Anna Mackin | MSG | | 8/30/2021 | Gardner Pate; Jeff Oldham (attorney); Courtney Hjaltman; Angela Colmenaro (attorney). | Sean Opperman (attorney) | Anna Mackin | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 129 | DOC_0001283 | Anna Mackin | MSG | | 9/8/2021 | Anna Mackin (attorney) | Brad Lockerbie (consultant) | | | Legislative | Confidential communication regarding draft redistricting legislation , reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | DOC_0001285 | Anna Mackin | MSG | | 9/8/2021 | Anna Mackin (attorney) | Brad Lockerbie (consultant) | | | Legislative | Confidential communication regarding draft redistricting legislation , reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 134 | DOC_0001289 | Anna Mackin | MSG | | 9/13/2021 | Anna Mackin (attorney) | Chris Sterner (attorney) | Sean Opperman (attorney); Darrel Davila; Alix Morris (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 138 | DOC_0001326 | Anna Mackin | MSG | | 9/19/2021 | Anna Mackin (attorney); Sean Opperman (attorney) | Wendy Underhill | Ben Williams | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 171 | DOC_0001515 | Anna Mackin | MSG | | 10/7/2021 | Sean Opperman (attorney); anna Mackin (attorney) | Darrel Davils | Chris Sterner (attorney); Alix Morris (attorney) | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 174 | DOC_0001518 | Anna Mackin | MSG | | 10/7/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Darrell Davila | Chris Sterner (attorney); Alix Morris (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |