Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DOC_0000027 | Anna Mackin | DOCX | Sean Opperman (attorney) | 10/16/2021 | | | | | Legislative; Attorney Client | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. Includes contributions from counsel retained for the purpose of advising on the legality of the proposed legislation. |
| 3 | DOC_0000064 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. Includes contributions from counsel retained for the purpose of advising on the legality of the proposed legislation. |
| 4 | DOC_0000065 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. Includes contributions from counsel retained for the purpose of advising on the legality of the proposed legislation. |
| 5 | DOC_0000066 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. Includes contributions from counsel retained for the purpose of advising on the legality of the proposed legislation. |
| 8 | DOC_0000081 | Anna Mackin | PDF | Sean Opperman (attorney) | 8/12/2021 | Members of the Senate | Senator Huffman | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 9 | DOC_0000082 | Anna Mackin | PDF | | 9/17/2021 | Members of the Senate | Senator Huffman | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 26 | DOC_0000106 | Anna Mackin | PDF | Sean Opperman (attorney) | 9/23/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 28 | DOC_0000108 | Anna Mackin | DOCX | Sean Opperman (attorney) | 10/3/2021 | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |
| 29 | DOC_0000116 | Anna Mackin | PDF | Ashley Brooks (Senator Huffman former legislative director) | 9/10/2021 | Members of the Senate | Senator Huffman | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 33 | DOC_0000132 | Anna Mackin | PDF | Eric Sebree (Texas House of Representatives IT) | 8/24/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | DOC_0000133 | Anna Mackin | PDF | | 10/7/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |
| 35 | DOC_0000134 | Anna Mackin | PDF | | 10/7/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |
| 36 | DOC_0000135 | Anna Mackin | PDF | | 10/7/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |
| 41 | DOC_0000143 | Anna Mackin | PDF | | 10/8/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |
| 42 | DOC_0000144 | Anna Mackin | PDF | | 10/8/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mentla impressions on legislative process and judgements. |
| 43 | DOC_0000145 | Anna Mackin | PDF | | 10/8/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mentla impressions on legislative process and judgements. |
| 44 | DOC_0000146 | Anna Mackin | PDF | | 10/8/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mentla impressions on legislative process and judgements. |
| 45 | DOC_0000147 | Anna Mackin | PDF | | 10/8/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mentla impressions on legislative process and judgements. |
| 47 | DOC_0000182 | Anna Mackin | PDF | | 9/26/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mentla impressions on legislative process and judgements. |
| 48 | DOC_0000183 | Anna Mackin | PDF | | 9/30/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mentla impressions on legislative process and judgements. |
| 49 | DOC_0000184 | Anna Mackin | PDF | | 10/4/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mentla impressions on legislative process and judgements. |
| 51 | DOC_0000197 | Anna Mackin | PDF | | 9/27/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mentla impressions on legislative process and judgements. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | DOC_0000199 | Anna Mackin | DOCX | Sean Opperman (attorney) | 10/16/2021 | | | | | Legislative; Attorney Client | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mentla impressions on legislative process and judgements. |
| 56 | DOC_0000214 | Anna Mackin | PDF | Erica Sebree (Texas House of Representatives IT) | 8/24/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 57 | DOC_0000216 | Anna Mackin | PDF | | | | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 67 | DOC_0000274 | Anna Mackin | DOCX | Anna Mackin (attorney) | 10/12/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |
| 69 | DOC_0000280 | Anna Mackin | DOCX | Anna Mackin (attorney) | 10/17/2021 | | | | | Legislative; Attorney Client | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements |
| 92 | DOC_0001065 | Anna Mackin | TXT | | | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 93 | DOC_0001080 | Anna Mackin | MSG | | 10/16/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | DOC_0001164 | Anna Mackin | MSG | | 9/7/2021 | Alexander Hammond; Andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 111 | DOC_0001229 | Anna Mackin | MSG | | 6/21/2022 | Darrel Davila; Chris Sterner (attorney); Sean Opperman (attorney); Anna Mackin (attorney) | Scott Keller | Steve Lehotsky | | Attorney Client | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|----------------|-----------|--------------|-----|------|-----|-----|-----------------|-------------|
| 116 | DOC_0001258 | Anna Mackin | MSG | | 8/23/2021 | Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Bryan Dunaway; Carrie Smith; Cody Terry; Deisy jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (Attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 117 | DOC_0001259 | Anna Mackin | PDF | Ashley Brooks (Senator huffman former legislative director) | 8/23/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 119 | DOC_0001264 | Anna Mackin | PDF | Erica Sebree (Texas House of Representatives IT) | 8/24/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 120 | DOC_0001265 | Anna Mackin | PDF | Erica Sebree (Texas House of Representatives IT) | 8/24/2021 | | | | | Legislative | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 121 | DOC_0001268 | Anna Mackin | MSG | | 8/27/2021 | Gardner Pate; Jeff Oldham (attorney); Courtney Hjaltman; Angela Colmenero | Sean Opperman (attorney) | Anna Mackin (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 124 | DOC_0001271 | Anna Mackin | MSG | | 8/30/2021 | Gardner Pate; Jeff Oldham (attorney); Courtney Hjaltman; Angela Colmenaro (attorney). | Sean Opperman (attorney) | Anna Mackin | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | DOC_0001273 | Anna Mackin | MSG | | 8/30/2021 | Sean Opperman (attorney) | Karina Davis | Anna Mackin (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting adnd implicating legislative privileged thoughts, opinions, and mental impressions. |
| 129 | DOC_0001283 | Anna Mackin | MSG | | 9/8/2021 | Anna Mackin (attorney) | Brad Lockerbie (consultant) | | | Legislative | Confidential communication regarding draft redistricting legislation , reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 131 | DOC_0001285 | Anna Mackin | MSG | | 9/8/2021 | Anna Mackin (attorney) | Brad Lockerbie (consultant) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 133 | DOC_0001287 | Anna Mackin | MSG | | 9/10/2021 | Alexander Hammond; Andrew Hendricksonl Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 135 | DOC_0001292 | Anna Mackin | MSG | | 9/14/2021 | Anna Mackin (attorney) | Kimberly Shields | Jeff Archer (TLC); Jon Heining | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | DOC_0001320 | Anna Mackin | | | | Alexander Hammond; Andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation; reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 137 | DOC_0001321 | Anna Mackin | MSG | | 9/20/2021 | Alexander Hammond; Andrew Hendricksonl Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation; reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | DOC_0001326 | Anna Mackin | MSG | | 9/19/2021 | Anna Mackin (attorney); Sean Opperman (attorney) | Wendy Underhill | Ben Williams | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 139 | DOC_0001335 | Anna Mackin | MSG | | 9/23/2021 | Alexander Hammond; Andrew Hendricksonl; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer. | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | DOC_0001344 | Anna Mackin | MSG | | 9/27/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Mark salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 141 | DOC_0001346 | Anna Mackin | MSG | | 9/27/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 142 | DOC_0001350 | Anna Mackin | MSG | | 9/27/2021 | Jared May (TLC); Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|----------------|-----------|--------------|-----|------|-----|-----|-----------------|-------------|
| 143 | DOC_0001352 | Anna Mackin | MSG | | 9/27/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Mark salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 144 | DOC_0001356 | Anna Mackin | MSG | | 9/26/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 145 | DOC_0001358 | Anna Mackin | PDF | | 9/26/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|-------|----------------|-----------|----------------|-----------|--------------|-----|------|-----|-----|-----------------|-------------|
| 146 | DOC_0001359 | Anna Mackin | MSG | | 9/26/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 | DOC_0001360 | Anna Mackin | MSG | | 9/27/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 148 | DOC_0001362 | Anna Mackin | MSG | | 9/27/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 149 | DOC_0001364 | Anna Mackin | MSG | | 9/27/2021 | aLExander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions |
| 150 | DOC_0001372 | Anna Mackin | MSG | | 9/28/2021 | Sean Opperman (attorney) | Molly K Spratt | Anna Mackin (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | DOC_0001377 | Anna Mackin | MSG | | 9/28/2021 | aLExander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Operman | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 152 | DOC_0001430 | Anna Mackin | MSG | | 9/30/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terrry; Doug Clements; Drew Tedford; Grecia galvan; Jason Kirksey; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 153 | DOC_0001431 | Anna Mackin | MSG | | 9/30/2021 | Sean Opperman (attorney) | Jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 154 | DOC_0001432 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis on draft redistricting legislation relating to proposed district, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions legislative process and judgements. includes contributions and advice from counsel on the legality of the proposed district. |
| 155 | DOC_0001433 | Anna Mackin | PDF | | 9/30/2021 | | | | | Legislative; Attorney Client; Work Product | Analysis on draft redistricting legislation relating to proposed district, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions legislative process and judgements. includes contributions and advice from counsel on the legality of the proposed district. |
| 156 | DOC_0001434 | Anna Mackin | MSG | | 10/1/2021 | Jared May (TLC); Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 157 | DOC_0001437 | Anna Mackin | MSG | | 10/1/2021 | Alexander Hammond; Andrew hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew tedford; Grecia Galvan; Jason Kirksey; Jorge Ramirez; Kenneth bryan; Lara Wendler; Louis Bedford, IV; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamerlin; Sushna Smith; Taylor Borer | Sean Opperman (attorney) | | | legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | DOC_0001455 | Anna Mackin | MSG | | 10/1/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 159 | DOC_0001456 | Anna Mackin | PDF | | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 160 | DOC_0001457 | Anna Mackin | PDF | | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 161 | DOC_0001458 | Anna Mackin | PDF | | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 162 | DOC_0001459 | Anna Mackin | PDF | | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 163 | DOC_0001473 | Anna Mackin | MSG | | 10/3/2021 | Anna Mackin (attorney) | Christopher Hilton (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 164 | DOC_0001474 | Anna Mackin | DOCX | Sean Opperman (attorney) | 10/3/2021 | | | | | Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 165 | DOC_0001508 | Anna Mackin | MSG | | 10/4/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 166 | DOC_0001509 | Anna Mackin | MSG | | 10/4/2021 | jared May (TLC); Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 167 | DOC_0001511 | Anna Mackin | MSG | | 10/4/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 168 | DOC_0001512 | Anna Mackin | PDF | | | | | | | Legislative; Attorney Client; Work Product | Analysis on draft redistricting legislation relating to proposed district, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions legislative process and judgements. includes contributions and advice from counsel on the legality of the proposed district. |
| 169 | DOC_0001513 | Anna Mackin | PDF | | 10/4/2021 | | | | | Legislative; Attorney Client; Work Product | Analysis of draft redistricting legislation relating to proposed districts, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgement. Includes contributions and advice from counsel on the legality of the proposed districts. |
| 170 | DOC_0001514 | Anna Mackin | MSG | | 10/8/2021 | Jared May (TLC); Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 171 | DOC_0001515 | Anna Mackin | MSG | | 10/7/2021 | Sean Opperman (attorney); anna Mackin (attorney) | Darrel Davils | Chris Sterner (attorney); Alix Morris (attorney) | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 174 | DOC_0001518 | Anna Mackin | MSG | | 10/7/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Darrell Davila | Chris Sterner (attorney); Alix Morris (attorney) | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 176 | DOC_0001520 | Anna Mackin | MSG | | 10/7/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 177 | DOC_0001521 | Anna Mackin | PDF | | 10/7/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for senator huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and jsudgements. |
| 178 | DOC_0001522 | Anna Mackin | PDF | | 10/7/2021 | | | | | Legislative | Analysis of draft redistricting legislation relating to proposed districts, with related data. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |
| 179 | DOC_0001523 | Anna Mackin | PDF | | 10/7/2021 | | | | | Legislative | Analysis of draft redstricting legislation relating to proposed districts, with related data. Prepared for senator huffman by staff for the purpose of considering redistricting legislation, revealing mental impressions on legislative process and judgements. |
| 180 | DOC_0001538 | Anna Mackin | MSG | | 10/8/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 181 | DOC_0001539 | Anna Mackin | MSG | | 10/8/2021 | Sean Opperman (attorney); Anna Mackin (attorney) | Jared May (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 182 | DOC_0001540 | Anna Mackin | MSG | | 10/12/2021 | Alexander Hammond; andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey_x; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Louis Bedford, IV: Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer; Vince Leibowitz | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | DOC_0001553 | Anna Mackin | MSG | | 10/14/2021 | Alexander Hammond; andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey_x; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Louis Bedford, IV: Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer; Vince Leibowitz | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | DOC_0001556 | Anna Mackin | MSG | | 10/13/2021 | Alexander Hammond; andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith; Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey_x; Jorge Ramirez; Kenneth Bryan; Lara Wendler; Louis Bedford, IV: Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Stacey Chamberlin; Sushma Smith; Taylor Borer; Vince Leibowitz | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 185 | DOC_0001558 | Anna Mackin | MSG | | 10/16/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 186 | DOC_0001560 | Anna Mackin | DOCX | Sean Opperman (attorney) | 10/16/2021 | | | | | Legislative; Attorney Client | Analysis on draft redistricting legislation relating to proposed districts, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislaiton, revealing mental impressions on legislative process and judgements. Includes contributions and advice from counsel on the legality of the proposed maps. |
| 187 | DOC_0001561 | Anna Mackin | MSG | | 10/16/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |
| 188 | DOC_0001562 | Anna Mackin | DOCX | Sean Opperman (attorney) | 10/16/2021 | | | | | Legislative; Attorney Client | Analysis on draft redistricting legislation relating to proposed districts, with related data. Includes contributions and advice from counsel on the legality of the proposed legislation. Prepared for Senator Huffman by staff for the purpose of considering redistricting legislaiton, revealing mental impressions on legislative process and judgements. Includes contributions and advice from counsel on the legality of the proposed maps. |

Ex. I - Factual Information

| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189 | DOC_0001563 | Anna Mackin | MSG | | 10/17/2021 | Anna Mackin (attorney); Sean Opperman (attorney) | Jared My (TLC) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislaton. |
| 190 | DOC_0001564 | Anna Mackin | MSG | | 10/18/2021 | Alexander Hammond; Andrew Hendrickson; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Bryan Dunaway; Carrie Smith, Cody Terry; Doug Clements; Drew Tedford; Grecia Galvan; Jorge Remirez; Kenneth Bryan; Lara Wedler; Luis Bedford, IV; Luism Moreno; Mare Salvato; Matthew Dowling; paul emerson, randy Samuelson; Ruben O'Bell; Ryan Alter; Shelby Corine; Staccy Chamberlin; Sushma Smith; Taylor Borer; Vince Leibowitz | | | | | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislaton. |