| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DOC_0000077 | Anna Mackin | DOCX | | 8/26/2021 | | | | | Legislative; Attorney Client; Work Product | Calendar entries relating to redistricting, including hearings. and meetings with legislators and staffers. |
| 7 | DOC_0000078 | Anna Mackin | DOCX | | 8/26/2021 | | | | | Legislative; Attorney Client; Work Product | Calendar entries relating to redistricting, including hearings. and meetings with legislators and staffers. |
| 54 | DOC_0000210 | Anna Mackin | DOCX | | 8/30/2021 | | | | | Legislative | Calendar entries relating to redistricting, including hearings. and meetings with legislators and staffers. |
| 122 | DOC_0001269 | Anna Mackin | DOCX | | 8/26/2021 | | | | | Legislative | Calendar entries relating to redistricting, including hearings. and meetings with legislators and staffers. |
| 123 | DOC_0001270 | Anna Mackin | DOCX | | 8/26/2021 | | | | | Legislative | Calendar entries relating to redistricting, including hearings. and meetings with legislators and staffers. |
| 125 | DOC_0001272 | Anna Mackin | DOCX | | 8/30/2021 | | | | | Legislative | Calendar entries relating to redistricting, including hearings. and meetings with legislators and staffers. |