| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | DOC_0000101 | Anna Mackin | DOCX | | 8/27/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft retention contract for use in connection with redistricting legislation |
| 30 | DOC_0000117 | Anna Mackin | PDF | | 9/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. |
| 31 | DOC_0000118 | Anna Mackin | PDF | | 10/7/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. |
| 32 | DOC_0000129 | Anna Mackin | PDF | | 9/14/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft retention contract for use in connection with redistricting legislation |
| 50 | DOC_0000195 | Anna Mackin | PDF | | 8/5/2021 | | | | | Legislative | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. |
| 55 | DOC_0000213 | Anna Mackin | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from Lebotsky Keller to Lieutenant Governor Patrick and Senator Huffman, setting forth scope of representation and describing related redistricting legal issues, made for the purpose of facilitating the rendition of legal advice regarding redistricting litigation. The retention of Lebotsky Kelly and the firm's scope of work also reveals mental impressions on legislative process and policy. |
| 58 | DOC_0000217 | Anna Mackin | PDF | | 9/8/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential draft retention contract for use in connection with redistricting legislation |
| 59 | DOC_0000218 | Anna Mackin | PDF | | 9/8/2021 | | | | | Legislative | Confidential draft retention contract for use in connection with redistricting legislation |
| 60 | DOC_0000219 | Anna Mackin | PDF | | 9/13/2021 | | | | | Legislative | Confidential draft retention contract for use in connection with redistricting legislation |
| 61 | DOC_0000220 | Anna Mackin | DOCX | | 8/31/2021 | | | | | Legislative | Confidential draft retention contract for use in connection with redistricting legislation |
| 130 | DOC_0001284 | Anna Mackin | PDF | | 9/8/2021 | | | | | Legislative | Confidential draft retention contract for use in connection with redistricting legislation |
| 132 | DOC_0001286 | Anna Mackin | PDF | | 9/8/2021 | | | | | Legislative | Confidential draft retention contract for use in connection with redistricting legislation |
| 172 | DOC_0001516 | Anna Mackin | PDF | | 8/12/2021 | | | | | Legislative | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. |
| 173 | DOC_0001517 | Anna Mackin | PDF | | 8/5/2021 | | | | | Legislative | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. |
| 175 | DOC_0001519 | Anna Mackin | PDF | | 10/7/2021 | | | | | Legislative | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. |
| 192 | N/A | Anna Mackin | DOCX | Scott Keller (attorney) | 3/4/2021 | | | | | Legislative; Attorney Client | Draft letter from Lehotsky Keller regarding retention of law firm to provide legal advice in connection with consideration of redistricting legislation. |