| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOC_0000001 | Anna Mackin | PDF | | 11/16/2021 | | | | | Legislative | Compilation of confidential emails exchanged between Ms. Mackin and various members of the Texas Legislature regarding the creation and design of the new electoral maps, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |