| Entry | Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | DOC_0000344 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 7/16/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 74 | DOC_0000345 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 7/19/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 75 | DOC_0000346 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 7/21/2021 | | | | | Legislative; Attorney Client Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 76 | DOC_0000349 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 5/7/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 77 | DOC_0000350 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman former general counsel) | 7/16/2021 | | | | | Legislative; Attorney Cleint; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. |
| 103 | DOC_0001173 | Anna Mackin | MSG | | 4/13/2021 | Scott Keller (attorney) | Darrel Davila | Chris Sterner (attorney); Alix Morris (Attorney); Sean Opperman (attorney); Anna Mackin (attorney); Todd Disher | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 111 | DOC_0001229 | Anna Mackin | MSG | | 6/21/2022 | Darrel Davila; Chris Sterner (attorney); Sean Opperman (attorney); Anna Mackin (attorney) | Scott Keller (attorney) | Steve Lehotsky | | Attorney Client | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. |
| 171 | DOC_0001515 | Anna Mackin | MSG | | 10/7/2021 | Sean Opperman (attorney); anna Mackin (attorney) | Darrel Davils | Chris Sterner (attorney); Alix Morris (attorney) | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. |