IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | No. 3:21-cv-259 |
| *Plaintiff-Intervenors,* | § § § | [Lead case] |
| V. | § § § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § | |

**UNOPPOSED MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE**

LULAC Plaintiffs move to compel compliance with a third-party subpoena *duces tecum* issued to Anna Mackin, who formerly worked as Special Counsel to the Senate Redistricting Committee. ECF 582. In light of the Fifth Circuit's order staying this Court's July 25, 2022 order enforcing the United States' subpoenas (ECF 467), *see* Order, *LULAC v. Patrick*, No. 22-50662 (5th Cir. July 27, 2022), Ms. Mackin and LULAC Plaintiffs have agreed to hold in abeyance any briefing related to LULAC Plaintiffs' motion to compel. Under this agreement, Ms. Mackin's response would be due seven days after the earlier of: the Fifth Circuit's order lifting the stay of this Court's order (ECF 467) or the Fifth Circuit's ruling on the merits in *LULAC Texas v. Hughes*, No. 22-50435 (5th Cir.). And LULAC Plaintiffs' reply would be due seven days after Ms. Mackin's response. Based on the foregoing, Anna Mackin respectfully requests that the Court hold the briefing schedule in abeyance.

Date: September 16, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully Submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov

**COUNSEL FOR DEFENDANTS, LEGISLATORS, AND LEGISLATIVE STAFF**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for LULAC Plaintiffs regarding the subject of this motion. Counsel indicated they do not oppose the instant motion.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 16, 2022, and that all counsel of record were served by CM/ECF.

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN