IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS *et al.*, | § § § | |
| *Plaintiffs*, | § § | Case No. 3:21-cv-259-DCG-JES-JVB (Consolidated Cases) |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants*. | § § | |

## MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL FOR ERIC WIENCKOWSKI AND THOMAS BRYAN

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Consolidated Respondents Eric Wienckowksi and Thomas Bryan, (hereinafter referred to as "Respondents") and pursuant to the Texas Rules of Civil Procedure, hereby request that the Court substitute Eric J.R. Nichols of the law firm BUTLER SNOW as counsel on Respondent's behalf in place of Scott K. Field of the law firm of BUTLER SNOW in the above-styled and numbered cause, and move the Court to approve this substitution and withdrawal of counsel. **Scott K. Field, of BUTLER SNOW, has been appointed by Governor Greg Abbott to serve as a judge for the 480th Judicial District Court in Williamson County, Texas, effective October 1, 2022. As a result of his appointment, Mr. Field can no longer serve as counsel in this matter.** Marshall Bowen will remain as counsel for Respondents. All future and further communications, pleadings and service with or to Respondents should be directed to Marshall Bowen and Eric J.R. Nichols of Butler Snow LLP, 1400 Lavaca Street, Suite 1000, Austin, Texas 78701; telephone (737) 802-1800 and facsimile (737) 802-1801.

1

In connection with this request, Respondents represent to the Court that the parties will be prejudiced in no way by the substitution of Eric Nichols of the law firm of BUTLER SNOW for Scott K. Field of the law firm of BUTLER SNOW, that the withdrawal is not sought for delay, that there is good cause for this substitution, and that such withdrawal and substitution has the approval of Respondents.

WHEREFORE, Respondents Eric Wienckowksi and Thomas Bryan pray that this Court enter an order permitting the withdrawal of Scott K. Field, and the substitution of Eric J.R. Nichols of the law firm of BUTLER SNOW as counsel on their behalf, and for such other and further relief to which they may be justly entitled.

Date:  September 26, 2022

Respectfully submitted,

BUTLER SNOW LLP

By: */s/ Scott K. Field*
Scott K. Field
Texas State Bar No. 00793725
scott.field@butlersnow.com
1400 Lavaca St., Suite 1000
Austin, Texas 78701
Tel: 737-802-1800

**WITHDRAWING ATTORNEY FOR ERIC WIENCKOWSKI AND THOMAS BRYAN**

**-and-**

By: */s/ Eric J.R. Nichols*
Eric J.R. Nichols
Texas State Bar No. 14994900
eric.nichols@butlersnow.com
1400 Lavaca St., Suite 1000
Austin, Texas 78701
Tel: 737-802-1800
Fax:737-802-1801
**SUBSTITUTING ATTORNEY FOR ERIC WIENCKOWSKI AND THOMAS BRYAN**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2022, the attached Motion to Withdraw and Substitution of Counsel for Eric Wienckowski and Thomas Bryan was served on all counsel via the Court's CM/ECF system.

                                                      */s/ Scott K. Field*
                                                      Scott K. Field

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS *et al.*, §§§§ | |
| *Plaintiffs*, § | Case No. 3:21-cv-259-DCG-JES-JVB |
| v. §§ | (Consolidated Cases) |
| GREG ABBOTT, *et al.*, §§ | |
| *Defendants*. § | |

**ORDER GRANTING ERIC WIENCKOWSKI AND THOMAS BRYAN'S MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL**

On this day came on for consideration Eric Wienckowski and Thomas Bryan's Motion to Withdraw and Substitution of Counsel, and the Court after considering the same, the pleadings on file and the arguments of counsel, if any, is of the opinion that the Motion has merit.  It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Eric J.R. Nichols (SBN: 14994900) of Butler Snow LLP, 1400 Lavaca Street, Suite 1000, Austin, Texas 78701; telephone (737) 802-1800; facsimile (737) 802-1801 be substituted as attorneys of record for Eric Wienckowski and Thomas Bryan in place and stead of Scott K. Field (SBN: 00793725), and his request to withdraw as attorney for Eric Wienckowski and Thomas Bryan is also granted.

Signed this ____ day of _____, 2022.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE