# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 3:21-cv-00259 |
| GREG ABBOTT, et al., | § § | [Lead Case] |
| *Defendants.* | § § § § | |

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL PRODUCTION OF DOCUMENTS BY TEXAS LULAC

Defendants respectfully request a short one-week extension of time for parties to move to compel the production of documents pertaining to LULAC Plaintiffs' August 30, 2022, Privilege Log, which was prepared in connection with LULAC Plaintiffs' First, Second, and Third Supplemental Production of Documents. The deadline is currently set for 30 days after receipt of the Privilege Log, which falls on Thursday, September 29, 2022. *See* ECF 203 ¶ IX.B.5. A week extension would extend the deadline to Thursday, October 6, 2022. The extension is not sought for purposes of delay. The parties have agreed to schedule a meet and confer on Monday, October 3, 2022, after LULAC Plaintiffs have had sufficient time to review and potentially revise their privilege assertions in light of Defendants' concerns. The extension therefore would ensure that the parties have sufficient opportunity to narrow any remaining areas of disagreement and potentially eliminate the need for Court intervention. The undersigned counsel consulted with counsel for the LULAC Plaintiffs, who have represented that they consent to the requested extension.

Based on the foregoing, Defendants respectfully request that their unopposed motion for an extension of time be granted.

Date: September 27, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

*Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
kathleen.hunker@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 27, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 27, 2022, counsel for Defendants met and conferred with counsel for LULAC Plaintiffs via email concerning the subject of this motion. Counsel indicated no opposition to the relief sought.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN