# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:21-cv-00259 (Lead Case) |
| GREG ABBOTT et al., | § § § | |
| Defendants. | § § | |
| FAIR MAPS TEXAS ACTION COMMITTEE, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:21-cv-01038 (Consolidated Case) |
| GREG ABBOT et al. | § § § | |
| Defendants. | § § § | |

## **UNOPPOSED MOTION TO WITHDRAW CHANDRASHEKAR BENAKATTI**

Pursuant to F.R.C.P. Rule 21, or in the alternative F.R.C.P Rule 41(a)(2), Fair Maps Plaintiffs move for the withdrawal of Plaintiff Chandrashekar Benakatti as a party in this action. Counsel for Fair Maps Plaintiffs have conferred with counsel for Defendants, who have indicated they do not oppose this motion. All other Fair Maps Plaintiffs will remain in this litigation.

This Court has previously recognized that it is sufficient to have a single plaintiff, or organizational member, with standing to challenge a district. *See, e.g.*, ECF 307, at 13 (recognizing standing to challenge districts where a single organizational member resided). Defendants have not argued otherwise. *See* ECF 401. Fair Maps Plaintiffs have demonstrated standing as to the specific districts Plaintiff Benakatti resides in—House District 70, Senate District 8, and

Congressional District 3—through other Individual Plaintiffs and Organizational Plaintiffs' members. *See* Am. Compl., ECF 458, at 7–14. As such, the withdrawal of Plaintiff Benakatti does not affect the asserted claims in those districts.

Accordingly, Fair Maps Plaintiffs respectfully request that this Court enter an order voluntarily withdrawing Chandrashekar Benakatti, with prejudice, from this litigation.

Date: September 29, 2022

Respectfully submitted,

*/s/ Noor Taj*
Noor Taj*
P.A. State Bar No. 309594
Allison J. Riggs*
N.C. State Bar No. 40028
Hilary Harris Klein*
N.C. State Bar No. 53711
Mitchell Brown*
N.C. State Bar No. 56122
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
Allison@southerncoalition.org
Noor@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org

David A. Donatti
TX Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146 Fax. (713) 942-8966
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org

Jerry Vattamala*
N.Y. State Bar No. 4426458
Susana Lorenzo-Giguere*
N.Y. State Bar No. 2428688
Patrick Stegemoeller*
N.Y. State Bar No. 5819982
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Yurij Rudensky*
N.Y. State Bar No. 5798210
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
rudenskyy@brennan.law.nyu.edu

**Admitted pro hac vice*

*ATTORNEYS FOR FAIR MAPS PLAINTIFFS*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically using the CM/ECF system on September 29, 2022 which will notify and serve all counsel of record.

                                                  */s/ Ashley Harris*
                                                     Ashley Harris

## CERTIFICATE OF CONFERENCE

I certify on August 23, 2023, the Fair Maps Plaintiffs' counsel conferred via e-mail with counsel for Defendants, who are not opposed to the motion to withdraw requested here.

                                                 */s/ Ashley Harris*
                                                    Ashley Harris