## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:21-cv-00259 (Lead Case) |
| GREG ABBOTT et al., | § § § | |
| Defendants. | § § | |
| FAIR MAPS TEXAS ACTION COMMITTEE, et al., | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:21-cv-01038 (Consolidated Case) |
| GREG ABBOT et al. | § § § | |
| Defendants. | § § | |

### [Proposed] ORDER GRANTING MOTION TO WITHDRAW CHANDRASHEKAR BENAKATTI

On this date, the Court took under submission the Fair Maps Plaintiffs' Motion to Withdraw Chandrashekar Benakatti as a party in this action, pursuant to Rule 21 of the Federal Rules of Civil Procedure. The motion was presented with notice to the Defendants, who have indicated that they do not oppose the motion. The Court, after reviewing the motion, is of the opinion that the motion is well-taken and should be in all things **GRANTED**.

It is therefore **ORDERED** that Fair Maps Plaintiffs' Motion to Withdraw is hereby **GRANTED** and Plaintiff Chandrashekar Benakatti is **DISMISSED WITH PREJUDICE**.

All other Fair Maps Plaintiffs remain a party to this action, and the dismissal of Chandrashekar Benakatti does not affect remaining Fair Maps Plaintiffs claims against any Defendants.

SO ORDERED and SIGNED this _____ day of _____ 2022.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of*

| | | |
|---|---|---|
| Jerry E. Smith<br>United States Circuit Judge<br>U.S. Court of Appeals<br>Fifth Circuit | *-and-* | Jeffrey V. Brown United<br>United States District Judge<br>South District of Texas |