UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, v. | § § § | & |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants*. | § § | |

## ORDER

The LULAC Plaintiffs seek to modify the Court's September 8, 2022 Order reopening the deposition of Texas Representative Todd Hunter. Mot., ECF No. 585. Defendants are unopposed. *Id.* After careful consideration of the Motion, the Court **GRANTS** the LULAC Plaintiffs' "Unopposed Motion to Modify the Court's September 8, 2022 Order (Dkt. 578)" (ECF No. 585). The LULAC Plaintiffs may ask additional questions during Representative Hunter's reopened deposition.

**So ORDERED and SIGNED this 29th day of September 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** United States Circuit Judge U.S. Court of Appeals, Fifth Circuit | -and- | **Jeffrey V. Brown** United States District Judge Southern District of Texas |