# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

## UNOPPOSED MOTION OF LULAC PLAINTIFFS AND ABUABARA PLAINTIFFS TO EXTEND THE DEADLINE TO MOVE TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT JOHN SCOTT

LULAC Plaintiffs and Abuabara Plaintiffs ("Plaintiffs") respectfully request a one-week extension of their deadline to file a motion to compel the production of documents pertaining to Defendant John Scott's September 6, 2022 privilege log, such that they may file such a motion by October 13, 2022. Defendants do not oppose this motion.

Pursuant to Dkt. 203, Plaintiffs' deadline to file a motion to compel in connection with the September 6, 2022 privilege log is Thursday, October 6, 2022. *See* Dkt. 203 at 16. The parties have engaged in a meaningful meet-and-confer process regarding that privilege log, and an additional week will provide the parties an opportunity to further narrow the scope of their disagreements. Plaintiffs do not seek an extension to delay these proceedings, and an extension will not prejudice Defendants.

Accordingly, Plaintiffs respectfully request that their unopposed motion be granted, and that their deadline to file a motion to compel in connection with Defendant Scott's September 6, 2022 privilege log be extended to October 13, 2022.

Dated: October 4, 2022

Respectfully submitted,

/s/ Nina Perales
Nina Perales
Fátima Menendez
Kenneth Parreno
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382

*Counsel for LULAC Plaintiffs*

/s/ David R. Fox

Abha Khanna*
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

David R. Fox*
Harleen K. Gambhir*
Richard A. Medina*
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
dfox@elias.law
hgambhir@elias.law
rmedina@elias.law

*Counsel for the Abuabara Plaintiffs*

*Admitted pro hac vice

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on October 3, 2022, counsel for LULAC Plaintiffs and Abuabara Plaintiffs conferred with counsel for Defendants regarding the instant motion. Counsel for Defendants indicated that they do not oppose the motion.

*/s/ Nina Perales*
Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 4th day of October 2022.

*/s/ Nina Perales*
Nina Perales