**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>        *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action:  Lead Case] |

<u>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF LULAC PLAINTIFFS AND ABUABARA PLAINTIFFS TO EXTEND THE DEADLINE TO MOVE TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT JOHN SCOTT**</u>

Pending before the Court is the Unopposed Motion of LULAC Plaintiffs and Abuabara Plaintiffs to Extend the Deadline to Move to Compel Production of Documents by Defendant John Scott.  Dkt. _____.  Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2022.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Hon. Jerry E. Smith | | Hon. Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |