# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, et al.,

§
§
§
§

                    *Plaintiffs*,

§

v.

§                Case No. 3:21-cv-00259
§                       [Lead Case]

GREG ABBOTT, et al.,

§
§
§

                    *Defendants*.

§
§
§

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL PRODUCTION OF DOCUMENTS BY TEXAS LULAC

Defendants respectfully request an additional eight-day extension of time for parties to move to compel the production of documents pertaining to LULAC Plaintiffs' August 30, 2022, Privilege Log, which was prepared in connection with LULAC Plaintiffs' First, Second, and Third Supplemental Production of Documents. The original deadline was set for 30 days after receipt of the Privilege Log, which fell on Thursday, September 29, 2022. *See* ECF 203 ¶ IX.B.5. The parties then requested a one-week extension so that they might schedule a meet and confer. The motion was granted, making the current deadline Thursday, October 6, 2022. The requested eight-day extension would move the deadline to Friday, October 14, 2022.

The extension is not sought for purposes of delay. During the parties' meet and confer, LULAC Plaintiffs agreed to serve a revised privilege log on Thursday, October 6 and no later Friday, October 7. The eight-day extension would give Defendants adequate time to review the revised log to determine whether their concerns have been adequately addressed or whether additional action would need to be taken. The extension thus would help the parties narrow any remaining areas of disagreement and potentially eliminate the need for Court intervention. The undersigned counsel

consulted with counsel for LULAC Plaintiffs, who have represented that they consent to the requested

extension.

Based on the foregoing, Defendants respectfully request that their unopposed motion for an

extension of time be granted.

Date: October 4, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

*Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
kathleen.hunker@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 4, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 3, 2022, counsel for Defendants met and conferred with counsel for LULAC Plaintiffs via video conference concerning the subject of this motion. Counsel indicated no opposition to the relief sought.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN