UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> *Defendants*. | §§§§§§§§§§ | Case No. 3:21-cv-00259 <br> [Lead Case] |

**ORDER**

Now before the Court comes Defendants' Unopposed Motion for Extension of Time to Move to Compel Production of Documents by Texas LULAC, filed October 4, 2022. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion for Extension of Time to Move to Compel Production of Documents by Texas LULAC is hereby GRANTED, and Defendants' deadline to file their discovery motion is extended to Friday, October 14, 2022.

DATE: _____

_____
UNITED STATES DISTRICT JUDGE