IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, et al.,<br><br>      Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL PRODUCTION OF BRYAN AND WIENCKOWSKI DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 6(b), the United States respectfully requests that the Court extend by two weeks the deadline for the United States to move to compel the production of documents pertaining to Thomas Bryan and Eric Wienckowski's ("Respondents") revised privilege log dated September 7, 2022. Currently, the deadline is set for October 7, 2022. *See* ESI Order ¶ IX.B.5, ECF No. 203. The requested two-week extension would move the deadline to October 21, 2022. Respondents do not oppose this motion.

The United States does not seek this extension for purposes of delay. Since Respondents served their revised privilege log, the parties have been conferring in an effort to narrow areas of disagreement. Pursuant to those discussions, Respondents indicated that they will let the United States know whether they will provide additional documents by October 7, 2022. The United States thus seeks this extension to allow it adequate time to assess Respondents' position and

1

seek intervention from the Court if need be.  Good cause exists to grant this motion and Respondents will not be prejudiced by the requested relief.

    Accordingly, the United States respectfully requests that the Court grant this motion and extend to October 21, 2022 its deadline to move to compel the production of documents pertaining to Respondents' revised privilege log.  A proposed order is attached.

Dated: October 6, 2022                               ELISE C. BODDIE
                                                         Principal Deputy Assistant Attorney General
                                                         Civil Rights Division

                                                         */s/ Jaywin Singh Malhi*
                                                         T. CHRISTIAN HERREN, JR.
                                                         TIMOTHY F. MELLETT
                                                         DANIEL J. FREEMAN
                                                         JANIE ALLISON (JAYE) SITTON
                                                         MICHELLE RUPP
                                                         JACKI L. ANDERSON
                                                         JASMIN LOTT
                                                         HOLLY F.B. BERLIN
                                                         JAYWIN SINGH MALHI
                                                         L. BRADY BENDER
                                                         Attorneys, Voting Section
                                                         Civil Rights Division
                                                         U.S. Department of Justice
                                                         950 Pennsylvania Avenue NW
                                                         Washington, D.C. 20530
                                                         (800) 253-3931
                                                         jaywin.malhi@usdoj.gov

## CERTIFICATE OF CONFERRAL

       I hereby certify that, on October 5, 2022, counsel for the United States conferred with counsel for Respondents concerning the subject of this motion. Counsel for Respondents do not oppose the relief sought.

                                               */s/ Jaywin Singh Malhi*
                                               Jaywin Singh Malhi
                                               Voting Section
                                               Civil Rights Division
                                               U.S. Department of Justice
                                               950 Pennsylvania Ave, NW
                                               Washington, DC 20530
                                               (800) 253-3931
                                               jaywin.malhi@usdoj.gov

## CERTIFICATE OF SERVICE

        I hereby certify that, on October 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                                */s/ Jaywin Singh Malhi*
                                                Jaywin Singh Malhi
                                                Voting Section
                                                Civil Rights Division
                                                U.S. Department of Justice
                                                950 Pennsylvania Ave, NW
                                                Washington, DC 20530
                                                (800) 253-3931
                                                jaywin.malhi@usdoj.gov