IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) <br> (consolidated cases) |

**[PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL PRODUCTION OF BRYAN AND WIENCKOWSKI DOCUMENTS**

Before the Court is the United States' unopposed motion to extend by two weeks the deadline for the United States to move to compel the production of documents pertaining to Thomas Bryan and Eric Wienckowski's ("Respondents") revised privilege log dated September 7, 2022. Upon consideration of the motion and for good cause shown, the motion is hereby GRANTED. It is hereby ORDERED that the United States shall file any motion to compel the production of documents pertaining to Respondents' revised privilege log by October 21, 2022.

2

So ORDERED and SIGNED this ___ day of _____, 2022.

                                                                                                                             _____
                                                                                                                             HON. DAVID G. GUADERRAMA
                                                                                                                              UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |