- 1 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | **EP-21-CV-00259-DCG-JES-JVB** [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | **All Consolidated Cases** |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § § | |

## PROPOSED ORDER GRANTING JOHNSON INTERVENORS MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

     Before this Court is the Johnson Intervenors unopposed motion for extension of time by one week of the deadline to file an Amended Complaint as set by this Court in an order issued on the 28th of September 2022.  Upon consideration of the motion and for good cause shown, the motion is hereby GRANTED.  It is hereby ORDERED that the Johnson Intervenors shall file their Second Amended Complaint by October 19, 2022, and pursuant to Rule 15 the Defendants will have 14 days to respond to the Amended Complaint.

So ORDER and SIGNED this _____ day of _____, 2022.

                                        _____
                                        HONORABLE DAVID G. GUADAERRAMA
                                        UNITED STATES DISTRICT JUDGE

And on behalf of

| Jerry E. Smith | | Jeffrey v. Brown |
| --- | --- | --- |
| United States Circuit Judge | and | United States District Judge |
| 5th Circuit Court of Appeals | | Southern District of Texas |