IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) <br> (consolidated cases) |

### [PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION TO COMPEL PRODUCTION OF TEXAS LEGISLATIVE COUNCIL DOCUMENTS

Before the Court is the United States' unopposed motion to extend by two weeks the United States' deadline to move to compel the production of documents related to the Texas Legislative Council's ("TLC") September 16, 2022 privilege log. Upon consideration of the motion and for good cause show, the motion is hereby GRANTED. It is hereby ORDERED that the United States shall file any motion to compel the production of documents related to TLC's September 16, 2022 privilege log by October 31, 2022.

So ORDERED and SIGNED this ___ day of _____, 2022.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | *-and-* | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |