# **EXHIBIT B**

**Sean T at RCP** ✓
@SeanTrende

Been playing around with Texas maps, and it's pretty easy to draw three new R districts, draw two new minority opportunity districts by making 7 and 32 minority-majority, make 23 majority-Trump while keeping ~66% Hispanic and make TX-28 heavily Trump while keeping ~66% Hispanic 1/

10:52 AM · Dec 14, 2020 · Twitter Web App

**2** Retweets   **2** Quote Tweets   **22** Likes

**Sean T at RCP** ✓ @SeanTrende · Dec 14, 2020
Replying to @SeanTrende
While shoring up most of the suburban districts (that flows pretty naturally from making TX7/32 minority-majority). With that said, long term probably makes more sense to draw an Austin-based district, both for political and "oh come on" reasons. 2/

2   1   19

**Sean T at RCP** ✓ @SeanTrende · Dec 14, 2020
Like a 6-way pizzamander of Travis County *can* be done, but it doesn't mean it *should*. And given growth in the area, those districts probably get wobbly by the end of the decade. 3/3

4   2   22

PLAINTIFF'S EXHIBIT