IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) <br> (consolidated cases) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO COMPEL REOPENED LEGISLATIVE DEPOSITION TESTIMONY OF REPRESENTATIVES HUNTER AND MURR**

The United States of America respectfully requests an extension of time for parties to file a motion to compel legislative deposition testimony of Representatives Todd Hunter and Andrew Murr until seven business days after receipt of the later of the two transcripts. These reopened depositions were conducted on October 11 and 12, and the deposition transcripts have not yet been received. Pursuant to the Court's July 28, 2022 Order, any motions to unseal materials over which deponents have asserted legislative privilege are due on October 18 and 19 respectively. Order, ECF No. 490. However, the parties have worked "in good faith to agree to an appropriate filing date on a case-by-case basis." *Id*. The parties have conferred, and counsel for Representatives Hunter and Murr do not oppose the relief sought. The United States respectfully requests that the Court grant an extension for a motion to compel related to these depositions until seven business days after receipt of the later of the two transcripts. A proposed order is attached hereto.

DATED: October 18, 2022

                                            Respectfully submitted,

                                            ELISE C. BODDIE
                                            Principal Deputy Assistant Attorney General
                                            Civil Rights Division

                                            */s/ Holly F.B. Berlin*
                                            T. CHRISTIAN HERREN, JR.
                                            TIMOTHY F. MELLETT
                                            DANIEL J. FREEMAN
                                            JANIE ALLISON (JAYE) SITTON
                                            MICHELLE RUPP
                                            JACKI L. ANDERSON
                                            JASMIN LOTT
                                            HOLLY F.B. BERLIN
                                            Attorneys, Voting Section
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            950 Pennsylvania Avenue NW
                                            Washington, D.C. 20530

## **CERTIFICATE OF CONFERRAL**

 I hereby certify that on October 13, 2022, counsel for the United States met and conferred with counsel for Representatives Hunter and Murr concerning the subject of this motion.  Counsel indicated no opposition to the relief sought.

               */s/ Holly F.B. Berlin*
               Holly F.B. Berlin
               Voting Section
               Civil Rights Division
               U.S. Department of Justice
               holly.berlin@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                            */s/ Holly F.B. Berlin*
                                            Holly F.B. Berlin
                                            Voting Section
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            holly.berlin@usdoj.gov