IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

### [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO MOVE TO COMPEL REOPENED DEPOSITION TESTIMONY OF REPRESENTATIVES HUNTER AND MURR

Upon consideration of the United States' unopposed motion for an extension of time to move to compel deposition testimony of Representatives Hunter and Murr, dated October 18, 2022, the United States' motion is GRANTED.  Parties may move to compel legislative deposition testimony of these individuals by no later than seven business days after receipt of the later of the two deposition transcripts.

So ORDERED and SIGNED this ___ day of _____, 2022.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith<br>United States Circuit Judge<br>U.S. Court of Appeals, Fifth Circuit | -and- | Jeffrey V. Brown<br>United States District Judge<br>Southern District of Texas |