IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 <br> (DCG-JES-JVB) <br> (consolidated cases) |

**JOINT MOTION TO EXTEND TIME TO FILE MOTION TO COMPEL PRODUCTION OF TEXAS LEGISLATIVE COUNCIL DOCUMENTS**

The United States' deadline to file a motion to compel related to Texas Legislative Council's ("TLC") September 16, 2022, privilege log is October 31, 2022. *See* Oct. 14, 2022 Text Order Granting Motion for Extension of Time to File Motion to Compel. The parties have met and conferred regarding TLC's privilege assertions and are holding final related discussions. To allow for the conclusion of those discussions, the United States and TLC jointly and respectfully request that the United States' deadline to file a motion to compel be extended to November 17, 2022, and TLC's deadline to file a response be extended to November 30, 2022. The United States' reply would be due on December 7, 2022. A proposed order is attached.

Dated: October 31, 2022

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/   Jasmin Lott*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT

1

DANIEL J. FREEMAN
JANIE ALISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
JAYWIN SINGH MALHI
L. BRADY BENDER
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                        */s/   Jasmin Lott*
                                        Jasmin Lott
                                        Voting Section
                                        Civil Rights Division
                                        U.S. Department of Justice
                                        Jasmin.lott@usdoj.gov