IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREG ABBOTT, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:21-cv-259<br>(DCG-JES-JVB)<br>(consolidated cases) |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE MOTION TO COMPEL PRODUCTION OF TEXAS LEGISLATIVE COUNCIL DOCUMENTS

Before the Court is the United States' and Texas Legislative Council's ("TLC") joint motion to extend the deadlines for filing a motion to compel related to TLC's September 16, 2022, privilege log. Upon consideration of the motion and for good cause shown, the motion is hereby GRANTED. It is hereby ORDERED that the United States shall file any motion to compel the production of documents related to TLC's September 16, 2022, privilege log by November 17, 2022; TLC shall file any response by November 30, 2022; and the United States shall file any reply by December 7, 2022.

So ORDERED and SIGNED this ____ day of _____, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. DAVID G. GUADERRAMA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith<br>United States Circuit Judge | *-and-* | Jeffrey V. Brown<br>United States District Judge |

U.S. Court of Appeals, Fifth Circuit					Southern District of Texas