IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

### LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR THEIR REPLY IN SUPPORT OF THEIR MOTION TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF SEEKING SPECIFIC DOCUMENTS FROM DAVE'S REDISTRICTING, LLC

Pursuant to Local Rule CV-7(E)(3), LULAC Plaintiffs move for leave to file a reply brief in excess of one page above the page limit—for up to six pages total—in support of their Motion to Reopen Discovery for the Limited Purpose of Seeking Specific Documents from Dave's Redistricting, LLC. Dkt. 617. A proposed order is attached hereto, along with LULAC Plaintiffs' proposed reply.

LULAC Plaintiffs seek leave to exceed the page limit in order to address fully the arguments set forth in the State's opposition to LULAC Plaintiffs' motion. *See* Dkt. 622. Granting this motion will not prejudice any party. The State does not oppose the instant motion.

### CONCLUSION

For the foregoing reasons, LULAC Plaintiffs respectfully request that the Court grant this motion.

1

DATED:  October 31, 2022                               *s/ Nina Perales*

                                                            Nina Perales
Fátima Menendez
Kenneth Parreno*
Julia Longoria
Massachusetts Bar No. 705747
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

Nikolas Youngsmith*
1016 16th Street NW, Suite 100
Washington, DC 20036
(202) 293-2828
Fax: (202) 293-2848

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on October 28, 2022 and October 31, 2022, counsel for LULAC Plaintiffs emailed counsel for the State regarding the instant motion. Counsel for the State does not oppose the instant motion.

/s/ Nina Perales
Nina Perales

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 31st day of October 2022.

/s/ Nina Perales
Nina Perales