# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

## [PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR THEIR REPLY IN SUPPORT OF THEIR MOTION TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF SEEKING SPECIFIC DOCUMENTS FROM DAVE'S REDISTRICTING, LLC

Pending before the Court is LULAC Plaintiffs' Unopposed Motion to Exceed Page Limit for Their Reply in Support of Their Motion to Reopen Discovery for the Limited Purpose of Seeking Specific Documents from Dave's Redistricting, LLC. Dkt. _____. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2022.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Hon. Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | *-and-* | Hon. Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |