# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* <br><br> *Plaintiffs,* <br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| TEXAS STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiff,* <br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-01006 <br> [Consolidated Case] |

### [PROPOSED] ORDER GRANTING PLAINTIFF TEXAS NAACP'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT

Upon consideration of Texas NAACP's motion for extension of time to file a second amended complaint, Texas NAACP's motion is GRANTED. It is hereby ORDERED that Texas NAACP's second amended complaint will be due by November 18, 2022, and the State's answer will be due by December 5, 2022.

So ORDERED and SIGNED this ___ day of _____, 2022.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith<br>United States Circuit Judge<br>U.S. Court of Appeals, Fifth Circuit | *-and-* | Jeffrey V. Brown<br>United States District Judge<br>Southern District of Texas |