IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

## LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO MOVE TO COMPEL REOPENED LEGISLATIVE DEPOSITION TESTIMONY OF REPRESENTATIVES HUNTER AND MURR

LULAC Plaintiffs respectfully request a one-day extension of time, to November 10, 2022, to file a motion to compel regarding the legislative deposition testimony of Representatives Todd Hunter and Andrew Murr. Counsel for Representatives Hunter and Murr do not oppose this motion.

On October 18, 2022, the Court directed the parties to file a motion to compel regarding the legislative deposition testimony of Representatives Hunter and Murr no later than seven business days after receipt of the later of the two deposition transcripts. *See* Dkt. 618. As of October 31, 2022, LULAC Plaintiffs received both transcripts; accordingly, LULAC Plaintiffs' deadline for their motion to compel is currently November 9, 2022. *See id.* The United States, however, did not receive the later transcript until November 1, 2022; thus, the United States' deadline is currently November 10, 2022. *See id.* To streamline briefing across parties, LULAC Plaintiffs respectfully request that any motion to compel regarding the re-opened deposition

1

testimony of Representatives Hunter and Murr be due no later than November 10, 2022. LULAC Plaintiffs do not seek an extension to delay these proceedings, and an extension will not prejudice Representatives Hunter and Murr.

Accordingly, LULAC Plaintiffs respectfully request that their unopposed motion be granted, such that a party may file a motion to compel regarding the legislative deposition testimony of Representatives Hunter and Murr no later than November 10, 2022.

Dated: November 3, 2022

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Fátima Menendez
Kenneth Parreno
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382

*Counsel for LULAC Plaintiffs*

*Admitted pro hac vice

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on November 2, 2022, counsel for LULAC Plaintiffs conferred with counsel for Representatives Hunter and Murr regarding the instant motion. Counsel for Representatives Hunter and Murr indicated they do not oppose the relief sought.

*/s/ Nina Perales*
Nina Perales

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 3rd day of November 2022.

/s/ Nina Perales
Nina Perales