**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action:  Lead Case] |

**[PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO MOVE TO COMPEL REOPENED LEGISLATIVE DEPOSITION TESTIMONY OF REPRESENTATIVES HUNTER AND MURR**

Pending before the Court is LULAC Plaintiffs' Unopposed Motion to Extend the Deadline to Move to Compel Reopened Legislative Deposition Testimony of Representatives Hunter and Murr.  Dkt. _____.  Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2022.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Hon. Jerry E. Smith | | Hon. Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |