IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) <br> (consolidated cases) |

### [PROPOSED] ORDER GRANTING UNITED STATES' RENEWED MOTION TO COMPEL PRODUCTION OF BRYAN AND WIENCKOWSKI DOCUMENTS

Upon consideration of the United States' Renewed Motion to Compel Production of Bryan and Wienckowski Documents filed on November 9, 2022 and all responses and replies thereto, the United States' motion is GRANTED. It is hereby ORDERED that, within seven days of this order, Respondents shall produce to the United States: (1) all documents listed on their second revised privilege log dated October 19, 2022, *see* 2d Rev. Priv. Log (U.S. Mot. Ex. 1) (PRIV_001 to PRIV_1100), including producing without any redactions those documents previously produced with redactions, and (2) all other unproduced documents attached to any emails listed on the second revised privilege log, whether or not those documents are themselves listed on the log.

So ORDERED and SIGNED this ___ day of _____, 2022.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |