EXHIBIT 3

BRY-WIEN_0000951

## Re: Call Thursday 11 Eastern 10 Central

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: batdad86@gmail.com; ewienckowski@gmail.com

Date: Wednesday, September 15, 2021, 08:39 AM EDT

```
No worries Mark, please just keep Eric up to speed on what you are doing
so he can represent.  Thanks, TB
```

On Wednesday, September 15, 2021, 08:37:03 AM EDT, Mark Bittner <batdad86@gmail.com> wrote:

Tom,

I am not available that day and time, unfortunately.

Mark

On Tue, Sep 14, 2021 at 8:49 PM tom@bryangeodemo.com <tom@bryangeodemo.com> wrote:

```
Thomas Bryan is inviting you to a scheduled Zoom meeting.

Topic: Thomas Bryan's Zoom Meeting
Time: Sep 16, 2021 11:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us06web.zoom.us/j/88960224127?
pwd=QTladkZ5QkxRWTFhNC9Ld04xZ2UrQT09

Meeting ID: 889 6022 4127
Passcode: 343047
One tap mobile
+19294362866,,88960224127#,,,,*343047# US (New York)
+13017158592,,88960224127#,,,,*343047# US (Washington DC)

Dial by your location
        +1 929 436 2866 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
        +1 669 900 6833 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
Meeting ID: 889 6022 4127
Passcode: 343047
Find your local number: https://us06web.zoom.us/u/kBoP8ozn0
```

BRY-WIEN_0000951

BRY-WIEN_0000968

## Re: Harris County

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: Tommie.Cardin@butlersnow.com

Date: Tuesday, September 28, 2021 at 12:46 PM EDT

```
I'll call in a few minutes
```

On Tuesday, September 28, 2021, 12:35:31 PM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:

███████████████████████████████████████████████████

Sent from my iPhone

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

██████████████████████████

BRY-WIEN_0000968

BRY-WIEN_0000970

## Re: September Invoice

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: Tommie.Cardin@butlersnow.com

Date: Wednesday, October 27, 2021 at 12:13 PM EDT

Tommie-
Thank you - we are kind of missing the cadence of our daily calls with
you, Parker and Judge!  The attached invoice for October goes through
the 15th.  There may have been some other snippets of time here and
there, but none that I am worried about.  We hope you and the family are
well and talk soon, Tom

On Tuesday, October 26, 2021, 11:37:37 AM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:

Got this and will submit.  Also, please go ahead and send me statement for October time as they want us to get everything in next week if possible.  Thx and I'll be in touch in next few days.

**Tommie S. Cardin**
**Butler Snow LLP**

D: (601) 985-4570 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Tommie.Cardin@butlersnow.com | vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** tom@bryangeodemo.com <tom@bryangeodemo.com>
**Sent:** Tuesday, October 19, 2021 11:53 AM
**To:** Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Subject:** September Invoice

Tommie-
Please find our September invoice attached.  It was a really big month, and I was fortunate to have the help of Mark and Eric throughout.  The invoice also includes expenses related to my visit to Austin (the complete Otis folio is also attached).  Please let me know if you have any questions.
TB

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any

BRY-WIEN_0000970

attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

 Thomas Bryan Texas Redistricting October 2021 Invoice.pdf
116.6kB

BRY-WIEN_0000971

BRY-WIEN_0000972

## Re: Tom Bryan contact info.

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: Tommie.Cardin@butlersnow.com

Date: Thursday, March 18, 2021, 12:58 PM EDT

```
Privileged
Tommie-
Good talking with you today.  Please find my vitae attached.  My rate
schedule is $    / hr. and $    / hr. for depositions and testimony.  I
have a group of experts and support staff around me, so if it is
appropriate I will have them assist at lower rates.
```



```
I hope your meeting goes well Tommie and talk soon, Tom
```

On Thursday, March 18, 2021, 10:44:37 AM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:

Will do – about to hop on a plane and will be travelling most of day so I'll try and catch u sometime today. Thx!

**Tommie S. Cardin**
**Butler Snow LLP**

D: (601) 985-4570 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Tommie.Cardin@butlersnow.com| vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Thomas Bryan <tom@bryangeodemo.com>
**Sent:** Thursday, March 18, 2021 9:41 AM
**To:** Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Subject:** Re: Tom Bryan contact info.

9

BRY-WIEN_0000972

Hi Tommie how are you?  Peter gave me a call and let me know you have an urgent matter.  I'm available anytime today except 4-5PM EST.  Please feel free to call or Zoom me anytime.
Tom

Sent from Smallbiz Yahoo Mail for iPhone

On Thursday, March 18, 2021, 10:31 AM, Peter Morrison <petermorrison@me.com> wrote:

Tommie, good to talk to you this morning. Here is Tom Bryan's email contact (CCed above) and his direct phone number:  (425) 466-9749

I will alert him to your urgent call later today or tomorrow. He is on East Coast time

Best regards

Sent from my iPhone
Peter Morrison
Cell: (310) 266-9580

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

 Thomas Bryan Redistricting Resume CV March 2021.pdf
293.7kB

BRY-WIEN_0000973

BRY-WIEN_0000979

## Re: Draft Engagement Letter

From:  tom@bryangeodemo.com (tom@bryangeodemo.com)

To:  Tommie.Cardin@butlersnow.com

Date:  Monday, March 22, 2021, 08:54 PM EDT

```
Tommie-
Please find our sig page attached.  I will be around tomorrow and ready
to go.  Have a good evening.
Tom
```

On Monday, March 22, 2021, 07:49:00 PM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:

I'll update u

Sent from my iPhone

On Mar 22, 2021, at 4:49 PM, tom@bryangeodemo.com wrote:

```
Privileged
Tommie-
That all sounds good, and that's a great solution.

                    We're good.
TB
```

On Monday, March 22, 2021, 05:43:07 PM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:



1/3

BRY-WIEN_0000979

If you are ok with these terms, then I'll tweak re the testifying hourly rate and then finalize for your signature. Thx.

**Tommie S. Cardin**
**Butler Snow LLP**

D: (601) 985-4570 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Tommie.Cardin@butlersnow.com| vCard | Bio

<image001.png>

Twitter
| LinkedIn | Facebook | YouTube

---

**From:** tom@bryangeodemo.com <tom@bryangeodemo.com>
**Sent:** Monday, March 22, 2021 4:30 PM
**To:** Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Subject:** Re: Draft Engagement Letter

Privileged
Tommie thank you. A couple of thoughts.



I hope your client meetings went well, and I'm excited to get going.

Best TB

On Monday, March 22, 2021, 03:04:35 PM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:

Here is draft.

---

13

2/3

BRY-WIEN_0000980

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

 Butler Snow_Tommie Cardin Texas Agreement 3_22-2021.pdf
628kB

BRY-WIEN_0000981

BRY-WIEN_0000989

## Re: Invoices

From:   tom@bryangeodemo.com (tom@bryangeodemo.com)

To:     tommie.cardin@butlersnow.com

Date:   Wednesday, February 9, 2022 at 08:51 AM EST

```
Tommie-
In case you need them, here are the three invoices for August, September
and October of last year.  Please let me know if you need anything else.
Thanks TB
```

> On Tuesday, February 8, 2022, 05:23:20 PM EST, tom@bryangeodemo.com <tom@bryangeodemo.com> wrote:

```
Hi Tommie,
Great talking today.  I just went back and looked at our invoices.
The ~$████ number I had lodged in my head was from the September and
October invoices.  I didn't wrap my head around the August invoice.  I
checked the 1099 you guys sent me for 2021 work for $███████ - and
confirmed that was for work we did through July, so this last payment
should include:

$██,███ sent September 9 (for work August 3 - 31)
$█████ sent October 19 (for work September 1 - 30)
$█████ sent October 27 (for work October 1 - 15)

or $██████.   Please let me know if this somehow doesn't check out of
if you need anything else.
Thanks TB
```

 Thomas Bryan Texas Redistricting October 2021 Invoice.pdf
116.6kB

 Thomas Bryan Texas Redistricting September 2021 Invoice.pdf
190.4kB

 Thomas Bryan Texas Redistricting August 2021 Invoice.pdf
130.7kB

BRY-WIEN_0000989

BRY-WIEN_0000991

## Checking in

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: tommie.cardin@butlersnow.com

Date: Tuesday, January 18, 2022 at 04:09 PM EST

Tommie how are you?  I hope you had a great holiday season!  Is there any movement from any of those lawsuits down there yet?  I'm done with Alabama and Wisconsin, and just knocked out a small project with Eric in Florida for their Governor.  As I think I mentioned, Kentucky is probably up next.  For now things are finally quiet, so I was talking to my accountant and trying to do some end of year bookkeeping.  I told her that I was expecting two checks from you for the ~$▇▇▇ in September and ~$▇▇▇ in October soon.  She mentioned to me that she didn't think the August invoice for $▇▇▇▇▇ (attached) had been paid yet either?  I honestly don't know.  When you get a chance, would you mind checking?  I think it is possible it was paid and I lost track of it but I'm not sure.  My records don't show it.  Otherwise, can you confirm it will come with the September and October checks?  No rush, please let me know later anytime.  I got another client to pay up last week so the team is in good shape for the time being.
Thanks and best, TB

 Thomas Bryan Texas Redistricting August 2021 Invoice.pdf
130.7kB

BRY-WIEN_0000991

BRY-WIEN_0001036

## Re: Amended Agreement

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: Tommie.Cardin@butlersnow.com

Date: Thursday, April 8, 2021 at 06:25 PM EDT

```
Tommie-
Please find my sig page for the new contract dated 4-8 attached.  Talk
soon, Tom
```

On Thursday, April 8, 2021, 04:31:51 PM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:

Great! Thx!

**Tommie S. Cardin**
**Butler Snow LLP**

D: (601) 985-4570 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Tommie.Cardin@butlersnow.com| vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Thomas Bryan <tom@bryangeodemo.com>
**Sent:** Thursday, April 08, 2021 3:29 PM
**To:** Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Subject:** Re: Amended Agreement

Tommie of course I remember now. Thanks so much. I'll get it signed and back to you today. Best, Tom

Sent from Smallbiz Yahoo Mail for iPhone

On Thursday, April 8, 2021, 4:27 PM, Tommie Cardin <Tommie.Cardin@butlersnow.com> wrote:

As to billing for travel, I made no distinction but if you would like to do so, we can.

**Tommie S. Cardin**
**Butler Snow LLP**

20

1/3

BRY-WIEN_0001036

D: (601) 985-4570 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Tommie.Cardin@butlersnow.com| vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

**From:** tom@bryangeodemo.com <tom@bryangeodemo.com>
**Sent:** Thursday, April 08, 2021 3:21 PM
**To:** Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Subject:** Re: Amended Agreement

Tommie-
Thanks for this. Under payments, can we please add a line for the hourly rate (I think you said $▊▊▊?) for depositions and testifying? Also, how do you like to manage costs for things like time travelling?
Tom

On Thursday, April 8, 2021, 12:51:41 PM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:

Attached are the redlined version and clean version of our amended agreement. If this works, we'll appreciate your signing the clean version and returning. Thx!

### Tommie S. Cardin

### Butler Snow LLP

D: (601) 985-4570 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Tommie.Cardin@butlersnow.com| vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

BRY-WIEN_0001037

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.



Butler Snow_Tommie Cardin Texas Agreement TB Sig Page 4-8-2021.pdf
162.4kB

BRY-WIEN_0001038

BRY-WIEN_0001041

## May 2021 Invoice

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: tommie.cardin@butlersnow.com

Date: Friday, June 25, 2021, 10:57 AM EDT

 Thomas Bryan Texas Redistricting May 2021 Invoice.docx
34.6kB

BRY-WIEN_0001041

BRY-WIEN_0001043

## Fw: Amended Agreement

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: tommie.cardin@butlersnow.com

Date: Tuesday, June 21, 2022 at 01:07 PM EDT

```
Tommie
Here ya go.
```

TB

----- Forwarded Message -----
**From:** tom@bryangeodemo.com <tom@bryangeodemo.com>
**To:** Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Sent:** Thursday, April 8, 2021, 06:25:52 PM EDT
**Subject:** Re: Amended Agreement

```
Tommie-
Please find my sig page for the new contract dated 4-8 attached.   Talk
soon, Tom
```

On Thursday, April 8, 2021, 04:31:51 PM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:


Great!  Thx!


### Tommie S. Cardin

### Butler Snow LLP


D: (601) 985-4570 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Tommie.Cardin@butlersnow.com| vCard | Bio


FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube




**From:** Thomas Bryan <tom@bryangeodemo.com>
**Sent:** Thursday, April 08, 2021 3:29 PM

26

BRY-WIEN_0001043

**To:** Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Subject:** Re: Amended Agreement

Tommie of course I remember now. Thanks so much. I'll get it signed and back to you today. Best, Tom

Sent from Smallbiz Yahoo Mail for iPhone

On Thursday, April 8, 2021, 4:27 PM, Tommie Cardin <Tommie.Cardin@butlersnow.com> wrote:

As to billing for travel, I made no distinction but if you would like to do so, we can.

## Tommie S. Cardin

## Butler Snow LLP

D: (601) 985-4570 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Tommie.Cardin@butlersnow.com| vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

---

**From:** tom@bryangeodemo.com <tom@bryangeodemo.com>
**Sent:** Thursday, April 08, 2021 3:21 PM
**To:** Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Subject:** Re: Amended Agreement

Tommie-

Thanks for this. Under payments, can we please add a line for the hourly rate (I think you said $███?) for depositions and testifying? Also, how do you like to manage costs for things like time travelling?

Tom

2/4

BRY-WIEN_0001044

On Thursday, April 8, 2021, 12:51:41 PM EDT, Tommie Cardin <tommie.cardin@butlersnow.com> wrote:

Attached are the redlined version and clean version of our amended agreement. If this works, we'll appreciate your signing the clean version and returning. Thx!

**Tommie S. Cardin**

**Butler Snow LLP**

D: (601) 985-4570 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Tommie.Cardin@butlersnow.com| vCard | Bio

FOR BUTLER SNOW'S COVID-19 RESOURCE HUB, CLICK HERE

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

BRY-WIEN_0001045

 Butler Snow_Tommie Cardin Texas Agreement TB Sig Page 4-8-2021.pdf
162.4kB

BRY-WIEN_0001046

BRY-WIEN_0001047

## March work description and invoice

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: tommie.cardin@butlersnow.com

Date: Sunday, April 18, 2021, 04:42 PM EDT

Tommie-
I hope you are having a good weekend.  Please find attached a brief
description of the work done in March, and a monthly invoice.  Please
let me know if this format works well for you or if you need something
else.
Thanks and best, Tom

 Thomas Bryan Texas Redistricting March 2021 Invoice.docx
39.4kB

BRY-WIEN_0001047

BRY-WIEN_0001048

## July 2021 Texas Invoice

From:   tom@bryangeodemo.com (tom@bryangeodemo.com)

To:     tommie.cardin@butlersnow.com

Date:   Sunday, August 22, 2021 at 11:07 AM EDT

Tommie,
Please see our July 2021 invoice attached.  My records currently show:
1) March fees of $▮▮▮▮▮ were paid
2) April fees of $▮▮▮▮ were paid
3) May fees of $▮▮▮▮ were billed on June 25 and are outstanding
4) June fees of $▮▮▮▮ were billed on July 16 and are outstanding

Can Karen please check and ensure we our records are aligned?  Please
note that the fees average less than our contracted hourly amount
because I have started to leverage my lower-cost analyst bench where
possible.  My expectation is that monthly fees will go up going forward
with more hours expended, but this will be offset to a degree with
greater use of my analysts.



Have a great day Tommie and talk
tomorrow,
TB



📄 Thomas Bryan Texas Redistricting July 2021 Invoice.pdf
116.6kB

33

1/1

BRY-WIEN_0001048

BRY-WIEN_0001051

## June invoice

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: tommie.cardin@butlersnow.com

Date: Friday, July 16, 2021, 08:49 AM EDT

```
Tommie-
Look forward to talking to you shortly.  Please find my June invoice
attached.  Thanks Tom
```

 Thomas Bryan Texas Redistricting June 2021 Invoice.docx
36kB

BRY-WIEN_0001051

BRY-WIEN_0001053

## September Invoice

From:  tom@bryangeodemo.com (tom@bryangeodemo.com)

To:    tommie.cardin@butlersnow.com

Date:  Tuesday, October 19, 2021 at 12:52 PM EDT

```
Tommie-
Please find our September invoice attached.  It was a really big month,
and I was fortunate to have the help of Mark and Eric throughout.  The
invoice also includes expenses related to my visit to Austin (the
complete Otis folio is also attached).  Please let me know if you have
any questions.
TB
```

 Austin Otis Hotel Expenses 9_21 to 9_25.pdf
551.8kB

 Thomas Bryan Texas Redistricting September 2021 Invoice.pdf
190.4kB

BRY-WIEN_0001053

BRY-WIEN_0001066

## August Invoice

From: tom@bryangeodemo.com (tom@bryangeodemo.com)

To: tommie.cardin@butlersnow.com

Date: Thursday, September 9, 2021 at 05:45 PM EDT

```
Tommie-
Please find our August invoice attached.  I think (although I could be
mistaken) that the May invoice for $█████, the June invoice for $█████,
and the July invoice for $██,███ are outstanding.  Keep me honest here.
```

```
Have a good night, Tom
```

 Thomas Bryan Texas Redistricting August 2021 Invoice.pdf
130.7kB

BRY-WIEN_0001066

BRY-WIEN_0001080

# Thomas M. Bryan

13106 Dawnwood Terrace
Midlothian, VA 23114
425-466-9749
tom@bryangeodemo.com

5-17-2021

Butler Snow LLP
Attn: Mr. Tommie S. Cardin
Suite 1400
1020 Highland Colony Park
Ridgeland, Mississippi 39157

April 2021 Invoice for Texas Redistricting Services, Via Email

Tommie-



Thomas M. Bryan          April 2021 Invoice          Pg. 1          5/17/2021

BRY-WIEN_0001080

██████████████████████████████████████
██████████████████████████████████████
███████████████████████████████

I have expended ██ hours on this in April.  As a procedural matter, we had agreed to a rate of ██ per hour originally, which was revised to ██ per hour on April 8, 2021.  Please find a summary invoice in Appendix 2 below.  Please do not hesitate to contact me with any questions or concerns.

Thank you and best regards, Tom

BRY-WIEN_0001081

**Appendix 1 Census Data Work Products as of May 17, 2020**

BRY-WIEN_0001082

**Appendix 2 April 2021 Summary Invoice**

| Date | Hours | Net | Description |
|------|-------|-----|-------------|
| 4/9/21 | ▮ | $2,925 | ▬▬▬▬▬▬▬▬ |
| 4/11/21 | ▮ | $2,250 | ▬▬▬▬▬ |
| 4/14/21 | ▮ | $4,163 | ▬ ▬▬▬▬▬▬▬▬ ▬ |
| 4/17/2021 | ▮ | $563 | ▬▬▬▬▬▬ |
| 4/18/2021 | ▮ | $675 | ▬▬▬▬▬▬ |
| 4/23/2021 | ▮ | $338 | ▬▬▬▬▬ |
| 4/24/2021 | ▮ | $225 | ▬▬▬▬▬ |
| 4/25/2021 | ▮ | $1,013 | ▬▬▬▬. |
| 4/26/21 | ▮ | $1,463 | ▬▬▬▬▬▬ |
| 4/27/21 | ▮ | $2,250 | ▬▬▬▬▬▬ ▬ |
| 4/28/21 | ▮ | $3,488 | ▬▬▬▬▬▬▬ |
| | ▮ | **$19,350.00** | |

BRY-WIEN_0001083

BRY-WIEN_0001085

# Thomas M. Bryan

### 13106 Dawnwood Terrace
### Midlothian, VA 23114
425-466-9749
tom@bryangeodemo.com

6-25-2021

Butler Snow LLP
Attn: Mr. Tommie S. Cardin
Suite 1400
1020 Highland Colony Park
Ridgeland, Mississippi 39157

May 2021 Invoice for Texas Redistricting Services, Via Email

Tommie-

██████████████████████████████████████ ███████████████████
██████████████

I have expended ████████████ in May.  Please find a summary invoice in Appendix 1 below. ████████
████████████████████████████

Please do not hesitate to contact me with any questions or concerns.

Thank you and best regards, Tom

BRY-WIEN_0001085

**Appendix 1 May 2021 Summary Invoice**

| Date | Hours | Net | Description |
|------|-------|-----|-------------|
| 5/17/21 | ■ | $1,125 | ██████████████ |
| 5/19/21 | ■ | $1,688 | ██████████████ |
| 5/21/21 | ■ | $450 | ██████████████ |
| 5/22/21 | ■ | $450 | ██████████████ |
| 5/26/21 | ■ | $563 | ████████████████ |
| 5/27/21 | ■ | $1,463 | ██████████████ |
| **Total** | ■ | **$5,738** | |

BRY-WIEN_0001086

BRY-WIEN_0001087

# Thomas M. Bryan

13106 Dawnwood Terrace

Midlothian, VA 23114

425-466-9749

tom@bryangeodemo.com

9-9-2021

Butler Snow LLP
Attn: Mr. Tommie S. Cardin
Suite 1400
1020 Highland Colony Park
Ridgeland, Mississippi 39157

August 2021 Invoice for Texas Redistricting Services, Via Email

Tommie-



We have expended ███ hours on this in July.  Please find a summary invoice in Appendix 1 below.  Also note that the charges are a blended rate, now reflecting my use of lower-costs analyst where possible. This has resulted in a significant cost savings for the project.  Be assured their work was under my direct supervision.

Thank you and best regards, Thomas



Thomas M. Bryan             August 2021 Invoice                 Pg. 1                    9/9/2021

BRY-WIEN_0001087

| Date | Total Hours | Total Fees | Description |
|------|-------------|-----------|-------------|
| 8/3/21 | ▪ | $787.50 | |
| 8/5/21 | ▪ | $700.00 | |
| 8/9/21 | ▪ | $0.00 | |
| 8/11/21 | ▪ | $625.00 | |
| 8/12/21 | ▪ | $812.50 | |
| 8/13/21 | ▪ | $875.00 | |
| 8/14/21 | ▪ | $2,925.00 | |
| 8/15/21 | ▪ | $1,012.50 | |
| 8/16/21 | ▪ | $1,687.50 | |
| 8/17/21 | ▪ | $900.00 | |
| 8/18/21 | ▪ | $1,125.00 | |
| 8/19/21 | ▪ | $1,575.00 | |
| 8/20/21 | ▪ | $3,087.50 | |
| 8/21/21 | ▪ | $2,025.00 | |
| 8/21/21 | ▪ | $925.00 | |
| 8/25/21 | ▪ | $1,687.50 | |
| 8/26/21 | ▪ | $3,037.50 | |
| 8/27/21 | ▪ | $2,400.00 | |
| 8/28/21 | ▪ | $1,200.00 | |
| 8/29/21 | ▪ | $1,175.00 | |
| 8/30/21 | ▪ | $1,925.00 | |
| 8/31/21 | ▪ | $1,275.00 | |
| | ▪ | **$31,762.50** | |



BRY-WIEN_0001088

BRY-WIEN_0001089

# Thomas M. Bryan

### 13106 Dawnwood Terrace
### Midlothian, VA 23114
425-466-9749
tom@bryangeodemo.com

7-16-2021

Butler Snow LLP
Attn: Mr. Tommie S. Cardin
Suite 1400
1020 Highland Colony Park
Ridgeland, Mississippi 39157

June 2021 Invoice for Texas Redistricting Services, Via Email

Tommie-



I have expended ▮▮▮▮ hours on this in June.  Please find a summary invoice in Appendix 1 below.  Please do not hesitate to contact me with any questions or concerns.

Thank you and best regards, Tom

BRY-WIEN_0001089

**Appendix 1 June 2021 Summary Invoice**

| Date | Hours | Net | Comments |
|------|-------|-----|----------|
| 6/1/21 | ■ | $563 | |
| 6/3/21 | ■ | $450 | |
| 6/8/2021 | ■ | $450 | |
| 6/9/2021 | ■ | $900 | |
| 6/10/2021 | ■ | $1,350 | |
| 6/11/2021 | ■ | $2,700 | |
| 6/12/2021 | ■ | $450 | |
| 6/14/21 | ■ | $1,575 | |
| 6/15/21 | ■ | $1,575 | |
| 6/16/21 | ■ | $1,013 | |
| 6/17/21 | ■ | $2,475 | |
| 6/20/21 | ■ | $1,688 | |
| 6/23/2021 | ■ | $900 | |
| 6/25/2021 | ■ | $1,800 | |
| 6/27/2021 | ■ | $1,575 | |
| **Total** | ■ | **$19,463** | |

BRY-WIEN_0001090

BRY-WIEN_0001094

# Thomas M. Bryan

3132 Briarmoor Lane
Midlothian, VA 23113
425-466-9749
tom@bryangeodemo.com

4-15-2021

Butler Snow LLP
Attn: Mr. Tommie S. Cardin
Suite 1400
1020 Highland Colony Park
Ridgeland, Mississippi 39157

April 2021 Invoice for Texas Redistricting Services, Via Email

Tommie-

| Thomas M. Bryan | March 2021 Invoice | Pg. 1 | 5/17/2021 |

BRY-WIEN_0001094

I have expended ▮▮▮ hours on this in March and expect that I will expend approximately the same amount of time on the development of this work product and a summary report in preparation for presenting to our clients in April.  As a procedural matter, we had agreed to a rate of ▮▮▮ per hour originally, which was revised to ▮▮▮ per hour on April 8, 2021.  I will honor our original rate for work done through April 8, 2021 and will apply our new rate thereafter.  Please find a summary invoice in Appendix 2 below.  Please do not hesitate to contact me with any questions or concerns.

Thank you and best regards, Tom

Thomas M. Bryan                    March 2021 Invoice                    Pg. 2                    5/17/2021

BRY-WIEN_0001095

**Appendix 1 2010 to 2020 Census Block Geography Correspondence Changes**

BRY-WIEN_0001096

**Appendix 2 March 2021 Summary Invoice**



| Date | Hours | Net | Description |
|------|-------|-----|-------------|
| 3/20/21 | ▬ | $1,950 | |
| 3/21/21 | ▬ | $2,400 | |
| 3/22/21 | ▬ | $2,475 | |
| 3/23/21 | ▬ | $1,650 | |
| 3/24/21 | ▬ | $2,475 | |
| 3/25/21 | ▬ | $1,875 | |
| 3/26/21 | ▬ | $2,550 | |
| 3/27/21 | ▬ | $2,025 | |
| 3/28/21 | ▬ | $2,175 | |
| 3/29/21 | ▬ | $900 | |
| 3/30/21 | ▬ | $1,050 | |
| **March Total** | ▬ | **$21,525** | |

BRY-WIEN_0001097

BRY-WIEN_0001098

# Thomas M. Bryan

13106 Dawnwood Terrace

Midlothian, VA 23114

425-466-9749

tom@bryangeodemo.com

October 19, 2021

Butler Snow LLP
Attn: Mr. Tommie S. Cardin
Suite 1400
1020 Highland Colony Park
Ridgeland, MS 39157

September 2021 Invoice for Texas Redistricting Services, via Email

Tommie,

████████████████████████████████ For the month of September, there were two categories of fees: Hours Expended and Travel Expenses for Austin.

<u>Hours Expended</u>

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████

<u>Travel Expenses for Austin</u>
I am including travel expenses related to my trip to Austin from September 21-25. The first expense is my flight. After consulting with you, I understood travel rules do not permit first class travel. However, in order to work while flying, it is a virtual requirement for me. I booked my first class flight for $1,140.40, and simultaneously priced the equivalent coach seat at $641.40. This is the amount I am submitting my invoice for, and I am paying the difference myself. In addition to this expense, I am submitting an invoice for my stay at the Otis Hotel for four nights, which included two meals. Those are the only meals I am submitting an invoice for. The total of the Otis Hotel folio is $1,695.01. The total travel invoice amount I am submitting is $2,336.41.

The total of the billable hours and fees and travel expenses is $119,386.41, resulting from $117,050.00 in hours and fees (Appendix A) and $2,336.41 in travel expenses (Appendix B).

Thank you and best regards,

Thomas M. Bryan

Thomas M. Bryan          September 2021 Invoice          Pg. 1          10/19/2021

BRY-WIEN_0001098

**Appendix A Hours and Fees**

| Date | Total Hours | Total Fees | Description |
|------|-------------|-----------|-------------|
| 9/1/21 | ▮ | $4,462.50 | ▮▮▮▮▮▮ |
| 9/2/21 | ▮ | $4,900.00 | ▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮ |
| 9/3/21 | ▮ | $4,962.50 | ▮▮▮▮▮ |
| 9/4/21 | ▮ | $2,550.00 | ▮▮▮▮▮ |
| 9/5/21 | ▮ | $4,525.00 | ▮▮▮▮▮ ▮ |
| 9/7/21 | ▮ | $2,325.00 | ▮▮▮▮ ▮▮▮▮ |
| 9/8/21 | ▮ | $4,525.00 | ▮▮▮▮▮ ▮▮ |
| 9/9/21 | ▮ | $2,675.00 | ▮▮▮▮ ▮▮▮ |
| 9/10/21 | ▮ | $3,587.50 | ▮▮▮▮ ▮▮▮ |
| 9/11/21 | ▮ | $437.50 | ▮▮▮▮▮▮ |
| 9/12/21 | ▮ | $562.50 | ▮▮▮▮▮▮ |
| 9/13/21 | ▮ | $2,750.00 | ▮▮▮ ▮▮ |
| 9/14/21 | ▮ | $3,925.00 | ▮▮▮▮ ▮▮ |
| 9/15/21 | ▮ | $5,250.00 | ▮▮▮▮ ▮▮ |
| 9/16/21 | ▮ | $3,925.00 | ▮▮▮▮▮ ▮▮ |
| 9/17/21 | ▮ | $2,750.00 | ▮▮▮▮▮ ▮ |
| 9/18/21 | ▮ | $2,125.00 | ▮▮▮▮ ▮▮▮ ▮▮▮ |

BRY-WIEN_0001099



| | | |
|---|---|---|
| 9/19/21 | | $3,925.00 |
| 9/20/21 | | $4,412.50 |
| 9/21/21 | | $3,300.00 |
| 9/22/21 | | $7,637.50 |
| 9/23/21 | | $7,387.50 |
| 9/24/21 | | $6,287.50 |
| 9/25/21 | | $3,037.50 |
| 9/26/21 | | $2,137.50 |
| 9/27/21 | | $5,262.50 |
| 9/28/21 | | $4,837.50 |
| 9/29/21 | | $5,037.50 |
| 9/30/21 | | $7,550.00 |
| **Total** | | **$117,050** |

BRY-WIEN_0001100

**Appendix B Travel Expenses**

**Charged airline fee**



**Actual airline fee**



Thomas M. Bryan          September 2021 Invoice          Pg. 4          10/19/2021

BRY-WIEN_0001101

## Otis Hotel Charges



e Acrobat Reader DC (32-bit)

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room Rev | Food & Bev | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 09-21-2021 | 263.00 | 0.00 | 0.00 | 46.32 | 309.32 | 0.00 |
| 09-22-2021 | 263.00 | 0.00 | 0.00 | 46.32 | 309.32 | 0.00 |

Continued on the next page

The Otis Hotel, Autograph Collection
1901 San Antonio Street
Austin, TX 78705

Tel: 512-473-8900

THE OTIS AUSTIN, TX

Tom Bryan

United States Of America

| | |
|---|---|
| Page Number | 3 |
| Guest Number | 61953 |
| Folio ID | A |
| Arrive Date | 21-SEP-21  18:10 |
| Depart Date | 25-SEP-21  08:53 |
| No. Of Guest | 1 |
| Room Number | 1008 |
| Marriott Bonvoy Number | |

| Date | Room Rev | Food & Bev | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 09-23-2021 | 322.00 | 26.00 | 0.00 | 74.72 | 422.72 | 0.00 |
| 09-24-2021 | 526.00 | 0.00 | 0.00 | 92.65 | 618.65 | -1041.36 |
| 09-25-2021 | 0.00 | 27.00 | 0.00 | 8.00 | 35.00 | -653.65 |
| Total | 1374.00 | 53.00 | 0.00 | 268.01 | 1695.01 | -1695.01 |

| Thomas M. Bryan | September 2021 Invoice | Pg. 5 | 10/19/2021 |
|---|---|---|---|

BRY-WIEN_0001102

BRY-WIEN_0001104

# Thomas M. Bryan

### 13106 Dawnwood Terrace
### Midlothian, VA 23114
425-466-9749
tom@bryangeodemo.com

8-22-2021

Butler Snow LLP
Attn: Mr. Tommie S. Cardin
Suite 1400
1020 Highland Colony Park
Ridgeland, Mississippi 39157

July 2021 Invoice for Texas Redistricting Services, Via Email

Tommie-



We have expended ███ hours on this in July.  Please find a summary invoice in Appendix 1 below.  Also note that the charges are a blended rate, now reflecting my use of lower-costs analyst where possible.  Be assured their work was under my direct supervision.

Thank you and best regards, Thomas



BRY-WIEN_0001104



| Date | Total Hours | Total Fees | Description |
|---|---|---|---|
| 7/20/21 | ▮ | $2,387.50 | ▮ |
| 7/21/21 | ▮ | $4,237.50 | ▮ |
| 7/22/21 | ▮ | $3,125.00 | ▮ |
| 7/23/21 | ▮ | $2,475.00 | ▮ |
| 7/24/21 | ▮ | $1,250.00 | ▮ |
| 7/30/21 | ▮ | $3,587.50 | ▮ |
| 7/31/21 | ▮ | $3,125.00 | ▮ |
| Total | ▮ | $20,187.50 | |

Thomas M. Bryan          July 2021 Invoice          Pg. 2          8/22/2021

BRY-WIEN_0001105

BRY-WIEN_0001106

# Thomas M. Bryan

13106 Dawnwood Terrace
Midlothian, VA 23114
425-466-9749
tom@bryangeodemo.com

October 27, 2021

Butler Snow LLP
Attn: Mr. Tommie S. Cardin
Suite 1400
1020 Highland Colony Park
Ridgeland, MS 39157

October 2021 Invoice for Texas Redistricting Services, via Email

Tommie,

██████████████████████████████████████████████████████
███████████████████ . ████████████████████████
████████████████████████████████████████ ████ ███████████████
████████████████    We ended the month with ████ hours and a total fee of $32,388, reflecting a
blended hourly rate of ████ per hour.  Please find a summary in Appendix A, below.

Thank you and best regards,

Thomas M. Bryan

BRY-WIEN_0001106

**Appendix A October Hours and Fees**

| Date | Total Hours | Total Fees | Description |
|---|---|---|---|
| 10/1/21 | ■ | $2,075 | ███ |
| 10/2/21 | ■ | $3,363 | ███ |
| 10/3/21 | ■ | $3,563 | ███ |
| 10/4/21 | ■ | $2,450 | ███ |
| 10/5/21 | ■ | $2,350 | ███ |
| 10/6/21 | ■ | $1,988 | ███ |
| 10/7/21 | ■ | $4,300 | ███ |
| 10/8/21 | ■ | $850 | ███ |
| 10/12/21 | ■ | $2,400 | ███ |
| 10/13/21 | ■ | $3,975 | ███ |
| 10/14/21 | ■ | $2,350 | ███ |
| 10/15/21 | ■ | $2,725 | ███ |
| | ■ | **$32,388** | |

Thomas M. Bryan          October 2021 Invoice          Pg. 2          10/27/2021

BRY-WIEN_0001107