# EXHIBIT 6

| GeoID | total_reg | age_18_19 | age_20_24 | age_25_29 | age_30_34 | age_35_44 | age_45_54 | age_55_64 | age_65_74 | age_75_84 | age_85over | party_dem | party_rep | party_npp | party_oth | party_unk | eth1_eur | eth1_hisp | eth1_aa | eth1_esa | eth1_oth | eth1_unk | eth2_euro | eth2_64 | eth2_93 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 484391058002003 | 34 | 2 | 8 | 3 | 1 | 5 | 7 | 6 | 1 | 1 | 0 | 3 | 0 | 0 | 0 | 26 | 0 | 0 | 0 | 1 | 7 | 26 | 0 |
| 484391216012024 | 300 | 5 | 23 | 11 | 14 | 54 | 42 | 59 | 38 | 10 | 4 | 95 | 139 | 72 | 0 | 0 | 256 | 9 | 1 | 6 | 11 | 17 | 256 | 9 | 1 |
| 484391115491017 | 86 | 0 | 5 | 12 | 4 | 21 | 24 | 8 | 6 | 5 | 1 | 45 | 27 | 14 | 0 | 0 | 45 | 14 | 10 | 10 | 0 | 7 | 45 | 14 | 10 |
| 484391139227010 | 101 | 4 | 5 | 3 | 5 | 29 | 18 | 24 | 9 | 3 | 1 | 41 | 49 | 11 | 0 | 0 | 61 | 14 | 3 | 12 | 2 | 9 | 61 | 14 | 3 |
| 484391142032006 | 187 | 2 | 11 | 16 | 20 | 30 | 33 | 33 | 28 | 13 | 1 | 34 | 96 | 57 | 0 | 0 | 153 | 21 | 2 | 1 | 1 | 9 | 153 | 21 | 2 |
| 484391142073000 | 111 | 4 | 10 | 15 | 15 | 27 | 15 | 12 | 9 | 3 | 1 | 68 | 29 | 14 | 0 | 0 | 53 | 34 | 17 | 0 | 0 | 7 | 53 | 34 | 17 |
| 480157605024032 | 18 | 1 | 0 | 2 | 1 | 0 | 3 | 4 | 2 | 4 | 1 | 6 | 6 | 6 | 0 | 0 | 14 | 1 | 0 | 0 | 1 | 2 | 14 | 1 | 0 |
| 480157602002078 | 67 | 0 | 5 | 5 | 0 | 9 | 13 | 24 | 5 | 5 | 1 | 8 | 53 | 6 | 0 | 0 | 47 | 5 | 0 | 0 | 0 | 15 | 47 | 5 | 0 |
| 480219504005053 | 194 | 0 | 3 | 5 | 15 | 23 | 24 | 40 | 54 | 26 | 4 | 55 | 119 | 20 | 0 | 0 | 159 | 11 | 0 | 4 | 3 | 17 | 159 | 11 | 0 |
| 480270215001058 | 218 | 3 | 27 | 21 | 24 | 36 | 33 | 34 | 24 | 8 | 8 | 90 | 74 | 54 | 0 | 0 | 129 | 59 | 8 | 1 | 2 | 19 | 129 | 59 | 8 |
| 480270208002002 | 34 | 0 | 3 | 1 | 3 | 3 | 1 | 9 | 4 | 3 | 7 | 32 | 2 | 0 | 0 | 0 | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 0 | 34 |
| 480270213031063 | 412 | 5 | 21 | 68 | 84 | 65 | 49 | 44 | 59 | 15 | 2 | 81 | 264 | 67 | 0 | 0 | 304 | 45 | 1 | 14 | 11 | 37 | 304 | 45 | 1 |
| 480270231051003 | 794 | 18 | 81 | 88 | 104 | 214 | 126 | 77 | 54 | 23 | 9 | 426 | 184 | 184 | 0 | 0 | 364 | 170 | 187 | 26 | 7 | 40 | 364 | 169 | 187 |
| 480291720031002 | 747 | 11 | 93 | 71 | 64 | 138 | 112 | 155 | 61 | 36 | 6 | 448 | 220 | 79 | 0 | 0 | 319 | 349 | 28 | 8 | 9 | 34 | 319 | 344 | 28 |
| 480291719121012 | 83 | 1 | 11 | 4 | 13 | 15 | 18 | 13 | 5 | 3 | 0 | 54 | 24 | 5 | 0 | 0 | 23 | 53 | 0 | 1 | 4 | 2 | 23 | 53 | 0 |
| 480291713012000 | 15 | 0 | 1 | 0 | 2 | 4 | 2 | 3 | 2 | 1 | 0 | 12 | 3 | 0 | 0 | 0 | 3 | 12 | 0 | 0 | 0 | 0 | 3 | 12 | 0 |
| 480291905013019 | 38 | 0 | 4 | 3 | 5 | 5 | 3 | 9 | 7 | 1 | 1 | 32 | 5 | 1 | 0 | 0 | 17 | 20 | 0 | 0 | 0 | 1 | 17 | 20 | 0 |
| 480291817281032 | 413 | 3 | 65 | 87 | 68 | 79 | 34 | 38 | 28 | 8 | 3 | 250 | 46 | 117 | 0 | 0 | 166 | 197 | 13 | 8 | 5 | 24 | 166 | 197 | 13 |
| 484391056003031 | 46 | 1 | 2 | 4 | 2 | 10 | 9 | 6 | 10 | 2 | 0 | 26 | 13 | 7 | 0 | 0 | 25 | 14 | 0 | 0 | 7 | 0 | 25 | 14 | 0 |
| 484391062011007 | 43 | 0 | 3 | 4 | 2 | 7 | 8 | 6 | 7 | 5 | 1 | 41 | 0 | 2 | 0 | 0 | 1 | 10 | 30 | 1 | 1 | 0 | 1 | 10 | 30 |
| 484391115303005 | 217 | 0 | 17 | 15 | 11 | 27 | 32 | 46 | 43 | 20 | 6 | 52 | 150 | 15 | 0 | 0 | 176 | 10 | 1 | 2 | 2 | 26 | 176 | 10 | 1 |
| 484391139341006 | 150 | 4 | 12 | 9 | 8 | 23 | 26 | 28 | 29 | 8 | 3 | 39 | 86 | 25 | 0 | 0 | 122 | 17 | 3 | 0 | 0 | 8 | 122 | 17 | 3 |
| 484391115221005 | 33 | 0 | 3 | 5 | 1 | 4 | 4 | 6 | 3 | 3 | 1 | 21 | 7 | 5 | 0 | 0 | 12 | 11 | 1 | 1 | 0 | 8 | 12 | 11 | 1 |
| 484391115131018 | 43 | 0 | 2 | 4 | 2 | 7 | 5 | 13 | 8 | 2 | 0 | 17 | 19 | 7 | 0 | 0 | 25 | 11 | 0 | 5 | 2 | 0 | 25 | 11 | 0 |
| 484391134071000 | 72 | 0 | 2 | 11 | 7 | 16 | 14 | 9 | 9 | 4 | 0 | 30 | 12 | 30 | 0 | 0 | 47 | 16 | 0 | 2 | 0 | 7 | 47 | 16 | 0 |
| 484391136181030 | 58 | 0 | 6 | 4 | 5 | 6 | 8 | 19 | 3 | 4 | 3 | 10 | 43 | 5 | 0 | 0 | 46 | 9 | 0 | 1 | 1 | 1 | 46 | 9 | 0 |
| 484391225002020 | 61 | 0 | 9 | 7 | 1 | 7 | 9 | 11 | 5 | 10 | 1 | 15 | 35 | 11 | 0 | 0 | 48 | 10 | 0 | 0 | 0 | 3 | 48 | 10 | 0 |
| 484391131042000 | 493 | 4 | 63 | 88 | 54 | 82 | 81 | 69 | 37 | 14 | 1 | 284 | 88 | 121 | 0 | 0 | 219 | 67 | 125 | 30 | 19 | 33 | 219 | 66 | 125 |
| 484391135122012 | 41 | 0 | 4 | 5 | 2 | 8 | 7 | 3 | 1 | 7 | 4 | 18 | 21 | 2 | 0 | 0 | 28 | 9 | 1 | 0 | 1 | 2 | 28 | 9 | 1 |
| 484391132062011 | 38 | 0 | 3 | 2 | 8 | 5 | 7 | 6 | 3 | 4 | 3 | 19 | 9 | 10 | 0 | 0 | 26 | 11 | 0 | 0 | 0 | 1 | 26 | 11 | 0 |
| 484391136103009 | 133 | 1 | 9 | 9 | 4 | 24 | 21 | 32 | 25 | 6 | 2 | 34 | 84 | 15 | 0 | 0 | 94 | 6 | 0 | 2 | 12 | 19 | 94 | 6 | 0 |
| 484391136283000 | 266 | 4 | 32 | 32 | 51 | 60 | 38 | 34 | 10 | 4 | 1 | 91 | 42 | 133 | 0 | 0 | 157 | 34 | 30 | 8 | 10 | 27 | 157 | 34 | 30 |
| 484391142062039 | 63 | 2 | 3 | 5 | 5 | 3 | 7 | 9 | 21 | 11 | 1 | 16 | 43 | 4 | 0 | 0 | 58 | 1 | 1 | 1 | 0 | 2 | 58 | 1 | 1 |
| 484391027001001 | 42 | 0 | 0 | 0 | 2 | 5 | 8 | 4 | 13 | 9 | 1 | 0 | 17 | 22 | 3 | 0 | 0 | 26 | 6 | 0 | 0 | 2 | 8 | 26 | 6 |