# EXHIBIT 7

REDIST_ TLC0000080

# BUTLER | SNOW

Post Office Box 6010
Ridgeland, MS 39158-6010
Main (601) 948-5711
Fax (601) 985-4500

Client: Texas Rep. Todd Hunter in his capacity as Chair of the Texas House of Representatives Redistricting Committee, Representative Hunter's office and committee staff, and the General Counsel to the House
Matter Number: 055804.221200
Billing Professional: Tom Forbes

Invoice Number: 10296965
Invoice Date: April 21, 2021

Matter: Texas House of Representatives Redistricting

## INVOICE DETAIL

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/18/21 | VENDOR: Tommie S. Cardin INVOICE#: 4486493903121809 DATE: 3/18/2021 Airfare- Airfare expense for trip to Austin for redistricting meeting. | 453.15 |
| 03/18/21 | VENDOR: Tommie S. Cardin INVOICE#: 4501991703291515 DATE: 3/29/2021 Meal expense for trip to Austin. | 47.70 |
| 03/19/21 | VENDOR: Tommie S. Cardin INVOICE#: 4501991703291515 DATE: 3/29/2021 Meal expense for trip to Austin. Attendees: Tommie Cardin, Parker Berry, Clyde Alexander, Tom Forbes. | 190.21 |
| 03/19/21 | VENDOR: Parker Berry INVOICE#: 4487038503121809 DATE: 3/18/2021 Airfare- Airfare expense for trip to Austin for redistricting meeting. | 349.40 |
| 03/20/21 | VENDOR: Parker Berry INVOICE#: 4497581403241558 DATE: 3/24/2021 Hotel - Lodging- Travel to Austin. | 284.09 |
| 03/20/21 | VENDOR: Tommie S. Cardin INVOICE#: 4501984503291515 DATE: 3/29/2021 Hotel - Lodging- Travel to Austin for meetings re redistricting - March 18-20 | 301.84 |
| 04/07/21 | VENDOR: Alexander Consulting Group, LLC – 04/07/21 Invoice for Expert Consulting Fees. Mr. Alexander is a consulting expert with bipartisan experience in the redistricting process advising on mechanics of the legislative process, political dynamics of the legislative body, political behavior in the various geographical areas of the state, historical perspective of prior redistricting processes and related issues. | 18,500.00 |
| 04/15/21 | VENDOR: Thomas M. Bryan – 04/15/21 Invoice for Expert Consulting Fees. Mr. Bryan is a consulting demography expert to advise on analysis and application of Census data for the redistricting process and related demographic issues related to the redistricting process. | 21,525.00 |

Subtotal of Expenses: $41,651.39

**TOTAL CURRENT BILLING FOR THIS MATTER** $41,651.39

2