IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | |
| *Plaintiff-Intervenors*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Case No. 3:21-CV-00299-DCG-JES-JVB [Consolidated Case] |
| STATE OF TEXAS, *et al.*, | § § | |
| *Defendants*. | § § | |

## <u>RESPONDENTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS</u>

Respondents Thomas Bryan and Eric Wienckowski file this unopposed motion requesting leave of court to exceed the standard page limits for Respondents' response to the United States' Renewed Motion to Compel Production of Bryan and Wienckowski Documents (Doc. 634). Respondents seek permission to file a response that does not exceed twenty pages. The extension is sought to ensure that Respondents have adequate opportunity to address the privilege issues raised in the Government's renewed motion to compel.

1

Counsel for Respondents conferred with counsel for the Government, who have stated that the United States does not oppose the requested extension.

Respectfully submitted,

Butler Snow LLP

/s/*Eric J.R. Nichols*
Eric J.R. Nichols
Tex. Bar No. 14994900
eric.nichols@butlersnow.com
Marshall A. Bowen
Tex. Bar No. 24096672
marshall.bowen@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, TX 78701
(737) 802-1800

*Counsel for Respondents*

**CERTIFICATE OF SERVICE**

     I certify that on November 16, 2022, I conferred with counsel for the Government regarding the relief requested herein and that counsel for the Government is unopposed to Respondents' requested extension.

*/s/ Marshall A. Bowen*
Marshall A. Bowen

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 16, 2022 a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Marshall A. Bowen*
Marshall A. Bowen

66493450.v1