IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| EDDIE BERNICE JOHNSON, *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB |
| *Plaintiff-Intervenors*, | § § | [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Case No. 3:21-CV-00299-DCG-JES-JVB [Consolidated Case] |
| STATE OF TEXAS, *et al*., | § § | |
| *Defendants*. | § § § | |

**ORDER**

Now before the Court is the Unopposed Motion to Exceed Page Limits filed by Respondents Thomas Bryan and Eric Wienckowski on November 16, 2022, regarding Respondents' response to the United States' Renewed Motion to Compel. Having considered the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED THAT Respondents' Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED. Respondents may file a response that does not exceed twenty (20) pages in length, excluding attachments and exhibits.

DATED:_____

_____
SIGNED ON BEHALF OF THREE-JUDGE PANEL

66494436.v1