# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 3:21-CV-00259-DCG-JES-JVB [Lead Case] |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | |
| *Defendants*. | |
| | |
| **VOTO LATINO,** *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 1:21-CV-00965 [Consolidated Case] |
| **JOHN SCOTT,** *in his official capacity as Secretary of State of the State of Texas*, *et al.*, | |
| *Defendants*. | |
| | |
| **TEXAS STATE CONFERENCE OF THE NAACP,** | |
| *Plaintiff*, | |
| v. | No. 1:21-CV-01006 [Consolidated Case] |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | |
| *Defendants*. | |

# ORDER

The Court granted the motion by the LULAC, Abuabara, and Texas NAACP Plaintiffs (collectively, "Plaintiffs") to compel Defendant Governor Abbott to produce certain documents. Dkt. 526. As part of that order, the Court directed Governor Abbott to produce certain documents for *in camera* review so that the Court could determine whether they were shielded from discovery by attorney-client privilege. Dkt. 526, at 14.

The Court has concluded its *in camera* review. It finds that none of the documents are privileged. Accordingly, Governor Abbott is **ORDERED** to produce the withheld documents to the Plaintiffs within **FOURTEEN (14) DAYS** of this order.

**So ORDERED and SIGNED this 17th day of November 2022.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |