# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

**LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE A REPLY IN SUPPORT OF ANY MOTION TO COMPEL REOPENED LEGISLATIVE DEPOSITION TESTIMONY OF REPRESENTATIVES HUNTER AND MURR**

LULAC Plaintiffs respectfully request a five-day extension of time, to November 30, 2022, for all parties to file a reply in support of any motion to compel regarding the legislative deposition testimony of Representatives Todd Hunter and Andrew Murr (together, the "Legislators"). Dkts. 636 and 638. Counsel for the Legislators do not oppose this motion.

On November 17, 2022, the Legislators filed their opposition to LULAC Plaintiffs' and the United States' motions to compel regarding the Legislators' deposition testimony. *See* Dkt. 643. Accordingly, any reply in support of those motions is due November 25, 2022. LULAC Plaintiffs do not seek an extension to delay these proceedings, and an extension will not prejudice the Legislators.

Accordingly, LULAC Plaintiffs respectfully request that their unopposed motion be granted, such that the parties may file replies in support of their motions to compel regarding the

1

legislative deposition testimony of Representatives Hunter and Murr no later than November 30, 2022.

Dated: November 21, 2022          Respectfully submitted,

/s/ Nina Perales
Nina Perales
Fátima Menendez
Kenneth Parreno
Julia Longoria
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382

*Counsel for LULAC Plaintiffs*

### CERTIFICATE OF CONFERENCE

I hereby certify that, on November 18, 2022, counsel for LULAC Plaintiffs conferred with counsel for Representatives Hunter and Murr regarding the instant motion. Counsel for Representatives Hunter and Murr do not oppose the relief sought.

/s/ Kenneth Parreno
Kenneth Parreno

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 21st day of November 2022.

/s/ Kenneth Parreno
Kenneth Parreno