UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE, ALEXANDER GREEN, AND JASMINE CROCKETT, <br><br> *Plaintiff-Intervenors*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

**ORDER**

Upon consideration of the legislators' Unopposed Motion for Extension of Time to File Responses to Motions to Compel, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the legislators' responses to the LULAC Plaintiffs' motions to compel (ECF 447, 540, 582) shall be due fourteen days after the earlier of (i) the Fifth Circuit's order lifting the stay of this Court's order (ECF 467), or (ii) the Fifth Circuit issuing its opinion on the merits in *LULAC*

1

*Texas v. Hughes*, No. 22-50435 (5th Cir.); and it is further

**ORDERED** that the LULAC Plaintiffs' reply shall be due seven days after the legislators' response; and it is further

**ORDERED** that the legislators' response to the United States' motion to compel (ECF 532) shall be due fourteen days after the earlier of (i) the Fifth Circuit's order lifting the stay of this Court's order (ECF 467), or (ii) the Fifth Circuit issuing its opinion on the merits in *LULAC Texas v. Hughes*, No. 22-50435 (5th Cir.); and it is further

**ORDERED** that the United States' reply shall be due seven days after the legislators' response.

**SO ORDERED** and **SIGNED** this ___ day of _____, 2022.

 **David C. Guaderrama**
 **U.S. District Judge**
 **U.S. District Court for the Western District of Texas**

 *On behalf of*

 **Jerry E. Smith**
 **U.S. Circuit Judge**
 **U.S. Court of Appeals for the Fifth Circuit**

 **Jeffrey V. Brown**
 **U.S. District Judge**
 **U.S. District Court for the Southern District of Texas**