# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00299 <br> [Consolidated Case] |

## ORDER

Upon consideration of the legislators' unopposed motion to clarify order and, alternatively, opposed motion to stay, it is hereby

**ORDERED** that the unopposed motion to clarify order is **GRANTED**; and it is further

**ORDERED** that documents subject to the Fifth Circuit's stay in *LULAC v. Patrick*, 22-50662 (5th Cir.) need not be disclosed until the stay is dissolved or the pending appeal is otherwise resolved;

**SO ORDERED** and **SIGNED** this ___ day of November, 2022.

                                                                                     2

                                         _____
**David C. Guaderrama**
**U.S. District Judge**
**U.S. District Court for the Western District of Texas**

*On behalf of*

**Jerry E. Smith**
**U.S. Circuit Judge**
**U.S. Court of Appeals for the Fifth Circuit**

**Jeffrey V. Brown**
**U.S. District Judge**
**U.S. District Court for the Southern District of Texas**