IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., | |
| Plaintiffs, | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |
| v. | |
| GREG ABBOTT, et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Before the Court is the United States' unopposed motion for leave to file excess pages in its reply in support of its renewed motion to compel production of Thomas Bryan and Eric Wienckowski's documents. *See* ECF No. 634. Upon consideration of the United States' unopposed motion and for good cause shown, the unopposed motion is hereby GRANTED. It is hereby ORDERED that the United States may file a reply in support of its renewed motion that does not exceed seven pages in length.

1

2

So ORDERED and SIGNED this ___ day of _____, 2022.

                                                      _____
                                                      HON. DAVID G. GUADERRAMA
                                                      UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
| --- | --- | --- |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |

2