# EXHIBIT 1

BRY-WIEN_0001103

AGREED AND ACCEPTED:

_____
Thomas M. Bryan