# EXHIBIT 1

BRY-WIEN_0001103

Mr. Thomas M. Bryan
April 8, 2021
Page 3

AGREED AND ACCEPTED:

_____
Thomas M. Bryan

58256662.v1

BRY-WIEN_0001103