IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § | |

## STATE DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW PATRICK K. SWEETEN AS COUNSEL

Pursuant to Local Rule AT-3, Defendants Greg Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants") file this Unopposed Motion to Withdraw Patrick K. Sweeten as their counsel in this matter.

Mr. Sweeten has accepted a position outside the Office of the Attorney General of Texas. State Defendants will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, State Defendants respectfully request that the Court grant this motion to withdraw Patrick K. Sweeten as their counsel of record and remove Mr. Sweeten from all further electronic notifications regarding this case.

Date: November 30, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

ARI M. HERBERT
Special Counsel
Tex. State Bar No. 24126093

J. AARON BARNES
Special Counsel
Tex. State Bar No. 24099014

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
kathleen.hunker@oag.texas.gov
ari.herbert@oag.texas.gov
aaron.barnes@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 29, 2022, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 30, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN