# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 21, 2022

Clerk
United States District Court for the Western
District of Texas
655 East Durango Boulevard
Hemisfair Plaza
San Antonio, TX  78206

    Re:  Roy Charles Brooks, et al.
           v. Greg Abbott, Governor of Texas, et al.
           No. 22-136
           (Your No. 3:21-CV-259-DCG-JES-JVB, 1:21-CV-991-LY-JES-JVB)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The appeal is dismissed for want of jurisdiction.

Sincerely,

**Scott S. Harris**, Clerk