UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, v. | § § § § | & |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants*. | § § | |

**NOTICE AND ORDER**

Given that the Texas Legislature will likely redistrict the state house and senate during the 2023 regular legislative session, the Court is considering holding trial in El Paso in two phases. During the first phase, we would conduct a trial on the congressional and SBOE maps. The second phase would cover the state house and senate maps. Despite the ongoing legislative session, the Court believes that the first-phase trial needs to be completed by the end of May. That is to allow sufficient time for preparation of findings and conclusions, not to mention any subsequent appeals, before the first statutory deadlines for the 2024 election cycle are triggered beginning in the fall of 2023.

The Court is aware that conducting trial during the regular session poses difficulties, especially for some witnesses. Nonetheless, the Court requests that counsel, individually or jointly, indicate your availability during the following eight weeks in 2023. The Court assumes

- 2 -

that at least two weeks should be reserved for the first phase, including any pretrial conferences or hearings; trial does not necessarily have to occur on successive weeks:

1. February: Week of the 27th

2. March: Weeks of the 13th, 20th, and 27th

3. April: Week of the 10th (beginning April 11 because April 9 is Easter)

4. May: Weeks of the 1st, 22nd, and 29th (beginning May 30 because May 29 is Memorial Day)

The Court **ORDERS** the parties to file a notice stating their availability for the first-phase trial by **December 15, 2022**.

**So ORDERED and SIGNED this 5th day of December 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |