IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREG ABBOTT, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

**UNOPPOSED MOTION TO EXTEND TIME
TO FILE REPLY IN SUPPORT OF THE UNITED STATES' MOTION TO COMPEL
PRODUCTION OF TEXAS LEGISLATIVE COUNCIL DOCUMENTS**

　　　　Pursuant to Federal Rule of Civil Procedure 6(b), the United States respectfully requests that the Court extend by one week the United States' time to file a reply in support of its Motion to Compel Texas Legislative Council Documents, ECF No. 644.  The United States met and conferred with the Texas Legislative Council ("TLC") regarding privilege assertions several times between October 13, 2022 and November 2, 2022.  In its Response to the United States' Motion to Compel, TLC offered for the first time "to provide amended descriptions" of documents, to avoid the need for *in camera* review, TLC Response 11, ECF No. 661, and on December 5, 2022, the United States again met and conferred with TLC to discuss that offer.  On December 6, 2022, TLC provided a revised privilege log, amending its document descriptions for several documents.

　　　　Good cause exists for a one-week extension of the United States' reply brief deadline, so that the United States may review the revised privilege log, consider whether TLC has established the attorney-client privilege with respect to the documents at issue, and potentially

1

continue to meet and confer with TLC in an attempt to narrow our areas of disagreement.  The extension would make the United States' reply due on December 14, 2022.  TLC does not oppose this motion and will not be prejudiced by the requested relief.

      Accordingly, the United States respectfully requests that the Court grant the requested extension to file a reply memorandum in support of the Motion to Compel TLC Documents.  A proposed order is attached.

Dated:  December 7, 2022

                                      ELISE C. BODDIE
                                      Principal Deputy Assistant Attorney General
                                      Civil Rights Division

                                      */s/    Jasmin Lott*
                                      T. CHRISTIAN HERREN, JR.
                                      TIMOTHY F. MELLETT
                                      DANIEL J. FREEMAN
                                      JANIE ALISON (JAYE) SITTON
                                      MICHELLE RUPP
                                      JACKI L. ANDERSON
                                      JASMIN LOTT
                                      HOLLY F.B. BERLIN
                                      JAYWIN SINGH MALHI
                                      L. BRADY BENDER
                                      Attorneys, Voting Section
                                      Civil Rights Division
                                      U.S. Department of Justice
                                      950 Pennsylvania Avenue NW
                                      Washington, DC 20530

## CERTIFICATE OF CONFERRAL

      I hereby certify that on December 6-7, 2022, counsel for the United States conferred with counsel for Texas Legislative Council concerning the subject of this motion. Counsel for Texas Legislative Council does not oppose the relief sought.

                                                         /s/    *Jasmin Lott*
                                                         Jasmin Lott
                                                         Voting Section
                                                         Civil Rights Division
                                                         U.S. Department of Justice
                                                         Jasmin.lott@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                        */s/  Jasmin Lott*
                                        Jasmin Lott
                                        Voting Section
                                        Civil Rights Division
                                        U.S. Department of Justice
                                        Jasmin.lott@usdoj.gov