IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 <br> (DCG-JES-JVB) <br> (consolidated cases) |

**[PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF TEXAS LEGISLATIVE COUNCIL DOCUMENTS**

Before the Court is the United States' unopposed motion to extend by one week the United States' deadline to file a reply in support of its Motion to Compel Texas Legislative Council Documents. Upon consideration of the motion and for good cause shown, the motion is hereby GRANTED. It is hereby ORDERED that the United States shall file its reply in support of its Motion to Compel Texas Legislative Council Documents by December 14, 2022.

So ORDERED and SIGNED this ___ day of _____, 2022.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | -and- | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |