IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>                   Plaintiffs,<br><br>     v.<br><br>GREG ABBOTT, et al.,<br><br>                   Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (consolidated cases) |

**JOINT STATUS REPORT CONCERNING
APPEALS AND MISCELLANEOUS ACTIONS**

Pursuant to this Court's November 23 Order, ECF No. 654, the parties hereby provide a status report concerning all pending and terminated appeals that stem from this matter, as well as miscellaneous actions related to this case.

***Brooks v. Abbott* (Brooks Preliminary Injunction)**

This Court denied the Brooks Plaintiffs' motion for a preliminary injunction on February 1, PI Order 3, ECF No. 176, and subsequently issued an opinion explaining the order, PI Opinion, ECF No. 258. The Brooks Plaintiffs then entered a notice of appeal, Brooks NOA, ECF No. 314, and the Supreme Court dismissed the appeal for want of jurisdiction. *See* Order, *Brooks v. Abbott*, No. 22-136 (U.S. Nov. 21, 2022).

***LULAC v. Guillen* (Legislator Depositions)**

This Court denied motions to quash deposition subpoenas issued to legislators and outlined procedures to address legislative privilege in a May 18 order. Dep. Order, ECF No. 282. The legislators then noticed an interlocutory appeal. *See* Dep. NOA, ECF No. 284. This

Court denied a request for a stay pending appeal, Stay Order, ECF No. 296, and the Fifth Circuit and Supreme Court subsequently denied relief as well, *see LULAC v. Guillen*, No. 22-50407, 2022 WL 271363, at *1 (5th Cir. May 20, 2022) (holding that Legislators' assertion of state legislative privilege was "not yet ripe"); *Guillen v. LULAC*, 142 S. Ct. 2773 (2022).

Appellants then moved for the appeal to be held in abeyance, pending further orders from this Court relating to depositions of legislators.  Mot. for Abeyance, *LULAC v. Guillen*, No. 22-50407 (5th Cir. June 7, 2022).  The Fifth Circuit granted the relief requested and ordered Appellants to submit monthly status reports.  Order, *LULAC v. Guillen*, No. 22-50407 (June 17, 2022), ECF No. 348; *see also* Status Rep., *LULAC v. Guillen*, No. 22-50407 (Aug. 8, 2022); 2d Status Rep., *LULAC v. Guillen*, No. 22-50407 (Sept. 8, 2022); 3d Status Rep., *LULAC v. Guillen*, No. 22-50407 (Oct. 7, 2022); 4th Status Rep., *LULAC v. Guillen*, No. 22-50407 (Nov. 7, 2022). Legislators have also amended their notice of appeal to incorporate later orders denying in whole or in part motions to quash deposition subpoenas.  Am. NOA, ECF No. 437; *see also* 2d Dep. Order, ECF No. 340; 3d Dep. Order 409.  The appeal continues to be held in abeyance, pending resolution of Plaintiffs' motions to compel use of legislative deposition testimony.  *See* 4th Status Rep. ¶ 3.

### *LULAC v. Patrick* **(Legislator Documents)**

This Court ordered Texas legislators, the Lieutenant Governor, and legislative employees to produce documents responsive to subpoenas *duces tecum*, notwithstanding privilege claims. Doc. Order, ECF No. 467; In Camera Review Order, ECF No. 642.  Legislators filed a notice of appeal, Doc. NOA, ECF No. 479, and the Fifth Circuit entered an administrative stay, Order,

*LULAC v. Patrick*, No. 22-50662 (5th Cir. July 27, 2022).[1]  The Court of Appeals then granted Appellants' motion to hold the appeal in abeyance, pending the resolution of *LULAC Texas v. Hughes*, No. 22-50435 (another appeal concerning legislative privilege arising from separate litigation concerning Texas Senate Bill 1 (Second Called Session of the 87th Legislature)), and ordered the parties to file joint monthly status reports.  Order, *LULAC v. Patrick*, No. 22-50662 (5th Cir. Sept. 15, 2022); *see also* Status Rep. *LULAC v. Patrick*, No. 22-50662 (5th Cir Nov. 4, 2022); 2d Status Rep., *LULAC v. Patrick*, No. 22-50662 (5th Cir Dec. 5, 2022).  This Court's order remains stayed, and the appeal continues to be held in abeyance.

### *In re Bryan* **and** *United States v. Wienckowski*

The United States filed a subpoena enforcement action against Thomas Bryan and Eric Wienckowski, third parties who are demographers retained by the law firm of Butler Snow.  *See* Mot. to Enforce, *In re Bryan*, No. 3:22-mc-230 (E.D. Va. June 14, 2022), ECF No. 1; Mot. to Enforce, *United States v. Wienckowski*, No. 3:22-mc-219 (S.D.N.Y. June 15, 2022), ECF No. 2.  Local courts transferred both actions to this Court.  *See* Order, *United States v. Wienckowski*, No. 3:22-mc-219 (S.D.N.Y. June 24, 2022), ECF No. 15; Order, *In re Bryan*, No. 3:22-mc-230 (E.D. Va. July 5, 2022), ECF No. 8.

### *In re Kincaid*

Adam Kincaid and the National Republican Redistricting Trust, third parties subpoenaed by the LULAC Plaintiffs about their involvement with counsel for certain members of the Texas Congressional delegation related to Congressional redistricting, have moved to quash deposition

---

[1] Legislators subsequently amended their notice of appeal to add an additional appellant.  Am. Doc. NOA, ECF No. 558.  They intend to further amend their notice of appeal to incorporate this Court's related order resolving attorney-client privilege issues.  *See* In Camera Review Order, ECF No. 642.

subpoenas or, in the alternative, for protective orders restricting their depositions.  These motions are pending in the U.S. District Court for the District of Columbia.  Mot. to Quash, *In re Kincaid*, No. 1:22-mc-67 (D.D.C. July 12, 2022), ECF No. 1.  The motions have been fully briefed since August 2.  *See* U.S. Opp'n, *In re Kincaid*, No. 1:22-mc-67 (D.D.C. July 26, 2022), ECF No. 6; LULAC Opp'n, *In re Kincaid*, No. 1:22-mc-67 (D.D.C. July 27, 2022), ECF No. 7; Reply to U.S., *In re Kincaid*, No. 1:22-mc-67 (D.D.C. Aug. 2, 2022), ECF No. 8; Reply to LULAC, *In re Kincaid*, No. 1:22-mc-67 (D.D.C. Aug. 2, 2022), ECF No. 9.[2]  The United States requested expedited consideration in light of the September trial date, Mot. to Expedite, *In re Kincaid*, No. 1:22-mc-67 (D.D.C. Aug. 16, 2022), ECF No. 10, but informed the enforcement court once the trial date had been vacated, *see* Trial Date Notice, *In re Kincaid*, No. 1:22-mc-67 (D.D.C. Aug. 30, 2022), ECF No. 12.

### *In re Dave's Redistricting App / Jetton v. United States*

Texas Representative Jacey Jetton and Adam Foltz, an employee of the Texas Legislative Council assigned to assist House Redistricting Chair Todd Hunter, have moved to quash a subpoena *duces tecum* issued to Dave's Redistricting App, a third-party software provider.  This is pending in the U.S. District Court for the Western District of Washington.  *See In re Dave's Redistricting App*, No. 2:22-mc-69 (W.D. Wash. Aug. 12, 2022), ECF No. 1.  The motion has been fully briefed since August 26.  *See* U.S. Response, *In re Dave's Redistricting App*, No. 2:22-mc-69 (W.D. Wash. Aug. 23, 2022), ECF No. 8; Reply Mem., *In re Dave's Redistricting App*, No. 2:22-mc-69 (W.D. Wash. Aug. 26, 2022), ECF No. 9.  The United States had highlighted the September trial date in its opposition, U.S. Response at 2, and thereafter

---

[2] Following supplemental briefing, the enforcement court granted LULAC Plaintiffs' motion for an extension of time to file their opposition to the motion to quash, *nunc pro tunc*.  Minute Order, *In re Kincaid*, No. 1:22-mc-67 (D.D.C. Sept. 26, 2022).

informed the enforcement court when this Court vacated that date, *see* U.S. Notice, *Jetton v. United States*, No. 2:22-cv-1203 (W.D. Wash. Aug. 30, 2022), ECF 16.  The enforcement court then ordered the parties to submit a joint status report by February 13, 2023, or within five days of any significant case development, Minute Order, *Jetton v. United States*, No. 2:22-cv-1203 (W.D. Wash. Nov. 15, 2022), ECF No. 19.[3]

### *Morris v. State of Texas*

A *pro se* plaintiff brought a constitutional challenge to Texas's reapportionment of Congressional districts in the U.S. District Court for the Southern District of Texas.  Compl., *Morris v. Texas*, No. 4:21-cv-03456 (S.D. Tex. Oct. 20, 2021), ECF No. 1.  No party requested consolidation with the above-captioned case, and a single district court judge granted Defendants' motion to dismiss.  Order, *Morris v. Texas*, No. 4:21-cv-03456 (S.D. Tex. June 8, 2022), ECF No. 26.  Plaintiff appealed the district court's dismissal of his claims, and the appeal has now been fully briefed.  *See Morris v. State of Texas*, No. 22-20348 (5th Cir.).

Dated: December 7, 2022

---

[3] Following the completion of briefing, the enforcement court removed the matter from the miscellaneous docket and assigned a new caption and civil action number.  *See* Order, *In re Dave's Redistricting App.*, No. 2:22-mc-69 (W.D. Wash. Aug. 29, 2022), ECF No. 11.

**For the United States:**

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALLISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(800) 253-3931
daniel.freeman@usdoj.gov

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
NINA PERALES
FÁTIMA MENENDEZ
KENNETH PARRENO
JULIA LONGORIA
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476

NIKOLAS YOUNGSMITH*
1016 16th Street NW, Suite 100
Washington, DC 20036
(202) 293-2828
*Admitted *pro hac vice*

**For Voto Latino Plaintiffs:**

*/s/ David R. Fox*
ABHA KHANNA*
Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

ARIA C. BRANCH*
DAVID R. FOX*
HARLEEN GAMBHIR*
RICHARD A. MEDINA*
Elias Law Group
10 G Street NE, Suite 600
Washington, D.C. 20002
(202) 968-4490
abranch@elias.law
dfox@elias.law
hgambhir@elias.law
rmedina@elias.law

KEVIN J. HAMILTON*
Perkins Coie
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
(206) 359-8000
khamilton@perkinscoie.com

RENEA HICKS
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

**For Plaintiff Texas NAACP:**

*/s/ Lindsey B. Cohan*
LINDSEY B. COHAN
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

JON GREENBAUM*
EZRA D. ROSENBERG*
POOJA CHAUDHURI*
SOFIA FERNANDEZ GOLD*
ALEXANDER S. DAVIS*
Lawyers' Committee for Civil
Rights Under Law
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
sfgold@lawyerscommittee.org
adavis@lawyerscommittee.org

NEIL STEINER*
NICHOLAS GERSH*
MARGARET MORTIMER*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com
nicholas.gersh@dechert.com
margaret.mortimer@dechert.com

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
robert@notzonlaw.com

GARY BLEDSOE
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
gbledsoe@thebledsoelawfirm.com
*Attorney only as to claims related to State
Senate and State House plans*

ANTHONY P. ASHTON*
JANETTE M. LOUARD
ANNA KATHRYN BARNES
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
aashton@naacpnet.org
jlouard@naacpnet.org
abarnes@naacpnet.org
*Admitted *pro hac vice*

**For Fair Maps Plaintiffs:**

*/s/ Noor Taj*
NOOR TAJ*
ALLISON J. RIGGS*
HILARY HARRIS KLEIN*
MITCHELL BROWN*
KATELIN KAISER*
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
919-323-3380
Allison@southerncoalition.org
Noor@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
katelin@scsj.org

DAVID A. DONATTI
ASHLEY HARRIS
THOMAS BUSER-CLANCY
ANDRE I. SEGURA
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org
asegura@aclutx.org

JERRY VATTAMALA*
SUSANA LORENZO-GIGUERE*
PATRICK STEGEMOELLER*
Asian American Legal Defense and
Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

YURIJ RUDENSKY*
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
yurij.rudensky@nyu.edu
*Admitted pro hac vice TK

**For MALC Plaintiffs:**

*s/ George Quesada*
GEORGE (TEX) QUESADA
SEAN J. MCCAFFITY
Sommerman, Mcaffity, Quesada & Geisler,
L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
quesada@textrial.com
smccaffity@textrial.com

JOAQUIN GONZALEZ
Attorney at Law
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@malc.org

**For Plaintiff Martinez Fischer:**

*/s/ Martin Golando*
MARTIN GOLANDO
The Law Office of Martin Golando, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
martin.golando@gmail.com

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
CHAD W. DUNN
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

*/s/ Mark P. Gaber*
MARK P. GABER*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

JESSE GAINES*
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

MOLLY E. DANAHY*
P.O. Box 26277
Baltimore, MD 21211
(208) 301-1202
danahy.molly@gmail.com

SONNI WAKNIN*
10300 Venice Blvd. # 204
Culver City, CA 90232
732-610-1283
sonniwaknin@gmail.com
*Admitted *pro hac vice*

**For Plaintiff-Intervenors:**

*/s/ Gary Bledsoe*
GARY BLEDSOE
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, TX 78723
(512) 322-9992
gbledsoe@thebledsoelawfirm.com

NICKOLAS A. SPENCER
Spencer & Associates, PLLC
9100 Southwest Freeway, Suite 122
Houston, TX 77074
(713) 863-1409
nas@naslegal.com

**For State Defendants:**

*/s/ William T. Thompson*
WILLIAM T. THOMPSON
Acting Chief, Special Litigation Unit
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
(512) 463-2100
will.thompson@oag.texas.gov

**For Third-Party Legislators:**

*/s/ Taylor A.R. Meehan*
TAYLOR A.R. MEEHAN
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
taylor@consovoymccarthy.com

*/s/ William T. Thompson*
WILLIAM T. THOMPSON
Acting Chief, Special Litigation Unit
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
(512) 463-2100
will.thompson@oag.texas.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on December 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ Daniel J. Freeman
Daniel J. Freeman
Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(800) 253-3931
daniel.freeman@usdoj.gov