# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-259 <br> [Lead Case] |
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § | Case No. 3:21-cv-299 <br> [Consolidated Case] |

## AMENDED NOTICE OF APPEAL

Legislators, legislative staff, and Lieutenant Governor Dan Patrick (collectively, "the legislators") hereby amend their notice of appeal to include this Court's related Order entered November 16, 2022, further compelling the legislators to produce documents. *See* Order, ECF 642; Notice of Appeal, ECF 489.[1]

---

[1] Appellants are Lieutenant Governor Dan Patrick, Representative Tom Craddick, Representative Ryan Guillen, Representative Todd Hunter, Representative Jacey Jetton, Representative Ken King, Representative Brooks Landgraf, Representative Geanie Morrison, Representative Andrew Murr, Senator Joan Huffman, Adam Foltz, Koy Kunkel, Anna Mackin, and Sean Opperman. The pending appeal in the Fifth Circuit regarding the legislators' documents is *LULAC v. Patrick*, No. 22-50662.

On July 26, 2022, the legislators appealed this Court's Order of July 25, 2022. *See* Order Enforcing Third-Party Subpoenas, ECF 467 ("July Order"); Notice of Appeal, ECF 489. That Order granted in part the United States' motion to enforce third-party subpoenas *duces tecum* against Texas legislators and legislative employees and ordered the legislators to produce documents that had been withheld as legislatively privileged. Order, ECF 467. Also as part of the July Order, this Court ordered the legislators to provide a subset of documents to the Court for in camera review of the legislators' attorney–client privilege objections. *Id.* The legislators appealed the July Order and obtained a stay. *See* Stay Order, *LULAC v. Patrick*, No. 22-50662 (5th Cir. July 27, 2022).

This Court has now completed its in camera review and has ordered additional documents to be produced. *See* Order, ECF 642. The legislators amend their notice of appeal so that this related order may be included as part of the pending appeal of the July Order, currently pending in the Fifth Circuit. *See LULAC v. Patrick*, No. 22-50662.

Date: December 9, 2022                    Respectfully submitted,


KEN PAXTON                                WILLIAM T. THOMPSON
Attorney General of Texas                 Acting Chief, Special Litigation Unit
                                          Tex. State Bar No. 24088531
BRENT WEBSTER
First Assistant Attorney General          MUNERA AL-FUHAID
                                          Special Counsel, Special Litigation Unit
                                          Tex. State Bar No. 24094501

                                          J. AARON BARNES
                                          Special Counsel, Special Litigation Unit
                                          Tex. State Bar No. 24099014

                                          ZACHARY W. BERG
                                          Special Counsel, Special Litigation Unit
                                          Tex. State Bar No. 24107706

                                          */s/ Ari M. Herbert*
                                          ARI M. HERBERT
                                          Special Counsel, Special Litigation Unit
                                          Tex. State Bar No. 24126093

                                          OFFICE OF THE ATTORNEY GENERAL
                                          P.O. Box 12548 (MC-009)
                                          Austin, Texas 78711-2548
                                          Tel.: (512) 463-2100
                                          Fax: (512) 457-4410
                                          will.thompson@oag.texas.gov
                                          munera.al-fuhaid@oag.texas.gov
                                          aaron.barnes@oag.texas.gov
                                          zachary.berg@oag.texas.gov
                                          ari.herbert@.oag.texas.gov

                                          *Counsel for Defendants, Senate and House Legislators and Staff*

| | |
|---|---|
| Patrick Strawbridge<br>CONSOVOY MCCARTHY PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>Tel: (703) 243-9423<br>patrick@consovoymccarthy.com<br><br>Adam K. Mortara<br>LAWFAIR LLC<br>125 South Wacker, Suite 300<br>Chicago, IL 60606<br>Tel: (773) 750-7154<br>mortara@lawfairllc.com | */s/ Taylor A.R. Meehan*<br>Taylor A.R. Meehan<br>Frank H. Chang<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>Tel: (703) 243-9423<br>taylor@consovoymccarthy.com<br>frank@consovoymccarthy.com<br><br>*Counsel for House Legislators and Staff* |

4

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 9, 2022, and that all counsel of record were served by CM/ECF.

*/s/ Ari M. Herbert*
ARI M. HERBERT