**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br><br> 3:21-cv-00259-DCG-JES-JVB <br><br> [Consolidated Action: Lead Case] |

**PLAINTIFFS' JOINT NOTICE REGARDING THE COURT'S
DECEMBER 5, 2022 ORDER (DKT. 665)**

Plaintiffs[1] file this joint notice pursuant to the Court's December 5, 2022 Order and provide their availability for a potential first-phase trial. Dkt. 665.

**I.       Factual Background and Plaintiffs' Availability for Trial.**

LULAC Plaintiffs brought the instant action on October 18, 2021, alleging that all four of the statewide redistricting plans enacted by the Texas Legislature in 2021 violated the Voting

---

[1] Plaintiffs are LULAC, *et al.*, ("LULAC Plaintiffs") (Dkt. 338); Abuabara, *et al.*, ("Abuabara Plaintiffs") (Dkt. 613); Mexican American Legislative Caucus ("MALC") (Dkt. 319); Brooks, *et al.,* (Dkt. 612); Texas State Conference of the NAACP ("Texas NAACP") (Dkt. 646); Fair Maps Texas Action Committee, *et al.,* ("Fair Maps Plaintiffs") (Dkt. 502); the United States of America (Dkt. 318); Martinez-Fischer (Dkt. 504); and Plaintiff-Intervenors Johnson, Jackson-Lee, Green, and Crockett ("Congressional Intervenors") (Dkt. 619).

Rights Act of 1965 and the Fourteenth Amendment of the U.S. Constitution. *See* Dkt. 1. Over the next two months, the United States and several additional groups of Private Plaintiffs either filed actions that were consolidated with this lawsuit or intervened in this lawsuit. All nine consolidated cases challenge the 2021 congressional redistricting plan, and LULAC Plaintiffs and MALC challenge the 2021 State Board of Education ("SBOE") redistricting plan.

On December 17, 2021, the Court issued a scheduling order, Dkt. 96, setting a trial schedule that it later amended on December 27, 2021, Dkt. 109. On August 30, 2022, the Court vacated that trial schedule. Dkt. 569.

On December 5, 2022, the Court directed the parties to provide their availability for a potential first-phase trial, which would address the congressional and SBOE plans. Dkt. 665.

Plaintiffs respectfully submit that, for the following reasons, any trial date before April 2023 may not be feasible.

First, Plaintiffs will be unable to update their expert reports to include data related to the November 2022 General Election and current demographic data until March 2023. Those data include November 2022 General Election precinct-level election results and voter information—which the Texas Legislative Council expects to make available by the end of January 2023—as well as the U.S. Census Bureau Citizen Voting Age Population (CVAP) Special Tabulation from the 2017-2021 5-Year American Community Survey (ACS), which Plaintiffs expect will be released in early February 2023.

Second, there remain twenty-one discovery-related motions in this case pending before this Court or other courts, and proceeding to trial would require the resolution of the discovery disputes related to these motions. Exhibit A lists these pending motions. Plaintiffs note that the briefing schedule for several of these motions depends on the earlier of either the Fifth Circuit

lifting the stay of this Court's July 25, 2022 Order enforcing the United States' subpoenas *duces tecum* to legislators, the Lieutenant Governor, and legislative staff (Dkt. 467), or a decision in *LULAC Texas v. Hughes*, No. 22-50435 (5th Cir.). *See* Dkt. 652.[2] Even with a swift ruling on these and the other pending motions (and possible appeals), any ruling in favor of disclosure would require additional time for production of documents or depositions and potential *in camera* review by the Court of documents or deposition testimony, as well as time for Plaintiffs to disclose supplemental expert reports based on the new evidence, if any.

Third, the State's motion to dismiss LULAC Plaintiffs' complaint remains pending (Dkt. 398), and resolution of the motion will determine the scope of the legal claims and evidence LULAC Plaintiffs will present at trial.

In light of the aforementioned factors, Plaintiffs respectfully submit that a trial before April 2023 would not be feasible, and respectfully request that the Court consider the week of June 5, 2023—during which all Plaintiffs are available—as a possibility in scheduling the trial. Plaintiffs further respectfully submit that although all Plaintiffs are available the week of March 20, 2023, for the same reasons a trial setting in that week may not be feasible.

Pursuant to the Court's Order, Plaintiffs' availability for trial is as follows:

All Plaintiffs are available for trial during the following:

- Week of April 10, 2023 (Begins Tuesday, April 11, 2023)
- Week of May 29, 2023 (Begins Tuesday, May 30, 2023)
- Week of June 5, 2023[3]

---

[2] Specifically, the Legislators' response briefs are due fourteen days after the earlier of those two events, and Plaintiffs' replies are due seven days after the Legislators' respective response briefs are filed. *See* Dkt. 652 at 1.

[3] Although the week of June 5, 2023 was not included in the Court's order, Plaintiffs indicate their availability for this week in an effort to identify additional trial time for the Court.

Various Plaintiffs are not available for trial during the remaining weeks indicated by the Court, due to international travel already booked, expert unavailability, or trial dates already scheduled in other matters. Congressional Intervenors further note that during the weeks of March 20, 2023, March 27, 2023, and May 1, 2023 Congressional Intervenors Jackson-Lee, Green, and Crockett will be in session according to the current Congressional Calendar (which could be changed once a new Speaker has been elected).

## II.     Additional Considerations Related to Trial Scheduling.

In an effort to ensure all parties have sufficient time for presentation at trial, Plaintiffs respectfully submit the following for the Court's consideration in setting a trial schedule and outlining trial procedures.

### a. *Additional Time for Trial*

In its December 5, 2022 Order, the Court noted that "at least two weeks should be reserved for the first phase" of trial. Dkt. 665 at 2. Given the claims of all nine plaintiff groups, Plaintiffs respectfully submit that a trial regarding the congressional and SBOE plans would require three full weeks.

### b. *Extended Day and Saturday Availability.*

Plaintiffs respectfully propose that the Court consider holding trial on an extended daily schedule—including a prompt morning start and continuing into the late afternoon or early evening—as well as on the Saturdays that follow the dates provided in the December 5, 2022 Order. *See* Dkt. 665. For example, trial the week of April 10, 2023 (to start Tuesday, April 11, 2023) could include Saturday, April 15, 2023. All Plaintiffs are available for trial on Saturdays at the end of the following weeks: April 10, 2023; May 29, 2023; and June 5, 2023.

### c. *Taking Witnesses Out of Order.*

Plaintiffs note that the 88th Texas Legislative Regular Session is scheduled to start on Tuesday, January 10, 2023 and end on Monday, May 29, 2023. During that time, witnesses serving in or employed by the Legislature may have varying availability. To accommodate the schedules of witnesses, and to ensure maximum availability of counsel, Plaintiffs may seek leave of the Court to conduct a minimal number of witness examinations out of order.

    *d. Written Opening and Closing Statements.*

Plaintiffs respectfully propose that the Court require that opening statements be in written form and closing statements be held on additional trial days after the close of evidence, so as to maximize time for presentation of witnesses during trial. In the alternative, Plaintiffs respectfully propose that the Court require that opening and closing statements be entirely in written form.

**III.  Conclusion**

Plaintiffs respectfully submit the foregoing joint notice pursuant to the Court's December 5, 2022 Order. Dkt. 665.

DATED: December 15, 2022

*s/ Nina Perales*
Nina Perales
Texas Bar No. 24005046
Fátima Menendez
Texas Bar No. 24090260
Kenneth Parreno
Massachusetts Bar No. 705747
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

Nikolas Youngsmith*
1016 16th Street NW, Suite 100
Washington, DC 20036
(202) 293-2828

Fax: (202) 293-2848

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

*s/ George Quesada*
George (Tex) Quesada
Sean J. McCaffity
Sommerman, Mcaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
quesada@textrial.com
smccaffity@textrial.com

Joaquin Gonzalez
Attorney at Law
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@malc.org

*Counsel for MALC Plaintiffs*

*/s/ David R. Fox*
Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

Aria C. Branch*
David R. Fox*
Harleen Gambhir*
Richard A. Medina*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
abranch@elias.law
dfox@elias.law
hgambhir@elias.law
rmedina@elias.law

6

Kevin J. Hamilton\*
**PERKINS COIE**
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
khamilton@perkinscoie.com

Renea Hicks
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com


\*Admitted *Pro Hac Vice*

*Counsel for Abuabara Plaintiffs*


*/s/ Chad W. Dunn*
Chad W. Dunn
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

*/s/ Mark P. Gaber*
Mark P. Gaber\*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines\*
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 26277
Baltimore, MD 21211
(208) 301-1202
danahy.molly@gmail.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
732-610-1283
sonniwaknin@gmail.com

*Admitted *pro hac vice*

*Counsel for Brooks Plaintiffs*

*s/ Lindsey B. Cohan*
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Jon Greenbaum*
Ezra D. Rosenberg*
Pooja Chaudhuri*
Sofia Fernandez Gold*
Alexander S. Davis*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*jgreenbaum@lawyerscommittee.org*
*erosenberg@lawyerscommittee.org*
*pchaudhuri@lawyerscommittee.org*
*sfgold@lawyerscommittee.org*
*adavis@lawyerscommittee.org*

Neil Steiner*
Nicholas Gersh*
Margaret Mortimer*
DECHERT LLP

1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*
*nicholas.gersh@dechert.com*
*margaret.mortimer@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*aashton@naacpnet.org*

Janette M. Louard
Anna Kathryn Barnes
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*abarnes@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted *pro hac vice*

*Counsel for the Texas State Conference of NAACP*


*/s/ Martin Golando*
The Law Office of Martin
The Law Office of Martin Golando, PLLC
Texas Bar No. 24059153
2326 W. Magnolia Ave.
San Antonio, Texas 78201
Office: (210) 471-1185
Fax: (210) 405-6772
Email: martin.golando@gmail.com

*Counsel for Plaintiff Martinez Fischer*

*/s/ Noor Taj*
Noor Taj*
P.A. State Bar No. 309594
Allison J. Riggs*
N.C. State Bar No. 40028
Hilary Harris Klein*
N.C. State Bar No. 53711
Mitchell Brown*
N.C. State Bar No. 56122
Katelin Kaiser*
N.C. State Bar No. 56799*
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
Allison@southerncoalition.org
Noor@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
katelin@scsj.org

David A. Donatti
TX Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238
Andre I. Segura

Texas Bar No. 24107112
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146 Fax. (713) 942-8966
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org
asegura@aclutx.org

Jerry Vattamala*
N.Y. State Bar No. 4426458
Susana Lorenzo-Giguere*
N.Y. State Bar No. 2428688
Patrick Stegemoeller*
N.Y. State Bar No. 5819982
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Yurij Rudensky*
New York Bar No. 5798210
Brennan Center for Justice at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
Tel:  (646) 292-8310
Fax: (212) 463-7308
yurij.rudensky@nyu.edu

*Admitted pro hac vice

*Counsel for Fair Maps Plaintiffs*

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s Daniel J. Freeman*

T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT

11

        DANIEL J. FREEMAN
        JANIE ALISON (JAYE) SITTON
        MICHELLE RUPP
        JACKI L. ANDERSON
        JASMIN LOTT
        HOLLY F.B. BERLIN
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530]

*Counsel for United States of America*

*/s/ Gary Bledsoe*
Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, TX 78723
(512) 322-9992
gbledsoe@thebledsoelawfirm.com

Nickolas A. Spencer
Spencer & Associates, PLLC
9100 Southwest Freeway, Suite 122
Houston, TX 77074
(713) 863-1409
nas@naslegal.com

*Counsel for Congressional Intervenors*

**CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 15th day of December 2022.

        */s/ Nina Perales*
        Nina Perales