# EXHIBIT A

| | Discovery Motion | Party Who Issued RFP/Subpoena | Briefing Parties | Motion Dkt. No. | Date Motion Filed | Discovery Still at Issue | Additional Notes |
|---|---|---|---|---|---|---|---|
| 1 | Motion for Protective Order Regarding Adam Kincaid and NRRT Depositions | LULAC Plaintiffs (for all Private Plaintiffs) | LULAC Plaintiffs, United States | D.D.C., 1:22-mc-67 (Dkt. 1) | 7/12/2022 | 2 depositions | Briefing complete. |
| 2 | Motion to Compel Document Subpoenas to Dan Patrick, Joan Huffman, Dade Phelan, Todd Hunter, Ryan Guillen, Jacey Jetton, Brooks Landgraf, and J.M. Lozano | LULAC Plaintiffs, for all Private Plaintiffs | LULAC Plaintiffs | Dkt. 447 | 7/19/2022 | Approximately 1,100 documents | Deadline to file opposition shall be 14 days after the earlier of (i) the Fifth Circuit lifting the stay of Dkt. 467 or (ii) the Fifth Circuit's opinion in *LULAC Texas v. Hughes*. |
| 3 | First Motion to Compel Regarding Legislative Privilege Assertions in Depositions | Private Plaintiffs | Private Plaintiffs | Dkt. 555 (amended) | 8/18/2022 | 16 depositions | Briefing complete. Substantial overlap of challenged deposition testimony with United States' first motion to compel, Dkt. 522. |
| 4 | Second Motion to Compel Regarding Legislative Privilege Assertions in Depositions (Joan Huffman, etc.) | Private Plaintiffs | Private Plaintiffs | Dkt. 543 | 8/15/2022 | 3 depositions | Briefing complete. Substantial overlap of challenged deposition testimony with United States' second motion to compel, Dkt. 541. |
| 5 | Motion to Compel Regarding Legislative Privilege Assertions in Re-opened Depositions of Representatives Hunter and Murr | Private Plaintiffs | LULAC Plaintiffs | Dkt. 638 | 11/10/2022 | 2 depositions | Briefing complete. Substantial overlap of challenged deposition testimony with United States' fourth motion to compel, Dkt. 636. |
| 6 | Motion to Compel Document Subpoenas to Mike Schofield, Donna Campbell, Paul Bettencourt, Brian Birdwell, Bryan Hughes, Robert Nichols, Jane Nelson, and Charles Perry | LULAC Plaintiffs, for all Private Plaintiffs | LULAC Plaintiffs | Dkt. 540 | 8/15/2022 | Approximately 142 documents | Deadline to file opposition shall be 14 days after the earlier of (i) the Fifth Circuit lifting the stay of Dkt. 467 or (ii) the Fifth Circuit's opinion in *LULAC Texas v. Hughes*. |
| 7 | Motion to Compel Responses from Defendant State of Texas (Office of Attorney General) | LULAC Plaintiffs | LULAC Plaintiffs | Dkt. 548 | 8/16/2022 | Approximately 812 documents | Briefing complete. Seeks same documents as the United States' motion to compel, Dkt. 527. |
| 8 | Motion to Compel Regarding Document Subpoena to Anna Mackin | LULAC Plaintiffs | LULAC Plaintiffs | Dkt. 582 | 9/15/2022 | Approximately 197 documents | Deadline to file opposition shall be 14 days after the earlier of (i) the Fifth Circuit lifting the stay of Dkt. 467 or (ii) the Fifth Circuit's opinion in *LULAC Texas v. Hughes*. |
| 9 | Motion to Reopen Senator Huffman Deposition and Compel Deposition Answers | LULAC Plaintiffs | LULAC Plaintiffs | Dkt. 580 | 9/9/2022 | 1 deposition | Briefing complete. |
| 10 | Motion to Reopen Discovery for the Limited Purpose of Seeking Specific Documents from Dave's Redistricting, LLC | LULAC Plaintiffs | LULAC Plaintiffs | Dkt. 617 | 10/17/2022 | Unknown | Briefing complete. |
| 11 | Motion to Compel Deposition Testimony of Senator Birdwell | Texas NAACP | Texas NAACP | Dkt. 645 | 11/18/2022 | 1 deposition | Briefing complete. |
| 12 | Motion to Enforce Legislators' Document Subpoenas | United States | United States | Dkt. 351 | 6/17/2022 | Approximately 2,000 documents | On appeal; Fifth Circuit stayed the Court's July 25, 2022 Order (Dkt. 467) as to documents over which the legislative privilege was asserted. |
| 13 | Renewed Motion to Compel Compliance with Document Subpoenas (Eric Wienckowski and Thomas Bryan) | United States | United States | Dkt. 634 | 11/9/2022 | Approximately 974 documents | Briefing complete. |
| 14 | Motion to Enforce Order Compelling the Production of OAG Documents from the State of Texas | United States | United States | Dkt. 527 | 8/10/2022 | Approximately 812 documents | Briefing complete. Seeks same documents as the LULAC Plaintiffs' motion to compel, Dkt. 548. |
| 15 | Motion to Compel Compliance with Subpoena to Representative Schofield | United States | United States | Dkt. 532 | 8/12/2022 | Approximately 60 documents | Deadline to file opposition shall be 14 days after the earlier of (i) the Fifth Circuit lifting the stay of Dkt. 467 or (ii) the Fifth Circuit's opinion in *LULAC Texas v. Hughes*. |
| 16 | First Motion to Compel Legislative Deposition Testimony | United States | United States | Dkt. 522 | 8/8/2022 | 14 depositions | Briefing complete. Substantial overlap of challenged deposition testimony with Private Plaintiffs' motion to compel, Dkt. 555. |
| 17 | Second Motion to Compel Legislative Deposition Testimony (Joan Huffman, etc.) | United States | United States | Dkt. 541 | 8/15/2022 | 3 depositions | Briefing complete. Substantial overlap of challenged deposition testimony with Private Plaintiffs' motion to compel, Dkt. 543. |
| 18 | Third Motion to Compel Legislative Deposition Testimony (Jeffrey Archer) | United States, Private Plaintiffs | United States, LULAC Plaintiffs (Joinder) | Dkt. 600 (Joinder at Dkt. 602) | 9/30/2022 | 1 deposition | Briefing complete. |
| 19 | Fourth Motion to Compel Legislative Deposition Testimony (Re-opened Depos of Todd Hunter and Andrew Murr) | United States | United States | Dkt. 636 | 11/10/2022 | 2 depositions | Briefing complete. Substantial overlap of challenged deposition testimony with LULAC Plaintiffs' motion to compel, Dkt. 638. |
| 20 | Motion to Compel Texas Legislative Council Documents | United States | United States | Dkt. 644 | 11/17/2022 | Approximately 424 documents | Briefing complete. |
| 21 | Motion to Stay Document Subpoena, to Transfer to WDTX, or in the Alternative to Quash Document Subpoena to Dave's Redistricting by Representative Jacey Jetton and Adam Foltz | United States | United States | W.D.W.A., 2:22-cv-1203-JHC (Dkt. 1) | 8/12/2022 | Unknown | Briefing complete. On November 11, 2022, the Court directed the parties to submit a joint status report every 90 days regarding the status of the underlying redistricting case, or within five days of the occurrence of any significant case development. Dkt. 19. |