UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, <br><br> *Plaintiffs*, <br><br> **EDDIE BERNICE JOHNSON,** *et al.*, <br><br> *Plaintiff-Intervenors*, <br><br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § § § | No. 3:21-CV-259-DCG-JES-JVB <br> [Lead Case] |
| **MEXICAN AMERICAN LEGISLATIVE CAUCUS,** <br><br> *Plaintiff*, <br><br> v. <br><br> **STATE OF TEXAS**, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § | No. 1:21-CV-988-RP-JES-JVB <br> [Consolidated Case] |

**ORDER**

It is **ORDERED** that Plaintiff Mexican American Legislative Caucus's "Motion for Reconsideration of Order Dismissing Claims Related to Congressional District 15" (ECF No. 676) is **DENIED**.

**So ORDERED and SIGNED this 19th day of December 2022.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

- 2 -

*And on behalf of:*

**Jerry E. Smith**                                                  **Jeffrey V. Brown**
**United States Circuit Judge**         *-and-*         **United States District Judge**
**U.S. Court of Appeals, Fifth Circuit**              **Southern District of Texas**