# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 23, 2022

Clerk
United States District Court
 for the Western District of Texas
U.S. District Clerk's Office
525 Magoffin Avenue, Suite 105
El Paso, TX 79901

   Re: Roy Charles Brooks, et al.
     v. Greg Abbott, Governor of Texas, et al.,
     No. 22-136 (Your docket Nos. 3:21-CV-259-DCG-JES-JVB, 1:21-CV-991-LY-JES-JVB)

Dear Clerk:

  Attached please find a certified copy of the judgment of this Court in the above-entitled case.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By

          *(signature)*
          M. Altner
          Judgments/Mandates Clerk

Enc.
cc: All counsel of record

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 23, 2022

Mr. Chad Wilson Dunn, Esq.
Brazil & Dunn
4407 Bee Caves Rd.
Austin, TX 78746

Miss Lanora Christine Pettit, Esq.
Office of the Texas Attorney General
PO Box 12548 (MC 059)
Austin, TX 78711-2548

      Re:  Roy Charles Brooks, et al.
             v. Greg Abbott, Governor of Texas, et al.,
             No. 22-136

Dear Counsel:

     Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States District Court for the Western District of Texas.

                                            Sincerely,

                                            SCOTT S. HARRIS, Clerk

                                            By

                                            M. Altner
                                            Judgments/Mandates Clerk

cc:  Clerk, W.D. Tex.
      (Your docket Nos. 3:21-CV-259-DCG-JES-JVB, 1:21-CV-991-LY-JES-JVB)

# Supreme Court of the United States

No. 22–136

**ROY CHARLES BROOKS, ET AL.,**

Appellants,

v.

**GREG ABBOTT, GOVERNOR OF TEXAS, ET AL.**

**ON APPEAL** to the United States District Court for the Western District of Texas.

**THIS CAUSE** having been submitted on the jurisdictional statement and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the appeal is dismissed for want of jurisdiction.

November 21, 2022



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States