IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

|   |   |   |
|---|---|---|
|   | § | |
|   | § | |
|   | § | |
|   | § | |
| vs. | § | Case No. _____ |
|   | § | |
|   | § | |
|   | § | |
|   | § | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

Firm            _____
Street          _____
                _____
City, State, Zip _____
Telephone/Fax   _____
State Bar #     _____

Respectfully submitted,

*/s/ Harleen Gambhir*

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov