IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

El Paso

| | |
|---|---|
| LULAC et al. | § § § § § § |
| vs. | § § Case No. 3:21-cv-259; 1:21-cv-965 |
| Abbott et al. | § § § § § |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm | Elias Law Group LLP |
| Street | 250 Massachusetts Ave NW, Suite 400 |
| City, State, Zip | Washington, DC 20001 |
| Telephone/Fax | 202-968-4490 |
| State Bar # | DC Bar No. 90003752; NY Bar No. 5704663 |

Respectfully submitted,

*/s/ Richard A. Medina*

Richard A. Medina

The **Change of Address Form** should be **completed** and **electronically filed in active case(s) only**. For questions, please contact the help desk at: txwd_ecf_help@txwd.uscourts.gov