IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GREGORY W. ABBOTT *et al.*, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00259 <br> [Lead Case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | Civil Action No. 3:21-cv-01038 <br> [Consolidated Case] |

## UNOPPOSED MOTION TO WITHDRAW ALLISON J. RIGGS AS COUNSEL

Pursuant to Local Rule AT-3, Allison J. Riggs hereby respectfully moves the Court to permit her to withdraw as counsel of record for Plaintiffs Fair Maps Texas Action Committee, OCA-Greater Houston, Emgage, and Individual Plaintiffs (collectively, "Fair Maps Plaintiffs").

Ms. Riggs has left the Southern Coalition for Social Justice to serve as a judge on the North Carolina Court of Appeals. Fair Maps Plaintiffs will continue to be represented by counsel from the Southern Coalition for Social Justice, ACLU Foundation of Texas, Inc., Asian American Legal Defense and Education Fund, and the Brennan Center for Justice at NYU School of Law. The contact information for co-counsel is listed below. This withdraw will not delay any proceedings, and the motion is unopposed by Defendants' counsel of record.

For the reasons stated above, Allison J. Riggs respectfully request that the Court grant this Unopposed Motion to Withdrawal as Counsel and remove Ms. Riggs from all further electronic notifications regarding this Matter.

Date:   January 24, 2023                    Respectfully submitted,

/s/ Allison J. Riggs
Allison J. Riggs*
N.C. State Bar No. 40028
81501 Alexander
Chapel Hill, NC 27517
Allison.j.riggs@gmail.com


Noor Taj*
P.A. State Bar No. 309594
Hilary Harris Klein*
N.C. State Bar No. 53711
Mitchell Brown*
N.C. State Bar No. 56122
Katelin Kaiser*
N.C. State Bar No. 56799*
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
Noor@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
katelin@scsj.org

David A. Donatti
TX Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238
Andre I. Segura
Texas Bar No. 24107112
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306

2

Houston, TX 77288
Tel. (713) 942-8146 Fax. (713) 942-8966
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org
asegura@aclutx.org

Jerry Vattamala*
N.Y. State Bar No. 4426458
Susana Lorenzo-Giguere*
N.Y. State Bar No. 2428688
Patrick Stegemoeller*
N.Y. State Bar No. 5819982
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Yurij Rudensky*
New York Bar No. 5798210
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
Fax: (212) 463-7308
yurij.rudensky@nyu.edu

*Admitted pro hac vice*

*COUNSEL FOR FAIR MAPS PLAINTIFFS*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on December 29, 2022, I conferred with all counsel by email, and counsel indicated that they do not oppose this Motion to Withdraw as Counsel.

*/s/ Allison J. Riggs*
Allison J. Riggs

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the forgoing document was filed electronically via CM/ECF on January 24, 2023, and that CM/ECF served all counsel of record.

*/s/ Allison J. Riggs*
Allison J. Riggs
