IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>GREGORY W. ABBOTT *et al.*,<br><br>   *Defendants*. | Civil Action No. 3:21-cv-00259<br>[Lead Case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*,<br><br>   *Plaintiffs,*<br> v.<br><br>GREG ABBOTT, *et al.*,<br><br>   *Defendants.* | Civil Action No. 3:21-cv-01038<br>[Consolidated Case] |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

Pending before the Court is Allison J. Rigg's Unopposed Motion to Withdraw as Counsel for Fair Maps Plaintiffs. Upon review of this request, the motion is GRANTED.

SO ORDERED and SIGNED this ___ day of _____, 2023.

                      _____
                      HON. DAVID G. GUADERRAMA
                      UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith<br>United States Circuit Judge<br>U.S. Court of Appeals, Fifth Circuit |  -and-  | Jeffrey V. Brown<br>United States District Judge<br>Southern District of Texas |