-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action <br><br> Lead Case No.: <br> 3:21-cv-00259-CV-00259-DCG-JES-JVB |
| ROSALINDA RAMOS ABUABARA, AKILAH BACY, ORLANDO FLORES, MARILENA GARZA, CECILIA GONZALES, AGUSTIN LOREDO, CINIA MONTOYA, ANA RAMÓN, JANA LYNNE SANCHEZ, JERRY SHAFER, DEBBIE LYNN SOLIS, ANGEL ULLOA, MARY URIBE, LUZ MORENO, and MARIA MONTES <br><br> Plaintiffs, <br><br> v. <br><br> JOHN SCOTT, in his official capacity as Texas Secretary of State, and GREGORY WAYNE ABBOTT, in his official capacity as the Governor of Texas; <br><br> Defendants. | Consolidated Case No.: <br> 1:21-CV-00965-RP-JES-JVB |

## *ABUABARA* PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW APPEARANCE *PRO HAC VICE* OF KEVIN J. HAMILTON

Pursuant to Local Rule AT-3, Plaintiffs Rosalinda Ramos Abuabara, Akilah Bacy,

Orlando Flores, Marilena Garza, Cecilia Gonzales, Agustin Loredo, Cinia Montoya, Ana Ramón,

Jana Lynne Sanchez, Jerry Shafer, Debbie Lynn Solis, Angel Ulloa, Mary Uribe, Luz Moreno,

-1-

-2-

and Maria Montes (collectively, "the *Abuabara* Plaintiffs") respectfully request that the Court grant leave for Kevin J. Hamilton of the law firm Perkins Coie LLP to withdraw his appearance *pro hac vice* as counsel in this case in order to conserve resources for this lengthy litigation. The *Abuabara* Plaintiffs will continue to be represented by Abha Khanna, Aria Branch, David Fox, Rich Medina and Harleen Gambhir of the Elias Law Group LLP and by Renea Hicks of the Law Office of Max Renea Hicks. Counsel for the Defendants have no objection, nor do counsel for any of the other plaintiffs in this litigation.

For the reasons stated above, Plaintiffs respectfully request that the Court grant this motion to withdraw Kevin J. Hamilton as their counsel of record and remove Mr. Hamilton from all further electronic notifications in this case.

Dated: January 25, 2023

Renea Hicks
Attorney at Law
Texas Bar No. 09580400

Law Office of Max Renea Hicks
P. O. Box 303187
Austin, TX 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

Respectfully submitted,

*/s/ Kevin J. Hamilton*
Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
KHamilton@perkinscoie.com

Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

Aria C. Branch*
David R. Fox*
Harleen Gambhir*
Richard A. Medina*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490

160000608.1

-3-

        abranch@elias.law
        dfox@elias.law
        hgambhir@elias.law
        rmedina@elias.law

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice*

-4-

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 20-24, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Kevin J. Hamilton*
Kevin J. Hamilton

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served January 25, 2023 to all counsel of record, via the Court's CM/ECF system.

*/s/ Kevin J. Hamilton*
Kevin J. Hamilton
