IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>Plaintiffs<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>Defendants. | CIVIL ACTION<br><br><br>LEAD CASE NO.:<br><br>3:21-CV-00259-CV-00259-DCG-JES-JVB |
| ROSALINDA RAMOS ABUABARA, AKILAH BACY, ORLANDO FLORES, MARILENA GARZA, CECILIA GONZALES, AGUSTIN LOREDO, CINIA MONTOYA, ANA RAMÓN, JANA LYNNE SANCHEZ, JERRY SHAFER, DEBBIE LYNN SOLIS, ANGEL ULLOA, MARY URIBE, LUZ MORENO, and MARIA MONTES<br><br>Plaintiffs,<br><br>v.<br><br>JOHN SCOTT, in his official capacity as Texas Secretary of State, and GREGORY WAYNE ABBOTT, in his official capacity as the Governor of Texas;<br><br>Defendants. | CONSOLIDATED CASE NO.:<br><br>1:21-CV-00965-RP-JES-JVB |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE *PRO HAC VICE* OF KEVIN J. HAMILTON**

Before the Court is the *Abuabara* Plaintiffs' MOTION FOR LEAVE TO WITHDRAW APPEARANCE *PRO HAC VICE* OF KEVIN J. HAMILTON as counsel of record. It appearing that the requirements of Local Rule AT-3 have been met, and no objections to the Motion having

160000639.3

-2-

been filed, the Motion is hereby GRANTED.

      SO ORDERED this ___ day of January 2023.

_____
**DAVID C. GUADERRAMA**
United States District Judge
Western District of Texas

*And on behalf of:*

| | |
|---|---|
| **Jerry E. Smith** | **Jeffrey V. Brown** |
| United States Circuit Judge | United States District Judge |
| U.S. Court of Appeals for the Fifth Circuit | Southern District of Texas |

160000639.3