IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) <br> (consolidated cases) |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule AT-3, Janie Allison (Jaye) Sitton respectfully moves the Court to permit her to withdraw as counsel for the United States of America in the above-captioned case. Ms. Sitton has assumed other responsibilities within the Voting Section of the U.S. Department of Justice. The United States will continue to be represented by its other attorneys of record in this matter, whose names and office address are listed below. The withdrawal will not delay any proceedings, and counsel for Defendants do not oppose this motion for withdrawal.

Dated: January 26, 2023

        ELISE C. BODDIE
        Principal Deputy Assistant Attorney General
        Civil Rights Division

        */s/  Janie Allison (Jaye) Sitton*
        T. CHRISTIAN HERREN, JR.
        TIMOTHY F. MELLETT
        DANIEL J. FREEMAN
        JANIE ALISON (JAYE) SITTON
        MICHELLE RUPP
        JACKI L. ANDERSON
        JASMIN LOTT
        HOLLY F.B. BERLIN
        JAYWIN SINGH MALHI
        L. BRADY BENDER
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530

## CERTIFICATE OF CONFERRAL

I hereby certify that on January 26, 2023, counsel for the United States conferred with counsel for State Defendants concerning the subject of this motion, and they do not oppose the motion.

*/s/ Janie Allison (Jaye) Sitton*
Janie Allison (Jaye) Sitton
Voting Section
Civil Rights Division
U.S. Department of Justice
jaye.sitton@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Janie Allison (Jaye) Sitton*
Janie Allison (Jaye) Sitton
Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 598-9908
jaye.sitton@usdoj.gov