IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) <br> (consolidated cases) |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL JANIE ALLISON (JAYE) SITTON

Before the Court is the UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL Janie Allison (Jaye) Sitton as counsel of record for the United States of America. The requirements of Local Rule AT-3 having been met, and no objections having been filed, the Motion is hereby GRANTED.

SO ORDERED this ___ day of January 2023.

_____
**DAVID C. GUADERRAMA**
United States District Judge
Western District of Texas

*And on behalf of:*

| | |
|---|---|
| **JERRY E. SMITH** <br> United States Circuit Judge <br> U.S. Court of Appeals for the Fifth Circuit | **JEFFREY V. BROWN** <br> United States District Judge <br> Southern District of Texas |