IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 <br> (DCG-JES-JVB) <br> (consolidated cases) |

**JOINT MOTION REGARDING TRIAL SCHEDULE**

The United States, Private Plaintiffs and Plaintiff-Intervenors (collectively, "Plaintiffs"), and State Defendants respectfully request guidance, to the extent possible, regarding dates under consideration for trial in this case.[1]

Guidance on when a trial may—or will not—occur will allow the parties to collaborate on a reasonable schedule for reopened discovery. The challenged districts have now been in effect through a complete election cycle, and new data are available concerning the 2022 election cycle, as are updated data from the U.S. Census Bureau. The parties have conferred about the timing and scope of reopened discovery but have reached an impasse because the schedule and extent of any such discovery necessarily depends on the time remaining before trial, as well as other factors. Accordingly, the parties believe additional information concerning the trial calendar will assist them in collaborating on a reasonable discovery schedule.

---

[1] Pursuant to the Court's December 5, 2022 Notice and Order, ECF No. 665, the parties notified the Court of their availability for trial on Congressional and State Board of Education claims during specified weeks in February, March, April, and May 2023. *See* State Defs.' Advisory, ECF No. 679; Pls.' Joint Notice, ECF No. 680.

1

Upon receipt of further guidance or the setting of trial, the parties have agreed to meet and confer regarding a schedule for remaining disclosures, the scope of reopened discovery, and any discovery issues remaining after pending discovery motions are resolved.  *See* Fed. R. Civ. P 26(e); *see also* Compilation of Pending Discovery Motions, ECF No. 680-1; *cf.* Scheduling Order at 5, ECF No. 96 (establishing procedure for supplementation concerning the November 2022 election after a September 2022 trial).

The parties are available for a status conference regarding the matters raised in the instant motion, should the Court determine one to be beneficial.

Respectfully Submitted,

Dated: February 10, 2023

**For the United States:**

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Daniel J. Freeman*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
JAYWIN SINGH MALHI
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(800) 253-3931

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
NINA PERALES
FÁTIMA MENÉNDEZ
KENNETH PARRENO
JULIA LONGORIA
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476

NIKOLAS YOUNGSMITH*
1016 16th Street NW, Suite 100
Washington, DC 20036
(202) 293-2828
*Admitted *pro hac vice*

2

**For Abuabara Plaintiffs:**

*/s/ David R. Fox*
ABHA KHANNA*
Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

DAVID R. FOX*
HARLEEN GAMBHIR*
RICHARD A. MEDINA*
Elias Law Group
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law
hgambhir@elias.law
rmedina@elias.law

RENEA HICKS
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

**For Plaintiff Texas NAACP:**

*/s/ Lindsey B. Cohan*
LINDSEY B. COHAN
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

JON GREENBAUM*
EZRA D. ROSENBERG*
POOJA CHAUDHURI*
SOFIA FERNANDEZ GOLD*
ALEXANDER S. DAVIS*
Lawyers' Committee for Civil
Rights Under Law
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
sfgold@lawyerscommittee.org
adavis@lawyerscommittee.org

NEIL STEINER*
NICHOLAS GERSH*
MARGARET MORTIMER*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com
nicholas.gersh@dechert.com
margaret.mortimer@dechert.com

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
robert@notzonlaw.com

GARY BLEDSOE
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
gbledsoe@thebledsoelawfirm.com
*Attorney only as to claims related to State Senate and State House plans*

ANTHONY P. ASHTON*
JANETTE M. LOUARD
ANNA KATHRYN BARNES
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
aashton@naacpnet.org
jlouard@naacpnet.org
abarnes@naacpnet.org
*Admitted *pro hac vice*

**For Fair Maps Plaintiffs:**

*/s/ Noor Taj*
NOOR TAJ*
HILARY HARRIS KLEIN*
MITCHELL BROWN*
KATELIN KAISER*
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
919-323-3380
Noor@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
katelin@scsj.org

DAVID A. DONATTI
ASHLEY HARRIS
THOMAS BUSER-CLANCY
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
ddonatti@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org

JERRY VATTAMALA*
SUSANA LORENZO-GIGUERE*
PATRICK STEGEMOELLER*
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

YURIJ RUDENSKY*
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
yurij.rudensky@nyu.edu
**Admitted pro hac vice*

**For MALC Plaintiffs:**

*/s/ George Quesada*
GEORGE (TEX) QUESADA
SEAN J. MCCAFFITY
Sommerman, Mcaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
quesada@textrial.com
smccaffity@textrial.com

JOAQUIN GONZALEZ
Attorney at Law
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@malc.org

**For Plaintiff Martinez Fischer:**

*/s/ Martin Golando*
MARTIN GOLANDO
The Law Office of Martin Golando, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
martin.golando@gmail.com

Case 3:21-cv-00259-DCG-JES-JVB   Document 693   Filed 02/10/23   Page 6 of 7

<div style="display: flex;">

<div>

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
CHAD W. DUNN
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

*/s/ Mark P. Gaber*
MARK P. GABER*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

JESSE GAINES*
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

MOLLY E. DANAHY*
P.O. Box 26277
Baltimore, MD 21211
(208) 301-1202
danahy.molly@gmail.com

SONNI WAKNIN*
10300 Venice Blvd. # 204
Culver City, CA 90232
732-610-1283
sonniwaknin@gmail.com
*Admitted *pro hac vice*

</div>

<div>

**For Plaintiff-Intervenors:**

*/s/ Gary Beldsoe*
GARY BLEDSOE
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, TX 78723
(512) 322-9992
gbledsoe@thebledsoelawfirm.com

NICKOLAS A. SPENCER
Spencer & Associates, PLLC
9100 Southwest Freeway, Suite 122
Houston, TX 77074
(713) 863-1409
nas@naslegal.com

**For State Defendants:**

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER
Special Counsel, Special Litigation Unit
Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
(512) 463-2100
kathleen.hunker@oag.texas.gov

</div>

</div>

## CERTIFICATE OF SERVICE

  I hereby certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                 */s/ Daniel J. Freeman*
                 DANIEL J. FREEMAN
                 U.S. Department of Justice
                 950 Pennsylvania Avenue NW
                 Washington, D.C. 20530
                 (800) 253-3931
                 daniel.freeman@usdoj.gov