**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Case No. 3:21-cv-00259 |
| GREG ABBOTT, *et al.*, | § § | [Lead Case] |
| *Defendants*. | § § | |

**STATE DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW**
**ARI M. HERBERT AS COUNSEL**

Under Local Rule AT-3, Defendants Greg Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively "State Defendants") file this unopposed motion to withdraw Ari M. Herbert as their counsel in this matter.

Mr. Herbert has accepted a position outside the Office of the Attorney General of Texas. Mr. Herbert's co-counsel listed below will continue to represent State Defendants. This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, State Defendants respectfully ask that the Court grant this motion to withdraw Ari M. Herbert as their counsel of record and remove Mr. Herbert from all further electronic notifications for this case.

Date: February 10, 2023

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Respectfully submitted.

LEIF A. OLSON
Chief, Special Litigation Division
Tex. State Bar No. 24032801

*/s/ Ari M. Herbert*
ARI M. HERBERT
Special Counsel, Special Litigation Division
Tex. State Bar No. 24126093

KATHLEEN T. HUNKER
Special Counsel, Special Litigation Division
Tex. State Bar No. 24118415

J. AARON BARNES
Special Counsel, Special Litigation Division
Tex. State Bar No. 24099014

MUNERA AL-FUHAID
Special Counsel, Special Litigation Division
Tex. State Bar No. 24094501

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
leif.olson@oag.texas.gov
ari.herbert@oag.texas.gov
kathleen.hunker@oag.texas.gov
aaron.barnes@oag.texas.gov
munera.al-fuhaid@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I hereby certify that on February 8, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Ari M. Herbert*
ARI M. HERBERT

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 10, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Ari M. Herbert*
ARI M. HERBERT