IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants*. | § | |

### STATE DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW WILLIAM T. THOMPSON AS COUNSEL

Pursuant to Local Rule AT-3, Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson in her official capacity as Secretary of State of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants") file this Unopposed Motion to Withdraw William T. Thompson as their counsel in this matter.

Mr. Thompson has accepted a position outside the Office of the Attorney General of Texas. State Defendants will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, State Defendants respectfully request that the Court grant this motion to withdraw William T. Thompson as their counsel of record and remove Mr. Thompson from all further electronic notifications regarding this case.

Date: February 10, 2023                     Respectfully submitted.

KEN PAXTON                                  /s/ *William T. Thompson*
Attorney General of Texas                   WILLIAM T. THOMPSON
                                            Deputy Chief, Special Litigation Division
BRENT WEBSTER                               Tex. State Bar No. 24088531
First Assistant Attorney General

                                            KATHLEEN T. HUNKER
                                            Special Counsel
                                            Tex. State Bar No. 24118415

                                            ARI M. HERBERT
                                            Special Counsel
                                            Tex. State Bar No. 24126093

                                            J. AARON BARNES
                                            Special Counsel
                                            Tex. State Bar No. 24099014

                                            OFFICE OF THE ATTORNEY GENERAL
                                            P.O. Box 12548 (MC-009)
                                            Austin, Texas 78711-2548
                                            Tel.: (512) 463-2100
                                            Fax: (512) 457-4410
                                            will.thompson@oag.texas.gov
                                            kathleen.hunker@oag.texas.gov
                                            ari.herbert@oag.texas.gov
                                            aaron.barnes@oag.texas.gov

                                            **COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 6 and 7, 2023, I conferred with all counsel by email and that none were opposed to this motion.

/s/ *William T. Thompson*
WILLIAM T. THOMPSON

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 10, 2023, and that all counsel of record were served by CM/ECF.

/s/ *William T. Thompson*
WILLIAM T. THOMPSON