IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 3:21-cv-00259 |
| GREG ABBOTT, *et al.*, | § § | [Lead Case] |
| *Defendants*. | § § | |

### ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered State Defendants' Unopposed Motion to Withdraw William T. Thompson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that William T. Thompson is hereby withdrawn as counsel of record for Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas in this matter.

**SO ORDERED** and **SIGNED** this __ day of _____, 2023.

_____
**DAVID C. GUADERRAMA**
United States District Judge
Western District of Texas

*And on behalf of:*

**JERRY E. SMITH**
United States Circuit Judge
U.S. Court of Appeals for the Fifth Circuit

**JEFFREY V. BROWN**
United States District Judge
Southern District of Texas