UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, <br><br> *Plaintiffs*, <br><br> **EDDIE BERNICE JOHNSON,** *et al.*, <br><br> *Plaintiff-Intervenors*, <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants*. | EP-21-CV-00259-DCG-JES-JVB <br> [Lead Case] <br><br> & <br><br> All Consolidated Cases |

## ORDER DENYING JOINT MOTION REGARDING TRIAL SCHEDULE

The parties have filed a "Joint Motion Regarding Trial Schedule" requesting "guidance, to the extent possible, regarding dates under consideration for trial in this case." Mot., ECF No. 693.

The Court has carefully considered the parties' helpful responses but is currently unable to set or predict date(s) for any trial(s). While the Court would prefer to conduct a trial as soon as possible, it cannot determine when that trial will be until the Fifth Circuit resolves various pending appeals. Moreover, the parties expressed reluctance to conduct a trial during the legislative session. The trial setting, as well as any remaining discovery, may therefore depend on any redistricting that occurs in the 2023 regular session.

The Court appreciates that the parties have made themselves "available for a status conference regarding the matters raised in" their Motion. *Id.* at 2. The Court does not see a need

for a status conference at this time, but may consider scheduling one if future developments warrant.

The Court thus **DENIES** the parties' "Joint Motion Regarding Trial Schedule" (ECF No. 693).

**So ORDERED and SIGNED this 10th day of February 2023.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |