# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § | |
| v. | § § | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

## STATE DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW ERIC HUDSON AS COUNSEL

Pursuant to Local Rule AT-3, Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson in her official capacity as Secretary of State of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants") file this file this Unopposed Motion to Withdraw Eric Hudson as their attorney in this matter.

Eric Hudson has accepted a position outside the Office of the Attorney General of Texas, and the State Defendants respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

Date: February 24, 2023

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

Respectfully submitted.

*/S/ CHRISTOPHER HILTON*
CHRISTOPHER D. HILTON
Chief, General Litigation Division
Tex. State Bar No. 24087727

RYAN G. KERCHER
Deputy Chief, General Litigation Division
Tex. State Bar No. 24060998

KATHLEEN HUNKER
Special Counsel
Tex. State Bar No. 24118415

COURTNEY B. CORBELLO
Assistant Attorney General
Tex. State Bar No. 24097533

J. AARON BARNES
Special Counsel
Tex. State Bar No. 24099014

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
(512) 463-2100
christopher.hilton@oag.texas.gov
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
courtney.corbello@oag.texas.gov
aaron.barnes@oag.texas.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 24, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ CHRISTOPHER HILTON*
CHRISTOPHER D. HILTON

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 24, 2023, and that all counsel of record were served by CM/ECF.

*/s/ CHRISTOPHER HILTON*
CHRISTOPHER D. HILTON