IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § | |
| v. | § § | Case No. 3:21-cv-00259 [Lead Case] |
| | § | |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered State Defendants' Unopposed Motion to Withdraw Eric Hudson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Eric Hudson is hereby withdrawn as counsel of record for Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson, in his official capacity as Secretary of State of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas in this matter.

**SO ORDERED** and **SIGNED** this _ day of _____, 2023.

**DAVID C. GUADERRAMA**
United States District Judge
Western District of Texas

*And on behalf of:*

| | |
|---|---|
| **JERRY E. SMITH** | **JEFFREY V. BROWN** |
| United States Circuit Judge | United States District Judge |
| U.S. Court of Appeals for the Fifth Circuit | Southern District of Texas |