# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) |
| v. | § § | (consolidated cases) |
| GREG ABBOTT, et al., | § § § | |
| Defendants. | | |

### UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE *PRO HAC VICE* OF HARLEEN K. GAMBHIR

Pursuant to Local Rule AT-3, Harleen K. Gambhir hereby respectfully moves the Court to permit her to withdraw as counsel for Plaintiffs Rosalinda Ramos Abuabara, Akilah Bacy, Orlando Flores, Marilena Garza, Cecilia Gonzales, Agustin Loredo, Cinia Montoya, Ana Ramón, Jana Lynne Sanchez, Jerry Shafer, Debbie Lynn Solis, Angel Ulloa, Mary Uribe, Luz Maria Moreno, and Maria Montes (collectively, "the *Abuabara* Plaintiffs"). Ms. Gambhir will be departing Elias Law Group LLP effective March 17, 2023. The *Abuabara* Plaintiffs will continue to be represented by its other attorneys of record in this matter, Abha Khanna, Aria C. Branch, David Fox, and Richard A. Medina of Elias Law Group LLP and Renea Hicks of the Law Office of Max Renea Hicks. This withdrawal would not delay any proceedings, and Defendants' counsels of record do not oppose this motion for withdrawal.

Dated: March 16, 2022

/s/Harleen K. Gambhir
Aria C. Branch*
David Fox*
Harleen Gambhir*
Richard Medina*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
akhanna@elias.law
abranch@elias.law
dfox@elias.law
hgambhir@elias.law
rmedina@elias.law

Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177

Max R. Hicks
Texas State Bar No. 09580400
**LAW OFFICE OF MAX RENEA HICKS**
P.O. Box 303187
Austin, Texas 78703
(512) 480-8231
rhicks@renea-hicks.com

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on March 16, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Harleen K. Gambhir*
Harleen K. Gambhir

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed this document with this Court using the CM/ECF system, which provides notice of this filing to all registered CM/ECF users on the 16th day of March, 2023.

                                            */s/ Harleen K. Gambhir*
                                            Harleen K. Gambhir