IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:21-cv-259 |
| v. | § § | (DCG-JES-JVB) (consolidated cases) |
| GREG ABBOTT, et al., | § § | |
| Defendants. | | |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL HARLEEN K. GAMBHIR

Before the Court is the *Abuabara* Plaintiffs' MOTION FOR LEAVE TO WITHDRAW APPEARANCE *PRO HAC VICE* OF HARLEEN K. GAMBHIR. It appearing that the requirements of Local Rule AT-3 have been met, and no objections to the Motion having been filed, the Motion is hereby GRANTED.

SO ORDERED this ___ day of March 2023

_____

**DAVID C. GUADERRAMA**
United States District Judge
Western District of Texas

*And on behalf of:*

| | |
|---|---|
| **JERRY E. SMITH** | **JEFFREY V. BROWN** |
| United States Circuit Judge | United States District Judge |
| U.S. Court of Appeals for the Fifth Circuit | Southern District of Texas |