IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> Defendants. | Civil Action No. 3:21-cv-259 <br> (DCG-JES-JVB) <br> (Consolidated Cases) |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule AT-3, Laura Brady Bender respectfully moves this Court to permit her to withdraw as counsel for the United States of America in the above-captioned case. Ms. Bender will be leaving the Department of Justice at the end of March 2023. The United States will continue to be represented by its other attorneys of record in this matter, whose names and office address are listed below. The withdrawal will not delay any proceedings, and counsel for Defendants do not oppose this motion for withdrawal.

Date:  March 29, 2023

        ELISE C. BODDIE
        Principal Deputy Assistant Attorney General
        Civil Rights Division

        */s/ L. Brady Bender*
        T. CHRISTIAN HERREN, JR.
        TIMOTHY F. MELLETT
        DANIEL J. FREEMAN
        MICHELLE RUPP
        JACKI L. ANDERSON
        JASMIN LOTT
        HOLLY F.B. BERLIN
        JAYWIN SINGH MALHI
        L. BRADY BENDER
        Attorneys, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                                */s/ L. Brady Bender*
                                                L. Brady Bender
                                                Civil Rights Division
                                                U.S. Department of Justice
                                                950 Pennsylvania Avenue NW
                                                Washington, DC 20530
                                                (202) 353-5373
                                                laura.bender@usdoj.gov