IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) (Consolidated Cases) |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL L. BRADY BENDER**

Before the Court is the UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL Laura Brady Bender as counsel of record for the United States of America. The requirements of Local Rule AT-3 having been met, and no objections having been filed, the Motion is hereby GRANTED.

So ORDERED this ___ day of _____, 2023.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | -and- | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |