IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action:  Lead Case] |

## LULAC PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW NIKOLAS YOUNGSMITH

Pursuant to Local Rule AT-3, Plaintiffs LULAC, *et al.* ("LULAC Plaintiffs") respectfully move to withdraw Nikolas Youngsmith as counsel in this case.  Mr. Youngsmith will end his employment with the Mexican American Legal Defense and Educational Fund (MALDEF) on May 5, 2023.  His withdrawal will not cause undue delay and will not adversely affect the interests of LULAC Plaintiffs, who will continue to be represented by Attorney-in-charge, Nina Perales, Kenneth Parreno, Samantha Serna, Fátima Menéndez, and Julia Longoria.  The other parties in this case do not oppose this motion.

For these reasons, LULAC Plaintiffs respectfully request leave to withdraw Nikolas Youngsmith as counsel in this case.

Dated: May 4, 2023                              Respectfully submitted,

                                                */s/ Nikolas Youngsmith*
                                                Nina Perales

1

Samantha Serna
Fátima Menendez
Kenneth Parreno
Julia Longoria
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382

*Counsel for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on May 4, 2023

*/s/ Nina Perales*
Nina Perales

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 2, 2023, I conferred with all counsel by email, and none was opposed to this motion.

*/s/ Nikolas Youngsmith*
Nikolas Youngsmith