IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) <br> (consolidated cases) |

**JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL
BRIEFING REGARDING PENDING DISCOVERY MOTIONS
INVOLVING THE LEGISLATIVE PRIVILEGE**

On May 17, 2023, the Fifth Circuit issued its opinion in *LULAC Texas v. Hughes*, an appeal addressing the legislative privilege. *See* 2023 WL 3494770 (5th Cir. May 17, 2023). As this Court is aware, motions involving the legislative privilege remain pending in this case. *See, e.g.*, Mot. to Enforce Order Compelling Produc., ECF No. 527; Renewed Mot. to Compel, ECF No. 634. Most are fully submitted. *See, e.g.*, *id.*; *see also* Pending Disc. Mots., ECF No. 680-1. However, this Court has held briefing on four motions in abeyance pending a ruling in *Hughes*. *See, e.g.*, Order, ECF No. 491. Opposition briefs concerning those motions are currently due on May 31, 2023—fourteen days after the Fifth Circuit issued its opinion in *Hughes*—and the United States and Private Plaintiffs' replies are due seven days after opposition briefs are filed. *See* Text Order (Nov. 21, 2022); *see also* Mot. for Extension, ECF No. 652.

The parties have met and conferred regarding a potential briefing schedule to address the impact of *Hughes* on pending discovery motions. To incorporate *Hughes* in briefing on fully

submitted motions and avoid redundant briefing on motions previously held in abeyance, the parties request leave to file omnibus supplemental briefs concerning all pending discovery motions involving the legislative privilege and request that the Court vacate its prior briefing order concerning the four motions previously held in abeyance, *see* Text Order (Nov. 21, 2022). The parties jointly propose the following briefing schedule:

- Private Plaintiffs and Plaintiff-Intervenors (collectively) and the United States will file supplemental briefs of no more than 20 pages by June 23, 2023.

- State Defendants and Legislators will file a supplemental opposition brief of no more than 20 pages by July 28, 2023.

- Private Plaintiffs and Plaintiff-Intervenors (collectively) and the United States will file supplemental reply briefs of no more than 10 pages by August 11, 2023.

A proposed order is attached hereto.

Dated: May 26, 2023

**For the United States:**

ELISE C. BODDIE
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Jaywin Singh Malhi*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
JAYWIN SINGH MALHI
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(800) 253-3931

**For LULAC Plaintiffs:**

*/s/ Kenneth Parreno*
NINA PERALES
FÁTIMA MENÉNDEZ
KENNETH PARRENO
JULIA LONGORIA
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476

*Admitted *pro hac vice*


| | |
|---|---|
| **For Abuabara Plaintiffs:** | **For MALC Plaintiffs:** |
| */s/ David R. Fox* | */s/ Sean J. McCaffity* |
| ABHA KHANNA* | GEORGE (TEX) QUESADA |
| Elias Law Group LLP | SEAN J. MCCAFFITY |
| 1700 Seventh Ave, Suite 2100 | Sommerman, Mcaffity, Quesada & Geisler, L.L.P. |
| Seattle, WA 98101 | 3811 Turtle Creek Boulevard, Suite 1400 |
| (206) 656-0177 | Dallas, Texas 75219-4461 |
| akhanna@elias.law | (214) 720-0720 |
| | quesada@textrial.com |
| DAVID R. FOX* | smccaffity@textrial.com |
| RICHARD A. MEDINA* | |
| Elias Law Group | JOAQUIN GONZALEZ |
| 250 Massachusetts Ave. NW, Suite 400 | Attorney at Law |
| Washington, D.C. 20001 | 1055 Sutton Dr. |
| (202) 968-4490 | San Antonio, TX 78228 |
| dfox@elias.law | jgonzalez@malc.org |
| rmedina@elias.law | |
| | **For Plaintiff Martinez Fischer:** |
| RENEA HICKS | |
| Law Office of Max Renea Hicks | */s/ Martin Golando* |
| P.O. Box 303187 | MARTIN GOLANDO |
| Austin, Texas 78703-0504 | The Law Office of Martin Golando, PLLC |
| (512) 480-8231 | 2326 W. Magnolia |
| rhicks@renea-hicks.com | San Antonio, Texas 78201 |
| | (210) 471-1185 |
| *Admitted *pro hac vice* | martin.golando@gmail.com |

4

**For Plaintiff Texas NAACP:**

*/s/ Pooja Chaudhuri*
LINDSEY B. COHAN
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

JON GREENBAUM*
EZRA D. ROSENBERG*
POOJA CHAUDHURI*
SOFIA FERNANDEZ GOLD*
ALEXANDER S. DAVIS*
Lawyers' Committee for Civil
Rights Under Law
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
sfgold@lawyerscommittee.org
adavis@lawyerscommittee.org

NEIL STEINER*
NICHOLAS GERSH*
MARGARET MORTIMER*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com
nicholas.gersh@dechert.com
margaret.mortimer@dechert.com

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
robert@notzonlaw.com

GARY BLEDSOE
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
gbledsoe@thebledsoelawfirm.com
*Attorney only as to claims related to State Senate and State House plans*

ANTHONY P. ASHTON*
JANETTE M. LOUARD
ANNA KATHRYN BARNES
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
aashton@naacpnet.org
jlouard@naacpnet.org
abarnes@naacpnet.org

*Admitted *pro hac vice*

5

**For Fair Maps Plaintiffs:**

*/s/ Noor Taj*
NOOR TAJ*
HILARY HARRIS KLEIN*
MITCHELL BROWN*
KATELIN KAISER*
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
919-323-3380
Noor@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
katelin@scsj.org

DAVID A. DONATTI
ASHLEY HARRIS
THOMAS BUSER-CLANCY
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org

JERRY VATTAMALA*
SUSANA LORENZO-GIGUERE*
PATRICK STEGEMOELLER*
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

YURIJ RUDENSKY*
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
yurij.rudensky@nyu.edu

*Admitted *pro hac vice*

| For Brooks Plaintiffs: | For Plaintiff-Intervenors: |
|---|---|
| */s/ Chad W. Dunn* | */s/ Nickolas A. Spencer* |
| CHAD W. DUNN | GARY BLEDSOE |
| Brazil & Dunn | The Bledsoe Law Firm PLLC |
| 4407 Bee Caves Road | 6633 Highway 290 East #208 |
| Building 1, Ste. 111 | Austin, TX 78723 |
| Austin, TX 78746 | (512) 322-9992 |
| (512) 717-9822 | gbledsoe@thebledsoelawfirm.com |
| chad@brazilanddunn.com | |
| | NICKOLAS A. SPENCER |
| MARK P. GABER* | Spencer & Associates, PLLC |
| Mark P. Gaber PLLC | 9100 Southwest Freeway, Suite 122 |
| P.O. Box 34481 | Houston, TX 77074 |
| Washington, DC 20043 | (713) 863-1409 |
| (715) 482-4066 | nas@naslegal.com |
| mark@markgaber.com | |
| | **For State Defendants:** |
| JESSE GAINES* | |
| P.O. Box 50093 | */s/ Kathleen T. Hunker* |
| Fort Worth, TX 76105 | KATHLEEN T. HUNKER |
| 817-714-9988 | Special Counsel, Special Litigation Unit |
| gainesjesse@ymail.com | Office of the Attorney General |
| | P.O. Box 12548 (MC-009) |
| MOLLY E. DANAHY* | Austin, Texas 78711-2548 |
| P.O. Box 26277 | (512) 463-2100 |
| Baltimore, MD 21211 | kathleen.hunker@oag.texas.gov |
| (208) 301-1202 | |
| danahy.molly@gmail.com | **For Legislators:** |
| | |
| SONNI WAKNIN* | */s/ Taylor A.R. Meehan* |
| 10300 Venice Blvd. # 204 | TAYLOR A.R. MEEHAN |
| Culver City, CA 90232 | Consovoy McCarthy PLLC |
| 732-610-1283 | 1600 Wilson Blvd., Suite 700 |
| sonniwaknin@gmail.com | Arlington, Virginia 22209 |
| | (703) 243-9423 |
| *Admitted *pro hac vice* | taylor@consovoymccarthy.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

                          */s/ Jaywin Singh Malhi*
                          Jaywin Singh Malhi
                          Voting Section
                          Civil Rights Division
                          U.S. Department of Justice
                          950 Pennsylvania Ave, NW
                          Washington, DC 20530
                          (800) 253-3931
                          jaywin.malhi@usdoj.gov