IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING PENDING DISCOVERY MOTIONS INVOLVING THE LEGISLATIVE PRIVILEGE

Upon consideration of the parties' Joint Motion for Leave to File Supplemental Briefing Regarding Pending Discovery Motions Involving the Legislative Privilege filed on May 26, 2023, the motion is hereby GRANTED. It is ORDERED that the parties shall file omnibus supplemental briefs concerning all pending discovery motions on the following schedule:

- Private Plaintiffs and Plaintiff-Intervenors (collectively) and the United States shall file supplemental briefs of no more than 20 pages by June 23, 2023.

- State Defendants and Legislators shall file a supplemental opposition brief of no more than 20 pages by July 28, 2023.

- Private Plaintiffs and Plaintiff-Intervenors (collectively) and the United States shall file supplemental reply briefs of no more than 10 pages by August 11, 2023.

All other briefing deadlines for pending discovery motions are VACATED.

2

So ORDERED and SIGNED this ___ day of _____, 2022.

                                                                                      _____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |

2