IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

### PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW SAMANTHA SERNA AS COUNSEL IN THE CASE

Plaintiffs LULAC, *et al.* ("Plaintiffs") respectfully move to withdraw Samantha Serna as counsel in this case. Ms. Serna has ended her employment with the Mexican American Legal Defense and Educational Fund (MALDEF). Plaintiffs will continue to be represented by Nina Perales, Fátima Menéndez, Julia Longoria and Kenneth Parreno.

Accordingly, Plaintiffs respectfully request leave to withdraw Samantha Serna as counsel in this case.

Dated: June 16, 2023                Respectfully submitted,

                                                     */s/ Nina Perales*
                                                     Nina Perales
                                                     Fátima Menéndez
                                                     Julia Longoria
                                                     Kenneth Parreno
                                                     Mexican American Legal Defense and Educational Fund (MALDEF)
                                                     110 Broadway Street, Suite 300

1

San Antonio, TX 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org
Email: fmenendez@maldef.org
Email: jlongoria@maldef.org
Email: kparreno@maldef.org

*Counsel for LULAC Plaintiffs*

### CERTIFICATE OF CONFERENCE

I hereby certify that on June 5, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Nina Perales*
Nina Perales

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 16th day of June, 2023.

*/s/ Nina Perales*
Nina Perales