## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW SAMANTHA SERNA AS COUNSEL IN THE CASE

On this day, the Court considered Plaintiffs' Unopposed Motion to Withdraw Samantha Serna as Counsel in the Case. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____, 2023.

 

_____
Honorable David C. Guaderrama
United States District Judge

*And on behalf of:*

| | | |
|---|---|---|
| Hon. Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | *-and-* | Hon. Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |

1