# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

## [PROPOSED] PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL BRIEF REGARDING THE LEGISLATIVE PRIVILEGE

Pending before the Court is Private Plaintiffs' Unopposed Motion for Enlargement of Time to File Supplemental Brief Regarding the Legislative Privilege (Dkt. 707). Dkt. _____. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____ 2023.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Hon. Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | -and- | Hon. Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |