IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br>  Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br>  Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB) <br> (consolidated cases) |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule AT-3, Jasmin Lott respectfully moves the Court to permit her to withdraw as counsel for the United States of America in the above-captioned case. I will be leaving the Voting Section of the U.S. Department of Justice at the end of June 2023. The United States will continue to be represented by its other attorneys of record in this matter, whose names and office address are listed below. The withdrawal will not delay any proceedings, and counsel for Defendants do not oppose this motion for withdrawal.

Dated: June 27, 2023

                                                                          KRISTEN CLARKE
                                                                          Assistant Attorney General
                                                                          Civil Rights Division

                                                                          */s/ Jasmin Lott*
                                                                          T. CHRISTIAN HERREN, JR.
                                                                          TIMOTHY F. MELLETT

DANIEL J. FREEMAN
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
JAYWIN SINGH MALHI
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

## CERTIFICATE OF CONFERRAL

I hereby certify that on June 20, 2023, I conferred with counsel for State Defendants concerning the subject of this motion, and they do not oppose the motion.

/s/  Jasmin Lott
Jasmin Lott
Voting Section
Civil Rights Division
U.S. Department of Justice
Jasmin.lott@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Jasmin Lott*
Jasmin Lott
Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(202) 307-6321
Jasmin.lott@usdoj.gov