# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § | |
| v. | § § | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § | |

### STATE OF TEXAS' NOTICE OF APPEARANCE

Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson in her official capacity as Secretary of State of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants") files this Notice of Appearance and hereby notifies the Court that Lanora Pettit will appear as counsel in the above-captioned case along with counsel listed below. Lanora Pettit is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. Her contact information is contained in the signature block:

| | |
|---|---|
| Date: June 30, 2023 | Respectfully submitted. |
| JOHN SCOTT<br>Attorney General of Texas | CHRISTOPHER D. HILTON<br>Chief, General Litigation Division<br>Tex. State Bar No. 24087727 |
| BRENT WEBSTER<br>First Assistant Attorney General | RYAN G. KERCHER<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24060998 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | KATHLEEN HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation | */s/Lanora Pettit*<br>Lanora Pettit<br>Principal Deputy Solicitor General<br>Tex. State Bar No. 24115221 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Chris.hilton@oag.texas.gov<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>Lanora.Pettit@oag.texas.gov |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 30, 2023 and that all counsel of record were served by CM/ECF.

*/s/Lanora Pettit*
Lanora Pettit