# EXHIBIT 1

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 18, 2023
Lyle W. Cayce
Clerk

No. 22-50662

---

LEAGUE OF UNITED LATIN AMERICAN CITIZENS; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; MI FAMILIA VOTA; AMERICAN GI FORUM OF TEXAS; LA UNION DEL PUEBLO ENTERO; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION; WILLIAM C. VELASQUEZ INSTITUTE; FIEL HOUSTON, INCORPORATED; TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS; EMELDA MENENDEZ; GILBERTO MENENDEZ; JOSE OLIVARES; FLORINDA CHAVEZ; JOEY CARDENAS; SANDRA PUENTE; JOSE R. REYES; SHIRLEY ANNA FLEMING; LOUIE MINOR, JR.; NORMA CAVAZOS; PROYECTO AZTECA; REFORM IMMIGRATION FOR TEXAS ALLIANCE; WORKERS DEFENSE PROJECT; PAULITA SANCHEZ; JO ANN ACEVEDO; DAVID LOPEZ; DIANA MARTINEZ ALEXANDER; JEANDRA ORTIZ; LUZ MORENO; MARIA MONTES; LYDIA ALCAHAN; MARTIN SAENZ,

*Plaintiffs—Appellees*,

SHELIA JACKSON LEE; ALEXANDER GREEN; JASMINE CROCKETT; EDDIE BERNICE JOHNSON,

*Intervenor Plaintiffs—Appellees*,

versus

GREG ABBOTT, *in his official capacity as Governor of the State of Texas*; ET AL.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Movants-Appellants*,

———————

Damon James Wilson, for himself and *on behalf of all others similarly situated*,

*Plaintiff-Appellee*,

*versus*

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*,

*Defendant-Appellant*,

Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*;

2

Case 3:21-cv-00259-DCG-JES-JVB Document 707-1 Filed 07/18/23 Page 3 of 12
Case: 22-50662 Document: 107-1 Page: 31 Date Filed: 07/13/2023

No. 22-50662

Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

———————

Voto Latino; Rosalinda Ramos Abuabara; Akilah Bacy; Orlando Flores; Marilena Garza; Cecilia Gonzales; Agustin Loredo; Cinia Montoya; Ana Ramon; Jana Lynne Sanchez; Jerry Shafer; Debbie Lynn Solis; Angel Ulloa; Mary Uribe,

*Plaintiffs-Appellees*,

*versus*

John Scott, *in his Official Capacity as Texas Secretary of State*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

Mexican American Legislative Caucus, Texas House of Representatives,

*Plaintiffs-Appellees,*

*versus*

State of Texas; Et al.,

*Defendants,*

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants,*

Roy Charles Brooks; Felipe Gutierrez; Phyllis Goines; Eva Bonilla; Clara Faulkner; Deborah Spell; Beverly Powell,

*Plaintiffs-Appellees,*

*versus*

Greg Abbott, *in his official capacity as Governor of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

———————

Texas State Conference of the NAACP,

*Plaintiff-Appellee*,

*versus*

Greg Abbott, *in his official capacity as the Governor of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas*

*Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

———

Fair Maps Texas Action Committee; OCA-Greater Houston; North Texas Chapter of the Asian Pacific Islander Americans Public Affairs Association; Emgage; Khanay Turner; Angela Rainey; Austin Ruiz; Aya Eneli; Sofia Sheikh; Jennifer Cazares; Niloufar Hafizi; Lakshmi Ramakrishnan; Amatulla Contractor; Deborah Chen; Arthur Resa; Sumita Ghosh; Anand Krishnaswamy,

*Plaintiffs-Appellees*,

*versus*

Greg Abbott; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam

Case 3:21-cv-00259-DCG-JES-JVB Document 751 Filed 08/23/23 Page 8 of 12
Case: 22-50662 Document: 107-1 Page: 7 Date Filed: 07/18/2023

No. 22-50662

Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

    *Appellants*,

───────────

United States of America,

    *Plaintiff-Appellee*,

versus

State of Texas; Et al.,

    *Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

    *Appellants*,

───────────

Trey Martinez Fischer,

    *Plaintiff-Appellee*,

7

No. 22-50662

*versus*

JOHN SCOTT, *in his official capacity as Secretary of State of Texas*,

*Defendant*,

TEXAS LIEUTENANT GOVERNOR DAN PATRICK, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; TOM CRADDICK, *Texas Representative*; RYAN GUILLEN, *Texas Representative*; BROOKS LANDGRAF, *Texas Representative*; TODD HUNTER, *Texas Representative*; JACEY JETTON, *Texas Representative*; ANDREW MURR, *Texas Representative*; KEN KING, *Texas Representative*; GEANIE MORRISON, *Texas Representative*; SENATOR JOAN HUFFMAN; SEAN OPPERMAN, *Texas House Employee*; ADAM FOLTZ, *Texas House Employee*; KOY KUNKEL, *Texas House Employee*; ANNA MACKIN, *Texas House Employee*; PHILIP CORTEZ, *Texas Representative*,

*Appellants*,

———————

VERONICA ESCOBAR, *U.S. Representative of the 16th Congressional District of Texas*,

*Plaintiff-Appellee*,

*versus*

GREG ABBOTT, *in his official capacity as Governor of the State of Texas*; ET AL.,

*Defendants*,

TEXAS LIEUTENANT GOVERNOR DAN PATRICK, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*;

8

Case 3:21-cv-00259-DCG-JES-JVB Document 707-1 Filed 07/18/23 Page 9 of 9   Case: 22-50662 Document: 107-1 Page: 9 Date Filed: 07/18/2023

No. 22-50662

Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

———————

United States of America,

*Plaintiff-Appellee*,

*versus*

Eric Wienckowski,

*Defendant*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

9

No. 22-50662

_____

UNITED STATES OF AMERICA

*Plaintiff-Appellee*,

*versus*

THOMAS BRYAN,

*Defendant*,

TEXAS LIEUTENANT GOVERNOR DAN PATRICK, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; TOM CRADDICK, *Texas Representative*; RYAN GUILLEN, *Texas Representative*; BROOKS LANDGRAF, *Texas Representative*; TODD HUNTER, *Texas Representative*; JACEY JETTON, *Texas Representative*; ANDREW MURR, *Texas Representative*; KEN KING, *Texas Representative*; GEANIE MORRISON, *Texas Representative*; SENATOR JOAN HUFFMAN; SEAN OPPERMAN, *Texas House Employee*; ADAM FOLTZ, *Texas House Employee*; KOY KUNKEL, *Texas House Employee*; ANNA MACKIN, *Texas House Employee*; PHILIP CORTEZ, *Texas Representative*,

*Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-259
USDC No. 1:21-CV-943
USDC No. 1:21-CV-965
USDC No. 1:21-CV-988
USDC No. 1:21-CV-991
USDC No. 1:21-CV-1006
USDC No. 1:21-CV-1038

10

No. 22-50662

USDC No. 3:21-CV-299
USDC No. 3:21-CV-306
USDC No. 3:22-CV-22
USDC No. 3:22-MC-219
USDC No. 3:22-MC-230

_____

UNPUBLISHED ORDER

Before RICHMAN, *Chief Judge*, WIENER, and WILLETT, *Circuit Judges*
PER CURIAM:

     IT IS ORDERED that the District Court's order of July 25, 2022 is VACATED in light of this Court's order in No. 22-50435, *LULAC Texas v. Hughes*. The case is REMANDED to the District Court.