# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, | § § § | |
| *Defendants.* | § § § | |
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:21-cv-00299 [Consolidated Case] |
| STATE OF TEXAS, *et al.*, | § § § | |
| *Defendants.* | § § § | |

## ORDER

Upon consideration of Movants' motion, it is hereby

**ORDERED** that motion for briefing schedule is **GRANTED**;

**ORDERED** Movants' current July 28, 2023 deadline to file a response to Plaintiffs' supplemental briefs is **POSTPONED**;

**ORDERED** that Plaintiffs **SHALL FILE** second supplemental briefs (not exceeding 10 pages) by August 11, 2023;

**ORDERED** that Movants **SHALL FILE** a consolidated response addressing all supplemental briefs (not exceeding 40 pages) by August 25, 2023; and it is further

**ORDERED** that Plaintiffs **SHALL FILE** consolidated replies (not exceeding 15 pages) by September 8, 2023.

**SO ORDERED** and **SIGNED** this ___ day of July, 2023.

_____
**David C. Guaderrama**
**U.S. District Judge**
**U.S. District Court for the Western District of Texas**

*On behalf of*

**Jerry E. Smith**
**U.S. Circuit Judge**
**U.S. Court of Appeals for the Fifth Circuit**

**Jeffrey V. Brown**
**U.S. District Judge**
**U.S. District Court for the Southern District of Texas**