IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GREG ABBOTT, et al.,<br><br>                    Defendants. | Civil Action No. 3:21-cv-259 (DCG-JES-JVB)<br>(consolidated cases) |

### [PROPOSED] ORDER REGARDING OPPOSED MOTION FOR BRIEFING SCHEDULE AND, IN THE ALTERNATIVE, UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Upon consideration of the State and the Legislators' opposed motion for a briefing schedule and, in the alternative, unopposed motion for leave to exceed page limit filed on July 26, 2023 and all responses and replies thereto, the motion is hereby DENIED in part and GRANTED in part: the State and the Legislators' proposed modification to the current supplemental briefing schedule is DENIED but their alternative request to file a 25-page supplemental response brief on July 28, 2023 is GRANTED. The parties are further ORDERED to file a second round of supplemental briefs regarding the United States' motion to enforce its legislative documents subpoenas, *see* Legis. Docs. Mot., ECF No. 351, as follows:

- The United States, as well as Private Plaintiffs and Plaintiff-Intervenors (collectively), shall file supplemental opening briefs of no more than 10 pages by August 9, 2023.

- The State and the Legislators shall file supplemental response briefs of no more than 10 pages by August 31, 2023.

- The United States, as well as Private Plaintiffs and Plaintiff-Intervenors (collectively), shall file supplemental reply briefs of no more than 5 pages by September 21, 2023.

So ORDERED and SIGNED this ___ day of _____, 2022.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith<br>United States Circuit Judge<br>U.S. Court of Appeals, Fifth Circuit | *-and-* | Jeffrey V. Brown<br>United States District Judge<br>Southern District of Texas |