IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

### PRIVATE PLAINTIFFS' JOINDER IN THE RESPONSE IN OPPOSITION OF THE UNITED STATES TO THE STATE AND THE LEGISLATORS' MOTION FOR BRIEFING SCHEDULE (DKT. 717)

Private Plaintiffs[1] respectfully give notice of their joinder in the Response in Opposition of the United States to the State and the Legislators' Motion for Briefing Schedule. Dkt. 717. This joinder relates to the Court's May 26, 2023 Order setting forth a supplemental briefing schedule to address the impact of *Jackson Municipal Airport Authority v. Harkins*, 67 F.4th 678 (5th Cir. 2023) and *LULAC Texas v. Hughes*, 68 F.4th 228 (5th Cir. 2023) on pending discovery motions in this case. Dkt. 703.

For the same reasons expressed in the United States' response brief, Dkt. 717, Private Plaintiffs oppose the State and the Legislators' motion to modify that briefing schedule, Dkt. 716. Private Plaintiffs respectfully request that the Court maintain the current briefing schedule, and enter an order permitting a second round of supplemental briefing to address specifically the

---

[1] Private Plaintiffs include: LULAC Plaintiffs, the Mexican American Legislative Caucus ("MALC"), Texas NAACP, the Fair Maps Plaintiffs, the Brooks Plaintiffs, the Black Congressperson Intervenors, and Plaintiff Martinez Fischer.

1

documents at issue in the Court's July 25, 2022 Order vacated by the Fifth Circuit. Ex. A at 11, Unpublished Order, *LULAC v. Patrick*, No. 22-50662 (5th Cir. July 18, 2023), Dkt. 107-1; *see also* Dkt. 467.[2] As set forth in the response of the United States, that second round of briefing would proceed as follows:

- the United States, as well as Private Plaintiffs and Plaintiff-Intervenors (collectively), shall file supplemental opening briefs of no more than 10 pages by August 9, 2023;

- the State and the Legislators shall file supplemental response briefs of no more than 10 pages by August 31, 2023; and

- the United States, as well as Private Plaintiffs and Plaintiff-Intervenors (collectively), shall file supplemental reply briefs of no more than 5 pages by September 21, 2023.

*See* Dkt. 717 at 5.

As indicated in the State and Legislators' motion, Private Plaintiffs do not oppose the State and Legislators' alternative request to file a 25-page supplemental response brief—an enlargement of 5 pages—by their current deadline of July 28, 2023. Dkt. 716 at 4.

Dated: July 27, 2023                          Respectfully submitted,

                                              *s/ Nina Perales*

                                              Nina Perales
                                              Texas Bar No. 24005046
                                              Fátima Menéndez
                                              Texas Bar No. 24090260
                                              Kenneth Parreno
                                              Massachusetts Bar No. 705747
                                              Julia Longoria
                                              Texas Bar No. 24070166

---

[2] Regarding these documents, LULAC Plaintiffs previously identified withheld documents that both LULAC Plaintiffs and the United States sought, *see* Dkts. 447 at 4-6 and 447-11, and Private Plaintiffs reiterated that challenge to privilege assertions as to those documents in their June 24, 2023 supplemental brief, *see* Dkt. 709 at 2 n.1 (docketed on June 26, 2023).

MEXICAN AMERICAN LEGAL DEFENSE AND
EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
nperales@maldef.org
fmenendez@maldef.org
kparreno@maldef.org
jlongoria@maldef.org


*ATTORNEYS FOR LULAC PLAINTIFFS*

Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9855
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar No. 07570800)
P.O. Box 50093
Fort Worth, TX 76105
(817) 714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 26277
Baltimore, MD 21211
(208) 301-1202
danahy.molly@gmail.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
(732) 610-1283
sonniwaknin@gmail.com

3

*Admitted *pro hac vice*

*Counsel for Brooks Plaintiffs*

*ATTORNEYS FOR BROOKS PLAINTIFFS*

Hilary Harris Klein*
N.C. State Bar No. 53711
Mitchell Brown*
N.C. State Bar No. 56122
Katelin Kaiser*
N.C. State Bar No. 56799
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
hilaryhklein@scsj.org
mitchellbrown@scsj.org
katelin@scsj.org

David A. Donatti
TX Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238
Adriana Pinon
Texas Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288

Tel. (713) 942-8146 Fax. (713) 942-8966
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org
asegura@aclutx.org
Jerry Vattamala*
N.Y. State Bar No. 4426458
Susana Lorenzo-Giguere*
N.Y. State Bar No. 2428688
Patrick Stegemoeller*
N.Y. State Bar No. 5819982

ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Yurij Rudensky*
N.Y. State Bar No. 5798210
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
rudenskyy@brennan.law.nyu.edu

*Admitted *pro hac vice*

*ATTORNEYS FOR FAIR MAPS PLAINTIFFS*

*s/ Lindsey B. Cohan*
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Jon Greenbaum*
Ezra D. Rosenberg*
Pooja Chaudhuri*
Sofia Fernandez Gold*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*jgreenbaum@lawyerscommittee.org*
*erosenberg@lawyerscommittee.org*
*pchaudhuri@lawyerscommittee.org*
*sfgold@lawyerscommittee.org*

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas

5

New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Janette M. Louard
Anthony P. Ashton
Anna Kathryn Barnes
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*aashton@naacpnet.org*
*abarnes@naacpnet.org*
*Attorneys appearing of counsel*

\*Admitted *pro hac vice*

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

*s/ George Quesada*
George (Tex) Quesada
Texas Bar No. 16427750
Sean J. McCaffity
Texas Bar No. 24013122
SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.

3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
*quesada@textrial.com*
*smccaffity@textrial.com*

Joaquin Gonzalez
Texas Bar No. 24109935
Attorney at Law
1055 Sutton Dr.
San Antonio, TX 78228
*jgonzalez@malc.org*

*ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS PLAINTIFFS*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
Telephone: 512-322-9992
*gbledsoe@thebledsoelawfirm.com*

*ATTORNEY FOR CONGRESSPERSONS*

*s/ Martin Golando*
Martin Golando
Texas State Bar No. 24059153
Attorney at Law
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
*Martin.Golando@gmail.com*

*ATTORNEY FOR TREY MARTINEZ FISCHER*

7

**CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 27th day of July 2023.

                                                                      */s/ Nina Perales*
                                                                       Nina Perales