# **EXHIBIT A**

Unpublished Order, *LULAC v. Patrick*,
No. 22-50662 (5th Cir. July 18, 2023), Dkt. 107-1

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 18, 2023
Lyle W. Cayce
Clerk

_____

No. 22-50662

_____

LEAGUE OF UNITED LATIN AMERICAN CITIZENS; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; MI FAMILIA VOTA; AMERICAN GI FORUM OF TEXAS; LA UNION DEL PUEBLO ENTERO; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION; WILLIAM C. VELASQUEZ INSTITUTE; FIEL HOUSTON, INCORPORATED; TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS; EMELDA MENENDEZ; GILBERTO MENENDEZ; JOSE OLIVARES; FLORINDA CHAVEZ; JOEY CARDENAS; SANDRA PUENTE; JOSE R. REYES; SHIRLEY ANNA FLEMING; LOUIE MINOR, JR.; NORMA CAVAZOS; PROYECTO AZTECA; REFORM IMMIGRATION FOR TEXAS ALLIANCE; WORKERS DEFENSE PROJECT; PAULITA SANCHEZ; JO ANN ACEVEDO; DAVID LOPEZ; DIANA MARTINEZ ALEXANDER; JEANDRA ORTIZ; LUZ MORENO; MARIA MONTES; LYDIA ALCAHAN; MARTIN SAENZ,

*Plaintiffs—Appellees*,

SHELIA JACKSON LEE; ALEXANDER GREEN; JASMINE CROCKETT; EDDIE BERNICE JOHNSON,

*Intervenor Plaintiffs—Appellees*,

versus

GREG ABBOTT, *in his official capacity as Governor of the State of Texas*; ET AL.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Movants-Appellants*,

————

Damon James Wilson, for himself and *on behalf of all others similarly situated*,

*Plaintiff-Appellee*,

*versus*

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*,

*Defendant-Appellant*,

Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*;

2

Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

_____

Voto Latino; Rosalinda Ramos Abuabara; Akilah Bacy; Orlando Flores; Marilena Garza; Cecilia Gonzales; Agustin Loredo; Cinia Montoya; Ana Ramon; Jana Lynne Sanchez; Jerry Shafer; Debbie Lynn Solis; Angel Ulloa; Mary Uribe,

*Plaintiffs-Appellees*,

*versus*

John Scott, *in his Official Capacity as Texas Secretary of State*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

No. 22-50662

---

Mexican American Legislative Caucus, Texas House of Representatives,

*Plaintiffs-Appellees,*

versus

State of Texas; Et al.,

*Defendants,*

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants,*

---

Roy Charles Brooks; Felipe Gutierrez; Phyllis Goines; Eva Bonilla; Clara Faulkner; Deborah Spell; Beverly Powell,

*Plaintiffs-Appellees,*

versus

4

Greg Abbott, *in his official capacity as Governor of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

––––––––––

Texas State Conference of the NAACP,

*Plaintiff-Appellee*,

*versus*

Greg Abbott, *in his official capacity as the Governor of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas* 

5

*Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

————

Fair Maps Texas Action Committee; OCA-Greater Houston; North Texas Chapter of the Asian Pacific Islander Americans Public Affairs Association; Emgage; Khanay Turner; Angela Rainey; Austin Ruiz; Aya Eneli; Sofia Sheikh; Jennifer Cazares; Niloufar Hafizi; Lakshmi Ramakrishnan; Amatulla Contractor; Deborah Chen; Arthur Resa; Sumita Ghosh; Anand Krishnaswamy,

*Plaintiffs-Appellees*,

*versus*

Greg Abbott; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam

Case 3:21-cv-00259-DCG-JES-JVB Document 761-1 Filed 07/23/23 Page 8 of 12
Case: 22-50662 Document: 107 Page: 87 Date Filed: 07/27/2023

No. 22-50662

Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

          *Appellants*,

———————

United States of America,

          *Plaintiff-Appellee*,

*versus*

State of Texas; Et al.,

          *Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

          *Appellants*,

———————

Trey Martinez Fischer,

          *Plaintiff-Appellee*,

7

Case 3:21-cv-00259-DCG-JES-JVB Document 1071-1 Filed 07/03/25 Page 9 of 12
Case: 22-50662 Document: 107-1 Page: 81 Date Filed: 07/19/2023

No. 22-50662

*versus*

John Scott, *in his official capacity as Secretary of State of Texas*,

*Defendant*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

———————

Veronica Escobar, *U.S. Representative of the 16th Congressional District of Texas*,

*Plaintiff-Appellee*,

*versus*

Greg Abbott, *in his official capacity as Governor of the State of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*;

8

Case 3:21-cv-00259-DCG-JES-JVB Document 707-1 Filed 07/18/23 Page 10 of 12
Case: 22-50662 Document: 107-1 Page: 9 Date Filed: 07/27/2023

No. 22-50662

Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

———————

United States of America,

*Plaintiff-Appellee*,

*versus*

Eric Wienckowski,

*Defendant*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

No. 22-50662

---

United States of America

*Plaintiff-Appellee,*

*versus*

Thomas Bryan,

*Defendant,*

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-259
USDC No. 1:21-CV-943
USDC No. 1:21-CV-965
USDC No. 1:21-CV-988
USDC No. 1:21-CV-991
USDC No. 1:21-CV-1006
USDC No. 1:21-CV-1038

No. 22-50662

USDC No. 3:21-CV-299
USDC No. 3:21-CV-306
USDC No. 3:22-CV-22
USDC No. 3:22-MC-219
USDC No. 3:22-MC-230

_____

UNPUBLISHED ORDER

Before RICHMAN, *Chief Judge*, WIENER, and WILLETT, *Circuit Judges*
PER CURIAM:

      IT IS ORDERED that the District Court's order of July 25, 2022 is VACATED in light of this Court's order in No. 22-50435, *LULAC Texas v. Hughes*. The case is REMANDED to the District Court.

11