UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, <br><br> *Plaintiffs*, <br><br> **EDDIE BERNICE JOHNSON,** *et al.*, <br><br> *Plaintiff-Intervenors*, <br> v. <br><br> **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants*. | **EP-21-CV-00259-DCG-JES-JVB** <br> **[Lead Case]** <br><br> & <br><br> **All Consolidated Cases** |

### ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT
### AND SETTING BRIEFING SCHEDULE

The Court **GRANTS IN PART and DENIES IN PART** the State Defendants' and Legislative Subpoena Recipients' "Motion for Briefing Schedule and, in the Alternative, Motion for Leave to Exceed Page Limit" (ECF No. 716).  The Court **DENIES** the request to merge the briefing on issues post-*Hughes* and post-remand in *LULAC v. Patrick*, No. 22-50662.  The Court **GRANTS** the request to file a response that does not exceed 25 pages.

The Court **SETS** the following briefing schedule on issues raised by *Patrick*'s remand:

(1) Private Plaintiffs and Plaintiff-Intervenors (collectively) and the United States must file supplemental briefs of no more than 10 pages double-spaced by **August 10, 2023**.

(2) State Defendants and Legislators must file a supplemental opposition brief of no more than 10 pages double-spaced by **August 31, 2023**.

(3) Private Plaintiffs and Plaintiff-Intervenors (collectively) and the United States may file supplemental reply briefs of no more than 5 pages double-spaced by **September 14, 2023**.

- 2 -

**So ORDERED and SIGNED this 27th day of July 2023.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |