| Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description | Included in Private Plaintiffs' First Supplemental Brief (Dkt. 709) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000001 | Anna Mackin | PDF | | 11/16/2021 | | | | | Legislative | Compilation of confidential emails exchanged between Ms. Mackin and various members of the Texas Legislature regarding the creation and design of the new electoral maps, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | |
| DOC_0000095 | Anna Mackin | PDF | Kenneth Bryan (Senate Research Center) | 2/22/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. | |
| DOC_0000096 | Anna Mackin | PDF | Kenneth Bryan (Senate Research Center) | 3/11/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. | |
| DOC_0000097 | Anna Mackin | PDF | Kenneth Bryan (Senate Research Center) | 3/15/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. | |
| DOC_0000098 | Anna Mackin | PDF | Andrew Robison (Senate Research Center) | 3/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential Senate Research Center analysis of Senate Redistricting Committee hearing, sent to committee members, and kept in Senator Huffman's personal files for the purpose of considering redistricting legislation. | |
| DOC_0000175 | Anna Mackin | PDF | Alelhie Lila Valencia (Texas Demographic Center) | 2/5/2021 | | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. V at 11 |
| DOC_0000195 | Anna Mackin | PDF | | 8/5/2021 | | | | | Legislative | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. | Ex. G at 165 |
| DOC_0000213 | Anna Mackin | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from Lebotsky Keller to Lieutenant Governor Patrick and Senator Huffman, setting forth scope of representation and describing related redistricting legal issues, made for the purpose of facilitating the rendition of legal advice regarding redistricting litigation. The retention of Lebotsky Kelly and the firm's scope of work also reveals mental impressions on legislative process and policy. | Ex. G at 165 |
| DOC_0000344 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/16/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | Ex. V at 11 |
| DOC_0000345 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/19/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | Ex. V at 11 |
| DOC_0000346 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/21/2021 | | | | | Legislative; Attorney Client Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | Ex. V at 11 |
| DOC_0000349 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 5/7/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | Ex. V at 11 |
| DOC_0000350 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/16/2021 | | | | | Legislative; Attorney Cleint; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | Ex. V at 11 |

| Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description | Included in Private Plaintiffs' First Supplemental Brief (Dkt. 709) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000353 | Anna Mackin | DOCX | Anna Mackin (attorney) | 1/29/2021 | | | | | Legislative Attorney client; work product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | |
| DOC_0000372 | Anna Mackin | MSG | | 1/9/2021 | Sean Opperman (attorney) | Jeff Archer (TLC) | Anna Mackin (attorney); Karina Davis | | Legislative Attorney client; work product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. | |
| DOC_0000974 | Anna Mackin | DOCX | Sean Opperman (attorney) | 1/17/2021 | | | | | Legislative; Attorney Client; Work Product | Attachment to confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. | |
| DOC_0000975 | Anna Mackin | MSG | | 1/17/2021 | Anna Mackin (attorney) | Sean Opperman (attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. | |
| DOC_0001173 | Anna Mackin | MSG | | 4/13/2021 | Scott Keller (attorney) | Darrel Davila | Chris Sterner (attorney); Alix Morris (Attorney); Sean Opperman (attorney); Anna Mackin (attorney); Todd Disher | | Legislative; Attorney Cleint; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. | Ex. V at 11 |
| DOC_0001204 | Anna Mackin | MSG | | 3/27/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (Attorney) | | | Legislative; Attorney Client Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. | |
| DOC_0001244 | Anna Mackin | MSG | | 7/29/2021 | Aaron Harris; Alexander Hammond; Angus Lupton; Anna Barnett; Anna Mackin (attorney); Britton Davis; Caity Jackson; Carrie Smith; Cody Terry; Deisy Jaimes; Doug Clements; Drew Tedford; Grecia Galvan; Jason Kirksey; Kenneth Bryan; Koy Kunkel; Lara Wendler; Lauren Cacheaux; Luis Moreno; Marc Salvato; Mathew Dowling; Paul Emerson; Pearl Cruz; Randy Samuelson; Ruben O'Bell; Rudy England; Ryan Alter; Shelby Corine; Stacey Chamberlin; sushma Smith; Tomas Larralde; Tony Wen | Sean Opperman (Attorney) | | | Legislative; Attorney Client; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. | |

| Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description | Included in Private Plaintiffs' First Supplemental Brief (Dkt. 709) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0001517 | Anna Mackin | PDF | | 8/5/2021 | | | | | Legislative | Confidential invoice for legal services provided in connection with redistricting legislation, given to Senate Redistricting Committee Staff. | Ex. G at 165 |
| DOC_0002307 | Senator Joan Huffman | XLSX | Kurt Gore | 12/15/2020 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 15 |
| DOC_0002351 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/28/2020 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 15 |
| DOC_0002362 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/18/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002363 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/7/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002367 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/7/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002374 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/18/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002381 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/26/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002390 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/27/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002391 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/27/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002399 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/28/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002400 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/22/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002405 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/12/2021 | | | | | LEgislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002406 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/10/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002407 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/22/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002415 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/22/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002420 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/1/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002421 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/1/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002426 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/2/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 16 |
| DOC_0002427 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/22/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 17 |
| DOC_0002436 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/2/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 17 |
| DOC_0002437 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/22/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 17 |
| DOC_0002445 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/12/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 17 |
| DOC_0002446 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/22/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 17 |
| DOC_0002454 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/12/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 17 |

| Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description | Included in Private Plaintiffs' First Supplemental Brief (Dkt. 709) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0002455 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/22/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 17 |
| DOC_0002462 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 2/12/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 17 |
| DOC_0002463 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/22/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 17 |
| DOC_0002466 | Senator Joan Huffman | DOCX | Anna Mackin(attorney) | 3/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. | Ex. G at 17 |
| DOC_0002481 | Senator Joan Huffman | PDF | | 12/30/2019 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation . | Ex. G at 17 |
| DOC_0002483 | Senator Joan Huffman | PDF | | 12/31/2019 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation . | Ex. G at 18 |
| DOC_0002487 | Senator Joan Huffman | PDF | | 5/15/2020 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. | Ex. G at 18 |
| DOC_0002488 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 10/7/2019 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 18 |
| DOC_0002514 | Senator Joan Huffman | XLSX | Sean Opperman (attorney) | 1/24/2020 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 18 |
| DOC_0002516 | Senator Joan Huffman | DOCX | Sean Opperman (attorney) | 1/6/2020 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 18 |
| DOC_0002558 | Senator Joan Huffman | XLSX | Sean opperman (attorney) | 3/29/2019 | | | | | Legislative; Attorney Clint | Confidential invoice relating to expert services, sou ght for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. | Ex. G at 49 |
| DOC_0002559 | Senator Joan Huffman | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. | Ex. G at 49 |
| DOC_0002560 | Senator Joan Huffman | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. | Ex. G at 49 |
| DOC_0002562 | Senator Joan Huffman | PDF | | 7/22/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the pupose of receiving legal advice in connection with redistricting legislation. | Ex. G at 49 |
| DOC_0002565 | Senator Joan Huffman | PDF | | 8/5/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. | Ex. G at 49 |
| DOC_0002566 | Senator Joan Huffman | PDF | | 6/8/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. | Ex. G at 49 |
| DOC_0002568 | Senator Joan Huffman | PDF | | 8/5/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential invoice relating to outside legal counsel, sought for the purpose of receiving legal advice in connection with redistricting legislation. | Ex. G at 49 |
| DOC_0002577 | Senator Joan Huffman | PDF | JSA | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential memorandum from Texas Legislative Council to members of the legislature relating to redstricting materials. | Ex. G at 19; Ex. V at 3 |
| DOC_0002578 | Senator Joan Huffman | PDF | JSA | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential memorandum from Texas Legislative Council to members of the legislature relating to redstricting materials. | Ex. G at 19; Ex. V at 3 |
| DOC_0002692 | Senator Joan Huffman | PDF | | 10/3/2019 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 21 |
| DOC_0002693 | Senator Joan Huffman | PDF | | 9/30/2019 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 21 |
| DOC_0002694 | Senator Joan Huffman | PDF | | 10/2/2019 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 21 |

| Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description | Included in Private Plaintiffs' First Supplemental Brief (Dkt. 709) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0002695 | Senator Joan Huffman | PDF | | 10/1/2019 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 21 |
| DOC_0002700 | Senator Joan Huffman | XLSX | KAG | 2/20/2015 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 21; Ex. V at 3 |
| DOC_0006826 | Senator Joan Huffman | PDF | | 10/19/2021 | | | | | Legislative | Data relating to draft redistricting legislation for state board of education districts, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 23 |
| DOC_0006828 | Senator Joan Huffman | PDF | | 10/21/2021 | | | | | Legislative | Data relating to draft redistricting legislation for state board of education districts, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 23 |
| DOC_0007006 | Senator Joan Huffman | PDF | | 12/31/2019 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 27 |
| DOC_0007007 | Senator Joan Huffman | PDF | o0600f0 | 1/28/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 27; Ex. V at 6 |
| DOC_0007008 | Senator Joan Huffman | XLSX | KAG | 2/20/2015 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 27; Ex. V at 6 |
| **DOC_0007010** | Senator Joan Huffman | PDF | | 12/30/2019 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 27 |
| DOC_0007073 | Senator Joan Huffman | PDF | | 1/18/2021 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 30 |
| DOC_0007074 | Senator Joan Huffman | PDF | | 1/18/2021 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 30 |
| DOC_0007075 | Senator Joan Huffman | PDF | | 1/10/2021 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 30 |
| DOC_0007076 | Senator Joan Huffman | PDF | | 1/10/2021 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 30 |
| DOC_0012133 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 1/29/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012134 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 2/5/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012135 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 2/19/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012136 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 2/19/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012137 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 2/25/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012138 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/8/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |

| Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description | Included in Private Plaintiffs' First Supplemental Brief (Dkt. 709) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0012139 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/11/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012140 | Lieutenant Governor Dan Patrick | DOTX | Alexandra Lovell (Lt. Gov. Digital Director) | 3/25/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012141 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/25/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012142 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/25/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012143 | Lieutenant Governor Dan Patrick | DOTX | Alexandra Lovell (Lt. Gov. Digital Director) | 3/30/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 86; Ex. Q at 86 |
| DOC_0012144 | Lieutenant Governor Dan Patrick | PDF | Alexandra Lovell (Lt. Gov. Digital Director) | 3/31/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 87; Ex. Q at 87 |
| DOC_0012145 | Lieutenant Governor Dan Patrick | DOTX | Alexandra Lovell (Lt. Gov. Digital Director) | 4/12/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 87; Ex. Q at 87 |
| DOC_0012146 | Lieutenant Governor Dan Patrick | PDF | Microsoft Office User | 5/13/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 87; Ex. Q at 87 |
| DOC_0012147 | Lieutenant Governor Dan Patrick | DOCX | Microsoft Office User | 4/20/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 87; Ex. Q at 87 |
| DOC_0012148 | Lieutenant Governor Dan Patrick | PDF | Microsoft Office User | 4/19/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 87; Ex. Q at 87 |
| DOC_0012149 | Lieutenant Governor Dan Patrick | PDF | Microsoft Office User | 4/29/2021 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 87; Ex. Q at 87 |
| DOC_0012152 | Lieutenant Governor Dan Patrick | DOCX | Alexandra Lovell (Lt. Gov. Digital Director) | 10/21/2019 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. C at 87; Ex. Q at 87 |

| Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description | Included in Private Plaintiffs' First Supplemental Brief (Dkt. 709) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0012163 | Lieutenant Governor Dan Patrick | PDF | | 5/26/2017 | | | | | Legislative | Document on strategy for news and social media and relating to redistricting, kept in Lieutenant Governor Patrick's files for the purpose of considering redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | |
| DOC_0012239 | Lieutenant Governor Dan Patrick | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. | Ex. C at 87; Ex. G at 47; Ex. Q at 87 |
| DOC_0012240 | Lieutenant Governor Dan Patrick | DOCX | Scott Keller (attorney) | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. | Ex. C at 87; Ex. G at 47; Ex. Q at 87 |
| DOC_0012241 | Lieutenant Governor Dan Patrick | DOCX | Scott Keller (attorney) | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from outside attorneys to Lieutenant Governor Patrick for services in connection with considering redistricting legislation. | Ex. C at 87; Ex. G at 47; Ex. Q at 87 |
| DOC_0012277 | Lieutenant Governor Dan Patrick | PDF | James Whitehorne | 4/1/2021 | | | | | Legislative | Attachment to confidential communication between Lieutenant Governor Patrick staffers regarding redistricting data, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. | Ex. C at 88; Ex. Q at 88; Ex. V at 2 |
| DOC_0012419 | Lieutenant Governor Dan Patrick | MSG | | 3/11/2021 | Chris Sterner (attorney) (Lt. Gov. General Counsel) | Jeff Archer (TLC Executive Director) | | | Legislative | Attached invoice to confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation . | Ex. C at 88; Ex. G at 47; Ex. Q at 88 |
| DOC_0012420 | Lieutenant Governor Dan Patrick | DOCX | ATC | 3/11/2021 | | | | | Legislative | Attached invoice to confidential communication between Lieutenant Governor Patrick staff and TLC regarding invoice for legal services provided in connection with redistricting litigation. | Ex. C at 88; Ex. G at 47; Ex. Q at 88 |
| DOC_0356617 | Representative Brooks Landgraf | PDF | | 8/22/2020 | | | | | Legislative | Data relating to draft redistricting legislation for House districts, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 3 |
| DOC_0356620 | Representative Brooks Landgraf | PDF | ste955 | 3/17/2021 | | | | | Legislative | Data relating to draft redistricting legislation for House districts, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 3 |
| DOC_0356762 | Representative Ryan Guillen | PDF | Jonathan Wilson (Rep. Guillen chief of staff) | 7/27/2021 | | | | | Legislative | Data and other materials related to draft redistricting legislation for Texas House districts, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 7 |
| DOC_0356841 | Representative Ryan Guillen | PDF | | 7/30/2021 | | | | | Legislative | Data and other materials related to draft redistricting legislation for Texas House districts, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 8 |