| Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description | Included in Private Plaintiffs' First Supplemental Brief (Dkt. 709) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000105 | Anna Mackin | DOCX | Casey Contres (Congressman Tony Gonzales former chief of staff) | 10/1/2021 | | | | | Legislative | Talking points for Senate Redistricting Committee hearing, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions | Ex. V at 11 |
| DOC_0000175 | Anna Mackin | PDF | Alelhie Lila Valencia (Texas Demographic Center) | 2/5/2021 | | | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. V at 11 |
| DOC_0000213 | Anna Mackin | PDF | | 4/13/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential retention letter from Lebotsky Keller to Lieutenant Governor Patrick and Senator Huffman, setting forth scope of representation and describing related redistricting legal issues, made for the purpose of facilitating the rendition of legal advice regarding redistricting litigation. The retention of Lebotsky Kelly and the firm's scope of work also reveals mental impressions on legislative process and policy. | Ex. G at 165 |
| DOC_0000345 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/19/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | Ex. V at 11 |
| DOC_0000346 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/21/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | Ex. V at 11 |
| DOC_0000349 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 5/7/2021 | | | | | Legislative; Attorney Client; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | Ex. V at 11 |
| DOC_0000350 | Anna Mackin | DOCX | Wroe Jackson (Senator Huffman general counsel) | 7/16/2021 | | | | | Legislative; Attorney Cleint; Work Product | Draft schedule for the redistricting process, prepared for Senator Huffman by Anna Mackin (attorney), reflecting and implicating legislative privileged thoughts, opinions, and mental impressions, as well as attorney advice and mental impressions. | Ex. V at 11 |
| DOC_0001173 | Anna Mackin | MSG | | 4/13/2021 | Scott Keller (attorney) | Darrel Davila | Chris Sterner (attorney); Alix Morris (Attorney); Sean Opperman (attorney); Anna Mackin (attorney); Todd Disher | | Legislative; Attorney Cleint; Work Product | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. Includes contributions and advice from counsel on the legality of the proposed legislation. | Ex. V at 11 |
| DOC_0001268 | Anna Mackin | MSG | | 8/27/2021 | Gardner Pate; Jeff Oldham (attorney); Courtney Hjaltman; Angela Colmenero | Sean Opperman (attorney) | Anna Mackin (attorney) | | Legislation | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. G at 147; Ex. V at 11 |
| DOC_0001271 | Anna Mackin | MSG | | 8/30/2021 | Gardner Pate; Jeff Oldham (attorney); Courtney Hjaltman; Angela Colmenaro (attorney). | Sean Opperman (attorney) | Anna Mackin | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. G at 147; Ex. V at 11 |
| DOC_0001283 | Anna Mackin | MSG | | 9/8/2021 | Anna Mackin (attorney) | Brad Lockerbie (consultant) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. G at 148; Ex. V at 11 |
| DOC_0001285 | Anna Mackin | MSG | | 9/8/2021 | Anna Mackin (attorney) | Brad Lockerbie (consultant) | | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. G at 148; Ex. V at 12 |
| DOC_0001326 | Anna Mackin | MSG | | 9/19/2021 | Anna Mackin (attorney); Sean Opperman (attorney) | Wendy Underhill | Ben Williams | | Legislative | Confidential communication regarding draft redistricting legislation, reflecting and implicating legislative privileged thoughts, opinions, and mental impressions. | Ex. G at 150; Ex. V at 12 |
| DOC_0001982 | Senator Joan Huffman | PDF | State of Texas | 9/29/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. | Ex. G at 10; Ex. V at 2 |
| DOC_0001983 | Senator Joan Huffman | DOCX | SO | 9/27/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation . | Ex. G at 10; Ex. V at 2 |
| DOC_0001987 | Senator Joan Huffman | DOCX | Allison Schmitz | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. | Ex. G at 10; Ex. V at 2 |
| DOC_0001988 | Senator Joan Huffman | DOCX | Allison Schmitz | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. | Ex. G at 10; Ex. V at 2 |
| DOC_0001989 | Senator Joan Huffman | DOCX | Zachary Stephenson | 10/16/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential bill draft and related materials, regarding draft redistricting legislation, including input from attorneys relating to proposed redistricting legislation. | Ex. G at 10; Ex. V at 2 |
| DOC_0001994 | Senator Joan Huffman | DOCX | Sarah Willcox | 10/12/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. | Ex. G at 10; Ex. V at 2 |
| DOC_0001996 | Senator Joan Huffman | DOCX | Sarah Willcox | 10/3/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation. | Ex. G at 11; Ex. V at 2 |

| Control Number | Custodian | File Extension | Author(s) | Date Created | To | From | CC | BCC | Privilege Claim | Description | Included in Private Plaintiffs' First Supplemental Brief (Dkt. 709) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0001997 | Senator Joan Huffman | DOCX | Sarah Willcox | 10/1/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials, including input from attorneys relating to proposed redistricting legislation | Ex. G at 11; Ex. V at 2 |
| DOC_0002001 | Senator Joan Huffman | DOCX | Sarah Willcox | 9/21/2021 | | | | | Legislative | Confidential materials used to prepare for legislative redistricting hearing, including scripts, talking points, data, and other materials. | Ex. G at 11; Ex. V at 2 |
| DOC_0002555 | Senator Joan Huffman | PDF | ATC | 9/8/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential contract for the retention of expert services and related materials, sought for the purpose of providing expert consultation to aid in drafting and considering redistricting legislation. | Ex. G at 49; Ex. V at 3 |
| DOC_0002577 | Senator Joan Huffman | PDF | JSA | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential memorandum from Texas Legislative Council to members of the legislature relating to redistricting materials. | Ex. G at 19; Ex. V at 3 |
| DOC_0002578 | Senator Joan Huffman | PDF | JSA | 3/26/2021 | | | | | Legislative; Attorney Client; Work Product | Confidential memorandum from Texas Legislative Council to members of the legislature relating to redistricting materials. | Ex. G at 19; Ex. V at 3 |
| DOC_0002700 | Senator Joan Huffman | XLSX | KAG | 2/20/2015 | | | | | Legislative | Data relating to draft redistricting legislation, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 21; Ex. V at 3 |
| DOC_0006821 | Senator Joan Huffman | XLSX | Michael Hankins | 8/13/2021 | | | | | Legislative | Data relating to draft redistricting legislation for state board of education districts, created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 23; Ex. V at 5 |
| DOC_0006853 | Senator Joan Huffman | PDF | | 10/5/2021 | Senator Jean Huffman; Representative Todd Hunter | Congresswoman Sheila Jackson Lee; Congressman Al Green | Members of the Texas Senate and Texas House | | Legislative | Confidential communication from Congresswoman Sheila Jackson Lee and Congressman Al Green tp Senator Joan Huffman and Representative Todd Hunter, regarding draft redistricting legislation for congressional districts. | Ex. G at 23; Ex. V at 5 |
| DOC_0006868 | Senator Joan Huffman | PDF | State of Texas | 10/4/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. | Ex. G at 24; Ex. V at 5 |
| DOC_0006873 | Senator Joan Huffman | PDF | State of Texas | 9/28/2021 | | | | | Legislative | Confidential bill draft and related materials, regarding draft redistricting legislation. | Ex. G at 24; Ex. V at 5 |
| DOC_0007007 | Senator Joan Huffman | PDF | o0600f0 | 1/28/2020 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 27; Ex. V at 6 |
| DOC_0007008 | Senator Joan Huffman | XLSX | KAG | 2/20/2015 | | | | | Legislative | Data relating to draft redistricting legislation created, received, and/or gathered for the purpose of working on redistricting legislation. | Ex. G at 27; Ex. V at 6 |
| DOC_0012277 | Lieutenant Governor Dan Patrick | PDF | James Whitehorne | 4/1/2021 | | | | | Legislative | Attachment to confidential communication between Lieutenant Governor Patrick staffers regarding redistricting data, made for a legislative purpose and reflecting privileged information, including thoughts, opinions, and mental impressions. | Ex. C at 88; Ex. Q at 88; Ex. V at 2 |
| DOC_0012522 | Lieutenant Governor Dan Patrick | JPG | | | Darrell Davila (Lt. Gov. Chief of Staff) | Luis Saenz (Gov. Abbott Chief of Staff) | | | Legislative | Confidential communication between Darrell Davila and Luis Saenz regarding redistricting, reflecting legislative thoughts, opinions, and mental impressions. | Ex. V at 2 |
| DOC_0352802 | Representative Jacey Jetton | PDF | Tori Macfarlan | | | | | | Legislative | Communications received from members of the public regarding redistricting, with internal notes. | |
| DOC_0352803 | Representative Jacey Jetton | XLSX | Tori Macfarlan | | | | | | Legislative | Communications received from members of the public regarding redistricting, with internal notes. | |
| DOC_0352804 | Representative Jacey Jetton | PDF | Tori Macfarlan | | | | | | Legislative | Communications received from members of the public regarding redistricting, with internal notes. | |
| DOC_0352805 | Representative Jacey Jetton | XLSX | Tori Macfarlan | | | | | | Legislative | Communications received from members of the public regarding redistricting, with internal notes. | |
| DOC_0352806 | Representative Jacey Jetton | PDF | Tori Macfarlan | | | | | | Legislative | Communications received from members of the public regarding redistricting, with internal notes. | |
| DOC_0352807 | Representative Jacey Jetton | XLSX | Tori Macfarlan | | | | | | Legislative | Communications received from members of the public regarding redistricting, with internal notes. | |
| DOC_0352853 | Representative Jacey Jetton | PDF | torim | | Lewis Luckenbach | Representative Jetton | | | Legislative | Confidential communication regarding draft redistricting legislation. | Ex. V at 2 |
| DOC_0356699 | Representative Brooks Landgraf | PDF | State of Texas | 10/4/2021 | | | | | Legislative | Confidential document relating to draft redistricting legislation for House districts. | Ex. G at 3; Ex. V at 2 |
| DOC_0356716 | Representative Brooks Landgraf | PDF | State of Texas | 10/9/2021 | | | | | Legislative | Confidential document relating to draft redistricting legislation for House districts. | Ex. G at 4; Ex. V at 2 |