UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, § § § § *Plaintiffs*, § § EDDIE BERNICE JOHNSON, *et al.*, § § *Plaintiff-Intervenors*, § v. § § GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, *et al.*, § § § *Defendants*. § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] & All Consolidated Cases |

# **ORDER**

The Court **ORDERS** the parties to file a joint status report, by **August 28, 2023**, identifying the following:

(1) All outstanding motions this Court has not resolved in the first instance;

(2) All orders from this Court that have been or are stayed, held in abeyance, or appealed;

(3) Any relevant miscellaneous or other litigation (and the status of that litigation) that is proceeding outside the consolidated cases before this Court; and

(4) Any other matters the parties want to bring to this Court's attention, especially anything related to discovery.

**So ORDERED and SIGNED this 21st day of August 2023.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

- 2 -

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |