# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
CLERK

**TEL. 504-310-7700**
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 11, 2023

Mr. Philip Devlin
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 22-50662    LULAC v. Patrick
                        USDC No. 3:21-CV-259
                        USDC No. 1:21-CV-943
                        USDC No. 1:21-CV-965
                        USDC No. 1:21-CV-988
                        USDC No. 1:21-CV-991
                        USDC No. 1:21-CV-1006
                        USDC No. 1:21-CV-1038
                        USDC No. 3:21-CV-299
                        USDC No. 3:21-CV-306
                        USDC No. 3:22-CV-22
                        USDC No. 3:22-MC-219
                        USDC No. 3:22-MC-230

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Renee S. McDonough, Deputy Clerk
                                        504-310-7673

cc:
    Mr. Ryan Baasch
    Mr. Jonathan Backer
    Mr. Gary Lynn Bledsoe
    Mr. Frank H Chang
    Mr. William Francis Cole
    Ms. Molly Danahy

```
Mr. David A. Donatti
Mr. David Robert Fox
Mr. Daniel Joshua Freeman
Mr. Mark P. Gaber
Mr. Richard Scott Gladden
Mr. Martin Golando
Mr. Kevin J. Hamilton
Ms. Abha Khanna
Ms. Katherine Elmlinger Lamm
Ms. Taylor A.R. Meehan
Mr. Robert Stephen Notzon
Ms. Nina Perales
Ms. Lanora Christine Pettit
Mr. George A. Quesada
Ms. Allison Jean Riggs
Ms. Bonnie Ilene Robin-Vergeer
```



Certified as a true copy and issued as the mandate on Sep 11, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 18, 2023
Lyle W. Cayce
Clerk

No. 22-50662

---

League of United Latin American Citizens; Southwest Voter Registration Education Project; Mi Familia Vota; American GI Forum of Texas; La Union del Pueblo Entero; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; William C. Velasquez Institute; Fiel Houston, Incorporated; Texas Association of Latino Administrators and Superintendents; Emelda Menendez; Gilberto Menendez; Jose Olivares; Florinda Chavez; Joey Cardenas; Sandra Puente; Jose R. Reyes; Shirley Anna Fleming; Louie Minor, Jr.; Norma Cavazos; Proyecto Azteca; Reform Immigration for Texas Alliance; Workers Defense Project; Paulita Sanchez; Jo Ann Acevedo; David Lopez; Diana Martinez Alexander; Jeandra Ortiz; Luz Moreno; Maria Montes; Lydia Alcahan; Martin Saenz,

*Plaintiffs—Appellees*,

Shelia Jackson Lee; Alexander Green; Jasmine Crockett; Eddie Bernice Johnson,

*Intervenor Plaintiffs—Appellees*,

versus

Greg Abbott, *in his official capacity as Governor of the State of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

    *Movants-Appellants*,

―――――――

Damon James Wilson, for himself and *on behalf of all others similarly situated*,

    *Plaintiff-Appellee*,

*versus*

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*,

    *Defendant-Appellant*,

Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*;

Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

––––––––––––

Voto Latino; Rosalinda Ramos Abuabara; Akilah Bacy; Orlando Flores; Marilena Garza; Cecilia Gonzales; Agustin Loredo; Cinia Montoya; Ana Ramon; Jana Lynne Sanchez; Jerry Shafer; Debbie Lynn Solis; Angel Ulloa; Mary Uribe,

*Plaintiffs-Appellees*,

*versus*

John Scott, *in his Official Capacity as Texas Secretary of State*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

_____

Mexican American Legislative Caucus, Texas House of Representatives,

*Plaintiffs-Appellees,*

*versus*

State of Texas; Et al.,

*Defendants,*

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants,*

_____

Roy Charles Brooks; Felipe Gutierrez; Phyllis Goines; Eva Bonilla; Clara Faulkner; Deborah Spell; Beverly Powell,

*Plaintiffs-Appellees,*

*versus*

Greg Abbott, *in his official capacity as Governor of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

————

Texas State Conference of the NAACP,

*Plaintiff-Appellee*,

*versus*

Greg Abbott, *in his official capacity as the Governor of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas*

*Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

———————

Fair Maps Texas Action Committee; OCA-Greater Houston; North Texas Chapter of the Asian Pacific Islander Americans Public Affairs Association; Emgage; Khanay Turner; Angela Rainey; Austin Ruiz; Aya Eneli; Sofia Sheikh; Jennifer Cazares; Niloufar Hafizi; Lakshmi Ramakrishnan; Amatulla Contractor; Deborah Chen; Arthur Resa; Sumita Ghosh; Anand Krishnaswamy,

*Plaintiffs-Appellees*,

*versus*

Greg Abbott; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam

Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

─────────────

United States of America,

*Plaintiff-Appellee*,

*versus*

State of Texas; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

─────────────

Trey Martinez Fischer,

*Plaintiff-Appellee*,

*versus*

John Scott, *in his official capacity as Secretary of State of Texas*,

*Defendant*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

———

Veronica Escobar, *U.S. Representative of the 16th Congressional District of Texas*,

*Plaintiff-Appellee*,

*versus*

Greg Abbott, *in his official capacity as Governor of the State of Texas*; Et al.,

*Defendants*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*;

Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

──────────

United States of America,

*Plaintiff-Appellee*,

*versus*

Eric Wienckowski,

*Defendant*,

Texas Lieutenant Governor Dan Patrick, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; Tom Craddick, *Texas Representative*; Ryan Guillen, *Texas Representative*; Brooks Landgraf, *Texas Representative*; Todd Hunter, *Texas Representative*; Jacey Jetton, *Texas Representative*; Andrew Murr, *Texas Representative*; Ken King, *Texas Representative*; Geanie Morrison, *Texas Representative*; Senator Joan Huffman; Sean Opperman, *Texas House Employee*; Adam Foltz, *Texas House Employee*; Koy Kunkel, *Texas House Employee*; Anna Mackin, *Texas House Employee*; Philip Cortez, *Texas Representative*,

*Appellants*,

No. 22-50662

---

UNITED STATES OF AMERICA

*Plaintiff-Appellee,*

*versus*

THOMAS BRYAN,

*Defendant,*

TEXAS LIEUTENANT GOVERNOR DAN PATRICK, *in his Official Capacity as Lieutenant Governor and Presiding Officer of the Texas Senate*; TOM CRADDICK, *Texas Representative*; RYAN GUILLEN, *Texas Representative*; BROOKS LANDGRAF, *Texas Representative*; TODD HUNTER, *Texas Representative*; JACEY JETTON, *Texas Representative*; ANDREW MURR, *Texas Representative*; KEN KING, *Texas Representative*; GEANIE MORRISON, *Texas Representative*; SENATOR JOAN HUFFMAN; SEAN OPPERMAN, *Texas House Employee*; ADAM FOLTZ, *Texas House Employee*; KOY KUNKEL, *Texas House Employee*; ANNA MACKIN, *Texas House Employee*; PHILIP CORTEZ, *Texas Representative*,

*Appellants.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-259
USDC No. 1:21-CV-943
USDC No. 1:21-CV-965
USDC No. 1:21-CV-988
USDC No. 1:21-CV-991
USDC No. 1:21-CV-1006
USDC No. 1:21-CV-1038

10

Case 3:21-cv-00259-DCG-JES-JVB Document 834 Filed 09/11/23 Page 13 of 13
Case: 22-50662 Document: 00516869834 Page: 11 Date Filed: 09/11/2023

No. 22-50662

USDC No. 3:21-CV-299
USDC No. 3:21-CV-306
USDC No. 3:22-CV-22
USDC No. 3:22-MC-219
USDC No. 3:22-MC-230

_____

UNPUBLISHED ORDER

Before RICHMAN, *Chief Judge*, WIENER, and WILLETT, *Circuit Judges*
PER CURIAM:

    IT IS ORDERED that the District Court's order of July 25, 2022 is VACATED in light of this Court's order in No. 22-50435, *LULAC Texas v. Hughes*. The case is REMANDED to the District Court.