# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

Notice is hereby given that LULAC Plaintiffs[1] appeal, to the U.S. Court of Appeals for the Fifth Circuit, the district court's Memorandum Opinion and Order of December 21, 2023 (Dkt. No. 746).

DATED:  February 20, 2024         Respectfully submitted,

                 *s/ Nina Perales*
                 Nina Perales
                 Fátima L. Menéndez
                 Julia Longoria
                 Mexican American Legal Defense
                 and Educational Fund (MALDEF)
                 110 Broadway Street, Suite 300
                 San Antonio, TX 78205
                 (210) 224-5476
                 Fax: (210) 224-5382
                 nperales@maldef.org
                 fmenendez@maldef.org
                 jlongoria@maldef.org

---

[1] "LULAC Plaintiffs" are League of United Latin American Citizens, Southwest Voter Registration Education Project, Mi Familia Vota, American GI Forum, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Texas Hispanics Organized For Political Education, William C. Velasquez Institute, Fiel Houston, Inc., Texas Association of Latino Administrators and Superintendents, Proyecto Azteca, Reform Immigration for Texas Alliance, Workers Defense Project, Emelda Menendez, Gilberto Menendez, Jose Olivares, Florida Chavez, Joey Cardenas, Paulita Sanchez, Jo Ann Acevedo, David Lopez, Diana Martinez Alexander, and Jeandra Ortiz.

*Counsel for LULAC Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on February 20, 2024, she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system, and sent a copy of the same to counsel of record via email.

/s/ Nina Perales
Nina Perales