**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GREGORY W. ABBOTT *et al.*, <br><br> *Defendants.* | Civil Action No. 3:21-cv-00259 [Lead Case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | Civil Action No. 3:21-cv-01038 [Consolidated Case] |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule AT-3, Katelin Kaiser hereby respectfully moves the Court to permit her to withdraw as counsel of record for Plaintiffs Fair Maps Texas Action Committee, OCA-Greater Houston, Emgage, and Individual Plaintiffs (collectively, "Fair Maps Plaintiffs"). Ms. Kaiser will no longer be associated with Southern Coalition for Social Justice.

The Fair Maps Plaintiffs will continue to be represented by all counsel of record from Southern Coalition for Social Justice, ACLU Foundation of Texas, Inc., Asian American Legal Defense and Education Fund, and the Brennan Center for Justice at NYU School of Law. The contact information for co-counsel is listed below. This withdrawal will not delay any proceedings, and the motion is unopposed by Defendants' counsel of record.

For the reasons stated above, Ms. Kaiser respectfully request that the Court grant this Unopposed Motion to Withdrawal as Counsel and remove her from all further electronic notifications regarding this Matter.

Date:   April 18, 2024                         Respectfully submitted,

*/s/ Katelin Kaiser*
Katelin Kaiser*
N.C. State Bar No. 56799*
Hilary Harris Klein*
N.C. State Bar No. 53711
Mitchell Brown*
N.C. State Bar No. 56122
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
katelin@scsj.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org


David A. Donatti
TX Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238
Andre I. Segura
Texas Bar No. 24107112
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146 Fax. (713) 942-8966
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org
asegura@aclutx.org


Jerry Vattamala*
N.Y. State Bar No. 4426458
Susana Lorenzo-Giguere*

N.Y. State Bar No. 2428688
Patrick Stegemoeller*
N.Y. State Bar No. 5819982
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org
slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

Yurij Rudensky*
New York Bar No. 5798210
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel:  (646) 292-8310
Fax: (212) 463-7308
yurij.rudensky@nyu.edu

*Admitted pro hac vice*

*COUNSEL FOR FAIR MAPS PLAINTIFFS*

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that on April 16, 2024, I conferred with all counsel by email, and counsel indicated that they do not oppose this Motion to Withdraw as Counsel.

*/s/ Katelin Kaiser*
Katelin Kaiser

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and accurate copy of the forgoing document was filed electronically via CM/ECF on April 18, 2024, and that CM/ECF served all counsel of record.

*/s/ Katelin Kaiser*
Katelin Kaiser
