**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GREGORY W. ABBOTT *et al.*, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00259 <br> [Lead Case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:21-cv-01038 <br> [Consolidated Case] |

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

AND NOW, on this ___ day of _____, 2024, upon consideration of the Unopposed Motion to Withdraw as Counsel of Katelin Kaiser, it is hereby ORDERED that the motion is GRANTED. Accordingly, it is hereby ORDERED that Katelin Kaiser is withdrawn as counsel for the Fair Maps Plaintiffs in this Matter.

SO ORDERED and SIGNED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE