IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>Defendants. | Civil Action No. 3:21-cv-00259<br>(Lead Case) |
| FAIR MAPS TEXAS ACTION COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOT, et al.<br><br>Defendants. | Civil Action No. 3:21-cv-01038<br>(Consolidated Case) |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF DONA MURPHEY

Pursuant to Federal Rule of Civil Procedure 21, or in the alternative Rule 41(a)(2), Fair Maps Plaintiffs move for the voluntary dismissal of Dona Murphey as a party in this action. Counsel for Fair Maps Plaintiffs have conferred with counsel for Defendants, who have indicated they do not oppose this motion. All other Fair Maps Plaintiffs will remain in this litigation.

Rule 21 provides that the court may "[o]n motion or on its own . . . at any time, on just terms, add or drop a party." Rule 41(a)(2) similar provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The Court recently granted an unopposed motion to voluntarily dismiss another plaintiff in this action pursuant to these rules. (ECF No. 763).

Ms. Murphey has moved out of state, and thus her claims for declaratory and injunctive relief arising out of this matter, and her former residency in Congressional District 9, are moot. The remaining Fair Maps Plaintiffs will continue to pursue the claims in Fair Maps Plaintiffs' Second Amended Complaint (ECF No. 502), and Fair Maps Plaintiffs have demonstrated standing as to the specific challenged district Plaintiff Murphey resides in—Congressional District 9—through Organizational Plaintiffs' members. (*See* ECF No. 502 at 3-14, ¶¶ 12(a), 12(b), and 14(a)). As such, the withdrawal of Plaintiff Murphey does not affect the Fair Maps Plaintiffs' asserted claims in that district.

Accordingly, Fair Maps Plaintiffs respectfully request that this Court enter an order voluntarily withdrawing Dona Murphey, with prejudice, from this litigation.

Date: May 7, 2024

Respectfully submitted,

*/s/ Hilary Harris Klein*

David A. Donatti
TX Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146 Fax. (713) 942-8966
ddonatti@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org

Yurij Rudensky*
New York Bar No. 5798210
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
Fax: (212) 463-7308
yurij.rudensky@nyu.edu

Hilary Harris Klein*
N.C. State Bar No. 53711
Mitchell Brown*
N.C. State Bar No. 56122
SOUTHERN COALITION FOR SOCIAL JUSTICE
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
hilaryhklein@scsj.org
mitchellbrown@scsj.org

Jerry Vattamala*
N.Y. State Bar No. 4426458
Susana Lorenzo-Giguere*
N.Y. State Bar No. 2428688
Patrick Stegemoeller*
N.Y. State Bar No. 5819982
ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
jvattamala@aaldef.org

2

slorenzo-giguere@aaldef.org
pstegemoeller@aaldef.org

**Admitted pro hac vice*

*ATTORNEYS FOR FAIR MAPS PLAINTIFFS*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically using the CM/ECF system on May 7, 2024, which will notify and serve all counsel of record.

*/s/ Hilary Harris Klein*
Hilary Harris Klein

**CERTIFICATE OF CONFERENCE**

I certify that on May 7, 2024, Fair Maps Plaintiffs' counsel conferred via email with counsel for Defendants, as well as the other Consolidated Plaintiffs and Intervenors, who are not opposed to the motion to withdraw requested here.

<i>/s/ Hilary Harris Klein</i><br>
Hilary Harris Klein