IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> GREGORY W. ABBOTT *et al.*, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00259 <br> [Lead Case] |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:21-cv-01038 <br> [Consolidated Case] |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW DONA MURPHEY

The Court GRANTS the "Unopposed Motion for Voluntary Dismissal of Plaintiff Dona Murphey" (ECF No. __) and DISMISSES Plaintiff Dona Murphey's claims WITHOUT PREJUDICE as MOOT. This Order DOES NOT AFFECT the other Fair Maps Plaintiffs' claims. The case shall REMAIN OPEN.

SO ORDERED and SIGNED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE