UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | **All Consolidated Cases** |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § § | |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

The Court **GRANTS** the "Unopposed Motion for Voluntary Dismissal of Plaintiff Dona Murphey" (ECF No. 773) and **DISMISSES** Plaintiff Dona Murphey's claims **WITHOUT PREJUDICE** as **MOOT**.

This Order **DOES NOT AFFECT** the other Fair Maps Plaintiffs' claims. The case shall **REMAIN OPEN**.

- 1 -

**So ORDERED and SIGNED this 7th day of May 2024.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |