UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

## ORDER GRANTING MOTION TO FILE SUPPLEMENTAL COMPLAINT

The Fair Maps Plaintiffs have moved for leave to file a Supplemental Complaint.[1] Defendants do not oppose the Motion.[2]

The Court therefore **GRANTS** the "Fair Maps Plaintiffs' Unopposed Motion for Leave to File a Supplemental Complaint" (ECF No. 774).

The Clerk of Court **SHALL DOCKET** the "Fair Maps Plaintiffs' Supplemental Complaint for Declaratory and Injunctive Relief" (ECF No. 774-1) as a separate docket entry with its own unique docket number.

When docketing the Supplemental Complaint, the Clerk of Court **SHALL OMIT** the cover page identifying the document as "Exhibit A."

---

[1] Mot., ECF No. 774.

[2] *See id.* at 1, 7.

**So ORDERED and SIGNED this 7th day of May 2024.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |