**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* | § § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 |
| V. | § § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § | |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et. Al.*, | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | Case No. 1:21-cv-01038 |
| | § § | [Consolidated Case] |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § | |

**ORDER DISMISSING FAIR MAPS' SUPPLEMENTAL COMPLAINT**

On Defendants' Motion, Fair Map's Supplemental Complaint is dismissed for failure to state a claim upon which relief can be granted.

Signed on _____, 202_, on behalf of the Three-Judge Panel.

_____
David C. Guaderrama
United States District Judge