IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action: Lead Case] |

## NOTICE OF APPEAL BY LULAC PLAINTIFFS

Notice is hereby given that LULAC Plaintiffs[1] appeal, to the U.S. Court of Appeals for the Fifth Circuit, the district court's Memorandum Opinion and Order of June 3, 2024. *See* ECF 782. That Order granted in part and denied in part the motions of LULAC Plaintiffs and the United States to unseal portions of deposition testimony given by the National Republican Redistricting Trust and Adam Kincaid in this challenge to redistricting plans enacted by Texas following the 2020 census. *See id*. and ECF Nos. 742 and 743.

DATED:  June 4, 2024                           Respectfully submitted,

                                              *s/ Nina Perales*
                                              Nina Perales
                                              Mexican American Legal Defense
                                              and Educational Fund (MALDEF)

---

[1] "LULAC Plaintiffs" are League of United Latin American Citizens, Southwest Voter Registration Education Project, Mi Familia Vota, American GI Forum, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Texas Hispanics Organized For Political Education, William C. Velasquez Institute, Fiel Houston, Inc., Texas Association of Latino Administrators and Superintendents, Proyecto Azteca, Reform Immigration for Texas Alliance, Workers Defense Project, Emelda Menendez, Gilberto Menendez, Jose Olivares, Florida Chavez, Joey Cardenas, Paulita Sanchez, Jo Ann Acevedo, David Lopez, Diana Martinez Alexander, and Jeandra Ortiz.

110 Broadway Street, Suite 300  
San Antonio, TX 78205  
(210) 224-5476  
Fax: (210) 224-5382  
nperales@maldef.org  

*Counsel for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on June 4, 2024, she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system, and sent a copy of the same to counsel of record via email.

        */s/ Nina Perales*  
        Nina Perales