# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § § | |
| Plaintiffs, | § § | Case No. 3:21-cv-00259 |
| v. | § § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § | |
| FAIR MAPS TEXAS ACTION COMMITTEE, *et al.*, | § § § | |
| Plaintiffs, | § § | Case No. 1:21-cv-01038 |
| v. | § § | [Consolidated Case] |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § | |
| ROSALINDA RAMOS ABUABARA, *et al.*, | § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 1:21-CV-00965-RP-JES-JVB |
| | § § | [Consolidated Case] |
| GREG ABBOTT, *et al.*, | § § | |
| Defendants. | § § § | |

## NOTICE OF AMENDED CERTIFICATE OF CONFERENCE
## TO STATE DEFENDANTS' MOTIONS TO DISMISS

On Tuesday, May 28, 2024, State Defendants filed their motion to dismiss Fair Map Plaintiffs Supplemental Complaint on the grounds that their claims lack judicially discoverable and manageable standards and because Plaintiffs have not alleged facts that would establish a right to a

remedy cognizable to the federal courts. (ECF 779). On Tuesday, June 4, 2024, State Defendants filed their motion to dismiss Abuabara Plaintiffs' Supplemental Complaint, raising similar arguments. (ECF 785).

It has since come to State Defendants attention that while preparing these motions, a certificate of conference from another filing was somehow incorporated into the drafts, which stated Plaintiffs were unopposed to State Defendants' motion. This was done in error. State Defendants did not confer with Plaintiffs before filings its dispositive motions; nor were they required to under Local Rule CV-7(G).

State Defendants therefore submit this notice to inform the Court that it is updating its certificates of conference to state that Abuabara Plaintiffs oppose State Defendants' motion to dismiss their claims and that Fair Maps Plaintiffs presumably oppose State Defendants' motion.

Date: June 6, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
(512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov
lanora.pettit@oag.texas.gov
drew.mackenzie@oag.texas.gov

Respectfully submitted.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24060998

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Tex. State Bar No. 24103022

LANORA C. PETTIT
Principal Deputy Solicitor General
Tex. State Bar No. 24115221

J. ANDREW MACKENZIE
Assistant Attorney General
Tex. State Bar No. 24138286

**COUNSEL FOR STATE DEFENDANTS**