**FILED**
June 06, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MRC_____
         DEPUTY

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50128   LULAC v. Abbott
                  USDC No. 3:21-CV-259


Enclosed is an order entered in this case.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Christina A. Gardner, Deputy Clerk
                            504-310-7684

Mr. Philip Devlin
Mr. Daniel Joshua Freeman
Ms. Nina Perales
Ms. Lanora Christine Pettit

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

No. 24-50128
consolidated with
No. 24-50449

League of United Latin American Citizens; Southwest Voter Registration Education Project; Mi Familia Vota; American GI Forum of Texas; La Union del Pueblo Entero; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; William C. Velasquez Institute; Fiel Houston, Incorporated; Texas Association of Latino Administrators and Superintendents; Emelda Menendez; Gilberto Menendez; Jose Olivares; Florinda Chavez; Joey Cardenas; Proyecto Azteca; Reform Immigration for Texas Alliance; Workers Defense Project; Paulita Sanchez; Jo Ann Acevedo; David Lopez; Diana Martinez Alexander; Jeandra Ortiz,

    Plaintiffs - Appellants

v.

Greg Abbott, in his official capacity as Governor of the State of Texas,

    Defendant - Appellee

---

United States of America,

    Plaintiff - Appellee

v.

State of Texas; John Scott, in his Official Capacity as Texas Secretary of State,

    Defendants

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 6, 2024
Lyle W. Cayce
Clerk

No. 24-50128

---

League of United Latin American Citizens; Southwest Voter Registration Education Project; Mi Familia Vota; American GI Forum of Texas; La Union del Pueblo Entero; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; William C. Velasquez Institute; Fiel Houston, Incorporated; Texas Association of Latino Administrators and Superintendents; Emelda Menendez; Gilberto Menendez; Jose Olivares; Florinda Chavez; Joey Cardenas; Proyecto Azteca; Reform Immigration for Texas Alliance; Workers Defense Project; Paulita Sanchez; Jo Ann Acevedo; David Lopez; Diana Martinez Alexander; Jeandra Ortiz,

*Plaintiffs—Appellants*,

versus

Greg Abbott, *in his official capacity as Governor of the State of Texas*,

*Defendant—Appellee*,

---

United States of America,

*Plaintiff—Appellee*,

versus

No. 24-50128

STATE OF TEXAS; JOHN SCOTT, *in his Official Capacity as Texas Secretary of State*,

*Defendants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-259

_____

ORDER:

IT IS ORDERED that appellants' unopposed motion to consolidate this appeal with case No. 24-50449 is GRANTED.

IT IS FURTHER ORDERED that appellants' unopposed motion to re-set briefing deadlines is GRANTED.

IT IS FURTHER ORDERED that appellants' unopposed motion to stay briefing deadlines pending a ruling on the motion to consolidate is DENIED as moot.

_____
EDITH BROWN CLEMENT
*United States Circuit Judge*

2