# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 24, 2024

Mr. Philip Devlin
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

No. 22-50407  LULAC v. Guillen
        Consolidated with
    22-50468 LULAC v. Hunter
            USDC No. 3:21-CV-259
            USDC No. 1:21-CV-965
            USDC No. 1:21-CV-988
            USDC No. 1:21-CV-991
            USDC No. 1:21-CV-1006
            USDC No. 1:21-CV-1038
            USDC No. 3:21-CV-299
            USDC No. 3:21-CV-306
            USDC No. 3:22-CV-22
            USDC No. 3:21-CV-259
            USDC No. 1:21-CV-943
            USDC No. 1:21-CV-965
            USDC No. 1:21-CV-988
            USDC No. 1:21-CV-991
            USDC No. 1:21-CV-1006
            USDC No. 1:21-CV-1038
            USDC No. 3:21-CV-299
            USDC No. 3:21-CV-306
            USDC No. 3:22-CV-22
            USDC No. 3:22-MC-219
            USDC No. 3:22-MC-230

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
      Mr. Jonathan Backer
      Mr. Gary Lynn Bledsoe
      Mr. Noah Bokat-Lindell
      Ms. Aria Branch
      Mr. Kembel Scott Brazil
      Mr. Frank H Chang
      Ms. Pooja Chaudhuri
      Ms. Lindsey Beth Cohan
      Ms. Molly Danahy
      Mr. David A. Donatti
      Mr. Chad Wilson Dunn
      Mr. David Robert Fox
      Mr. Daniel Joshua Freeman
      Mr. Mark P. Gaber
      Mr. Richard Scott Gladden
      Mr. Martin Golando
      Mr. Kevin J. Hamilton
      Mr. Renea Hicks
      Ms. Denise Marie Hulett
      Ms. Abha Khanna
      Ms. Katherine Elmlinger Lamm
      Ms. Taylor A.R. Meehan
      Mr. Adam K. Mortara
      Mr. Robert Stephen Notzon
      Ms. Nina Perales
      Mr. George A. Quesada
      Ms. Allison Jean Riggs
      Ms. Bonnie Ilene Robin-Vergeer
      Mr. Ezra D. Rosenberg
      Mr. Andre Segura
      Mr. Neil A. Steiner
      Mr. Jerry Vattamala

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2024

Lyle W. Cayce
Clerk

No. 22-50407

LEAGUE OF UNITED LATIN AMERICAN CITIZENS; ET AL.,

*Plaintiffs-Appellees,*

SHEILA JACKSON LEE; ET AL.,

*Intervenor Plaintiffs-Appellees,*

*versus*

GREG ABBOTT,

*Defendant,*

RYAN GUILLEN, *Texas House Member*; ET AL.,

*Movants-Appellants,*

CONSOLIDATED WITH

No. 22-50648

LEAGUE OF UNITED LATIN AMERICAN CITIZENS; ET AL.,

*Plaintiffs-Appellees,*

SHELIA JACKSON LEE; ET AL.,

No. 22-50407
c/w No. 22-50648

*Intervenor Plaintiffs-Appellees,*

*versus*

Greg Abbott,

*Defendant,*

Todd Hunter, *Texas Representative*; Et al.,

*Movants-Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-259
USDC No. 1:21-CV-965
USDC No. 1:21-CV-988
USDC No. 1:21-CV-991
USDC No. 1:21-CV-1006
USDC No. 1:21-CV-1038
USDC No. 3:21-CV-299
USDC No. 3:21-CV-306
USDC No. 3:22-CV-22
USDC No. 3:21-CV-259
USDC No. 1:21-CV-943
USDC No. 1:21-CV-965
USDC No. 1:21-CV-988
USDC No. 1:21-CV-991
USDC No. 1:21-CV-1006
USDC No. 1:21-CV-1038
USDC No. 3:21-CV-299
USDC No. 3:21-CV-306
USDC No. 3:22-CV-22
USDC No. 3:22-MC-219
USDC No. 3:22-MC-230

No. 22-50407
c/w No. 22-50648

_____

## UNPUBLISHED ORDER

Before JONES, HIGGINSON, and HO, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' unopposed motion to voluntarily dismiss the consolidated appeals without prejudice is GRANTED.



**A True Copy**
**Certified order issued Jun 24, 2024**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**