FILED
August 27, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MRC_____
DEPUTY

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 27, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-50128     LULAC v. Abbott
                 USDC No. 3:21-CV-259
                 USDC No. 3:21-CV-299
                 USDC No. 3:21-CV-259

Enclosed is an order entered in this case.

The court has considered the motion of La Union del Pueblo Entero, Proyecto Azteca, Fiel Houston, Incorporated, Florinda Chavez, American GI Forum of Texas, League of United Latin American Citizens, Texas Association of Latino Administrators and Superintendents, William C. Velasquez Institute, Texas Hispanics Organized for Political Education, Emelda Menendez, Reform Immigration for Texas Alliance, Gilberto Menendez, Paulita Sanchez, Southwest Voter Registration Education Project, Diana Martinez Alexander, Mi Familia Vota, Jeandra Ortiz, Jose Olivares, Workers Defense Project, Jo Ann Acevedo, Joey Cardenas, Mexican American Bar Association of Texas, David Lopez to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for La Union del Pueblo Entero, Proyecto Azteca, Fiel Houston, Incorporated, Florinda Chavez, American GI Forum of Texas, League of United Latin American Citizens, Texas Association of Latino Administrators and Superintendents, William C. Velasquez Institute, Texas Hispanics Organized for Political Education, Emelda Menendez, Reform Immigration for Texas Alliance, Gilberto Menendez, Paulita Sanchez, Southwest Voter Registration Education Project, Diana Martinez Alexander, Mi Familia Vota, Jeandra Ortiz, Jose Olivares, Workers Defense Project, Jo Ann Acevedo, Joey Cardenas, Mexican American Bar Association of Texas, David Lopez may obtain all ex parte documents *filed on behalf of* La Union del Pueblo Entero, Proyecto Azteca, Fiel Houston, Incorporated, Florinda Chavez, American GI Forum of Texas, League of United Latin American Citizens, Texas Association of Latino Administrators and Superintendents, William C. Velasquez Institute, Texas Hispanics Organized for Political Education, Emelda Menendez, Reform Immigration for Texas Alliance, Gilberto Menendez, Paulita Sanchez, Southwest Voter Registration Education Project, Diana Martinez Alexander, Mi Familia Vota, Jeandra Ortiz, Jose Olivares, Workers Defense Project, Jo Ann Acevedo, Joey Cardenas, Mexican American Bar Association of Texas, David Lopez, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in

original paper, return to the district court as soon as it has served your purpose.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Casey A. Sullivan, Deputy Clerk
          504-310-7642

Mr. Philip Devlin
Mr. Daniel Joshua Freeman
Ms. Katherine Elmlinger Lamm
Ms. Nina Perales
Ms. Lanora Christine Pettit
Ms. Bonnie Ilene Robin-Vergeer

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 27, 2024
Lyle W. Cayce
Clerk

_____

No. 24-50128
CONSOLIDATED WITH
No. 24-50449

_____

LEAGUE OF UNITED LATIN AMERICAN CITIZENS; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; MI FAMILIA VOTA; AMERICAN GI FORUM OF TEXAS; LA UNION DEL PUEBLO ENTERO; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION; WILLIAM C. VELASQUEZ INSTITUTE; FIEL HOUSTON, INCORPORATED; TEXAS ASSOCIATION OF LATINO ADMINISTRATORS AND SUPERINTENDENTS; EMELDA MENENDEZ; GILBERTO MENENDEZ; JOSE OLIVARES; FLORINDA CHAVEZ; JOEY CARDENAS; PROYECTO AZTECA; REFORM IMMIGRATION FOR TEXAS ALLIANCE; WORKERS DEFENSE PROJECT; PAULITA SANCHEZ; JO ANN ACEVEDO; DAVID LOPEZ; DIANA MARTINEZ ALEXANDER; JEANDRA ORTIZ,

*Plaintiffs—Appellants*,

versus

GREG ABBOTT, *in his official capacity as Governor of the State of Texas*,

*Defendant—Appellee*,

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

No. 24-50128
c/w No. 24-50449

*versus*

STATE OF TEXAS; JOHN SCOTT, *in his Official Capacity as Texas Secretary of State*,

                                                *Defendants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-259
USDC No. 3:21-CV-299
USDC No. 3:21-CV-259

_____

ORDER:

    IT IS ORDERED that Appellants' motion to view and obtain sealed documents is GRANTED.

    To the extent that Appellants intend to discuss the content of sealed documents in their forthcoming brief, the brief must be filed under seal until the parties can address any necessary redactions to avoid revealing privileged material.

*[signature: Edith Brown Clement]*

_____
EDITH BROWN CLEMENT
*United States Circuit Judge*