October 21, 2024

**By Electronic Filing**

The Honorable Jerry E. Smith
The Honorable David C. Guaderrama
The Honorable Jeffrey V. Brown
United States District Court for the
       Western District of Texas
262 West Nueva Street
San Antonio, Texas 78207

cc: Counsel of Record via ECF.

      Re.    *League of United Latin America Citizens et al., v. Abbott et al.*
              No. EP-21-CV-00259-DCG-JES-JVB (W.D. Texas)

Dear Judge Smith, Judge Guaderrama, and Judge Brown:

On October 15, 2024, Defendants submitted a letter brief to the Court in response to the Court's request for supplemental briefing on *Petteway v. Galveston County*, 111 F.4th 596 (5th Cir. 2024). *See* ECF No. 815. Texas State Conference of the NAACP ("Texas NAACP") submits this letter brief in reply.

*First*, Defendants argue that *Petteway v. Galveston County*, 111 F.4th 596 (5th Cir. 2024), "flatly reject[s] . . . coalition claims under Section 2." ECF No. 815 at 3. In their letter brief, however, Defendants do not specify that *Petteway*'s holding only applies to effects-based vote dilution claims under Section 2 of the Voting Rights Act. *Petteway* plainly has no impact on intentional vote dilution claims under Section 2, and the court remanded the plaintiffs' intentional discrimination and racial gerrymandering claims to the district court. *Petteway*, 111 F.4th at 614.

*Second*, Defendants ask the Court to dismiss Texas NAACP's Section 2 coalition claims. *See* ECF No. 815 at 1, 4. But Defendants have no pending motion to dismiss against Texas NAACP Plaintiffs. If Defendants wish to dismiss any of Texas NAACP's claims, they must first file a

motion to dismiss, which would also allow the parties to fully brief the issues and establish a record for any subsequent appellate proceedings.

Dated: October 21, 2024.

Respectfully submitted,

*s/s Lindsey B. Cohan*
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Ezra D. Rosenberg*
Pooja Chaudhuri*
Sofia Fernandez Gold*
Alexander S. Davis*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*erosenberg@lawyerscommittee.org*
*pchaudhuri@lawyerscommittee.org*
*sfgold@lawyerscommittee.org*
*adavis@lawyerscommittee.org*

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT
NOTZON
1502 West Avenue

Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims*
*related to Texas state senate and state house*
*plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*aashton@naacpnet.org*

Janette M. Louard
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted *pro hac vice*.


*ATTORNEYS FOR THE TEXAS STATE*
*CONFERENCE OF NAACP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Lindsey B. Cohan
515 Congress Avenue, Suite 1400
Texas Bar No. 24083903
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*