

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Lanora C. Pettit  
Principal Deputy Solicitor General

(512) 463-2127  
Lanora.Pettit@oag.texas.gov

January 24, 2025

**Via CM/ECF**

Barry D. Knight, Clerk of Court  
U.S. District Court for the Western District of Texas

    Re:    No. 3:21-cv-00259-DCG-JES-JVB; *League of United Latin American Citizens et al. v. Abbott et al.*

Dear Mr. Knight:

    I am writing to advise the Court of my withdrawal as counsel for Defendants Greg Abbott in his official capacity as Governor of the State of Texas and the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General.

                                         Respectfully submitted.

                                         /s/ Lanora C. Pettit

                                         Lanora C. Pettit  
                                         Principal Deputy Solicitor General

cc: all counsel of record (via e-mail)