

**U.S. Department of Justice**

Civil Rights Division

---

February 4, 2024

**VIA CM/ECF**

The Honorable Jerry E. Smith, United States Circuit Judge;
The Honorable Jeffrey V. Brown, United States District Judge; and
The Honorable David C. Guaderrama, United States District Judge
c/o The United States District Court for the Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

      **Re:** *League of United Latin American Citizens v. Abbott*, No. 3:21-cv-259

Dear Judges Smith, Brown, and Guaderrama:

      In response to the Court's January 27 Order, ECF No. 837, the United States respectfully requests an extension until March 14, 2025, to articulate its position on each of its operative claims in this matter.

      The Texas Legislative Council expects to publish 2024 general election data "in February 2025." *See* Tex. Legis. Council, *Capital Data Portal: Elections*, https://data.capitol.texas.gov/topic/elections. The United States' review of that data necessarily will inform its position on each of its operative claims and thus its response to the Court's questions.

      In addition, as the Court noted, the new political leadership of the Department of Justice and of the Civil Rights Division is not yet in place. The Senate Judiciary Committee has not yet scheduled a nomination hearing on President Donald J. Trump's nominee for Assistant Attorney General for the Civil Rights Division. *See* U.S. Senate Comm. on the Judiciary, *Hearings*, https://www.judiciary.senate.gov/committee-activity/hearings. Moreover, although President Trump's nominee for Attorney General has received a favorable vote in the Senate Judiciary Committee, the Senate has not yet conducted a floor vote on the nomination. *See* Congress.Gov, *PN11-2 – Pamela Bondi – Department of Justice*, https://www.congress.gov/nomination/119th-congress/11/2.

      Therefore, the United States respectfully requests an extension until March 14, 2025, to articulate its position on the operative claims.

Respectfully Submitted,

James R. McHenry III
Acting Attorney General

Kathleen Wolfe
Deputy Assistant Attorney General
Civil Rights Division

<u>*/s/ Daniel J. Freeman*</u>
R. Tamar Hagler
Timothy F. Mellett
Daniel J. Freeman
Michelle Rupp
Jaywin Singh Malhi
Attorneys, Voting Section
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(800) 253-3931
daniel.freeman@usdoj.gov

cc: Counsel of Record (via CM/ECF)