UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

### ORDER EXTENDING THE UNITED STATES'S DEADLINE TO INFORM THE COURT OF ITS CURRENT LITIGATION POSITION

We previously ordered the United States to inform us by February 7, 2025, whether the new Administration intends to continue pursuing the prior Administration's claims in this case.[1] The United States now asks to extend that deadline to March 14, 2025, because:

(1) the Senate hasn't yet confirmed the President's nominee to lead the Division of the Department of Justice that has been litigating this case; and

(2) Texas hasn't yet released its 2024 election data, which may inform whether the United States wishes to continue pursuing its existing claims.[2]

We find the requested extension reasonable. We therefore **AMEND** our "Order Directing the United States to Submit Letter Brief Addressing its Claims" (ECF No. 837) to **EXTEND** the United States' deadline to **March 14, 2025**.

---

[1] Order, ECF No. 837, at 2.

[2] Letter, ECF No. 839, at 1.

- 2 -

**So ORDERED and SIGNED this 6th day of February 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |