| | |
|---|---|
| **From:** | Nina Perales <nperales@MALDEF.org> |
| **Sent:** | Tuesday, April 9, 2024 4:04 PM |
| **To:** | Kathleen Hunker; Ryan Kercher; David Fox; Denise Hulett; Fatima Menendez; Julia Longoria; chad@brazilanddunn.com; gainesjesse@ymail.com; mark@markgaber.com; danahy.molly@gmail.com; sonniwaknin@gmail.com; richscot1@hotmail.com; scott@brazilanddunn.com; quesada@textrial.com; joaquinrobertgonzalez@gmail.com; smccaffity@textrial.com; jrodenberg@textrial.com; adavis@lawyerscommittee.org; aashton@naacpnet.org; erosenberg@lawyerscommittee.org; garybledsoe@sbcglobal.net; jgreenbaum@lawyerscommittee.org; lindsey.cohan@dechert.com; neil.steiner@dechert.com; nicholas.gersh@dechert.com; pchaudhuri@lawyerscommittee.org; robert@notzonlaw.com; sfgold@lawyerscommittee.org; asegura@aclutx.org; aharris@aclutx.org; ddonatti@aclutx.org; hilaryhklein@scsj.org; jvattamala@aaldef.org; katelin@scsj.org; mitchellbrown@scsj.org; pstegemoeller@aaldef.org; pbrachman@paulweiss.com; slorenzo-giguere@aaldef.org; tbuser-clancy@aclutx.org; rudenskyy@brennan.law.nyu.edu; kyukevich@tillotsonlaw.com; daniel.freeman@usdoj.gov; holly.berlin@usdoj.gov; jacki.anderson@usdoj.gov; michelle.rupp@usdoj.gov; chris.herren@usdoj.gov; timothy.f.mellett@usdoj.gov; jaywin.malhi@usdoj.gov; martin.golando@gmail.com; Lanora Pettit; Will Wassdorf; CADDocket; patrick@consovoymccarthy.com; nas@naslegal.com; mmerriman@hilgersgraben.com; eric.nichols@butlersnow.com; marshall.bowen@butlersnow.com; mortara@lawfairllc.com; frank@consovoymccarthy.com; mike@consovoymccarthy.com; taylor@consovoymccarthy.com; jhetzel@consovoymccarthy.com; Alyssa Bixby-Lawson |
| **Cc:** | Abha Khanna; Richard Medina; rhicks@renea-hicks.com; Jessica Yvarra; Zachary Berg; Amy Hilton |
| **Subject:** | RE: LULAC v. Abbott: Conferral |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thank you Kathleen. LULAC Plaintiffs are amenable to this suggestion and plan to file a redline version with their motion for leave to file a 5th Amended Complaint.

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
and Educational Fund, Inc. (MALDEF)
110 Broadway Suite 300
San Antonio TX 78205
ph (210) 845-5147

---

**From:** Kathleen Hunker [mailto:Kathleen.Hunker@oag.texas.gov]
**Sent:** Tuesday, April 9, 2024 3:47 PM
**To:** Ryan Kercher ; David Fox ; Denise Hulett ; Fatima Menendez ; Julia Longoria ; Nina Perales ; chad@brazilanddunn.com; gainesjesse@ymail.com; mark@markgaber.com; danahy.molly@gmail.com; sonniwaknin@gmail.com; richscot1@hotmail.com; scott@brazilanddunn.com; quesada@textrial.com; joaquinrobertgonzalez@gmail.com; smccaffity@textrial.com; jrodenberg@textrial.com; adavis@lawyerscommittee.org;

EXHIBIT B

aashton@naacpnet.org; erosenberg@lawyerscommittee.org; garybledsoe@sbcglobal.net; jgreenbaum@lawyerscommittee.org; lindsey.cohan@dechert.com; neil.steiner@dechert.com; nicholas.gersh@dechert.com; pchaudhuri@lawyerscommittee.org; robert@notzonlaw.com; sfgold@lawyerscommittee.org; asegura@aclutx.org; aharris@aclutx.org; ddonatti@aclutx.org; hilaryhklein@scsj.org; jvattamala@aaldef.org; katelin@scsj.org; mitchellbrown@scsj.org; pstegemoeller@aaldef.org; pbrachman@paulweiss.com; slorenzo-giguere@aaldef.org; tbuser-clancy@aclutx.org; rudenskyy@brennan.law.nyu.edu; kyukevich@tillotsonlaw.com; daniel.freeman@usdoj.gov; holly.berlin@usdoj.gov; jacki.anderson@usdoj.gov; michelle.rupp@usdoj.gov; chris.herren@usdoj.gov; timothy.f.mellett@usdoj.gov; jaywin.malhi@usdoj.gov; martin.golando@gmail.com; Lanora Pettit ; Will Wassdorf ; CADDocket ; patrick@consovoymccarthy.com; nas@naslegal.com; mmerriman@hilgersgraben.com; eric.nichols@butlersnow.com; marshall.bowen@butlersnow.com; mortara@lawfairllc.com; frank@consovoymccarthy.com; mike@consovoymccarthy.com; taylor@consovoymccarthy.com; jhetzel@consovoymccarthy.com; Alyssa Bixby-Lawson
**Cc:** Abha Khanna ; Richard Medina ; rhicks@renea-hicks.com; Jessica Yvarra ; Zachary Berg ; Amy Hilton
**Subject:** RE: LULAC v. Abbott: Conferral

Counsel,

I wanted to quickly follow-up on the email exchange from earlier. It seems to us that the plaintiff groups might intend to take different approaches with respect to updating their pleadings. Accordingly, we would like to suggest that any Plaintiffs making changes via an amended/ supplemental complaint should file a redline version with the Court that tracks these changes. We think this would help avoid future confusion by other Parties as well as the Court itself. Please let us know whether Plaintiffs are amenable to this suggestion at your earliest convenience.

**Kathleen Hunker**
Special Litigation Unit
Office of the Attorney General of Texas
209 W. 14th Street
Austin, TX 78711
512-936-2275
Kathleen.Hunker@oag.texas.gov

---

**From:** Ryan Kercher <Ryan.Kercher@oag.texas.gov>
**Sent:** Tuesday, April 9, 2024 11:23 AM
**To:** David Fox <dfox@elias.law>; dhulett@maldef.org; fmenendez@maldef.org; jlongoria@maldef.org; nperales@maldef.org; chad@brazilanddunn.com; gainesjesse@ymail.com; mark@markgaber.com; danahy.molly@gmail.com; sonniwaknin@gmail.com; richscot1@hotmail.com; scott@brazilanddunn.com; quesada@textrial.com; joaquinrobertgonzalez@gmail.com; smccaffity@textrial.com; jrodenberg@textrial.com; adavis@lawyerscommittee.org; aashton@naacpnet.org; erosenberg@lawyerscommittee.org; garybledsoe@sbcglobal.net; jgreenbaum@lawyerscommittee.org; lindsey.cohan@dechert.com; neil.steiner@dechert.com; nicholas.gersh@dechert.com; pchaudhuri@lawyerscommittee.org; robert@notzonlaw.com; sfgold@lawyerscommittee.org; asegura@aclutx.org; aharris@aclutx.org; ddonatti@aclutx.org; hilaryhklein@scsj.org; jvattamala@aaldef.org; katelin@scsj.org; mitchellbrown@scsj.org; pstegemoeller@aaldef.org; pbrachman@paulweiss.com; slorenzo-giguere@aaldef.org; tbuser-clancy@aclutx.org; rudenskyy@brennan.law.nyu.edu; kyukevich@tillotsonlaw.com; daniel.freeman@usdoj.gov; holly.berlin@usdoj.gov; jacki.anderson@usdoj.gov; michelle.rupp@usdoj.gov; chris.herren@usdoj.gov; timothy.f.mellett@usdoj.gov; jaywin.malhi@usdoj.gov; martin.golando@gmail.com; Lanora Pettit <Lanora.Pettit@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Will Wassdorf <Will.Wassdorf@oag.texas.gov>; CADDocket <CADDocket@oag.texas.gov>; patrick@consovoymccarthy.com; nas@naslegal.com; mmerriman@hilgersgraben.com; eric.nichols@butlersnow.com; marshall.bowen@butlersnow.com; mortara@lawfairllc.com; frank@consovoymccarthy.com; mike@consovoymccarthy.com; taylor@consovoymccarthy.com; jhetzel@consovoymccarthy.com; Alyssa Bixby-Lawson <Alyssa.Bixby-Lawson@oag.texas.gov>
**Cc:** Abha Khanna <akhanna@elias.law>; Richard Medina <rmedina@elias.law>; rhicks@renea-hicks.com; Jessica Yvarra

**EXHIBIT B**

<Jessica.Yvarra@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>
**Subject:** RE: LULAC v. Abbott: Conferral

Thanks, David. No objection to the voluntary dismissal.

RGK

**From:** David Fox <dfox@elias.law>
**Sent:** Tuesday, April 9, 2024 10:02 AM
**To:** Ryan Kercher <Ryan.Kercher@oag.texas.gov>; dhulett@maldef.org; fmenendez@maldef.org; jlongoria@maldef.org; nperales@maldef.org; chad@brazilanddunn.com; gainesjesse@ymail.com; mark@markgaber.com; danahy.molly@gmail.com; sonniwaknin@gmail.com; richscot1@hotmail.com; scott@brazilanddunn.com; quesada@textrial.com; joaquinrobertgonzalez@gmail.com; smccaffity@textrial.com; jrodenberg@textrial.com; adavis@lawyerscommittee.org; aashton@naacpnet.org; erosenberg@lawyerscommittee.org; garybledsoe@sbcglobal.net; jgreenbaum@lawyerscommittee.org; lindsey.cohan@dechert.com; neil.steiner@dechert.com; nicholas.gersh@dechert.com; pchaudhuri@lawyerscommittee.org; robert@notzonlaw.com; sfgold@lawyerscommittee.org; asegura@aclutx.org; aharris@aclutx.org; ddonatti@aclutx.org; hilaryhklein@scsj.org; jvattamala@aaldef.org; katelin@scsj.org; mitchellbrown@scsj.org; pstegemoeller@aaldef.org; pbrachman@paulweiss.com; slorenzo-giguere@aaldef.org; tbuser-clancy@aclutx.org; rudenskyy@brennan.law.nyu.edu; kyukevich@tillotsonlaw.com; daniel.freeman@usdoj.gov; holly.berlin@usdoj.gov; jacki.anderson@usdoj.gov; michelle.rupp@usdoj.gov; chris.herren@usdoj.gov; timothy.f.mellett@usdoj.gov; jaywin.malhi@usdoj.gov; martin.golando@gmail.com; Lanora Pettit <Lanora.Pettit@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Will Wassdorf <Will.Wassdorf@oag.texas.gov>; CADDocket <CADDocket@oag.texas.gov>; patrick@consovoymccarthy.com; nas@naslegal.com; mmerriman@hilgersgraben.com; eric.nichols@butlersnow.com; marshall.bowen@butlersnow.com; mortara@lawfairllc.com; frank@consovoymccarthy.com; mike@consovoymccarthy.com; taylor@consovoymccarthy.com; jhetzel@consovoymccarthy.com; Alyssa Bixby-Lawson <Alyssa.Bixby-Lawson@oag.texas.gov>
**Cc:** Abha Khanna <akhanna@elias.law>; Richard Medina <rmedina@elias.law>; rhicks@renea-hicks.com; Jessica Yvarra <Jessica.Yvarra@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>
**Subject:** RE: LULAC v. Abbott: Conferral

Thanks, Ryan. Do you have a position on the voluntary dismissal motion?

**David R. Fox**
Elias Law Group LLP
250 Massachusetts Ave NW Suite 400
Washington DC 20001
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Ryan Kercher <Ryan.Kercher@oag.texas.gov>
**Sent:** Tuesday, April 9, 2024 10:56 AM
**To:** David Fox <dfox@elias.law>; dhulett@maldef.org; fmenendez@maldef.org; jlongoria@maldef.org; nperales@maldef.org; chad@brazilanddunn.com; gainesjesse@ymail.com; mark@markgaber.com; danahy.molly@gmail.com; sonniwaknin@gmail.com; richscot1@hotmail.com; scott@brazilanddunn.com; quesada@textrial.com; joaquinrobertgonzalez@gmail.com; smccaffity@textrial.com; jrodenberg@textrial.com; adavis@lawyerscommittee.org; aashton@naacpnet.org; erosenberg@lawyerscommittee.org; garybledsoe@sbcglobal.net; jgreenbaum@lawyerscommittee.org; lindsey.cohan@dechert.com; neil.steiner@dechert.com; nicholas.gersh@dechert.com; pchaudhuri@lawyerscommittee.org; robert@notzonlaw.com;

EXHIBIT B

sfgold@lawyerscommittee.org; asegura@aclutx.org; aharris@aclutx.org; ddonatti@aclutx.org; hilaryhklein@scsj.org; jvattamala@aaldef.org; katelin@scsj.org; mitchellbrown@scsj.org; pstegemoeller@aaldef.org; pbrachman@paulweiss.com; slorenzo-giguere@aaldef.org; tbuser-clancy@aclutx.org; rudenskyy@brennan.law.nyu.edu; kyukevich@tillotsonlaw.com; daniel.freeman@usdoj.gov; holly.berlin@usdoj.gov; jacki.anderson@usdoj.gov; michelle.rupp@usdoj.gov; chris.herren@usdoj.gov; timothy.f.mellett@usdoj.gov; jaywin.malhi@usdoj.gov; martin.golando@gmail.com; Lanora Pettit <Lanora.Pettit@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Will Wassdorf <Will.Wassdorf@oag.texas.gov>; CADDocket <CADDocket@oag.texas.gov>; patrick@consovoymccarthy.com; nas@naslegal.com; mmerriman@hilgersgraben.com; eric.nichols@butlersnow.com; marshall.bowen@butlersnow.com; mortara@lawfairllc.com; frank@consovoymccarthy.com; mike@consovoymccarthy.com; taylor@consovoymccarthy.com; jhetzel@consovoymccarthy.com; Alyssa Bixby-Lawson <Alyssa.Bixby-Lawson@oag.texas.gov>
**Cc:** Abha Khanna <akhanna@elias.law>; Richard Medina <rmedina@elias.law>; rhicks@renea-hicks.com; Jessica Yvarra <Jessica.Yvarra@oag.texas.gov>; Zachary Berg <Zachary.Berg@oag.texas.gov>; Amy Hilton <Amy.Hilton@oag.texas.gov>
**Subject:** RE: LULAC v. Abbott: Conferral

David –

Thanks for your e-mail. Having dug a little deeper on the law, we're revising the position we communicated to Nina regarding Plaintiffs' filing of revised pleadings to address the 2023 legislative session.

We do not oppose Plaintiffs filing such revised pleadings. We are agnostic as to whether Plaintiffs label the pleadings as "amended," or "supplemental," inasmuch as we understand the substance of the pleadings will determine how the Court treats the revised pleading.

We, of course, reserve the right to address the revised pleadings according to our understanding of their substance. Happy to chat further, as necessary.

Regards,

RGK

---

**From:** David Fox <dfox@elias.law>
**Sent:** Monday, April 8, 2024 10:37 AM
**To:** dhulett@maldef.org; fmenendez@maldef.org; jlongoria@maldef.org; nperales@maldef.org; chad@brazilanddunn.com; gainesjesse@ymail.com; mark@markgaber.com; danahy.molly@gmail.com; sonniwaknin@gmail.com; richscot1@hotmail.com; scott@brazilanddunn.com; quesada@textrial.com; joaquinrobertgonzalez@gmail.com; smccaffity@textrial.com; jrodenberg@textrial.com; adavis@lawyerscommittee.org; aashton@naacpnet.org; erosenberg@lawyerscommittee.org; garybledsoe@sbcglobal.net; jgreenbaum@lawyerscommittee.org; lindsey.cohan@dechert.com; neil.steiner@dechert.com; nicholas.gersh@dechert.com; pchaudhuri@lawyerscommittee.org; robert@notzonlaw.com; sfgold@lawyerscommittee.org; asegura@aclutx.org; aharris@aclutx.org; ddonatti@aclutx.org; hilaryhklein@scsj.org; jvattamala@aaldef.org; katelin@scsj.org; mitchellbrown@scsj.org; pstegemoeller@aaldef.org; pbrachman@paulweiss.com; slorenzo-giguere@aaldef.org; tbuser-clancy@aclutx.org; rudenskyy@brennan.law.nyu.edu; kyukevich@tillotsonlaw.com; daniel.freeman@usdoj.gov; holly.berlin@usdoj.gov; jacki.anderson@usdoj.gov; michelle.rupp@usdoj.gov; chris.herren@usdoj.gov; timothy.f.mellett@usdoj.gov; jaywin.malhi@usdoj.gov; martin.golando@gmail.com; Lanora Pettit <Lanora.Pettit@oag.texas.gov>; chris@stonehilton.com; ccorbello@ifs.org; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Will Wassdorf <Will.Wassdorf@oag.texas.gov>; CADDocket <CADDocket@oag.texas.gov>; patrick@consovoymccarthy.com; nas@naslegal.com; mmerriman@hilgersgraben.com; eric.nichols@butlersnow.com; marshall.bowen@butlersnow.com; mortara@lawfairllc.com; frank@consovoymccarthy.com; mike@consovoymccarthy.com; taylor@consovoymccarthy.com; jhetzel@consovoymccarthy.com; Alyssa Bixby-Lawson <Alyssa.Bixby-Lawson@oag.texas.gov>

**EXHIBIT B**

**Cc:** Abha Khanna <akhanna@elias.law>; Richard Medina <rmedina@elias.law>; rhicks@renea-hicks.com
**Subject:** LULAC v. Abbott: Conferral

All,

I write to confer on two motions that the Abuabara Plaintiffs plan to file in this case:

(1) Motion for Voluntary Dismissal of Plaintiff Maria Montes. We are seeking to dismiss Ms. Montes' claims without prejudice because she has moved out of state. Our remaining plaintiffs will continue to pursue their claims; this does not affect the overall geographic scope of our claims. *See* ECF No. 307 at 23-24 (holding that our plaintiff group had standing to challenge CD 29, where Ms. Montes lives, even before we added Ms. Montes).

(2) Motion to File Supplemental Complaint pursuant to Rule 15(d). The proposed Supplemental Complaint does not alter the substance of our existing claims (which are exclusively *Gingles* effects claims) but merely addresses the subsequent enactment of HB 1000, by clarifying that we still challenge the same Texas House districts we previously challenged from HB 1, on the same grounds, now that they have been re-enacted by HB 1000.

Could each party please let us know your position on both motions by 12 pm CT tomorrow?

Thanks,

David

**David R. Fox**
Elias Law Group LLP
250 Massachusetts Ave NW Suite 400
Washington DC 20001
(202) 968-4546

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**EXHIBIT B**