IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

## [PROPOSED] ORDER OF DISMISSAL

Before the Court is Defendants' First Amended Motion for Partial Judgment on the Pleadings and to Dismiss for Lack of Subject Matter Jurisdiction. After review of briefing, the Court agrees all claims of vote dilution brought under Section 2 of the Voting Rights Act that involve aggregating distinct minority groups and all claims that challenge Texas House and/or Senate districts created by the obsolete redistricting legislation enacted by the 87th Legislature should be dismissed without further opportunity to amend complaints.

So ORDERED and SIGNED this _____ day of _____, 2025.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | *-and-* | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |