UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

## ORDER DENYING PRIOR VERSION OF MOTION AS MOOT

On February 14, 2025, Defendants filed a "Motion for Partial Judgment on the Pleadings and to Dismiss for Lack of Subject Matter Jurisdiction."[1] That Motion is currently designated as a pending motion on the Court's CM/ECF system.

The following day, Defendants filed a "*First Amended* Motion for Partial Judgment on the Pleadings and to Dismiss for Lack of Subject Matter Jurisdiction."[2] As far as the Court can tell, the only difference between the two motions is that the latter contains two exhibits that the former lacks.[3] The Court therefore presumes that Defendants intended the latter motion to supersede the former.

---

[1] *See* Mot., ECF No. 846, at 1.

[2] *See* 1st Am. Mot., ECF No. 848, at 1 (emphasis added).

[3] *See* 1st Am. Mot. Ex. A, ECF No. 848-1; 1st Am. Mot. Ex. B, ECF No. 848-2.

Accordingly, the Court **DENIES** Defendants' "Motion for Partial Judgment on the Pleadings and to Dismiss for Lack of Subject Matter Jurisdiction" (ECF No. 846) as **MOOT**.

Defendants' "*First Amended* Motion for Partial Judgment on the Pleadings and to Dismiss for Lack of Subject Matter Jurisdiction" (ECF No. 848) **SHALL REMAIN PENDING**. The Court will rule on that motion in due course.

**So ORDERED and SIGNED this 19th day of February 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |