UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

## ORDER RESCHEDULING STATUS CONFERENCE AND MODIFYING DEADLINE

This case is currently set for a status conference on March 20, 2025.[1] Defendants now ask the Court to move the status conference to March 5, 2025.[2] We find Defendants' request reasonable, so we therefore grant it.

We acknowledge the Fair Maps Plaintiffs' objection that the Court should not hold the status conference before it has ruled on the pending motion to dismiss their claims.[3] The Court is optimistic that it will rule on that motion before March 5, 2025.

---

[1] Order Scheduling Status Conference, ECF No. 845, at 1.

[2] Mot. Reschedule, ECF No. 847, at 1.

Defendants have also proposed February 27, 2025 and March 6, 2026 as alternate dates for the conference. *See id.* One or more of the undersigned Judges are unavailable on those dates.

[3] *See* Fair Maps Pls.' Resp., ECF No. 849, at 1; *see also* Mot. Dismiss Fair Maps Pls.' Suppl. Compl., ECF No. 779.

The Court therefore **GRANTS** Defendants' "Opposed Motion to Reschedule Status Conference" (ECF No. 847) and thereby **AMENDS** its "Order Scheduling Status Conference and Provisional Trial Setting" (ECF No. 845) **IN PART**. The status conference shall now take place at **9:00 AM Mountain Time** on <u>**March 5, 2025**</u>, in the **Honorable Philip R. Martinez Special Proceedings Courtroom (Room 812)** on the **Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas**.

Having rescheduled the status conference, we must also modify the parties' March 13, 2025 deadline to tell us whether "any party has a preexisting, irresolvable conflict with the May 21, 2025 trial date."[4] To that end, the Court **FURTHER AMENDS** its "Order Scheduling Status Conference and Provisional Trial Setting" (ECF No. 845) **IN PART** to move that deadline to **February 26, 2025**.

In all other respects, that order shall **REMAIN UNCHANGED**.

We previously extended the United States' deadline to tell us whether the current administration intends to continue pursuing the prior administration's claims to March 14, 2025,[5] with the understanding that the Court would discuss the United States' position with the parties at the March 20, 2025 conference.[6] The Court recognizes that it has now moved the status conference to a date preceding the March 14, 2025 deadline. Although the Court will leave the March 14, 2025 deadline unchanged, the Court **ORDERS** the United States to come to the March 5, 2025 status conference with some idea of its position so that the Court's and parties' efforts at the conference are not futile.

---

[4] *See* Order Scheduling Status Conference at 3.

[5] Order Extending Deadline, ECF No. 844, at 1.

[6] *See* Order Scheduling Status Conference at 2 & n.2.

- 3 -

**So ORDERED and SIGNED this 20th day of February 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |