UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

### ORDER DISMISSING THE UNITED STATES' CLAIMS AND DENYING MOTIONS AS MOOT

At the March 5, 2025 status conference, the United States announced on the record that it wishes to voluntarily dismiss all of the claims it has asserted against Defendants in this case. Defendants and all of the other Plaintiffs stipulated to the dismissal on the record.

Accordingly, the Court **DISMISSES** all of the claims that the United States has asserted against Defendant in this case.

Having done so, the Court **DENIES** the following motions as **MOOT**:

(1) "Defendants and Subpoena Recipients' Motion to Quash or, in the Alternative, Motion for Protective Order" (ECF No. 219);

(2) the "United States' Motion to Enforce Third-Party Subpoenas *Duces Tecum*" (ECF No. 442); and

(3) Defendants' "Amended Motion to Dismiss in Part the United States' Supplemental Complaint" (ECF No. 801).

The other Plaintiffs' claims remain live. This case shall therefore **REMAIN OPEN**.

- 2 -

**So ORDERED and SIGNED this 6th day of March 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |