**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>EDDIE BERNICE JOHNSON, et al.,<br><br>    *Plaintiff-Intervenors,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Action:  Lead Case] |

**PLAINTIFFS' OPPOSED MOTION TO ENTER
PRETRIAL SCHEDULING ORDER**

Plaintiffs respectfully request that the Court enter the following pre-trial scheduling order.  Plaintiffs and Defendants conferred regarding the relief requested in this motion and Defendants indicated that they are in agreement with all dates except the proposed 7-day deadline for amendment of complaints following the Court's ruling on the pending motion to dismiss.  Doc. 848.  Defendants indicated that they would file a separate motion to request a specific date for amendment of complaints, without respect to whether the Court has ruled on the pending motion to dismiss.  This motion is therefore opposed in part and unopposed in part.

The proposed schedule is as follows:

**7 days** from the Court's ruling on State Defendants' First Amended Motion to Dismiss (Doc. 848):  Deadline for all plaintiffs to file amended complaints.

**March 21, 2025**:  Deadline to supplement initial disclosures and discovery responses; fact discovery re-opens for newly-disclosed individuals and documents.

**March 31, 2025**: Deadline to disclose supplemental expert reports, along with at least two dates the rebuttal expert is available for deposition; expert discovery reopens.

**April 16th, 2025**: Deadline to disclose rebuttal expert reports, along with at least two dates the rebuttal expert is available for deposition.

**April 25, 2025**: Close of discovery; parties confer regarding potential motions *in limine*; parties exchange potential joint exhibits.

**May 2, 2025**: Parties file pretrial materials, including Rule 26(a)(3) disclosures, motions *in limine*, and joint pretrial order; deliver expert witness report binders to chambers of each judge.

**May 9, 2025**: Parties file objections to Rule 26(a)(3) disclosures and responses to motions *in limine*.

**May 14, 2025**:  Parties file pre-trial briefs and stipulated facts.

**May 17, 2025**: Plaintiffs serve their first week's witness list with witness order. Thereafter, all parties (including Defendants) will serve their witness order one week in advance.

**May 20, 2025**: Final pretrial conference and hearing on motions *in limine*.

**May 21, 2025**: First Day of Trial.

**Trial will be held on the following days:**

Wednesday May 21 through Saturday May 24

Tuesday May 27 through Saturday May 31

Wednesday June 4 through Saturday June 7

Additional trial days as ordered by the Court

**Respectfully submitted;**

**For LULAC Plaintiffs:**

*/s/*
_____
Nina Perales
Fátima Menéndez
Julia Longoria
SABRINA RODRIGUEZ
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
nperales@maldef.org
fmenendez@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

**For Gonzales Plaintiffs:**

*/s/*
_____
Abha Khanna*
Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

David R. Fox*
Richard A. Medina*
Elias Law Group
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law
rmedina@elias.law

Renea Hicks
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

*Admitted *pro hac vice*

**For MALC Plaintiffs:**

*/s/*
_____
George (Tex) Quesada
Sean J. McCaffity
Sommerman, Mcaffity, Quesada & Geisler,
L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
quesada@textrial.com
smccaffity@textrial.com

Joaquin Gonzalez
Attorney at Law
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@malc.org

**For Plaintiff Martinez Fischer:**

*/s/*
_____
Martin Golando
The Law Office of Martin Golando, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
martin.golando@gmail.com

**For Plaintiff Texas NAACP:**

*/s/*
_____
**Lindsey B. Cohan**
**Dechert LLP**
**515 Congress Avenue, Suite 1400**
**Austin, TX 78701**
**(512) 394-3000**
**lindsey.cohan@dechert.com**

**Sofia Fernandez Gold***
**Marlin David Rollins-Boyd***
**Lawyers' Committee for Civil**
**Rights Under Law**
**1500 K Street, Suite 900**
**Washington, DC 20005**
**(202) 662-8600**
**sfgold@lawyerscommittee.org**
**drollins-boyd@lawyerscommittee.org**

**Neil Steiner***
**Dechert LLP**
**1095 Avenue of the Americas**
**New York, NY 10036**
**(212) 698-3822**
**neil.steiner@dechert.com**

**Robert Notzon**
**The Law Office of Robert Notzon**
**1502 West Avenue**
**Austin, Texas 78701**
**(512) 474-7563**
**robert@notzonlaw.com**

**Gary Bledsoe**
**The Bledsoe Law Firm PLLC**
**6633 Highway 290 East #208**
**Austin, Texas 78723-1157**
**(512) 322-9992**
**gbledsoe@thebledsoelawfirm.com**
*Attorney only as to claims related to State*
*Senate and State House plans*

**Anthony P. Ashton***
**Janette M. Louard**
**NAACP OFFICE OF THE GENERAL**
**COUNSEL**
**4805 Mount Hope Drive**
**Baltimore, MD 21215**
**(410) 580-5777**
**aashton@naacpnet.org**
**jlouard@naacpnet.org**

**\*Admitted *pro hac vice***

**For Fair Maps Plaintiffs:**

*/s/*
Hilary Harris Klein*
Mitchell Brown*
Southern Coalition for Social Justice
5517 Durham Chapel Hill Boulevard
Durham, NC 27707
(919) 323-3380
hilaryhklein@scsj.org
mitchellbrown@scsj.org

Patrick Stegemoeller*
Asian American Legal Defense and
Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
pstegemoeller@aaldef.org

PAUL D. BRACHMAN*
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street NW
Washington, DC 20006
(202) 223-7440
pbrachman@paulweiss.com

David A. Donatti
Ashley Harris
Thomas Buser-Clancy
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org

4

Yurij Rudensky*
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
rudenskyy@brennan.law.nyu.edu

*Admitted *pro hac vice*

**For Brooks Plaintiffs:**

/s/
Chad W. Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines*
P.O. Box 50093
Fort Worth, TX 76105
(817) 714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 51
Helnea, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
6417 N. Figueroa Street, #10
Los Angeles, California 90042
Telephone: (732) 610-1283

sonniwaknin@gmail.com

*Admitted *pro hac vice*

**For Plaintiff-Intervenors:**

/s/
Gary Bledoe
The Bledsoe Law Firm PLLC
6633 Highay 290 East #208
Austin, TX78723
(512) 322-992
gbledsoe@thebledsoelawfirm.com

Nickolas A. Spencer
Spencer & Associates, PLLC
9100 Southwest Freeway, Suite 122
Houston, TX 77074
(713) 863-1409
nas@naslegal.com

**For Defendants:**
/s/
RYAN G. KERCHER
Chief, Special Litigation Division
Tex. State Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Tex. State Bar. No. 24118415

WILLIAM D. WASSDORF
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
(512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov

CERTIFICATE OF CONFERENCE

I certify that on March 6, 2025 and March 12, 2025, Plaintiffs conferred with State Defendants via email and video conference respectively regarding the relief requested in this motion. State Defendants indicated that they are in agreement with all dates except the 7-day deadline for amendment of complaints following the Court's ruling on the pending motion to dismiss. Doc. 848. State Defendants further indicated that they would file a separate motion to request a specific date for amendment of complaints. This motion is therefore opposed in part and unopposed in part.

/s/ Nina Perales
Nina Perales

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 12th day of March, 2025.

/s/ Nina Perales
Nina Perales