# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> *Plaintiffs*, <br> v. <br> GREG ABBOTT et al., <br><br> *Defendants*. | Civil Action No. 3:21-cv-00259 <br> (Lead Case) |
| FAIR MAPS TEXAS ACTION COMMITTEE, et al., <br><br> *Plaintiffs*, <br> v. <br> GREG ABBOTT et al., <br><br> *Defendants*. | Civil Action No. 3:21-cv-01038 <br> (Consolidated Case) |

**STIPULATION REGARDING PENDING RULE 12(C) MOTION**

Plaintiffs Fair Maps Texas Action Committee ("Fair Maps Plaintiffs")[1] and Defendants (together, the "Parties"), by and through counsel, hereby stipulate as follows:

WHEREAS Fair Maps Plaintiffs filed a Second Amended Complaint, Dkt. 502, and later a Supplemental Complaint, Dkt. 777, asserting intentional discrimination claims and racial gerrymandering claims under the United States Constitution, as well as claims under Section 2 of the Voting Rights Act;

WHEREAS Defendants filed a motion on May 28, 2024, pursuant to Rule 12(b), asking the Court to dismiss Fair Maps Plaintiffs' Section 2 and intentional discrimination claims, Dkts. 779, 794, which motion Fair Maps Plaintiffs opposed, Dkts. 788, 816;

WHEREAS Defendants subsequently filed a motion on February 15, 2025, asking the Court to dismiss the claims of several different plaintiffs, including the Fair Maps Plaintiffs' Section 2 and intentional discrimination claims, Dkt. 848, which motion Fair Maps Plaintiffs opposed, Dkt. 861; and

WHEREAS the Court entered an order on February 21, 2025, granting in part and denying in part Defendants' May 28 motion in which the Court granted Defendants' motion to dismiss Fair Maps Plaintiffs' Section 2 claims, but denied Defendants' motion to dismiss Fair Maps Plaintiffs' intentional discrimination claims, Dkt. 853;

Now, THEREFORE, the Parties stipulate and agree that:

1. Defendants' February 15 motion as to Fair Maps Plaintiffs' claims, Dkt. 848, has been mooted by the Court's February 21 order, Dkt. 853; and

---

[1] Plaintiffs in the consolidated action *Fair Maps Texas Action Committee v. Abbott*, No. 3:21-cv-01038 (W.D. Tex.).

2. Defendants' February 15 motion should be denied as moot as to Fair Maps Plaintiffs.

In light of the foregoing, the Parties respectfully request that the Court enter the proposed order attached hereto as Exhibit A denying as moot Defendants' February 15 motion only as it relates to Fair Maps Plaintiffs' claims.

Date: March 14, 2025

Respectfully submitted,

*/s/ Hilary Harris Klein*

<div style="display: flex;">

David A. Donatti
Texas Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org

Patrick Stegemoeller*
N.Y. State Bar No. 5819982
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013
pstegemoeller@aaldef.org

Hilary Harris Klein*
N.C. State Bar No. 53711
Mitchell Brown*
N.C. State Bar No. 56122
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
hilaryhklein@scsj.org
mitchellbrown@scsj.org

Yurij Rudensky*
New York Bar No. 5798210
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
Fax: (212) 463-7308
yurij.rudensky@nyu.edu

</div>

*Admitted pro hac vice*

COUNSEL FOR FAIR MAPS PLAINTIFFS

| | |
|---|---|
| KEN PAXTON<br>Attorney General | /s/ Ryan G. Kercher<br>RYAN G. KERCHER<br>Chief, Special Litigation Division |
| BRENT WEBSTER<br>First Assistant Attorney General | Tex. State Bar No. 24060998 |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | KATHLEEN T. HUNKER<br>Deputy Chief, Special Litigation Division<br>Tex. State Bar No. 24118415 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | WILLIAM D. WASSDORF<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24103022 |
| | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>will.wassdorf@oag.texas.gov |

3

## **CERTIFICATE OF SERVICE**

I certify that on March 14, 2025, the foregoing document was served on counsel of record via the Court's CM/ECF system.

<div align="right">

*/s/ Hilary Harris Klein*
Hilary Harris Klein

</div>