# EXHIBIT A

# Proposed Order

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> *Plaintiffs*, <br> v. <br> GREG ABBOTT et al., <br><br> *Defendants*. | Civil Action No. 3:21-cv-00259 <br> (Lead Case) |
| FAIR MAPS TEXAS ACTION COMMITTEE, et al., <br><br> *Plaintiffs*, <br> v. <br> GREG ABBOTT et al., <br><br> *Defendants*. | Civil Action No. 3:21-cv-01038 <br> (Consolidated Case) |

## [PROPOSED] ORDER

Pending before the Court is a stipulation filed by Plaintiffs Fair Maps Texas Action Committee ("Fair Maps Plaintiffs")[1] and Defendants (together, the "Parties") regarding Defendants' February 15, 2025 motion to dismiss. Dkt. 848. The Parties stipulate that the Court's February 21, 2025 order, Dkt. 853, moots Defendants' February 15, 2025 motion only as it pertains to Fair Maps Plaintiffs' claims.

Accordingly, per the Parties' stipulation, the Court denies as moot that portion of Defendants' February 15, 2025 motion seeking dismissal of Fair Maps Plaintiffs' claims. This

---

[1] Plaintiffs in the consolidated action *Fair Maps Texas Action Committee v. Abbott*, No. 3:21-cv-01038 (W.D. Tex.).

1

Order has no effect on those portions of Defendants' February 15, 2025 motion seeking dismissal of claims alleged by plaintiffs other than Fair Maps Plaintiffs.

**SO ORDERED.**

Date:  March _____, 2025

_____<br>UNITED STATES DISTRICT JUDGE