# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Action: Lead Case] |

## [PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' OPPOSED MOTION TO VOLUNTARILY DISMISS CLAIMS AND FOR LEAVE TO FILE THEIR FIFTH AMENDED COMPLAINT

Pending before the Court is LULAC Plaintiffs' Opposed Motion to Voluntarily Dismiss Claims and for Leave to File Their Fifth Amended Complaint. Dkt.___. Upon review of the request, the motion is GRANTED. The Clerk of Court is respectfully directed to enter LULAC Plaintiffs' Fifth Amended Complaint, Doc.___, Ex. A, onto the docket.

SO ORDERED and SIGNED this ____ day of _____ 2025.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Hon. Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | *-and-* | Hon. Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |