IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

### [PROPOSED] ORDER GRANTING MOTION TO DISMISS THE CLAIMS OF INTERVENOR-PLAINTIFFS EDDIE BERNICE JOHNSON AND SHEILA JACKSON LEE

Before the Court is the State Defendants' Motion to Dismiss the claims of deceased Intervenors Eddie Bernice Johnson and Sheila Jackson Lee. After due consideration of Defendants' Motion and applicable law, the Court finds that the Motion should be and hereby is GRANTED and DISMISSES 1) all claims related to the redistricting of Congressional District 18 and 2) any claims related to Congressional District 30 that are attributable solely to the now-deceased Representative Johnson.

So ORDERED and SIGNED this _____ day of _____, 2025.

 

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | -and- | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |