IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT et al., <br><br> *Defendants*. | Civil Action No. 3:21-cv-00259 <br> (Lead Case) |
| FAIR MAPS TEXAS ACTION COMMITTEE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT et al., <br><br> *Defendants*. | Civil Action No. 3:21-cv-01038 <br> (Consolidated Case) |

**STIPULATION OF DISMISSAL AS TO FAIR MAPS PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Fair Maps Texas Action Committee, OCA-Greater Houston, Emgage, Khanay Turner, Angela Rainey, Austin Ruiz, Aya Eneli, Sofia Sheikh, Niloufar Hafizi, Lakshmi Ramakrishnan, Amatullah Contractor, Deborah Chen, Arthur Resa, Sumita Ghosh, Anand Krishnaswamy, Peter Johnson, Zahra Syed, Chetan Reddy, Sankar Muthukrishnan, Christina Lu, Jason Zhang, Chris Leal, Ashley Washington, and Sarika Maheshwari ("Fair Maps Plaintiffs"), Defendants, and all other appearing parties in this consolidated action, by and through undersigned counsel, hereby stipulate that Fair Maps Plaintiffs' claims in the consolidated case Civil Action No. 3:21-cv-01038 (the "Fair Maps Action") shall be dismissed. Each party shall bear its own fees and costs with respect to Fair Maps Plaintiffs' claims and the Fair Maps Action.

1

Date: March 24, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

/s/ Ryan G. Kercher
RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Texas Bar No. 24118415

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Texas Bar No. 24103022

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

MARK A. CSOROS
Assistant Attorney General
Texas Bar No. 24142814

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov

Respectfully submitted,

/s/ Hilary Harris Klein

Hilary Harris Klein*
N.C. State Bar No. 53711
Mitchell Brown*
N.C. State Bar No. 56122
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
hilaryhklein@scsj.org
mitchellbrown@scsj.org

Yurij Rudensky*
New York Bar No. 5798210
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8310
Fax: (212) 463-7308
yurij.rudensky@nyu.edu

David A. Donatti
Texas Bar No. 24097612
Ashley Harris
Texas Bar No. 24078344
Thomas Buser-Clancy
Texas Bar No. 24123238
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
ddonnati@aclutx.org
aharris@aclutx.org
tbuser-clancy@aclutx.org

Patrick Stegemoeller*
N.Y. State Bar No. 5819982
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 Hudson Street, 12th Floor

kathleen.hunker@oag.texas.gov
william.wassdorf@oag.texas.gov
david.bryant@oag.texas.gov
kyle.tebo@oag.texas.gov
mark.csoros@oag.texas.gov

COUNSEL FOR STATE DEFENDANTS

/s/   Nina Perales
Nina Perales
Fátima Menéndez
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
nperales@maldef.org
fmenendez@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

COUNSEL FOR LULAC PLAINTIFFS


/s/   Chad W. Dunn
Chad W. Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines*
P.O. Box 50093
Fort Worth, TX 76105
(817) 714-9988
gainesjesse@ymail.com

New York, NY 10013
pstegemoeller@aaldef.org

COUNSEL FOR FAIR MAPS PLAINTIFFS

*Admitted pro hac vice


/s/  Sofia Fernandez Gold

Lindsey B. Cohan
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

Sofia Fernandez Gold*
Marlin David Rollins-Boyd*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
sfgold@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org

Neil Steiner*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com

Robert Notzon
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
robert@notzonlaw.com

Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
gbledsoe@thebledsoelawfirm.com

Molly E. Danahy*
P.O. Box 51
Helnea, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
6417 N. Figueroa Street, #10
Los Angeles, California 90042
Telephone: (732) 610-1283
sonniwaknin@gmail.com

*Admitted pro hac vice

COUNSEL FOR BROOKS PLAINTIFFS


/s/   David R. Fox

Abha Khanna*
Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

David R. Fox*
Richard A. Medina*
Elias Law Group
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law
rmedina@elias.law

Renea Hicks
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

*Admitted pro hac vice

COUNSEL FOR GONZALES PLAINTIFFS

*Attorney only as to claims related to State Senate and State House plans*

Anthony P. Ashton*
Janette M. Louard
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
aashton@naacpnet.org
jlouard@naacpnet.org

*Admitted pro hac vice

COUNSEL FOR TEXAS NAACP PLAINTIFFS


/s/   Martin Golando
Martin Golando
The Law Office of Martin Golando, PLLC
2326 W. Magnolia
San Antonio, Texas 78201
(210) 471-1185
martin.golando@gmail.com

COUNSEL FOR PLAINTIFF MARTINEZ FISCHER


/s/   Sean J. McCaffity
George (Tex) Quesada
Sean J. McCaffity
Sommerman, Mcaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
quesada@textrial.com
smccaffity@textrial.com

Joaquin Gonzalez
Attorney at Law
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@malc.org

COUNSEL FOR MALC PLAINTIFFS

*/s/   Nickolas A. Spencer*
Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, TX 78723
(512) 322-9992
gbledsoe@thebledsoelawfirm.com

Nickolas A. Spencer
Spencer & Associates, PLLC
9100 Southwest Freeway, Suite 122
Houston, TX 77074
(713) 863-1409
nas@naslegal.com

*COUNSEL FOR PLAINTIFF-INTERVENORS*

## CERTIFICATE OF SERVICE

I certify that on March 24, 2025, the foregoing document was served on counsel of record via the Court's CM/ECF system.

*/s/ Hilary Harris Klein*
Hilary Harris Klein