UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § § | |
| *Plaintiffs*, | § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

**ORDER GRANTING MALC'S MOTION FOR LEAVE TO AMEND**

The Mexican American Legislative Caucus ("MALC") has moved for leave to file a Third Amended Complaint.[1] MALC reports that Defendants "are opposed [to MALC's Motion] insofar as they believe that amendments should be closed, but understand that the Court had indicated a willingness to permit the amendments at the status conference held in El Paso on March 5, 2025."[2]

MALC filed its Motion before the March 20, 2025 deadline to file such motions, which the Court set by order on March 12, 2025.[3] Additionally, as far as the Court can tell, MALC's proposed pleading doesn't raise any claims that would clearly be futile under now-governing

---

[1] *See generally* Mot., ECF No. 882.

[2] *Id.* at 2.

[3] *See* Order Setting Deadline File Mots. Leave Amend, ECF No. 877, at 1 (ordering "that any Plaintiff Group that wishes to amend its pleadings before trial must move to do so before March 20, 2025").

- 2 -

precedent.[4]  The Court will therefore permit the proposed amendment over Defendants' objections.

The Court therefore **GRANTS** "Plaintiff MALC's Motion for Leave to Amend Complaint" (ECF No. 882).

The Clerk of Court **SHALL DOCKET** "Plaintiff MALC's Third Amended Complaint" (ECF No. 882-1) with its own unique docket number as MALC's operative pleading in this case.

The Court will rule on the other Plaintiff Groups' pending motions—as well as Defendants' pending Motions to Dismiss—in due course.

**So ORDERED and SIGNED this 24th day of March 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |

---

[4] *See generally* MALC's Proposed 3d Am. Compl., ECF No. 882-1.