UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § § | |

### ORDER DISMISSING FAIR MAPS PLAINTIFFS' CLAIMS

The Fair Maps Plaintiffs have stipulated to the dismissal of their claims in the above-captioned case.[1] The Court issues this Order to effectuate that stipulation.

The Court **DISMISSES** all claims that the Fair Maps Plaintiffs have asserted against Defendants in this case.

The Clerk of Court **SHALL DESIGNATE** each of the Fair Maps Plaintiffs as **TERMINATED PARTIES** on the Court's CM/ECF system. (The Clerk of Court may find a full list of the Fair Maps Plaintiffs at ECF No. 890, at 1.)

The Court **DISMISSES** *Fair Maps Texas Action Committee v. Abbott*, No. 1:21-cv-01038 (the "Fair Maps Action"), which the Court previously consolidated with the above-captioned case.[2]

---

[1] *See* Fair Maps Stipulation, ECF No. 890, at 1.

[2] *See* Order Consolidating Cases, ECF No. 16.

- 2 -

Solely with respect to the Fair Maps Plaintiffs' claims against Defendants and the Fair Maps Action, each party **SHALL** bear its own fees and costs.[3]

The other Plaintiffs' claims against Defendants remain live. The above-captioned case shall therefore **REMAIN OPEN**.

**So ORDERED and SIGNED this 24th day of March 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |

---

[3] *See* Fair Maps Stipulation at 1.