# EXHIBIT A



*Eddie Bernice Johnson*
*Member of Congress*
*Thirtieth District, Texas*

October 13, 2021

The Honorable Todd Hunter
Chairman, House Committee on Redistricting
Texas House of Representatives
P.O. Box 2910
Austin, TX 78768

Re: Texas 30th Congressional District

Dear Honorable Hunter:

I am a member of the United States Congress, representing Texas' 30th Congressional District. My district is about 16,000 above the mean number for Congressional Districts in Texas. I want to keep it largely intact. There is no reason to change the district under current circumstances, and any change should be one that comes from those with understanding of the constituents and the needs that must be met and that includes me as the Congressperson for the 30th Congressional District. Last time my district was drawn without my input, and it was cracked and packed in such a way to where courts in Texas and the District of Columbia comprised mostly of Republicans said it was illegal vote dilution.

Please include me in making any decisions about the 30th Congressional District. The courts have continually recognized it as a protected African-American opportunity seat and I would like to keep it that way.

I helped establish CD30 from its infancy and though it has been reconfigured many times in the past, in many different lines, I have worked to nourish and develop it through the years, making me uniquely qualified to understand it.

It goes without saying that I know the communities of interest, local political system, the district's economic engines, racial and ethnic groups, diverse businesses, and how they all fit together in ways to uniquely advance the interests of the 30th Congressional District. It is my intention to provide you with a map in the not too distant future, though I would appreciate you letting me know of any existing time obligations to provide my recommendations to you.

I know incumbent protection and maintaining cores of districts together are two accepted redistricting principles in Texas and hoping they are applied to my district consistent with the requirements of the Voting Rights Act.

Thank you.

Sincerely,

*Eddie Bernice Johnson*

Eddie Bernice Johnson
Member of Congress

**Harris County**
**U.S. Congressional Districts**
SEN. MILES STATEWIDE AMEND PLANC2116 (CSSB6)
**PLANC2131**

- County
- District

RedAppl: 5000
10/7/2021 3:38:26 PM

TLC

2020 Census
PLANC2131 10/7/2021 9:00:18 AM

Districts shown: 2, 7, 8, 9, 10, 14, 18, 22, 29, 36, 38

Counties shown: Grimes, Waller, Montgomery, Liberty, Chambers, Harris, Fort Bend, Brazoria, Galveston