IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>　*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br><br>[Consolidated Action:  Lead Case] |

## LULAC PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW FATIMA L. MENÉNDEZ AS COUNSEL IN THE CASE

Plaintiffs LULAC, *et al.,* ("LULAC Plaintiffs") respectfully move to withdraw Fátima L. Menéndez as counsel in this case.  Ms. Menéndez ended her employment with the Mexican American Legal Defense and Educational Fund (MALDEF) on April 1, 2025.  LULAC Plaintiffs will continue to be represented by Nina Perales, Julia Longoria, and Sabrina Rodriguez.

Accordingly, LULAC Plaintiffs respectfully request leave to withdraw Fátima L. Menéndez as counsel in this case.

Dated: April 9, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Fátima L. Menéndez*
　　　　　　　　　　　　　　　　　　　Nina Perales
　　　　　　　　　　　　　　　　　　　Fátima L. Menéndez
　　　　　　　　　　　　　　　　　　　Julia Longoria
　　　　　　　　　　　　　　　　　　　Sabrina Rodriguez

>Mexican American Legal Defense and Educational Fund (MALDEF)
>110 Broadway Street, Suite 300
>San Antonio, TX 78205
>Phone: (210) 224-5476
>Facsimile: (210) 224-5382
>Email: nperales@maldef.org
>Email: fmenendez@maldef.org
>Email: jlongoria@maldef.org
>Email: srodriguez@maldef.org
>
>*Counsel for LULAC Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 31, 2025, I conferred with all counsel by email, and none were opposed to this motion.

>*/s/ Fátima L. Menéndez*
>Fátima L. Menéndez

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 9th day of April, 2025.

>*/s/ Fátima L. Menéndez*
>Fátima L. Menéndez