AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| League of United Latin American Citizens, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00259-DCG-JES-JVB |
| Greg Abbott, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LULAC, et al., Plaintiffs.

Date:  04/14/2025

/s/ Ernest I. Herrera
*Attorney's signature*

Ernest I. Herrera, Bar No. 24094718
*Printed name and bar number*

634 S. Spring Street, 11th Floor
Los Angeles, CA 90014

*Address*

eherrera@MALDEF.org
*E-mail address*

(213) 629-2512
*Telephone number*

(213) 629-0266
*FAX number*