UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | **All Consolidated Cases** |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

**ORDER PROVISIONALLY GRANTING
MOTION FOR ADMISSION PRO HAC VICE**

Attorney Andrea E. Senteno has moved to appear *pro hac vice* on behalf of the LULAC Plaintiffs in this case.[1]

Ms. Senteno has previously appeared *pro hac vice* in at least one other case in this District.[2] The Western District of Texas's January 6, 2014 Standing Order regarding *pro hac vice* fees states that once an "attorney not admitted to the bar of this Court" has "represent[ed] a party in any matter pending before this Court," that attorney must comply with "the full and complete admissions requirements . . . set forth in Local Court Rule AT-1" if she "wishes to practice in this Court in subsequent matters."[3] "In plainer terms, once an attorney has appeared

---

[1] *See* Mot., ECF No. 912.

[2] *See id.* at 2; *see also* Text Order Granting Motion to Appear *Pro Hac Vice* for Andrea Senteno, *City of San Antonio v. Texas*, No. 5:17-cv-00489 (W.D. Tex. June 5, 2017).

[3] A copy of that Standing Order is available at https://www.txwd.uscourts.gov/wp-content/uploads/2022/12/Order-Regarding-Pro-Hac-Vice-Fees.pdf.

*pro hac vice* in the Western District of Texas, she must apply to become a member of the Western District of Texas's bar if she wishes to appear in another case in this District."[4]

The undersigned Judge's usual practice "when an attorney files a successive motion to appear *pro hac vice* in the Western District of Texas" is not to "deny that motion outright," but instead to "grant the motion subject to the condition that the attorney:"

(1) "applies for admission to the Court's bar by a specified date;"

(2) "pursues that application diligently;" and

(3) "pays the applicable *pro hac vice* application fee."[5]

The panel will follow that practice here.

The Court therefore **GRANTS** Andrea E. Senteno's "Motion for Admission *Pro Hac Vice*" (ECF No. 912) **IN PART**.

Ms. Senteno **SHALL APPLY** for admission to practice before the U.S. District Court for the Western District of Texas on or before **May 16, 2025**.

Ms. Senteno **SHALL PURSUE** that application diligently until the Court either admits her to practice or denies her application.

Should Ms. Senteno fail to comply with those directives, the Court shall remove her as counsel of record for the LULAC Plaintiffs in this case.

---

[4] *See, e.g., Cacho v. Am. Health Plans, LLC*, No. 3:23-CV-00372, 2024 WL 3041017, at *1 (W.D. Tex. Jan. 3, 2024) (Guaderrama, J.).

[5] *See, e.g., id.*

- 3 -

In the meantime, Ms. Senteno **MAY** represent the LULAC Plaintiffs *pro hac vice* in this case until the Court either admits her to practice before the Western District of Texas, denies her application for admission, or removes her as counsel of record for failure to comply with this Order.

If Ms. Senteno has not already done so, she **SHALL TENDER** the $100 *pro hac vice* application fee to the Clerk of Court immediately.

**So ORDERED and SIGNED this 15th day of April 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith**<br>**United States Circuit Judge**<br>**U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown**<br>**United States District Judge**<br>**Southern District of Texas** |