IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | Case No. 3:21-cv-00259 <br> [Lead Case] |

**STATE DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL**

Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson in her official capacity as Secretary of State of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants") file this Notice of Appearance of Counsel and hereby notifies the Court that Zachary W. Berg will appear as counsel in the above-captioned case along with counsel listed below. Mr. Berg is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block below.

| | |
|---|---|
| Date: April 16, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | RYAN G. KERCHER<br>Chief, Special Litigation Division<br>Texas Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | KATHLEEN T. HUNKER<br>Deputy Chief, Special Litigation Division<br>Texas Bar No. 24118415 |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | WILLIAM D. WASSDORF<br>Deputy Chief, General Litigation Division<br>Texas Bar No. 24103022 |

*/s/ Zachary W. Berg*
ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
Zachary.Berg@oag.texas.gov

COUNSEL FOR STATE DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on April 16, 2025.

*/s/ Zachary W. Berg*
ZACHARY W. BERG