UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants.* | EP-21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br><br> & <br><br> All Consolidated Cases |

**SUPPLEMENTAL PRETRIAL SCHEDULING ORDER**

The Court previously ordered parties to "deliver expert witness report binders to [the] chambers of each judge." ECF 880, at 3. Expert reports delivered thus far have been printed in black and white, making it difficult to understand color-coded exhibits within.

The Court therefore **ORDERS** the parties to deliver <u>color</u> copies of the same expert reports to the chambers of each judge by **May 8, 2025**. Judge Smith's copies should be delivered to 515 Rusk Street, Room 12621 U.S. Courthouse, Houston, TX 77002. The Court further **ORDERS** the parties to file PDF copies of the same reports to ECF by **May 3, 2025**.

_____
**JERRY E. SMITH**
**U.S. CIRCUIT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **David C. Guaderrama** <br> **Senior United States District Judge** <br> **Western District of Texas** | *-and-* | **Jeffrey V. Brown** <br> **United States District Judge** <br> **Southern District of Texas** |