IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 [Lead Case] |
| V. | § § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § § | |

**JOINT MOTION TO EXTEND DEADLINE TO EXCHANGE DEPOSITION DESIGNATIONS**

Plaintiffs, Plaintiff-Intervenors, and Defendants jointly request a brief extension of the Court's amended Pretrial Scheduling Order (Dkt. 880) as it related to the exchange of deposition designations. Pursuant to the Pretrial Scheduling Order, the current deadline to exchange deposition designations as part of the parties' Rule 26(a)(3) pretrial disclosures is May 2, 2025. The parties request a brief extension of the deposition designation exchange deadline to May 7, 2025. The parties request this extension in order that they may have the opportunity to review the witness lists that will be served by all parties on May 2, 2025, and determine whether and to what extent those disclosures impact the witnesses that shall be designated to testify by deposition. A commensurate extension of the deadline to exchange objections and counter-designations is also requested such that the deadline shall be extended from May 9, 2025 to May 14, 2025. No other deadline relating to the Rule 26(a)(3) pretrial disclosures shall be impacted by this request.

All parties to this litigation have conferred regarding this motion and all join in the motion.

Dated: May 2, 2025

Respectfully submitted,

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
Nina Perales
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
nperales@maldef.org

**For Gonzales Plaintiffs:**

*/s/ David R. Fox*
David R. Fox*
Elias Law Group
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law

**For MALC Plaintiffs:**

*/s/ George (Tex) Quesada*
George (Tex) Quesada
Sommerman, Mcaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
quesada@textrial.com

**For Plaintiff Texas NAACP:**

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
Chad W. Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

**For Plaintiff-Intervenors:**

*/s/ Gary Bledsoe*
Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highay 290 East #208
Austin, TX 78723
(512) 322-992
gbledsoe@thebledsoelawfirm.com

**For Defendants:**
*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division
Tex. State Bar No. 24060998

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
(512) 463-2100
ryan.kercher@oag.texas.gov


*Admitted *pro hac vice*

2

2

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing and all attachments was filed and served via the Court's electronic filing system on May 2, 2025.

/s/ Lindsey B. Cohan
Lindsey B. Cohan