IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* | § § § § § § § § § § | |
| *Plaintiffs,* | | Case No. 3:21-cv-00259 [Lead Case] |
| V. | | |
| GREG ABBOTT, *et al.*, | | |
| *Defendants.* | | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO EXCHANGE DEPOSITION DESIGNATIONS**

Pending before the Court is the Joint Motion to Extend Deadline to Exchange Deposition Designations. Upon review of the request, the motion is GRANTED.

So ORDERED and SIGNED this ___ day of _____, 2025.

_____
HON. DAVID G. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | -and- | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |