**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LULAC, *et al.*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>   *Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB<br>[Lead Case] |
| ROY CHARLES BROOKS, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT*,* in his official capacity as Governor of Texas, *et al.*,<br><br>   *Defendants.* | Case No.1-21-CV-00991-DCG-JES-JVB<br>[Consolidated Case] |

**BROOKS PLAINTIFFS' WITNESS LIST**

Brooks Plaintiffs designate the following witnesses they plan to call at trial. Many of the may call witnesses, if called at all, are likely to be called by deposition designation. Brooks Plaintiffs will disclose such designations under the schedule agreed to by the parties.

| Individual | May Call | Will Call |
|---|:---:|:---:|
| Eva Bonilla | X | |
| Phyllis Goines | X | |
| Felipe Gutierrez | X | |
| Deborah Spell | X | |
| Norma Cavazos | X | |
| Shirley Anna Fleming | X | |

1

| Individual | May Call | Will Call |
|---|---|---|
| Louie Minor, Jr. | X | |
| Sandra Puente | X | |
| Jose A. Reyes | X | |
| Lydia Alcalan | X | |
| Martin Saenz | X | |
| Representative Chris Turner | X | |
| Dr. Matt Barreto | | X |
| Dr. Tye Rush | | X |
| Dr. Morgan Kousser | | X |
| Devan Allen | | X |
| Michael Evans Sr. | | X |
| Bob Sanders | | X |
| Jeanette Martinez | | X |
| Maida Guillen | | X |

Brooks Plaintiffs do not, at the present time, intend to call the following witnesses but they reserve the right to do so.

| Individual | May Call | Will Call |
|---|---|---|
| Senator Beverly Powell | X | |
| Commissioner Roy Brooks | X | |
| Justice of the Peace Sergio de Leon | X | |
| Dr. Jeronimo Cortina | X | |
| Rick Svatora | X | |
| Garry Jones | X | |
| Senator Joan Huffman | X | |
| Anna Mackin | X | |
| Sean Opperman | X | |
| Senator Kel Seliger | X | |
| Senator Phil King | X | |
| Representative Todd Hunter | X | |

| Individual | May Call | Will Call |
|---|---|---|
| Kevin Sparks | X | |
| Todd Giberson | X | |
| Christina Adkins and Keith Ingram and/or their replacement/deputy | X | |
| Bruce Sherbet and/or their replacement | X | |
| Staci Decker and/or their replacement | X | |
| David Blackburn and/or their replacement | X | |
| Dr. John R. Alford | X | |
| Dr. Randy Stevenson | X | |
| David Falk | X | |
| Sen. Paul Bettencourt | X | |
| Sen. Kelly Hancock | X | |
| Rep. Andrew Murr | X | |
| Rep. Dan Huberty | X | |
| Rep. Bradley Buckley | X | |
| Rep. Ryan Guillen | X | |
| Rep. Jacey Jetton | X | |
| Rep. Brooks Landgraf | X | |
| Rep. JM Lozano | X | |
| Rep. Hugh Shine | X | |
| Rep. John Lujan | X | |
| Rep. Rafael Anchia | X | |
| Mark Bell | X | |
| Colleen Garcia | X | |
| Angie Flores | X | |
| Sharon Carter | X | |
| Jeffrey Archer | X | |
| Adam Foltz | X | |
| Adam Kinkaid | X | |
| Chris Gober | X | |
| Rep. Jasmine Crockett | X | |

| Individual | May Call | Will Call |
|---|---|---|
| Rep. Sheila Jackson Lee | X | |
| Candace Valenzuela | X | |
| Milton Lee | X | |
| June Jenkins | X | |
| Rep. Gene Wu | X | |
| Harold Vanarsdale | X | |
| Jeffrey Travillion | X | |
| Patricia Cabrera | X | |
| Domingo Garcia | X | |
| Abel Herrero | X | |
| Ramon Romero | X | |
| Jessica Mejia | X | |
| Lydia Camarillo | X | |
| Sal Espino | X | |

May 2, 2025

Respectfully submitted,

*/s/ Chad W. Dunn*
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
6015 Meadowbrook Drive
Fort Worth, Texas 76112
(817) 654-1161
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 51
Helena, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
6417 N. Figueroa Street, #10
Los Angeles, California 90042
732-610-1283
sonniwaknin@gmail.com


*Admitted *pro hac vice*

*Counsel for the Brooks Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that all counsel of record were served a copy of the foregoing this 2nd day of May 2025, by email.

/s/ Chad W. Dunn
Chad W. Dunn