UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB<br>[Lead Case] |
| ROY CHARLES BROOKS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.1-21-CV-00991-DCG-JES-JVB<br>[Consolidated Case] |

## *BROOKS* PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Declaration of Senator Kel Seliger (PI Motion Ex. 1) | | X |
| 2 | Declaration of Senator Beverly Powell (PI Motion Ex. 2) | | X |
| 3 | Sen. Powell Letter to Chair Huffman dated 10-30-2019 (PI Motion Ex. 2-A) | | X |
| 4 | Sen. Powell Letter to Chair Huffman dated 02-18-2020 (PI Motion Ex. 2-B) | | X |
| 5 | Materials to Chair Huffman (PI Motion Ex. 2-C) | | X |
| 6 | Declaration of Garry Jones (PI Motion Ex. 3) | | X |
| 7 | Map of ACS 2014-2018 5-Year Estimates (PI Motion Ex. 3-A) | | X |
| 8 | Sean Opperman Email re: Redistricting Dropbox Update dated 08-19-2021 (PI Motion Ex. 3-B) | | X |
| 9 | 2018-2019 ACS Maps (PI Motion Ex. 3-C) | | X |
| 10 | 2018-2019 ACS Racial Population Change Maps (PI Motion Ex. 3-D) | | X |

| | | | |
|---|---|---|---|
| 11 | Garry Jones Email to S. Opperman and A. Mackin re: Letter from Sen Powell to Sen Huffman dated 09-16-2021 (PI Motion Ex. 3-E) | | X |
| 12 | S. Opperman Reply Email, dated 09-17-2021 (PI Motion Ex.3-F) | | x |
| 13 | Full Senate Email re: Regarding concerns with proposed redraw of SD10 dated 09-18-2021 (PI Motion Ex. 3-G) | | X |
| 14 | Huffman Email Read Receipt (PI Motion Ex. 3-H) | | X |
| 15 | S. Opperman Email re: Map Release dated 09-18-2021 (PI Motion Ex. 3-I) | | X |
| 16 | Written Testimony re: 09-24-2021 Hearing (PI Motion Ex. 3-J) | | X |
| 17 | Powell Portal Submission, Part 1 (PI Motion Ex. 3-K, Part 1) | | X |
| 18 | Powell Portal Submission, Part 2 (PI Motion Ex. 3-K, Part 2) | | X |
| 19 | House Committee Email re: Concerns Regarding SB 4 and Proposed SD 10 dated 10-10-2021 (PI Motion Ex. 3-L) | | X |
| 20 | Full House Email re: Concerns regarding SB4 and proposed redraw of SD10 dated 10-14-2021 (PI Motion Ex. 3-M) | | X |
| 21 | Texas Demographic Center Report SD10 (PI Motion Ex. 3-N) | | X |
| 22 | Declaration of Eric Richard "Rick" Svatora (PI Motion Ex. 4) | | x |
| 23 | Svatora Notes (PI Motion Ex. 4-A) | | X |
| 24 | Declaration of Representative Chris Turner (PI Motion Ex. 5) | | X |
| 25 | Declaration of Mark P. Gaber (PI Motion Ex. 6) | | X |
| 26 | Mackin Exhibit Objections Email (PI Motion Ex. 6-A) | | X |
| 27 | Perez Racial Shading Exhibits, Part 1 (PI Motion Ex. 6-B, Part 1) | | X |
| 28 | Perez Racial Shading Exhibits, Part 2 (PI Motion Ex. 6-B, Part 2) | | X |
| 29 | Perez Racial Shading Exhibits, Part 3 (PI Motion Ex. 6-B, Part 3) | | X |
| 30 | Perez Racial Shading Exhibits, Part 4 (PI Motion Ex. 6-B, Part 4) | | X |
| 31 | Perez Racial Shading Exhibits, Part 5 (PI Motion Ex. 6-B, Part 5) | | X |
| 32 | Mackin Email dated 07-14-2021 (PI Motion Ex. 6-C) | | X |
| 33 | Gov. Abbott Letter to Sen. Keliger and Rep. Darby dated 04-18-2013 (PI Motion Ex. 6-D) | | X |
| 34 | Senate Redistricting Hearing Transcript (04-18-2013) (PI Motion Ex. 6-E) | | X |
| 35 | Senate Redistricting Hearing Transcript, Part 1 (05-30-2013) (PI Motion Ex. 6-F, Part 1) | | X |
| 36 | Senate Redistricting Hearing Transcript, Part 2 (05-30-2013) (PI Motion Ex. 6-F, Part 2) | | X |

| # | Description | | |
|---|---|---|---|
| 37 | Senate Journal, 06-14-2013, 2nd day continued, Addendum (PI Motion Ex. 6-G) | | X |
| 38 | Senate Journal, 06-14-2013, 3rd day (PI Motion Ex. 6-H) | | X |
| 39 | Senate Journal, 10-04-21, 3rd day (PI Motion Ex. 6-I) | | X |
| 40 | Senate Journal, 10-04-21, 4th day (PI Motion Ex. 6-J) | | X |
| 41 | Senate Journal, 10-04-21, 4th day Addendum (PI Motion Ex. 6-K) | | X |
| 42 | House Journal, 10-15-21, 6th day continued (PI Motion Ex. 6-L) | | X |
| 43 | House Journal, 10-15-21, 7th day (PI Motion Ex. 6-M) | | X |
| 44 | Report by Dr. Matt Barreto (PI Motion Ex. 7) | | X |
| 45 | Report by Dr. Jeronimo Cortina | | X |
| 46 | Declaration of Roy Charles Brooks (PI Motion Ex. 8) | | X |
| 47 | Declaration of Felipe Gutierrez (PI Motion Ex. 9) | | X |
| 48 | Declaration of Phyllis Goines (PI Motion Ex. 10) | | X |
| 49 | Declaration of Eva Bonilla (PI Motion Ex. 11) | | X |
| 50 | Declaration of Clara Faulkner (PI Motion Ex. 12) | | X |
| 51 | Declaration of Deborah Spell (PI Motion Ex. 13) | | X |
| 52 | Senate Redistricting Hearing Transcript (09-24-2021) (PI Motion Ex. 14) | | X |
| 53 | Senate Redistricting Hearing Transcript (09-25-2021) (PI Motion Ex. 15) | | X |
| 54 | Senate Redistricting Hearing Transcript (09-28-2021) ((PI Motion Ex. 16) | | X |
| 55 | Benchmark Plan Deviation Map ((PI Motion Ex. 17) | | X |
| 56 | Plan S2168 Map ((PI Motion Ex. 18) | | X |
| 57 | Plan S2168 Population Analysis (PI Motion Ex. 19) | | X |
| 58 | Plan S2168 District Population and VAP (PI Motion Ex. 20) | | X |
| 59 | Plan S2168 Incumbents by District (PI Motion Ex. 21) | | X |
| 60 | Plan S2168 ACS ((PI Motion Ex. 22) | | X |
| 61 | Plan S2168 2018 Election (PI Motion Ex. 23) | | X |
| 62 | Plan S2168 20 Election (PI Motion Ex. 24) | | X |
| 63 | Plan S2100 Benchmark Map (PI Motion Ex. 25) | | X |
| 64 | Plan S2100 District Population VAP (PI Motion Ex. 26) | | X |
| 65 | Plan S2100 ACS (PI Motion Ex. 27) | | X |
| 66 | Dallas/Fort Worth Hispanic VAP Benchmark Plan (PI Motion Ex. 28) | | X |
| 67 | Dallas/Fort Worth Hispanic VAP Plan S2168 ((PI Motion Ex. 29) | | X |
| 68 | Dallas/Fort Worth Black VAP Benchmark (PI Motion Ex. 30) | | X |
| 69 | Dallas/Fort-Worth Black VAP Plan S2168 (PI Motion Ex. 31) | | X |
| 70 | Alternative Plan 1 Maps (PI Motion Ex. 32) | | X |
| 71 | Alternative Plan 1 Population Data (PI Motion Ex. 33) | | X |
| 72 | Alternative Plan 1 ACS Data (PI Motion Ex. 34) | | X |
| 73 | Alternative Plan 1 2018 Election Data (PI Motion Ex. 35) | | X |

| # | Description | | |
|---|---|---|---|
| 74 | Alternative Plan 1 2020 Election Data (PI Motion Ex. 36) | | X |
| 75 | Alternative Plan 1 Incumbents by District PI Motion Ex. 37) | | X |
| 76 | Alternative Plan 2 Maps (PI Motion Ex. 38) | | X |
| 77 | Alternative Plan 2 Population (PI Motion Ex. 39) | | X |
| 78 | Alternative Plan 2 ACS Data (PI Motion Ex. 40) | | X |
| 79 | Alternative Plan 2 2018 Election Data (PI Motion Ex. 41) | | X |
| 80 | Alternative Plan 2 2020 Election Data (PI Motion Ex. 42) | | X |
| 81 | Alternative Plan 2 Incumbents by District (PI Motion Ex. 43) | | X |
| 82 | Declaration of Matt Barreto (PI Reply Motion Ex. 44) | | X |
| 83 | Plan S2168 and S2100 Population Overlap Report (PI Reply Motion Ex. 45) | | X |
| 84 | Alternative Plan 3 Maps (PI Reply Motion Ex. 46) | | X |
| 85 | Alternative Plan 3 Population Data (PI Reply Motion Ex. 47) | | X |
| 86 | Alternative Plan 3 ACS Data (PI Reply Motion Ex. 48) | | X |
| 87 | Alternative Plan 3 2018 Election Data (PI Reply Motion Ex. 49) | | X |
| 88 | Alternative Plan 3 2020 Election Data (PI Reply Motion Ex. 50) | | X |
| 89 | Alternative Plan 3 Incumbents by District (PI Reply Motion Ex. 51) | | X |
| 90 | Alternative Plan 3 Population Overlap with Plan S2168 (PI Reply Motion Ex. 52) | | X |
| 91 | Alternative Plan 3 Population Overlap with Plan S2100 (PI Reply Motion Ex. 53) | | X |
| 92 | Alternative Plan 4 Maps (PI Reply Motion Ex. 54) | | X |
| 93 | Alternative Plan 4 Population Data (PI Reply Motion Ex. 55) | | X |
| 94 | Alternative Plan 4 ACS Data (PI Reply Motion Ex. 56) | | X |
| 95 | Alternative Plan 4 2018 Election Data (PI Reply Motion Ex. 57) | | X |
| 96 | Alternative Plan 4 2020 Election Data (PI Reply Motion Ex. 58) | | X |
| 97 | Alternative Plan 4 Incumbents by District (PI Reply Motion Ex. 59) | | X |
| 98 | Alternative Plan 4 Population Overlap with Plan S2168 (PI Reply Motion Ex. 60) | | X |
| 99 | Alternative Plan 4 Population Overlap with Plan S2100 (PI Reply Motion Ex. 61) | | X |
| 100 | Rebuttal Report of Dr. Barreto | | X |
| 101 | Rebuttal Report of Dr. Cortina | | X |
| 102 | Text Messages of Lt. Governor Dan Patrick, Kevin Sparks, et al. | | X |
| 103 | Senate Plan Comments of James Beauchamp/MOTRAN | | X |
| 104 | Texas Demographic Center Presentation to Senate Select Redistricting Committee (Oct. 29, 2019) | | X |
| 105 | Dr. Barreto Curriculum Vitae | | X |
| 106 | January 23, 2022 Email Exchange Between Counsel Regarding Dr. Alford's EI Data | | X |

x

| | | | | |
|---|---|---|---|---|
| 107 | Plan C2163 Map Packet | | | |
| 108 | Plan C2163 County Map Hisp Shading | | | |
| 109 | Plan C2163 Statewide Map Hisp Shading | | | |
| 110 | Plan C2163 Reports (R116 R135 R225 R235 R240 R315 R340) | | | |
| 111 | Plan C2167 County Map Hisp Shading | | | |
| 112 | Plan C2167 Statewide Map Hisp Shading | | | |
| 113 | Plan 2167 Reports (R116 R135 R225 R235 R240 R315 R340) | | | |
| 114 | Plan C2193 County Map- Black Shading | | | |
| 115 | Plan C2193 County Map- Hisp Shading | | | |
| 116 | Plan C2193 - District Maps | | | |
| 117 | Plan C2193 - Statewide Map- Hisp Shading | | | |
| 118 | Plan C2193 - Reports (Rl16 R135 R225 R235 R240 R315 R340) | | | |
| 119 | Plan 2316- County Map- Black Shading | | | |
| 120 | Plan 2316- County Map- Hisp Shading | | | |
| 121 | Plan 2316- District Maps | | | |
| 122 | Plan 2316- Statewide Map- Black Shading | | | |
| 123 | Plan 2316- Statewide Map- Hisp Shading | | | |
| 124 | Plan H2316 Reports (R116, R225, R135) | | | |
| 125 | Plan H2316 Reports R235 | | | |
| 126 | Plan H2316 Reports R240 | | | |
| 127 | Plan H231- Reports R315 R340 | | | |
| 128 | Plan H2176 County Map- Hisp Shading | | | |
| 129 | Plan H2176-Report R340 - PopAnalysis | | | |
| 130 | Plan H2176 Reports Rl16 R135 R225 | | | |
| 131 | Plan H2176 Reports R235 R240 R315 R340T | | | |
| 132 | Plan H2176 Statewide Map- Hisp Shading | | | |
| 133 | Plan S2132 County Map – Black Shading | | | |
| 134 | Plan S212 County Map – Hisp Shading | | | |
| 135 | Plan S2132 District Maps | | | |
| 136 | Plan S2132 Reports (R116, R135, R225, R235, R240, R315, R340) | | | |
| 137 | Plan S2132 Statewide Map – Black Shading | | | |
| 138 | Plan S2132 Statewide Map – Hisp Shading | | | |
| 139 | Plan S2134 County Map – Black Shading | | | |
| 140 | Plan S2134 County Map – Hisp Shading | | | |
| 141 | Plan S2134 District Maps | | | |
| 142 | Plan S2134 Reports (R116, R135, R225, R235, R240, R315, R340) | | | |
| 143 | Plan S2134 Statewide Map – Black Shading | | | |
| 144 | Plan S2134 Statewide Map – Hisp Shading | | | |
| 145 | Plan S2168 County Map – Black Shading | | | |

| | | | |
|---|---|---|---|
| 146 | Plan S2168 Couty Maps – Black Shading | | |
| 147 | Plan S2168 District Maps | | |
| 148 | Plan S2168 Reports (R116, R135, R225) | | |
| 149 | Plan S2168 Reports (R240, R315, R340) | | |
| 150 | Plan S2168 Statewide Map – Black Shading | | |
| 151 | Plan S2168 Statewide Map – Hisp Shading | | |
| 152 | 2022 General Election Returns.csv | | |
| 153 | 2024 General Election Returns.csv | | |
| 154 | AG-22G.csv | | |
| 155 | Comptroller-22G.csv | | |
| 156 | Gov-22G.csv | | |
| 157 | LandComm-22G.csv | | |
| 158 | LtGov-22G.csv | | |
| 159 | Pres-24G.csv | | |
| 160 | SBOE1-24G.csv | | |
| 161 | SBOE10-24G.csv | | |
| 162 | SBOE11-24G.csv | | |
| 163 | SBOE15-24G.csv | | |
| 164 | StateRep17-22G.csv | | |
| 165 | StateRep17-24G.csv | | |
| 166 | StateRep24-22G.csv | | |
| 167 | StateRep30-24G.csv | | |
| 168 | StateRep32-24G.csv | | |
| 169 | StateRep43-24G.csv | | |
| 170 | StateRep44-22G.csv | | |
| 171 | StateRep44-24G.csv | | |
| 172 | StateRep53-22G.csv | | |
| 173 | StateRep53-24G.csv | | |
| 174 | StateRep58-24G.csv | | |
| 175 | StateRep68-24G.csv | | |
| 176 | StateRep71-22G.csv | | |
| 177 | StateRep71-24G.csv | | |
| 178 | StateRep74-22G.csv | | |
| 179 | StateRep74-24G.csv | | |
| 180 | StateRep75-22G.csv | | |
| 181 | StateRep80-24G.csv | | |
| 182 | StateRep96-24G.csv | | |
| 183 | StateRep97-22G.csv | | |
| 184 | StateRep97-24G.csv | | |
| 185 | StateRep118-22G.csv | | |
| 186 | StateRep118-24G.csv | | |

| | | | |
|---|---|---|---|
| 187 | StateSenS-22G.csv | | |
| 188 | StateSenS-24G.csv | | |
| 189 | StateSen17c22G:csv | | |
| 190 | StateSen17-24G.csv | | |
| 191 | StateSen18-22G.csv | | |
| 192 | StateSen19-22G.csv | | |
| 193 | StateSen20-22G.csv | | |
| 194 | StateSen21-22G.csv | | |
| 195 | StateSen27-22G.csv | | |
| 196 | StateSen27-24G.csv | | |
| 197 | SupCt2-24G.csv | | |
| 198 | SupCt3-22G.csv | | |
| 199 | SupCt4-24G.csv | | |
| 200 | SupCtS-22G.csv | | |
| 201 | SupCt6-24G.csv | | |
| 202 | SupCt9-22G.csv | | |
| 203 | USRep10-22G.csv | | |
| 204 | USRep10-24G.csv | | |
| 205 | USRep12-22G.csv | | |
| 206 | USRep12-24G.csv | | |
| 207 | USRep17-22G.csv | | |
| 208 | USRep17-24G.csv | | |
| 209 | USRep19-22G.csv | | |
| 210 | USRep23-24G.csv | | |
| 211 | USRep27-22G.csv | | |
| 212 | USRep27-24G.csv | | |
| 213 | USRep28-22G.csv | | |
| 214 | USRep28-24G.csv | | |
| 215 | USRep33-22G.csv | | |
| 216 | USRep33-24G.csv | | |
| 217 | USS-24G.csv | | |
| 218 | Voter Data_2022.csv | | |
| 219 | Voter Data_2024.csv | | |
| 220 | VTDs_24PG_Pop.txt | | |
| 221 | Expert Report of Dr. Matt A. Barreto | | |
| 222 | Rebuttal Report of Dr. Matt A. Barreto | | |
| 223 | Supplemental Expert report of Dr. Matt A. Barreto | | |
| 224 | Rebuttal Report of Dr. Matt A. Barreto | | |
| 225 | Dr. Matt A. Barreto CV April 2025 | | |
| 226 | Expert Report of Dr. Tye Rush | | |
| 227 | Dr. Tye Rush CV | | |

| | | | |
|---|---|---|---|
| 228 | Expert Report of Dr. Morgan Kousser | | |
| 229 | Declaration of Jose Reyes | | |
| 230 | Declaration of Clara Faulkner | | |
| 231 | Declaration of Eva Bonilla | | |
| 232 | Declaration of Felipe Guitierrez | | |
| 233 | Declaration of Martin Saenz | | |
| 234 | Declaration of Norma Anel Perez-Cavazos | | |
| 235 | Declaration of Phyllis Goines | | |
| 236 | Declaration of Deborah Spell | | |
| 236 | Declaration of Sandra Puente | | |
| 237 | Declaration of Lydia Alcalan | | |
| 237 | Declaration of Roy Charles Brooks | | |

    Brooks Plaintiffs also designate as exhibits all those exhibits they have included in the drive shared between Plaintiffs and Defendants that are proposed as joint exhibits. In the event a party objects to any exhibits in the shared drive, Brooks Plaintiffs intend to designate them as their individual exhibits.

May 2, 2025

Respectfully submitted,

/s/ Chad W. Dunn
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
6015 Meadowbrook Drive
Fort Worth, Texas 76112
(817) 654-1161
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 51
Helena, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
6417 N. Figueroa Street, #10
Los Angeles, California 90042
732-610-1283
sonniwaknin@gmail.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that all counsel of record were served a copy of the foregoing this 2nd day of May 2025, by email.

*/s/ Chad W. Dunn*
Chad W. Dunn