## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 [Lead Case] |
| V. | § § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § | |
| TEXAS STATE CONFERENCE OF THE NAACP, | § § § | |
| *Plaintiff,* | § § | Case No. 1:21-cv-01006 [Consolidated Case] |
| V. | § § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § § | |

### **PLAINTIFF MALC'S NOTICE OF SUBMISSION OF EXPERT REPORTS**

Pursuant to the Court's Supplemental Pretrial Scheduling Order dated May 1, 2025 (Dkt. 921), Plaintiff MALC hereby submits the expert reports that it intends to affirmatively rely on and submit as evidence at the upcoming trial in the above-captioned matter, scheduled to commence on May 21, 2025. The expert reports attached to this submission are as follows:

- Attachment A: Declaration of Dr. J. Morgan Kousser, dated June 1, 2022

- Attachment B: Rebuttal Expert Report of J. Morgan Kousser, dated August 8, 2022

- Expert Reports of Dr. Matthew Barreto and Dr. Tye Rush, as previously disclosed and served by the Brooks Plaintiffs. MALC Plaintiffs are relying on the Brooks Plaintiffs' filing the reports of these joint experts to avoid duplicative report filings.

Consistent with the Court's Order, color copies of the above-referenced expert reports were delivered to the chambers of each judge on May 2, 2025. MALC also reserves the right to rely on or submit as evidence in favor of its claims any opinions proffered by any other expert during the course of this trial, including those from any co-plaintiff experts filed with the Court.

    Respectfully submitted,

    SOMMERMAN, MCCAFFITY,
    QUESADA & GEISLER, L.L.P.

    */s/ Sean J. McCaffity*
    Sean J. McCaffity
    State Bar No. 24013122
    smccaffity@textrial.com
    George (Tex) Quesada
    State Bar No. 16427750
    Quesada@textrial.com
    3811 Turtle Creek Blvd., Suite 1400
    Dallas, Texas 75219-4461
    214-720-0720 (Telephone)
    214-720-0184 (Facsimile)

    -and-

    Joaquin Gonzalez
    State Bar No. 24109935
    1055 Sutton Dr.
    San Antonio, TX 78228
    jgonzalez@malc.org

    *ATTORNEYS FOR PLAINTIFF MALC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing and all attachments was filed and served via the Court's electronic filing system on May 2, 2025.

    *s/ Sean J. McCaffity*
    Sean J. McCaffity