UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, SERGIO MORA, BOBBIE GARZA-HERNANDEZ, <br><br> Plaintiffs <br><br> v. <br><br> STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity, and JOHN SCOTT, SECRETARY OF STATE OF TEXAS, in his official capacity, <br><br> Defendants. | Civil Action No. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br><br> 3:21-cv-00988-DCG-JES-JVB <br> [Consolidated Case] |

**PLAINTIFF MALC'S RULE 26(A)(3) PRETRIAL DISCLOSURES**

TO THE HONORABLE COURT:

COMES NOW Plaintiff Mexican American Legislative Caucus ("MALC") and serves these Rule 26(a)(3) Pretrial Disclosures. Plaintiff hereby presents the following:

(i.)   the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises; and

(ii.)  the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.

**RESPONSE:** MALC does not know the precise nature and scope of the testimony and evidence Defendants may seek to introduce at trial. Accordingly, MALC reserves the right to modify, amend, or supplement this witness list leading up to and through trial based on case developments, including without limitation the right to: (1) call its witnesses in any order; (2) not call one or more witnesses; (3) call live or by deposition any witness identified on Defendants' witness list and any witness necessary to rebut Defendants' case, arguments, and/or evidence, and/or to authenticate or lay the foundation for the introduction of documents to which Defendant objects; (4) reasonably

supplement or amend this Witness List through and including the time of trial to the extent permitted by the Court; (5) introduce deposition testimony as impeachment evidence; or (6) change a witness from a live witness to a witness testifying by deposition, and vice versa. MALC also reserves the right to supplement or modify this witness list in response to rulings made by the Court. MALC's identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Defendants.[1]

| **Witness Name** | **Address and Phone Number** | **Will Call** | **May Call** | **Live vs. Deposition** |
|---|---|---|---|---|
| Rep. Rafael Anchia | c/o Tex Quesada<br>Sommerman, McCaffity, Quesada & Geisler, LLP<br>214-720-0720<br><br>(All known address information was previously provided or the members of MALC are to be contacted through counsel) | X | | Live |
| Rep. Joe Moody | | X | | Live |
| Rep. Eddie Morales | | | X | Live |
| Rep. Mary Gonzalez | | | X | Live |
| Rep. Claudia Ordaz | | X | | Live |
| Rep. Ramon Romero | | X | | Live |
| Rep. Armando Walle | | X | | Live |
| Rep. Christina Morales | | | X | Live |
| Rep. Penny Morales Shaw | | | X | Live |

---

[1] Pursuant to the parties' agreement, the parties will exchange deposition designations as required under Federal Rule of Civil Procedure 26(a)(3) for any witnesses testifying by deposition on May 7, 2025.

| Name | Contact | | | Testimony |
|---|---|---|---|---|
| Rep. Ana Hernandez | | | X | Live |
| Rep. Gene Wu | | | X | Live |
| Rep. Mary Ann Perez | | | X | Live |
| Rep. Chris Turner | | X | | Live |
| Sergio Mora | | | X | Live |
| Bobbie Garza-Hernandez | | | X | Live |
| Candace Valenzuela | Contact information provided in previous June 10, 2022 Supplemental Disclosure of DOJ | | X | Depo |
| Rep. Todd Hunter | c/o State Defendants | X | | Depo |
| Dr. Morgan J. Kousser | *See* Expert Disclosures | X | | Live |
| Dr. Matt Barreto | *See* Expert Disclosures | X | | Live |

As noted above, MALC Plaintiffs reserve the right to call any witness identified on any other parties' witness list as a potential witness and, thus, each witness should be properly characterized as a "may call" witness. To the extent there are witnesses disclosed on other witness lists that MALC will definitively call that are not otherwise listed above, MALC will disclose those witnesses when it files its weekly witness lists pursuant to the Court's March 19, 2025 Scheduling Pre-Trial Scheduling Order.

(iii.)  an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.

**RESPONSE:** MALC's Preliminary Trial Exhibit List is set forth in **Exhibit A** attached hereto. MALC reserves the right to introduce in evidence any documents identified by Defendants or any other plaintiff in their Pre-Trial Disclosures and to introduce additional documents as rebuttal or impeachment evidence.

MALC's list of trial exhibits does not include demonstrative exhibits, which will be identified

and exchanged at a mutually agreeable time prior to trial. MALC will serve its objections to Defendants' trial exhibit list and any additional trial exhibits in accordance with the Court's Pretrial Scheduling Order.

Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.

<u>/s/ Sean J. McCaffity</u>
Sean J. McCaffity
State Bar No. 24013122
smccaffity@textrial.com
George (Tex) Quesada
State Bar No. 16427750
Quesada@textrial.com
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
214-720-0720 (Telephone)
214-720-0184 (Facsimile)

-and-

Joaquin Gonzalez
State Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@malc.org

*ATTORNEYS FOR PLAINTIFF MALC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed and served via the Court's electronic filing system on May 2, 2025.

<u>/s/ Sean J. McCaffity</u>
Sean J. McCaffity