UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, SERGIO MORA, BOBBIE GARZA-HERNANDEZ, <br><br> Plaintiffs <br><br> v. <br><br> STATE OF TEXAS, GREG ABBOTT, et al. <br><br><br> Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 3:21-cv-00259-DCG-JES-JVB [Lead Case] <br><br> 3:21-cv-00988-DCG-JES-JVB [Consolidated Case] |

## PLAINTIFF MALC'S RULE 26(A)(3) EXHIBIT LIST

COMES NOW Plaintiff MALC and files its Trial Exhibit List. At the trial of this case, Plaintiff may offer into evidence one or more of the following:

Plaintiff MALC reasonably anticipates introducing the following items into evidence. This list is a good faith attempt to list those items which may be introduced in Plaintiff's case in chief:

| **Exhibit** | **Description** | **Identifier** | **Objections?** | **Offered/Admitted?** |
|---|---|---|---|---|
| MALC.1 | MALC Organizational Bylaws | https://malc.org/bylaws/ | | |
| MALC.2 | MALC Mission Statement | https://malc.org/about/ | | |
| MALC.3 | Declaration of Armando Walle | MALC_Declarations 0001-0002 | | |

| | | | | |
|---|---|---|---|---|
| MALC.4 | Declaration of Christina Morales | MALC_Declarations 0003-0004 | | |
| MALC.5 | Declaration of Claudia Ordaz | MALC_Declarations 0005-0006 | | |
| MALC.6 | Declaration of Eddie Morales | MALC_Declarations 0007-0008 | | |
| MALC.7 | Declaration of Joe Moody | MALC_Declarations 0009-0010 | | |
| MALC.8 | Declaration of Mary Gonzalez | MALC_Declarations 0011-0012 | | |
| MALC.9 | Declaration of Penny Morales Shaw | MALC_Declarations 0013-0014 | | |
| MALC.10 | Declaration of Rafael Anchia | MALC_Declarations 0015-0016 | | |
| MALC.11 | Declaration of Ramon Romero Jr. | MALC_Declarations 0017-0018 | | |
| MALC.12 | Declaration of Vincent Perez | MALC_Declarations 0019-0020 | | |
| MALC.13 | Declaration of Bobbie Garza-Hernandez | | | |
| MALC.14 | Expert Report and CV of Morgan Kousser | | | |
| MALC.15 | Rebuttal Expert Report of Morgan Kousser | | | |

| | | | | |
|---|---|---|---|---|
| MALC.16 | May 20, 2022 Expert Report and CV of Matt Barreto | | | |
| MALC.17 | June 15, 2022 Supplemental Expert Report of Matt Barreto | | | |
| MALC.18 | March 31, 2025 Supplemental Expert Report of Matt Barreto | | | |
| MALC.19 | April 16, 2025 Rebuttal Expert Report of Matt Barreto | | | |

Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.

*/s/ Sean J. McCaffity*
Sean J. McCaffity
State Bar No. 24013122
smccaffity@textrial.com
George (Tex) Quesada
State Bar No. 16427750
Quesada@textrial.com
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
214-720-0720 (Telephone)
214-720-0184 (Facsimile)

-and-

Joaquin Gonzalez
State Bar No. 24109935
1055 Sutton Dr.

San Antonio, TX 78228<br>
jgonzalez@msgpllc.com

*ATTORNEYS FOR PLAINTIFF MALC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing instrument was filed and served via the Court's electronic filing system on May 2, 2025.

<u>/s/ Sean J. McCaffity</u><br>
Sean J. McCaffity