# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

   *Plaintiffs*,

v.

GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,

   *Defendants*.

CIVIL ACTION NO.
3:21-cv-00259-DCG-JES-JVB
[Consolidated Lead Case]

## TREY MARTINEZ FISCHER'S WITNESS LIST

| Individual | May Call | Will Call |
|---|---|---|
| Trey Martinez Fischer | X | |