# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Lead Case] |

## TREY MARTINEZ FISCHER'S EXHIBIT LIST

| Exhibit No. | Document Description | Offered | Admitted |
|---|---|---|---|
| 1 | Trey Martinez Fischer Standing Declaration | | |
| 2 | PLAN C 2129 Map | | |
| 3 | PLAN C 2129 Map Report Package | | |
| 4 | PLAN C 2129 Map Report Package 87s3 | | |
| 5 | PLAN C 2129 R202 | | |
| 6 | PLAN C 2129 R350 87s3 | | |
| 7 | PLAN C 2129 R116 ACS1519 | | |
| 8 | PLAN C 2129 R116 ACS1721 | | |