## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>    *Plaintiffs,*<br><br>EDDIE BERNICE JOHNSON, *et al.*,<br>    *Plaintiff-Intervenors,*<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br>    *Defendants.* | EP-21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br><br>&<br><br>All Consolidated Cases |

### STATE DEFENDANTS' NOTICE OF FILING EXPERT REPORTS

In response to the Court's Supplemental Pretrial Scheduling Order (ECF. No. 921), Defendants Greg Abbott, in his official capacity as Governor of Texas; Jane Nelson in her official capacity as Secretary of State of Texas; Dave Nelson, in his official capacity as Deputy Secretary of State; and the State of Texas (collectively "State Defendants") file the reports of State Defendants' expert witnesses in this matter. The expert reports submitted with this filing are as follows:

**I. Dr. John Alford**

    A. Expert Report, July 18, 2022

    B. Supplemental Report, March 31, 2025

    C. Rebuttal Report, April 16, 2025

**II. Dr. Sean P. Trende**

    D. Expert Report, July 23, 2022

    E. Supplemental Report, April 1, 2025

    F. Rebuttal Report, April 17, 2025

In response to the Court's request for "color copies," the State printed color copies of each of Dr. Sean Trende's expert reports and mailed them to the chambers of each judge as instructed. However, the State asks that the Court and parties take notice that Dr. Alford's expert reports were created using only grayscale images and printed copies are black and white. If additional printed copies of Dr. Alford's reports are required, the State is happy to comply.

Date:  May 2, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
COUNSEL FOR STATE DEFENDANTS

Respectfully submitted,

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division

DAVID BRYANT
Senior Special Counsel

ZACHARY L. RHINES
Special Counsel

MUNERA AL-FUHAID
Special Counsel

ZACHARY W. BERG
Special Counsel

ALI M. THORBURN
Assistant Attorney General

KYLE S. TEBO
Special Counsel

MARK A. CSOROS
Assistant Attorney General