# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br> & <br> All Consolidated Cases |

## **LULAC PLAINTIFFS' NOTICE OF FILING OF EXPERT WITNESS REPORTS**

Pursuant to the Court's Supplemental Pretrial Scheduling Order dated May 1, 2025 (Dkt. 921), Plaintiffs LULAC, *et al.*, hereby file the expert reports upon which they intend to rely at trial. The expert reports attached to this submission are:

- Attachment A: Expert Report of Dr. Bernard Fraga
- Attachment B: Expert Reports of Dr. Maria Cristina Morales
- Attachment C: Expert Report of Dr. Rogelio Saenz
- Attachment D: Expert Report of Dr. Andres Tijerina

LULAC Plaintiffs further advise the Court that they sent, by Federal Express, binders containing color copies of the reports listed above. Although LULAC Plaintiffs sent the binders for delivery on Friday May 2, 2025, Federal Express notified LULAC Plaintiffs on May 2, 2025 that the delivery was delayed. *See* Exhibit E.

Date: May 2, 2025                                                                 Respectfully submitted,

1

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA 90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA 95814
(916) 444-3031
kpolicarpio@maldef.org

*Counsel for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 2nd day of May, 2025.

*/s/ Nina Perales*
Nina Perales