# EXHIBIT B

**Expert Report on Behalf of MALDEF**
*League of United Latin American Citizens, et al v. Greg Abbott, et al*
**Case No. 3:21-CV-00259-DCG-JES-JVB**
Second Supplemental Expert Report of Dr. Maria Cristina Morales March 31, 2025

### Introduction

1.  My name is Dr. Maria Cristina Morales, and I am over the age of eighteen (18) years. I have never been convicted of a crime and am fully competent to express the opinions below. The following facts are within my personal and professional knowledge and are true and correct.

2.  I am a Professor of Sociology in the Department of Sociology and Anthropology at the University of Texas at El Paso (for identification purposes only). I have been employed at University of Texas at El Paso for nineteen years and previously served as an Assistant Professor of Sociology at the University of Nevada Las Vegas. I teach undergraduate classes in Introduction to Sociology, International Migration, Mexicans and Chicanos in the U.S., and Measures of Inference (statistics), and Social Inequality. At the graduate-level, I teach Advance Measures of Inference (statistic course), Migration, Borders, and Professionalization and Grant Writing.

3.  I received my Ph.D. from Texas A&M University in 2004 with examination fields in General Demography and Race and Ethnicity. I have published numerous journal articles, book chapters, commentaries and book reviews, along with an edited book on the border, and the first and second edition of a monograph examining the demographic patterns of Latinos in the U.S. I have presented at professional conferences on topics such as the U.S.-Mexico border and immigration trends, policing, occupation and labor trends of Latinos, and the experiences of women on both sides of the U.S.-Mexico border. Throughout many

of my published pieces, I have utilized U.S. census data to examine Latino demographic trends, linguistic occupation segregation of bilinguals, Latino dropout rates, demography of race and ethnic groups in the U.S., wage returns, and demographic characteristics of neighborhoods along the U.S.-Mexico border. Additionally, I have used other quantitative data sources to study racial and citizenship profiling, delinquency, family violence, among others.

4. The Mexican American Legal Defense and Educational Fund has retained me on behalf of plaintiffs as an expert witness in the matter currently before the court. I am being paid a fee of $150 per hour plus reasonable expenses for my work.

5. I was retained to examine and offer my opinions regarding the demographic characteristics of demonstrative districts offered by LULAC Plaintiffs in this case.

6. My observations of the total population of the demonstrative districts are based on the U.S. 2020 Decennial Census.

7. My observations of socioeconomic status are based upon a review of data from the American Community Survey (ACS) 2019-2023 5-year Estimates, U.S. Census 2020, and the Texas Legislative Council (2014-2024). Specifically, on:

   a. % HS Diploma – Table B15002: Sex by Educational Attainment for the Population 25 Years and Over (ACS 5-year Estimates, 2019-2023).

   b. % Renter Households–Table: B25003: Tenure (ACS 5-year Estimates, 2019-2023).

   c. Per Capita Income – Table: B19301 Per Capita Income in the Past 12 Months (ACS 5-Year Estimates, 2019-2023).

   d. Poverty Rate (200% of the federal poverty level) – Table S1701_C01: Poverty Status in the Past 12 Months by Age (ACS 5-year Estimates, 2019-2023).

    e.   Households where languages other than English are spoken at home – Table B16004 (ACS 5-year Estimates, 2019-2023).

    f.   Housing cost burden (renter and homeowner) (spent more than 30 percent of income on housing) costburd_30 – Table B25106: (ACS 5-year Estimates, 2019-2023).

    g.   Overcrowded housing (more than 1 person per room) –Table B25014 (ACS 5-year Estimates, 2019-2023).

    h.   Census 2020 Self-Response Rate (total percentage of housing units counted in the 2020 Census, categorized by whether they were self-responded to or enumerated by a census taker) – (U.S. Census 2020).

    i.   Average general election registered voter turnout (2014-2024) (Texas Legislative Council, 2014-2024).

8. This report presents a social and economic index, based on the indicators outlined in #7, to describe the community of interest (COI) considerations of LULAC Plaintiffs' demonstrative districts. Social class or a group's economic status is an important determinant of people's life trajectories.  In the contemporary history of the U.S., social class issues are among the most important for both the development and the maintenance of a group's position.[1] Social class is measured in different ways.[2] In this report I used the indicators listed in #7, which can be categorized as social (i.e., average general election registered voter turnout, Census 2020 self-response rate, and households where languages other than English are spoken in the home) and economic (i.e. education, poverty, per capita

---

[1] Farkas, Zoltán. 2022. "Social Position and Social Status: An Institutional and Relational Sociological Concept." Human Studies 45, 417-445. Wilson, William Julius. 2022. *The Declining Significance of Race: Blacks and the Changing American Institutions*. The University of Chicago Press.
[2] Hass, Jeffrey K. 2020. *Economic Sociology: An Introduction*. Second edition. Oxford: Routledge.

income, percent renter, overcrowded housing, and housing cost burden). Table 1 outlines the reasons why the indicators in #7 were selected for the index.[3]

| Table 1: Index Indicators and Rationale | | |
| --- | --- | --- |
| Categories | Indicators | Rationale |
| Economic | **Per capita income**: Aggregated income (earnings, interests, dividends, and net rental income, Social Security income, Supplemental Security Income, Public Assistance Income, Retirement Income, and Other types of Income) divided by the total population of a specific area. | Represents the average income of each person in a specific area. |
| | **Poverty**: The Census Bureau computes poverty levels based on set income thresholds that vary based on family size and composition. | The federal poverty line does not provide an accurate picture of how many people are in poverty. The U.S. Census Bureau recognizes this and provides a measure that captures 200 percent of the federal poverty level to better estimate how many people are living in poverty. |
| | **Education**: Percent High School diploma or GED is a measure of educational attainment that captures all of those who have a high school diploma and above (i.e. bachelors, masters, doctorate, professional degrees). | Having at least a high school diploma is necessary to enter higher paying occupations, have a stable income, and reduces the chances of falling into poverty. |
| | **Renter:** The percent of residents that do not own their home. | This is an important variable as home ownership is among the most common ways to accrue wealth in the U.S. |

---

[3] https://censusreporter.org/topics/

| | | |
|---|---|---|
| | | Additionally, based on my expertise, renters change residences more often than homeowners, so this is also a measure of stability in a community. |
| | **Overcrowding**: More than one person per room in a household. | Overcrowded households signals inadequate housing, a strain on the housing market, and/or high housing costs. Overcrowding influences physical (i.e, the spreading of infectious disease) and mental health, and can put a strain on social relationships. |
| | **Housing cost burden**: 30% or more of household income is spent on rent or monthly owner costs. | If the housing cost burden is high it means that the residents have less disposable income for other necessities. |
| Social | **Language**: Percent of households that speak languages other than English. | Language usage is an important cultural indicator that develops a sense of community. |
| | **Census 2020 Self-Response Rate** (total percentage of housing units counted in the 2020 Census, categorized by whether they self-responded or were enumerated by a census taker). | If the Census response rate is high, it indicates that residents are civically engaged. If the Census response rate is low it is indicative of underserved hidden populations. |
| | **Average general election registered voter turnout**: Based on data from the Texas Legislative Council, 2014-2024. | This indicator is included to capture an aspect of civic participation. A district with higher voter turnout indicates that respondents are civically involved in opportunities to improve their well-being. |

9. This index developed in this report offers a more comprehensive measure of socioeconomic status than a single variable can provide, enabling a more holistic and straightforward

interpretation of overall patterns. As such, the index includes multidimensional measures of collective well-being to better assess the socio-economic conditions in the demonstrative districts. The index is based on ranked and summarized deciles to provide a relative ranking of the socioeconomic status of census tracts in relation to the entire State of Texas. Each indicator, at the tract level, is ranked by decile statewide. Specifically, all the census tracts in Texas were ranked relative to each other and assigned a numeric value of 1 to 10. The index score represents the sum of the decile rankings for all indicators in a tract. Census tracts are color-coded on a continuous scale, from dark purple shades representing the lowest index score and, therefore, typically more affluent or socioeconomically advantaged, to yellow scores representing the highest index score and typically most socioeconomically disadvantaged tracts in the state of Texas. For example, a high index score (yellow) represents tracts among the lowest percentage of a high school diploma, Census 2020 self-response rate, and average general election registered voter turnout, and among the highest renter households, poverty rates, households that speak languages other than English, overcrowding, and housing cost burdened. The analysis focuses on Congressional Districts 6, 27, and 38; House Districts 44, 129, and 138; State Board of Education 6; and Senate Districts 9 and 25.

## House Districts (HD)

### House District 44

Demography and Geography: House District 44 has a total population of 201,269 and is in Central Texas, encompassing the geographic areas of Caldwell, Guadalupe, Hays, and Travis Counties. Below, I identify the common characteristics that HD 44 community shares.

Socioeconomic Index Score Within Community and Neighboring Tracts: The HD 44 community exhibits mid-level index scores throughout, indicating its socioeconomic ranking falls in the middle of all Texas tracts. Specifically, the index range of HD 44 goes from middle-lower to middle-high. HD 44 has moderate levels of socioeconomic well-being, i.e., average levels of education, income, poverty, percentage of languages other than English, and housing stressors, as well as civic involvement. The census tracts in Seguin share similar population sizes and comparable socioeconomic characteristics with tracts along Interstate 35. HD 44 connects Seguin to areas in the north that exhibit similar socioeconomic characteristics. The index scores outside of HD 44 are distinct in that these regions have among the lowest index scores and, therefore, are among the most affluent areas in Texas, compared to the majority of census tracts within HD 44.

## House District 129

Demography and Geography: The total population for HD 129 is 185,023, which is in Harris County. Below, I identify the common characteristics that HD 129 community shares.

Socioeconomic Index Score Within Community and Neighboring Tracts: Overall index scores for HD 129 fall within the mid-level range, encompassing both mid-low and mid-high values. Therefore, this demonstrative district represents a community that is ranked in the middle of Texas in terms of socioeconomic status. The index rankings of HD 129 represent around medium socioeconomic status (SES), so they do not represent the lowest nor the highest SES. So these tracts have mid-level ranges of social characteristics, i.e., average general election registered voter turnout (2014-2024), Census 2020 self-response rate, and households with languages other than English, and in the middle range of economic characteristics, i.e., educational level, renter households, per capita income, poverty rate, housing cost burden, and overcrowded housing. To

the south of HD 129, there are few census tracts with a low index; however, these regions have lower population densities and, therefore, have fewer people. Regarding the census tracts <u>outside</u> of HD 129, the southern half of HD 129 is surrounded by census tracts that are ranked among the most affluent in the State of Texas.

## House District 138

Demography and Geography: HD 138 is in Harris County, with a total population of 193,293. Below, I identify the common characteristics that HD 138 community shares.

Socioeconomic Index Score Within Community and Neighboring Tracts: The HD 138 community overwhelmingly shares index scores at the high end of the scale, indicating that this community ranks among the lowest in terms of socioeconomic status in the entire state. Census tracts in HD 138 face significant economic challenges, i.e., low educational levels, low per capital income, high poverty rate, high percentage of households where languages other than English are spoken, high housing stressors (percent renter households, overcrowding, and housing cost burden), and low civic involvement. There are some census tracts inside HD 138 to the north and center-west that have slightly more favorable index scores, however, these areas have lower population densities. As such, the HD 138 community index scores are higher and above average, indicating that HD 138 represents a community with socioeconomic needs that surpass most areas in Texas. In sharp contrast, census tracts adjacent and <u>outside</u> of HD 138 to the west and southeast of HD 138, have among the highest socioeconomic levels in the entire state.

## Senate Districts (SD)

### Senate District 9

Demography and Geography: Senate District 9 has a total population of 894,960 and is in Tarrant and Dallas Counties. Below, I identify the common characteristics that SD 9 community shares.

Socioeconomic Index Score Within Community and Neighboring Tracts: Most of the tracts in SD 9 share very high index scores and, therefore, are among the lowest-ranked areas in Texas in terms of socioeconomic status. Therefore, SD 9 faces significant economic challenges, including low educational attainment, low per capita income, high poverty rates, a high percentage of households with languages other than English, high housing stress (characterized by renter households, overcrowding, and housing cost burden), and low civic participation. The census tracts between Tarrant and Dallas Counties have lower index scores; however, these areas are characterized by low population density. SD 9 connects the most socioeconomically deprived areas in Tarrant and Dallas Counties. In sharp contrast, the census tracts neighboring and outside of SD 9 are ranked among the highest in socioeconomic status in the state.

### Senate District 25

Demography and Geography: The total population of Senate District 25 is 903,905, encompassing the area of South and Central Texas, including portions of Bastrop, Bexar, Comal, Caldwell, Guadalupe, Hays, and Travis Counties. Below, I identify the common characteristics that SD 25 community shares.

Socioeconomic Index Score Within Community and Neighboring Tracts: The SD 25 region shares index scores that are above average, indicating that this area ranks in the middle to lower positions

in terms of socioeconomic status in the State of Texas. Therefore, the tracts in SD 25 approximate the average but are still low in terms of education, per capita income, and civic engagement (Census response rate and registered voter turnout), and approximate the average but are still high in terms of housing stress (like percent renter, overcrowding, and housing burden), as well as the social characteristics of speaking languages other than English. The tracts connecting portions of Bexar and Travis Counties have lower indices but low population density. The areas with higher population density, such as Seguin, New Braunfels, and Kyle, have low index scores that are consistent with the rest of SD 25. This signals that most of the population in SD 25 shares socioeconomic characteristics. In sharp contrast, the census tracts outside and neighboring SD 25 are overwhelmingly among the most affluent areas in the state of Texas, particularly to the west and southeast of SD 25.

## State Board of Education District (SBOE)

### State Board of Education District (SBOE) 6

Demography and Geography: State Board of Education District 6 is in Harris County and has a total population of 1,909,856. Below, I identify the common characteristics that SBOE 6 community shares.

Socioeconomic Index Score Within Community and Neighboring Tracts: The census tracts in SBOE 6 are uniformly among the highest index scores, indicating that they represent some of the most disadvantaged areas in terms of socioeconomic status in Texas. As such, the SBOE 6 consists of tracts with low levels of educational attainment, low per capita income, high poverty rates, a high percentage of households where a language other than English are spoken in the home, high housing stress (characterized by renter households, overcrowding, and housing cost burden), and

low civic engagement. Some census tracts in the far west of SBOE 6 are slightly less disadvantaged, but they are less populated. Outside and surrounding SBOE 6 are tracts ranking on the extreme opposite in terms of socioeconomic status, ranking among the most prosperous areas in the entire State of Texas.

## Congressional Districts (CD)

### Congressional District (CD) 6

Demography and Geography: Congressional District 6 has a total population of 766,987 and is in the Dallas and Tarrant Counties. Below, I identify the common characteristics that CD 6 community shares.

Socioeconomic Index Score Within Community and Neighboring Tracts: The index scores in CD 6 consistently rank among the highest in the State of Texas, indicating that the area faces significant economic challenges. In particular, the index reveals that overall, these tracts have among the lowest educational levels, per capita income, and civic engagement, and are among the highest in terms of poverty rates, percentage of households that speak a language other than English, and housing stress. Tarrant and Dallas Counties are among the most socioeconomically disadvantaged areas in the state and are densely populated, whereas those areas in between that have low index scores, or are more affluent, are less densely populated areas. Overall, most of the tracts in CD 6 rank among the most socioeconomically disadvantaged areas in the entire state. In stark contrast, areas outside and neighboring CD 6 rank among the most affluent in the whole state of Texas.

## Congressional District (CD) 27

<u>Demography and Geography</u>: The total population for Congressional District 27 is 766,987, located in South and Central Texas, encompassing portions of Nueces, San Patricio, Bee, Goliad, Karnes, Gonzales, Caldwell, Bastrop, Travis, and Williamson counties. Below, I identify the common characteristics that CD 27 community shares.

<u>Socioeconomic Index Score Within Community and Neighboring Tracts</u>: The community of CD 27 shares mid-range index scores, indicating that its census tracts rank at moderate levels of socioeconomic stability in Texas. Specifically, the index reveals that overall, these tracts have levels of educational attainment, per capita income, poverty rates, percentage of households that speak a language other than English, housing stress (percent renter, overcrowded housing, and housing cost burden), and civic engagement (self-response rate to Census 2020 and general election register voter turnout) that are around average in the state. The district unites communities in the north-south corridor from South Austin to Corpus Christi as these areas share moderate socioeconomic rankings. <u>Outside</u> of and neighboring CD 27, most census tracts have low indices representing affluent areas in Texas.

## Congressional District (CD) 38

<u>Demography and Geography</u>: Congressional District 38, located in Harris County, has a total population of 766,987. Below, I identify the common characteristics that CD 38 community shares.

<u>Socioeconomic Index Score Within Community and Neighboring Tracts</u>: The community of CD 38 has scores that are above average, indicating a moderate to low level of socioeconomic status in Texas. In particular, the index reveals that overall, these tracts have moderately low educational

levels, per capita income, and civic engagement and moderately high poverty rates, percentage of households that speak a language other than English, and housing stress. In contrast, the areas outside and surrounding CD 38 are predominantly among the most affluent.

I state under penalty of perjury that the foregoing is true and correct.

Executed on: March 31, 2025

Maria Cristina Morales, Ph.D.

**Rebuttal to Sean P. Trende's Report**
***League of United Latin American Citizens, et al v. Greg Abbott, et al***
**Case No. 3:21-cv-00259-DCG-JES-JVB**
**<u>Supplemental and Amended Expert Report</u>**
**<u>of Dr. Maria Cristina Morales</u>**
**August 1, 2022**

1.  Summary of Opinions

In Mr. Sean P. Trende's report, under the "summary of opinions," he states that "[t]he plaintiffs' alternative maps' ' represent "stitch together non-compact minority populations from disparate areas of the region" (p.7). In this rebuttal report, I will address this concern by using demographic data and urbanization (the processes whereby cities grow), to demonstrate the compactness of the population in the alternative maps Additionally, since my supplemental report, LULAC Plaintiffs have made slight revisions to one of their demonstrative districts: House District 44.[1] This report provides updated demographic information for HD44 as well as a corrected appendix for the supplemental report. *See* Appendix A.

2.  My opinions are based upon a review of the LULAC Plaintiffs' demonstrative new districts based on 2016-2020 American Community Survey 5-year Estimates on:

    a.  % Renter –Table: B25003: TENURE

    b.  % HS Diploma –Table B15002: SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER

    c.  % LEP (Limited English Proficiency) – Table B16005: NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER

    d.  % Poverty (Below Poverty Level) – Table B17020: POVERTY STATUS IN THE PAST 12 MONTHS BY AGE

---

[1] All references in this rebuttal to House District 44 are to the updated version of this demonstrative district.

    e.  % Unemployed (of those within the Labor Force) –Table B23001: SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER

    f.  % Per Capita Income

3.    This report provides demographic information about the population in LULAC Plaintiffs' demonstrative districts. I make observations regarding the following socioeconomic characteristics of the people in each demonstrative district: (1) a population and race and ethnicity overview including the total population, citizen voting age population by race and ethnicity, and percentage of Limited English Proficient persons and (2) a socioeconomic profile including indicators of education, poverty, occupancy renters, and unemployment. The analysis focuses on Congressional Districts 27, 37, and 38; House Districts 44, 129, and 138; State Board of Education 6; and Senate Districts 9 and 28.

4.    Updated Demonstrative Districts from LULAC Plaintiffs

Since my supplemental report, LULAC Plaintiffs have offered slight updates to one of their demonstrative districts:  House District 44.  As in my supplemental report, I am including a description of the demographics of that district.

### House District 44

<u>Population and Race and Ethnicity</u>.The population in HD44 is 201,269 of which the Latino citizen of voting age population is 52.3 percent. The racial distribution for the remainder of the citizen voting age population is 39.10 percent Anglo, 5.8 percent Black, and 1.40 percent Asian. Most of HD44 is English proficient as 0 to 16.67 percent of the population are limited English proficient (LEP).

<u>Socioeconomic Status</u>. To determine socioeconomic status it is necessary to analyze a range of factors beyond income.  *See* Appendix B.  One such factor is educational attainment.  The map

on the Percent High School Diploma or Better for HD44 shows that most of the population in this HD are located in regions where 83.40 percent or more of the population have a high school diploma or higher.  To a lesser extent, it also includes census places where 66.7 to 83.4 percent of the population have at least a high school diploma (i.e. parts of Seguin, Redwood, Martindale, San Marcos, Kyle, Uhland, Mustang Ridge). In and around the vicinity of the cities of Uhland and Mustang Ridge there are communities where between 50 to 66.7 percent of the population at least have a high school diploma. There are no regions where less than 50 percent of the population have a high school diploma.  The percent renter or the percent of occupied housing units that are being rented is another indicator of socioeconomic status.   The overwhelming majority of individuals in HD44 reside in areas where 0 to 25 percent of the population are renting vs. owning their homes.  The percent unemployment is largely below 7.5 percent for HD44, but there is an area south of Redwood where the unemployment is 7.5 to 10 percent.  The percent living below poverty for HD44 is generally 5 to 15 percent.  The majority of HD44 has a per capita income between $20,000 to $40,000.

5.     Demonstration of Minority Districts (Rebuttal to Section F of Mr. Trende's report).

        a.     Below is a summary table that shows the total population and Latino citizen voting age population, and highlights some of the common socio-economic characteristics of the people living within the LULAC Plaintiffs' demonstration districts.

| Table 1. Latino majority and compactness in Congressional Districts. | | | | |
|---|---|---|---|---|
| **District** | **Pop.** | **Geography** | **% Latino CVAP** | **Highlights of Demographic and Socioeconomic Characteristics** |
| HD44 | 201,269 | South/Central Texas | 52.30 | • Unemployment generally below 7.5 percent<br>• Per capita income mostly below $30,000<br>• Largely English proficient<br>• Majority of regions have a percent of rentership that is below the Texas-wide average. |
| HD129 | 185,023 | Harris County | 51.20 | • Nearly all regions have per capita income that is below the Texas-wide average<br>• Mostly has percent with diploma at levels near or above Texas average<br>• LEP mostly 33 percent or below |
| HD138 | 193,293 | Harris County | 51.5 | • Majority have per capita income below $30,000;<br>• Unemployment mostly below 7.5%;<br>• Predominantly 33.4% or below renters;<br>• Nearly all population below Texas average of percent diploma;<br>• Percent LEP above Texas average. |
| SD9 | 894,960 | Dallas and Tarrant Counties | 50.2 | • Comparable, low to low-moderate levels of unemployment;<br>• Low- and low-moderate levels of LEP. |
| SD28 | 903,905 | South/Central Texas | 51.7 | • Mostly per capita income of $30,000 and below;<br>• Unemployment mostly below 10%; |

| | | | | |
|---|---|---|---|---|
| | | | | • Percent renters below Texas average;<br>• Largely 66.7% & above have diplomas;<br>• Majority LEP 33% and below. |
| ED6 | 1,909,856 | Harris County | 50.3 | • Nearly all below Texas average of per capita income;<br>• Mostly percent renters below Texas average. |
| CD27 | 766,987 | South/Central Texas. | 50.40 | • Similarities in percent diploma with high to high-moderate levels;<br>• Most of the area has less than 5% unemployment which is comparable to the Texas average.<br>• Largely 5 to 15 percent poverty;<br>• Mostly per capita income of $20,000 to $40,000. |
| CD37 | 766,987 | Dallas and Tarrant Counties | 52.50 | • Generally per capita income $40,000 or less;<br>• Mostly percentages of high school diploma 50 percent or above;<br>• Percent renters largely above Texas average. |
| CD38 | 766,987 | Harris County | 51.70 | • Majority of per capita income below $30,000;<br>• Similarities in unemployment being . below 7.5.<br>• H.S. diploma or above generally over 50%. |

b.    Next, I turn to my response to Section F of Mr. Trende's report.

1.    Failure to address the demonstrative districts offered by the LULAC Plaintiffs

Although Mr. Trende briefly acknowledges that my prior reports "evaluate alternative

maps for Dallas/Ft. Worth, Houston, and southeastern Texas," Trende Report at 115, his report

fails to include any analysis regarding the demonstrative districts offered by LULAC Plaintiffs in those areas, and also fails to even acknowledge—much less analyze—the other demonstrative districts proposed by LULAC Plaintiffs (HD44, SD28, and CD27).

2. Urbanization (population growth in cities that is reshaping and stretching urban spaces), metropolitanization (rural areas that are reclassified as metropolitan areas), and Dwindling Rural-Urban Divide

Mr. Trende's report also makes reference to demonstrative districts—offered by other plaintiff groups—that extend from urban centers to suburbs to rural areas, yet he does not make any assessments as to why this questions the legitimacy of the alternative maps. Here, I argue that processes of urbanization, metropolitanization—in addition to stagnant or low population growth in rural areas—blurred spatial and social boundaries that had typically separated urban from rural areas (for specific discussion on DFW and Houston see #3 and 4).

The joining of urban and rural areas in the demonstrative districts is necessary to meet population requirements for Senate and Congressional District maps. While Texas experienced a 14 percent population increase from 2010 to 2020 (*i.e.*, 25,145,561 to 29,145,505), most of the growth in Texas is concentrated in urban areas and is driven by natural increase and migration.[2] The growth in urban areas in turn is transforming the state's largest metropolitan areas into urban growth hubs, while many rural areas are experiencing flat or negative population growth. The low and stagnant numerical population in rural Texas means that it is reasonable to combine rural with urban areas to achieve representation in the Senate and Congressional Districts. Of course, this is not unique to Texas, as across the nation urbanization and expansion of

---

[2] White, S., Potter, L., You, H., Valencia, L., Jordan, J., Pecotte, B., & Robinson, S. (2017). Components of Population Change in Urban Texas. *Population*, *1*, 2015-2016.

metropolitan areas are merging urban and rural areas both spatially and socially.[3]  Nationally, small towns and thinly settled areas at the metropolitan fringe are becoming increasingly integrated within metropolitan areas, eroding the urban-rural divide.

Hays County, for instance, is in the rural-urban fringe that is undergoing suburbanization due to its proximity to Austin and San Antonio and it being the home to Texas State University. Further, processes of metropolitanization— that is, the process where rural areas are reclassified as metropolitan areas—incorporated Redwood and Martindale into the Austin Metropolitan Area.  Both Redwood and Martindale have small populations, 4003 and 1,253, respectively, according to the 2020 Census.  They are both examples of how urban areas are absorbing rural communities as they are both part of the Austin Metropolitan Metropolitan Area.  Similarly, Guadalupe County has been absorbed into the San Antonio Metropolitan Area.

Moreover, the rural-to-urban migration of young people for higher education and employment opportunities has been firmly established and widely researched for decades.[4] Answering the concerns of rural communities in Texas to retain their population, the Rural Youth Community Survey (RYCS) was administered to 305 11th grade students in rural high schools across Texas.  Students who are planning on migrating to urban areas after their high school graduation said that community attachment is an incentive to return to their home communities.[5]  Consequently, mobility patterns in Texas can strengthen social ties between rural and urban areas and also blur cultural differences as young adults become the cultural brokers between rural and urban areas.

[3] Lichter, D. T., Brown, D. L., & Parisi, D. (2021). The rural–urban interface: Rural and small town growth at the metropolitan fringe. *Population, Space and Place, 27*(3), e2415.

[4] Theodori, A. E., & Theodori, G. L. (2015). The influences of community attachment, sense of community, and educational aspirations upon the migration intentions of rural youth in Texas. *Community Development, 46*(4), 380-391.

[5] Theodori, A. E., & Theodori, G. L. (2015). The influences of community attachment, sense of community, and educational aspirations upon the migration intentions of rural youth in Texas. *Community Development, 46*(4), 380-391.

Next, I address Mr. Trende's critique of LULAC Plaintiffs' demonstrative districts in Dallas/Ft. Worth, Houston, and southeastern Texas.

3. <u>Dallas and Tarrant Counties</u>

As shown in my prior reports, data from the American Community Survey demonstrates that Latino citizens of voting age are sufficiently numerous and compact to constitute a majority in districts in the alternative maps. Nevertheless, in Section F of his report ("Demonstrating Minority Districts"), Mr. Trende includes just one sentence about Latinos in Dallas County, and does not claim that Latinos in Dallas County are non-compact. (p. 117-118)  Mr. Trende's analysis of the Latino population in Tarrant County is similarly cursory: he has just one sentence, that claims Latinos are not compact in Tarrant County, although Mr. Trende's own Fig. 89 clearly provides a visualization of Latino compactness.  (p. 123)

Moreover, there are population characteristics that bind together Latino residents in Dallas and Tarrant Counties.  For example, a socio-economic characteristic that unifies SD9 is unemployment.  In the area in-between Dallas and Ft. Worth unemployment is mostly low (0 to 5%) which is comparable to the low and low-moderate levels of unemployment in the urban centers (i.e. Dallas and Ft. Worth).  There are also similarities in the percentage of limited English proficiency (LEP).  The area connecting the urban centers has low percentages of LEP (0-16.67%), and the urban centers have low-moderate levels (16.67- 33% and 33-50%).

CD37 also has several common characteristics.  Generally, the per capita income is $40,000 or less, including in both the rural and urban portions of the district.  Most of CD37 has percentages of high school diploma of 50 percent or above.  Additionally, in this district, the percent of renters are mostly above the Texas average of 37.7 percent.  Although less populous areas (rural to semi-rural) tend to be more affluent than the urban areas in CD37, the most

populous areas in CD37 share more socio-economic characteristics in common.  For instance, poverty levels—generally above 20%—are mostly above the Texas average (13.4%).  Also, the urban areas have LEP percentages, 16.67 to 50 percent, that are above the Texas average of 33 percent.

4. <u>Houston</u>

The demonstrative districts offered by LULAC Plaintiffs  reflect the urbanization and metropolitanization that has made Houston into an urban growth hub (see Section 1).

Indeed, there are common economic and social characteristics that unite HD129, which is entirely located in Harris County.  To begin with, nearly all the population in HD129 has per capita income that is $30,000 and below—which is under the Texas average of $32,177.  In terms of educational attainment, most of the areas in HD129 have percentages of high school diploma or higher that are at (83.4% and above) or approaching (66.7-83.4%) the statewide average of 84.4 percent.  Further, in HD129, the percentage of limited English proficient (LEP) is generally 33 percent or below.

HD138 is also entirely located within Harris County, and the area within the demonstrative district shares social and economic characteristics.  For example, the majority of HD138 has per capita income below $30,000, which is below the statewide average of $32,177.  Nearly all of HD138 has unemployment below 7.5 percent.  Further, HD138 has predominantly 33.4 or below percent of renters.

There are also commonalities in HD138 with respect to educational attainment.  For instance, all regions in HD138 have percentages of high school diploma (or above) that are below the Texas statewide average of 84.4 percent.  In regard to LEP, the majority of HD138 has percentages of LEP that are above the statewide average of 13.3 percent.

The areas in ED6 also share common socioeconomic characteristics. Nearly all the region has per capita income that is below the state average of $32,177. As another example, the percent renters in ED6 is below the Texas statewide average of 37.7 (i.e. 16.6% and below and 16.6 and 33.4%).

Finally, the areas in CD38 also share common socioeconomic. For example, the majority of CD38 has per capita income less than $30,000, which is below the Texas-wide average of $32,177. Additionally, most of CD38 has unemployment below 7.5 percent. As another example, a significant portion of CD38 has percentages in high school diploma or above that are 50 percent and above.

5. <u>South/Central Texas</u>

Economic and social indicators link the areas in HD44. For example, the majority of HD44 has per capita income between $20,000-$40,000, which hovers around the Texas state average ($32,177). The percent renters in HD44 are below the Texas state average of 37.7 percent, with ranges between 0 to 25 percent. Also, the unemployment in HD44 is generally below 7.5 percent. Further, most of HD44 is only 0 to 16.67 percent LEP.

SD28 is largely connected by five economic and social indicators. Nearly the entire SD28 district has per capita income of $30,000 and below which is less than the Texas average of $32,177. Almost all of SD28 has unemployment below 10 percent. Most of SD28 has percent renters that are below the state average of 37.7 percent. In particular, areas have 16.6 to 33.4 percent renters followed by 16.6 percent and below. An important socio-economic indicator is educational attainment. The majority of SD28 has 66.7 percent and above of high school diploma and beyond. Lastly, nearly the entire SD28 has a percentage of LEP that are 33 percent and below.

Congressional District 27 is connected through six socio-economic factors. CD27 shares educational characteristics with nearly all the areas in CD having 66.7 percent or higher percentage of high school diploma or better.  These levels include areas approaching (66.70 to 83.4%) and extending (83.4 and above) above the Texas average.  The percentage of renters is mostly below the statewide average of 37.7 with percentages between 16.0 to 33.40 percent.  Most of the population has less than 5 percent unemployment, which is less than or comparable to the Texas average of 5.3.  The majority of CD27 is 5 to 15 percent below poverty and the per capita income for CD27 is mostly between $20,000 to $40,000.  Culturally, CD27 is largely proficient in English, with almost all areas being 0 to 16.67 percent limited English Proficient.

I state under penalty of perjury that the foregoing is true and correct.

Executed on:  August 1, 2022

Maria Cristina Morales, Ph.D.

## Appendix A

The population and CVAP data in this report has been updated and verified. Below are the data corrections to my supplemental report:

### HD129

The total population for HD 129 is 185,023 and the percentage of Latino citizens of voting age is 51.20 percent. The remaining citizens of the voting age are 24.10 percent Anglo, 13.50 percent Black, and 9.60 percent Asian.

### HD 138

The total population for HD138 is 193,293 and the percentage of Latino citizens of voting age is 51.5 percent. The race and ethnic breakdown for the remaining citizen voting age population is 17.2 percent Anglo, 19.1 percent Black, and 11.4 percent Asian.

### SD 9

Senate District 9 has a total population of 894,960 and Latinos represent 50.2 percent of the citizen voting age population. The race and ethnic distribution for the citizen voting age of the remaining groups are: 25.5 percent Anglo, 20.5 percent Black, and 2.3 percent Asian.

### SD28

The total population of Senate District 28 is 903,905 and the Latino citizen voting age population is 51.7%. The race and ethnicity of the remaining citizen voting age population are 34.4 percent Anglo, 10.6 percent Black and 1.4 percent Asian.

State Board of Education District (ED) 6

State Board of Education District 6 has a total population of 1,909,856 and a Latino citizen voting age population of 50.3%. The citizen voting age population of other groups are: 21.4 percent Black, 19.8 percent Anglo, and 7.0 percent Asian.

## CD27

The total population for Congressional District 27 is 766,987. and the Latino citizen voting age population is 50.4 percent. The race and ethnic distribution across the citizen age population for the remaining groups are 36.0 percent Anglo, 9.10 percent Black, and 2.9 percent Asian.

## CD37

The total population of Congressional District 37 is 766,987 and the Latino citizen voting age population is 52.50 percent. The race and ethnic distribution for the citizen voting age of the remaining groups are: 27.4 percent Anglo, 16.3 percent Black, and 2.3 percent Asian.

## CD38

The total population of Congressional District 38 is 766,987 and the Latino citizen voting age population is 51.7 percent. The race and ethnic distribution for the citizen voting age of the remaining groups are: 20.6 percent Anglo, 20.7 percent Black, and 5.6 percent Asian.

13

## Appendix B:  SES Characteristics for Updated Texas House District 44















**Expert Report on Behalf of MALDEF**
***League of United Latin American Citizens, et al v. Greg Abbott, et al***
**Case No. 3:21-cv-00259-DCG-JES-JVB**
**<u>Supplemental and Amended Expert Report</u>**
**<u>of Dr. Maria Cristina Morales</u>**
**June 15, 2022**

**<u>Introduction</u>**

1. My name is Dr. Maria Cristina Morales and I am over the age of eighteen (18) years. I have never been convicted of a crime and am fully competent to express the opinions below. The following facts are within my personal and professional knowledge and are true and correct.

2. I am a Professor of Sociology in the Department of Sociology and Anthropology at the University of Texas at El Paso. I have been employed at University of Texas at El Paso for fifteen years and previously served as an Assistant Professor of Sociology at the University of Nevada Las Vegas. I teach undergraduate classes in International Migration, Mexicans and Chicanos in the U.S. Introduction to Sociology, and Social Inequality. At both graduate and undergraduate-levels, I teach Measures of Inference which is a statistics course.

3. I received my Ph.D. from Texas A&M University in 2004 with examination fields in General Demography and Race and Ethnicity. I have published numerous journal articles, book chapters, commentaries and book reviews, along with a monograph examining the demographic patterns of Latinos in the U.S., as well as presented papers on U.S.-Mexico border and immigration trends, occupation and labor trends of Latinos, and the experiences of women on both sides of the U.S.-Mexico border. Throughout many of my published pieces, I have utilized U.S. census data to examine Latino demographic trends,

linguistic occupation segregation of bilinguals, Latino dropout rates, demography of race and ethnic groups in the U.S., and wage returns.    Additionally, I have used other quantitative data sources to study racial and citizenship profiling, delinquency, family violence, among others.

4.    The Mexican American Legal Defense and Educational Fund has retained me on behalf of plaintiffs as an expert witness in the matter currently before the court.  I am being paid a fee of $150 per hour plus reasonable expenses for my work.

5.    I was retained to examine and offer my opinion regarding demographic characteristics of demonstrative districts offered by LULAC Plaintiffs in this case.

6.    My opinions are based upon a review of the demonstrative districts based on 2016-2020 American Community Survey 5-year Estimates on:

   a.    % Renter –Table: B25003: TENURE

   b.    % HS Diploma –Table B15002: SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER

   c.    % LEP (Limited English Proficiency) – Table B16005: NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER

   d.    % Poverty (Below Poverty Level) – Table B17020: POVERTY STATUS IN THE PAST 12 MONTHS BY AGE

   e.    % Unemployed (of those within the Labor Force) –Table B23001: SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER

   f.    % Per Capita Income

7.    This report provides demographic information of LULAC Plaintiffs' demonstrative districts. I make observations regarding the following socioeconomic characteristics in each demonstrative district: (1) a population and race and ethnicity overview including the total

population, citizen voting age population in Texas by race and ethnicity, and percentage of Limited English Proficient persons and (2) a socioeconomic profile including indicators of education, poverty, occupancy renters, and unemployment. The analysis focuses on Congressional Districts 27, 37, and 38, House Districts 44, 81, and 138, State Board of Education 6, and Senate Districts 9 and 28.

### House Districts (HD)

### House District 44

Population and Race and Ethnicity. House District 44 has a total population of 186,042 and a Latino citizen voting age population of 52.46 percent. It is located in Central Texas, including the geographic area including portions of Caldwell, Guadalupe, Hays and Travis counties. The citizen voting age population for the remaining race and ethnic groups include: 39 percent Anglo, 5.9 percent Black, and 1.2 percent Asian. Most of this population in HD44 are English proficient, residing in communities that are only between 0 to 16.67 percent limited English proficient. To a lesser extent, there are some census places with 16.67 to 33 percent of individuals that are limited English proficient (e.g., in and around the vicinities of Guadalupe, Martindale, Kyle, and Mustang Ridge).

Socioeconomic Status. Socioeconomic status is not solely about income, but also about other factors that can determine the level of pay or salary that individuals can make. One such factor is educational attainment. The map on the Percent High School Diploma or Better for HD44 shows that most of the population in this HD are located in regions where 83.40 percent or more of the population have a high school diploma or higher. To a lesser extent, it also includes census places where 66.7 to 83.4 percent of the population have at least a high school diploma (i.e. parts of Seguin, Redwood, Martindale, San Marcos, Kyle, Uhland, Mustang Ridge). In and around the vicinity of the cities of Uhland and Mustang Ridge there are communities where between 50 to 66.7 percent of the population at least have a high school. There are no regions where less than 50 percent of the population have a high school diploma or better. The percent renter or the percent of occupied housing units that are being rented is another indicator of socioeconomic status. The overwhelming majority of individuals in HD44 reside in areas where 16.60 to 33.4 percent of individuals are renting vs. owning their homes. The percent unemployment is largely below 7.5 percent for HD44, but there is an area south of Redwood where the unemployment is 7.5 to 10 percent. The percent living below poverty for HD44 is largely 5 to 15 percent. There are some smaller areas where the percent below poverty is below 10 percent distributed in the southern, middle, and northern part of HD44. The majority of HD44 has a per capita income of $30,000 and below.

3

## House District 129

Population and Race and Ethnicity. The total population for HD 129 is 185,082 and the percentage of Latino citizens of voting age is 51.15 percent.   The remaining citizens of the voting age are 24.1 percent Anglo, 13.5 percent Black, and 9.6 percent Asian.  The limited English proficient population in most of HD129 is 30 percent or less.

Socioeconomic Status. The population with a high school diploma or better in HD129 is largely over 66.7 percent or higher. The distribution for the percent below poverty in HD129 seems to represent an inverted bell-curve where there are concentrations with low poverty (0 to 5%) and high poverty (25 to 100%).  In regards to rental occupancy, there is a sizable portion of areas with low percentage of renters 0 to 25 to low-moderate 25 to 40 percentages.  Yet, there are areas that are 66 to 75 percent of renters that are spread throughout HD129.  The percent unemployment is largely below 7.5 percent, although there are some areas along Beltway 8 with high employment (10 to 100%).  In some areas, however, communities with low and high poverty reside close to each other.  The other below poverty categories, e.g. 5 to 10, 10 to 15, 15 to 20, and 20 to 25,  seem to be about equally represented and scattered throughout HD129. Nearly all of HD129 has a per capita income of $30,000 and below.

## House District 138

Population and Race and Ethnicity. The total population for HD138 is 195,717 and the percentage of Latino citizens of voting age is 51.35 percent.  It is located in the area of Harris county. The race and ethnic breakdown for the remaining citizen voting age population is 17.1 percent Anglo, 19.4 percent Black, and 11.3 percent Asian.  Most of the region is between 16.67 to 50 percent limited English proficient. HD138 also includes a region east of I-45 that is over 50 percent LEP.

Socioeconomic Status. Most of the population in HD138 resides in areas where over 50 percent of the population has a high school diploma or higher.  A smaller area west of I-45 has 33 to 50 percent of the population with a high school diploma or beyond.  There is a small community where the population with diplomas is 16.67 percent or below.  Most of HD138 has a low renter occupancy (33.4 percent or below), but there are smaller areas that are 33.4 to 50 percent and 83 percent and above in rentals.  The percent of the population that is unemployed in HD138 is low (0 to 5%) to low-moderate (5 to 7%).  The majority of HD138 is located in areas where the percent of the population below poverty is over 20 percent. There are some areas with 5 to 10 percent of people below poverty in the lower half of HD138 and one area that has poverty percentages below 5 in the center of HD138. Most of HD138 has a per capita income of $30,000 and below.

## <u>Senate Districts (SD)</u>

4

### Senate District 9

Population and Race and Ethnicity. Senate District 9 has a total population of 906,415 and Latinos represent 51.25 percent of the citizen voting age population.  It is located in the area of Dallas and Tarrant counties.  The race and ethnic distribution for the citizen voting age of the remaining groups are: 20.2 percent Anglo, 24.3 percent Black, and 2.6 percent Asian.  The majority of the population in Senate District 9 resides in regions that are between 16.67 to 33 percent and 33 to 50 percent limited English proficient (LEP).

Socioeconomic Status. Most of the residents in Senate District 9 have at least a high school diploma. In particular, the vast majority of SD 9 consists of areas where 50 to 66.7 percent and 66.7 to 83.4 percent of the population have a high school diploma or higher. These representations of the population with a high school diploma or beyond are below the Texas average of 84.4 percent (according to the U.S. Census population estimates July 1, 2021).  While the population in SD9 is relatively homogeneous in terms of educational attainment, there are a couple of areas where the percentage of high school diploma or better is above 83.4 percent in the middle of SD 9 and a small area in Fort Worth.  In regards to renter occupancy, SD9 has areas with 16.6 to 33.4 and 33.4 to 50 percent of the population are renters.  There are some small areas where the percentage of renters is 16.6 percent or below and those areas are distributed throughout SD9.  A large portion of SD9 has a low (0 to 5%) to low-moderate (5 to 7.5%) unemployment.   Most of SD9 contains areas where 20 percent or more people are living below poverty.  The majority of SD9 has a per capita income of $30,000 and below.  There is a smaller area in the middle with per capita income of $50,000 or above.

### Senate District 28

Population and Race and Ethnicity. The total population of Senate District 28 is 917,001 and the Latino citizen voting age population is 51.98%.  It is located in the area of South/Central Texas, including the geographic area including portions of Bastrop, Bexar, Comal, Caldwell, Guadalupe, Hays and Travis counties.  The race and ethnicity of the remaining citizen voting age population are 34.5 percent Anglo, 10.3 percent Black and 34.5 percent Asian. Most of the population are in locations that are 0 to 16.67 percent limited English proficient (LEP) and some small communities that are 16.67 to 33 percent LEP.  Overall, the vast majority of SD28 is proficient in English.

Socioeconomic Status. In the most populous areas of Senate District 28 the percentage of high school diploma or higher is above 50 percent. In particular, the range of percent of the population with a high school degree or higher is 50 to 83.4 percent.  Most of SD28 has below 33.4% rental occupancy. In regards to unemployment, most census places that are in Bexar County have low unemployment with 0 to 5 percent or 5 to 7 percent.  The areas that are closer to Travis County have low levels of unemployment that are comparable to the SD28 area in Bexar County.  As indicative of the working poor, while unemployment levels in the portions of Bexar County in

SD28 are relatively low, the percentage in poverty is high.  Most of SD28 has areas that are above the Texas poverty average of 13.4 (U.S. Census population estimated on July 1, 2021). SD28 portion in Bexar County mostly consists of areas with the percent below poverty is 15 percent or higher.  Similar trends are found in areas approaching Travis County with the percent below poverty ranging between 5 to 20 percent.  The least populated regions of SD28 have low or low-moderate levels of poverty.  Most of the population in SD28 resides in areas with a per capita income of $40,000 and below.

### State Board of Education District (SBOE)

### State Board of Education District (ED) 6

Population and Race and Ethnicity. State Board of Education District 6 has a total population of 1,879,916 and a Latino citizen voting age population of 61.85%.  It is located in the area of Harris County.  The citizen voting age population of other groups are:  21.5 percent Black, 18.4 percent Anglo, and 6.9 percent Asian.  Most of the percentages of limited English proficiency are moderate with a range of 16.67 to 50 percent.

Socioeconomic Status.  In ED6 most of the population is located in regions where 50 to 66.7 percent and 66 to 83.4 percent of the population have a high school diploma or above. There is a low to low-moderate percentage of renters in ED6 which signals there is a significant amount of home ownership.  For most of  ED6 the levels of unemployment are above 10 percent, which is more than double the state average of 4.3 percent, distributed throughout ED6.  The majority of areas in ED6 have 20 percent or more of the population living below poverty.  The majority of the population in ED6 resides in areas with a per capita income of $30,000 and below.

### Congressional Districts (CD)

### Congressional District (CD)27

Population and Race and Ethnicity. The total population for Congressional District 27 is 766,987 and the Latino citizen voting age population is 50.67 percent.  It is located in the area of South/Central Texas, including the geographic area including portions of Nueces, San Patricio, Bee, Goliad, Karnes, Gonzales, Caldwell, Bastrop, Travis and Williamson counties.  The race and ethnic distribution across the citizen age population for the remaining groups are 35.7 percent Anglo, 9.3 percent Black, and 2.8 percent Asian. This Congressional District is largely proficient in English, with almost all areas being 0 to 16.67 percent limited English Proficient.

Socioeconomic Status. There are high to high-moderate levels of percent high school diploma or better in CD 27.  Almost all the areas in CD27 have areas that are over 66.7 percent or higher in terms of percentage of high school diploma or better.  CD27 also has low percentages of renters

6

with levels of 16.0 percent and below and 16.6 to 33.40 percent. CD27 has low unemployment. The majority of CD27 has a population with less than 5 percent unemployment. Most of the areas in CD27 have 10 to 15 percent of people living below poverty. About a third of the areas have less than 10 percent of people living below poverty spread throughout CD27. Most of the per capita income of CD27 is between $40,000 to $20,000. There is an area in the middle where the per capita income is higher at$40,000 to $50,000.

### Congressional District (CD)37

Population and Race and Ethnicity. Congressional District 37 has a total population of 766,987 and the Latino citizen voting age population is 54.04 percent. It is located in the area of Dallas and Tarrant counties. The race and ethnic distribution for the citizen voting age of the remaining groups are: 26.1 percent Anglo, 16.2 percent Black, and 2.3 percent Asian. Most of CD37 is proficient in English. The most populous areas of CD37 are 16.67 to 33 percent and 33 to 50 percent limited English proficient.

Socioeconomic Status. The majority of CD37 has areas that are above 50 percent in terms of population with a high school diploma or better. Specifically, most areas have between 50 to 66.7 percent of individuals with a high school diploma or better. Trailing close behind are areas where 66.7 to 83.4 percent of residents have at least a high school diploma. The percentage of housing occupied by renters is mostly less than 50 percent. The range in rental occupancy is 16.6 percent and below to 33.4 to 50 percent, found spread across CD37. In regards to unemployment, there are several areas with low unemployment percentages (0 to 5%), there are also areas with above 10 percent unemployment. The majority of areas in this CD consists of populations that are over 20 percent below poverty. Most of CD37 has per capita income that is $20,000 and below and there are some areas with a per capita income of $20,000 to $30,000 scattered throughout the CD. To a lesser extent there are a few areas in CD37 where the per capita income is $50,000 or above located mostly in the middle of the district.

### Congressional District (CD)38

Population and Race and Ethnicity. The total population for Congressional District 38 is 766,987 and the Latino citizen voting age is 51.75 percent. It is located in the northwest area of Harris county. The representations of Anglos and Blacks among the citizens of voting age are each 21 percent and the percentage of Asians is 5.5. Most of the areas in CD38 have 16.67 to 33.0 percent Limited English Proficient (LEP). To the east of I-45, however, there are notable areas where the percentage of LEP is above 66.70.

Socioeconomic Status. The percent of high school diploma or better for most of CD38 is 50 percent and above. To the west and around Highway 290, educational attainment is high with the majority of areas having at least 66.7 percent of individuals with a high school diploma and

beyond.  West of I-45 there are some areas with moderate percentages of residents with at least a high school diploma (33.0 to 50.0%).  In regards to rental occupancies, there are a sizable number of areas with a low (0 to 25 percent) and moderate (25 to 40%) percentage of renters but there are also areas where over 60 percent of occupants are renters. The percent of unemployed are generally below 7.5 percent in most CD38, with a few exceptions of areas with percentages of renters  above 7.5.  In terms of percent of the population below poverty, outside of Beltway 8 most of the areas are economically established and the percentage below poverty is less than 10 percent.  Otherwise, the remainder of the areas have above 25 percent of residents living below poverty.  The majority of CD38 has a per capita income of $20,000 and below and $20,000 to $30,000.

I state under penalty of perjury that the foregoing is true and correct.

Executed on:  June 15, 2022

Maria Cristina Morales, Ph.D.

# Cristina Morales

University of Texas at El Paso
Department of Sociology & Anthropology
El Paso, Texas 79968-8900
mcmorales@utep.edu

## Academic/Professional Appointments

*Professor,* Department of Sociology & Anthropology, University of Texas at El Paso. Fall 2020.

*Associate Dean of Research*, College of Liberal Arts, University of Texas at El Paso. Spring 2019-present.

*Associate Professor,* Department of Sociology & Anthropology, University of Texas at El Paso. Fall 2012- Present.

*Graduate Director*, Department of Sociology & Anthropology, University of Texas at El Paso. Spring 2013-2016, 2018.

*Assistant Professor,* Department of Sociology, University of Las Vegas Nevada. Fall 2004- June 2006.

## Academic Training

| | | |
|---|---|---|
| Texas A&M University | Sociology: Ph.D. | 2004 |
| Texas A&M University | Sociology: M.S. | 1999 |
| University of Texas at El Paso | Psychology: B.A. | 1996 |
| University of Texas at El Paso | Sociology: B.A. | 1996 |

## Awards and Honors

Paper Award. "The Influence of Citizenship Profiling on Police Legitimacy.**"** *Southwestern Sociological Association*, 2019.
President. *Southwestern Sociological Association*, 2018-2019.
UTEP Academy of Distinguished Teachers, 2019.
University of Texas Regents Outstanding Teaching Award, 2016.
Border Working Paper Series Award, Center for Inter-American and Border Studies, 2016.
Mentoring Award, BUILDing SCHOLARS & College of Liberal Arts, 2015.
Rainbow Miners Teaching Excellence Award, University of Texas at El Paso, 2009.
Mentor Award from the Honors College, University of Nevada Las Vegas, 2005.

**Publications**

<u>Book</u>
Sáenz, Rogelio and **Maria Cristina Morales**. 2015. *Latinos in the United States: Diversity and Change*. Cambridge, UK: Polity Press.

<u>Refereed Articles</u>

Morales, Maria Cristina. 2021. "Linguistic Occupation Segregation along the U.S.–Mexico Border: Using the Index of Dissimilarity to Measure Inequality in Employment among Monolingual Speakers and Spanish–English Bilinguals. *International Journal of Sociology of Language*.

Morales, Maria Cristina and Theodore Curry. 2021."Citizenship Profiling and Diminishing Procedural Justice: Local Immigration Enforcement and the Reduction of Police Legitimacy among Individuals and in Latina/o Neighbourhoods." *Ethnic and Racial Studies* 44(1):134-153.

Zavala, Egbert, Theodore R. Curry, and **Maria Cristina Morales**. 2020 "Explaining the Cultural Retention–Delinquency Relationship Using Differential Support and Coercion Theory: A Study of Native-Born and Immigrant Latino Youth." *Social Science Quarterly* 101(2):623-640.

Morales, Maria Cristina, Denise Delgado [student], and Theodore Curry. 2018. "Variations in Citizenship Profiling by Generational Status: Individual and Neighborhood Characteristics of Latina/os Questioned by Law Enforcement About Their Legal Status." *Race and Social Problems* 10(4):293-305.

Morales, Maria Cristina and Juan Mendoza [student]. 2018. "Seeking the American Dream Along the U.S.-Mexico Border." *Practicing Anthropology* 40(3):31-33.

Smith, Jesus G. and **Maria Cristina Morales**. 2018. "Racial Constructions among Men Who Have Sex with Men: The Utility of the Latin Americanization Thesis on Sexual Partner Selection" *Issues in Race & Society: An Interdisciplinary Global Journal* 61(1):25-44.

Curry, Theodore R., **Maria Cristina Morales**, Egbert Zavala, and Jorge Luis Hernandez [student]. 2018. "Why is Family Violence Lower Among Mexican Immigrants? The Protective Features of Mexican Culture." *Journal of Family Violence* 33(3):171-184.

Morales, Maria Cristina. 2016. "From Social Capital to Inequality: Migrant Networks in Different Stages of Labor Incorporation." *Sociological Forum* 31(3):509-530.

Morales, Maria Cristina and Denise Delgado [student]. 2015. "Disparate Impact on Immigrant and Latino/a Students in Texas: Unequal Funding, School Closures, and Dropout Status." *Texas Education Review* 3(1):38-43.

Morales, Maria Cristina, and Leticia Saucedo. 2015. "Disposability and Resistance in a Male Dominated Industry: Latina Immigrants Organizing in Residential Construction. *Human Organization* 74(2): 144-153.

Morales, Maria Cristina, Pamela Prieto [student], and Cynthia Bejarano. 2014. "Transnational Entrepreneurs and Drug War Violence." *Articulo: Journal of Urban Research* [Online] 10, URL : http://articulo.revues.org/2597 ; DOI : 10.4000/articulo.2597

Castañeda, Ernesto, **Maria Cristina Morales**, and Olga Ochoa [student]. 2014. "Transnational Behavior in Comparative Perspective: The Relationship between Immigrant Integration and Transnationalism in New York, El Paso, and Paris." *Comparative Migration Studies* 2(3):305-333.

Morales, Maria Cristina, Aurelia Lorena Murga and Marisa E Sanchez [student]. 2013. "Immigrant Mobilizations and Intra-Ethnic Political Cleavages: An Example of the Racial- and Citizenship-Divide." *Sociological Inquiry* 83(1):32-54.

Morales, Maria Cristina, Oscar Morales [student], Angelica C. Menchaca [student] and Adam Sebastian [student]. 2013. "The Mexican Drug War and the Consequent Population Exodus: Transnational Movement at the U.S.-Mexican Border." *Societies* 10(1):80-103.

Morales, Maria Cristina. 2011. "The Utility of Shared Ethnicity on Job Quality among Latina/o Workers." *Latino Studies* 9(4):439-465.

Morales, Maria Cristina. 2009. "Ethnic-Controlled Economy or Segregation? Exploring Inequality in Latina/o Co-Ethnic Jobsites." *Sociological Forum* 24(3):589-610.

Morales, Maria Cristina and Cynthia Bejarano. 2009. "Transnational Sexual and Gendered Violence at the Borderlands: An Application of Border Sexual Conquest." *Global Networks: A Journal of Transnational Affairs* 9(3):420-439.

Heyman, Josiah McC., **Maria Cristina Morales**, and Guillermina Gina Núñez. 2009. "Engaging with the Immigrant Human Rights Movement in a Besieged Border Region: What Do Applied Social Scientists Bring to the Policy Process?" *NAPA Bulletin [National Association for the Practice of Anthropology]* 31(1):13-29.

Morales, Maria Cristina. 2008. "The Ethnic Niche as an Economic Pathway for Dark-Skinned Latina/os: Labor Market Incorporation of Latina/o Workers." *Hispanic Journal of Behavioral Science* 30(3):280-298.

Morales, Maria Cristina. 2008. "Towards a Theory of Citizenship Divide: The Utility of Ethnic Resources among Latina/o Workers." *International Journal of Sociological Research* 1(1):53-66.

Morales, Maria Cristina and Rogelio Sáenz. 2007. "Correlates of Mexican American Students Standardized Test Scores: An Integrated Model Approach." *Hispanic Journal of Behavioral Sciences* 29(3):349-365.

Law Journal Articles

Saucedo, Leticia and **Maria Cristina Morales**. 2012. "Voices Without Law: The Border Crossing Stories and Workplace Attitudes of Immigrants." *Cornell Journal of Law and Public Policy* 21:641.

Saucedo, Leticia and **Maria Cristina Morales**. 2010."Masculinities Narratives and Latino Immigrant Workers: A Case Study of the Las Vegas Residential Construction Trades." *Harvard Journal of Law and Gender* 33:625-659.

<u>Refereed Chapters in Edited Volumes</u>

Sáenz, Rogelio and Maria Cristina Morales. 2019. "Demography of Race and Ethnicity." Pp. 163-207 in *Handbook of Population Studies, 2nd edition*, edited by Dudley L. Poston. Springer.

Morales, Maria Cristina. 2018. "The Manufacturing of the U.S.-Mexico Border Crisis" Pp 145-161 in *The Oxford Handbook of Migration Crises*, edited by Cecilia Menjívar, Marie Ruiz, and Immanuel Ness. New York: Oxford University Press.

Smith, Jesus G., **Maria Cristina Morales**, and Chong-Suk Han. 2018. "The Influence of Sexual Racism on Erotic Capital: A Systemic Racism Perspective." Pp. 389-399 in *The Handbook of Sociology of Racial and Ethnic Relations*, edited by Pinar Batur and Joe r. Feagin, Springer International Press.

Sáenz, Rogelio, Karen Douglas, **Maria Cristina Morales**. 2015. "Latina/os Sociology." Pp. 54-63 in *Expanding the HUMAN in Human Rights: Towards a Sociology of Human Rights*, edited by David L. Brunsma, Keri E.L. Smith, and Brian Gran. Boulder, CO: Paradigm Publishers. [reprint]

Alarcón, Amado, Antonio Di Paolo, Josiah Heyman, and **María Cristina Morales**. 2014. "Returns to Spanish-English Bilingualism in the New Information Economy: The Health and Criminal Justice Sectors in the Texas Border and Dallas-Tarrant Counties." Pp. 138-159 in *The Bilingual Advantage: Language, Literacy, and the Labor Market*, Callahan, R.M. & Gándara, P.C. (Eds.),  Clevedon, Bristol, U.K.: Multilingual Matters.

Alarcón, Amado, Antonio Di Paolo, Josiah Heyman, and **María Cristina Morales**. 2014. "The Occupational Location of Spanish-English Bilinguals in the New Information Economy: The Health and Criminal Justice Sector in the U.S. Borderlands with Mexico." Pp. 110-137 in *The Bilingual Advantage: Language, Literacy, and the Labor Market*, Callahan, R.M. & Gándara, P.C. (Eds.), Clevedon, Bristol, U.K.: Multilingual Matters.

Sáenz, Rogelio, Karen Douglas, and **Maria Cristina Morales**. 2013. "Latina/os and Human Rights." Pp. 59-68 in the *Handbook of Sociology and Human Rights,* edited by David L. Brunsma, Keri E.L. Smith, and Brian Gran. Boulder, CO: Paradigm Publishers.

Bejarano, Cynthia, **Maria Cristina Morales**, and Said Saddiki. 2012. "A Comparative Analysis of the Mexico-U.S. and Moroccan-Spanish Regions: Understanding Conquest through a Border

Lens" Pp. 27-41 in *Beyond Walls & Cages*, edited by Jenna M. Loyd. Tucson, AZ: University of Arizona Press.

Bejarano, Cynthia and **Maria Cristina Morales**. 2011. "Analyzing Conquest through a Border Lens: Vulnerable Communities at the Mexico-U.S. and Moroccan-Spanish Border Regions." Pp. 117-129 in *El Río Bravo Mediterráneo: Las Regiones Fronterizas en la Época de la Globalización*, edited by Natalia Ribas-Mateos. Edicions Bellaterra: Barcelona, Spain.

Sáenz, Rogelio, Lorena Murga, and **Maria Cristina Morales**. 2009. "Wage Determinants of Mexican Immigrant Women along the Mexican-U.S. Border." Pp.121-138 in *Labor Market Issues along the U.S. - Mexico Border: Demographic and Economic Analyses*, edited by Marie T. Mora and Alberto Dávila. Tucson, AZ: University of Arizona Press.

Morales, Maria Cristina. 2008. "Immigrant Movements and the Struggle for Diverse Representations of Citizenship." In *Social Movements: Contemporary Perspectives,* edited by Dianne Dentice and James L. Williams, 62-72. Newcastle, UK: Cambridge Scholars Publishing.

Morales, M. Cristina and Cynthia Bejarano. 2008. "Border Sexual Conquest: A Framework for Gendered and Racial Sexual Violence." Pp. 181-198 in *Globalization in America: Race, Human Rights and Inequality*, edited by Angela Hattery, David Embrick, and Earl Smith, Rowman & Littlefield.

Sáenz, Rogelio, Cynthia Cready, and **M. Cristina Morales**. 2007. "Adios Aztlan: Mexican Outmigration from the Southwest." Pp. 189-214 in *The Sociology of Spatial Inequality*, edited by Linda Lobao, Gregory Hooks, and Ann Tickamyer. State University of New York Press (SUNY).

Sáenz, Rogelio and **M. Cristina Morales**. 2005. "Demography of Race and Ethnicity." Pp. 169-208 in *Handbook of Population,* edited by Dudely Poston and Michael Mickli. New York: Klewer Academic/Plenum Publishers.

Sáenz, Rogelio, **Maria Cristina Morales**, and Maria Isabel Ayala. 2004. "United States: Immigration to the Melting Pots of the Americas." Pp. 211-232 in *Migration and Immigration: A Global View*, edited by Maura I. Toro and Marixsa Alicea, Westport, CT: Greenwood Press.

Sáenz, Rogelio, **Maria Cristina Morales**, and Janie Filoteo. 2004. "The Demography of Mexicans in the United States." Pp. 3-20 in *Chicanas and Chicanos in Contemporary Society*. 2nd ed., edited by Roberto De Anda. Rowman and Little.

Book Reviews, Commentaries, and Others

Tolbert, Jessica, **Maria Cristina Morales**, and Nancy Plankey-Videla. "Art + Labor: Using the Sociological Imagination for Creativity and Understanding the Global Feminist Workforce and Environmental Sustainability." *Contexts: Sociology for the Public*. *Forthcoming*.

Morales, Maria Cristina. 2015. "Engaging with Dr. Plankey-Videla's We Are in This Dance Together: Gender, Power, and Globalization at a Mexican Garment Firm." *Journal of World-Systems Research*, Vol. 21, 2.

Morales, Maria Cristina. 2015. Review of *Mapping "Race": Critical Approaches to Health Disparities Research*, edited by Laura E. Gómez, Nancy López. *Contemporary Sociology*, 44(4): 516-517.

Morales, Maria Cristina. 2009.  Review of *Blockading the Border: The El Paso Operation that Remade Immigrant Enforcement* by Timothy J. Dunn. *El Paso Times*, October 11, 2009.

Morales, Cristina and Cheryl Howard. 2007."The Mode." Pp. 217-218 in *International Encyclopedia of the Social Sciences*, 2nd edition. 9 vols., edited by Darity, William A., Jr. (ed.). Detroit: Macmillan Reference USA.

Morales, Cristina and Rogelio Sáenz. 2007."Ethnic Enclave." Pp. 2-4 in *International Encyclopedia of the Social Sciences*, 2nd edition. 9 vols., edited by Darity, William A., Jr. Detroit: Macmillan Reference USA.

Morales, Maria Cristina. 2006.  Review of *Villa Victoria* by Mario Luis Small. In *Contemporary Sociology* 35:283-285.

Brents, Barbara, Kathryn Hausbeck, Anastasia H. Prokos, Jennifer Reid Keene, Crystal Jackson [student], and **Cristina Morales**. 2005. "Response to Lois Helmbold, "Women's Studies in Sin City: Reactionary Politics and Feminist Possibilities." *NWSA Journal* 17:171-6.

**Works in Progress**

Books

Morales, Maria Cristina. Latinx Living on the Margins. (Contract with the University of Nebraska).

Sáenz, Rogelio, **Maria Cristina Morales**, and Coda Rayo Garza. *Latina/os in the United States: Diversity and Change*, 2nd Edition. Cambridge, UK: Polity Press. (Contract for 2nd edition).

Bejarano, Cynthia and **Maria Cristina Morales**. Frontera Madre(Hood). Edited book. (University of Arizona Press, conditional contract).

**Grants and Fellowships Activities**

External

Kenney, Michael (PI), Maria Cristina Morales (PI), Fernando Riosmena (PI), and Bibianna Mancera (PI). 2020. Metabolomics, Stress Markers, and the Healthspan of Mexican Americans in El Paso. National Institute of Health. [Not funded]

Morales, Maria Cristina (PI) and Josiah Heyman (PI). 2020. Towards Improving Occupational Safety and Health Programs: An Assessment of the Multi-contextual Factors. NIOSH Exploratory/Developmental Grant Program R21. [Not funded]

Curry, Ted (PI), Maria Cristina Morales (Co-PI), Harmon Hosch (Co-PI). 2015. No Cost Extension "Why are Immigrant Neighborhoods Low Crime Neighborhoods?" National Science Foundation. ($ 20,022).

Curry, Ted (PI), Maria Cristina Morales (Co-PI), Harmon Hosch (Co-PI). 2013. "Why are Immigrant Neighborhoods Low Crime Neighborhoods?" National Science Foundation. ($124,998.00).

Palsole, Sunay (PI), Maria Cristina Morales (Co-PI), and Amy Wagler (Co-PI). 2011. P 16 Development Project. A.1.3 Strategy, College Readiness Initiatives Grant. ($165,000).

American Sociological Association Travel Award for U.S. Participants in the International Sociological Association. (NSF Grant No. SES-0548370).

National Science Foundation Dissertation Enhancement Grant (NSF Grant No. 0200752).  2002-2004.

<u>Internal</u>

UTEP Interdisciplinary Research and Education Program, $22,700, Seed Grant for "Research Collaborations with Restrictive Micro-Data" (PI: <u>Cristina Morales</u>; Co-PIs: Hyeun Ah Kang, Danielle Morales, Gregory S. Schober, and Emre Umucu), 2020-2021. Awarded in 2020; managed starting in 2020.

Dean's Speaker Series for Interdisciplinary Research, $6,000.00, "Art + Labor", Cristina Morales (PI) and Jessica Tolbert (PI), 2020.

Provost Office, Research Assistant funding, $3000, Summer 2014, University of Texas at El Paso

Center for Law and Human Behavior (UTEP), Research Assistant one-year funding, Ted Curry (PI), Harmon Hosch (Co-PI), and Maria Cristina Morales (Co-PI) on "Why are Immigrant Neighborhoods Low Crime Neighborhoods?"

Provost Office, Research Assistant funding, $3000, Summer 2013, University of Texas at El Paso.

Curriculum Vitae: Cristina Morales                                              Page 8

Glasscock Collaborative Grant (Texas A&M University)  Plankey-Videla (PI), Maria
Cristina Morales (COPI) and Lorena Murga (CoPI) Quality of Workplace Study of
Contract Services Industry in Two Houston Airports, $2000.00, 2013.

Center for Hispanic Entrepreneurship Fellow. 2008-2009. University of Texas at El Paso.
University Faculty Travel Award. 2006-2007, University of Nevada Las Vegas.

**Conference Presentations** (since 2006)

Morales, Maria Cristina and Crystal Rodriguez [Student]. 2021. Latina/os Perception of Police
Violence. *Southwestern Sociological Association.* New Orleans, LA.

Morales, Maria Cristina and Crystal Rodriguez [Student]. 2021. Latina/os Perception of Police
Violence. *Southwestern Sociological Association.* New Orleans, LA.

Morales, Maria Cristina and Theodore Curry. 2019. "The Influence of Citizenship Profiling on
Police Legitimacy. *Southwestern Sociological Association,* San Diego, CA.

Morales, Maria Cristina. 2019. The Influence of Citizenship Profiling on Policing: A Multi-
level Study in Trust in Police Effectiveness. *American Sociological Association*, New York
City, NY.

Garcia, Gisselle [student] and Maria Cristina Morales. 2018. "Student Placement in At-Risk
Schools: The Role of Mental Health and Ethnicity." *Southwestern Sociological Association*,
Orlando, FL.

Morales, Maria Cristina, Cynthia Bejarano, María Eugenia Hernández Sanchez, and Marisol
Rodríguez Sosa/ 2018. "Panel: Mothering on the Border" *Mujeres Activas en Letra y Cambio
Social*, El Paso, Texas.

Morales, Maria Cristina. 2018."Madres Fronterizas: Parenting in the Backdrop of Oppressive
Structures." *Association of Borderland Studies*. San Antonio, Texas.

Morales, Maria Cristina and Denise Delgado [student]. 2017. What Is Your Citizenship?"
Southwestern Sociological Association, Austin, TX.

Sáenz, Rogelio and Maria Cristina Morales. 2016. Author Meets Critics: Latinos in the United
States: Diversity and Change. Southwestern Sociological Association, Las Vegas, NV.

Morales, Maria Cristina and Eric Murillo [student]. 2016. "Gendered Dimensions of Wage Theft along the Borderlands." Southwestern Sociological Association, Las Vegas, NV.

Morales, Maria Cristina, Ted Curry, Harmon Hosch. 2015. "Perceptions of Neighborhood Policing." Southwestern Sociological Association, Denver, CO.

Morales, Maria Cristina. 2014. "Utilizing a Mix-Method Approach to Conceptualize Immigrant Neighborhoods." American Sociological Association, San Francisco, CA.

Hernández, Jorge [student], Brian Tebay [student], and Maria Cristina Morales. 2014. "Conceptualizing Immigrant Neighborhoods in a Study of Crime." Southwestern Sociological Association, San Antonio, TX.

Morales, Maria Cristina. 2013. "Interactive Online Learning: Exploring New Directions for Teaching Sociological Methods and Statistics," Southwestern Sociological Association, New Orleans, LA.

Menchaca, Angelica [student] and Maria Cristina Morales. 2013. "The Unconquerable War," Southwestern Sociological Association, New Orleans, LA.

Morales, Maria Cristina, Oscar Morales [student], Angelica Menchaca [student]. 2012. "Refugees without Status: Economic Disparities and Escaping the Violence in Mexico." *Southwestern Sociological Association*, San Diego, CA.

Morales, Maria Cristina. 2011. "Latina/o Immigrant Construction Workers and Gendered Patters of Exploitation and Resistance in Sin City." *American Sociological Association*, Las Vegas, NV.

Angelica Menchaca [student], Maria Cristina Morales, and Oscar Morales [student]. 2011. ""Amor Por Juárez:" State Sanctioned Violence along the Mexico-U.S. Border." *Southwestern Sociological Association*, Las Vegas, NV.

Morales, Maria Cristina. 2010. "Migrant Construction Workers in Sin City: Gendered Violence and Agency." *Southwestern Sociological Association.* Houston, TX.

Morales, Maria Cristina. 2009. "The Acclimatization of Immigrant Social Networks to Economic Restructuring: Social Capital in the Construction Industry." *American Sociological Association.* San Francisco, CA.

Morales, Maria Cristina. 2009. Panel on "Trans-Nation Sexual and Gendered Violence." *Mujeres Activas en Letras y Cambio Social (MALCS)*.

Morales, Maria Cristina, Lorena Murga, and Marisa Sanchez [student]. 2009. "Immigrant Mobilization and Ethnicity: An Example of the Citizenship Divide." *Southwestern Sociological Association*. Denver, CO.

Morales, Maria Cristina. 2008. "Ethnic Networks in the Context of Globalization." *The Society for the Study of Social Problems*. Boston, MA.

Sáenz, Rogelio, Lorena Murga, and Maria Cristina Morales. 2008. "Immigrant Niche Employment and Wages among Mexican Immigrant Women on the Border." *American Sociological Association.* Boston, MA.

Morales, Oscar [student] and Maria Cristina Morales. 2008. Transnational Labor Processes at the U.S.-Mexico Border. *Southwestern Sociological Association*. Las Vegas, NV.

Leyva, Yolanda Chavez, Cristina Morales, Guillermina Gina Nunez-Mchiri, and Julia Maria Schiavone Camacho. 2008. "Chicanas Thriving in the Academy: Strategies from a Chicana Writing Circle" *National Association of Chicana and Chicano Studies*.  Austin, TX.

Leal, Emmanuel [student] (in place of Juan Espinoza Cuellar), Cristina Morales, Anita Revilla, and Yolanda Vazquez. 2008. "Si Se Puede: Furthering Immigrant Rights Discourses to Include Law, Gender, and Sexuality." *National Association of Chicana and Chicano Studies*.  Austin, TX.

Morales, M. Cristina. 2007. "The Consequences of Limited Opportunities: The Influence of Ethnicity on Latina/o Wage Workers." *American Sociological Association*. New York City, NY.

Morales, M. Cristina. 2007. "Who is an Immigrant? Contemporary Movements, Community, and the Worker." *Southwestern Sociological Association*. Albuquerque, NM.

Morales, Cristina. 2006. "Immigrant Labor and the Restructuring of Las Vegas." *LATCRIT (Latina and Latino Critical Race Theory)*, Las Vegas, NV.

Morales, Maria Cristina. 2006. "Boundaries of Ethnic Solidarity: Stratification and Wage Differentials in Latina/o Ethnic Niches."  *American Sociological Association*, Montreal, Canada.

Morales, Maria Cristina and Rogelio Sáenz. 2006. "The Effects of Labor Force Participation on Family Income among Chinese and Mexican Immigrant Women to the United States," Migration, Urbanization and Human Ecology Session." *International Sociological Association.* Durban, South Africa.

Morales, Maria Cristina. 2006. "La Violencia Contra Las Mujeres de Juarez: A Theoretical and Grassroots Perspectiva from Las Vegas and El Paso." *National Association for Chicana and Chicano Studies*, Guadalajara, Mexico.

Morales, Maria Cristina. 2006. "The Citizenship Divide: Coalition Building and the Conceptualization of Latina/o Co-Ethnicity." *National Association for Chicana and Chicano Studies*, Guadalajara, Mexico.

Morales, Maria Cristina and Rogelio Sáenz. 2006 . "Construction Industrial Niches, Economic Rewards or Discrimination? Mexican-Origin Wage Differentials," *Southwestern Sociological*

*Association*. San Antonio, TX.

Embrick, David G., Rogelio Sáenz, and Maria Cristina Morales. 2006. "West Indies and Caribbean Immigrants Earnings in the United States: The Penalties Associated with English Proficiency and Racial Self Identification," *Population Association of America*. Los Angeles, CA.

**Invited Presentations** (since 2006)

Morales, Maria Cristina. 2020. "Citizenship Profiling and Diminishing Police Legitimacy: A Multilevel Study of Trust and Cooperation with Police in an Era of Immigration Enforcement." University of Utah [proposed due to COVID-19]

Morales, Maria Cristina. 2019. Author Meets Critic Session for Edward Telles and Christina Sue's Durable Ethnicity: Mexican Americans and the Ethnic Core. *Southwestern Sociological Association*, San Diego, CA.

Morales, Maria Cristina and Ted Curry. 2019." El Paso as a Safe City." Trauma, Resistance, and Resilience, University of Texas at El Paso.

Morales, Maria Cristina. 2019. "What is your Citizenship?" Texas A&M University Colloquium, College Station, Texas.

Morales, Maria Cristina. 2018. Author Meets Critic: Bhoomi Thakore's *South Asians on the U.S. Screen: Just Like Everyone Else? Southwestern Sociological Association*, Orlando, FL.

Morales, Maria Cristina. 2018. "English-Spanish Linguistic Acculturation and Occupational Access at the U.S.-Mexico Border." *Language at Work Conference*. Tarragona, Spain.

Morales, Maria Cristina. 2017, 2018. What is Your Citizenship? Guest Lecturer for Mark Lusks MSW Border Course. University of Texas at El Paso.

Morales, Cristina. 2015. Nadia Flores-Yeffal's *Migrant Trust Networks*. Author Meets Critic. Southwestern Sociological Association, Denver, CO.

Morales, Maria Cristina. 2014. Orientation for Minority Fellows Program of the American Sociological Association, American Sociological Association Annual Meeting, San Francisco, CA.

Morales, Maria Cristina. 2014. Discussant. "Border Legacy," American Sociological Association, San Francisco, CA.

Morales, Maria Cristina. 2014. Author Meets Critics. Nancy Plankey Videla's *We are in this Dance Together: Gender, Power, and Globalization at a Mexican Garment Firm*. Southwestern Sociological Association, San Antonio, TX.

Morales, Maria Cristina and Claudia Rojas. 2013. Online Data Modules: Understanding Data Analysis. Texas Higher Education Coordinating Board, Austin, TX.

Morales, Maria Cristina. 2013. Panelists. Low Wage Work and Worker Organizing Conference. University of California Los Angeles.

Morales, Maria Cristina. 2013. Book panel. "Analyzing Conquest through a Border Lens: Vulnerable Communities at the Mexico-U.S. and Moroccan-Spanish Border Regions", New Mexico State University and University of Texas at El Paso.

Morales, Maria Cristina and Leticia Saucedo. 2012. "The Assimilation Patterns of Undocumented Construction Workers." Immigration & Poverty Conference, University of California Davis.

Morales, Maria Cristina. 2011. "Border Sexual Conquest en El Movimiento" Community Panel for *El Movimiento Del Pueblo*, El Paso, TX.

Morales, Maria Cristina. 2011. "Social Capital and Ethnic Mobility Entrapment." Center for Inter-American Border Studies, UTEP, El Paso, TX.

Morales, Maria Cristina. 2010. "Border Enforcement and It's Impact on Immigrants" *Listening Session on the State of Human Rights at the Border*, El Paso, TX.

Morales, Maria Cristina. 2009. "Independent Contracting: A form of Ethnic Entrepreneurship or Ethnic Mobility Entrapment" *Hispanic Entrepreneurship Conference*. UTEP.

Morales, Cristina. 2008. Panel on Immigrant Women. *J. Paul Taylor Social Justice Symposium: Justice for Immigrants*. New Mexico State University.

Morales, Cristina. 2007. ¡Justicia en Juárez! Gender Violence, Maquiladoras, and Border Research. Texas A&M University.

Morales, M. Cristina. 2007. Panel on Preparing For and Succeeding in Graduate School. *Southwestern Sociological Association*. Albuquerque, NM.

Morales, M. Cristina. 2007. Panel on Preparing For and Traversing the Academic Job Market. *Southwestern Sociological Association*. Albuquerque, NM.

Morales, Cristina. 2006. Immigration Night. University of Colorado at Boulder. Boulder, CO.

Morales, Cristina. 2006. Immigration History and Social and Economic Contribution. *Latina/o New Leadership*. Las Vegas, NV.

Curriculum Vitae: Cristina Morales                                      Page 13

Morales, Cristina. 2006. Educational Forum on Immigration. Las Vegas, NV.

Morales, Cristina and Anita Revilla. 2006. The Desert Must No Longer Swallow the Dead: The Murders of Women in Juarez, Mexico.  University Lecture Series, University of Nevada Las Vegas.

**Conference Attended**

Council of Colleges of Arts and Sciences, Atlanta, GA. 2019

**Faculty Advisor for Student Groups**

Soñando Juntos (DACA student association) (faculty advisor) 2017-2018.

Sociology Club (founder and faculty advisor) 2013-2018.

Young Democratic Socialists (faculty advisor) 2014-2015.

Jovenes Fronterizos Por El Mismo Sueno/ Border Youth for the Same Dream (co-founder and faculty advisor) 2008-2013.

 **Student Committees**

<u>M.A. Committee Chair</u>

Acosta, Ana. Master's Thesis Committee Co-chair. " Impact of Patient Demographics and Insurance on Hospital Discharge Planning." (Completed 2018).

Beltran, Eric. Master's Thesis Committee Chair. " Gender and Educational Achievement of Transnational Students." In process. (Fall 2015-present).

Castillon, Tali, Master's Thesis Committee Chair. "Quantitative Analysis of Familism and Domestic Violence among Latinos." In-Process. (Fall 2014-2017 (dropped)).

Chavez, Mario, Master's Thesis Committee Chair, "Employment patterns employed by DACA recipients: What are the impacts of social capital on DACA recipient's employment patterns?", In-Process. (January 2013 – May 2015).

Choden, Jigme. Thesis Committee Chair, "The Acculturation of Bhutanese Students" [tentative title], in-progress (September 2016- 2017).

Diaz, Selene, Master's Thesis Committee Chair, "The Impact of Popular Music on Youth at the USA-Mexico Border." (January 2013 – May 2015).

Gonzalez, Enrique. Master's Thesis Committee Chair. "Street Culture: The Prevalence in Code of the Street in Border Community Neighborhoods. Proposal April 2018.

Magaña, Sergio. Master's Thesis Chair, Alternative Social Networks of Homosexual Immigrants.  Proposal defense January 2009 but not completed.

Menchaca, Angelica. Master's Thesis Committee Chair. "When Medicine Divorces Morality: The Effects of Immigration Status on Health Care Access in the United States." (November 2011- May 2013).

Ramirez, Sandra, Master's Thesis Committee Chair, The Latina/o Mental Health Paradox Revisited: Disparities and Depression among New Immigrants. (2008-2010).

Rivas, Guillermo, Master's Thesis Committee Chair, The Persistent Fear of Crime in a Safe Metropolitan Area: Revisiting the Social Disorganization Theory. (Summer 2014 -2017).

Serna, Heryca. Sociology and Anthropology, Master's Thesis Committee Chair, SOCI, 5398, "Impact of Federal Agencies at the U.S.-Mexico Border on Undocumented Immigrant Domestic Violence Victims: Limitations to Recovery", Completed. (January 2011 - August 2012).

Smith, Jesus. Sociology and Anthropology, Master's Thesis Committee Chair, SOCI, 5398, 3 credit hours, "Sexual Racism in a Gay Community", Completed. (January 2011 - May 2012).

Committee Member

Alvarez, Miriam. Master's Thesis Committee Member. "The Impact of Bicultural Identity on Academic Engagement. (Spring 2015).

Cabrera, Jose. Master of Arts in Interdisciplinary Studies (MAIS), Master's Thesis Committee Member. (January 2013 – May 2014).

Chavez, Paula. Master's Thesis Committee Member. (May 2013 - December 2013).

Delgado, Mario. Sociology and Anthropology, Master's Thesis Committee Member, (May 2014 - Dropped).

Gracia, Marilyn. Master's Thesis Committee Member. The Paradoxical Experiences of Young Hispanic College Students: Age-Related Stigma in the Face of Success." (Defended Thesis April 2018).

Hawley, Jacqueline. Sociology, Causes and Effects of Migration in Central American Children, Completed. (Fall 2008).

Hernandez, Jorge. Immigration and Family Violence at the Household Level: Evaluating the Effects of Immigrant Culture and Neighborhood Structure, Master's Thesis Committee Member, In-Process. (June 2013 – May 2015).

Lavin, Grace, Master's Thesis Committee Member. "The Thin Body, The Able Body, and The Student of Color Athlete: Physical Capital in University Viewbooks." (April 2017 – 2018).

Lopez, Ruth. Racial Differences between Smokers and Non-Smokers: The Effect of Smoking Policies at Work. Department of Sociology, M.A. Thesis. 2006.

Loweree, Jacqueline. Sociology and Anthropology, Master's Thesis Committee Member, "One Size Does Not Fit All: Looking Beyond Homeless Housing-First and Housing-Ready Approaches to Enhanced Models of the U.S./Mexico Border and New York City." Completed. Proposal. (December 2014 – May 2015).

Loya, Rosa Lorena. A Typical Scene in Mexico: Perceptions of the Other. Department of History, M.A. thesis. (2008-2010).

Marquez-Velarde, G. Sociology and Anthropology, Master's Thesis Committee Member, "Mental Health in Colonias." (March 2011 - May 2013).

Martin, Levi. English--Rhetoric and Writing Studies, Dissertation Defense Committee Member, "Perceptions on Collaborative Writing", Proposal. (December 2014 - 2017).

Mendoza, Juan. Sociology, Transnational Students and Citizenship. 2019.

Mendoza, Nydia. Sociology, Children's Chronic Illness and Family Poverty on the U.S./Mexico Border. 2008.

Ochoa, Olga. Sociology and Anthropology, Master's Thesis Committee Member. (January 2014 – May 2015).

Ramos, Corin., Psychology, Master's Thesis Committee Member, (August 2013 – May 2014).

Rocha, Claudia. 2008. Gottfredson and Hirschi's Low-Self-Control Theory. (Spring 2008).

Romo, David. History, Dissertation Defense Committee Member, "Global MicroHistory of El Paso and Juarez", Completed. (December 2014).

Romero, Samantha, Master's Thesis Committee Member, "Youth Voter Participation in El Paso County," Completed (2016-2020).

Super, Matthew. Sociology. Why You Might Steal from Jay-Z: An Examination of File Sharing Using Techniques of Neutralization Theory. (Spring 2008).

Uribe, Maria. Sociology. Understanding Deviant Behaviors through Coercion and Social Support Theory. Completed. (Summer 2008).

Varela, Juan. History, Master's Thesis Committee Member. (August 2013 - December 2013).

Winter, Bryan. History. Master's Thesis Committee Member. Rural to Urban Migration in China. 2012.

Independent/Directed Studies

Alvarez, Mariah. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Acculturation of Bhutanese Students" (January 2017-present).

Bautista, Miguel. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Brooks, Tierra. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (June 2014 - August 2014).

Castillon, Tali. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Immigration and Crime". (June 2014 - August 2014).

Chacon, Cirenia. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Crespo, Pastor. Directed Individual/Independent Study, SOCI 4390, 3 credit hours, "Alternative Education and Latinxs." (Summer 2019, Fall 2019).

Diaz, Selene. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Edwards, Nicole. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime". (June 2014 - August 2014).

Fontan, Gabriel., Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Flores, Marco. Directed Individual/Independent Study, SOCI, 4390, "Immigration and Crime."(June 2014 - August 2014).

Garcia, Daniel. Directed Individual/Independent Study, ANTH, 3379, 3 credit hours, "Immigration and Crime." (June 2014 - August 2014).

Garcia, Gisselle. 2018-2019. "Influence of Body Mass Index (BMI) on Adolescent Depressive Behavior." Building Scholars, UTEP.

Mandujano, V. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (June 2014 - August 2014).

Mendoza, Juan. Directed Individual/Independent Study, 5390, 3 credit hours, "Transnational Students." (January 2017-present).

Morales, Oscar. Directed Individual/Independent Studies. "Border Violence." (January 2011 - December 2013).

Murillo, Eric. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Wage Theft along the Borderlands." (August 2014 - Present).

Ramos, Corin. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Reyna, Irvin. Directed Individual/Independent Study, SOCI, 4390, "Wage Theft along the Borderlands." (September 2014 - December 2014).

Rivas, Guillermo. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Rodriquez, Crystal. Individual Studies, SOCI 5390.3 credit hours, "Latina/os and Perceptions of Policing. (Fall 2020).

Salazar, Rebecca. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "The Walmart Shootings." (Spring 2020).

Sanchez, Annette D. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Autism in the Borderland: Exploring Interventions and Culture Through the Lens of a Local Behavior Interventionist." (Summer 2019).

Segura, Angela. Directed Individual/Independent Study, "Borders and Social Processes." (Fall 2018).

Zuniga, Miguel. Directed Individual/Independent Study, SOCI, 4390, "Immigration and Crime." (June 2014 - August 2014).

Internship Advisor

Cereceres, Jonathan. Internship Advisor. State Representative César J. Blanco's District Office. Spring 2019.

Diaz, Selene. Internship Advisor. El Paso County Probation. Spring 2014.

Epperson, Victoria. Internship Advisor, Internship Advisor. Columban Border Ministry Center. Completed. (September 2013 - December 2013).

Curriculum Vitae: Cristina Morales                                      Page 18

Sáenz, Dayan. Internship Advisor, Las Americas. (August- December 2015).

Sanchez, Annette. Internship Advisor, Summer 2019.

Sudderth, Charlotte L. Internship Advisor. Gardening as an Educational Tool. Socorro Independent School District. (January 2017- May 2017).

Sudderth, Charlotte L. Internship Advisor. Nutrition and Social Compliance. Socorro Independent School District. (January 2018- May 2018).

Zuniga, Miguel. Internship Advisor, El Paso County Probation and Child Crisis Center.

Research Funded Mentorship

Garcia, Rudy. Mentor. Building Scholars, 2021.

Hernandez, Jorge. Research Assistant. National Science Foundation. Extension Grant, 2014.

Rodriguez, Crystal. Mentor. Research Experience for Undergraduates. National Science Foundation. UTEP. Summer 2019.

Melendez, Rebecca. Mentor. Research Experience for Undergraduates. National Science Foundation. NMSU. Summer 2019.

Garcia, Gisselle. Thesis Advisor. Building Scholars.

Courses Taught
Advanced Measure of Inference (Graduate Statistics)
Chicana/os and Mexicans in the United States
Introduction to Sociology [onsite and online]
Measure/Inference-Social Research (Statistics) [onsite and online]
Migration (Undergraduate)[onsite and online]
Special topic: International Migration (Graduate)
Special topic: Visual Sociology
Social Inequality [onsite and online]

Interests/Areas
Sociology of Latinxs
Sociology of Punishment
International Migration
Intersectionality: Race, Class, Gender, Sexuality, Citizenship, and Locality
Structural Violence
U.S.-Mexico Border

**Academic Service**

*Profession*

Organizational Positions

Past-President. Executive Council. 2019-2021. *Southwestern Sociological Association*.

President. 2018-2019. *Southwestern Sociological Association*.

Session organizer and chair. 2019. *American Sociological Association*.

Vice President 2018. *Southwestern Sociological Association*.

Vice President Elect. 2016-2017. *Southwestern Sociological Association*.

Chair of Student Awards. 2016-2017. *Southwestern Sociological Association*.

Chair of Student Awards. 2015-2016. *Southwestern Sociological Association*.

Executive Council 2012-2015. *Southwestern Sociological Association*.

Executive Council. 2010-2012. *Southwestern Sociological Association*.

Committee. 2008-2009. Norma Williams Award Committee.  *Southwestern Sociological Association*.

Executive Council Member. 2006-2008. *Southwestern Sociology Association*.

Graduate Student Representative on the Executive Council. 2003-2004. *Southwestern Sociological Association*.

Sessions Chaired/Organized/Presided (since 2006)

Organizer. 2019. Latina/os. *American Sociological Association*.

Organizer. 2018. International Migration to the U.S. *American Sociological Association*.

Organizer. 2016. U.S.-Mexico Border Relations. *Southwestern Sociological Association*

Organizer. 2015. Latina/os., Sessions I-VI. *Southwestern Sociological Association.*

Organizer. 2015. Mexico-U.S. Border Studies. *Southwestern Sociological Association*.

Organizer. 2013. Law and Marginality, Sessions I and II. *Southwestern Sociological Association.*

Organizer. 2013. Mexico-U.S. Border Studies. *Southwestern Sociological Association*.

Organizer. 2013. Law and Marginality, Sessions I and II. *Southwestern Sociological Association.*

Organizer. 2013. Mexico-U.S. Border Studies. *Southwestern Sociological Association*.

Organizer. 2012. U.S.-Mexico Border Studies. *Southwestern Sociological Association*.

Organizer. 2012. Migration. *Southwestern Sociological Association*.

Organizer. 2011. Transnational Communities Panel. *American Sociological Association*.

Organizer. 2011. Migration Panel. *Southwestern Sociological Association*.

Organizer. 2011. U.S.-Mexico Border Panel. *Southwestern Sociological Association*.

Organizer. 2010. Migration, Sessions I and II. *Southwestern Sociological Association*.

Organizer. 2009. International Migration Panel. *Southwestern Sociological Association*.

Organizer. 2008. Immigration and Politics Panel. *American Sociological Association*.

Organizer. 2008. Migration and Immigration Panel. *Southwestern Sociological Association*.

Organizer. 2007. Migration and Immigration Panel. Sessions I and II. *Southwestern Sociological Association*.

Organizer. 2007. Preparing for Graduate School Panel. *Southwestern Sociological Association*.

Organizer. 2007. Preparing for the Academic Job Market Panel. *Southwestern Sociological Association*.

<u>Reviewer</u>

*Reviewer Journals*
Gender & Society
International Migration Review
Law and Social Inquiry
Population Review
Social Forces
Social Science Quarterly
Sociological Forum
Sociology of Race and Ethnicity
Work and Occupations

Curriculum Vitae: Cristina Morales                                    Page 21

*Reviewer Proposals*

Ford Foundation Reviewer 2015-2017

*College of Liberal Arts and University Service* (since 2006)

Associate Dean for Research, College of Liberal Arts, 2019-present.

ROTA, Reviewer. 2021.

Member, 2020-present. Interdisciplinary Research and Education Program (IDRE) Council.

Mentor, National Science Foundation REU Summer Program, 2018, 2019.

Reviewer, University of Texas Regents Outstanding Teaching Award, 2019.

Member, College of Liberal Arts Dean Search, 2017-2018.

Member, Criminal Justice Department, Promotion and Tenure, 2018.

Mentor, College Assistance Migrant Program (CAMP), 2017.

College of Liberal Arts Representative, Green Dot Training. 2017.

Member, Old Main Centennial Celebration. 2016.

Member, Liberal Arts Graduate Student Paper Competition. 2017.

Member, Liberal Arts Promotion and Tenure Committee. 2016 and 2018.

Member, Provosts Taskforce for Community Engagement. 2012.

Rainbow Miners Advisory Board. University of Texas at El Paso. 2009.

Grant Reviewer. Hispanic Health Disparities Research Center (HHDRC). University of Texas at El Paso. 2009.

Reviewer of Graduate Applications. Latin American and Border Studies. University of Texas at El Paso. 2008.

Reviewer for Honors Thesis Award. College of Liberal Arts, University of Texas at El Paso. 2007.

*Department Service* (since 2006)

Hiring Committee for Administrative Assistant. Department of Sociology and Anthropology. University of Texas at El Paso, 2020.

Search Committee, Environmentalist, Department of Sociology and Anthropology. University of Texas at El Paso. 2019-present.

PhD Proposal Committee. Developed the mini-proposal for a PhD in Sociology, 2019-present.

Tenure and Promotion Committee, 2012- present

Committee on the Future of the Department. Department of Sociology and Anthropology. University of Texas at El Paso. 2015-2016.

Graduate Committee. Department of Sociology and Anthropology. University of Texas at El Paso. 2011-2019.

Search Committee. Department of Sociology and Anthropology. University of Texas at El Paso. 2011.

Graduate Recruitment Session. Department of Sociology and Anthropology. University of Texas at El Paso. 2011.

Library Liaison. Department of Sociology and Anthropology. University of Texas at El Paso. 2007-present.

Search Committee. Department of Sociology and Anthropology.  University of Texas at El Paso. 2008-2009.

Graduate Recruitment Committee. Department of Sociology and Anthropology. University of Texas at El Paso. 2007-2008.

Dia Unversitario (student recruitment in Juárez). University of Texas at El Paso. 2008.

**Public Sociology** (since 2006)

Interview. Latina/o Health Paradox, KFOX, 2021.

Interview. Derrick Chauvin Trail, KTSM. 2021.

Member, El Paso Police Accountability Taskforce, 2020-present.

Member, U.S. - Mexico Central Border: Children's Working Group, 2020-present.

Interviews. Walmart Shooting. El Paso Times and Washington Post, 2020.

Interview. Latina/os and COVID-19. KTSM, 2020.

Curriculum Vitae: Cristina Morales                                           Page 23

Community Presentation.  School Closures in the Barrio. Familias Unidads del Chamizal, La Mujer Obrera, June 2019.

Presentation. Morales, Cristina and Ted Curry. 2019. "El Paso as a Safe City." *Trauma and Resilience Conference*, the University of Texas at El Paso.

Community Educational Campaign, 2020 U.S. Census Campaign, "We Count because We Count," Border Network for Human Rights, El Paso and Southern New Mexico, 2019-present.

Interview. Domestic Workers along the Border, *Borderzine*, 2019.

Interview. Border Wall and Border Enforcement, NPR, 2019.

Interview. Citizenship Profiling. Univision and KTSM, 2018.

Community Presentation. Border Deaths. Public Tribunal on Border/Immigration.  El Paso, Texas, 2018.

Consultant (non-paid). Texas Department of Public Safety Racial Profiling along the Texas Border, Public Research Project, Border Network for Human Rights, 2015-2017.

Consultant (non-paid). Tornillo (Colonia in Texas) Accessibility, Costs, and Quality of Water, Public Research Project, 2014.

Morales, Maria Cristina, Eric Murillo [student], and Chris Benoit. "El Paso's Newest Crime Wave: A Wage Theft Epidemic." http://www.texascivilrightsproject.org/. [No longer publicly available], 2011.

Consultant (non-paid). 2009-2015. Economic Justice Project. Paso del Norte Civil Rights Project. Resulted in a city ordinance against wage theft.

Consultant (non-paid). Service Employees International Union (SEIU) Houston Airport Study, Public Research Project, 2015.

Interview. Migration Issues. KFOX. January 8, 2010.

Member. Border and Immigration Task Force. Border Network for Human Rights, 2006-2008.

Consultant (non-paid). Advisor on immigration reform for Jack Carter running for the Senate in Nevada. Las Vegas, NV, 2006.

Texas House District 44
SES Characteristics















Texas House District 129
SES Characteristics















Texas House District 138
SES Characteristics















Senate District 28
SES Characteristics













Senate District 9
SES Characteristics















State Board of Education District 6
SES Characteristics













23



Congressional District 27
SES Characteristics









Congressional District 37
SES Characteristics















Congressional District 38
SES Characteristics















| District | % est_poverty_Total | % est_poverty_NLWhite | % est_poverty_Latino |
|---|---|---|---|
| 27 | 14.87% | 8.90% | 17.98% |
| 37 | 19.02% | 12.50% | 19.22% |
| 38 | 21.94% | 8.69% | 25.44% |

| District | % est_LEP_Latino | % est_LEP_NLWhite | % est_LEP_Total | % est_SpanishSpeaker_LEP_Total |
|---|---|---|---|---|
| 27 | 18.30% | 1.60% | 12.54% | 30.69% |
| 37 | 44.25% | 2.43% | 31.99% | 50.47% |
| 38 | 50.00% | 2.89% | 35.26% | 57.36% |

| District | % est_RentHH_Total | % est_RentHH_NLWhite | % est_RentHH_Latino |
|---|---|---|---|
| 27 | 38.82% | 31.05% | 42.05% |
| 37 | 47.72% | 35.02% | 47.45% |
| 38 | 45.86% | 32.13% | 48.10% |

| District | % est_HSplus_Latino | % est_HSplus_NLWhite | % est_HSplus_Total |
|---|---|---|---|
| 27 | 72.57% | 94.33% | 82.07% |
| 37 | 48.99% | 88.92% | 63.28% |
| 38 | 54.93% | 92.30% | 68.46% |

| District | % est_SpeakSpanish_Total |
|---|---|
| 27 | 34.59% |
| 37 | 60.12% |
| 38 | 57.03% |

| District | % est_unemp_Latino | % est_unemp_NLWhite | % est_unemp_Total |
|---|---|---|---|
| 27 | 5.44% | 4.24% | 5.01% |
| 37 | 5.15% | 4.95% | 5.47% |
| 38 | 5.12% | 5.09% | 5.75% |

| District | % est_fb_Latino | % est_fb_NLWhite | % est_fb_Total |
|---|---|---|---|
| 27 | 17.27% | 3.26% | 14.23% |
| 37 | 42.02% | 3.53% | 32.16% |
| 38 | 42.84% | 6.11% | 33.31% |

| District | % est_poverty_Total | % est_poverty_NLWhite | % est_poverty_Latino |
|---|---|---|---|
| 129 | 16.50% | 9.66% | 16.78% |
| 138 | 22.24% | 10.39% | 25.96% |
| 44 | 14.57% | 11.25% | 15.69% |

| District | % est_LEP_Latino | % est_LEP_NLWhite | % est_LEP_Total | % est_SpanishSpeaker_LEP_Total |
|---|---|---|---|---|
| 129 | 31.56% | 1.69% | 24.45% | 38.56% |
| 138 | 56.51% | 4.08% | 43.33% | 64.25% |
| 44 | 20.39% | 1.00% | 12.72% | 31.87% |

| District | % est_RentHH_Total | % est_RentHH_NLWhite | % est_RentHH_Latino |
|---|---|---|---|
| 129 | 46.74% | 40.08% | 45.93% |
| 138 | 38.81% | 26.49% | 41.01% |
| 44 | 35.34% | 35.66% | 34.55% |

| District | % est_HSplus_Latino | % est_HSplus_NLWhite | % est_HSplus_Total |
|---|---|---|---|
| 129 | 64.40% | 93.95% | 74.34% |
| 138 | 51.01% | 89.26% | 64.13% |
| 44 | 70.39% | 95.31% | 81.17% |

| District | % est_SpeakSpanish_Total |
|---|---|
| 129 | 49.93% |
| 138 | 59.81% |
| 44 | 37.41% |

| District | % est_unemp_Latino | % est_unemp_NLWhite | % est_unemp_Total |
|---|---|---|---|
| 129 | 7.04% | 4.93% | 7.48% |
| 138 | 4.71% | 7.43% | 5.51% |
| 44 | 4.85% | 4.46% | 4.85% |

| District | % est_fb_Latino | % est_fb_NLWhite | % est_fb_Total |
|---|---|---|---|
| 129 | 35.24% | 3.81% | 29.63% |
| 138 | 45.29% | 6.56% | 38.37% |
| 44 | 18.77% | 1.77% | 13.22% |

| District | % est_poverty_Total | % est_poverty_NLWhite | % est_poverty_Latino |
|---|---|---|---|
| 6 | 20.87% | 10.75% | 23.38% |

| District | % est_LEP_Latino | % est_LEP_NLWhite | % est_LEP_Total | % est_SpanishSpeaker_LEP_Total |
|---|---|---|---|---|
| 6 | 43.93% | 2.88% | 31.84% | 51.78% |

| District | % est_RentHH_Total | % est_RentHH_NLWhite | % est_RentHH_Latino |
|---|---|---|---|
| 6 | 49.41% | 33.60% | 50.65% |

| District | % est_HSplus_Latino | % est_HSplus_NLWhite | % est_HSplus_Total |
|---|---|---|---|
| 6 | 56.78% | 91.50% | 69.64% |

| District | % est_SpeakSpanish_Total |
|---|---|
| 6 | 53.72% |

| District | % est_unemp_Latino | % est_unemp_NLWhite | % est_unemp_Total |
|---|---|---|---|
| 6 | 6.16% | 5.92% | 6.63% |

| District | % est_fb_Latino | % est_fb_NLWhite | % est_fb_Total |
|---|---|---|---|
| 6 | 42.13% | 6.80% | 34.67% |

| District | % est_poverty_Total | % est_poverty_NLWhite | % est_poverty_Latino |
|---|---|---|---|
| 28 | 15.71% | 10.33% | 17.67% |
| 9 | 20.01% | 13.95% | 19.85% |

| District | % est_LEP_Latino | % est_LEP_NLWhite | % est_LEP_Total | % est_SpanishSpeaker_LEP_Total |
|---|---|---|---|---|
| 28 | 19.56% | 1.07% | 12.20% | 31.57% |
| 9 | 43.98% | 2.42% | 31.13% | 50.24% |

| District | % est_RentHH_Total | % est_RentHH_NLWhite | % est_RentHH_Latino |
|---|---|---|---|
| 28 | 40.08% | 36.59% | 40.40% |
| 9 | 48.40% | 38.01% | 47.34% |

| District | % est_HSplus_Latino | % est_HSplus_NLWhite | % est_HSplus_Total |
|---|---|---|---|
| 28 | 70.92% | 94.64% | 81.21% |
| 9 | 48.33% | 88.04% | 62.98% |

| District | % est_SpeakSpanish_Total |
|---|---|
| 28 | 36.17% |
| 9 | 59.18% |

| District | % est_unemp_Latino | % est_unemp_NLWhite | % est_unemp_Total |
|---|---|---|---|
| 28 | 5.48% | 4.53% | 5.12% |
| 9 | 5.17% | 5.21% | 5.76% |

| District | % est_fb_Latino | % est_fb_NLWhite | % est_fb_Total |
| --- | --- | --- | --- |
| 28 | 18.40% | 2.67% | 13.04% |
| 9 | 41.77% | 3.16% | 31.10% |