# EXHIBIT E



FedEx® Tracking



## Summary Tracking Results

| TRACKING ID | SHIP DATE | SHIPPER CITY, STATE | RECIPIENT CITY, STATE | STATUS | DELIVERED DATE | SCHEDULED DELIVERY DATE | SERVICE |
|---|---|---|---|---|---|---|---|
| 880954219887 | 5/1/25 | San Antonio, TX | HOUSTON, TX | Delivery updated | | 5/5/25 10:30 AM | FedEx Express |
| 880954153905 | 5/1/25 | San Antonio, TX | GALVESTON, TX | Delivery updated | | 5/5/25 10:30 AM | FedEx Express |
| 880954270164 | 5/1/25 | San Antonio, TX | EL PASO, TX | Delivery updated | | 5/5/25 10:30 AM | FedEx Express |

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
 United States

**FOLLOW FEDEX**      





