IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* §§§§§§§§§§§ Plaintiffs, V. GREG ABBOTT, *et al.*, Defendants. | § § § § § § § § § § § | Case No. 3:21-cv-00259 [Lead Case] |
| TEXAS STATE CONFERENCE OF THE NAACP, Plaintiff, V. GREG ABBOTT, *et al.*, Defendants. | § § § § § § § § § § § § § | Case No. 1:21-cv-01006 [Consolidated Case] |

**PLAINTIFF TEXAS NAACP'S PRETRIAL DISCLOSURES**

Plaintiff Texas NAACP hereby submits the following Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Pretrial Scheduling Order (Dkt. 880). Texas NAACP reserves the right to amend and supplement these Pretrial Disclosures, and to respond to Defendants Pretrial Disclosures, as appropriate.

I.  **WITNESSES**

Texas NAACP's Witness List is set forth in **Exhibit A** attached hereto. Texas NAACP reserves the right to call witnesses identified by Defendants or any other Plaintiff in their Pre-Trial Disclosures. Texas NAACP does not know the precise nature and scope of the testimony and evidence that Defendants may seek to introduce at trial. Accordingly, Texas NAACP reserves

1

the right to modify, amend, or supplement this witness list leading up to and through trial based on case developments, including without limitation the right to: (1) call its witnesses in any order; (2) not call one or more witnesses; (3) call live or by deposition any witness identified on Defendants' witness list and any witness necessary to rebut Defendants' case, arguments, and/or evidence, and/or to authenticate or lay the foundation for the introduction of documents to which Defendant objects; (4) reasonably supplement or amend this Witness List through and including the time of trial to the extent permitted by the Court; (5) introduce deposition testimony as impeachment evidence; or (6) change a witness from a live witness to a witness testifying by deposition, and vice versa. Texas NAACP also reserves the right to supplement or modify this witness list in response to rulings made by the Court. Texas NAACP's identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Defendants.[1]

## II.     TRIAL EXHIBITS

Texas NAACP's Preliminary Trial Exhibit List is set forth in **Exhibit B** attached hereto. Texas NAACP reserves the right to introduce in evidence any documents identified by Defendants or any other plaintiff in their Pre-Trial Disclosures and to introduce additional documents as rebuttal or impeachment evidence.  Texas NAACP's list of trial exhibits may include documents that are the subject of one or more pending motions.  Texas NAACP reserves the right to amend its list of trial exhibits based on the outcome of those pending motions.

Texas NAACP's list of trial exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to trial.  Texas NAACP will serve

---

[1] Pursuant to the parties' agreement, the parties will exchange deposition designations as required under Federal Rule of Civil Procedure 26(a)(3) for any witnesses testifying by deposition on May 7, 2025.

its objections to Defendants' trial exhibit list and any additional trial exhibits in accordance with the Court's Pretrial Scheduling Order.

                                                Respectfully submitted,

                                                */s/ Lindsey B. Cohan*
                                                Lindsey B. Cohan
                                                Texas Bar No. 24083903
                                                DECHERT LLP
                                                515 Congress Avenue, Suite 1400
                                                Austin, TX 78701
                                                (512) 394-3000
                                                *lindsey.cohan@dechert.com*

                                                David Rollins-Boyd*
                                                Jennifer Nwachukwu*
                                                Jeremy Lewis*
                                                LAWYERS' COMMITTEE FOR
                                                CIVIL RIGHTS UNDER LAW
                                                1500 K Street, Suite 900
                                                Washington, DC 20005
                                                (202) 662-8600
                                                *drollins-boyd@lawyerscommittee.org*
                                                *jnwachukwu@lawyerscommittee.org*
                                                *jlewis@lawyerscommittee.org*

                                                Neil Steiner*
                                                DECHERT LLP
                                                1095 Avenue of the Americas
                                                New York, NY 10036
                                                (212) 698-3822
                                                *neil.steiner@dechert.com*

                                                Robert Notzon
                                                Texas Bar No. 00797934
                                                THE LAW OFFICE OF ROBERT NOTZON
                                                1502 West Avenue
                                                Austin, Texas 78701
                                                (512) 474-7563
                                                *robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*aashton@naacpnet.org*

Janette M. Louard
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted *pro hac vice*.

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing and all attachments were filed and served on counsel of record via the Court's electronic filing system on May 2, 2025.

*s/ Lindsey B. Cohan*
Lindsey B. Cohan
*Counsel for Plaintiff Texas NAACP*
