UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* <br><br> *Plaintiffs,* <br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| TEXAS STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiff,* <br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-01006 <br> [Consolidated Case] |

## PLAINTIFF TEXAS NAACP'S WITNESS LIST

| Name | Will/May Call | [F]act<br>[E]xpert<br>[L]iability<br>[D]amages |
|---|---|---|
| Dr. Moon Duchin | Will | E/L |
| Dr. Monica Munoz Martinez | Will | E/L |
| Jeffrey W. Travillion | Will | F/L |
| Sharon Middlebrooks | Will | F/L |

2

| Name | Will/May Call | [F]act [E]xpert [L]iability [D]amages |
|---|---|---|
| Claude Cummings | Will | F/L |
| Linda Lewis | May | F/L |
| Willie Hudspeth | May | F/L |
| Harold Van Arsdale | May | F/L |
| Jasmine Crockett | May | F/L |
| Ramon Ramero | May | F/L |
| Michelle Beckley | May | F/L |
| Royce West | May | F/L |
| Gene Wu | May | F/L |
| Al Green | May | F/L |
| Nicole Collier | May | F/L |
| Chris Turner | May | F/L |
| Senfronia Thompson | May | F/L |
| June Jenkins | May | F/L |