| Trial Exhibit No. | Date | Deposition Exhibit | Beginning Bates No. | End Bates No. | Objections | Objection Responses | Date Admitted | Witness |
|---|---|---|---|---|---|---|---|---|
| PL_TXNAACP 1 | 7/16/2020 | Carter 01 | Memorandum from Sharon Carter and Hugh Brady to Texas House Committee Chairs re Options for Conducting Interim Committee Business | [] | | | | |
| PL_TXNAACP 2 | 1/12/2021 | Buckley 05 | House District 54 - District Population Analysis with Public Schools | [] | | | | |
| PL_TXNAACP 3 | 1/13/2021 | Huffman 14 | State Senate District 17 - District Population with County Schools | [] | | | | |
| PL_TXNAACP 4 | 1/26/2021 | [] | BILL_FILE-0017994 | BILL_FILE-0018027 | | | | |
| PL_TXNAACP 5 | 1/27/2021 | [] | BILL_FILE-0018028 | BILL_FILE-0018060 | | | | |
| PL_TXNAACP 6 | 1/27/2021 | [] | TEX_LEG_REDISTRICTING_003840 | TEX_LEG_REDISTRICTING_003872 | | | | |
| PL_TXNAACP 7 | 1/28/2021 | [] | BILL_FILE-0018061 | BILL_FILE-0018111 | | | | |
| PL_TXNAACP 8 | 1/29/2021 | [] | BILL_FILE-0018112 | BILL_FILE-0018132 | | | | |
| PL_TXNAACP 9 | 2/4/2021 | [] | BILL_FILE-0018184 | BILL_FILE-0018235 | | | | |
| PL_TXNAACP 10 | 2/4/2021 | [] | SRC_000200 | SRC_000251 | | | | |
| PL_TXNAACP 11 | 2/4/2021 | [] | STATE-REDISTRICTING_002223 | STATE-REDISTRICTING_002223 | | | | |
| PL_TXNAACP 12 | 2/4/2021 | [] | STATE-REDISTRICTING_002233 | STATE-REDISTRICTING_002233 | | | | |
| PL_TXNAACP 13 | 2/4/2021 | [] | STATE-REDISTRICTING_002237 | STATE-REDISTRICTING_002237 | | | | |
| PL_TXNAACP 14 | 2/4/2021 | [] | STATE-REDISTRICTING_002284 | STATE-REDISTRICTING_002284 | | | | |
| PL_TXNAACP 15 | 2/12/2021 | [] | BILL_FILE-0018236 | BILL_FILE-0018314 | | | | |
| PL_TXNAACP 16 | 2/12/2021 | [] | SRC_000032 | SRC_000110 | | | | |
| PL_TXNAACP 17 | 2/25/2021 | Buckley 06 | House District 54 - District Population Analysis with School District Subtotals | [] | | | | |
| PL_TXNAACP 18 | 2/25/2021 | Buckley 07 | House District 54 - District Election Report | [] | | | | |
| PL_TXNAACP 19 | 3/13/2021 | [] | BILL_FILE-0018396 | BILL_FILE-0018474 | | | | |
| PL_TXNAACP 20 | 3/13/2021 | [] | TEX_LEG_REDISTRICTING_010025 | TEX_LEG_REDISTRICTING_010033 | | | | |
| PL_TXNAACP 21 | 6/3/2021 | Gober 02 | GOBERDOJ000053 | GOBERDOJ000207 | | | | |
| PL_TXNAACP 22 | 6/22/2021 | Gober 04 | GOBERDOJ000174 | GOBERDOJ000176 | | | | |
| PL_TXNAACP 23 | 8/11/2021 | Gober 10 | GOBERDOJ06092585 | GOBERDOJ06092585 | | | | |
| PL_TXNAACP 24 | 8/20/2021 | Mackin 12 | 8/20/21 - 10/16/21 A. Mackin text messages | [] | | | | |
| PL_TXNAACP 25 | 8/26/2021 | [] | GOBERDOJ00406096666 | GOBERDOJ00406096674 | | | | |
| PL_TXNAACP 26 | 9/3/2021 | [] | LULAC_TX_LEG_REDISTRICTING_005349 | LULAC_TX_LEG_REDISTRICTING_005350 | | | | |
| PL_TXNAACP 27 | 9/3/2021 | Gober 03 | GOBERDOJ000302 | GOBERDOJ000306 | | | | |
| PL_TXNAACP 28 | 9/18/2021 | [] | BILL_FILE-0005401 | BILL_FILE-0005403 | | | | |
| PL_TXNAACP 29 | 9/18/2021 | Hancock 18 | Email from B. Powell to B. Hughes et al re "Regarding concerns with proposed redraw of SD10" | [] | | | | |
| PL_TXNAACP 30 | 9/20/2021 | [] | BILL_FILE-0006616 | BILL_FILE-0006616 | | | | |
| PL_TXNAACP 31 | 9/21/2021 | [] | GOBERDOJ014374 | GOBERDOJ014374 | | | | |
| PL_TXNAACP 32 | 9/21/2021 | Huffman 08 | BILL_FILE-0004561 | BILL_FILE-0004589 | | | | |
| PL_TXNAACP 33 | 9/21/2021 | Landgraf 07 | Email from C. Gober to S. Field re "Unified US House of Representatives Map for Texas" | [] | | | | |
| PL_TXNAACP 34 | 9/21/2021 | Landgraf 08 | Email from C. Gober to A. Mackin re "Unified US House of Representatives Map for Texas" | [] | | | | |
| PL_TXNAACP 35 | 9/23/2021 | [] | SRC_000967 | SRC_000968 | | | | |
| PL_TXNAACP 36 | 9/24/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008405 | LULAC_TX_LEG_REDISTRICTING_008406 | | | | |
| PL_TXNAACP 37 | 9/24/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008502 | LULAC_TX_LEG_REDISTRICTING_008504 | | | | |
| PL_TXNAACP 38 | 9/24/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008835 | LULAC_TX_LEG_REDISTRICTING_008840 | | | | |
| PL_TXNAACP 39 | 9/24/2021 | [] | LULAC_TX_LEG_REDISTRICTING_009127 | LULAC_TX_LEG_REDISTRICTING_009279 | | | | |
| PL_TXNAACP 40 | 9/24/2021 | Hancock 13 | STATE-REDISTRICTING_001529 | STATE-REDISTRICTING_001529 | | | | |
| PL_TXNAACP 41 | 9/24/2021 | Hancock 14 | STATE-REDISTRICTING_001530 | STATE-REDISTRICTING_001539 | | | | |
| PL_TXNAACP 42 | 9/25/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008498 | LULAC_TX_LEG_REDISTRICTING_008500 | | | | |
| PL_TXNAACP 43 | 9/25/2021 | [] | SRC_000886 | SRC_000887 | | | | |
| PL_TXNAACP 44 | 9/25/2021 | [] | SRC_001333 | SRC_001333 | | | | |
| PL_TXNAACP 45 | 9/25/2021 | [] | TEX_LEG_REDISTRICTING_010413 | TEX_LEG_REDISTRICTING_010413 | | | | |
| PL_TXNAACP 46 | 9/25/2021 | [] | TEX_LEG_REDISTRICTING_011486 | TEX_LEG_REDISTRICTING_011487 | | | | |
| PL_TXNAACP 47 | 9/26/2021 | [] | SRC_000714 | SRC_000715 | | | | |
| PL_TXNAACP 48 | 9/26/2021 | [] | TEX_LEG_REDISTRICTING_006145 | TEX_LEG_REDISTRICTING_006146 | | | | |
| PL_TXNAACP 49 | 9/26/2021 | [] | TEX_LEG_REDISTRICTING_011815 | TEX_LEG_REDISTRICTING_011815 | | | | |
| PL_TXNAACP 50 | 9/27/2021 | [] | LULAC_TX_LEG_REDISTRICTING_005834 | LULAC_TX_LEG_REDISTRICTING_005834 | | | | |
| PL_TXNAACP 51 | 9/27/2021 | Gober 24 | Compare Committee Plan C2101 to 9/25/21 | [] | | | | |
| PL_TXNAACP 52 | 9/29/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008841 | LULAC_TX_LEG_REDISTRICTING_008847 | | | | |
| PL_TXNAACP 53 | 9/29/2021 | Hunter 07 | Map of House Districts - Proposed Plan H2101 | [] | | | | |
| PL_TXNAACP 54 | 9/29/2021 | Hunter 29 (Excerpt) | BILL_FILE-0002178 | BILL_FILE-0002235 | | | | |
| PL_TXNAACP 55 | 9/30/2021 | [] | NAACP_TEX_LEG_REDISTRICTING_012624 | NAACP_TEX_LEG_REDISTRICTING_012662 | | | | |
| PL_TXNAACP 56 | 9/30/2021 | [] | TEX_LEG_REDISTRICTING_005700 | TEX_LEG_REDISTRICTING_005700 | | | | |
| PL_TXNAACP 57 | 9/30/2021 | [] | TEX_LEG_REDISTRICTING_010321 | TEX_LEG_REDISTRICTING_010326 | | | | |
| PL_TXNAACP 58 | 9/30/2021 | Gober 28 | Compare Committee Plan C2116 to 9/30/21 | [] | | | | |
| PL_TXNAACP 59 | 10/2/2021 | Huffman 7 | BILL_FILE-0004653 | BILL_FILE-0004660 | | | | |
| PL_TXNAACP 60 | 10/3/2021 | [] | LULAC_TX_LEG_REDISTRICTING_006677 | LULAC_TX_LEG_REDISTRICTING_006686 | | | | |

| Trial Exhibit No. | Date | Deposition Exhibit | Beginning Bates No. | End Bates No. | Objections | Objection Responses | Date Admitted | Witness |
|---|---|---|---|---|---|---|---|---|
| PL_TXNAACP 61 | 10/3/2021 | [] | SRC_001557 | SRC_001558 | | | | |
| PL_TXNAACP 62 | 10/4/2021 | [] | BILL_FILE-0016400 | BILL_FILE-0016659 | | | | |
| PL_TXNAACP 63 | 10/4/2021 | [] | LULAC_TX_LEG_REDISTRICTING_006377 | LULAC_TX_LEG_REDISTRICTING_006378 | | | | |
| PL_TXNAACP 64 | 10/4/2021 | [] | NAACP_TEX_LEG_REDISTRICTING_012751 | NAACP_TEX_LEG_REDISTRICTING_012789 | | | | |
| PL_TXNAACP 65 | 10/4/2021 | [] | SRC_001534 | SRC_001535 | | | | |
| PL_TXNAACP 66 | 10/4/2021 | [] | TEX_LEG_REDISTRICTING_008141 | TEX_LEG_REDISTRICTING_008142 | | | | |
| PL_TXNAACP 67 | 10/4/2021 | [] | TEX_LEG_REDISTRICTING_008435 | TEX_LEG_REDISTRICTING_008435 | | | | |
| PL_TXNAACP 68 | 10/4/2021 | [] | BILL_FILE-0012400 | BILL_FILE-0012437 | | | | |
| PL_TXNAACP 69 | 10/5/2021 | [] | BILL_FILE-0007816 | BILL_FILE-0007854 | | | | |
| PL_TXNAACP 70 | 10/6/2021 | [] | BILL_FILE-0006529 | BILL_FILE-0006531 | | | | |
| PL_TXNAACP 71 | 10/6/2021 | [] | NAACP_TEX_LEG_REDISTRICTING_015669 | NAACP_TEX_LEG_REDISTRICTING_015669 | | | | |
| PL_TXNAACP 72 | 10/6/2021 | Huffman 9 | BILL_FILE-0001057 | BILL_FILE-0001101 | | | | |
| PL_TXNAACP 73 | 10/7/2021 | [] | BILL_FILE-0005801 | BILL_FILE-0005809 | | | | |
| PL_TXNAACP 74 | 10/10/2021 | Jetton 21 | Population and Voter Data and Voter Registration Comparison- House Plan H2228 | [] | | | | |
| PL_TXNAACP 75 | 10/10/2021 | Jetton 22 | American Community Survey - House Plan H2228 | [] | | | | |
| PL_TXNAACP 76 | 10/10/2021 | Lozano 09 | District Population Analysis with County Subtotals - House Districts - H2261 | [] | | | | |
| PL_TXNAACP 77 | 10/11/2021 | [] | BILL_FILE-0005842 | BILL_FILE-0005881 | | | | |
| PL_TXNAACP 78 | 10/11/2021 | [] | LULAC_TX_LEG_REDISTRICTING_007318 | LULAC_TX_LEG_REDISTRICTING_007319 | | | | |
| PL_TXNAACP 79 | 10/11/2021 | Garcia 03 | Email from C. Garcia to S. Opperman re "SB4" | [] | | | | |
| PL_TXNAACP 80 | 10/12/2021 | Jetton 23 | Population and Voter Data and Voter Registration Comparions - House Plan H2276 | [] | | | | |
| PL_TXNAACP 81 | 10/12/2021 | Jetton 25 | American Community Survey - House Plan H2276 | [] | | | | |
| PL_TXNAACP 82 | 10/13/2021 | [] | STATE-REDISTRICTING_001227 | STATE-REDISTRICTING_001289 | | | | |
| PL_TXNAACP 83 | 10/13/2021 | Garcia 15 | Email from S. Greenblatt to C. Garcia re "never got confirmation" | [] | | | | |
| PL_TXNAACP 84 | 10/13/2021 | Landgraf 05 | Population and Voter Data with Voter Registration Comparison - House Districts - H2316 | [] | | | | |
| PL_TXNAACP 85 | 10/13/2021 | Landgraf 10 | District Population Analysis with County Subtotals - House Districts - H2316 | [] | | | | |
| PL_TXNAACP 86 | 10/14/2021 | Garcia 16 | Email from N. Winick to Texas House Redistricting re "House Redistricting Committee hearing on SB6 Confirmation" and attaching "SB6.doc" | [] | | | | |
| PL_TXNAACP 87 | 10/16/2021 | Hunter 19 | GOBERDOJ017575 | GOBERDOJ017576 | | | | |
| PL_TXNAACP 88 | 10/17/2021 | [] | BILL_FILE-0013229 | BILL_FILE-0013276 | | | | |
| PL_TXNAACP 89 | 10/19/2021 | [] | BILL_FILE-0006614 | BILL_FILE-0006614 | | | | |
| PL_TXNAACP 90 | 4/18/2022 | Mackin 02 | American Community Survey Special Tabulation - House Districts Plan H2100 | [] | | | | |
| PL_TXNAACP 91 | 6/6/2022 | Hunter 34 | District Population Analysis with County Subtotals Congressional Districts - Plan C2195 | [] | | | | |
| PL_TXNAACP 92 | 7/11/2022 | Lozano 13 | Election Analysis - House Districts Plan H2261 2020 Election | [] | | | | |
| PL_TXNAACP 93 | 7/11/2022 | Lozano 14 | Population, Voter Registration, Turnout, and SSTO Analysis - House Districts - H2261 | [] | | | | |
| PL_TXNAACP 94 | 7/27/2022 | Hunter 30 | District Population Analysis with County Subtotals House Districts - Plan H2322 | [] | | | | |
| PL_TXNAACP 95 | [] | [] | SRC_002372 | SRC_002373 | | | | |
| PL_TXNAACP 96 | [] | [] | LULAC_TX_LEG_REDISTRICTING_015106 | LULAC_TX_LEG_REDISTRICTING_015106 | | | | |
| PL_TXNAACP 97 | [] | [] | LULAC_TX_LEG_REDISTRICTING_015137 | LULAC_TX_LEG_REDISTRICTING_015137 | | | | |
| PL_TXNAACP 98 | [] | [] | BILL_FILE-0006617 | BILL_FILE-0006617 | | | | |
| PL_TXNAACP 99 | [] | Buckley 09 | House Districts 54-55 Map | [] | | | | |
| PL_TXNAACP 100 | [] | Buckley 14 | House Districts 54-55 Bell County Proposed Districts | [] | | | | |
| PL_TXNAACP 101 | [] | Carter 06 | Representative Anchia Point of Order- SB 6_ Rule 13, Sec 9d | [] | | | | |
| PL_TXNAACP 102 | [] | Foltz 23 | Plan H2321 | [] | | | | |
| PL_TXNAACP 103 | [] | Foltz 25 | Map of Plan H2321 - Travis County | [] | | | | |
| PL_TXNAACP 104 | [] | Gober 06 | GOBERDOJ000242 | GOBERDOJ000247 | | | | |
| PL_TXNAACP 105 | [] | Gober 34 | Map - Alt2b Alternative Plan State of Texas | [] | | | | |
| PL_TXNAACP 106 | [] | Gober 35 | Map - Senate Alt5 Alternative Plan State of Texas | [] | | | | |
| PL_TXNAACP 107 | [] | Gober 36 | Map - Unified Senate Base Alternative Plan | [] | | | | |
| PL_TXNAACP 108 | [] | Gober 37 | Map - Unified SenAlt1 Alternative Plan | [] | | | | |

| Trial Exhibit No. | Date | Deposition Exhibit | Beginning Bates No. | End Bates No. | Objections | Objection Responses | Date Admitted | Witness |
|---|---|---|---|---|---|---|---|---|
| PL_TXNAACP 109 | [] | Gober 38 | Map - Unified Senate Base 2 Alternative Plan | [] | | | | |
| PL_TXNAACP 110 | [] | Gober 39 | Map - Unified Senate Base 3 Plan Alternative Plan | [] | | | | |
| PL_TXNAACP 111 | [] | Gober 40 | Map - Unified Senate Base 4 Plan (V Gonzalez Amendment 15-34) | [] | | | | |
| PL_TXNAACP 112 | [] | Gober 41 | Map - Aggie Alternative Plan | [] | | | | |
| PL_TXNAACP 113 | [] | Gober 42 | Map - Mustang Alternative Plan | [] | | | | |
| PL_TXNAACP 114 | [] | Gober 43 | Map - SenAlt2b - Alternative Plan | [] | | | | |
| PL_TXNAACP 115 | [] | Gober 44 | Map - SenAlt2 Alternative Plan | [] | | | | |
| PL_TXNAACP 116 | [] | Gober 45 | Map - Unified SenAlt2 Alternative Plan | [] | | | | |
| PL_TXNAACP 117 | [] | Gober 46 | Map - Unified Senate Base 4 - Ellzey Amendment to Alternative Plan | [] | | | | |
| PL_TXNAACP 118 | [] | Gober 47 | Map - Unified Senate Base 4 - Fort Bliss Amendment to Alternative Plan | [] | | | | |
| PL_TXNAACP 119 | [] | Hancock 11 | Map of Plan S2101 Dallas area | [] | | | | |
| PL_TXNAACP 120 | [] | Hancock 12 | Map of Plan S2101 Ft. Worth area | [] | | | | |
| PL_TXNAACP 121 | [] | Hancock 15 | Map of Plan S2119 Dallas area | [] | | | | |
| PL_TXNAACP 122 | [] | Hancock 16 | Map of Plan S2119 Ft. Worth area | [] | | | | |
| PL_TXNAACP 123 | [] | Jetton 08 | Map of Plan H2228 | [] | | | | |
| PL_TXNAACP 124 | [] | Jetton 09 | Map of Plan H2276 | [] | | | | |
| PL_TXNAACP 125 | [] | Jetton 10 | Map of Plan H2276 - San Antonio area | [] | | | | |
| PL_TXNAACP 126 | [] | Jetton 11 | Map of Plan H2276 | [] | | | | |
| PL_TXNAACP 127 | [] | Landgraf 11 | Landgraf Amendment Map | [] | | | | |
| PL_TXNAACP 128 | [] | Landgraf 19 | Map - Deviation of House Districts from Ideal District Population - 2020 Census | [] | | | | |
| PL_TXNAACP 129 | [] | Landgraf 20 | Map - Deviation of House Districts from Ideal District Population - 2020 Census | [] | | | | |
| PL_TXNAACP 130 | [] | Opperman 03 | Maps - Unified Congress Alternative Plan - Texas | [] | | | | |
| PL_TXNAACP 131 | [] | Opperman 04 | State Senate Districts Deviation from Ideal District Population - 2020 Census | [] | | | | |
| PL_TXNAACP 132 | [] | Shine 09 | Districts 54-55 - Map of Plan H2101 | [] | | | | |
| PL_TXNAACP 133 | [] | Shine 10 | Districts 54-55 - Map of Plan H2166 | [] | | | | |
| PL_TXNAACP 134 | [] | Shine 12 | Map of Bell County State House Districts Proposed Plan H2216 | [] | | | | |
| PL_TXNAACP 135 | [] | Wu 03 | Map with hand-drawn markings - Districts 134, 131, 137 | [] | | | | |
| PL_TXNAACP 136 | 5/23/2022 | [] | Duchin Expert Report (Corrected 5.23.22) | [] | | | | |
| PL_TXNAACP 137 | 6/20/2022 | [] | Duchin Supplemental Expert Report (6.20.22) | [] | | | | |
| PL_TXNAACP 138 | 8/1/2022 | [] | Duchin Rebuttal Report (8.1.2022) | [] | | | | |
| PL_TXNAACP 139 | 5/20/2022 | [] | Martinez Expert Report | [] | | | | |
| PL_TXNAACP 140 | [] | [] | Standing Declarations of TX NAACP Member[1] | [] | | | | |

[1] On May 2, 2025, Plaintiff Texas NAACP and Defendants reached agreement that Defendants would accept an executed declaration on behalf of Texas NAACP members in lieu of those individuals appearing live at trial (with Defendants reserving their rights to object as to Plaintiff Texas NAACP's standing). In light of this recent agreement, Plaintiff Texas NAACP intends to supplement its exhibit list as soon as practicable and individually list all declarations provided.