IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| League of United Latin American Citizens, *et al.*, | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 [Lead Case] |
| v. | § § | |
| Greg Abbott, *et al.*, | § § | |
| *Defendants.* | § | |

---

**STATE DEFENDANTS' PRETRIAL DISCLOSURES**

---

Defendants the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Secretary of State; and Dave Nelson, in his official capacity as Deputy Secretary of State, (collectively, "State Defendants") respectfully provide their Pretrial Disclosures in accordance with Federal Rule of Civil Procedure 26(a)(3) and the Scheduling Order entered by this Court.

## WITNESSES

In accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(i), State Defendants currently anticipate calling the following witnesses to present live testimony at trial:

| WITNESS | EXPECTS TO CALL OR MAY CALL |
|---|---|
| Christina Adkins | Expects to Call |
| Dr. John Alford | Expects to Call |
| Sen. Joan Huffman | Expects to Call |
| Keith Ingram | Expects to Call |
| Rep. Brooks Landgraf | Expects to Call |
| Dr. Sean Trende | Expects to Call |
| Rep. Rafael Anchia | May Call |
| Rep. Ina Minjarez | May Call |
| Alicia Phillips Pierce | May Call |

| Rep. Chris Turner | May Call |
| Sen. Royce West | May Call |

In addition to the foregoing individuals, State Defendants may call any of the witnesses Plaintiffs designate as a witness at trial. State Defendants reserve the right to call such rebuttal and other witnesses as they deem appropriate based on the testimony and other evidence admitted at trial. State Defendants note that their Rule 26(a)(3) disclosures do not reflect the order in which State Defendants will call their witnesses at trial. State Defendants instead shall serve and file their witness lists for each week of their case in chief "one week in advance," in accordance with the Court's order, and in accordance with agreement reached by the Parties. Dkt. 880. Those lists shall specify the sequence in which those witnesses will testify.

## TESTIMONY BY DEPOSITION

After conferring, State Defendants, Plaintiffs, and Plaintiff-Intervenors all agreed to extend the disclosure deadline, as it related to the exchange of deposition designations, by five days—to May 7, 2025. The Parties agreed to this extension so that they may have the opportunity to review the witness lists that will be served by all parties on May 2, 2025, and determine whether and to what extent those disclosures impact the witnesses that shall be designated to testify by deposition. Following this agreement, the Parties filed a joint motion to extend the scheduling order deadline, which this Court granted via text order. Accordingly, State Defendants will identify the witnesses whose testimony State Defendants expect to present by deposition on May 7, 2025, along with page and line designations.

## EXHIBITS

State Defendants identify the following documents or other exhibits which State Defendants expect to offer, and which may be offered, in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(iii). State Defendants reserve the right to amend their exhibits as they deem appropriate based on the testimony and other evidence admitted at trial. Per the Court's March 19, 2025, scheduling order, the Parties exchanged potential joint exhibits, which are still being

reviewed. To avoid confusion, State Defendants have not listed in their Rule 26(a)(3) disclosure any document or other exhibit currently being considered as a potential joint exhibit. State Defendants will update their exhibit list in the event that the Parties decline to accept any of State Defendants' proposed exhibits from the final joint exhibit list. Likewise, State Defendants will update their exhibit list in the event any of their exhibits overlap with joint exhibit list.

In addition, nothing in this Rule 26(a)(3) disclosure should be interpreted as a waiver of legislative privilege. State Defendants only intend to rely on public and non-privileged information at trial, and any inclusion of privileged information is inadvertent. Should any privileged document appear in State Defendants' exhibit list, State Defendants reserve the right to withdraw and snapback the exhibit from their disclosure.

| STATE DEFENDANTS' EXHIBIT NO. | DESCRIPTION | DATE EXHIBIT IDENTIFIED | ADMITTED OR WITHDRAWN |
|---|---|---|---|
| 1 | **Expert Witness Report, Dr. Sean Trende (Served on July 23, 2022)** | 2-May-25 | |
| 2 | **Supplemental Expert Witness Report, Dr. Sean Trende (Served on Mar. 31, 2025)** | 2-May-25 | |
| 3 | **Supplemental Expert Witness Reply, Dr. Sean Trende (Served on Apr. 17, 2025)** | 2-May-25 | |
| 4 | **Initial Expert Report, Dr. John Alford (Served on Dec. 20, 2021)** | 2-May-25 | |
| 5 | **Rebuttal Report, Dr. John Alford, January 2022** | 2-May-25 | |
| 6 | **Expert Report, Dr. John Alford, July 18, 2022** | 2-May-25 | |
| 7 | **Supplemental Expert Report, Dr. John Alford (Served on Mar. 31, 2025)** | 2-May-25 | |

| 8 | Supplemental Rebuttal Expert Report, Dr. John Alford (Served on Apr. 16, 2025) | 2-May-25 | |
|---|---|---|---|
| 9 | Dr. John Alford CV, March 2025 | 2-May-25 | |
| 10 | Rep. Kay Granger 9/30/21 statement in support of SB6 | 2-May-25 | |
| 11 | Congressman Written Testimony in Support of Map | 2-May-25 | |
| 12 | Congressman Carter Written Test in Support | 2-May-25 | |
| 13 | Congressman written test. in support | 2-May-25 | |
| 14 | Congressman Gonzalez written test. in support | 2-May-25 | |
| 15 | Rep. Ronny Jackson written test in support | 2-May-25 | |
| 16 | Senate Special Committee on Redistricting: Regional Hearing Dates and Focus Areas | 2-May-25 | |
| 17 | Huffman letter RE: participation/interpreter | 2-May-25 | |
| 18 | Rep. Roy written testimony in support | 2-May-25 | |
| 19 | Senate Research Center 09/27/2021 Letter to Senate Special Committee on Redistricting re Redistricting Hearing on 09/24/2021 | 2-May-25 | |
| 20 | Senate Research Center 09/29/2021 Letter to Senate Special Committee on Redistricting re Redistricting Hearing 09/28/2021 | 2-May-25 | |
| 21 | Email Correspondence from Sean Opperman to Stephanie Swanson re Sen. Huffman Letter | 2-May-25 | |

| 22 | Huffman letter to LWVT RE: participation | 2-May-25 | |
| 23 | Huffman letter to Rivera RE: participation/notice | 2-May-25 | |
| 24 | Email Correspondence from Sean Opperman re Sen. Huffman Letter | 2-May-25 | |
| 25 | Email from Opperman to Ashley Cheng re: helping witnesses videoconference in for testimony | 2-May-25 | |
| 26 | Congressman Brady written statement in support | 2-May-25 | |
| 27 | Rep. McCaul written testimony in support | 2-May-25 | |
| 28 | Congressman Williams written test. in support | 2-May-25 | |
| 29 | Opperman and Perales email thread RE SB 6 | 2-May-25 | |
| 30 | Statements in support of SB 6 by 11 congress people | 2-May-25 | |
| 31 | Opperman and Joaquin Gonzalez email exchange | 2-May-25 | |
| 32 | Huffman to Gonzalez RE: transparency/participation | 2-May-25 | |
| 33 | Communications between Opperman and Joaquin Gonzalez | 2-May-25 | |
| 34 | Letter of Sen. Huffman announcing public portal | 2-May-25 | |
| 35 | Opperman FWD Huffman email to LWVTX RE: participation | 2-May-25 | |
| 36 | Sen. Huffman's office promoting Fair Maps' hosted meeting taking public testimony | 2-May-25 | |

| 37 | Senate Special Committee on Redistricting Tentative Regional Hearing Dates and Focus Areas Jan. 2021 | 2-May-25 | |
|----|----|----|----|
| 38 | Opperman to Cheng RE: participation/translation | 2-May-25 | |
| 39 | Opperman To Rivera RE: participation/translation | 2-May-25 | |
| 40 | Email between Sean Opperman and Sarah Becker | 2-May-25 | |
| 41 | Emails between Sean Opperman and Stephanie Swanson | 2-May-25 | |
| 42 | Sean Opperman forwarding Census data just released | 2-May-25 | |
| 43 | Senate Committee (Huffman) announcement Census Data | 2-May-25 | |
| 44 | Email from Opperman to Bledsoe RE hearing test/participation | 2-May-25 | |
| 45 | Email from Opperman to Perales RE hearing test/participation | 2-May-25 | |
| 46 | Email from Opperman to Murray RE hearing test/participation | 2-May-25 | |
| 47 | Email from Opperman to Garcia RE hearing test/participation | 2-May-25 | |
| 48 | Email from Opperman to Oler RE hearing test/participation | 2-May-25 | |
| 49 | Email b/w Sean Opperman and Ashley Cheng | 2-May-25 | |
| 50 | Email from Sean Opperman to LULAC RE SB 6 | 2-May-25 | |
| 51 | Opperman to Michael Li RE SB 6 hearing/participation | 2-May-25 | |
| 52 | Letter from Congressman John Carter in support of SB6. | 2-May-25 | |

| 53 | **Letter from Congressman Randy Weber in support of SB6.** | 2-May-25 | |
| 54 | **Public Testimony by Zoom Instructions** | 2-May-25 | |
| 55 | **Notification of regional public testimony hearings in spanish** | 2-May-25 | |
| 56 | **Regional hearing public posting notice** | 2-May-25 | |
| 57 | **Agenda Senate Rd Committee regional hearing. Dr Potter testifying. 2/4/21** | 2-May-25 | |
| 58 | **Senate redistricting committee September 2021 regional public input hearings schedule** | 2-May-25 | |
| 59 | **Letter from Sen. Huffman's office to Miguel Rivera** | 2-May-25 | |
| 60 | **Sean Opperman email to Stephanie Swanson, Joaquin Gonzalez and Matthew Simpson re: regional hearing dates and focus areas** | 2-May-25 | |
| 61 | **Letter from Sen. Huffman's office to Miguel Rivera** | 2-May-25 | |
| 62 | **Senate Rd Committee announcement letter on regional hearings 1/21/21** | 2-May-25 | |
| 63 | **Portal public posting notice in Spanish inviting public comment** | 2-May-25 | |
| 64 | **TLC Redistricting Timeline (fwd-looking)** | 2-May-25 | |
| 65 | **Nina Perales' Witness Registration Card** | 2-May-25 | |
| 66 | **Letter of Rep. Hunter soliciting House members' redistricting proposals** | 2-May-25 | |
| 67 | **Sep. 30, 2021 Ltr. from Rep. Johnson to Chair Hunter re CD30** | 2-May-25 | |

| 68 | **March 1st, 2022 primary election calendar.** | 2-May-25 | |
| 69 | **Dist. Pop. Analysis - Plan C235** | 2-May-25 | |
| 70 | **2010 Census Pop. and Voter Data Report - Plan C235** | 2-May-25 | |
| 71 | **Notice to High School Principals Re: Voter Registration** | 2-May-25 | |
| 72 | **SOS Election Handout in Spanish** | 2-May-25 | |
| 73 | **SOS Election Handout in English** | 2-May-25 | |
| 74 | **SOS Email to High School Principals RE: Voter Registration** | 2-May-25 | |
| 75 | **Notice to High School Students or Employees Registering to Vote in English and Spanish** | 2-May-25 | |
| 76 | **Order form High School Voter Registration Applications** | 2-May-25 | |
| 77 | **Texas Administrative Code Re Directive for High School Deputy Registrars** | 2-May-25 | |
| 78 | **Congressman Brady to Hunter letter in support** | 2-May-25 | |
| 79 | **10/12/2011: Email from Rep. Cochran** | 2-May-25 | |
| 80 | **Bexar Cnty. House Delegation letter support PlanH2230** | 2-May-25 | |
| 81 | **Gov. Proclamation 9/7/21 Redist Special Session** | 2-May-25 | |
| 82 | **Gov. Proclamation 8/5/21 Redist Special Session** | 2-May-25 | |
| 83 | **April 1, 2021 House Comm. Agenda** | 2-May-25 | |
| 84 | **April 20, 2021 House Comm. Agenda** | 2-May-25 | |
| 85 | **Sep. 13, 2021 House Comm. Agenda** | 2-May-25 | |

| 86 | **Tx Redistricting Legal Requirements** | 2-May-25 | |
| 87 | **Summary of Texas Redistricting Process TLC** | 2-May-25 | |
| 88 | **Oct. 15, 2021 House Agenda** | 2-May-25 | |
| 89 | **Map - 2020 Census Pop. Texas Districts** | 2-May-25 | |
| 90 | **Prefiled Senate Committee Amendments SB4 Plans S2103, S2108, S2112, S2113, S2117, S2119, S2120, S2120, S2121, S2122, S2126** | 2-May-25 | |
| 91 | **2020 Census Pop. by Senate Dist.** | 2-May-25 | |
| 92 | **Open Letter of Brian Birdwell "Senate Redistricting Committee Seeks Public Input"** | 2-May-25 | |
| 93 | **Incoming Correspondence Report 01/26/2021** | 2-May-25 | |
| 94 | **Map - Plan S2101** | 2-May-25 | |
| 95 | **Sep. 2021 Senate Comm. Public Hearings** | 2-May-25 | |
| 96 | **Census Deviation** | 2-May-25 | |
| 97 | **Senate Comm. Report - SB6** | 2-May-25 | |
| 98 | **Senate RD Committee Hearing Notice 10/29/2019** | 2-May-25 | |
| 99 | **ACS 2015-2019 Ideal House Districts** | 2-May-25 | |
| 100 | **ACS 2014-2018 - State House Districts** | 2-May-25 | |
| 101 | **ACS 2014-2018 Ideal House Districts** | 2-May-25 | |
| 102 | **ACS 2015-2019 State House Districts** | 2-May-25 | |
| 103 | **2020 General Election Report County Population analysis with VTD Subtotals** | 2-May-25 | |
| 104 | **Dist. Pop. Analysis - Plan C2102** | 2-May-25 | |

| 105 | **C2104 report package** | 2-May-25 | |
| 106 | **C2105 report package** | 2-May-25 | |
| 107 | **Dist. Pop. Analysis - Plan C2106** | 2-May-25 | |
| 108 | **C2107 report package** | 2-May-25 | |
| 109 | **C2108 report package** | 2-May-25 | |
| 110 | **C2109 Capitol Data Portal report package** | 2-May-25 | |
| 111 | **Report package** | 2-May-25 | |
| 112 | **Report package** | 2-May-25 | |
| 113 | **Dist. Pop. Analysis - Plan C2131** | 2-May-25 | |
| 114 | **Report package** | 2-May-25 | |
| 115 | **Dist. Pop. Analysis - Plan C2133** | 2-May-25 | |
| 116 | **Dist. Pop. Analysis - Plan C2139** | 2-May-25 | |
| 117 | **C2141 report package** | 2-May-25 | |
| 118 | **Report package** | 2-May-25 | |
| 119 | **Report package** | 2-May-25 | |
| 120 | **Dist. Pop. Analysis - Plan C2175** | 2-May-25 | |
| 121 | **Report package** | 2-May-25 | |
| 122 | **Dist. Pop. Analysis - Plan E2109** | 2-May-25 | |
| 123 | **E2111 report package** | 2-May-25 | |
| 124 | **E2112 report package** | 2-May-25 | |
| 125 | **Dist. Pop. Analysis - Plan E2113** | 2-May-25 | |
| 126 | **Report package** | 2-May-25 | |
| 127 | **Report package** | 2-May-25 | |
| 128 | **H2103 report package** | 2-May-25 | |
| 129 | **Dist. Pop. Analysis - Plan H2104** | 2-May-25 | |
| 130 | **Dist. Pop. Analysis - Plan H2107** | 2-May-25 | |
| 131 | **Dist. Pop. Analysis - Plan H2109** | 2-May-25 | |

| 132 | **Dist. Pop. Analysis - Plan H2110** | 2-May-25 | |
| 133 | **H2112 report package** | 2-May-25 | |
| 134 | **Dist. Pop. Analysis - Plan H2115** | 2-May-25 | |
| 135 | **Dist. Pop. Analysis - Plan H2119** | 2-May-25 | |
| 136 | **Dist. Pop. Analysis - Plan H2127** | 2-May-25 | |
| 137 | **H2130 report package** | 2-May-25 | |
| 138 | **Dist. Pop. Analysis - Plan H2132** | 2-May-25 | |
| 139 | **H2135 report package** | 2-May-25 | |
| 140 | **Dist. Pop. Analysis - Plan H2137** | 2-May-25 | |
| 141 | **H2138 report package** | 2-May-25 | |
| 142 | **Dist. Pop. Analysis - Plan H2140** | 2-May-25 | |
| 143 | **Dist. Pop. Analysis - H2142** | 2-May-25 | |
| 144 | **Dist. Pop. Analysis - Plan H2143** | 2-May-25 | |
| 145 | **Dist. Pop. Analysis - Plan H2149** | 2-May-25 | |
| 146 | **Dist. Pop. Analysis - Plan H2153** | 2-May-25 | |
| 147 | **Red-100T district population analysis with county subtotals** | 2-May-25 | |
| 148 | **Red-100T county subtotals** | 2-May-25 | |
| 149 | **H2161 report package** | 2-May-25 | |
| 150 | **H2163 report package** | 2-May-25 | |
| 151 | **Dist. Pop. Analysis - Plan H2166** | 2-May-25 | |
| 152 | **Capitol Data Portal H2168 report package** | 2-May-25 | |
| 153 | **Capitol Data Portal H2170 report package** | 2-May-25 | |
| 154 | **Dist. Pop. Analysis - Plan H2172** | 2-May-25 | |

| 155 | **Dist. Pop. Analysis - Plan H2175** | 2-May-25 | |
| 156 | **Dist. Pop. Analysis - Plan H2179** | 2-May-25 | |
| 157 | **Dist. Pop. Analysis - Plan H2813** | 2-May-25 | |
| 158 | **Dist. Pop. Analysis - Plan H2184** | 2-May-25 | |
| 159 | **Report package** | 2-May-25 | |
| 160 | **Dist. Pop. Analysis - Plan H2186** | 2-May-25 | |
| 161 | **Dist. Pop. Analysis - Plan H2187** | 2-May-25 | |
| 162 | **Dist. Pop. Analysis - Plan H2193** | 2-May-25 | |
| 163 | **Dist. Pop. Analysis - Plan H2196** | 2-May-25 | |
| 164 | **Dist. Pop. Analysis - Plan H2197** | 2-May-25 | |
| 165 | **Capitol Data Portal H2199 report package** | 2-May-25 | |
| 166 | **Dist. Pop. Analysis - Plan H2200** | 2-May-25 | |
| 167 | **Dist. Pop. Analysis - Plan H2203** | 2-May-25 | |
| 168 | **Dist. Pop. Analysis - Plan H2205** | 2-May-25 | |
| 169 | **Dist. Pop. Analysis - Plan H2206** | 2-May-25 | |
| 170 | **Dist. Pop. Analysis - Plan H2208** | 2-May-25 | |
| 171 | **Dist. Pop. Analysis - Plan H2209** | 2-May-25 | |
| 172 | **Dist. Pop. Analysis - Plan H2211** | 2-May-25 | |
| 173 | **Dist. Pop. Analysis - Plan H2213** | 2-May-25 | |

| 174 | **Dist. Pop. Analysis - Plan H2215** | 2-May-25 | |
| 175 | **Dist. Pop. Analysis - Plan H2216** | 2-May-25 | |
| 176 | **Dist. Pop. Analysis - Plan H2217** | 2-May-25 | |
| 177 | **Dist. Pop. Analysis - Plan H2218** | 2-May-25 | |
| 178 | **Dist. Pop. Analysis - Plan H2225** | 2-May-25 | |
| 179 | **Dist. Pop. Analysis - Plan H2228** | 2-May-25 | |
| 180 | **Dist. Pop. Analysis -  Plan H2230** | 2-May-25 | |
| 181 | **Dist. Pop. Analysis - Plan H2234** | 2-May-25 | |
| 182 | **Dist. Pop. Analysis - Plan H2238** | 2-May-25 | |
| 183 | **Dist. Pop. Analysis - Plan H2240** | 2-May-25 | |
| 184 | **Dist. Pop. Analysis - Plan H2241** | 2-May-25 | |
| 185 | **Dist. Pop. Analysis - Plan H2244** | 2-May-25 | |
| 186 | **Dist. Pop. Analysis - Plan H2245** | 2-May-25 | |
| 187 | **Dist. Pop. Analysis - Plan H2246** | 2-May-25 | |
| 188 | **Dist. Pop. Analysis - Plan H2247** | 2-May-25 | |
| 189 | **Dist. Pop. Analysis - Plan H2252** | 2-May-25 | |
| 190 | **Dist. Pop. Analysis - Plan H2257** | 2-May-25 | |
| 191 | **Dist. Pop. Analysis - Plan H2262** | 2-May-25 | |
| 192 | **Dist. Pop. Analysis - Plan H2263** | 2-May-25 | |

| 193 | **Dist. Pop. Analysis - Plan H2266** | 2-May-25 | |
| 194 | **Dist. Pop. Analysis - Plan H2267** | 2-May-25 | |
| 195 | **Dist. Pop. Analysis - Plan H2275** | 2-May-25 | |
| 196 | **Dist. Pop. Analysis - Plan H2276** | 2-May-25 | |
| 197 | **Dist. Pop. Analysis - Plan H2279** | 2-May-25 | |
| 198 | **Dist. Pop. Analysis - Plan H2281** | 2-May-25 | |
| 199 | **Dist. Pop. Analysis - Plan H2283** | 2-May-25 | |
| 200 | **Dist. Pop. Analysis - Plan H2284** | 2-May-25 | |
| 201 | **report package** | 2-May-25 | |
| 202 | **Dist. Pop. Analysis - Plan H2293** | 2-May-25 | |
| 203 | **Dist. Pop. Analysis - Plan H2296** | 2-May-25 | |
| 204 | **Dist. Pop. Analysis - Plan H2298** | 2-May-25 | |
| 205 | **Dist. Pop. Analysis - Plan H2300** | 2-May-25 | |
| 206 | **Report package** | 2-May-25 | |
| 207 | **Dist. Pop. Analysis - Plan H2306** | 2-May-25 | |
| 208 | **Dist. Pop. Analysis - Plan H2307** | 2-May-25 | |
| 209 | **Dist. Pop. Analysis - Plan H2310** | 2-May-25 | |
| 210 | **Dist. Pop. Analysis - Plan H2312** | 2-May-25 | |
| 211 | **Dist. Pop. Analysis - Plan H2314** | 2-May-25 | |
| 212 | **Pop. and Voter Data - Plan H2317** | 2-May-25 | |

| 213 | **Dist. Pop. Analysis - Plan H2318** | 2-May-25 | |
| 214 | **Capitol Data Portal S2113 report package** | 2-May-25 | |
| 215 | **Dist. Pop. Analysis - Plan S2117** | 2-May-25 | |
| 216 | **Dist. Pop. Analysis - Plan S2118** | 2-May-25 | |
| 217 | **S2120 Capitol Data Portal report package** | 2-May-25 | |
| 218 | **Dist. Pop. Analysis - Plan S2123** | 2-May-25 | |
| 219 | **Dist. Pop. Analysis - Plan S2125** | 2-May-25 | |
| 220 | **S2134 Capitol Data Portal report package** | 2-May-25 | |
| 221 | **S2134 Capitol Data Portal report package** | 2-May-25 | |
| 222 | **Report package** | 2-May-25 | |
| 223 | **Dist. Pop. Analysis - Plan S2141** | 2-May-25 | |
| 224 | **Dist. Pop. Analysis - Plan S2142** | 2-May-25 | |
| 225 | **Dist. Pop. Analysis - Plan S2148** | 2-May-25 | |
| 226 | **Report package** | 2-May-25 | |
| 227 | **Dist. Pop. Analysis - Plan S2164** | 2-May-25 | |
| 228 | **Red-100T district population analysis with county subtotals** | 2-May-25 | |
| 229 | **S2172 Capitol Data Portal report package** | 2-May-25 | |
| 230 | **House Redistricting Committee Members Roster** | 2-May-25 | |
| 231 | **Notice of Public Hearing, April 8, 2021** | 2-May-25 | |
| 232 | **Notice of Public Hearing, May 1, 2021** | 2-May-25 | |
| 233 | **Notice of Public Hearing, July 6, 2021** | 2-May-25 | |
| 234 | **Notice of Public Hearing, July 7, 2021** | 2-May-25 | |

| 235 | Notice of Public Hearing, Sept. 13, 2021 | 2-May-25 | |
| 236 | Letter of Rep. Morales and Rep. Fierro in support of amendment, PLANH2118, to PLANH2101 | 2-May-25 | |
| 237 | Letter of Reps. Rodriguez, Howard, Israel, Hinojosa, Goodwin, Cole in support of PLANH2116 amending PLANH2101 | 2-May-25 | |
| 238 | Notice of Public Hearing, Oct. 4, 2021 | 2-May-25 | |
| 239 | Notice of Public Hearing, Oct. 5, 2021 | 2-May-25 | |
| 240 | US Rep Green ltr. to Chair Hunter | 2-May-25 | |
| 241 | Oct. 7, 2021 Ltr. from Cong. Lee to Chair Hunter re 18th | 2-May-25 | |
| 242 | Notice of Public Hearing, Oct. 13, 2021 | 2-May-25 | |
| 243 | Senate redistricting committee notice of public hearing 1/25/21 | 2-May-25 | |
| 244 | Notice of Public Hearing, Jan. 6, 2021 | 2-May-25 | |
| 245 | Notice of Public Hearing, Jan. 27, 2021 | 2-May-25 | |
| 246 | Senate redistricting committee notice of public hearing 1/28/2021 | 2-May-25 | |
| 247 | Senate redistricting committee notice of public hearing 1/29/21 | 2-May-25 | |
| 248 | Senate redistricting committee hearing notice 2/2/21 | 2-May-25 | |
| 249 | Senate redistricting committee notice of public hearing 2/3/2021 | 2-May-25 | |

| 250 | **Senate Redistricting Committee Notice of Public Hearing 2/4/2021** | 2-May-25 | |
| 251 | **Senate redistricting committee hearing notice 2/12/21** | 2-May-25 | |
| 252 | **Senate Redistricting Committee Notice of Public Hearing 3/11/2021** | 2-May-25 | |
| 253 | **Senate Redistricting Committee notice of public hearing 3/12/2021** | 2-May-25 | |
| 254 | **Notice of Public Hearing, March 13, 2021** | 2-May-25 | |
| 255 | **Senate Comm. on Redist Minutes 9/24/21** | 2-May-25 | |
| 256 | **9/25/2021 Senate Redistricting Committee Minutes** | 2-May-25 | |
| 257 | **Sep. 28, 2021 Sen. Comm. Minutes** | 2-May-25 | |
| 258 | **Minutes Senate Committee 09/30/2021** | 2-May-25 | |
| 259 | **Oct. 4, 2021 Senate Comm. Minutes** | 2-May-25 | |
| 260 | **Oct. 15, 2021 Senate Comm. Minutes** | 2-May-25 | |
| 261 | **Oct. 4, 2021 House Comm. Report - HB1** | 2-May-25 | |
| 262 | **HB1 House Research Organization bill analysis** | 2-May-25 | |
| 263 | **Red-100T district population analysis with county subtotals** | 2-May-25 | |
| 264 | **TLO Journal 87(3) - HB 1** | 2-May-25 | |
| 265 | **TLO List of pre-filed amendments 05/16/22** | 2-May-25 | |
| 266 | **Engrossed Bill - SB4** | 2-May-25 | |
| 267 | **Sen. Huffman SB 4 Analysis** | 2-May-25 | |
| 268 | **Bill Digest SB 4 10/15/2021** | 2-May-25 | |

| 269 | **TLO List of Amendments to SB 4** | 2-May-25 | |
| 270 | **TLO pre-filed amendments to SB 4** | 2-May-25 | |
| 271 | **Conference Committee Report** | 2-May-25 | |
| 272 | **Oct. 13, 2021 - House Comm. Report** | 2-May-25 | |
| 273 | **Bill Digest SB 6 10/16/2021** | 2-May-25 | |
| 274 | **Dist. Pop. Analysis - Plan C2101** | 2-May-25 | |
| 275 | **TLO list of amendments to SB 6** | 2-May-25 | |
| 276 | **TLO House pre-filed amendments to SB 6** | 2-May-25 | |
| 277 | **Dist. Pop. Analysis - Plan E2106** | 2-May-25 | |
| 278 | **SB7 Bill Analysis** | 2-May-25 | |
| 279 | **Summary of Committee Action concerning SB 7 10/11/2021** | 2-May-25 | |
| 280 | **Oct. 15, 2021 House Research Org. Bill Digest - SB 7** | 2-May-25 | |
| 281 | **SB7 Senate Comm. Report** | 2-May-25 | |
| 282 | **SB7 Senate Committee Report** | 2-May-25 | |
| 283 | **TLO list of amendments to SB 7** | 2-May-25 | |
| 284 | **TLO House pre-filed amendments to SB 7** | 2-May-25 | |
| 285 | **Notice of Public Hearing (Revision), April 1, 2021** | 2-May-25 | |
| 286 | **July 7, 2021 House Comm. Agenda** | 2-May-25 | |
| 287 | **Notice of Public Hearing - July 7, 2021** | 2-May-25 | |
| 288 | **Map - Plan H2316** | 2-May-25 | |
| 289 | **Map - Plan H358** | 2-May-25 | |
| 290 | **House Notice of Public Hearing, July 13, 2021** | 2-May-25 | |
| 291 | **Oct. 5, 2021 House Comm. Report** | 2-May-25 | |

| 292 | **Oct. 11, 2021 Comm. Report - SB 4** | 2-May-25 | |
| 293 | **House Committee Report on SB 7 10/11/2021** | 2-May-25 | |
| 294 | **10/13/21 House Comm. Report - SB 6** | 2-May-25 | |
| 295 | **Notice of Public Hearing, March 18, 2021** | 2-May-25 | |
| 296 | **Notice of Public Hearing, March 18, 2021** | 2-May-25 | |
| 297 | **Notice of Public Hearing, April 1, 2021** | 2-May-25 | |
| 298 | **Notice of Public Hearing, April 8, 2021** | 2-May-25 | |
| 299 | **Notice of Public Hearing, May 1, 2021** | 2-May-25 | |
| 300 | **Notice of Public Hearing, July 6, 2021** | 2-May-25 | |
| 301 | **Notice of Public Hearing, July 13, 2021** | 2-May-25 | |
| 302 | **Notice of Public Hearing, July 17, 2021** | 2-May-25 | |
| 303 | **Notice of Public Hearing, Sept. 8, 2021** | 2-May-25 | |
| 304 | **Notice of Public Hearing, Sept. 15, 2021** | 2-May-25 | |
| 305 | **Notice of Public Hearing, Sep. 18, 2021** | 2-May-25 | |
| 306 | **Notice of Public Hearing, Oct. 4, 2021** | 2-May-25 | |
| 307 | **Notice of Public Hearing, Oct. 11, 2021** | 2-May-25 | |
| 308 | **August 23, 2021 press release Texas House Democrats Correct House GOP Members' Misrepresentation of Special Session Quorum Cautioning: A Quorum is not Perpetual** | 2-May-25 | |

| 309 | Redistricting public hearings schedule | 2-May-25 | |
| 310 | Dist. Pop. Analysis - Hosue Dists. PLANH2119 | 2-May-25 | |
| 311 | Dist. Pop. Analysis - House Dists. PLANH2263 | 2-May-25 | |
| 312 | Marked Exhibit - Article "Dozens attend the State of Black Community Forum in Killeen" | 2-May-25 | |
| 313 | State House District Over/Under Ideal Map following 2020 Census | 2-May-25 | |
| 314 | Liz Campos tweet sine die 3rd special session | 2-May-25 | |
| 315 | Dist. Pop. Analysis - House Dists. PLANH2228 | 2-May-25 | |
| 316 | Dist. Pop. Analysis - House Dists. PLANH2276 | 2-May-25 | |
| 317 | Tx. House Dems Press Release RE: Quorum | 2-May-25 | |
| 318 | Canales Tweet Democratic partisan redistricting efforts | 2-May-25 | |
| 319 | State District Courts | 2-May-25 | |
| 320 | Court of Appeals (Eff. 9/1/2005) | 2-May-25 | |
| 321 | Administrative Judicial Regions | 2-May-25 | |
| 322 | Article "Republicans more than doubled turnout in the Rio Grande Valley compared with the last midterm primary" | 2-May-25 | |
| 323 | Article "The Rio Grande Valley's political landscape is changing amid midterm, governor elections" | 2-May-25 | |

| 324 | June 7, 2021 NY Times article "Republicans win two Texas mayoral races, including one in McAllen, which is 85 percent Hispanic" | 2-May-25 | |
| 325 | Election Results Special Election CD34 | 2-May-25 | |
| 326 | Letter from Rio Grande Valley delegation to Chair Hunter | 2-May-25 | |
| 327 | Dist. Pop. Analysis - Cong. Dists. PLANC2139 | 2-May-25 | |
| 328 | Dist. Pop. Analysis - House Dists. PLANH2235 | 2-May-25 | |
| 329 | 2021 Redistricting Guide - TLC | 2-May-25 | |
| 330 | House Redistricting Committee members | 2-May-25 | |
| 331 | PlanH2100 Map - E of Bandera | 2-May-25 | |
| 332 | PlanH2100 Map - S/E of Bandera | 2-May-25 | |
| 333 | PlanH2176 Map | 2-May-25 | |
| 334 | PlanH2276 Map | 2-May-25 | |
| 335 | PlanH2276 Map Precincts | 2-May-25 | |
| 336 | Map and ACS Tabulation Harris Cty. House Dists PlanH2321 | 2-May-25 | |
| 337 | House Redistrict Committee Notice of Public Hearing April 1, 2021 | 2-May-25 | |
| 338 | House Redistricting Committee Notice of Public Hearing September 8, 2021 | 2-May-25 | |
| 339 | 2022 Rep. Primary Results HD31 | 2-May-25 | |
| 340 | Dist. Pop. Analysis - Sen. Dists. PLANS2146 | 2-May-25 | |
| 341 | Map of State Sen. Dists. - PLANS2129 | 2-May-25 | |
| 342 | Senate Resolution No. 4 | 2-May-25 | |

| 343 | **Trib article political motivations RE: redistricting** | 2-May-25 | |
| 344 | **Minutes, Sen. Com. on Redist. 9/28/21** | 2-May-25 | |
| 345 | **NBC Article, Texas Results Hint GOP Hispanic Gains May Endure Post-Trump, March 11, 2022.** | 2-May-25 | |
| 346 | **Dist. Pop. Analysis - Cong. Dists. PLANC2149** | 2-May-25 | |
| 347 | **Dist. Pop. Analysis - SBOE Dist. SBOE PLANE2119** | 2-May-25 | |
| 348 | **Dist. Pop. Analysis - House Dists. PLANH2316** | 2-May-25 | |
| 349 | **Dist. Pop. Analysis - House Dists. PLANH2127** | 2-May-25 | |
| 350 | **Senate District 17 - Texas Legislative Council, PLANS172, Total population and VAP broken down by county, race and ethnicity** | 2-May-25 | |
| 351 | **PLANS2168 and PLANS2100 Comparison** | 2-May-25 | |
| 352 | **Redistricting Committee Hearings List** | 2-May-25 | |
| 353 | **Dist. Pop. Analysis - House Dists. PLANH2195** | 2-May-25 | |
| 354 | **Proposed CD23** | 2-May-25 | |
| 355 | **Bexar County Districts PlanH2176** | 2-May-25 | |
| 356 | **House PlanH2176 Intersection of HDs 117, 118, 119, 123** | 2-May-25 | |
| 357 | **Map PlanH2276 (118-120 only)** | 2-May-25 | |
| 358 | **ACS Tabulation - House Dists. 118-20 12/12/21** | 2-May-25 | |
| 359 | **Weekly briefing email from Rep. Jetton on redistricting** | 2-May-25 | |
| 360 | **Map of Texas Counties - WEst Texas Shading** | 2-May-25 | |

| 361 | **Map - State House Districts - Deviation from Ideal Dist. Pop. - 2020 Census** | 2-May-25 | |
| 362 | **John Lujan flyer HD118 Special Election** | 2-May-25 | |
| 363 | **Trib. Article Lujan (R) win HD118** | 2-May-25 | |
| 364 | **House Dist. Pop PlanH2276** | 2-May-25 | |
| 365 | **Population and Voter Data with Voter Registration Comparison H2100** | 2-May-25 | |
| 366 | **Population and Voter Data with Voter Registration Comparison Plan H2316** | 2-May-25 | |
| 367 | **Bexar Cnty. Delegation map submission to Hunter** | 2-May-25 | |
| 368 | **Dist. Pop. Analyss - House Dists. PLANH2228** | 2-May-25 | |
| 369 | **Dist. Pop. Analysis - House Dist. PLANH2276** | 2-May-25 | |
| 370 | **House Districts Population PlanH2209** | 2-May-25 | |
| 371 | **Public meetings on redistricting** | 2-May-25 | |
| 372 | **Maps of Collin, Dallas, Denton, Tarrant Co. Cong. Dists. PLANC2193** | 2-May-25 | |
| 373 | **Maps of Collin, Dallas, Denton, Tarrant Co. Cong. Dists. PLANC2193** | 2-May-25 | |
| 374 | **7/14/21 Texas Tribune Article re Democratic members of the Texas House and Senate who left the state to impede passage of legislation** | 2-May-25 | |
| 375 | **Dist. Pop. Analysis - House Dist. PLANH2116** | 2-May-25 | |
| 376 | **Dist. Pop. Analysis - House Dist. PLANH2156** | 2-May-25 | |

| 377 | **Dist. Pop. Analysis - House Dists. - PLANH2169** | 2-May-25 | |
| 378 | **Dist. Pop. Analysis - House Dists. PLANH2228** | 2-May-25 | |
| 379 | **PlanC2194 is Minjarez Demo Plan** | 2-May-25 | |
| 380 | **News Article RE: Quorum Restored** | 2-May-25 | |
| 381 | **Dist. Pop. Analysis - House Dists. PLANH2231** | 2-May-25 | |
| 382 | **Moody Pro Tempore Appointment** | 2-May-25 | |
| 383 | **Dist. Pop. Analysis - House Dists. PLANC2158** | 2-May-25 | |
| 384 | **Map - State House Dists.  - Deviation from Ideal Pop. 2020 Census** | 2-May-25 | |
| 385 | **July 19, 2021 Rep. Murr press release Creating Consistency for Fair and Uniform Elections** | 2-May-25 | |
| 386 | **9/21/21 email - Gover to Mackin/opperman** | 2-May-25 | |
| 387 | **Baseline Senate Districts deviation** | 2-May-25 | |
| 388 | **Tex Rep District 90 2020 Election Results** | 2-May-25 | |
| 389 | **Message regarding Democrat quorum** | 2-May-25 | |
| 390 | **House ACS Data H2100** | 2-May-25 | |
| 391 | **ACS Data House Dists. PlanH2101** | 2-May-25 | |
| 392 | **House Districts Population PlanH2316** | 2-May-25 | |
| 393 | **District Population Analysis with County Subtotals E2106** | 2-May-25 | |
| 394 | **Third Special Session Thompson testimony** | 2-May-25 | |
| 395 | **House District Population PlanH2187** | 2-May-25 | |

| 396 | **District Population Analysis with County Subtotals Plan E2106** | 2-May-25 | |
| 397 | **Dist. Pop. Analysis - Cong. Dists. PLANC2153** | 2-May-25 | |
| 398 | **Baseline House Districts deviation from ideal** | 2-May-25 | |
| 399 | **District Population Analysis Plan C2163** | 2-May-25 | |
| 400 | **Dist. Pop. Analysis - House Dists. - PLANH2110** | 2-May-25 | |
| 401 | **PLANH2316** | 2-May-25 | |
| 402 | **Overlay PlanH2316 H2100 Harris Cnty.** | 2-May-25 | |
| 403 | **District Population Analysis with County Subtotals H2100** | 2-May-25 | |
| 404 | **American Community Survery Special Tabulation using Census and American Community Survey Data** | 2-May-25 | |
| 405 | **House District PLANH2187 District Population Analysis** | 2-May-25 | |
| 406 | **ACS Special Tabulation CVAP Plan H2316** | 2-May-25 | |
| 407 | **District Population Analysis with County Subtotals Plan C2193** | 2-May-25 | |
| 408 | **District Population Analysis with County Subtotals Plan H2100** | 2-May-25 | |
| 409 | **ACS Special Tabulation CVAP H2100** | 2-May-25 | |
| 410 | **H2316 map with notes** | 2-May-25 | |
| 411 | **Dems political considerations restoring quorum** | 2-May-25 | |
| 412 | **Dr. Alford's CV** | 2-May-25 | |
| 413 | **Archer Declaration (TLC Director)** | 2-May-25 | |
| 414 | **Population Analysis H2136** | 2-May-25 | |

| 415 | **Dist. Pop. Analysis - Cong. Dists. PLANC2193** | 2-May-25 | |
| 416 | **Dist. Pop. Analysis - Cong. Dists. PLANC2195** | 2-May-25 | |
| 417 | **Dist. Pop. Analysis - House Dists. PLANH2321** | 2-May-25 | |
| 418 | **Dist. Pop. Analysis - Sen. Dists. PLANS2168** | 2-May-25 | |
| 419 | **Congressional Districts PlanC2193 District Population Analysis with County Subtotals** | 2-May-25 | |
| 420 | **House Members 87th Lege** | 2-May-25 | |
| 421 | **Houston City Council Members** | 2-May-25 | |
| 422 | **Harris County Elected Officials** | 2-May-25 | |
| 423 | **District Population Analysis with County Subtotals C2100** | 2-May-25 | |
| 424 | **Dist. Pop. Analysis - Cong. Dists. PLANC2195** | 2-May-25 | |
| 425 | **Senate Dist. Pop. PlanS2168** | 2-May-25 | |
| 426 | **Dist. Pop. Analysis - Sen. Dists. PLANS2177** | 2-May-25 | |
| 427 | **District Population Analysis with County Subtotals Plan H2316** | 2-May-25 | |
| 428 | **House Districts Population PlanH2322** | 2-May-25 | |
| 429 | **ACS  Tabulation - Cong. Dists. PLANC2100** | 2-May-25 | |
| 430 | **Election Analysis - SBOE Dists. PLANE2106 - 202 Gen. Election** | 2-May-25 | |
| 431 | **PBS Newshour Report "Gerrymandering Texas could help Republicans take back the House in 2022" (6/22/2021)** | 2-May-25 | |
| 432 | **Members, 87th Senate** | 2-May-25 | |
| 433 | **ACS Tabulation - Cong. Dists. PLANC2193** | 2-May-25 | |

| 434 | Red-340T C2193 compared with C2100 plan overlap population analysis 2020 general election | 2-May-25 | |
| 435 | Denton County Precinct Maps | 2-May-25 | |
| 436 | Denton County Precinct Maps | 2-May-25 | |
| 437 | Map Collin Cnty. | 2-May-25 | |
| 438 | Map of State House Dists. PLANH2100 | 2-May-25 | |
| 439 | State House Dists and Bell County Dists. - PLANH2316 | 2-May-25 | |
| 440 | House Districts benchmark PlanH2100 Lubbock County | 2-May-25 | |
| 441 | Map of State House Dists. PLANH2100 | 2-May-25 | |
| 442 | District Population Analysis with County Subtotals Plan H2322 | 2-May-25 | |
| 443 | Dist. Pop. Analysis - Sen. Dist. PLANS2177 | 2-May-25 | |
| 444 | Congressional Districts Population PlanC2195 | 2-May-25 | |
| 445 | Dist. Pop. Ana;ysis - SBOE Dists. PLANE2130 | 2-May-25 | |
| 446 | Courts of Appeals Districts | 2-May-25 | |
| 447 | Administrative Judicial Regions | 2-May-25 | |
| 448 | House Districts Pop. PlanH2101 | 2-May-25 | |
| 449 | Dist. Pop. Analysis - House Dists. PLANH2316 | 2-May-25 | |
| 450 | Map - State House Dists. HB 1 PLANH2316 | 2-May-25 | |
| 451 | Map - SBOE Dists - SB 7 PLANE2106 | 2-May-25 | |
| 452 | Map - U. S. Cong. Dists. - SB 6 Conf. Comm. Rep. PLANC2193 | 2-May-25 | |
| 453 | Baseline House Districts PlanH2100 | 2-May-25 | |

| 454 | American Community Survey 2016-2020 data House districts Plan H2316 | 2-May-25 | |
|---|---|---|---|
| 455 | 2018 election results | 2-May-25 | |
| 456 | San Antonio Express-News article "Commentary: Dems must listen to Latinos to connect with them" (9/12/22) | 2-May-25 | |
| 457 | District Population Analysis with County Subtotals Plan S2100 | 2-May-25 | |
| 458 | CVAP Senate Districts PlanS2100 | 2-May-25 | |
| 459 | Webpage - Arlington City Council Members | 2-May-25 | |
| 460 | Fort Worth Elected Officials | 2-May-25 | |
| 461 | VOA article (3/5/2022), Republicans Make Headway in Texas' Booming Latino Communities | 2-May-25 | |
| 462 | Politico Article: The GOP is gaining among Texas Hispanics. Women are leading the charge. | 2-May-25 | |
| 463 | Google maps screengrab for DFW Area | 2-May-25 | |
| 464 | Bell Cnty. DA (Garza) Bio | 2-May-25 | |
| 465 | Killeen ISD Board Members | 2-May-25 | |
| 466 | Map - State Sen. Dists. Est. Pop. Change 2009-13 & 2014-18 | 2-May-25 | |
| 467 | Opperman to Garry Jones re drafting maps without racial data (9/17/2021) | 2-May-25 | |
| 468 | Sen. Sp. Comm. on Redist. - 9/24/2021 | 2-May-25 | |
| 469 | SEn. Journal - 10/4/2021 | 2-May-25 | |
| 470 | Letter Powell to Huffman RE: Participation | 2-May-25 | |
| 471 | Sen. Journal 10/4/2021 | 2-May-25 | |

| 472 | House Journal 10/15/21 | 2-May-25 | |
| 473 | Senate Baseline Districts Pop. Deviation | 2-May-25 | |
| 474 | Senate Incumbents POWBS2018 | 2-May-25 | |
| 475 | Map - Sen. Dists. - Plan 3 - POWBS2019 | 2-May-25 | |
| 476 | Senate Dist. 10 Baseline Deviation from Ideal | 2-May-25 | |
| 477 | Potter Pres. to Sen. Select Redist. Comm. - 10/29/2019 | 2-May-25 | |
| 478 | Election Analysis - S2100 - 2018 Gen. Election | 2-May-25 | |
| 479 | Election Analysis - S2100 - 2020 Gen. Election | 2-May-25 | |
| 480 | Election Analysis - S2168 - 2012 Gen. Election | 2-May-25 | |
| 481 | Election Analysis S2168 2014 General | 2-May-25 | |
| 482 | Election Analysis S2168 2016 General Election | 2-May-25 | |
| 483 | Election Analysis S2168 2020 General | 2-May-25 | |
| 484 | SD10 Electoral History - 2002 to 2018 | 2-May-25 | |
| 485 | SD10 election performance 2002-18 | 2-May-25 | |
| 486 | Map - Sen. Pop. Deviation | 2-May-25 | |
| 487 | Governor Abbott Proclamation Third Called Session | 2-May-25 | |
| 488 | EI Voting Analysis SD10 2014 Democratic Primary | 2-May-25 | |
| 489 | SD31 electoral history 2014, 2018 | 2-May-25 | |
| 490 | HD 90 electoral history 1996-2020 | 2-May-25 | |
| 491 | CD33 electoral history 2012-2020 | 2-May-25 | |

| | | | |
|---|---|---|---|
| 492 | North Texas Partisan Shading Map Senate Plan S2100 (2020 Presidential election) | 2-May-25 | |
| 493 | Jan. 22, 2019 Texas Tribune article "Lt. Gov. Dan Patrick pulls Sen. Kel Seliger's chairmanship after Seliger suggested Patrick aide kiss his 'back end'" | 2-May-25 | |
| 494 | Texas Tribune Article September 21, 2021 | 2-May-25 | |
| 495 | Amarillo Pioneer article RE: Seliger retiring | 2-May-25 | |
| 496 | SD31 Analysis | 2-May-25 | |
| 497 | SD9 Analysis | 2-May-25 | |
| 498 | Texas Sec. of State Election Advisory 2021-14 | 2-May-25 | |
| 499 | SD10 CHANGE IN PARTISAN POPULATION MAP | 2-May-25 | |
| 500 | Texas Secretary of State Election Advisory 2021-23 | 2-May-25 | |
| 501 | Important Election Dates 2021-2022 | 2-May-25 | |
| 502 | Keith Ingram Declaration | 2-May-25 | |
| 503 | Declaration of County Judge David Blackbun (12/20/2021) | 2-May-25 | |
| 504 | Declaration of Collin County Elections Administrator Bruce Sherbet | 2-May-25 | |
| 505 | Transcript of Sen. Redist. Comm. Hearing - 9/11/2021 | 2-May-25 | |
| 506 | Video of Senate Redistricting Committee Hearing September 11, 2021 | 2-May-25 | |
| 507 | Transcript Sen Redist.. Comm. Hearing 9/24/21 | 2-May-25 | |

| 508 | **Video of Senate Redistricting Committee Hearing September 24, 2021** | 2-May-25 | |
| 509 | **Comparison of S2100 and S2168, Performance of SD10 in Statewide Elections 2012 to 2020** | 2-May-25 | |
| 510 | **Transcript of Sen. Redist. Comm. Hearing - 9/25/2021** | 2-May-25 | |
| 511 | **Video of Senate Redistrict Committee Hearing September 25, 2021** | 2-May-25 | |
| 512 | **Transcript of Sen. Sp. Comm. on REdist. - 9/28/2021** | 2-May-25 | |
| 513 | **Video of Senate Redistricting Committee Hearing September 28, 2021** | 2-May-25 | |
| 514 | **Senate floor debate transcript 10/4/21** | 2-May-25 | |
| 515 | **Video of Senate Floor Debate on SB4 October 4, 2021** | 2-May-25 | |
| 516 | **Redist. Committee Hearing 10/11/21** | 2-May-25 | |
| 517 | **Video of House Redistricting Comm. Hearing - 10/11/2021** | 2-May-25 | |
| 518 | **Transcript of Tex. House Floor Debate - 10/15/21** | 2-May-25 | |
| 519 | **Video of House Floor Debate on SB 4 - 10/15/2021 -** | 2-May-25 | |
| 520 | **Election Analysis S2100 2012 General Election** | 2-May-25 | |
| 521 | **Dr. Alford's Rebuttal Report** | 2-May-25 | |
| 522 | **Election Analysis - S2100 - 2014 Gen. Election** | 2-May-25 | |
| 523 | **Election Analysis S2100 2016 General Election** | 2-May-25 | |
| 524 | **Senate Districts PlanS2168 Tarrant/Parker** | 2-May-25 | |

| 525 | Senate baseline map/incumbents (S2100) | 2-May-25 | |
| 526 | Examples of the Senate adopting plans offered by Democratic Senators S2120 S2126 S2139 S2167 | 2-May-25 | |
| 527 | Election Results 2002-2018 North Central Texas | 2-May-25 | |
| 528 | Sen Redist. Comm. - 9/28/2021 | 2-May-25 | |
| 529 | Sen. Journal - 10/4/2021 | 2-May-25 | |
| 530 | SE. Journal - Addendum - 10/4/21 | 2-May-25 | |
| 531 | Tex. Tribune Art. re Seliger - 10/7/21 | 2-May-25 | |
| 532 | Sen. Journal 10/4/2021 | 2-May-25 | |
| 533 | Sen. Journal - 10/4/2021 | 2-May-25 | |
| 534 | 2018 Republican Party Primary Election Summary Report | 2-May-25 | |
| 535 | Declaration of Bruce Sherbet | 2-May-25 | |
| 536 | House Redistricting Committee Notice of Public Hearing July 7, 2021 | 2-May-25 | |
| 537 | House Redistricting Committee cancellation notice public hearing July 13, 2021 | 2-May-25 | |
| 538 | Rep. Turner Tweet Aug. 6, 2021 | 2-May-25 | |
| 539 | Chris Turner intentional quorum break | 2-May-25 | |
| 540 | SD10 Electoral History, 2002 to 2018 | 2-May-25 | |
| 541 | SecState Election Advisory No. 2021-18 | 2-May-25 | |
| 542 | Election Law Calendar May 7, 2022 | 2-May-25 | |
| 543 | SB13 from the 87th Legislature, 3rd called session. | 2-May-25 | |

| 544 | Ex 6 to Ansolabehere Depo - Am. Pol. Sci. Rev. Paper 2024 | 2-May-25 | |
| 545 | Texas Politics Project Latino Voting Trends | 2-May-25 | |
| 546 | Statewide Races Results 2018-22 | 2-May-25 | |
| 547 | Grumbach Depo Ex. 6 - Prez/Senate results 2024 | 2-May-25 | |
| 548 | Latino trends interview transcript | 2-May-25 | |
| 549 | Pres 2024/Gov 2022 Results | 2-May-25 | |
| 550 | Grumbach Depo Exhibit CCA 7 election/google results | 2-May-25 | |
| 551 | Grumbach Depo Exhibit CD15 HD 37 HD115 SD27 Results | 2-May-25 | |
| 552 | Morales Depo Exh. Senate Plans List | 2-May-25 | |
| 553 | District Viewer Plan List House | 2-May-25 | |
| 554 | District Viewer Plan List Congress | 2-May-25 | |
| 555 | Zoom C2197 Map Railroad Tracks | 2-May-25 | |
| 556 | Zoom C2197 GMaps Railroad Tracks | 2-May-25 | |
| 557 | Map C2195 Zoom Railroad Tracks | 2-May-25 | |
| 558 | C2195 GMaps Zoom Railroad Tracks | 2-May-25 | |
| 559 | Rush Depo Exh. CD 15 historical election results | 2-May-25 | |
| 560 | Election History SD 27 | 2-May-25 | |
| 561 | Bio of Rep. Janie Lopez | 2-May-25 | |
| 562 | Rush Old CV | 2-May-25 | |
| 563 | Lujan Reelection News Article | 2-May-25 | |
| 564 | Tarrant County Commissioner Voting Precincts | 2-May-25 | |
| 565 | Overlap Dist. Pop. Analysis PowBS2020 and S2168 | 2-May-25 | |

| 566 | **Overlap Dist. Pop. Analysis PowBS2020 and S2168** | 2-May-25 | |
| 567 | **Dist Overlap PowBS2020 and S2100** | 2-May-25 | |
| 568 | **PowBS2020 Dist Pop. Analysis** | 2-May-25 | |
| 569 | **PI Def Ex. 63: Texas SOS Election Advisory No. 2021-18. Shows expansion of voter access.** | 2-May-25 | |
| 570 | **PI Def Ex 64. Texas SOS Election Advisory No. 2021-23. Shows expansion of voter access.** | 2-May-25 | |
| 571 | **Article "Latest House Results Confirm 2018 wasn't a Blue Wave. It was a Blue Tsunami", CNN** | 2-May-25 | |
| 572 | **Office of the Secretary of State Race Summary Report 2002 General Election** | 2-May-25 | |
| 573 | **Floor Exchange Sens. Powell and Huffman** | 2-May-25 | |
| 574 | **Annotated Map of SD10** | 2-May-25 | |
| 575 | **Austin American-Statesman, 1/24/19, Patrick criticizes Seliger's attitude, lack of teamwork** | 2-May-25 | |
| 576 | **Article "Back Mic: Analyzing the 2021 Texas Legislature's Conservative to Liberal Rankings"** | 2-May-25 | |
| 577 | **Article "Analysis: the 2021 Texas Senate, from left to right", Texas Tribune** | 2-May-25 | |
| 578 | **Article "Seliger Calls it Quits", Amarillo Pioneer** | 2-May-25 | |
| 579 | **Sen Journal 10/4/21** | 2-May-25 | |
| 580 | **TLC Redistricting timeline/deadlines** | 2-May-25 | |

| | | | |
|---|---|---|---|
| 581 | **Texas Tribune Article Seliger Chairmanship Stripped** | 2-May-25 | |
| 582 | **2014 Republican Primary Election, SD31** | 2-May-25 | |
| 583 | **2018 Republican Primary Election, SD31** | 2-May-25 | |
| 584 | **Office of Secretary of State Race Summary Report 2018 Republican Party Primary Election** | 2-May-25 | |
| 585 | **Office of the Secretary of State Race Summary Report 2014 Republican Party Primary Election** | 2-May-25 | |
| 586 | **Kel Seliger Not seeking reeelction article** | 2-May-25 | |
| 587 | **Declarations/Articles for Def's opposition to PI** | 2-May-25 | |
| 588 | **Email Correspondence from Beverly Powell to Kel Seliger re State filing link** | 2-May-25 | |
| 589 | **Article "Patrick criticizes Seliger's attitude, lack of teamwork", Austin American-Statesman** | 2-May-25 | |
| 590 | **June 16, 2021 Texas Tribune, Texas Legislature 2021, "Analysis: The 2021 Texas Senate, from left to right." by Mark P. Jones** | 2-May-25 | |
| 591 | **Redistricting Dates of Interest timeline - Feb. 2020** | 2-May-25 | |
| 592 | **Senate Journal Sen. Eckhardt Reason for Vote** | 2-May-25 | |
| 593 | **Office of the Secretary of State Race Summary Report 2018 Republican Party Primary Election** | 2-May-25 | |

| | | | |
|---|---|---|---|
| 594 | Office of the Secretary of State Race Summary Report 2014 Republican Party Primary Election | 2-May-25 | |
| 595 | Article "Patrick criticizes Seliger's attitude, lack of teamwork", Austin American-Statesman | 2-May-25 | |
| 596 | Redistricting Timeline | 2-May-25 | |
| 597 | 87th(3) Senate Journal Oct. 4, 2021 | 2-May-25 | |
| 598 | Secretary of State, Election Advisory No. 2021-18 | 2-May-25 | |
| 599 | House RD committee Hring. notice 7/721 | 2-May-25 | |
| 600 | Announcement House RD Cmte. Hng. canceled lack of quorum. | 2-May-25 | |
| 601 | Chris Turner tweet | 2-May-25 | |
| 602 | Chris Turner Tweet | 2-May-25 | |
| 603 | SD10 Electoral History | 2-May-25 | |
| 604 | 2020 Census Population Data Map | 2-May-25 | |
| 605 | Senate RD Cmte Hearing Agenda w/written testimony 9/24/21 | 2-May-25 | |
| 606 | 87th(3) Senate Journal Oct. 4, 2021 | 2-May-25 | |
| 607 | 87th(3) Senate Journal Oct. 4, 2021 Addendum | 2-May-25 | |
| 608 | 87th(3) House Journal Oct. 15, 2021 | 2-May-25 | |
| 609 | Election Analysis 2018 General | 2-May-25 | |
| 610 | Election analysis 2014 general | 2-May-25 | |
| 611 | Election Analysis for S2168 2018 General Election Results | 2-May-25 | |
| 612 | Election Analysis for S2168 2020 General Election Results | 2-May-25 | |

| 613 | **SD 10 Electoral History - 2002-2018** | 2-May-25 | |
| 614 | **SD10 General Election Results 2002-2018** | 2-May-25 | |
| 615 | **Election analysis 2020 general** | 2-May-25 | |
| 616 | **SD10 partisan shading map by VTD** | 2-May-25 | |
| 617 | **Election analysis 2020 general** | 2-May-25 | |
| 618 | **S2100 Map Analysis** | 2-May-25 | |
| 619 | **S2100 CVAP Data** | 2-May-25 | |
| 620 | **S2168 Map Analysis** | 2-May-25 | |
| 621 | **Senate Population Deviation Map** | 2-May-25 | |
| 622 | **Gov. Abbott Proclamation of Third Called Session** | 2-May-25 | |
| 623 | **U.S. Census Bureau Redistricting Data** | 2-May-25 | |
| 624 | **Senate Journal Proclamation of the Governor Sept. 20, 2021** | 2-May-25 | |
| 625 | **House Journal, Proclamation of the Governor Sept. 20, 2021** | 2-May-25 | |
| 626 | **Amendments offered by Democratic senators that were adopted S2112 S2120 S2117 S2126 S2146 S2139 S2153 S2167** | 2-May-25 | |
| 627 | **SD10 partisan shading map by VTS** | 2-May-25 | |
| 628 | **Senate redistricting committee hearing notices and attachments** | 2-May-25 | |
| 629 | **SB4 and SB7 House redistricting committee hearing notice and attachment** | 2-May-25 | |
| 630 | **Cancelled House Redistricting Committee Hearings** | 2-May-25 | |
| 631 | **PI Def Ex. 33: Selected Images from the Summer 2021 Quorum Break** | 2-May-25 | |

| 632 | **PI Def Ex. 34 Expert Report and Declaration of Dr. John R. Alford** | 2-May-25 | |
| 633 | **PI Def. Ex. Ex. 35 EI Voting Analysis - S2100 - 2012 To 2020** | 2-May-25 | |
| 634 | **SD 10 EI Voting Analysis** | 2-May-25 | |
| 635 | **SD31 Electoral History 2014 and 2018** | 2-May-25 | |
| 636 | **HD90 Electoral History 1996 to 2020** | 2-May-25 | |
| 637 | **CD33 Electoral History 2012 to 2020** | 2-May-25 | |
| 638 | **North Texas Partisan Shading Map S2100** | 2-May-25 | |
| 639 | **Texas Tribune Article June 4, 2021** | 2-May-25 | |
| 640 | **Texas Tribune Article Sept. 21, 2021** | 2-May-25 | |
| 641 | **SD31 Analysis** | 2-May-25 | |
| 642 | **SD9 Analysis** | 2-May-25 | |
| 643 | **SD9 Electoral History** | 2-May-25 | |
| 644 | **Texas Secretary of State Election Advisory 2021-14** | 2-May-25 | |
| 645 | **Texas Secretary of State Election Advisory 2021-18** | 2-May-25 | |
| 646 | **SD10 Change in Partisan Population Map** | 2-May-25 | |
| 647 | **Texas Secretary of State Election Advisory No. 2021-23** | 2-May-25 | |
| 648 | **Texas Secretary of State important election dates** | 2-May-25 | |
| 649 | **Declaration of Keith Ingram 12/6/2021** | 2-May-25 | |
| 650 | **Declaration of Bell County Judge David Blackburn 12/20/2021** | 2-May-25 | |

| 651 | **Declaration of Kendall County Elections Administrator Staci Decker** | 2-May-25 | |
| 652 | **Transcript of Senate Redistricting Committee Hearing 09/11/2021** | 2-May-25 | |
| 653 | **PI Def. Ex. 58, Transcript of Senate Redistricting Hearing - Sep. 24, 2021** | 2-May-25 | |
| 654 | **PI Def. Ex. 59 Video of Senate Redistricting Committee Hearing - Sept. 24, 2021** | 2-May-25 | |
| 655 | **PI Def. Ex. 6, Comparison of S2100 and Ex. S2168, performance of SD10 in Statewide Elections - 2012 to 2020** | 2-May-25 | |
| 656 | **PI Def. Ex. 60 - Transcript of Senate Redistricting Committee Hearing - Sept. 25, 2021** | 2-May-25 | |
| 657 | **Transcript Senate RD Committee Hrng 9/28/21** | 2-May-25 | |
| 658 | **Senate Floor Debate Transcript 10/4/21** | 2-May-25 | |
| 659 | **Transcript of House Redistricting Committee Hearing 10/11/2021** | 2-May-25 | |
| 660 | **Transcript of House Floor Debate on SB4 10/15/2021** | 2-May-25 | |
| 661 | **SB4 Video of House Floor Debate 10/15/2021** | 2-May-25 | |
| 662 | **Election analysis 2012 general** | 2-May-25 | |
| 663 | **Rebuttal Report of John Alford response to Dr. Cortina's Report POWS2020** | 2-May-25 | |
| 664 | **Election analysis 2014 general** | 2-May-25 | |
| 665 | **Election Analysis S2100-2016 General** | 2-May-25 | |

| 666 | **CD18 Sheila Jackson Lee 2022 General** | 2-May-25 | |
| 667 | **CD30 Jasmine Crockett 2022General** | 2-May-25 | |
| 668 | **CD9 Al Green 2022 General** | 2-May-25 | |
| 669 | **CD 30 Jasmine Crockett 2022 Primary** | 2-May-25 | |
| 670 | **CD18 Sheila Jackson lee 2022 Primary** | 2-May-25 | |
| 671 | **CD9 Al Green 2022 Primary** | 2-May-25 | |
| 672 | **CD18 Sylvester Turner 2024 General** | 2-May-25 | |
| 673 | **CD30 Jasmine Crockett 2024 General** | 2-May-25 | |
| 674 | **CD9 Al Green 2024 General** | 2-May-25 | |
| 675 | **CD18 Sheila Jackson Lee 2024 Primary** | 2-May-25 | |
| 676 | **CD30 Jasmine Crockett 2024 Primary** | 2-May-25 | |
| 677 | **CD9 Al Green 2024 Primary** | 2-May-25 | |
| 678 | **Christina Morales 2022 Generalk** | 2-May-25 | |
| 679 | **Eddie Morales 2022 General** | 2-May-25 | |
| 680 | **Mary Gonzalez 2024 General** | 2-May-25 | |
| 681 | **Penny Morales Shaw 2022 General** | 2-May-25 | |
| 682 | **Rafael Anchia 2022 General** | 2-May-25 | |
| 683 | **Eddie Morales CD 74 2022 Primary** | 2-May-25 | |
| 684 | **HD 103 Rafael Anchia 2022 Primary** | 2-May-25 | |
| 685 | **HD 140 Armando Walle 2022 Primary** | 2-May-25 | |
| 686 | **HD 145 Christina Morales 2022 Primary** | 2-May-25 | |
| 687 | **HD 148 Penny Morales Shaw** | 2-May-25 | |
| 688 | **HD 45 Erin Zwiener 2022 Primary** | 2-May-25 | |

| 689 | **HD 75 Mary Gonzalez 2022 Primary** | 2-May-25 | |
| 690 | **HD 77 Lina Ortega 2022 Primary** | 2-May-25 | |
| 691 | **HD 78 Joe Moody 2022 Primary** | 2-May-25 | |
| 692 | **HD 79 Claudia Ordaz 2022 Primary** | 2-May-25 | |
| 693 | **HD 80 Tracy O King 2022 Primary** | 2-May-25 | |
| 694 | **HD 90 Ramon Rivera 2022 Primary** | 2-May-25 | |
| 695 | **GD77 Vince Perez 2024 General** | 2-May-25 | |
| 696 | **HD104 Rafael Anchia 2024 General** | 2-May-25 | |
| 697 | **HD140 Armando Walle 2024 General** | 2-May-25 | |
| 698 | **HD145 Christina Morales 2024 General** | 2-May-25 | |
| 699 | **HD148 Penny Morales Shaw 2024 General** | 2-May-25 | |
| 700 | **HD74 Eddie Morales 2024 General** | 2-May-25 | |
| 701 | **HD75 Mary Gonzalez 2024 General** | 2-May-25 | |
| 702 | **HD78 Joe Moody 2024 General** | 2-May-25 | |
| 703 | **HD79 Claudia Ordaz 2024 General** | 2-May-25 | |
| 704 | **HD90 Ramon Romero 2024 General** | 2-May-25 | |
| 705 | **HD 140 Armando Walle 2024 Primary** | 2-May-25 | |
| 706 | **HD103 Rafael Anchia 2024 Primary** | 2-May-25 | |
| 707 | **HD145 Christina Morales 2024 Primary** | 2-May-25 | |
| 708 | **HD148 Penny Morales Shaw 2024 Primary** | 2-May-25 | |

| 709 | **HD74 Eddie Morales 2024 Primary** | 2-May-25 | |
| 710 | **HD75 Mary Gonzalez 2024 Primary** | 2-May-25 | |
| 711 | **HD77 Vince Perez 2024 Primary** | 2-May-25 | |
| 712 | **HD78 Joe Moody 2024 Primary** | 2-May-25 | |
| 713 | **HD79 Claudia Ordaz 2024 Primary** | 2-May-25 | |
| 714 | **HD90 Ramon Romero 2024 Primary** | 2-May-25 | |
| 715 | **Imai Article** | 2-May-25 | |
| 716 | **Article "Donald Trump wins Texas", Politico** | 2-May-25 | |
| 717 | **Article "Ted Cruz wins Texas Senate seat", Politico** | 2-May-25 | |

Date: May 2, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
william.wassdorf@oag.texas.gov
david.bryant@oag.texas.gov
kyle.tebo@oag.texas.gov
mark.csoros@oag.texas.gov

Respectfully submitted,

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Texas Bar No. 24118415

*/s/ William D. Wassdorf*
WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Texas Bar No. 24103022

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

MARK A. CSOROS
Assistant Attorney General
Texas Bar No. 24142814

COUNSEL FOR STATE DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on May 2, 2025.

*/s/ William D. Wassdorf*
WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division

43