# Attachment 2

# Supplemental Report

Stephen Ansolabehere

June 13, 2022

1. I have been asked to conduct an analysis of the voting patterns of racial groups in each of the Congressional Districts in the State of Texas and for each of the Texas State House Districts in Harris and Tarrant Counties. This analysis supplements the analyses provided in my Expert Report dated May 20, 2022.

2. My qualifications, my compensation, and the nature of my engagement are presented in my May 20 Expert Report..

3. On May 23, after I finalized my May 20 Expert Report, the Court entered an order that clarified the standards the Court will apply in assessing racially polarized voting. In particular, the Court explained that it will assess minority cohesion for proposed districts but will assess majority bloc voting for the challenged districts. ECF No. 307 at 33. To ensure that the Court has all the data it may need to assess racially polarized voting in this case, I was therefore asked to analyze racially polarized voting for each of the enacted Congressional districts in Texas, and for each of the enacted Texas House districts in Harris and Tarrant Counties.

4. As I did in my May 20 Expert Report, I use Ecological Regression (ER) and Ecological Inference (EI) procedures to estimate the vote preferences of non-Hispanic Whites, non-Hispanic Blacks, and Hispanics in each of the districts examined. I use the same data, methods, and estimation procedures as described in my May 20 Expert Report.

5. The EI estimates presented here are not identical to those in my Expert Report because of the way that EI derives estimates. EI estimates the parameters of a non-linear function for which no exact solution is possible. Each time the program is run slightly different results can, and typically do, emerge. The estimates presented here are for an entirely new run of the EI algorithm and, therefore, differ slightly from what is presented in my earlier report. None of the differences are material.

6. Tables 1 and 2 are the EI and ER estimates, respectively, for the Enacted Congressional Districts for the State of Texas.

7. Tables 3 and 4 are the EI and ER estimates, respectively for the Enacted Texas State House Districts in Harris and Tarrant Counties.

Table 1: Enacted: General Election Vote Preference By Racial Group - EI Estimates Congressional Districts

| District | Percent Democratic | | | | | | Polarization | |
|---|---|---|---|---|---|---|---|---|
| | White | [min,max] | Black | [min,max] | Hispanic | [min,max] | B-W | H-W |
| 1 | 8 | [ 6, 12] | 88 | [ 84, 92] | 80 | [ 76, 83] | 80 | 72 |
| 2 | 19 | [ 7, 26] | 84 | [ 61, 89] | 66 | [ 51, 87] | 65 | 47 |
| 3 | 21 | [ 13, 30] | 78 | [ 66, 86] | 74 | [ 53, 84] | 57 | 54 |
| 4 | 14 | [ 8, 26] | 79 | [ 65, 89] | 78 | [ 71, 84] | 66 | 65 |
| 5 | 11 | [ 9, 13] | 87 | [ 42, 91] | 87 | [ 51, 92] | 77 | 76 |
| 6 | 12 | [ 9, 16] | 82 | [ 76, 87] | 86 | [ 84, 89] | 69 | 74 |
| 7 | 56 | [ 42, 66] | 78 | [ 69, 85] | 73 | [ 57, 88] | 22 | 17 |
| 8 | 10 | [ 7, 22] | 80 | [ 63, 86] | 84 | [ 73, 89] | 70 | 74 |
| 9 | 51 | [ 42, 59] | 96 | [ 90, 97] | 81 | [ 69, 86] | 45 | 30 |
| 10 | 23 | [ 18, 29] | 77 | [ 72, 81] | 78 | [ 66, 85] | 54 | 55 |
| 11 | 9 | [ 6, 19] | 89 | [ 73, 93] | 72 | [ 56, 84] | 80 | 63 |
| 12 | 22 | [ 13, 28] | 83 | [ 77, 88] | 77 | [ 67, 83] | 61 | 55 |
| 13 | 17 | [ 12, 35] | 72 | [ 63, 81] | 70 | [ 61, 80] | 55 | 54 |
| 14 | 13 | [ 10, 16] | 92 | [ 91, 93] | 79 | [ 75, 83] | 79 | 66 |
| 15 | 11 | [ 9, 13] | 47 | [ 27, 62] | 76 | [ 63, 86] | 36 | 65 |
| 16 | 26 | [ 16, 44] | 50 | [ 37, 60] | 84 | [ 77, 90] | 24 | 58 |
| 17 | 16 | [ 13, 21] | 83 | [ 80, 88] | 87 | [ 84, 89] | 67 | 71 |
| 18 | 51 | [ 38, 61] | 96 | [ 95, 97] | 77 | [ 66, 85] | 45 | 27 |
| 19 | 12 | [ 9, 18] | 76 | [ 58, 82] | 70 | [ 56, 78] | 63 | 58 |
| 20 | 36 | [ 24, 52] | 67 | [ 39, 77] | 84 | [ 78, 89] | 31 | 48 |
| 21 | 25 | [ 17, 35] | 77 | [ 66, 88] | 76 | [ 59, 87] | 52 | 51 |
| 22 | 18 | [ 10, 28] | 83 | [ 77, 88] | 56 | [ 37, 74] | 65 | 38 |
| 23 | 21 | [ 14, 28] | 59 | [ 40, 74] | 74 | [ 60, 82] | 38 | 53 |
| 24 | 30 | [ 18, 40] | 64 | [ 49, 81] | 68 | [ 55, 82] | 34 | 38 |
| 25 | 14 | [ 11, 18] | 91 | [ 89, 93] | 78 | [ 72, 86] | 77 | 64 |
| 26 | 19 | [ 13, 28] | 81 | [ 72, 87] | 76 | [ 56, 88] | 63 | 58 |
| 27 | 13 | [ 10, 15] | 63 | [ 48, 72] | 86 | [ 80, 90] | 50 | 73 |
| 28 | 18 | [ 11, 25] | 88 | [ 84, 90] | 78 | [ 66, 92] | 70 | 61 |
| 29 | 39 | [ 28, 50] | 88 | [ 85, 90] | 84 | [ 70, 92] | 49 | 45 |
| 30 | 54 | [ 39, 68] | 95 | [ 70, 97] | 80 | [ 73, 87] | 42 | 27 |
| 31 | 22 | [ 16, 29] | 61 | [ 44, 70] | 82 | [ 75, 87] | 38 | 60 |
| 32 | 54 | [ 42, 63] | 81 | [ 68, 92] | 85 | [ 71, 89] | 27 | 31 |
| 33 | 54 | [ 42, 62] | 93 | [ 91, 94] | 88 | [ 82, 91] | 39 | 34 |
| 34 | 22 | [ 13, 31] | 49 | [ 29, 68] | 76 | [ 64, 85] | 27 | 54 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 | 64 | [ 45, 74] | 78 | [ 69, 86] | 83 | [ 76, 88] | 14 | 20 |
| 36 | 12 | [ 10, 19] | 85 | [ 81, 89] | 78 | [ 61, 85] | 73 | 66 |
| 37 | 77 | [ 69, 83] | 75 | [ 63, 87] | 66 | [ 58, 76] | -2 | -11 |
| 38 | 23 | [ 13, 33] | 65 | [ 51, 80] | 65 | [ 50, 81] | 42 | 42 |

Notes: Ecological Inference (EI) results estimated using the EI package in R. The "[min,max]" columns report the minimum and maximum estimated percent of each racial group's Democratic support across all elections analyzed.

Table 2: Enacted Map: General Election Vote Preference By Racial Group - ER Estimates

|  | Percent Democratic | | | | | | Polarization | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| District | White | CI | Black | CI | Hispanic | CI | B-W | H-W |
| 1 | 2 | [ 1, 3] | 100 | [ 99, 100] | 100 | [ 96, 100] | 98 | 98 |
| 2 | 13 | [ 12, 14] | 100 | [ 98, 100] | 95 | [ 91, 99] | 87 | 82 |
| 3 | 17 | [ 15, 19] | 100 | [ 96, 100] | 70 | [ 65, 76] | 83 | 53 |
| 4 | 9 | [ 8, 11] | 100 | [ 96, 100] | 100 | [ 94, 100] | 91 | 91 |
| 5 | 7 | [ 6, 8] | 100 | [ 97, 100] | 100 | [ 97, 100] | 93 | 93 |
| 6 | 4 | [ 3, 5] | 100 | [ 97, 100] | 100 | [ 97, 100] | 96 | 96 |
| 7 | 50 | [ 49, 51] | 97 | [ 95, 99] | 96 | [ 93, 99] | 47 | 46 |
| 8 | 6 | [ 5, 7] | 100 | [ 96, 100] | 100 | [ 97, 100] | 94 | 94 |
| 9 | 30 | [ 29, 31] | 100 | [ 99, 100] | 78 | [ 75, 80] | 70 | 48 |
| 10 | 19 | [ 17, 21] | 87 | [ 84, 90] | 100 | [ 96, 100] | 68 | 81 |
| 11 | 0 | [ 0, 1] | 100 | [ 98, 100] | 51 | [ 49, 54] | 100 | 51 |
| 12 | 16 | [ 14, 17] | 100 | [ 98, 100] | 100 | [ 97, 100] | 84 | 84 |
| 13 | 9 | [ 7, 11] | . | [ ., .] | 59 | [ 56, 62] | . | 50 |
| 14 | 4 | [ 3, 5] | 100 | [ 99, 100] | 73 | [ 68, 78] | 96 | 69 |
| 15 | 0 | [ 0, 1] | . | [ ., .] | 74 | [ 74, 75] | . | 74 |
| 16 | 17 | [ 15, 18] | . | [ ., .] | 81 | [ 80, 83] | . | 65 |
| 17 | 5 | [ 4, 6] | 100 | [ 97, 100] | 100 | [ 97, 100] | 95 | 95 |
| 18 | 38 | [ 37, 39] | 100 | [ 99, 100] | 47 | [ 45, 50] | 62 | 9 |
| 19 | 9 | [ 8, 10] | . | [ ., .] | 51 | [ 49, 52] | . | 42 |
| 20 | 28 | [ 26, 29] | . | [ ., .] | 81 | [ 80, 82] | . | 53 |
| 21 | 19 | [ 17, 20] | 100 | [ 93, 100] | 85 | [ 83, 86] | 81 | 66 |
| 22 | 12 | [ 10, 14] | 100 | [ 97, 100] | 38 | [ 35, 41] | 88 | 26 |
| 23 | 11 | [ 10, 12] | . | [ ., .] | 70 | [ 69, 71] | . | 59 |
| 24 | 25 | [ 24, 27] | 100 | [ 97, 100] | 97 | [ 95, 100] | 75 | 72 |
| 25 | 7 | [ 7, 8] | 100 | [ 99, 100] | 100 | [ 95, 100] | 93 | 93 |
| 26 | 13 | [ 12, 15] | 100 | [ 97, 100] | 100 | [ 95, 100] | 87 | 87 |
| 27 | 4 | [ 4, 5] | . | [ ., .] | 76 | [ 76, 77] | . | 72 |
| 28 | 7 | [ 6, 8] | . | [ ., .] | 76 | [ 75, 77] | . | 69 |
| 29 | 34 | [ 32, 36] | 89 | [ 87, 90] | 72 | [ 70, 73] | 54 | 37 |
| 30 | 42 | [ 41, 43] | 99 | [ 99, 100] | 60 | [ 58, 63] | 58 | 19 |
| 31 | 18 | [ 16, 20] | 100 | [ 95, 100] | 100 | [ 96, 100] | 82 | 82 |
| 32 | 42 | [ 41, 43] | 100 | [ 99, 100] | 100 | [ 98, 100] | 58 | 58 |
| 33 | 39 | [ 38, 40] | 93 | [ 92, 94] | 82 | [ 81, 83] | 54 | 43 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 34 | 9  | [ 7, 10]  | .   | [ ., .]   | 73  | [ 72, 74]  | .  | 64 |
| 35 | 49 | [ 47, 51] | 94  | [ 91, 97] | 80  | [ 78, 82]  | 45 | 31 |
| 36 | 7  | [ 6, 8]   | 100 | [ 98, 100]| 74  | [ 72, 77]  | 93 | 67 |
| 37 | 65 | [ 63, 67] | 100 | [ 95, 100]| 100 | [ 97, 100] | 35 | 35 |
| 38 | 18 | [ 16, 19] | 100 | [ 96, 100]| 94  | [ 91, 97]  | 82 | 76 |

Notes: "CI" stands for 95% confidence intervals. Missing values indicate insufficient data for estimates.

Table 3: Enacted Map: General Election Vote Preference By Racial Group - EI Estimates - State House Districts

| District | Percent Democratic | | | | | | Polarization | |
|---|---|---|---|---|---|---|---|---|
|  | White | [min,max] | Black | [min,max] | Hispanic | [min,max] | B-W | H-W |
| Tarrant | | | | | | | | |
| 90 | 52 | [ 37, 59] | 86 | [ 80, 92] | 86 | [ 80, 90] | 34 | 34 |
| 91 | 27 | [ 20, 33] | 56 | [ 41, 67] | 67 | [ 59, 75] | 29 | 40 |
| 92 | 48 | [ 38, 58] | 83 | [ 78, 87] | 76 | [ 66, 86] | 34 | 28 |
| 93 | 24 | [ 13, 35] | 51 | [ 41, 62] | 69 | [ 51, 76] | 27 | 45 |
| 94 | 33 | [ 24, 40] | 64 | [ 51, 76] | 66 | [ 47, 80] | 31 | 34 |
| 95 | 44 | [ 32, 54] | 94 | [ 90, 95] | 81 | [ 76, 86] | 49 | 37 |
| 96 | 24 | [ 18, 30] | 79 | [ 72, 87] | 64 | [ 54, 72] | 55 | 40 |
| 97 | 32 | [ 23, 41] | 71 | [ 63, 86] | 59 | [ 48, 73] | 38 | 27 |
| 98 | 23 | [ 13, 33] | 61 | [ 47, 75] | 65 | [ 56, 77] | 38 | 42 |
| 99 | 27 | [ 17, 35] | 81 | [ 78, 88] | 67 | [ 55, 75] | 54 | 39 |
| 101 | 61 | [ 45, 78] | 81 | [ 73, 90] | 55 | [ 41, 69] | 20 | -7 |
| Harris | | | | | | | | |
| 126 | 17 | [ 10, 26] | 59 | [ 37, 74] | 66 | [ 40, 85] | 42 | 48 |
| 127 | 20 | [ 10, 28] | 83 | [ 74, 90] | 80 | [ 68, 90] | 63 | 60 |
| 128 | 12 | [ 5, 18] | 76 | [ 53, 84] | 60 | [ 46, 71] | 64 | 48 |
| 129 | 28 | [ 19, 37] | 67 | [ 57, 75] | 55 | [ 46, 66] | 39 | 27 |
| 130 | 16 | [ 6, 26] | 54 | [ 39, 69] | 57 | [ 40, 75] | 38 | 41 |
| 131 | 57 | [ 44, 68] | 94 | [ 91, 97] | 83 | [ 73, 90] | 38 | 26 |
| 132 | 26 | [ 17, 38] | 51 | [ 33, 64] | 53 | [ 27, 67] | 26 | 27 |
| 133 | 30 | [ 17, 53] | 76 | [ 63, 91] | 73 | [ 49, 82] | 46 | 44 |
| 134 | 52 | [ 39, 63] | 70 | [ 62, 79] | 64 | [ 30, 81] | 18 | 12 |
| 135 | 45 | [ 34, 57] | 73 | [ 52, 84] | 71 | [ 52, 83] | 28 | 26 |
| 137 | 56 | [ 43, 64] | 80 | [ 66, 88] | 77 | [ 52, 89] | 24 | 21 |
| 138 | 29 | [ 20, 43] | 60 | [ 48, 72] | 69 | [ 58, 80] | 31 | 40 |
| 139 | 40 | [ 32, 50] | 96 | [ 93, 97] | 87 | [ 82, 93] | 56 | 47 |
| 140 | 48 | [ 36, 56] | 88 | [ 83, 93] | 84 | [ 71, 93] | 41 | 36 |
| 141 | 48 | [ 21, 55] | 96 | [ 93, 97] | 79 | [ 60, 88] | 48 | 30 |
| 142 | 32 | [ 20, 41] | 93 | [ 91, 95] | 80 | [ 71, 85] | 61 | 48 |
| 143 | 28 | [ 16, 56] | 85 | [ 79, 93] | 80 | [ 68, 87] | 57 | 51 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 144 | 36 | [ 8, 50] | 65 | [ 53, 83] | 77 | [ 61, 88] | 29 | 41 |
| 145 | 59 | [ 47, 70] | 79 | [ 72, 88] | 85 | [ 75, 91] | 20 | 26 |
| 146 | 57 | [ 44, 65] | 97 | [ 95, 98] | 78 | [ 72, 87] | 40 | 21 |
| 147 | 69 | [ 55, 80] | 96 | [ 95, 97] | 71 | [ 56, 79] | 27 | 2 |
| 148 | 46 | [ 36, 55] | 68 | [ 58, 76] | 70 | [ 59, 84] | 21 | 23 |
| 149 | 56 | [ 42, 76] | 74 | [ 54, 83] | 69 | [ 47, 85] | 18 | 13 |
| 150 | 22 | [ 12, 39] | 66 | [ 43, 78] | 64 | [ 44, 83] | 44 | 42 |

Notes: Ecological Inference (EI) results estimated using the EI package in R. The "[min,max]" columns report the minimum and maximum estimated percent of each racial group's Democratic support across all elections analyzed.

Table 4: Enacted Map: General Election Vote Preference By Racial Group - ER Estimates - State House Districts

|          | Percent Democratic ||||||  Polarization ||
| District | White | CI | Black | CI | Hispanic | CI | B-W | H-W |
|---|---|---|---|---|---|---|---|---|
| Tarrant | | | | | | | | |
| 90  | 36 | [ 35, 38] | 81  | [ 79, 84]  | 85  | [ 84, 87]  | 45  | 49 |
| 91  | 24 | [ 21, 26] | 95  | [ 87, 100] | 78  | [ 74, 81]  | 71  | 54 |
| 92  | 25 | [ 23, 26] | 100 | [ 97, 100] | 100 | [ 95, 100] | 75  | 75 |
| 93  | 22 | [ 19, 25] | 51  | [ 43, 58]  | 82  | [ 77, 86]  | 29  | 60 |
| 94  | 24 | [ 22, 26] | 100 | [ 97, 100] | 100 | [ 94, 100] | 76  | 76 |
| 95  | 26 | [ 24, 27] | 100 | [ 99, 100] | 79  | [ 73, 85]  | 74  | 53 |
| 96  | 16 | [ 14, 17] | 100 | [ 97, 100] | 100 | [ 91, 100] | 84  | 84 |
| 97  | 26 | [ 24, 29] | 100 | [ 97, 100] | 79  | [ 72, 86]  | 74  | 52 |
| 98  | 19 | [ 16, 22] | 100 | [ 94, 100] | 100 | [ 94, 100] | 81  | 81 |
| 99  | 19 | [ 17, 22] | 100 | [ 97, 100] | 74  | [ 70, 79]  | 81  | 55 |
| 101 | 46 | [ 43, 48] | 87  | [ 85, 89]  | 57  | [ 53, 61]  | 41  | 11 |
| Harris | | | | | | | | |
| 126 | 13 | [ 10, 15] | 100 | [ 95, 100] | 95  | [ 88, 100] | 87  | 82 |
| 127 | 11 | [ 9, 13]  | 100 | [ 97, 100] | 100 | [ 94, 100] | 89  | 89 |
| 128 | 2  | [ 0, 5]   | 100 | [ 96, 100] | 78  | [ 72, 84]  | 98  | 76 |
| 129 | 27 | [ 25, 30] | 100 | [ 95, 100] | 57  | [ 54, 61]  | 73  | 30 |
| 130 | 12 | [ 9, 15]  | 100 | [ 93, 100] | 80  | [ 72, 87]  | 88  | 68 |
| 131 | 24 | [ 19, 29] | 100 | [ 97, 100] | 81  | [ 77, 85]  | 76  | 57 |
| 132 | 18 | [ 15, 22] | 100 | [ 93, 100] | 79  | [ 70, 88]  | 82  | 61 |
| 133 | 19 | [ 16, 21] | 100 | [ 97, 100] | 100 | [ 90, 100] | 81  | 81 |
| 134 | 42 | [ 38, 47] | 100 | [ 93, 100] | 91  | [ 81, 100] | 58  | 48 |
| 135 | 21 | [ 18, 24] | 100 | [ 94, 100] | 93  | [ 86, 99]  | 79  | 72 |
| 137 | 29 | [ 25, 33] | 100 | [ 96, 100] | 84  | [ 79, 90]  | 71  | 55 |
| 138 | 22 | [ 20, 23] | 100 | [ 92, 100] | 92  | [ 89, 94]  | 78  | 70 |
| 139 | 23 | [ 22, 25] | 100 | [ 99, 100] | 76  | [ 68, 84]  | 77  | 53 |
| 140 | 25 | [ 20, 31] | 100 | [ 98, 100] | 66  | [ 64, 69]  | 75  | 41 |
| 141 | 0  | [ 0, 3]   | 100 | [ 98, 100] | 57  | [ 53, 61]  | 100 | 57 |
| 142 | 3  | [ 0, 5]   | 100 | [ 98, 100] | 64  | [ 58, 69]  | 97  | 61 |
| 143 | 6  | [ 3, 8]   | 84  | [ 81, 87]  | 74  | [ 72, 77]  | 79  | 69 |

9

| 144 | 11 | [ 7, 14] | 58 | [ 52, 64] | 69 | [ 67, 72] | 47 | 59 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 145 | 55 | [ 54, 56] | 100 | [ 96, 100] | 82 | [ 81, 83] | 45 | 26 |
| 146 | 39 | [ 38, 40] | 100 | [ 99, 100] | 54 | [ 47, 61] | 61 | 15 |
| 147 | 58 | [ 57, 60] | 100 | [ 99, 100] | 55 | [ 52, 59] | 42 | -3 |
| 148 | 33 | [ 31, 36] | 75 | [ 71, 79] | 74 | [ 71, 77] | 42 | 41 |
| 149 | 37 | [ 33, 40] | 100 | [ 95, 100] | 68 | [ 61, 74] | 63 | 31 |
| 150 | 9 | [ 6, 12] | 100 | [ 95, 100] | 100 | [ 93, 100] | 91 | 91 |

Notes: "CI" stands for 95% confidence intervals. Missing values indicate insufficient data for estimates.