# Attachment 5

Addendum to Second Supplemental Report
Stephen Ansolabehere
April 28, 2025

The following Table 6A supplements Table 6 in my Second Supplemental Report dated March 31, 2025, by conducting the same analysis except determining the Hispanic preferred candidate on a contest-by-contest basis, instead of based on aggregated voter preferences across multiple elections.

**Table 6A.** Election Outcomes Under Enacted and Demonstration Map, 2016 to 2024 General Elections in the State of Texas,

| District | Enacted Map | | | Demonstration Map | | |
|---|---|---|---|---|---|---|
| | Average Vote Percent | Hispanic Preferred Candidate Win | Loss | Average Vote Percent | Hispanic Preferred Candidate Win | Loss |
| **Dallas – Fort Worth Area** | | | | | | |
| 5  | 38 | 0  | 52 | 31 | 0  | 52 |
| 6  | 35 | 0  | 52 | 30 | 0  | 52 |
| 12 | 38 | 0  | 52 | 69 | 52 | 0  |
| 24 | 38 | 0  | 52 | 43 | 0  | 52 |
| 25 | 31 | 0  | 52 | 27 | 0  | 52 |
| 30 | 77 | 52 | 0  | 77 | 52 | 0  |
| 32 | 62 | 52 | 0  | 57 | 49 | 3  |
| 33 | 74 | 52 | 0  | 62 | 52 | 0  |
| **Harris County Area** | | | | | | |
| 2  | 35 | 1  | 51 | 41 | 0  | 52 |
| 7  | 61 | 52 | 0  | 61 | 52 | 0  |
| 8  | 34 | 0  | 52 | 31 | 11 | 41 |
| 9  | 76 | 52 | 0  | 68 | 52 | 0  |
| 14 | 33 | 0  | 52 | 38 | 0  | 52 |
| 18 | 73 | 47 | 5  | 71 | 52 | 0  |
| 22 | 38 | 24 | 28 | 36 | 14 | 38 |
| 29 | 69 | 52 | 0  | 66 | 52 | 0  |
| 36 | 33 | 0  | 52 | 20 | 0  | 52 |
| 38 | 36 | 7  | 45 | 55 | 44 | 8  |

Notes: Ecological Inference (EI) results estimated using the EI package in R were used to determine which candidate was preferred by a majority of Hispanics in each election. The cells of the table count the number of elections in which the candidate preferred by a majority of Hispanics won a majority of votes in the precincts in a given district under the Enacted Map and the Demonstration Map. Elections used in the analysis are all elections for US President, US Senate, Governor, Lt. Governor, Attorney General, State Supreme Court, Court of Criminal Appeals, Agricultural Commissioner, Comptroller, Land Commissioner, and Railroad Commissioner, for 2016, 2018, 2020, 2022, and 2024.

I declare that the forgoing is correct and true.

_____
Stephen Ansolabehere

April 28, 2025