**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

**LULAC PLAINTIFFS' AMENDED PRETRIAL DISCLOSURES**

Plaintiffs LULAC, et al., ("LULAC Plaintiffs") hereby submit the following Amended Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(e). LULAC Plaintiffs reserve the right to amend and supplement these Pretrial Disclosures, and to respond to Defendants' Pretrial Disclosures, as appropriate.

**I.    WITNESSES**

LULAC Plaintiffs' Witness List is set forth in **Exhibit A** attached hereto. LULAC Plaintiffs do not know the precise nature and scope of the testimony and evidence that Defendants may seek to introduce at trial. Accordingly, LULAC Plaintiffs reserve the right to modify, amend, or supplement this witness list leading up to and through trial based on case developments, including without limitation the right to: (1) call its witnesses in any order; (2) not call one or more witnesses; (3) call live or by deposition any witness identified on Defendants' witness list and any witness necessary to rebut Defendants' case, arguments, and/or evidence, and/or to authenticate or

lay the foundation for the introduction of documents to which Defendant objects; (4) reasonably supplement or amend this Witness List through and including the time of trial to the extent permitted by the Court; (5) introduce deposition testimony as impeachment evidence; or (6) change a witness from a live witness to a witness testifying by deposition, and vice versa. LULAC Plaintiffs also reserve the right to supplement or modify this witness list in response to rulings made by the Court. LULAC Plaintiffs' identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Defendants.[1]

## II.     TRIAL EXHIBITS

LULAC Plaintiffs' Preliminary Trial Exhibit List is set forth in **Exhibit B** attached hereto. LULAC Plaintiffs reserve the right to introduce in evidence any documents identified by Defendants or any other plaintiff in their pre-trial disclosures and to introduce additional documents as rebuttal or impeachment evidence. LULAC Plaintiffs also reserve the right to introduce in evidence any exhibits that are offered as joint exhibits but regarding which the parties do not reach agreement.

LULAC Plaintiffs' list of trial exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to trial. LULAC Plaintiffs will serve their objections to Defendants' trial exhibit list and any additional trial exhibits in accordance with the Court's Pretrial Scheduling Order.

---

[1] Pursuant to the parties' agreement, the parties will exchange deposition designations as required under Federal Rule of Civil Procedure 26(a)(3) for any witnesses testifying by deposition on May 7, 2025.

2

Date: May 4, 2025

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 4th day of May 2025.

*/s/ Nina Perales*
Nina Perales

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

**LULAC PLAINTIFFS' WITNESS LIST**

LULAC Plaintiffs identify the following live witnesses in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(i):

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| **State Representative Ana Maria Ramo**s <br> Capitol Room E2.312, P.O. Box 2910, Austin, TX 78768 <br> (512) 463-0454 | L | X | |
| **Dr. Andrés Tijerina** <br> Dr. Tijerina may be contacted through LULAC Plaintiffs' undersigned counsel. | E | | X |
| **Angelica Razo** <br> Ms. Razo may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **State Representative Armando Walle** <br> Representative Walle may be contacted through counsel, Joaquin Gonzalez, Mexican | L | | X |

1

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| American Legislative Caucus, 1108 Lavaca Street, Suite 110-351 Austin, TX 78701. (512) 463-0740 | | | |
| **Art Fierro** Art Fierro may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **Dr. Bernard L. Fraga** Dr. Fraga may be contacted through LULAC Plaintiffs' undersigned counsel. | E | | X |
| **Bobbie Garza Hernandez** Ms. Garza Hernandez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **Candace Valenzuela** 3925 St. Christopher Lane, Dallas, TX 75287 (915) 637-9617 | L | | X |
| **State Representative Cassandra Garcia Hernandez** Representative Garcia Hernandez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **Cesar Espinosa** Mr. Espinosa may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **State Representative Chris Turner** 320 Westway Place, Suite 501, Arlington, TX 7601 | L | X | |
| **State Representative Claudia Ordaz Perez** Capitol Room E2.802, P.O. Box 2910, Austin, TX 78768 (512) 463-0622 | L | | X |
| **State Representative Christina Morales** Capitol Room E2.404, P.O. Box 2910, Austin, TX 78768 | L | | X |

2

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| (512) 463-0732 | | | |
| **Dr. Cristina Morales** Dr. Morales may be contacted through LULAC Plaintiffs' undersigned counsel. | E | | X |
| **David Lopez** Mr. Lopez may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **Diana Martinez Alexander** Ms. Alexander may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **Domingo Garcia** Mr. Garcia may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **State Representative Eddie Morales** Capitol Room E2.816, P.O. Box 2910, Austin, TX 78768 (512) 463-0566 | L | | X |
| **State Representative Gene Wu** Representative Wu may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **Ina Minjarez** Ina Minjarez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | | X |
| **Jeanette Martinez** 3928 Townsend Dr. Fort Worth, Texas 76110 817-714-5771 | L | X | |
| **Jessica Mejia** Ms. Mejia may be contacted through the Mexican American Legal Defense and Educational Fund, 110 Broadway, Suite 300, San Antonio, TX 78205. | L | | X |
| **JoAnn Acevedo** | L | | X |

3

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| Ms. Acevedo may be contacted through LULAC Plaintiffs' undersigned counsel. | | | |
| **State Representative Joe Moody** Representative Moody may be contacted through counsel, Joaquin Gonzalez, Mexican American Legislative Caucus, 1108 Lavaca Street, Suite 110-351 Austin, TX 78701. (512) 463-0740. | L | | X |
| **Joey Cardenas** Mr. Cardenas may be contacted through LULAC Plaintiffs' undersigned counsel. | L | X | |
| **Kristian Carranza** 1327 Mission Grande Apt. 6, San Antonio, TX 78221. 210-551-1313. | L | | X |
| **Leo Pacheco** 639 Kopplow Pl., San Antonio, TX 78221 (210) 771-2301 | L | | X |
| **State Representative Lina Ortega** Capitol Room E2.204, P.O. Box 2910, Austin, TX 78768. (512) 463-0638. | L | | X |
| **Maida Guillen** 2618 Strait Lane, Houston, TX (512) 791-9317 | L | X | |
| **State Representative Mary Ann Perez** Representative Perez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **State Representative Mary Gonzalez** Representative Gonzalez may be contacted through counsel, Joaquin Gonzalez, Mexican American Legislative Caucus, | L | | X |

4

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| 1108 Lavaca Street, Suite 110-351 Austin, TX 78701. (512) 463-0740 | | | |
| **State Representative Nicole Collier** 101 S. Jennings Suite 103A, Fort Worth, Texas 76104 | L | X | |
| **Norma Cavazos** Ms. Cavazos may be contacted through Chad Dunn, counsel for Brooks Plaintiffs. | L | X | |
| **State Representative Penny Morales Shaw** Capitol Room E1.416, P.O. Box 2910, Austin, TX 78768 (512) 463-0620 | L | | X |
| **State Representative Rafael Anchia** 1111 West Mockingbird Lane, Suite 1010, Dallas, TX 75247. | L | | X |
| **State Representative Ramon Romero** Capitol Room E2.322, P.O. Box 2910, Austin, TX 78768 (512) 463-0740 | L | | X |
| **Dr. Rogelio Sáenz** Dr. Saenz may be contacted through LULAC Plaintiffs' undersigned counsel. | E | | X |
| **Salvador Espino** Mr. Espino may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **Vincent Perez** Mr. Perez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |

LULAC Plaintiffs identify the following witnesses whose testimony will be presented through deposition in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(ii). Transcripts

5

of the pertinent portions of each witness' deposition will be filed in accordance with the Court's order granting the parties' Joint Motion to Extend Deadline to Exchange Deposition Designations.[2]

| WITNESS | WILL PRESENT THROUGH DEPOSITION |
|---|---|
| Andrew Murr | X |
| State Representative Brooks Landgraf | X |
| Jacey Jetton | X |
| State Representative John Lujan | X |

---

[2] See Text Order Granting ECF No. 923, Motion to Extend Scheduling Order Deadlines. May 2, 2025.

# EXHIBIT B

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>　*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case] |

### LULAC PLAINTIFFS' EXHIBIT LIST

| LULAC PLAINTIFFS' EXHIBIT NO. | DESCRIPTION |
|---|---|
| PL_LULAC 1 | Expert Report of Dr. Bernard Fraga, dated March 31, 2025 |
| PL_LULAC 2 | Second Supplemental Expert Report of Dr. Cristina Morales, dated March 31, 2025 |
| PL_LULAC 3 | Supplemental and Amended Expert Report of Dr. Cristina Morales, dated August 1, 2022 |
| PL_LULAC 4 | Supplemental and Amended Expert Report of Dr. Maria Cristina Morales, dated June 15, 2022 |
| PL_LULAC 5 | Supplemental Expert Report on the Socioeconomic Characteristics of the Latino Population in Texas of Dr. Rogelio Saenz, dated March 31, 2025 |

| | |
|---|---|
| PL_LULAC 6 | Expert Report on the Socioeconomic Characteristics of the Latino Population in Texas of Dr. Rogelio Saenz, dated May 20, 2022 |
| PL_LULAC 7 | Expert Report of Dr. Andrés Tijerina, dated May 20, 2022 |
| PL_LULAC 8 | U.S. Census, Texas Population Change by County, 2010-2020 by race and ethnicity |
| PL_LULAC 9 | U.S. Census, Texas Population Change, 2010-2020 by race and ethnicity |
| PL_LULAC 10 | Texas Demographic Center, Demographic Trends and Characteristics: Texas and the Hispanic Population, August 29, 2023 |
| PL_LULAC 11 | Bexar County Elections, Precinct Results, HD118, 2018 General Election |
| PL_LULAC 12 | Bexar County Elections, Precinct Results, HD118, 2020 General Election |
| PL_LULAC 13 | Bexar County Elections, Precinct Results, HD118, November 2, 2021 Runoff Election |
| PL_LULAC 14 | Bexar County Elections, Precinct Results, HD118, 2022 General Election |
| PL_LULAC 15 | Bexar County Elections, Precinct Results, HD118, 2024 General Election |
| PL_LULAC 16 | Demonstrative Map, Precinct Results, HD118, 2018 General Election |
| PL_LULAC 17 | Demonstrative Map, Precinct Results, HD118, 2020 General Election |

| PL_LULAC 18 | Demonstrative Map, Precinct Results, HD118, November 2, 2021 Runoff Election |
|---|---|
| PL_LULAC 19 | Demonstrative Map, Precinct Results, HD118, 2022 General Election |
| PL_LULAC 20 | Demonstrative Map, Precinct Results, HD118, 2024 General Election |
| PL_LULAC 21 | Bexar County Elections, Precinct SSTO, HD118, 2018 General Election |
| PL_LULAC 22 | Bexar County Elections, Precinct SSTO, HD118, 2020 General Election |
| PL_LULAC 23 | Bexar County Elections, Precinct SSTO, HD118, November 2, 2021 Runoff Election |
| PL_LULAC 24 | Bexar County Elections, Precinct SSTO, HD118, 2022 General Election |
| PL_LULAC 25 | Bexar County Elections, Precinct SSTO, HD118, 2024 General Election |
| PL_LULAC 26 | Demonstrative Map, Precinct SSTO, HD118, 2018 General Election |
| PL_LULAC 27 | Demonstrative Map, Precinct SSTO, HD118, 2020 General Election |
| PL_LULAC 28 | Demonstrative Map, Precinct SSTO, HD118, November 2, 2021 Runoff Election |
| PL_LULAC 29 | Demonstrative Map, Precinct SSTO, HD118, 2022 General Election |

| | |
|---|---|
| PL_LULAC 30 | Demonstrative Map, Precinct SSTO, HD118, 2024 General Election |
| PL_LULAC 31 | Map, Bexar County Independent School Districts |
| PL_LULAC 32 | Demonstrative Map, Bexar County House districts in H2100 and H2316 |
| PL_LULAC 33 | City of Houston, Super Neighborhoods Map |
| PL_LULAC 34 | John Lujan Deposition Exhibits 2-20 |
| PL_LULAC 35 | Brooks Landgraf Deposition Exhibits 2, 4, 16-17, 22-23 |
| PL_LULAC_36 | Map, Original Tom Greene County, 1874 |