UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, *et al.*, <br><br> *Defendants.* | EP-21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br><br> & <br><br> All Consolidated Cases |

## ADVISORY

In the future, any physical materials delivered to Judge Smith should be sent to his Houston chambers: 515 Rusk Street, Room 12621, U.S. Courthouse, Houston, TX 77002.

*[signature: Jerry Smith]*

JERRY E. SMITH
U.S. CIRCUIT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| David C. Guaderrama <br> Senior United States District Judge <br> Western District of Texas | -and- | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |