**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

**LULAC PLAINTIFFS' UNOPPOSED MOTION TO VOLUNTARILY
DISMISS CLAIMS**

Plaintiffs League of United Latin American Citizens, et al. ("LULAC Plaintiffs") respectfully move to voluntarily dismiss without prejudice certain claims pursuant to Federal Rule of Civil Procedure 41(a)(2). This motion is unopposed.

LULAC Plaintiffs respectfully seek leave to voluntarily dismiss their claims challenging the redistricting of: Congressional Districts 15 and 27 in enacted Plan C2193; State Board of Education District 6 in enacted Plan E2106; Senate Districts 9 and 25 in enacted Plan S2168; and House Districts 37 and 129 in enacted Plan H2316. Defendants will not be prejudiced as a result of dismissal, especially because dismissal will serve to narrow the issues in dispute prior to trial.

LULAC Plaintiffs respectfully request that the Court dismiss without prejudice, pursuant to Rule 41(a)(2), their claims challenging the redistricting of Congressional Districts 15 and 27 in enacted Plan C2193; State Board of Education District 6 in enacted Plan E2106; Senate Districts 9 and 25 in enacted Plan S2168; and House Districts 37 and 129 in enacted Plan H2316.

1

Date: May 6, 2025

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 5, 2025, counsel for LULAC Plaintiffs conferred with counsel for all parties regarding the instant motion. Counsel for State Defendants do not oppose the relief granting leave to dismiss claims without prejudice.

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 6th day of May 2025.

*/s/ Nina Perales*
Nina Perales