## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>    *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br>    *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

## LULAC PLAINTIFFS' ADVISORY AND RESPONSE TO STATE DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY

Plaintiffs League of United Latin American Citizens, *et al.* ("LULAC Plaintiffs") file this advisory and response to State Defendants' Motion to Exclude Expert Reports and Testimony (Doc. 920) pursuant to the Court's order (Doc. 944).

LULAC Plaintiffs advise the Court that they do not intend to rely on the testimony of Dr. Jacob Grumbach in this case. LULAC Plaintiffs' pretrial disclosures do not include Dr. Grumbach on the witness list, and do not include any expert reports by Dr. Grumbach on the exhibit list. Doc. 943. Similarly, LULAC Plaintiffs' Notice of Filing of Expert Reports and associated bench binders do not include any expert reports by Dr. Grumbach. Doc. 937.

With respect to the pending motion to exclude, LULAC Plaintiffs respectfully urge the Court to deny the motion as moot, and have attached a proposed order to that effect.

Date: May 6, 2025                     Respectfully submitted,

                                      */s/ Nina Perales*
                                      Nina Perales
                                      Julia Longoria
                                      Sabrina Rodriguez
                                      Mexican American Legal Defense and Educational
                                      Fund (MALDEF)
                                      110 Broadway Street, Suite 300
                                      San Antonio, TX 78205
                                      (210) 224-5476
                                      Fax: (210) 224-5382
                                      nperales@maldef.org
                                      jlongoria@maldef.org
                                      srodriguez@maldef.org

                                      Ernest I. Herrera
                                      Mexican American Legal Defense and Educational
                                      Fund (MALDEF)
                                      634 S. Spring Street, 9th Floor
                                      Los Angeles, CA  90014
                                      (210) 629-2512
                                      eherrera@maldef.org

                                      Khrystan N. Policarpio*
                                      Mexican American Legal Defense and Educational
                                      Fund (MALDEF)
                                      1512 14th Street
                                      Sacramento, CA  95814
                                      (916) 444-3031
                                      kpolicarpio@maldef.org

                                      *Admitted *pro hac vice*

                                      *Counsel for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 6th day of May 2025.

/s/ Nina Perales
Nina Perales