UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, SERGIO MORA, BOBBIE GARZA-HERNANDEZ<br><br>　　　　Plaintiffs<br><br>v.<br><br>STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity, and JANE NELSON, SECRETARY OF STATE OF TEXAS, in her official capacity<br>　　　　Defendants | § § § § § § § § § § § § § § § § § § | Civil Action No.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br><br>3:21-cv-00988-DCG-JES-JVB<br>[Consolidated Case] |

**MALC'S SUPPLEMENTAL DESIGNATION OF EXPERTS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(A)**

Pursuant to the Scheduling Order, the Mexican American Legislative Caucus ("MALC") designates the following expert witnesses for the trial or any other evidentiary proceeding in this matter.

**I.
Retained Expert Witnesses**

1.　　Matt Barreto, Ph.D.
　　　University of California, Los Angeles
　　　3250 Public Affairs Building
　　　Los Angeles, CA 90065
　　　barretom@ucla.edu
　　　909-489-2955
　　　Dr. Barreto will testify regarding his reports and previously disclosed file materials and prior testimony. He will also testify regarding the report and file materials served contemporaneously herewith. His testimony and opinions offered at the Preliminary Injunction are incorporated herein. A supplemental report, appendices, and exhibits is being produced to Defendants today by the Brooks Plaintiffs.

1

2. Jeronimo Cortina, Ph.D.
The University of Houston
3551 Cullen Boulevard, Room 447
Houston, TX 77204-3011
jcortina@central.uh.edu
713-743-3894
Dr. Cortina will testify his reports and previously disclosed file materials and prior testimony. His testimony and opinions offered at the Preliminary Injunction are incorporated herein.

3. J. Morgan Kousser, Ph.D.
Caltech
Prof. of History and Social Science, Emeritus
1818 Craig Ave.
Altadena, CA 91001-3430
kousser@caltech.edu
626-395-4080
Dr. Kousser will testify regarding his report and file materials provided.

4. Tye Rush, Ph.D.
Department of Political Science
University of California Davis
One Shields Avenue
Davis, CA 95616
530-752-1011
trush@ucdavis.edu
Dr. Rush will testify regarding the report and file materials served contemporaneously herewith.

## II.
## Non-Retained Expert Witnesses

The MALC Plaintiffs hereby designate and state that they intend to call for the purpose of fact and/or opinion testimony those persons listed in the witness disclosures of each party, as appropriate. The MALC Plaintiffs specifically give notice that they intend to rely on the expert testimony of other Plaintiffs groups and may independently call the experts designated by the other Plaintiffs in the event they do not do so or only call for a limited purpose. To streamline trial presentation and not present overly duplicative testimony, MALC will rely on expert opinions given by other experts called by other Plaintiffs and their counsel. The designation of experts, reports and expert disclosures served by other Plaintiffs are incorporated herein for all purposes.

Plaintiffs make this designation without conceding the qualifications, relevancy, reliability or admissibility of such witness' opinions.

### III.
### Additional Designation

Plaintiffs hereby cross designate and state that Plaintiffs may call any expert witness identified or designated by any party or any employee or representative of any party, subject to any objections that Plaintiffs may make concerning the designation or qualifications of those witnesses.

Plaintiffs reserve the right to elicit by way of cross examination, opinion testimony from experts or representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to the suit.

Plaintiffs reserve the right to elicit by way or direction/cross examination, opinion testimony from fact witnesses who may be qualified to render testimony, but are not retained or designated experts at this time and who have expertise in certain areas regarding the facts of this case. Such non-retained expert witnesses may be employees of the State of Texas but they have not been employed for the purpose of providing expert testimony.

Plaintiffs reserve the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to the suit.

Plaintiffs reserve the right to supplement this designation as necessary and to solicit opinion testimony from such persons as appropriate during both discovery and trial.

Plaintiff designates and reserves the right to call any expert designated by Defendants or called by Defendants at hearing or trial.

## IV.
## Supplementation and Amendment Disclaimer

MALC specifically reserves the right to supplement and/or amend these designations, including the expert reports provided with these designations to review, assess, and incorporate as necessary any discovery that becomes available after this designation. Defendants have successfully delayed and/or avoided discovery in this matter on a number of fronts. All of the experts in this case for all of the Plaintiffs in this redistricting litigation would benefit from additional discovery, particularly deposition discovery and fulsome document production discovery.

Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA &GEISLER, L.L.P.

*/s/ Sean J. McCaffity*
_____
George (Tex) Quesada
State Bar No. 16427750
Email:  quesada@textrial.com

Sean J. McCaffity
State Bar No. 24013122
Email:  smccaffity@textrial.com

3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas  75219-4461
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

-and-

Joaquin Gonzalez
Texas Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX  78228
jgonzalez@malc.org

***ATTORNEYS FOR PLAINTIFFS***

5

**CERTIFICATE OF SERVICE**

      The undersigned that the foregoing Second Amended Complaint was filed and served via e-mail on March 31, 2025

*/s/ Sean J. McCaffity*
Sean J. McCaffity