UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

## ORDER GRANTING MOTIONS TO VOLUNTARILY DISMISS CLAIMS

The LULAC Plaintiffs move to voluntarily dismiss some (but not all) of their claims and thereby "narrow the issues in dispute prior to trial."[1] Defendants do not oppose the Motion.[2]

The Court therefore **GRANTS** the "LULAC Plaintiffs' Unopposed Motion to Voluntarily Dismiss Claims" (ECF No. 951).

The Court likewise **GRANTS** the "LULAC Plaintiffs' Unopposed Motion to Voluntarily Dismiss Claim" (ECF No. 957).

---

[1] *See* 1st Mot. Voluntarily Dismiss, ECF No. 951, at 1; 2d Mot. Voluntarily Dismiss, ECF No. 957, at 1.

[2] *See* 1st Mot. Voluntarily Dismiss at 1, 3; 2d Mot. Voluntarily Dismiss at 1, 3.

The Court thereby **DISMISSES** the LULAC Plaintiffs' challenges to the following districts **WITHOUT PREJUDICE**:

(1) Congressional Districts 15 and 27;

(2) State Board of Education District 6;

(3) Senate Districts 9, 25, and 27; and

(4) House Districts 37 and 129.[3]

The LULAC Plaintiffs' other claims **REMAIN LIVE**. The LULAC Plaintiffs shall therefore **REMAIN DESIGNATED** as active Plaintiffs in this case.

**So ORDERED and SIGNED this 7th day of May 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | *-and-* | **Jeffrey V. Brown** |
| **United States Circuit Judge** | | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |

---

[3] *See* 1st Mot. Voluntarily Dismiss at 1; 2d Mot. Voluntarily Dismiss at 1.