**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>EDDIE BERNICE JOHNSON, *et al.*,<br><br>    *Plaintiff-Intervenors*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>    *Defendants* | Case No. EP-21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br><br>&<br><br>All Consolidated Cases |

**NOTICE OF STATE DEFENDANTS' DEPOSITION DESIGNATIONS**

Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson in her official capacity as Secretary of State of Texas, and Dave Nelson, in his official capacity as Deputy Secretary of State (State Defendants), respectfully submit the following designations of deposition testimony, pursuant to Federal Rule of Civil Procedure 26(a)(3).

State Defendants offer this testimony by deposition pursuant to Federal Rule of Civil Procedure 32(a)(3) and (4) because the witnesses are adverse parties, are located more than 100 miles from the place of trial, or could not attend or testify because of age, illness, or infirmity.

State Defendants reserve the right to amend or supplement these designations in response to designations or testimony that Plaintiffs may offer at trial. Should any of the witnesses whose testimony is designated herein testify live during the remainder of trial, State Defendants ask the Court to consider those witnesses' deposition designations to be withdrawn.

Further, State Defendants intend to waive no privilege in these designations. To the extent any designated testimony is protected by the legislative privilege, or any other privilege, such designation is inadvertent and State Defendants will withdraw such designations should they become aware of the privilege.

1

Last, State Defendants incorporate by reference all testimony, both live testimony and testimony made via trial depositions, offered at the Preliminary Injunction hearing that took place from January 25, 2022 to January 28, 2022 and offer that testimony as support in addition to the below designations.

### SUMMARY OF STATE DEFENDANTS' DEPOSITION DESIGNATIONS

| Witness Name, Deposition Date | Page:Line(s) |
|---|---|
| 1. Rep. Michelle Beckley, August 26, 2022 | 8:3–6, 10:5–16, 18:24–21:16, 23:9–26:14, 28:11–21, 29:5–30:6, 34:10–19, 35:16–37:13, 39:1–5, 44:12–46:25, 51:3–52:3, 53:4–54:20, 87:18–89:1, 98:20–99:7, 139:10–140:19, 142:11–19, 145:4–10 |
| 2. Mark Bell, July 7, 2022 | 32:24–25, 33:1–3, 166:24–25, 167:1–7, 168:7–25, 169:1–25, 170:1-25, 171:1–15, 173:1–12, 174:5–25, 175:1–3 |
| 3. Sen. Brian Birdwell, August 18, 2022 | 25:5–8, 26:23–24, 29:25, 30:1–7, 44:5–21, 45:1–16, 46:16–25, 47:1, 58:13–22 |
| 4. US Rep. Kevin Brady, September 6, 2022 | 8:16–25, 9:1–25, 10:1, 11:6–24, 13:22–25, 14:1–25, 17:13–21, 20:1–18, 21:7–20, 28:1–25, 29:1–5, 38:21–25, 39:1–9, 50:25, 51:1–2, 63:14–22, 82:22–25, 83:1–9, 85:8–18, 101:12–25, 102:1–6, 103:20–25, 104:1, 108:19–25, 109:1–13, 114:1–25, 117:6–25, 118:1, 120:7–10, 135:14–25, 136:1–24, 139:11–25, 140:6–14, 147:14–25, 148:1–2, 152:18–23 |
| 5. Roy Charles Brooks, January 20, 2022 | 24:17–23, 35:10–20, 36:2–4, 36:12–15, 37:25, 38:1–4, 38:2–19, 42:20–25, 43:1–25, 44:1–22, 45:5–9, 45:23–25, 46:1–16, 47:10–16, 48:11–17, 48:20–25, 49:1–3, 49:9–20, 50:7–13, 56:15–19, 62:3–25, 63:1–6, 63:12–15, 63:22–25, 64:1–4, 64:9–13, 67:3–25, 69:23–25, 70:1–6, 73:4–9, 74:12–25, 75:1–3, 76:10–17, 85:23–25, 86:1–5, 87:17–25, 88:1–25, 89:1–19, 93:18–25, 94:1–20 |
| 6. Rep. Brad Buckley, July 18, 2022 | 22:16–25, 23:1–10, 27:5–23, 35:8–25, 35:23–25, 37:1–24, 38:16–25, 39:1–13, 39:14–16, 39:23–25, 40:20–25, 41:11–18, 44:9–15, 44:16–25, 45:1–25, 46:1–14, 48:16–20, 49:1–6, 49:18–22, 51:9–16, 56:21–25, 57:1–7, 80:12–19, 98:11–14, 112:4–19, 113:1–20, 115:4–20, 129:21–24, 139:3–12, 140:21–25, 141:1–18, 146:3–7, 154:12–19, 164:15–25, 223:24–25, 224:1–5, 258:7–17, 278:2–8 |

| Witness Name, Deposition Date | Page:Line(s) |
|---|---|
| 7. Rep. Liz Campos, August 22, 2022 | 8:17–19, 10:6–25, 11:1–18, 15:1–25, 16:1–25, 17:1–25, 18:1–17, 19:1–24, 20:16–25, 21:1–9, 22:7–25, 23:1–6, 23:12–14, 24:23–25, 25:1–11, 25:22–24, 26:3–25, 27:1–25, 28:1–25, 29:1–5, 29:11–22, 30:13–17, 31:4–13, 32:21–25, 33:1–3, 33:9–25, 34:1, 34:7–12, 35:25, 36:1–11, 37:7–13, 37:18–25, 38:1–25, 39:1–13, 42:22–25, 43:1–2, 44:1–25, 45:1–14, 46:10–22, 68:12–25, 69:1–23, 70:5–8, 71:4–23, 75:11–21, 76:3–22, 80:16–25, 81:1, 86:15–25, 91:19–25, 92:1–6, 96:13–25, 97:1, 101:6–25, 102:1–17 |
| 8. Rep. Terry Canales, July 13, 2022 | 16:21–25, 17:1–10, 20:4–16, 21:20–23, 24:4–7, 36:4–20, 38:1–7, 39:9–25, 40:1–18, 41:1–3, 43:8–12, 47:7–14, 48:1–21, 49:3—25, 50:1–25, 51:1–21, 54:2–20, 68:8–20, 71:14–25, 72:1–6, 73:20–23, 74:1–25, 75:1–4, 83:1–3, 86:18–19, 87:24–25, 88:1–20, 90:2–22, 91:16–22, 92:11–25, 93:1, 103:12–25, 104:1–9, 106:8–21, 118:6–25, 119:1–16, 124:5–13, 132:16–25, 136:10–25, 137:1–14, 141:22–24, 142:1–20, 143:13–22, 144:1–16, 145:11–17, 168:4–16 |
| 9. Sharon Carter, July 29, 2022 | 15:8–16, 17:5–11, 18:18–24, 19:11–23, 21:1–4, 24:23–25, 25:1–19, 25:23–25, 26:1–18, 35:14–25, 36:1–7, 37:10–13,22–25, 38:1–2, 48:16–25, 59:14–19, 60:16–25, 61:1–15, 66:12–25, 67:1, 69:11–15,21–25, 70:1–7,8–22, 89:1–6, 90:10–22 |
| 10. Angie Flores, July 1, 2022 | 5:24–25, 6:1–4, 34:1–13, 53:1–4, 54:20–25, 55:1, 73:8–14, 76:7–24, 81:20–25, 82:1–6,7–19, 114:16–24, 116:13–24, 117:9–25, 118:1–18 |
| 11. Colleen Garcia, June 28, 2022 | 7:4–9, 19:8–21, 23:1–25, 24:1–10, 42:7–25, 43:1–25, 44:1–17, 45:2–25, 46:1–13, 49:18–25, 50:1–18, 57:4–25, 58:1–25, 59:1–12, 60:15–25, 61:1–25, 62:1–10, 66:5–7, 69:1–19, 70:9–13, 73:1–7, 74:2–10, 116:6–11, 119:18–23, 120:10–22, 129:17–25, 130:1–25, 131:1–25, 132:1–10,22–25, 133:1–3, 134:3–25, 135:1–25, 136:1–7,16–25, 137:1–25, 138:1–5,11–25, 139:1–19, 140:5–25, 141:1–17, 142:25, 143:1–25, 144:1–4, 145:2–19, 147:7–25, 148:1–6, 149:14–25, 150:16–25, 151:1–25, 152:1–25, 153:1–25, 154:1–25, 155:1–25, 156:1–23, 157:14–25, 158:1–25, 159:1–13, 161:9–25, 162:1–24, 164:1–5,15–25, 165:1–3,10–20, 167:11–21, 168:9–19, 175:20–23, 181:6–25, 182:8–15, 184:13–25, 185:1–9, 187:1–18, 193:16–25, 194:1–14, 195:17–25, 196:1–25, 198:7–25, 199:1–6, 200:17–25, 201:12–21, 203:2–14, 205:1–8,9–17, 206:6–13,23–25, 207:15–18, 209:4–11, 211:11–21, 212:12–15,16–23,24–25, 213:1–2, 214:14–17 |
| 12. Rep. Ryan Guillen, June 29, 2022 | 13:19–21, 16:4–6, 31:8–15, 33:11–20, 43:16–25, 44:1–25, 45:1–8, 45:17–25, 46:1–8, 47:17–25, 48:1–2, 49:15–20, 50:16–24, 55:20–25, 56:1–4,15–23, 58:2–13,19–25, 59:1–5,15–21, 68:2–6,23–25, 69:1–4, 103:1–21, 124:15–24, 133:13–19, 134:13–16, 138:1–16, 139:2–9, 141:8–22, 167:13–20, 179:13–25, 180:7–25, 181:1, 195:7–11 |

| Witness Name, Deposition Date | Page:Line(s) |
|---|---|
| 13. Sen. Roland Gutierrez, June 27, 2022 | 23:8–11, 26:7–23, 27:11–25, 28:1–17, 28:6–11,16–22, 30:13–25, 31:1–5, 32:3–15, 34:3–13, 39:17–22, 46:1–3, 49:11–14, 57:13–19, 64:3–25, 65:1–2, 66:9–25, 67:1–2, 76:23–25, 77:1–23, 78:8–25, 79:1–10, 84:5–8,15–23, 86:5–19, 92:15–25, 95:1–8, 117:9–12, 124:3–17, 132:1–4, 134:5–14, 136:11–18, 152:15–21, 166:23–25, 167:1–15 |
| 14. Sen. Kelly Hancock, June 23, 2022 | 17:20–22, 28:1–10, 29:3–15, 39:9–25, 40:1–3, 46:3–18, 62:4–10, 75:13–25, 76:1–9, 77:12–19, 81:2–9, 83:18–25, 84:1–7, 89:1–7, 93:13–16, 132:2–25, 133:3–19, 145:13–20, 149:13–19, 150:15–22, 163:1–14,23–25, 164:1–2, 168:11–21 |
| 15. Rep. Abel Herrero, June 15, 2022 | 17:13–16, 19:11–17, 19:24–25, 20:1–3, 22:7–14, 26:2–25, 27:1–21, 28:23–25, 29:1–13, 36:25, 37:1–7, 38:5–6, 39:21–25, 40:1–3, 42:15–23, 48:19–25, 49:1–25, 50:1–25, 51:1–4, 76:16–25, 77:1–25, 78:2–10, 85:13–25, 86:1–25, 87:1–6, 103:18–25, 104:1–25, 105:1–25, 106:23–25, 107:1–25, 108:1–25, 109:1–25, 110:1–25, 114:11–25, 115:1–25, 116:1–10, 122:14–25, 123:1–2, 128:16, 129:1–25, 130:1–13, 132:11–25, 133:1–25, 134:1–9, 134:24–25, 135:1–25, 136:1–25, 137:1–12, 138:15–25, 139:1–25, 140:1–5, 153:3–25, 154:1–24 |
| 16. Rep. Dan Huberty, June 20, 2022 | 9:15–17, 10:10–16, 11:4–9, 23:1–17,, 29:19–25, 30:1–5, 31:15–22, 36:1–25, 37:1–17, 48:25, 49:1–4 |
| 17. Rep. Todd Hunter, July 15, 2025 | 12:1–24, 13:14–20, 15:5–8,14–18, 67:14–23, 149:11–25, 150:1–14, 214:19–25, 215:1,13–16, 304:18–25, 309:3–10 |
| 18. US Rep. Sheila Jackson Lee, August 2, 2022 | 6:14–16, 8:1–25, 9:1–25, 10:1–16, 11:7–25, 12:1, 13:1–25, 14:1–15, 15:23–25, 16:1–13, 21:19–25, 22:1–25, 23:1–7, 24:9–25, 25:1–25, 26:1–7, 30:11–22, 34:7–25, 35:1–13, 39:21–25, 40:1–2,17–24, 41:19–24, 42:1–3, 44:6–19, 45:1–12,23–25, 46:1–21, 47:5–25, 49:18–25, 50:1–8,23–25, 51:1–25, 53:4–24, 55:23–25, 56:1–15, 60:20–25, 61:1–18, 75:5–25, 76:1–3, 80:10–25, 83:13–25, 84:1–15, 87:20–25, 88:1–12, 92:23–25, 93:1–25, 94:1–12, 95:2–10, 112:14–25, 113:1–6, 118:15–23, 121:7–25, 122:1–8,19–25, 123:1–19, 124:13–25, 125:1–25, 126:1–7, 129:7–25, 130:1–24, 136:6–21, 138:15–25, 139:1–2, 144:11–25, 145:1–2,17–25, 146:1–25, 147:1–4, 148:19–25, 149:1–18, 150:11–25, 151:1–3,17–23, 153:4–12, 154:5–14,14–25, 155:1–20, 156:2–25, 157:1,16–25, 158:1–22, 159:5–14, 160:6–25, 161:1–18,25, 162:1–12, 163:4–25, 164:1–2,25, 165:1–25, 166:1–14, 167:12–16, 168:7–25, 169:1–12,24–25, 170:1–21, 172:15–25, 173:1–9, 174:10–25, 175:1–4,22–25, 176:1–22,25, 177:11–20,25, 178:1–25, 179:1–2, 180:2–25, 181:1–11, 184:15–24, 186:1–16, 191:8–25, 192:1–25, 193:1–20, 206:22–25, 207:1–2, 213:9–14,17–25, 214:1–10, 215:5–12, 218:5–18 |
| 19. Jacey Jetton, July 13, 2022 | 51:7–10, 154:12–17, 203:21–25 |

| Witness Name, Deposition Date | Page:Line(s) |
|---|---|
| 20. Rep. Tracy King, June 29, 2022 | 9:24–25, 10:1–9,23–25, 11:1–6, 13:13–23, 15:9–11, 16:3–10,14–17,22–25, 17:5–25, 18:1–3, 19:9–14, 20:2–22, 22:14–22, 25:25, 26:2–15,22–25, 27:1–8, 29:15–21, 30:1–5, 31:11–20, 34:25, 35:1–8, 36:22–25, 37:1–3, 39:25, 40:1–15, 41:3–5,20–24, 47:7–14, 48:4–8, 50:14–19, 51:1–2 |
| 21. Adam Kincaid, November 2, 2023 | 50:9–25, 51:1–14, 87:7–25, 88:1–25, 89:1–20, 106:9–25, 107:1–25, 108:1–25, 109:1–6, 133:24–25, 134:1–25, 135:1–8,13–25, 136:1–21, 144:11–25, 145:1–25, 146:1–25, 147:1–25, 148:1–25, 149:1–20, 154:8–19, 156:17–25, 157:1–25, 158:1–23, 165:11–21, 169:6–25, 170:1–15, 175:6–25, 176:1–25, 177:1–25, 178:1–9, 217:23–25, 218:1–25, 219:1–25, 220:1–13, 234:6–25, 235:1–25, 236:1–16, 237:25, 238:1–25, 255:20–25, 256:1–25, 257:1–25, 258:1–11, 292:13–25, 293:1–25, 294:1–25, 295:1–7, 303:22–25, 304:1–25, 305:1–10,19–23, 337:19–25, 338:1–10 |
| 22. Rep. J.M. Lozano, July 12, 2022 | 23:2–25, 24:1–25, 25:1–2, 32:2–11,25, 33:1–15, 34:6–11,20–25, 41:6–15, 80:5–21, 96:4–15, 112:18–25, 113:5–18, 127:14–20 |
| 23. Rep. John Lujan, June 23, 2022 | 29:4–25, 30:1–25, 31:1–25, 32:1,13–25, 33:1–21, 34:4–25, 35:1–25, 36:1–7, 37:1–16,19–25, 38:1–11, 39:14–15,18–25, 40:1–6, 43:10–25, 44:3–25, 46:12–25, 47:11–23, 49:8–25, 50:1–9,12–24, 51:12–15, 52:1–20, 53:1–25, 54:1–4,12–14,17, 55:4–14, 58:5–13, 59:18–25, 60:1–4, 61:3–18, 62:13–14, 63:19–20,22–23, 67:6–12, 68:3–19, 69:13–19,22–25, 70:1–2, 71:4–8, 73:14–25, 74:1–15,20–21, 75:12–17, 77:22–24, 78:3–6, 80:1–23, 83:1–25, 86:15–17,20–21,25, 87:1–2,4–7, 89:24–25, 90:1–8, 91:3–4,6–9, 94:5–7,9–11, 96:10–20,25, 97:1–20, 98:11–13,15–23, 99:2,4–8,10–25, 100:1–12, 101:16–22, 103:5–7,12–16,20–25, 104:1–12, 105:2–25, 106:1–2,4–7,10–21, 110:19–20, 111:9–15, 112:19–20, 113:3–15,20–25, 114:1–12, 119:2–9,11–13,23–25, 120:10–20, 128:12–14,17–18, 129:11–17,19, 130:8–25, 131:1–7, 132:20–25, 139:8–14,18–22, 140:1–14,16–25, 141:1–25, 142:1–10, 146:2–7,13–20, 148:23–25, 149:3–10,12,18–23,25, 150:1–2,19–24, 151:23–25, 152:1–24, 153:18–25, 154:1,6–25, 155:1–12, 156:1–25, 157:1–6, 158:13–21, 159:18–24, 160:1–14,17–23, 173:1–7,14–23, 175:15–22,24–25, 176:1–9,11–16, 178:20–25, 179:3–13, 180:3–5,8–20,23–25, 181:6–18, 182:5–12, 199:5–21 |
| 24. Anne Mackin, July 11, 2022 | 6:13–16, 9:24–10:18, 149:15–17, 173:19–174:8, 176:20–22, 178:9–14, 214:7–20 |

| Witness Name, Deposition Date | Page:Line(s) |
|---|---|
| 25. Rep. Trey Martinez-Fischer, July 1, 2022 | 17:17–25, 18:1–6, 21:10–20, 27:6–17, 29:24–25, 30:1–25, 31:1–25, 32:1–25, 33:1–23, 34:16–25, 35:1–17, 36:14–19, 39:18–25, 40:1–10, 51:5–23, 52:2–19, 56:15–21, 79:3–10, 82:2–24, 96:3–7, 97:12–16, 99:9–20, 104:6–24, 113:17–25, 114:1–25, 115:1–9, 124:14–25, 125:1–3, 128:4–7, 132:5–24, 134:2–25, 135:1–14, 136:21–25, 137:1–25, 138:20–25, 139:1–23, 141:9–19, 142:22–25, 143:1–3, 145:17–25, 146:10–19, 201:17–25, 204:5–18, 205:3–15 |
| 26. Rep. Terry Meza, July 22, 2022 | 20:20–23, 27:10–14, 38:6–20, 44:2–25, 45:1–4, 46:25, 47:1–3, 49:6–25, 50:1–5, 52:12–25, 53:1–25, 54:1–4, 55:5–14, 61:11–19, 73:1–22, 81:19–25, 82:1–10, 88:2–25, 89:1–4,9–25, 90:1–3, 94:23–25, 95:1–25, 96:1–25, 97:1–9, 105:13–22, 113:13–17, 116:11–25, 117:1–20, 132:4–8, 133:3–12 |
| 27. Rep. Andrew Murr, June 22, 2022 | 50:1–14, 53:14–24, 54:15–18, 59:24–25, 60:1–12, 69:15–18, 97:12–25, 99:11–13, 125:17–25, 126:1–2, 126:16–25, 127:3–22, 134:9–25, 135:1–18, 138:9–18 |
| 28. Sean Opperman, July 13, 2022 | 18:19–21, 30:24–25, 31:1–25, 32:1–9, 33:18–21, 38:17–25, 39:1,4–19, 40:9–25, 41:1,20–25, 42:1–7, 46:17–25, 49:21–25, 50:1–3,25, 51:1–16, 52:16–18, 55:9–18, 57:7–18, 59:11–22, 60:8–25, 61:1–21, 62:3–6,14–17, 64:14–25, 65:1–25, 66:1–6, 70:19–24, 72:1–2,12–21, 73:2–8,9–14,15–23, 91:1–9, 97:24–25, 106:15–21, 107:2–11, 129:17–23,24–25, 130:1–8, 131:22–25, 133:1–8, 145:18–25, 146:13–25, 147:1–4, 148:8–25, 149:1–2,13–25, 150:1, 161:11–15, 163:15–25, 164:1–25, 165:1–14,22–25, 166:1–16,23–25, 167:1–19, 168:3–19, 169:14–19, 170:6–17, 171:5–25, 172:1–10, 173:25, 174:1–8, 178:22–25, 179:1–6, 181:1–25, 182:1–10, 183:11–14,21–25, 184:1–6, 187:6–25, 188:1–8, 196:23–25, 197:1–5,13–20,21–25, 198:1–17, 199:14–22, 200:25, 201:1–11, 202:11–25, 203:7–21, 205:8–25, 206:1–25, 207:1–25, 208:1–19, 220:1–25, 221:1–8, 232:9–25, 233:1–25, 234:1–10, 235:2–21, 238:3–13, 243:4–13, 259:4–16, 265:1–13, 268:4–16, 269:7–25, 270:1–12, 271:1–3, 272:17–22, 274:23–25, 302:2–8,25, 303:1–14, 304:4–9, 305:23–25, 306:1–4, 307:19–25, 308:1–22, 319:1–5 |
| 29. Sen. Beverly Powell, January 19, 2022 | 6:6–8, 6:14–7:4, 16:7–18:5, 19:25–20:24, 22:10–23:11, 24:25–25:3, 26:12–27:12, 27:18–29:20, 30:1–22, 31:8–16, 33:1–34:3, 34:11–35:3, 40:22–42:7, 43:12–45:17, 51:4–53:1, 57:1–58:5, 64:20–65:17, 69:11–70:1, 72:5–73:11, 75:18–25, 78:13–79:24, 87:16–88:15, 90:9–93:5, 93:12–98:25, 106:21–107:25, 109:22–110:6, 110:16–20, 124:1–25, 126:7–21 |

| Witness Name, Deposition Date | Page:Line(s) |
|---|---|
| 30. Rep. Toni Rose, July 12, 2022 | 15:22–25, 16:1–25, 17:1, 18:5–25, 19:1–14, 23:3–25, 24:1–25, 25:1–25, 26:1–25, 27:1–22, 30:4–7, 35:5–25, 36:1–25, 37:1–25, 38:1–3, 42:17–19, 50:18–25, 51:1–25, 52:1–25, 53:1–3, 53:12–19, 54:1–25, 55:1–25, 56:1–25, 57:1–25, 58:1–25, 59:1–25, 60:1–25, 61:1–6, 61:17–25, 62:1–25, 63:1–25, 64:1–25, 65:1–25, 66:8–21, 72:2–18, 73:4–14,25, 74:1–25, 75:1–25, 76:1–25, 77:1–25, 78:1–25, 79:24–25, 80:1, 81:8–12, 82:8–25, 83:1–4, 85:2–25, 86:1–25, 87:1–25, 88:1–3, 89:22–25, 89:1–22, 93:11–17, 94:3–25, 95:1–25, 96:1–25, 97:1–3,17–23, 99:1–25, 100:1–25, 101:1–25, 102:1–15, 103:6–25, 104:1–25, 105:1,7–25, 106:1–25, 107:1–9, 110:23–25, 111:1–2,21–25, 112:1–10, 114:1–25, 115:1–20, 116:2–24, 119:15–25, 120:1–25, 121:1–24, 122:14–25, 123:1–15, 126:4–16, 128:1–25, 129:1–20, 132:5–25, 133:1–25, 134:1–17,25, 135:1–3,19–25, 136:1–25, 137:1–25, 138:1–6, 139:9–25, 140:1–25, 141:1–23, 142:23–25, 143:4–6, 144:17–25, 145:1–14, 147:7–25, 148:1–12,24–25, 149:1–25, 150:1–25, 151:1–24, 153:10–18, 154:1–25, 155:1–7,12–25, 156:1–14, 157:1–12, 158:6–25, 159:1,10–25, 160:1–11,19–25, 161:1–23, 162:9–25, 163:1–6,10–25, 164:1–25, 165:1–25, 166:1–4 |
| 31. Sen Kel Seliger, January 19, 2022 | 16:3–25, 17:1–25, 18:1–23, 21:17–22, 22:11–25, 23:1, 24:1, 26:13–25, 27:1–14, 29:24–25, 30:1–25, 43:16–25, 44:1–6, 47:6–9, 49:1–9, 61:7–25, 62:1–25, 63:1–13, 72:4–25, 73:1–8, 100:1–25, 101:1–25, 102:1–9 |
| 32. Rep. Hugh Shine, July 16, 2022 | 12:8–22, 13:14–25, 14:1–25, 15:1, 23:20–23, 24:1, 41:15–25, 42:1–2, 69:23–25, 70:1, 106:17–25, 107:1, 141:2–25, 145:7–25, 146:1, 147:8–25, 148:1–25, 149:1–5,13–25, 150:1–9,14–25, 151:1–25, 152:1–5,10–12,14–25, 153:1, 154:2–7;18–25, 155:1–4;7–12;17–19;24–25, 156:2;6–9, 158:8–25, 159:1 |
| 33. Rick Svatora, January 22, 2022 | 4:8–12, 5:22–6:6, 6:13–9:5, 19:9–12, 20:12–21 |
| 34. Rep. Senfronia Thompson, July 7, 2022 | 6:1–3, 8:5–13, 10:2–12:12, 13:10–16, 14:3–15:8, 21:18–23:6, 23:14–24:17, 25:6–20, 26:25–28:22, 29:10–16, 30:6–31:22, 33:12–35:7, 39:1–14, 44:5–9, 44:14–46:17, 46:24–48:17, 49:1–50:17, 50:21–51:24, 54:5–58:5, 60:4–67:19, 68:15–69:8, 69:25–75:4, 75:20–76:6, 76:17–77:23, 78:7–23, 85:11–16, 86:19–90:16 |
| 35. Rep. Gene Wu, September 6, 2022 | 4:5–9, 9:24–25, 10:1–5, 11:25, 12:1–6, 16:1–8,23–25, 17:1–24, 20:8–11, 30:13–24, 39:11–14, 42:14–25, 43:1–25, 44:1–7, 59:19–25, 60:1–3, 63:19–25, 64:1–25, 65:1–8, 78:2–6, 79:20–25, 80:12–18, 82:24–25, 83:1–13, 89:9–18, 95:9–15, 115:1–9, 116:2–16, 145:22–25, 146:1–19 |

Date: May 7, 2025

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

Respectfully submitted.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division
Tex. State Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24118415

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Tex. State Bar No. 24103022

Office of the Attorney General
P.O. Box 12548 (MC–009)
Austin, Texas 78711–2548
Tel.: (512) 463–2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 7, 2025, and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division