**Exhibit 1**
**Designations of Deposition Testimony of Jeffrey Archer (September 23, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 25:22 | 26:6 | | | | |
| 26:12 | 26:17 | | | | |
| 26:23 | 28:25 | | | | |
| 29:25 | 34:8 | | | | |
| 43:13 | 43:22 | | | | |
| 52:20 | 53:21 | | | | |
| 74:4 | 74:11 | | | | |
| 74:22 | 75:16 | | | | |
| 77:14 | 78:20 | | | | |
| 90:7 | 92:12 | | | | |
| 95:13 | 95:23 | | | | |
| 96:24 | 99:13 | | | | |
| 101:13 | 102:7 | | | | |
| 103:13 | 103:19 | | | | |
| 104:11 | 106:10 | | | | |
| 107:12 | 107:17 | | | | |
| 108:14 | 111:15 | | | | |
| 111:20 | 113:21 | | | | |
| 116:6 | 116:15 | | | | |
| 117:20 | 118:20 | | | | |
| 118:24 | 119:5 | | | | |
| 119:10 | 119:23 | | | | |
| 120:21 | 121:12 | | | | |