**Exhibit 2**
**Designations of Deposition Testimony of Mark Bell (July 7, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 15:23 | 16:1 | | | | |
| 21:8 | 21:17 | | | | |
| 21:18 | 21:20 | | | | |
| 21:21 | 21:23 | | | | |
| 22:13 | 22:17 | | | | |
| 24:4 | 24:4 | | | | |
| 31:15 | 31:21 | | | | |
| 32:8 | 32:11 | | | | |
| 38:21 | 38:25 | | | | |
| 39:1 | 39:3 | | | | |
| 40:2 | 40:2 | | | | |
| 43:11 | 43:16 | | | | |
| 51:14 | 52:9 | | | | |
| 52:11 | 52:18 | | | | |
| 52:23 | 53:16 | | | | |
| 54:8 | 54:13 | | | | |
| 58:11 | 58:15 | | | | |
| 58:16 | 58:21 | | | | |
| 58:22 | 59:5 | | | | |
| 59:6 | 59:11 | | | | |
| 59:12 | 59:17 | | | | |
| 59:18 | 60:1 | | | | |
| 60:2 | 60:7 | | | | |
| 60:18 | 60:22 | | | | |
| 72:20 | 72:24 | | | | |
| 73:10 | 73:14 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 74:3 | 74:3 | | | | |
| 79:3 | 79:5 | | | | |
| 83:10 | 83:24 | | | | |
| 85:23 | 86:11 | | | | |
| 88:18 | 89:8 | | | | |
| 90:16 | 90:19 | | | | |
| 95:20 | 95:23 | | | | |
| 96:12 | 96:17 | | | | |
| 97:22 | 98:4 | | | | |
| 103:11 | 103:16 | | | | |
| 103:17 | 103:20 | | | | |
| 103:21 | 103:24 | | | | |
| 104:1 | 104:3 | | | | |
| 104:9 | 104:12 | | | | |
| 105:8 | 105:14 | | | | |
| 115:16 | 115:23 | | | | |
| 120:11 | 120:16 | | | | |
| 120:17 | 120:21 | | | | |
| 122:1 | 122:5 | | | | |
| 123:5 | 123:14 | | | | |
| 125:19 | 125:22 | | | | |
| 125:23 | 126:2 | | | | |
| 133:3 | 133:8 | | | | |
| 133:9 | 133:13 | | | | |
| 133:14 | 133:19 | | | | |
| 134:2 | 134:7 | | | | |
| 134:19 | 134:25 | | | | |
| 136:22 | 137:9 | | | | |
| 137:10 | 137:14 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 138:18 | 138:20 | | | | |
| 138:24 | 139:3 | | | | |
| 139:4 | 139:9 | | | | |
| 142:20 | 142:24 | | | | |
| 143:4 | 143:7 | | | | |
| 143:8 | 143:12 | | | | |
| 145:17 | 145:19 | | | | |
| 150:15 | 150:18 | | | | |
| 176:3 | 176:7 | | | | |
| 176:8 | 176:13 | | | | |