**Exhibit 3**
**Designations of Deposition Testimony of Paul Bettencourt (July 29, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 5:7 | 5:10 | | | | |
| 47:12 (starting at "which") | 47:17 | | | | |
| 48:6 | 48:12 | | | | |
| 49:21 (starting at "Prior") | 49:24 | | | | |
| 50:16 | 51:4 | | | | |
| 51:12 | 51:19 | | | | |
| 52:10 | 52:14 | | | | |
| 52:17 | 52:22 | | | | |
| 59:13 | 59:14 | | | | |
| 59:17 | 60:9 | | | | |
| 60:24 | 60:25 | | | | |
| 61:5 | 61:10 | | | | |
| 61:12 | 61:20 | | | | |
| 65:7 (starting at "Do") | 65:25 | | | | |
| 66:9 | 66:13 | | | | |
| 66:18 | 66:23 | | | | |
| 68:25 (starting at "has") | 69:2 | | | | |
| 69:13 | 69:16 | | | | |
| 69:18 | 69:24 | | | | |
| 70:1 | 70:3 | | | | |
| 70:20 (starting at "You said") | 70:23 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 71:1 | 71:5 | | | | |
| 75:20 | 76:7 | | | | |
| 76:10 | 76:12 | | | | |
| 76:15 | 76:19 | | | | |
| 76:21 | 77:5 | | | | |
| 84:22 | 85:6 | | | | |
| 85:14 | 85:18 | | | | |
| 85:20 | 86:1 | | | | |
| 86:3 | 86:6 | | | | |
| 86:10 | 86:12 | | | | |
| 86:16 | 87:6 | | | | |
| 88:19 (starting at "Did") | 88:22 | | | | |
| 88:25 | 89:6 | | | | |
| 90:12 | 90:15 | | | | |
| 90:18 | 90:21 | | | | |
| 90:23 | 90:24 | | | | |
| 92:5 (starting at "that") | 92:10 | | | | |
| 92:13 | 92:19 | | | | |
| 92:22 | 93:2 | | | | |
| 93:4 | 93:6 | | | | |
| 93:8 | 93:14 | | | | |
| 93:17 | 93:23 | | | | |
| 94:1 | 94:5 | | | | |
| 94:7 | 94:12 | | | | |
| 96:8 | 96:9 | | | | |
| 96:12 | 97:1 | | | | |
| 97:4 | 97:7 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 97:9 | 97:9 | | | | |
| 97:12 | 98:1 | | | | |
| 98:4 | 98:18 | | | | |
| 98:21 | 98:22 | | | | |
| 98:24 | 99:9 | | | | |
| 99:13 | 99:17 | | | | |
| 99:18 | 99:19 | | | | |
| 99:22 | 99:22 | | | | |
| 106:11 | 106:13 | | | | |
| 106:15 | 106:22 | | | | |
| 110:16 | 110:20 | | | | |
| 110:23 | 110:25 | | | | |
| 111:13 (starting at "Did") | 111:22 | | | | |
| 112:15 | 113:7 | | | | |
| 113:10 | 113:13 | | | | |
| 113:16 | 114:2 | | | | |
| 119:18 | 121:4 | | | | |
| 121:14 | 121:16 | | | | |
| 125:14 | 125:17 | | | | |
| 125:21 | 125:25 | | | | |
| 127:22 | 128:4 | | | | |
| 128:8 | 128:21 | | | | |
| 128:24 | 129:9 | | | | |
| 141:17 | 142:5 | | | | |
| 142:8 | 143:6 | | | | |
| 143:9 | 143:18 | | | | |
| 143:21 | 144:20 | | | | |
| 144:22 | 145:10 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 145:13 | 145:22 | | | | |
| 145:24 | 146:1 | | | | |
| 146:4 | 146:5 | | | | |
| 146:7 | 146:18 | | | | |
| 146:21 | 148:20 | | | | |
| 148:25 | 149:13 | | | | |