**Exhibit 4**
**Designations of Deposition Testimony of Brian Birdwell (August 18, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 25:25 | 26:12 | | | | |
| 27:22 | 29:6 | | | | |
| 30:15 | 31:5 | | | | |
| 38:5 | 38:14 | | | | |
| 39:6 | 39:12 | | | | |
| 41:12 | 41:20 | | | | |
| 42:13 | 42:25 | | | | |
| 46:12 | 47:1 | | | | |
| 65:12 | 66:14 | | | | |
| 67:10 | 67:21 | | | | |
| 71:2 | 71:8 | | | | |
| 77:21 | 78:11 | | | | |

1