**Exhibit 5**
**Designations of Deposition Testimony of Bradley Buckley (July 18, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 6:14 | 6:16 | | | | |
| 10:21 | 11:20 | | | | |
| 22:16 | 23:2 | | | | |
| 23:11 | 23:12 | | | | |
| 31:1 | 31:9 | | | | |
| 31:22 | 32:1 | | | | |
| 32:4 | 32:8 | | | | |
| 32:9 | 32:9 | | | | |
| 32:11 | 32:11 | | | | |
| 32:12 | 32:12 | | | | |
| 32:14 | 32:14 | | | | |
| 32:15 | 32:15 | | | | |
| 32:17 | 32:21 | | | | |
| 56:18 | 57:2 | | | | |
| 57:8 | 57:9 | | | | |
| 57:12 | 57:17 | | | | |
| 57:18 | 57:18 | | | | |
| 57:21 | 57:21 | | | | |
| 62:14 | 62:15 | | | | |
| 62:18 | 62:18 | | | | |
| 62:19 | 62:19 | | | | |
| 62:22 | 62:22 | | | | |
| 62:23 | 62:23 | | | | |
| 63:1 | 63:1 | | | | |
| 63:2 | 63:3 | | | | |
| 63:6 | 63:6 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 65:5 | 65:6 | | | | |
| 65:8 | 65:8 | | | | |
| 65:22 | 65:23 | | | | |
| 65:25 | 66:1 | | | | |
| 66:2 | 66:4 | | | | |
| 66:9 | 66:10 | | | | |
| 68:25 | 68:25 | | | | |
| 69:2 | 69:5 | | | | |
| 70:4 | 70:7 | | | | |
| 70:11 | 70:11 | | | | |
| 74:23 | 74:24 | | | | |
| 75:2 | 75:2 | | | | |
| 75:5 | 75:5 | | | | |
| 75:6 | 75:6 | | | | |
| 75:9 | 75:9 | | | | |
| 79:10 | 79:10 | | | | |
| 79:13 | 79:14 | | | | |
| 79:15 | 79:17 | | | | |
| 80:9 | 80:11 | | | | |
| 80:20 | 80:21 | | | | |
| 80:24 | 80:24 | | | | |
| 80:25 | 81:1 | | | | |
| 81:2 | 81:3 | | | | |
| 81:6 | 81:6 | | | | |
| 81:7 | 81:9 | | | | |
| 81:12 | 81:12 | | | | |
| 91:7 | 91:11 | | | | |
| 91:14 | 91:14 | | | | |
| 91:15 | 91:16 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 91:19 | 91:19 | | | | |
| 91:20 | 91:21 | | | | |
| 91:24 | 91:25 | | | | |
| 102:22 | 102:241 | | | | |
| 103:2 | 103:2 | | | | |
| 108:21 | 108:24 | | | | |
| 109:1 | 109:25 | | | | |
| 127:1 | 127:11 | | | | |
| 128:5 | 128:5 | | | | |
| 128:7 | 128:8 | | | | |
| 128:9 | 128:10 | | | | |
| 131:1 | 131:9 | | | | |
| 131:13 | 131:14 | | | | |
| 131:15 | 133:5 | | | | |
| 133:6 | 133:7 | | | | |
| 133:10 | 133:13 | | | | |
| 135:2 | 135:16 | | | | |
| 153:20 | 153:20 | | | | |
| 153:24 | 153:24 | | | | |
| 153:25 | 153:25 | | | | |
| 154:3 | 154:3 | | | | |
| 154:4 | 154:5 | | | | |
| 154:8 | 154:9 | | | | |
| 154:10 | 154:19 | | | | |
| 156:6 | 156:10 | | | | |
| 156:15 | 156:22 | | | | |
| 160:7 | 160:8 | | | | |
| 160:11 | 160:18 | | | | |
| 163:12 | 163:13 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 163:16 | 163:19 | | | | |
| 163:20 | 163:21 | | | | |
| 163:24 | 163:25 | | | | |
| 166:1 | 166:5 | | | | |
| 166:8 | 166:10 | | | | |
| 170:7 | 170:9 | | | | |
| 170:17 | 170:23 | | | | |
| 174:8 | 174:10 | | | | |
| 174:12 | 174:12 | | | | |
| 174:13 | 174:13 | | | | |
| 174:15 | 174:15 | | | | |
| 174:16 | 174:19 | | | | |
| 174:20 | 174:22 | | | | |
| 174:25 | 175:1 | | | | |
| 175:2 | 175:6 | | | | |
| 181:15 | 181:18 | | | | |
| 181:21 | 181:21 | | | | |
| 181:22 | 181:24 | | | | |
| 182:2 | 182:2 | | | | |
| 182:3 | 182:5 | | | | |
| 182:6 | 182:7 | | | | |
| 182:10 | 182:10 | | | | |
| 182:11 | 182:11 | | | | |
| 182:13 | 182:13 | | | | |
| 182:14 | 182:24 | | | | |
| 182:25 | 183:2 | | | | |
| 183:5 | 183:6 | | | | |
| 183:7 | 183:7 | | | | |
| 183:9 | 183:20 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 184:22 | 184:24 | | | | |
| 185:2 | 185:2 | | | | |
| 185:3 | 185:4 | | | | |
| 185:6 | 185:7 | | | | |
| 185:8 | 185:9 | | | | |
| 185:12 | 185:12 | | | | |
| 213:18 | 213:20 | | | | |
| 213:24 | 213:24 | | | | |
| 219:25 | 220:1 | | | | |
| 220:5 | 220:5 | | | | |
| 220:6 | 220:11 | | | | |
| 221:14 | 221:14 | | | | |
| 221:18 | 221:18 | | | | |
| 221:19 | 221:20 | | | | |
| 222:3 | 222:4 | | | | |
| 222:5 | 222:6 | | | | |
| 222:9 | 222:9 | | | | |
| 222:10 | 222:13 | | | | |
| 222:19 | 222:19 | | | | |
| 222:20 | 222:22 | | | | |
| 222:25 | 222:25 | | | | |
| 223:1 | 223:2 | | | | |
| 223:5 | 223:6 | | | | |
| 223:7 | 223:8 | | | | |
| 223:11 | 223:12 | | | | |
| 224:6 | 224:9 | | | | |
| 224:10 | 224:11 | | | | |
| 224:14 | 224:16 | | | | |
| 224:17 | 224:18 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 224:25 | 224:25 | | | | |
| 225:7 | 225:10 | | | | |
| 225:13 | 225:14 | | | | |
| 227:2 | 227:12 | | | | |
| 227:13 | 227:13 | | | | |
| 227:16 | 227:17 | | | | |
| 227:18 | 227:19 | | | | |
| 227:21 | 227:21 | | | | |
| 232:10 | 232:15 | | | | |
| 232:18 | 232:18 | | | | |
| 232:19 | 232:20 | | | | |
| 232:23 | 232:25 | | | | |
| 233:1 | 233:8 | | | | |
| 233:9 | 233:11 | | | | |
| 233:14 | 233:14 | | | | |
| 233:15 | 233:16 | | | | |
| 233:17 | 233:18 | | | | |
| 233:21 | 233:24 | | | | |
| 236:20 | 237:6 | | | | |
| 237:12 | 238:8 | | | | |
| 238:24 | 239:3 | | | | |
| 239:6 | 239:6 | | | | |
| 239:7 | 239:7 | | | | |
| 239:14 | 239:15 | | | | |
| 239:16 | 239:17 | | | | |
| 239:18 | 239:18 | | | | |
| 239:20 | 239:20 | | | | |
| 239:21 | 239:23 | | | | |
| 240:1 | 240:1 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 240:2 | 240:2 | | | | |
| 240:4 | 240:4 | | | | |
| 240:5 | 240:5 | | | | |
| 240:7 | 240:7 | | | | |
| 240:8 | 240:9 | | | | |
| 240:12 | 240:14 | | | | |
| 249:1 | 249:2 | | | | |
| 249:4 | 249:4 | | | | |
| 249:5 | 249:6 | | | | |
| 249:8 | 249:10 | | | | |
| 249:11 | 249:13 | | | | |
| 249:16 | 249:16 | | | | |
| 249:17 | 249:21 | | | | |
| 249:24 | 249:24 | | | | |
| 254:3 | 254:7 | | | | |
| 254:9 | 254:12 | | | | |
| 254:14 | 254:14 | | | | |
| 254:15 | 254:16 | | | | |
| 254:17 | 254:18 | | | | |
| 254:21 | 254:22 | | | | |
| 254:23 | 254:25 | | | | |
| 255:2 | 255:2 | | | | |
| 255:12 | 255:14 | | | | |
| 255:17 | 255:17 | | | | |
| 255:18 | 255:20 | | | | |
| 255:21 | 255:22 | | | | |
| 255:25 | 256:2 | | | | |
| 256:3 | 256:4 | | | | |
| 256:5 | 256:7 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 256:10 | 256:10 | | | | |
| 256:11 | 256:11 | | | | |
| 256:13 | 256:14 | | | | |