**Exhibit 6**
**Designations of Deposition Testimony of Sharon Carter (July 29, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 6:7 | 6:25 | | | | |
| 12:23 | 13:1 | | | | |
| 13:7 | 13:11 | | | | |
| 13:19 | 14:1 | | | | |
| 14:13 | 14:20 | | | | |
| 15:23 | 16:8 | | | | |
| 19:5 | 19:10 | | | | |
| 36:15 | 39:17 | | | | |
| 40:21 | 41:15 | | | | |
| 50:24 | 51:11 | | | | |
| 56:8 | 57:15 | | | | |
| 68:21 | 69:9 | | | | |
| 71:15 | 72:3 | | | | |
| 72:19 | 73:1 | | | | |