**Exhibit 7**
**Designations of Deposition Testimony of Adam Foltz (July 14, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 22:7 (starting with "So") | 22:20 | | | | |
| 22:25 | 23:10 | | | | |
| 23:14 | 24:7 | | | | |
| 24:12 | 24:17 | | | | |
| 28:3 | 28:17 | | | | |
| 28:25 | 29:4 | | | | |
| 29:11 | 29:24 | | | | |
| 37:18 | 38:16 | | | | |
| 40:16 | 41:7 | | | | |
| 50:20 | 51:3 | | | | |
| 55:15 | 55:22 | | | | |
| 55:25 | 56:3 | | | | |
| 56:12 | 56:22 | | | | |
| 59:5 | 59:16 | | | | |
| 61:11 | 61:20 | | | | |
| 62:23 | 63:19 (ending with "yeah") | | | | |
| 65:11 | 66:14 | | | | |
| 67:1 | 68:4 | | | | |
| 68:9 | 68:11 | | | | |
| 69:24 | 70:7 | | | | |
| 70:13 | 70:18 | | | | |
| 72:5 | 72:12 | | | | |
| 72:24 | 73:2 | | | | |
| 73:21 | 74:11 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
| --- | --- | --- | --- | --- | --- |
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 74:17 | 75:2 | | | | |
| 75:12 | 75:22 | | | | |
| 76:14 | 76:22 | | | | |
| 77:1 | 77:12 | | | | |
| 77:15 | 77:18 | | | | |
| 78:3 | 78:6 | | | | |
| 78:18 | 79:2 | | | | |
| 80:18 | 80:24 | | | | |
| 82:6 | 83:2 | | | | |
| 83:14 | 83:18 | | | | |
| 85:4 | 85:16 | | | | |
| 85:20 | 86:6 | | | | |
| 86:12 | 86:14 | | | | |
| 86:15 | 86:18 | | | | |
| 87:9 | 87:21 | | | | |
| 88:23 | 89:2 | | | | |
| 90:20 | 90:24 | | | | |
| 90:25 (starting with "And") | 91:6 | | | | |
| 91:10 | 91:14 | | | | |
| 92:11 | 93:11 | | | | |
| 94:22 | 95:9 | | | | |
| 96:3 | 97:18 | | | | |
| 97:20 (starting with "you") | 98:20 | | | | |
| 99:22 | 100:10 | | | | |
| 100:15 | 102:14 | | | | |
| 104:6 | 104:19 | | | | |
| 105:6 | 105:19 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 109:18 | 110:23 | | | | |
| 113:8 | 113:18 (ending with "No.") | | | | |
| 113:24 | 114:7 | | | | |
| 114:19 | 114:24 | | | | |
| 116:19 | 117:4 | | | | |
| 117:15 | 117:23 | | | | |
| 119:20 | 120:1 | | | | |
| 120:13 | 120:17 | | | | |
| 121:21 | 121:25 | | | | |
| 122:8 | 122:17 | | | | |
| 124:6 | 124:13 | | | | |
| 124:15 (starting with "so") | 124:24 | | | | |
| 129:5 | 129:14 | | | | |
| 129:18 | 129:24 | | | | |
| 130:6 | 130:13 | | | | |
| 131:5 | 132:14 | | | | |
| 134:8 | 134:14 | | | | |
| 134:24 | 135:8 | | | | |
| 135:21 | 136:3 | | | | |
| 137:8 | 137:9 | | | | |
| 137:13 | 137:17 | | | | |
| 142:6 | 142:17 | | | | |
| 148:5 | 148:16 | | | | |
| 149:11 | 149:19 | | | | |
| 149:23 | 150:5 | | | | |
| 150:18 | 151:18 | | | | |
| 154:5 | 154:11 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 154:21 | 155:2 | | | | |
| 156:14 | 156:21 | | | | |
| 166:22 | 167:15 | | | | |
| 167:25 | 168:16 | | | | |
| 169:6 | 169:23 | | | | |
| 175:7 | 175:15 | | | | |
| 176:5 | 176:13 | | | | |
| 182:14 | 183:10 | | | | |
| 183:20 | 184:15 | | | | |
| 187:15 | 189:20 | | | | |
| 197:15 | 197:23 | | | | |
| 211:7 | 211:12 | | | | |
| 211:20 | 211:25 | | | | |
| 212:6 | 212:23 | | | | |
| 213:7 | 213:16 | | | | |
| 213:24 | 214:8 | | | | |
| 214:24 | 215:14 | | | | |
| 217:1 | 219:1 | | | | |
| 219:7 (starting with "And") | 219:13 | | | | |
| 221:1 (starting with "Do") | 221:12 | | | | |
| 221:23 | 222:5 | | | | |
| 223:6 | 223:18 | | | | |
| 226:14 | 227:1 | | | | |
| 230:1 | 230:20 | | | | |
| 239:25 | 240:12 | | | | |
| 263:7 | 263:12 | | | | |
| 263:15 | 264:6 | | | | |