**Exhibit 8**
**Designations of Deposition Testimony of Colleen Garcia (June 28, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 57:1 | 59:19 | | | | |
| 61:13 | 63:8 | | | | |
| 64:8 | 64:12 | | | | |
| 65:10 | 66:7 | | | | |
| 67:14 | 67:20 | | | | |
| 68:17 | 69:3 | | | | |
| 70:18 | 71:16 | | | | |
| 72:17 | 72:25 | | | | |
| 73:8 | 74:10 | | | | |
| 79:8 | 81:16 | | | | |
| 81:25 | 82:16 | | | | |
| 82:21 | 83:8 | | | | |
| 83:15 | 84:13 | | | | |
| 90:1 | 90:5 | | | | |
| 90:10 | 90:24 | | | | |
| 91:3 | 91:12 | | | | |
| 99:11 | 99:20 | | | | |
| 99:23 | 100:20 | | | | |
| 109:18 | 110:10 | | | | |
| 111:19 | 111:25 | | | | |
| 113:24 | 114:15 | | | | |
| 131:8 | 132:21 | | | | |
| 135:2 | 136:7 | | | | |
| 138:1 | 139:19 | | | | |
| 140:5 | 141:22 | | | | |
| 149:23 | 150:11 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 151:23 | 152:15 | | | | |
| 161:9 | 161:22 | | | | |
| 162:25 | 163:14 | | | | |
| 163:23 | 164:5 | | | | |
| 165:25 | 166:11 | | | | |
| 167:22 | 169:25 | | | | |
| 170:22 | 171:5 | | | | |
| 181:20 | 181:25 | | | | |
| 182:8 | 182:25 | | | | |
| 186:5 | 188:24 | | | | |
| 189:23 | 190:11 | | | | |
| 192:10 | 192:24 | | | | |
| 193:16 | 194:18 | | | | |
| 195:17 | 197:17 | | | | |
| 199:3 | 199:11 | | | | |
| 200:8 | 200:16 | | | | |
| 209:4 | 209:11 | | | | |
| 212:16 | 212:23 | | | | |
| 213:3 | 213:21 | | | | |
| 218:17 | 221:4 | | | | |
| 222:5 | 222:11 | | | | |
| 225:16 | 226:12 | | | | |