**Exhibit 9**
**Designations of Deposition Testimony of Chris Gober (July 12, 2023)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 8:7 | 8:11 | | | | |
| 9:17 | 9:19 | | | | |
| 12:24 | 13:1 | | | | |
| 14:1 | 14:6 | | | | |
| 24:5 | 24:10 | | | | |
| 24:25 | 27:18 | | | | |
| 30:23 | 31:5 | | | | |
| 32:16 | 32:22 | | | | |
| 34:11 | 34:15 | | | | |
| 38:21 | 39:21 | | | | |
| 40:15 | 41:2 | | | | |
| 42:2 | 42:14 | | | | |
| 44:19 | 44:25 | | | | |
| 45:12 | 45:22 | | | | |
| 48:3 | 48:19 | | | | |
| 49:8 | 49:12 | | | | |
| 50:11 | 51:3 | | | | |
| 52:10 | 53:18 | | | | |
| 55:8 | 57:12 | | | | |
| 67:1 | 67:24 | | | | |
| 69:1 | 69:5 | | | | |
| 70:3 | 70:9 | | | | |
| 73:3 | 74:2 | | | | |
| 74:5 | 74:22 | | | | |
| 77:4 | 79:3 | | | | |
| 81:8 | 81:18 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 84:7 | 83:22 | | | | |
| 87:9 | 87:21 | | | | |
| 97:6 | 97:15 | | | | |
| 102:17 | 102:23 | | | | |
| 103:2 | 103:4 | | | | |
| 107:2 | 112:5 | | | | |
| 116:5 | 116:16 | | | | |
| 118:10 | 119:8 | | | | |
| 120:9 | 120:12 | | | | |
| 120:20 | 120:25 | | | | |
| 121:15 | 122:24 | | | | |
| 125:7 | 125:15 | | | | |
| 126:22 | 128:2 | | | | |
| 132:18 | 133:23 | | | | |
| 138:13 | 138:15 | | | | |
| 139:16 | 139:23 | | | | |
| 140:8 | 141:1 | | | | |
| 142:6 | 142:10 | | | | |
| 143:6 | 143:15 | | | | |
| 145:13 | 147:3 | | | | |
| 176:24 | 178:2 | | | | |
| 191:15 | 192:1 | | | | |
| 195:6 | 197:14 | | | | |
| 236:10 | 236:18 | | | | |
| 253:23 | 253:25 | | | | |
| 255:17 | 259:24 | | | | |