**Exhibit 10**
**Designations of Deposition Testimony of Ryan Guillen (June 29, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 30:15 | 31:15 | | | | |
| 33:21 | 33:24 | | | | |
| 39:5 | 39:16 | | | | |
| 140:18 | 140:23 | | | | |
| 155:6 | 155:13 | | | | |
| 155:24 | 156:3 | | | | |
| 156:9 | 158:1 | | | | |
| 195:19 | 196:7 | | | | |