**Exhibit 11**
**Designations of Deposition Testimony of Kelly Hancock (June 23, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 6:13 | 6:17 | | | | |
| 9:10 | 9:24 | | | | |
| 11:14 | 12:18 | | | | |
| 12:23 | 12:25 | | | | |
| 13:15 | 14:4 | | | | |
| 14:19 | 14:24 | | | | |
| 15:20 | 16:3 | | | | |
| 16:23 | 17:2 | | | | |
| 20:16 | 20:22 | | | | |
| 22:15 | 23:24 | | | | |
| 24:5 | 25:25 | | | | |
| 26:1 | 26:2 | | | | |
| 26:6 | 26:8 | | | | |
| 34:17 | 34:25 | | | | |
| 35:21 | 36:9 | | | | |
| 43:23 | 44:6 | | | | |
| 45:23 | 45:24 | | | | |
| 46:1 | 46:1 | | | | |
| 46:3 | 46:5 | | | | |
| 46:6 | 46:6 | | | | |
| 46:10 | 46:10 | | | | |
| 46:12 | 46:12 | | | | |
| 46:14 | 46:21 | | | | |
| 47:4 | 51:15 | | | | |
| 52:18 | 54:7 | | | | |
| 54:8 | 54:9 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 54:11 | 54:13 | | | | |
| 54:15 | 54:19 | | | | |
| 54:20 | 54:21 | | | | |
| 54:23 | 55:2 | | | | |
| 57:5 | 57:14 | | | | |
| 58:4 | 59:19 | | | | |
| 67:22 | 71:19 | | | | |
| 76:14 | 76:20 | | | | |
| 77:21 | 77:24 | | | | |
| 78:1 | 78:7 | | | | |
| 78:8 | 78:9 | | | | |
| 78:14 | 78:20 | | | | |
| 78:22 | 79:1 | | | | |
| 79:2 | 79:4 | | | | |
| 79:6 | 79:6 | | | | |
| 87:6 | 87:21 | | | | |
| 88:10 | 89:7 | | | | |
| 89:8 | 89:11 | | | | |
| 89:13 | 89:14 | | | | |
| 91:8 | 91:9 | | | | |
| 91:12 | 91:14 | | | | |
| 91:16 | 91:22 | | | | |
| 102:19 | 104:11 | | | | |
| 104:12 | 104:13 | | | | |
| 104:17 | 105:15 | | | | |
| 105:20 | 107:4 | | | | |
| 108:17 | 108:19 | | | | |
| 109:1 | 109:8 | | | | |
| 110:7 | 110:12 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 111:15 | 112:8 | | | | |
| 112:15 | 112:19 | | | | |
| 113:2 | 113:4 | | | | |
| 113:8 | 114:24 | | | | |
| 115:3 | 115:5 | | | | |
| 115:8 | 115:13 | | | | |
| 116:7 | 117:4 | | | | |
| 117:5 | 117:8 | | | | |
| 117:11 | 117:24 | | | | |
| 117:25 | 117:25 | | | | |
| 118:3 | 118:3 | | | | |
| 124:21 | 124:24 | | | | |
| 125:1 | 125:1 | | | | |
| 125:3 | 125:4 | | | | |
| 125:5 | 125:6 | | | | |
| 125:8 | 125:8 | | | | |
| 125:10 | 125:11 | | | | |
| 125:13 | 125:13 | | | | |
| 131:8 | 131:12 | | | | |
| 135:23 | 137:9 | | | | |
| 139:2 | 141:14 | | | | |
| 141:15 | 141:17 | | | | |
| 141:20 | 141:20 | | | | |
| 142:18 | 143:3 | | | | |
| 143:6 | 143:6 | | | | |
| 143:8 | 144:1 | | | | |
| 162:3 | 162:7 | | | | |
| 163:1 | 164:2 | | | | |
| 164:11 | 164:15 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 167:19 | 168:10 | | | | |
| 169:8 | 170:1 | | | | |
| 170:8 | 171:12 | | | | |
| 171:20 | 173:9 | | | | |
| 173:10 | 173:13 | | | | |
| 173:15 | 173:16 | | | | |
| 173:18 | 175:24 | | | | |
| 176:10 | 177:3 | | | | |
| 177:19 | 177:21 | | | | |
| 178:4 | 178:19 | | | | |
| 179:1 | 180:13 | | | | |