**Exhibit 12**
**Designations of Deposition Testimony of Dan Huberty (June 30, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 9:15 | 9:17 | | | | |
| 10:10 | 10:18 | | | | |
| 21:20 | 22:9 | | | | |
| 24:11 | 24:24 | | | | |
| 25:1 | 25:13 | | | | |
| 25:20 | 26:5 | | | | |
| 26:18 | 26:24 | | | | |
| 27:1 | 27:5 | | | | |
| 27:20 | 28:4 | | | | |
| 32:4 | 32:13 | | | | |
| 38:15 | 38:24 | | | | |
| 39:9 | 39:14 | | | | |
| 44:2 | 44:4 | | | | |
| 45:2 | 46:18 | | | | |
| 51:21 (starting with "And") | 52:3 | | | | |
| 54:16 | 56:2 | | | | |
| 57:9 | 58:4 | | | | |
| 60:1 | 61:21 | | | | |
| 63:14 | 65:20 | | | | |
| 70:1 | 70:18 (ending with "time") | | | | |