**Exhibit 13**
**Designations of Deposition Testimony of Willie Hudspeth (August 24, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 6:25 | 7:3 | | | | |
| 10:4 | 10:13 | | | | |
| 16:5 | 17:8 | | | | |
| 20:2 | 20:14 | | | | |
| 55:21 | 55:25 | | | | |
| 60:25 | 61:25 | | | | |
| 62:14 | 67:13 | | | | |
| 95:3 | 96:4 | | | | |
| 101:2 | 101:18 | | | | |
| 114:16 | 115:16 | | | | |
| 116:3 | 116:12 | | | | |
| 118:3 | 119:1 | | | | |
| 120:18 | 120:24 | | | | |
| 121:17 | 121:19 | | | | |
| 121:24 | 121:24 | | | | |
| 121:25 | 122:4 | | | | |
| 126:1 | 126:6 | | | | |
| 126:17 | 127:2 | | | | |

1