**Exhibit 14**
**Designations of Deposition Testimony of Todd Hunter (July 15, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 49:8 | 50:7 | | | | |
| 60:10 | 62:22 | | | | |
| 68:17 | 69:6 | | | | |
| 73:21 | 74:7 | | | | |
| 84:1 | 84:5 | | | | |
| 87:13 | 90:13 | | | | |
| 91:10 | 92:4 | | | | |
| 93:24 | 94:7 | | | | |
| 102:18 | 103:10 | | | | |
| 112:1 | 113:6 | | | | |
| 122:5 | 123:2 | | | | |
| 124:3 | 125:12 | | | | |
| 125:19 | 125:24 | | | | |
| 133:17 | 134:16 | | | | |
| 136:23 | 137:13 | | | | |
| 144:23 | 146:1 | | | | |
| 147:24 | 149:10 | | | | |
| 150:25 | 151:11 | | | | |
| 154:23 | 155:19 | | | | |
| 159:16 | 159:25 | | | | |
| 161:19 | 163:20 | | | | |
| 164:2 | 164:17 | | | | |
| 167:15 | 169:7 | | | | |
| 171:9 | 171:16 | | | | |
| 172:15 | 173:25 | | | | |
| 174:22 | 175:23 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 178:6 | 180:16 | | | | |
| 182:7 | 182:16 | | | | |
| 182:24 | 185:18 | | | | |
| 184:15 | 184:25 | | | | |
| 186:10 | 186:18 | | | | |
| 187:5 | 187:23 | | | | |
| 188:9 | 188:22 | | | | |
| 189:8 | 189:15 | | | | |
| 190:12 | 191:2 | | | | |
| 193:7 | 194:6 | | | | |
| 196:3 | 196:20 | | | | |
| 197:15 | 197:24 | | | | |
| 201:6 | 202:22 | | | | |
| 203:4 | 203:12 | | | | |
| 204:17 | 204:24 | | | | |
| 211:13 | 212:4 | | | | |
| 212:8 | 212:25 | | | | |
| 214:18 | 215:12 | | | | |
| 215:23 | 216:8 | | | | |
| 217:11 | 217:15 | | | | |
| 220:12 | 221:9 | | | | |
| 230:21 | 231:14 | | | | |
| 232:2 | 232:7 | | | | |
| 232:24 | 234:3 | | | | |
| 235:4 | 235:19 | | | | |
| 236:11 | 236:14 | | | | |
| 237:4 | 237:16 | | | | |
| 238:14 | 239:2 | | | | |
| 242:8 | 244:10 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 245:6 | 245:13 | | | | |
| 254:20 | 254:13 | | | | |
| 255:4 | 256:6 | | | | |
| 257:4 | 257:10 | | | | |
| 258:5 | 258:9 | | | | |
| 260:1 | 260:14 | | | | |
| 260:20 | 260:24 | | | | |
| 264:20 | 265:4 | | | | |
| 265:12 | 265:22 | | | | |
| 266:22 | 267:8 | | | | |
| 270:16 | 272:10 | | | | |
| 291:19 | 293:14 | | | | |
| 295:5 | 295:22 | | | | |
| 297:24 | 298:8 | | | | |
| 304:9 | 304:17 | | | | |