**Exhibit 15**
**Designations of Deposition Testimony of Todd Hunter (October 11, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 9:17 | 9:25 | | | | |
| 10:6 | 10:14 | | | | |
| 10:23 | 11:4 | | | | |
| 11:18 | 11:19 | | | | |
| 12:12 | 13:1 | | | | |
| 14:3 | 14:20 | | | | |
| 18:6 | 18:17 | | | | |
| 20:5 | 21:11 | | | | |
| 21:22 | 22:7 | | | | |
| 24:18 | 25:12 | | | | |
| 27:1 | 27:11 | | | | |
| 28:6 | 28:18 | | | | |
| 33:12 | 35:2 | | | | |
| 38:16 | 39:23 | | | | |
| 42:1 | 42:22 | | | | |
| 46:1 | 46:16 | | | | |
| 47:6 | 47:19 | | | | |
| 48:12 | 48:22 | | | | |
| 60:9 | 61:9 | | | | |
| 61:18 | 62:20 | | | | |
| 64:6 | 64:25 | | | | |
| 65:17 | 65:23 | | | | |
| 66:14 | 67:6 | | | | |
| 68:22 | 69:1 | | | | |
| 73:1 | 73:15 | | | | |
| 74:19 | 74:24 | | | | |

1

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 76:3 | 76:16 | | | | |
| 88:10 | 90:6 | | | | |
| 92:15 | 93:5 | | | | |
| 95:17 | 95:25 | | | | |
| 96:7 | 96:16 | | | | |
| 98:6 | 99:6 | | | | |
| 99:23 | 100:8 | | | | |
| 103:16 | 104:8 | | | | |
| 104:22 | 105:5 | | | | |
| 106:12 | 107:2 | | | | |
| 111:7 | 111:14 | | | | |
| 114:5 | 114:20 | | | | |
| 115:11 | 115:21 | | | | |
| 116:19 | 117:3 | | | | |
| 117:16 | 117:22 | | | | |
| 119:6 | 119:21 | | | | |
| 121:22 | 122:11 | | | | |
| 124:10 | 125:2 | | | | |
| 125:6 | 125:13 | | | | |
| 126:25 | 129:3 | | | | |
| 155:2 | 155:22 | | | | |
| 158:1 | 158:19 | | | | |
| 172:19 | 173:21 | | | | |
| 176:3 | 176:11 | | | | |