**Exhibit 16**
**Designations of Deposition Testimony of Sheila Jackson Lee (August 2, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 7:3 | 7:8 | | | | |
| 8:1 | 8:10 | | | | |
| 18:17 | 19:9 | | | | |
| 30:11 | 31:6 | | | | |
| 31:7 | 31:7 | | | | |
| 31:10 | 32:9 | | | | |
| 33:15 | 33:19 | | | | |
| 33:21 | 34:6 | | | | |
| 34:14 | 35:5 | | | | |
| 54:13 | 55:6 | | | | |
| 76:11 | 78:16 | | | | |
| 78:18 | 80:7 | | | | |
| 82:17 | 82:20 | | | | |
| 83:2 | 83:6 | | | | |
| 84:7 | 84:24 | | | | |
| 88:13 | 89:13 | | | | |
| 88:15 | 88:18 | | | | |
| 88:20 | 90:15 | | | | |
| 110:9 | 110:13 | | | | |
| 111:7 | 111:9 | | | | |
| 111:12 | 111:18 | | | | |
| 113:12 | 115:15 | | | | |
| 134:10 | 135:4 | | | | |
| 157:16 | 157:19 | | | | |
| 157:21 | 158:15 | | | | |
| 187:12 | 187:16 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
| --- | --- | --- | --- | --- | --- |
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 187:18 | 190:25 | | | | |
| 191:8 | 192:22 | | | | |
| 194:24 | 195:20 | | | | |
| 196:8 | 196:14 | | | | |
| 196:16 | 196:20 | | | | |
| 196:22 | 196:23 | | | | |
| 196:24 | 197:6 | | | | |
| 199:14 | 200:16 | | | | |
| 200:17 | 200:20 | | | | |
| 200:22 | 201:4 | | | | |
| 203:21 | 203:25 | | | | |
| 204:2 | 204:6 | | | | |
| 204:16 | 205:5 | | | | |
| 205:6 | 205:11 | | | | |
| 205:13 | 205:13 | | | | |
| 205:14 | 205:19 | | | | |
| 205:21 | 205:24 | | | | |
| 208:13 | 208:18 | | | | |
| 208:20 | 209:5 | | | | |
| 209:6 | 209:8 | | | | |
| 209:12 | 209:25 | | | | |
| 210:1 | 210:3 | | | | |
| 210:5 | 210:9 | | | | |
| 210:19 | 210:24 | | | | |
| 210:25 | 211:4 | | | | |
| 211:9 | 211:9 | | | | |
| 211:10 | 211:11 | | | | |
| 211:13 | 211:14 | | | | |