**Exhibit 17**
**Designations of Deposition Testimony of June Jenkins (August 23, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 24:3 | 25:6 | | | | |
| 37:12 | 38:1 | | | | |
| 41:21 | 42:4 | | | | |
| 42:13 | 43:3 | | | | |
| 46:10 | 46:20 | | | | |
| 50:17 | 52:5 | | | | |
| 60:18 | 61:9 | | | | |
| 62:15 | 63:7 | | | | |
| 64:4 | 66:4 | | | | |
| 66:25 | 67:5 | | | | |
| 68:11 | 68:18 | | | | |
| 69:22 | 70:24 | | | | |
| 74:18 | 76:5 | | | | |
| 77:7 | 80:1 | | | | |
| 80:5 | 80:18 | | | | |