**Exhibit 18**
**Designations of Deposition Testimony of Jacey Jetton (July 13, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 12:2 | 13:3 | | | | |
| 13:23 | 14:9 | | | | |
| 14:24 | 17:5 | | | | |
| 18:8 | 18:18 | | | | |
| 20:5 | 20:13 | | | | |
| 20:19 | 20:23 | | | | |
| 24:23 | 25:6 | | | | |
| 25:12 | 25:15 | | | | |
| 28:8 | 28:16 | | | | |
| 30:1 | 30:13 | | | | |
| 39:14 | 39:16 | | | | |
| 45:19 | 46:11 | | | | |
| 46:23 | 47:15 | | | | |
| 48:3 | 48:5 | | | | |
| 51:7 | 51:10 | | | | |
| 52:11 | 52:14 | | | | |
| 52:20 | 52:24 | | | | |
| 61:7 | 61:20 | | | | |
| 62:3 | 62:5 | | | | |
| 64:14 | 65:5 | | | | |
| 68:1 | 68:7 | | | | |
| 73:1 | 73:9 | | | | |
| 73:14 | 73:25 | | | | |
| 76:15 | 77:3 | | | | |
| 78:18 | 79:25 | | | | |
| 82:4 | 82:12 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 83:5 | 84:4 | | | | |
| 85:1 | 85:25 | | | | |
| 90:18 | 91:20 | | | | |
| 92:10 | 92:12 | | | | |
| 94:12 | 94:14 | | | | |
| 95:14 | 96:11 | | | | |
| 96:15 | 104:25 | | | | |
| 105:6 | 106:11 | | | | |
| 106:16 | 106:24 | | | | |
| 107:4 | 107:22 | | | | |
| 108:15 | 109:3 | | | | |
| 109:3 | 109:21 | | | | |
| 110:20 | 110:25 | | | | |
| 111:3 | 112:9 | | | | |
| 112:17 | 113:3 | | | | |
| 113:10 | 113:21 | | | | |
| 131:22 | 132:14 | | | | |
| 132:22 | 133:3 | | | | |
| 135:4 | 136:21 | | | | |
| 137:6 | 137:10 | | | | |
| 138:3 | 138:20 | | | | |
| 141:1 | 141:17 | | | | |
| 142:11 | 142:17 | | | | |
| 143:14 | 144:13 | | | | |
| 153:3 | 154:17 | | | | |
| 159:11 | 159:23 | | | | |
| 160:17 | 160:20 | | | | |
| 161:22 | 162:11 | | | | |
| 166:16 | 168:5 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 169:7 | 170:10 | | | | |
| 185:25 | 186:8 | | | | |
| 187:13 | 187:18 | | | | |
| 187:24 | 188:8 | | | | |
| 188:19 | 189:3 | | | | |
| 189:23 | 190:5 | | | | |
| 192:1 | 192:5 | | | | |
| 193:4 | 193:8 | | | | |
| 194:15 | 195:17 | | | | |
| 197:3 | 197:12 | | | | |
| 201:15 | 203:5 | | | | |
| 203:21 | 204:8 | | | | |
| 205:24 | 206:11 | | | | |
| 207:13 | 207:17 | | | | |
| 209:2 | 209:18 | | | | |
| 210:20 | 210:25 | | | | |
| 213:17 | 213:22 | | | | |
| 228:2 | 229:1 | | | | |
| 229:14 | 230:9 | | | | |
| 230:14 | 230:18 | | | | |
| 231:11 | 231:16 | | | | |
| 231:22 | 232:3 | | | | |