**Exhibit 19**
**Designations of Deposition Testimony of Adam Kincaid (November 2, 2023)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 12:13 | 12:14 | | | | |
| 22:9 | 22:11 | | | | |
| 23:12 | 24:2 | | | | |
| 44:21 | 45:18 | | | | |
| 48:3 | 49:16 | | | | |
| 52:23 | 53:8 | | | | |
| 54:6 | 54:20 | | | | |
| 55:5 | 55:25 | | | | |
| 56:7 | 56:15 | | | | |
| 60:2 | 61:1 | | | | |
| 64:4 | 64:14 | | | | |
| 66:12 | 69:2 | | | | |
| 90:14 | 90:25 | | | | |
| 92:8 | 93:1 | | | | |
| 103:5 | 104:6 | | | | |
| 111:5 | 115:1 | | | | |
| 115:7 | 118:7 | | | | |
| 121:21 | 123:4 | | | | |
| 123:7 | 123:9 | | | | |
| 123:23 | 124:5 | | | | |
| 124:24 | 126:2 | | | | |
| 126:6 | 126:12 | | | | |
| 126:16 | 129:5 | | | | |
| 141:2 | 141:11 | | | | |
| 156:17 | 161:10 | | | | |
| 165:11 | 165:21 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 204:13 | 207:12 | | | | |
| 222:9 | 223:14 | | | | |
| 246:5 | 246:18 | | | | |
| 247:10 | 247:21 | | | | |
| 253:2 | 258:11 | | | | |
| 261:7 | 261:23 | | | | |
| 266:9 | 268:22 | | | | |
| 286:12 | 287:5 | | | | |
| 287:22 | 288:17 | | | | |
| 291:19 | 292:3 | | | | |
| 303:22 | 305:23 | | | | |
| 322:24 | 323:13 | | | | |
| 325:2 | 325:15 | | | | |
| 329:25 | 330:25 | | | | |
| 331:6 | 332:23 | | | | |