**Exhibit 20**
**Designations of Deposition Testimony of Adam Kincaid as Representative for NRRT (November 2, 2023)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 16:9 | 16:10 | | | | |
| 17:6 | 17:15 | | | | |
| 33:24 | 36:9 | | | | |
| 36:14 | 36:25 | | | | |
| 40:21 | 41:14 | | | | |
| 50:2 | 53:3 | | | | |
| 54:6 | 55:21 | | | | |
| 57:20 | 60:5 | | | | |
| 77:1 | 77:7 | | | | |
| 77:16 | 78:6 | | | | |
| 165:21 | 168:12 | | | | |
| 174:16 | 174:21 | | | | |
| 183:16 | 185:18 | | | | |
| 192:14 | 192:22 | | | | |
| 193:4 | 193:17 | | | | |
| 200:5 | 201:20 | | | | |
| 204:17 | 205:17 | | | | |
| 205:24 | 206:21 | | | | |
| 208:3 | 208:11 | | | | |
| 210:3 | 210:23 | | | | |
| 215:5 | 215:21 | | | | |