**Exhibit 21**
**Designations of Deposition Testimony of JM Lozano (July 12, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
| --- | --- | --- | --- | --- | --- |
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 23:7 | 23:12 | | | | |
| 51:6 | 51:14 | | | | |
| 76:23 | 77:2 | | | | |
| 80:25 | 82:13 | | | | |
| 86:20 | 86:23 | | | | |
| 87:14 | 87:21 | | | | |
| 89:5 | 89:9 | | | | |
| 89:16 | 89:18 | | | | |
| 97:17 | 97:21 | | | | |

1