**Exhibit 22**
**Designations of Deposition Testimony of John Lujan (June 23, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 39:14 | 40:6 | | | | |
| 40:16 | 42:13 | | | | |
| 51:12 | 51:19 | | | | |
| 54:12 | 54:20 | | | | |
| 56:9 | 57:19 | | | | |
| 58:5 | 58:18 | | | | |
| 62:13 | 62:14 | | | | |
| 62:21 | 63:9 | | | | |
| 64:8 | 64:20 | | | | |
| 67:6 | 67:12 | | | | |
| 67:16 | 67:21 | | | | |
| 68:3 | 68:5 | | | | |
| 69:13 | 69:19 | | | | |
| 70:23 | 71:10 | | | | |
| 71:15 | 71:25 | | | | |
| 74:12 | 74:15 | | | | |
| 74:20 | 76:2 | | | | |
| 76:12 | 76:19 | | | | |
| 77:22 | 77:24 | | | | |
| 78:11 | 79:16 | | | | |
| 80:1 | 80:23 | | | | |
| 81:9 | 81:23 | | | | |
| 84:14 | 84:17 | | | | |
| 85:6 | 85:16 | | | | |
| 86:6 | 86:10 | | | | |
| 87:8 | 87:10 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 91:17 | 92:7 | | | | |
| 95:4 | 95:9 | | | | |
| 95:15 | 96:6 | | | | |
| 96:14 | 96:20 | | | | |
| 100:13 | 101:5 | | | | |
| 103:14 | 103:19 | | | | |
| 104:17 | 105:25 | | | | |
| 106:8 | 106:11 | | | | |
| 110:19 | 110:21 | | | | |
| 112:19 | 113:17 | | | | |
| 115:23 | 115:25 | | | | |
| 116:16 | 117:11 | | | | |
| 117:17 | 118:2 | | | | |
| 118:11 | 118:22 | | | | |
| 121:23 | 122:1 | | | | |
| 122:21 | 122:23 | | | | |
| 123:23 | 126:11 | | | | |
| 127:4 | 127:25 | | | | |
| 128:8 | 128:18 | | | | |
| 132:5 | 133:6 | | | | |
| 133:19 | 137:8 | | | | |
| 139:6 | 142:10 | | | | |
| 142:14 | 143:7 | | | | |
| 147:5 | 147:16 | | | | |
| 148:3 | 148:16 | | | | |
| 152:4 | 152:22 | | | | |
| 154:6 | 155:1 | | | | |
| 155:13 | 158:2 | | | | |
| 159:1 | 159:17 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
| --- | --- | --- | --- | --- | --- |
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 161:4 | 161:10 | | | | |
| 161:22 | 163:13 | | | | |
| 163:24 | 164:8 | | | | |
| 165:12 | 165:20 | | | | |
| 166:3 | 168:20 | | | | |
| 172:2 | 172:10 | | | | |
| 172:17 | 172:21 | | | | |
| 173:8 | 173:13 | | | | |
| 191:9 | 191:15 | | | | |
| 191:24 | 192:19 | | | | |
| 195:8 | 195:20 | | | | |
| 196:3 | 196:6 | | | | |
| 197:18 | 198:9 | | | | |
| 199:5 | 199:21 | | | | |
| 201:8 | 201:20 | | | | |