**Exhibit 23**
**Designations of Deposition Testimony of Anna Mackin (July 11, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 6:10 | 6:16 | | | | |
| 7:16 | 7:18 | | | | |
| 9:24 | 14:24 | | | | |
| 15:9 | 21:17 | | | | |
| 23:11 | 24:1 | | | | |
| 24:9 | 27:15 | | | | |
| 29:11 | 29:20 | | | | |
| 31:14 | 31:22 | | | | |
| 32:1 | 32:8 | | | | |
| 32:13 | 32:22 | | | | |
| 33:4 | 33:10 | | | | |
| 37:17 | 37:21 | | | | |
| 40:20 | 40:24 | | | | |
| 43:10 | 43:19 | | | | |
| 46:5 | 47:8 | | | | |
| 52:4 | 52:10 | | | | |
| 64:5 | 64:8 | | | | |
| 65:3 | 66:14 | | | | |
| 77:7 | 77:10 | | | | |
| 92:14 | 92:20 | | | | |
| 99:7 | 100:10 | | | | |
| 102:15 | 103:14 | | | | |
| 111:4 | 112:3 | | | | |
| 116:21 | 117:14 | | | | |
| 118:20 | 125:14 | | | | |
| 127:25 | 129:7 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 192:5 | 193:18 | | | | |
| 193:24 | 194:20 | | | | |
| 197:24 | 198:8 | | | | |
| 207:13 | 208:12 | | | | |
| 209:1 | 209:6 | | | | |
| 211:10 | 212:9 | | | | |
| 216:9 | 216:15 | | | | |
| 240:8 | 240:15 | | | | |
| 241:15 | 242:9 | | | | |
| 242:18 | 242:22 | | | | |
| 249:4 | 249:13 | | | | |
| 249:20 | 250:1 | | | | |
| 253:14 | 253:16 | | | | |
| 257:24 | 258:4 | | | | |