**Exhibit 24**
**Designations of Deposition Testimony of Andrew Murr (June 22, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 11:9 | 11:14 | | | | |
| 14:4 | 14:9 | | | | |
| 14:14 | 14:15 | | | | |
| 14:18 | 14:22 | | | | |
| 15:2 | 15:16 | | | | |
| 21:1 | 21:3 | | | | |
| 21:16 | 21:22 | | | | |
| 24:10 | 24:12 | | | | |
| 37:10 | 38:5 | | | | |
| 38:12 | 40:13 | | | | |
| 40:20 | 40:25 | | | | |
| 41:20 | 42:16 | | | | |
| 69:15 | 70:3 | | | | |
| 70:12 | 70:16 | | | | |
| 74:21 | 74:22 | | | | |
| 74:23 | 75:2 | | | | |
| 79:18 | 80:21 | | | | |
| 81:5 | 81:14 | | | | |
| 82:6 | 82:11 | | | | |
| 82:15 | 83:4 | | | | |
| 93:23 | 94:15 | | | | |
| 94:21 | 95:19 | | | | |
| 97:12 | 97:24 | | | | |
| 99:5 | 99:7 | | | | |
| 101:4 | 101:8 | | | | |
| 101:24 | 102:10 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 104:18 | 104:23 | | | | |
| 106:1 | 106:5 | | | | |
| 108:22 | 109:16 | | | | |
| 110:10 | 111:2 | | | | |
| 115:17 | 115:25 | | | | |
| 125:11 | 125:21 | | | | |
| 129:1 | 129:2 | | | | |
| 132:3 | 133:2 | | | | |
| 135:22 | 136:10 | | | | |
| 142:18 | 142:22 | | | | |
| 150:20 | 151:1 | | | | |
| 151:8 | 152:9 | | | | |
| 152:13 | 152:22 | | | | |
| 153:8 | 153:15 | | | | |
| 154:1 | 154:21 | | | | |
| 155:6 | 155:18 | | | | |
| 158:8 | 158:23 | | | | |
| 160:11 | 160:14 | | | | |