**Exhibit 25**
**Designations of Deposition Testimony of Andrew Murr (October 12, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 7:8 | 7:14 | | | | |
| 7:21 | 7:25 | | | | |
| 9:1 | 10:5 | | | | |
| 10:14 | 11:23 | | | | |
| 13:11 | 14:11 | | | | |
| 14:15 | 14:18 | | | | |
| 14:22 | 15:3 | | | | |
| 17:4 | 17:10 | | | | |
| 26:3 | 27:7 | | | | |
| 29:8 | 31:6 | | | | |
| 31:20 | 32:4 | | | | |
| 36:17 | 36:19 | | | | |
| 40:12 | 40:20 | | | | |
| 41:15 | 41:21 | | | | |
| 43:6 | 43:10 | | | | |