**Exhibit 26**
**Designations of Deposition Testimony of Sean Opperman (July 13, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 25:4 | 24:14 | | | | |
| 31:5 | 32:14 | | | | |
| 41:13 | 42:13 | | | | |
| 42:21 | 43:11 | | | | |
| 43:14 | 43:15 | | | | |
| 43:15 | 46:16 | | | | |
| 47:8 | 49:20 | | | | |
| 57:19 | 58:10 | | | | |
| 58:24 | 59:16 | | | | |
| 59:19 | 62:6 | | | | |
| 62:9 | 71:17 | | | | |
| 72:3 | 73:1 | | | | |
| 73:9 | 73:23 | | | | |
| 74:16 | 74:22 | | | | |
| 75:18 | 76:12 | | | | |
| 79:7 | 79:11 | | | | |
| 82:17 | 82:24 | | | | |
| 86:3 | 86:9 | | | | |
| 86:18 | 86:23 | | | | |
| 87:23 | 89:14 | | | | |
| 89:6 | 89:8 | | | | |
| 92:6 | 92:21 | | | | |
| 92:24 | 92:25 | | | | |
| 93:7 | 93:11 | | | | |
| 103:11 | 103:19 | | | | |
| 105:5 | 105:9 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 105:21 | 105:24 | | | | |
| 144:6 | 144:20 | | | | |
| 145:13 | 147:18 | | | | |
| 154:23 | 155:6 | | | | |
| 155:21 | 156:8 | | | | |
| 158:4 | 158:8 | | | | |
| 159:23 | 160:8 | | | | |
| 191:18 | 192:1 | | | | |
| 204:8 | 204:22 | | | | |
| 212:19 | 213:3 | | | | |
| 217:11 | 218:4 | | | | |
| 229:8 | 229:11 | | | | |
| 232:3 | 232:18 | | | | |
| 238:20 | 239:14 | | | | |
| 260:5 | 261:15 | | | | |
| 286:24 | 287:9 | | | | |
| 290:8 | 290:25 | | | | |
| 297:10 | 297:19 | | | | |
| 297:23 | 300:4 | | | | |