**Exhibit 27**
**Designations of Deposition Testimony of Hugh Shine (July 16, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 22:6 | 22:15 | | | | |
| 25:4 | 27:9 | | | | |
| 30:9 | 30:15 | | | | |
| 47:16 | 48:6 | | | | |
| 49:9 | 49:20 | | | | |
| 50:11 | 50:13 | | | | |
| 50:22 | 51:12 | | | | |
| 51:22 | 52:3 | | | | |
| 57:25 | 58:6 | | | | |
| 62:11 | 63:2 | | | | |
| 64:16 | 66:10 | | | | |
| 70:18 | 71:9 | | | | |
| 78:12 | 78:14 | | | | |
| 94:13 | 96:9 | | | | |
| 104:14 | 104:23 | | | | |
| 115:12 | 115:25 | | | | |
| 126:20 | 126:23 | | | | |
| 134:18 | 137:12 | | | | |
| 147:8 | 147:11 | | | | |