**Exhibit 28**
**Designations of Deposition Testimony of Chris Turner (January 14, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
| --- | --- | --- | --- | --- | --- |
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 5:9 | 5:14 | | | | |
| 9:21 | 10:5 | | | | |
| 16:16 | 16:19 | | | | |
| 18:11 | 18:20 | | | | |
| 23:12 | 23:25 | | | | |
| 24:4 | 24:7 | | | | |
| 24:12 | 24:19 | | | | |
| 26:5 | 27:11 | | | | |
| 29:18 | 30:5 | | | | |
| 32:14 | 34:4 | | | | |
| 34:12 | 34:18 | | | | |
| 38:5 | 38:12 | | | | |
| 39:5 | 40:9 | | | | |
| 42:9 | 43:13 | | | | |
| 50:4 | 50:19 | | | | |
| 52:16 | 53:25 | | | | |
| 55:8 | 57:22 | | | | |
| 60:8 | 61:21 | | | | |
| 62:13 | 63:4 | | | | |
| 67:11 | 68:4 | | | | |
| 69:17 | 70:4 | | | | |
| 73:14 | 74:1 | | | | |
| 81:7 | 81:14 | | | | |
| 83:2 | 85:2 | | | | |