**Exhibit 29**
**Designations of Deposition Testimony of Harold Vanarsdale (August 24, 2022)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| **Start Page/Line** | **End Page/Line** | **Defendants' Objections** | **Start Page/Line** | **End Page/Line** | **Plaintiffs' Objections** |
| 7:8 | 7:10 | | | | |
| 12:1 | 12:2 | | | | |
| 12:14 | 13:8 | | | | |
| 14:2 | 17:8 | | | | |
| 17:13 | 18:23 | | | | |
| 19:7 | 20:3 | | | | |
| 20:18 | 21:6 | | | | |
| 21:24 | 22:13 | | | | |
| 23:14 | 23:24 | | | | |
| 24:10 | 24:22 | | | | |
| 27:6 | 27:19 | | | | |
| 29:15 | 30:15 | | | | |
| 31:17 | 32:24 | | | | |
| 33:25 | 35:5 | | | | |
| 35:6 | 35:8 | | | | |
| 35:10 | 35:15 | | | | |
| 35:16 | 35:18 | | | | |
| 35:19 | 35:20 | | | | |
| 35:22 | 35:24 | | | | |
| 35:25 | 36:12 | | | | |
| 41:14 | 41:19 | | | | |
| 41:21 | 41:25 | | | | |
| 42:10 | 43:5 | | | | |
| 45:18 | 45:20 | | | | |
| 45:23 | 45:23 | | | | |
| 45:24 | 46:10 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 50:12 | 50:15 | | | | |
| 50:17 | 50:20 | | | | |
| 50:21 | 51:8 | | | | |
| 51:10 | 51:21 | | | | |
| 52:3 | 53:8 | | | | |
| 57:7 | 57:12 | | | | |
| 63:14 | 63:15 | | | | |
| 63:18 | 63:20 | | | | |
| 65:6 | 66:6 | | | | |
| 72:18 | 72:20 | | | | |
| 72:22 | 72:24 | | | | |
| 72:25 | 73:2 | | | | |
| 89:24 | 93:1 | | | | |
| 93:14 | 94:4 | | | | |