**Exhibit 30**
**Designations of Deposition Testimony of Milton Lee (January 20, 2023)**

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
| --- | --- | --- | --- | --- | --- |
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 6:10 | 6:13 | | | | |
| 11:3 | 12:1 | | | | |
| 12:17 | 13:2 | | | | |
| 14:10 | 14:21 | | | | |
| 14:25 | 15:8 | | | | |
| 16:22 | 16:25 | | | | |
| 17:7 | 18:6 | | | | |
| 21:10 | 21:19 | | | | |
| 21:24 | 22:3 | | | | |
| 22:21 | 22:24 | | | | |
| 23:4 | 23:10 | | | | |
| 30:12 | 31:6 | | | | |
| 31:10 | 31:25 | | | | |
| 32:18 | 32:25 | | | | |
| 33:13 | 34:14 | | | | |
| 38:23 | 39:12 | | | | |
| 42:7 | 42:20 | | | | |
| 43:20 | 45:2 | | | | |
| 47:4 | 49:13 | | | | |
| 50:15 | 51:3 | | | | |
| 64:21 | 64:24 | | | | |
| 65:21 | 66:21 | | | | |
| 68:2 | 68:12 | | | | |
| 68:15 | 69:18 | | | | |
| 70:5 | 70:10 | | | | |
| 74:16 | 74:25 | | | | |

| Plaintiffs' Affirmative Designations | | | Defendants' Counter Designations | | |
|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | Defendants' Objections | Start Page/Line | End Page/Line | Plaintiffs' Objections |
| 75:6 | 75:24 | | | | |
| 77:6 | 78:20 | | | | |
| 79:16 | 79:23 | | | | |
| 80:18 | 80:25 | | | | |
| 87:1 | 110:23 | | | | |
| 113:1 | 113:17 | | | | |