IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br> & <br> All Consolidated Cases |

### LULAC PLAINTIFFS' AMENDED NOTICE OF FILING OF EXPERT WITNESS REPORTS

Plaintiffs LULAC, *et al.*, hereby amend their filing of expert reports of Dr. Maria Cristina Morales in order to provide the reports upon which they intend to rely at trial. The expert reports are attached to this submission as Exhibits A and B.

LULAC Plaintiffs further advise the Court that today they sent, by Federal Express, color copies of the reports of Dr. Maria Cristina Morales that have been filed with this notice, with instructions to replace the reports in the Court's bench binders.

Date: May 9, 2025

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205

1

(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org

*Counsel for LULAC Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 9th day of May, 2025.

/s/ *Nina Perales*
Nina Perales