**Expert Report on Behalf of MALDEF**
***League of United Latin American Citizens, et al v. Greg Abbott, et al***
**Case No. 3:21-cv-00259-DCG-JES-JVB**
<u>**Corrected Supplemental and Amended Expert Report**</u>
<u>**of Dr. Maria Cristina Morales**</u>
**August 30, 2022 (Replacing June 15, 2022 Report)**

<u>**Introduction**</u>

1.  My name is Dr. Maria Cristina Morales and I am over the age of eighteen (18) years. I have never been convicted of a crime and am fully competent to express the opinions below. The following facts are within my personal and professional knowledge and are true and correct.

2.  I am a Professor of Sociology in the Department of Sociology and Anthropology at the University of Texas at El Paso. I have been employed at University of Texas at El Paso for fifteen years and previously served as an Assistant Professor of Sociology at the University of Nevada Las Vegas. I teach undergraduate classes in International Migration, Mexicans and Chicanos in the U.S. Introduction to Sociology, and Social Inequality. At both graduate and undergraduate-levels, I teach Measures of Inference which is a statistics course.

3.  I received my Ph.D. from Texas A&M University in 2004 with examination fields in General Demography and Race and Ethnicity. I have published numerous journal articles, book chapters, commentaries and book reviews, along with a monograph examining the demographic patterns of Latinos in the U.S., as well as presented papers on U.S.-Mexico border and immigration trends, occupation and labor trends of Latinos, and the experiences of women on both sides of the U.S.-Mexico border. Throughout many of my published pieces, I have utilized U.S. census data to examine Latino demographic trends, linguistic occupation segregation of bilinguals, Latino dropout rates, demography of race and ethnic groups in the U.S., and wage returns. Additionally, I have used other quantitative data

sources to study racial and citizenship profiling, delinquency, family violence, among others.

4.  The Mexican American Legal Defense and Educational Fund has retained me on behalf of plaintiffs as an expert witness in the matter currently before the court.  I am being paid a fee of $150 per hour plus reasonable expenses for my work.

5.  I was retained to examine and offer my opinion regarding demographic characteristics of demonstrative districts offered by LULAC Plaintiffs in this case.

6.  My opinions are based upon a review of the demonstrative districts based on 2016-2020 American Community Survey 5-year Estimates on:

    a.  % Renter –Table: B25003: TENURE

    b.  % HS Diploma –Table B15002: SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER

    c.  % LEP (Limited English Proficiency) – Table B16005: NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER

    d.  % Poverty (Below Poverty Level) – Table B17020: POVERTY STATUS IN THE PAST 12 MONTHS BY AGE

    e.  % Unemployed (of those within the Labor Force) –Table B23001: SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER

    f.  % Per Capita Income–Table: B19301: PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2020 INFLATION-ADJUSTED DOLLARS)

7.  This report provides demographic information of LULAC Plaintiffs' demonstrative districts. I make observations regarding the following socioeconomic characteristics in each demonstrative district: (1) a population and race and ethnicity overview including the total population, citizen voting age population in Texas by race and ethnicity, and percentage of Limited

English Proficient persons and (2) a socioeconomic profile including indicators of education, poverty, occupancy renters, and unemployment. The analysis focuses on Congressional Districts 27, 37, and 38, House Districts 44, 81, and 138, State Board of Education 6, and Senate Districts 9 and 28.

## House Districts (HD)

### House District 44

Population and Race and Ethnicity. House District 44 has a total population of 186,042 and a Latino citizen voting age population of 52.46 percent. It is located in Central Texas, including the geographic area including portions of Caldwell, Guadalupe, Hays and Travis counties.  The citizen voting age population for the remaining race and ethnic groups include: 39 percent Anglo, 5.9 percent Black, and 1.2 percent Asian.  Most of this population in HD44 are English proficient, residing in communities that are only between 0 to 16.67 percent limited English proficient.  To a lesser extent, there are some census places with 16.67 to 33 percent of individuals that are limited English proficient (e.g., in and around the vicinities of Guadalupe, Martindale, Kyle, and Mustang Ridge).

Socioeconomic Status. Socioeconomic status is not solely about income, but also about other factors that can determine the level of pay or salary that individuals can make.  One such factor is educational attainment.  The map on the Percent High School Diploma or Better for HD44 shows that most of the population in this HD are located in regions where 83.40 percent or more of the population have a high school diploma or higher.  To a lesser extent, it also includes census places where 66.7 to 83.4 percent of the population have at least a high school diploma (i.e. parts of Seguin, Redwood, Martindale, San Marcos, Kyle, Uhland, Mustang Ridge). In and around the vicinity of the cities of Uhland and Mustang Ridge there are communities where between 50 to 66.7 percent of the population at least have a high school. There are no regions where less than 50 percent of the population have a high school diploma or better.  The percent renter or the percent of occupied housing units that are being rented is another indicator of socioeconomic status.  The overwhelming majority of individuals in HD44 reside in areas where 16.60 to 33.4 percent of individuals are renting vs. owning their homes.  The percent unemployment is largely below 7.5 percent for HD44, but there is an area south of Redwood where the unemployment is 7.5 to 10 percent.  The percent living below poverty for HD44 is largely 5 to 15 percent.  There are some smaller areas where the percent below poverty is below 10 percent distributed in the southern, middle, and northern part of HD44.  The majority of HD44 has a per capita income of $30,000 and below.

### House District 129

<u>Population and Race and Ethnicity.</u> The total population for HD 129 is 185,082 and the percentage of Latino citizens of voting age is 51.15 percent.  The remaining citizens of the voting age are 24.1 percent Anglo, 13.5 percent Black, and 9.6 percent Asian.  The limited English proficient population in most of HD129 is 30 percent or less.

<u>Socioeconomic Status.</u> The population with a high school diploma or better in HD129 is largely over 66.7 percent or higher. The distribution for the percent below poverty in HD129 seems to represent an inverted bell-curve where there are concentrations with low poverty (0 to 5%) and high poverty (25 to 100%).  In regards to rental occupancy, there is a sizable portion of areas with low percentage of renters 0 to 25 to low-moderate 25 to 40 percentages.  Yet, there are areas that are 66 to 75 percent of renters that are spread throughout HD129.  The percent unemployment is largely below 7.5 percent, although there are some areas along Beltway 8 with high employment (10 to 100%).  In some areas, however, communities with low and high poverty reside close to each other.  The other below poverty categories, e.g. 5 to 10, 10 to 15, 15 to 20, and 20 to 25,  seem to be about equally represented and scattered throughout HD129. Nearly all of HD129 has a per capita income of $30,000 and below.

## House District 138

<u>Population and Race and Ethnicity.</u> The total population for HD138 is 195,717 and the percentage of Latino citizens of voting age is 51.35 percent.  It is located in the area of Harris county. The race and ethnic breakdown for the remaining citizen voting age population is 17.1 percent Anglo, 19.4 percent Black, and 11.3 percent Asian.  Most of the region is between 16.67 to 50 percent limited English proficient. HD138 also includes a region east of I-45 that is over 50  percent LEP.

<u>Socioeconomic Status.</u> Most of the population in HD138 resides in areas where over 50 percent of the population has a high school diploma or higher.  A smaller area west of I-45 has 33 to 50 percent of the population with a high school diploma or beyond.  There is a small community where the population with diplomas is 16.67 percent or below.  Most of HD138 has a low renter occupancy(40 percent or below), but there are smaller areas that are above 40 percent.. The percent of the population that is unemployed in HD138 is low (0 to 5%) to low-moderate (5 to 7%).  The majority of HD138 is located in areas where the percent of the population below poverty is over. 20 percent. There are some areas with 5 to 10 percent of people below poverty in the lower half of HD138 and one area that has poverty percentages below 5 in the center of HD138. Most of HD138 has a per capita income of $30,000 and below.

## Senate Districts (SD)

## Senate District 9

<u>Population and Race and Ethnicity.</u> Senate District 9 has a total population of 906,415 and Latinos represent 51.25 percent of the citizen voting age population.  It is located in the area of Dallas and

Tarrant counties. The race and ethnic distribution for the citizen voting age of the remaining groups are: 20.2 percent Anglo, 24.3 percent Black, and 2.6 percent Asian. The majority of the population in Senate District 9 resides in regions that are between 16.67 to 33 percent and 33 to 50 percent limited English proficient (LEP).

Socioeconomic Status. Most of the residents in Senate District 9 have at least a high school diploma. In particular, the vast majority of SD 9 consists of areas where 50 to 66.7 percent and 66.7 to 83.4 percent of the population have a high school diploma or higher. These representations of the population with a high school diploma or beyond are below the Texas average of 84.4 percent (according to the U.S. Census population estimates July 1, 2021). While the population in SD9 is relatively homogeneous in terms of educational attainment, there are a couple of areas where the percentage of high school diploma or better is above 83.4 percent in the middle of SD 9 and a small area in Fort Worth. Regarding renter occupancy, SD9 has areas where 25 to 40 and 40 to 50 percent of the population are renters. There are some small areas where the percentages are above and below this range distributed throughout SD9. A large portion of SD9 has a low (0 to 5%) to low-moderate (5 to 7.5%) unemployment. Most of SD9 contains areas where 20 percent or more people are living below poverty. The majority of SD9 has a per capita income of $30,000 and below. There is a smaller area in the middle with per capita income of $50,000 or above.

## Senate District 28

 Population and Race and Ethnicity. The total population of Senate District 28 is 917,001 and the Latino citizen voting age population is 51.98%. It is located in the area of South/Central Texas, including the geographic area including portions of Bastrop, Bexar, Comal, Caldwell, Guadalupe, Hays and Travis counties. The race and ethnicity of the remaining citizen voting age population are 34.5 percent Anglo, 10.3 percent Black and 34.5 percent Asian. Most of the population are in locations that are 0 to 16.67 percent limited English proficient (LEP) and some small communities that are 16.67 to 33 percent LEP. Overall, the vast majority of SD28 is proficient in English.

Socioeconomic Status. In the most populous areas of Senate District 28 the percentage of high school diploma or higher is above 50 percent. In particular, the range of percent of the population with a high school degree or higher is 50 to 83.4 percent. Most of SD28 is below the Texas average (37.7) of rental occupancy. In regards to unemployment, most census places that are in Bexar County have low unemployment with 0 to 5 percent or 5 to 7 percent. The areas that are closer to Travis County have low levels of unemployment that are comparable to the SD28 area in Bexar County. As indicative of the working poor, while unemployment levels in the portions of Bexar County in SD28 are relatively low, the percentage in poverty is high. Most of SD28 has areas that are above the Texas poverty average of 13.4 (U.S. Census population estimated on July 1, 2021). SD28 portion in Bexar County mostly consists of areas with the percent below poverty is 15 percent or higher. Similar trends are found in areas approaching Travis County with the percent below poverty ranging between 5 to 20 percent. The least populated regions of SD28 have low or

low-moderate levels of poverty.  Most of the population in SD28 resides in areas with a per capita income of $40,000 and below.

## State Board of Education District (SBOE)

### State Board of Education District (ED) 6

 Population and Race and Ethnicity. State Board of Education District 6 has a total population of 1,879,916 and a Latino citizen voting age population of 61.85%.  It is located in the area of Harris County.  The citizen voting age population of other groups are:  21.5 percent Black, 18.4 percent Anglo, and 6.9 percent Asian.  Most of the percentages of limited English proficiency are moderate with a range of 16.67 to 50 percent.

Socioeconomic Status.  In ED6 most of the population is located in regions where 50 to 66.7 percent and 66 to 83.4 percent of the population have a high school diploma or above. There is a low to low-moderate percentage of renters in ED6 which signals there is a significant amount of home ownership.  For most of  ED6 the levels of unemployment are below  10 percent.  The majority of areas in ED6 have 20 percent or more of the population living below poverty.  The majority of the population in ED6 resides in areas with a per capita income of $30,000 and below.

## Congressional Districts (CD)

### Congressional District (CD)27

Population and Race and Ethnicity. The total population for Congressional District 27 is 766,987 and the Latino citizen voting age population is 50.67 percent.  It is located in the area of South/Central Texas, including the geographic area including portions of Nueces, San Patricio, Bee, Goliad, Karnes, Gonzales, Caldwell, Bastrop, Travis and Williamson counties.  The race and ethnic distribution across the citizen age population for the remaining groups are 35.7 percent Anglo, 9.3 percent Black, and 2.8 percent Asian. This Congressional District is largely proficient in English, with almost all areas being 0 to 16.67 percent limited English Proficient.

Socioeconomic Status. There are high to high-moderate levels of percent high school diploma or better in CD 27.  Almost all the areas in CD27 have areas that are over 66.7 percent or higher in terms of percentage of high school diploma or better.  CD27 also has low percentages of renters with levels of 0 to 25  percent and 25 to 40 percent. CD27 has low unemployment.  The majority of CD27 has a population with less than 5 percent unemployment.  Most of the areas in CD27 have 10 to 15 percent of people living below poverty.  About a third of the areas have less than 10 percent of people living below poverty spread throughout CD27.  Most of the per capita income of CD27 is between $40,000 to $20,000.  There is an area in the middle where the per capita income is higher at$40,000 to $50,000.

### Congressional District (CD)37

Population and Race and Ethnicity. Congressional District 37 has a total population of 766,987 and the Latino citizen voting age population is 54.04 percent.  It is located in the area of Dallas and Tarrant counties.  The race and ethnic distribution for the citizen voting age of the remaining groups are: 26.1 percent Anglo, 16.2 percent Black, and 2.3 percent Asian. Most of CD37 is proficient in English.  The most populous areas of CD37 are 16.67 to 33 percent and 33 to 50 percent limited English proficient.

Socioeconomic Status. The majority of CD37 has areas that are above 50 percent in terms of population with a high school diploma or better.  Specifically, most areas have between 50 to 66.7 percent of individuals with a high school diploma or better.  Trailing close behind are areas where 66.7 to 83.4 percent of residents have at least a high school diploma.  The percentage of housing occupied by renters is mostly less than 50 percent.  The range in rental occupancy is 16.6 percent and below to 33.4 to 50 percent, found spread across CD37.  In regards to unemployment, there are several areas with low unemployment percentages (0 to 5%), there are also areas with above 10 percent unemployment.  The majority of areas in this CD consists of populations that are over 20 percent below poverty.  Most of CD37 has per capita income that is $20,000 and below and there are some areas with a per capita income of $20,000 to $30,000 scattered throughout the CD. To a lesser extent there are a few areas in CD37 where the per capita income is $50,000 or above located mostly in the middle of the district.

### Congressional District (CD)38

Population and Race and Ethnicity. The total population for Congressional District 38 is 766,987 and the Latino citizen voting age is 51.75 percent. It is located in the northwest area of Harris county.  The representations of Anglos and Blacks among the citizens of voting age are each 21 percent and the percentage of Asians is 5.5. Most of the areas in CD38 have 16.67 to 33.0 percent Limited English Proficient (LEP).  To the east of I-45, however,  there are notable areas where the percentage of LEP is above 66.70.

Socioeconomic Status. The percent of high school diploma or better for most of CD38 is 50 percent and above.  To the west and around Highway 290, educational attainment is high with the majority of areas having at least 66.7 percent of individuals with a high school diploma and beyond.  West of I-45 there are some areas with moderate percentages of residents with at least a high school diploma (33.0 to 50.0%).  In regards to rental occupancies, there are a sizable number of areas with a low (0 to 25 percent) and moderate (25 to 40%) percentage of renters but there are also areas where over 60 percent of occupants are renters. The percent of unemployed are generally below 7.5 percent in most CD38, with a few exceptions of areas with percentages of renters  above 7.5. In terms of percent of the population below poverty, outside of Beltway 8 most of the areas are economically established and the percentage below poverty is less than 10 percent.  Otherwise, the

remainder of the areas have above 25 percent of residents living below poverty.  The majority of CD38 has a per capita income of $20,000 and below and $20,000 to $30,000.

I state under penalty of perjury that the foregoing is true and correct.

Executed on:  August 30,  2022

Maria Cristina Morales, Ph.D.

## Cristina Morales

University of Texas at El Paso
Department of Sociology & Anthropology
El Paso, Texas 79968-8900
mcmorales@utep.edu

### Academic/Professional Appointments

*Professor,* Department of Sociology & Anthropology, University of Texas at El Paso. Fall 2020.

*Associate Dean of Research*, College of Liberal Arts, University of Texas at El Paso. Spring 2019-present.

*Associate Professor,* Department of Sociology & Anthropology, University of Texas at El Paso. Fall 2012- Present.

*Graduate Director*, Department of Sociology & Anthropology, University of Texas at El Paso. Spring 2013-2016, 2018.

*Assistant Professor,* Department of Sociology, University of Las Vegas Nevada. Fall 2004- June 2006.

### Academic Training

| | | |
|---|---|---|
| Texas A&M University | Sociology: Ph.D. | 2004 |
| Texas A&M University | Sociology: M.S. | 1999 |
| University of Texas at El Paso | Psychology: B.A. | 1996 |
| University of Texas at El Paso | Sociology: B.A. | 1996 |

### Awards and Honors

Paper Award. "The Influence of Citizenship Profiling on Police Legitimacy.**"** *Southwestern Sociological Association*, 2019.
President. *Southwestern Sociological Association*, 2018-2019.
UTEP Academy of Distinguished Teachers, 2019.
University of Texas Regents Outstanding Teaching Award, 2016.
Border Working Paper Series Award, Center for Inter-American and Border Studies, 2016.
Mentoring Award, BUILDing SCHOLARS & College of Liberal Arts, 2015.
Rainbow Miners Teaching Excellence Award, University of Texas at El Paso, 2009.
Mentor Award from the Honors College, University of Nevada Las Vegas, 2005.

**Publications**

Book

Sáenz, Rogelio and **Maria Cristina Morales**. 2015. *Latinos in the United States: Diversity and Change*. Cambridge, UK: Polity Press.

Refereed Articles

Morales, Maria Cristina. 2021. "Linguistic Occupation Segregation along the U.S.–Mexico Border: Using the Index of Dissimilarity to Measure Inequality in Employment among Monolingual Speakers and Spanish–English Bilinguals. *International Journal of Sociology of Language*.

Morales, Maria Cristina and Theodore Curry. 2021."Citizenship Profiling and Diminishing Procedural Justice: Local Immigration Enforcement and the Reduction of Police Legitimacy among Individuals and in Latina/o Neighbourhoods." *Ethnic and Racial Studies* 44(1):134-153.

Zavala, Egbert, Theodore R. Curry, and **Maria Cristina Morales**. 2020 "Explaining the Cultural Retention–Delinquency Relationship Using Differential Support and Coercion Theory: A Study of Native-Born and Immigrant Latino Youth." *Social Science Quarterly* 101(2):623-640.

Morales, Maria Cristina, Denise Delgado [student], and Theodore Curry. 2018. "Variations in Citizenship Profiling by Generational Status: Individual and Neighborhood Characteristics of Latina/os Questioned by Law Enforcement About Their Legal Status." *Race and Social Problems* 10(4):293-305.

Morales, Maria Cristina and Juan Mendoza [student]. 2018. "Seeking the American Dream Along the U.S.-Mexico Border." *Practicing Anthropology* 40(3):31-33.

Smith, Jesus G. and **Maria Cristina Morales**. 2018. "Racial Constructions among Men Who Have Sex with Men: The Utility of the Latin Americanization Thesis on Sexual Partner Selection" *Issues in Race & Society: An Interdisciplinary Global Journal* 61(1):25-44.

Curry, Theodore R., **Maria Cristina Morales**, Egbert Zavala, and Jorge Luis Hernandez [student]. 2018. "Why is Family Violence Lower Among Mexican Immigrants? The Protective Features of Mexican Culture." *Journal of Family Violence* 33(3):171-184.

Morales, Maria Cristina. 2016. "From Social Capital to Inequality: Migrant Networks in Different Stages of Labor Incorporation." *Sociological Forum* 31(3):509-530.

Morales, Maria Cristina and Denise Delgado [student]. 2015. "Disparate Impact on Immigrant and Latino/a Students in Texas: Unequal Funding, School Closures, and Dropout Status." *Texas Education Review* 3(1):38-43.

Morales, Maria Cristina, and Leticia Saucedo. 2015. "Disposability and Resistance in a Male Dominated Industry: Latina Immigrants Organizing in Residential Construction. *Human Organization* 74(2): 144-153.

Morales, Maria Cristina, Pamela Prieto [student], and Cynthia Bejarano. 2014. "Transnational Entrepreneurs and Drug War Violence." *Articulo: Journal of Urban Research* [Online] 10, URL : http://articulo.revues.org/2597 ; DOI : 10.4000/articulo.2597

Castañeda, Ernesto, **Maria Cristina Morales**, and Olga Ochoa [student]. 2014. "Transnational Behavior in Comparative Perspective: The Relationship between Immigrant Integration and Transnationalism in New York, El Paso, and Paris." *Comparative Migration Studies* 2(3):305-333.

Morales, Maria Cristina, Aurelia Lorena Murga and Marisa E Sanchez [student]. 2013. "Immigrant Mobilizations and Intra-Ethnic Political Cleavages: An Example of the Racial- and Citizenship-Divide." *Sociological Inquiry* 83(1):32-54.

Morales, Maria Cristina, Oscar Morales [student], Angelica C. Menchaca [student] and Adam Sebastian [student]. 2013. "The Mexican Drug War and the Consequent Population Exodus: Transnational Movement at the U.S.-Mexican Border." *Societies* 10(1):80-103.

Morales, Maria Cristina. 2011."The Utility of Shared Ethnicity on Job Quality among Latina/o Workers." *Latino Studies* 9(4):439-465.

Morales, Maria Cristina. 2009. "Ethnic-Controlled Economy or Segregation? Exploring Inequality in Latina/o Co-Ethnic Jobsites." *Sociological Forum* 24(3):589-610.

Morales, Maria Cristina and Cynthia Bejarano. 2009."Transnational Sexual and Gendered Violence at the Borderlands: An Application of Border Sexual Conquest." *Global Networks: A Journal of Transnational Affairs* 9(3):420-439.

Heyman, Josiah McC., **Maria Cristina Morales**, and Guillermina Gina Núñez. 2009. "Engaging with the Immigrant Human Rights Movement in a Besieged Border Region: What Do Applied Social Scientists Bring to the Policy Process?" *NAPA Bulletin [National Association for the Practice of Anthropology]* 31(1):13-29.

Morales, Maria Cristina. 2008."The Ethnic Niche as an Economic Pathway for Dark-Skinned Latina/os: Labor Market Incorporation of Latina/o Workers." *Hispanic Journal of Behavioral Science* 30(3):280-298.

Morales, Maria Cristina. 2008. "Towards a Theory of Citizenship Divide: The Utility of Ethnic Resources among Latina/o Workers." *International Journal of Sociological Research* 1(1):53-66.

Morales, Maria Cristina and Rogelio Sáenz. 2007."Correlates of Mexican American Students Standardized Test Scores: An Integrated Model Approach." *Hispanic Journal of Behavioral Sciences* 29(3):349-365.

Law Journal Articles

Saucedo, Leticia and **Maria Cristina Morales**. 2012. "Voices Without Law: The Border Crossing Stories and Workplace Attitudes of Immigrants." *Cornell Journal of Law and Public Policy* 21:641.

Saucedo, Leticia and **Maria Cristina Morales**. 2010."Masculinities Narratives and Latino Immigrant Workers: A Case Study of the Las Vegas Residential Construction Trades." *Harvard Journal of Law and Gender* 33:625-659.

<u>Refereed Chapters in Edited Volumes</u>

Sáenz, Rogelio and Maria Cristina Morales. 2019. "Demography of Race and Ethnicity." Pp. 163-207 in *Handbook of Population Studies, 2nd edition*, edited by Dudley L. Poston. Springer.

Morales, Maria Cristina. 2018. "The Manufacturing of the U.S.-Mexico Border Crisis" Pp 145-161 in *The Oxford Handbook of Migration Crises*, edited by Cecilia Menjívar, Marie Ruiz, and Immanuel Ness. New York: Oxford University Press.

Smith, Jesus G., **Maria Cristina Morales**, and Chong-Suk Han. 2018. "The Influence of Sexual Racism on Erotic Capital: A Systemic Racism Perspective." Pp. 389-399 in *The Handbook of Sociology of Racial and Ethnic Relations*, edited by Pinar Batur and Joe r. Feagin, Springer International Press.

Sáenz, Rogelio, Karen Douglas, **Maria Cristina Morales**. 2015. "Latina/os Sociology." Pp. 54-63 in *Expanding the HUMAN in Human Rights: Towards a Sociology of Human Rights*, edited by David L. Brunsma, Keri E.L. Smith, and Brian Gran. Boulder, CO: Paradigm Publishers. [reprint]

Alarcón, Amado, Antonio Di Paolo, Josiah Heyman, and **María Cristina Morales**. 2014. "Returns to Spanish-English Bilingualism in the New Information Economy: The Health and Criminal Justice Sectors in the Texas Border and Dallas-Tarrant Counties." Pp. 138-159 in *The Bilingual Advantage: Language, Literacy, and the Labor Market*, Callahan, R.M. & Gándara, P.C. (Eds.), Clevedon, Bristol, U.K.: Multilingual Matters.

Alarcón, Amado, Antonio Di Paolo, Josiah Heyman, and **María Cristina Morales**. 2014. "The Occupational Location of Spanish-English Bilinguals in the New Information Economy: The Health and Criminal Justice Sector in the U.S. Borderlands with Mexico." Pp. 110-137 in *The Bilingual Advantage: Language, Literacy, and the Labor Market*, Callahan, R.M. & Gándara, P.C. (Eds.), Clevedon, Bristol, U.K.: Multilingual Matters.

Sáenz, Rogelio, Karen Douglas, and **Maria Cristina Morales**. 2013. "Latina/os and Human Rights." Pp. 59-68 in the *Handbook of Sociology and Human Rights,* edited by David L. Brunsma, Keri E.L. Smith, and Brian Gran. Boulder, CO: Paradigm Publishers.

Bejarano, Cynthia, **Maria Cristina Morales**, and Said Saddiki. 2012. "A Comparative Analysis of the Mexico-U.S. and Moroccan-Spanish Regions: Understanding Conquest through a Border

Lens" Pp. 27-41 in *Beyond Walls & Cages*, edited by Jenna M. Loyd. Tucson, AZ: University of Arizona Press.

Bejarano, Cynthia and **Maria Cristina Morales**. 2011. "Analyzing Conquest through a Border Lens: Vulnerable Communities at the Mexico-U.S. and Moroccan-Spanish Border Regions." Pp. 117-129 in *El Río Bravo Mediterráneo: Las Regiones Fronterizas en la Época de la Globalización*, edited by Natalia Ribas-Mateos. Edicions Bellaterra: Barcelona, Spain.

Sáenz, Rogelio, Lorena Murga, and **Maria Cristina Morales**. 2009. "Wage Determinants of Mexican Immigrant Women along the Mexican-U.S. Border." Pp.121-138 in *Labor Market Issues along the U.S. - Mexico Border: Demographic and Economic Analyses*, edited by Marie T. Mora and Alberto Dávila. Tucson, AZ: University of Arizona Press.

Morales, Maria Cristina. 2008. "Immigrant Movements and the Struggle for Diverse Representations of Citizenship." In *Social Movements: Contemporary Perspectives,* edited by Dianne Dentice and James L. Williams, 62-72.  Newcastle, UK: Cambridge Scholars Publishing.

Morales, M. Cristina and Cynthia Bejarano. 2008. "Border Sexual Conquest: A Framework for Gendered and Racial Sexual Violence." Pp. 181-198 in *Globalization in America: Race, Human Rights and Inequality*, edited by Angela Hattery, David Embrick, and Earl Smith, Rowman & Littlefield.

Sáenz, Rogelio, Cynthia Cready, and **M. Cristina Morales**. 2007. "Adios Aztlan: Mexican Outmigration from the Southwest." Pp. 189-214 in *The Sociology of Spatial Inequality*, edited by Linda Lobao, Gregory Hooks, and Ann Tickamyer. State University of New York Press (SUNY).

Sáenz, Rogelio and **M. Cristina Morales**. 2005. "Demography of Race and Ethnicity." Pp. 169-208 in *Handbook of Population,* edited by Dudely Poston and Michael Mickli. New York: Klewer Academic/Plenum Publishers.

Sáenz, Rogelio, **Maria Cristina Morales**, and Maria Isabel Ayala. 2004. "United States: Immigration to the Melting Pots of the Americas."  Pp. 211-232 in *Migration and Immigration: A Global View*, edited by Maura I. Toro and Marixsa Alicea, Westport, CT: Greenwood Press.

Sáenz, Rogelio, **Maria Cristina Morales**, and Janie Filoteo. 2004. "The Demography of Mexicans in the United States."  Pp. 3-20 in *Chicanas and Chicanos in Contemporary Society*. 2nd ed., edited by Roberto De Anda.  Rowman and Little.

Book Reviews, Commentaries, and Others

Tolbert, Jessica, **Maria Cristina Morales**, and Nancy Plankey-Videla. "Art + Labor: Using the Sociological Imagination for Creativity and Understanding the Global Feminist Workforce and Environmental Sustainability." *Contexts: Sociology for the Public*. *Forthcoming*.

Morales, Maria Cristina. 2015. "Engaging with Dr. Plankey-Videla's We Are in This Dance Together: Gender, Power, and Globalization at a Mexican Garment Firm." *Journal of World-Systems Research*, Vol. 21, 2.

Morales, Maria Cristina. 2015. Review of *Mapping "Race": Critical Approaches to Health Disparities Research*, edited by Laura E. Gómez, Nancy López. *Contemporary Sociology*, 44(4): 516-517.

Morales, Maria Cristina. 2009.  Review of *Blockading the Border: The El Paso Operation that Remade Immigrant Enforcement* by Timothy J. Dunn. *El Paso Times*, October 11, 2009.

Morales, Cristina and Cheryl Howard. 2007."The Mode." Pp. 217-218 in *International Encyclopedia of the Social Sciences*, 2nd edition. 9 vols., edited by Darity, William A., Jr. (ed.). Detroit: Macmillan Reference USA.

Morales, Cristina and Rogelio Sáenz. 2007."Ethnic Enclave." Pp. 2-4 in *International Encyclopedia of the Social Sciences*, 2nd edition. 9 vols., edited by Darity, William A., Jr. Detroit: Macmillan Reference USA.

Morales, Maria Cristina. 2006.  Review of *Villa Victoria* by Mario Luis Small. In *Contemporary Sociology* 35:283-285.

Brents, Barbara, Kathryn Hausbeck, Anastasia H. Prokos, Jennifer Reid Keene, Crystal Jackson [student], and **Cristina Morales**. 2005. "Response to Lois Helmbold, "Women's Studies in Sin City: Reactionary Politics and Feminist Possibilities." *NWSA Journal* 17:171-6.

**Works in Progress**

Books

Morales, Maria Cristina. Latinx Living on the Margins. (Contract with the University of Nebraska).

Sáenz, Rogelio, **Maria Cristina Morales**, and Coda Rayo Garza. *Latina/os in the United States: Diversity and Change*, 2nd Edition. Cambridge, UK: Polity Press. (Contract for 2nd edition).

Bejarano, Cynthia and **Maria Cristina Morales**. Frontera Madre(Hood). Edited book. (University of Arizona Press, conditional contract).

**Grants and  Fellowships Activities**

External

Curriculum Vitae: Cristina Morales                                    Page 7

Kenney, Michael (PI), Maria Cristina Morales (PI), Fernando Riosmena (PI), and Bibianna Mancera (PI). 2020. Metabolomics, Stress Markers, and the Healthspan of Mexican Americans in El Paso. National Institute of Health. [Not funded]

Morales, Maria Cristina (PI) and Josiah Heyman (PI). 2020. Towards Improving Occupational Safety and Health Programs: An Assessment of the Multi-contextual Factors. NIOSH Exploratory/Developmental Grant Program R21. [Not funded]

Curry, Ted (PI), Maria Cristina Morales (Co-PI), Harmon Hosch (Co-PI). 2015. No Cost Extension "Why are Immigrant Neighborhoods Low Crime Neighborhoods?" National Science Foundation. (\$ 20,022).

Curry, Ted (PI), Maria Cristina Morales (Co-PI), Harmon Hosch (Co-PI). 2013. "Why are Immigrant Neighborhoods Low Crime Neighborhoods?" National Science Foundation. (\$124,998.00).

Palsole, Sunay (PI), Maria Cristina Morales (Co-PI), and Amy Wagler (Co-PI). 2011. P 16 Development Project. A.1.3 Strategy, College Readiness Initiatives Grant. (\$165,000).

American Sociological Association Travel Award for U.S. Participants in the International Sociological Association. (NSF Grant No. SES-0548370).

National Science Foundation Dissertation Enhancement Grant (NSF Grant No. 0200752).  2002-2004.

<u>Internal</u>

UTEP Interdisciplinary Research and Education Program, \$22,700, Seed Grant for "Research Collaborations with Restrictive Micro-Data" (PI: <u>Cristina Morales</u>; Co-PIs: Hyeun Ah Kang, Danielle Morales, Gregory S. Schober, and Emre Umucu), 2020-2021. Awarded in 2020; managed starting in 2020.

Dean's Speaker Series for Interdisciplinary Research, \$6,000.00, "Art + Labor", Cristina Morales (PI) and Jessica Tolbert (PI), 2020.

Provost Office, Research Assistant funding, \$3000, Summer 2014, University of Texas at El Paso

Center for Law and Human Behavior (UTEP), Research Assistant one-year funding, Ted Curry (PI), Harmon Hosch (Co-PI), and Maria Cristina Morales (Co-PI) on "Why are Immigrant Neighborhoods Low Crime Neighborhoods?"

Provost Office, Research Assistant funding, \$3000, Summer 2013, University of Texas at El Paso.

Glasscock Collaborative Grant (Texas A&M University)  Plankey-Videla (PI), Maria
Cristina Morales (COPI) and Lorena Murga (CoPI) Quality of Workplace Study of
Contract Services Industry in Two Houston Airports, $2000.00, 2013.

Center for Hispanic Entrepreneurship Fellow. 2008-2009. University of Texas at El Paso.
University Faculty Travel Award. 2006-2007, University of Nevada Las Vegas.

**Conference Presentations** (since 2006)

Morales, Maria Cristina and Crystal Rodriguez [Student]. 2021. Latina/os Perception of Police
Violence. *Southwestern Sociological Association.* New Orleans, LA.

Morales, Maria Cristina and Crystal Rodriguez [Student]. 2021. Latina/os Perception of Police
Violence. *Southwestern Sociological Association.* New Orleans, LA.

Morales, Maria Cristina and Theodore Curry. 2019. "The Influence of Citizenship Profiling on
Police Legitimacy. *Southwestern Sociological Association,* San Diego, CA.

Morales, Maria Cristina. 2019. The Influence of Citizenship Profiling on Policing: A Multi-
level Study in Trust in Police Effectiveness. *American Sociological Association*, New York
City, NY.

Garcia, Gisselle [student] and Maria Cristina Morales. 2018. "Student Placement in At-Risk
Schools: The Role of Mental Health and Ethnicity." *Southwestern Sociological Association*,
Orlando, FL.

Morales, Maria Cristina, Cynthia Bejarano, María Eugenia Hernández Sanchez, and Marisol
Rodríguez Sosa/ 2018. "Panel: Mothering on the Border" *Mujeres Activas en Letra y Cambio
Social*, El Paso, Texas.

Morales, Maria Cristina. 2018."Madres Fronterizas: Parenting in the Backdrop of Oppressive
Structures." *Association of Borderland Studies*. San Antonio, Texas.

Morales, Maria Cristina and Denise Delgado [student]. 2017. What Is Your Citizenship?"
Southwestern Sociological Association, Austin, TX.

Sáenz, Rogelio and Maria Cristina Morales. 2016. Author Meets Critics: Latinos in the United
States: Diversity and Change. Southwestern Sociological Association, Las Vegas, NV.

Morales, Maria Cristina and Eric Murillo [student]. 2016. "Gendered Dimensions of Wage Theft along the Borderlands." Southwestern Sociological Association, Las Vegas, NV.

Morales, Maria Cristina, Ted Curry, Harmon Hosch. 2015. "Perceptions of Neighborhood Policing." Southwestern Sociological Association, Denver, CO.

Morales, Maria Cristina. 2014. "Utilizing a Mix-Method Approach to Conceptualize Immigrant Neighborhoods." American Sociological Association, San Francisco, CA.

Hernández, Jorge [student], Brian Tebay [student], and Maria Cristina Morales. 2014. "Conceptualizing Immigrant Neighborhoods in a Study of Crime." Southwestern Sociological Association, San Antonio, TX.

Morales, Maria Cristina. 2013. "Interactive Online Learning: Exploring New Directions for Teaching Sociological Methods and Statistics," Southwestern Sociological Association, New Orleans, LA.

Menchaca, Angelica [student] and Maria Cristina Morales. 2013. "The Unconquerable War," Southwestern Sociological Association, New Orleans, LA.

Morales, Maria Cristina, Oscar Morales [student], Angelica Menchaca [student]. 2012. "Refugees without Status: Economic Disparities and Escaping the Violence in Mexico." *Southwestern Sociological Association*, San Diego, CA.

Morales, Maria Cristina. 2011. "Latina/o Immigrant Construction Workers and Gendered Patters of Exploitation and Resistance in Sin City." *American Sociological Association*, Las Vegas, NV.

Angelica Menchaca [student], Maria Cristina Morales, and Oscar Morales [student]. 2011. ""Amor Por Juárez:" State Sanctioned Violence along the Mexico-U.S. Border." *Southwestern Sociological Association*, Las Vegas, NV.

Morales, Maria Cristina. 2010. "Migrant Construction Workers in Sin City: Gendered Violence and Agency." *Southwestern Sociological Association.* Houston, TX.

Morales, Maria Cristina. 2009. "The Acclimatization of Immigrant Social Networks to Economic Restructuring: Social Capital in the Construction Industry." *American Sociological Association.* San Francisco, CA.

Morales, Maria Cristina. 2009. Panel on "Trans-Nation Sexual and Gendered Violence." *Mujeres Activas en Letras y Cambio Social (MALCS)*.

Morales, Maria Cristina, Lorena Murga, and Marisa Sanchez [student]. 2009. "Immigrant Mobilization and Ethnicity: An Example of the Citizenship Divide." *Southwestern Sociological Association*. Denver, CO.

Morales, Maria Cristina. 2008. "Ethnic Networks in the Context of Globalization." *The Society for the Study of Social Problems*. Boston, MA.

Sáenz, Rogelio, Lorena Murga, and Maria Cristina Morales. 2008. "Immigrant Niche Employment and Wages among Mexican Immigrant Women on the Border." *American Sociological Association.* Boston, MA.

Morales, Oscar [student] and Maria Cristina Morales. 2008. Transnational Labor Processes at the U.S.-Mexico Border. *Southwestern Sociological Association*. Las Vegas, NV.

Leyva, Yolanda Chavez, Cristina Morales, Guillermina Gina Nunez-Mchiri, and Julia Maria Schiavone Camacho. 2008. "Chicanas Thriving in the Academy: Strategies from a Chicana Writing Circle" *National Association of Chicana and Chicano Studies*.  Austin, TX.

Leal, Emmanuel [student] (in place of Juan Espinoza Cuellar), Cristina Morales, Anita Revilla, and Yolanda Vazquez. 2008. "Si Se Puede: Furthering Immigrant Rights Discourses to Include Law, Gender, and Sexuality." *National Association of Chicana and Chicano Studies*.  Austin, TX.

Morales, M. Cristina. 2007. "The Consequences of Limited Opportunities: The Influence of Ethnicity on Latina/o Wage Workers." *American Sociological Association*. New York City, NY.

Morales, M. Cristina. 2007. "Who is an Immigrant? Contemporary Movements, Community, and the Worker." *Southwestern Sociological Association*. Albuquerque, NM.

Morales, Cristina. 2006. "Immigrant Labor and the Restructuring of Las Vegas." *LATCRIT (Latina and Latino Critical Race Theory)*, Las Vegas, NV.

Morales, Maria Cristina. 2006. "Boundaries of Ethnic Solidarity: Stratification and Wage Differentials in Latina/o Ethnic Niches."  *American Sociological Association*, Montreal, Canada.

Morales, Maria Cristina and Rogelio Sáenz. 2006. "The Effects of Labor Force Participation on Family Income among Chinese and Mexican Immigrant Women to the United States," Migration, Urbanization and Human Ecology Session." *International Sociological Association.* Durban, South Africa.

Morales, Maria Cristina. 2006. "La Violencia Contra Las Mujeres de Juarez: A Theoretical and Grassroots Perspectiva from Las Vegas and El Paso." *National Association for Chicana and Chicano Studies*, Guadalajara, Mexico.

Morales, Maria Cristina. 2006. "The Citizenship Divide: Coalition Building and the Conceptualization of Latina/o Co-Ethnicity." *National Association for Chicana and Chicano Studies*, Guadalajara, Mexico.

Morales, Maria Cristina and Rogelio Sáenz. 2006 . "Construction Industrial Niches, Economic Rewards or Discrimination? Mexican-Origin Wage Differentials," *Southwestern Sociological*

*Association*. San Antonio, TX.

Embrick, David G., Rogelio Sáenz, and Maria Cristina Morales. 2006. "West Indies and Caribbean Immigrants Earnings in the United States: The Penalties Associated with English Proficiency and Racial Self Identification," *Population Association of America*. Los Angeles, CA.

**Invited Presentations** (since 2006)

Morales, Maria Cristina. 2020. "Citizenship Profiling and Diminishing Police Legitimacy: A Multilevel Study of Trust and Cooperation with Police in an Era of Immigration Enforcement." University of Utah [proposed due to COVID-19]

Morales, Maria Cristina. 2019. Author Meets Critic Session for Edward Telles and Christina Sue's Durable Ethnicity: Mexican Americans and the Ethnic Core. *Southwestern Sociological Association*, San Diego, CA.

Morales, Maria Cristina and Ted Curry. 2019." El Paso as a Safe City." Trauma, Resistance, and Resilience, University of Texas at El Paso.

Morales, Maria Cristina. 2019. "What is your Citizenship?" Texas A&M University Colloquium, College Station, Texas.

Morales, Maria Cristina. 2018. Author Meets Critic: Bhoomi Thakore's *South Asians on the U.S. Screen: Just Like Everyone Else? Southwestern Sociological Association*, Orlando, FL.

Morales, Maria Cristina. 2018. "English-Spanish Linguistic Acculturation and Occupational Access at the U.S.-Mexico Border." *Language at Work Conference*. Tarragona, Spain.

Morales, Maria Cristina. 2017, 2018. What is Your Citizenship? Guest Lecturer for Mark Lusks MSW Border Course. University of Texas at El Paso.

Morales, Cristina. 2015. Nadia Flores-Yeffal's *Migrant Trust Networks*. Author Meets Critic. Southwestern Sociological Association, Denver, CO.

Morales, Maria Cristina. 2014. Orientation for Minority Fellows Program of the American Sociological Association, American Sociological Association Annual Meeting, San Francisco, CA.

Morales, Maria Cristina. 2014. Discussant. "Border Legacy," American Sociological Association, San Francisco, CA.

Morales, Maria Cristina. 2014. Author Meets Critics. Nancy Plankey Videla's *We are in this Dance Together: Gender, Power, and Globalization at a Mexican Garment Firm*. Southwestern Sociological Association, San Antonio, TX.

Morales, Maria Cristina and Claudia Rojas. 2013. Online Data Modules: Understanding Data Analysis. Texas Higher Education Coordinating Board, Austin, TX.

Morales, Maria Cristina. 2013. Panelists. Low Wage Work and Worker Organizing Conference. University of California Los Angeles.

Morales, Maria Cristina. 2013. Book panel. "Analyzing Conquest through a Border Lens: Vulnerable Communities at the Mexico-U.S. and Moroccan-Spanish Border Regions", New Mexico State University and University of Texas at El Paso.

Morales, Maria Cristina and Leticia Saucedo. 2012. "The Assimilation Patterns of Undocumented Construction Workers." Immigration & Poverty Conference, University of California Davis.

Morales, Maria Cristina. 2011. "Border Sexual Conquest en El Movimiento" Community Panel for *El Movimiento Del Pueblo*, El Paso, TX.

Morales, Maria Cristina. 2011. "Social Capital and Ethnic Mobility Entrapment." Center for Inter-American Border Studies, UTEP, El Paso, TX.

Morales, Maria Cristina. 2010. "Border Enforcement and It's Impact on Immigrants" *Listening Session on the State of Human Rights at the Border*, El Paso, TX.

Morales, Maria Cristina. 2009. "Independent Contracting: A form of Ethnic Entrepreneurship or Ethnic Mobility Entrapment" *Hispanic Entrepreneurship Conference*. UTEP.

Morales, Cristina. 2008. Panel on Immigrant Women. *J. Paul Taylor Social Justice Symposium: Justice for Immigrants*. New Mexico State University.

Morales, Cristina. 2007. ¡Justicia en Juárez! Gender Violence, Maquiladoras, and Border Research. Texas A&M University.

Morales, M. Cristina. 2007. Panel on Preparing For and Succeeding in Graduate School. *Southwestern Sociological Association*. Albuquerque, NM.

Morales, M. Cristina. 2007. Panel on Preparing For and Traversing the Academic Job Market. *Southwestern Sociological Association*. Albuquerque, NM.

Morales, Cristina. 2006. Immigration Night. University of Colorado at Boulder. Boulder, CO.

Morales, Cristina. 2006. Immigration History and Social and Economic Contribution. *Latina/o New Leadership*. Las Vegas, NV.

Curriculum Vitae: Cristina Morales                                    Page 13

Morales, Cristina. 2006. Educational Forum on Immigration. Las Vegas, NV.

Morales, Cristina and Anita Revilla. 2006. The Desert Must No Longer Swallow the Dead: The Murders of Women in Juarez, Mexico. University Lecture Series, University of Nevada Las Vegas.

**Conference Attended**

Council of Colleges of Arts and Sciences, Atlanta, GA. 2019

**Faculty Advisor for Student Groups**

Soñando Juntos (DACA student association) (faculty advisor) 2017-2018.

Sociology Club (founder and faculty advisor) 2013-2018.

Young Democratic Socialists (faculty advisor) 2014-2015.

Jovenes Fronterizos Por El Mismo Sueno/ Border Youth for the Same Dream (co-founder and faculty advisor) 2008-2013.

**Student Committees**

M.A. Committee Chair

Acosta, Ana. Master's Thesis Committee Co-chair. " Impact of Patient Demographics and Insurance on Hospital Discharge Planning." (Completed 2018).

Beltran, Eric. Master's Thesis Committee Chair. " Gender and Educational Achievement of Transnational Students." In process. (Fall 2015-present).

Castillon, Tali, Master's Thesis Committee Chair. "Quantitative Analysis of Familism and Domestic Violence among Latinos." In-Process. (Fall 2014-2017 (dropped)).

Chavez, Mario, Master's Thesis Committee Chair, "Employment patterns employed by DACA recipients: What are the impacts of social capital on DACA recipient's employment patterns?", In-Process. (January 2013 – May 2015).

Choden, Jigme. Thesis Committee Chair, "The Acculturation of Bhutanese Students" [tentative title], in-progress (September 2016- 2017).

Diaz, Selene, Master's Thesis Committee Chair, "The Impact of Popular Music on Youth at the USA-Mexico Border." (January 2013 – May 2015).

Gonzalez, Enrique. Master's Thesis Committee Chair. "Street Culture: The Prevalence in Code of the Street in Border Community Neighborhoods. Proposal April 2018.

Magaña, Sergio. Master's Thesis Chair, Alternative Social Networks of Homosexual Immigrants. Proposal defense January 2009 but not completed.

Menchaca, Angelica. Master's Thesis Committee Chair. "When Medicine Divorces Morality: The Effects of Immigration Status on Health Care Access in the United States." (November 2011- May 2013).

Ramirez, Sandra, Master's Thesis Committee Chair, The Latina/o Mental Health Paradox Revisited: Disparities and Depression among New Immigrants. (2008-2010).

Rivas, Guillermo, Master's Thesis Committee Chair, The Persistent Fear of Crime in a Safe Metropolitan Area: Revisiting the Social Disorganization Theory. (Summer 2014 -2017).

Serna, Heryca. Sociology and Anthropology, Master's Thesis Committee Chair, SOCI, 5398, "Impact of Federal Agencies at the U.S.-Mexico Border on Undocumented Immigrant Domestic Violence Victims: Limitations to Recovery", Completed. (January 2011 - August 2012).

Smith, Jesus. Sociology and Anthropology, Master's Thesis Committee Chair, SOCI, 5398, 3 credit hours, "Sexual Racism in a Gay Community", Completed. (January 2011 - May 2012).

<u>Committee Member</u>

Alvarez, Miriam. Master's Thesis Committee Member. "The Impact of Bicultural Identity on Academic Engagement. (Spring 2015).

Cabrera, Jose. Master of Arts in Interdisciplinary Studies (MAIS), Master's Thesis Committee Member. (January 2013 – May 2014).

Chavez, Paula. Master's Thesis Committee Member. (May 2013 - December 2013).

Delgado, Mario. Sociology and Anthropology, Master's Thesis Committee Member, (May 2014 - Dropped).

Gracia, Marilyn. Master's Thesis Committee Member. The Paradoxical Experiences of Young Hispanic College Students: Age-Related Stigma in the Face of Success." (Defended Thesis April 2018).

Hawley, Jacqueline. Sociology, Causes and Effects of Migration in Central American Children, Completed. (Fall 2008).

Hernandez, Jorge. Immigration and Family Violence at the Household Level: Evaluating the Effects of Immigrant Culture and Neighborhood Structure, Master's Thesis Committee Member, In-Process. (June 2013 – May 2015).

Lavin, Grace, Master's Thesis Committee Member. "The Thin Body, The Able Body, and The Student of Color Athlete: Physical Capital in University Viewbooks." (April 2017 – 2018).

Lopez, Ruth. Racial Differences between Smokers and Non-Smokers: The Effect of Smoking Policies at Work. Department of Sociology, M.A. Thesis. 2006.

Loweree, Jacqueline. Sociology and Anthropology, Master's Thesis Committee Member, "One Size Does Not Fit All: Looking Beyond Homeless Housing-First and Housing-Ready Approaches to Enhanced Models of the U.S./Mexico Border and New York City." Completed. Proposal. (December 2014 – May 2015).

Loya, Rosa Lorena. A Typical Scene in Mexico: Perceptions of the Other. Department of History, M.A. thesis. (2008-2010).

Marquez-Velarde, G. Sociology and Anthropology, Master's Thesis Committee Member, "Mental Health in Colonias." (March 2011 - May 2013).

Martin, Levi. English--Rhetoric and Writing Studies, Dissertation Defense Committee Member, "Perceptions on Collaborative Writing", Proposal. (December 2014 - 2017).

Mendoza, Juan. Sociology, Transnational Students and Citizenship. 2019.

Mendoza, Nydia. Sociology, Children's Chronic Illness and Family Poverty on the U.S./Mexico Border. 2008.

Ochoa, Olga. Sociology and Anthropology, Master's Thesis Committee Member. (January 2014 – May 2015).

Ramos, Corin., Psychology, Master's Thesis Committee Member, (August 2013 – May 2014).

Rocha, Claudia. 2008. Gottfredson and Hirschi's Low-Self-Control Theory. (Spring 2008).

Romo, David. History, Dissertation Defense Committee Member, "Global MicroHistory of El Paso and Juarez", Completed. (December 2014).

Romero, Samantha, Master's Thesis Committee Member, "Youth Voter Participation in El Paso County," Completed (2016-2020).

Super, Matthew. Sociology. Why You Might Steal from Jay-Z: An Examination of File Sharing Using Techniques of Neutralization Theory. (Spring 2008).

Uribe, Maria. Sociology. Understanding Deviant Behaviors through Coercion and Social Support Theory. Completed. (Summer 2008).

Varela, Juan. History, Master's Thesis Committee Member. (August 2013 - December 2013).

Winter, Bryan. History. Master's Thesis Committee Member. Rural to Urban Migration in China. 2012.

<u>Independent/Directed Studies</u>

Alvarez, Mariah. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Acculturation of Bhutanese Students" (January 2017-present).

Bautista, Miguel. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Brooks, Tierra. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (June 2014 - August 2014).

Castillon, Tali. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Immigration and Crime". (June 2014 - August 2014).

Chacon, Cirenia. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Crespo, Pastor. Directed Individual/Independent Study, SOCI 4390, 3 credit hours, "Alternative Education and Latinxs." (Summer 2019, Fall 2019).

Diaz, Selene. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Edwards, Nicole. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime". (June 2014 - August 2014).

Fontan, Gabriel., Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Flores, Marco. Directed Individual/Independent Study, SOCI, 4390, "Immigration and Crime."(June 2014 - August 2014).

Garcia, Daniel. Directed Individual/Independent Study, ANTH, 3379, 3 credit hours, "Immigration and Crime." (June 2014 - August 2014).

Garcia, Gisselle. 2018-2019. "Influence of Body Mass Index (BMI) on Adolescent Depressive Behavior." Building Scholars, UTEP.

Mandujano, V. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Immigration and Crime." (June 2014 - August 2014).

Mendoza, Juan. Directed Individual/Independent Study, 5390, 3 credit hours, "Transnational Students." (January 2017-present).

Morales, Oscar. Directed Individual/Independent Studies. "Border Violence." (January 2011 - December 2013).

Murillo, Eric. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Wage Theft along the Borderlands." (August 2014 - Present).

Ramos, Corin. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Reyna, Irvin. Directed Individual/Independent Study, SOCI, 4390, "Wage Theft along the Borderlands." (September 2014 - December 2014).

Rivas, Guillermo. Directed Individual/Independent Study, SOCI, 5390, 3 credit hours, "Immigration and Crime." (January 2014 - May 2014).

Rodriquez, Crystal. Individual Studies, SOCI 5390.3 credit hours, "Latina/os and Perceptions of Policing. (Fall 2020).

Salazar, Rebecca. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "The Walmart Shootings." (Spring 2020).

Sanchez, Annette D. Directed Individual/Independent Study, SOCI, 4390, 3 credit hours, "Autism in the Borderland: Exploring Interventions and Culture Through the Lens of a Local Behavior Interventionist." (Summer 2019).

Segura, Angela. Directed Individual/Independent Study, "Borders and Social Processes." (Fall 2018).

Zuniga, Miguel. Directed Individual/Independent Study, SOCI, 4390, "Immigration and Crime." (June 2014 - August 2014).

Internship Advisor

Cereceres, Jonathan. Internship Advisor. State Representative César J. Blanco's District Office. Spring 2019.

Diaz, Selene. Internship Advisor. El Paso County Probation. Spring 2014.

Epperson, Victoria. Internship Advisor, Internship Advisor. Columban Border Ministry Center. Completed. (September 2013 - December 2013).

Curriculum Vitae: Cristina Morales                                                    Page 18

Sáenz, Dayan. Internship Advisor, Las Americas. (August- December 2015).

Sanchez, Annette. Internship Advisor, Summer 2019.

Sudderth, Charlotte L. Internship Advisor. Gardening as an Educational Tool. Socorro
Independent School District. (January 2017- May 2017).

Sudderth, Charlotte L. Internship Advisor. Nutrition and Social Compliance. Socorro
Independent School District. (January 2018- May 2018).

 Zuniga, Miguel. Internship Advisor, El Paso County Probation and Child Crisis Center.

 Research Funded Mentorship

Garcia, Rudy. Mentor. Building Scholars, 2021.

Hernandez, Jorge. Research Assistant. National Science Foundation. Extension Grant, 2014.

Rodriguez, Crystal. Mentor. Research Experience for Undergraduates. National Science
Foundation. UTEP. Summer 2019.

Melendez, Rebecca. Mentor. Research Experience for Undergraduates. National Science
Foundation. NMSU. Summer 2019.

Garcia, Gisselle. Thesis Advisor. Building Scholars.

Courses Taught
Advanced Measure of Inference (Graduate Statistics)
Chicana/os and Mexicans in the United States
Introduction to Sociology [onsite and online]
Measure/Inference-Social Research (Statistics) [onsite and online]
Migration (Undergraduate)[onsite and online]
Special topic: International Migration (Graduate)
Special topic: Visual Sociology
Social Inequality [onsite and online]

Interests/Areas
Sociology of Latinxs
Sociology of Punishment
International Migration
Intersectionality: Race, Class, Gender, Sexuality, Citizenship, and Locality
Structural Violence
U.S.-Mexico Border

**Academic Service**

Curriculum Vitae: Cristina Morales                                                    Page 19

*Profession*

<u>Organizational Positions</u>

Past-President. Executive Council. 2019-2021. *Southwestern Sociological Association*.

President. 2018-2019. *Southwestern Sociological Association*.

Session organizer and chair. 2019. *American Sociological Association*.

Vice President 2018. *Southwestern Sociological Association*.

Vice President Elect. 2016-2017. *Southwestern Sociological Association*.

Chair of Student Awards. 2016-2017. *Southwestern Sociological Association*.

Chair of Student Awards. 2015-2016. *Southwestern Sociological Association*.

Executive Council 2012-2015. *Southwestern Sociological Association*.

Executive Council. 2010-2012. *Southwestern Sociological Association*.

Committee. 2008-2009. Norma Williams Award Committee.  *Southwestern Sociological Association*.

Executive Council Member. 2006-2008. *Southwestern Sociology Association*.

Graduate Student Representative on the Executive Council. 2003-2004. *Southwestern Sociological Association*.

<u>Sessions Chaired/Organized/Presided (since 2006)</u>

Organizer. 2019. Latina/os. *American Sociological Association*.

Organizer. 2018. International Migration to the U.S. *American Sociological Association*.

Organizer. 2016. U.S.-Mexico Border Relations. *Southwestern Sociological Association*

Organizer. 2015. Latina/os., Sessions I-VI. *Southwestern Sociological Association.*

Organizer. 2015. Mexico-U.S. Border Studies. *Southwestern Sociological Association*.

Organizer. 2013. Law and Marginality, Sessions I and II. *Southwestern Sociological Association.*

Organizer. 2013. Mexico-U.S. Border Studies. *Southwestern Sociological Association*.

Organizer. 2013. Law and Marginality, Sessions I and II. *Southwestern Sociological Association.*

Organizer. 2013. Mexico-U.S. Border Studies. *Southwestern Sociological Association.*

Organizer. 2012. U.S.-Mexico Border Studies. *Southwestern Sociological Association.*

Organizer. 2012. Migration. *Southwestern Sociological Association.*

Organizer. 2011. Transnational Communities Panel. *American Sociological Association.*

Organizer. 2011. Migration Panel. *Southwestern Sociological Association.*

Organizer. 2011. U.S.-Mexico Border Panel. *Southwestern Sociological Association.*

Organizer. 2010. Migration, Sessions I and II. *Southwestern Sociological Association.*

Organizer. 2009. International Migration Panel. *Southwestern Sociological Association.*

Organizer. 2008. Immigration and Politics Panel. *American Sociological Association.*

Organizer. 2008. Migration and Immigration Panel. *Southwestern Sociological Association.*

Organizer. 2007. Migration and Immigration Panel. Sessions I and II. *Southwestern Sociological Association.*

Organizer. 2007. Preparing for Graduate School Panel. *Southwestern Sociological Association.*

Organizer. 2007. Preparing for the Academic Job Market Panel. *Southwestern Sociological Association.*

Reviewer

*Reviewer Journals*
Gender & Society
International Migration Review
Law and Social Inquiry
Population Review
Social Forces
Social Science Quarterly
Sociological Forum
Sociology of Race and Ethnicity
Work and Occupations

Curriculum Vitae: Cristina Morales                                      Page 21

*Reviewer Proposals*

Ford Foundation Reviewer 2015-2017

*College of Liberal Arts and University Service* (since 2006)

Associate Dean for Research, College of Liberal Arts, 2019-present.

ROTA, Reviewer. 2021.

Member, 2020-present. Interdisciplinary Research and Education Program (IDRE) Council.

Mentor, National Science Foundation REU Summer Program, 2018, 2019.

Reviewer, University of Texas Regents Outstanding Teaching Award, 2019.

Member, College of Liberal Arts Dean Search, 2017-2018.

Member, Criminal Justice Department, Promotion and Tenure, 2018.

Mentor, College Assistance Migrant Program (CAMP), 2017.

College of Liberal Arts Representative, Green Dot Training. 2017.

Member, Old Main Centennial Celebration. 2016.

Member, Liberal Arts Graduate Student Paper Competition. 2017.

Member, Liberal Arts Promotion and Tenure Committee. 2016 and 2018.

Member, Provosts Taskforce for Community Engagement. 2012.

Rainbow Miners Advisory Board. University of Texas at El Paso. 2009.

Grant Reviewer. Hispanic Health Disparities Research Center (HHDRC). University of Texas at El Paso. 2009.

Reviewer of Graduate Applications. Latin American and Border Studies. University of Texas at El Paso. 2008.

Reviewer for Honors Thesis Award. College of Liberal Arts, University of Texas at El Paso. 2007.

*Department Service* (since 2006)

Hiring Committee for Administrative Assistant. Department of Sociology and Anthropology. University of Texas at El Paso, 2020.

Search Committee, Environmentalist, Department of Sociology and Anthropology. University of Texas at El Paso. 2019-present.

PhD Proposal Committee. Developed the mini-proposal for a PhD in Sociology, 2019-present.

Tenure and Promotion Committee, 2012- present

Committee on the Future of the Department. Department of Sociology and Anthropology. University of Texas at El Paso. 2015-2016.

Graduate Committee. Department of Sociology and Anthropology. University of Texas at El Paso. 2011-2019.

Search Committee. Department of Sociology and Anthropology. University of Texas at El Paso. 2011.

Graduate Recruitment Session. Department of Sociology and Anthropology. University of Texas at El Paso. 2011.

Library Liaison. Department of Sociology and Anthropology. University of Texas at El Paso. 2007-present.

Search Committee. Department of Sociology and Anthropology.  University of Texas at El Paso. 2008-2009.

Graduate Recruitment Committee. Department of Sociology and Anthropology. University of Texas at El Paso. 2007-2008.

Dia Unversitario (student recruitment in Juárez). University of Texas at El Paso. 2008.

**Public Sociology** (since 2006)

Interview. Latina/o Health Paradox, KFOX, 2021.

Interview. Derrick Chauvin Trail, KTSM. 2021.

Member, El Paso Police Accountability Taskforce, 2020-present.

Member, U.S. - Mexico Central Border: Children's Working Group, 2020-present.

Interviews. Walmart Shooting. El Paso Times and Washington Post, 2020.

Interview. Latina/os and COVID-19. KTSM, 2020.

Curriculum Vitae: Cristina Morales                                        Page 23

Community Presentation.  School Closures in the Barrio. Familias Unidads del Chamizal, La Mujer Obrera, June 2019.

Presentation. Morales, Cristina and Ted Curry. 2019. "El Paso as a Safe City." *Trauma and Resilience Conference*, the University of Texas at El Paso.

Community Educational Campaign, 2020 U.S. Census Campaign, "We Count because We Count," Border Network for Human Rights, El Paso and Southern New Mexico, 2019-present.

Interview. Domestic Workers along the Border, *Borderzine*, 2019.

Interview. Border Wall and Border Enforcement, NPR, 2019.

Interview. Citizenship Profiling. Univision and KTSM, 2018.

Community Presentation. Border Deaths. Public Tribunal on Border/Immigration.  El Paso, Texas, 2018.

Consultant (non-paid). Texas Department of Public Safety Racial Profiling along the Texas Border, Public Research Project, Border Network for Human Rights, 2015-2017.

Consultant (non-paid). Tornillo (Colonia in Texas) Accessibility, Costs, and Quality of Water, Public Research Project, 2014.

Morales, Maria Cristina, Eric Murillo [student], and Chris Benoit. "El Paso's Newest Crime Wave: A Wage Theft Epidemic." http://www.texascivilrightsproject.org/. [No longer publicly available], 2011.

Consultant (non-paid). 2009-2015. Economic Justice Project. Paso del Norte Civil Rights Project. Resulted in a city ordinance against wage theft.

Consultant (non-paid). Service Employees International Union (SEIU) Houston Airport Study, Public Research Project, 2015.

Interview. Migration Issues. KFOX. January 8, 2010.

Member. Border and Immigration Task Force. Border Network for Human Rights, 2006-2008.

Consultant (non-paid). Advisor on immigration reform for Jack Carter running for the Senate in Nevada. Las Vegas, NV, 2006.

Texas House District 44
SES Characteristics















Texas House District 129
SES Characteristics















Texas House District 138
SES Characteristics















Senate District 28
SES Characteristics













Senate District 9
SES Characteristics















State Board of Education District 6
SES Characteristics















Congressional District 27
SES Characteristics









Congressional District 37
SES Characteristics















Congressional District 38
SES Characteristics















| District | % est_poverty_Total | % est_poverty_NLWhite | % est_poverty_Latino |
|---|---|---|---|
| 27 | 14.87% | 8.90% | 17.98% |
| 37 | 19.02% | 12.50% | 19.22% |
| 38 | 21.94% | 8.69% | 25.44% |

| District | % est_LEP_Latino | % est_LEP_NLWhite | % est_LEP_Total | % est_SpanishSpeaker_LEP_Total |
|---|---|---|---|---|
| 27 | 18.30% | 1.60% | 12.54% | 30.69% |
| 37 | 44.25% | 2.43% | 31.99% | 50.47% |
| 38 | 50.00% | 2.89% | 35.26% | 57.36% |

| District | % est_RentHH_Total | % est_RentHH_NLWhite | % est_RentHH_Latino |
|---|---|---|---|
| 27 | 38.82% | 31.05% | 42.05% |
| 37 | 47.72% | 35.02% | 47.45% |
| 38 | 45.86% | 32.13% | 48.10% |

| District | % est_HSplus_Latino | % est_HSplus_NLWhite | % est_HSplus_Total |
|---|---|---|---|
| 27 | 72.57% | 94.33% | 82.07% |
| 37 | 48.99% | 88.92% | 63.28% |
| 38 | 54.93% | 92.30% | 68.46% |

| District | % est_SpeakSpanish_Total |
|----------|--------------------------|
| 27       | 34.59%                   |
| 37       | 60.12%                   |
| 38       | 57.03%                   |

| District | % est_unemp_Latino | % est_unemp_NLWhite | % est_unemp_Total |
|---|---|---|---|
| 27 | 5.44% | 4.24% | 5.01% |
| 37 | 5.15% | 4.95% | 5.47% |
| 38 | 5.12% | 5.09% | 5.75% |

| District | % est_fb_Latino | % est_fb_NLWhite | % est_fb_Total |
|----------|-----------------|------------------|----------------|
| 27 | 17.27% | 3.26% | 14.23% |
| 37 | 42.02% | 3.53% | 32.16% |
| 38 | 42.84% | 6.11% | 33.31% |

| District | % est_poverty_Total | % est_poverty_NLWhite | % est_poverty_Latino |
|---|---|---|---|
| 129 | 16.50% | 9.66% | 16.78% |
| 138 | 22.24% | 10.39% | 25.96% |
| 44 | 14.57% | 11.25% | 15.69% |

| District | % est_LEP_Latino | % est_LEP_NLWhite | % est_LEP_Total | % est_SpanishSpeaker_LEP_Total |
|---|---|---|---|---|
| 129 | 31.56% | 1.69% | 24.45% | 38.56% |
| 138 | 56.51% | 4.08% | 43.33% | 64.25% |
| 44 | 20.39% | 1.00% | 12.72% | 31.87% |

| District | % est_RentHH_Total | % est_RentHH_NLWhite | % est_RentHH_Latino |
|---|---|---|---|
| 129 | 46.74% | 40.08% | 45.93% |
| 138 | 38.81% | 26.49% | 41.01% |
| 44 | 35.34% | 35.66% | 34.55% |

| District | % est_HSplus_Latino | % est_HSplus_NLWhite | % est_HSplus_Total |
|---|---|---|---|
| 129 | 64.40% | 93.95% | 74.34% |
| 138 | 51.01% | 89.26% | 64.13% |
| 44 | 70.39% | 95.31% | 81.17% |

| District | % est_SpeakSpanish_Total |
|----------|--------------------------|
| 129 | 49.93% |
| 138 | 59.81% |
| 44 | 37.41% |

| District | % est_unemp_Latino | % est_unemp_NLWhite | % est_unemp_Total |
|---|---|---|---|
| 129 | 7.04% | 4.93% | 7.48% |
| 138 | 4.71% | 7.43% | 5.51% |
| 44 | 4.85% | 4.46% | 4.85% |

| District | % est_fb_Latino | % est_fb_NLWhite | % est_fb_Total |
|---|---|---|---|
| 129 | 35.24% | 3.81% | 29.63% |
| 138 | 45.29% | 6.56% | 38.37% |
| 44 | 18.77% | 1.77% | 13.22% |

| District | % est_poverty_Total | % est_poverty_NLWhite | % est_poverty_Latino |
|---|---|---|---|
| 6 | 20.87% | 10.75% | 23.38% |

| District | % est_LEP_Latino | % est_LEP_NLWhite | % est_LEP_Total | % est_SpanishSpeaker_LEP_Total |
|---|---|---|---|---|
| 6 | 43.93% | 2.88% | 31.84% | 51.78% |

| District | % est_RentHH_Total | % est_RentHH_NLWhite | % est_RentHH_Latino |
|---|---|---|---|
| 6 | 49.41% | 33.60% | 50.65% |

| District | % est_HSplus_Latino | % est_HSplus_NLWhite | % est_HSplus_Total |
|---|---|---|---|
| 6 | 56.78% | 91.50% | 69.64% |

| District | % est_SpeakSpanish_Total |
|---|---|
| 6 | 53.72% |

| District | % est_unemp_Latino | % est_unemp_NLWhite | % est_unemp_Total |
|---|---|---|---|
| 6 | 6.16% | 5.92% | 6.63% |

| District | % est_fb_Latino | % est_fb_NLWhite | % est_fb_Total |
|---|---|---|---|
| 6 | 42.13% | 6.80% | 34.67% |

| District | % est_poverty_Total | % est_poverty_NLWhite | % est_poverty_Latino |
|---|---|---|---|
| 28 | 15.71% | 10.33% | 17.67% |
| 9 | 20.01% | 13.95% | 19.85% |

| District | % est_LEP_Latino | % est_LEP_NLWhite | % est_LEP_Total | % est_SpanishSpeaker_LEP_Total |
|---|---|---|---|---|
| 28 | 19.56% | 1.07% | 12.20% | 31.57% |
| 9 | 43.98% | 2.42% | 31.13% | 50.24% |

| District | % est_RentHH_Total | % est_RentHH_NLWhite | % est_RentHH_Latino |
|----------|--------------------|-----------------------|----------------------|
| 28 | 40.08% | 36.59% | 40.40% |
| 9 | 48.40% | 38.01% | 47.34% |

| District | % est_HSplus_Latino | % est_HSplus_NLWhite | % est_HSplus_Total |
|---|---|---|---|
| 28 | 70.92% | 94.64% | 81.21% |
| 9 | 48.33% | 88.04% | 62.98% |

| District | % est_SpeakSpanish_Total |
|---|---|
| 28 | 36.17% |
| 9 | 59.18% |

| District | % est_unemp_Latino | % est_unemp_NLWhite | % est_unemp_Total |
|---|---|---|---|
| 28 | 5.48% | 4.53% | 5.12% |
| 9 | 5.17% | 5.21% | 5.76% |

| District | % est_fb_Latino | % est_fb_NLWhite | % est_fb_Total |
|---|---|---|---|
| 28 | 18.40% | 2.67% | 13.04% |
| 9 | 41.77% | 3.16% | 31.10% |