UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

## ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CLAIMS

The Court **GRANTS** Plaintiff Trey Martinez Fischer's "Unopposed Motion to Dismiss Pursuant to FED. R. CIV. P. 41(a)(2)" (ECF No. 966).

The Court thereby **DISMISSES** Representative Fischer's claims against Defendants in the above-captioned case.

Because the other Plaintiffs' claims in this case remain live, this case shall **REMAIN OPEN**.

- 1 -

- 2 -

So ORDERED and SIGNED this 13th day of May 2025.

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**


*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |