UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants.* | § | |

## ORDER MODIFYING TRIAL SCHEDULE

The Court **AMENDS** its "Pretrial Scheduling Order" (ECF No. 880) **IN PART** as follows:

The trial sessions on **Saturday, May 24, 2025** and **Saturday, May 31, 2025** shall now run from **8:30 A.M.** to **12:30 P.M. Mountain Time**.

In all other respects, the Pretrial Scheduling Order **SHALL REMAIN UNCHANGED**.

- 1 -

- 2 -

So ORDERED and SIGNED this 13th day of May 2025.

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**


*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |