UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>**GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*,<br><br>*Defendants.* | EP-21-cv-00259-DCG-JES-JVB<br>**[Lead Case]**<br><br>&<br><br>All Consolidated Cases |

## ORDER DENYING MOTION TO EXCLUDE

This order addresses the Brooks plaintiffs, LULAC plaintiffs, MALC plaintiffs, and Texas NAACP plaintiffs' ("Plaintiffs") motion to exclude all State defendants' legislative purpose evidence. *See* **ECF 963**. As the Court previously announced, it plans to admit all evidence subject to trial objections. The Court sees no reason to deviate from that plan now.

Plaintiffs' motion to exclude (ECF No. 963) is **DENIED.**

So ORDERED and SIGNED this <u>13th</u> day of <u>May</u>, 2025.

_____
JERRY E. SMITH
U.S. CIRCUIT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| **David C. Guaderrama** | | **Jeffrey V. Brown** |
| **Senior United States District Judge** | *-and-* | **United States District Judge** |
| **Western District of Texas** | | **Southern District of Texas** |

1