IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br>    *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br>    *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br> & <br> All Consolidated Cases |

### PLAINTIFFS' NOTICE OF JOINT FILING OF CHART OF CLAIMS

Pursuant to the Court's Pretrial Scheduling Order, Plaintiffs hereby jointly file a chart summarizing which Plaintiff Groups are challenging which districts, and on which legal bases. *See* Doc. 880 at 5 (Pretrial Scheduling Order). The chart is presented in three parts – one for each challenged redistricting map. They are attached to this submission as Exhibits A-C.

Dated: May 14, 2025

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense
 and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476

Respectfully submitted,

**For Gonzales Plaintiffs:**

*/s/ David R. Fox*
David R. Fox*
Richard A. Medina*
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
dfox@elias.law
rmedina@elias.law

1

nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense
 and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno*
Mexican American Legal Defense
 and Educational Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC  20036
(202) 293-2828
Asenteno@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and
 Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org

**For MALC Plaintiffs:**

*/s/ Sean J. McCaffity*
George (Tex) Quesada
 State Bar No. 16427750
Email:  quesada@textrial.com
Sean J. McCaffity
  State Bar No. 24013122
Email:  smccaffity@textrial.com
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas  75219-4461
214/720-0720 (Telephone)

Abha Khanna*
Elias Law Group  LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law
Renea Hicks
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

*/s/ Mark P. Gaber*
Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

2

| | |
|---|---|
| Joaquin Gonzalez<br>Texas Bar No. 24109935<br>1055 Sutton Dr.<br>San Antonio, TX 78228<br>jgonzalez@malc.org | Molly E. Danahy*<br>P.O. Box 51<br>Helena, MT 59624<br>(406) 616-3058<br>danahy.molly@gmail.com |

**For Plaintiff Texas NAACP:**

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
732-610-1283
sonniwaknin@gmail.com

**For Plaintiff-Intervenors:**

*/s/ Gary Bledsoe*
Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, TX 78723
(512) 322-992
gbledsoe@thebledsoelawfirm.com

## CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 14th day of May, 2025.

                                                                        */s/ Nina Perales*
                                                                        Nina Perales