| Plaintiffs' Challenges to the Enacted State House Map (H2316) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Geography | Claim | LULAC | Gonzales | MALC | Brooks | NAACP | Intervenors |
| HARRIS COUNTY | VRA Effects Claims - Harris County | Failure to Create Additional Latino CVAP Majority District (Enacted HD126, HD138, HD139, HD140, HD145, and HD148)(Demo HD138 in Plan H2326) | n/a | Failure to Create Additional Latino CVAP Majority District (Enacted HD138, 139, 140, 145, 148) )(Demos for HD138, 140, 143, 144, 145 and 148 in MALC -5 Plan H2330 and MALC-2 Plan H2328) | n/a | n/a | n/a |
| | VRA Intent and Constitutional Claims - Harris County | Failure to Create Additional Latino CVAP Majority District (Enacted HD126, HD138, HD139, HD140, HD145, and HD148)(Demo HD138 in Plan H2326) | n/a | Failure to Create Additional Latino CVAP Majority District (Enacted HD138, 139, 140, 145, 148) )(Demos for HD138, 140, 143, 144, 145 and 148 in MALC -5 Plan H2330 and MALC-2 Plan H2328) | n/a | Intentional discrimination against Black voters in violation of the 14th Amendment (Enacted HD 126 and HD 132) | n/a |
| DALLAS-FT. WORTH METROPLEX | VRA Effects Claims - DFW | n/a | n/a | n/a | n/a | n/a | n/a |
| | VRA Intent and Constitutional Claims - DFW | n/a | n/a | n/a | n/a | Intentional discrimination against Black voters in violation of the 14th Amendment (Enacted HD 96 and HD 112) | n/a |
| CENTRAL TEXAS | VRA Effects Claims -Central TX | Failure to Create Additional Latino CVAP Majority District (Enacted HD17, HD44, HD45, HD48, and HD51)(Demo HD44 in Plan H2326) | n/a | Failure to Create Additional Latino CVAP Majority District (Enacted HD 17 and HD 44)(Demo MALC-6 Plan H2331 and Plan MALC-1 Plan H2327) | n/a | n/a | n/a |
| | VRA Intent and Constitutional Claims -Central TX | Failure to Create Additional Latino CVAP Majority District (Enacted HD17, HD44, HD45, HD48, and HD51)(Demo HD44 in Plan H2326) | n/a | Failure to Create Additional Latino CVAP Majority District (Demo MALC-6 Plan H2331 and Plan MALC-1 Plan H2327) | n/a | Intentional discrimination against Black voters in violation of the 14th Amendment (Enacted HD 54) | n/a |
| BEXAR COUNTY | VRA Effects Claims - Bexar County | Diluted Latino voting strength in HD118 (Enacted HD118) | n/a | n/a | Diluted Latino voting strength in HD118 (Enacted HD118) | n/a | n/a |
| | VRA Intent and Constitutional Claims - Bexar County | Diluted Latino voting strength in HD118 (Enacted HD118) | n/a | n/a | n/a | n/a | n/a |

| Plaintiffs' Challenges to the Enacted State House Map (H2316) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Geography | Claim | LULAC | Gonzales | MALC | Brooks | NAACP | Intervenors |
| WEST TEXAS | VRA Effects Claims - West TX | n/a | n/a | Diluted Latino voting strength in West Texas (Enacted 74, 75, 77, 78, 79)(Demo MALC-3 Plan H2329) | n/a | n/a | n/a |
| | VRA Intent and Constitutional Claims - West TX | Purposeful discrimination against Latinos by creating malapportioned House districts in West Texas. (Enacted HDs 74, 75, 77, 78, and 79, and 69, 71, 72, 81, 82, 83, 84, 86, 87, and 88) | n/a | Purposeful discrimination against Latinos by creating malapportioned House districts in West Texas. (Enacted HDs 74, 75, 77, 78, and 79, and 69, 71, 72, 81, 82, 83, 84, 86, 87, and 88) | n/a | n/a | n/a |
| | Non-racial 14th Amendment Claim - West TX | Over- and under-population of House districts deliberately favors the interests of communities and voters in the Panhandle and original Tom Green County at the expense of communities and voters in El Paso and the Upper Rio Grande area of West Texas (Enacted HDs 74, 75, 77, 78, and 79, and 69, 71, 72, 81, 82, 83, 84, 86, 87, and 88) | n/a | Over- and under-population of House districts deliberately favors the interests of communities and voters in the Panhandle and original Tom Green County at the expense of communities and voters in El Paso and the Upper Rio Grande area of West Texas (Enacted HDs 74, 75, 77, 78, and 79, and 69, 71, 72, 81, 82, 83, 84, 86, 87, and 88) | n/a | n/a | n/a |
| Denton/Wise Counties | VRA Effects Claims -Denton/Wise | n/a | n/a | n/a | n/a | n/a | n/a |
| | VRA Intent and Constitutional Claims -Denton/Wise | n/a | n/a | n/a | n/a | Intentional discrimination against Black voters in violation of the 14th Amendment (Enacted HD 65) | n/a |
| Brazoria County | VRA Effects Claims - Brazoria | n/a | n/a | n/a | n/a | n/a | n/a |
| | VRA Intent and Constitutional Claims - Brazoria | n/a | n/a | n/a | n/a | Intentional discrimination against Black voters in violation of the 14th Amendment (Enacted HD 25 and HD 29) | n/a |