| PLAINTIFFS' CHALLENGES TO ENACTED STATE SENATE MAP (S2168) | | | | | | | |
|---|---|---|---|---|---|---|---|
| GEOGRAPHY | CLAIM | LULAC | Gonzales | MALC | Brooks | NAACP | Intervenors |
| HARRIS COUNTY | VRA Effects Claims - Harris County | n/a | n/a | n/a | n/a | n/a | n/a |
| HARRIS COUNTY | VRA Intent and Constitutional Claims - Harris County | n/a | n/a | n/a | n/a | Intentional discrimination against Black voters in violation of the 14th Amendment (Enacted SD 15 and SD 17) | n/a |
| Dallas-Ft. Worth Metroplex | VRA Effects Claims - DFW Area | n/a | n/a | n/a | Destruction of performing coalition district in SD10 (Dismissed by Court per Petteway case) | n/a | n/a |
| Dallas-Ft. Worth Metroplex | VRA Intent and Constitutional Claims - DFW Area | n/a | n/a | n/a | Destruction of performing minority coalition district in SD10 (Sec. 2 Intent, 14th Amendment Intent, 15th Amendment Intent, 14th Amendment Racial Gerrymandering) | Intentional discrimination against Black voters in violation of the 14th Amendment (Enacted SD 10 and SD 9) | n/a |