| PLAINTIFFS' CHALLENGES TO THE ENACTED CONGRESSIONAL MAP (C2193) | | | | | | | |
|---|---|---|---|---|---|---|---|
| GEOGRAPHY | CLAIM | LULAC | Gonzales | MALC | Brooks | NAACP | Intervenors |
| HARRIS COUNTY | VRA Effects Claims - Harris County | Failure to Create Additional Latino CVAP Majority District (Enacted CD7, CD8, CD18, CD29 and CD38) (Demo CD38 in Plan C2200) | Failure to Create Additional Latino CVAP Majority District (Enacted CD 2, 7, 8, 9, 14, 18, 22, 29, 36, 38) (Demo CD38 - Plan C2198) | Failure to Create Additional Latino CVAP Majority District (Enacted CD 2, 7, 8, 9, 14, 18, 22, 29, 36, 38) (Demo CD38 - Plan C2167 and C2163) | Failure to Create Additional Latino CVAP Majority District (Enacted CD 2, 7, 8, 9, 14, 18, 22, 29, 36, 38) (Demo CD38 - Plan C2163) | N/A | N/A |
| | VRA Intent and Constitutional Claims - Harris County | Failure to Create Additional Latino CVAP Majority District (Enacted CD7, CD8, CD18, CD29 and CD38) (Demo CD38 in Plan C2200) | N/A | Failure to Create Additional Latino CVAP Majority District (Enacted CD38) (Demo CD38) | N/A | Intentional discrimination against Black voters in violation of the 14th Amendment (Enacted CD 22) | Intentional Discrimination and Racial Gerrymander against Black and Hispanic Voters in CD9 in violation of the 14th and 15th Amendments and weakening minority voting strength. |
| DALLAS-FT. WORTH METROPLEX | VRA Effects Claims - DFW | Failure to Create Additional Latino CVAP Majority District (Enacted CD6, CD12, CD24, CD25, CD30, CD32, and CD33) (Demo CD6 in Plan C2200) | Failure to Create Additional Latino CVAP Majority District (Enacted CD 5, 6, 12, 24, 25, 30, 32, 33) (Demo CD12 - Plan 2198) | Failure to Create Additional Latino CVAP Majority District (Enacted CD 5, 6, 12, 24, 25, 30, 32, 33) (Demo CD37-Plan C2163 | Failure to Create Additional Latino CVAP Majority District (Enacted CD 5, 6, 12, 24, 25, 30, 32, 33) (Demo CD12) (Demo CD37-Plan C2163) | N/A | N/A |
| | VRA Intent and Constitutional Claims - DFW | Failure to Create Additional Latino CVAP Majority District (Enacted CD6, CD12, CD24, CD25, CD30, CD32, and CD33) (Demo CD6 in Plan C2200) | N/A | Failure to Create Additional Latino CVAP Majority District (Enacted CD 5, 6, 12, 24, 25, 30, 32, 33) (Demo CD12) (Demo CD37-Plan C2163) | N/A | Intentional discrimination against Black voters in violation of the 14th Amendment (Enacted CD 6 and CD 24) | Intentional Discrimination and Racial Gerrymander against Black and Hispanic Voters in CD30 in violation of the 14th and 15th Amendments and weakening minority voting strength. |