**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | **EP-21-CV-00259-DCG-JES-JVB** **[Lead Case]** |
| *Plaintiff-Intervenors,* | § § | |
| v. | § § | **&** |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | **All Consolidated Cases** |
| *Defendants.* | § § § | |

## ORDER GRANTING JOINT EXTENSION MOTION

The Court **GRANTS** the parties' "Joint Motion for Extension of Time to Exchange Deposition Counter-Designations and Objections" (ECF No. 976).

The Court thereby **EXTENDS** the deadline for the parties to exchange deposition counter-designations and objections to **May 16, 2025**.

**So ORDERED and SIGNED this 15th day of May 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
|---|---|---|
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |

- 1 -