UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | |
| *Defendants*. | § § | |

## NOTICE TO INTERVENOR PLAINTIFFS

On May 13, 2025, the Court dismissed the Intervenor Plaintiffs' challenge to Congressional District 18 because there's no longer any living Intervenor who has standing to challenge that district.[1] On May 15, 2025, however, the Intervenors filed a pretrial brief that suggests that they still plan to pursue their CD18 challenge at trial.[2]

---

[1] *See* Order Granting Mot. Dismiss, ECF No. 972, at 1 (dismissing "all congressional intervenors' claims related to Congressional District 18 (CD 18)" now that the only Intervenor challenging CD18 is deceased).

[2] *See, e.g.*, Intervenors' 1st Am. Pretrial Brief, ECF No. 989, at 1 ("The evidence will show that the Texas Legislature engaged in intentional racial discrimination and racial gerrymandering in the drawing of Congressional Districts 9, *18,* and 30 . . . ." (emphasis added)); *id.* at 2 (stating that "*the evidence will demonstrate*" that "the Legislature engaged in unnecessary surgery on . . . Congressional Districts 9, *18*, and 30" (emphases added)); *id.* at 3 (asserting that "[t]he Court previously determined that Congressional Intervenors have standing to challenge the redistricting of CD 9, *18*, and 30"—without mentioning the Court's subsequent order concluding that none of the living Intervenors has standing to challenge CD18 (emphasis added)); *id.* at 4 (summarizing evidence pertaining to CD18, apparently with the intent to introduce that evidence at trial).

- 1 -

The Court therefore **NOTIFIES** the Intervenors that the Court will **NOT** permit them to pursue claims at trial that the Court has dismissed.

**So ORDERED and SIGNED this 16th day of May 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |