IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br> & <br> All Consolidated Cases |

## LULAC PLAINTFFS' NOTICE OF COMPLIANCE WITH COURT ORDER

Plaintiffs LULAC, *et al.*, ("LULAC Plaintiffs") hereby file this Notice of Compliance with the Order of this Court dated May 15, 2025 (ECF 913), and advise the Court that Andrea E. Senteno applied for admission to practice before the U.S. District Court for the Western District of Texas to the El Paso Division on May 12, 2025 through the electronic DropBox, as required.

Dated: May 15, 2025                Respectfully submitted


                /s/ Andrea E. Senteno
                Andrea E. Senteno*
                Mexican American Legal Defense and Educational
                Fund (MALDEF)
                1016 16th Street NW, Suite 100
                Washington, DC 20036
                (202) 293-2828
                asenteno@maldef.org

1

Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org


*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 15th day of May 2025.

*/s/ Nina Perales*
Nina Perales