UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, SERGIO MORA, BOBBIE GARZA-HERNANDEZ, <br><br>Plaintiffs<br><br>v.<br><br>STATE OF TEXAS, GREG ABBOTT, et al.<br><br><br>Defendants. | § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br>Civil Action No.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br><br><br>3:21-cv-00988-DCG-JES-JVB<br>[Consolidated Case] |

**PLAINTIFF MALC'S AMENDED RULE 26(A)(3) EXHIBIT LIST**

COMES NOW Plaintiff MALC and files its Amended Trial Exhibit List. At the trial of this case, Plaintiff may offer into evidence one or more of the following:

Plaintiff MALC reasonably anticipates introducing the following items into evidence. This list is a good faith attempt to list those items which may be introduced in Plaintiff's case in chief:

| **Exhibit** | **Description** | **Identifier** | **Objections?** | **Offered/Admitted?** |
|---|---|---|---|---|
| MALC.1 | MALC Organizational Bylaws | https://malc.org/bylaws/ | | |
| MALC.2 | MALC Mission Statement | https://malc.org/about/ | | |
| MALC.3 | Declaration of Armando Walle | MALC_Declarations 0001-0002 | | |

| | | | | |
|---|---|---|---|---|
| MALC.4 | Declaration of Christina Morales | MALC_Declarations 0003-0004 | | |
| MALC.5 | Declaration of Claudia Ordaz | MALC_Declarations 0005-0006 | | |
| MALC.6 | Declaration of Eddie Morales | MALC_Declarations 0007-0008 | | |
| MALC.7 | Declaration of Joe Moody | MALC_Declarations 0009-0010 | | |
| MALC.8 | Declaration of Mary Gonzalez | MALC_Declarations 0011-0012 | | |
| MALC.9 | Declaration of Penny Morales Shaw | MALC_Declarations 0013-0014 | | |
| MALC.10 | Declaration of Rafael Anchia | MALC_Declarations 0015-0016 | | |
| MALC.11 | Declaration of Ramon Romero Jr. | MALC_Declarations 0017-0018 | | |
| MALC.12 | Declaration of Vincent Perez | MALC_Declarations 0019-0020 | | |
| MALC.13 | Declaration of Bobbie Garza-Hernandez | MALC_Declarations 0021-0023 | | |
| MALC.14 | June 1, 2022 Expert Report and CV of Morgan Kousser | | | |
| MALC.15 | August 8, 2022 Rebuttal Expert Report of J. Morgan | | | |

|         |                                                                                   |   |   |   |
|---------|-----------------------------------------------------------------------------------|---|---|---|
|         | Kousser                                                                           |   |   |   |
| MALC.16 | May 20, 2022 Expert Report of Matt Barreto                                        |   |   |   |
| MALC.16-A | May 20, 2022 Barreto Appendix – Ecological inference RPV density plots          |   |   |   |
| MALC.17 | July 27, 2022 Rebuttal Expert Report of Matt Barreto                              |   |   |   |
| MALC.18 | March 31, 2025 Supplemental Expert Report of Matt Barreto                         |   |   |   |
| MALC.19 | April 16, 2025 Rebuttal Expert Report of Matt Barreto                             |   |   |   |
| MALC.20 | CV of Matt Barreto, April 2025                                                    |   |   |   |

Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.

*/s/ Sean J. McCaffity*
Sean J. McCaffity
State Bar No. 24013122
smccaffity@textrial.com
George (Tex) Quesada
State Bar No. 16427750
Quesada@textrial.com
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
214-720-0720 (Telephone)
214-720-0184 (Facsimile)

-and-

Joaquin Gonzalez
State Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@msgpllc.com

*ATTORNEYS FOR PLAINTIFF MALC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed and served via the Court's electronic filing system on May 16, 2025.

*/s/ Sean J. McCaffity*
Sean J. McCaffity