

**National Headquarters**
MALDEF Nonprofit Center
634 S. Spring Street, 12th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Atlanta
Program Office**
500 West Lanier Ave.
Suite 908
Fayetteville, GA 30214
*Tel:* 470.878.0785

**Chicago
Regional Office**
100 North LaSalle St.
Suite 1900
Chicago, IL 60602
*Tel:* 312.427.0701
*Fax:* 312.588.0782

**Los Angeles
Regional Office**
634 S. Spring Street,
11th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Sacramento
Program Office**
1512 4th Street
Sacramento, CA 95814
*Tel:* 916.444.3031
*Fax:* 916.444.7207

**San Antonio
Regional Office**
110 Broadway
Suite 300
San Antonio, TX 78205
*Tel:* 210.224.5476
*Fax:* 210.224.5382

**Washington, D.C.
Regional Office**
1016 16th Street, NW
Suite 100
Washington, DC 20036
*Tel:* 202.293.2828

**BY: CM/ECF System**

May 16, 2025

Honorable Jerry E. Smith
515 Rusk Street, Room 12621
U.S. District Courthouse
Houston, TX 77002

Honorable Jeffrey V. Brown
U.S. District Court, Southern District of Texas
601 Rosenberg Ave., Room 613
Galveston, TX 77550

Honorable David C. Guaderrama
Senior U.S. District Judge
United States District Court
Western District of Texas
525 Magoffin Ave.
El Paso, TX 79901

RE: *League of United Latin American Citizens, et al v. Greg Abbott, et al*, Case No. 3:21-cv-00259-DCG-JES-JVB

Dear Judges Smith, Brown, and Guaderrama:

Please be advised that the expert reports of Dr. Maria Cristina Morales previously submitted for the bench binder in the trial of *League of United Latin American Citizens, et al v. Greg Abbott, et al*, Case No. 3:21-cv-00259 will no longer be relied upon by any plaintiffs at trial, and Dr. Morales will not testify at trial. LULAC Plaintiffs will file amended pretrial disclosures to this effect and respectfully request that the member of the Court remove all of the materials currently in the binder behind the tab for Dr. Morales.

Thank you for your attention to this matter.

Sincerely,

Nina Perales
Vice President of Litigation

Page 2 of 2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 16th day of May 2025.

*/s/ Nina Perales*
Nina Perales