# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, § § § | |
| *Plaintiffs,* § | Case No. 3:21-cv-00259 |
| v. § § | [Lead Case] |
| GREG ABBOTT, *et al.*, § § | |
| *Defendants.* § | |

**NOTICE OF STATE DEFENDANTS' DEPOSITION COUNTER DESIGNATIONS AND OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, and Jane Nelson, in her official capacity as Texas Secretary of State ("State Defendants"), in response to Plaintiffs' proffered deposition designations filed on May 7, 2025 (ECF 962), respectfully submit the following counter-designations of deposition testimony, objections to Plaintiffs' Deposition Designations, and a written objection to NAACP Plaintiffs' witness, Dr. Monica Munoz Martinez.

State Defendants offer this testimony by deposition pursuant to Federal Rule of Civil Procedure 32(a)(3) and (4) because the witnesses are adverse parties, are located more than 100 miles from the place of trial, or could not attend or testify because of age, illness, or infirmity.

State Defendants reserve the right to amend or supplement these designations and objections in response to designations or testimony that Plaintiffs may offer at trial. Should any of the witnesses whose testimony is designated herein testify live during the remainder of trial, State Defendants ask the Court to consider those witnesses' deposition designations to be withdrawn.

Further, State Defendants intend to waive no privilege in these designations. To the extent any designated testimony is protected by the legislative privilege, or any other privilege, such designation is inadvertent, and State Defendants will withdraw such designations should they become aware of the privilege.

Last, State Defendants incorporate by reference all testimony, both live testimony and testimony made via trial depositions, offered at the Preliminary Injunction hearing that took place from January 25, 2022 to January 28, 2022 and offer that testimony as support in addition to the below designations. Further, State Defendants offer this testimony to supplement its Deposition Designations filed on May 7, 2025, and First Amended Deposition Designations, filed on May 8, 2025, and to the extent necessary, incorporate those designations by reference.

Consequently, State Defendants offer the following objections and cross-designations:

**OBJECTION TO NAACP PLAINTIFFS' DESIGNATION OF DR. MONICA MUNOZ MARTINEZ AS A WITNESS**

State Defendants hereby object to NAACP Plaintiffs' objection of Dr. Monica Munoz Martinez. Dr. Martinez was not designated as an individual with knowledge of NAACP Plaintiffs' claims. Nor was Dr. Martinez cross-designated by any other Plaintiff as a witness to appear at trial. *See* Fed. R. Civ. P. 37(c)(1) ("If a party fails to . . . identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that . . . witness to supply evidence . . . at a trial, unless the failure was substantially justified or is harmless."). Dr. Martinez's testimony should therefore be excluded, and NAACP Plaintiffs should not be allowed to call her as a witness.

**COUNTER-DESIGNATIONS:**

| Witness Name, Deposition Date | Page:Line(s) |
|---|---|
| Jeffrey Archer, September 23, 2022 | 29:1-30:25, 53:28–55:17 |
| Mark Bell July 7, 2022 | 103:25 |
| Sen. Paul Bettencourt Jully 29, 2022 | 53:15–55:25, 121:5-121:18, 129:10-129:17 |
| Sen. Brian Birdwell August 18, 2022 | 26:13-27:4, 31:6-36:25, 41:21-42:10, 43:17-46:11, 63:18-65:10, 67:22-68:23 |

| Witness Name, Deposition Date | Page:Line(s) |
|---|---|
| Rep. Bradley Buckley<br>July 18, 2022 | 29:15-32:8, 32:22-33:2, 66:11-68:5, 157:3-159:14, 160:19-161:20, 164:1-164:25, 223:13-224:5, 255:3-255:11, 256:15-257:18 |
| Chris Gober<br>July 12, 2022 | 79:4-81:7, 81:19-83:22 |
| Rep. Ryan Guillen<br>June 29, 2022 | 99:16-116:18 |
| Sen Kelly Hancock,<br>June 23, 2022 | 19:14–19:21, 27:8–27:17, 27:21–28:4, 28:8–28:12, 29:3–29:15, 35:10–35:14, 59:22–59:24, 62:4–62:10, 71:20–71:24, 75:13–75:18, 75:22–75:24, 76:1–76:5, 76:7–76:9, 78:22–79:1, 83:18–84:7, 90:10–90:13, 90:15–90:25, 93:13–16–, 132:2–133:8, 145:13–145:20, 168:11–168:21 |
| Rep. Dan Huberty,<br>June 6, 2022 | 11:4–11:9, 23:1–23:17, 29:19–30:5, 31:15–31:22, 36:1–36:25, 37:1–37:17, 48:25–49:4 |
| Willie Hudspeth,<br>October 12, 2022 | 38:23–38:25, 39:1–39:25, 40:1–40:25, 41:1–41:25, 42:4–42:9, 42:14–42:25, 43:1–43:25, 44:1–45:1, 48:7–48:9, 72:18–72:25, 73:1–94:25, 120:3–120:9, 123:10–123:15, 128:13–128:16, 134:15–135:9 |
| Rep. Todd Hunter,<br>October 11, 2022 | 28:19–28:21, 28:23–29:5 |
| US Rep. Sheila Jackson Lee,<br>August 2, 2022 | 8:11–8:19, 9:2–9:10, 13:22–14:10, 14:14–14:15, 22:5–22:14, 28:6–29:20, 39:14–40:25, 41:19–42:12, 42:24–43:3, 44:20–46:19, 46:21–46:21, 47:20–47:23, 47:25–47:25, 118:24–123:19, 124:21–125:23, 125:25–126:6, 145:17–145:23, 145:25–146:16, 148:9–149:9, 213:9–214:10 |
| June Jenkins,<br>August 23, 2022 | 7:7–7:10, 10:2–11:6, 15:12–16:22, 28:12–28:18, 42:5–42:12, 52:6–52:12, 58:20–59:1, 62:2–62:25 |
| Adam Kincaid,<br>November 2, 2023 | 50:9–51:14, 87:7–89:20, 106:9–109:6, 133:24–135:8, 135:13–136:21, 144:11–149:20, 169:6–170:15, 175:6–178:9, 217:23–220:13, 234:6–236:16, 237:25–238:25, 261:2–261:6, 292:13–295:7, 337:19–338:10 |
| Milton Lee,<br>January 20, 2023 | 12:2–12:16, 14:22–14:24, 15:9–16:21, 34:15–34:22, 35:11–35:19, 42:21–42:25, 43:1–43:7, 43:11–43:13, 43:17–43:19, 51:4–52:21, 54:10–54:14, 55:8–55:12, 59:2–59:19, 63:16–64:20, 64:25–65:17, 66:22–68:1, 82:17–82:20, 83:20–84:25, 85:1–85:8, 85:24–86:8, 112:22–113:5, 113:23–114:15, 68:19–69:14, 75:25–76:1, 78:21–79:15, 79:24–80:17, 113:18–114:15 |

| Witness Name, Deposition Date | Page:Line(s) |
|---|---|
| Rep. J.M. Lozano, July 12, 2022 | 75:6–75:9, 76:10–76:22, 80:12–80:24, 82:18–82:20, 83:10–86:1 |
| Rep. Jon Lujan, June 23, 2022 | 42:14–43:9, 58:19–59:17, 62:15–62:20, 63:10–63:18, 64:1–64:7, 64:21–65:3, 67:13–67:15, 67:22–68:2, 81:24–82:2, 84:1–84:13, 86:11–87:7, 160:24–161:3, 161:11–161:19, 163:14–163:23, 168:21–169:4, 172:11–173:7, 173:14–173:23, 191:16–191:23, 196:7–196:15, 196:23–197:17 |
| Anne Mackin, July 11, 2022 | 24:2–24:8, 29:21, 29:25–30:1, 240:16–240:22, 258:14–259:10 |
| Rep. Andrew Murr, June 22, 2022 | 10:13–10:21, 20:13–20:25, 21:1–21:15, 21:23–24:9, 24:13–25:22, 38:6–38:11, 42:17–46:13, 70:4–70:11, 70:17–71:4, 71:8–74:20, 81:15–81:18, 94:16–94:20, 97:25–99:4, 101:19–101:18, 106:6–106:13, 142:13–142:17 |
| Rep. Andrew Murr, October 12, 2022 | 10:6–10:8, 14:19–14:21, 15:4–15:6 |
| Sean Opperman, July 13, 2022 | 144:21–145:3, 145;9–145:12, 155:7–155:11, 155:18–155:20, 218:5–219:10, 297:20–297:22 |
| Chris Turner, January 14, 2022 | 10:06–11:08, 14:8–16:11, 18:21–19:12, 21:8–21:24, 22:8–23:11, 24:1–24:11, 24:20, 26:4, 27:8–28:13, 28:22–29:17, 30:17–30:25, 31:12–32:12, 32:23–40:8, 41:1–41:11, 45:4–45:12, 50:19–51:9, 51:19–51:23, 53:19–54:14, 59:17–60:7, 63:13–64:4, 64:22–67:10, 73:13–73:18, 74:2–75:25, 76:7–79:4, 82:1–82:3, 83:13–83:23 |
| Harold VanArsdale, August 24 2022 | 24:23–25:18, 30:16–30:23, 32:25–33:24, 36:13–36:25, 38:2–38:11, 38:12–38:14, 43:6–43:22, 44:19–45:3, 45:24–46:6, 46:11–46:21, 56:8–56:12, 57:23–58:6, 63:21–64:14, 65:21–65:5, 69:19–70:6, 70:24–71:8, 71:19–72:10, 73:8–74:4, 74:24–75:18, 76:8–77:22, 81:2–81:18, 81:24–82:18, 83:6–83:9, 84:9–84:20, 84:25–85:15, 86:2–87:15, 94:5–95:25 |

**OBJECTIONS TO PLAINTIFFS' DESIGNATIONS:**

State Defendants' objections to Plaintiffs' Deposition Designations are listed in **Exhibit 1** to this filing. State Defendants incorporate by reference each objection laid out in **Exhibit 1**.

| | |
|---|---|
| Date: May 16, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | DAVID BRYANT<br>Senior Special Counsel |
| BRENT WEBSTER<br>First Assistant Attorney General | ZACHARY L. RHINES<br>Special Counsel |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | MUNERA AL-FUHAID<br>Special Counsel |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | ZACHARY W. BERG<br>Special Counsel |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | ALI M. THORBURN<br>Assistant Attorney General |
| */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER<br>Deputy Chief, Special Litigation Division | KYLE S. TEBO<br>Special Counsel |
| WILLIAM D. WASSDORF<br>Deputy Chief, General Litigation Division | MARK A. CSOROS<br>Assistant Attorney General |
| | OFFICE OF THE<br>ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Phone: (512) 936-1700<br>Fax: (512) 457-4410<br>COUNSEL FOR STATE DEFENDANTS |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on May 16, 2025.

> */s/ Kathleen T. Hunker*
> KATHLEEN T. HUNKER
> Deputy Chief, Special Litigation Division