IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>  *Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>  *Defendants.* | Case No.: 3:21–CV–00259–DCG–JES–JVB<br>[Lead Case] |
| ROY CHARLES BROOKS, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>  *Defendants.* | Case No.1–21–CV–00991–DCG–JES–JVB<br>[Consolidated Case] |

**PLAINTIFFS' COUNTER DEPOSITION DESIGNATIONS & OBJECTIONS**

Plaintiffs hereby jointly submit the following counter designations of and objections to the deposition testimony designated by Defendants pursuant to Federal Rule of Civil Procedure 26(a)(3), and in accordance with the Court's Pretrial Scheduling Order (Dkt. 880) and Order Extending Scheduling Order Deadlines (Dkt. 923). Plaintiffs reserve the right to amend and supplement these deposition designations as appropriate.

Plaintiffs wholesale object to the designation of deposition testimony of witnesses that were either called live before the Court or had their depositions read into the record during the Preliminary Injunction hearing that took place January 25, 2022, to January 28, 2022. These witnesses include Senator Beverly Powell, Senator Kel Seliger, Rick Svatora, and Roy Charles

Brooks. These witnesses' live testimony during the Preliminary Injunction hearing is currently in the record, were subjected to cross examination, and their testimony is in the primary form of evidence. Moreover, these witnesses were available and as such Federal Rule of Civil Procedure 23(4) is not invoked to allow the use of the deposition testimony here.

Plaintiffs incorporate by reference all testimony, both live testimony and testimony made via trial depositions, offered at the Preliminary Injunction hearing that took place from January 25, 2022, to January 28, 2022, and offer that testimony as support in addition to the identified designations.

Plaintiffs reserve the right to (1) rely on any deposition designations identified herein, regardless of the noticing party or parties in attendance at the deposition; (2) rely on any testimony designated by Defendants affirmatively or in response to Plaintiffs' deposition designations; (3) identify additional deposition testimony as impeachment or rebuttal evidence, as permitted by the Court; (4) call a witness by deposition testimony in any order; and (5) not call one or more witnesses identified in these designations.

### I.      Plaintiffs' Counter Designations

Notwithstanding Plaintiffs' objections, Plaintiffs offer the following counter designations:

| Witness Name and Deposition Date | Page & Line |
|---|---|
| Mark Bell<br>July 7, 2022 | 58:16–21; 58:22–59:5; 60:2-7; 167:13–24 |
| Sen. Brian Birdwell<br>August 18, 2022 | 59:12–59:13; 59:15–17; 59:19–60:1; 60:3–60:5; 60:9–16; 60:19–23; 61:1–2; 61:4–8; 61:12–14; 61:16–24; 62:3 |
| U.S. Rep. Kevin Brady<br>September 6, 2022 | 50:17–51:12; 82:14–83:9; 119:19–120:10 |

| Witness Name and Deposition Date | Page & Line |
|---|---|
| Roy Charles Brooks<br>January 20, 2022 | 7:11–13; 7:23–8:3; 8:12–17; 9:3–12; 9:18–11:15; 24:13–16; 29:11–22; 32:12–33:18; 56:20–57:1; 61:21–62:2; 63:7–11; 63:16–21; 69:13–18; 70:7–71:12; 72:7–12; 72:19–73:3; 73:10–74:11; 75:15–76:1; 80:8–11; 85:13–22 |
| Rep. Brad Buckley<br>July 18, 2022 | 25:8–25; 47:24–48:15; 47:24–48:15 |
| Sharon Carter<br>July 29, 2022 | 36:15–37:9; 37:14–38:2; 38:21–39:5; 39:18–40:11; 67:2–68:12 |
| Colleen Garcia<br>June 28, 2022 | 141:9–21; 194:15–18 |
| Rep. Ryan Guillen<br>June 29, 2022 | 48:19–49:4; 50:3–6; 50:25–51:15; 53:12–54:13; 54:17–20; 59:6–14; 68:8–12; 141:23–142:5 |
| Sen. Kelly Hancock<br>June 23, 2022 | 17:23; 28:11–16; 28:18–19; 36:10–25; 37:1–15; 37:17–18; 37:20–25; 38:1–39:7; 40:5–19; 40:21–22; 40:24–41:2; 46:19–21; 62:11–12; 62:20–25; 63:1–2; 65:15–17; 77:4–11; 85:19–22; 93:17–94:3; 104:25: 105:1–6; 150:24–151:6; 133:1–2; 133:21–134:2; 148:3–10; 148:22–149:5; 168:22; 174:13–175:17 |
| Rep. Abel Herrero<br>June 15, 2022 | 159:22–159:25; 160:1–161:12; 163:1–164:22 |
| Rep. Todd Hunter<br>July 15, 2022 | 82:4–83:7 |
| US Rep. Sheila Jackson Lee<br>August 2, 2022 | 14:6–15:8; 16:14–25; 37:21–39:1; 42:4–22; 74:4–75:3; 88:13–90:15; 113:7–115:15; 123:20–124:11; 126:7–10; 136:6–11; 164:9–15; 169:13–23; 170:22–171:24; 175:5–12; 184:10–14; 187:7–11; 218:19–25 |
| Jacey Jetton<br>July 13, 2022 | 154:2–11; 204:1–8 |
| Adam Kincaid<br>November 2, 2023 | 136:22–137:17 |
| Rep. John Lujan<br>June 23, 2022 | 38:12–16; 40:7–15; 55:15–56:5; 58:14–18; 60:8–14; 62:5–12; 63:6–18; 70:3–71:3; 74:16–19; 75:18–76:2; 79:13–16; 90:9–13; 94:12–14; 101:23–102:19; 111:16–112:13; 146:21–147:4; 150:25–151:6 |
| Rep. Trey Martinez–Fischer<br>July 1, 2022 | 19:11–19:25; 53:25–55:20; 57:17–59:8; 60:17–62:2; 68:17–71:17; 73:12–74:15; 80:1–80:15; 83:12–83:25; 96:8–97:11; 105:9–110:13; 115:1–117:10; 125:11–125:25; 126:22–128:3; 178:24–179:16; 186:7–187:13; 207:10–209:2; 220:12–221:6 |
| Rep. Terry Meza<br>July 22, 2022 | 37:12–38:4; 136:23–138:16; 140:20–146:24; 147:3–155:10 |
| Rep. Andrew Murr<br>June 22, 2022 | 69:19–70:16; 126:3–15; 135:22–136:10; 139:1–4 |

| Witness Name and Deposition Date | Page & Line |
|---|---|
| Sen. Beverly Powell<br>January 19, 2022 | 9:15–9:24; 24:20–24:24; 34:4–34:10; 40:14–40:21; 54:9–56:25; 76:1–78:12; 80:9–80:15; 82:20–86:12; 89:20–90:2; 104:9–104:16; 108:1–108:16; 111:14–111:20; 123:5–123:17 |
| Sen. Kel Seliger<br>January 19, 2022 | 8:8–20; 11:4–12:8; 13:2–13:12; 14:5–19:6; 21:2–24:19; 24:22–38:4; 38:8–38:14; 38:22–40:12; 45:18–45:20; 46:1–47:9; 49:1–54:7; 54:13–57:20; 58:2–58:16; 58:25–65:21; 68:21–60:21; 71:13–73:18 |
| Rick Svatora<br>January 22, 2022 | 4:8–12; 6:13–21:22; 22:1–40:4 |
| Rep. Senfronia Thompson<br>July 7, 2022 | 25:21–25:24; 48:18–50:17; 60:5–69:8; 75:5–76:6; 76:18–78:6; 85:17–85:19 |
| Rep. Gene Wu<br>September 6, 2022 | 47:04–49:12; 51:13–52:25; 58:3–58:23; 69:3–70:12; 84:21–85:21; 87:07–88:16; 101:17–102:21; 117:10–118:23; 119:7–119:14; 120:21–123:8; 143:21–145:14 |

## II.   Plaintiffs' Objections to Defendants' Affirmative Deposition Designations

In addition to the foregoing objections, Plaintiffs also lodge the following objections to the identified deposition testimony:

| Witness Name and Deposition Date | Page & Line | Objection |
|---|---|---|
| Mark Bell<br>July 7, 2022 | 32:24–25 | Incomplete designation |
| | 168:7–25 | Lacks foundation; vague; misleading |
| | 173:1–12 | Calls for speculation; lacks foundation |
| | 174:5–25 | Calls for speculation; lacks foundation |
| Sen. Brian Birdwell<br>August 18, 2022 | 26:23–24 | Incomplete designation (missing question) |
| Rep. Ryan Guillen<br>June 29, 2022 | 195:7–11 | Incomplete designation (missing part of question); subject to legislative privilege objection |
| Sen. Kelly Hancock<br>June 23, 2022 | 17:20–22 | Incomplete designation (missing part of answer) |
| | 28:1–10 | Incomplete designation (missing answer to last designated question) |
| | 39:9–25; 40:1–3 | Incomplete designation (missing question) |
| | 132:2–25; 133:3–19 | Incomplete designation (missing part of answer) |

| | | |
|---|---|---|
| | 168:11–21 | Incomplete designation (missing part of answer) |
| US Rep. Sheila Jackson Lee August 2, 2022 | 136:6–21 | Incomplete designation |
| | 157:1; 157:16–25; 158:1–22 | Incomplete designation; misleading; hearsay; lacks foundation |
| | 159:5–11 | Hearsay; calls for speculation |
| | 160:6–161:18 | Hearsay; authenticity; calls for speculation |
| | 163:4–164:12 | Hearsay; calls for speculation |
| | 165:1–25 | Hearsay; calls for speculation |
| | 166:1–14 | Hearsay; calls for speculation |
| | 172:15–173:9 | Calls for speculation |
| | 176:1–22; 176:25 | Incomplete designation |
| | 184:15–24 | Calls for speculation |
| | 186:1–16 | Incomplete designation (incomplete answer) |
| | 215:5–12 | Incomplete designation |
| | 218:5–18 | Incomplete designation; misleading |
| Rep. JM Lozano July 12, 2022 | 23:2–24:25 | Subject to legislative privilege objection (23:24-24:24) |
| | 32:2–11 | Incomplete designation (incomplete answer) |
| | 25 | Incomplete designation (missing page number and line range) |
| | 33:1–15 | Incomplete designation (incomplete question) |
| | 20–25 | Incomplete designation (missing page number) |
| | 112:18–25 | Incomplete designation (incomplete question) |
| | 113:5–18 | Incomplete designation (incomplete question); subject to legislative privilege objection |
| | 127:14–20 | Incomplete designation (incomplete question) |
| Rep. John Lujan June 23, 2022 | 36:1–7; 36:19–25 | Incomplete designation (incomplete question/answer) |
| | 43:10–25 | Incomplete designation (incomplete answer) |
| | 60:1–4 | Incomplete designation (missing answer) |
| | 106:4–7; 106:10–21 | Incomplete designation (omits question) |
| | 132:20–25 | Incomplete designation (incomplete answer) |

|  | 140:1–14 | Incomplete designation (missing question) |
|---|---|---|
|  | 180:23–25 | Incomplete designation (incomplete answer) |
| Rep. Trey Martinez–Fischer July 1, 2022 | 115:1–9 | Incomplete designation (missing part of answer) |
| Rep. Andrew Murr June 22, 2022 | 54:15–18 | Incomplete designation (missing question) |
|  | 97:12–25 | Incomplete designation (incomplete question/answer) |
| Rep. Senfronia Thompson July 7, 2022 | 30:6–31:22 | Completeness (Designated portion cuts off exhibit number) |

Dated: May 16, 2025

Respectfully submitted,

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
Nina Perales
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
nperales@maldef.org

**For Gonzales Plaintiffs:**

*/s/ David R. Fox*
David R. Fox*
Elias Law Group
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law

**For MALC Plaintiffs:**

*/s/ George (Tex) Quesada*
George (Tex) Quesada
Sommerman, Mcaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461

(214) 720-0720
quesada@textrial.com

**For Plaintiff Texas NAACP:**

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
Chad W. Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

**For Plaintiff-Intervenors:**

*/s/ Gary Bledsoe*
Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highay 290 East #208
Austin, TX78723
(512) 322-992
gbledsoe@thebledsoelawfirm.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing and attached was served via the Court's electronic filing system on May 16, 2025.

*s/ Lindsey B. Cohan*
Lindsey B. Cohan