**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

**LULAC PLAINTIFFS' THIRD AMENDED PRETRIAL DISCLOSURES**

Plaintiffs LULAC, et al., ("LULAC Plaintiffs") hereby submit the following Third Amended Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(e). LULAC Plaintiffs reserve the right to amend and supplement these Pretrial Disclosures, and to respond to Defendants' Pretrial Disclosures, as appropriate.

**I.   WITNESSES**

LULAC Plaintiffs' Witness List is set forth in **Exhibit A** attached hereto. LULAC Plaintiffs do not know the precise nature and scope of the testimony and evidence that Defendants may seek to introduce at trial. Accordingly, LULAC Plaintiffs reserve the right to modify, amend, or supplement this witness list leading up to and through trial based on case developments, including without limitation the right to: (1) call its witnesses in any order; (2) not call one or more witnesses; (3) call live or by deposition any witness identified on Defendants' witness list and any witness necessary to rebut Defendants' case, arguments, and/or evidence, and/or to authenticate or

lay the foundation for the introduction of documents to which Defendant objects; (4) reasonably supplement or amend this Witness List through and including the time of trial to the extent permitted by the Court; (5) introduce deposition testimony as impeachment evidence; or (6) change a witness from a live witness to a witness testifying by deposition, and vice versa. LULAC Plaintiffs also reserve the right to supplement or modify this witness list in response to rulings made by the Court. LULAC Plaintiffs' identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Defendants.[1]

## II. TRIAL EXHIBITS

LULAC Plaintiffs' Preliminary Trial Exhibit List is set forth in **Exhibit B** attached hereto. LULAC Plaintiffs reserve the right to introduce in evidence any documents identified by Defendants or any other plaintiff in their pre-trial disclosures and to introduce additional documents as rebuttal or impeachment evidence. LULAC Plaintiffs also reserve the right to introduce in evidence any exhibits that are offered as joint exhibits but regarding which the parties do not reach agreement.

LULAC Plaintiffs' list of trial exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to trial. LULAC Plaintiffs will serve their objections to Defendants' trial exhibit list and any additional trial exhibits in accordance with the Court's Pretrial Scheduling Order.

---

[1] Pursuant to the parties' agreement, the parties will exchange deposition designations as required under Federal Rule of Civil Procedure 26(a)(3) for any witnesses testifying by deposition on May 7, 2025.

2

Date: May 17, 2025

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 17th day of May 2025.

/s/ Nina Perales
Nina Perales

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

**LULAC PLAINTIFFS' WITNESS LIST**

LULAC Plaintiffs identify the following live witnesses in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(i):

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| **State Representative Ana Maria Ramo**s <br> Capitol Room E2.312, P.O. Box 2910, Austin, TX 78768 <br> (512) 463-0454 | L | X | |
| **Dr. Andrés Tijerina** <br> Dr. Tijerina may be contacted through LULAC Plaintiffs' undersigned counsel. | E | | X |
| **Angelica Razo** <br> Ms. Razo may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **State Representative Armando Walle** <br> Representative Walle may be contacted through counsel, Joaquin Gonzalez, Mexican | L | | X |

1

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| American Legislative Caucus, 1108 Lavaca Street, Suite 110-351 Austin, TX 78701.  (512) 463-0740 | | | |
| **Art Fierro** Art Fierro may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **Dr. Bernard L. Fraga** Dr. Fraga may be contacted through LULAC Plaintiffs' undersigned counsel. | E | | X |
| **Bobbie Garza Hernandez** Ms. Garza Hernandez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **Candace Valenzuela** 3925 St. Christopher Lane, Dallas, TX 75287 (915) 637-9617 | L | | X |
| **State Representative Cassandra Garcia Hernandez** Representative Garcia Hernandez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **Cesar Espinosa** Mr. Espinosa may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **State Representative Chris Turner** 320 Westway Place, Suite 501, Arlington, TX 7601 | L | X | |
| **State Representative Claudia Ordaz Perez** Capitol Room E2.802, P.O. Box 2910, Austin, TX 78768 (512) 463-0622 | L | | X |
| **State Representative Christina Morales** Capitol Room E2.404, P.O. Box 2910, Austin, TX 78768 | L | | X |

2

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| (512) 463-0732 | | | |
| **Diana Martinez Alexander** Ms. Alexander may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **Domingo Garcia** Mr. Garcia may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **State Representative Eddie Morales** Capitol Room E2.816, P.O. Box 2910, Austin, TX 78768 (512) 463-0566 | L | X | |
| **State Representative Gene Wu** Representative Wu may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **Ina Minjarez** Ina Minjarez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | | X |
| **Jeanette Martinez** 3928 Townsend Dr. Fort Worth, Texas 76110 817-714-5771 | L | X | |
| **JoAnn Acevedo** Ms. Acevedo may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **State Representative Joe Moody** Representative Moody may be contacted through counsel, Joaquin Gonzalez, Mexican American Legislative Caucus, 1108 Lavaca Street, Suite 110-351 Austin, TX 78701. (512) 463-0740. | L | | X |
| **Joey Cardenas** Mr. Cardenas may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |

3

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| **Kristian Carranza** 1327 Mission Grande Apt. 6, San Antonio, TX 78221.  210-551-1313. | L | | X |
| **Leo Pacheco** 639 Kopplow Pl., San Antonio, TX 78221 (210) 771-2301 | L | | X |
| **State Representative Lina Ortega** Capitol Room E2.204, P.O. Box 2910, Austin, TX 78768. (512) 463-0638. | L | X | |
| **Maida Guillen** 2618 Strait Lane, Houston, TX (512) 791-9317 | L | X | |
| **State Representative Mary Ann Perez** Representative Perez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |
| **State Representative Mary Gonzalez** Representative Gonzalez may be contacted through counsel, Joaquin Gonzalez, Mexican American Legislative Caucus, 1108 Lavaca Street, Suite 110-351 Austin, TX 78701.  (512) 463-0740 | L | X | |
| **Dr. Matt Barreto** Dr. Barreto may be contacted through Chad Dunn, counsel for Brooks Plaintiffs. | E | | X |
| **State Representative Nicole Collier** 101 S. Jennings Suite 103A, Fort Worth, Texas 76104 | L | X | |
| **Norma Cavazos** Ms. Cavazos may be contacted through Chad Dunn, counsel for Brooks Plaintiffs. | L | X | |

4

| WITNESS | [E]XPERT WITNESS [L]AY WITNESS] | MAY CALL | WILL CALL |
|---|---|---|---|
| **State Representative Penny Morales Shaw** Capitol Room E1.416, P.O. Box 2910, Austin, TX 78768 (512) 463-0620 | L | | X |
| **State Representative Rafael Anchia** 1111 West Mockingbird Lane, Suite 1010, Dallas, TX 75247. | L | | X |
| **State Representative Ramon Romero** Capitol Room E2.322, P.O. Box 2910, Austin, TX 78768 (512) 463-0740 | L | | X |
| **Dr. Rogelio Sáenz** Dr. Saenz may be contacted through LULAC Plaintiffs' undersigned counsel. | E | | X |
| **Salvador Espino** Mr. Espino may be contacted through LULAC Plaintiffs' undersigned counsel. | L | | X |
| **Dr. Stephen Ansolabehere** Dr. Ansolabehere may be contacted through David Fox, counsel for Gonzales Plaintiffs. | E | | X |
| **Dr. Tye Rush** Dr. Rush may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | E | | X |
| **Vincent Perez** Mr. Perez may be contacted through Sean McCaffity, counsel for MALC Plaintiffs. | L | X | |

LULAC Plaintiffs identify the following witnesses whose testimony will be presented through deposition in accordance with Federal Rule of Civil Procedure 26(a)(3)(A)(ii). Transcripts

of the pertinent portions of each witness' deposition will be filed in accordance with the Court's order granting the parties' Joint Motion to Extend Deadline to Exchange Deposition Designations.[2]

| WITNESS | WILL PRESENT THROUGH DEPOSITION |
|---|---|
| Jeffrey Archer | X |
| Mark Bell | X |
| State Senator Paul Bettencourt | X |
| State Senator Brian Birdwell | X |
| State Representative Bradley Buckley | X |
| Sharon Carter | X |
| Adam Foltz | X |
| Colleen Garcia | X |
| Chris Gober | X |
| State Representative Ryan Guillen | X |
| State Senator Kelly Hancock | X |
| Dan Huberty | X |
| Willie Hudspeth | X |
| Representative Todd Hunter | X |
| U.S. Representative Sheila Jackson Lee | X |
| June Jenkins | X |
| Jacey Jetton | X |
| Adam Kincaid, in individual capacity | X |
| Adam Kincaid, as representative of NRRT | X |
| State Representative JM Lozano | X |
| State Representative John Lujan | X |
| Anna Mackin | X |
| Jessica Mejia | X |
| Andrew Murr | X |
| Sean Opperman | X |
| Hugh Shine | X |
| State Representative Chris Turner | X |
| Harold Vanarsdale | X |
| Milton Lee | X |

---

[2] See Text Order Granting ECF No. 923, Motion to Extend Scheduling Order Deadlines. May 2, 2025.

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case] |

**LULAC PLAINTIFFS' EXHIBIT LIST**

| LULAC PLAINTIFFS' EXHIBIT NO. | DESCRIPTION |
|---|---|
| PL_LULAC 1 | Expert Report of Dr. Bernard Fraga, dated March 31, 2025 |
| PL_LULAC 2 | Supplemental Expert Report on the Socioeconomic Characteristics of the Latino Population in Texas of Dr. Rogelio Saenz, dated March 31, 2025 |
| PL_LULAC 3 | Expert Report on the Socioeconomic Characteristics of the Latino Population in Texas of Dr. Rogelio Saenz, dated May 20, 2022 |
| PL_LULAC 4 | Expert Report of Dr. Andrés Tijerina, dated May 20, 2022 |
| PL_LULAC 5 | Texas Demographic Center, Demographic Trends and Characteristics: Texas and the Hispanic Population, August 29, 2023 |

| PL_LULAC 6 | [FORTHCOMING Bexar County Elections, Precinct Results, HD118, 2018 General Election] |
|---|---|
| PL_LULAC 7 | Bexar County Elections, Precinct Results, HD118, 2020 General Election |
| PL_LULAC 8 | Bexar County Elections, Precinct Results, HD118, November 2, 2021 Runoff Election |
| PL_LULAC 9 | Bexar County Elections, Precinct Results, HD118, 2022 General Election |
| PL_LULAC 10 | Bexar County Elections, Precinct Results, HD118, 2024 General Election |
| PL_LULAC 11 | [FORTHCOMING Demonstrative Map, Precinct Results, HD118, 2018 General Election] |
| PL_LULAC 12 | Demonstrative Map, Precinct Results, HD118, 2020 General Election |
| PL_LULAC 13 | Demonstrative Map, Precinct Results, HD118, November 2, 2021 Runoff Election |
| PL_LULAC 14 | [FORTHCOMING Demonstrative Map, Precinct Results, HD118, 2022 General Election] |
| PL_LULAC 15 | [FORTHCOMING Demonstrative Map, Precinct Results, HD118, 2024 General Election] |
| PL_LULAC 16 | [FORTHCOMING TLC, Precinct SSTO, HD118, 2018 General Election] |
| PL_LULAC 17 | [FORTHCOMING TLC, Precinct SSTO, HD118, 2020 General Election] |

| | |
|---|---|
| PL_LULAC 18 | [FORTHCOMING TLC, Precinct SSTO, HD118, November 2, 2021 Runoff Election] |
| PL_LULAC 19 | [FORTHCOMING TLC, Precinct SSTO, HD118, 2022 General Election] |
| PL_LULAC 20 | [FORTHCOMING TLC, Precinct SSTO, HD118, 2024 General Election] |
| PL_LULAC 21 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, 2018 General Election] |
| PL_LULAC 22 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, 2020 General Election] |
| PL_LULAC 23 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, November 2, 2021 Runoff Election] |
| PL_LULAC 24 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, 2022 General Election] |
| PL_LULAC 25 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, 2024 General Election] |
| PL_LULAC 26 | Map, Bexar County Independent School Districts |
| PL_LULAC 27 | Demonstrative Map, Bexar County House districts in H2100 and H2316 |
| PL_LULAC 28 | Demonstrative Map, State House District 118 in H2100 and H2316 |
| PL_LULAC 29 | City of Houston, Super Neighborhoods Map |
| PL_LULAC 30 | John Lujan Deposition Exhibits 2-20 |

3

| PL_LULAC 31 | Brooks Landgraf Deposition Exhibits 2, 4, 16-17, 22-23 |
|---|---|
| PL_LULAC_32 | Map, Original Tom Green County, 1874 |
| PL_LULAC_33 [OR PL_BROOKS_226] | Expert Report of Dr. Tye Rush, dated March 31, 2025 |
| Pl_LULAC_34 [OR PL_BROOKS_227] | Dr. Tye Rush CV |
| PL_LULAC 35 | Texas HD118 In-and-Out Map |
| PL_LULAC 36 | U.S. Census County Population Change 2010 to 2020, Select Counties |
| PL_LULAC 37 | Texas Demographic Center, Redistricting Data for Texas Counties 2000-2020 |
| PL_LULAC 38 | Demonstrative Exhibit – WTX State House Population Deviations in H2316 |
| PL_LULAC 39 | 10.11.21 Letter: Bexar County Delegation of Support for H2230 by State House Representative Bernal |
| PL_LULAC 40 | Standing Declaration of Plaintiff David Lopez |
| PL_LULAC 41 | FILED UNDER SEAL – Associational Standing Organization Membership Chart |
| PL_LULAC 42 | FILED UNDER SEAL – Standing Declaration of LULAC Member F |
| PL_LULAC 43 | FILED UNDER SEAL – Standing Declaration of LULAC Member G |

| PL_LULAC 44 | FILED UNDER SEAL – Standing Declaration of LULAC Member H |
| --- | --- |
| PL_LULAC 45 | FILED UNDER SEAL – Standing Declaration of LULAC Member I |
| PL_LULAC 46 | FILED UNDER SEAL – Standing Declaration of LULAC Member J |
| PL_LULAC 47 | FILED UNDER SEAL – Standing Declaration of LULAC Member K |
| PL_LULAC 48 | FILED UNDER SEAL – Standing Declaration of LULAC Member N |
| PL_LULAC 49 | FILED UNDER SEAL – Standing Declaration of LULAC Member O |
| PL_LULAC 50 | FILED UNDER SEAL – Standing Declaration of MABA Member A |
| PL_LULAC 51 | FILED UNDER SEAL – Standing Declaration of MABA Member B |
| PL_LULAC 52 | FILED UNDER SEAL – Standing Declaration of MABA Member D |
| PL_LULAC 53 | FILED UNDER SEAL – Standing Declaration of TX HOPE Member A |
| PL_LULAC 54 | FILED UNDER SEAL – Standing Declaration of TX HOPE Member B |
| PL_LULAC 55 | FILED UNDER SEAL – Standing Declaration of TALAS Member A |

| | |
|---|---|
| PL_LULAC 56 | FILED UNDER SEAL – Standing Declaration of RITA Member A |
| PL_LULAC 57 | FILED UNDER SEAL – Standing Declaration of RITA Member B |
| PL_LULAC 58 | FILED UNDER SEAL – Standing Declaration of RITA Member C |
| PL_LULAC 59 | FILED UNDER SEAL – Standing Declaration of RITA Member D |
| PL_LULAC 60 | Letter from Ralph Boyd, U.S. Assistant Attorney General, to Geoffrey Connor, Acting Secretary of State, dated November 16, 2021 |
| PL_LULAC 61 | Brady, Texas, park sign, dated 1930 |
| PL_LULAC 62 | Lanier High School Photo, dated 1947 |
| PL_LULAC 63 | Austin History Center, Austin Projects Photos |
| PL_LULAC 64 | Hidalgo County Pass, dated October 5, 1915 |
| PL_LULAC 65 | Photo, Mexican shanties near Dump |
| PL_LULAC 66 | Photo, Mexican children |
| PL_LULAC 67 | Photo, Lyndon Johnson with his class at the "Mexican" school |
| PL_LULAC 68 | Map, City of San Antonio Registered Neighborhood Associations, dated March 21, 2025 |

| | |
|---|---|
| PL_LULAC 69 | Texas Legislative Council Map, Texas House Districts 82nd Legislative Session with Deviation from 2010 Ideal District Population, dated February 17, 2011 |
| PL_LULAC 70 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2014 General Election, dated March 17, 2025 |
| PL_LULAC 71 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2016 General Election, dated March 17, 2025 |
| PL_LULAC 72 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2018 General Election, dated March 17, 2025 |
| PL_LULAC 73 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2020 General Election, dated March 17, 2025 |
| PL_LULAC 74 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2022 General Election, dated March 17, 2025 |
| PL_LULAC 75 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2024 General Election, dated March 17, 2025 |
| PL_LULAC 76 | Texas Legislative Council RED-100 Report, District Population Analysis with County Subtotals, House Districts – Plan H414, dated June 13, 2019 |
| PL_LULAC 77 | Texas Legislative Council RED-100 Report, District Population Analysis with County Subtotals, House Districts – Plan H100, dated February 22, 2011 |