# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

### NOTICE OF PLAINTIFFS' FIRST WEEK WITNESS LIST

Plaintiffs hereby jointly file the following list of witnesses expected to be called during the first week of trial pursuant to the Court's Pretrial Scheduling Order. *See* Dkt. 880 at 6. The parties reserve the right to amend or supplement this list based on the progression of trial and any rulings by the Court.

| May 21 | State Representative Rafael Anchia |
| --- | --- |
| | Domingo Garcia (Zoom request) |
| | Candace Valenzuela |
| | Salvador Espino |
| | Cesar Espinosa |
| May 22 | Diana Martinez Alexander |
| | Angelica Razo |
| | Rogelio Saenz |
| | Devan Allen |

Case 3:21-cv-00259-DCG-JES-JVB   Document 1000   Filed 05/17/25   Page 2 of 3

| **May 23** | Congresswoman Jasmine Crockett |
| --- | --- |
| | Jeff Travillion |
| | Leo Pacheco |
| | Ina Minjarez |
| | Kristian Carranza |
| **May 24 (Saturday) 8:30 A.M. to 12:30 P.M.** | JoAnn Acevedo (Zoom request) |
| | Joe Cardenas |

Date: May 17, 2025                         Respectfully submitted,

**For LULAC Plaintiffs:**

/s/ Nina Perales
Nina Perales
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
nperales@maldef.org

**For Gonzales Plaintiffs:**

/s/ David R. Fox
David R. Fox*
Elias Law Group
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law

**For MALC Plaintiffs:**

/s/ George (Tex) Quesada
George (Tex) Quesada
Sommerman, Mcaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
quesada@textrial.com

2

**For Plaintiff Texas NAACP:**

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
Chad W. Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

**For Plaintiff-Intervenors**:

*/s/ Gary Bledsoe*
Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highay 290 East #208
Austin, TX78723
(512) 322-992
gbledsoe@thebledsoelawfirm.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 17th day of May 2025.

*/s/ Nina Perales*
Nina Perales