IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LULAC, et. al., | § | |
| *Plaintiffs* | § | |
| Eddie Bernice Johnson, Sheila Jackson-Lee, Alexander Greem, and Jasmine Crockett | § | |
| Plaintiff-Intervenors | | |
| V. | § | Case No.: 3-21-CV-00259-DCG- |
| | § | JES-JVB [Lead Case] |
| GREG ABBOTT, in his official capacity As Governor of Texas, et. al. | § | |
| *Defendants.* | § | |
| | § | |

**PROPOSED ORDER GRANTING REMOTE TESTIMONY OF WITNESS**

**On this day, the Court considered the Plaintiff-Intervenors Agreed Motion to Permit Remote Testimony of Witness Dr. Richard Murray.** After reviewing the motion, the arguments of counsel, and applicable law, the Court finds that the motion is meritorious and should be GRANTED.

**IT IS THEREFORE ORDERED THAT:**

1. **Dr. Richard Murray** is permitted to testify remotely via Zoom during the trial/hearing scheduled for May 21st, 2025 in the above-captioned matter.

2. The remote testimony shall be conducted under the following conditions to ensure the integrity of the proceedings:

    - The witness shall testify from a location free from interruptions, with reliable internet access, and with functioning audio and video capabilities.

    - The witness shall have no unauthorized persons present in the room and shall not consult with others or use notes or electronic devices during testimony unless authorized by the Court.

- All parties and counsel shall be able to see and hear the witness during the testimony.

- The testimony shall be recorded and preserved in accordance with the Court's procedures and applicable rules of evidence.

3. Counsel for Dr. Murray shall be responsible for coordinating with the witness to ensure compliance with this Order and for facilitating the remote connection on the date of testimony.

**SIGNED on this the _19th_ day of _May_, *2025*.**

_____
**PRESIDING JUDGE**