UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

### ORDER DENYING MOTION TO PRESENT LIVE TESTIMONY VIA VIDEOCONFERENCE WITHOUT PREJUDICE

The Court **DENIES** "Plaintiff-Intervenors, Alexander Green and Jasmine Crockett's Agreed Motion for Leave to Present Live Testimony Via Videoconference at Trial" (ECF No. 1003) **WITHOUT PREJUDICE**. As the Court will address with the parties at the May 20, 2025 Pretrial Conference, the Court has determined after consulting with its IT staff that presenting *any* testimony *via* videoconference may present technological and logistical difficulties that the Court had not previously anticipated. The Court will explore potential alternatives to videoconference testimony with the parties at the conference.

- 2 -

**So ORDERED and SIGNED this 20th day of May 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |