**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs*, | § § | Case No. 3:21-cv-00259 [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § | |

---

**STATE DEFENDANTS' AMENDED EXHIBIT LIST**

---

Defendants the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Secretary of State; and Dave Nelson, in his official capacity as Deputy Secretary of State, (collectively, "State Defendants") respectfully provide this Amended Exhibit List.

| TXAG Exhibit No. | TXAG Exhibit Description | Offered | Admitted |
|---|---|---|---|
| 001 | Initial Expert Report of John R. Alford, Ph.D. STATE PI 001296 | | |
| 002 | Dr. John R. Alford Rebuttal Report STATE PI 002551 | | |
| 003 | Dr. John Alford Expert Report Jul 18 2022 | | |
| 004 | Dr. John Alford Supplemental Expert Report Mar 31 2025 | | |
| 005 | Dr. John Alford Supplemental Rebuttal Expert Report Apr 16, 2025 | | |
| 006 | Dr. John Alford CV Jan 2022 | | |
| 007 | Dr. John Alford CV Mar 2025 | | |
| 008 | Expert Report of Sean P. Trende Jul 23 2022 | | |
| 009 | Supplemental Expert Report of Sean P. Trende, Ph.D. Apr 1 2025 | | |
| 010 | Supplemental Expert Reply of Sean P. Trende, Ph.D. Apr 17 2025 | | |
| 011 | US Rep Kay Granger Written Testimony in Support SB6 Sep 30 2021 | | |

| | | | |
|---|---|---|---|
| 012 | US Rep Brian Babin Written Testimony in Support SB6 Sep 29 2021 | | |
| 013 | US Rep John Carter Written Testimony in Support SB6 Sep 30 2021 | | |
| 014 | US Rep Pat Fallon Written Testimony in Support SB6 Sep 30 2021 | | |
| 015 | US Rep Tony Gonzales Written Testimony in Support SB6 | | |
| 016 | US Rep Ronny Jackson Written Testimony in Support SB6 Sep 30 2021 | | |
| 017 | Senate Special Committee on Redistricting: Regional Hearing Dates and Focus Areas Schedule 2021 | | |
| 018 | Sen Huffman Mar 10 2021 Response Ltr to Miguel Rivera re Participation Interpreter | | |
| 019 | US Rep Chip Roy Written Testimony in Support SB6 Sep 29 2021 | | |
| 020 | Senate Research Center Sep 27 2021 Memo to Senate Special Committee on Redistricting re Redistricting Hearing on Sep 24 2021 | | |
| 021 | Senate Research Center Sep 29 2021 Memo to Senate Special Committee on Redistricting re Redistricting Hearing Sep 28 2021 | | |
| 022 | Dec 7 2020 email from Sean Opperman to Stephanie Swanson re Sen Huffman Letter re Redistricting Process | | |
| 023 | Sen Huffman Dec 7 2020 Ltr to Stephanie Swanson re Redistricting Process | | |
| 024 | Sen Huffman Jan 19 2021 Ltr to Miguel Rivera re Participation | | |
| 025 | Mar 30 2021 Email from Sean Opperman re Sen. Huffman Ltr | | |
| 026 | Mar 11 2021 Email from Sean Opperman to Ashley Cheng re helping witnesses testify via videoconference | | |
| 027 | US Rep Kevin Brady Written Statement in Support SB6 Sep 30 2021 | | |
| 028 | US Rep Michael McCaul Written Testimony in Support SB6 Sep 20 2021 | | |
| 029 | US Rep Roger Williams Written Testimony in Support SB6 Sep 29 2021 | | |
| 030 | Oct 1 2021 Sean Opperman and MALDEF Email Exchange re SB6 | | |

| | | | |
|---|---|---|---|
| 031 | Anna Mackin Oct 12 2021 Email to Aaron Zitner Statements in Support SB6 by 11 Members Congress | | |
| 032 | Aug 24 2020 Sean Opperman and Joaquin Gonzalez Email Exchange re Public Input Redistricting | | |
| 033 | Aug 24 2020 Sen Huffman State Rep King Ltr to Joaquin Gonzalez re Public Participation | | |
| 034 | Oct 19 2020 Email Sean Opperman to Joaquin Gonzalez re Public Input Portal | | |
| 035 | Oct 19 2020 Ltr Sen Huffman Redistricting Portal Notice to Interested Parties | | |
| 036 | Dec 7 2020 Email from Sean Opperman to Stephanie Swanson re Sen Huffman's Response re Redistricting Process | | |
| 037 | Dec 7 2020 Email Sean Opperman Circulating Information re Fair Maps Public Input Hearings | | |
| 038 | Senate Special Committee on Redistricting Tentative Regional Hearing Dates and Focus Areas Jan 2021 | | |
| 039 | Mar 11 2021 Email Sean Opperman to Ashley Cheng re public participation interpretation | | |
| 040 | Mar 11 2021 Email Sean Opperman to Miguel Rivera re participation interpretation | | |
| 041 | Mar 12 2021 Email Sean Opperman to Sarah Becker re witness testimony | | |
| 042 | Mar 12 2021 Email exchange Sean Opperman and Stephanie Swanson re interpreter witness scheduling | | |
| 043 | Aug 12 2021 Sean Opperman Email re 2020 Census Data Update | | |
| 044 | Aug 12 2021 Sen Huffman Ltr re Census Release Update | | |
| 045 | Sep 20 2021 Email Sean Opperman to Gary Bledsoe re Invited Testimony | | |
| 046 | Sep 20 2021 Email Sean Opperman to Nina Perales re Invited Testimony | | |
| 047 | Sep 20 2021 Email Sean Opperman to R Murray re invited testimony | | |
| 048 | Sep 20 2021 Email Sean Opperman to Domingo Garcia re invited testimony | | |
| 049 | Sep 21 2021 Email Sean Opperman to Kathryn Oler re invited testimony | | |
| 050 | Sep 23 2021 Email Sean Opperman to Ashley Cheng re language assistance committee hearings | | |

| | | | |
|---|---|---|---|
| 051 | Sep 28 2021 Email LULAC to Sean Opperman re invited testimony SB6 | | |
| 052 | Sep 28 2021 Email Michael Li to Sean Opperman re SB6 invited testimony | | |
| 053 | Sep 30 2021 US Rep John Carter Written Testimony in Support SB6 | | |
| 054 | Sep 28 2021 US Rep Randy Weber Written Testimony in Support SB6 | | |
| 055 | Public Testimony by Zoom Tips 2021 | | |
| 056 | Regional Hearing Public Notice Spanish | | |
| 057 | Regional Hearing Public Posting Notice | | |
| 058 | Sen Special Committee on Redistricting Hearing Agenda Feb 4 2021 | | |
| 059 | Senate Redistricting Committee September 2021 Regional Public Input Hearings Schedule | | |
| 060 | Mar 10 2021 Email Sean Opperman to Miguel Rivera re Ltr from Sen Huffman interpretation at redistricting hearings | | |
| 061 | Jan 22 2021 Email Sean Opperman to Stephanie Swanson Joaquin Gonzalez Matthew Simpson re regional hearing dates and focus areas | | |
| 062 | Mar 10 2021 Ltr Sen Huffman to Miguel Rivera re public participation | | |
| 063 | Jan 21 2021 Press Release Senate Redistricting Committee Seeks Public Input | | |
| 064 | Portal Public Posting Notice in Spanish Inviting Public Comment | | |
| 065 | Senate Redistricting Timeline Dates of Interest | | |
| 066 | Nina Perales Witness Registration Cards Sep 24 2021 SB4 SB7 | | |
| 067 | State Rep Todd Hunter Ltr to 87th Leg Members Soliciting Redistricting Proposals | | |
| 068 | Sep 30 2021 US Rep Eddie Bernice Johnson to Chair Hunter re CD30 | | |
| 069 | Advisory 2021-18 Mar 1 2022 Primary Election Law Calendar | | |
| 070 | Jan 11 2020 Email Secretary of State Notice to High School Principals re Voter Registration | | |
| 071 | Secretary of State Texas Voter Registration Application Spanish | | |
| 072 | Secretary of State Texas Voter Registration Application English | | |
| 073 | Jan 3 2011 Secretary of State Ltr to High School Principals re Voter Registration | | |

| | | | |
|---|---|---|---|
| 074 | Secretary of State Notice to High School Students or Employees Registering to Vote in English and Spanish | | |
| 075 | Secretary of State Order Form High School Voter Registration Applications 2022 | | |
| 076 | Texas Administrative Code Rule 81.7 Directive for High School Deputy Registrars | | |
| 077 | Oct 13 2021 US Rep Brady to Chair Hunter Written Testimony in Support SB6 | | |
| 078 | Oct 12 2021 State Rep Bernal Chief of Staff Email to Chair Hunter Staff re Bexar Cty Delegation Ltr Support Plan H2230 | | |
| 079 | Oct 11 2021 Plan H2230 Bexar Cty Delegation Support Ltr | | |
| 080 | Governor Abbott Proclamation Third Called Session 87th Legislature Sep 7 2021 | | |
| 081 | Governor Proclamation Third Called Session 87th Legislature Aug 5 2021 | | |
| 082 | House Redistricting Committee Hearing Agenda Apr 1 2021 | | |
| 083 | House Redistricting Committee Hearing Agenda Apr 20 2021 | | |
| 084 | House Redistricting Committee Sep 13 2021 Hearing Agenda | | |
| 085 | Texas Redistricting Legal Requirements | | |
| 086 | Summary of Texas Redistricting Process TLC | | |
| 087 | Regular Order of Business Senate House Oct 15 2021 | | |
| 088 | Prefiled Senate Committee Amendments SB4 Plans S2103 S2108 S2112 S2113 S2117 S2119 S2120 S2120 S2121 S2122 S2126 | | |
| 089 | Sen Brian Birdwell Ltr Senate Redistricting Committee Seeks Public Input | | |
| 090 | Incoming Correspondence Report May 9 2022 Sen Birdwell | | |
| 091 | Senate Redistricting Committee Sep 2021 Regional Public Input Hearings Schedule | | |
| 092 | Conference Committee Report SB6 | | |
| 093 | Senate Redistricting Committee Notice of Public Hearing Oct 29 2019 | | |
| 094 | C2102 Report Package Red 100T 202T 350 | | |
| 095 | C2104 Report Package Red 100T 202T 350 | | |
| 096 | C2105 Report Package Red 100T 202T 350 | | |
| 097 | C2106 Report Package Red 100T 202T 350 | | |

| 098 | C2107 Report Package Red 100T 202T 350 | | |
| 099 | C2108 Report Package Red 100T 202T 350 | | |
| 100 | C2109 Report Package Red 100T 202T 350 | | |
| 101 | C2110 Report Package Red 100T 202T 350 | | |
| 102 | C2127 Report Package Red 100T 202T 350 | | |
| 103 | C2132 Report Package Red 100T 202T 350 | | |
| 104 | C2133 Report Package Red 100T 202T 350 | | |
| 105 | C2139 Report Package Red 100T 202T 350 | | |
| 106 | C2141 Report Package Red 100T 202T 350 | | |
| 107 | C2172 Report Package Red 100T 202T 350 | | |
| 108 | C2173 Report Package Red 100T 202T 350 | | |
| 109 | C2175 Report Package Red 100T 202T 350 | | |
| 110 | E2108 Report Package Red 100T 202T 350 | | |
| 111 | E2109 Report Package Red 100T 202T 350 | | |
| 112 | E2111 Report Package Red 100T 202T 350 | | |
| 113 | E2112 Report Package Red 100T 202T 350 | | |
| 114 | E2113 Report Package Red 100T 202T 350 | | |
| 115 | E2117 Report Package Red 100T 202T 350 | | |
| 116 | E2119 Report Package Red 100T 202T 350 | | |
| 117 | H2103 Report Package Red 100T 202T 350 | | |
| 118 | H2104 Report Package Red 100T 202T 350 | | |
| 119 | H2107 Report Package Red 100T 202T 350 | | |
| 120 | H2109 Report Package Red 100T 202T 350 | | |
| 121 | H2110 Report Package Red 100T 202T 350 | | |
| 122 | H2112 Report Package Red 100T 202T 350 | | |
| 123 | H2115 Report Package Red 100T 202T 350 | | |
| 124 | H2119 Report Package Red 100T 202T 350 | | |
| 125 | H2127 Report Package Red 100T 202T 350 | | |
| 126 | H2130 Report Package Red 100T 202T 350 | | |
| 127 | H2132 Report Package Red 100T 202T 350 | | |
| 128 | H2135 Report Package Red 100T 202T 350 | | |
| 129 | H2137 Report Package Red 100T 202T 350 | | |
| 130 | H2138 Report Package Red 100T 202T 350 | | |
| 131 | H2140 Report Package Red 100T 202T 350 | | |
| 132 | H2142 Report Package Red 100T 202T 350 | | |
| 133 | H2143 Report Package Red 100T 202T 350 | | |
| 134 | H2149 Report Package Red 100T 202T 350 | | |
| 135 | H2153 Report Package Red 100T 202T 350 | | |
| 136 | H2154 Report Package Red 100T 202T 350 | | |
| 137 | H2159 Report Package Red 100T 202T 350 | | |
| 138 | H2161 Report Package Red 100T 202T 350 | | |
| 139 | H2163 Report Package Red 100T 202T 350 | | |
| 140 | H2166 Report Package Red 100T 202T 350 | | |

| | | | |
|---|---|---|---|
| 141 | H2168 Report Package Red 100T 202T 350 | | |
| 142 | H2170 Report Package Red 100T 202T 350 | | |
| 143 | H2172 Report Package Red 100T 202T 350 | | |
| 144 | H2175 Report Package Red 100T 202T 350 | | |
| 145 | H2179 Report Package Red 100T 202T 350 | | |
| 146 | H2183 Report Package Red 100T 202T 350 | | |
| 147 | H2184 Report Package Red 100T 202T 350 | | |
| 148 | H2185 Report Package Red 100T 202T 350 | | |
| 149 | H2186 Report Package Red 100T 202T 350 | | |
| 150 | H2187 Report Package Red 100T 202T 350 | | |
| 151 | H2193 Report Package Red 100T 202T 350 | | |
| 152 | H2196 Report Package Red 100T 202T 350 | | |
| 153 | H2197 Report Package Red 100T 202T 350 | | |
| 154 | H2199 Report Package Red 100T 202T 350 | | |
| 155 | H2200 Report Package Red 100T 202T 350 | | |
| 156 | H2203 Report Package Red 100T 202T 350 | | |
| 157 | H2205 Report Package Red 100T 202T 350 | | |
| 158 | H2206 Report Package Red 100T 202T 350 | | |
| 159 | H2208 Report Package Red 100T 202T 350 | | |
| 160 | H2209 Report Package Red 100T 202T 350 | | |
| 161 | H2211 Report Package Red 100T 202T 350 | | |
| 162 | H2213 Report Package Red 100T 202T 350 | | |
| 163 | H2215 Report Package Red 100T 202T 350 | | |
| 164 | H2216 Report Package Red 100T 202T 350 | | |
| 165 | H2217 Report Package Red 100T 202T 350 | | |
| 166 | H2218 Report Package Red 100T 202T 350 | | |
| 167 | H2225 Report Package Red 100T 202T 350 | | |
| 168 | H2228 Report Package Red 100T 202T 350 | | |
| 169 | H2230 Report Package Red 100T 202T 350 | | |
| 170 | H2234 Report Package Red 100T 202T 350 | | |
| 171 | H2238 Report Package Red 100T 202T 350 | | |
| 172 | H2240 Report Package Red 100T 202T 350 | | |
| 173 | H2241 Report Package Red 100T 202T 350 | | |
| 174 | H2244 Report Package Red 100T 202T 350 | | |
| 175 | H2245 Report Package Red 100T 202T 350 | | |
| 176 | H2246 Report Package Red 100T 202T 350 | | |
| 177 | H2247 Report Package Red 100T 202T 350 | | |
| 178 | H2252 Report Package Red 100T 202T 350 | | |
| 179 | H2257 Report Package Red 100T 202T 350 | | |
| 180 | H2262 Report Package Red 100T 202T 350 | | |
| 181 | H2263 Report Package Red 100T 202T 350 | | |
| 182 | H2266 Report Package Red 100T 202T 350 | | |
| 183 | H2267 Report Package Red 100T 202T 350 | | |

| | | | |
|---|---|---|---|
| 184 | H2275 Report Package Red 100T 202T 350 | | |
| 185 | H2276 Report Package Red 100T 202T 350 | | |
| 186 | H2279 Report Package Red 100T 202T 350 | | |
| 187 | H2281 Report Package Red 100T 202T 350 | | |
| 188 | H2283 Report Package Red 100T 202T 350 | | |
| 189 | H2284 Report Package Red 100T 202T 350 | | |
| 190 | H2290 Report Package Red 100T 202T 350 | | |
| 191 | H2293 Report Package Red 100T 202T 350 | | |
| 192 | H2296 Report Package Red 100T 202T 350 | | |
| 193 | H2298 Report Package Red 100T 202T 350 | | |
| 194 | H2300 Report Package Red 100T 202T 350 | | |
| 195 | H2302 Report Package Red 100T 202T 350 | | |
| 196 | H2306 Report Package Red 100T 202T 350 | | |
| 197 | H2307 Report Package Red 100T 202T 350 | | |
| 198 | H2310 Report Package Red 100T 202T 350 | | |
| 199 | H2312 Report Package Red 100T 202T 350 | | |
| 200 | H2314 Report Package Red 100T 202T 350 | | |
| 201 | H2317 Report Package Red 100T 202T 350 | | |
| 202 | H2318 Report Package Red 100T 202T 350 | | |
| 203 | S2113 Report Package Red 100T 202T 350 | | |
| 204 | S2118 Report Package Red 100T 202T 350 | | |
| 205 | S2125 Report Package Red 100T 202T 350 | | |
| 206 | S2135 Report Package Red 100T 202T 350 | | |
| 207 | S2137 Report Package Red 100T 202T 350 | | |
| 208 | S2141 Report Package Red 100T 202T 350 | | |
| 209 | S2142 Report Package Red 100T 202T 350 | | |
| 210 | S2148 Report Package Red 100T 202T 350 | | |
| 211 | S2150 Report Package Red 100T 202T 350 | | |
| 212 | S2164 Report Package Red 100T 202T 350 | | |
| 213 | S2166 Report Package Red 100T 202T 350 | | |
| 214 | S2172 Report Package Red 100T 202T 350 | | |
| 215 | House Redistricting Committee Members Roster | | |
| 216 | House Redistricting Committee Notice of Public Hearing Apr 8 2021 | | |
| 217 | House Redistricting Committee Notice of Public Hearing May 1 2021 | | |
| 218 | House Redistricting Committee Notice of Public Hearing Jul 6 2021 | | |
| 219 | House Redistricting Committee Notice of Public Hearing Jul 7 2021 | | |
| 220 | House Redistricting Committee Notice of Public Hearing Sep 13 2021 | | |

| | | | |
|---|---|---|---|
| 221 | State Reps Morales and Fierro Ltr to Chair Hunter in support of PLANH2118 amendment to PLANH2101 | | |
| 222 | State Reps Rodriguez Howard Israel Hinojosa Goodwin Cole Ltr to Chair Hunter in support of PLANH2116 amendment to PLANH2101 | | |
| 223 | House Redistricting Committee Notice of Public Hearing Oct 4 2021 | | |
| 224 | House Redistricting Committee Notice of Public Hearing Oct 5 2021 | | |
| 225 | US Rep Al Green Ltr to House Redistricting Committee re CD9 | | |
| 226 | Oct 7 2021 Ltr US Rep Sheila Jackson Lee to Chairs Hunter and Huffman re CD18 | | |
| 227 | House Redistricting Committee Notice of Public Hearing Oct 13 2021 | | |
| 228 | Senate Redistricting Committee Notice of Public Hearing Jan 25 2021 | | |
| 229 | Senate Redistricting Committee Notice of Public Hearing Jan 6 2021 | | |
| 230 | Senate Redistricting Committee Notice of Public Hearing Jan 27 2021 | | |
| 231 | Senate Redistricting Committee Notice of Public Hearing Jan 28 2021 | | |
| 232 | Senate Redistricting Committee Notice of Public Hearing Jan 29 2021 | | |
| 233 | Senate Redistricting Committee Hearing Notice of Public Hearing Feb 2 2021 | | |
| 234 | Senate Redistricting Committee Notice of Public Hearing Feb 3 2021 | | |
| 235 | Senate Redistricting Committee Notice of Public Hearing Feb 4 2021 | | |
| 236 | Senate Redistricting Committee Hearing Notice Feb 12 2021 | | |
| 237 | Senate Redistricting Committee Notice of Public Hearing Mar 11 2021 | | |
| 238 | Senate Redistricting Committee Notice of Public Hearing Mar 12 2021 | | |
| 239 | Senate Redistricting Committee Notice of Public Hearing Mar 13 2021 | | |
| 240 | Senate Redistricting Committee Minutes Sep 24 2021 | | |
| 241 | Senate Redistricting Committee Minutes Sep 25 2021 | | |

| | | | |
|---|---|---|---|
| 242 | Senate Redistricting Committee Minutes Sep 28 2021 | | |
| 243 | Senate Redistricting Committee Minutes Sep 30 2021 | | |
| 244 | Senate Redistricting Committee Minutes Oct 4 2021 | | |
| 245 | Senate Redistricting Committee Minutes Oct 15 2021 | | |
| 246 | HB1 House Committee Report Summary of Committee Action Oct 4 2021 | | |
| 247 | HB1 House Research Organization bill analysis Oct 12 2021 | | |
| 248 | H2101 Report Package Red 100T 202T 350 | | |
| 249 | Texas Legislature Online Amendments for HB1 Legislative Session 87(3) | | |
| 250 | Texas Legislature Online House Prefiled Amendments May 16 2022 Legislative Session 87(3) | | |
| 251 | Engrossed Bill Text SB4 | | |
| 252 | SB4 House Redistricting Committee Report Bill Analysis | | |
| 253 | House Research Organization Bill Digest SB 4 Oct 15 2021 | | |
| 254 | Texas Legislature Online Amendments to SB 4 May 16 2022 | | |
| 255 | Texas Legislature Online Pre-filed Amendments to SB 4 | | |
| 256 | Conference Committee Report SB6 Oct 17 2021 | | |
| 257 | SB6 House Committee Report Summary of Committee Action Oct 13 2021 | | |
| 258 | House Research Organization Bill Digest SB 6 Oct 16 2021 | | |
| 259 | SB6 C2101 Report Package Red 100T 202T 350 | | |
| 260 | Texas Legislature Online List of Amendments to SB 6  May 17 2022 | | |
| 261 | Texas Legislature Online House Pre-filed Amendments to SB 6 May 17 2022 | | |
| 262 | SB7 House Committee Report Bill Analysis | | |
| 263 | House Committee Report Summary of Committee Action SB 7 Oct 11 2021 | | |
| 264 | House Research Organization Bill Digest Bill Analysis SB 7 | | |
| 265 | E2103 SB7 Senate Committee Report | | |
| 266 | Texas Legislature Online List of Amendments to SB 7 May 17 2022 | | |

10

| 267 | Texas Legislature Online House Pre-filed Amendments to SB 7 May 17 2022 | | |
|---|---|---|---|
| 268 | House Redistricting Committee Notice of Public Hearing Revision Apr 1 2021 | | |
| 269 | House Redistricting Committee Jul 7 2021 Hearing Agenda | | |
| 270 | House Redistricting Committee Notice of Public Hearing Jul 7 2021 | | |
| 271 | Maps Plans H358 S172 | | |
| 272 | House Redistricting Committee Notice of Public Hearing Jul 13 2021 | | |
| 273 | House Redistricting Committee Notice of Public Hearing Mar 18 2021 | | |
| 274 | House Redistricting Committee Notice of Public Hearing Revision Mar 18 2021 | | |
| 275 | House Redistricting Committee Notice of Public Hearing Apr 1 2021 | | |
| 276 | House Redistricting Committee Notice of Public Hearing Apr 8 2021 | | |
| 277 | House Redistricting Committee Notice of Public Hearing May 1 2021 | | |
| 278 | House Redistricting Committee Notice of Public Hearing Jul 6 2021 | | |
| 279 | House Redistricting Committee Notice of Public Hearing Jul 13 2021 | | |
| 280 | House Redistricting Committee Notice of Public Hearing Jul 17 2021 | | |
| 281 | House Redistricting Committee Notice of Public Hearing Sep 8 2021 | | |
| 282 | House Redistricting Committee Notice of Public Hearing Sep 15 2021 | | |
| 283 | House Redistricting Committee Notice of Public Hearing Sep 18 2021 | | |
| 284 | House Redistricting Committee Notice of Public Hearing Oct 4 2021 | | |
| 285 | House Redistricting Committee Notice of Public Hearing Oct 11 2021 | | |
| 286 | Aug 23 2021 Press Release by Texas House Democrats Regarding House Quorum | | |
| 287 | Redistricting Public Hearings Schedule Beckley Dep Ex 2 | | |
| 288 | H2119 Red 100T 202T 345 350 116 Beckley Dep Ex 6 | | |

| | | | |
|---|---|---|---|
| 289 | H2263 Red 100T 202T 345 350 116 Beckley Dep Ex 7 | | |
| 290 | Article Dozens attend the State of Black Community Forum in Killeen Buckley Dep Ex 4 | | |
| 291 | Liz Campos Tweet Sine Die 3rd Special Session Oct 19 2021 Campos Dep Ex 6 | | |
| 292 | H2228 Red 100T 202T 345 350 Campos Dep Ex 9 | | |
| 293 | H2276 Red 100T 202T 345 350 116 Campos Dep Ex 11 | | |
| 294 | Aug 23 2021 Press Release by Texas House Democrats Regarding House Quorum | | |
| 295 | Rep Canales Facebook Post Democratic Partisan Redistricting Efforts Sep 28 2018 Canales Dep Ex 21 | | |
| 296 | State District Courts Map Jan 2022 Canales Dep Ex 24 | | |
| 297 | Courts of Appeals Districts Map Sep 1 2005 Canales Dep Ex 26 | | |
| 298 | Administrative Judicial Regions Map Canales Dep Ex 27 | | |
| 299 | Mar 5 2022 Texas Tribune Article Regarding Increased Republican Turnout | | |
| 300 | Dec 20 2021 Texas Public Radio Article Regarding Changing Political Landscape in RGV | | |
| 301 | Jun 7 2021 NY Times Article Regarding Republican Mayoral Victories in Democratic Counties | | |
| 302 | Texas Election Results Special Election CD34 Canales Dep Ex 31 | | |
| 303 | Letter from Rio Grande Valley Delegation to Chair Hunter Oct 4 2021 accepting H2150 amendment to H2101 Canales Dep Ex 5 | | |
| 304 | H2235 Red 100T 116 Crockett Dep Ex K | | |
| 305 | 2021 Redistricting Guide TLC Foltz Dep Ex 6 | | |
| 306 | House Redistricting Committee Members Foltz Dep Ex 10 | | |
| 307 | H2276 Map Foltz Dep Ex 16 | | |
| 308 | H2276 Map Precincts Foltz Dep Ex 17 | | |
| 309 | House Redistricting Committee Notice of Public Hearing Revision Apr 1 2021 Garcia Dep Ex 8 | | |
| 310 | House Redistricting Committee Notice of Public Hearing Sep 8 2021 | | |
| 311 | Texas Election Results 2022 Republican Primary Results HD31 Guillen Dep Ex 14 | | |

| | | | |
|---|---|---|---|
| 312 | Senate Resolution No 4 Senate Rules of Procedure Redistricting Hancock Dep Ex 1 | | |
| 313 | Jun 13 2019 Texas Tribune Article Regarding Democratic Mobilization Against Republicans | | |
| 314 | Senate Redistricting Committee Minutes Sep 28 2021 Hancock Dep Ex 17 | | |
| 315 | NBC Article Texas Results Hint GOP Hispanic Gains May Endure Post-Trump Mar 11 2022 Herrero Dep Ex B | | |
| 316 | C2149 Red 100T 202T 345 350 116 Herrero Dep Ex J | | |
| 317 | E2119 Red 100T 202T 345 350 116 Huberty Dep Ex 3 | | |
| 318 | H2127 Red 100T 202T 345 350 116 Huberty Dep Ex 11 | | |
| 319 | House Redistricting Committee Hearings List Hunter Dep Ex 6 | | |
| 320 | C2195 Red 100T 202T 350 116 Hunter Dep Ex 34 | | |
| 321 | Map proposed CD23 Jackson Lee Dep Ex 23 | | |
| 322 | Map H2276 Districts 118 119 120 Jetton Dep Ex 10 | | |
| 323 | H2276 Red 116 Districts 118 119 120 Oct 12 2021 Jetton Dep Ex 25 | | |
| 324 | Sep 25 2021 Weekly Briefing Email from Rep Jetton to Tori Macfarlan on redistricting Jetton Dep Ex 31 | | |
| 325 | Map of Texas Counties West Texas Shading Landgraf Dep Ex 2 | | |
| 326 | Map State House Districts Deviation from Ideal District Population 2020 Census Landgraf Dep Ex 20 | | |
| 327 | Rep Lujan Flyer HD118 Special Election Lujan Dep Ex 10 | | |
| 328 | Nov 3 2021 Texas Tribune Article Regarding Flipping of San Antonio Area House Seat to a Republican | | |
| 329 | H2276 Red 202T Districts 118 119 120 Lujan Dep Ex 13 | | |
| 330 | Bexar Cty Delegation Sep 23 2021 Consensus Map Submission to Chair Hunter Fischer Dep Ex 15 | | |
| 331 | H2228 Red 100T 202T 345 350 116 Fischer Dep Ex 19 | | |
| 332 | H2276 Red 100T 202T 345 350 116 Fischer Dep Ex 21 | | |
| 333 | H2209 Red 100T 202T 345 350 116 Fischer Dep Ex 24 | | |

| | | | |
|---|---|---|---|
| 334 | Hearings Calendar Public Meetings on Redistricting Fischer Dep Ex 3 | | |
| 335 | Jul 14 2021 Texas Tribune Article Texans where's your Democratic lawmaker Meza Dep Ex 10 | | |
| 336 | H2228 Red 100T 202T 345 350 116 Minjarez Dep Ex J | | |
| 337 | C2194 Rep Minjarez Plan Highlighted List of Congressional Plans Minjarez Dep Ex O | | |
| 338 | Aug 20 2021 Texas Signal Article Quorum Restored in Texas House After String of Surprise Dem Defections Minjarez Dep Ex U | | |
| 339 | Rep Moody Feb 5 2021 Press Release Joe Moody Reappointed as House Speaker Pro Tempore Moody Dep Ex 14 | | |
| 340 | Jul 19 2021 Rep Murr Press Release Creating Consistency for Fair and Uniform Elections Murr Dep Ex 4 | | |
| 341 | Sep 21 2021 Email Chris Gober to Anna Mackin Sean Opperman Unified US House Map for Texas Murr Dep Ex 9 | | |
| 342 | Texas Election Results Nov 3 2020 General Election HD90 Romero Dep Ex 1 | | |
| 343 | Aug 19 2021 Instagram Post re Democrat quorum Romero Dep Ex 2 | | |
| 344 | H2101 Red 116 Romero Dep Ex 6 | | |
| 345 | Third Special Session Rep Thompson testimony Thompson Dep Ex 10 | | |
| 346 | H2187 Red 100T 202T 345 350 116 Thompson Dep Ex 4 | | |
| 347 | C2153 Red 100T 202T 345 350 116 Thompson Dep Ex 9 | | |
| 348 | H2110 Red 100T 202T 345 350 116 Turner Dep Ex 2 | | |
| 349 | H2187 Red 100T 202T 350 116 Walle Dep Ex 8 | | |
| 350 | Reform Austin Article Aug 24 2022 This is How Texas Democrats Lose Elections Wu Dep Ex 8 | | |
| 351 | TLC Director Jeffrey Archer Jul 21 2022 Declaration Archer Dep Ex 1 | | |
| 352 | C2195 Red 100T Cabrera Dep Ex 3 | | |
| 353 | Texas Legislature Online House Members 87th Legislature Cummings Dep Ex 2 | | |
| 354 | Houston City Council Members Cummings Dep Ex 7 | | |
| 355 | Harris County Elected Officials Cummings Dep Ex 8 | | |
| 356 | C2195 Red 100T 202T 350 116 Espino Dep Ex 4 | | |

14

| | | | |
|---|---|---|---|
| 357 | PBS News Hour Article Jun 22 2021 Gerrymandering Texas could help Republicans take back the House in 2022 George Dep Ex 7 | | |
| 358 | Texas Legislature Online Senate Member 87th Legislature Henderson Dep Ex 7 | | |
| 359 | Denton County Precinct Maps Hudspeth Dep Ex 8 | | |
| 360 | Denton County Precinct Maps Hudspeth Dep Ex 9 | | |
| 361 | C2195 Red 100T 202T 350 116 Morales Dep Ex 16 | | |
| 362 | Courts of Appeals Districts Map Sep 1 2005 Rodriguez Dep Ex 3 | | |
| 363 | Administrative Judicial Regions Map Rodriguez Dep Ex 5 | | |
| 364 | H2101 Red 100T 202T 350 Rodriguez Dep Ex 10 | | |
| 365 | 2018 Race Summary Report 2018 General Election Nov 6 2018 Secretary of State Rodriguez Dep Ex 19 | | |
| 366 | San Antonio Express-News No 7 2020 Article Commentary Dems must listen to Latinos to connect with them Saenz Dep Ex 7 | | |
| 367 | Webpage Arlington City Council Members Sutton Dep Ex 19 | | |
| 368 | Fort Worth Elected Officials Sutton Dep Ex 20 | | |
| 369 | VOA article Mar 5 2022 Republicans Make Headway in Texas' Booming Latino Communities Tijerina Dep Ex 7 | | |
| 370 | Politico Feb 7 2022 Article The GOP is gaining among Texas Hispanics. Women are leading the charge.  Tijerina Dep Ex 8 | | |
| 371 | Google maps screenshot DFW Area Valenzuela Dep Ex 3 | | |
| 372 | Bell Cty Meet the District Attorney Henry Garza VanArsdale Dep Ex G | | |
| 373 | Killeen ISD Board Members VanArsdale Dep Ex L | | |
| 374 | Map SD10 ACS Racial Population Change Est. Pop. Change 2009-13 & 2014-18 Brooks Plfs PI Ex 10 | | |
| 375 | Sean Opperman Sep 17 2021 Reply Email to Garry Jones re drafting maps without racial data Brooks Plfs PI Ex 12 | | |
| 376 | Senate Redistricting Committee Sep 24 2021 Hearing Agency Written Testimony Brooks Plfs PI Ex 16 | | |
| 377 | Letter Sen Powell to Sen Huffman Oct 30 2019 Brooks Plfs PI Ex No 3 | | |
| 378 | RA 350 Report Senate Incumbents POWBS2018 Brooks Plfs PI Ex 81 | | |

| | | | |
|---|---|---|---|
| 379 | Map Senate Districts Alternative Plan 3 POWBS2019 Brooks Plfs PI Ex 84 | | |
| 380 | SD10 ACS Maps Baseline Deviation from Ideal with Racial Data Brooks Plfs PI Ex 9 | | |
| 381 | Potter Presentation to Senate Redistricting Committee Oct 29 2019 Brooks Plfs PI Ex 104 | | |
| 382 | SD10 Electoral History - 2002 to 2018 STATE PI 000078 | | |
| 383 | SD10 General Election 2002 to 2018 STATE PI 000081 | | |
| 384 | Senate Population Deviation Map STATE PI 000211 | | |
| 385 | Governor Abbott Proclamation Third Called Session STATE PI 000213 | | |
| 386 | US Census Bureau Redistricting Data STATE PI 000217 | | |
| 387 | Examples of the Senate Adopting Plans Offered by Democratic Senators STATE PI 001228 | | |
| 388 | Senate Redistricting Committee Hearing Notices and Attachments STATE PI 001245 | | |
| 389 | House Redistricting Committee Hearing Notice and Attachments STATE PI 001262 | | |
| 390 | Cancelled House Redistricting Committee Hearings STATE PI 001272 | | |
| 391 | Selected Images from the Summer 2021 Quorum Break STATE PI 001283 | | |
| 392 | EI Voting Analysis S2100 2012 to 2020 STATE I 001333 | | |
| 393 | EI Voting Analysis SD10 2014 Democratic Primary STATE PI 001345 | | |
| 394 | SD31 Electoral History 2014 and 2018 STATE PI 001348 | | |
| 395 | HD 90 Electoral History 1996 to 2020 STATE PI 001353 | | |
| 396 | CD33 Electoral History 2012 to 2020 STATE PI 001383 | | |
| 397 | North Texas Partisan Shading Map S2100 STATE PI 000008 | | |
| 398 | Jan 22 2019 Texas Tribune article STATE PI 001397 | | |
| 399 | Texas Tribune Article Jun 4 2021 STATE PI 001402 | | |
| 400 | Texas Tribune Article Sep 21 2021 STATE PI 001406 | | |
| 401 | Amarillo Pioneer Article Oct 20 2021 STATE PI 001423 | | |
| 402 | SD31 Analysis STATE PI 001426 | | |

| 403 | SD9 Analysis STATE PI 001434 | | |
| 404 | SD9 Electoral History STATE PI 001441 | | |
| 405 | Texas Secretary of State Election Advisory 2021-14 STATE PI 001454 | | |
| 406 | Texas Secretary of State Election Advisory 2021-18 STATE PI 001459 | | |
| 407 | SD10 Change in Partisan Population Map STATE PI 000010 | | |
| 408 | Texas Secretary of State Election Advisory 2021-23 STATE PI 001510 | | |
| 409 | Texas Secretary of State Important Election Dates STATE PI 001570 | | |
| 410 | Dec 6 2021 Declaration of Director of Elections Keith Ingram STATE PI 001580 | | |
| 411 | Dec 20 2021 Declaration of County Judge David Blackbun STATE PI 001588 | | |
| 412 | Jan 18 2022 Declaration of Collin County Elections Administrator Bruce Sherbet STATE PI 001594 | | |
| 413 | Jan 18 2022 Declaration of Kendall County Elections Administrator Staci Decker STATE PI 001600 | | |
| 414 | Comparison of S2100 and S2168 Performance of SD10 in Statewide Elections 2012 to 2020 STATE PI 000013 | | |
| 415 | Election Analysis S2100 2012 General Election STATE PI 000016 | | |
| 416 | Jan 1 2022 Tarrant County County Commissioner Precinct 1 Voting Precincts Map | | |
| 417 | Plan Overlap Population Analysis Plan S2168 Compared with PlanS2100 2020 General Election Cortina Dep Ex C | | |
| 418 | Senate Districts POWBS2020 Compared with PlanS2168 Cortina Dep Ex D | | |
| 419 | Senate Districts POWB2020 Compared with PLANS2100 Cortina Dep Ex E | | |
| 420 | 2020 Election Data POWBS2020 Cortina Dep Ex G | | |
| 421 | Examples of the Senate adopting plans offered by Democratic Senators S2120 S2126 S2139 S2167 Cortina Dep Ex K | | |
| 422 | Dec 6 2018 CNN Article Latest House Results Confirm 2018 wasn't a Blue Wave. It was a Blue Tsunami Powell Dep Ex 2 | | |
| 423 | Election Results 2002 to 2018 North Central Texas Powell Dep Ex 3 | | |

| | | | |
|---|---|---|---|
| 424 | Austin American Statesman Article Jan 24 2019 Patrick criticizes Seliger's attitude, lack of teamwork | | |
| 425 | Oct 7 2021 Texas Tribune Article Regarding Seliger Reelection Bid | | |
| 426 | The Back Mic Article Analyzing the 2021 Texas Legislature's Conservation to Liberal Rankings Jun 18 2021 | | |
| 427 | Texas Tribune Jun 16 2021 Article Analysis The 2021 Texas Senate from left to right | | |
| 428 | Amarillo Pioneer Article Oct 20 2021 ECF 102-1 | | |
| 429 | TLC Redistricting Dates of Interest Timeline | | |
| 430 | Texas Tribune article Jan 22 2019 ECF 102-1 | | |
| 431 | 2014 Republican Primary Election SD31 ECF 102-1 | | |
| 432 | 2018 Republican Party Primary Election SD31 ECF 102-1 | | |
| 433 | Declaration of Collin Cty Elections Administrator Bruce Sherbet Dec 6 2021 | | |
| 434 | Texas Secretary of State Election Advisory No 2021-18 | | |
| 435 | House Redistricting Committee Notice of Public Hearing Jul 7 2021 Turner Ex 3 | | |
| 436 | House Redistricting Committee cancellation notice public hearing Jul 13 2021 Turner Ex 4 | | |
| 437 | Rep Turner Tweet Aug 6 2021 Turner Ex 5 | | |
| 438 | Rep Turner Aug 9 2021 Tweet Turner Ex 6 | | |
| 439 | SD10 Electoral History 2002 to 2018 Turner Ex 8 | | |
| 440 | Texas Secretary of State Election Advisory No. 2021-18 | | |
| 441 | Texas Secretary of State Election Advisory 2021-23 | | |
| 442 | SB13 87th Legislature Second Called Session | | |
| 443 | American Political Science Review Article The Geography of Racially Polarized Voting | | |
| 444 | Texas Politics Project Trends in Latino attitudes in Texas foreshadowed Trump's gains in 2024 Grumbach Dep Ex 5 | | |
| 445 | Ballotpedia Statewide Races Results 2018 to 2022 Grumback Dep Ex 7 | | |
| 446 | Presidential and Senate Elections 2024 Grumback Dep Ed 6 | | |
| 447 | PBS Transcript No 13 2024 Exploring why more Latinos voted for Trump and what it means for future elections Grumbach Dep Ex 4 | | |

| | | | |
|---|---|---|---|
| 448 | Presidential election 2024 Gubernatorial election 2022 Results Grumbach Dep Ex 8 | | |
| 449 | Court of Criminal Appeals Place 7 2024 ballotpedia election results and google search results Grumback Dep Ex 9 | | |
| 450 | Ballotpedia Endogenous Elections CD15 HD 37 HD115 SD27 Results Grumback Dep Ex 10 | | |
| 451 | District Viewer Senate Plans List Morales Apr 22 2025 Dep Ex 10 | | |
| 452 | District Viewer House Plans List Morales Apr 22 2025 Dep Ex 15 | | |
| 453 | District Viewer Congressional Plan List Morales Apr 22 2025 Dep Ex 20 | | |
| 454 | Zoom C2197 Google Maps Railroad Tracks Morales Apr 22 2025 Dep Ex 24 | | |
| 455 | Map C2195 Zoom Railroad Tracks Morales Apr 22 2025 Dep Ex 27 | | |
| 456 | C2195 Google Maps Zoom Railroad Tracks Morales Apr 22 2025 Dep Ex 28 | | |
| 457 | CD15 Wikipedia Historical Election Results Rush Dep Ex 10 | | |
| 458 | Wikipedia Election History SD27 Rush Dep Ex 12 | | |
| 459 | Biography Rep Janie Lopez Rush Dep Ex 14 | | |
| 460 | Rush Old Curriculum Vitae Rush Dep Ex 3 | | |
| 461 | Texas Public Radio Article Nov 6 2024 Republican John Lujan is reelected in close Texas House District 118 race Rush Dep Ex 9 | | |
| 462 | Office of Secretary of State Race Summary Report 2018 Republican Party Primary Election SD31 ECF 102-1 | | |
| 463 | Office of the Secretary of State Race Summary Report 2014 Republican Party Primary Election SD31 ECF 102-1 | | |
| 464 | Amarillo Pioneer article Oct 20 2021 ECF 102-1 | | |
| 465 | Index and Exhibits to State Defs Opposition to Brooks Plfs Motion for PI ECF 102-1 | | |
| 466 | Email Jan 14 2022 Kel Seliger to Eric Opiela fwd Beverly Powell state filing link | | |
| 467 | Austin American Statesman Jan 24 2019 Article Patrick criticizes Seliger's attitude, lack of teamwork | | |
| 468 | June 16 2021 Texas Tribune Article Analysis The 2021 Texas Senate, from left to right | | |
| 469 | Redistricting Dates of Interest Timeline TLC | | |

| | | | |
|---|---|---|---|
| 470 | Office of the Secretary of State Race Summary Report 2018 Republican Party Primary Election SD31 ECF 102-1 | | |
| 471 | Office of the Secretary of State Race Summary Report 2014 Republican Party Primary Election SD31 ECF 102-1 | | |
| 472 | Austin American Statesman Jan 24 2019 Article Patrick criticizes Seliger's attitude, lack of teamwork | | |
| 473 | Redistricting Dates of Interest Timeline TLC | | |
| 474 | CD18 Sheila Jackson Lee 2022 General Election Results | | |
| 475 | CD30 Jasmine Crockett 2022 General Election Results | | |
| 476 | CD9 Al Green 2022 General Election Results | | |
| 477 | CD 30 Jasmine Crockett 2022 Primary Election Results | | |
| 478 | CD18 Sheila Jackson lee 2022 Primary Election Results | | |
| 479 | CD9 Al Green 2022 Primary Election Results | | |
| 480 | CD18 Sylvester Turner 2024 General Election Results | | |
| 481 | CD30 Jasmine Crockett 2024 General Election Results | | |
| 482 | CD9 Al Green 2024 General Election Results | | |
| 483 | CD18 Sheila Jackson Lee 2024 Primary Election Results | | |
| 484 | CD30 Jasmine Crockett 2024 Primary Election Results | | |
| 485 | CD9 Al Green 2024 Primary Election Results | | |
| 486 | HD145 Christina Morales 2022 General Election Results | | |
| 487 | HD74 Eddie Morales 2022 General Election Results | | |
| 488 | HD75 Mary Gonzalez 2024 General Election Results | | |
| 489 | HD148 Penny Morales Shaw 2022 General Election Results | | |
| 490 | HD103 Rafael Anchia 2022 General Election Results | | |
| 491 | HD74 Eddie Morales 2022 Primary Election Results | | |
| 492 | HD103 Rafael Anchia 2022 Primary Election Results | | |
| 493 | HD140 Armando Walle 2022 Primary Election Results | | |

20

| | | | |
|---|---|---|---|
| 494 | HD145 Christina Morales 2022 Primary Election Results | | |
| 495 | HD148 Penny Morales Shaw 2022 Primary Election Results | | |
| 496 | HD45 Erin Zwiener 2022 Primary Election Results | | |
| 497 | HD75 Mary Gonzalez 2022 Primary Election Results | | |
| 498 | HD77 Lina Ortega 2022 Primary Election Results | | |
| 499 | HD78 Joe Moody 2022 Primary Election Results | | |
| 500 | HD79 Claudia Ordaz Perez 2022 Primary Election Results | | |
| 501 | HD80 Tracy O King 2022 Primary Election Results | | |
| 502 | HD90 Ramon Rivera 2022 Primary Election Results | | |
| 503 | HD77 Vince Perez 2024 General Election Results | | |
| 504 | HD103 Rafael Anchia 2024 General Election Results | | |
| 505 | HD140 Armando Walle 2024 General Election Results | | |
| 506 | HD145 Christina Morales 2024 General Elections Results | | |
| 507 | HD148 Penny Morales Shaw 2024 General Election Results | | |
| 508 | HD74 Eddie Morales 2024 General Election Results | | |
| 509 | HD75 Mary Gonzalez 2024 General Election Results | | |
| 510 | HD78 Joe Moody 2024 General Election Results | | |
| 511 | HD79 Claudia Ordaz 2024 General Election Results | | |
| 512 | HD90 Ramon Romero 2024 General Election Results | | |
| 513 | HD140 Armando Walle 2024 Primary Election Results | | |
| 514 | HD103 Rafael Anchia 2024 Primary Election Results | | |
| 515 | HD145 Christina Morales 2024 Primary Election Results | | |
| 516 | HD148 Penny Morales Shaw 2024 Primary Election Results | | |
| 517 | HD74 Eddie Morales 2024 Primary Election Results | | |
| 518 | HD75 Mary Gonzalez 2024 Primary Election Results | | |
| 519 | HD77 Vince Perez 2024 Primary Election Results | | |
| 520 | HD78 Joe Moody 2024 Primary Election Results | | |
| 521 | HD79 Claudia Ordaz 2024 Primary Election Results | | |

| | | | |
|---|---|---|---|
| 522 | HD90 Ramon Romero 2024 Primary Election Results | | |
| 523 | Dec 9 2022 Science Advances Article Addressing census data problems | | |
| 524 | Politico Article Apr 9 2025 Donald Trump wins Texas Barreto Dep Ex | | |
| 525 | Politico Article Apr 9 2025 Ted Cruz wins Texas Senate seat Barreto Dep Ex | | |
| 526 | Congressional Districts Deviation from Ideal District Size | | |
| 527 | EX. 2 to Saenz Depo<br>Data Re Texas Native-Born Citizens Age 25 to 54 by Race/Ethnic Group, 2019 | | |
| 528 | EX. 5 to Saenz Depo, Article in Mexican American Civil Rights Institute's "Brown Papers" | | |

Date: May 21, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov

Respectfully submitted,

*/s/ William D. Wassdorf*
RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Texas Bar No. 24118415

WILLIAM D. WASSDORF
Associate Deputy AG for Civil Litigation
Texas Bar No. 24103022

COUNSEL FOR STATE DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on May 21, 2025.

*/s/ William D. Wassdorf*
WILLIAM D. WASSDORF
Associate Deputy AG for Civil Litigation