IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* §§§§§ | | |
| *Plaintiffs,* § | Case No. 3:21-cv-00259 | |
| V. § | [Lead Case] | |
| GREG ABBOTT, *et al.*, §§§ | | |
| *Defendants.* §§ | | |
| TEXAS STATE CONFERENCE OF THE NAACP, §§§ | | |
| *Plaintiff,* § | Case No. 1:21-cv-01006 | |
| V. §§ | [Consolidated Case] | |
| GREG ABBOTT, *et al.*, §§§ | | |
| *Defendants.* §§ | | |

**PLAINTIFF TEXAS NAACP'S FIRST AMENDED EXHIBIT LIST**

Plaintiff Texas NAACP respectfully submits its First Amended Exhibit List attached as Exhibit A. Texas NAACP reserves the right to further amend and supplement its exhibit list.

Texas NAACP reserves the right to introduce in evidence any documents identified by Defendants or any other plaintiff in their Pre-Trial Disclosures and to introduce additional documents as rebuttal or impeachment evidence. Texas NAACP's list of trial exhibits may include documents that are the subject of one or more pending motions. Texas NAACP reserves the right to amend its list of trial exhibits based on the outcome of those pending motions.

Texas NAACP's list of trial exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to trial.

Dated: May 21, 2025

        Respectfully submitted,

        */s/ Lindsey B. Cohan*
        Lindsey B. Cohan
        Texas Bar No. 24083903
        DECHERT LLP
        515 Congress Avenue, Suite 1400
        Austin, TX 78701
        (512) 394-3000
        *lindsey.cohan@dechert.com*

        David Rollins-Boyd*
        Jennifer Nwachukwu*
        Jeremy Lewis*
        LAWYERS' COMMITTEE FOR
        CIVIL RIGHTS UNDER LAW
        1500 K Street, Suite 900
        Washington, DC 20005
        (202) 662-8600
        *drollins-boyd@lawyerscommittee.org*
        *jnwachukwu@lawyerscommittee.org*
        *jlewis@lawyerscommittee.org*

        Neil Steiner*
        DECHERT LLP
        1095 Avenue of the Americas
        New York, NY 10036
        (212) 698-3822
        *neil.steiner@dechert.com*

        Robert Notzon
        Texas Bar No. 00797934
        THE LAW OFFICE OF ROBERT NOTZON
        1502 West Avenue
        Austin, Texas 78701
        (512) 474-7563
        *robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims
related to Texas state senate and state house
plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*aashton@naacpnet.org*

Janette M. Louard
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted *pro hac vice*.

*ATTORNEYS FOR THE TEXAS STATE
CONFERENCE OF NAACP*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing and all attachments were filed and served on counsel of record via the Court's electronic filing system on May 21, 2025.

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
*Counsel for Plaintiff Texas NAACP*
