IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

**PLAINTIFFS' SECOND AMENDED JOINT NOTICE OF FIRST WEEK WITNESS LIST AND NOTICE OF SECOND WEEK WITNESS LIST**

Plaintiffs hereby jointly file the following second amended list of witnesses expected to be called during the first week of trial pursuant to the Court's Pretrial Scheduling Order (Dkt. 880). The witness list specifies the sequence in which these witnesses will testify on a daily basis. The parties reserve the right to amend or supplement this list based on the progression of trial and any rulings by the Court.

| **May 21** | Salvador Espino |
| | Candace Valenzuela |
| | Domingo Garcia |
| | Cesar Espinosa |
| | Angelica Razo |
| | Diana Martinez Alexander |
| **May 22** | Rogelio Saenz |

|         | Joey Cardenas |
|         | Devan Allen |
|         | Jeff Travillion |
| **May 23** | Garry Jones |
|         | Congresswoman Jasmine Crockett |
|         | Leo Pacheco |
|         | Ina Minjarez |
|         | Kristian Carranza |
| **May 24** | Dr. Andres Tijerina |

Plaintiffs further jointly file the following list of witnesses expected to be called during the second week of trial pursuant to the Court's Pretrial Scheduling Order (Dkt. 880). The witness list specifies the sequence in which these witnesses will testify on a daily basis. The parties reserve the right to amend or supplement this list based on the progression of trial and any rulings by the Court.

| **May 27** | Congressman Al Green |
|         | Bishop James Dixon |
|         | Richard Murray |
|         | Dr. Bernard Fraga |
| **May 28** | Dr. J. Morgan Kousser |
|         | Dr. Stephen Ansolabehere |
|         | Dr. Allan Lichtman |
| **May 29** | Dr. Allan Lichtman, continued (if needed) |

2

|         | Jeannette Martinez        |
|         | Maida Guillen             |
|         | Linda Lewis               |
| May 30  | Dr. Matt Barreto          |
|         | Monica Munoz Martinez     |
| May 31  | Agustin Loredo            |
|         | Dr. Moon Duchin           |

Date: May 22, 2025                    Respectfully submitted,

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
Nina Perales
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
nperales@maldef.org

**For Gonzales Plaintiffs:**

*/s/ David R. Fox*
David R. Fox*
Elias Law Group
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law

**For MALC Plaintiffs:**

*/s/ George (Tex) Quesada*
George (Tex) Quesada
Sommerman, Mcaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461

3

(214) 720-0720
quesada@textrial.com

**For Plaintiff Texas NAACP:**

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
Chad W. Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

**For Plaintiff-Intervenors**:

*/s/ Gary Bledsoe*
Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, TX78723
(512) 322-992
gbledsoe@thebledsoelawfirm.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically filed a true and correct copy of the above and foregoing via the Court's electronic filing system on the 22nd day of May 2025.

*/s/ Sonni Waknin*
Sonni Waknin
