**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] |

**LULAC PLAINTIFFS' AMENDED EXHIBIT LIST**

Plaintiffs LULAC, *et al.*, ("LULAC Plaintiffs") respectfully file the following Amended Exhibit List. LULAC Plaintiffs reserve the right to further amend and supplement this exhibit list based on the progression of trial and any rulings by the Court.

| LULAC PLAINTIFFS' EXHIBIT NO. | DESCRIPTION |
|---|---|
| PL_LULAC 1 | Expert Report of Dr. Bernard Fraga, dated March 31, 2025 |
| PL_LULAC 2 | Supplemental Expert Report on the Socioeconomic Characteristics of the Latino Population in Texas of Dr. Rogelio Saenz, dated March 31, 2025 |
| PL_LULAC 3 | Expert Report on the Socioeconomic Characteristics of the Latino Population in Texas of Dr. Rogelio Saenz, dated May 20, 2022 |

| PL_LULAC 4 | Expert Report of Dr. Andrés Tijerina, dated May 20, 2022 |
|---|---|
| PL_LULAC 5 | Texas Demographic Center, Demographic Trends and Characteristics: Texas and the Hispanic Population, August 29, 2023 |
| PL_LULAC 6 | [FORTHCOMING Bexar County Elections, Precinct Results, HD118, 2018 General Election] |
| PL_LULAC 7 | Bexar County Elections, Precinct Results, HD118, 2020 General Election |
| PL_LULAC 8 | Bexar County Elections, Precinct Results, HD118, November 2, 2021 Runoff Election |
| PL_LULAC 9 | Bexar County Elections, Precinct Results, HD118, 2022 General Election |
| PL_LULAC 10 | Bexar County Elections, Precinct Results, HD118, 2024 General Election |
| PL_LULAC 11 | [FORTHCOMING Demonstrative Map, Precinct Results, HD118, 2018 General Election] |
| PL_LULAC 12 | Demonstrative Map, Precinct Results, HD118, 2020 General Election |
| PL_LULAC 13 | Demonstrative Map, Precinct Results, HD118, November 2, 2021 Runoff Election |
| PL_LULAC 14 | [FORTHCOMING Demonstrative Map, Precinct Results, HD118, 2022 General Election] |
| PL_LULAC 15 | [FORTHCOMING Demonstrative Map, Precinct Results, HD118, 2024 General Election] |

| | |
|---|---|
| PL_LULAC 16 | [FORTHCOMING TLC, Precinct SSTO, HD118, 2018 General Election] |
| PL_LULAC 17 | [FORTHCOMING TLC, Precinct SSTO, HD118, 2020 General Election] |
| PL_LULAC 18 | [FORTHCOMING TLC, Precinct SSTO, HD118, November 2, 2021 Runoff Election] |
| PL_LULAC 19 | [FORTHCOMING TLC, Precinct SSTO, HD118, 2022 General Election] |
| PL_LULAC 20 | [FORTHCOMING TLC, Precinct SSTO, HD118, 2024 General Election] |
| PL_LULAC 21 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, 2018 General Election] |
| PL_LULAC 22 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, 2020 General Election] |
| PL_LULAC 23 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, November 2, 2021 Runoff Election] |
| PL_LULAC 24 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, 2022 General Election] |
| PL_LULAC 25 | [FORTHCOMING Demonstrative Map, Precinct SSTO, HD118, 2024 General Election] |
| PL_LULAC 26 | Map, Bexar County Independent School Districts |
| PL_LULAC 27 | Demonstrative Map, Bexar County House districts in H2100 and H2316 |

| | |
|---|---|
| PL_LULAC 28 | Demonstrative Map, State House District 118 in H2100 and H2316 |
| PL_LULAC 29 | City of Houston, Super Neighborhoods Map |
| PL_LULAC 30 | John Lujan Deposition Exhibits 2-20 |
| PL_LULAC 31 | Brooks Landgraf Deposition Exhibits 2, 4, 16-17, 22-23 |
| PL_LULAC_32 | Map, Original Tom Green County, 1874 |
| PL_LULAC_33 [OR PL_BROOKS_226] | Expert Report of Dr. Tye Rush, dated March 31, 2025 |
| Pl_LULAC_34 [OR PL_BROOKS_227] | Dr. Tye Rush CV |
| PL_LULAC 35 | Texas HD118 In-and-Out Map |
| PL_LULAC 36 | U.S. Census County Population Change 2010 to 2020, Select Counties |
| PL_LULAC 37 | Texas Demographic Center, Redistricting Data for Texas Counties 2000-2020 |
| PL_LULAC 38 | Demonstrative Exhibit – WTX State House Population Deviations in H2316 |
| PL_LULAC 39 | 10.11.21 Letter: Bexar County Delegation of Support for H2230 by State House Representative Bernal |
| PL_LULAC 40 | Standing Declaration of Plaintiff David Lopez |
| PL_LULAC 41 | FILED UNDER SEAL – Associational Standing Organization Membership Chart |

4

| PL_LULAC 42 | FILED UNDER SEAL – Standing Declaration of LULAC Member F |
|---|---|
| PL_LULAC 43 | FILED UNDER SEAL – Standing Declaration of LULAC Member G |
| PL_LULAC 44 | FILED UNDER SEAL – Standing Declaration of LULAC Member H |
| PL_LULAC 45 | FILED UNDER SEAL – Standing Declaration of LULAC Member I |
| PL_LULAC 46 | FILED UNDER SEAL – Standing Declaration of LULAC Member J |
| PL_LULAC 47 | FILED UNDER SEAL – Standing Declaration of LULAC Member K |
| PL_LULAC 48 | FILED UNDER SEAL – Standing Declaration of LULAC Member N |
| PL_LULAC 49 | FILED UNDER SEAL – Standing Declaration of LULAC Member O |
| PL_LULAC 50 | FILED UNDER SEAL – Standing Declaration of MABA Member A |
| PL_LULAC 51 | FILED UNDER SEAL – Standing Declaration of MABA Member B |
| PL_LULAC 52 | FILED UNDER SEAL – Standing Declaration of MABA Member D |
| PL_LULAC 53 | FILED UNDER SEAL – Standing Declaration of TX HOPE Member A |

| | |
|---|---|
| PL_LULAC 54 | FILED UNDER SEAL – Standing Declaration of TX HOPE Member B |
| PL_LULAC 55 | FILED UNDER SEAL – Standing Declaration of TALAS Member A |
| PL_LULAC 56 | FILED UNDER SEAL – Standing Declaration of RITA Member A |
| PL_LULAC 57 | FILED UNDER SEAL – Standing Declaration of RITA Member B |
| PL_LULAC 58 | FILED UNDER SEAL – Standing Declaration of RITA Member C |
| PL_LULAC 59 | FILED UNDER SEAL – Standing Declaration of RITA Member D |
| PL_LULAC 60 | Letter from Ralph Boyd, U.S. Assistant Attorney General, to Geoffrey Connor, Acting Secretary of State, dated November 16, 2021 |
| PL_LULAC 61 | Brady, Texas, park sign, dated 1930 |
| PL_LULAC 62 | Lanier High School Photo, dated 1947 |
| PL_LULAC 63 | Austin History Center, Austin Projects Photos |
| PL_LULAC 64 | Hidalgo County Pass, dated October 5, 1915 |
| PL_LULAC 65 | Photo, Mexican shanties near Dump |
| PL_LULAC 66 | Photo, Mexican children |
| PL_LULAC 67 | Photo, Lyndon Johnson with his class at the "Mexican" school |

| | |
|---|---|
| PL_LULAC 68 | Map, City of San Antonio Registered Neighborhood Associations, dated March 21, 2025 |
| PL_LULAC 69 | Texas Legislative Council Map, Texas House Districts 82nd Legislative Session with Deviation from 2010 Ideal District Population, dated February 17, 2011 |
| PL_LULAC 70 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2014 General Election, dated March 17, 2025 |
| PL_LULAC 71 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2016 General Election, dated March 17, 2025 |
| PL_LULAC 72 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2018 General Election, dated March 17, 2025 |
| PL_LULAC 73 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2020 General Election, dated March 17, 2025 |
| PL_LULAC 74 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2022 General Election, dated March 17, 2025 |
| PL_LULAC 75 | Texas Legislative Council RED-710 Report, County Population, Voter Registration, and Turnout Analysis for All Counties, 2024 General Election, dated March 17, 2025 |
| PL_LULAC 76 | Texas Legislative Council RED-100 Report, District Population Analysis with County Subtotals, House Districts – Plan H414, dated June 13, 2019 |
| PL_LULAC 77 | Texas Legislative Council RED-100 Report, District Population Analysis with County Subtotals, House Districts – Plan H100, dated February 22, 2011 |

| | |
|---|---|
| PL_LULAC 78 | Enrolled House Bill 1, 87th Legislature Third Special Session |
| PL_LULAC 79 | Proclamation by Governor Abbott Calling Third Special Session of the 87th Legislature, dated September 7, 2021 |
| PL_LULAC 80 | Texas Legislature Online, History for House Bill 1, 87th Legislature Third Special Session |
| PL_LULAC 81 | C2200 LULAC Demonstrative Congressional Plan Map Packet |
| PL_LULAC 82 | MABA San Antonio Voter Registration Post, Dated September 17, 2024 |
| PL_LULAC 83 | MABA San Antonio Voter Intimidation Post, Dated: November 4, 2024 |
| PL_LULAC 84 | MABA Adelfa Reyna Call to Help GOTV Post, Dated September 9, 2020 |
| PL_LULAC 85 | Mexican American Bar Association of Dallas Voter Registration Training Post, Dated August 23, 2019 |
| PL_LULAC 86 | MABA San Antonio Against a Judicial Appointment System that Takes the Right to Vote for Judges Away From the Community Post, Dated September 22, 2020 |
| PL_LULAC 87 | Tu Voto Es Tu Voz Post, Dated: September 10, 2020 |
| PL_LULAC 88 | Interview with TALAS Executive Director on Advancing Latino Leaders and Learners in Texas |
| PL_LULAC 89 | TALAS Executive Director Dr. Stan Paz Quote Post, Dated October 19, 2021 |
| PL_LULAC 90 | TALAS El Paso Legislative Updates by Raise Your Hand Texas Post, Dated Feb 22, 2025 |
| PL_LULAC 91 | MABA San Antonio Vote Against Judicial Appointment System, Dated September 17, 2020 |
| PL_LULAC 92 | BNHR Adelante Together Campaign, Dec. 2, 2020 |

| | |
|---|---|
| PL_LULAC 93 | Reform Immigration for Texas Alliance (RITA) GOTV post, Dated: November 4, 2014 |
| PL_LULAC 94 | Reform Immigration for Texas Alliance, Exercise Your Right to Vote, Post, Dated: October 13, 2020 |
| PL_LULAC 95 | Reform Immigration for Texas Alliance, "Am I Registered?" Post, Dated: October 27, 2018 |
| PL_LULAC 96 | Reform Immigration for Texas Alliance "#latism" Post, Dated: April 24, 2012 |
| PL_LULAC 97 | July 24, 2021 Dallas Supports the #Quorumbusters Event |
| PL_LULAC 98 | LULAC Demonstrative Exhibit 1, PLANC2200 |
| PL_LULAC 99 | LULAC Demonstrative Exhibit 2, PLANC2200 |
| PL_LULAC 100 | LULAC Demonstrative Exhibit 3, PLANC2200 |
| PL_LULAC 101 | LULAC Demonstrative Exhibit 4, PLANC2200 |
| PL_LULAC 102 | LULAC Demonstrative Exhibit 5, PLANC2200 |
| PL_LULAC 103 | LULAC Demonstrative Exhibit 6, PLANC2200 |
| PL_LULAC 104 | LULAC Demonstrative Exhibit 7, CD 6 |
| PL_LULAC 105 | LULAC Demonstrative Exhibit 8, PLANC2200 |
| PL_LULAC 106 | LULAC Demonstrative Exhibit 9, CD 6 & CD 32 |
| PL_LULAC 107 | LULAC Demonstrative Exhibit 10, PLANC2200 |
| PL_LULAC 108 | LULAC Demonstrative Exhibit 11, CD 6, CD30, & CD 32 |

| | |
|---|---|
| PL_LULAC 109 | LULAC Demonstrative Exhibit 12, PLANC2200 |
| PL_LULAC 110 | LULAC Demonstrative Exhibit 13, PLANC2200 |
| PL_LULAC 111 | LULAC Demonstrative Exhibit 14, PLANC2200 |
| PL_LULAC 112 | LULAC Demonstrative Exhibit 15, PLANC2200 |
| PL_LULAC 113 | LULAC Demonstrative Exhibit 16, PLANC2200 |
| PL_LULAC 114 | LULAC Demonstrative Exhibit 17, PLANC2200 |
| PL_LULAC 115 | LULAC Demonstrative Exhibit 18, PLANC2200 |
| PL_LULAC 116 | LULAC Demonstrative Exhibit 19, PLANH2316 |
| PL_LULAC 117 | LULAC Demonstrative Exhibit 20, PLANH2326 |
| PL_LULAC 118 | LULAC Demonstrative Exhibit 21, PLANC2193 |
| PL_LULAC 119 | LULAC Demonstrative Exhibit 22, PLANC2200 |
| PL_LULAC 120 | LULAC Demonstrative Exhibit 23, PLANC2200 |
| PL_LULAC 121 | LULAC Demonstrative Exhibit 24, PLANC2200 |
| PL_LULAC 122 | LULAC Demonstrative Exhibit 25, PLANC2200 |
| PL_LULAC 123 | LULAC Demonstrative Exhibit 26, PLANC2200 |
| PL_LULAC 124 | LULAC Demonstrative Exhibit 27, PLANC2200 |

| | |
|---|---|
| PL_LULAC 125 | LULAC Demonstrative Exhibit 28, PLANC2200 |
| PL_LULAC 126 | LULAC Demonstrative Exhibit 29, PLANC2200 |
| PL_LULAC 127 | LULAC Demonstrative Exhibit 30, PLANC2200 |
| PL_LULAC 128 | LULAC Demonstrative Exhibit 31, PLANH2326 |
| PL_LULAC 129 | LULAC Demonstrative Exhibit 32, PLANH2326 |
| PL_LULAC 130 | LULAC Demonstrative Exhibit 33, |
| PL_LULAC 131 | LULAC Demonstrative Exhibit 34, La Fiesta Market |
| PL_LULAC 132 | LULAC Demonstrative Exhibit 35, Heb |
| PL_LULAC 133 | LULAC Demonstrative Exhibit 36, El Rancho Supermercado |
| PL_LULAC 134 | LULAC Demonstrative Exhibit 37, PLANC2200 |
| PL_LULAC 135 | LULAC Demonstrative Exhibit 38, PLANC2200 |
| PL_LULAC 136 | LULAC Demonstrative Exhibit 39, PLANC2200 |
| PL_LULAC 137 | LULAC Demonstrative Exhibit 40, PLANH2326 |
| PL_LULAC 138 | LULAC Demonstrative Exhibit 41, PLANC2200 |
| PL_LULAC 139 | LULAC Demonstrative Exhibit 42, PLANH2326 |
| PL_LULAC 140 | LULAC Demonstrative Exhibit 43, PLANC2200 |

| | |
|---|---|
| PL_LULAC 141 | LULAC Demonstrative Exhibit 44, Campaign Flyer |
| PL_LULAC 142 | LULAC Demonstrative Exhibit 45, Harlandale ISD |
| PL_LULAC 143 | LULAC Demonstrative Exhibit 46, PLANH2326 |
| PL_LULAC 144 | LULAC Demonstrative Exhibit 47, PLANH2326 |
| PL_LULAC 145 | LULAC Demonstrative Exhibit 48, PLANH2326 |
| PL_LULAC 146 | LULAC Demonstrative Exhibit 49, PLANH2326 |
| PL_LULAC 147 | House Redistricting Bill Text_Enrolled |
| PL_LULAC 148 | Governor Proclamation |
| PL_LULAC 149 | HB 187(3) TLO Bill History |
| PL_LULAC 150 | Adam Foltz Salary Texas Tribune Government Salaries |
| PL_LULAC 151 | Plan H2100_HD118_SSVR_SSTO |
| PL_LULAC 152 | Plan H2101_HD118_SSVR_SSTO |
| PL_LULAC 153 | Plan H2156_HD118_SSVR_SSTO |
| PL_LULAC 154 | Plan H2176_HD118_SSVR_SSTO |
| PL_LULAC 155 | PlanH2104_HD118_SSVR_SSTO |
| PL_LULAC 156 | Plan H2228_HD118_SSVR_SSTO |
| PL_LULAC 157 | Plan H2230_HD118_SSVR_SSTO |

| | |
|---|---|
| PL_LULAC 158 | Plan H2276_HD118_SSVR_SSTO |
| PL_LULAC 159 | H2316_HD118_SSVR_SSTO |
| PL_LULAC 160 | H2316_HD118_Harlandale Cuts |

Date: May 23, 2025

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 23th day of May 2025.

*/s/ Nina Perales*
Nina Perales
