IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | Case No. 3:21-cv-00259-DCG-JES-JVV [Lead Case] <br><br> & <br><br> All Consolidated Cases |

**STATE DEFENDANTS' NOTICE OF WITHDRAWAL OF OBJECTIONS**

Defendants Greg Abbott, in his official capacity as Governor of Texas; Jane Nelson in her official capacity as Secretary of State of Texas; Dave Nelson, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, "State Defendants") file this Notice of Withdrawal of Objections.

On May 16, 2025, State Defendants filed a Notice with the Court containing counter-designations and objections to Plaintiffs' deposition designations. ECF Nos. 996, 996-1. It has come to State Defendants attention that State Defendants withdrew certain objections made on the basis of legislative privilege during the November 2, 2023 deposition of Adam Kincaid in his capacity as a representative of the National Republican Redistricting Trust (NRRT). As a result, State Defendants would inform the Court that they hereby withdraw the objections asserted in their May 16, 2025 filing (ECF No. 996-1) related to Mr. Kincaid's NRRT deposition insofar as those objections were withdrawn prior to Plaintiffs' designations. State Defendants maintain all other objections to the extent they were not previously withdrawn by agreement of the parties.

1

Date: May 23, 2025May 23, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
william.wassdorf@oag.texas.gov
david.bryant@oag.texas.gov
zachary.rhines@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
ali.thorburn@oag.texas.gov
kyle.tebo@oag.texas.gov
mark.csoros@oag.texas.gov

Respectfully submitted,

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Texas Bar No. 24118415

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Texas Bar No. 24103022

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
Texas Bar No. 24116957

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

ALI M. THORBURN
Assistant Attorney General
Texas Bar No. 24125064

KYLE S. TEBO
Special Counsel
Texas Bar No. 24137691

MARK A. CSOROS
Assistant Attorney General
Texas Bar No. 24142814

COUNSEL FOR STATE DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on May 23, 2025, a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF).

*Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel