IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br>&<br>All Consolidated Cases |

## LULAC PLAINTIFFS' DEMONSTRATIVES AND CORRESPONDING LULAC EXHIBIT NUMBERS

Plaintiffs LULAC, *et al.*, ("LULAC Plaintiffs") respectfully file the following chart reflecting LULAC's Demonstrative Exhibits 1 through 49 and their corresponding LULAC Exhibit Numbers in compliance with the Court's request during the May 23, 2025 morning trial session.

| Demonstrative Exhibit Number | LULAC Exhibit Number | Description |
|---|---|---|
| 1 | PL_LULAC 98 | PLANC2200 |
| 2 | PL_LULAC 99 | PLANC2200 |
| 3 | PL_LULAC 100 | PLANC2200 |
| 4 | PL_LULAC 101 | PLANC2200 |
| 5 | PL_LULAC 102 | PLANC2200 |
| 6 | PL_LULAC 103 | PLANC2200 |
| 7 | PL_LULAC 104 | CD 6 |
| 8 | PL_LULAC 105 | PLANC2200 |
| 9 | PL_LULAC 106 | CD 6 & CD 32 |
| 10 | PL_LULAC 107 | PLANC2200 |
| 11 | PL_LULAC 108 | CD 6, CD 30, & CD 32 |
| 12 | PL_LULAC 109 | PLANC2200 |
| 13 | PL_LULAC 110 | PLANC2200 |

| 14 | PL_LULAC 111 | PLANC2200 |
|---|---|---|
| 15 | PL_LULAC 112 | PLANC2200 |
| 16 | PL_LULAC 113 | PLANC2200 |
| 17 | PL_LULAC 114 | PLANC2200 |
| 18 | PL_LULAC 115 | PLANC2200 |
| 19 | PL_LULAC 116 | PLANH2316 |
| 20 | PL_LULAC 117 | PLANH2326 |
| 21 | PL_LULAC 118 | PLANC2193 |
| 22 | PL_LULAC 119 | PLANC2200 |
| 23 | PL_LULAC 120 | PLANC2200 |
| 24 | PL_LULAC 121 | PLANC2200 |
| 25 | PL_LULAC 122 | PLANC2200 |
| 26 | PL_LULAC 123 | PLANC2200 |
| 27 | PL_LULAC 124 | PLANC2200 |
| 28 | PL_LULAC 125 | PLANC2200 |
| 29 | PL_LULAC 126 | PLANC2200 |
| 30 | PL_LULAC 127 | PLANC2200 |
| 31 | PL_LULAC 128 | PLANH2326 |
| 32 | PL_LULAC 129 | PLANH2326 |
| 33 | PL_LULAC 130 | PLANH2326 |
| 34 | PL_LULAC 131 | La Fiesta Market |
| 35 | PL_LULAC 132 | Heb |
| 36 | PL_LULAC 133 | El Rancho Supermercado |
| 37 | PL_LULAC 134 | PLANC2200 |
| 38 | PL_LULAC 135 | PLANC2200 |
| 39 | PL_LULAC 136 | PLANC2200 |
| 40 | PL_LULAC 137 | PLANH2326 |
| 41 | PL_LULAC 138 | PLANC2200 |
| 42 | PL_LULAC 139 | PLANH2326 |
| 43 | PL_LULAC 140 | PLANC2200 |
| 45 | PL_LULAC 142 | Harlandale ISD |
| 46 | PL_LULAC 143 | PLANH2326 |
| 47 | PL_LULAC 144 | PLANH2326 |
| 48 | PL_LULAC 145 | PLANH2326 |
| 49 | PL_LULAC 146 | PLANH2326 |

Dated: May 24, 2025						Respectfully submitted

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 11th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno*
Mexican American Legal Defense and Educational Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC  20036
(202) 293-2828
Asenteno@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org


*Admitted *pro hac vice*
*Counsel for LULAC Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 24th day of May 2025.

*/s/ Nina Perales*
Nina Perales