UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**League of United Latin American** §
**Citizens, etal.** §
vs. § NO: EP:21-CV-00259-DCG
 §
**Greg Abbott, etal.** §

# BENCH TRIAL EXHIBITS 5-27-2025

| Exhibit | Description | Admitted |
|---|---|---|
| Intervenors 10 | Guide to 2021 Redistricting in Texas | 5-27-2025 |
| LULAC 161 | Fraga - Curriculum Vitae | 5-27-2025 |
| LULAC 162 | Fraga Table A1 - November 2022 Voter Turnout | 5-27-2025 |
| LULAC 163 | Fraga Table A2 - November 2024 Voter Turnout | 5-27-2025 |
| LULAC 1 | Dr. Fraga Export Report - 3-31-2025 | 5-27-2025 |
| LULAC 7 | Bexar County Precinct Results 11-3-2020 | 5-27-2025 |
| LULAC 8 | Runoff Precinct Report - 11-2-2021 | 5-27-2025 |
| LULAC 9 | Bexar County Precinct Results 11-8-2022 | 5-27-2025 |
| LULAC 10 | Bexar County Official Precinct Report 11-5-2024 | 5-27-2025 |
| LULAC 12 | Pacheco VC Map W/ Precinct Lines - Results 2020 | 5-27-2025 |
| LULAC 13 | Ramirez VC Map W/Precinct Lines - Results 2021 | 5-27-2025 |
| LULAC 27 | Bexar County Comparison 2100/2316 | 5-27-2025 |
| LULAC 28 | HD118 Comparison 2100/2316 | 5-27-2025 |
| LULAC 35 | In and Out Maps - HD118 / H2100 / H2326 Changes | 5-27-2025 |
| LULAC 36 | 2010 & 2020 U.S. Census Pop.Change - Select Counties | 5-27-2025 |
| LULAC 37 | 2000-2020 TX Counties Redistricting Data | 5-27-2025 |
| LULAC 38 | H2316 St. House Pop. Deviations WDTX - Demo Exh. | 5-27-2025 |
| LULAC 39 | Letter - Bexar Co. Delegation Support 10-11-2021 | 5-27-2025 |
| LULAC 68 | San Antonio Neighborhood Associations 3-21-2025 | 5-27-2025 |

| | | |
|---|---|---|
| LULAC 69 | TX House Pop. Deviation PLAN H100 2010 Census | 5-27-2025 |
| LULAC 70 | TX County Pop., Voter Registration & Turnout 2014 | 5-27-2025 |
| LULAC 71 | TX County Pop., Voter Registration & Turnout 2016 | 5-27-2025 |
| LULAC 72 | TX County Pop., Voter Registration & Turnout 2018 | 5-27-2025 |
| LULAC 73 | TX County Pop., Voter Registration & Turnout 2020 | 5-27-2025 |
| LULAC 74 | TX County Pop., Voter Registration & Turnout 2022 | 5-27-2025 |
| LULAC 75 | TX County Pop., Voter Registration & Turnout 2024 | 5-27-2025 |
| LULAC 76 | House Dist Pop. Analysis PLAN H414 | 5-27-2025 |
| LULAC 77 | House Dist Pop. Analysis PLAN H100 | 5-27-2025 |
| LULAC 78 | Texas H.B.1 PLAN2316 | 5-27-2025 |
| LULAC 79 | Procalmation Calling 3rd Special Session 9-7-2021 | 5-27-2025 |
| LULAC 80 | Texas Legislature Online History - HB1 | 5-27-2025 |
| LULAC 81 | TX District Pop. Analysis PLANC2200 | 5-27-2025 |
| LULAC 105 | LULAC Demo Exhibit 8 - PLANC2200 | 5-27-2025 |
| LULAC 107 | LULAC Demo Exhibit 10 - PLANC2200 | 5-27-2025 |
| LULAC 109 | LULAC Demo Exhibit 12 - PLANC2200 | 5-27-2025 |
| LULAC 110 | LULAC Demo Exhibit 13 - PLANC2200 | 5-27-2025 |
| LULAC 111 | LULAC Demo Exhibit 14 - PLANC2200 | 5-27-2025 |
| LULAC 114 | LULAC Demo Exhibit 17 - PLANC2200 | 5-27-2025 |
| LULAC 127 | LULAC Demo Exhibit 30 - PLANC2200 | 5-27-2025 |
| LULAC 128 | LULAC Demo Exhibit 31 - PLANH2326 | 5-27-2025 |
| LULAC 129 | LULAC Demo Exhibit 32 - PLANH2326 | 5-27-2025 |
| LULAC 130 | LULAC Demo Exhibit 33 - PLANH2326 | 5-27-2025 |
| LULAC 131 | LULAC Demo Exhibit 34 - Map Search La Fiesta Market | 5-27-2025 |
| LULAC 132 | LULAC Demo Exhibit 35 - Map Search H-E-B | 5-27-2025 |
| LULAC 133 | LULAC Demo Exhibit 36 - Map Search El Rancho Super | 5-27-2025 |
| LULAC 134 | LULAC Demo Exhibit 37 - PLANC2200 | 5-27-2025 |
| LULAC 135 | LULAC Demo Exhibit 38 - PLANC2200 | 5-27-2025 |
| LULAC 136 | LULAC Demo Exhibit 39 - PLANC2200 | 5-27-2025 |

| | | |
|---|---|---|
| LULAC 137 | LULAC Demo Exhibit 40 - PLANH2326 | 5-27-2025 |
| LULAC 138 | LULAC Demo Exhibit 41 - PLANC2200 | 5-27-2025 |
| LULAC 139 | LULAC Demo Exhibit 42 - PLANH2326 | 5-27-2025 |
| LULAC 140 | LULAC Demo Exhibit 43 - PLANC2200 | 5-27-2025 |
| LULAC 142 | LULAC Demo Exhibit 45 - Harlandale ISD School Sites | 5-27-2025 |
| LULAC 143 | LULAC Demo Exhibit 46 - PLANH2326 | 5-27-2025 |
| LULAC 144 | LULAC Demo Exhibit 47 - PLANH2326 | 5-27-2025 |
| LULAC 145 | LULAC Demo Exhibit 48 - PLANH2326 | 5-27-2025 |
| LULAC 146 | LULAC Demo Exhibit 49 - PLANH2326 | 5-27-2025 |
| LULAC 147 | Texas H.B.1  PLAN2316 (Enrolled Version) | 5-27-2025 |
| LULAC 148 | Procalmation Calling 3rd Special Session 9-7-2021 | 5-27-2025 |
| LULAC 149 | Texas Legislature Online History - HB1 | 5-27-2025 |
| LULAC 150 | Adam Foltz - TX Tribune Govt Salaries Explorer | 5-27-2025 |
| LULAC 151 | HD 118 - PLANH2100 | 5-27-2025 |
| LULAC 152 | HD 118 - PLANH2101 | 5-27-2025 |
| LULAC 153 | HD 118 - PLANH2156 | 5-27-2025 |
| LULAC 154 | HD 118 - PLANH2176 | 5-27-2025 |
| LULAC 155 | HD 118 - PLANH2104 | 5-27-2025 |
| LULAC 156 | HD 118 - PLANH2228 | 5-27-2025 |
| LULAC 157 | HD 118 - PLANH2230 | 5-27-2025 |
| LULAC 158 | HD 118 - PLANH2276 | 5-27-2025 |
| LULAC 159 | HD 118 - PLANH2316 | 5-27-2025 |
| LULAC 160 | HD 118- Harlandale Cuts PLANH2316 | 5-27-2025 |
| MALC 14 | Dr. J. Morgan Kousser - Expert Report & CV | 5-27-2025 |
| MALC 15 | Rebuttal Export Report Dr. Kousser - 8-8-2022 | 5-27-2025 |
| Gonzalez 6 | Dr. Ansolabehere - Expert Report 5-20-2022 | 5-27-2025 |
| Gonzalez 7 | Dr. Ansolabehere - Supplemental Export Report 6-13-22 | 5-27-2025 |
| Gonzalez 8 | Dr. Ansolabehere - Rebuttal Report 7-27-2022 | 5-27-2025 |
| Gonzalez 9 | Dr. Ansolabehere - 2nd Supplemental Report 3-31-2025 | 5-27-2025 |

| | | |
|---|---|---|
| Gonzalez 10 | Dr. Ansolabehere-Addendum to 2nd Supp Report 4-28-25 | 5-27-2025 |
| | | |
| | | |
| | | |

| **Exhibit** | **Description** | **Withdrawn** |
|---|---|---|
| Intervenors 8 | 2011 Redistricting Guidelines | 5-27-2025 |
| | | |