**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., | Civil Action |
| Plaintiffs, | |
| v. | Lead Case No.: |
| GREG ABBOTT, et al., | 3:21-CV-00259-DCG-JES-JVB |
| Defendants. | |

## CONSOLIDATED PLAINTIFFS' AMENDED OBJECTIONS TO DEFENDANTS' EXHIBITS

Plaintiffs and Plaintiff-Intervenors in the above-captioned consolidated action ("Plaintiffs") respectfully submit the following amended objections to Defendants' exhibits. This list is amended to address Defendants' Exhibits 526 through 543, which were identified by Defendants since their initial Exhibit List was filed on May 2, 2025 (ECF No. 940).

Per Federal Rule of Civil Procedure 26(a)(3)(B), Plaintiffs reserve their right to object to any exhibit based on relevance under Federal Rule of Evidence 402, or any basis under Federal Rule of Evidence 403. Plaintiffs reserve the right to revise or supplement these objections within a reasonable time before trial or due to newly received information. Plaintiffs also reserve the right to object to any demonstratives or exhibits improperly used for impeachment.

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 001 | Initial Expert Report of John R. Alford, Ph.D. | Hearsay, FRE 802 (unless testifying) |
| 002 | Dr. Alford's Rebuttal Report | Hearsay, FRE 802 (unless testifying) |
| 003 | 2022 0718 Alford Report Texas.pdf | Hearsay, FRE 802 (unless testifying) |
| 004 | Alford Report Texas March 31 2025.pdf | Hearsay, FRE 802 (unless testifying) |
| 005 | 2025 0416 Alford Report Texas.pdf | Hearsay, FRE 802 (unless testifying) |
| 006 | Dr. Alford's CV | Hearsay, FRE 802 (unless testifying) |
| 007 | Alford CV March 2025 consulting.pdf | Hearsay, FRE 802 (unless testifying) |
| 008 | 2022 0723 Expert report of Sean Trende.pdf | Hearsay, FRE 802 (unless testifying) |
| 009 | Dr. Sean Trende Supplemental Expert Report Apr 1, 2025.pdf | Hearsay, FRE 802 (unless testifying) |
| 010 | 2025 0417 Trende Suppl-Reply Expert Report.pdf | Hearsay, FRE 802 (unless testifying) |
| 011 | Rep. Kay Granger 9/30/21 statement in support of SB6 | Hearsay, FRE 802 |
| 012 | Congressman Written Testimony in Support of Map | Hearsay, FRE 802 |
| 013 | Congressman Carter Written Test in Support | Hearsay, FRE 802 |
| 014 | Congressman written test. in support | Hearsay, FRE 802 |
| 015 | Congressman Gonzalez written test. in support | Hearsay, FRE 802 |
| 016 | Rep. Ronny Jackson written test in support | Hearsay, FRE 802 |
| 017 | Senate Special Committee on Redistricting: Regional Hearing Dates and Focus Areas | |
| 018 | Huffman letter RE: participation/interpreter | Hearsay, FRE 802 |
| 019 | Rep. Roy written testimony in support | Hearsay, FRE 802 |
| 020 | Senate Research Center 09/27/2021 Letter to Senate Special Committee on Redistricting re Redistricting Hearing on 09/24/2021 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 021 | Senate Research Center 09/29/2021 Letter to Senate Special Committee on Redistricting re Redistricting Hearing 09/28/2021 | |
| 022 | Email Correspondence from Sean Opperman to Stephanie Swanson re Sen. Huffman Letter | Hearsay, FRE 802 |
| 023 | Huffman letter to LWVT RE: participation | Hearsay, FRE 802 |
| 024 | Huffman letter to Rivera RE: participation/notice | Hearsay, FRE 802 |
| 025 | Email Correspondence from Sean Opperman re Sen. Huffman Letter | Hearsay, FRE 802 |
| 026 | Email from Opperman to Ashley Cheng re: helping witnesses videoconference in for testimony | Hearsay, FRE 802 |
| 027 | Congressman Brady written statement in support | Hearsay, FRE 802 |
| 028 | Rep. McCaul written testimony in support | Hearsay, FRE 802 |
| 029 | Congressman Williams written test. in support | Hearsay, FRE 802 |
| 030 | Opperman and Perales email thread RE SB 6 | Hearsay, FRE 802 |
| 031 | Statements in support of SB 6 by 11 congress people | Hearsay, FRE 802 |
| 032 | Opperman and Joaquin Gonzalez email exchange | Hearsay, FRE 802 |
| 033 | Huffman to Gonzalez RE: transparency/participation | Hearsay, FRE 802 |
| 034 | Communications between Opperman and Joaquin Gonzalez | Hearsay, FRE 802 |
| 035 | Letter of Sen. Huffman announcing public portal | |
| 036 | Opperman FWD Huffman email to LWVTX RE: participation | Hearsay, FRE 802 |
| 037 | Sen. Huffman's office promoting Fair Maps' hosted meeting taking public testimony | Hearsay, FRE 802 |
| 038 | Senate Special Committee on Redistricting Tentative Regional Hearing Dates and Focus Areas Jan. 2021 | |
| 039 | Opperman to Cheng RE: participation/translation | Hearsay, FRE 802 |
| 040 | Opperman To Rivera RE: participation/translation | Hearsay, FRE 802 |
| 041 | Email between Sean Opperman and Sarah Becker | Hearsay, FRE 802 |
| 042 | Emails between Sean Opperman and Stephanie Swanson | Hearsay, FRE 802 |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 043 | Sean Opperman forwarding Census data just released | |
| 044 | Senate Committee (Huffman) announcement Census Data | Hearsay, FRE 802 |
| 045 | Email from Opperman to Bledsoe RE hearing test/participation | Hearsay, FRE 802 |
| 046 | Email from Opperman to Perales RE hearing test/participation | Hearsay, FRE 802 |
| 047 | Email from Opperman to Murray RE hearing test/participation | Hearsay, FRE 802 |
| 048 | Email from Opperman to Garcia RE hearing test/participation | Hearsay, FRE 802 |
| 049 | Email from Opperman to Oler RE hearing test/participation | Hearsay, FRE 802 |
| 050 | Email b/w Sean Opperman and Ashley Cheng | Hearsay, FRE 802 |
| 051 | Email from Sean Opperman to LULAC RE SB 6 | Hearsay, FRE 802 |
| 052 | Opperman to Michael Li RE SB 6 hearing/participation | Hearsay, FRE 802 |
| 053 | Letter from Congressman John Carter in support of SB6. | Hearsay, FRE 802 |
| 054 | Letter from Congressman Randy Weber in support of SB6. | Hearsay, FRE 802 |
| 055 | Public Testimony by Zoom Instructions | Relevance FRE 401/402, Hearsay 802 |
| 056 | Notification of regional public testimony hearings in spanish | |
| 057 | Regional hearing public posting notice | |
| 058 | Agenda Senate Rd Committee regional hearing. Dr Potter testifying. 2/4/21 | |
| 059 | Senate redistricting committee September 2021 regional public input hearings schedule | |
| 060 | Letter from Sen. Huffman's office to Miguel Rivera | Hearsay, FRE 802 |
| 061 | Sean Opperman email to Stephanie Swanson, Joaquin Gonzalez and Matthew Simpson re: regional hearing dates and focus areas | Hearsay, FRE 802 |

4

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 062 | Letter from Sen. Huffman's office to Miguel Rivera | Hearsay, FRE 802 |
| 063 | Senate Rd Committee announcement letter on regional hearings 1/21/21 | |
| 064 | Portal public posting notice in Spanish inviting public comment | |
| 065 | TLC Redistricting Timeline (fwd-looking) | Hearsay, FRE 802; Foundation, FRE 602 |
| 066 | Nina Perales' Witness Registration Card | Hearsay, FRE 802; Foundation, FRE 602 |
| 067 | Letter of Rep. Hunter soliciting House members' redistricting proposals | Hearsay, FRE 802 |
| 068 | Sep. 30, 2021 Ltr. from Rep. Johnson to Chair Hunter re CD30 | Hearsay, FRE 802 |
| 069 | March 1st, 2022 primary election calendar. | |
| 070 | Notice to High School Principals Re: Voter Registration | |
| 071 | SOS Election Handout in Spanish | |
| 072 | SOS Election Handout in English | |
| 073 | SOS Email to High School Principals RE: Voter Registration | |
| 074 | Notice to High School Students or Employees Registering to Vote in English and Spanish | |
| 075 | Order form High School Voter Registration Applications | |
| 076 | Texas Administrative Code Re Directive for High School Deputy Registrars | |
| 077 | Congressman Brady to Hunter letter in support | Hearsay, FRE 802 |
| 078 | 10/12/2011: Email from Rep. Cochran | |
| 079 | Bexar Cnty. House Delegation letter support PlanH2230 | |
| 080 | Gov. Proclamation 9/7/21 Redist Special Session | |
| 081 | Gov. Proclamation 8/5/21 Redist Special Session | |
| 082 | April 1, 2021 House Comm. Agenda | |
| 083 | April 20, 2021 House Comm. Agenda | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 084 | Sep. 13, 2021 House Comm. Agenda | |
| 085 | Tx Redistricting Legal Requirements | |
| 086 | Summary of Texas Redistricting Process TLC | |
| 087 | Oct. 15, 2021 House Agenda | |
| 088 | Prefiled Senate Committee Amendments SB4 Plans S2103, S2108, S2112, S2113, S2117, S2119, S2120, S2120, S2121, S2122, S2126 | |
| 089 | Open Letter of Brian Birdwell "Senate Redistricting Committee Seeks Public Input" | Hearsay, FRE 802 |
| 090 | Incoming Correspondence Report 01/26/2021 | |
| 091 | Sep. 2021 Senate Comm. Public Hearings | |
| 092 | Senate Comm. Report - SB6 | |
| 093 | Senate RD Committee Hearing Notice 10/29/2019 | |
| 094 | Dist. Pop. Analysis - Plan C2102 | |
| 095 | C2104 report package | |
| 096 | C2105 report package | |
| 097 | Dist. Pop. Analysis - Plan C2106 | |
| 098 | C2107 report package | |
| 099 | C2108 report package | |
| 100 | C2109 Capitol Data Portal report package | |
| 101 | Report package | |
| 102 | Report package | |
| 103 | Report package | |
| 104 | Dist. Pop. Analysis - Plan C2133 | |
| 105 | Dist. Pop. Analysis - Plan C2139 | |
| 106 | C2141 report package | |
| 107 | Report package | |
| 108 | Report package | |
| 109 | Dist. Pop. Analysis - Plan C2175 | |
| 110 | Report package | |
| 111 | Dist. Pop. Analysis - Plan E2109 | |
| 112 | E2111 report package | |
| 113 | E2112 report package | |
| 114 | Dist. Pop. Analysis - Plan E2113 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 115 | Report package | |
| 116 | Report package | |
| 117 | H2103 report package | |
| 118 | Dist. Pop. Analysis - Plan H2104 | |
| 119 | Dist. Pop. Analysis - Plan H2107 | |
| 120 | Dist. Pop. Analysis - Plan H2109 | |
| 121 | Dist. Pop. Analysis - Plan H2110 | |
| 122 | H2112 report package | |
| 123 | Dist. Pop. Analysis - Plan H2115 | |
| 124 | Dist. Pop. Analysis - Plan H2119 | |
| 125 | Dist. Pop. Analysis - Plan H2127 | |
| 126 | H2130 report package | |
| 127 | Dist. Pop. Analysis - Plan H2132 | |
| 128 | H2135 report package | |
| 129 | Dist. Pop. Analysis - Plan H2137 | |
| 130 | H2138 report package | |
| 131 | Dist. Pop. Analysis - Plan H2140 | |
| 132 | Dist. Pop. Analysis - H2142 | |
| 133 | Dist. Pop. Analysis - Plan H2143 | |
| 134 | Dist. Pop. Analysis - Plan H2149 | |
| 135 | Dist. Pop. Analysis - Plan H2153 | |
| 136 | Red-100T district population analysis with county subtotals | |
| 137 | Red-100T county subtotals | |
| 138 | H2161 report package | |
| 139 | H2163 report package | |
| 140 | Dist. Pop. Analysis - Plan H2166 | |
| 141 | Capitol Data Portal H2168 report package | |
| 142 | Capitol Data Portal H2170 report package | |
| 143 | Dist. Pop. Analysis - Plan H2172 | |
| 144 | Dist. Pop. Analysis - Plan H2175 | |
| 145 | Dist. Pop. Analysis - Plan H2179 | |
| 146 | Dist. Pop. Analysis - Plan H2813 | |
| 147 | Dist. Pop. Analysis - Plan H2184 | |
| 148 | Report package | |
| 149 | Dist. Pop. Analysis - Plan H2186 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 150 | Dist. Pop. Analysis - Plan H2187 | |
| 151 | Dist. Pop. Analysis - Plan H2193 | |
| 152 | Dist. Pop. Analysis - Plan H2196 | |
| 153 | Dist. Pop. Analysis - Plan H2197 | |
| 154 | Capitol Data Portal H2199 report package | |
| 155 | Dist. Pop. Analysis - Plan H2200 | |
| 156 | Dist. Pop. Analysis - Plan H2203 | |
| 157 | Dist. Pop. Analysis - Plan H2205 | |
| 158 | Dist. Pop. Analysis - Plan H2206 | |
| 159 | Dist. Pop. Analysis - Plan H2208 | |
| 160 | Dist. Pop. Analysis - Plan H2209 | |
| 161 | Dist. Pop. Analysis - Plan H2211 | |
| 162 | Dist. Pop. Analysis - Plan H2213 | |
| 163 | Dist. Pop. Analysis - Plan H2215 | |
| 164 | Dist. Pop. Analysis - Plan H2216 | |
| 165 | Dist. Pop. Analysis - Plan H2217 | |
| 166 | Dist. Pop. Analysis - Plan H2218 | |
| 167 | Dist. Pop. Analysis - Plan H2225 | |
| 168 | Dist. Pop. Analysis - Plan H2228 | |
| 169 | Dist. Pop. Analysis -  Plan H2230 | |
| 170 | Dist. Pop. Analysis - Plan H2234 | |
| 171 | Dist. Pop. Analysis - Plan H2238 | |
| 172 | Dist. Pop. Analysis - Plan H2240 | |
| 173 | Dist. Pop. Analysis - Plan H2241 | |
| 174 | Dist. Pop. Analysis - Plan H2244 | |
| 175 | Dist. Pop. Analysis - Plan H2245 | |
| 176 | Dist. Pop. Analysis - Plan H2246 | |
| 177 | Dist. Pop. Analysis - Plan H2247 | |
| 178 | Dist. Pop. Analysis - Plan H2252 | |
| 179 | Dist. Pop. Analysis - Plan H2257 | |
| 180 | Dist. Pop. Analysis - Plan H2262 | |
| 181 | Dist. Pop. Analysis - Plan H2263 | |
| 182 | Dist. Pop. Analysis - Plan H2266 | |
| 183 | Dist. Pop. Analysis - Plan H2267 | |
| 184 | Dist. Pop. Analysis - Plan H2275 | |
| 185 | Dist. Pop. Analysis - Plan H2276 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 186 | Dist. Pop. Analysis - Plan H2279 | |
| 187 | Dist. Pop. Analysis - Plan H2281 | |
| 188 | Dist. Pop. Analysis - Plan H2283 | |
| 189 | Dist. Pop. Analysis - Plan H2284 | |
| 190 | report package | |
| 191 | Dist. Pop. Analysis - Plan H2293 | |
| 192 | Dist. Pop. Analysis - Plan H2296 | |
| 193 | Dist. Pop. Analysis - Plan H2298 | |
| 194 | Dist. Pop. Analysis - Plan H2300 | |
| 195 | Report package | |
| 196 | Dist. Pop. Analysis - Plan H2306 | |
| 197 | Dist. Pop. Analysis - Plan H2307 | |
| 198 | Dist. Pop. Analysis - Plan H2310 | |
| 199 | Dist. Pop. Analysis - Plan H2312 | |
| 200 | Dist. Pop. Analysis - Plan H2314 | |
| 201 | Pop. and Voter Data - Plan H2317 | |
| 202 | Dist. Pop. Analysis - Plan H2318 | |
| 203 | Capitol Data Portal S2113 report package | |
| 204 | Dist. Pop. Analysis - Plan S2118 | |
| 205 | Dist. Pop. Analysis - Plan S2125 | |
| 206 | S2134 Capitol Data Portal report package | |
| 207 | Report package | |
| 208 | Dist. Pop. Analysis - Plan S2141 | |
| 209 | Dist. Pop. Analysis - Plan S2142 | |
| 210 | Dist. Pop. Analysis - Plan S2148 | |
| 211 | Report package | |
| 212 | Dist. Pop. Analysis - Plan S2164 | |
| 213 | Red-100T district population analysis with county subtotals | |
| 214 | S2172 Capitol Data Portal report package | |
| 215 | House Redistricting Committee Members Roster | |
| 216 | Notice of Public Hearing, April 8, 2021 | |
| 217 | Notice of Public Hearing, May 1, 2021 | |
| 218 | Notice of Public Hearing, July 6, 2021 | |
| 219 | Notice of Public Hearing, July 7, 2021 | |
| 220 | Notice of Public Hearing, Sept. 13, 2021 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 221 | Letter of Rep. Morales and Rep. Fierro in support of amendment, PLANH2118, to PLANH2101 | |
| 222 | Letter of Reps. Rodriguez, Howard, Israel, Hinojosa, Goodwin, Cole in support of PLANH2116 amending PLANH2101 | |
| 223 | Notice of Public Hearing, Oct. 4, 2021 | |
| 224 | Notice of Public Hearing, Oct. 5, 2021 | |
| 225 | US Rep Green ltr. to Chair Hunter | |
| 226 | Oct. 7, 2021 Ltr. from Cong. Lee to Chair Hunter re 18th | |
| 227 | Notice of Public Hearing, Oct. 13, 2021 | |
| 228 | Senate redistricting committee notice of public hearing 1/25/21 | |
| 229 | Notice of Public Hearing, Jan. 6, 2021 | |
| 230 | Notice of Public Hearing, Jan. 27, 2021 | |
| 231 | Senate redistricting committee notice of public hearing 1/28/2021 | |
| 232 | Senate redistricting committee notice of public hearing 1/29/21 | |
| 233 | Senate redistricting committee hearing notice 2/2/21 | |
| 234 | Senate redistricting committee notice of public hearing 2/3/2021 | |
| 235 | Senate Redistricting Committee Notice of Public Hearing 2/4/2021 | |
| 236 | Senate redistricting committee hearing notice 2/12/21 | |
| 237 | Senate Redistricting Committee Notice of Public Hearing 3/11/2021 | |
| 238 | Senate Redistricting Committee notice of public hearing 3/12/2021 | |
| 239 | Notice of Public Hearing, March 13, 2021 | |
| 240 | Senate Comm. on Redist Minutes 9/24/21 | |
| 241 | 9/25/2021 Senate Redistricting Committee Minutes | |
| 242 | Sep. 28, 2021 Sen. Comm. Minutes | |
| 243 | Minutes Senate Committee 09/30/2021 | |
| 244 | Oct. 4, 2021 Senate Comm. Minutes | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 245 | Oct. 15, 2021 Senate Comm. Minutes | |
| 246 | Oct. 4, 2021 House Comm. Report - HB1 | |
| 247 | HB1 House Research Organization bill analysis | |
| 248 | Red-100T district population analysis with county subtotals | |
| 249 | TLO Journal 87(3) - HB 1 | |
| 250 | TLO List of pre-filed amendments 05/16/22 | |
| 251 | Engrossed Bill - SB4 | |
| 252 | Sen. Huffman SB 4 Analysis | |
| 253 | Bill Digest SB 4 10/15/2021 | |
| 254 | TLO List of Amendments to SB 4 | |
| 255 | TLO pre-filed amendments to SB 4 | |
| 256 | Conference Committee Report | |
| 257 | Oct. 13, 2021 - House Comm. Report | |
| 258 | Bill Digest SB 6 10/16/2021 | |
| 259 | Dist. Pop. Analysis - Plan C2101 | |
| 260 | TLO list of amendments to SB 6 | |
| 261 | TLO House pre-filed amendments to SB 6 | |
| 262 | SB7 Bill Analysis | |
| 263 | Summary of Committee Action concerning SB 7 10/11/2021 | |
| 264 | Oct. 15, 2021 House Research Org. Bill Digest - SB 7 | |
| 265 | SB7 Senate Comm. Report | |
| 266 | TLO list of amendments to SB 7 | |
| 267 | TLO House pre-filed amendments to SB 7 | |
| 268 | Notice of Public Hearing (Revision), April 1, 2021 | |
| 269 | July 7, 2021 House Comm. Agenda | |
| 270 | Notice of Public Hearing - July 7, 2021 | |
| 271 | Map - Plan H358 | |
| 272 | House Notice of Public Hearing, July 13, 2021 | |
| 273 | Notice of Public Hearing, March 18, 2021 | |
| 274 | Notice of Public Hearing, March 18, 2021 | |
| 275 | Notice of Public Hearing, April 1, 2021 | |
| 276 | Notice of Public Hearing, April 8, 2021 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 277 | Notice of Public Hearing, May 1, 2021 | |
| 278 | Notice of Public Hearing, July 6, 2021 | |
| 279 | Notice of Public Hearing, July 13, 2021 | |
| 280 | Notice of Public Hearing, July 17, 2021 | |
| 281 | Notice of Public Hearing, Sept. 8, 2021 | |
| 282 | Notice of Public Hearing, Sept. 15, 2021 | |
| 283 | Notice of Public Hearing, Sep. 18, 2021 | |
| 284 | Notice of Public Hearing, Oct. 4, 2021 | |
| 285 | Notice of Public Hearing, Oct. 11, 2021 | |
| 286 | August 23, 2021 press release Texas House Democrats Correct House GOP Members' Misrepresentation of Special Session Quorum Cautioning: A Quorum is not Perpetual | Hearsay, FRE 802 |
| 287 | Redistricting public hearings schedule | |
| 288 | Dist. Pop. Analysis - Hosue Dists. PLANH2119 | |
| 289 | Dist. Pop. Analysis - House Dists. PLANH2263 | |
| 290 | Marked Exhibit - Article "Dozens attend the State of Black Community Forum in Killeen" | Hearsay, FRE 802 |
| 291 | Liz Campos tweet sine die 3rd special session | |
| 292 | Dist. Pop. Analysis - House Dists. PLANH2228 | |
| 293 | Dist. Pop. Analysis - House Dists. PLANH2276 | |
| 294 | Tx. House Dems Press Release RE: Quorum | Hearsay, FRE 802 |
| 295 | Canales Tweet Democratic partisan redistricting efforts | Hearsay, FRE 802; Authenticity, FRE 901 |
| 296 | State District Courts | |
| 297 | Court of Appeals (Eff. 9/1/2005) | Relevance, FRE 401/402 |
| 298 | Administrative Judicial Regions | Relevance, FRE 401/402 |
| 299 | Article "Republicans more than doubled turnout in the Rio Grande Valley compared with the last midterm primary" | Hearsay, FRE 802 |
| 300 | Article "The Rio Grande Valley's political landscape is changing amid midterm, governor elections" | Hearsay, FRE 802 |
| 301 | June 7, 2021 NY Times article "Republicans win two Texas mayoral races, including one in McAllen, which is 85 percent Hispanic" | Hearsay, FRE 802 |
| 302 | Election Results Special Election CD34 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 303 | Letter from Rio Grande Valley delegation to Chair Hunter | |
| 304 | Dist. Pop. Analysis - House Dists. PLANH2235 | |
| 305 | 2021 Redistricting Guide - TLC | |
| 306 | House Redistricting Committee members | |
| 307 | PlanH2276 Map | |
| 308 | PlanH2276 Map Precincts | |
| 309 | House Redistrict Committee Notice of Public Hearing April 1, 2021 | |
| 310 | House Redistricting Committee Notice of Public Hearing September 8, 2021 | |
| 311 | 2022 Rep. Primary Results HD31 | Authenticity, FRE 901; Foundation, FRE 602 |
| 312 | Senate Resolution No. 4 | |
| 313 | Trib article political motivations RE: redistricting | Hearsay, FRE 802 |
| 314 | Minutes, Sen. Com. on Redist. 9/28/21 | |
| 315 | NBC Article, Texas Results Hint GOP Hispanic Gains May Endure Post-Trump, March 11, 2022. | Hearsay, FRE 802 |
| 316 | Dist. Pop. Analysis - Cong. Dists. PLANC2149 | |
| 317 | Dist. Pop. Analysis - SBOE Dist. SBOE PLANE2119 | |
| 318 | Dist. Pop. Analysis - House Dists. PLANH2127 | |
| 319 | Redistricting Committee Hearings List | |
| 320 | Dist. Pop. Analysis - House Dists. PLANH2195 | |
| 321 | Proposed CD23 | |
| 322 | Map PlanH2276 (118-120 only) | |
| 323 | ACS Tabulation - House Dists. 118-20 12/12/21 | |
| 324 | Weekly briefing email from Rep. Jetton on redistricting | |
| 325 | Map of Texas Counties - WEst Texas Shading | Authenticity, FRE 901; Foundation, FRE 602 |
| 326 | Map - State House Districts - Deviation from Ideal Dist. Pop. - 2020 Census | |
| 327 | John Lujan flyer HD118 Special Election | |
| 328 | Trib. Article Lujan (R) win HD118 | Hearsay, FRE 802 |
| 329 | House Dist. Pop PlanH2276 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 330 | Bexar Cnty. Delegation map submission to Hunter | |
| 331 | Dist. Pop. Analyss - House Dists. PLANH2228 | |
| 332 | Dist. Pop. Analysis - House Dist. PLANH2276 | |
| 333 | House Districts Population PlanH2209 | |
| 334 | Public meetings on redistricting | |
| 335 | 7/14/21 Texas Tribune Article re Democratic members of the Texas House and Senate who left the state to impede passage of legislation | Hearsay, FRE 802 |
| 336 | Dist. Pop. Analysis - House Dists. PLANH2228 | |
| 337 | PlanC2194 is Minjarez Demo Plan | Authenticity, FRE 901; Foundation, FRE 602 |
| 338 | News Article RE: Quorum Restored | Hearsay, FRE 802 |
| 339 | Moody Pro Tempore Appointment | |
| 340 | July 19, 2021 Rep. Murr press release Creating Consistency for Fair and Uniform Elections | Hearsay, FRE 802 |
| 341 | 9/21/21 email - Gover to Mackin/opperman | |
| 342 | Tex Rep District 90 2020 Election Results | |
| 343 | Message regarding Democrat quorum | Hearsay, FRE 802; Authenticity, FRE 901 |
| 344 | ACS Data House Dists. PlanH2101 | |
| 345 | Third Special Session Thompson testimony | Completeness, FRE 106, Foundation, FRE 602 |
| 346 | House District Population PlanH2187 | |
| 347 | Dist. Pop. Analysis - Cong. Dists. PLANC2153 | |
| 348 | Dist. Pop. Analysis - House Dists. - PLANH2110 | |
| 349 | House District PLANH2187 District Population Analysis | |
| 350 | Dems political considerations restoring quorum | Hearsay, FRE 802 |
| 351 | Archer Declaration (TLC Director) | Hearsay, FRE 802 |
| 352 | Dist. Pop. Analysis - Cong. Dists. PLANC2195 | |
| 353 | House Members 87th Lege | |
| 354 | Houston City Council Members | Foundation, FRE 602 |
| 355 | Harris County Elected Officials | Foundation, FRE 602 |
| 356 | Dist. Pop. Analysis - Cong. Dists. PLANC2195 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 357 | PBS Newshour Report "Gerrymandering Texas could help Republicans take back the House in 2022" (6/22/2021) | Hearsay, FRE 802 |
| 358 | Members, 87th Senate | |
| 359 | Denton County Precinct Maps | |
| 360 | Denton County Precinct Maps | |
| 361 | Congressional Districts Population PlanC2195 | |
| 362 | Courts of Appeals Districts | |
| 363 | Administrative Judicial Regions | |
| 364 | House Districts Pop. PlanH2101 | |
| 365 | 2018 election results | |
| 366 | San Antonio Express-News article "Commentary: Dems must listen to Latinos to connect with them" (9/12/22) | Hearsay, FRE 802 |
| 367 | Webpage - Arlington City Council Members | Foundation, FRE 602 |
| 368 | Fort Worth Elected Officials | Foundation, FRE 602 |
| 369 | VOA article (3/5/2022), Republicans Make Headway in Texas' Booming Latino Communities | Hearsay, FRE 802 |
| 370 | Politico Article: The GOP is gaining among Texas Hispanics. Women are leading the charge. | Hearsay, FRE 802 |
| 371 | Google maps screengrab for DFW Area | |
| 372 | Bell Cnty. DA (Garza) Bio | |
| 373 | Killeen ISD Board Members | |
| 374 | Map - State Sen. Dists. Est. Pop. Change 2009-13 & 2014-18 | |
| 375 | Opperman to Garry Jones re drafting maps without racial data (9/17/2021) | Hearsay, FRE 802 |
| 376 | Sen. Sp. Comm. on Redist. - 9/24/2021 | |
| 377 | Letter Powell to Huffman RE: Participation | |
| 378 | Senate Incumbents POWBS2018 | |
| 379 | Map - Sen. Dists. - Plan 3 - POWBS2019 | |
| 380 | Senate Dist. 10 Baseline Deviation from Ideal | |
| 381 | Potter Pres. to Sen. Select Redist. Comm. - 10/29/2019 | |
| 382 | SD10 Electoral History - 2002 to 2018 | |
| 383 | SD10 election performance 2002-18 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 384 | Map - Sen. Pop. Deviation | |
| 385 | Governor Abbott Proclamation Third Called Session | |
| 386 | 2020 Census Redistricting Data cover sheets 8/12/21 | |
| 387 | Examples of the Senate Adopting Plans Offered by Democratic Senators | |
| 388 | Senate Redistricting Committee Hearing Notices/Minutes | |
| 389 | House Hearing Notices | |
| 390 | Notice of Cancelled House Redist. Hearing (7/13/2021) | |
| 391 | Breaking Quorum Images/Tweets/coverage | Hearsay, FRE 802 |
| 392 | EI Voting Analysis S2100 2012 to 2020 | Hearsay, FRE 802; Foundation, FRE 602; Undisclosed Expert Testimony, FRCP 26 |
| 393 | EI Voting Analysis SD10 2014 Democratic Primary | Hearsay, FRE 802; Foundation, FRE 602; Undisclosed Expert Testimony, FRCP 26 |
| 394 | SD31 electoral history 2014, 2018 | |
| 395 | HD 90 electoral history 1996-2020 | |
| 396 | CD33 electoral history 2012-2020 | |
| 397 | North Texas Partisan Shading Map Senate Plan S2100 (2020 Presidential election) | |
| 398 | Jan. 22, 2019 Texas Tribune article "Lt. Gov. Dan Patrick pulls Sen. Kel Seliger's chairmanship after Seliger suggested Patrick aide kiss his 'back end'" | Hearsay, FRE 802 |
| 399 | Trib. article Buckingham Land Commissioner run. | Hearsay, FRE 802 |
| 400 | Texas Tribune Article September 21, 2021 | Hearsay, FRE 802 |
| 401 | Amarillo Pioneer article RE: Seliger retiring | Hearsay, FRE 802 |
| 402 | SD31 Analysis | |
| 403 | SD9 Analysis | |
| 404 | SD9 Electoral History | |
| 405 | Texas Sec. of State Election Advisory 2021-14 | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 406 | Texas Secretary of State Election Advisory 2021-18 | |
| 407 | SD10 CHANGE IN PARTISAN POPULATION MAP | |
| 408 | Texas Secretary of State Election Advisory 2021-23 | |
| 409 | Important Election Dates 2021-2022 | |
| 410 | Keith Ingram Declaration | Hearsay, FRE 802 |
| 411 | Declaration of County Judge David Blackbun (12/20/2021) | Hearsay, FRE 802 |
| 412 | Declaration of Collin County Elections Administrator Bruce Sherbet | Hearsay, FRE 802 |
| 413 | Declaration of Kendall County Elections Administrator Staci Decker | Hearsay, FRE 802 |
| 414 | Comparison of S2100 and S2168, Performance of SD10 in Statewide Elections 2012 to 2020 | |
| 415 | Election Analysis S2100 2012 General Election | |
| 416 | Tarrant County precincts | |
| 417 | Plan Overlap Population Analysis Plan S2168 Compared with PlanS2100 2020 General Election | |
| 418 | Senate Districts POWBS2020 comparison w/ PlanS2168 | |
| 419 | Sen. Dists. - POWB2020 Compared with PLANS2100 | |
| 420 | 2020 Election Data POWBS2020 | |
| 421 | Examples of the Senate adopting plans offered by Democratic Senators S2120 S2126 S2139 S2167 | |
| 422 | Article "Latest House Results Confirm 2018 wasn't a Blue Wave. It was a Blue Tsunami", CNN | Hearsay, FRE 802 |
| 423 | Election Results 2002-2018 North Central Texas | |
| 424 | Austin American-Statesman, 1/24/19, Patrick criticizes Seliger's attitude, lack of teamwork | Hearsay, FRE 802 |
| 425 | Tex. Tribune Art. re Seliger - 10/7/21 | Hearsay, FRE 802 |
| 426 | Back Mike - Tex. Leg. 2021 Cons. to Lib. | Hearsay, FRE 802 |
| 427 | Article "Analysis: the 2021 Texas Senate, from left to right", Texas Tribune | Hearsay, FRE 802 |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 428 | Amarillo Pioneer Article re Seliger (10/20/21) | Hearsay, FRE 802 |
| 429 | TLC Redistricting timeline/deadlines | |
| 430 | Trib Article Seliger Stripped of Chairmanship | Hearsay, FRE 802 |
| 431 | R Primary 2014 Results | |
| 432 | 2018 Republican Party Primary Election Summary Report | |
| 433 | Declaration of Bruce Sherbet | Hearsay, FRE 802 |
| 434 | SecState Election Advisory No. 2021-18 | |
| 435 | House Redistricting Committee Notice of Public Hearing July 7, 2021 | |
| 436 | House Redistricting Committee cancellation notice public hearing July 13, 2021 | |
| 437 | Rep. Turner Tweet Aug. 6, 2021 | Hearsay, FRE 802 |
| 438 | Chris Turner intentional quorum break | Hearsay, FRE 802 |
| 439 | SD10 Electoral History, 2002 to 2018 | |
| 440 | SecState Election Advisory No. 2021-18 | |
| 441 | Election Law Calendar May 7, 2022 | |
| 442 | SB13 from the 87th Legislature, 3rd called session. | |
| 443 | Ex 6 to Ansolabehere Depo - Am. Pol. Sci. Rev. Paper 2024 | Hearsay, FRE 802 |
| 444 | Texas Politics Project Latino Voting Trends | Hearsay, FRE 802 |
| 445 | Statewide Races Results 2018-22 | Authenticity, FRE 901; Foundation, FRE 602; Hearsay, FRE 802 |
| 446 | Grumbach Depo Ex. 6 - Prez/Senate results 2024 | Authenticity, FRE 901; Foundation, FRE 602; Hearsay, FRE 802 |
| 447 | Latino trends interview transcript | Hearsay, FRE 802 |
| 448 | Pres 2024/Gov 2022 Results | Authenticity, FRE 901; Foundation, FRE 602; Hearsay, FRE 802 |
| 449 | Grumbach Depo Exhibit CCA 7 election/google results | Authenticity, FRE 901; Foundation, FRE 602; Hearsay, FRE 802 |
| 450 | Grumbach Depo Exhibit CD15 HD 37 HD115 SD27 Results | Authenticity, FRE 901; Foundation, FRE 602; Hearsay, FRE 802 |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 451 | Morales Depo Exh. Senate Plans List | |
| 452 | District Viewer Plan List House | |
| 453 | District Viewer Plan List Congress | |
| 454 | Zoom C2197 GMaps Railroad Tracks | Authenticity, FRE 901; Foundation, FRE 602 |
| 455 | Map C2195 Zoom Railroad Tracks | Authenticity, FRE 901; Foundation, FRE 602 |
| 456 | C2195 GMaps Zoom Railroad Tracks | Authenticity, FRE 901; Foundation, FRE 602 |
| 457 | Rush Depo Exh. CD 15 historical election results | Authenticity, FRE 901; Foundation, FRE 602; Hearsay, FRE 802 |
| 458 | Election History SD 27 | |
| 459 | Bio of Rep. Janie Lopez | Hearsay, FRE 802 |
| 460 | Rush Old CV | |
| 461 | Lujan Reelection News Article | Hearsay, FRE 802 |
| 462 | Office of Secretary of State Race Summary Report 2018 Republican Party Primary Election | |
| 463 | Office of the Secretary of State Race Summary Report 2014 Republican Party Primary Election | |
| 464 | Kel Seliger Not seeking reeelction article | Hearsay, FRE 802 |
| 465 | Declarations/Articles for Def's opposition to PI | Hearsay, FRE 802 |
| 466 | Email Correspondence from Beverly Powell to Kel Seliger re State filing link | |
| 467 | Article "Patrick criticizes Seliger's attitude, lack of teamwork", Austin American-Statesman | Hearsay, FRE 802 |
| 468 | June 16, 2021 Texas Tribune, Texas Legislature 2021, "Analysis: The 2021 Texas Senate, from left to right." by Mark P. Jones | Hearsay, FRE 802 |
| 469 | Redistricting Dates of Interest timeline - Feb. 2020 | |
| 470 | Office of the Secretary of State Race Summary Report 2018 Republican Party Primary Election | |
| 471 | Office of the Secretary of State Race Summary Report 2014 Republican Party Primary Election | |
| 472 | Article "Patrick criticizes Seliger's attitude, lack of teamwork", Austin American-Statesman | Hearsay, FRE 802 |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 473 | Redistricting Timeline | Hearsay, FRE 802; Foundation, FRE 602 |
| 474 | CD18 Sheila Jackson Lee 2022 General | |
| 475 | CD30 Jasmine Crockett 2022General | |
| 476 | CD9 Al Green 2022 General | |
| 477 | CD 30 Jasmine Crockett 2022 Primary | |
| 478 | CD18 Sheila Jackson lee 2022 Primary | |
| 479 | CD9 Al Green 2022 Primary | |
| 480 | CD18 Sylvester Turner 2024 General | |
| 481 | CD30 Jasmine Crockett 2024 General | |
| 482 | CD9 Al Green 2024 General | |
| 483 | CD18 Sheila Jackson Lee 2024 Primary | |
| 484 | CD30 Jasmine Crockett 2024 Primary | |
| 485 | CD9 Al Green 2024 Primary | |
| 486 | Christina Morales 2022 General | |
| 487 | Eddie Morales 2022 General | |
| 488 | Mary Gonzalez 2024 General | |
| 489 | Penny Morales Shaw 2022 General | |
| 490 | Rafael Anchia 2022 General | |
| 491 | Eddie Morales CD 74 2022 Primary | |
| 492 | HD 103 Rafael Anchia 2022 Primary | |
| 493 | HD 140 Armando Walle 2022 Primary | |
| 494 | HD 145 Christina Morales 2022 Primary | |
| 495 | HD 148 Penny Morales Shaw | |
| 496 | HD 45 Erin Zwiener 2022 Primary | |
| 497 | HD 75 Mary Gonzalez 2022 Primary | |
| 498 | HD 77 Lina Ortega 2022 Primary | |
| 499 | HD 78 Joe Moody 2022 Primary | |
| 500 | HD 79 Claudia Ordaz 2022 Primary | |
| 501 | HD 80 Tracy O King 2022 Primary | |
| 502 | HD 90 Ramon Rivera 2022 Primary | |
| 503 | GD77 Vince Perez 2024 General | |
| 504 | HD104 Rafael Anchia 2024 General | |
| 505 | HD140 Armando Walle 2024 General | |
| 506 | HD145 Christina Morales 2024 General | |
| 507 | HD148 Penny Morales Shaw 2024 General | |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 508 | HD74 Eddie Morales 2024 General | |
| 509 | HD75 Mary Gonzalez 2024 General | |
| 510 | HD78 Joe Moody 2024 General | |
| 511 | HD79 Claudia Ordaz 2024 General | |
| 512 | HD90 Ramon Romero 2024 General | |
| 513 | HD 140 Armando Walle 2024 Primary | |
| 514 | HD103 Rafael Anchia 2024 Primary | |
| 515 | HD145 Christina Morales 2024 Primary | |
| 516 | HD148 Penny Morales Shaw 2024 Primary | |
| 517 | HD74 Eddie Morales 2024 Primary | |
| 518 | HD75 Mary Gonzalez 2024 Primary | |
| 519 | HD77 Vince Perez 2024 Primary | |
| 520 | HD78 Joe Moody 2024 Primary | |
| 521 | HD79 Claudia Ordaz 2024 Primary | |
| 522 | HD90 Ramon Romero 2024 Primary | |
| 523 | Imai Article | Hearsay, FRE 802 |
| 524 | Article "Donald Trump wins Texas", Politico | Hearsay, FRE 802 |
| 525 | Article "Ted Cruz wins Texas Senate seat", Politico | Hearsay, FRE 802 |
| 526 | Congressional Districts Deviation from Ideal District Size | |
| 527 | EX. 2 to Saenz Depo Data Re Texas Native-Born Citizens Age 25 to 54 by Race/Ethnic Group, 2019 | Hearsay, Foundation |
| 528 | EX. 5 to Saenz Depo, Article in Mexican American Civil Rights Institute's "Brown Papers" State's Demo 5 | Hearsay |
| 529 | House Journal Supplement 87th Legislature Sept. 20, 2021 | |
| 530 | TLO House Committee Meetings 2021 | |
| 531 | planh2276_r116_acs1721 | |
| 532 | House Journal for Day 4, October 12, 2021 | |
| 533 | Representative Crockett's Website | |
| 534 | District Overlay C2177 with C2193 | |
| 535 | H2316 with H2276 Overlay | |
| 536 | Letter from Civil Rights Organizations to Huffman | Hearsay; Authenticity |

| Defendants' Exhibit Number | Description | Objections |
|---|---|---|
| 537 | Senator Juan Chuy Hinojosa Press Release - Jan. 25, 2021 | Hearsay; Hearsay within Hearsay |
| 538 | Declaration from Phil King | Hearsay; Foundation |
| 539 | Hearing Cancelation Notice March 25, 2020 | |
| 540 | TLO Redistricting Hearings 2019-2020 | |
| 541 | Super Neighborhoods Houston Website Printout Greater Third Ward | Hearsay |
| 542 | Brooks_000015 email | Hearsay; Foundation; Authenticity |
| 543 | How Donald Trump Has Remade America's Political Landscape | Hearsay; Foundation |

Dated: May 30, 2025

Respectfully submitted,

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
(210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA 90014
(210) 629-2512
eherrera@maldef.org

**For Gonzales Plaintiffs:**

*/s/ David R. Fox*
David R. Fox*
Richard A. Medina*
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
dfox@elias.law
rmedina@elias.law

Abha Khanna*
Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law
Renea Hicks
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187

22

Andrea E. Senteno*
Mexican American Legal Defense and Educational
Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC  20036
(202) 293-2828
Asenteno@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and Educational
Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org

**For MALC Plaintiffs:**

/s/ Sean J. McCaffity
George (Tex) Quesada
 State Bar No. 16427750
Email:  quesada@textrial.com
Sean J. McCaffity
  State Bar No. 24013122
Email:  smccaffity@textrial.com
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas  75219-4461
214/720-0720 (Telephone)
214/720-0184 (Facsimile)

Joaquin Gonzalez
Texas Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX  78228
jgonzalez@malc.org

**For Plaintiff Texas NAACP:**

/s/ Lindsey B. Cohan
Lindsey B. Cohan
Dechert LLP
515 Congress Avenue, Suite 1400

Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

**For Brooks Plaintiffs:**

/s/ Chad W. Dunn
Chad W. Dunn (Tex. Bar No.
24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

/s/ Mark P. Gaber
Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 51
Helena, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
732-610-1283
sonniwaknin@gmail.com

**For Plaintiff-Intervenors:**

23

Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

/s/
Gary Bledoe
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, TX78723
(512) 322-992
gbledsoe@thebledsoelawfirm.com

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 30, 2025, and that all counsel of record were served by CM/ECF.

*/s/ Lindsey B. Cohan*