UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB <br> [Lead Case] |

**PLAINTIFFS' AMENDED JOINT NOTICE OF WITNESSES**
**WEEK OF JUNE 4 LIST**

Plaintiffs hereby jointly file the following list of witnesses expected to be called during the week of June 4th, pursuant to the Court's Pretrial Scheduling Order (Dkt. 880). The witness list specifies the sequence in which these witnesses will testify on a daily basis. The parties reserve the right to amend or supplement this list based on the progression of trial and any rulings by the Court.

A request to counsel for the State to allow Rep. Armando Walle to testify on June 12th is pending.

| June 4 | Sen. Royce West |
|---|---|
| | Dr. Monica Muñoz Martinez |
| | Rep. Rafael Anchia |
| | Howard Henderson |
| | Rep. Ramon Romero |

1

| **June 5** | Dr. Sharon Middlebrooks |
| | Rep. Joe Moody |
| | Rep. Christina Morales |
| | Rep. Vince Perez |
| **June 6** | Rep. Mary Gonzalez |
| | Rep. Claudia Ordaz |
| | Rep. Ron Reynolds |
| | Rep. Nicole Collier |
| **June 7** | Richard Murray |
| | Penny Morales Shaw |

Date:  June 2, 2025

Respectfully submitted,

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
Nina Perales
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
nperales@maldef.org

**For Gonzales Plaintiffs:**

*/s/ David R. Fox*
David R. Fox*
Elias Law Group
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
dfox@elias.law

2

**For MALC Plaintiffs:**

*/s/ George (Tex) Quesada*
George (Tex) Quesada
Sommerman, Mcaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461
(214) 720-0720
quesada@textrial.com

**For Plaintiff Texas NAACP:**

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Dechert LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
Chad W. Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

**For Plaintiff-Intervenors**:

*/s/ Gary Bledsoe*
Gary Bledsoe
The Bledsoe Law Firm PLLC
6633 Highway 290 East #208
Austin, TX 78723
(512) 322-992
gbledsoe@thebledsoelawfirm.com

## CERTIFICATE OF SERVICE

  The undersigned counsel hereby certifies that she has electronically filed a true and correct copy of the above and foregoing via the Court's electronic filing system on the 2nd day of June, 2025.

*/s/ George (Tex) Quesada*
George (Tex) Quesada

4