IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, § § § | | |
| *Plaintiffs,* § | | |
| v. § § | | Case No. 3:21-cv-00259 [Lead Case] |
| GREG ABBOTT, *et al.*, § § | | |
| *Defendants.* § | | |

**STATE DEFENDANTS' NOTICE OF AVAILABLE WITNESSES FOR WEEK THREE**

State Defendants file the following list of witnesses who will be available to testify during the third and fourth weeks of trial on the days indicated. Based on the latest information from Plaintiffs, State Defendants anticipate beginning their case in chief on Saturday, June 7, and are arranging witness travel and preparation accordingly. Should Defendants' case in chief begin sooner, or later, the order below will likely change (with the exceptions that Drs. Trende and Rush will testify, in some order, on Monday, June 9). State Defendants reserve the right to supplement and amend this list based on the progression of trial and any decisions by the Court.

| | |
|---|---|
| **June 7** | Senator Joan Huffman |
| **June 9** | Dr. Sean Trende<br>Dr. Tye Rush [Plaintiffs' witness]<br>Senator Huffman, cont'd |
| **June 10** | Dr. John Alford<br>Representative Brooks Landgraf<br>Keith Ingram |
| | |

| **June 11** | Christina Adkins |

Date: June 2, 2025

Ken Paxton
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN WALTERS
Deputy Attorney General for Legal Strategy

Respectfully submitted,

*/s/ William D. Wassdorf*
RYAN G. KERCHER
Deputy Chief, General Litigation Division
Tex. State Bar No. 24060998

KATHLEEN HUNKER
Special Counsel
Tex. State Bar No. 24118415

WILLIAM D. WASSDORF
Associate Deputy AG for Civil Litigation

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 2, 2025 and that all counsel of record were served by CM/ECF.

*/s/ William D. Wassdorf*
William D. Wassdorf