# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants.* | Case No.1-21-CV-00991-DCG-JES-JVB <br> [Consolidated Case] |

**NOTICE CONCERNING EXHIBITS 4252 THROUGH 4301 (LEGISLATIVE VIDEOS)**

The undersigned hereby provides notice that on this date (June 4, 2025) Exhibits 4252 through 4301, as described in the table below, were admitted into evidence in open court. Also, because these exhibits are electronic files of video recordings of proceedings of the Texas Legislature, the files are too large to be uploaded to the Court's exhibit management system. By agreement of counsel, announced in open court, the undersigned has agreed to remain the custodian of these exhibits and will make them available if requested by this Court or another. Additional copies of marked versions of these exhibits/videos have been provided to Ms. Nina Perales as counsel for the LULAC Plaintiffs and Mr. Ryan Kercher as counsel for the Defendants.

| | |
|---|---|
| 4252 | October 18, 2021, House Floor – Congressional Map (1) |
| 4253 | October 16, 2021, House Floor – Congressional Map (2) |
| 4254 | October 17, 2021, House Floor – Congressional Map (3) |
| 4255 | October 13, 2021, HRC – Congressional Map (4) |
| 4256 | October 8, 2021, Senate Floor Part 2– Congressional Map (5) |
| 4257 | October 8, 2021, Senate Floor Part 1 – Congressional Map (6) |
| 4258 | October 4, 2021, SRC – Congressional Map (7) |
| 4259 | September 30, 2021, SSRC – Congressional Map (8) |
| 4260 | October 15, 2021, House Floor – SBOE (9) |
| 4261 | October 11, 2021, HRC – unknown (10) |
| 4262 | October 4, 2021, Senate Floor Part 1 – Senate and SBOE (11) |
| 4263 | September 24, 2021, SSRC – Senate (12) |
| 4264 | September 25, 2021, SSRC – Senate and SBOE (13) |
| 4265 | September 28, 2021, SSRC – Senate and SBOE (14) |
| 4266 | October 15, 2021, House Floor – Senate and House (15) |
| 4267 | October 12, 2021, House Floor Part 1 – House (16) |
| 4268 | October 12, 2021, House Floor Part 2 – House (17) |
| 4269 | October 13, 2021, House Floor Part 3 – House (18) |
| 4270 | October 4, 2021, HRC Part 1 – House (19) |
| 4271 | October 4, 2021, HRC Part 2 – House (20) |
| 4272 | October 5, 2021, HRC – House (21) |
| 4273 | October 15, 2021, Senate Floor – House (22) |
| 4274 | October 15, 2021, Senate Floor – House (23) |
| 4275 | October 15, 2021, SSRC – House (24) |
| 4276 | January 25, 2023, SSRC (25) |
| 4277 | January 11, 2023, Senate Floor (26) |
| 4278 | January 26, 2023, SSRC Part 1 (27) |
| 4279 | January 26, 2023, SSRC Part 2 – Senate (28) |
| 4280 | March 23, 2023, SSRC – SB 375 (29) |
| 4281 | January 27, 2023, SSRC – SB 375 Part 1 (30) |
| 4282 | January 27, 2023, SSRC – SB 375 Part 2 (31) |
| 4283 | January 28, 2023, SSRC – SB 375 (32) |
| 4284 | March 16, 2023, SSRC – SB 375 (33) |
| 4285 | March 23, 2023, SSRC – SB 375 (34) |
| 4286 | April 3. 2023, Senate Floor – SB 375 Part 2 (35) |
| 4287 | May 1, 2023, Senate Floor – HB 1000 (36) |
| 4289 | May 19, 2023, Senate Floor – HB 1000 Part 1 (37) |
| 4290 | May 4, 2023, SSRC – HB 1000 (38) |
| 4291 | March 13, 2024, House Floor – HB 1000 (39) |
| 4292 | April 13, 2023, House Floor – SB 375 (40) |
| 4293 | May 19, 2023, House Floor – SB 375 (41) |
| 4294 | May 22, 2023, House Floor – SB 375 (42) |

| | |
|---|---|
| 4295 | April 26, 2023, House Floor – HB 1000 (43) |
| 4296 | April 27, 2023, House Floor – HB 1000 (44) |
| 4297 | May 4, 2023, HRC – SB 375 (45) |
| 4298 | April 27, 2023, HRC – SB 375 (46) |
| 4299 | April 13, 2023, HRC – HB 1000 (47) |
| 4300 | April 5, 2023, HRC – HB 1000 (48) |
| 4301 | March 30, 2023, HRC – HB 1000 (49) |

June 4, 2025                                     Respectfully submitted,

/s/ Chad W. Dunn
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
6015 Meadowbrook Drive
Fort Worth, Texas 76112
(817) 654-1161
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 51
Helena, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
6417 N. Figueroa Street, #10
Los Angeles, California 90042
732-610-1283
sonniwaknin@gmail.com

*Admitted *pro hac vice*

*Counsel for the Brooks Plaintiffs*

CERTIFICATE OF SERVICE

      I certify that on June 4, 2025, the foregoing document was filed electronically with the Clerk of the United States District Court for the Western District of Texas and served on all parties of record via the District Court's CM/ECF system.

                                        */s/ Chad W. Dunn*
                                        Chad W. Dunn