**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* | § § § | |
| *Plaintiffs,* | § | Case No. 3:21-cv-00259 |
| V. | § | [Lead Case] |
| | § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| TEXAS STATE CONFERENCE OF THE NAACP, | § § § | |
| *Plaintiff,* | § | |
| V. | § | Case No. 1:21-cv-01006 |
| | § | [Consolidated Case] |
| | § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § | |

**PLAINTIFF TEXAS NAACP'S UNOPPOSED EXHIBITS**

Plaintiff Texas State Conference of the NAACP ("Texas NAACP") have not received objections to the following exhibits and respectfully move the following exhibits into evidence. Defendants have reviewed the below list and have agreed that they may be entered into evidence.

| Trial Exhibit No. | Bates No. / Description |
|---|---|
| PL_TXNAACP 1 | Memorandum from Sharon Carter and Hugh Brady to Texas House Committee Chairs re Options for Conducting Interim Committee Business |
| PL_TXNAACP 2 | House District 54 - District Population Analysis with Public Schools |
| PL_TXNAACP 3 | State Senate District 17 - District Population with County Schools |
| PL_TXNAACP 4 | BILL_FILE-0017994 - BILL_FILE-0018027 |
| PL_TXNAACP 5 | BILL_FILE-0018028 - BILL_FILE-0018060 |

| Trial Exhibit No. | Bates No. / Description |
|---|---|
| PL_TXNAACP 6 | TEX_LEG_REDISTRICTING_003840 - TEX_LEG_REDISTRICTING_003872 |
| PL_TXNAACP 7 | BILL_FILE-0018061 - BILL_FILE-0018111 |
| PL_TXNAACP 8 | BILL_FILE-0018112 - BILL_FILE-0018132 |
| PL_TXNAACP 9 | BILL_FILE-0018184 - BILL_FILE-0018235 |
| PL_TXNAACP 10 | SRC_000200 - SRC_000251 |
| PL_TXNAACP 11 | STATE-REDISTRICTING_002223 |
| PL_TXNAACP 12 | STATE-REDISTRICTING_002233 |
| PL_TXNAACP 13 | STATE-REDISTRICTING_002237 |
| PL_TXNAACP 14 | STATE-REDISTRICTING_002284 |
| PL_TXNAACP 15 | BILL_FILE-0018236 - BILL_FILE-0018314 |
| PL_TXNAACP 16 | SRC_000032 - SRC_000110 |
| PL_TXNAACP 17 | House District 54 - District Population Analysis with School District Subtotals |
| PL_TXNAACP 18 | House District 54 - District Election Report |
| PL_TXNAACP 19 | BILL_FILE-0018396 - BILL_FILE-0018474 |
| PL_TXNAACP 25 | GOBERDOJ00406096666 - GOBERDOJ00406096674 |
| PL_TXNAACP 30 | BILL_FILE-0006616 |
| PL_TXNAACP 31 | GOBERDOJ014374 |
| PL_TXNAACP 32 | BILL_FILE-0004561 - BILL_FILE-0004589 |
| PL_TXNAACP 33 | Email from C. Gober to S. Field re "Unified US House of Representatives Map for Texas" |
| PL_TXNAACP 34 | Email from C. Gober to A. Mackin re "Unified US House of Representatives Map for Texas" |
| PL_TXNAACP 40 | STATE-REDISTRICTING_001529 |
| PL_TXNAACP 41 | STATE-REDISTRICTING_001530 – STATE-REDISTRICTING_001539 |
| PL_TXNAACP 51 | Compare Committee Plan C2101 to 9/25/21 |
| PL_TXNAACP 53 | Map of House Districts - Proposed Plan H2101 |
| PL_TXNAACP 54 | BILL_FILE-0002178 - BILL_FILE-0002235 |
| PL_TXNAACP 55 | NAACP_TEX_LEG_REDISTRICTING_012624 - NAACP_TEX_LEG_REDISTRICTING_012662 |
| PL_TXNAACP 58 | Compare Committee Plan C2116 to 9/30/21 |
| PL_TXNAACP 59 | BILL_FILE-0004653 - BILL_FILE-0004660 |
| PL_TXNAACP 62 | BILL_FILE-0016400 - BILL_FILE-0016659 |
| PL_TXNAACP 64 | NAACP_TEX_LEG_REDISTRICTING_012751 - NAACP_TEX_LEG_REDISTRICTING_012789 |
| PL_TXNAACP 68 | BILL_FILE-0012400 - BILL_FILE-0012437 |
| PL_TXNAACP 70 | BILL_FILE-0006529 - BILL_FILE-0006531 |
| PL_TXNAACP 72 | BILL_FILE-0001057 - BILL_FILE-0001101 |

| Trial Exhibit No. | Bates No. / Description |
|---|---|
| PL_TXNAACP 73 | BILL_FILE-0005801 - BILL_FILE-0005809 |
| PL_TXNAACP 74 | Population and Voter Data and Voter Registration Comparison- House Plan H2228 |
| PL_TXNAACP 75 | American Community Survey - House Plan H2228 |
| PL_TXNAACP 76 | District Population Analysis with County Subtotals - House Districts - H2261 |
| PL_TXNAACP 77 | BILL_FILE-0005842 - BILL_FILE-0005881 |
| PL_TXNAACP 79 | Email from C. Garcia to S. Opperman re "SB4" |
| PL_TXNAACP 80 | Population and Voter Data and Voter Registration Comparions - House Plan H2276 |
| PL_TXNAACP 81 | American Community Survey - House Plan H2276 |
| PL_TXNAACP 82 | STATE-REDISTRICTING_001227 – STATE-REDISTRICTING_001289 |
| PL_TXNAACP 84 | Population and Voter Data with Voter Registration Comparison - House Districts - H2316 |
| PL_TXNAACP 85 | District Population Analysis with County Subtotals - House Districts - H2316 |
| PL_TXNAACP 88 | BILL_FILE-0013229 - BILL_FILE-0013276 |
| PL_TXNAACP 89 | BILL_FILE-0006614 |
| PL_TXNAACP 90 | American Community Survey Special Tabulation - House Districts Plan H2100 |
| PL_TXNAACP 91 | District Population Analysis with County Subtotals Congressional Districts - Plan C2195 |
| PL_TXNAACP 92 | Election Analysis - House Districts Plan H2261 2020 Election |
| PL_TXNAACP 93 | Population, Voter Registration, Turnout, and SSTO Analysis - House Districts - H2261 |
| PL_TXNAACP 94 | District Population Analysis with County Subtotals House Districts - Plan H2322 |
| PL_TXNAACP 96 | LULAC_TX_LEG_REDISTRICTING_015106 |
| PL_TXNAACP 97 | LULAC_TX_LEG_REDISTRICTING_015137 |
| PL_TXNAACP 98 | BILL_FILE-0006617 - BILL_FILE-0006617 |
| PL_TXNAACP 99 | House Districts 54-55 Map |
| PL_TXNAACP 100 | House Districts 54-55 Bell County Proposed Districts |
| PL_TXNAACP 101 | Representative Anchia Point of Order- SB 6_ Rule 13, Sec 9d |

| Trial Exhibit No. | Bates No. / Description |
|---|---|
| PL_TXNAACP 102 | Plan H2321 |
| PL_TXNAACP 103 | Map of Plan H2321 - Travis County |
| PL_TXNAACP 105 | Map - Alt2b Alternative Plan State of Texas |
| PL_TXNAACP 106 | Map - Senate Alt5 Alternative Plan State of Texas |
| PL_TXNAACP 107 | Map - Unified Senate Base Alternative Plan |
| PL_TXNAACP 108 | Map - Unified SenAlt1 Alternative Plan |
| PL_TXNAACP 109 | Map - Unified Senate Base 2 Alternative Plan |
| PL_TXNAACP 110 | Map - Unified Senate Base 3 Plan Alternative Plan |
| PL_TXNAACP 111 | Map - Unified Senate Base 4 Plan (V Gonzalez Amendment 15-34) |
| PL_TXNAACP 112 | Map - Aggie Alternative Plan |
| PL_TXNAACP 113 | Map - Mustang Alternative Plan |
| PL_TXNAACP 114 | Map - SenAlt2b - Alternative Plan |
| PL_TXNAACP 115 | Map - SenAlt2 Alternative Plan |
| PL_TXNAACP 116 | Map - Unified SenAlt2 Alternative Plan |
| PL_TXNAACP 117 | Map - Unified Senate Base 4 - Ellzey Amendment to  Alternative Plan |
| PL_TXNAACP 118 | Map - Unified Senate Base 4 - Fort Bliss Amendment to Alternative Plan |
| PL_TXNAACP 119 | Map of Plan S2101 Dallas area |
| PL_TXNAACP 120 | Map of Plan S2101 Ft. Worth area |
| PL_TXNAACP 121 | Map of Plan S2119 Dallas area |
| PL_TXNAACP 122 | Map of Plan S2119 Ft. Worth area |

| Trial Exhibit No. | Bates No. / Description |
|---|---|
| PL_TXNAACP 123 | Map of Plan H2228 |
| PL_TXNAACP 124 | Map of Plan H2276 |
| PL_TXNAACP 125 | Map of Plan H2276 - San Antonio area |
| PL_TXNAACP 126 | Map of Plan H2276 |
| PL_TXNAACP 127 | Landgraf Amendment Map |
| PL_TXNAACP 128 | Map - Deviation of House Districts from Ideal District Population - 2020 Census |
| PL_TXNAACP 129 | Map - Deviation of House Districts from Ideal District Population - 2020 Census |
| PL_TXNAACP 130 | Maps - Unified Congress Alternative Plan - Texas |
| PL_TXNAACP 131 | State Senate Districts Deviation from Ideal District Population - 2020 Census |
| PL_TXNAACP 132 | Districts 54-55 - Map of Plan H2101 |
| PL_TXNAACP 133 | Districts 54-55 - Map of Plan H2166 |
| PL_TXNAACP 134 | Map of Bell County State House Districts Proposed Plan H2216 |

Dated: June 5, 2025                    Respectfully submitted,

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

David Rollins-Boyd*
Jennifer Nwachukwu (TXWD Bar No. 170620013)
Jeremy Lewis*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*drollins-boyd@lawyerscommittee.org*
*jnwachukwu@lawyerscommittee.org*
*jlewis@lawyerscommittee.org*

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577

*aashton@naacpnet.org*

Janette M. Louard
NAACP OFFICE OF THE GENERAL
COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*Attorneys appearing of counsel*

Carroll Rhodes*
LAW OFFICES OF CARROLL RHODES
P.O. Box 588
Hazlehurst, MS 39083

*Admitted *pro hac vice*

*ATTORNEYS FOR THE TEXAS STATE
CONFERENCE OF NAACP*

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on June 5, 2025, I served via email a copy of the foregoing and all attachments on counsel of record.

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan