UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action <br><br> Lead Case No.: <br>   3:21-CV-00259-DCG-JES-JVB |
| CECILIA GONZALES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JANE NELSON, et al., <br><br> Defendants. | Consolidated Case No.: <br>   1:21-CV-00965-DCG-JES-JVB |

**GONZALES PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

Plaintiffs Cecilia Gonzales, et al. ("Gonzales Plaintiffs") file this response to the Defendants' motion for judgment as a matter of law, made orally during trial on June 7, 2025. Defendants' motion addressed only "intentional discrimination claims" and not effects claims under Section 2 of the Voting Rights Act. The Gonzales Plaintiffs bring only effects claims under Section 2. And counsel for the Defendants has confirmed that their motion for judgment as a matter of law is not directed at the Gonzales Plaintiffs' Section 2 effects claims.

The Gonzales Plaintiffs therefore do not intend to further respond to Defendants' motion.

| | |
|---|---|
| Dated: June 9, 2025 | Respectfully submitted, |
| Renea Hicks<br>Attorney at Law<br>Texas Bar No. 09580400<br>Law Office of Max Renea Hicks<br>P.O. Box 303187<br>Austin, Texas 78703-0504<br>(512) 480-8231<br>rhicks@renea-hicks.com | /s/ David R. Fox<br><br>David R. Fox*<br>Richard A. Medina*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave. NW, Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>dfox@elias.law<br>rmedina@elias.law<br><br>Abha Khanna*<br>**ELIAS LAW GROUP LLP**<br>1700 Seventh Ave, Suite 2100<br>Seattle, WA 98101<br>Telephone: (206) 656-0177<br>akhanna@elias.law<br><br>Counsel for Gonzales Plaintiffs<br><br>*Admitted pro hac vice |

## CERTIFICATE OF SERVICE

      I certify that a true and accurate copy of the foregoing document was filed electronically under seal (via CM/ECF) on June 9, 2025, and that all counsel of record were served by email with a copy of this filing, including attachments, on June 9, 2025.

                                                      */s/ David R. Fox*