UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>    *Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB<br>[Lead Case] |

### MALC PLAINTIFFS' SUPPLEMENTAL AND REBUTTAL DISCLOSURE OF DEPOSITION DESIGNATIONS

Plaintiffs Mexican American Legislative Caucus ("MALC Plaintiffs") hereby submit the following supplemental designations of deposition testimony pursuant to Federal Rule of Civil Rule of Civil Procedure 26(a)(3), and in accordance with the Court's Pretrial Scheduling Order (Dkt. 880) and Order Extending Scheduling Order Deadlines (Dkt. 923). Plaintiffs also submit these written designations in lieu of calling live witnesses in its rebuttal case. The State Defendants are not opposed to this approach for the purposes of judicial economy. MALC does not object to State Defendants filing counter or cross-designations at whatever time works for the Court's purposes.

Plaintiffs reserve the right to amend and supplement these deposition designations as appropriate, including but not limited to the right to designate deposition testimony in response to Defendants' deposition designations, but does not anticipate the need to do so at this time.

MALC Plaintiffs' Supplemental and Rebuttal Designations are set forth in the following attachments.

    Exhibit 1:    Deposition of Claudia Ordaz Perez, dated June 27, 2022.

Exhibit 2:    Deposition of Armando Walle, dated August 25, 2022.

Date:  June 11, 2025

Respectfully submitted,

SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, LLP

*/s/ Sean J. McCaffity*
George (Tex) Quesada
State Bar No. **16427750**
Email:  quesada@textrial.com
Sean J. McCaffity
State Bar No. 24013122
Email:  smccaffity@textrial.com
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas  75219-4461
214-720-0720 (Telephone)
214-720-0184 (Facsimile)

-and-

Joaquin Gonzalez
Texas Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX  78228
jgonzalez@malc.org

***ATTORNEYS FOR MALC PLAINTIFFS***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically filed a true and correct copy of the above and foregoing via the Court's electronic filing system on the 11th day of June, 2025.

*/s/ Sean J. McCaffity*
Sean J. McCaffity

2