UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**League of United Latin American Citizens, etal.** §
§  CIVIL NO.
§  EP:21-CV-00259-DCG
**vs.** §
§
**Greg Abbott, etal.**

# LIST OF BENCH TRIAL WITNESSES

| | FOR PLAINTIFF | | FOR DEFENDANT |
|---|---|---|---|
| 1. | Salvador Espino | 1. | Keith B. Ingram |
| 2. | Candace Valenzuela | 2. | Sen. Joan Huffman |
| 3. | Domingo Garcia | 3. | Dr. Sean Trende |
| 4. | Cesar Espinoza | 4. | Dr. John Alford |
| 5. | Diana Martinez Alexander | 5. | Rep. Brooks Landgraf |
| 6. | Dr. Rogelio Saenz | 6. | Christina Adkins |
| 7. | Joey Cardenas | 7. | |
| 8. | Devan Allen | 8. | |
| 9. | Jeffrey W. Travillion, Sr. | 9. | |
| 10. | U.S. Rep. Jasmine Crockett | 10. | |
| 11. | Leo Pacheco | 11. | |
| 12. | Ina Minjarez | 12. | |
| 13. | Chris Gober (Video Depo) | 13. | |
| 14. | Kristian Carranza | 14. | |
| 15. | Dr. Andres Tijerina | 15. | |
| 16. | U.S. Rep. Al Green | 16. | |
| 17. | Bishop James Dixon | 17. | |
| 18. | Dr. Bernard Fraga | 18. | |
| 19. | Dr. J. Morgan Kousser | 19. | |
| 20. | Dr. Steven Ansolabehere | 20. | |
| 21. | Joan James (Acevedo) | 21. | |

| | | | |
|---|---|---|---|
| 22. | Dr. Allen Lichtman | 22. | |
| 23. | Mayor Michael Evans | 23. | |
| 24. | Jeanette Martinez | 24. | |
| 25. | Maida Guillen | 25. | |
| 26. | Linda Lewis | 26. | |
| 27. | Adam Kincaid (Video Depo) | 27. | |
| 28. | Dr. Richard Murray (Video) | 28. | |
| 29. | Dr. Matthew Barreto | 29. | |
| 30. | Dr. Moon Duchin | 30. | |
| 31. | Agustin Loredo | 31. | |
| 32. | Dr. Monica M. Martinez | 32. | |
| 33. | Rep. Rafael Anchia | 33. | |
| 34. | Sen. Royce West | 34. | |
| 35. | Dr. Sharon Middlebrooks | 35. | |
| 36. | Rep. Ramon Romero | 36. | |
| 37. | Speaker Joe Moody | 37. | |
| 38. | Rep. Ron Reynolds | 38. | |
| 39. | Dr. Howard Henderson | 39. | |
| 40. | | 40. | |