UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **ALEXANDER GREEN,** *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | |
| v. | § § | & |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants*. | § § § | |

### ORDER FOR EXECUTIVE SUMMARIES AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Court hereby orders all parties to file the following post-trial briefs, as ordered at the close of trial.

I.  **Executive Summary**

On or before **June 30, 2025**, each Plaintiffs' Group **SHALL** submit an executive summary that does not exceed 10 pages. Each brief should set forth in summary form (1) the specific relief the Plaintiffs' Group is requesting and (2) how the Plaintiffs' Group believes it has proved its entitlement to that relief.

On or before **July 16, 2025**, the State Defendants **SHALL** file a response to each Plaintiffs' Group's executive summary. Each such response to each Plaintiffs' Group may not exceed 10 pages.

As it noted during trial, the Court will not bind the parties to their executive-summary briefing. Rather, the Court will use the briefing to guide the Court's examination of the evidence

- 2 -

and arguments presented at trial while waiting to receive the parties' proposed Findings of Fact and Conclusions of Law.

II.     **Proposed Findings of Fact and Conclusions of Law**

On or before **September 3, 2025**, the parties **SHALL** file proposed Findings of Fact and Conclusions of Law. As the Court stated explicitly during trial and makes clear again in this order, the executive summaries will precede—not replace—the parties' proposed findings and conclusions.

**So ORDERED and SIGNED this 16th day of June, 2025.**

_____
**JEFFREY V. BROWN**
**U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | *-and-* | **David C. Guaderrama** |
| **United States Circuit Judge** | | **Senior United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Western District of Texas** |

- 2 -