IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., | § § § | |
|---|---|---|
| Plaintiffs, | § § | Case No. 3:21-cv-00259 [Lead Case] |
| v. | § § | |
| GREG ABBOTT, et al., | § § | |
| Defendants. | § | |

### STATE DEFENDANTS' EXHIBITS ADMITTED SUBJECT TO OBJECTIONS

Defendants the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Secretary of State; and Dave Nelson, in his official capacity as Deputy Secretary of State, (collectively, "State Defendants") file this list of State Defendants' Exhibits which have been admitted subject to objections.

| TXAG Exhibit No. | Description | Objections | Response |
|---|---|---|---|
| 11 | US Rep Kay Granger Written Testimony in Support SB6 Sep 30 2021 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 12 | US Rep Brian Babin Written Testimony in Support SB6 Sep 29 2021 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 13 | US Rep John Carter Written Testimony in Support SB6 Sep 30 2021 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 14 | US Rep Pat Fallon Written Testimony in Support SB6 Sep 30 2021 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 15 | US Rep Tony Gonzales Written Testimony in Support SB6 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 16 | US Rep Ronny Jackson Written Testimony in Support SB6 Sep 30 2021 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 18 | Sen Huffman Mar 10 2021 Response Ltr to Miguel Rivera re Participation Interpreter | Hearsay, FRE 802 | Not hearsay because statements were adopted by Senator Huffman on the stand. |

| | | | |
|---|---|---|---|
| 19 | US Rep Chip Roy Written Testimony in Support SB6 Sep 29 2021 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 22 | Dec 7 2020 email from Sean Opperman to Stephanie Swanson re Sen Huffman Letter re Redistricting Process | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for the effect on the recipient. |
| 23 | Sen Huffman Dec 7 2020 Ltr to Stephanie Swanson re Redistricting Process | Hearsay, FRE 802 | Not hearsay because statements were adopted by Senator Huffman on the stand. |
| 24 | Sen Huffman Jan 19 2021 Ltr to Miguel Rivera re Participation | Hearsay, FRE 802 | Not hearsay because statements were adopted by Senator Huffman on the stand. |
| 25 | Mar 30 2021 Email from Sean Opperman re Sen. Huffman Ltr | Hearsay, FRE 802 | Not hearsay because not offered for the truth of the matter asserted but for effect on recipient. |
| 26 | Mar 11 2021 Email from Sean Opperman to Ashley Cheng re helping witnesses testify via videoconference | Hearsay, FRE 802 | March 11 email is not hearsay because statements were made by an agent of Senator Huffman and were adopted on the stand. Prior emails are not offered for the truth of the matter asserted but for the effect on the recipient. |
| 27 | US Rep Kevin Brady Written Statement in Support SB6 Sep 30 2021 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 28 | US Rep Michael McCaul Written Testimony in Support SB6 Sep 20 2021 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 29 | US Rep Roger Williams Written Testimony in Support SB6 Sep 29 2021 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 30 | Oct 1 2021 Sean Opperman and MALDEF Email Exchange re SB6 | Hearsay, FRE 802 | Not hearsay because it is a statement by an agent of party opponent. |
| 31 | Anna Mackin Oct 12 2021 Email to Aaron Zitner Statements in Support SB6 by 11 Members Congress | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted. |
| 32 | Aug 24 2020 Sean Opperman and Joaquin Gonzalez Email Exchange re Public Input Redistricting | Hearsay, FRE 802 | Email from Mr. Opperman is not hearsay because it is not offered for the truth of the matter asserted but to show effect on the recipient; email from Mr. Gonzales is a statement by an agent of a party opponent. |
| 33 | Aug 24 2020 Sen Huffman State Rep King Ltr to Joaquin Gonzalez re Public Participation | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted in the letter, but to show effect on the recipient. |
| 34 | Oct 19 2020 Email Sean Opperman to Joaquin Gonzalez re Public Input Portal | Hearsay, FRE 802 | Not hearsay because the statements were made by an agent of Senator Huffman and the statements were adopted by Senator Huffman on the stand. |
| 36 | Dec 7 2020 Email from Sean Opperman to Stephanie Swanson re Sen Huffman's Response re Redistricting Process | Hearsay, FRE 802 | Not hearsay because statements were adopted by Senator Huffman on the stand. |
| 37 | Dec 7 2020 Email Sean Opperman Circulating Information re Fair Maps Public Input Hearings | Hearsay, FRE 802 | Not hearsay because statements in the lower email were made by a party opponent and the other statements are not offered for the truth |

| | | | |
|---|---|---|---|
| | | | of the matter asserted but to show effect on the recipient. |
| 39 | Mar 11 2021 Email Sean Opperman to Ashley Cheng re public participation interpretation | Hearsay, FRE 802 | Duplicate of Exhibit 26; March 11 email is not hearsay because statements were made by an agent of Senator Huffman and were adopted on the stand. Prior emails are not offered for the truth of the matter asserted but for the effect on the recipient. |
| 40 | Mar 11 2021 Email Sean Opperman to Miguel Rivera re participation interpretation | Hearsay, FRE 802 | Not hearsay because statements were adopted by Senator Huffman on the stand. Otherwise, it is not offered for the truth of the matter asserted but to show effect on recipient. |
| 41 | Mar 12 2021 Email Sean Opperman to Sarah Becker re witness testimony | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 42 | Mar 12 2021 Email exchange Sean Opperman and Stephanie Swanson re interpreter witness scheduling | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 44 | Aug 12 2021 Sen Huffman Ltr re Census Release Update | Hearsay, FRE 802 | Not hearsay because the statements were adopted by Senator Huffman on the stand. |
| 45 | Sep 20 2021 Email Sean Opperman to Gary Bledsoe re Invited Testimony | Hearsay, FRE 802 | Not hearsay because statements were made by an agent of Senator Huffman and Senator Huffman adopted the statements on the stand. Also, it is a public record of an official invitation by the committee and it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 46 | Sep 20 2021 Email Sean Opperman to Nina Perales re Invited Testimony | Hearsay, FRE 802 | Not hearsay because statements were made by an agent of Senator Huffman and Senator Huffman adopted the statements on the stand. Also, it is a public record of an official invitation by the committee. Otherwise, it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 47 | Sep 20 2021 Email Sean Opperman to R Murray re invited testimony | Hearsay, FRE 802 | Exception to hearsay because it is a public record of an official invitation by the committee. Otherwise, it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 48 | Sep 20 2021 Email Sean Opperman to Domingo Garcia re invited testimony | Hearsay, FRE 802 | Not hearsay because it is a public record of an official invitation by the committee. Otherwise, it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 49 | Sep 21 2021 Email Sean Opperman to Kathryn Oler re invited testimony | Hearsay, FRE 802 | Exception to hearsay because it is a public record of an official invitation by the committee. Otherwise, it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 50 | Sep 23 2021 Email Sean Opperman to Ashley Cheng re language assistance committee hearings | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |

| | | | |
|---|---|---|---|
| 51 | Sep 28 2021 Email LULAC to Sean Opperman re invited testimony SB6 | Hearsay, FRE 802 | Not hearsay because it contains statements made by a party opponent and the first email in the chain is a public record of an official invitation to give testimony at a committee hearing. |
| 52 | Sep 28 2021 Email Michael Li to Sean Opperman re SB6 invited testimony | Hearsay, FRE 802 | Not hearsay because first email in the chain is a public record of an official invitation to give testimony at a committee hearing. Otherwise, it is not offered for the truth of the matter asserted. |
| 53 | Sep 30 2021 US Rep John Carter Written Testimony in Support SB6 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 54 | Sep 28 2021 US Rep Randy Weber Written Testimony in Support SB6 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 55 | Public Testimony by Zoom Tips 2021 | Relevance FRE 401/402, Hearsay | Not hearsay because it is not offered for the truth of the matter asserted but for the fact that it was sent. It is relevant because it tends to show the legislative process and how the Committee set up its Zoom testimony. |
| 60 | Mar 10 2021 Email Sean Opperman to Miguel Rivera re Ltr from Sen Huffman interpretation at redistricting hearings | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for effect on the recipient. |
| 61 | Jan 22 2021 Email Sean Opperman to Stephanie Swanson Joaquin Gonzalez Matthew Simpson re regional hearing dates and focus areas | Hearsay, FRE 802 | Not hearsay because Statements were adopted by Senator Huffman on the stand. |
| 62 | Mar 10 2021 Ltr Sen Huffman to Miguel Rivera re public participation | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but for the fact that it was sent. |
| 65 | Senate Redistricting Timeline Dates of Interest | Hearsay, Foundation | Exception to hearsay because it is a public record produced by TLC and available on the State's official redistricting portal. These facts were established by Senator Huffman on the stand. |
| 66 | Nina Perales Witness Registration Cards Sep 24 2021 SB4 SB7 | Hearsay, Foundation | Not hearsay because is a statement by an agent of a party opponent and it is an exception to hearsay because is a public record. |
| 67 | State Rep Todd Hunter Ltr to 87th Leg Members Soliciting Redistricting Proposals | Hearsay, FRE 802 | Exception to hearsay because it is a public record from the Redistricting Committee soliciting input on redistricting. |
| 68 | Sep 30 2021 US Rep Eddie Bernice Johnson to Chair Hunter re CD30 | Hearsay, FRE 802 | Not hearsay because not offered for the truth of the matter asserted but for effect on recipient. |
| 77 | Oct 13 2021 US Rep Brady to Chair Hunter Written Testimony in Support SB6 | Hearsay, FRE 802 | Not hearsay because not offered for the truth of the matter asserted but for effect on recipient. |
| 89 | Sen Brian Birdwell Ltr Senate Redistricting Committee Seeks Public Input | Hearsay, FRE 802 | Exception to hearsay because it is a public record. Otherwise, it is not being offered for the truth of the matter asserted but to show that it was sent. |

| | | | |
|---|---|---|---|
| 286 | Aug 23 2021 Press Release by Texas House Democrats Regarding House Quorum | Hearsay, FRE 802 | Not hearsay because it was adopted by multiple witnesses and party opponents on the stand. For example, Representative Crockett is a signatory and party opponent. Also, multiple MALC members identified for standing are signatories. |
| 290 | Article Dozens attend the State of Black Community Forum in Killeen Buckley Dep Ex 4 | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted. |
| 294 | Aug 23 2021 Press Release by Texas House Democrats Regarding House Quorum | Hearsay, FRE 802 | Duplicate of 286; Not hearsay because it was adopted by multiple witnesses and party opponents on the stand. For example, Representative Crockett is a signatory and party opponent. Also, multiple MALC members identified for standing are signatories. |
| 295 | Rep Canales Facebook Post Democratic Partisan Redistricting Efforts Sep 28 2018 Canales Dep Ex 21 | Hearsay, Authenticity | Not hearsay because it is not offered for the truth of the matter asserted but to show bias. Representative Canales confirmed its authenticity in a sworn deposition and the designations have been introduced as evidence. |
| 297 | Courts of Appeals Districts Map Sep 1 2005 Canales Dep Ex 26 | Relevance FRE401/402 | Relevant because it tends to show geographic divisions of the State and communities of interest. |
| 298 | Administrative Judicial Regions Map Canales Dep Ex 27 | Relevance FRE 401/402 | Relevant because it tends to show geographic divisions of the State and communities of interest. |
| 299 | Mar 5 2022 Texas Tribune Article Regarding Increased Republican Turnout | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the ratification of the maps in 2023. |
| 300 | Dec 20 2021 Texas Public Radio Article Regarding Changing Political Landscape in RGV | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the ratification of the maps in 2023. |
| 301 | Jun 7 2021 NY Times Article Regarding Republican Mayoral Victories in Democratic Counties | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 311 | Texas Election Results 2022 Republican Primary Results HD31 Guillen Dep Ex 14 | Authenticity, Foundation | Authentic because it is a public record from the Texas Secretary of State and is the best evidence available for election results. |
| 313 | Jun 13 2019 Texas Tribune Article Regarding Democratic Mobilization Against Republicans | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 315 | NBC Article Texas Results Hint GOP Hispanic Gains May Endure Post-Trump Mar 11 2022 Herrero Dep Ex B | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the ratification of the maps in 2023. |
| 325 | Map of Texas Counties West Texas Shading Landgraf Dep Ex 2 | Authenticity, Foundation | Withdrawn |

5

| | | | |
|---|---|---|---|
| 328 | Nov 3 2021 Texas Tribune Article Regarding Flipping of San Antonio Area House Seat to a Republican | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the ratification of the maps in 2023. |
| 335 | Jul 14 2021 Texas Tribune Article Texans where's your Democratic lawmaker Meza Dep Ex 10 | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 337 | C2194 Rep Minjarez Plan Highlighted List of Congressional Plans Minjarez Dep Ex O | Authenticity, Foundation | Authentic because it is a public record from the Texas State District Viewer Website. It was highlighted for demonstrative purposes only during sworn deposition. |
| 338 | Aug 20 2021 Texas Signal Article Quorum Restored in Texas House After String of Surprise Dem Defections Minjarez Dep Ex U | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 340 | Jul 19 2021 Rep Murr Press Release Creating Consistency for Fair and Uniform Elections Murr Dep Ex 4 | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 343 | Aug 19 2021 Instagram Post re Democrat quorum Romero Dep Ex 2 | Hearsay, Authenticity | Not hearsay because it is a statement by an agent of a party opponent. Representative Romero It is authentic because it contains the official username of Representative Romero's official public Instagram account. |
| 345 | Third Special Session Rep Thompson testimony Thompson Dep Ex 10 | Completeness, Foundation | Complete journal entry is available at Joint Exhibit 4154 S208; already admitted as a Joint Exhibit; Journal entry is a public record. |
| 350 | Reform Austin Article Aug 24 2022 This is How Texas Democrats Lose Elections Wu Dep Ex 8 | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the ratification of the maps in 2023. |
| 351 | TLC Director Jeffrey Archer Jul 21 2022 Declaration Archer Dep Ex 1 | Hearsay, FRE 802 | Already in evidence at ECF No. 455-1. |
| 354 | Houston City Council Members Cummings Dep Ex 7 | Foundation | Withdrawn |
| 355 | Harris County Elected Officials Cummings Dep Ex 8 | Foundation | Withdrawn |
| 357 | PBS News Hour Article Jun 22 2021 Gerrymandering Texas could help Republicans take back the House in 2022 George Dep Ex 7 | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 366 | San Antonio Express-News No 7 2020 Article Commentary Dems must listen to Latinos to connect with them Saenz Dep Ex 7 | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 367 | Webpage Arlington City Council Members Sutton Dep Ex 19 | Foundation | Withdrawn |
| 368 | Fort Worth Elected Officials Sutton Dep Ex 20 | Foundation | Withdrawn |

| | | | |
|---|---|---|---|
| 369 | VOA article Mar 5 2022 Republicans Make Headway in Texas' Booming Latino Communities Tijerina Dep Ex 7 | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the ratification of the maps in 2023. |
| 370 | Politico Feb 7 2022 Article The GOP is gaining among Texas Hispanics. Women are leading the charge. Tijerina Dep Ex 8 | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the ratification of the maps in 2023. |
| 375 | Sean Opperman Sep 17 2021 Reply Email to Garry Jones re drafting maps without racial data Brooks Plfs PI Ex 12 | Hearsay, FRE 802 | Already in evidence as Brooks Exhibit 12. |
| 392 | EI Voting Analysis S2100 2012 to 2020 STATE I 001333 | Hearsay, Foundation, Undisclosed Expert Testimony | Already in evidence as Defense Exhibit 35 at the PI. |
| 393 | EI Voting Analysis SD10 2014 Democratic Primary STATE PI 001345 | Hearsay, Foundation, Undisclosed Expert Testimony | Already in evidence as Defense Exhibit 36 at the PI. |
| 398 | Jan 22 2019 Texas Tribune article STATE PI 001397 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 40 at the PI. |
| 399 | Texas Tribune Article Jun 4 2021 STATE PI 001402 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 41 at the PI. |
| 400 | Texas Tribune Article Sep 21 2021 STATE PI 001406 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 42 at the PI. |
| 401 | Amarillo Pioneer Article Oct 20 2021 STATE PI 001423 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 44 at the PI. |
| 410 | Dec 6 2021 Declaration of Director of Elections Keith Ingram STATE PI 001580 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 52 at the PI. |
| 411 | Dec 20 2021 Declaration of County Judge David Blackbun STATE PI 001588 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 53 at the PI. |
| 412 | Jan 18 2022 Declaration of Collin County Elections Administrator Bruce Sherbet STATE PI 001594 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 54 at the PI. |
| 413 | Jan 18 2022 Declaration of Kendall County Elections Administrator Staci Decker STATE PI 001600 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 55 at the PI. |
| 422 | Dec 6 2018 CNN Article Latest House Results Confirm 2018 wasn't a Blue Wave. It was a Blue Tsunami Powell Dep Ex 2 | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 424 | Austin American Statesman Article Jan 24 2019 Patrick criticizes Seliger's attitude, lack of teamwork | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 425 | Oct 7 2021 Texas Tribune Article Regarding Seliger Reelection Bid | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 43 at the PI. |

| | | | |
|---|---|---|---|
| 426 | The Back Mic Article Analyzing the 2021 Texas Legislature's Conservation to Liberal Rankings Jun 18 2021 | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 427 | Texas Tribune Jun 16 2021 Article Analysis The 2021 Texas Senate from left to right | Hearsay, FRE 802 | Not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 428 | Amarillo Pioneer Article Oct 20 2021 ECF 102-1 | Hearsay, FRE 802 | Already in the record at ECF 102-1. |
| 430 | Texas Tribune article Jan 22 2019 ECF 102-1 | Hearsay, FRE 802 | Already in the record at ECF 102-1. |
| 433 | Declaration of Collin Cty Elections Administrator Bruce Sherbet Dec 6 2021 | Hearsay, FRE 802 | Exception to hearsay because it has sufficient indicia of reliability because it was used in a similar State proceeding and Plaintiffs have not objected to its reliability or authenticity. |
| 437 | Rep Turner Tweet Aug 6 2021 Turner Ex 5 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 33 p. 12 at the PI. |
| 438 | Rep Turner Aug 9 2021 Tweet Turner Ex 6 | Hearsay, FRE 802 | Not hearsay because it was authenticated and adopted by Representative Turner in sworn deposition and the designations have been entered into the record. |
| 443 | American Political Science Review Article The Geography of Racially Polarized Voting | Hearsay, FRE 802 | Offered into evidence as a learned treatise only to the extent read into the record at trial. |
| 444 | Texas Politics Project Trends in Latino attitudes in Texas foreshadowed Trump's gains in 2024 Grumbach Dep Ex 5 | Hearsay, FRE 802 | Withdrawn |
| 445 | Ballotpedia Statewide Races Results 2018 to 2022 Grumback Dep Ex 7 | Authenticity, Foundation, Hearsay | Withdrawn |
| 446 | Presidential and Senate Elections 2024 Grumback Dep Ed 6 | Authenticity, Foundation, Hearsay | Withdrawn |
| 447 | PBS Transcript No 13 2024 Exploring why more Latinos voted for Trump and what it means for future elections Grumbach Dep Ex 4 | Hearsay | Withdrawn |
| 448 | Presidential election 2024 Gubernatorial election 2022 Results Grumbach Dep Ex 8 | Authenticy, Foundation, Hearsay | Withdrawn |
| 449 | Court of Criminal Appeals Place 7 2024 ballotpedia election results and google search results Grumback Dep Ex 9 | Authenticity, Foundation, Hearsay | Withdrawn |
| 450 | Ballotpedia Endogenous Elections CD15 HD 37 HD115 SD27 Results Grumback Dep Ex 10 | Authenticity, Foundation, Hearsay | Withdrawn |
| 454 | Zoom C2197 Google Maps Railroad Tracks Morales Apr 22 2025 Dep Ex 24 | Authenticity, Foundation | Offered for demonstrative purposes only and is the same type of demonstrative (overlay of google maps and district lines) as used by Plaintiffs in trial. |

| | | | |
|---|---|---|---|
| 455 | Map C2195 Zoom Railroad Tracks Morales Apr 22 2025 Dep Ex 27 | Authenticity, Foundation | Offered for demonstrative purposes only and is a screenshot from TLC of LULAC Demonstrative District C2195 similar to demonstratives used by Plaintiffs in trial. |
| 456 | C2195 Google Maps Zoom Railroad Tracks Morales Apr 22 2025 Dep Ex 28 | Authenticity, Foundation | Offered for demonstrative purposes only and is the same type of demonstrative (overlay of google maps and district lines) as used by Plaintiffs in trial. |
| 457 | CD15 Wikipedia Historical Election Results Rush Dep Ex 10 | Authenticity, Foundation, Hearsay | Withdrawn |
| 459 | Biography Rep Janie Lopez Rush Dep Ex 14 | Hearsay, FRE 802 | Withdrawn |
| 461 | Texas Public Radio Article Nov 6 2024 Republican John Lujan is reelected in close Texas House District 118 race Rush Dep Ex 9 | Hearsay, FRE 802 | Withdrawn |
| 464 | Amarillo Pioneer article Oct 20 2021 ECF 102-1 | Hearsay, FRE 802 | Already in evidence as Defense Exhibit 44 from the PI. |
| 465 | Index and Exhibits to State Defs Opposition to Brooks Plfs Motion for PI ECF 102-1 | Hearsay, FRE 802 | Already in the record at ECF 102-1. |
| 467 | Austin American Statesman Jan 24 2019 Article Patrick criticizes Seliger's attitude, lack of teamwork | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 468 | June 16 2021 Texas Tribune Article Analysis The 2021 Texas Senate, from left to right | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 472 | Austin American Statesman Jan 24 2019 Article Patrick criticizes Seliger's attitude, lack of teamwork | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but to show what was in the public discourse during the redistricting process in 2021. |
| 473 | Redistricting Dates of Interest Timeline TLC | Hearsay, FRE 802, Foundation | Exception to hearsay because it is a public record produced by TLC and available on the State's official redistricting portal. These facts were established by Senator Huffman on the stand. |
| 523 | Dec 9 2022 Science Advances Article Addressing Census Data Problems | Hearsay, FRE 802 | Not hearsay because it is not offered for the truth of the matter asserted but to show what was in the public discourse during the ratification of the maps in 2023. |
| 524 | Politico Article Apr 9 2025 Donald Trump wins Texas Barreto Dep Ex | Hearsay, FRE 802 | Withdrawn |
| 525 | Politico Article Apr 9 2025 Ted Cruz wins Texas Senate seat Barreto Dep Ex | Hearsay, FRE 802 | Withdrawn |
| 528 | EX. 5 to Saenz Depo, Article in Mexican American Civil Rights Institute's "Brown Papers" State's Demo 5 | Hearsay, FRE 802 | Offered into evidence as a learned treatise only to the extent read into the record at trial. |
| 536 | Letter from Civil Rights Organizations to Huffman | Hearsay, Authenticity | Not hearsay because it is a statement by a party opponent. It was authenticated on the stand by Senator Huffman. |

| 537 | Senator Juan Chuy Hinojosa Press Release - Jan. 25, 2021 | Hearsay, Hearsay within Hearsay | Not hearsay because it is not offered for the truth of the matter asserted but to illustrate the legislative process. |
| 538 | Declaration from Phil King | Hearsay, Foundation | Already in the record at ECF 102-1. |
| 542 | Brooks_000015 email | Hearsay, Foundation, Authenticity | Not hearsay because not offered for the truth of the matter asserted but to show bias. It was authenticated by Jeanette Martinez on the stand and it was produced by Brooks Plaintiffs. |
| 543 | How Donald Trump Has Remade America's Political Landscape | Hearsay, Foundation | Withdrawn |

Date: June 17, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.wassdorf@oag.texas.gov

Respectfully submitted,

/s/ Ryan. G. Kercher
RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Texas Bar No. 24118415

WILLIAM D. WASSDORF
Associate Deputy AG for Civil Litigation
Texas Bar No. 24103022

COUNSEL FOR STATE DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 17, 2025 and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
Ryan G. Kercher
