# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br> & <br> All Consolidated Cases |

## LULAC PLAINTIFFS' CHART OF LULAC EXHIBITS SUBJECT TO OBJECTION BY STATE DEFENDANTS

Plaintiffs LULAC, *et al.*, ("LULAC Plaintiffs") respectfully file this chart of LULAC exhibits subject to objection by State Defendants, as ordered by the Court on June 11, 2025. See Tr. 6/11/25 at 117-118. The chart is attached as Exhibit A.

The chart identifies the LULAC exhibits subject to objection, describes the exhibits and the nature of the objections, and presents the arguments in support of admitting the exhibits.

Dated: June 17, 2025

Respectfully submitted

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org

jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and
Educational Fund (MALDEF)
634 S. Spring Street, 11th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno
Mexican American Legal Defense and
Educational Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC  20036
(202) 293-2828
Asenteno@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and
Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org


*Admitted *pro hac vice*
*Counsel for LULAC Plaintiffs*


## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 17th day of June 2025.

/s/ Nina Perales
Nina Perales