IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br>&<br>All Consolidated Cases |

## NOTICE THAT STATE DEFENDANTS DO NOT OPPOSE LULAC PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE LULAC PLAINTIFFS' BRIEF REGARDING EVIDENCE FROM THE TEXAS LEGISLATIVE COUNCIL

Plaintiffs LULAC, *et al.*, ("LULAC Plaintiffs") respectfully notify the Court that State Defendants do not oppose LULAC Plaintiffs' Motion for Enlargement of Time to File LULAC Plaintiffs' Brief Regarding Evidence from the Texas Legislative Council. Dkt. 1104. At the time of filing, LULAC Plaintiffs had not yet received a response regarding State Defendants' position on the Motion. *Id*. at 5. Counsel for State Defendants have since advised that they are not opposed to the Motion. Accordingly, LULAC Plaintiffs respectfully request that the Court consider the motion without the necessity of further briefing and grant the relief sought therein.

Dated: June 18, 2025

Respectfully submitted

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and
Educational Fund (MALDEF)

110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and
Educational Fund (MALDEF)
634 S. Spring Street, 11th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno
Mexican American Legal Defense and
Educational Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC  20036
(202) 293-2828
Asenteno@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and
Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org

*Admitted *pro hac vice*
*Counsel for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 18th day of June 2025.

>                             */s/ Nina Perales*
>                             Nina Perales