

GOVERNOR GREG ABBOTT

July 9, 2025

Mr. Adam Bitter, General Counsel
Office of the Secretary of State
State Capitol Room 1E.8
Austin, Texas 78701

FILED IN THE OFFICE OF THE
TEXAS SECRETARY OF STATE
____3:00 pm____ O'CLOCK
JUL 09 2025
_AWBH_____
Secretary of State

Dear Mr. Bitter:

Pursuant to his powers as Governor of the State of Texas, Greg Abbott has issued the following:

> A proclamation calling an extraordinary session of the 89th Legislature, to convene in the City of Austin, at noon on Monday, July 21, 2025.

The original proclamation is attached to this letter of transmittal.

Respectfully submitted,

Gregory S. Davidson
Executive Clerk to the Governor

GSD/gsd

Attachment

# PROCLAMATION
### BY THE
## Governor of the State of Texas

---

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

I, GREG ABBOTT, Governor of the State of Texas, by the authority vested in me by Article III, Sections 5(a) and 40, and Article IV, Section 8(a) of the Texas Constitution, do hereby call a Special Session of the 89th Legislature, to convene in the City of Austin, commencing at 12:00 p.m. on Monday, July 21, 2025, to consider and act upon the following:

Legislation to improve early warning systems and other preparedness infrastructure in flood-prone areas throughout Texas.

Legislation to strengthen emergency communications and other response infrastructure in flood-prone areas throughout Texas.

Legislation to provide relief funding for response to and recovery from the storms which began in early July 2025, including local match funding for jurisdictions eligible for FEMA public assistance.

Legislation to evaluate and streamline rules and regulations to speed preparedness for and recovery from natural disasters.

Legislation to eliminate the STAAR test and replace it with effective tools to assess student progress and ensure school district accountability.

Legislation reducing the property tax burden on Texans and legislation imposing spending limits on entities authorized to impose property taxes.

Legislation making it a crime to provide hemp-derived products to children under 21 years of age.

Legislation to comprehensively regulate hemp-derived products, including limiting potency, restricting synthetically modified compounds, and establishing enforcement mechanisms, all without banning a lawful agricultural commodity.

Legislation further protecting unborn children and their mothers from the harm of abortion.

Legislation prohibiting taxpayer-funded lobbying, including the use of tax dollars to hire lobbyists and payment of tax dollars to associations that lobby the Legislature.

Legislation, similar to Senate Bill No. 1278 from the 89th Legislature, Regular Session, that protects victims of human trafficking from criminal liability for non-violent acts closely tied to their own victimization.

Legislation that protects law enforcement officers from public disclosure of unsubstantiated complaints in personnel files.

Legislation protecting women's privacy in sex-segregated spaces.

FILED IN THE OFFICE OF THE SECRETARY OF STATE
3:00 pm O'CLOCK
JUL 0 9 2025

*Governor Greg Abbott*  
July 9, 2025

*Proclamation*  
Page 2

Legislation proposing a constitutional amendment allowing the Attorney General to prosecute state election crimes.

Legislation that provides a revised congressional redistricting plan in light of constitutional concerns raised by the U.S. Department of Justice.

Legislation, similar to Senate Bill No. 648 from the 89th Legislature, Regular Session, that provides strengthened protections against title theft and deed fraud.

Legislation, similar to Senate Bill No. 1253 from the 89th Legislature, Regular Session, that authorizes political subdivisions to reduce impact fees for builders who include water conservation and efficiency measures.

Legislation, similar to Senate Bill No. 2878 from the 89th Legislature, Regular Session, relating to the operation and administration of the Judicial Department of state government.

The Secretary of State will take notice of this action and will notify the members of the legislature of my action.



IN TESTIMONY WHEREOF, I have hereunto signed my name and have officially caused the Seal of State to be affixed at my office in the City of Austin, Texas, this the 9th day of July, 2025.

GREG ABBOTT  
Governor

Attested by:

ADAM BITTER  
General Counsel  
Secretary of State

FILED IN THE OFFICE OF THE  
SECRETARY OF STATE  
3:00 pm O'CLOCK  
JUL 09 2025