UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § | |
| **ALEXANDER GREEN**, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

### ORDER SETTING DEADLINE TO RESPOND TO EMERGENCY MOTION

Defendants **SHALL RESPOND** to "Plaintiffs' Emergency Motion to Reopen Record and Take Additional Testimony" (ECF No. 1114) by **5:00 P.M. Mountain Time** on **Saturday, July 12, 2025**.

So ORDERED and SIGNED this 11th day of July 2025.

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

*And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
|---|---|---|
| United States Circuit Judge | -and- | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |