UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **ALEXANDER GREEN**, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

## ORDER SCHEDULING STATUS CONFERENCE

The Court will conduct a **NON-EVIDENTIARY STATUS CONFERENCE** at **9:00 AM Mountain Time** on **Wednesday, August 27, 2025**. The status conference shall take place **IN PERSON**[1] in the **Honorable Philip R. Martinez Special Proceedings Courtroom (Room 812)** on the **Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas**.

At that status conference, the Court will hear argument on the Brooks, LULAC, and Gonzales Plaintiffs' "Motion to Schedule Preliminary Injunction Hearing and to Vacate August 11, 2025 Order Suspending Deadline as to State Legislative Map Challenges" (ECF No. 1127). The Court invites the attorneys to suggest other matters to discuss at the status conference as well.

---

[1] The Court will not consider requests to hold the status hearing *via* videoconference absent extraordinary circumstances. The mere inconvenience and expense of traveling to El Paso are not extraordinary circumstances.

Defendants **SHALL RESPOND** to the "Motion to Schedule Preliminary Injunction Hearing and to Vacate August 11, 2025 Order Suspending Deadline as to State Legislative Map Challenges" (ECF No. 1127) **AS SOON AS REASONABLY POSSIBLE**, but in no event any later than **5:00 PM Mountain Time** on **Friday, August 22, 2025**.

The discussion of that Motion will include the potential scheduling of an evidentiary hearing on an anticipated Motion for Preliminary Injunction pertaining to any new congressional maps enacted by the Texas Legislature. Due to preexisting scheduling conflicts, the Court suggests the week of September 15, 2025 as the earliest available date for a preliminary injunction hearing. The Court's other potential availabilities include the week of September 29, 2025 and the week of October 6, 2025.

Pending the outcome of the August 27, 2025 status conference, the Court's "Order Suspending Deadline for Findings of Fact and Conclusions of Law" (ECF No. 1126) **REMAINS IN EFFECT**.

**So ORDERED and SIGNED this 20th day of August 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |