UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>Defendants. | Civil Action<br><br>Lead Case No.:<br>  3:21-CV-00259-DCG-JES-JVB |
| CECILIA GONZALES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JANE NELSON, et al.,<br><br>Defendants. | Consolidated Case No.:<br>  1:21-CV-00965-DCG-JES-JVB |

**[PROPOSED] ORDER GRANTING GONZALES PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND SUPPLEMENTAL COMPLAINT**

The Court grants the Gonzales Plaintiffs' "Unopposed Motion for Leave to File a Second Supplemental Complaint" (ECF No. ___).

The Clerk of Court SHALL DOCKET the "Second Supplemental Complaint for Declaratory and Injunctive Relief" (ECF No. ___-1) as a separate docket entry with its own unique docket number.

SO ORDERED and SIGNED this _____ day of _____, 2025

_____

          HON. DAVID C. GUADERRAMA
          UNITED STATES DISTRICT JUDGE

       *And on behalf of:*

| Jerry E. Smith | | Jeffrey V. Brown |
| United States Circuit Judge | *-and-* | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Southern District of Texas |