IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB<br>[Lead Case] |
| ROY CHARLES BROOKS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>*Defendants.* | Case No.1-21-CV-00991-DCG-JES-JVB<br>[Consolidated Case] |

**BROOKS, MALDEF AND MALC PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITS**

Local Rule 7(e) limits dispositive motions to 20 pages, absent leave of court. These three Plaintiff groups jointly file this 44-page Motion for Preliminary Injunction. Arguably these Plaintiffs are below the 60-page allotment they would be entitled if they filed their motions separately. Nevertheless, in the event leave is required, the Brooks, MALDEF and MALC Plaintiffs hereby seek leave to file their Motion for Preliminary Injunction in excess of 20 pages.

**CONCLUSION**

For the foregoing reasons, the motion should be granted.

1

August 25, 2025

/s/ Nina Perales
Nina Perales
Texas Bar No. 24005046
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
FAX (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and
Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA 90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and
Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA 95814
(916) 444-3031
kpolicarpio@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

Respectfully submitted,

/s/ Chad W. Dunn
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

/s/ Mark P. Gaber
Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 51
Helena, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
732-610-1283
sonniwaknin@gmail.com


*Admitted *pro hac vice*

*Counsel for Brooks Plaintiffs*

2

3

                              */s/ Sean J. McCaffity*
Sean J. McCaffity
State Bar No. 24013122
George (Tex) Quesada
State Bar No. 16427750
SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
214-720-0720 (Telephone)
214-720-0184 (Facsimile)
SMcCaffity@textrial.com
Quesada@textrial.com

*Attorneys for MALC Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that on August 24, 2025, the foregoing document was filed electronically with the Clerk of the United States District Court for the Western District of Texas and served on all parties of record via the District Court's CM/ECF system.

                                            */s/ Mark P. Gaber*
                                            Mark P. Gaber

**CERTIFICATE OF CONFERENCE**

      I certify that on August 24, 2025, the state's counsel, Ryan Kercher, informed me that it conditionally opposes or doesn't oppose this motion for leave to file in excess of page limits depending on when the hearing on the motion for preliminary injunction is filed.

                                            */s/ Mark P. Gaber*
                                            Mark P. Gaber