**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br>&<br>All Consolidated Cases |

**LULAC PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE A SUPPLEMENTAL COMPLAINT AND ADD PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 15(d), LULAC Plaintiffs respectfully move for leave to file a Supplemental Complaint. The proposed Supplemental Complaint is attached as Exhibit A. Counsel for Defendants have stated that they do not oppose this Motion

LULAC Plaintiffs seek leave to file this Supplemental Complaint in order to supplement their factual allegations and claims to include relevant events that occurred after LULAC Plaintiffs filed their Fifth Amended Complaint (ECF No. 899) on March 26, 2025, in particular, the adoption of a new, racially discriminatory congressional map (C2333). The map was purposefully configured to dilute Latino voting strength and assigns Latino voters to districts based purely on their race and for no remedial purpose in violation of the Fourteenth and Fifteenth Amendments and Section 2 of the Voting Rights Act.

Moreover, LULAC Plaintiffs move for leave to add the following new plaintiffs, as reflected in the Supplemental Complaint: Jo Ann James, Jose Olivares, and Paulita Sanchez. These plaintiffs, along with existing LULAC Plaintiffs, raise claims against the new congressional map.

### ARGUMENT

Federal Rule of Civil Procedure 15(d) authorizes the Court to "permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). The supplementation must have "some relation" to the original complaint and will be approved if the totality of circumstances warrants it. *Jackson Women's Health Org. v. Dobbs*, 379 F. Supp. 3d 549, 551 (S.D. Miss. 2019). Relevant considerations include undue delay, bad faith or dilatory motive, repeated failures to cure deficiencies by previous amendments, undue prejudice to defendants, and futility. *Chemetron Corp. v. Business Funds, Inc.*, 682 F.2d 1149, 1194 (5th Cir. 1982), *rev'd on other grounds*, 460 U.S. 1007 (1983); *see also Lewis v. Knutson*, 699 F.2d 230, 239 (5th Cir. 1983) ("[T]he discretion exercised in deciding whether to grant leave to amend is similar to that for leave to file a supplemental pleading.").

None of those factors is present here. LULAC Plaintiffs are filing this supplemental complaint immediately upon the adoption of the congressional map. And Defendants do not oppose this motion.

### CONCLUSION

For the foregoing reasons, LULAC Plaintiffs respectfully request that the Court grant their motion.

Date:  August 25, 2025                    Respectfully submitted,

/s/ Nina Perales
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
kpolicarpio@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 25th day of August 2025.

3

*/s/ Nina Perales*
Nina Perales