# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Consolidated Lead Case] |

## [PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT AND ADD PLAINTIFFS

Pending before the Court is LULAC Plaintiffs' Unopposed Motion for Leave to File a Supplemental Complaint and add Plaintiffs. Upon review of the motion, as well as any responses, the Court is of the opinion that LULAC Plaintiffs' motion should be GRANTED. It is hereby ORDERED that the clerk shall docket LULAC Plaintiffs' Supplemental Complaint, filed as Exhibit A to their motion.

SO ORDERED and SIGNED this _____ day of _____ 2025.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith <br> United States Circuit Judge <br> U.S. Court of Appeals, Fifth Circuit | -and- | Jeffrey V. Brown <br> United States District Judge <br> Southern District of Texas |