UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, et. al., § § *Plaintiffs* § § Eddie Bernice Johnson, Sheila Jackson-Lee § Alexander Green, and Jasmine § Crockett § § Plaintiff-Intervenors § § v. § § GREG ABBOTT, in his official capacity § As Governor of Texas, et. al. § § *Defendants* § | Case No.: 3-21-CV-00259-DCG-JES-JVB [Lead Case] |

## PLAINTIFF-INTERVENORS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

**TO THE HONORABLE COURT:**

Plaintiff-Intervenors Congresswoman Jasmine Crockett and Congressman Alexander Green respectfully move this Court for leave to file their Supplemental Complaint challenging Texas Congressional redistricting Plan C2333, enacted by the Texas Legislature in August 2025.

**I. BACKGROUND**

**1.** This case involves ongoing challenges to Texas Congressional redistricting plans under the Fourteenth and Fifteenth Amendments to the United States Constitution and Section 2 of the Voting Rights Act.

**2.** The operative pleading is the Second Amended Complaint filed by Plaintiff-Intervenors on October 19, 2022, challenging Congressional Plan C2193.

1

**3.** Since the filing of the Second Amended Complaint, significant new developments have occurred that form the basis for this Supplemental Complaint.

## II. GROUNDS FOR SUPPLEMENTAL PLEADING

**4.** Federal Rule of Civil Procedure 15(d) permits supplemental pleadings to address "any transaction, occurrence, or event that happened after the date of the pleading to be supplemented."

**5.** In August 2025, the Texas Legislature enacted Congressional Plan C2333, which substantially redraws the congressional districts at issue in this litigation, including Congressional Districts 9, 18, and 30.

**6.** Plan C2333 was enacted following a July 7, 2025 letter from the U.S. Department of Justice demanding that Texas eliminate what it characterized as "unconstitutional coalition districts" in Congressional Districts TX-09, TX-18, TX-29, and TX-33.

**7.** The Supplemental Complaint addresses these new factual developments and provides updated legal claims based on Plan C2333's impact on minority voting rights.

## III. NEW FACTUAL ALLEGATIONS

**8.** The Supplemental Complaint includes substantial new factual allegations not present in the Second Amended Complaint, including:

- Expert analysis by Dr. Richard Murray demonstrating that Plan C2333 systematically reduces Hispanic and African American electoral opportunities;
- Evidence of the mid-decade redistricting process, including procedural irregularities and exclusion of minority legislators;
- Analysis of Plan C2333's discriminatory impact on Congressional Districts 9, 18, and 30; and
- Documentation of the targeting of minority elected officials through redistricting of their residences.

**9.** These new allegations support claims of intentional discrimination, Section 2 violations, and racial gerrymandering under Plan C2333.

## IV. TIMELINESS AND LACK OF PREJUDICE

**10.** This motion is filed promptly after Plan C2333's enactment and the development of expert analysis documenting its discriminatory effects.

**11.** Granting leave will not prejudice Defendants, as the Supplemental Complaint addresses the same legal theories applied to new factual circumstances created by Plan C2333.

**12.** The Supplemental Complaint is necessary for the Court's consideration of the legality of the currently enacted redistricting plan.

## V. NO OPPOSITION

**13.** No party opposes the filing of this Supplemental Complaint.

## VI. CONCLUSION

The interests of justice strongly favor allowing Plaintiff-Intervenors to file their Supplemental Complaint challenging Plan C2333. The new redistricting plan raises the same constitutional and statutory concerns addressed in the operative pleading, applied to current circumstances. Denying leave would prevent this Court from addressing the legality of Texas's currently enacted Congressional redistricting plan.

**WHEREFORE**, Plaintiff-Intervenors respectfully request that this Court grant leave to file the attached Supplemental Complaint and deem it filed as of the date of this Order.

---

**Respectfully submitted,**

**/s/ Gary Bledsoe**
Gary Bledsoe
State Bar No. 02476500
The Bledsoe Law Firm PLLC
6633 Highway 290 East, Suite 208
Austin, Texas 78723-1157
Telephone: (512) 322-9992

Fax: (512) 322-0840

gbledsoe@thebledsoelawfirm.com

**/s/ Robert S. Notzon**

Robert S. Notzon

State Bar No. 00797934

1502 West Avenue, 78701

robert@notzonlaw.com

**Attorneys for Plaintiff-Intervenors Jasmine Crockett and Alexander Green**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court.

**/s/ Gary Bledsoe**

Gary Bledsoe

**Dated:** August 26, 2025

4