HOUSE OF REPRESENTATIVES

8/18/25
_Date_

Representative ▮▮▮▮▮▮▮
is granted permission to leave the Hall of the House on this day in the custody of a designated officer of the Department of Public Safety appointed under Rule 5, Section 8, House Rules of Procedure, on the condition that the representative will return to the Hall of the House at 10 a.m. on Wednesday, August 20, 2025.

_Speaker of the House of Representatives_

Acknowledged by: