UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **ALEXANDER GREEN**, *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | |
| v. | § § | & |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants*. | § § | |

**ORDER**

This Order memorializes the Court's oral rulings at the August 27, 2025 status conference.

**A.      The Preliminary Injunction Hearing**

The Court **GRANTS** the Brooks, LULAC, and Gonzales Plaintiffs' "Motion to Schedule Preliminary Injunction Hearing and to Vacate August 11, 2025 Order Suspending Deadline as to State Legislative Map Challenges" (ECF No. 1127) **IN PART** to the extent it asks the Court to schedule a Preliminary Injunction Hearing.

As the Court explained on the record, while the Court is sensitive to the need to proceed as quickly as possible on the Plaintiffs' Preliminary Injunction Motions, the panel has several preexisting, unmovable commitments that prevent the Court from scheduling a Preliminary Injunction Hearing to begin before October 1, 2025. The Court also recognizes Defendants' need for enough time to adequately prepare their opposition to Plaintiffs' Motions.

Accordingly, the Court **SETS** this case for a **PRELIMINARY INJUNCTION HEARING** beginning on **Wednesday, October 1, 2025**, at **9:00 AM Mountain Time**. The hearing shall take place **IN PERSON**[1] in the **Honorable Philip R. Martinez Special Proceedings Courtroom (Room 812)** on the **Eighth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas**. The hearing shall run **each weekday** from **9:00 AM until 6:00 PM Mountain Time** through **Friday, October 10, 2025**. If necessary, the panel will also hold court on **Saturday, October 4, 2025**.

The Court will forgo opening statements from the parties at the Preliminary Injunction Hearing. Plaintiffs should present their first witness at 9:00 AM on Wednesday, October 1, 2025, following any opening announcements.

To conduct the Preliminary Injunction proceedings as efficiently as possible, the Court will not tolerate gaps between each witness's testimony. Each side should have its next witness ready to testify immediately after the preceding witness's testimony concludes.

**AS SOON AS POSSIBLE**, the parties **SHALL** contact the Court directly with any request for technology necessary for in-person testimony and exhibit presentation.

---

[1] The Court will not consider requests to hold the preliminary injunction hearing or to allow witness testimony *via* videoconference absent extraordinary circumstances. The mere inconvenience and expense of traveling to El Paso are not extraordinary circumstances.

B.   **The Court Denies Plaintiffs' Request to Reinstate a Deadline to File Proposed Findings of Fact and Conclusions of Law**

For the reasons discussed on the record, the Court **DENIES** the "Motion to Schedule Preliminary Injunction Hearing and to Vacate August 11, 2025 Order Suspending Deadline as to State Legislative Map Challenges" (ECF No. 1127) **IN PART** in **ALL OTHER RESPECTS**.

The Court's "Order Suspending Deadline for Findings of Fact and Conclusions of Law" (ECF No. 1126) shall therefore **REMAIN IN EFFECT** pending further order.

C.   **Pending Motions for Leave to File**

The Court **GRANTS** the following pending motions:

(1)   The "Gonzales Plaintiffs' Unopposed Motion for Leave to File a Second Supplemental Complaint" (ECF No. 1131);

(2)   The "Brooks Plaintiffs' Unopposed Motion for Leave to File a Supplemental Complaint and Add Plaintiffs" (ECF No. 1132);

(3)   The "Gonzales Plaintiffs' Opposed Motion to Enlarge Page Limit for Preliminary Injunction Motion" (ECF No. 1133);

(4)   The "Brooks, MALDEF and MALC Plaintiffs' Opposed Motion for Leave to File in Excess of Page Limits" (ECF No. 1134);

(5)   The "LULAC Plaintiffs' Unopposed Motion for Leave to File a Supplemental Complaint and Add Plaintiffs" (ECF No. 1135);

(6)   "MALC's Unopposed Motion for Leave to File Supplemental Complaint" (ECF No. 1139);

(7)   "Plaintiff Texas NAACP's Unopposed Motion for Leave to File a First Supplement to Third Amended Complaint" (ECF No. 1140); and

(8)   "Plaintiff-Intervenors' Unopposed Motion for Leave to File Supplemental Complaint" (ECF No. 1141).

The Clerk of Court **SHALL DOCKET** the movants' proposed filings accordingly.

- 4 -

D.    **Pre-Hearing Deadlines**

**AS SOON AS PRACTICABLE**, the parties **SHALL CONFER** and **FILE** an agreed schedule setting:

    (1)    a deadline for the parties to disclose witnesses;

    (2)    a deadline for expert disclosures;

    (3)    a deadline for the parties to disclose their exhibits; and

    (4)    Defendants' deadlines for responding to the parties' pleadings and pending motions.

E.    **Amicus Briefs**

Any non-party who seeks to file an amicus brief in this case must file a **motion for leave** with its proposed amicus brief **attached as an exhibit**.[2] The deadline for filing any such motion is **September 17, 2025**. Proposed amicus briefs are limited to **20 pages** (exclusive of the motion for leave, the case caption, the signature block, and any certificate attached to the proposed filing).

---

[2] *See* W.D. TEX. L.R. CV-7(B) ("When a motion for leave to file a pleading, motion, or other submission is required, an executed copy of the proposed pleading, motion, or other submission shall be filed as an exhibit to the motion for leave. Unless otherwise ordered, if the motion for leave is granted, the clerk shall promptly file the pleading, motion, or other submission.").

**So ORDERED and SIGNED this 28th day of August 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |