UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON**, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court **GRANTS** the "LULAC Plaintiffs' Unopposed Motion to Withdraw Sabrina J. Rodríguez as Counsel in the Case" (ECF No. 1155).

The Clerk of Court **SHALL REMOVE** Ms. Rodríguez from the list of attorneys designated as the LULAC Plaintiffs' counsel of record in this case.

The LULAC Plaintiffs' other attorneys **SHALL REMAIN DESIGNATED** as counsel of record in this matter.

- 2 -

**So ORDERED and SIGNED this 1st day of September 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |