# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants*. | Case No. 3:21-CV-00259-DCG-JES-JVB <br> [Lead Case] |

## JOINT RESPONSE TO COURT ORDER SCHEDULING PRELIMINARY INJUNCTION HEARING

The Court's Order setting the Preliminary Injunction Hearing directed the parties to "confer and file an agreed schedule" setting several deadlines. *See* ECF 1146 at 4. Counsel for all parties have conferred by e-mail and videoconference and have reached agreements as described below. The parties jointly request the Court enter the order filed herewith which provides for the following deadlines:

1. Deadline for Defendants to file motions to dismiss — September 8, 2025

2. Deadline for Defendants to file their response(s) to Plaintiffs' motions for preliminary injunction — September 17, 2025

3. Deadline for Defendants to provide expert disclosures — September 17, 2025

4. Deadline for Plaintiffs to provide rebuttal expert Disclosures — September 23, 2025

5. Deadline for Plaintiffs to file their reply briefs in support of their motions for preliminary injunction — September 24, 2025

6. Deadline for parties to file their witness and exhibit lists — September 24, 2025

The parties further wish to advise the Court on the agreements regarding various issues:

First, in order to streamline presentation and not duplicate proceedings from the earlier trial in this case, the parties intend to rely upon evidence in the record from the trial.

Second, certain Plaintiffs are producing additional expert analysis, this weekend. Plaintiffs' view is that given the time between now and the scheduled hearing, Plaintiffs should not be limited to the expert analysis they pulled together in a few days in the time they had to file motions for preliminary injunction. Defendants object to newly provided expert testimony and argue that it leaves the state without sufficient time to prepare for the hearing. No agreement on this dispute has been reached and state defendants will raise the matter with the Court at the appropriate time.

Third, the parties have discussed logistics over the videos of the legislative proceedings. Plaintiffs today provided all parties the videos they intend to use at the trial. The state has asked its vendor to transcribe the legislative videos. It is not yet known when the transcription project will be completed. The state has committed to providing Plaintiffs the transcriptions on a rolling basis, as they become available. For all the transcripts Plaintiffs receive by September 17, they should be able to sync with the videos and, when played in court, can be identified by exhibit number, page/line, and minutes/seconds. This will allow other parties to track in real time whether they wish to make offers around those videos for optional completeness purposes. After September 17, Plaintiffs will have to prepare their potential video excerpts utilizing the videos that remain that are not synced to a transcript. For those videos, Plaintiffs will only be able to identify on the record the minutes/seconds played in court along with the exhibit number for the video. Plaintiffs have prepared a shared folder that contains all the videos which has been shared with Defendants and can be shared with the Court as directed.

Fourth, the parties, as ordered, have provided a deadline to disclose exhibits and witnesses with the understanding that it is likely additional materials may be discovered after this deadline.

.September 5, 2025

/s/ Nina Perales
Nina Perales
Texas Bar No. 24005046
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
FAX (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and
Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA 90014
(210) 629-2512
eherrera@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and
Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA 95814
(916) 444-3031
kpolicarpio@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

Respectfully submitted,

/s/ Chad W. Dunn
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

/s/ Mark P. Gaber
Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 51
Helena, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
732-610-1283
sonniwaknin@gmail.com


*Admitted *pro hac vice*

*Counsel for Brooks Plaintiffs*

| | |
|---|---|
| Renea Hicks<br>Attorney at Law<br>Texas Bar No. 09580400<br>Law Office of Max Renea Hicks<br>P.O. Box 303187<br>Austin, Texas 78703-0504<br>(512) 480-8231<br>rhicks@renea-hicks.com | */s/ David R. Fox*<br>David R. Fox<br>Richard A. Medina<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave. NW, Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>dfox@elias.law<br>rmedina@elias.law<br><br>Abha Khanna<br>**ELIAS LAW GROUP LLP**<br>1700 Seventh Ave, Suite 2100<br>Seattle, WA 98101<br>Telephone: (206) 656-0177<br>akhanna@elias.law<br><br>*Counsel for Gonzales Plaintiffs*<br><br>*/s/ Sean J. McCaffity*<br>Sean J. McCaffity<br>State Bar No. 24013122<br>George (Tex) Quesada<br>State Bar No. 16427750<br>SOMMERMAN, MCCAFFITY,<br>QUESADA & GEISLER, L.L.P.<br>3811 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas 75219-4461<br>214-720-0720 (Telephone)<br>214-720-0184 (Facsimile)<br>SMcCaffity@textrial.com<br>Quesada@textrial.com<br><br>*Attorneys for MALC Plaintiffs* |

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Robert Weiner*
David Rollins-Boyd*
Jennifer Nwachukwu
Jeremy Lewis*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*rweiner@lawyerscommittee.org*
*drollins-boyd@lawyerscommittee.org*
*jnwachukwu@lawyerscommittee.org*
*jlewis@lawyerscommittee.org*

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT
NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*

*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*aashton@naacpnet.org*

Janette M. Louard
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted *pro hac vice*
** *Pro hac vice* motion forthcoming

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
william.wassdorf@oag.texas.gov
david.bryant@oag.texas.gov
zachary.rhines@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
ali.thorburn@oag.texas.gov

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Texas Bar No. 24118415

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Texas Bar No. 24103022

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

ZACHARY L. RHINES
Special Counsel
Texas Bar No. 24116957

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

ALI M. THORBURN
Assistant Attorney General
Texas Bar No. 24125064

COUNSEL FOR STATE DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on all counsel of record on September 5, 2025 via the Court's CM/ECF system.

*/s/ Chad W. Dunn*
Chad W. Dunn