UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>    *Defendants*. | Case No. 3:21-CV-00259-DCG-JES-JVB<br>[Lead Case] |

**[PROPOSED] ORDER SETTING DEADLINES FOR
PRELIMINARY INJUNCTION HEARING**

Upon consideration of the parties' Joint Response to the Court's Order Scheduling Preliminary Injunction Hearing (ECF No. 1160), and for good cause shown, the Court hereby ORDERS the following schedule::

1. Deadline for Defendants to file motions to dismiss — September 8, 2025

2. Deadline for Defendants to file their response(s) to Plaintiffs' motions for preliminary injunction — September 17, 2025

3. Deadline for Defendants to provide expert disclosures — September 17, 2025

4. Deadline for Plaintiffs to provide rebuttal expert Disclosures — September 23, 2025

5. Deadline for Plaintiffs to file their reply briefs in support of their motions for preliminary injunction — September 24, 2025

6. Deadline for parties to file their witness and exhibit lists — September 24, 2025

1

2

It is so ORDERED.

SIGNED this ___ day of _____, 2025.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE
