**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, §§§§§ | |
| *Plaintiffs,* § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, §§ | **EP-21-CV-00259-DCG-JES-JVB** [Lead Case] |
| *Plaintiff-Intervenors,* § | |
| **v.** § | **&** |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, §§§§ | **All Consolidated Cases** |
| *Defendants.* § | |

## <u>ORDER SETTING DEADLINES FOR PRELIMINARY INJUNCTION HEARING</u>

Upon consideration of the parties' "Joint Response to Court Order Scheduling

Preliminary Injunction Hearing" (ECF No. 1160), the Court sets the following deadlines:

| 1. | **Deadline for Defendants to file motions to dismiss** | **September 8, 2025** |
|---|---|---|
| 2. | **Deadline for Defendants to file response(s) to Plaintiffs' Preliminary Injunction Motions** | **September 17, 2025** |
| 3. | **Deadline for Defendants to provide expert disclosures** | **September 17, 2025** |
| 4. | **Deadline for Plaintiffs to provide rebuttal expert disclosures** | **September 23, 2025** |
| 5. | **Deadline for Plaintiffs to file reply briefs in support of their Preliminary Injunction Motions** | **September 24, 2025** |
| 6. | **Deadline for parties to file witness and exhibit lists** | **September 24, 2025** |

**So ORDERED and SIGNED this 8th day of September 2025.**

_____

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |