UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, et al.

vs.

Abbott, et al.

Case No.: 3:21-cv-00259

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Leah C. Aden, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent the amicus Legal Defense & Educational Fund, et al. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Legal Defense & Educational Fund with offices at:

   Mailing address: 40 Rector Street

   City, State, Zip Code: New York, NY 10006

   Telephone: (202)965-2200   Facsimile: (212)226-7592

2. Since 2008, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 4555207.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| New York | 1/30/2008 |
| U.S. Court of Appeals for the 1st Circuit | 2/15/2017 |
| U.S. Court of Appeals for the 2nd Circuit | 1/6/2017 |
| U.S. Court of Appeals for the 3rd Circuit | 3/5/2017 |
| U.S. Court of Appeals for the 4th Circuit | 2/15/2017 |
| U.S. Court of Appeals for the 5th Circuit | 3/15/2013 |
| U.S. Court of Appeals for the 6th Circuit | 2/15/2017 |
| U.S. Court of Appeals for the 7th Circuit | 2/17/2017 |
| U.S. Court of Appeals for the 8th Circuit | 2/15/2017 |
| U.S. Court of Appeals for the 9th Circuit | 2/15/2017 |
| U.S. Court of Appeals for the 10th Circuit | 2/15/2017 |
| U.S. Court of Appeals for the 11th Circuit | 6/24/2013 |
| U.S. Court of Appeals for the D.C. Circuit | 7/15/2014 |
| U.S. Supreme Court | 1/14/2013 |
| Southern District of New York | 1/3/2012 |
| Eastern District of New York | 1/3/2012 |
| Western District of Tennessee | 4/18/2025 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Leah C. Aden to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Leah C. Aden
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 11 day of September, 2025.

Leah C. Aden
[printed name of Applicant]

*[signature]*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

League of United Latin American Citizens, et al.

vs.

Abbott, et al.

Case No.: 3:21-cv-00259

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Leah C. Aden, counsel for the amicus Legal Defense & Educational Fund, et al., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Leah C. Aden may appear on behalf of the amicus Legal Defense & Educational Fund, et al. in the above case.

IT IS FURTHER ORDERED that Leah C. Aden, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of September, 20 25 ____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form