IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>*Defendants*. | Civil Action No.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br><br>&<br><br>All Consolidated Case |

**CONSENT MOTION FOR LEAVE TO FILE AN AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule CV-7 and this Court's August 28, 2025, Order, ECF 1146, the NAACP Legal Defense & Educational Fund, Inc., Delta Sigma Theta Sorority, Incorporated, Black Voters Matter Capacity Building Institute, Barbara Jordan Leadership Institute, Friendship-West Baptist Church, American Civil Liberties Union ("ACLU"), ACLU of Texas, League of Women Voters, League of Women Voters of Texas, and Houston Area Urban League (collectively, "*Amici*") respectfully request this Court's leave to file the accompanying brief (Ex. 1) as *amici curiae* in support of Plaintiffs' motions for preliminary injunction.[1] Although this Court's August 28 permits the timely filing of amicus briefs relating to Plaintiffs'

---

[1] For this brief, "Plaintiffs" refer to those parties who have filed motions for preliminary injunction. *See* ECF 1142-1143, 1149, 1150.

motions for preliminary injunction, out of an abundance of caution, *Amici* have reached out to the parties in this case. The parties provided their consent.

*Amici* are nonprofit, nonpartisan civil rights and racial justice organizations that work in service of Black Texans and other Texans to enjoy their full and equal rights. Achieving equal representation and ensuring that voters are able to cast equal and effective votes depends, in part, on redistricting maps that are fairly drawn to reflect and respect the communities *Amici* serve. For these reasons, *Amici* have worked to achieve fair representation in electoral maps in Texas and protect against unfair and racially discriminatory redistricting plans. Several *Amici* submitted testimony in the 2025 special legislative sessions that the Texas Legislature held regarding this mid-decade congressional redistricting. *Amici* therefore have a strong interest in ensuring that Texas' congressional districting maps are fairly drawn to ensure that *Amici's* constituents enjoy their full and equal representation.

The extent to which the non-parties should be permitted to participate in a pending action lies "solely within the broad discretion of the district court." *U.S. v. Texas*, 2022 WL 22878039, at *1 (S.D. Tex. Jan. 11, 2022) (quoting *Waste Mgmt. of Pa., Inc. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995)). In determining whether to permit an *amicus* brief, "a district court should consider whether the information offered through the amicus brief is 'timely and useful' or otherwise necessary." *Id.* at *2. *Amici* submit this brief to illuminate for this Court their concerns and the harms arising from Texas' mid-decade congressional redistricting, many of which they raised with Texas officials during recent legislative sessions. Additionally, some

*Amici* have significant experience litigating issues relating to the constitutionality and legality of congressional districts. The attached amicus brief would therefore aid this Court in deciding the important issues raised in Plaintiffs' motions for preliminary injunction.

    For the foregoing reasons and consistent with this Court's August 28 order, ECF 1146, *Amici* respectfully request that this Court grant its motion for leave to file the accompany brief as *amici curiae*.

Dated:   September 15, 2025                       Respectfully submitted,

                                              /s/ *Leah C. Aden*
                                              Leah C. Aden*
                                              John S. Cusick*
                                              NAACP Legal Defense
                                                 & Education Fund, Inc.
                                              40 Rector Street, 5th Floor
                                              New York, NY 10006
                                              laden@naacpldf.org
                                              jcusick@naacpldf.org

                                              *Counsel for Amici Curiae*

                                              * Admitted Pro Hac Vice