IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br>     *Plaintiffs*, <br> v. <br> GREG ABBOTT, *et al.*, <br>     *Defendants.* | Case No. 3:21-cv-00259 <br> [Lead Case] |

### STATE DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson in her official capacity as Secretary of State of Texas, Dave Nelson, in his official capacity as Deputy Secretary of State, and the State of Texas ("State Defendants") file this Unopposed Motion to Amend the current September 8, 2025 Scheduling Order (ECF 1161) and the deadlines contained therein pursuant to Federal Rule of Civil Procedure 16(b)(4).

### MOTION

The current September 8, 2025 Scheduling Order requires State Defendants to file responses to Plaintiffs' Preliminary Injunction Motions and provide expert disclosures by September 17, 2025, requires Plaintiffs to provide rebuttal expert disclosures by September 23, 2025 and file reply briefs in support of their Preliminary Injunction Motions by September 24, 2025, and requires all parties to file their witness and exhibit lists by September 24, 2025.

State Defendants request an extension of their deadline to provide expert disclosures and file responses to Plaintiffs' Preliminary Injunction Motions to September 22, 2025. State Defendants request this extension for good cause and to allow State Defendants' and their expert sufficient time to review and respond to Plaintiffs' additional expert reports. In light of this request, State Defendants request a commensurate extension of Plaintiffs' deadline to provide rebuttal expert reports and file replies in support of their Preliminary Injunction to September 29, 2025.

Due to the foregoing requests for extension, State Defendants additionally request a commensurate extension of all parties' deadline to file their witness and exhibit lists to September 29, 2025. All parties to this litigation have conferred regarding this motion and are unopposed.

## PRAYER

For the reasons set forth above, State Defendants respectfully request the Court enter an order granting State Defendants' Unopposed Motion to Amend Scheduling Order and extending the deadlines as described therein.

<div style="display: flex;">

<div>

Date: September 15, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

WILLIAM D. WASSDORF
Associate Deputy Attorney General for Civil Litigation
Texas Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
william.wassdorf@oag.texas.gov
david.bryant@oag.texas.gov
zachary.rhines@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
ali.thorburn@oag.texas.gov

</div>

<div>

Respectfully submitted,

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Texas Bar No. 24118415

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

ZACHARY L. RHINES
Special Counsel
Texas Bar No. 24116957

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

ALI M. THORBURN
Special Counsel
Texas Bar No. 24125064

COUNSEL FOR STATE DEFENDANTS

</div>

</div>

## CERTIFICATE OF CONFERENCE

Counsel for State Defendants certify that on September 15, 2025, Counsel for State Defendants conferred with Plaintiffs' Counsel regarding this Motion and none were opposed.

*Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division

## CERTIFICATE OF SERVICE

I certify that on September 15, 2025, a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF).

*Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division