UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **ALEXANDER GREEN,** *et al.*, | § § § | **EP-21-CV-00259-DCG-JES-JVB** [Lead Case] |
| *Plaintiff-Intervenors*, | § § | |
| v. | § § | & |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants*. | § § | |

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER**

The Court **GRANTS** "State Defendants' Unopposed Motion to Amend Scheduling Order" (ECF No. 1168).

The Court thereby **AMENDS** its "Order Setting Deadlines for Preliminary Injunction Hearing" (ECF No. 1161) as follows:

| | | |
|---|---|---|
| 1. | Deadline for Defendants to file response(s) to Plaintiffs' Preliminary Injunction Motions | **September 22, 2025** |
| 2. | Deadline for Defendants to provide expert disclosures | **September 22, 2025** |
| 3. | Deadline for Plaintiffs to provide rebuttal expert disclosures | **September 29, 2025** |
| 4. | Deadline for Plaintiffs to file reply briefs in support of their Preliminary Injunction Motions | **September 29, 2025** |
| 5. | Deadline for parties to file witness and exhibit lists | **September 29, 2025** |

**So ORDERED and SIGNED this 16th day of September 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith**<br>**United States Circuit Judge**<br>**U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown**<br>**United States District Judge**<br>**Southern District of Texas** |