UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **ALEXANDER GREEN**, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants.* | § | |

### ORDER SETTING DEADLINES TO RESPOND AND REPLY TO MOTION TO STRIKE

The Court **ORDERS** any Plaintiffs who oppose the "State Defendants' Motion to Strike Expert Reports of Dr. Barreto" (ECF No. 1169) to **RESPOND** to the Motion by **5:00 p.m. Mountain Time** on **Friday, September 19, 2025**.

The Court further **ORDERS** the State Defendants to **REPLY**, if they so choose, by **5:00 p.m. Mountain Time** on **Tuesday, September 23, 2025**.

This Order **SUPERSEDES** the response and reply deadlines that would ordinarily apply under Western District of Texas Local Rule CV-7(D)(2) & (E)(2).

- 1 -

- 2 -

**So ORDERED and SIGNED this 16th day of September 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |