### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § | Case No. 3:21-cv-00259-DCG-JES-JVV |
| v. | § § | [Lead Case] |
| GREG ABBOTT, *et al.*, | § § | & |
| *Defendants.* | § § | All Consolidated Cases |

**STATE DEFENDANTS' NOTICE REGARDING STATE DEFENDANTS' EXHIBIT LIST**

Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson in her official capacity as Secretary of State of Texas, Dave Nelson, in his official capacity as Deputy Secretary of State, and the State of Texas file this Notice Regarding State Defendants' Exhibit List. State Defendants file this Notice to inform the Court how State Defendants plan to present and organize exhibits for the upcoming Preliminary Injunction Hearing.

State Defendants prepared a proposed Joint Exhibit List as they did for the recent trial to ensure efficiency for the Court. On September 11, 2025, State Defendants shared the proposed Joint Exhibit List with Plaintiffs and requested to confer on management of exhibits to promote uniformity and reduce confusion. LULAC and Brooks Plaintiffs objected to the idea of a Joint Exhibit List and expressed that they preferred each party submit its own exhibit list, irrespective of the inevitability of duplicate exhibits. State Defendants asked whether any Plaintiff group disagreed with LULAC and Brooks Plaintiffs' proposal. No Plaintiff group voiced objection to LULAC and Brooks Plaintiffs' proposal to file separate exhibit lists and forego a Joint Exhibit List.

In light of Plaintiffs' rejection of State Defendants' offer, State Defendants hereby notify

1

2

the Court that they will consecutively number State Defendants' PI exhibits from State Defendants trial exhibits. To demonstrate where the trial exhibits end and PI exhibits begin, State Defendants will begin each exhibit description with "PI."

Date: September 17, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
william.wassdorf@oag.texas.gov
david.bryant@oag.texas.gov
zachary.rhines@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
ali.thorburn@oag.texas.gov

Respectfully submitted,

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Texas Bar No. 24118415

WILLIAM D. WASSDORF
Associate Deputy Attorney General for Civil Litigation
Texas Bar No. 24103022

*/s/ Ali M. Thorburn*
ALI M. THORBURN
Special Counsel
Texas Bar No. 24125064

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

ZACHARY L. RHINES
Special Counsel
Texas Bar No. 24116957

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

COUNSEL FOR STATE DEFENDANTS

3

## CERTIFICATE OF SERVICE

      I certify that on September 17, 2025, a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF).

                                              *Ali M. Thorburn*
                                              ALI M. THORBURN
                                              Special Counsel