# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL., <br><br> *Plaintiffs*, <br><br> ALEXANDER GREEN, ET AL., <br><br> *Plaintiff-Intervenors*, <br><br> v. <br><br> GREG ABBOTT, ET AL., <br><br> *Defendants*. | 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br><br> & <br><br> All Consolidated Cases |

**UNITED STATES SENATORS JOHN CORNYN AND TED CRUZ'S MOTION FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF THE STATE DEFENDANTS**

## INTRODUCTION

In accordance with the Court's Order entered on August 28, 2025, (Dkt. 1146), United States Senators John Cornyn and Ted Cruz (collectively "*Amici*" or the "Senators") hereby submit this motion requesting leave to file an *amici curiae* brief in support of the State Defendants. As explained further below, the Senators have a significant interest in the issues presented in these consolidated cases, and the proposed brief will assist the Court by providing their perspective on the interpretation of federal law and the Constitution as applied to the Texas statute at issue. The Senators' proposed brief is attached.

## STATEMENT OF INTEREST AND ARGUMENT

Senator John Cornyn has represented the State of Texas in the Senate since 2002. He has served in numerous leadership roles on the Senate Committee on the Judiciary and was the Republican Party Whip from 2013–2019. Prior to his election to the Senate, he served as the Attorney General of Texas, Justice on the Supreme Court of Texas, and district court judge in Bexar County.

Senator Ted Cruz has represented the State of Texas in the Senate, and served on the Senate Committee on the Judiciary, since 2013. Prior to his election to the Senate, he served at the Department of Justice, the Federal Trade Commission, and as the Solicitor General of Texas.

*Amici* have a strong interest in ensuring that the views of Texas voters, as expressed through the statutes enacted by their elected representatives, are implemented and preserved in Texas law. In their current roles as Texas's elected Senators, as well as their prior roles as Attorney General and Solicitor General, *Amici* have advised state officials on redistricting matters and have defended prior districting decisions enacted by the Texas Legislature. Finally, *Amici* have a strong interest in preserving the role that the Constitution has granted Congress to oversee and regulate the States'

congressional elections. Accordingly, the Senators request that they be permitted to share their perspective on these critical issues as *Amici* in these consolidated cases.

## PRAYER

For the foregoing reasons, United States Senators John Cornyn and Ted Cruz respectfully request that the Court grant this motion for leave to file the accompanying *amici curiae* brief.

Dated: September 17, 2025

Respectfully submitted,

By: */s/ Adam W. Aston*

Adam W. Aston
aaston@jw.com
Texas Bar No. 24045423
JACKSON WALKER L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2000
Facsimile: (512) 691-4456

Allison B. Allman
aallman@jw.com
Texas Bar No. 24094023
JACKSON WALKER L.L.P.
777 Main Street, Suite 2100
Fort Worth, Texas 76102
Telephone: (817) 334-7200
Facsimile: (817) 870-5126

***Counsel for Amici Curiae***
***United States Senators John Cornyn and Ted Cruz***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, a true and correct copy of the foregoing was filed and served electronically (via CM/ECF) on the parties through their counsel of record.

<u>/s/ Adam W. Aston</u>
Adam W. Aston

**CERTIFICATE OF COMPLIANCE**

This amicus brief complies with the Order of the Court entered on August 28, 2025, Dkt. 1146, requiring amici curiae to file a motion for leave to file an amicus brief in this case along with a proposed amicus brief not to exceed twenty pages. This amicus brief also complies with the formatting requirements of Local Rule CV-10.

<u>/s/ Adam W. Aston</u>
Adam W. Aston