UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> ALEXANDER GREEN, *et al.*, <br><br> *Plaintiff-Intervenors*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | EP-21-CV-00259-DCG-JES-JVB <br> [Lead Case] <br><br> & All Consolidated Cases |

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE**

NOW COMES the National Republican Congressional Committee ("NRCC") by and through undersigned counsel, and pursuant to ECF No. 1146 and W.D. Tex. L.R. CV-7(B), respectfully moves this Court for leave to file the accompanying proposed amicus curiae brief in opposition to Plaintiffs' motions for preliminary injunction.

Pursuant to W.D. Tex. L.R. CV-7(B), a proposed amicus curiae brief is attached to this motion as **Exhibit 1**. As shown in the supporting brief, as the national political party committee devoted to electing Republicans to the U.S. House of Representatives, the NRCC has a special interest in this matter. Additionally, the amicus brief provides value to the Court by providing additional legal support and analyses in opposition to Plaintiffs' numerous motions.

Counsel for the proposed amicus consulted with counsel for the parties in regard to this motion. LULAC Plaintiffs, Brooks Plaintiffs, Texas State Conference of the NAACP,

Congressional Intervenors, Gonzalez Plaintiffs, and MALC Plaintiffs do not object. At the time of this filing, State Defendants have not yet responded.

WHEREFORE, for the foregoing reasons, proposed amicus NRCC respectfully requests the Court grant leave to file the amicus brief attached as Exhibit 1.

Respectfully submitted, this the 17th day of September, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: _/s/ David M. Medina_
   David M. Medina
   Texas Bar No. 0000088
   Federal Bar No. 2609723
   1111 Bagby St., Suite 2100
   Houston, Texas 77002
   Ph: (346) 646-5441
   david.medina@nelsonmullins.com

   Phillip J. Strach*
   North Carolina State Bar No. 29456
   Alyssa M. Riggins*
   North Carolina State Bar No. 52366
   301 Hillsborough Street, Suite 1400
   Raleigh, North Carolina 27603
   Ph: (919) 329-3800
   phil.strach@nelsonmullins.com
   alyssa.riggins@nelsonmullins.com

   **Motion for Pro Hac Vice Forthcoming*

   *Counsel for the National Republican Congressional Committee*

## CERTIFICATE OF SERVICE

I, David M. Medina, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 17th day of September, 2025.

                                              **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                                              By: /s/ David M. Medina
                                                  David M. Medina
                                                  Texas Bar No. 0000088
                                                  Federal Bar No. 2609723