IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL.,**<br><br>*Plaintiffs*,<br><br>**ALEXANDER GREEN, ET AL.,**<br><br>*Plaintiff-Intervenors*,<br><br>v.<br><br>**GREG ABBOTT, ET AL.,**<br><br>*Defendants*. | 3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br><br>&<br><br>All Consolidated Cases |

### ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

On this date, the Court considered the Motion for Leave to File ("Motion") Brief of United States Senators John Cornyn and Ted Cruz as Amici Curiae in Support of the State Defendants ("Brief") (Dkt. 1182).

The Court, having considered the motion hereby **GRANTS** the Motion and **ORDERS** the clerk of court to file the Brief (Dkt. 1182-1) on this date.

IT IS SO ORDERED.

Signed on _____, 2025.

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE