# State Defendants' Response to Gonzales Plaintiffs' Motion for Preliminary Injunction

# Exhibit D

Illinois Presidential Election Results 2024

PageVault

| | |
|---|---|
| Document title: | Illinois President Election 2024 Live Results: Harris Wins |
| Capture URL: | https://www.nbcnews.com/politics/2024-elections/illinois-president-results |
| Page loaded at (UTC): | Mon, 22 Sep 2025 15:22:51 GMT |
| Capture timestamp (UTC): | Mon, 22 Sep 2025 15:23:18 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 5 |
| Capture ID: | 6p2bXqpjHGtighkQ7Ye3tL |
| Display Name: | adrian.skinner |

PDF REFERENCE #:    fjfn3pfMvVKhZcrCDdLBqx



# NBC NEWS

DECISION 2024 | State results | President | Senate | House | Gov. | Exit polls | Ballot measures | Sec. of state | Attorney general

November 5, 2024

# Illinois President Results: Harris Wins

ILLINOIS RACES: House >

Kamala Harris has won the Illinois contest, NBC News projects, and secured the state's 19 Electoral College votes. In 2020, Biden won Illinois with 58% of the vote to Trump's 41%. In 2016, Hillary Clinton won Illinois with 56% to Trump's 39%. A reliably blue state, Illinois has voted for the Democratic...

+ read all ▼

[ RESULTS ] [ COUNTY BREAKDOWN ] [ VOTE MODES ]

## Illinois  19 electoral votes

**PROJECTED WINNER ✓**

KAMALA HARRIS WINS IN ILLINOIS

| Candidate | Party | EVs | Votes | | Percentage |
|---|---|---|---|---|---|
| Kamala Harris ✓ | D | 19 | 3,062,863 | | 54.4% |
| Donald Trump | R | 0 | 2,449,079 | | 43.5% |
| Robert F. Kennedy Jr. | I | 0 | 80,426 | | 1.4% |
| Total | | 19 | 5,633,210 | | |

+ view all candidates     100% expected vote in

## President County Results



### Election Night Coverage

Jennifer Jett Nov. 14, 2024 / 11:32 PM ET
China competition should be top priority for Trump, Sullivan says, as Biden and Xi prepare for final meeting

Nov. 14, 2024 / 10:59 PM ET
Jim Himes says 'truth and analysis are not what drive' Gabbard and Gaetz

Jillian Frankel & more
Nov. 14, 2024 / 9:59 PM ET
Trump praises RFK Jr. in Mar-a-Lago remarks

MORE POSTS >




# NBC NEWS

## DECISION 2024

State results ˅ | President | Senate | House | Gov. | Exit polls | Ballot measures | Sec. of state | Attorney general

RESULTS | COUNTY BREAKDOWN | **VOTE MODES**

- D. Trump REP — 46%
- R. Kennedy IND — 1%

- D. Trump REP — 25%
- R. Kennedy IND — 1%

- K. Harris DEM — 35%
- R. Kennedy IND — 2%

+ view all candidates

The expected vote is the total number of votes that are expected in a given race once all votes are counted. This number is an estimate and is based on several different factors, including information on the number of votes cast early as well as information provided to our vote reporters on Election Day from county election officials. The figure can change as NBC News gathers new information.

Source: National Election Pool (NEP)

### Election Night Coverage

Jennifer Jett · Nov. 14, 2024 / 11:32 PM ET
China competition should be top priority for Trump, Sullivan says, as Biden and Xi prepare for final meeting

Nov. 14, 2024 / 10:58 PM ET
Jim Himes says 'truth and analysis are not what drive' Gabbard and Gaetz

Jillian Frankel & more
Nov. 14, 2024 / 9:59 PM ET
Trump praises RFK Jr. in Mar-a-Lago remarks

MORE POSTS >

## 2024 ELECTION RESULTS

| | | | | | |
|---|---|---|---|---|---|
| Alabama > | Florida > | Louisiana > | Nebraska > | Oklahoma > | Vermont > |
| Alaska > | Georgia > | Maine > | Nevada > | Oregon > | Virginia > |
| Arizona > | Hawaii > | Maryland > | New Hampshire > | Pennsylvania > | Washington > |
| Arkansas > | Idaho > | Massachusetts > | New Jersey > | Rhode Island > | West Virginia > |
| California > | Illinois > | Michigan > | New Mexico > | South Carolina > | Wisconsin > |
| Colorado > | Indiana > | Minnesota > | New York > | South Dakota > | Wyoming > |
| Connecticut > | Iowa > | Mississippi > | North Carolina > | Tennessee > | |
| Delaware > | Kansas > | Missouri > | North Dakota > | Texas > | |
| D.C. > | Kentucky > | Montana > | Ohio > | Utah > | |

## MORE POLITICS COVERAGE



**POLITICS NEWS**
Gov. Josh Shapiro says Americans must 'universally condemn' political violence



**2026 ELECTION**
Sen. Bill Cassidy's 2026 primary looms as Rep. Julia Letlow considers running



**DONALD TRUMP**
Renovations, royal parties and sports: Trump relishes the perks of being president



**2026 ELECTION**
D.C. Council member to

**2026 ELECTION**
Brad Raffensperger jumps

**2026 ELECTION**
Trump says Republicans will



**2026 ELECTION**
Minnesota Gov. Tim Walz will



# NBC NEWS

## DECISION 2024

State results | President | Senate | House | Gov. | Exit polls | Ballot measures | Sec. of state | Attorney general

RESULTS | COUNTY BREAKDOWN | VOTE MODES

| | | | | | |
|---|---|---|---|---|---|
| California > | Illinois > | Michigan > | New Mexico > | South Carolina > | Wisconsin > |
| Colorado > | Indiana > | Minnesota > | New York > | South Dakota > | Wyoming > |
| Connecticut > | Iowa > | Mississippi > | North Carolina > | Tennessee > | |
| Delaware > | Kansas > | Missouri > | North Dakota > | Texas > | |
| D.C. > | Kentucky > | Montana > | Ohio > | Utah > | |

## MORE POLITICS COVERAGE



POLITICS NEWS
**Gov. Josh Shapiro says Americans must 'universally condemn' political violence**



2026 ELECTION
Sen. Bill Cassidy's 2026 primary looms as Rep. Julia Letlow considers running



DONALD TRUMP
Renovations, royal parties and sports: Trump relishes the perks of being president



2026 ELECTION
D.C. Council member to challenge Eleanor Holmes Norton in congressional primary



2026 ELECTION
Brad Raffensperger jumps into the Georgia governor's race



2026 ELECTION
Trump says Republicans will hold a midterm convention next year



2026 ELECTION
Minnesota Gov. Tim Walz will run for a third term in 2026



2026 ELECTION
Former Georgia Republican Geoff Duncan launches a run for governor as a Democrat



CONGRESS
D.C. Del. Eleanor Holmes Norton, age 88, faces a high-profile call to retire



2026 ELECTION
Republican Rep. Michael McCaul won't seek re-election in 2026



2026 ELECTION
Bernie Sanders makes his next moves to reshape the Democratic Party

### Election Night Coverage

Jennifer Jett Nov. 14, 2024 / 11:32 PM ET
China competition should be top priority for Trump, Sullivan says, as Biden and Xi prepare for final meeting

Nov. 14, 2024 / 10:59 PM ET
Jim Himes says 'truth and analysis are not what drive' Gabbard and Gaetz

Jillian Frankel & more
Nov. 14, 2024 / 9:59 PM ET
Trump praises RFK Jr. in Mar-a-Lago remarks

MORE POSTS >

ABOUT | PRIVACY POLICY | CLOSED CAPTIONING
CONTACT | YOUR PRIVACY CHOICES | ADVERTISE
HELP | CA NOTICE | SELECT SHOPPING
CAREERS | TERMS OF SERVICE (UPDATED JULY 7, 2023)
AD CHOICES | NBC NEWS SITEMAP

© 2025 NBCUniversal Media, LLC

NBC NEWS | MSNBC | TODAY