**State Defendants' Response to Gonzales Plaintiffs' Motion for Preliminary Injunction**

# Exhibit V

2025 0822 2CS, Senate Chambers (Part III) Transcript

```
*****************************************************************

                    TRANSCRIPTION OF AUDIO

                      SENATE CHAMBERS

              Friday, August 22, 2025 (PART III)

*****************************************************************
```

2

```
 1              P R O C E E D I N G S
 2         MR. PRESIDENT:  I was trying to wait for all the
 3   Senators to come back, but we'll start.
 4       The Senate will come to order.  Secretary will call the
 5   roll.
 6              THE CLERK:  Alvarado.
 7         (No audible response.)
 8              THE CLERK:  Bettencourt.
 9         (No audible response.)
10              THE CLERK:  Birdwell.
11              MR. BIRDWELL:  Present.
12              THE CLERK:  Blanco.
13         (No audible response.)
14              THE CLERK:  Campbell.
15              MS. CAMPBELL:  Here.
16              THE CLERK:  Cook.
17         (No audible response.)
18              THE CLERK:  Creighton.
19              MR. CREIGHTON:  Present.
20              THE CLERK:  Eckhardt.
21         (No audible response.)
22              THE CLERK:  Flores.
23              MR. FLORES:  Present.
24              THE CLERK:  Gutierrez.
25         (No audible response.)
```

```
 1        THE CLERK:  Hagenbuch.

 2  (No audible response.)

 3        THE CLERK:  Hall.

 4  (No audible response.)

 5        THE CLERK:  Hinojosa of Nueces.

 6  (No audible response.)

 7        THE CLERK:  Hinojosa of Hildago

 8  (No audible response.)

 9        THE CLERK:  Huffman.

10  (No audible response.)

11        THE CLERK:  Hughes.

12        MR. HUGHES:  Here.

13        THE CLERK:  Johnson

14  (No audible response.)

15        THE CLERK:  King.

16  (No audible response.)

17        THE CLERK:  Kolkhorst.

18  (No audible response.)

19        THE CLERK:  Menendez.

20  (No audible response.)

21        THE CLERK:  Middleton

22  (No audible response.)

23        THE CLERK:  Miles.

24  (No audible response.)

25        THE CLERK:  Nichols.
```

```
 1              MR. NICHOLS:  Here.

 2              THE CLERK:  Parker.

 3         (No audible response.)

 4              THE CLERK:  Paxton.

 5         (No audible response.)

 6              THE CLERK:  Perry.

 7         (No audible response.)

 8              THE CLERK:  Schwertner.

 9         (No audible response.)

10              THE CLERK:  Sparks.

11         (No audible response.)

12              THE CLERK:  West.

13         (No audible response.)

14              THE CLERK:  Zaffirini.

15         (No audible response.)

16         MR. PRESIDENT:  Members, quorum is present.

17    Please rise in the gallery and on the floor for the

18    invocation by Senator Birdwell.

19         SENATOR BIRDWELL:  Would you bow with me, please?

20    Father, we come before your throne asking for wisdom and

21    grace and strength.  We ask your hand upon those in the Hill

22    Country that have lost loved ones.  Give them your peace that

23    only you can provide.  We ask your hand upon those that are

24    still searching for the missing, and that they are recovered.

25    We ask your hand of safety upon the people of Texas, our
```

 1  fellow Members in the House, the Executive Branch, the

 2  Judicial Branch, and our National Leadership.

 3          In Christ's name, I pray.  Amen.

 4          MR. PRESIDENT:  Thank you, Senator.  You may be

 5  seated and the gallery as well.

 6          The Dean of the Senate moves to excuse Senator

 7  Paxton on matters of important family business.  Is there an

 8  objection?  The Chair hears none.

 9          The Dean of the Senate moves to dispense the

10  reading of yesterday's journal.  Any objections?  The Chair

11  hears none.  Motion's adopted.

12          Members, if there is no objection, I'd like to

13  postpone the reading in referral of bills and resolutions

14  until the end of today's calendar.  Hearing no objection,

15  motion is adopted.

16          That concludes the morning call.

17          Senator King, you're recognized for motion to

18  spend the regular order of business on House Bill 4.  Senator

19  King?  Senator King, you're recognized.  Sorry.  Yeah, I know

20  it's been a long day.

21          SENATOR KING:  Sorry.

22          MR. PRESIDENT:  You're not quite finished yet.

23          SENATOR KING:  I had to catch up with myself

24  there.  I move to suspend the regular order of business on

25  House Bill 4.

```
 1              MR. PRESIDENT:  Secretary will call the roll.

 2              THE CLERK:  Alvarado.

 3              THE CLERK:  Bettencourt.

 4              THE CLERK:  Birdwell.

 5              THE CLERK:  Blanco.

 6              THE CLERK:  Campbell.

 7              THE CLERK:  Cook.

 8              THE CLERK:  Creighton.

 9              MR. PRESIDENT:  18 ayes, 11 nays.  Rules are

10   suspended.

11              Chair lays out on the third reading House Bill 4.

12   The Secretary will read the caption.

13              THE CLERK:  House Bill 4:  Relaying the

14   composition of the districts for the election of Members of

15   the United States House of Representatives from the State of

16   Texas.

17              MR. PRESIDENT:  Members, is now the time for third

18   reading speeches.

19              Senator Zaffirini, you're recognized.

20              SENATOR ZAFFIRINI:  Thank you, Mr. President.

21              Mr. President and Members, I rise in strong

22   opposition to House Bill 4.  The unfair, untimely

23   Congressional Redistricting Plan.  In 2023, Members, the U.S.

24   Supreme Court ruled in Allen v. Milligan that Alabama's

25   congressional map violated Section 2 of the Voting Rights
```

1  Act, because it denied Black voters the opportunity to elect

2  a second candidate of their choice when warranted by

3  population growth and demographic patterns.

4           This decision reaffirms Section 2 as a powerful

5  legal tool to evaluate the effects, not merely the intent, of

6  redistricting plans.  Despite clear evidence of minority

7  population growth and shifting demographics, House Bill 4

8  reflects the same failure by denying minority populations a

9  fair opportunity to elect candidates of our choice.

10 In this whirlwind of criticism and controversy, I believe we

11 agree about the facts.

12          First, that the current congressional map, based

13 on the then-current census data, was approved in 2021

14 unanimously by 18 Republican Senators, with 13 Democratic

15 Senators unanimously voting against it.

16          Second, that during these special sessions, 12

17 Republican Senators who voted for it unanimously, at that

18 time, have changed your position and today unanimously seek

19 to replace it with a map based on now 5-year-old census data.

20 While 10 Democratic Senators, who unanimously opposed it

21 then, remain consistent in opposition and unanimously oppose

22 it even more vehemently now.

23          Third, that while congressional redistricting has

24 taken center stage during two special sessions called by

25 Governor Greg Abbott, and has been prioritized over the

1  immensely critical issue of the day, flooding and disaster

2  preparedness.  It never was considered during our regular

3  session that ended in June.  That begs the question, why now?

4  It prompts the answer because the billionaire party bus has

5  commanded it.

6         Fourth, that the Governor will call as many

7  special sessions as needed until a congressional

8  redistricting plan is adopted and will use whatever he calls

9  -- every bullet in his belt to prevail.  Including moving the

10 election date, finding and arresting legislators, declaring

11 vacancies in the legislature, and calling upon the federal

12 government and the judiciary to harken to his side.

13        Fifth, that the legal battle regarding the 2021

14 congressional redistricting lawsuit rages unresolved in

15 El Paso Federal Court and that this 2025 re-redistricting

16 effort is headed for the courtroom.  So I agree with the

17 Democratic lawyers who believe that if HB-4 is going to pass

18 anyway, the sooner we can get to court, the better.  And the

19 greater the likelihood we can get relief before the election.

20 You have to wonder.  How can Republicans adopt a

21 redistricting plan in 2021 and then defend it vigorously in

22 court since then, only to denigrate it in 2025 and try to

23 replace it?  Frankly, surely there are incumbent Republican

24 Members of Congress who wonder that, too.

25        Fourth, we agree that none of us wants to be here

1  doing this at this time.  Redistricting is such a partisan

2  issue that it is best addressed every decade after the census

3  data are released.  And states across the country, minority

4  parties will accuse majority parties of gerrymandering for

5  political advantages.  In Texas, the minority accusations

6  were proven right.  The NAACP, MALDEF, and the Democratic

7  Party have prevailed in five congressional lawsuits filed in

8  federal court through 2024.  I am convinced that if justice

9  prevails in the U.S. Supreme Court, Democrats and minorities

10 will prevail in contesting the 2021 and the 2025 plans.

11 That's a big 'if'.

12         Democratic Senators oppose House Bill 4 not only

13 because it disregards the growth and diversity of our state,

14 but also because it further erodes the strength

15 of minority districts, diminishing our ability to elect

16 candidates of our choice and silencing voices that deserve to

17 be heard.  More specifically, coalition districts that allow

18 minority voters to elect our candidates of choice are

19 protected under Section 2 of the Voting Rights Act, even if

20 courts do not require their creation in the first place.

21         Congressional District 28, anchored in Laredo, for

22 example, remains majority Hispanic, but loses Bexar County,

23 with whom we have a strong community of interest, and adds

24 Hidalgo County despite the city of Laredo and the city of

25 McAllen being competitive neighbors.  The proposed map

1  reflects marginal shifts that might seem insignificant on

2  paper, but in districts such as this, with narrow turnout

3  margins and cohesive minority voting blocs, it is exactly how

4  opportunity is eroded.  When minority voters comprise the

5  majority, but cannot elect our candidate of choice due to

6  strategic redistricting, that is precisely the definition of

7  vote dilution under Section 2.

8            A particular concern in House Bill 4 is the

9  splitting of school districts, which occurs throughout

10  Senate District 21 and across Texas.  In my district, Del

11  Valle ISD, a primarily Hispanic and economically

12  disadvantaged community with distinct needs, is being divided

13  in half.  This division would destabilize the district by

14  forcing residents to engage with multiple congressional

15  representatives who may hold very different political

16  priorities.  Such fragmentation risks disenfranchising the

17  community and can lead to different outcomes based on which

18  portion of Del Valle ISD has a more responsive

19  representative.

20            We also heard testimony illustrating this

21  challenge.  Residents often reach out to their assigned

22  congressperson, only to be redirected to a neighboring

23  representative of a different political party to have needs

24  assessed.

25            Congressional District 35, which stretches from Austin

```
 1   to San Antonio, was drawn by a Republican in federal court
 2   after the legislature's 2011 map was declared to dilute
 3   Hispanic voting strength.  It was crafted specifically to
 4   provide Hispanic voters in central Texas a realistic
 5   opportunity to elect their candidate of choice.  House Bill 4
 6   effectively dismantles that district.  It divides its core of
 7   East Austin's Hispanic and Black neighborhoods and
 8   redistributes them into adjacent districts in which voters of
 9   color no longer will have sufficient Members to elect their
10   candidates of choice.  I would hope we agree, an elective
11   body should reflect the population its Members represent.
12   If so, House Bill 4 is a far cry from that standard.
13            Representative Vincent Perez recently offered an
14   analysis indicating what the proposed map would ensure.  One
15   congressional representative for every 445,000 Anglos.
16   Meaning 26 of 38 seats for their population of 12.5 million.
17   One congressional representative for every 1.5 million
18   Hispanics, meaning eight seats for our population of 12
19   million.  One congressional representative for every 2
20   million African Americans, meaning 2 seats for their
21   population of 4 million, and Asian Americans would have zero
22   representation in the delegation, despite their population of
23   1.6 million.
24            That means Anglos, who comprise 40% of the
25   population, would hold 68 percent of the delegation.
```

1  Hispanics, who comprise 40 percent of the population, would

2  hold 21 percent of the delegation.  African Americans, who

3  are 13 percent, would hold 5 percent.  And Asian Americans,

4  who comprise 5 percent, would hold none.  Under this

5  proposal, a Hispanic Texan has one-third the political value

6  of an Anglo Texan.

7        From my perspective as a Texan of Mexican,

8  Spanish, Sephardic Jew, and Greek descent with an Italian

9  last name, it is glaring that Hispanics comprise 40 percent

10  of the population and should hold 15 of 38 seats, but under

11  House Bill 4 could elect only 21 percent of the delegation, 8

12  of 38.  Three of those districts, Congressional District 28,

13  15, and 34, are drawn in a way that makes them less effective

14  at producing electoral outcomes consistent with the

15  preferences of Hispanic voters.

16        This is not proportionality, which admittedly the

17  law does not require, but it is evidence of systematic under-

18  representation, especially when combined with data indicating

19  cohesive voting patterns, racially and ethnically polarized

20  elections, and strategic redistricting choices that undermine

21  voter influence.  Clearly, House Bill 4 negatively would

22  impact minorities' ability to elect candidates of our choice,

23  including in South and Central Texas, which I represent.  Its

24  consequences are as deeply profound as they are exceedingly

25  concerning.

1            Particularly within a legal framework that

2    prohibits voting changes that result in minority voters

3    having fewer opportunities than others to elect

4    representatives of our choice.

5            The proposed map dismantles effective minority

6    opportunity districts, reduces the influence of cohesive

7    voting blocs, and retreats from the progress made under

8    decades of court oversight and community advocacy.  It also

9    fails the test of fairness.  It fails the test of Section 2,

10   and it fails the people of Texas.  The Texas Senate used to

11   be known as the most deliberative body in the world; those

12   days are over.

13            Today, the majority will prevail, but the rights

14   of minorities were ignored.  Outnumbered, outvoted, and

15   outgunned, Democrats will go down fighting, having used every

16   available legislative tool.  My prayer is that the pendulum

17   will swing sooner rather than later, and that when it does,

18   Democrats will respect all minorities, including political.

19   For these reasons and more, Mr. President and Members, it is

20   with a very heavy heart that I will vote no regarding House

21   Bill 4.

22            Thank you, Mr. President, and Members, and thank

23   you, Senator King, for your courtesy in answering my

24   questions.

25            MR. PRESIDENT:  Thank you, Senator Zaffirini.

1          Senator Menendez, for what purpose?

2          SENATOR MENENDEZ:  Thank you, Mr. President, to

3  speak against the bill.

4          Mr. President, Members --

5          MR. PRESIDENT:  Excuse me, Senator Menendez --

6          SENATOR MENENDEZ:  Oh --

7          MR. PRESIDENT:  Senator West, did you wish to go

8  next?

9          SENATOR WEST:  Yes.

10         MR. PRESIDENT:  Senator Menendez, my apologies.

11         SENATOR MENENDEZ:  Not a problem.  Not a problem.

12         MR. PRESIDENT:  He was next up in line up on

13  seniority.

14         Senator West, for what purpose?

15         SENATOR WEST:  To speak against the bill.

16         MR. PRESIDENT:  You are recognized.

17         SENATOR WEST:  Members, I'm -- well, not to

18  duplicate what Senator Zaffirini has already said.  I think

19  it's a job well done.  This is my third redistricting

20  session, and I know, Senator King, you had a job that you had

21  to do.  You know, Members, each and every day of the session,

22  we start it off with a prayer.  Let it sink in.  Start it off

23  with a prayer, and what I get from that is that we kind of

24  put God above politics.

25         We want to make certain that each and every one of

1  us, obviously, represent our constituents, but we don't do

2  that if it's contrary to our Father's word.  We've gotten

3  into -- gotten to a point when in many instances that's

4  exactly what we're doing.  We won't stand up and do what's

5  right.

6          Senator King, you said we want to do what's

7  political.  We want more Republicans in Congress, and just

8  think about that.  That what we really need to be doing to

9  try and make sure we heal this country and bring it back

10 together, frankly, from cliff of disaster?  Well, you see, a

11 lot of things that are going on right now, you can kind of

12 look at the Bible, and you can see exactly all of them were

13 kind of set forth in the Bible.  Beating us to Revelations.

14         I'm not going to go down that road, but I'm going

15 to tell you a few things that I think, as it relates to where

16 we are today.  This was not an issue when we first started

17 session.  It didn't become an issue until Donald Trump asked

18 Texas for five more Republican votes for Congress because

19 he's afraid that if history repeats itself, that he's going

20 to lose the House of Representatives.

21         And you know, as Senator King, about

22 circumstantial evidence.  As soon as Trump made that

23 statement in the news, the Department of Justice sends a

24 letter.  They have a session and redistricting, my friends,

25 is put on the agenda for us to consider.  Exactly what Donald

1  Trump wants.

2        I understand you're a Republican, but are you a

3  Republican first, or are you a Texan first, like we were last

4  night?  Senator Parker, you hit the nail on the head.  We

5  take care of Texans first.

6        Our Attorney General -- let me back up a little

7  bit.  We're in court right now for the 2021 map.  Senator

8  Huffman was the Chair of the Committee.  Senator Huffman has

9  testified over and over again.  Yes, we are contesting that

10 particular map.  The Attorney General was supportive of

11 Senator Huffman's statement about it being race blind.  We

12 have an Attorney General that has made a living off of suing

13 the federal government.  For some strange reason, as it

14 relates to this issue, we can't find the will

15 (indiscernible).  Why?  Because of Donald Trump.  When you

16 begin to look at where we are right now.

17        African Americans -- I pointed to this portrait

18 over here on this wall, you know what it represents.  Miles

19 and I -- Senator Miles and I have to consistently be

20 confronted with this every time we come in here because of

21 that history.  You know what the history is of this state.

22 You know discrimination still exists in this state, maybe not

23 as much as it used to be.  If we are indeed Christians,

24 supposed to be looking out for our fellow man on a consistent

25 basis.

1          African Americans have finally been able to get

2     four congressional seats in this state.  We will have a

3     population of some 50 million people by the year 2040.  We

4     have what, 38 congresspersons or African Americans?  And

5     what's getting ready to happen if this map passes, we'll have

6     said it's not about our brother's keeper.  Not about making

7     certain we do what's fair, that we do what's politically

8     expedient, and still, we pray each and every day that we're

9     here in fairness.

10          If you feel what we're doing is fair, deep in your

11    heart, then go ahead and put politics over what you have said

12    and professed Christian.  Why is it that when people --

13    ethnic minorities in this state, which frankly is the

14    majority groups now, start making strides consistent with the

15    American dream?  All -- many incidences professing to be

16    Christians, but in all instances professing to be Texans.

17    Putting Texas first.

18          We do it alone with our Anglo brothers and sisters

19    each and every day because we're proud to be Texans.  But in

20    political games, for some reason, ethnic minorities end up

21    being pawns.  You know what the numbers look like in terms of

22    the Census 2020.  You voted on a map that didn't give ethnic

23    minorities fair representation in this state, and we're doing

24    the same thing now.

25          We're using ethnic minorities, and we've

1   consistently done this throughout history, as pawns.  Be it

2   back in slavery, and throughout history as pawns.  If we

3   continue to do that today, I hope not, but it looks like

4   that's exactly what is going to happen as Christians.

5   Senator Zaffirini, thank you very much for what you've done

6   in terms of kind of setting the stage for all of this.  I'm

7   not going to be repetitive, but what we do today, Senator

8   Bettencourt, I hope we do it as Christians, not as

9   politicians.  And we do what's in the best interest of all

10  Texans, not just a select few.

11          MR. PRESIDENT:  Senator Hinojosa, (overlap).

12          SENATOR HINOJOSA:  Thank you, Mr. President.  I

13  would like to make a statement.

14          MR. PRESIDENT:  Yes.

15          SENATOR HINOJOSA:  Thank you, Mr. President and

16  Members.  Members, I rise in strong opposition to House Bill

17  4 and the map before us.  I understand and recognize that

18  redistricting is one of the most partisan and politicized

19  issues we undertake.  It is (indiscernible), it's naked,

20  political power used by the party in control.

21          I also acknowledge the motivation by the Trump

22  administration to redistrict in the middle of the traditional

23  10-year census cycle.  It is to further entrench his power to

24  control Congress at the expense of minority congressional

25  districts here in our state.

1          The difference is that this (indiscernible)

2     special session pierces the heart for Democracy and equal

3     protection of all citizens to have a voice.  This

4     redistricting special session is in line with the demands

5     made by the July 7th Department of Justice letter and makes

6     clearer the intent of the Trump administration to silence the

7     voice of our US Citizens based on the color of their skin,

8     Black, Brown, and Asian.  That is not race blind.

9          The congressional districts identified in the

10    Department of Justice letter of July 7th, our districts, all

11    four of them, are represented by Black and Hispanics.  The

12    July 7th DOJ letter also misrepresented and distorted the

13    Fifth Circuit Opinion in Petteway v. Galveston County in that

14    the Fifth Circuit never declared coalition districts

15    unconstitutional.  In a split decision, the Fifth Circuit

16    Opinion was never (indiscernible), focusing on Section 2 of

17    the Voting Rights Act of 1965.

18         The opinion stated only, "That coalitions of

19    different racial or ethnic groups within one district

20    referred as coalition minorities by the courts could not

21    claim voter dilution in a redistricting challenge under

22    Section 2 of the Voting Rights Act," and that's important.

23    They didn't say coalition districts were unconstitutional.

24         The DOJ letter misinterprets the Fifth Circuit

25    ruling, and the DOJ makes it clear in their letter it wants

1  to wipe out poor congressional districts, and they name them

2  in the letter.  Representatives elected by the

3  minority/majority voters.  This is targeting racial

4  discrimination by any definition.  The DOJ researched the

5  racial makeup of districts in Texas and notified three

6  districts in which Black and Hispanics were voters working

7  together to constitute a majority, and one district in which

8  Hispanic voters constitute a majority.

9          To target these districts, all represented by

10  minorities, is unconstitutional.  Did you notice the Trump

11  administration did not target any of the Republican

12  Congressional Districts?  House Bill 4 emerges not only from

13  necessity but for a political motivation to target,

14  intentionally, coalition congressional districts.  Unlike the

15  regular post-census process, this mid-decade redistricting is

16  timed and clearly engineered to create five additional

17  Republican districts before the 2026 midterm elections.  That

18  is very obvious, and all of this is the expense of minority

19  districts where their voters, constituents, elected their

20  candidate of choice.

21          This map push ignores even undermines ongoing

22  legal scrutiny.  The 2021 congressional map was subject to

23  numerous lawsuits with Section 2 of the Voting Rights Act and

24  the 14th Amendment.  State officials previously asserted that

25  the 2021 map was race blind, but now point to the DOJ

1   concerns of four districts drawn along strict racial lines,

2   the justification for revamping them.  This dramatic shift

3   betrays a political calculation rather than a principled

4   response, highlighting that racial discrimination motivates

5   this effort, targeting only minority districts.

6           This also ignores demographic reality, where 95

7   percent of the population growth in Texas came from non-Anglo

8   residents.  As of the 2020 Census, Hispanics are the largest

9   demographic group at 40 percent and have been the primary

10  driver for the state's population growth over the last

11  decade.

12          And, as Senator West noted, our State of Texas is

13  now a minority/majority, and yet our representation grows

14  less and less with every redistricting map that we draw and

15  pass in this chamber.

16          House Bill 4 redraws district lines to weaken the

17  overall ability to let the preferred candidates have a

18  choice.  The overall number of districts where minority

19  borders can be (indiscernible), the preferred candidates are

20  projected to shrink under House Bill 4.

21          It reduces the number of congressional districts

22  where the coalition of minorities hold the majorities from

23  9 to 4 -- from 9 to 4.  It reduces the power and influence of

24  minority voters in the state.  Let me be clear, this map also

25  splinters communities of interest.  They will sit together

1   for generations.  It packs and cracks minority neighborhoods

2   to show up Republican control, breaking apart districts with

3   minority voters can no longer elect the candidates of their

4   choice, and moving them to majority Anglo districts.

5            In Corpus Christi, for example, House Bill 4

6   cracks minority communities such as the historically Black

7   Hill Crest community.  It moves it to a district that now

8   includes part of South Austin.  What do they have in common?

9   Not much, if anything.  Meanwhile, the rest of Corpus Christi

10  is packed into a district that also includes Brownsville, a

11  unified coastal community broken apart.  No longer connected

12  to economic drivers such as the port of Corpus Christi and

13  the Corpus Christi Army Depot.  Even the noisiest county

14  refineries are split into two different congressional

15  districts.

16           House Bill 4 also splits Del Mar College.  The

17  port of Corpus Christi is also split from the Naval Air

18  Station of Corpus Christi.  And the Rio Grande Valley, cities

19  like McAllen, Edinburg, and Pharr, places bound by shared

20  culture, economic networks, and family ties, are being

21  fractured across multiple districts, diluting the voice in

22  Congress, not working together as a community with long

23  family histories.

24           The cities of McAllen and Edinburg, with their

25  long history of working together under a single congressional

1  district, are no longer together.  This is not a fair

2  representation.  This is deliberate division.  In addition to

3  that, the City of Pharr.  The City of Pharr is divided into

4  two, and the city has a school district, the

5  Pharr-San Juan-Alamo School District, which is divided in

6  half.  That is not a community of interest.  This is being

7  done by House Bill 4.

8          The Voting Rights Act of 1965, the United States

9  Constitution required maps to protect communities of interest

10  and give every Texan an equal voice.  Yet this plan does not

11  do that; it does the opposite.  At its core, this plan

12  violates the basic principles of fair representation and true

13  democracy and deepens mistrust in our democratic

14  institutions.  Voters should choose their representatives.

15  Representatives should not manipulate maps to choose their

16  voters.

17          House Bill 4 entrenches power by weakening

18  accountability, disenfranchising communities of color, that

19  define the principles of fair and equal representation.  We

20  allow hyper-partisan gerrymandering to continue.  We

21  undermine the very foundation of our democracy.  As President

22  Abraham Lincoln so rightly called a government of the people,

23  by the people, for the people.  Texas deserves maps that

24  reflects its people.  Not maps that silence them.

25          Thank you, Mr. President.  Thank you, Members.

1          MR. PRESIDENT:  Senator Menendez, you're now

2   recognized to speak on the final passage.

3          SENATOR MENENDEZ:  Thank you, Mr. President.

4   Thank you, Members.

5          I want to thank three of our most tenured

6   colleagues in the Senate, Senator Zaffirini, Senator West,

7   and Senator Hinojosa.  You know, I was -- my father, if he

8   were with us, he'd be 102 this year.  So as you can imagine,

9   he tried to impart a lot of wisdom, and I think we need to

10  learn from the lessons of our past because if we don't,

11  they'll come back to haunt us.  And sometimes when we're

12  sitting here working on legislation, it's just -- and what's

13  been said many times, it's just words on a piece of paper.

14  The difference is that this map, this map is going to affect

15  people's lives.  You know, there's a reason why so many

16  people flock to this country and have for years.

17          In the Declaration of Independence, when Thomas

18  Jefferson wrote, "We hold these truths to be self-evident

19  that all men are created equal, that they are endowed by

20  their Creator with certain unalienable Rights, that these --

21  that among these are Life, Liberty, and the pursuit of

22  Happiness.  That to secure these rights, Governments are

23  instituted among men, deriving their just powers from the

24  consent of the governed."

25          This bill, this map, these maps reduce the consent

1  of the governed.  The people, especially those who live in

2  these racially gerrymandered districts.  In these founding

3  documents, Americans were promised a better and more just

4  future.  I feel that we have strayed very far.

5          This letter that I hold in my hand right here is

6  the letter that many have referred to, dated July the 7th.

7  At the very top, it says U.S. Department of Justice, Civil

8  Rights Division, Offices of the Attorney General, addressed

9  to Greg Abbott, Office of the Governor, and Ken Paxton.

10         The part I'm going to read to you is just where it

11 says, "As stated below, Congressional Districts, TX-9, 18,

12 29, and 33 currently constitute unconstitutional coalition

13 districts, and we urge the State of Texas to rectify these

14 race-based considerations from these specific districts."

15 Race-based.

16         So the Department of Justice writes this letter to

17 the Governor on July the 7th.  On July the 9th, Governor

18 Abbott issues a proclamation where it says, "Legislation that

19 provides a revised Congressional Redistricting Plan in light

20 of constitutional concerns raised by the U.S. Department of

21 Justice."  What constitutional concerns?  The ones that say

22 that these coalition districts are race-based.

23         I find it difficult to understand how we can be

24 listening to our colleague talk about how race was not taken

25 into consideration when the Department of Justice asked

26

1  specifically to rectify the race-based considerations.  And

2  then we ask ourselves, sometimes as public servants, why do

3  people not vote?  Why is voter -- why did the vote turnout so

4  low?  What's happening?  Because when they see gerrymandered

5  maps like this that takes someone living in Travis County and

6  put them in a district with someone in Ector County, 375

7  miles away, they're like, "What is fair, compact, about

8  this?"

9        When they hear that 9 minority districts are going

10 to 4 when 90 percent of the growth in the last decennial

11 census was made up of minorities -- 90 percent.  Yesterday,

12 we heard many of our colleagues in the house talk about

13 specifically how they're going to discriminate and hurt our

14 communities.  Representative Anchia said the Latino

15 community, by any standard, is already underrepresented in

16 this state.  We represent 40 percent of the population

17 responsible for 50 percent of the growth, and yet these maps

18 have to be intentional.

19        You have us enjoy even less representation under

20 this map if you apply the numbers this map furnished.  It

21 just doesn't make sense.  If you apply math to that

22 percentage,   4 to 5 districts out of 48, it comes out to 10

23 1/2 to 13 percent, even though Latinos represented 50 percent

24 of the growth.

25        In Tarrant County, where 70 percent of the

1  population is Latino, this map dismantles their only chance

2  at a congressional representative.  In Dallas County,

3  millions of Latinos have waited over a decade to have an

4  opportunity to elect a Dallas County neighbor of their

5  choice.  This map denies that opportunity.  Working-class

6  families are paired with faraway suburbs that have nothing in

7  common.

8          In my hometown in San Antonio, a performing 60

9  percent plus Latino congressional seat disappears.  Gone.

10  With no explanation.  This map is not democratic or

11  representative.  It is deliberately, intentionally, a

12  racially gerrymandered map.

13          Senator Zaffirini covered a lot of the stats that

14  were covered by the next representative, and I'm not going to

15  be repetitive.  But I think that this is something that does

16  need to be repeated.  Under this map, under the map that's

17  being proposed for us to vote on right now, white Texans will

18  receive one member of Congress for every 445,000 residents.

19  But if you're Hispanic, it's going to take 1.5 million

20  residents, as Senator Zaffirini said earlier, to get the same

21  representation, one congressperson.  But if you're Black,

22  it's going to take 2 million African Americans.

23          This proposal, a Hispanic, has been said, has

24  1/3rd of the political value of a white Texan and a Black

25  1/5th.  Representative Jeanette Nunez said, "Latino

1  communities in this map have been split apart in

2  Congressional District 29, which has stood as a performing

3  Latino majority district.  The map dismantles the district,

4  and Hispanic citizen voting age population is reduced by 20

5  percent."  Members, this process and this map, no matter what

6  has been said, the outcome, the net effect is intentional

7  discrimination.

8          I understand the author of the bill says it

9  doesn't violate the Voting Rights Act.  That the act --

10  because -- the act that prohibits racial discrimination, all

11  while claiming these maps were drawn race blind, but how?

12  How can we believe that to be the case when Senator King has

13  told us over and over again that he did not draw the maps?

14  That he did not run the tests.  That these maps were given to

15  him.

16          Today we heard that Senator King and Adam Kincaid,

17  who was possibly one of the map makers, had something to do

18  with the map making, does map making for the Republican

19  party.  That they've spoken three times, but Senator King

20  said don't tell me anything about maps.  Don't talk to me

21  about maps, is what I heard when they saw each other at the

22  ALEC convention.  But, Senator, how did you know he was

23  drawing maps?

24          Folks, I'm going to close with this.  I've told

25  y'all.  I've had great conversations with many of you offline

1  where we've been able to talk about our background, where we

2  come from.  Who makes us -- what makes us who we are, and

3  y'all know both my parents immigrated to this country with

4  nothing.  Father with a fourth-grade education.  My mom with

5  a nursing degree at the age of 18, just with a strong will,

6  strong backs, and a desire to work hard.  And they raised us,

7  saying, work hard.  Stay determined.  Play by the rules, and

8  in this country, people respect the rules, and you'll be able

9  to do anything.

10        This -- these maps, they're going to dilute the

11  voting strength, the representation for communities of

12  colors.  These maps are going to make it more difficult for

13  communities of colors to progress.  These maps are

14  discriminatory based on the impacts on racial minorities, and

15  as we heard earlier from our colleague, Senator Gutierrez,

16  they split Native American tribes.  These maps are

17  unconstitutional and illegal.

18        Mr. Chairman, you said yourself today that the

19  data that needed to be used to draw, the only data was

20  Decennial Census Data.  I repeat, and the last redistricting,

21  the last census cycle, they gave us those redistricting 2021

22  cycle with 90 percent growth being minority.  We did not gain

23  one additional Hispanic opportunity seat.  In this map, yet

24  again, we do not gain another seat.  And just recently, as

25  the Supreme Court is getting ready to debate and entertain

1    some of the issues that are occurring.  Here we go.

2              There's case law that holds that a good-faith

3    presumption applies to congressional maps when they are

4    originally drawn by the Texas Legislature after a decennial

5    census.  In a mid-decade redistricting such as this, the good

6    faith presumption may not apply because the Texas Legislature

7    redrew majority/minority districts after it was made aware

8    that the law regarding majority/minority districts is

9    unsettled and the constitutionality of the majority/minority

10   districts is being currently considered by the US Supreme

11   Court and Louisiana v. Kelley.

12             The legislature will be acting in bad faith,

13   dismantling existing majority/minority districts and creating

14   new ones, knowing the constitutionality of those districts

15   has yet to be decided by the Supreme Court.

16             Members, as I read earlier, in our Declaration of

17   Independence, this country was meant to derive its just

18   powers from the consent of the governed.  Our democracy has

19   been strong for a long time.  But I worry about it in the

20   future.  This has gone too far.  Why?  Because it's the right

21   of the people to govern it.  I'm asking everyone to watch,

22   that's watching, please do not give up.  Get involved.

23             Even though the odds are going to be potentially

24   actively stacked against you.  You have to show up.  You have

25   to show up every time.  You have to vote because our

1  government is representative of our communities.

2           Today, just like our country, the Texas Senate, I

3  feel like with these maps that talk about fairness, legality,

4  compactness, yet you have Travis County sliced and diced like

5  a pizza.  Tarrant and Dallas and Harris.  Tarrant, I think I

6  counted nine congressional districts in one county.  Nine.

7  Bits and pieces, just grabbing the people they wanted for

8  certain districts.  That's not compact.  That's not

9  constitutional, and it's not legal.

10          You know, there was a senator long before I ever

11 even thought about politics, long before I even was here, who

12 used this desk?  Who fought segregationist laws?  Who fought

13 anything he felt was against fair and equal representation

14 for his communities?  And that senator went on to be a U.S.

15 Congressman.  And in San Antonio, Congressman Henry B.

16 Gonzalez, whose portrait is hung -- hanging back there, he

17 used this desk.

18          We have got to take a real accounting of

19 ourselves.  Because folks, what do we gain if your party

20 picks up five seats here?  What do you gain?  But if you make

21 the people of Texas lose faith in their government, what do

22 you really gain?  I implore you to vote no against this

23 flawed map.

24          Thank you, Members and Mr. President.

25          MR. PRESIDENT:  Senator Miles to speak on final

1  passage?

2         SENATOR MILES:  Speak against the bill,

3  Mr. President.

4         You know, by now I would think that all of you in

5  this chamber know that I don't say much, but when I do speak,

6  I mean what I say and I say what I mean.  From the moment I

7  was appointed to this committee, Chairman King, I've been

8  very clear, and I've made it very clear to all of you that I

9  was going to expose this process for what it truly is.  You

10  know, we talk about decorum in this chamber, but there is no

11  decorum to be had when you're being oppressed, and the voices

12  of your community, Black and Brown communities, are being

13  suppressed.

14         I've served this legislature since 2007.  Elected

15  by my peers and my community.  I'm a Senator and I enjoy

16  being a Senator, but I will always be a Black man first.  And

17  every session, I come to this floor, and I tell you about

18  these policies from CRT to DEI to now this election bill and

19  redistricting bill.  How much harm it will cause, and every

20  time I hear from my Republican colleagues in this chamber,

21  they tell me I'm wrong about it.  They tell me I'm wrong.

22  And every morning, I wake up to a life every morning of pain

23  for my people.  If it's from CRT to DEI to the election

24  process.

25         So let me be clear, this map from HB to SB and

1  back to committee substitute is just plain racist.  This map

2  is disrespectful.  It is deplorable.  It is discriminatory,

3  and the actions of ramming it through the process is devious,

4  damaging, and downright despicable.  The Republican

5  leadership followed through with the President's plan, aided

6  by the Department of Justice. Putting out a hit list for

7  congressional seats in the Black and Brown communities of

8  Texas.

9           This plan seeks to discriminate against people of

10  color and steal congressional seats, and yes, I mean steal.

11  When you take what doesn't belong to you, it's called

12  stealing.  Fact, these congressional seats do not belong to

13  any elected official, any one party, or any President.  They

14  belong to the people, the people.  This is about citizens and

15  this state of a district having the ability to elect the

16  candidate of their choice -- of their choice.  From the

17  beginning of this process, of mid-district and mid-decade

18  redistricting has been a complete sham, as I said earlier,

19  and a farce.

20           You know, some of you may know, and some of you

21  may not care, but August 6th was the 60th anniversary of the

22  Voting Rights Act in Texas -- in this country.  And Texas has

23  been found guilty of violating the Voters Rights Act every

24  decade since enacted, every doggone decade for the last two

25  decades.

1          As I said before, and I mean this, and I want
2    y'all to hear this.  You cannot be complicit in racist
3    actions and get mad when someone calls you a racist.  You can
4    no longer hide the racism of your party.  Once more, we face
5    a map that does not reflect the truth of Texas but instead
6    manipulates and whitewashes it.  They call it redistricting,
7    but let's be clear, it's rig-districting.
8          When you imbalance the voting of the -- and
9    guarantee, one result that's not democracy, that's rigging.
10   And when you rig, the people's choice is taken away.  Texas
11   is the home of the largest Black population in the United
12   States.  That should mean something in how these maps are
13   drawn, but instead of recognizing that, that's the reality;
14   this map seeks to bury it.  It takes the voices of Black
15   Texans, splits them up, dilutes them, packs them, cracks
16   them, and erodes Black voices in this state.
17         Let's dig a little deeper and a little closer to
18   home.  Houston's Black population accounts for 35 percent of
19   the state's overall Black population, and instead of
20   recognizing that and creating additional opportunity, you
21   pack Senate District -- Congressional District 18.
22   Disintegrate the Black vote in Congressional District 9.
23   Move them to 18 and have the audacity to act as if you've
24   done us a favor.
25         The population has grown, but you've gone

35

1  backwards with this map.  Decreasing Black opportunity seats

2  from two to one in Houston and across the state are not

3  gifts.  Come on, y'all, we can count.  We all know basic

4  math.

5          Packing Congressional District 18 is not

6  representation.  Destroying 9 is not representation.  It is

7  suppression, and make no mistake, suppression is rigged

8  districting.  In committee over and over and over again, the

9  Chair reiterated, the map is laid out.  Maps, he admits, he

10  did not draw that they were drawn race blind and the bottom

11  line to that is, it's impossible.  It lacks knowledge.

12          Everyone in this chamber knows that Black folks in

13  Texas overwhelmingly vote Democratic.  There is no -- that's

14  not a secret to anyone.  So when you set out to create more

15  Republican seats, what are you really doing?  It's

16  dismantling the ability of Black Texans to elect candidates

17  who truly represent their community interests.  That's common

18  sense, not to mention the maps were drawn by a National

19  Republican -- Republican Redistricting Committee.

20          Let me make it clear, there can be no fairness for

21  Hispanic Texans if there's no fairness for Black Texans.  If

22  there's no Texas for -- if there's no fairness for any of us,

23  there can be no fairness for any voter in this State.  But

24  when you silence one community, you weaken democracy for all

25  of us, and when you weaken Democracy, you take the

1  congresional seats away from people they belong to and hand

2  them over as property.

3          This map strips away, strips it all away.  That's

4  what this map does.  It is a slap in the face of Black

5  voters.  It is a slap in the face of Hispanic voters and

6  every voter who calls Texas home.  And if Texas is truly for

7  one for all, then voting must matter for all people.  In

8  Texas, we have witnessed to the unrelenting massive assault

9  on the Voting Rights Act diminishing the political voices of

10  Blacks and Browns and marginalizing people unlike anywhere

11  else since the Jim Crow era.  This mid-districting or this

12  rigged districting is just a tactic and another assault.

13          You know, I was in the barber shop the other day,

14  when I got a chance to go home, Royce.  This old 70, maybe

15  80-year-old Black man came in, and he started talking about

16  redistricting to me, and this whole situation.  And he

17  described it like this: "It's Jim Crow in a new Cadillac."

18  The people of Texas have spoken through testimony, through

19  protest, through their presence at this capital.  Yet

20  leadership turned a deaf ear, acting as if those voices do

21  not matter.

22          I once heard the four most powerful words in

23  Democracy.  "The people have spoken."  But it's clear the

24  leadership of this state and this nation don't want to hear

25  the Black and Brown folks speak.  And it's clear that the

37

1    leadership in this state is not listening when 98 percent of

2    the people who testified, who chimed in on this map, on this

3    redistricting spoke against it.  98 percent.  2 percent was

4    in favor of this map.  2 percent.  Let me remind you, Black

5    voices matter, Brown voices matter.  Every voice in this

6    state matters, and we deny those voices.  You're not

7    redistricting; once again, you're rigged districting.

8            You know, let's make a note, whenever an issue of

9    equality and rights, such as this map, comes up in

10   Republicans, they often try to justify their actions by

11   saying, "Well, the Democratic Party was a party of

12   oppression, and the Republican Party freed the slaves."

13           Okay.  Thank you.  But that's not an excuse.  You

14   cannot justify the unjustifiable.

15           The Republican Party has become the party of

16   oppression, and you are now the party of disenfranchising.

17   Voters -- drawing racist maps by adopting voter suppression

18   laws.  What matters is the moment.  What matters is now.

19   What matters is what are you going to do now?

20           Republicans in this chamber and the House have the

21   numbers.  We understand that.  We as Democrats understand

22   we're outnumbered.  So you have the ability to do whatever

23   you want, but I ask this: just because you can do something,

24   does it mean you should do something?

25           Lastly, if you allow me, let me speak to everyone

1  in the sound of my voice, watching from the gallery or

2  streaming online, this rigged districting is just another

3  evil tactic to keep us from exercising our constitutional

4  right of voting.  Yes, the Republicans have stacked the deck,

5  and this abomination is going to pass, but not -- do not, do

6  not, do not give up.

7            Trump and the Republicans want us to be

8  discouraged and dismayed.  They want to give you a reason to

9  stay at home on Election Day, but please don't.  This is my

10  call to arms; your vote is your weapon.  So show them that we

11  can fight and fight back.  Show them that we can get down.

12  Show that your voices of Black and Brown marginalized

13  communities cannot be silenced.  Vote in spite of.  Vote

14  because of.  Vote because of or in spite of this evil map.

15  Don't give them what they want.  Spread the truth.

16            Prepare for 2026 and beyond.  Be the hurdle in

17  their way.  Take yourself and your neighbor, your friend, and

18  get to the ballet box.  We need to mobilize, prepare for the

19  battle.  Show Trump and Republicans how Texas, here in Texas,

20  we really get down.  Show them who you are and, more

21  importantly, show them whose, whose you are.

22            This is redistricting, coined rigged

23  redistricting.  We must keep our faith.  Keep our fight.

24            MR. PRESIDENT:  Senator Johnson, to speak on the

25  bill.

```
 1              SENATOR JOHNSON:  Thank you, Mr. President.
 2   Members, this is, by any measure, an extraordinary step of
 3   mid-decennial redistricting in a special session.
 4   Redistricting process typically takes a couple of years.
 5   This one's happening in a matter of days, maybe weeks.  And
 6   it happened with the speed of the yank on a dog's leash.
 7   It's not dignified.  It's not just.  It's not legal.
 8              We've heard the explanation that this really isn't
 9   about race, this is just about Republican political
10   performance, and we've heard that one before.  We heard that
11   -- something like that back in 2003.  Tom DeLay led the push
12   to redraw maps just two years into the decennial cycle.  He
13   succeeded.  It was a disaster.  He was also convicted in the
14   Abramoff scandal a few months later, so I don't know if that
15   portends well for this outcome here.  But it certainly speaks
16   to the character of such an act.
17              I think this is a gross misstep.  A gross misstep
18   for many reasons.  It looks like you're going to get your
19   five seats, but what really is the purpose underlying all
20   this?  I don't think it is just like Tom DeLay's; we want
21   more power.  We have the numbers; we can get it.  That
22   happens in Texas, in Illinois, California, New York,
23   Oklahoma; it happens all over the country every 10 years in
24   an orderly process that most of us don't think is a very good
25   process.
```

1          I think maybe privately we might all be relieved

2   if the Federal Government and the State Governments would

3   join together and ban mid-decennial redistricting by statute

4   or by constitution or by both and enact independent

5   redistricting commissions.

6          Now I've heard valid concerns that independent

7   redistricting commissions, in the end, aren't all that

8   independent in practice, and there's probably something to

9   that.  It's pretty difficult to cleanse a human being of all

10  partisan leanings whatsoever, particularly if you're in a

11  state that hasn't bent one way or another, but here's one

12  thing for sure that wouldn't be happening if we had

13  independent redistricting commissions.  We wouldn't be doing

14  it.

15         We'd be figuring out what we're going to do with

16  THC or flooding or property tax, or the other things that we

17  probably ought to be doing during our regular session instead

18  of during a special session.  So we could use the interim for

19  the less partisan, less flash, more B process of figuring out

20  what kind of policy we ought to pursue when we get here for

21  our 140-day sprints.  But that's not where we are right now.

22         And so I ask you, as you embark on this process,

23  which my colleagues have very, very articulately condemned

24  with objective information.  You're doing this at what cost?

25  At what cost to public faith in our institutions, in our

1    elections?  What cost to faith of the public, and not just

2    our elections, but in their participation in the elections.

3    In the outcome of the elections.  I think you're undermining

4    our faith in democracy.

5         You're setting off a national gerrymandering -- I

6    learned how to pronounce that correctly.  It's the

7    legislature from Massachusetts who gave rise to the word

8    "gerrymandering", which is how we say it.  His name was

9    Gerry.  So, gerrymandering, a nationwide gerrymandering war,

10   is now in effect because of us, right?  Nobody else was doing

11   this before.  And in fact, I'm not going to say 'us', I'm

12   going to say "y'all," as the majority.  That's a consequence

13   of this.  But also think about the consequences to this

14   institution.  I talked about this last round.  It's an act of

15   compliance.  It's passive.  It waives any even pretense of

16   that Texas independence of which we're all so proud.

17        It was just a quick suggestion from the President

18   that went to the Governor that went to here, and serving up

19   five seats in a gerrymandering war and undermining faith in

20   Democratic elections.  And there's one another piece of

21   damage to this institution, and one other piece of

22   undermining faith.  And that is the participation in the

23   processes that happen in this building, and I'm talking

24   specifically about hearings.

25        Senator Miles brought up the hearings.  98 percent of

 1  people testified against it, 2 percent in favor.  But after

 2  6, 7, 8 hours of grueling questions and answers, Senator King

 3  demonstrated impressive stamina.  What I didn't hear anywhere

 4  in there was any consideration for anything anyone said in

 5  hearing.  What was the point?  Are we dressing this up to try

 6  to make it look legitimate?  There was no amount of hours of

 7  hearings.  There were no number of hearings in any number of

 8  places, geographically dispersed across the state, or done

 9  virtually, that could have legitimized what we're doing here.

10          And my notes just disappeared.

11          So I'll move on to the next part.  Those are the

12  damages.  That's the cost.  And the third thing I want to

13  take up is the damage to the law or the challenge to the law

14  that we all now face.  No one in here is a Voting Rights Act

15  expert, but we all have artificial intelligence to consult

16  and able staffs.

17          And we all have a pretty good grasp that the

18  Voting Rights Act looks not only at the intent to

19  discriminate, which would certainly be avoided if a map is

20  drawn without regard to racial data.  But also, the Voting

21  Rights Act looks at discriminatory effect, intended or not.

22          Including historically throughout the district

23  courts in the country, coalition districts where one or more

24  minority groups is politically cohesive and combined in a

25  district, whether intentionally by -- when the district was

1  drawn or by happenstance.  But at the moment that we are

2  standing in, there are districts, five of them now targeted,

3  where minority groups, two or more, combine in a politically

4  cohesive way to be able to choose the people they wish to put

5  in office.  And if they're split up, they will no longer have

6  that ability.

7       The result of which is lower representation by

8  greater proportions of people.  Which doesn't seem consistent

9  with the Democratic ideal.  In fact, it's not.  It's so

10 flagrantly in contravention of everything the Voting Rights

11 Act has stood for since its enactment that you'd think it was

12 a lay-down.  Your maps are dead.

13      Now, I hope that is the case, but my feeling and

14 my suspicion is that the plan here by the map drawers in

15 Washington, D.C., and the team of lawyers that thought this

16 stuff up that assure all of you that these maps comply with

17 the Voting Rights Act.  That what they really mean is that

18 these maps comply with what we think the courts might later

19 hold about the Voting Rights Act. That the Fifth Circuit's

20 aberrant view, effectively, gutting the Voting Rights Act,

21 will become the view of the United States Supreme Court.

22      I hope not.  I hope not.  And it makes me sad that

23 what we -- that we would even attempt to avail of that in the

24 middle of a decade.  But here we are, and we will see how the

25 courts come down on this.  And I have hope that they will not

44

1  that they -- the Supreme Court -- will not decide that these

2  maps are okay under some new, less helpful version of the

3  Voting Rights Act, and these maps will go away.  I don't know

4  when.  I don't know if it's going to be one year or two years

5  or three years or five years.

6          I mean, the judicial recourse isn't all that great

7  either, so I kind of wish we would do things right in the

8  first instance.  But we're going to see this play out in the

9  courts, and maybe in response to all of this.  In response to

10  the gerrymandering war we've set off around the nation, we

11  will see some federal action, banning mid-decennial

12  redistricting.

13          We will see state action and federal action

14  requiring independent redistricting commissions, and maybe

15  that comes as a result of the '26 election wave.  When the

16  electorate rises up and says, "This is too much."  Thank you.

17          MR. PRESIDENT:  Senator Blanco, speak on the final

18  passage.

19          SENATOR BLANCO:  To speak in opposition of the

20  bill.

21          Thank you, Mr. President, Members.

22          Now, when our founding fathers met in Philadelphia

23  in 1787, they sought to design a government that would

24  endure, and it has done just that.  It has endured.  Our

25  government, our country, our form of government, it's that

1   shining light.  That shining city on a hill.  It's a

2   testament to the rest of the world that America is a beacon

3   of freedom.  That it represents prosperity, but importantly

4   Democratic ideals.  And our founders understood that those

5   constitutional principles and the very legitimacy of our

6   government depended on fair representation of the people.

7          James Madison wrote in Federalist No. 52 that,

8   "The definition of the right of suffrage is very justly

9   regarded as a fundamental article of Republican government."

10  Any representation was not a detail, or rather, it was a

11  cornerstone.  And to preserve that cornerstone, the framers

12  created a system grounded in regularity and in fairness.  In

13  regularity and in fairness.

14         They required a census every 10 years, so that

15  districts would be adjusted to reflect actual population

16  growth and population shifts.  And as Madison further

17  explained in Federalist 54, "Apportionment must be based on

18  the aggregate number of inhabitants so that representation

19  remained faithful to the people themselves." And that's why

20  our founders in trying this idea of tying redistricting to

21  the decennial census.

22         Article 1, Section 2 of the United States

23  Constitution mandates that an apportionment of

24  representatives among the states must be carried out every 10

25  years.  Members, apportionment is the original legal purpose

46

1  of the decennial census as intended by our nation's founders.

2  It ensures that the process is not arbitrary, not political,

3  but anchored in objective data.  Measured at regular

4  intervals.  It reflects growth, not advantage.  It reflects

5  representation, not power.  And that is why this map and this

6  redistricting bill gives me such concern.

7          Mid-decade redistricting, absent a court order,

8  departs from that constitutional design.  It untethers the

9  process from population, and instead it ties it to political

10  expedience.  It risks turning a solemn duty into an

11  instrument of political advantage.  And some may argue that,

12  you know, there's no law prohibiting mid-decade

13  redistricting.

14          But Members, just because there's no law that

15  doesn't prohibit it, it just doesn't make it right to do it.

16  And while the framers of our constitution, you know, they did

17  not envision maps being drawn whenever it suited those in

18  power.  They actually intended apportionment to follow the

19  census.  So that representation would follow the people, not

20  politics.

21          That was a directive that they enshrined in our

22  constitution.  So why are we ignoring that?  Why is this

23  legislature not heeding the warning of our founding fathers?

24  Why is Texas bending the knee?  You know our founders,

25  including Thomas Jefferson, understood the dangers of

 1   unchecked power.

 2            Jefferson reminded us that an elective despotism

 3   was not the government that we fought for.  He distrusted any

 4   concentration of authority that ignored the voice of the

 5   people.  And if redistricting can be rewritten at will, well,

 6   then we invite the possibility of maps being drawn every

 7   election cycle.  The very despotism that Jefferson warned us

 8   against.  And if the rules of representation can be written

 9   whenever politically convenient, then stability is lost,

10   fairness abandoned, and the people's faith in democracy

11   itself is shaken.

12            We must ask ourselves, will Texas continue to

13   believe in the equality of their ballot when the foundation

14   of equal representation will be easily bent?  Will they still

15   trust the principle of one person, one vote?  If that

16   principle is subjected to manipulation at every turn?

17            You know, as a veteran, I swore an oath in uniform

18   to defend the Constitution.  Many of us, in this body, wore

19   that uniform.  And many of us, as elected officials, swore to

20   defend the Constitution.  A Constitution that guarantees

21   equal protection.  A Constitution that guarantees equal

22   voice.  A Constitution that provides for equal representation

23   of every citizen.  And carving out maps for partisan

24   advantage, well, that just undermines that guarantee.

25            Members, the Constitution is not a suggestion.

1  It's the foundation of our democracy, and it's our solemn

2  duty to uphold it.  You know history is not only going to

3  record the votes that we take today.  It's also going to

4  record whether we honored the vision of those who entrusted

5  us with this responsibility more than two centuries ago.  For

6  these reasons and to honor our Constitution, to honor our

7  democracy, and to honor our founding fathers, I'll be voting

8  no on House Bill 4.

9          Thank you, Mr. President.

10          MR. PRESIDENT:  Senator Gutierrez, you're

11  recognized to speak on the bill.

12          SENATOR GUTIERREZ:  Well, thank you,

13  Mr. President.

14          I rise at this moment, I wasn't intending to

15  speak.  I was asked by my colleagues if I was going to speak,

16  and I really wasn't intending to speak very much because I

17  thought we'd had our -- we'd had our moment earlier, and we

18  kind of get everything off our chest.  But, I thought to

19  myself, what do we do if we end up in the courthouse?

20          What do people that have been disenfranchised have

21  to do and show if we get to the courthouse?  How do we prove

22  that case?  And I was listening to my colleague.  Senator

23  Miles and Senator West and Senator Menendez, Senator Blanco,

24  and so many others sat up in my office, had us some dinner.

25  A real quick bite of dinner.

49

1          I got inspired by their words.  I thought to

2  myself, What's this about?  How do we prove this case?

3  What's that binder look like?  We talked about it earlier.

4  What's that trial notebook look like?

5          We have to show that the proponents of these maps,

6  Senator King and others, used racial bias in the makeup of

7  these maps.  That's really what this is about.  That's what

8  all this questioning has been about all day long.  What the

9  questioning in the House of Representatives was, just

10  yesterday.  Was it yesterday?  The day before?  To show that

11  there has been racial bias in the making of the maps.

12          So I figured, well, let's start with day one.  We

13  have a proclamation in the first session from the governor,

14  and he goes off and he cites the Department of Justice

15  letter.  And it says that there was reverse gerrymandering,

16  if you will, race-based considerations from the creation of

17  certain coalition districts in '21.  Even though the Attorney

18  General said that there was no race considerations of any

19  sort.

20          Even though everybody in this room, every

21  Republican in this room, voted for those maps.  Even though

22  Senator King, himself, suggested that he was going to vote

23  for those maps, because he felt that they were fair, not

24  racially drawn, and within the Voting Rights Act.

25          And so, here we are, all of a sudden, with new

1   maps, and now these maps supposedly are not racially drawn in

2   any way.  The proponent of this bill would have us suggest

3   that he lives in a world of blissful ignorance.  Says, I

4   don't know.  I didn't look at race data.  I relied on my

5   lawyers.  I didn't see their analysis.  I didn't read their

6   analysis.

7            Even though he got an opinion from them that none

8   of us have seen.  Even though he acknowledges that they

9   likely did ecological inference analysis, and they likely did

10  racial polarized voting analysis.  They didn't give him a

11  report.  He didn't ask for a report.

12           It's real simple to say, well, I didn't use race

13  analysis.  I didn't use race data in the consideration; other

14  people did.  Other people did.  Said I didn't -- over and

15  over again, we've heard for weeks.  I don't know who the map

16  makers are.  Never met the map makers.  And we have that on

17  audio tape over and over.  Never met the map makers.  Don't

18  know who they are.  Don't know who the map drawers are.  And

19  this might seem like an attack on Senator King, and I don't

20  mean it to be, but the fact is, we've got to find out who the

21  racists are.

22           I know it's not Senator King.  It's the map

23  makers.  The people he's never met.  Those are the ones who

24  used the race data to pack and crack these districts.  I'd

25  love to know who they are.  But we find out today that, in

1    actuality, he had met one of them.  Even though he said over

2    and over again that he didn't know -- he had not with him.

3    We find out today that Adam Kincaid is his friend for many

4    years.  Talked to him two months ago over the phone.  Met him

5    at the ALEC Republican conference.  Last call was this

6    Monday.

7            He called him to tell him, "Hey, we're making

8    changes to the map."  Senator King would have us believe

9    that, okay, I've got to go.  That was the end of that call.

10   When he says that -- asked for someone's number.  How long

11   was that call?  I imagine we'll find out.

12           I imagine that lawsuit will uncover phone records

13   and data that will show us how long that call was.  We'll see

14   if there's any texts there.  Somehow, miraculously,

15   districts, well, 7 of them, end up cracked back down to the

16   margins where minorities are just over a 50 percent

17   threshold.  But there was no race data in the offing,

18   according to Senator King.

19           According to Senator King, there's no race data in

20   the offing.  So we have the DOJ's letter that shows us race

21   was a consideration.  We have the Governor's proclamation

22   that cites the DOJ's letter.  We come now to the blissful

23   ignorance that we've heard all day long today.  It's the best

24   way to try this case to not know, to not say.  That's what

25   he's told us.

1          It would appear to me that our friend is a great

2    lawyer, a great witness.  But it is clear to me also that 444

3    precincts were broken down to the bloc level.  444 precincts

4    were divided down to the bloc level, and the only way -- and

5    when you do that, the only data you have that gives you the

6    race data that you're looking for is census data.  Someone

7    looked at the census data to break down 444 precincts.

8          When we look at some of the principles of the

9    Voting Rights Act is we try to keep precincts whole, and

10   we've all known that.  We've been over this, some of us for

11   two and three times over the last 10 - 15 years.  We've dealt

12   with this, but in this map, 444 precincts were broken down at

13   the bloc level.  And so, I know many of you would like to

14   remain in blissful ignorance.

15         I think that the people of the State of Texas

16   deserve a little bit more transparency than blissful

17   ignorance.  I think that the people of the State of Texas

18   deserve real honesty, real answers.  And as I said at the

19   very beginning of this thing, they deserve that our time not

20   be wasted on this crap.  That they deserve that the real

21   issues of the State of Texas be addressed, rather than some

22   political witch hunt for Donald Trump and his cronies.

23         Thank you, Mr. President.

24         MR. PRESIDENT:  Senator Cook, you're recognized to

25   speak on the bill.

1          SENATOR COOK:  Thank you, Mr. President and

2   colleagues.

3          I rise tonight to speak in opposition of this bill

4   and of the entire process.  Earlier today, we heard what

5   sounded like just a joke or a quip about adding the word

6   expeditious to the fruits of the spirit, and I just want to

7   say how disrespectful it is to my constituents.  To all of

8   our constituents, when we joke around about how we need to be

9   more expeditious about redrawing all the congressional lines

10  in the middle of a decade, with obvious, serious consequences

11  for Black and Brown voters.

12         This process should not be done quickly.  It

13  should not be done behind closed doors.  It should be done

14  very publicly and with as much warning as a decennial census

15  gives us.  There were also comments about when one is

16  sponsoring a House Bill.  That one does not do one's research

17  or homework or carry that bill as though it's somebody else's

18  baby, which we all know that it is.

19         And so, I just want my constituents and the people

20  in this chamber to know that when I pick up a House Bill, I

21  do do my homework.  And I do learn everything that I possibly

22  can about it, and I assure the person from whom I'm carrying

23  it that I am going to care for it the way that I think that

24  they would.

25         I think that's how you get good policy.  The

1 concept of one person and one vote is a deeply empathetic

2 concept that centers on human dignity.  I truly believe that

3 each one of us is actually a child of God, and that how

4 people feel matters to me.  Every single person in this state

5 is just as much a human being as I am, and that's why they

6 deserve to be a part of the processes that shape the change

7 around them.

8          To disrespect that is to disrespect the concept of

9 humanity entirely.  And I just want to say how painful it is

10 to watch many of the Members in this chamber be completely

11 silent throughout this entire process, but sometimes, when

12 there's moments off the mic, there is a little bit of honesty

13 about how broken this is.  How unnecessary it is.  How,

14 really, no Texans are asking for this.  Maybe even a joke

15 about how the map in Houston now looks like a hurricane,

16 because that's the only way to squeeze out more Republicans.

17          That is a hurtful statement to me and to so many

18 people in my district, especially the Black and Brown voters.

19 Throughout the process of SB-4 and HB-4 moving through this

20 legislature, the people's voices have been ignored.  There

21 are no Senate statewide regional hearings, unlike those held

22 for every redistricting process in all of Texas history.

23          Texas House was no better with a meager three

24 field hearings, and at the Houston one, almost a thousand

25 people showed up, but thanks to confusion and

1  disorganization, in my opinion, disrespect, and a lack of

2  access for folks who use sign language, hundreds never got

3  the chance to speak.  Afterward, I joined my House colleagues

4  to hear the people's testimony for two hours at Wheeler

5  Avenue Baptist Church.

6         Since their voices were not a part of the official

7  record, I would like to take this moment to enter some of

8  their words into the record tonight.

9         Savant Moore, a proud CD-18 voter, said, "This

10  district isn't just lines on a map, it's a legacy.  Where

11  Barbara Jordan made history.  Where Mickey Leland marched for

12  the poor and Sheila Jackson Lee defended those that no one

13  else would.  So when you propose a redraw of CD-18, you're

14  not just moving boundaries.  You're moving the soul of our

15  community.  We didn't come here asking for change; we ask to

16  protect what generations of people built."

17         Another person, Debbie White, said,

18  "Gerrymandering denies communities their rightful voice in

19  Congress.  It fractures neighborhoods like the 3rd Ward,

20  Acres Homes, and 5th Ward.  Communities that deserve fair

21  representation.  Redistricting should reflect population

22  growth and the diversity of our state, not suppress them."

23         Koretta Brown said, "Will you allow yourself to

24  become a cheater of democracy?  Will you sit silent while

25  standing on the shoulders of giants like Barbara Jordan,

1   Mickey Leland, Thurgood Marshall, and Sheila Jackson Lee?

2   We've seen this before.  After reconstruction, Black

3   representation was violently, and I mean violently, stripped

4   away.  Communities lost rights and progress for nearly a

5   century until the Civil Rights movement reclaimed them

6   through the struggle and sacrifice.  If you allow this

7   redistricting to happen, you are choosing to disregard that

8   legacy."

9           Gretchen Brown said, "I grew up in both the 18th

10  and 9th districts.  Make no mistake, these districts didn't

11  just raise me.  They grounded my values, my vision, and most

12  of all my ability to fight."

13          77021, 77033, 77048, if you are familiar, that's

14  up and down MLK Boulevard, but also most of Houston's south

15  side and also Missouri City.  Representation matters.  It

16  really does.  Which is why I called out those zip codes and

17  parts of town.  These parts of town are often overlooked,

18  last on the list.

19          Redistricting, it shouldn't erase the

20  neighborhoods that built us, that built me.  It should

21  reflect our voices, protect our legacy, and ensure the next

22  generation sees leadership that feels local, lived, and truly

23  theirs.  And yet today, this body passed a map that tells my

24  constituents their voices are expendable.

25          The changes we're witnessing are fundamentally

1  altering the makeup of congressional districts that have

2  historically provided representation for communities of color

3  in Houston.  When communities that have worked together for

4  decades, shared schools, churches, and struggles, are

5  suddenly divided, you do silence their voice.  You weaken

6  their ability to advocate effectively for healthcare,

7  infrastructure, housing, and every single basic need.

8       You destroy legacies, relationships that have

9  spanned generations, and collective memories that teach the

10  next generation.  These maps are racist, and they are

11  devastating, plain and simple.  It's one thing to do this

12  every ten years, and it's another to fly in the face of every

13  constitutional rule and do it mid-cycle.  It's arrogant and

14  the greed is insurmountable.

15       I would like to close with a quote from the

16  Barbara Jordan, whose picture, of course, hangs on the wall.

17  Who represented both Senate District 11 and Congressional

18  District 18, and many of the communities that I get to

19  represent and serve today.  It was the question to be

20  answered in 1976 when Barbara Jordan gave this address, and

21  it is still the question to be answered today.

22       "Let us heed the voice of the people and recognize

23  their common sense.  If we do not, we not only blaspheme our

24  political heritage, we also ignore the common ties that bind

25  Americans.  Many fear the future's uncertainty, are

1  distrustful of their leaders, and believe that their voices

2  are not heard.  They seek only to satisfy their private

3  dreams.  They ignore the common interest, the common good.

4  This is the great danger that America faces: that we will

5  cease to be one nation and dissolve into a collection of

6  interest groups and individuals, each seeking to fulfill

7  private dreams.  Each seeking to satisfy private wants.  If

8  this occurs, who then will speak for America?  Who will speak

9  for the common good?  This is the question to be answered."

10          Today, we have seen the common good be cast aside.

11          MR. PRESIDENT:  Senator Eckhardt, you're

12  recognized to speak on the bill.

13          SENATOR ECKHARDT:  Thanks so much.

14          We've talked a lot about Barbara Jordan in this

15  chamber, and what a wonderful thing that we've talked a lot

16  about Barbara Jordan.  I choose to sit right next to her

17  portrait because on days where I feel like there's just no

18  chance of the minority getting heard in this chamber.  No

19  chance of having a chairmanship.  No chance of being placed

20  on a committee where we have actual expertise.  No chance of

21  actually participating in the formation of policy in this

22  chamber, I look over at her and go, "Jeez Louise, put on your

23  big girl panties, Barbara had it way worse.  Keep going."

24  Right?

25          It's so awesome to be able to glance to the right

1  and know that we can keep going.  That we can become a more

2  perfect union.  So I want to take you back in time to when

3  Barbara was in this chamber and when redistricting was

4  happening in the early 70s, and I'm going to take you

5  straight to a book that talks about it.  It actually has my

6  father's name on it.

7          In 1970 reapportionment, Texas had gained one

8  congressional seat, and much as Eckhardt worked to draw a

9  seat for himself in 1961, oh, I'm sorry, in 1965, now his

10  state senate allies, Charlie Wilson, Don Kennard, Oscar

11  Mauzy, Babe Schwartz, and Barbara Jordan wanted that one new

12  seat.  Jordan was close to Lieutenant Governor Ben Barnes.

13  And he supported her effort to get that new seat.  White guy

14  supporting a Black woman to get that new seat.

15          Eckhardt went to Barnes' office to discuss the

16  redistricting dynamics, and Barnes made sure that all the

17  incumbents, including Eckhardt, had districts they could

18  continue to win.  It was the incumbent protection era of

19  gerrymandering.  Yet, he had to be careful.  Eckhardt had

20  supported Jordan and loved the idea of her coming to

21  Congress, but he had to give up Black precincts in his

22  district to a new district for her to win.  Both he and

23  Jordan were able to get what they needed.  He kept his

24  workshop district, and she got many, though not all, of the

25  minority communities in her district.

 1              At the same time, he got caught up in a rift among

 2    Black allies; Barnes and most of the Senators had come to

 3    like and trust Jordan.  She worked well with them, and they

 4    considered her a insider, but Curtis Graves, who is

 5    definitely not an insider, wanted Jordan's State Senate seat.

 6    Barnes and Senators were alarmed at the possibility and

 7    decided to block him.

 8              Jordan went to Lauro Cruz, who was on the

 9    redistricting conference committee, and asked where Graves'

10    house was on the map.  Jordan took out a magic marker and

11    drew a line around his house into the district that extended

12    into River Oaks, the wealthy white area of town, and the map

13    was passed.  Graves was furious.  Knowing that he could not

14    win, the seat did go to a white person.  He instead filed to

15    run for Congress, and Jordan and Graves battled each other in

16    the primary, with Jordan winning the nomination.  Eckhardt

17    had to stay neutral.

18              The reason why I read this, and it may sound

19    familiar to you.  This kind of horse trading.  The politics

20    of redistricting.  That absolutely has been around for --

21    since the beginning of our Republic.  Absolutely, but what

22    you hear, the difference here, is that it was transparent.

23    Graves knew that Barbara Jordan had drawn a circle around his

24    house.

25              Ben Barnes knew who all was vying for those seats.

 1   And all the people who were vying for those seats knew each

 2   other were vying for those seats.  There was no law firm that

 3   drew the districts behind closed doors and didn't share any

 4   of the actual analysis.  There was no attorney/client

 5   privilege that kept them from knowing what was going on.

 6   That didn't happen, Members.  That didn't happen until the

 7   later 1970s and into the 1980s.  And it didn't go on steroids

 8   until recently.

 9           This kind of cloak-and-dagger secrecy, this

10   pretending that we don't know, is new.  And it's dangerous.

11   We must show integrity and leadership.  We must be honest

12   with each other and with our constituencies about how, when,

13   and why.  We are reapportioning when we do it every 10 years,

14   but most especially when we do it in an unusual mid-decade

15   redistricting effort.

16           This idea of doing redistricting behind closed

17   doors with lawyers under attorney/client privilege in the

18   middle of the decade is very new.  So if somebody tells you,

19   everybody does it, this is how it's always been done.  Look

20   at history.  We've heard a lot about one person, one vote.

21   And a lot of people, I think, assume that that goes all the

22   way back to the beginning of the Republic.  It doesn't.  One

23   person, one vote is a concept that was derived by case law in

24   1965 in connection with the Voting Rights Act.

25           Before that, politicians were almost entirely

 1  white and almost entirely male, and while the Congress was

 2  apportioned by population, state legislatures could draw

 3  congressional districts of any population to satisfy their

 4  political benefit.  And that's how the U.S. House of

 5  Representatives remained almost entirely white and almost

 6  entirely male.

 7          The one person, one vote concept and the Voting

 8  Rights Act changed that and ushered in an era where we

 9  started to become a more perfect union reflective -- having

10  representatives that were reflective of the actual population

11  of the United States.

12          So, in closing, by bringing redistricting into

13  mid-decade, just in time for a midterm, and doing it with a

14  law firm under attorney/client privilege, and pretending that

15  you don't have access to the information that they used, is

16  going to take us backward.  We will ignite a redistricting

17  civil war across the United States, where the minority in

18  each state will be disenfranchised by a hyper-politicized and

19  secret process.

20          So for those who are listening who think that this

21  is just Democrats bellyaching, in another state, it will be

22  the Republicans bellyaching.  Look at what the Republican

23  Party chair in California is saying about the threatened

24  redistricting there.  It sounds really similar to what we're

25  saying here.

63

1          So, please think about what we're doing here.  We

2   are going backward.  We are going pre-Civil Rights Act.  We

3   are going pre- one person, one vote.  That is what's

4   happening here.  We are going back in time.  And it's not

5   better back there.  Read the history.  It's not better back

6   there.

7          MR. PRESIDENT:  Senator Hinojosa from Nueces.

8          SENATOR HINOJOSA:  Thank you, Mr. President.

9          Members, I rise in support of House Bill 4.

10  Members, these maps, which actually increase the number of

11  majority/minority voting districts, have one goal: to make

12  sure the people of Texas have their values represented in

13  Washington.  Yet every time minorities shift politically, we

14  hear the same, tired excuse.  Racist this, racist that.  It's

15  all we've heard all day long, and quite frankly, I'm done

16  listening to it.

17          It's time to put an end to the outdated belief

18  that you can predict political outcomes based on the color of

19  someone's skin.  That idea is wrong morally and factually,

20  and I stand here as living proof.

21          You see, in 2022, my district, Senate District 27,

22  seated in the Rio Grande Valley, was drawn to favor the other

23  party by at least 4 percentage points, but I didn't lose by 4

24  percentage points.  I lost by less than 1/3 of 1 percent.

25  But where was the wailing and gnashing of the teeth like we

1    hear today?  That an Anglo woman won this majority/minority
2    district?  No. It was quiet.
3            Where was the outrage and the cries of racism?  Or
4    am I not minority enough simply because I'm a Republican?
5    No, there was never any outrage after the results of my first
6    campaign, and guess what?  There shouldn't have been.  My
7    majority/minority district decided to elect an Anglo for the
8    first time in over 60 years based off the promises she made
9    in her campaign.
10           She won, fair and square, but then she came here
11   to Austin and voted her own values that did not match our
12   South Texas values, and I had the opportunity to expose that
13   during our rematch.  Only in 2024, during that presidential
14   cycle, I was up against even greater odds.  The data
15   indicated that I should have lost by at least 6 percentage
16   points against an incumbent with unlimited resources, but yet
17   instead, I won and became the first Republican to hold Senate
18   district 27 since Reconstruction.
19           I didn't win by ignoring voters.  I won by
20   listening to them.  By asking them what they believe?  What
21   they value?  And what kind of Texas they want for their
22   families?  And their response was absolutely clear.  You see,
23   people in South Texas and across the state want strong
24   families, safe communities, low taxes, secure borders, and
25   the right to live their lives without government overreach.

1          We do not support men in women's sports.  We do

2   not support abortion on demand.  We do not support tax hikes.

3   We do not support open borders.  These are not just talking

4   points.  These are the words and values of the people that I

5   represent in South Texas.  And therein lies the truth,

6   Members.

7          The other party lost us Hispanic voters.  They

8   lost us when they shut down our churches during COVID.  They

9   lost us when they dismissed faith, family, and the sanctity

10  of life.  They lost us when they stopped listening to the

11  very people that they claim to represent.  And they keep

12  losing us more and more and more, especially in South Texas.

13  This is not a racial shift.  This is a values shift.  And no

14  amount of shouting racism is going to change that.

15          The people of South Texas have spoken, and

16  Washington D.C., now needs to start listening.  We have all

17  seen the political shift in South Texas over the past several

18  years.  It came to a head this last election.  I won my seat.

19  President Trump won counties all along the southern border

20  that had not voted Republican in generations, if ever.

21  President Trump won with 55 percent of the Latino vote and

22  doubled his support among Black voters from where it was in

23  2020.

24          So let's stop pretending that this is all about

25  race.  It is about values.  It is about representation --

1   real representation.  The fact that we're redrawing the maps

2   is to ensure that as these shifts have happened and continue

3   to happen, that the people are able to have representation

4   that reflects their values, not their last name, not their

5   skin color.  These maps give Texans a voice.  A voice

6   reflects their values, not outdated assumptions about race or

7   party.  That is why I support them because our job is to

8   ensure that the people of Texas, their voices, their

9   families, and their priorities are represented at our

10  Nation's Capital.

11          So if you're worried about losing minority votes

12  in this next election, stop blaming maps and start looking in

13  the mirror.  Stop judging people by the color of their skin

14  and start focusing on the content of their character.  And

15  with that, Members, I proudly stand and look forward to

16  casting my vote in favor of House Bill 4.

17          Thank you, Mr. President and thank you, Members.

18          MR. PRESIDENT:  Thank you, Senator Hinojosa.

19          Senator King.

20          SENATOR KING:  Thank you, Mr. President.

21          Members, I wasn't actually going to give any

22  closing remarks, but there's been so many things expressed,

23  alleging or suggesting why I'm carrying this bill.  And so I

24  wanted to make it very clear why I support this map.  The

25  Biden years were devastating to the United States, but since

1  we've had a Republican majority in the U.S. House and the

2  U.S. Senate and since we've have a Republican President, we

3  have seen remarkable changes in America.

4          We now have a secure border.  We're seeing an

5  incredible slowdown in the flow of deadly fentanyl.  We've

6  seen a continuation of historic tax cuts that were about to

7  expire.  We're seeing an incredible reset of world trade

8  policy, all in favor of America.

9          Our military, it's back in the business of

10  National Security, not social experiments.  We're standing up

11  to Iran.  We're standing up to China.  We're standing up to

12  Russia.  We may even soon see an end to the Russo-Ukrainian

13  War, which has taken, I mean, counted lives.  We're seeing an

14  end to the foolishness of men and boys in women and little

15  girls' sports.  We're fighting antisemitism on our college

16  campuses, which grew so ugly and so rampant.  We're seeing

17  the deportation of Venezuelan gangs and dangerous cartel

18  Members which had come in.

19          I will tell you, I was a cop in 1980, during the

20  Cuban boat lift, and Castro opened the prison doors to what

21  we estimated was about 10,000 hardcore criminals.  They were

22  murderers.  They were rapists.  They were drug dealers.  They

23  spread out across the United States.  I dealt with some of

24  them in Fort Worth.  It took the law enforcement community

25  across this country years to work through those people and

68

1  get them in jail and away from the citizens.

2         During the Biden years, there were hundreds of

3  thousands of hardcore criminal gang Members, aliens --

4  criminal aliens, criminal gang Members, hardcore criminals

5  that came into the United States.  I'm telling you, our

6  grandchildren will still be seeing the effects of those

7  hundreds of thousands that came into America.

8         I could go on and on, but I just want to say that

9  this map, from my perspective, it has nothing to do with

10  race.  It's been repeatedly said that it's about race -- that

11  it's racist.  It has nothing to do with race.  It has

12  everything to do with good policy.  Because this historic

13  process, the amazing progress that has been made in just

14  eight months, all of this will end if the Republicans lose

15  the Congress.

16         And it has become incredibly apparent to us, in

17  recent months, the amount of gerrymandering that has been

18  done in blue states.  And I'm convinced that if Texas does

19  not take this action, that there is an extreme risk that the

20  Republican majority will be lost.  And if it does, the next

21  two years after the midterms, there will be nothing but

22  inquisitions and impeachments and humiliation for our

23  country.

24         That's what we saw during the Biden years, and

25  that's what will happen again if the Republicans lose the

1  majority in Congress.  And that's why this map is needed.

2  Now, as to the map itself, just a couple of quick comments.

3  I adopted HB-4, which I have said repeatedly was not drawn by

4  me.  But I adopted it because it accomplished my three goals.

5  Those three goals were that it be legal, that it improve the

6  political performance for those seeking Congress as

7  Republican candidates, and that it improve compactness.

8       This map clearly meets all three goals.  A lot of

9  questions today were asked about the use of racial data.  It

10 is my understanding that race was not used in the drawing of

11 this map.  And I can say unequivocally that it was not used

12 in my consideration of HB-4, not used to any degree.  Now I

13 think it's important to note that despite all the criticism

14 of this map, no alternate or substitute maps have been

15 offered by a Democrat as an amendment.  Let me repeat that.

16 Despite all the criticism today of this map, there was not a

17 single floor substitute offered by the Democrats, nor was

18 there a single amendment offered.

19      Additionally, throughout all the hearings, no one

20 presented an analysis of data to demonstrate that this map

21 violates any law, not one throughout all the hearings.  House

22 and Senate, for that matter, no one presented an analysis of

23 data to demonstrate that this map violates any law.  We heard

24 hours and hours of testimony, and we were not presented with

25 any racially polarized voting analysis, Gingles factor

1  analysis, or political cohesion analysis that suggested in

2  any way that this map was in violation of the Voting Rights

3  Act.  Why not?  It's because this map is legal as to all

4  applicable law.

5        This map is about policy.  It's about continuing

6  good policy.  It's about overcoming gerrymandering in other

7  states.  And I think it is self-evident that because no

8  analysis has been presented through any hearing or on this

9  floor today.  No data has been presented to suggest -- to

10  show that it is not legal.  I think it is self-evident that

11  this map is legal in all respects.

12        Now with that said, on a personal note.  I do

13  truly want to thank all the Members that have served on the

14  redistricting committee.  It came upon us all pretty quick,

15  and it's taken a lot of work and a lot of time, and it's been

16  very difficult.  And, in fact, it's even sadly strained some

17  long-time friendships.

18        But I want to thank Vice Chair Creighton, Senator

19  Hinojosa, Miles, Hughes, Alvarado, Paxton, Sparks, and

20  Parker.  Thank you for your time on this committee.

21        And Mr. President, with that, I again will move

22  final passage.

23        MR. PRESIDENT:  Members, we are going to take a

24  break, a dinner break.  Our staff has been up here for --

25  since 10:00 o'clock this morning.  We will recess until

1  11:30.

2          Senator Parker.

3          SENATOR PARKER:  Mr. President, I make a motion to

4  recess officially to 11:30 this evening.

5          MR. PRESIDENT:  Any objection?  Hearing none.

6  We stand in recess until 11:30.

7          If you want to vote on the motion, the secretary

8  can call the roll.  The ladies have been here for almost 11

9  hours.  They're going to get a break.  When we come back, I

10 understand there is a plan for a filibuster, and if that's

11 the case, Senator will be recognized.  We're breaking for a

12 dinner break that they deserve.  Period.

13         Senator, you have not been recognized.  Sorry.  If

14 you want to object, we'll call the roll.

15         Secretary will call the roll.

16         THE CLERK:  Alvarado.

17      (No audible response.)

18         THE CLERK:  Bettencourt.

19      (No audible response.)

20         THE CLERK:  Birdwell.

21      (No audible response.)

22         THE CLERK:  Blanco.

23      (No audible response.)

24         THE CLERK:  Campbell.

25      (No audible response.)

```
 1          THE CLERK:  Cook.

 2  (No audible response.)

 3          THE CLERK:  Creighton.

 4  (No audible response.)

 5          THE CLERK:  Eckhardt.

 6  (No audible response.)

 7          THE CLERK:  Flores.

 8  (No audible response.)

 9          THE CLERK:  Gutierrez.

10  (No audible response.)

11          THE CLERK:  Hagenbuch.

12  (No audible response.)

13          THE CLERK:  Hall.

14  (No audible response.)

15          THE CLERK:  Hinojosa of Hildago.

16  (No audible response.)

17          THE CLERK:  Hinojosa of Nueces.

18  (No audible response.)

19          THE CLERK:  Huffman.

20  (No audible response.)

21          THE CLERK:  Hughes.

22  (No audible response.)

23          THE CLERK:  Johnson.

24  (No audible response.)

25          THE CLERK:  King.
```

1          (No audible response.)

2              THE CLERK:  Kolkhorst.

3          (No audible response.)

4              THE CLERK:  Menendez.

5          (No audible response.)

6              THE CLERK:  Middleton.

7          (No audible response.)

8              THE CLERK:  Miles.

9          (No audible response.)

10             THE CLERK:  Nichols.

11         (No audible response.)

12             THE CLERK:  Parker.

13         (No audible response.)

14             THE CLERK:  Perry.

15         (No audible response.)

16             THE CLERK:  Schwertner.

17         (No audible response.)

18             THE CLERK:  Sparks.

19         (No audible response.)

20             THE CLERK:  West.

21         (No audible response.)

22             THE CLERK:  Zaffirini.

23         (No audible response.)

24             MR. PRESIDENT:  18 ayes and 11 nays.  The motion

25   is adopted.  Senate stands in recess until 11:30.

74

1   (Adjourned.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                  CERTIFICATION PAGE FOR AUDIO RECORDING

2              I, Mary Henry, certify that the foregoing is a

3    correct transcription from the audio recording of the

4    proceedings in the above-entitled matter.

5              Please take note that I was not personally

6    present for said recording and, therefore, due to the

7    quality of the audio provided, inaudibles may have created

8    inaccuracies in the transcript of said recording

9              I further certify that I am neither counsel

10   for, related so, not employed by any of the taking parties

11   to the action in which this deposition was taken, and

12   further that I am not financially or otherwise interested

13   in the outcome of the action.

14             SUBSCRIBED AND SWORN TO under my hand and of

15   office on this 15th day of September, 2025.

16

17

18   _____
     Mary Henry

19   Integrity Legal Support Solutions
     Firm Registration No. 528

20   9901 Brodie Ln.,#160-400
     Austin, Texas 78748

21   512-320-8690
     www.integritylegal.support

22

23

24

25