**State Defendants' Response to Gonzales Plaintiffs' Motion for Preliminary Injunction**

# Exhibit AA

Einstein's Parable of Quantum Insanity

PageVault

| | |
|---|---|
| Document title: | Einstein's Parable of Quantum Insanity \| Scientific American |
| Capture URL: | https://www.scientificamerican.com/article/einstein-s-parable-of-quantum-insanity/ |
| Page loaded at (UTC): | Mon, 22 Sep 2025 15:30:53 GMT |
| Capture timestamp (UTC): | Mon, 22 Sep 2025 15:31:39 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 9 |
| Capture ID: | 8unFdFf1TT7Mj7r9Rrj1wi |
| Display Name: | adrian.skinner |

PDF REFERENCE #:     1uWm5Pt6AkBPyye9EW2GtF

SEPTEMBER 23, 2015 | 5 MIN READ

# Einstein's Parable of Quantum Insanity

Einstein refused to believe in the inherent unpredictability of the world. Is the subatomic world insane, or just subtle?

BY FRANK WILCZEK & QUANTA MAGAZINE

The Sciences ⌄

From Quanta Magazine (find original story here).

"Insanity is doing the same thing over and over and expecting different results."

That witticism—I'll call it "Einstein Insanity"—is usually attributed to Albert Einstein. Though the Matthew effect may be operating here, it is undeniably the sort of clever, memorable one-liner that Einstein often tossed off. And I'm happy to give him the credit, because doing so takes us in interesting directions.



ADVERTISEMENT

First of all, note that what Einstein describes as insanity is, according to quantum theory, the way the world actually works. In quantum mechanics you can do the same thing many times and get different results. Indeed, that is the premise underlying great high-energy particle colliders. In those colliders, physicists bash together the same particles in precisely the same way, trillions upon trillions of times. Are they all insane to do so? It would seem they are not, since they have garnered a stupendous variety of results.

Of course Einstein, famously, did not believe in the inherent unpredictability of the world, saying "God does not play dice." Yet in playing dice, we act out Einstein Insanity: We do the same thing over and over—namely, roll the dice—and we correctly anticipate different results. Is it really insane to play dice? If so, it's a very common form of madness!

Einstein Insanity: We do the same thing over and over—namely, roll the dice—and we correctly anticipate different results. Is it really insane to play dice? If so, it's a very common form of madness!

We can evade the diagnosis by arguing that in practice one never throws the dice in precisely the same way. Very small changes in the initial conditions can alter the results. The underlying idea here is that in situations where we can't predict precisely what's going to happen next, it's because there are aspects of the current situation that we haven't taken into account. Similar pleas of ignorance can defend many other applications of probability from the accusation of Einstein Insanity to which they are all exposed. If we did have full access to reality, according to this argument, the results of our actions would never be in doubt.



This doctrine, known as determinism, was advocated passionately by the philosopher Baruch Spinoza, whom Einstein considered a great hero. But for a better perspective, we need to venture even further back in history.

Parmenides was an influential ancient Greek philosopher, admired by Plato (who refers to "father Parmenides" in his dialogue the *Sophist*). Parmenides advocated the puzzling view that reality is unchanging and indivisible and that all movement is an illusion. Zeno, a student of Parmenides, devised four famous paradoxes to illustrate the logical difficulties in the very concept of motion. Translated into modern terms, Zeno's arrow paradox runs as follows:

1. If you know where an arrow is, you know everything about its physical state.

2. Therefore a (hypothetically) moving arrow has the same physical state as a stationary arrow in the same position.

3. The current physical state of an arrow determines its future physical state. This is Einstein Sanity—the denial of Einstein Insanity.

4. Therefore a (hypothetically) moving arrow and a stationary arrow have the same future physical state.

Document title: Einstein&#39;s Parable of Quantum Insanity | Scientific American
Capture URL: https://www.scientificamerican.com/article/einstein-s-parable-of-quantum-insanity/
Capture timestamp (UTC): Mon, 22 Sep 2025 15:31:39 GMT

4. Therefore a (hypothetically) moving arrow and a stationary arrow have the same future physical state.

5. The arrow does not move.

Followers of Parmenides worked themselves into logical knots and mystic raptures over the rather blatant contradiction between point five and everyday experience.



The foundational achievement of classical mechanics is to establish that the first point is faulty. It is fruitful, in that framework, to allow a broader concept of the character of physical reality. To know the state of a system of particles, one must know not only their positions, but also their velocities and their masses. Armed with that information, classical mechanics predicts the system's future evolution completely. Classical mechanics, given its broader concept of physical reality, is the very model of Einstein Sanity.

With that triumph in mind, let us return to the apparent Einstein Insanity of quantum physics. Might that difficulty likewise hint at an inadequate concept of the state of the world?

Einstein himself thought so. He believed that there must exist hidden aspects of reality, not yet recognized within the conventional formulation of quantum theory, which would restore Einstein Sanity. In this view it is not so much that


Einstein himself thought so. He believed that there must exist hidden aspects of reality, not yet recognized within the conventional formulation of quantum theory, which would restore Einstein Sanity. In this view it is not so much that God does not play dice, but that the game he's playing does not differ fundamentally from classical dice. It appears random, but that's only because of our ignorance of certain "hidden variables." Roughly: "God plays dice, but he's rigged the game."

But as the predictions of conventional quantum theory, free of hidden variables, have gone from triumph to triumph, the wiggle room where one might accommodate such variables has become small and uncomfortable. In 1964, the physicist John Bell identified certain constraints that must apply to any physical theory that is both local—meaning that physical influences don't travel faster than light—and realistic, meaning that the physical properties of a system exist prior to measurement. But decades of experimental tests, including a "loophole-free" test published on the scientific preprint site arxiv.org last month, show that the world we live in evades those constraints.

Ironically, conventional quantum mechanics itself involves a vast expansion of physical reality, which may be enough to avoid Einstein Insanity. The equations of quantum dynamics allow physicists to predict the future values of the wave function, given its present value. According to the Schrödinger equation, the wave function evolves in a completely predictable way. But in practice we never have access to the full wave function, either at present or in the future, so this "predictability" is unattainable. If the wave function provides the ultimate description of reality—a controversial issue!—we must conclude that "God plays a deep yet strictly rule-based game, which looks like dice to us."

Einstein's great friend and intellectual sparring partner Niels Bohr had a nuanced view of truth. Whereas according to Bohr, the opposite of a simple truth is a falsehood, the opposite of a deep truth is another deep truth. In that spirit, let us introduce the concept of a deep falsehood, whose opposite is likewise a deep falsehood. It seems fitting to conclude this essay with an epigram that, paired with the one we started with, gives a nice example:

"Naïveté is doing the same thing over and over, and always expecting the same result."

Frank Wilczek was awarded the 2004 Nobel Prize in physics for his work on the theory of the strong force. His most recent book is A Beautiful Question: Finding Nature's Deep Design. Wilczek is the Herman Feshbach Professor of Physics at the Massachusetts Institute of Technology.

Reprinted with permission from Quanta Magazine, an editorially independent publication of the Simons Foundation

Document title: Einstein&#39;s Parable of Quantum Insanity | Scientific American
Capture URL: https://www.scientificamerican.com/article/einstein-s-parable-of-quantum-insanity/
Capture timestamp (UTC): Mon, 22 Sep 2025 15:31:39 GMT

truth is a falsehood, the opposite of a deep truth is another deep truth. In that spirit, let us introduce the concept of a deep falsehood, whose opposite is likewise a deep falsehood. It seems fitting to conclude this essay with an epigram that, paired with the one we started with, gives a nice example:

"Naïveté is doing the same thing over and over, and always expecting the same result."

Frank Wilczek was awarded the 2004 Nobel Prize in physics for his work on the theory of the strong force. His most recent book is A Beautiful Question: Finding Nature's Deep Design. Wilczek is the Herman Feshbach Professor of Physics at the Massachusetts Institute of Technology.

Reprinted with permission from Quanta Magazine, an editorially independent publication of the Simons Foundation

whose mission is to enhance public understanding of science by covering research developments and trends in mathematics and the physical and life sciences.

---

**FRANK WILCZEK** is a theoretical physicist at the Massachusetts Institute of Technology. He won the 2004 Nobel Prize in Physics for his work on the theory of the strong force, and in 2012 he proposed the concept of time crystals.

More by Frank Wilczek

More by Quanta Magazine

## It's Time to Stand Up for Science

If you enjoyed this article, I'd like to ask for your support. Scientific American has served as an advocate for science and industry for 180 years, and right now may be the most critical moment in that two-century history.

I've been a Scientific American subscriber since I was 12 years old, and it helped shape the way I look at the world. SciAm always educates and delights me, and inspires a sense of awe for our vast, beautiful universe. I hope it does that for you, too.

If you **subscribe to Scientific American**, you help ensure that our coverage is centered on meaningful research and discovery; that we have the resources to report on the decisions that threaten labs across the U.S.; and that we support both budding and working scientists at a time when the value of science itself too often goes unrecognized.

In return, you get essential news, **captivating podcasts**, brilliant infographics, **can't-miss newsletters**, must-watch videos, **challenging games**, and the science world's best writing and reporting. You can even **gift someone a subscription**.

There has never been a more important time for us to stand up and show why science matters. I hope you'll support us in that mission.



Thank you,
David M. Ewalt, Editor in Chief, Scientific American

Subscribe

I've been a *Scientific American* subscriber since I was 12 years old, and it helped shape the way I look at the world. *SciAm* always educates and delights me, and inspires a sense of awe for our vast, beautiful universe. I hope it does that for you, too.

If you **subscribe to *Scientific American***, you help ensure that our coverage is centered on meaningful research and discovery; that we have the resources to report on the decisions that threaten labs across the U.S.; and that we support both budding and working scientists at a time when the value of science itself too often goes unrecognized.

In return, you get essential news, **captivating podcasts**, brilliant infographics, **can't-miss newsletters**, must-watch videos, **challenging games**, and the science world's best writing and reporting. You can even **gift someone a subscription**.

There has never been a more important time for us to stand up and show why science matters. I hope you'll support us in that mission.



Thank you,
**David M. Ewalt**, Editor in Chief, *Scientific American*

**Subscribe**

# Popular Stories



OPINION | SEPTEMBER 18, 2025

### Fast Fashion Is a Bad Look for the Environment

A more circular economy in textiles is a good look for the planet

THE EDITORS



BOOKS | SEPTEMBER 17, 2025

### How Your Brain Constructs—And Sometimes Distorts—Your Experience of the World

In his new book, Daniel Yon explains how our brain is constantly constructing reality

RACHEL FELTMAN, FONDA MWANGI, ALEX SUGIURA



NEUROSCIENCE | SEPTEMBER 17, 2025

### Writing in Your Books Is Good for Your Brain—Here's Why

Annotating the margins of books is an important part of deep reading and has a long legacy of merit in both science and literature

BRIANNE KANE



POLLUTION | SEPTEMBER 16, 2025

### The Ozone Hole Is Steadily Shrinking because of Global Efforts

After nearly 40 years of global efforts, the ozone hole over Antarctica is continuing to heal

MEGHAN BARTELS



CULTURE | SEPTEMBER 19, 2025

### Tipsy Bats and Perfect Pasta Win Ig Nobel Prizes for Weird Science Research

Winners of the annual Ig Nobel awards include the science of tipsy bats and the physics of *cacio e pepe*

CHRIS SIMMS, NATURE MAGAZINE



SPACE EXPLORATION | SEPTEMBER 16, 2025

### How a Billionaire's Plan to Reach Another Star Fell Apart

An abandoned plan to visit another star highlights the perils of billionaire-funded science

SARAH SCOLES



POLLUTION | SEPTEMBER 16, 2025

**The Ozone Hole Is Steadily Shrinking because of Global Efforts**

After nearly 40 years of global efforts, the ozone hole over Antarctica is continuing to heal

MEGHAN BARTELS



CULTURE | SEPTEMBER 19, 2025

**Tipsy Bats and Perfect Pasta Win Ig Nobel Prizes for Weird Science Research**

Winners of the annual Ig Nobel awards include the science of tipsy bats and the physics of *cacio e pepe*

CHRIS SIMMS, NATURE MAGAZINE



SPACE EXPLORATION | SEPTEMBER 18, 2025

**How a Billionaire's Plan to Reach Another Star Fell Apart**

An abandoned plan to visit another star highlights the perils of billionaire-funded science

SARAH SCOLES



Subscribe to *Scientific American* to learn and share the most exciting discoveries, innovations and ideas shaping our world today.

Subscription Plans
Give a Gift Subscription

**Explore SciAm**
- Latest Issue
- News
- Opinion
- Newsletters
- Podcasts
- Games
- Travel

**Company**
- About
- Press Room
- FAQs
- Contact Us
- Standards & Ethics
- International Editions
- Advertise

**More**
- Accessibility
- Terms of Use
- Privacy Policy
- California Consumer Privacy Statement
- Use of cookies/Do not sell my data
- Return & Refund Policy

Scientific American is part of Springer Nature, which owns or has commercial relations with thousands of scientific publications (many of them can be found at www.springernature.com/us). Scientific American maintains a strict policy of editorial independence in reporting developments in science to our readers.

© 2025 SCIENTIFIC AMERICAN, A DIVISION OF SPRINGER NATURE AMERICA, INC.
ALL RIGHTS RESERVED.



**POLLUTION** | SEPTEMBER 16, 2025

### The Ozone Hole Is Steadily Shrinking because of Global Efforts

After nearly 40 years of global efforts, the ozone hole over Antarctica is continuing to heal

MEGHAN BARTELS



**CULTURE** | SEPTEMBER 18, 2025

### Tipsy Bats and Perfect Pasta Win Ig Nobel Prizes for Weird Science Research

Winners of the annual Ig Nobel awards include the science of tipsy bats and the physics of *cacio e pepe*

CHRIS SIMMS, NATURE MAGAZINE



**SPACE EXPLORATION** | SEPTEMBER 16, 2025

### How a Billionaire's Plan to Reach Another Star Fell Apart

An abandoned plan to visit another star highlights the perils of billionaire-funded science

SARAH SCOLES

Subscribe to *Scientific American* to learn and share the most exciting discoveries, innovations and ideas shaping our world today.

Subscription Plans

Give a Gift Subscription



**Explore SciAm**
Latest Issue
News
Opinion
Newsletters
Podcasts
Games
Travel

**Company**
About
Press Room
FAQs
Contact Us
Standards & Ethics
International Editions
Advertise

**More**
Accessibility
Terms of Use
Privacy Policy
California Consumer Privacy Statement
Use of cookies/Do not sell my data
Return & Refund Policy

Scientific American is part of Springer Nature, which owns or has commercial relations with thousands of scientific publications (many of them can be found at www.springernature.com/us). Scientific American maintains a strict policy of editorial independence in reporting developments in science to our readers.

© 2025 SCIENTIFIC AMERICAN, A DIVISION OF SPRINGER NATURE AMERICA, INC.
ALL RIGHTS RESERVED