**State Defendants' Response to Gonzales Plaintiffs' Motion for Preliminary Injunction**

# Exhibit BB

Important Election Dates

PageVault

| | |
|---|---|
| Document title: | Important Election Dates |
| Capture URL: | https://www.sos.state.tx.us/elections/voter/important-election-dates.shtml#2026 |
| Page loaded at (UTC): | Mon, 22 Sep 2025 15:31:58 GMT |
| Capture timestamp (UTC): | Mon, 22 Sep 2025 15:32:30 GMT |
| Capture tool: | 10.61.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 8 |
| Capture ID: | fyNQRR7NQ3RJsCuAJjmLRk |
| Display Name: | adrian.skinner |

PDF REFERENCE #:     ek5cZVCtv3Wc8z7AnDpx9a

Election Notice: Monday, October 6, 2025 is the last day to register to vote for the November 4, 2025 Uniform Election | Visit VoteTexas.gov for more election information

Apostille/Authentication services available by appointment on Tuesdays and Fridays starting August 5.

EFFECTIVE SEPTEMBER 1, 2023, OUR LOBBY WALK-IN HOURS WILL BE 9 A.M. - 4 P.M. (CENTRAL), MONDAY - FRIDAY.

Case 3:21-cv-00259-DCG-JES-JVB    Document 1199-28    Filed 09/23/25    Page 3 of 9

Media | Site Map | Help | Contact | Website Survey | En Español



Texas Secretary of State
Jane Nelson

Search [ Go ]

- About SOS
- Elections & Voting
- Business Services
- Notary & Apostilles
- Rules & Meetings
- International Relations
- Forms & Other Services

# Important Election Dates 2025-2026

2025

2026

## Important 2025 Election Dates

| May 3, 2025 - Uniform Election Date | |
|---|---|
| Authority Conducting Elections | Local Political Subdivisions and Counties |
| Deadline to post candidate requirements[5] Form 1-20 | Friday, May 3, 2024 |
| Deadline to post notice of candidate filing deadline[1] | Monday, December 16, 2024 for local political subdivisions that have a first day to file for their candidates[1] |
| First day to apply for a ballot by mail using Application for a Ballot by Mail (ABBM) or Federal Post Card Application (FPCA) | Wednesday, January 1, 2025* *First day to apply does not move because of New Year's Day holiday. An "Annual ABBM" or FPCA for a January or February 2025 election may be filed earlier, but not earlier than the 50th day before the date of the January or February election. |
| First Day to File for Place on General Election Ballot (for local political subdivisions ONLY)[4] | Wednesday, January 15, 2025 |
| Last Day to File for Place on General Election Ballot (for local political subdivisions ONLY)[2] | Friday, February 14, 2025 at 5:00 p.m. See note below relating to four-year terms [3] |
| Last Day to Order General Election or Election on a Measure | Friday, February 14, 2025 |
| Last Day to Register to Vote | Thursday, April 3, 2025 |
| First Day of Early Voting by Personal Appearance | Tuesday, April 22, 2025* |

| | |
|---|---|
| Last Day to Order General Election or Election on a Measure | Friday, February 14, 2025 |
| Last Day to Register to Vote | Thursday, April 3, 2025 |
| First Day of Early Voting by Personal Appearance | Tuesday, April 22, 2025* <br><br> *First business day after San Jacinto Day |
| Last Day to Apply for Ballot by Mail (**Received, not Postmarked**) | Tuesday, April 22, 2025 |
| Last Day of Early Voting by Personal Appearance | Tuesday, April 29, 2025 |
| Last day to Receive Ballot by Mail | Saturday, May 3, 2025 (election day) at 7:00 p.m. if carrier envelope is **not** postmarked, **OR** Monday, May 5, 2025 (next business day after Election Day) at 5:00 p.m. if carrier envelope is postmarked by 7:00 p.m. at the location of the election on Election Day (unless overseas or military voter deadlines apply)[4] |

### November 4, 2025 - Uniform Election Date
*These dates are subject to changes from the 2025 legislative session.*

| Authority conducting elections | County Elections Officer/Local political subdivisions |
|---|---|
| **Deadline to post candidate requirements**[5] Form 1-20 | **Monday, November 4, 2024** |
| First day to apply for a ballot by mail using Application for a Ballot by Mail (ABBM) or Federal Post Card Application (FPCA) | Wednesday, January 1, 2025* <br><br> *First day to apply does not move because of New Year's Day holiday. An "Annual ABBM" or FPCA for a January or February 2025 election may be filed earlier, but not earlier than the 60th day before the date of the January or February election. |
| Deadline to post notice of candidate filing deadline | Friday, June 20, 2025* for local political subdivisions that have a first day to file for their candidates[1] <br><br> *First business day after Juneteenth |
| First Day to File for Place on General Election Ballot (for local political subdivisions ONLY)[1] | Saturday, July 19, 2025 ("first day" does not move; office hours not required) |
| Last Day to Order General Election or Election on a Measure | Monday, August 18, 2025 |
| Last Day to File for Place on General Election Ballot (for local political subdivisions ONLY)[2] | Monday, August 18, 2025 at 5:00 p.m. See note below relating to four-year terms [3] |
| Last Day to Register to Vote | Monday, October 6, 2025 |
| First Day of Early Voting by Personal Appearance | Monday, October 20, 2025 (17th day before election day falls on a Saturday, first day moves to next business day) |
| Last Day to Apply for Ballot by Mail (Received, not Postmarked) | Friday, October 24, 2025 |

| | |
|---|---|
| First Day of Early Voting by Personal Appearance | Monday, October 20, 2025 (17th day before election, day falls on a Saturday, first day moves to next business day) |
| Last Day to Apply for Ballot by Mail **(Received, not** Postmarked) | Friday, October 24, 2025 |
| Last Day of Early Voting by Personal Appearance | Friday, October 31, 2025 |
| Last day to Receive Ballot by Mail | Tuesday, November 4, 2025 (election day) at 7:00 p.m. if carrier envelope is **not** postmarked, **OR** Wednesday, November 5, 2025 (next business day after Election Day) at 5:00 p.m. if carrier envelope is postmarked by 7:00 p.m. at the location of the election on Election Day (unless overseas or military voter deadlines apply)[4] |

[1] For the few entities who do not have a first day to file:  **For the May 3, 2025 election,** Wednesday, January 15, 2025 is the deadline to post notice of candidate filing deadline **for local political subdivisions that do not have a first day to file for their candidates.  For the November 4, 2025 election,** Saturday, July 19, 2025 is the deadline to post notice of candidate filing deadline for local political subdivisions that do not have a first day to file for their candidates.

Local political subdivisions include: cities, school districts, water districts, hospital districts, and any other local government entity that conducts elections.  Many of these elections are conducted on the May uniform election date. Note:  Counties may also be holding local proposition (measure) elections on May 3, 2025.

[2] Filing deadlines:  generally, the filing deadline is the 78th day prior to Election Day. The Code may provide a different special election filing deadline. See Section 201.054 of the Texas Election Code (the "Code").  Write-in deadlines for general and special elections vary.  See the long calendar for this election date for details. The write-in deadline for most local (city, school, other) **special elections** is now the same day as the filing deadline for application for a place on the ballot.  Section 201.054.

[3] If no candidate for a **four-year term** has filed an application for a place on the ballot for a city office, the filing deadline for that office is extended to 5 p.m. of the 57th day before the election.  For the May 3, 2025 election, this is Friday, March 7, 2025.  For the November 4, 2025 election, this is Monday, September 8, 2025.  See Section 143.008 of the Code.

[4] Different deadlines apply to the last day to receive ballots sent by the following: 1) non-military and military voters who mailed ballots from overseas and submitted a regular state Application for Ballot by Mail ("ABBM"), 2) non-military voters who mailed ballots from overseas and who submitted a Federal Postcard Application ("FPCA"), and (3) military voters and members of the Texas National Guard, who mailed ballots domestically or from overseas and who submitted an FPCA. See Secs. 86.007, 101.001 and 101.057 of the Code.

[5] Section 2051.152 of the Government Code requires all political subdivisions with the authority to impose a tax maintain a publicly accessible Internet website and post the date and location of the next election for officers

## Important 2026 Election Dates

| \*\*These dates are subject to changes from the 2025 legislative session\*\* Longer calendars are on the Conducting Your Elections pages when available. | |
|---|---|
| **Tuesday, March 3, 2026 - Primary Election** | |
| First day to file for a place on the Primary ballot for precinct chair candidates | Tuesday, September 9, 2025 |

These dates are subject to changes from the 2025 legislative session*

Longer calendars are on the Conducting Your Elections pages when available.

## Tuesday, March 3, 2026 - Primary Election

| | |
|---|---|
| First day to file for a place on the Primary ballot for precinct chair candidates. | Tuesday, September 9, 2025 |
| First day to file for all other candidates for offices that are regularly scheduled to be on the Primary ballot; first day for independent candidates to file declaration of intent. | Saturday, November 8, 2025 |
| Filing deadline for primary candidates; filing deadline for independent candidates to file declaration of intent. | Monday, December 8, 2025 at 6:00 PM |
| First day to apply for a ballot by mail using Application for a Ballot by Mail (ABBM) or Federal Postcard Application (FPCA). | Thursday, January 1, 2026* <br> *First day to file does not move because of New Year's Day holiday. An "Annual ABBM" or FPCA for a January or February 2026 election may be filed earlier, but not earlier than the 60th day before the date of the January or February election. |
| Last Day to Register to Vote | Monday, February 2, 2026 |
| First Day of Early Voting | Tuesday, February 17, 2026* <br> *First business day after President's Day |
| Last Day to Apply for Ballot by Mail (**Received**, not Postmarked) | Friday, February 20, 2026 |
| Last Day of Early Voting | Friday, February 27, 2026 |
| Last day to Receive Ballot by Mail | Tuesday, March 3, 2026 (Election Day) at 7:00 p.m. if carrier envelope is **not** postmarked, **OR** Wednesday, March 4, 2026 (next business day after Election Day) at 5:00 p.m. if carrier envelope is postmarked by 7:00 p.m. at the location of the election on Election Day (unless overseas or military voter deadlines apply)[4] |

## Saturday, May 2, 2026 - Uniform Election Date (Limited)

| | |
|---|---|
| Authority Conducting Elections | Local Non-County Political Subdivisions (County-ordered elections may not be held on this date. County Election Official may, but is not required to, contract to provide election services to political subdivisions holding elections on this date.) |
| Deadline to post candidate requirements[5] Form 1-20 | Friday, May 2, 2025 |
| Deadline to Post Notice of Candidate Filing Deadline (Local Non-County Political Subdivisions Only)[1] | Monday, December 15, 2025 |
| First Day to Apply for Ballot by Mail | Thursday, January 1, 2026* <br> *First day to file does not move because of New Year's Day holiday. An "Annual ABBM" or FPCA for a January or February 2026 election may be filed earlier, but not earlier than the 60th day before the date of the January or February election. |
| Last Day for Candidates Planning to File for a Place on the General Election Ballot (Local Non-County Political | Tuesday, January 13, 2026 |

| | |
|---|---|
| | holiday. An "Annual ABBM" or FPCA for a January or February 2026 election may be filed earlier, but not earlier than the 60th day before the date of the January or February election. |
| Last Day for Candidates Planning to File for a Place on the General Election Ballot (Local Non-County Political Subdivisions Only) to Register to Vote or Update Voter Registration | Tuesday, January 13, 2026 |
| First Day to File for a Place on the General Election Ballot (Local Non-County Political Subdivisions Only)[1] | Wednesday, January 14, 2026 |
| Last Day to Order General Election or Special Election on a Measure | Friday, February 13, 2026 |
| Last Day to File for a Place on the General Election Ballot (Local Non-County Political Subdivisions Only)[2] | Friday, February 13, 2026 at 5:00 p.m. See note below relating to four-year terms[3] |
| Last Day to File a Declaration of Write-in Candidacy (Local Non-County Political Subdivisions Only) | Tuesday, February 17, 2026 at 5:00 p.m. |
| Last Day to Register to Vote | Thursday, April 2, 2026 |
| First Day of Early Voting by Personal Appearance | Monday, April 20, 2026 |
| Last Day to Apply for Ballot by Mail (**Received, not** Postmarked) | Monday, April 20, 2026 (deadline falls on San Jacinto Day, moves to preceding business day) |
| Last Day of Early Voting by Personal Appearance | Tuesday, April 28, 2026 |
| Last day to Receive Ballot by Mail | Saturday, May 2, 2026 (Election Day) at 7:00 p.m. if carrier envelope is **not** postmarked, **OR** Monday, May 4, 2026 (next business day after Election Day) at 5:00 p.m. if carrier envelope is postmarked by 7:00 p.m. at the location of the election on Election Day (unless overseas or military voter deadlines apply)[4] |

### Tuesday, May 26, 2026 – Primary Runoff Election

| | |
|---|---|
| First day to apply for a ballot by mail using Application for a Ballot by Mail (ABBM) or Federal Postcard Application (FPCA) | Thursday, January 1, 2026* *First day to file does not move because of New Year's Day holiday. An "Annual ABBM" or FPCA for a January or February 2026 election may be filed earlier, but not earlier than the 60th day before the date of the January or February election. |
| Last Day to Register to Vote | Monday, April 27, 2026 |
| Last Day to Apply by Mail (**Received, not** Postmarked) | Friday, May 15, 2026 |
| First Day of Early Voting | Monday, May 18, 2026 |
| Last Day of Early Voting | Friday, May 22, 2026 |
| Last Day to Receive Ballot by Mail | Tuesday, May 26, 2026 (Election Day) at 7:00 p.m. if carrier envelope is **not** postmarked, **OR** Wednesday, May 27, 2026 (next business day after Election Day) at 5:00 p.m. if carrier envelope is postmarked by 7:00 p.m. at the location of the election on Election Day (unless overseas or military voter deadlines apply)[4] |

### Tuesday, November 3, 2026 - Uniform Election Date

| | (next business day after Election Day) at 5:00 p.m. if carrier envelope is postmarked by 7:00 p.m. at the location of the election on Election Day (unless overseas or military voter deadlines apply)[4] |
|---|---|
| **Tuesday, November 3, 2026 - Uniform Election Date** ||
| Deadline to post candidate requirements[2] Form 1-20 | Monday, November 3, 2025 |
| First Day to Apply for Ballot by Mail | Thursday, January 1, 2026* *First day to file does not move because of New Year's Day holiday. An "Annual ABBM" or FPCA for a January or February 2026 election may be filed earlier, but not earlier than the 60th day before the date of the January or February election. |
| Deadline to Post Notice of Candidate Filing Deadline (Local Non-County Political Subdivisions Only) | Thursday, June 18, 2026 for local political subdivisions that have a first day to file for their candidates[1] |
| Last Day for Candidates Planning to File for a Place on the General Election Ballot (Local Non-County Political Subdivisions Only) to Register to Vote or Update Voter Registration | Friday, July 17, 2026 |
| First Day to File for a Place on the General Election Ballot (Local Non-County Political Subdivisions Only)[1] | Saturday, July 18, 2026 |
| First Day to File a Declaration of Write-in Candidacy (General Election for State and County Officers) | Monday, July 20, 2026 |
| Last Day to Order General Election or Special Election on a Measure | Monday, August 17, 2026 |
| Last Day to File for a Place on the General Election Ballot (Local Non-County Political Subdivisions Only)[2] | Monday, August 17, 2026 at 5:00 p.m. See note below relating to four-year terms [3] |
| Last Day to File a Declaration of Write-in Candidacy (General Election for State and County Officers) | Monday, August 17, 2026 |
| Last Day to File a Declaration of Write-in Candidacy (Local Non-County Political Subdivisions Only) | Friday, August 21, 2026 |
| Last Day to Register to Vote | Monday, October 5, 2026 |
| First Day of Early Voting by Personal Appearance | Monday, October 19, 2026 |
| Last Day to Apply for Ballot by Mail **(Received, not** Postmarked) | Friday, October 23, 2026 |
| Last Day of Early Voting by Personal Appearance | Friday, October 30, 2026 |
| Last day to Receive Ballot by Mail | Tuesday, November 3, 2026 (Election Day) at 7:00 p.m. if carrier envelope is **not** postmarked, **OR** Wednesday, November 4, 2026 (next business day after Election Day) at 5:00 p.m. if carrier envelope is postmarked by 7:00 p.m. at the location of the election on Election Day (unless overseas or military voter deadlines apply)[4] |

[1] For the few entities who do not have a first day to file: For the May 2, 2026 election, Wednesday, January 14, 2026 is the deadline to post notice of candidate filing deadline for local political subdivisions that do not have a first day to file for their candidates. For the November 3, 2026 election, Saturday, July 18, 2026 is the deadline to post notice of candidate filing deadline for local political subdivisions that do not have a first day to file for their candidates. See Section 141.040(a)(2) of the Election Code.

| | |
|---|---|
| (**Received, not** Postmarked) | |
| Last Day of Early Voting by Personal Appearance | Friday, October 30, 2026 |
| Last day to Receive Ballot by Mail | Tuesday, November 3, 2026 (Election Day) at 7:00 p.m. if carrier envelope is **not** postmarked, **OR** Wednesday, November 4, 2026 (next business day after Election Day) at 5:00 p.m. if carrier envelope is postmarked by 7:00 p.m. at the location of the election on Election Day (unless overseas or military voter deadlines apply)[4] |

[1] For the few entities who do not have a first day to file: For the May 2, 2026 election, Wednesday, January 14, 2026 is the deadline to post notice of candidate filing deadline for local political subdivisions that do not have a first day to file for their candidates. For the November 3, 2026 election, Saturday, July 18, 2026 is the deadline to post notice of candidate filing deadline for local political subdivisions that do not have a first day to file for their candidates. See Section 141.040(a)(2) of the Election Code.

Local political subdivisions include: cities, school districts, water districts, hospital districts, and any other local government entity that conducts elections. Many of these elections are conducted on the May uniform election date.

[2] Filing deadlines: generally, the filing deadline is the 78th day prior to Election Day. The Election Code may provide a different special election filing deadline. See Section 201.054 of the Texas Election Code (the "Code"). Write-in deadlines for general and special elections vary. See the long calendar for this election date for details. The write-in deadline for most local (city, school, other) **special elections** is now the same day as the filing deadline for application for a place on the ballot. Section 201.054.

[3] If no candidate for a **four-year term** has filed an application for a place on the ballot for a **city office**, the filing deadline for that office is extended to 5 p.m. of the 57th day before the election. For the May 2, 2026 election, this is Friday, March 6, 2026. See Section 143.008 of the Election Code.

[4] Different deadlines apply to the last day to receive ballots sent by the following: 1) non-military and military voters who mailed ballots from overseas and submitted a regular state Application for Ballot by Mail ("ABBM"), 2) non-military voters who mailed ballots from overseas and who submitted a Federal Postcard Application ("FPCA"), and (3) military voters and members of the Texas National Guard, who mailed ballots domestically or from overseas and who submitted an FPCA. See Secs. 86.007, 101.001 and 101.057 of the Election Code.

[5] Section 2051.152 of the Government Code requires all political subdivisions with the authority to impose a tax maintain a publically accessible Internet website and post the date and location of the next election for officers of the political subdivision and the requirements and deadline for filing for candidacy of each elected office of the political subdivision, which shall be continuously posted for at least one year before the election day for the office.

Please contact the Elections Division of the Office of the Texas Secretary of State at 1-800-252-VOTE (8683) for additional information.

- NEW: SOS Modernization Program
- SOSDirect -Business Filings
- Business Copies and Certificates
- Uniform Commercial Code
- Texas Businesses Against Trafficking
- VoteTexas.gov - Voter Information
- Website Policies
- Open Records
- Texas.gov
- Contacts
- Texas State Library & Archives
- Texas Homeland Security
- Where the Money Goes
- Fraud Reporting
- Texas Veterans Portal



Document title: Important Election Dates
Capture URL: https://www.sos.state.tx.us/elections/voter/important-election-dates.shtml#2026
Capture timestamp (UTC): Mon, 22 Sep 2025 15:32:30 GMT

Page 7 of 7