# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

   *Plaintiffs*,

v.

GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,

   *Defendants*.

CIVIL ACTION NO.
3:21-cv-00259-DCG-JES-JVB
[Lead Case]
&
All Consolidated Cases

## PLAINTIFFS' NOTICE OF JOINT FILING OF CHART OF CLAIMS TO BE LITIGATED AT PRELIMINARY INJUNCTION HEARING

Pursuant to the Court's Order of September 16, 2025, Plaintiffs hereby jointly file a chart summarizing, for the preliminary injunction hearing starting October 1, 2025, which Plaintiff groups are challenging which districts, and on which legal bases. *See* ECF 1171.  As noted in the document, the chart provides information on Plaintiffs' legal challenges in their preliminary injunction motions; the chart does not include information on legal challenges contained in Plaintiffs' supplemental complaints that are not presented in the preliminary injunction motions.

The chart is attached to this submission as Exhibit A.

Dated: September 24, 2025                                        Respectfully submitted,

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Nperales@maldef.org
jlongoria@maldef.org
Ernest I. Herrera
Mexican American Legal Defense and
Educational Fund (MALDEF) 634 S. Spring
Street, 9th Floor
Los Angeles, CA 90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno*
Mexican American Legal Defense and
Educational Fund (MALDEF) 1016 16th
Street, Suite 100
Washington, DC 20036
(202) 293-2828
Asenteno@maldef.org

Khrystan N. Policarpio*
Mexican American Legal Defense and
Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA 95814
(916) 444-3031
kpolicarpio@maldef.org

Javier A. Silva*
Mexican American Legal Defense and
Educational Fund (MALDEF)
100 N LaSalle St., Suite 1900
Chicago, IL 60602
(312) 427-0701
jsilva@maldef.org

*Admitted *pro hac vice*

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@makgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
P.O. Box 0093
Fort Wort, TX 76105
817-714-9988
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 51
Helena, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
10300 Venice Blvd. # 204
Culver City, CA 90232
732-610-1283
sonniwaknin@gmail.com

*Admitted *pro hac vice*

**For MALC Plaintiffs:**

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.
*/s/ Sean J. McCaffity*
Sean J. McCaffity
State Bar No. 24013122
George (Tex) Quesada
State Bar No. 16427750
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
214-720-0720 (Telephone)
214-720-0184 (Facsimile)
SMcCaffity@textrial.com
Quesada@textrial.com

**For Gonzales Plaintiffs:**

*s/ David R. Fox*
David R. Fox
Richard A. Medina
James J. Pinchak
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
dfox@elias.law
rmedina@elias.law
jpinchak@elias.law

Abha Khanna
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

Renea Hicks
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

**For The Texas State Conference of NAACP Plaintiffs:**

*s/ Lindsey B. Cohan*
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

Robert Weiner**
David Rollins-Boyd*
Jennifer Nwachukwu
Jeremy Lewis*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
rweiner@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
jlewis@lawyerscommittee.org

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
robert@notzonlaw.com

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992

gbledsoe@thebledsoelawfirm.com
Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
aashton@naacpnet.org

Janette M. Louard
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
jlouard@naacpnet.org

Attorneys appearing of counsel
*Admitted pro hac vice

** Pro hac vice pending

**For Plaintiff-Intervenors:**

*/s/ Gary Bledsoe*
Gary Bledsoe
The Bledsoe Law Firm PLLC 6633 Highway 290 East #208 Austin, TX78723
(512) 322-992
gbledsoe@thebledsoelawfirm.com

Robert S. Notzon
1502 West Avenue
Austin, Texas 78701
robert@notzonlaw.com

## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 24th day of September, 2025.

                                                  */s/ Nina Perales*
                                                  Nina Perales