# Exhibit A

| PLAINTIFFS' PRELIMINARY INJUNCTION CHALLENGES[1] TO THE 2025 CONGRESSIONAL MAP (C2333) | | | | | |
|---|---|---|---|---|---|
| **GEOGRAPHY** | **CLAIM** | **Gonzales** | **Brooks/LULAC/MALC** | **NAACP** | **Intervenors** |
| **HARRIS COUNTY** | Unconstitutional intentional racial vote dilution | Dismantling and consolidating majority-minority CDs 9 and 18 into a single Black CVAP majority new CD 18. Creating bare Hispanic CVAP majority new CD 9 that is intentionally dilutive. | Dismantling 2021 map's performing Hispanic CVAP majority CD 29; Dismantling and consolidating majority-minority CDs 9 and 18 into a single Black CVAP majority new CD 18. Creating bare Hispanic CVAP majority new CD 9 that is intentionally dilutive. | Dismantling and consolidating majority-minority CDs 9 and 18 into a single Black CVAP majority new CD 18. Dismantling the 2021 map's performing majority-minority CVAP CD 29. Creating new CD 9 that is intentionally dilutive for Black voters. | Elimination of CD9 as an African American opportunity or ability to elect district, moving its Black voters to CD18, moving CD18 voters to CD29 and moving CD29 voters to CD9 and other related moves in order to intentionally dilute African American and Latino voting strength in the Houston area. This reduced African American ability to elect or opportunity districts from 2 to 1 and it eliminated the only Latino opportunity district. It also involved moving Congressman Green from his home. |
| | Unconstitutional racial gerrymandering | CDs 9 and 18 | CDs 9 and 18 | CD 9 | CD9, 18 and 29 |
| **DALLAS-FT. WORTH METROPLEX** | Unconstitutional intentional racial vote dilution | Dismantling of 2021 map's CD 33, consolidating three majority-minority districts (CDs 30, 32, and 33) into just two (new CDs 30 and 33). Intentionally cracking voters | Dismantling of 2021 map's CD 33, consolidating three majority-minority districts (CDs 30, 32, and 33) into just two (new CDs 30 and 33) | Dismantling of 2021 map's CD 33, consolidating three majority-minority districts (CDs 30, 32, and 33) into just two (new CDs 30 and 33) and intentionally diluting the | In the DFW metroplex, minority voters from CDs 30, 32, and 33 were joined together (packed and cracked) in the drafting process and moved contrary |

---

[1] This chart provides information on Plaintiffs' legal challenges in their preliminary injunction motions; the chart does not include information on legal challenges contained in Plaintiffs' supplemental complaints that are not presented in the preliminary injunction motions.

1

| | | | | | |
|---|---|---|---|---|---|
| | | from Tarrant County portion of 2021 map's CD 33 into Anglo districts including CD 12 and CD 25. | | voting strength of Black voters in CD 32. | to traditional redistricting principles, intentionally diluting their voting strength from 2 districts where African American voters elected there candidate of choice to 1 and eliminated a district where minorities were able to elect their candidate of choice. CD30 has been an African American ability to elect district for 30 years with a specific and defined core that was changed in this map contrary to traditional redistricting principles. All three districts were significantly altered, and both African American Congresspersons were drawn out of their existing districts. |
| | Unconstitutional racial gerrymandering | CD 30 | CDs 30, 32, and 33 | CDs 32 and 33 | CDs 30, 32 and 33. |
| **CENTRAL TEXAS/I-35 CORRIDOR** | Unconstitutional intentional racial vote dilution | CD35 | CD35 | CD 35 | |
| | Unconstitutional racial gerrymandering | CD35 | CD35 | CD 35 | |

| | | | | | |
|---|---|---|---|---|---|
| **CENTRAL TEXAS/GULF COAST** | Unconstitutional intentional racial vote dilution | CD 22 and CD 27 are intentionally shifted from majority-minority to majority-Anglo. | Reduction of Latino voting strength in CD27 to prevent the emergence of a Latino majority opportunity district | N/A | |
| | Unconstitutional racial gerrymandering | CDs 22 & 27 | CD27 | N/A | |
| **STATEWIDE** | Unconstitutional malapportionment | Statewide - at least two plaintiffs reside in overpopulated districts: CD 22 and CD 25. | N/A | N/A | |
| | Unconstitutional use of racial data and pursuit of partisan advantage | Statewide | N/A | N/A | |

3