# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § | |

## STATE DEFENDANTS' WITNESS AND EXHIBIT LISTS

Defendants, the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Secretary of State; and Dave Nelson, in his official capacity as Deputy Secretary of State, (collectively, "State Defendants") respectfully provide their Witness and Exhibit Lists as required by the Amended Scheduling Order entered by this Court. ECF 1172.

## WITNESS LIST

State Defendants currently anticipate calling the following witnesses to present live testimony:

| WITNESS | WILL CALL OR MAY CALL |
|---|---|
| Christina Adkins | May Call |
| Senator Adam Hinojosa | May Call |
| Adam Kincaid | Will Call |
| Senator Phil King | Will Call |
| Dr. Jeffrey Lewis | Will Call |
| Patsy Spaw | May Call |
| Dr. Sean Trende | Will Call |
| Representative Cody Vasut | Will Call |

The witnesses in this Witness List are listed in alphabetical order by last name because the order of witnesses may change. In all events, State Defendants will provide Plaintiffs with the same notice of witness order that State Defendants receive from Plaintiffs. In addition to the foregoing individuals, State Defendants may call any of the witnesses Plaintiffs designate as a witness. State Defendants reserve the right to call such rebuttal and other witnesses as they deem appropriate based on the testimony and other evidence admitted.

## EXHIBITS

State Defendants' Exhibit List is attached as Exhibit A. State Defendants reserve the right to amend their exhibits as they deem appropriate based on testimony and other evidence admitted. In addition, nothing in this disclosure should be interpreted as a waiver of any privilege. State Defendants only intend to rely on public and non-privileged information at trial, and any inclusion of privileged information is inadvertent. Should any privileged document appear in State Defendants' Exhibit List, State Defendants reserve the right to withdraw and snapback the exhibit.

Date: September 29, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

WILLIAM D. WASSDORF
Associate Deputy Attorney General for Civil
Litigation
Texas Bar No. 24103022
william.wassdorf@oag.texas.gov

OFFICE OF THE
ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
david.bryant@oag.texas.gov
zachary.rhines@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
ali.thorburn@oag.texas.gov

Respectfully submitted,

/s/ William D.  Wassdorf
RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

KATHLEEN T. HUNKER
Deputy Chief, Special Litigation Division
Texas Bar No. 24118415

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

ZACHARY L. RHINES
Special Counsel
Texas Bar No. 24116957

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

ALI M. THORBURN
Special Counsel
Texas Bar No. 24125064

COUNSEL FOR STATE DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on September 29, 2025.

/s/ William D. Wassdorf
WILLIAM D. WASSDORF

3