# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br><br> & <br> All Consolidated Cases |

## LULAC PLAINTIFFS' WITNESS AND EXHIBIT LISTS
## FOR PRELIMINARY INJUNCTION HEARING

Plaintiffs LULAC, *et al.*, ("LULAC Plaintiffs") file the following witness and exhibit lists for the preliminary injunction hearing pursuant to the Court's Order Granting Motion to Amend Scheduling Order. ECF 1171 at 1. LULAC Plaintiffs reserve the right to amend and supplement these witness and exhibit lists, and to respond to Defendants' witness and exhibit lists as appropriate.

### I.   WITNESSES

LULAC Plaintiffs' Witness List is set forth in **Exhibit A** attached hereto. LULAC Plaintiffs do not know the precise nature and scope of the testimony and evidence that Defendants may seek to introduce at the preliminary injunction hearing. Accordingly, LULAC Plaintiffs reserve the right to modify, amend, or supplement this witness list leading up to and through the preliminary injunction hearing based on case developments, including without limitation the right to: (1) call its witnesses in any order; (2) not call one or more witnesses; (3) call live or by

1

deposition any witness identified on Defendants' witness list and any witness necessary to rebut Defendants' case, arguments, and/or evidence, and/or to authenticate or lay the foundation for the introduction of documents to which Defendant objects; (4) reasonably supplement or amend this witness list through and including the time of the preliminary injunction hearing to the extent permitted by the Court; (5) introduce deposition testimony as impeachment evidence; or (6) change a witness from a live witness to a witness testifying by deposition, and vice versa. LULAC Plaintiffs also reserve the right to supplement or modify this witness list in response to rulings made by the Court. LULAC Plaintiffs' identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Defendants.

## II.   PRELIMINARY INJUNCTION EXHIBITS

LULAC Plaintiffs' preliminary injunction hearing exhibit list is set forth in **Exhibit B** attached hereto. LULAC Plaintiffs reserve the right to introduce in evidence any documents identified by Defendants or any other plaintiff in their pre-preliminary injunction hearing disclosures and to introduce additional documents as rebuttal or impeachment evidence. LULAC Plaintiffs also reserve the right to introduce in evidence any exhibits that are offered as joint exhibits but regarding which the parties do not reach agreement.

LULAC Plaintiffs' list of preliminary injunction hearing exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to the preliminary injunction hearing.

Date: September 29, 2025

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno
Mexican American Legal Defense and Educational Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC  20036
(202) 293-2828
Asenteno@maldef.org

Denise Hulett*
Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
dhulett@maldef.org
kpolicarpio@maldef.org

3

        Javier A. Silva*
        Mexican American Legal Defense and Educational Fund (MALDEF)
        100 N LaSalle St., Suite 1900
        Chicago, IL 60602
        (312) 427-0701
        jsilva@maldef.org

        *Admitted *pro hac vice*

        *Counsel for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 29th day of September 2025.

        */s/ Nina Perales*
        Nina Perales