# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

|  |  |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br>&<br>All Consolidated Cases |

**LULAC PLAINTIFFS' WITNESS LIST**

LULAC Plaintiffs identify the following live witnesses in accordance with Federal Rule of

Civil Procedure 26(a)(3)(A)(i):

| EXPERT/WITNESS | MAY CALL | WILL CALL |
|---|---|---|
| **David R. Ely**<br>Compass Demographics, Inc.<br>657 N. Vista Street<br>San Gabriel, CA 91775<br>(626) 807-0719 |  | X |
| **Loren Collingwood**<br>University of New Mexico<br>Department of Political Science<br>University of New Mexico<br>Albuquerque, NM 87131<br>(951) 827-5590 |  | X |
| **Amber Rangel**<br>c/o MALDEF<br>110 Broadway, Suite 300<br>San Antonio, TX 78205<br>(210) 224-5476 |  | X |

| EXPERT/WITNESS | MAY CALL | WILL CALL |
|---|---|---|
| **Daniel Uribe**<br>c/o MALDEF<br>110 Broadway, Suite 300<br>San Antonio, TX  78205<br>(210) 224-5476 | | X |
| **Ana Juarez**<br>c/o MALDEF<br>110 Broadway, Suite 300<br>San Antonio, TX  78205<br>(210) 224-5476 | | X |