# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants*. | Case No. 3:21-CV-00259-DCG-JES-JVB <br> [Lead Case] |

## PLAINTIFFS' NOTICE OF JOINT FILING OF CHART OF CLAIMS TO BE LITIGATED AT PRELIMINARY INJUNCTION HEARING

Pursuant to the Court's Order of September 25, 2025 [Dkt.1203], Plaintiffs hereby jointly file a chart summarizing, for the preliminary injunction hearing starting October 1, 2025, which Plaintiff groups are challenging which districts, and on which legal bases. As noted in the document, the chart provides information on Plaintiffs' legal challenges in their preliminary injunction motions; the chart does not include information on legal challenges contained in Plaintiffs' supplemental complaints that are not presented in the preliminary injunction motions.

The chart is attached to this submission as Exhibit A.

.

September 29, 2025

**For LULAC Plaintiffs:**

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205

Respectfully submitted,

**For Brooks Plaintiffs:**

*/s/ Chad W. Dunn*
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822

(210) 224-5476  
Nperales@maldef.org  
jlongoria@maldef.org  
Ernest I. Herrera  
Mexican American Legal Defense and Educational Fund (MALDEF) 634 S. Spring Street, 9th Floor  
Los Angeles, CA 90014  
(210) 629-2512  
eherrera@maldef.org  

Andrea E. Senteno*  
Mexican American Legal Defense and Educational Fund (MALDEF) 1016 16th Street, Suite 100  
Washington, DC 20036  
(202) 293-2828  
Asenteno@maldef.org  

Khrystan N. Policarpio*  
Mexican American Legal Defense and Educational Fund (MALDEF)  
1512 14th Street  
Sacramento, CA 95814  
(916) 444-3031  
kpolicarpio@maldef.org  

Javier A. Silva*  
Mexican American Legal Defense and Educational Fund (MALDEF)  
100 N LaSalle St., Suite 1900  
Chicago, IL 60602  
(312) 427-0701  
jsilva@maldef.org  

*Admitted pro hac vice  

**For MALC Plaintiffs:**

 SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, L.L.P.  
/s/ Sean J. McCaffity  
Sean J. McCaffity  
State Bar No. 24013122  
George (Tex) Quesada  

chad@brazilanddunn.com  

*/s/ Mark P. Gaber*  
Mark P. Gaber*  
Mark P. Gaber PLLC  
P.O. Box 34481  
Washington, DC 20043  
(715) 482-4066  
mark@markgaber.com  

Jesse Gaines* (Tex. Bar. No. 07570800)  
P.O. Box 50093  
Fort Worth, TX 76105  
817-714-9988  
gainesjesse@ymail.com  

Molly E. Danahy*  
P.O. Box 51  
Helena, MT 59624  
(406) 616-3058  
danahy.molly@gmail.com  

Sonni Waknin*  
10300 Venice Blvd. # 204  
Culver City, CA 90232  
732-610-1283  
sonniwaknin@gmail.com  


*Admitted *pro hac vice*  


**For The Texas State Conference of NAACP Plaintiffs:**

s/ Lindsey B. Cohan  
Lindsey B. Cohan  
Texas Bar No. 24083903 DECHERT LLP  
515 Congress Avenue, Suite 1400 Austin, TX 78701  
(512) 394-3000  
lindsey.cohan@dechert.com  

Robert Weiner**  
David Rollins-Boyd*  
Jennifer Nwachukwu

State Bar No. 16427750
3811 Turtle Creek Blvd., Suite 1400 Dallas, Texas 75219-4461
214-720-0720 (Telephone)
214-720-0184(Facsimile)
SMcCaffity@textrial.com
Quesada@textrial.com

**For Gonzales Plaintiffs:**

s/ David R. Fox
David R. Fox
Richard A. Medina
James J. Pinchak
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
dfox@elias.law
rmedina@elias.law
jpinchak@elias.law

Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

Renea Hicks
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

**For Plaintiff-Intervenors:**

s/ Gary Bledsoe
Gary Bledsoe
The Bledsoe Law Firm PLLC 6633 Highway 290 East #208 Austin, TX78723

Jeremy Lewis*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW 1500 K Street, Suite 900 Washington, DC 20005
(202) 662-8600
rweiner@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
jlewis@lawyerscommittee.org

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com

*/s/ Robert S. Notzon*
Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
robert@notzonlaw.com

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
aashton@naacpnet.org

Janette M. Louard
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
jlouard@naacpnet.org

Attorneys appearing of counsel
*Admitted pro hac vice
** Pro hac vice pending

(512) 322-992
gbledsoe@thebledsoelawfirm.com

Robert S. Notzon
Law Office of Robert S. Notzon
1502 West Avenue
Austin, Texas 78701
5124747563
5128524788 fax
Robert@NotzonLaw.com

## CERTIFICATE OF SERVICE

    I certify that the foregoing and attachment was served on all counsel of record on September 29, 2025 via the Court's CM/ECF system.

*/s/ Robert S. Notzon*