# Ex. A

| PLAINTIFFS' PRELIMINARY INJUNCTION CHALLENGES TO THE 2025 CONGRESSIONAL MAP (C2333) | | | | | |
|---|---|---|---|---|---|
| GEOGRAPHY | CLAIM | Gonzales | Brooks/LULAC/MALC | NAACP | Intervenors |
| HARRIS COUNTY | Unconstitutional intentional racial vote dilution | Dismantling and consolidating majority-minority CDs 9 and 18 into a single Black CVAP majority new CD 18. Creating bare Hispanic CVAP majority new CD 9 that is intentionally dilutive. | Dismantling 2021 map's performing Hispanic CVAP majority CD 29; Dismantling and consolidating majority-minority CDs 9 and 18 into a single Black CVAP majority new CD 18. Creating bare Hispanic CVAP majority new CD 9 that is intentionally dilutive. | Dismantling and consolidating majority-minority CDs 9 and 18 into a single Black CVAP majority new CD 18. Dismantling the 2021 map's performing majority-minority CVAP CD 29. Creating new CD 9 that is intentionally dilutive for Black voters. | Dismantling the 18th Congressional District as a method of intentional vote dilution and discrimination, Black voters in 2 different Congressional districts were combined and placed in the 18th and packed along with other minority voters. |
| | Unconstitutional racial gerrymandering | CDs 9 and 18 | CDs 9 and 18 | CD 9 | CD18 |
| DALLAS-FT. WORTH METROPLEX | Unconstitutional intentional racial vote dilution | Dismantling of 2021 map's CD 33, consolidating three majority-minority districts (CDs 30, 32, and 33) into just two (new CDs 30 and 33). Intentionally cracking voters from Tarrant County portion of 2021 map's CD 33 into Anglo districts including CD 12 and CD 25. | Dismantling of 2021 map's CD 33, consolidating three majority-minority districts (CDs 30, 32, and 33) into just two (new CDs 30 and 33) | Dismantling of 2021 map's CD 33, consolidating three majority-minority districts (CDs 30, 32, and 33) into just two (new CDs 30 and 33) and intentionally diluting the voting strength of Black voters in CD 32. | The plan intentionally dilutes African American voting strength in CD33, changing it from a naturally occurring district which elected the African American candidate of choice in 7 consecutive elections and the minority candidate of choice to a district. Substantial parts of the district from Tarrant County were severed and placed in another Congressional District as part of a DFW racial gerrymander. |
| | Unconstitutional racial gerrymandering | CD 30 | CDs 30, 32, and 33 | CDs 32 and 33 | CD33. |
| CENTRAL TEXAS/ I-35 CORRIDOR | Unconstitutional intentional racial vote dilution | CD35 | CD35 | CD 35 | |

| | | | | |
|---|---|---|---|---|
| **CENTRAL TEXAS/ GULF COAST** | Unconstitutional intentional racial vote dilution | CD 22 and CD 27 are intentionally shifted from majority-minority to majority-Anglo. | Reduction of Latino voting strength in CD27 to prevent the emergence of a Latino majority opportunity district | N/A |
| | Unconstitutional racial gerrymandering | CDs 22 & 27 | CD27 | N/A |
| **STATEWIDE** | Unconstitutional malapportionment | Statewide - at least two plaintiffs reside in overpopulated districts: CD 22 and CD 25. | N/A | N/A |
| | Unconstitutional use of racial data and pursuit of partisan advantage | Statewide | N/A | N/A |