UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* <br><br> *Plaintiffs,* <br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| TEXAS STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiff,* <br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-01006 <br> [Consolidated Case] |

**PLAINTIFF TEXAS NAACP'S WITNESS LIST
FOR PRELIMINARY INJUNCTION HEARING**

Plaintiff Texas NAACP respectfully submits its Witness List for the upcoming hearing on Plaintiffs' motions for preliminary injunction.  Texas NAACP reserves the right to call witnesses identified by Defendants or any other Plaintiff.  Texas NAACP does not know the precise nature and scope of the testimony and evidence that Defendants may seek to introduce at the preliminary injunction hearing.  Accordingly, Texas NAACP reserves the right to modify, amend, or supplement this witness list based on case developments, including without limitation the right

to: (1) call its witnesses in any order; (2) not call one or more witnesses; (3) call any witness identified on Defendants' witness list and any witness necessary to rebut Defendants' arguments and/or evidence, and/or to authenticate or lay the foundation for the introduction of documents to which Defendant objects; (4) reasonably supplement or amend this Witness List through and including the time of the preliminary injunction hearing to the extent permitted by the Court; or (5) introduce deposition testimony as impeachment evidence. Texas NAACP also reserves the right to supplement or modify this witness list in response to rulings made by the Court. Texas NAACP's identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Defendants.

| Name | Will/May Call | [F]act/ [E]xpert/ [L]iability/ [D]amages |
|---|---|---|
| Dr. Moon Duchin | Will | E/L |
| Tiffini Young | Will | F/L |
| Shemaiah Stokes | Will | F/L |
| Ramon Ramero | May | F/L |
| Barbara Gervin-Hawkins | May | F/L |
| Royce West | May | F/L |
| Carol Alvarado | May | F/L |
| Senfronia Thompson | May | F/L |
| Joe Moody | May | F/L |

Dated: September 29, 2025

                                      Respectfully submitted,

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Robert Weiner
David Rollins-Boyd*
Jennifer Nwachukwu*
Jeremy Lewis*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*robert.weiner@lawyerscommittee.org*
*drollins-boyd@lawyerscommittee.org*
*jnwachukwu@lawyerscommittee.org*
*jlewis@lawyerscommittee.org*

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*aashton@naacpnet.org*

Janette M. Louard
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted *pro hac vice*.

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing and all attachments were filed and served on counsel of record via the Court's electronic filing system on September 29, 2025.

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
*Counsel for Plaintiff Texas NAACP*
