IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.* <br><br> *Plaintiffs,* <br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |
| TEXAS STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiff,* <br> V. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-01006 <br> [Consolidated Case] |

**PLAINTIFF TEXAS NAACP'S EXHIBIT LIST
FOR PRELIMINARY INJUNCTION HEARING**

Plaintiff Texas NAACP respectfully submits its Exhibit List attached as Exhibit A for the upcoming hearing on Plaintiffs' motions for preliminary injunction. This exhibit list includes exhibits previously introduced by Plaintiff Texas NAACP at trial (subject to any pending objection, where applicable). For ease of reference, newly-identified exhibits for the preliminary injunction hearing are indicated with a "-PI" suffix in the trial exhibit number.

Texas NAACP reserves the right to further amend and supplement its exhibit list. Texas NAACP also reserves the right to introduce in evidence any documents identified by Defendants or

1

any other plaintiff in their preliminary injunction exhibit list and to introduce additional documents as rebuttal or impeachment evidence.

Texas NAACP's list of exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to the relevant witnesses' testimony.

Dated:  September 29, 2025

        Respectfully submitted,

        */s/ Lindsey B. Cohan*
        Lindsey B. Cohan
        Texas Bar No. 24083903
        DECHERT LLP
        515 Congress Avenue, Suite 1400
        Austin, TX 78701
        (512) 394-3000
        *lindsey.cohan@dechert.com*

        Robert Weiner
        David Rollins-Boyd*
        Jennifer Nwachukwu*
        Jeremy Lewis*
        LAWYERS' COMMITTEE FOR
        CIVIL RIGHTS UNDER LAW
        1500 K Street, Suite 900
        Washington, DC 20005
        (202) 662-8600
        *robert.weiner@lawyerscommittee.org*
        *drollins-boyd@lawyerscommittee.org*
        *jnwachukwu@lawyerscommittee.org*
        *jlewis@lawyerscommittee.org*

        Neil Steiner*
        DECHERT LLP
        1095 Avenue of the Americas
        New York, NY 10036
        (212) 698-3822
        *neil.steiner@dechert.com*

        Robert Notzon
        Texas Bar No. 00797934
        THE LAW OFFICE OF ROBERT NOTZON
        1502 West Avenue

Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*aashton@naacpnet.org*

Janette M. Louard
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted *pro hac vice*.

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

3

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing and all attachments were filed and served on counsel of record via the Court's electronic filing system on September 29, 2025.

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
*Counsel for Plaintiff Texas NAACP*
