UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GREG ABBOTT, et al.,<br><br>　　　　　Defendants. | Civil Action<br><br>Lead Case No.:<br>　3:21-CV-00259-DCG-JES-JVB |
| CECILIA GONZALES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JANE NELSON, et al.,<br><br>　　　　　Defendants. | Consolidated Case No.:<br>　1:21-CV-00965-DCG-JES-JVB |

**GONZALES PLAINTIFFS' PRELIMINARY INJUNCTION HEARING DISCLOSURES**

Plaintiffs in Case No. 1:21-cv-00965 (the "Gonzales Plaintiffs") by and through their undersigned counsel, hereby submit the following Preliminary Hearing Disclosures pursuant to the Court's Scheduling Order, ECF No. 1172. The Gonzales Plaintiffs reserve the right to amend and supplement these Disclosures, and to respond to Defendants' Disclosures, as appropriate.

**I.    WITNESSES[1]**

The Gonzales Plaintiffs expect to present the following witness at the preliminary injunction hearing:

---

[1] All witnesses may be contacted through counsel for the Gonzales Plaintiffs.

1. Stephen Ansolabehere, PhD, Frank G. Thompson Professor of Government at Harvard University

The Gonzales Plaintiffs may call the following witnesses at trial:

1. Cecilia Gonzales
2. Agustin Loredo
3. Jana Lynne Sanchez
4. Jerry Shafer
5. Debbie Lynn Solis
6. Charles Johnson Jr.
7. Vincent Sanders
8. Rogelio Nuñez
9. Marci Madla
10. Mercedes Salinas
11. Heidi Cruz
12. Sylvia Bruni
13. Gwendolyn Collins

Because these cases are consolidated for one hearing, the Gonzales Plaintiffs reserve the right to also rely on the testimony of witnesses called by other plaintiffs in these consolidated cases.

The Gonzales Plaintiffs do not know the precise nature and scope of the testimony and evidence that Defendants may seek to introduce at the preliminary injunction hearing. Accordingly, the Gonzales Plaintiffs reserve the right to modify, amend, or supplement this witness list leading up to and through the hearing based on case developments, including without limitation the right to: (1) call their witnesses in any order; (2) not call one or more witnesses; (3) call live or by deposition any witness identified on Defendants' witness list and any witness

necessary to rebut Defendants' case, arguments, and/or evidence, and/or to authenticate or lay the foundation for the introduction of documents to which Defendant objects; (4) reasonably supplement or amend this Witness List through and including the time of the hearing to the extent permitted by the Court; (5) introduce deposition testimony as impeachment evidence; or (6) change a witness from a live witness to a witness testifying by deposition, and vice versa. The Gonzales Plaintiffs also reserve the right to supplement or modify this witness list in response to rulings made by the Court. The Gonzales Plaintiffs' identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Defendants.

## II.    HEARING EXHIBITS

The Gonzales Plaintiffs' Preliminary Injunction Hearing Exhibit List is set forth below. The Gonzales Plaintiffs further reserve the right to introduce in evidence any documents identified by Defendants or any other consolidated plaintiff group in their Pre-Hearing Disclosures, to introduce additional documents as rebuttal or impeachment evidence, and to rely on the full record in support of their claims.

The Gonzales Plaintiffs' list of hearing exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to the hearing. The Gonzales Plaintiffs will serve their objections to Defendants' hearing exhibit list and any additional hearing exhibits in accordance with the Court's Scheduling Order.

The Gonzales Plaintiffs expect to offer the following exhibits at the preliminary injunction hearing:

| Exhibit Number | Description |
|---|---|
| Gonzales Plaintiffs' Exhibit 17 | **ECF No. 1149-2** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2019-2023 American Community Survey" for Plan 2333, as marked as Joint Trial Exhibit 903) |

| Gonzales Plaintiffs' Exhibit 18 | **ECF No. 1149-3** (Document titled "Plan Overlap Population Analysis – Congressional Districts PLANC2193 Compared with PLANC2333 2024 General Election," from the Texas Legislative Council's website) |
|---|---|
| Gonzales Plaintiffs' Exhibit 19 | **ECF No. 1149-4** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2019-2023 American Community Survey" for Plan 2193, from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 20 | **ECF No. 1149-5** (SB 4's legislative history from the Texas Legislature's 89(1) session, from the website of Texas Legislature Online) |
| Gonzales Plaintiffs' Exhibit 21 | **ECF No. 1149-6** (Andrew Schneider and Blaise Gainey's article for KUT News as updated on August 20, 2025, titled "Texas Legislature's Second Special Session Begins as Quorum-Breaking Democrats Plan Return") |
| Gonzales Plaintiffs' Exhibit 22 | **ECF No. 1149-7** (Proclamation signed by Governor Abbott on August 15, 2025) |
| Gonzales Plaintiffs' Exhibit 23 | **ECF No. 1149-8** (SB 4's legislative history from the Texas Legislature's 89(2) session) |
| Gonzales Plaintiffs' Exhibit 24 | **ECF No. 1149-9** (HB 4's legislative history from the Texas Legislature's 89(2) session) |
| Gonzales Plaintiffs' Exhibit 25 | **ECF No. 1149-10** (Document titled "American Community Survey Estimated Population Analysis Congressional Districts - PLANC2333 2020 Census Population with 2019-2023 American Community Survey Estimates," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 26 | **ECF No. 1149-11** (Expert Report of Dr. Stephen Ansolabehere, May 20, 2022) |
| Gonzales Plaintiffs' Exhibit 27 | **ECF No. 1149-12** (Expert Report of Dr. Stephen Ansolabehere, March 31, 2025) |
| Gonzales Plaintiffs' Exhibit 28 | **ECF No. 1149-13** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey" for Plan 2193, as marked as Joint Trial Exhibit 899) |
| Gonzales Plaintiffs' Exhibit 29 | **ECF No. 1149-14** (Comparison packet titled "U.S. Congressional Districts Proposed Plan PLANC2333 with U.S. Congressional Districts 119th Congress (2025–2026) PLANC2193," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 30 | **ECF No. 1149-15** (Document titled "Incumbents by District" for Plan 2333, from the Texas Legislative Counsel's website) |
| Gonzales Plaintiffs' Exhibit 31 | **ECF No. 1149-16** (Document titled "Election Analysis Congressional Districts - PLANC2333 2024 General Election," from the Texas Legislative Council's website) |

| | |
|---|---|
| Gonzales Plaintiffs' Exhibit 32 | **ECF No. 1149-17** (Document titled "Election Analysis Congressional Districts - PLANC2193 2024 General Election," as marked as Joint Trial Exhibit 942) |
| Gonzales Plaintiffs' Exhibit 33 | **ECF No. 1149-18** (August 20, 2025 post on X by Speaker of the Texas House Dustin Burrows) |
| Gonzales Plaintiffs' Exhibit 34 | **ECF No. 1149-19** (Statement issued by Governor Abbott on August 20, 2025) |
| Gonzales Plaintiffs' Exhibit 35 | **ECF No. 1149-20** (Announcement by Governor Abbott on June 23, 2025) |
| Gonzales Plaintiffs' Exhibit 36 | **ECF No. 1149-21** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2019-2023 American Community Survey" for Plan 2331, from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 37 | **ECF No. 1149-22** (Comparison packet titled "U.S. Congressional Districts Proposed Plan PLANC2333 with U.S. Congressional Districts Proposed Plan PLANC2331," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 38 | **ECF No. 1149-23** (Document titled "Election Analysis Congressional Districts - PLANC2331 2024 General Election," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 39 | **ECF No. 1149-24** (Declaration and Expert Report of Dr. Stephen Ansolabehere, August 23, 2025) |
| Gonzales Plaintiffs' Exhibit 40 | **ECF No. 1149-25** (Declaration, Curriculum Vitae, and graphical representations of Blakeman B. Esselstyn, August 23, 2025) |
| Gonzales Plaintiffs' Exhibit 41 | **ECF No. 1114-2** (Harmeet Dhillon Letter to Governor Abbott, July 7, 2025) |
| Gonzales Plaintiffs' Exhibit 42 | **ECF No. 1116-1** (Ken Paxton's Response to Harmeet Dhillon Letter, July 11, 2025) |
| Gonzales Plaintiffs' Exhibit 43 | **ECF No. 1114-1** (Proclamation by Governor Abbott, July 9, 2025) |
| Gonzales Plaintiffs' Exhibit 44 | FOX 4 Dallas-Fort Worth, "Abbott on THC, redistricting & the special session," (YouTube, July 22, 2025), https://www.youtube.com/watch?v=PHsYs0NTPTY |
| Gonzales Plaintiffs' Exhibit 45 | Hr'g on H.B. 4 Before the H. Select Comm. on Cong. Redistricting, 89th Leg. (Tex. Aug. 1, 2025), https://house.texas.gov/videos/22418 |
| Gonzales Plaintiffs' Exhibit 46 | Hr'g on S.B. 4 Before the S. Spec. Comm. on Congressional Redistricting, 89th Leg. (Tex. Aug. 7, 2025), https://senate.texas.gov/videoplayer.php?vid=22443&lang=en |
| Gonzales Plaintiffs' Exhibit 47 | CNN, "'What gives you the right?': Tapper pushes back on Abbott over calls to remove Dem lawmaker" at 4:00-4:17, YouTube (Aug. 11, 2025), https://tinyurl.com/yvf9ht6e |

| | |
|---|---|
| Gonzales Plaintiffs' Exhibit 48 | Declaration of Cecilia Gonzales* |
| Gonzales Plaintiffs' Exhibit 49 | Declaration of Agustin Loredo* |
| Gonzales Plaintiffs' Exhibit 50 | Declaration of Jana Lynne Sanchez* |
| Gonzales Plaintiffs' Exhibit 51 | Declaration of Jerry Shafer* |
| Gonzales Plaintiffs' Exhibit 52 | Declaration of Debbie Lynn Solis* |
| Gonzales Plaintiffs' Exhibit 53 | Declaration of Charles Johnson Jr.* |
| Gonzales Plaintiffs' Exhibit 54 | Declaration of Vincent Sanders* |
| Gonzales Plaintiffs' Exhibit 55 | Declaration of Rogelio Nuñez* |
| Gonzales Plaintiffs' Exhibit 56 | Declaration of Marci Madla* |
| Gonzales Plaintiffs' Exhibit 57 | Declaration of Mercedes Salinas* |
| Gonzales Plaintiffs' Exhibit 58 | Declaration of Heidi Cruz* |
| Gonzales Plaintiffs' Exhibit 59 | Declaration of Sylvia Bruni* |
| Gonzales Plaintiffs' Exhibit 60 | Declaration of Gwendolyn Collins* |
| Gonzales Plaintiffs' Exhibit 61 | Rebuttal Report of Dr. Stephen Ansolabehere, September 29, 2025 |
| Gonzales Plaintiffs' Exhibit 62 | Webpage titled "Percent Population Change for Texas Counties, 2020-2023," from the website of the Texas Demographic Center. |

*Exhibit to be filed under seal. A redacted version will be filed on the public docket.

Dated: September 29, 2025                                  Respectfully submitted,

Renea Hicks                                                      */s/ David R. Fox*
Attorney at Law                                               David R. Fox
Texas Bar No. 09580400                                 Richard A. Medina
Law Office of Max Renea Hicks                   James J. Pinchak
P.O. Box 303187                                             **ELIAS LAW GROUP LLP**
Austin, Texas 78703-0504                            250 Massachusetts Ave. NW, Suite 400
(512) 480-8231                                                 Washington, D.C. 20001

6

rhicks@renea-hicks.com

Telephone: (202) 968-4490
dfox@elias.law
rmedina@elias.law
jpinchak@elias.law

Abha Khanna
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

*Counsel for Gonzales Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 29, 2025, and that all counsel of record were served by CM/ECF.

*/s/ David R. Fox*
