UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, SERGIO MORA, BOBBIE GARZA-HERNANDEZ, <br><br>　　　　Plaintiffs <br><br> v. <br><br> STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, Et al., <br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br><br> 3:21-cv-00988-DCG-JES-JVB <br> [Consolidated Case] |

**PLAINTIFF MALC'S WITNESS AND EXHIBIT LIST**

TO THE HONORABLE COURT:

COMES NOW Plaintiff Mexican American Legislative Caucus ("MALC") and serves these Witness and Exhibit Lists pursuant to this Court's scheduling order for the preliminary injunction hearing set to commence on October 1, 2025 and Federal Rule 26. Plaintiff hereby presents the following:

**WITNESS LIST**

MALC does not know the precise nature and scope of the testimony and evidence Defendants may seek to introduce at trial. Accordingly, MALC reserves the right to modify, amend, or supplement this witness list leading up to and through trial based on case developments, including without limitation the right to: (1) call its witnesses in any order; (2) not call one or more witnesses; (3) call live or by deposition any witness identified on Defendants' witness list and any witness necessary to rebut Defendants' case, arguments, and/or evidence, and/or to authenticate or lay the foundation for the introduction of documents to which Defendant objects; (4) reasonably supplement or amend this Witness List through and including the time of trial to the extent permitted by the Court;

(5) introduce deposition testimony as impeachment evidence; or (6) change a witness from a live witness to a witness testifying by deposition, and vice versa. MALC also reserves the right to supplement or modify this witness list in response to rulings made by the Court. MALC's identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Defendants.

| Witness Name | Address and Phone Number | Will Call | May Call | Live vs. Deposition |
|---|---|---|---|---|
| Rep. Rafael Anchia | All known address information was previously provided or the members of MALC are to be contacted through counsel. |  | X | Live |
| Rep. Joe Moody |  | X |  | Live |
| Rep. Ramon Romero |  | X |  | Live |
| Rep. Armando Walle |  |  | X | Live |
| Dr. Matt Barreto | *See* Expert Disclosures | X |  | Live |

As noted above, MALC Plaintiffs reserve the right to call any witness identified on any other parties' witness list as a potential witness and, thus, each witness should be properly characterized as a "may call" witness. **MALC also expressly incorporates each of the Brooks Plaintiffs' and LULAC Plaintiffs' witnesses as potential "may call" witnesses of its own.** Given the overlapping nature of the claims and the facts, MALC intends to rely on the same witnesses and testimony to support its claims as the other Plaintiffs in this case.

## EXHIBIT LIST

MALC's incorporates its Trial Exhibit List, as amended and finalized during the previous trial proceedings in June of 2025 herein. MALC reserves the right to use any exhibit previously listed on its Trial Exhibit List as a potential exhibit in this preliminary injunction hearing, but given the narrower scope of this hearing does not anticipate that will be necessary. MALC reserves the right to introduce in

evidence any documents identified by Defendants or any other plaintiff in their Witness and Exhibit Lists and to introduce additional documents as rebuttal or impeachment evidence. **Specifically, MALC has filed a Joint Motion for Preliminary Injunction with the Brooks Plaintiffs and the LULAC Plaintiffs. Accordingly, to reduce the number of duplicative trial exhibit copies for the Court and the parties, MALC expressly adopts and incorporates the Brooks and LULAC Plaintiffs Witness and Exhibit Lists as its own and intends to use any evidence offered and admitted by Plaintiffs in this case as evidence supporting its claims, but is not submitting a separate, duplicate exhibit with a MALC exhibit sticker.**

MALC's list of trial exhibits does not include demonstrative exhibits, which may be created during the trial or during testimony of a witness for use in the trial.

Respectfully submitted,

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.

*/s/ Sean J. McCaffity*
Sean J. McCaffity
State Bar No. 24013122
smccaffity@textrial.com
George (Tex) Quesada
State Bar No. 16427750
Quesada@textrial.com
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
214-720-0720 (Telephone)
214-720-0184 (Facsimile)

-and-

Joaquin Gonzalez
State Bar No. 24109935
1055 Sutton Dr.
San Antonio, TX 78228
jgonzalez@malc.org

*ATTORNEYS FOR PLAINTIFF MALC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been sent to all attorneys of record in the above-styled and numbered matter, on September 29, 2025, via electronic mail.

                                                */s/ Sean J. McCaffity*
                                                Sean J. McCaffity