UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LULAC, et. al., § <br> § <br> *Plaintiffs* § <br> § <br> Alexander Green, and Jasmine § <br> Crockett § <br> § <br> Plaintiff-Intervenors § <br> § <br> v. § <br> § <br> GREG ABBOTT, in his official capacity § <br> As Governor of Texas, et. al. § <br> § <br> *Defendants* § | Case No.: 3-21-CV-00259-DCG-JES-JVB <br> [Lead Case] |

**INTERVENORS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING**

    The Congressional Intervenors identify the following exhibits for use during the Preliminary Injunction hearing. The Intervenors reserve the right to further amend and supplement its exhibit list. The Intervenors also reserve the right to introduce in evidence any documents identified by Defendants or any other plaintiff in their preliminary injunction exhibit list and to introduce additional documents as rebuttal or impeachment evidence. The Intervenors list of exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to the relevant witnesses' testimony. The Intervenors exhibit list for the PI hearing is as follows:

**Congressional Intervenors P.I. Exhibit List**

1. DOJ Letter from Harmeet Dhillon to Governor Abbott and Attorney General Paxton, dated 7/7/25.
2. Murray's Redistricting P.I. Report on C2333 – August 22nd and August 24th, 2025
3. Murray's Redistricting Trial Report on C2193 – June 15, 2022
4. Guide to 2021 Redistricting in Texas – Texas Legislative Council
5. Representative Vasut Letter to A.G. Dhillon at DOJ-CRD on July 27, 2025
6. Recent Racist Comments by Texas Legislators
7. C-2193 and package
8. C-2308 and package
9. C-2333 and package
10. Legislators public comments regarding special session mid-decade redistricting
11. e-mail sent on Monday, July 21, 2025, regarding Speaker Dustin Burrows Announces Creation of House Select Committee on Congressional Redistricting
12. e-mail sent on Thursday, July 24, 2025, Committee Clerk Edward Jaax on dinner being provided to committee members in the back of the committee room
13. e-mail sent on Friday, July 25, 2025, Committee Clerk Edward Jaax on the July 28th Arlington Committee Meeting
14. e-mail sent on Friday, August 1, 2025, Committee Clerk Edward Jaax on the Congressional Redistricting Select Aug 2nd Formal meeting
15. e-mail sent on Monday, August 18, 2025, Committee Clerk Edward Jaax on the August 18th Formal Meeting
16. received a call from Dylan Menard on July 21, 2025, requesting staffers staffing Rep. Gervin-Hawkins on Congressional Redistricting, replied via email on Monday, July 21, at 12:04pm
17. email from Edward Jaax (Committee Clerk), sent on Monday, July 28, 2025, at 10:18am, providing a copy of the letter Chairman Vasut's office sent to DOJ Assistant AG Dhillon extending a formal invitation to testify before the committee
18. email from Edward Jaax (Committee Clerk), sent on Wednesday, July 23, 2025, at 2:28pm, regarding 2nd field committee hearing in Houston on Saturday, July 26, 2025
19. email from Edward Jaax (Committee Clerk), sent on Friday, July 26, 2025, at 1:40pm, regarding final field committee hearing in Arlington on Monday, July 28, 2025
20. email from Edward Jaax (Committee Clerk), sent on Thursday, July 31, 2025, at 3:38pm, regarding committee hearing on 89(1) HB 4 on Friday, August 1, 2025
21. email from Edward Jaax (Committee Clerk), sent on Thursday, July 31, 2025, at 5:28pm, informing of updated Pre-Hearing Bill Analysis, copy of the bill text, and Legislative Council's district analysis and maps are now available
22. email from Edward Jaax (Committee Clerk), sent on Friday, August 1, 2025, at 10:34am, forwarding LULAC v. Abbot EL Paso trial daily transcripts
23. email from Edward Jaax (Committee Clerk), sent on Friday, August 1, 2025, at 11:56pm, regarding formal meeting for 89(1) HB 4 on Saturday, August 2, 2025
24. email from Edward Jaax (Committee Clerk), sent on Monday, August 18, 2025, at 1:47pm, regarding formal meeting for 89(2) HB 4 on Monday, August 18, 2025, at 5pm
25. email from Edward Jaax (Committee Clerk), sent on Monday, August 18, 2025, at 2:38pm, informing of updated bill language, maps, and reports for committee substitute

     for 89(2) HB 4, are now available and in process of being placed on Public District Viewer
26. FW_July 26th Houston Committee Meeting (Vasut's Office), The first email, sent by Edward Jaax, Committee Clerk, on Wednesday, July 23, 2025, at 2:28 PM, provides logistical information and maps for the July 26th Houston hearing of the House Select Committee on Congressional Redistricting. The attachments are maps of the hotel and venue
27. W_ July 28th Arlington Committee Meeting (Vasut's Office), email from July 26, about The second email, sent by Edward Jaax, Committee Clerk, on Friday, July 25, 2025, at 1:40 PM, covers logistics for the July 28th Arlington hearing. It includes parking maps, schedules (doors open at 4:00 PM, hearing begins at 5:00 PM), and dinner arrangements. The attachment is a parking map
28. Assistant AG Dhillon Invitation (Vasut's Office), The third email, sent by Edward Jaax, Committee Clerk, on Monday, July 28, 2025, at 10:18 AM, includes a Dropbox link to a letter formally inviting Assistant Attorney General Harmeet Dhillon to testify before the Committee regarding her July 7, 2025, letter to Governor Abbott and Attorney General Paxton. The attachment is the letter
29. Aug 1st Austin Committee Meeting (Vasut's Office), The fourth email, sent by Edward Jaax, Committee Clerk, on Thursday, July 31, 2025, at 3:38 PM, provides the official notice and agenda for the August 1st Austin hearing. It includes the agenda, amendment instructions, fiscal note materials (via Dropbox) and prehearing BA (via Dropbox). The attachments are the committee amendments instructions, agenda, pre-hearing BA and fiscal note
30. Aug 1st Hearing Update (Vasut's Office), The fifth email, sent by Edward Jaax, Committee Clerk, on July 31, 2025, at 5:27 PM, provides a supplemental update with the pre-hearing bill analysis (via Dropbox), copy of the bill text (via Dropbox), and Legislative Council's District analysis and maps (via Dropbox) for the August 1st hearing. The attachments are the bill text and Legislative Council's analysis
31. FW_ Amaireny Rodriguez has invited you to collaborate on Box (Vasut's Office), The sixth email, sent by Edward Jaax, Committee Clerk, on Friday, August 1, 2025, at 10:33 AM, forwards an invitation from Amaireny Rodriguez to collaborate on a Box folder titled "LULAC v. Abbott – El Paso Trial Daily." The folder contains materials related to ongoing redistricting litigation
32. Congressional Redistricting Select Aug 2nd Formal (Vasut's Office), The seventh email, sent by Edward Jaax, Committee Clerk, on Friday, August 1, 2025, at 11:58 PM, contains the official formal posting for the August 2nd meeting in Capitol Extension Room E1.030 at 9:00 AM. The attachment is the formal committee posting
33. List of House Select Committee Meetings on Congressional Redistricting
34. The House Committee on Congressional Redistricting, Select, 89th Legislature, July 24, 2025, 2:00 p.m. or upon final adjourn./recess or bill referral if permission granted, and attached notes/transcripts
35. The House Committee on Congressional Redistricting, Select, 89th Legislature, July 26, 2025, 11:00 a.m., Houston, Texas and attached notes/transcripts
36. The House Committee on Congressional Redistricting, Select, 89th Legislature, July 28, 2025, 5:00 p.m., Arlington, Texas and attached notes/transcripts

37. The House Committee on Congressional Redistricting, Select, 89th Legislature, August 1, 2025, Continued to August 2, 2025, 10:00 a.m., or upon final adjourn./recess or bill referral if permission granted, and attached notes/transcripts
38. The House Committee on Congressional Redistricting, Select, 89th Legislature, August 2, 2025, 9:00 a.m., and attached notes/transcripts
39. The House Committee on Congressional Redistricting, Select, 89th Legislature, August 18, 2025, 5:00 p.m., and attached notes/transcripts
40. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 2:00 PM or upon final adjourn./recess or bill referral if permission granted, Thursday, July 24, 2025
41. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 11:00 AM Saturday, July 26, 2025, Houston, Texas
42. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 5:00 PM Monday, July 28, 2025, Arlington, Texas
43. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 10:00 AM or upon final adjourn./recess or bill referral if permission granted, Friday, August 1, 2025
44. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 9:00 AM Saturday, August 2, 2025
45. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 5:00 PM Monday, August 18, 2025
46. TX State Legislature page for HB4 2nd Called Session 89th Legislature
47. TX State Legislature page for SB6 3rd Called Session 87th Legislature
48. C2333/C2193 DFW overlay
49. C2333/C2193 Houston Overlay
50. C2333/C2308 DFW Overlay
51. C2333/C2308 Houston Overlay
52. RedAppl Population Analysis for CD18 and area districts
53. RedAppl Population Analysis for CD33 and area districts
54. Legislative Video Excerpts
55. House Rules Manuel

        Respectfully submitted,
        /s/ Gary Bledsoe
        The Bledsoe Law Firm PLLC
        State Bar No. 02476500
        6633 Highway 290 East #208
        Austin, Texas 78723-1157
        Telephone: 512-322-9992
        Fax: 512-322-0840
        gbledsoe@thebledsoelawfirm.com

        /s/ Robert S. Notzon
        Law Office of Robert S. Notzon
        1502 West Avenue
        Austin, Texas 78701
        RobertNotzonLaw.com
        Telephone: 512-474-7563
        Fax: 512852-4788

        **Attorneys for Plaintiff-Intervenors**
        **Alexander Green and Jasmine Crockett**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 29th day of September 2025.

        /s/Robert S. Notzon