UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LULAC, et. al.,** § § § *Plaintiffs* § § **Alexander Green, and Jasmine** § **Crockett** § § **Plaintiff-Intervenors** § § **v.** § § **GREG ABBOTT, in his official capacity** § **As Governor of Texas, et. al.** § § *Defendants* § | Case No.: 3-21-CV-00259-DCG-JES-JVB [Lead Case] |

### INTERVENORS' WITNESS LIST FOR P.I. HEARING

The Congressional Intervenors identify the following witnesses to be called to testify during the Preliminary Injunction hearing:

Intervenors also reserve the right to call witnesses identified by Defendants or any other Plaintiff. Intervenors do not know the precise nature and scope of the testimony and evidence that Defendants may seek to introduce at the preliminary injunction hearing. Accordingly, Intervenors reserve the right to modify, amend, or supplement this witness list based on case developments, including without limitation the right to: (1) call its witnesses in any order; (2) not call one or more witnesses; (3) call any witness identified on Defendants' witness list and any witness necessary to rebut Defendants' arguments and/or evidence, and/or to authenticate or lay the foundation for the introduction of documents to which Defendant objects; (4) reasonably supplement or amend this Witness List through and including the time of the preliminary injunction hearing to the extent permitted by the Court; or (5) introduce deposition testimony as impeachment evidence. Intervenors also reserve the right to supplement or modify this witness list in response to rulings

made by the Court. Intervenors' identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Defendants.

**Will Call**
1. Dr. Richard Murray by Trial Deposition
2. Representative Barbara Gervin-Hawkins

**May Call**
3. Senator Boris Miles
4. Kendyll Locke
5. Senator Royce West
6. Representative Ramon Romero
7. Senator Carol Alvarado
8. Representative Senfronia Thompson
9. Representative Joe Moody

**Rebuttal**
10. Election Official

Intervenors reserve the right to call witnesses not herein identified if something arises that has not been contemplated that they feel is important to address before this panel, including any issues that arise from rulings by the Court. As a result, Intervenors reserve the right to supplement this witness list.

Respectfully submitted,
/s/ Gary Bledsoe
The Bledsoe Law Firm PLLC
State Bar No. 02476500
6633 Highway 290 East #208
Austin, Texas 78723-1157
Telephone: 512-322-9992
Fax: 512-322-0840
gbledsoe@thebledsoelawfirm.com

/s/ Robert S. Notzon
Law Office of Robert S. Notzon
1502 West Avenue
Austin, Texas 78701
Robert@NotzonLaw.com
Telephone: 512-474-7563
Fax: 512852-4788
**Attorneys for Plaintiff-Intervenors**
**Alexander Green and Jasmine Crockett**

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 29th day of September 2025.

*/s/Robert S. Notzon*
