# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants*. | Case No. 3:21-CV-00259-DCG-JES-JVB <br> [Lead Case] |

## BROOKS, LULAC, AND MALC PLAINTIFFS' UNOPPOSED MOTION FOR PAGE LIMIT EXTENSION

The Brooks, LULAC, and MALC Plaintiffs respectfully request that the Court grant a page-limit extension for their attached reply brief in support of their motion for preliminary injunction. Defendants are unopposed to this request, as the brief does not exceed 20 pages.

## CONCLUSION

For the foregoing reasons, Plaintiffs' motion should be granted.

September 29, 2025

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Sabrina Rodriguez
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
 (210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

Ernest I. Herrera

Respectfully submitted,

*/s/ Chad W. Dunn*
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

*/s/ Mark P. Gaber*
Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066

| | |
|---|---|
| Mexican American Legal Defense and Educational Fund (MALDEF)<br>634 S. Spring Street, 9th Floor<br>Los Angeles, CA 90014<br> (210) 629-2512<br>eherrera@maldef.org<br><br>Khrystan N. Policarpio*<br>Mexican American Legal Defense and Educational Fund (MALDEF)<br>1512 14th Street<br>Sacramento, CA 95814<br> (916) 444-3031<br>kpolicarpio@maldef.org<br><br>*Admitted *pro hac vice*<br><br>*Counsel for LULAC Plaintiffs*<br><br>SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, L.L.P.<br><br>/s/ Sean J. McCaffity<br>Sean J. McCaffity<br>State Bar No. 24013122<br>George (Tex) Quesada<br>State Bar No. 16427750<br>3811 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas 75219-4461<br>214-720-0720 (Telephone)<br>214-720-0184 (Facsimile)<br>SMcCaffity@textrial.com<br>Quesada@textrial.com<br><br>*Attorneys for MALC Plaintiffs* | mark@markgaber.com<br><br>Jesse Gaines* (Tex. Bar. No. 07570800)<br>P.O. Box 50093<br>Fort Worth, TX 76105<br>817-714-9988<br>gainesjesse@ymail.com<br><br>Molly E. Danahy*<br>P.O. Box 51<br>Helena, MT 59624<br>(406) 616-3058<br>danahy.molly@gmail.com<br><br>Sonni Waknin*<br>10300 Venice Blvd. # 204<br>Culver City, CA 90232<br>732-610-1283<br>sonniwaknin@gmail.com<br><br>*Admitted *pro hac vice*<br><br>*Counsel for Brooks Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record on September 29, 2025 via the Court's CM/ECF system.

*/s/ Mark P. Gaber*
