IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br>&<br>All Consolidated Cases |

## LULAC PLANTIFFS' FIRST AMENDED EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING

Plaintiffs LULAC, *et al.*, ("LULAC Plaintiffs") respectfully submits its First Amended Exhibit List attached as Exhibit A for the upcoming hearing on Plaintiffs' motions for preliminary injunction. This exhibit list includes exhibits previously introduced by Plaintiffs LULAC at trial (subject to any pending objection, where applicable). For ease of reference, newly-identified exhibits for the preliminary injunction hearing are indicated with a "-PI" suffix in the trial exhibit number.

Plaintiffs LULAC reserves the right to further amend and supplement its exhibit list. LULAC reserves the right to introduce in evidence any documents identified by Defendants or any other plaintiff in their preliminary injunction exhibit list and to introduce additional documents as rebuttal or impeachment evidence.

LULAC's list of exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to the relevant witnesses' testimony.

Date: October 3, 2025

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno
Mexican American Legal Defense and Educational Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC  20036
(202) 293-2828
Asenteno@maldef.org

Denise Hulett*
Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
dhulett@maldef.org
kpolicarpio@maldef.org


Javier A. Silva*
Mexican American Legal Defense and Educational Fund (MALDEF)
100 N LaSalle St., Suite 1900
Chicago, IL 60602

(312) 427-0701
jsilva@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 3rd day of October 2025.

*/s/ Julia Longoria*
Julia Longoria

(312) 427-0701
jsilva@maldef.org

*Admitted pro hac vice*

*Counsel for LULAC Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 3rd day of October 2025.

*/s/ Julia Longoria*
Julia Longoria