| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 829_LULAC_PI | | Expert Report of Loren Collingwood |
| 830_LULAC_PI | | CV of Loren Collingwood |
| 831_LULAC_PI | | Expert Report and CV of David Ely |
| 832_LULAC_PI | | Rebuttal Expert Report of Loren Collingwood |
| 833_LULAC_PI | | Rebuttal Expert Report of David Ely |
| 834_LULAC_PI | C2308 | C2308 - RED-100 District Population Analysis with County Subtotals |
| 835_LULAC_PI | C2308 | C2308 - RED-110 District Population Analysis with VTD Subtotals |
| 836_LULAC_PI | C2308 | C2308 - RED-115 American Community Survey Estimated Population Analysis (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 837_LULAC_PI | C2308 | C2308 - RED-116 American Community Survey Citizenship Analysis (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 838_LULAC_PI | C2308 | C2308 - RED-117 Block Group Population Used in ACS Reports (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 839_LULAC_PI | C2308 | C2308 - RED-118 Population Coverage for Citizenship Analysis (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 840_LULAC_PI | C2308 | C2308 - RED-119 Hispanic Population Profile (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 841_LULAC_PI | C2308 | C2308 - RED-125 Cities and Census Designated Places (CDPs) by District |
| 842_LULAC_PI | C2308 | C2308 - RED-130 Split Cities and Census Designated Places (CDPs) by District |
| 843_LULAC_PI | C2308 | C2308 - RED-135 Cities and Census Designated Places (CDPs) |
| 844_LULAC_PI | C2308 | C2308 - RED-140 Split Cities and Census Designated Places (CDPs) |
| 845_LULAC_PI | C2308 | C2308 - RED-150 Counties |
| 846_LULAC_PI | C2308 | C2308 - RED-155 Split Counties |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 847_LULAC_PI | C2308 | C2308 - RED-160 District Population Analysis with School District Subtotals |
| 848_LULAC_PI | C2308 | C2308 - RED-202 Population and Voter Data with Voter Registration Comparison (22g-24g) |
| 849_LULAC_PI | C2308 | C2308 - RED-206 Election Analysis For elections 2014 |
| 850_LULAC_PI | C2308 | C2308 - RED-206 Election Analysis For elections 2016 |
| 851_LULAC_PI | C2308 | C2308 - RED-206 Election Analysis For elections 2018 |
| 852_LULAC_PI | C2308 | C2308 - RED-206 Election Analysis For elections 2020 |
| 853_LULAC_PI | C2308 | C2308 - RED-206 Election Analysis For elections 2022 |
| 854_LULAC_PI | C2308 | C2308 - RED-206 Election Analysis For elections 2024 |
| 855_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2014DP |
| 856_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2014RP |
| 857_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2014G |
| 858_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2016DP |
| 859_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2016RP |
| 860_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2016G |
| 861_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2018DP |
| 862_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2018RP |
| 863_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2018G |
| 864_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2020DP |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 865_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2020RP |
| 866_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2020G |
| 867_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2022DP |
| 868_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2022RP |
| 869_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2022G |
| 870_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2024DP |
| 871_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2024RP |
| 872_LULAC_PI | C2308 | C2308 - RED-211 Election Analysis with County Subtotals For elections 2024G |
| 873_LULAC_PI | C2308 | C2308 - RED-216 Election Analysis with VTD Subtotals For elections 2014 |
| 874_LULAC_PI | C2308 | C2308 - RED-216 Election Analysis with VTD Subtotals For elections 2016 |
| 875_LULAC_PI | C2308 | C2308 - RED-216 Election Analysis with VTD Subtotals For elections 2018 |
| 876_LULAC_PI | C2308 | C2308 - RED-216 Election Analysis with VTD Subtotals For elections 2020 |
| 877_LULAC_PI | C2308 | C2308 - RED-216 Election Analysis with VTD Subtotals For elections 2022 |
| 878_LULAC_PI | C2308 | C2308 - RED-216 Election Analysis with VTD Subtotals For elections 2024 |
| 879_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2014DP |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 880_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2014RP |
| 881_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2014G |
| 882_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2016DP |
| 883_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2016RP |
| 884_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2016G |
| 885_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2018DP |
| 886_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2018RP |
| 887_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2018G |
| 888_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2020DP |
| 889_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2020RP |
| 890_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2020G |
| 891_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2022DP |
| 892_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2022RP |
| 893_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2022G |
| 894_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2024DP |
| 895_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2024RP |
| 896_LULAC_PI | C2308 | C2308 - RED-225 District Election Analysis For elections 2024G |
| 897_LULAC_PI | C2308 | C2308 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2014 |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 898_LULAC_PI | C2308 | C2308 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2016 |
| 899_LULAC_PI | C2308 | C2308 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2018 |
| 900_LULAC_PI | C2308 | C2308 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2020 |
| 901_LULAC_PI | C2308 | C2308 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2022 |
| 902_LULAC_PI | C2308 | C2308 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2024 |
| 903_LULAC_PI | C2308 | C2308 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2014 |
| 904_LULAC_PI | C2308 | C2308 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2016 |
| 905_LULAC_PI | C2308 | C2308 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2018 |
| 906_LULAC_PI | C2308 | C2308 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2020 |
| 907_LULAC_PI | C2308 | C2308 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2022 |
| 908_LULAC_PI | C2308 | C2308 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2024 |
| 909_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2193 (For 2014) |
| 910_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2193 (For 2016) |
| 911_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2193 (For 2018) |
| 912_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2193 (For 2020) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 913_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2193 (For 2022) |
| 914_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2193 (For 2024) |
| 915_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2193 Compared to C2308 (For 2014) |
| 916_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2193 Compared to C2308 (For 2016) |
| 917_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2193 Compared to C2308 (For 2018) |
| 918_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2193 Compared to C2308 (For 2020) |
| 919_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2193 Compared to C2308 (For 2022) |
| 920_LULAC_PI | C2308 | C2308 - RED-240 Plan Overlap Election Analysis, C2193 Compared to C2308 (For 2024) |
| 921_LULAC_PI | C2308 | C2308 - RED-315 Compactness Analysis - Area Based Measures |
| 922_LULAC_PI | C2308 | C2308 - RED-330 List of Incumbents by District |
| 923_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2100 (For 2014) |
| 924_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2100 (For 2016) |
| 925_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2100 (For 2018) |
| 926_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2100 (For 2020) |
| 927_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2100 (For 2022) |
| 928_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2100 (For 2024) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 929_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2308 (For 2014) |
| 930_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2308 (For 2016) |
| 931_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2308 (For 2018) |
| 932_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2308 (For 2020) |
| 933_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2308 (For 2022) |
| 934_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2308 (For 2024) |
| 935_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2193 (For 2014) |
| 936_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2193 (For 2016) |
| 937_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2193 (For 2018) |
| 938_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2193 (For 2020) |
| 939_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2193 (For 2022) |
| 940_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2193 (For 2024) |
| 941_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2308 (For 2014) |
| 942_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2308 (For 2016) |
| 943_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2308 (For 2018) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 944_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2308 (For 2020) |
| 945_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2308 (For 2022) |
| 946_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2308 (For 2024) |
| 947_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2331 (For 2014) |
| 948_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2331 (For 2016) |
| 949_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2331 (For 2018) |
| 950_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2331 (For 2020) |
| 951_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2331 (For 2022) |
| 952_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2331 (For 2024) |
| 953_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2014) |
| 954_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2016) |
| 955_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2018) |
| 956_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2020) |
| 957_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2022) |
| 958_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2024) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 959_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2014) |
| 960_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2016) |
| 961_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2018) |
| 962_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2020) |
| 963_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2022) |
| 964_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2024) |
| 965_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2014) |
| 966_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2016) |
| 967_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2018) |
| 968_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2020) |
| 969_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2022) |
| 970_LULAC_PI | C2308 | C2308 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2024) |
| 971_LULAC_PI | C2308 | C2308 - RED-350 Incumbents by District |
| 972_LULAC_PI | C2308 | C2308 - RED-365 Precincts in District by County |
| 973_LULAC_PI | C2308 | C2308 - RED-370 Split Precincts in District by County |
| 974_LULAC_PI | C2308 | C2308 - RED-371 Split VTDs in District by County |
| 975_LULAC_PI | C2308 | C2308 - RED-375 Precincts by District |
| 976_LULAC_PI | C2308 | C2308 - RED-380 Split Precincts by District |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 977_LULAC_PI | C2308 | C2308 - RED-381 Split VTDs by District |
| 978_LULAC_PI | C2308 | C2308 - RED-385 ZIP Codes by District |
| 979_LULAC_PI | C2308 | C2308 - Non-Plan Report RED-710 County Population, Voter Registration, and Turnout Analysis (For elections beginning 2014dp, 2014rp, 2014g through 2024dp, 2024rp, 2024g) - WITHDRAWN |
| 980_LULAC_PI | C2308 | C2308 - Non-Plan Report RED-730 County Population, VR, TO, and SSTO Analysis (For elections beginning 2014dp, 2014rp, 2014g through 2024dp, 2024rp, 2024g) -- WITHDRAWN |
| 981_LULAC_PI | C2331 | C2331 - RED-100 District Population Analysis with County Subtotals |
| 982_LULAC_PI | C2331 | C2331 - RED-110 District Population Analysis with VTD Subtotals |
| 983_LULAC_PI | C2331 | C2331 - RED-115 American Community Survey Estimated Population Analysis (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 984_LULAC_PI | C2331 | C2331 - RED-116 American Community Survey Citizenship Analysis (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 985_LULAC_PI | C2331 | C2331 - RED-117 Block Group Population Used in ACS Reports (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 986_LULAC_PI | C2331 | C2331 - RED-118 Population Coverage for Citizenship Analysis (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 987_LULAC_PI | C2331 | C2331 - RED-119 Hispanic Population Profile (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 988_LULAC_PI | C2331 | C2331 - RED-125 Cities and Census Designated Places (CDPs) by District |
| 989_LULAC_PI | C2331 | C2331 - RED-130 Split Cities and Census Designated Places (CDPs) by District |
| 990_LULAC_PI | C2331 | C2331 - RED-135 Cities and Census Designated Places (CDPs) |
| 991_LULAC_PI | C2331 | C2331 - RED-140 Split Cities and Census Designated Places (CDPs) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 992_LULAC_PI | C2331 | C2331 - RED-150 Counties |
| 993_LULAC_PI | C2331 | C2331 - RED-155 Split Counties |
| 994_LULAC_PI | C2331 | C2331 - RED-160 District Population Analysis with School District Subtotals |
| 995_LULAC_PI | C2331 | C2331 - RED-202 Population and Voter Data with Voter Registration Comparison (22g-24g) |
| 996_LULAC_PI | C2331 | C2331 - RED-206 Election Analysis For elections 2014 |
| 997_LULAC_PI | C2331 | C2331 - RED-206 Election Analysis For elections 2016 |
| 998_LULAC_PI | C2331 | C2331 - RED-206 Election Analysis For elections 2018 |
| 999_LULAC_PI | C2331 | C2331 - RED-206 Election Analysis For elections 2020 |
| 1000_LULAC_PI | C2331 | C2331 - RED-206 Election Analysis For elections 2022 |
| 1001_LULAC_PI | C2331 | C2331 - RED-206 Election Analysis For elections 2024 |
| 1002_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2014DP |
| 1003_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2014RP |
| 1004_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2014G |
| 1005_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2016DP |
| 1006_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2016RP |
| 1007_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2016G |
| 1008_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2018DP |
| 1009_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2018RP |
| 1010_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2018G |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1011_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2020DP |
| 1012_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2020RP |
| 1013_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2020G |
| 1014_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2022DP |
| 1015_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2022RP |
| 1016_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2022G |
| 1017_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2024DP |
| 1018_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2024RP |
| 1019_LULAC_PI | C2331 | C2331 - RED-211 Election Analysis with County Subtotals For elections 2024G |
| 1020_LULAC_PI | C2331 | C2331 - RED-216 Election Analysis with VTD Subtotals For elections 2014 |
| 1021_LULAC_PI | C2331 | C2331 - RED-216 Election Analysis with VTD Subtotals For elections 2016 |
| 1022_LULAC_PI | C2331 | C2331 - RED-216 Election Analysis with VTD Subtotals For elections 2018 |
| 1023_LULAC_PI | C2331 | C2331 - RED-216 Election Analysis with VTD Subtotals For elections 2020 |
| 1024_LULAC_PI | C2331 | C2331 - RED-216 Election Analysis with VTD Subtotals For elections 2022 |
| 1025_LULAC_PI | C2331 | C2331 - RED-216 Election Analysis with VTD Subtotals For elections 2024 |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1026_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2014DP |
| 1027_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2014RP |
| 1028_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2014G |
| 1029_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2016DP |
| 1030_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2016RP |
| 1031_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2016G |
| 1032_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2018DP |
| 1033_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2018RP |
| 1034_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2018G |
| 1035_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2020DP |
| 1036_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2020RP |
| 1037_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2020G |
| 1038_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2022DP |
| 1039_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2022RP |
| 1040_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2022G |
| 1041_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2024DP |
| 1042_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2024RP |
| 1043_LULAC_PI | C2331 | C2331 - RED-225 District Election Analysis For elections 2024G |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1044_LULAC_PI | C2331 | C2331 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2014 |
| 1045_LULAC_PI | C2331 | C2331 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2016 |
| 1046_LULAC_PI | C2331 | C2331 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2018 |
| 1047_LULAC_PI | C2331 | C2331 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2020 |
| 1048_LULAC_PI | C2331 | C2331 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2022 |
| 1049_LULAC_PI | C2331 | C2331 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2024 |
| 1050_LULAC_PI | C2331 | C2331 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2014 |
| 1051_LULAC_PI | C2331 | C2331 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2016 |
| 1052_LULAC_PI | C2331 | C2331 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2018 |
| 1053_LULAC_PI | C2331 | C2331 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2020 |
| 1054_LULAC_PI | C2331 | C2331 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2022 |
| 1055_LULAC_PI | C2331 | C2331 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2024 |
| 1056_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2331 (For 2014) |
| 1057_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2331 (For 2016) |
| 1058_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2331 (For 2018) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1059_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2331 (For 2020) |
| 1060_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2331 (For 2022) |
| 1061_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2331 (For 2024) |
| 1062_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2193 (For 2014) |
| 1063_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2193 (For 2016) |
| 1064_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2193 (For 2018) |
| 1065_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2193 (For 2020) |
| 1066_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2193 (For 2022) |
| 1067_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2193 (For 2024) |
| 1068_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2308 (For 2014) |
| 1069_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2308 (For 2016) |
| 1070_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2308 (For 2018) |
| 1071_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2308 (For 2020) |
| 1072_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2308 (For 2022) |
| 1073_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2331 compared to C2308 (For 2024) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1074_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2331(For 2014) |
| 1075_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2331(For 2016) |
| 1076_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2331 (For 2018) |
| 1077_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2331(For 2020) |
| 1078_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2331 (For 2022) |
| 1079_LULAC_PI | C2331 | C2331 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2331 (For 2024) |
| 1080_LULAC_PI | C2331 | C2331 - RED-315 Compactness Analysis - Area Based Measures |
| 1081_LULAC_PI | C2331 | C2331 - RED-330 List of Incumbents by District |
| 1082_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2100 (For 2014) |
| 1083_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2100 (For 2016) |
| 1084_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2100 (For 2018) |
| 1085_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2100 (For 2020) |
| 1086_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2100 (For 2022) |
| 1087_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2100 (For 2024) |
| 1088_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2331 (For 2014) |
| 1089_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2331 (For 2016) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1090_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2331 (For 2018) |
| 1091_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2331 (For 2020) |
| 1092_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2331 (For 2022) |
| 1093_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2331 (For 2024) |
| 1094_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2193 (For 2014) |
| 1095_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2193 (For 2016) |
| 1096_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2193 (For 2018) |
| 1097_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2193 (For 2020) |
| 1098_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2193 (For 2022) |
| 1099_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2193 (For 2024) |
| 1100_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2331 (For 2014) |
| 1101_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2331 (For 2016) |
| 1102_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2331 (For 2018) |
| 1103_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2331 (For 2020) |
| 1104_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2331 (For 2022) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1105_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2331 (For 2024) |
| 1106_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2333 (For 2014) |
| 1107_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2333 (For 2016) |
| 1108_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2333 (For 2018) |
| 1109_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2333 (For 2020) |
| 1110_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2333 (For 2022) |
| 1111_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2333 (For 2024) |
| 1112_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2331 (For 2014) |
| 1113_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2331 (For 2016) |
| 1114_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2331 (For 2018) |
| 1115_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2331 (For 2020) |
| 1116_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2331 (For 2022) |
| 1117_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2331 (For 2024) |
| 1118_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308(For 2014) |
| 1119_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2016) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1120_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2018) |
| 1121_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2020) |
| 1122_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2022) |
| 1123_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2331 to C2308 (For 2024) |
| 1124_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2331 (For 2014) |
| 1125_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2331 (For 2016) |
| 1126_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2108 to C2331 (For 2018) |
| 1127_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2108 to C2331 (For 2020) |
| 1128_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2108 to C2331 (For 2022) |
| 1129_LULAC_PI | C2331 | C2331 - RED-340 Plan Overlap Population Analysis, comparing C2108 to C2331 (For 2024) |
| 1130_LULAC_PI | C2331 | C2331 - RED-350 Incumbents by District (only available for incumbents during redistricting) |
| 1131_LULAC_PI | C2331 | C2331 - RED-365 Precincts in District by County |
| 1132_LULAC_PI | C2331 | C2331 - RED-370 Split Precincts in District by County |
| 1133_LULAC_PI | C2331 | C2331 - RED-371 Split VTDs in District by County |
| 1134_LULAC_PI | C2331 | C2331 - RED-375 Precincts by District |
| 1135_LULAC_PI | C2331 | C2331 - RED-380 Split Precincts by District |
| 1136_LULAC_PI | C2331 | C2331 - RED-381 Split VTDs by District |
| 1137_LULAC_PI | C2331 | C2331 - RED-385 ZIP Codes by District |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1138_LULAC_PI | C2331 | C2331 - Non-Plan Report RED-710 County Population, Voter Registration, and Turnout Analysis (For elections beginning 2014dp, 2014rp, 2014g through 2024dp, 2024rp, 2024g) - WITHDRAWN |
| 1139_LULAC_PI | C2331 | C2331 - Non-Plan Report RED-730 County Population, VR, TO, and SSTO Analysis (For elections beginning 2014dp, 2014rp, 2014g through 2024dp, 2024rp, 2024g) - WITHDRAWN |
| 1140_LULAC_PI | C2333 | C2333 - RED-100 District Population Analysis with County Subtotals |
| 1141_LULAC_PI | C2333 | C2333 - RED-110 District Population Analysis with VTD Subtotals |
| 1142_LULAC_PI | C2333 | C2333 - RED-115 American Community Survey Estimated Population Analysis (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 1143_LULAC_PI | C2333 | C2333 - RED-116 American Community Survey Citizenship Analysis (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 1144_LULAC_PI | C2333 | C2333 - RED-117 Block Group Population Used in ACS Reports (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 1145_LULAC_PI | C2333 | C2333 - RED-118 Population Coverage for Citizenship Analysis (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 1146_LULAC_PI | C2333 | C2333 - RED-119 Hispanic Population Profile (For 5-yr. period ending 2019, 2020, 2021, 2022 and 2023) |
| 1147_LULAC_PI | C2333 | C2333 - RED-125 Cities and Census Designated Places (CDPs) by District |
| 1148_LULAC_PI | C2333 | C2333 - RED-130 Split Cities and Census Designated Places (CDPs) by District |
| 1149_LULAC_PI | C2333 | C2333 - RED-135 Cities and Census Designated Places (CDPs) |
| 1150_LULAC_PI | C2333 | C2333 - RED-140 Split Cities and Census Designated Places (CDPs) |
| 1151_LULAC_PI | C2333 | C2333 - RED-150 Counties |
| 1152_LULAC_PI | C2333 | C2333 - RED-155 Split Counties |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1153_LULAC_PI | C2333 | C2333 - RED-160 District Population Analysis with School District Subtotals |
| 1154_LULAC_PI | C2333 | C2333 - RED-202 Population and Voter Data with Voter Registration Comparison (22g-24g) |
| 1155_LULAC_PI | C2333 | C2333 - RED-206 Election Analysis For elections 2014 |
| 1156_LULAC_PI | C2333 | C2333 - RED-206 Election Analysis For elections 2016 |
| 1157_LULAC_PI | C2333 | C2333 - RED-206 Election Analysis For elections 2018 |
| 1158_LULAC_PI | C2333 | C2333 - RED-206 Election Analysis For elections 2020 |
| 1159_LULAC_PI | C2333 | C2333 - RED-206 Election Analysis For elections 2022 |
| 1160_LULAC_PI | C2333 | C2333 - RED-206 Election Analysis For elections 2024 |
| 1161_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2014DP |
| 1162_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2014RP |
| 1163_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2014G |
| 1164_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2016DP |
| 1165_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2016RP |
| 1166_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2016G |
| 1167_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2018DP |
| 1168_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2018RP |
| 1169_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2018G |
| 1170_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2020DP |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1171_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2020RP |
| 1172_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2020G |
| 1173_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2022DP |
| 1174_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2022RP |
| 1175_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2022G |
| 1176_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2024DP |
| 1177_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2024RP |
| 1178_LULAC_PI | C2333 | C2333 - RED-211 Election Analysis with County Subtotals For elections 2024G |
| 1179_LULAC_PI | C2333 | C2333 - RED-216 Election Analysis with VTD Subtotals For elections 2014 |
| 1180_LULAC_PI | C2333 | C2333 - RED-216 Election Analysis with VTD Subtotals For elections 2016 |
| 1181_LULAC_PI | C2333 | C2333 - RED-216 Election Analysis with VTD Subtotals For elections 2018 |
| 1182_LULAC_PI | C2333 | C2333 - RED-216 Election Analysis with VTD Subtotals For elections 2020 |
| 1183_LULAC_PI | C2333 | C2333 - RED-216 Election Analysis with VTD Subtotals For elections 2022 |
| 1184_LULAC_PI | C2333 | C2333 - RED-216 Election Analysis with VTD Subtotals For elections 2024 |
| 1185_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2014DP |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1186_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2014RP |
| 1187_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2014G |
| 1188_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2016DP |
| 1189_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2016RP |
| 1190_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2016G |
| 1191_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2018DP |
| 1192_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2018RP |
| 1193_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2018G |
| 1194_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2020DP |
| 1195_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2020RP |
| 1196_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2020G |
| 1197_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2022DP |
| 1198_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2022RP |
| 1199_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2022G |
| 1200_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2024DP |
| 1201_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2024RP |
| 1202_LULAC_PI | C2333 | C2333 - RED-225 District Election Analysis For elections 2024G |
| 1203_LULAC_PI | C2333 | C2333 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2014 |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1204_LULAC_PI | C2333 | C2333 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2016 |
| 1205_LULAC_PI | C2333 | C2333 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2018 |
| 1206_LULAC_PI | C2333 | C2333 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2020 |
| 1207_LULAC_PI | C2333 | C2333 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2022 |
| 1208_LULAC_PI | C2333 | C2333 - RED-235 Population, Voter Registration, and Turnout Analysis For elections 2024 |
| 1209_LULAC_PI | C2333 | C2333 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2014 |
| 1210_LULAC_PI | C2333 | C2333 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2016 |
| 1211_LULAC_PI | C2333 | C2333 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2018 |
| 1212_LULAC_PI | C2333 | C2333 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2020 |
| 1213_LULAC_PI | C2333 | C2333 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2022 |
| 1214_LULAC_PI | C2333 | C2333 - RED-237 Population, VR, TO, and SSTO Analysis For elections 2024 |
| 1215_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2333 (For 2014) |
| 1216_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2333 (For 2016) |
| 1217_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2333 (For 2018) |
| 1218_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2333 (For 2020) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1219_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2333 (For 2022) |
| 1220_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2193 compared to C2333 (For 2024) |
| 1221_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2193 (For 2014) |
| 1222_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2193 (For 2016) |
| 1223_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2193 (For 2018) |
| 1224_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2193 (For 2020) |
| 1225_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2193 (For 2022) |
| 1226_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2193 (For 2024) |
| 1227_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2308 (For 2014) |
| 1228_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2308 (For 2016) |
| 1229_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2308 (For 2018) |
| 1230_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2308 (For 2020) |
| 1231_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2308 (For 2022) |
| 1232_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2333 compared to C2308 (For 2024) |
| 1233_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2333 (For 2014) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1234_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2333 (For 2016) |
| 1235_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2333 (For 2018) |
| 1236_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2333 (For 2020) |
| 1237_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2333 (For 2022) |
| 1238_LULAC_PI | C2333 | C2333 - RED-240 Plan Overlap Election Analysis, C2308 compared to C2333 (For 2024) |
| 1239_LULAC_PI | C2333 | C2333 - RED-315 Compactness Analysis - Area Based Measures |
| 1240_LULAC_PI | C2333 | C2333 - RED-315 Compactness Analysis - Area Based Measures - WITHDRAWN |
| 1241_LULAC_PI | C2333 | C2333 - RED-330 List of Incumbents by District |
| 1242_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2100 ( For 2014) |
| 1243_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2100 (For 2016) |
| 1244_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2100 (For 2018) |
| 1245_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2100 (For 2020) |
| 1246_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2100 (For 2022) |
| 1247_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2100 (For 2024) |
| 1248_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2018DP (comparing C2333 to C2100) - WITHDRAWN |
| 1249_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2018RP (comparing C2333 to C2100) - WITHDRAWN |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1250_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2018G (comparing C2333 to C2100) - WITHDRAWN |
| 1251_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2020DP (comparing C2333 to C2100) - WITHDRAWN |
| 1252_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2020RP (comparing C2333 to C2100) - WITHDRAWN |
| 1253_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2020G (comparing C2333 to C2100) - WITHDRAWN |
| 1254_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2022DP (comparing C2333 to C2100) - WITHDRAWN |
| 1255_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2022RP (comparing C2333 to C2100) - WITHDRAWN |
| 1256_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2022G (comparing C2333 to C2100) - WITHDRAWN |
| 1257_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2024DP (comparing C2333 to C2100) - WITHDRAWN |
| 1258_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2024RP (comparing C2333 to C2100) - WITHDRAWN |
| 1259_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2024G (comparing C2333 to C2100) - WITHDRAWN |
| 1260_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2333 (For 2014) |
| 1261_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2333 (For 2016) |
| 1262_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2333 (For 2018) |
| 1263_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2333 (For 2020) |
| 1264_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2333 (For 2022) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1265_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2100 to C2333 (For 2024) |
| 1266_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2018DP (comparing C2100 to C2333) - WITHDRAWN |
| 1267_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2018RP (comparing C2100 to C2333) - WITHDRAWN |
| 1268_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2018G (comparing C2100 to C2333) - WITHDRAWN |
| 1269_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2020DP (comparing C2100 to C2333) - WITHDRAWN |
| 1270_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2020RP (comparing C2100 to C2333) - WITHDRAWN |
| 1271_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2020G (comparing C2100 to C2333) - WITHDRAWN |
| 1272_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2022DP (comparing C2100 to C2333) - WITHDRAWN |
| 1273_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2022RP (comparing C2100 to C2333) - WITHDRAWN |
| 1274_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2022G (comparing C2100 to C2333) - WITHDRAWN |
| 1275_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2024DP (comparing C2100 to C2333) - WITHDRAWN |
| 1276_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2024RP (comparing C2100 to C2333) - WITHDRAWN |
| 1277_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis For election 2024G (comparing C2100 to C2333) - WITHDRAWN |
| 1278_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2193 (For 2014) |
| 1279_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2193 (For 2016) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1280_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2193 (For 2018) |
| 1281_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2193 (For 2020) |
| 1282_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2193 (For 2022) |
| 1283_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2193 (For 2024) |
| 1284_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2333 (For 2014) |
| 1285_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2333 (For 2016) |
| 1286_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2333 (For 2018) |
| 1287_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2333 (For 2020) |
| 1288_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2333 (For 2022) |
| 1289_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2193 to C2333 (For 2024) |
| 1290_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2014) |
| 1291_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2016) |
| 1292_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2018) |
| 1293_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2020) |
| 1294_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2022) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1295_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2308 to C2333 (For 2024) |
| 1296_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2014) |
| 1297_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2016) |
| 1298_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2018) |
| 1299_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2020) |
| 1300_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2022) |
| 1301_LULAC_PI | C2333 | C2333 - RED-340 Plan Overlap Population Analysis, comparing C2333 to C2308 (For 2024) |
| 1302_LULAC_PI | C2333 | C2333 - RED-350 Incumbents by District |
| 1303_LULAC_PI | C2333 | C2333 - RED-365 Precincts in District by County |
| 1304_LULAC_PI | C2333 | C2333 - RED-370 Split Precincts in District by County |
| 1305_LULAC_PI | C2333 | C2333 - RED-371 Split VTDs in District by County |
| 1306_LULAC_PI | C2333 | C2333 - RED-375 Precincts by District |
| 1307_LULAC_PI | C2333 | C2333 - RED-380 Split Precincts by District |
| 1308_LULAC_PI | C2333 | C2333 - RED-381 Split VTDs by District |
| 1309_LULAC_PI | C2333 | C2333 - RED-385 ZIP Codes by District |
| 1310_LULAC_PI | | Non-Plan Report RED-710 County Population, Voter Registration, and Turnout Analysis (For elections beginning 2014dp, 2014rp, 2014g through 2024dp, 2024rp, 2024g) |
| 1311_LULAC_PI | | Non-Plan Report RED-730 County Population, VR, TO, and SSTO Analysis (For elections beginning 2014dp, 2014rp, 2014g through 2024dp, 2024rp, 2024g) |
| 1312_LULAC_PI | C2193 | C2193 - Red-140 - Split cities and census designated places (CPs) |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1313_LULAC_PI | C2193 | C2193 - Red-202 Population and Voter Data with Voter registration comparison - 22g-24g |
| 1314_LULAC_PI | C2193 | C2193 - Red-211 – Election Analysis with County Subtotals - (For Elections beginning 2014dp, 2014rp, 2014g through 2024dp, 2024rp, 2024g) |
| 1315_LULAC_PI | C2193 | C2193 - Red-216 – Election Analysis with VTD Subtotals (For Elections beginning 2014dp, 2014rp, 2014g through 2024dp, 2024rp, 2024g) |
| 1316_LULAC_PI | C2193 | C2193 - Red-365 – Precincts in District by County |
| 1317_LULAC_PI | C2193 | C2193 - Red-375 – Precincts by District |
| 1318_LULAC_PI | | Texas Legislative Council, Congressional Map 1972 |
| 1319_LULAC_PI | | Texas Legislative Council, 2006 Special and General Elections and 2008-2010 Elections |
| 1320_LULAC_PI | | Texas Legislative Council, 2004 Elections and 2006 Primaries |
| 1321_LULAC_PI | | Texas Legislative Council, 2002 Elections |
| 1322_LULAC_PI | | Texas Legislative Council, Texas Congressional Districts, 1996 Special and General Elections and 1998-2000 Elections |
| 1323_LULAC_PI | | Texas Legislative Council, Texas Congressional Districts, 1992-1994 Elections and 1996 Primary Elections |
| 1324_LULAC_PI | | Texas Legislative Council, Texas Congressional Districts, 1984-1990 Elections |
| 1325_LULAC_PI | | Texas Legislative Council, Texas Congressional Districts, 1982 Elections |
| 1326_LULAC_PI | | Texas Legislative Council, Texas Congressional Districts, 1976-1980 Elections |
| 1327_LULAC_PI | | Texas Legislative Council, Texas Congressional Districts, 1974 Elections |
| 1328_LULAC_PI | | TLC C235_RED116_ACS 07_11 |
| 1329_LULAC_PI | | TLC C235_RED116_ACS 11_15 |
| 1330_LULAC_PI | | TLC CVAP Disaggregation Methodology in C2333 - Red 216 |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1331_LULAC_PI | | Houston Chronicle Article, "Houston's only Hispanic member in U.S. House could have fight to remain in office.", Sept. 25, 2025. |
| 1332_LULAC_PI | | Texas' 29th Congressional District election, 2026- Ballotpedia |
| 1333_LULAC_PI | C2333 | TLC DistrictViewer Screenshot C2333 – Harris County |
| 1334_LULAC_PI | C2193 | TLC DistrictViewer Screenshot C2193 – Harris County |
| 1335_LULAC-PI | | DOJ Objection TX House 1-25-1982 |
| 1336_LULAC_PI | | DOJ Objection_TX House 1-23-1976 |
| 1337_LULAC_PI | | DOJ Objection TX House 11-12-1991 |
| 1338_LULAC_PI | | DOJ Objection_TX House_11-16-2001 |
| 1339_LULAC_PI | | TJB Screenshot_ SC _ Justice Rebeca Aizpuru Huddle |
| 1340_LULAC_PI | | TLC DistrictViewer Screenshot Plan C2193 - CD35 Hays |
| 1341_LULAC_PI | | TLC DistrictViewer Screenshot Plan C2333 - CD35 Full |
| 1342_LULAC_PI | | TLC DistrictViewer Screenshot Plan C2333 - CD35 Hays |
| 1343_LULAC_PI | | TLC DistrictViewer Screenshot Plan C2193 - CD35 Full |
| 1344_LULAC_PI | | Exhibit AA-MABA-TX Member B C2333 District Viewer Map-UNDER SEAL-R |
| 1345_LULAC_PI | | Exhibit A-LULAC Member A-UNDER SEAL-R |
| 1346_LULAC_PI | | Exhibit BB- MABA-TX Member D C2333 District Viewer Map-UNDER SEAL-R |
| 1347_LULAC_PI | | Exhibit B-LULAC Member B-UNDER SEAL-R |
| 1348_LULAC_PI | | Exhibit CC-TX HOPE Member A C2333 District Viewer Map-UNDER SEAL-R |
| 1349_LULAC_PI | | Exhibit C-LULAC Member C-UNDER SEAL-R |
| 1350_LULAC_PI | | Exhibit DD-TX HOPE Member C-UNDER SEAL-R |
| 1351_LULAC_PI | | Exhibit D-LULAC Member D-UNDER SEAL-R |
| 1352_LULAC_PI | | Exhibit EE-TX HOPE Member D-UNDER SEAL-R |
| 1353_LULAC_PI | | Exhibit E-LULAC Member E-UNDER SEAL-R |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| 1354_LULAC_PI | | Exhibit FF-TX HOPE Member E-UNDER SEAL-R |
| 1355_LULAC_PI | | Exhibit F-LULAC Member F C2333 District Viewer Map-UNDER SEAL-R |
| 1356_LULAC_PI | | Exhibit G-LULAC Member G C2333 District Viewer Map-UNDER SEAL-R |
| 1357_LULAC_PI | | Exhibit H-LULAC Member H C2333 District Viewer Map-UNDER SEAL-R |
| 1358_LULAC_PI | | Exhibit I-LULAC Member I-UNDER SEAL-R |
| 1359_LULAC_PI | | Exhibit J-LULAC Member J-UNDER SEAL-R |
| 1360_LULAC_PI | | Exhibit K-LULAC Member K-UNDER SEAL-R |
| 1361_LULAC_PI | | Exhibit L-LULAC Member L-UNDER SEAL-R |
| 1362_LULAC_PI | | Exhibit M-LULAC Member M-UNDER SEAL-R |
| 1363_LULAC_PI | | Exhibit N-LULAC Member N C2333 District Viewer Map-UNDER SEAL-R |
| 1364_LULAC_PI | | Exhibit O-LULAC Member O-UNDER SEAL-R |
| 1365_LULAC_PI | | Exhibit P-LULAC Member P-UNDER SEAL-R |
| 1366_LULAC_PI | | Exhibit R-LUPE Member B-UNDER SEAL-R |
| 1367_LULAC_PI | | Exhibit S-LUPE Member D-UNDER SEAL-R |
| 1368_LULAC_PI | | Exhibit T-LUPE Member E-UNDER SEAL-R |
| 1369_LULAC_PI | | Exhibit U-LUPE Member F-UNDER SEAL-R |
| 1370_LULAC_PI | | Exhibit V-LUPE Member G-UNDER SEAL-R |
| 1371_LULAC_PI | | Exhibit W-LUPE Member H-UNDER SEAL-R |
| 1372_LULAC_PI | | Exhibit X-LUPE Member I-UNDER SEAL-R |
| 1373_LULAC_PI | | Exhibit Y-LUPE Member J-UNDER SEAL-R |
| 1374_LULAC_PI | | Exhibit Z-MABA-TX Member A C2333 District Viewer Map-UNDER SEAL-R |
| 1375_LULAC_PI | | Declaration of Jose Olivares - UNDER SEAL-R |

| LULAC Ex. Number | Plan Number | Exhibit Description/File Name |
|---|---|---|
| <u>1376_LULAC_PI</u> | | Declaration of Paulita Sanchez - UNDER SEAL-R |
| <u>1377_LULAC_PI</u> | | Declaration of Jo Ann Acevedo - UNDER SEAL-R |
| <u>1378_LULAC_PI</u> | | Declaration of David Lopez - UNDER SEAL-R |
| <u>1379_LULAC_PI</u> | | Declaration of Diana Martinez Alexander - UNDER SEAL-R |
| <u>1380_LULAC_PI</u> | | Screenshot_Houston Superneighborhoods C2333 with inset |
| 1381_LULAC_PI | | CD29/CD9 Side by Side Demonstrative |