IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*<br><br>*Plaintiffs,*<br>V.<br><br>GREG ABBOTT, *et al.*,<br><br>*Defendants.* | § § § § § § § § § § § | Case No. 3:21-cv-00259<br>[Lead Case] |
| TEXAS STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiff,*<br>V.<br><br>GREG ABBOTT, *et al.*,<br><br>*Defendants.* | § § § § § § § § § § § § | Case No. 1:21-cv-01006<br>[Consolidated Case] |

**PLAINTIFF TEXAS NAACP'S SECOND AMENDED EXHIBIT LIST
FOR PRELIMINARY INJUNCTION HEARING**

Plaintiff Texas NAACP respectfully submits its Second Amended Exhibit List attached as Exhibit A for the upcoming hearing on Plaintiffs' motions for preliminary injunction. This exhibit list includes exhibits previously introduced by Plaintiff Texas NAACP at trial (subject to any pending objection, where applicable). For ease of reference, newly-identified exhibits for the preliminary injunction hearing are indicated with a "-PI" suffix in the trial exhibit number.

Texas NAACP reserves the right to further amend and supplement its exhibit list. Texas NAACP also reserves the right to introduce in evidence any documents identified by Defendants or

1

any other plaintiff in their preliminary injunction exhibit list and to introduce additional documents as rebuttal or impeachment evidence.

Texas NAACP's list of exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to the relevant witnesses' testimony.

Dated: October 5, 2025

                                                  Respectfully submitted,

                                                  */s/ Lindsey B. Cohan*
Lindsey B. Cohan
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
*lindsey.cohan@dechert.com*

Robert Weiner
David Rollins-Boyd*
Jennifer Nwachukwu*
Jeremy Lewis*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
*robert.weiner@lawyerscommittee.org*
*drollins-boyd@lawyerscommittee.org*
*jnwachukwu@lawyerscommittee.org*
*jlewis@lawyerscommittee.org*

Neil Steiner*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
*neil.steiner@dechert.com*

Robert Notzon
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue

Austin, Texas 78701
(512) 474-7563
*robert@notzonlaw.com*

Gary Bledsoe
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
*gbledsoe@thebledsoelawfirm.com*
*Attorney only as to Texas NAACP's claims related to Texas state senate and state house plans*

Anthony P. Ashton*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*aashton@naacpnet.org*

Janette M. Louard
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
*jlouard@naacpnet.org*
*Attorneys appearing of counsel*

*Admitted *pro hac vice*.

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing and all attachments were filed and served on counsel of record via the Court's electronic filing system on October 5, 2025.

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan
*Counsel for Plaintiff Texas NAACP*
