Plaintiff Texas NAACP's Preliminary Injunction Hearing Second Amended Exhibit List
October 5, 2025

| Trial Exhibit No. | Date | Deposition / Motion Exhibit | Beginning Bates No. / Description | End Bates No. |
|---|---|---|---|---|
| PL_TXNAACP 1 | 7/16/2020 | Carter 01 | Memorandom from Sharon Carter and Hugh Brady to Texas House Committee Chairs re Options for Conducting Interim Committee Business | [] |
| PL_TXNAACP 2 | 1/12/2021 | Buckley 05 | House District 54 - District Population Analysis with Public Schools | [] |
| PL_TXNAACP 3 | 1/13/2021 | Huffman 14 | State Senate District 17 - District Population with County Schools | [] |
| PL_TXNAACP 4 | 1/26/2021 | [] | BILL_FILE-0017994 | BILL_FILE-0018027 |
| PL_TXNAACP 5 | 1/27/2021 | [] | BILL_FILE-0018028 | BILL_FILE-0018060 |
| PL_TXNAACP 6 | 1/27/2021 | [] | TEX_LEG_REDISTRICTING_003840 | TEX_LEG_REDISTRICTING_003872 |
| PL_TXNAACP 7 | 1/28/2021 | [] | BILL_FILE-0018061 | BILL_FILE-0018111 |
| PL_TXNAACP 8 | 1/29/2021 | [] | BILL_FILE-0018112 | BILL_FILE-0018132 |
| PL_TXNAACP 9 | 2/4/2021 | [] | BILL_FILE-0018184 | BILL_FILE-0018235 |
| PL_TXNAACP 10 | 2/4/2021 | [] | SRC_000200 | SRC_000251 |
| PL_TXNAACP 11 | 2/4/2021 | [] | STATE-REDISTRICTING_002223 | STATE-REDISTRICTING_002223 |
| PL_TXNAACP 12 | 2/4/2021 | [] | STATE-REDISTRICTING_002233 | STATE-REDISTRICTING_002233 |
| PL_TXNAACP 13 | 2/4/2021 | [] | STATE-REDISTRICTING_002237 | STATE-REDISTRICTING_002237 |
| PL_TXNAACP 14 | 2/4/2021 | [] | STATE-REDISTRICTING_002284 | STATE-REDISTRICTING_002284 |
| PL_TXNAACP 15 | 2/12/2021 | [] | BILL_FILE-0018236 | BILL_FILE-0018314 |
| PL_TXNAACP 16 | 2/12/2021 | [] | SRC_000032 | SRC_000110 |
| PL_TXNAACP 17 | 2/25/2021 | Buckley 06 | House District 54 - District Population Analysis with School District Subtotals | [] |
| PL_TXNAACP 18 | 2/25/2021 | Buckley 07 | House District 54 - District Election Report | [] |
| PL_TXNAACP 19 | 3/13/2021 | [] | BILL_FILE-0018396 | BILL_FILE-0018474 |
| PL_TXNAACP 20 | 3/13/2021 | [] | TEX_LEG_REDISTRICTING_010025 | TEX_LEG_REDISTRICTING_010033 |
| PL_TXNAACP 21 | 6/3/2021 | Gober 02 | GOBERDOJ000053 | GOBERDOJ000207 |
| PL_TXNAACP 22 | 6/22/2021 | Gober 04 | GOBERDOJ000174 | GOBERDOJ000176 |
| PL_TXNAACP 23 | 8/11/2021 | Gober 10 | GOBERDOJ06092585 | GOBERDOJ06092585 |
| PL_TXNAACP 24 | 8/20/2021 | Mackin 12 | 8/20/21 - 10/16/21 A. Mackin text messages | [] |
| PL_TXNAACP 25 | 8/26/2021 | [] | GOBERDOJ00406096666 | GOBERDOJ00406096674 |
| PL_TXNAACP 26 | 9/3/2021 | [] | LULAC_TX_LEG_REDISTRICTING_005349 | LULAC_TX_LEG_REDISTRICTING_005350 |
| PL_TXNAACP 27 | 9/3/2021 | Gober 03 | GOBERDOJ000302 | GOBERDOJ000306 |
| PL_TXNAACP 28 | 9/18/2021 | [] | BILL_FILE-0005401 | BILL_FILE-0005403 |
| PL_TXNAACP 29 | 9/18/2021 | Hancock 18 | Email from B. Powell to B. Hughes et al re "Regarding concerns with proposed redraw of SD10" | [] |
| PL_TXNAACP 30 | 9/20/2021 | [] | BILL_FILE-0006616 | BILL_FILE-0006616 |
| PL_TXNAACP 31 | 9/21/2021 | [] | GOBERDOJ014374 | GOBERDOJ014374 |
| PL_TXNAACP 32 | 9/21/2021 | Huffman 08 | BILL_FILE-0004561 | BILL_FILE-0004589 |
| PL_TXNAACP 33 | 9/21/2021 | Landgraf 07 | Email from C. Gober to S. Field re "Unified US House of Representatives Map for Texas" | [] |
| PL_TXNAACP 34 | 9/21/2021 | Landgraf 08 | Email from C. Gober to A. Mackin re "Unified US House of Representatives Map for Texas" | [] |
| PL_TXNAACP 35 | 9/23/2021 | [] | SRC_000967 | SRC_000968 |
| PL_TXNAACP 36 | 9/24/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008405 | LULAC_TX_LEG_REDISTRICTING_008406 |
| PL_TXNAACP 37 | 9/24/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008502 | LULAC_TX_LEG_REDISTRICTING_008504 |
| PL_TXNAACP 38 | 9/24/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008835 | LULAC_TX_LEG_REDISTRICTING_008840 |
| PL_TXNAACP 39 | 9/24/2021 | [] | LULAC_TX_LEG_REDISTRICTING_009127 | LULAC_TX_LEG_REDISTRICTING_0091279 |
| PL_TXNAACP 40 | 9/24/2021 | Hancock 13 | STATE-REDISTRICTING_001529 | STATE-REDISTRICTING_001529 |
| PL_TXNAACP 41 | 9/24/2021 | Hancock 14 | STATE-REDISTRICTING_001530 | STATE-REDISTRICTING_001539 |
| PL_TXNAACP 42 | 9/25/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008498 | LULAC_TX_LEG_REDISTRICTING_008500 |
| PL_TXNAACP 43 | 9/25/2021 | [] | SRC_000886 | SRC_000887 |
| PL_TXNAACP 44 | 9/25/2021 | [] | SRC_001333 | SRC_001333 |
| PL_TXNAACP 45 | 9/25/2021 | [] | TEX_LEG_REDISTRICTING_010413 | TEX_LEG_REDISTRICTING_010413 |

Plaintiff Texas NAACP's Preliminary Injunction Hearing Second Amended Exhibit List
October 5, 2025

| Trial Exhibit No. | Date | Deposition / Motion Exhibit | Beginning Bates No. / Description | End Bates No. |
|---|---|---|---|---|
| PL_TXNAACP 46 | 9/25/2021 | [] | TEX_LEG_REDISTRICTING_011486 | TEX_LEG_REDISTRICTING_011487 |
| PL_TXNAACP 47 | 9/26/2021 | [] | SRC_000714 | SRC_000715 |
| PL_TXNAACP 48 | 9/26/2021 | [] | TEX_LEG_REDISTRICTING_006145 | TEX_LEG_REDISTRICTING_006146 |
| PL_TXNAACP 49 | 9/26/2021 | [] | TEX_LEG_REDISTRICTING_011815 | TEX_LEG_REDISTRICTING_011815 |
| PL_TXNAACP 50 | 9/27/2021 | [] | LULAC_TX_LEG_REDISTRICTING_005834 | LULAC_TX_LEG_REDISTRICTING_005834 |
| PL_TXNAACP 51 | 9/27/2021 | Gober 24 | Compare Committee Plan C2101 to 9/25/21 | [] |
| PL_TXNAACP 52 | 9/29/2021 | [] | LULAC_TX_LEG_REDISTRICTING_008841 | LULAC_TX_LEG_REDISTRICTING_008847 |
| PL_TXNAACP 53 | 9/29/2021 | Hunter 07 | Map of House Districts - Proposed Plan H2101 | [] |
| PL_TXNAACP 54 | 9/29/2021 | Hunter 29 (Excerpt) | BILL_FILE-0002178 | BILL_FILE-0002235 |
| PL_TXNAACP 55 | 9/30/2021 | [] | NAACP_TEX_LEG_REDISTRICTING_012624 | NAACP_TEX_LEG_REDISTRICTING_012662 |
| PL_TXNAACP 56 | 9/30/2021 | [] | TEX_LEG_REDISTRICTING_005700 | TEX_LEG_REDISTRICTING_005700 |
| PL_TXNAACP 57 | 9/30/2021 | [] | TEX_LEG_REDISTRICTING_010321 | TEX_LEG_REDISTRICTING_010326 |
| PL_TXNAACP 58 | 9/30/2021 | Gober 28 | Compare Committee Plan C2116 to 9/30/21 | [] |
| PL_TXNAACP 59 | 10/2/2021 | Huffman 7 | BILL_FILE-0004653 | BILL_FILE-0004660 |
| PL_TXNAACP 60 | 10/3/2021 | [] | LULAC_TX_LEG_REDISTRICTING_006677 | LULAC_TX_LEG_REDISTRICTING_006686 |
| PL_TXNAACP 61 | 10/3/2021 | [] | SRC_001557 | SRC_001558 |
| PL_TXNAACP 62 | 10/4/2021 | [] | BILL_FILE-0016400 | BILL_FILE-0016659 |
| PL_TXNAACP 63 | 10/4/2021 | [] | LULAC_TX_LEG_REDISTRICTING_006377 | LULAC_TX_LEG_REDISTRICTING_006378 |
| PL_TXNAACP 64 | 10/4/2021 | [] | NAACP_TEX_LEG_REDISTRICTING_012751 | NAACP_TEX_LEG_REDISTRICTING_012789 |
| PL_TXNAACP 65 | 10/4/2021 | [] | SRC_001534 | SRC_001535 |
| PL_TXNAACP 66 | 10/4/2021 | [] | TEX_LEG_REDISTRICTING_008141 | TEX_LEG_REDISTRICTING_008142 |
| PL_TXNAACP 67 | 10/4/2021 | [] | TEX_LEG_REDISTRICTING_008435 | TEX_LEG_REDISTRICTING_008435 |
| PL_TXNAACP 68 | 10/4/2021 | [] | BILL_FILE-0012400 | BILL_FILE-0012437 |
| PL_TXNAACP 69 | 10/5/2021 | [] | BILL_FILE-0007816 | BILL_FILE-0007854 |
| PL_TXNAACP 70 | 10/6/2021 | [] | BILL_FILE-0006529 | BILL_FILE-0006531 |
| PL_TXNAACP 71 | 10/6/2021 | [] | NAACP_TEX_LEG_REDISTRICTING_015669 | NAACP_TEX_LEG_REDISTRICTING_015669 |
| PL_TXNAACP 72 | 10/6/2021 | Huffman 9 | BILL_FILE-0001057 | BILL_FILE-0001101 |
| PL_TXNAACP 73 | 10/7/2021 | [] | BILL_FILE-0005801 | BILL_FILE-0005809 |
| PL_TXNAACP 74 | 10/10/2021 | Jetton 21 | Population and Voter Data and Voter Registration Comparison- House Plan H2228 | [] |
| PL_TXNAACP 75 | 10/10/2021 | Jetton 22 | American Community Survey - House Plan H2228 | [] |
| PL_TXNAACP 76 | 10/10/2021 | Lozano 09 | District Population Analysis with County Subtotals - House Districts - H2261 | [] |
| PL_TXNAACP 77 | 10/11/2021 | [] | BILL_FILE-0005842 | BILL_FILE-0005881 |
| PL_TXNAACP 78 | 10/11/2021 | [] | LULAC_TX_LEG_REDISTRICTING_007318 | LULAC_TX_LEG_REDISTRICTING_007319 |
| PL_TXNAACP 79 | 10/11/2021 | Garcia 03 | Email from C. Garcia to S. Opperman re "SB4" | [] |
| PL_TXNAACP 80 | 10/12/2021 | Jetton 23 | Population and Voter Data and Voter Registration Comparions - House Plan H2276 | [] |
| PL_TXNAACP 81 | 10/12/2021 | Jetton 25 | American Community Survey - House Plan H2276 | [] |
| PL_TXNAACP 82 | 10/13/2021 | [] | STATE-REDISTRICTING_001227 | STATE-REDISTRICTING_001289 |
| PL_TXNAACP 83 | 10/13/2021 | Garcia 15 | Email from S. Greenblatt to C. Garcia re "never got confirmation" | [] |
| PL_TXNAACP 84 | 10/13/2021 | Landgraf 05 | Population and Voter Data with Voter Registration Comparison - House Districts - H2316 | [] |
| PL_TXNAACP 85 | 10/13/2021 | Landgraf 10 | District Population Analysis with County Subtotals - House Districts - H2316 | [] |
| PL_TXNAACP 86 | 10/14/2021 | Garcia 16 | Email from N. Winick to Texas House Redistricting re "House Redistricting Committee hearing on SB6 Confirmation" and attaching "SB6.doc" | [] |
| PL_TXNAACP 87 | 10/16/2021 | Hunter 19 | GOBERDOJ017575 | GOBERDOJ017576 |
| PL_TXNAACP 88 | 10/17/2021 | [] | BILL_FILE-0013229 | BILL_FILE-0013276 |
| PL_TXNAACP 89 | 10/19/2021 | [] | BILL_FILE-0006614 | BILL_FILE-0006614 |

Plaintiff Texas NAACP's Preliminary Injunction Hearing Second Amended Exhibit List
October 5, 2025

| Trial Exhibit No. | Date | Deposition / Motion Exhibit | Beginning Bates No. / Description | End Bates No. |
|---|---|---|---|---|
| PL_TXNAACP 90 | 4/18/2022 | Mackin 02 | American Community Survey Special Tabulation - House Districts Plan H2100 | [] |
| PL_TXNAACP 91 | 6/6/2022 | Hunter 34 | District Population Analysis with County Subtotals Congressional Districts - Plan C2195 | [] |
| PL_TXNAACP 92 | 7/11/2022 | Lozano 13 | Election Analysis - House Districts Plan H2261 2020 Election | [] |
| PL_TXNAACP 93 | 7/11/2022 | Lozano 14 | Population, Voter Registration, Turnout, and SSTO Analysis - House Districts - H2261 | [] |
| PL_TXNAACP 94 | 7/27/2022 | Hunter 30 | District Population Analysis with County Subtotals House Districts - Plan H2322 | [] |
| PL_TXNAACP 95 | [] | [] | SRC_002372 | SRC_002373 |
| PL_TXNAACP 96 | [] | [] | LULAC_TX_LEG_REDISTRICTING_015106 | LULAC_TX_LEG_REDISTRICTING_015106 |
| PL_TXNAACP 97 | [] | [] | LULAC_TX_LEG_REDISTRICTING_015137 | LULAC_TX_LEG_REDISTRICTING_015137 |
| PL_TXNAACP 98 | [] | [] | BILL_FILE-0006617 | BILL_FILE-0006617 |
| PL_TXNAACP 99 | [] | Buckley 09 | House Districts 54-55 Map | [] |
| PL_TXNAACP 100 | [] | Buckley 14 | House Districts 54-55 Bell County Proposed Districts | [] |
| PL_TXNAACP 101 | [] | Carter 06 | Representative Anchia Point of Order- SB 6_ Rule 13, Sec 9d | [] |
| PL_TXNAACP 102 | [] | Foltz 23 | Plan H2321 | [] |
| PL_TXNAACP 103 | [] | Foltz 25 | Map of Plan H2321 - Travis County | [] |
| PL_TXNAACP 104 | [] | Gober 06 | GOBERDOJ000242 | GOBERDOJ000247 |
| PL_TXNAACP 105 | [] | Gober 34 | Map - Alt2b Alternative Plan State of Texas | [] |
| PL_TXNAACP 106 | [] | Gober 35 | Map - Senate Alt5 Alternative Plan State of Texas | [] |
| PL_TXNAACP 107 | [] | Gober 36 | Map - Unified Senate Base Alternative Plan | [] |
| PL_TXNAACP 108 | [] | Gober 37 | Map - Unified SenAlt1 Alternative Plan | [] |
| PL_TXNAACP 109 | [] | Gober 38 | Map - Unified Senate Base 2 Alternative Plan | [] |
| PL_TXNAACP 110 | [] | Gober 39 | Map - Unified Senate Base 3 Plan Alternative Plan | [] |
| PL_TXNAACP 111 | [] | Gober 40 | Map - Unified Senate Base 4 Plan (V Gonzalez Amendment 15-34) | [] |
| PL_TXNAACP 112 | [] | Gober 41 | Map - Aggie Alternative Plan | [] |
| PL_TXNAACP 113 | [] | Gober 42 | Map - Mustang Alternative Plan | [] |
| PL_TXNAACP 114 | [] | Gober 43 | Map - SenAlt2b - Alternative Plan | [] |
| PL_TXNAACP 115 | [] | Gober 44 | Map - SenAlt2 Alternative Plan | [] |
| PL_TXNAACP 116 | [] | Gober 45 | Map - Unified SenAlt2 Alternative Plan | [] |
| PL_TXNAACP 117 | [] | Gober 46 | Map - Unified Senate Base 4 - Ellzey Amendment to  Alternative Plan | [] |
| PL_TXNAACP 118 | [] | Gober 47 | Map - Unified Senate Base 4 - Fort Bliss Amendment to Alternative Plan | [] |
| PL_TXNAACP 119 | [] | Hancock 11 | Map of Plan S2101 Dallas area | [] |
| PL_TXNAACP 120 | [] | Hancock 12 | Map of Plan S2101 Ft. Worth area | [] |
| PL_TXNAACP 121 | [] | Hancock 15 | Map of Plan S2119 Dallas area | [] |
| PL_TXNAACP 122 | [] | Hancock 16 | Map of Plan S2119 Ft. Worth area | [] |
| PL_TXNAACP 123 | [] | Jetton 08 | Map of Plan H2228 | [] |
| PL_TXNAACP 124 | [] | Jetton 09 | Map of Plan H2276 | [] |
| PL_TXNAACP 125 | [] | Jetton 10 | Map of Plan H2276 - San Antonio area | [] |
| PL_TXNAACP 126 | [] | Jetton 11 | Map of Plan H2276 | [] |
| PL_TXNAACP 127 | [] | Landgraf 11 | Landgraf Amendment Map | [] |
| PL_TXNAACP 128 | [] | Landgraf 19 | Map - Deviation of House Districts from Ideal District Population - 2020 Census | [] |
| PL_TXNAACP 129 | [] | Landgraf 20 | Map - Deviation of House Districts from Ideal District Population - 2020 Census | [] |
| PL_TXNAACP 130 | [] | Opperman 03 | Maps - Unified Congress Alternative Plan - Texas | [] |
| PL_TXNAACP 131 | [] | Opperman 04 | State Senate Districts Deviation from Ideal District Population - 2020 Census | [] |
| PL_TXNAACP 132 | [] | Shine 09 | Districts 54-55 - Map of Plan H2101 | [] |
| PL_TXNAACP 133 | [] | Shine 10 | Districts 54-55 - Map of Plan H2166 | [] |
| PL_TXNAACP 134 | [] | Shine 12 | Map of Bell County State House Districts Proposed Plan H2216 | [] |
| PL_TXNAACP 135 | [] | Wu 03 | Map with hand-drawn markings - Districts 134, 131, 137 | [] |
| PL_TXNAACP 136 | 5/23/2022 | [] | Duchin Expert Report (Corrected 5.23.22) | [] |
| PL_TXNAACP 137 | 6/20/2022 | [] | Duchin Supplemental Expert Report (6.20.22) | [] |
| PL_TXNAACP 138 | 8/1/2022 | [] | Duchin Rebuttal Report (8.1.2022) | [] |
| PL_TXNAACP 139 | 5/20/2022 | [] | Martinez Expert Report | [] |
| PL_TXNAACP 140A | [] | [] | Ericka Cain Declaration | [] |
| PL_TXNAACP 140B | 5/29/2025 | [] | Holston SD 9 Declaration | [] |
| PL_TXNAACP 140C | 5/29/2025 | [] | SD 10 Declaration 1 | [] |
| PL_TXNAACP 140D | 5/29/2025 | [] | SD 10 Declaration 2 | [] |
| PL_TXNAACP 140E | 5/29/2025 | [] | SD 10 and HD 96 Declaration | [] |
| PL_TXNAACP 140F | 5/29/2025 | [] | SD 15 Declaration | [] |
| PL_TXNAACP 140G | 5/29/2025 | [] | SD 17 and HD 25 Declaration | [] |
| PL_TXNAACP 140H | 5/29/2025 | [] | HD 54 Declaration | [] |
| PL_TXNAACP 140I | 5/29/2025 | [] | 140-I_TXNAACP - HD 126 Declaration | [] |
| PL_TXNAACP 141 | 8/5/2021 | Gober 7 | GOBERDOJ017572 | GOBERDOJ017572 |
| PL_TXNAACP 142 | 8/5/2021 | Gober 8 | GOBERDOJ017576 | GOBERDOJ017576 |
| PL_TXNAACP 143 | 8/11/2021 | Gober 9 | GOBERDOJ000221 | GOBERDOJ000221 |
| PL_TXNAACP 144 | 8/20/2021 | Gober 11 | GOBERDOJ017578 | GOBERDOJ017587 |
| PL_TXNAACP 145 | 9/20/2021 | Gober 14 | GOBERDOJ000329 | GOBERDOJ000329 |
| PL_TXNAACP 146 | 9/20/2021 | Gober 16 | GOBERDOJ005954 | GOBERDOJ005954 |
| PL_TXNAACP 147 | 9/21/2021 | Gober 17 | GOBERDOJ014373 | GOBERDOJ014373 |
| PL_TXNAACP 148 | 9/22/2021 | Gober 20 | GOBERDOJ017190 | GOBERDOJ017190 |
| PL_TXNAACP 149 | 9/23/2021 | Gober 21 | GOBERDOJ017198 | GOBERDOJ017198 |
| PL_TXNAACP 150 | 9/25/2021 | Gober 23 | GOBERDOJ017235 | GOBERDOJ017235 |
| PL_TXNAACP 151 | 8/25/2021 | Kincaid 05 | GOBERDOJ000286 | GOBERDOJ000295 |
| PL_TXNAACP 152 | 12/22/2020 | Kincaid 21 | Houston Public Media "National Estate Planning Awareness Week" | [] |
| PL_TXNAACP 153 | 11/15/2021 | Kincaid 24 | NYT "Republicans Gain Heavy House Edge in 2022 as Gerrymandered Maps Emerge" | [] |
| PL_TXNAACP 154 | [] | Kincaid 25 | GOBERDOJ06093727 | GOBERDOJ06093730 |
| PL_TXNAACP 155 | 1/1/2025 | [] | M. Duchin updated CV | |
| PL_TXNAACP 156 | 10/20/2023 | NRRT 27 | NRRT 30(b)(6) Notice | |
| PL_TXNAACP 157 | 9/20/2021 | NRRT 29 | GOBERDOJ005954 | |
| PL_TXNAACP 158 | 10/27/2023 | NRRT 60 | Plan C2193 Map | [] |
| PL_TXNAACP 159 | 10/27/2023 | NRRT 64 | Plan C2193 Map | [] |
| PL_TXNAACP 160 | [] | [] | CD6 Basemap | [] |
| PL_TXNAACP 161 | [] | [] | CD24 Basemap | [] |
| PL_TXNAACP 162 | [] | [] | HD 112 Basemap | [] |
| PL_TXNAACP 163 | [] | [] | C1 CD6 CD24 Map | [] |

Plaintiff Texas NAACP's Preliminary Injunction Hearing Second Amended Exhibit List
October 5, 2025

| Trial Exhibit No. | Date | Deposition / Motion Exhibit | Beginning Bates No. / Description | End Bates No. |
|---|---|---|---|---|
| PL_TXNAACP 164 | [] | [] | SD 9 SD 10 Map | [] |
| PL_TXNAACP 165 | [] | [] | H1 HD96 Map | [] |
| PL_TXNAACP 166 | [] | [] | HD 112 Map | [] |
| PL_TXNAACP 167 | [] | [] | CD 22 Map | [] |
| PL_TXNAACP 168 | [] | [] | SD 15 SD 17 | [] |
| PL_TXNAACP 169 | [] | [] | HD 126 HD 132 Map | [] |
| PL_TXNAACP 170 | [] | [] | HD 65 Map | [] |
| PL_TXNAACP 171 | [] | [] | HD 25 HD 29 Map | [] |
| PL_TXNAACP 172 | [] | [] | HD 54 Map | [] |
| PL_TXNAACP 173 | [] | [] | Pg 61 Duchin Report | [] |
| PL_TXNAACP 174_PI | [] | [] | Cong. Redistricting, Select, Past Committee Schedule (last accessed Aug. 23, 2025), https://tinyurl.com/4x5tjk8c | [] |
| PL_TXNAACP 175_PI | 8/11/2025 | [] | CNN, 'What gives you the right?': Tapper pushes back on Abbott over calls to remove Dem lawmaker" (YouTube, Aug. 11, 2025), https://tinyurl.com/yvf9ht6e | [] |
| PL_TXNAACP 176_PI | #/#/2021 | [] | Legislative Reference Library, House Committee on Redistricting, 87th Legislature: Meetings & Minutes (2021), https://tinyurl.com/56xdwr44 | [] |
| PL_TXNAACP 177_PI | 7/11/2025 | [] | Lt. Gov. Patrick Press Release, Texas Senate and Texas House Working in Lockstep on Congressional Redistricting Legislation to Address Concerns (July 11, 2025), https://tinyurl.com/57yamfse | [] |
| PL_TXNAACP 178_PI | 8/23/2025 | [] | Tex. House of Representatives, Comm. on Cong. Redistricting (Aug. 23, 2025), https://tinyurl.com/bdhfdw3a | [] |
| PL_TXNAACP 179_PI | 8/23/2025 | [] | Tex. House of Representatives, Comm. on Cong. Redistricting, Select (Aug. 23, 2025), available at https://tinyurl.com/4x5tjk8c | [] |
| PL_TXNAACP 180_PI | 8/20/2025 | [] | HB 4 Floor Debates videos | [] |
| PL_TXNAACP 181_PI | 7/7/2025 | NAACP PI EX A | Letter from DOJ to Abbott, ECF 1114-2 | [] |
| PL_TXNAACP 182_PI | [] | NAACP PI EX B | Abbott Special Legislative Session Request | [] |
| PL_TXNAACP 183_PI | 8/8/2025 | NAACP PI EX C | X Post by Asst Atty Gen. Dhillon | [] |
| PL_TXNAACP 184_PI | 8/15/2025 | NAACP PI EX D | Gov. Abbott request - second legislative session | [] |
| PL_TXNAACP 185_PI | 8/20/2025 | NAACP PI EX E | Speaker Burrows Press Release | [] |
| PL_TXNAACP 186_PI | 8/25/2025 | NAACP PI EX F | Duchin Report on Congressional Plan C2333 | [] |
| PL_TXNAACP 187_PI | 6/23/2025 | NAACP PI EX G | Governor Abbott Announces Special Session Date, Initial Agenda (June 23, 2025), https://tinyurl.com/36jv43r6 | [] |
| PL_TXNAACP 188_PI | 7/24/2025 | NAACP PI EX H | House Select Committee on Congressional Redistricting Hearing (July 24, 2025), https://house.texas.gov/videos/22388 | [] |
| PL_TXNAACP 189_PI | 7/26/2025 | NAACP PI EX H | House Select Committee on Congressional Redistricting Hearing (July 26, 2025), https://house.texas.gov/videos/22389 | [] |
| PL_TXNAACP 190_PI | 7/28/2025 | NAACP PI EX H | House Select Committee on Congressional Redistricting Hearing (July 28, 2025), https://house.texas.gov/videos/22390 | [] |
| PL_TXNAACP 191_PI | 8/1/2025 | NAACP PI EX H | House Select Committee on Congressional Redistricting Hearing (August 1, 2025), https://house.texas.gov/videos/22418 | [] |
| PL_TXNAACP 192_PI | 8/2/2025 | NAACP PI EX H | House Select Committee on Congressional Redistricting Hearing (August 2, 2025), https://house.texas.gov/videos/22435 | [] |
| PL_TXNAACP 193_PI | 8/18/2025 | NAACP PI EX H | House Select Committee on Congressional Redistricting Hearing (August 18, 2025), https://house.texas.gov/videos/22492 | [] |
| PL_TXNAACP 194_PI | 8/20/2025 | NAACP PI EX H | Full House Hearing (August 20, 2025), https://house.texas.gov/videos/22491 | [] |
| PL_TXNAACP 195_PI | 7/21/2025 | NAACP PI EX I | Full Senate Hearing (July 21, 2025), https://senate.texas.gov/videoplayer.php?vid=22393&lang=en | [] |
| PL_TXNAACP 196_PI | 7/25/2025 | NAACP PI EX I | Senate Special Committee on Congressional Redistricting Hearing (July 25, 2025), https://senate.texas.gov/videoplayer.php?vid=22395&lang=en | [] |
| PL_TXNAACP 197_PI | 7/26/2025 | NAACP PI EX I | Senate Special Committee on Congressional Redistricting Hearing (July 26, 2025), https://senate.texas.gov/videoplayer.php?vid=22396&lang=en | [] |
| PL_TXNAACP 198_PI | 7/28/2025 | NAACP PI EX I | Senate Special Committee on Congressional Redistricting Hearing (July 28, 2025), https://senate.texas.gov/videoplayer.php?vid=22397&lang=en | [] |
| PL_TXNAACP 199_PI | 7/29/2025 | NAACP PI EX I | Senate Special Committee on Congressional Redistricting Hearing (July 29, 2025), https://senate.texas.gov/videoplayer.php?vid=22414&lang=en | [] |
| PL_TXNAACP 200_PI | 7/30/2025 | NAACP PI EX I | Senate Special Committee on Congressional Redistricting Hearing (July 30, 2025), https://senate.texas.gov/videoplayer.php?vid=22415&lang=en | [] |
| PL_TXNAACP 201_PI | 8/6/2025 | NAACP PI EX I | Senate Special Committee on Congressional Redistricting Hearing (August 6, 2025), https://senate.texas.gov/videoplayer.php?vid=22442&lang=en | [] |
| PL_TXNAACP 202_PI | 8/7/2025 | NAACP PI EX I | Senate Special Committee on Congressional Redistricting Hearing (August 7, 2025), https://senate.texas.gov/videoplayer.php?vid=22443&lang=en | [] |
| PL_TXNAACP 203_PI | 8/12/2025 | NAACP PI EX I | Full Senate Hearing (August 12, 2025), https://senate.texas.gov/videoplayer.php?vid=22463&lang=en | [] |
| PL_TXNAACP 204_PI | 8/17/2025 | NAACP PI EX I | Senate Special Committee on Congressional Redistricting Hearing (August 17, 2025), https://senate.texas.gov/videoplayer.php?vid=22485&lang=en | [] |
| PL_TXNAACP 205_PI | 8/21/2025 | NAACP PI EX I | Senate Special Committee on Congressional Redistricting Hearing (August 21, 2025), https://senate.texas.gov/videoplayer.php?vid=22499&lang=en | [] |
| PL_TXNAACP 206_PI | 8/22/2025 | NAACP PI EX I | Full Senate Hearing (August 22, 2025), Part 1: https://senate.texas.gov/videoplayer.php?vid=22513&lang=en Part 2: https://senate.texas.gov/videoplayer.php?vid=22515&lang=en Part 3: https://senate.texas.gov/videoplayer.php?vid=22518&lang=en Part 4: https://senate.texas.gov/videoplayer.php?vid=22522&lang=en | [] |
| PL_TXNAACP 207_PI | 7/11/2025 | NAACP PI EX J | AG Paxton Response to DOJ | [] |
| PL_TXNAACP 208_PI | 9/7/2025 | NAACP REPLY EX A-PI | Duchin Amended & Supplemental Report on Congressional Plan C2333 | [] |
| PL_TXNAACP 209_PI | 8/7/2025 | [] | Governor Abbott Talks Democrat Desperation on the Joe Pags Show, Aug. 7, 2025, https://www.youtube.com/watch?app=desktop&v=kubKVtdGgBA | [] |
| PL_TXNAACP 210_PI | 8/26/2025 | [] | Ericka Cain Declaration | [] |
| PL_TXNAACP 211_PI | 9/25/2025 | [] | CD 9 Declaration | [] |
| PL_TXNAACP 212_PI | 9/24/2025 | [] | CD 18 Declaration | [] |
| PL_TXNAACP 213_PI | 9/24/2025 | [] | CD 32 Declaration | [] |
| PL_TXNAACP 214_PI | 9/22/2025 | [] | CD 33 Declaration | [] |
| PL_TXNAACP 215_PI | 9/18/2025 | [] | CD 35 Declaration | [] |
| PL_TXNAACP 216_PI | 9/20/2025 | [] | CD 33 Declaration | [] |
| PL_TXNAACP 217_PI | 7/29/2025 | [] | Plan C2308 Map Report Package | [] |
| PL_TXNAACP 218_PI | 8/18/2025 | [] | Plan C2333 Map Report Package | [] |
| PL_TXNAACP 219_PI | [] | [] | Excerpted Maps from Plan C2100 (CD 30) | [] |
| PL_TXNAACP 220_PI | [] | [] | Excerpted Maps from Plan C2193 (CD 32) | [] |
| PL_TXNAACP 221_PI | [] | [] | Excerpted Maps from Plan C2333 (CD 33) | [] |
| PL_TXNAACP 222_PI | [] | [] | Excerpted Maps from Plan C2193 (CD 35) | [] |
| PL_TXNAACP 223_PI | [] | [] | Excerpted Maps from Plan C2333 (CD 35) | [] |