IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, *et al.*,<br><br>    *Defendants*. | §§§§§§§§§§    Case No. 3:21-cv-00259<br>[Lead Case] |

**STATE DEFENDANTS' FIRST AMENDED EXHIBIT LIST**

    Defendants, the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Secretary of State; and Dave Nelson, in his official capacity as Deputy Secretary of State, (collectively, "State Defendants") respectfully file this First Amended Exhibit List for the October 2025 Preliminary Injunction Hearing.

    State Defendants' First Amended Exhibit List is attached as Exhibit A. State Defendants reserve the right to amend their exhibits as they deem appropriate based on testimony and other evidence admitted. In addition, nothing in this disclosure should be interpreted as a waiver of any privilege. State Defendants only intend to rely on public and non-privileged information at trial, and any inclusion of privileged information is inadvertent. Should any privileged document appear in State Defendants' First Amended Exhibit List, State Defendants reserve the right to withdraw and snapback the exhibit.

<table>
<tr><td>

Date: October 5, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

WILLIAM D. WASSDORF
Associate Deputy Attorney General for Civil Litigation
Texas Bar No. 24103022
william.wassdorf@oag.texas.gov

OFFICE OF THE
ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
david.bryant@oag.texas.gov
zachary.rhines@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
ali.thorburn@oag.texas.gov

</td><td>

Respectfully submitted,

*/s/ William D. Wassdorf*
RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

ZACHARY L. RHINES
Special Counsel
Texas Bar No. 24116957

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

ALI M. THORBURN
Special Counsel
Texas Bar No. 24125064

COUNSEL FOR STATE DEFENDANTS

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on October 5, 2025.

*/s/ William D. Wassdorf*
WILLIAM D. WASSDORF