

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| LULAC, et. al., | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | |
| Alexander Green, and Jasmine | § | |
| Crockett | § | |
| | § | |
| Plaintiff-Intervenors § | | |
| | § | **Case No.: 3-21-CV-00259-DCG-JES-JVB** |
| | § | **[Lead Case]** |
| v. | § | |
| | § | |
| GREG ABBOTT, in his official capacity | § | |
| As Governor of Texas, et. al. | § | |
| | § | |
| *Defendants* | § | |

**INTERVENORS' THIRD AMENDED EXHIBIT LIST**
**FOR PRELIMINARY INJUNCTION HEARING**

The Congressional Intervenors identify the following exhibits for use during the Preliminary Injunction hearing. The Intervenors reserve the right to further amend and supplement its exhibit list. The Intervenors also reserve the right to introduce in evidence any documents identified by Defendants or any other plaintiff in their preliminary injunction exhibit list and to introduce additional documents as rebuttal or impeachment evidence. The Intervenors list of exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to the relevant witnesses' testimony. The Intervenors exhibit list for the PI hearing is as follows:

## Congressional Intervenors P.I. Exhibit List

1.  DOJ Letter from Harmeet Dhillon to Governor Abbott and Attorney General Paxton, dated 7/7/25.
2.  Murray's Redistricting P.I. Report on C2333 – August 22nd and August 24th, 2025
3.  Murray's Redistricting Trial Report on C2193 – June 15, 2022
4.  Guide to 2021 Redistricting in Texas – Texas Legislative Council
5.  Representative Vasut Letter to A.G. Dhillon at DOJ-CRD on July 27, 2025
6.  **WITHDRAWN**
7.  C-2193 and package
8.  C-2308 and package
9.  C-2333 and package
10. **WITHDRAWN**
11. e-mail sent on Monday, July 21, 2025, regarding Speaker Dustin Burrows Announces Creation of House Select Committee on Congressional Redistricting
12. e-mail sent on Thursday, July 24, 2025, Committee Clerk Edward Jaax on dinner being provided to committee members in the back of the committee room
13. e-mail sent on Friday, July 25, 2025, Committee Clerk Edward Jaax on the July 28th Arlington Committee Meeting
14. e-mail sent on Friday, August 1, 2025, Committee Clerk Edward Jaax on the Congressional Redistricting Select Aug 2nd Formal meeting
15. e-mail sent on Monday, August 18, 2025, Committee Clerk Edward Jaax on the August 18th Formal Meeting
16. received a call from Dylan Menard on July 21, 2025, requesting staffers staffing Rep. Gervin-Hawkins on Congressional Redistricting, replied via email on Monday, July 21, at 12:04pm
17. email from Edward Jaax (Committee Clerk), sent on Monday, July 28, 2025, at 10:18am, providing a copy of the letter Chairman Vasut's office sent to DOJ Assistant AG Dhillon extending a formal invitation to testify before the committee
18. email from Edward Jaax (Committee Clerk), sent on Wednesday, July 23, 2025, at 2:28pm, regarding 2nd field committee hearing in Houston on Saturday, July 26, 2025
19. email from Edward Jaax (Committee Clerk), sent on Friday, July 26, 2025, at 1:40pm, regarding final field committee hearing in Arlington on Monday, July 28, 2025
20. email from Edward Jaax (Committee Clerk), sent on Thursday, July 31, 2025, at 3:38pm, regarding committee hearing on 89(1) HB 4 on Friday, August 1, 2025
21. email from Edward Jaax (Committee Clerk), sent on Thursday, July 31, 2025, at 5:28pm, informing of updated Pre-Hearing Bill Analysis, copy of the bill text, and Legislative Council's district analysis and maps are now available
22. email from Edward Jaax (Committee Clerk), sent on Friday, August 1, 2025, at 10:34am, forwarding LULAC v. Abbot EL Paso trial daily transcripts
23. email from Edward Jaax (Committee Clerk), sent on Friday, August 1, 2025, at 11:58pm, regarding formal meeting for 89(1) HB 4 on Saturday, August 2, 2025
24. email from Edward Jaax (Committee Clerk), sent on Monday, August 18, 2025, at 1:47pm, regarding formal meeting for 89(2) HB 4 on Monday, August 18, 2025, at 5pm
25. email from Edward Jaax (Committee Clerk), sent on Monday, August 18, 2025, at 2:38pm, informing of updated bill language, maps, and reports for committee substitute

for 89(2) HB 4, are now available and in process of being placed on Public District Viewer

26. FW_July 26th Houston Committee Meeting (Vasut's Office), The first email, sent by Edward Jaax, Committee Clerk, on Wednesday, July 23, 2025, at 2:28 PM, provides logistical information and maps for the July 26th Houston hearing of the House Select Committee on Congressional Redistricting. The attachments are maps of the hotel and venue

27. W_ July 28th Arlington Committee Meeting (Vasut's Office), email from July 26, about The second email, sent by Edward Jaax, Committee Clerk, on Friday, July 25, 2025, at 1:40 PM, covers logistics for the July 28th Arlington hearing. It includes parking maps, schedules (doors open at 4:00 PM, hearing begins at 5:00 PM), and dinner arrangements. The attachment is a parking map

**28. Removed – Duplicate of 17-PI**

**29. Removed – Duplicate of 20-PI**

**30. Removed – Duplicate of 21-PI**

31. FW_ Amaireny Rodriguez has invited you to collaborate on Box (Vasut's Office), The sixth email, sent by Edward Jaax, Committee Clerk, on Friday, August 1, 2025, at 10:33 AM, forwards an invitation from Amaireny Rodriguez to collaborate on a Box folder titled "LULAC v. Abbott – El Paso Trial Daily." The folder contains materials related to ongoing redistricting litigation

32. Congressional Redistricting Select Aug 2nd Formal (Vasut's Office), The seventh email, sent by Edward Jaax, Committee Clerk, on Friday, August 1, 2025, at 11:58 PM, contains the official formal posting for the August 2nd meeting in Capitol Extension Room E1.030 at 9:00 AM. The attachment is the formal committee posting

33. List of House Select Committee Meetings on Congressional Redistricting

34. The House Committee on Congressional Redistricting, Select, 89th Legislature, July 24, 2025, 2:00 p.m. or upon final adjourn./recess or bill referral if permission granted, and attached notes/transcripts

35. The House Committee on Congressional Redistricting, Select, 89th Legislature, July 26, 2025, 11:00 a.m., Houston, Texas and attached notes/transcripts

36. The House Committee on Congressional Redistricting, Select, 89th Legislature, July 28, 2025, 5:00 p.m., Arlington, Texas and attached notes/transcripts

37. The House Committee on Congressional Redistricting, Select, 89th Legislature, August 1, 2025, Continued to August 2, 2025, 10:00 a.m., or upon final adjourn./recess or bill referral if permission granted, and attached notes/transcripts

38. The House Committee on Congressional Redistricting, Select, 89th Legislature, August 2, 2025, 9:00 a.m., and attached notes/transcripts

39. The House Committee on Congressional Redistricting, Select, 89th Legislature, August 18, 2025, 5:00 p.m., and attached notes/transcripts

40. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 2:00 PM or upon final adjourn./recess or bill referral if permission granted, Thursday, July 24, 2025

**41. Removed – Duplicate of 35-PI**

**42. Removed – Duplicate of 36-PI**

43. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 10:00 AM or upon final adjourn./recess or bill referral if permission granted, Friday, August 1, 2025

44. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 9:00 AM Saturday, August 2, 2025
45. House of Representatives Notice of Public Hearing, Congressional Redistricting, Select, 5:00 PM Monday, August 18, 2025
46. TX State Legislature page for HB4 2nd Called Session 89th Legislature
47. TX State Legislature page for SB6 3rd Called Session 87th Legislature
48. C2333/C2193 DFW overlay
49. C2333/C2193 Houston Overlay
50. C2333/C2308 DFW Overlay
51. C2333/C2308 Houston Overlay
52. RedAppl Population Analysis for selected Districts comparing C2333 and C2193
53. RedAppl Population Analysis for selected Districts comparing C2333 and C2331
54. Plaintiff Intervenors Cross-Designate Brooks Plaintiffs Exhibit 316
55. House Rules Manual

Respectfully submitted,
/s/ Gary Bledsoe
The Bledsoe Law Firm PLLC
State Bar No. 02476500
6633 Highway 290 East #208
Austin, Texas 78723-1157
Telephone: 512-322-9992
Fax: 512-322-0840
gbledsoe@thebledsoelawfirm.com

/s/ Robert S. Notzon
Law Office of Robert S. Notzon
1502 West Avenue
Austin, Texas 78701
RobertNotzonLaw.com
Telephone: 512-474-7563
Fax: 512852-4788

**Attorneys for Plaintiff-Intervenors
Alexander Green and Jasmine Crockett**

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 5th day of October 2025.

/s/Robert S. Notzon