**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>Defendants. | Civil Action<br><br>Lead Case No.:<br>3:21-CV-00259-DCG-JES-JVB |
| CECILIA GONZALES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JANE NELSON, et al.,<br><br>Defendants. | Consolidated Case No.:<br>1:21-CV-00965-DCG-JES-JVB |

**GONZALES PLAINTIFFS' PRELIMINARY INJUNCTION HEARING AMENDED EXHIBIT LIST**

Plaintiffs in Case No. 1:21-cv-00965 (the "Gonzales Plaintiffs") by and through their undersigned counsel, hereby submit the following Amended Exhibit List, which corrects and supplements their pre-hearing Disclosures, ECF No. 1212. The Gonzales Plaintiffs reserve the right to further amend and supplement these Disclosures, and to respond to Defendants' Disclosures, as appropriate. The Gonzales Plaintiffs further reserve the right to introduce in evidence any documents identified by Defendants or any other consolidated plaintiff group in their disclosures, to introduce additional documents as rebuttal or impeachment evidence, and to rely on the full record in support of their claims.

The Gonzales Plaintiffs' list of hearing exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to the hearing.

The Gonzales Plaintiffs expect to offer the following exhibits at the preliminary injunction hearing:

| Exhibit Number | Description |
|---|---|
| Gonzales Plaintiffs' Exhibit 17 | **ECF No. 1149-2** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2019-2023 American Community Survey" for Plan 2333 |
| Gonzales Plaintiffs' Exhibit 18 | **ECF No. 1149-3** (Document titled "Plan Overlap Population Analysis – Congressional Districts PLANC2193 Compared with PLANC2333 2024 General Election," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 19 | **ECF No. 1149-4** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2019-2023 American Community Survey" for Plan 2193, from the Texas Legislative Council's website), as marked as Joint Trial Exhibit 903[1] |
| Gonzales Plaintiffs' Exhibit 20 | **ECF No. 1149-5** (SB 4's legislative history from the Texas Legislature's 89(1) session, from the website of Texas Legislature Online) |
| Gonzales Plaintiffs' Exhibit 21 | **ECF No. 1149-6** (Andrew Schneider and Blaise Gainey's article for KUT News as updated on August 20, 2025, titled "Texas Legislature's Second Special Session Begins as Quorum-Breaking Democrats Plan Return") |
| Gonzales Plaintiffs' Exhibit 22 | **ECF No. 1149-7** (Proclamation signed by Governor Abbott on August 15, 2025) |
| Gonzales Plaintiffs' Exhibit 23 | **ECF No. 1149-8** (SB 4's legislative history from the Texas Legislature's 89(2) session) |
| Gonzales Plaintiffs' Exhibit 24 | **ECF No. 1149-9** (HB 4's legislative history from the Texas Legislature's 89(2) session) |
| Gonzales Plaintiffs' Exhibit 25 | **ECF No. 1149-10** (Document titled "American Community Survey Estimated Population Analysis Congressional Districts - PLANC2333 2020 Census Population with 2019-2023 American Community Survey Estimates," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 26 | **ECF No. 1149-11** (Expert Report of Dr. Stephen Ansolabehere, May 20, 2022) |

[1] The Gonzales Plaintiffs' initial prehearing disclosures, ECF No. 1212, incorrectly identified Gonzales Ex. 17, rather than Gonzales Ex. 19, as Joint Exhibit 903. The descriptions are otherwise correct.

| | |
|---|---|
| Gonzales Plaintiffs' Exhibit 27 | **ECF No. 1149-12** (Expert Report of Dr. Stephen Ansolabehere, March 31, 2025) |
| Gonzales Plaintiffs' Exhibit 28 | **ECF No. 1149-13** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey" for Plan 2193, as marked as Joint Trial Exhibit 899) |
| Gonzales Plaintiffs' Exhibit 29 | **ECF No. 1149-14** (Comparison packet titled "U.S. Congressional Districts Proposed Plan PLANC2333 with U.S. Congressional Districts 119th Congress (2025–2026) PLANC2193," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 30 | **ECF No. 1149-15** (Document titled "Incumbents by District" for Plan 2333, from the Texas Legislative Counsel's website) |
| Gonzales Plaintiffs' Exhibit 31 | **ECF No. 1149-16** (Document titled "Election Analysis Congressional Districts - PLANC2333 2024 General Election," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 32 | **ECF No. 1149-17** (Document titled "Election Analysis Congressional Districts - PLANC2193 2024 General Election," as marked as Joint Trial Exhibit 942) |
| Gonzales Plaintiffs' Exhibit 33 | **ECF No. 1149-18** (August 20, 2025 post on X by Speaker of the Texas House Dustin Burrows) |
| Gonzales Plaintiffs' Exhibit 34 | **ECF No. 1149-19** (Statement issued by Governor Abbott on August 20, 2025) |
| Gonzales Plaintiffs' Exhibit 35 | **ECF No. 1149-20** (Announcement by Governor Abbott on June 23, 2025) |
| Gonzales Plaintiffs' Exhibit 36 | **ECF No. 1149-21** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2019-2023 American Community Survey" for Plan 2331, from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 37 | **ECF No. 1149-22** (Comparison packet titled "U.S. Congressional Districts Proposed Plan PLANC2333 with U.S. Congressional Districts Proposed Plan PLANC2331," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 38 | **ECF No. 1149-23** (Document titled "Election Analysis Congressional Districts - PLANC2331 2024 General Election," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 39 | **ECF No. 1149-24** (Declaration and Expert Report of Dr. Stephen Ansolabehere, August 23, 2025) |
| Gonzales Plaintiffs' Exhibit 40 | **ECF No. 1149-25** (Declaration, Curriculum Vitae, and graphical representations of Blakeman B. Esselstyn, August 23, 2025) |
| Gonzales Plaintiffs' Exhibit 41 | **ECF No. 1114-2** (Harmeet Dhillon Letter to Governor Abbott, July 7, 2025) |

| | |
|---|---|
| Gonzales Plaintiffs' Exhibit 42 | **ECF No. 1116-1** (Ken Paxton's Response to Harmeet Dhillon Letter, July 11, 2025) |
| Gonzales Plaintiffs' Exhibit 43 | **ECF No. 1114-1** (Proclamation by Governor Abbott, July 9, 2025) |
| Gonzales Plaintiffs' Exhibit 44 | FOX 4 Dallas-Fort Worth, "Abbott on THC, redistricting & the special session," (YouTube, July 22, 2025), https://www.youtube.com/watch?v=PHsYs0NTPTY |
| Gonzales Plaintiffs' Exhibit 45 | Hr'g on H.B. 4 Before the H. Select Comm. on Cong. Redistricting, 89th Leg. (Tex. Aug. 1, 2025), https://house.texas.gov/videos/22418 |
| Gonzales Plaintiffs' Exhibit 46 | Hr'g on S.B. 4 Before the S. Spec. Comm. on Congressional Redistricting, 89th Leg. (Tex. Aug. 7, 2025), https://senate.texas.gov/videoplayer.php?vid=22443&lang=en |
| Gonzales Plaintiffs' Exhibit 47 | CNN, "'What gives you the right?': Tapper pushes back on Abbott over calls to remove Dem lawmaker" at 4:00-4:17, YouTube (Aug. 11, 2025), https://tinyurl.com/yvf9ht6e |
| Gonzales Plaintiffs' Exhibit 48 | Declaration of Cecilia Gonzales* |
| Gonzales Plaintiffs' Exhibit 49 | Declaration of Agustin Loredo* |
| Gonzales Plaintiffs' Exhibit 50 | Declaration of Jana Lynne Sanchez* |
| Gonzales Plaintiffs' Exhibit 51 | Declaration of Jerry Shafer* |
| Gonzales Plaintiffs' Exhibit 52 | Declaration of Debbie Lynn Solis* |
| Gonzales Plaintiffs' Exhibit 53 | Declaration of Charles Johnson Jr.* |
| Gonzales Plaintiffs' Exhibit 54 | Declaration of Vincent Sanders* |
| Gonzales Plaintiffs' Exhibit 55 | Declaration of Rogelio Nuñez* |
| Gonzales Plaintiffs' Exhibit 56 | Declaration of Marci Madla* |
| Gonzales Plaintiffs' Exhibit 57 | Declaration of Mercedes Salinas* |
| Gonzales Plaintiffs' Exhibit 58 | Declaration of Heidi Cruz* |
| Gonzales Plaintiffs' Exhibit 59 | Declaration of Sylvia Bruni* |
| Gonzales Plaintiffs' Exhibit 60 | Declaration of Gwendolyn Collins* |

| | |
|---|---|
| Gonzales Plaintiffs' Exhibit 61 | Rebuttal Report of Dr. Stephen Ansolabehere, September 29, 2025 |
| Gonzales Plaintiffs' Exhibit 62 | Webpage titled "Percent Population Change for Texas Counties, 2020-2023," from the website of the Texas Demographic Center. |
| Gonzales Plaintiffs' Exhibit 63 | Report and Recommendation of the Special Master in *Singleton et al. v. Allen et al.*, No. 2:23-mc-01181-AMM, ECF No. 44 (N.D. Ala. Sept. 25, 2023). |

*Exhibit to be filed under seal. A redacted version will be filed on the public docket.

Dated: October 6, 2025

Respectfully submitted,

*/s/ David R. Fox*

David R. Fox
Richard A. Medina
James J. Pinchak
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
dfox@elias.law
rmedina@elias.law
jpinchak@elias.law

Abha Khanna
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

*Counsel for Gonzales Plaintiffs*

Renea Hicks
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 6, 2025, and that all counsel of record were served by CM/ECF.

*/s/ David R. Fox*