# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| LULAC, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants.* | Case No.: 3:21-CV-00259-DCG-JES-JVB <br> [Lead Case] |
| ROY CHARLES BROOKS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*, <br><br> *Defendants.* | Case No.1-21-CV-00991-DCG-JES-JVB <br> [Consolidated Case] |

## *BROOKS* PLAINTIFFS' FIFTH AMENDED EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Declaration of Senator Kel Seliger (PI Motion Ex. 1) | | X |
| 2 | Declaration of Senator Beverly Powell (PI Motion Ex. 2) | | X |
| 3 | Sen. Powell Letter to Chair Huffman dated 10-30-2019 (PI Motion Ex. 2-A) | | X |
| 4 | Sen. Powell Letter to Chair Huffman dated 02-18-2020 (PI Motion Ex. 2-B) | | X |
| 5 | Materials to Chair Huffman (PI Motion Ex. 2-C) | | X |
| 6 | Declaration of Garry Jones (PI Motion Ex. 3) | | X |
| 7 | Map of ACS 2014-2018 5-Year Estimates (PI Motion Ex. 3-A) | | X |
| 8 | Sean Opperman Email re: Redistricting Dropbox Update dated 08-19-2021 (PI Motion Ex. 3-B) | | X |
| 9 | 2018-2019 ACS Maps (PI Motion Ex. 3-C) | | X |
| 10 | 2018-2019 ACS Racial Population Change Maps (PI Motion Ex. 3-D) | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 11 | Garry Jones Email to S. Opperman and A. Mackin re: Letter from Sen Powell to Sen Huffman dated 09-16-2021 (PI Motion Ex. 3-E) | | X |
| 12 | S. Opperman Reply Email, dated 09-17-2021 (PI Motion Ex.3-F) | | x |
| 13 | Full Senate Email re: Regarding concerns with proposed redraw of SD10 dated 09-18-2021 (PI Motion Ex. 3-G) | | X |
| 14 | Huffman Email Read Receipt (PI Motion Ex. 3-H) | | X |
| 15 | S. Opperman Email re: Map Release dated 09-18-2021 (PI Motion Ex. 3-I) | | X |
| 16 | Written Testimony re: 09-24-2021 Hearing (PI Motion Ex. 3-J) | | X |
| 17 | Powell Portal Submission, Part 1 (PI Motion Ex. 3-K, Part 1) | | X |
| 18 | Powell Portal Submission, Part 2 (PI Motion Ex. 3-K, Part 2) | | X |
| 19 | House Committee Email re: Concerns Regarding SB 4 and Proposed SD 10 dated 10-10-2021  (PI Motion Ex. 3-L) | | X |
| 20 | Full House Email re: Concerns regarding SB4 and proposed redraw of SD10 dated 10-14-2021 (PI Motion Ex. 3-M) | | X |
| 21 | Texas Demographic Center Report SD10 (PI Motion Ex. 3-N) | | X |
| 22 | Declaration of Eric Richard "Rick" Svatora (PI Motion Ex. 4) | | x |
| 23 | Svatora Notes (PI Motion Ex. 4-A) | | X |
| 24 | Declaration of Representative Chris Turner (PI Motion Ex. 5) | | X |
| 25 | Declaration of Mark P. Gaber (PI Motion Ex. 6) | | X |
| 26 | Mackin Exhibit Objections Email (PI Motion Ex. 6-A) | | X |
| 27 | Perez Racial Shading Exhibits, Part 1 (PI Motion Ex. 6-B, Part 1) | | X |
| 28 | Perez Racial Shading Exhibits, Part 2 (PI Motion Ex. 6-B, Part 2) | | X |
| 29 | Perez Racial Shading Exhibits, Part 3 (PI Motion Ex. 6-B, Part 3) | | X |
| 30 | Perez Racial Shading Exhibits, Part 4 (PI Motion Ex. 6-B, Part 4) | | X |
| 31 | Perez Racial Shading Exhibits, Part 5 (PI Motion Ex. 6-B, Part 5) | | X |
| 32 | Mackin Email dated 07-14-2021 (PI Motion Ex. 6-C) | | X |
| 33 | Gov. Abbott Letter to Sen. Keliger and Rep. Darby dated 04-18-2013 (PI Motion Ex. 6-D) | | X |
| 34 | Senate Redistricting Hearing Transcript (04-18-2013) (PI Motion Ex. 6-E) | | X |
| 35 | Senate Redistricting Hearing Transcript, Part 1 (05-30-2013) (PI Motion Ex. 6-F, Part 1) | | X |
| 36 | Senate Redistricting Hearing Transcript, Part 2 (05-30-2013) (PI Motion Ex. 6-F, Part 2) | | X |
| 37 | Senate Journal, 06-14-2013, 2nd day continued, Addendum (PI Motion Ex. 6-G) | | X |
| 38 | Senate Journal, 06-14-2013, 3rd day (PI Motion Ex. 6-H) | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 39 | Senate Journal, 10-04-21, 3rd day (PI Motion Ex. 6-I) | | X |
| 40 | Senate Journal, 10-04-21, 4th day (PI Motion Ex. 6-J) | | X |
| 41 | Senate Journal, 10-04-21, 4th day Addendum (PI Motion Ex. 6-K) | | X |
| 42 | House Journal, 10-15-21, 6th day continued (PI Motion Ex. 6-L) | | X |
| 43 | House Journal, 10-15-21, 7th day (PI Motion Ex. 6-M) | | X |
| 44 | Report by Dr. Matt Barreto dated November 24, 2021 (PI Motion Ex. 7) | | X |
| 45 | Report by Dr. Jeronimo Cortina dated January 7, 2022 | | X |
| 46 | Declaration of Roy Charles Brooks (PI Motion Ex. 8) | | X |
| 47 | Declaration of Felipe Gutierrez (PI Motion Ex. 9) | | X |
| 48 | Declaration of Phyllis Goines (PI Motion Ex. 10) | | X |
| 49 | Declaration of Eva Bonilla (PI Motion Ex. 11) | | X |
| 50 | Declaration of Clara Faulkner (PI Motion Ex. 12) | | X |
| 51 | Declaration of Deborah Spell (PI Motion Ex. 13) | | X |
| 52 | Senate Redistricting Hearing Transcript (09-24-2021) (PI Motion Ex. 14) | | X |
| 53 | Senate Redistricting Hearing Transcript (09-25-2021) (PI Motion Ex. 15) | | X |
| 54 | Senate Redistricting Hearing Transcript (09-28-2021) ((PI Motion Ex. 16) | | X |
| 55 | Benchmark Plan Deviation Map ((PI Motion Ex. 17) | | X |
| 56 | Plan S2168 Map ((PI Motion Ex. 18) | | X |
| 57 | Plan S2168 Population Analysis (PI Motion Ex. 19) | | X |
| 58 | Plan S2168 District Population and VAP (PI Motion Ex. 20) | | X |
| 59 | Plan S2168 Incumbents by District (PI Motion Ex. 21) | | X |
| 60 | Plan S2168 ACS ((PI Motion Ex. 22) | | X |
| 61 | Plan S2168 2018 Election (PI Motion Ex. 23) | | X |
| 62 | Plan S2168 20 Election (PI Motion Ex. 24) | | X |
| 63 | Plan S2100 Benchmark Map (PI Motion Ex. 25) | | X |
| 64 | Plan S2100 District Population VAP (PI Motion Ex. 26) | | X |
| 65 | Plan S2100 ACS (PI Motion Ex. 27) | | X |
| 66 | Dallas/Fort Worth Hispanic VAP Benchmark Plan (PI Motion Ex. 28) | | X |
| 67 | Dallas/Fort Worth Hispanic VAP Plan S2168 ((PI Motion Ex. 29) | | X |
| 68 | Dallas/Fort Worth Black VAP Benchmark (PI Motion Ex. 30) | | X |
| 69 | Dallas/Fort-Worth Black VAP Plan S2168 (PI Motion Ex. 31) | | X |
| 70 | Alternative Plan 1 Maps (PI Motion Ex. 32) | | X |
| 71 | Alternative Plan 1 Population Data (PI Motion Ex. 33) | | X |
| 72 | Alternative Plan 1 ACS Data (PI Motion Ex. 34) | | X |
| 73 | Alternative Plan 1 2018 Election Data (PI Motion Ex. 35) | | X |
| 74 | Alternative Plan 1 2020 Election Data (PI Motion Ex. 36) | | X |
| 75 | Alternative Plan 1 Incumbents by District PI Motion Ex. 37) | | X |
| 76 | Alternative Plan 2 Maps (PI Motion Ex. 38) | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 77 | Alternative Plan 2 Population (PI Motion Ex. 39) | | X |
| 78 | Alternative Plan 2 ACS Data (PI Motion Ex. 40) | | X |
| 79 | Alternative Plan 2 2018 Election Data (PI Motion Ex. 41) | | X |
| 80 | Alternative Plan 2 2020 Election Data (PI Motion Ex. 42) | | X |
| 81 | Alternative Plan 2 Incumbents by District (PI Motion Ex. 43) | | X |
| 82 | Declaration of Matt Barreto (PI Reply Motion Ex. 44) | | X |
| 83 | Plan S2168 and S2100 Population Overlap Report (PI Reply Motion Ex. 45) | | X |
| 84 | Alternative Plan 3 Maps (PI Reply Motion Ex. 46) | | X |
| 85 | Alternative Plan 3 Population Data (PI Reply Motion Ex. 47) | | X |
| 86 | Alternative Plan 3 ACS Data (PI Reply Motion Ex. 48) | | X |
| 87 | Alternative Plan 3 2018 Election Data (PI Reply Motion Ex. 49) | | X |
| 88 | Alternative Plan 3 2020 Election Data (PI Reply Motion Ex. 50) | | X |
| 89 | Alternative Plan 3 Incumbents by District (PI Reply Motion Ex. 51) | | X |
| 90 | Alternative Plan 3 Population Overlap with Plan S2168 (PI Reply Motion Ex. 52) | | X |
| 91 | Alternative Plan 3 Population Overlap with Plan S2100 (PI Reply Motion Ex. 53) | | X |
| 92 | Alternative Plan 4 Maps (PI Reply Motion Ex. 54) | | X |
| 93 | Alternative Plan 4 Population Data (PI Reply Motion Ex. 55) | | X |
| 94 | Alternative Plan 4 ACS Data (PI Reply Motion Ex. 56) | | X |
| 95 | Alternative Plan 4 2018 Election Data (PI Reply Motion Ex. 57) | | X |
| 96 | Alternative Plan 4 2020 Election Data (PI Reply Motion Ex. 58) | | X |
| 97 | Alternative Plan 4 Incumbents by District (PI Reply Motion Ex. 59) | | X |
| 98 | Alternative Plan 4 Population Overlap with Plan S2168 (PI Reply Motion Ex. 60) | | X |
| 99 | Alternative Plan 4 Population Overlap with Plan S2100 (PI Reply Motion Ex. 61) | | X |
| 100 | Rebuttal Report of Dr. Barreto dated January 19, 2022 | | X |
| 101 | Rebuttal Report of Dr. Cortina dated January 19, 2022 | | X |
| 102 | Text Messages of Lt. Governor Dan Patrick, Kevin Sparks, et al. | | X |
| 103 | Senate Plan Comments of James Beauchamp/MOTRAN | | X |
| 104 | Texas Demographic Center Presentation to Senate Select Redistricting Committee (Oct. 29, 2019) | | X |
| 105 | Dr. Barreto Curriculum Vitae | | X |
| 106 | January 23, 2022 Email Exchange Between Counsel Regarding Dr. Alford's EI Data | | X |
| 107 | Plan C2163 Map Packet | | X |
| 108 | Plan C2163 County Map Hisp Shading | | X |
| 109 | Plan C2163 Statewide Map Hisp Shading | | X |
| 110 | Plan C2163 Reports (R116 R135 R225 R235 R240 R315 R340) | | X |
| 111 | Plan C2167 County Map Hisp Shading | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 112 | Plan C2167 Statewide Map Hisp Shading | | X |
| 113 | Plan 2167 Reports (R116 R135 R225 R235 R240 R315 R340) | | X |
| 114 | Plan C2193 County Map- Black Shading | | X |
| 115 | Plan C2193 County Map- Hisp Shading | | X |
| 116 | Plan C2193 - District Maps | | X |
| 117 | Plan C2193 - Statewide Map- Hisp Shading | | X |
| 118 | Plan C2193 - Reports (Rl16 R135 R225 R235 R240 R315 R340) | | X |
| 119 | Plan 2316- County Map- Black Shading | | X |
| 120 | Plan 2316- County Map- Hisp Shading | | X |
| 121 | Plan 2316- District Maps | | X |
| 122 | Plan 2316- Statewide Map- Black Shading | | X |
| 123 | Plan 2316- Statewide Map- Hisp Shading | | X |
| 124 | Plan H2316 Reports (R116, R225, R135) | | X |
| 125 | Plan H2316 Reports R235 | | X |
| 126 | Plan H2316 Reports R240 | | X |
| 127 | Plan H231- Reports R315 R340 | | X |
| 128 | Plan H2176 County Map- Hisp Shading | | X |
| 129 | Plan H2176-Report R340 - PopAnalysis | | X |
| 130 | Plan H2176 Reports Rl16 R135 R225 | | X |
| 131 | Plan H2176 Reports R235 R240 R315 R340T | | X |
| 132 | Plan H2176 Statewide Map- Hisp Shading | | X |
| 133 | Plan S2132 County Map – Black Shading | | X |
| 134 | Plan S212 County Map – Hisp Shading | | X |
| 135 | Plan S2132 District Maps | | X |
| 136 | Plan S2132 Reports (R116, R135, R225, R235, R240, R315, R340) | | X |
| 137 | Plan S2132 Statewide Map – Black Shading | | X |
| 138 | Plan S2132 Statewide Map – Hisp Shading | | X |
| 139 | Plan S2134 County Map – Black Shading | | X |
| 140 | Plan S2134 County Map – Hisp Shading | | X |
| 141 | Plan S2134 District Maps | | X |
| 142 | Plan S2134 Reports (R116, R135, R225, R235, R240, R315, R340) | | X |
| 143 | Plan S2134 Statewide Map – Black Shading | | X |
| 144 | Plan S2134 Statewide Map – Hisp Shading | | X |
| 145 | Plan S2168 County Map – Black Shading | | X |
| 146 | Plan S2168 Couty Maps – Black Shading | | X |
| 147 | Plan S2168 District Maps | | X |
| 148 | Plan S2168 Reports (R116, R135, R225) | | X |
| 149 | Plan S2168 Reports (R240, R315, R340) | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 150 | Plan S2168 Statewide Map – Black Shading | | X |
| 151 | Plan S2168 Statewide Map – Hisp Shading | | X |
| 152 | 2022 General Election Returns.csv | | X |
| 153 | 2024 General Election Returns.csv | | X |
| 154 | AG-22G.csv | | X |
| 155 | Comptroller-22G.csv | | X |
| 156 | Gov-22G.csv | | X |
| 157 | LandComm-22G.csv | | X |
| 158 | LtGov-22G.csv | | X |
| 159 | Pres-24G.csv | | X |
| 160 | SBOE1-24G.csv | | X |
| 161 | SBOE10-24G.csv | | X |
| 162 | SBOE11-24G.csv | | X |
| 163 | SBOE15-24G.csv | | X |
| 164 | StateRep17-22G.csv | | X |
| 165 | StateRep17-24G.csv | | X |
| 166 | StateRep24-22G.csv | | X |
| 167 | StateRep30-24G.csv | | X |
| 168 | StateRep32-24G.csv | | X |
| 169 | StateRep43-24G.csv | | X |
| 170 | StateRep44-22G.csv | | X |
| 171 | StateRep44-24G.csv | | X |
| 172 | StateRep53-22G.csv | | X |
| 173 | StateRep53-24G.csv | | X |
| 174 | StateRep58-24G.csv | | X |
| 175 | StateRep68-24G.csv | | X |
| 176 | StateRep71-22G.csv | | X |
| 177 | StateRep71-24G.csv | | X |
| 178 | StateRep74-22G.csv | | X |
| 179 | StateRep74-24G.csv | | X |
| 180 | StateRep75-22G.csv | | X |
| 181 | StateRep80-24G.csv | | X |
| 182 | StateRep96-24G.csv | | X |
| 183 | StateRep97-22G.csv | | X |
| 184 | StateRep97-24G.csv | | X |
| 185 | StateRep118-22G.csv | | X |
| 186 | StateRep118-24G.csv | | X |
| 187 | StateSenS-22G.csv | | X |
| 188 | StateSenS-24G.csv | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 189 | StateSen17c22G:csv | | X |
| 190 | StateSen17-24G.csv | | X |
| 191 | StateSen18-22G.csv | | X |
| 192 | StateSen19-22G.csv | | X |
| 193 | StateSen20-22G.csv | | X |
| 194 | StateSen21-22G.csv | | X |
| 195 | StateSen27-22G.csv | | X |
| 196 | StateSen27-24G.csv | | X |
| 197 | SupCt2-24G.csv | | X |
| 198 | SupCt3-22G.csv | | X |
| 199 | SupCt4-24G.csv | | X |
| 200 | SupCtS-22G.csv | | X |
| 201 | SupCt6-24G.csv | | X |
| 202 | SupCt9-22G.csv | | X |
| 203 | USRep10-22G.csv | | X |
| 204 | USRep10-24G.csv | | X |
| 205 | USRep12-22G.csv | | X |
| 206 | USRep12-24G.csv | | X |
| 207 | USRep17-22G.csv | | X |
| 208 | USRep17-24G.csv | | X |
| 209 | USRep19-22G.csv | | X |
| 210 | USRep23-24G.csv | | X |
| 211 | USRep27-22G.csv | | X |
| 212 | USRep27-24G.csv | | X |
| 213 | USRep28-22G.csv | | X |
| 214 | USRep28-24G.csv | | X |
| 215 | USRep33-22G.csv | | X |
| 216 | USRep33-24G.csv | | X |
| 217 | USS-24G.csv | | X |
| 218 | Voter Data_2022.csv | | X |
| 219 | Voter Data_2024.csv | | X |
| 220 | VTDs_24PG_Pop.txt | | X |
| 221 | Expert Report of Dr. Matt A. Barreto dated May 20, 2022 | | X |
| 222 | Rebuttal Report of Dr. Matt A. Barreto dated July 27, 2022 | | X |
| 223 | Supplemental Expert report of Dr. Matt A. Barreto dated March 31, 2025 | | X |
| 224 | Rebuttal Report of Dr. Matt A. Barreto dated April 16, 2025 | | X |
| 225 | Dr. Matt A. Barreto CV April 2025 | | X |
| 226 | Expert Report of Dr. Tye Rush dated March 31, 2025 | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 227 | Dr. Tye Rush CV | | |
| 228 | Expert Report of Dr. Morgan Kousser dated June 1 ,2022 | | X |
| 229 | Declaration of Jose Reyes | | X |
| 230 | Declaration of Clara Faulkner | | X |
| 231 | Declaration of Eva Bonilla | | X |
| 232 | Declaration of Felipe Guitierrez | | X |
| 233 | Declaration of Martin Saenz | | X |
| 234 | Declaration of Norma Anel Perez-Cavazos | | X |
| 235 | Declaration of Phyllis Goines | | X |
| 236 | Declaration of Deborah Spell | | X |
| 237 | Declaration of Sandra Puente | | X |
| 238 | Declaration of Lydia Alcalan | | X |
| 239 | Declaration of Roy Charles Brooks | | X |
| 240 | PLANH2316_r225_Election14G | | X |
| 241 | PLANH2316_r225_Election16G | | X |
| 242 | PLANH2316_r225_Election18G | | X |
| 243 | PLANH2316_r225_Election20G | | X |
| 244 | PLANH2316_r225_Election22G | | X |
| 245 | PLANH2316_r225_Election24G | | X |
| 246 | Supplemental Expert Report of Dr. Matt A. Barreto dated June 15, 2022 | | X |
| 247 | Turcios Post | | X |
| 248 | Bexar County VTD Boundaries | | X |
| 249 | Trende Cross Exam HD118 GOP Alt Map | | X |
| 250 | TLC Version of Brooks 249 Plan H2332 | | X |
| 251 | TLC Incumbents Report March 2023 | | X |
| 252 | TLC Incumbents Report October 2021 | | X |
| 253 | July 7, 2025 DOJ Letter to Abbott and Paxton | | X |
| 254 | First Special Session Proclamation | | X |
| 255 | July 11, 2025 Paxton Response to DOJ Letter | | X |
| 256 | July 27, 2025 Vasut Letter to Dhillon re Invitation to Testify | | X |
| 257 | July 25, 2025 King Invitation to Dhillon | | X |
| 258 | Plan C2193 CVAP Report | | X |
| 259 | Plan C2308 CVAP Report | | X |
| 260 | Plan C2308 v. Plan C2193 Overlap | | X |
| 261 | Plan C2308 2024 General Election | | X |
| 262 | Plan C2193 2024 Election Report | | X |
| 263 | Second Special Session Proclamation | | X |
| 264 | Plan C2331 v. Plan C2308 Overlap | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 265 | Plan C2333 CVAP Report | | X |
| 266 | Plan C2333 v. Plan C2331 Overlap | | X |
| 267 | Plan C2333 v. Plan C2193 Overlap | | X |
| 268 | Plan C2333 2024 General Election | | X |
| 269 | Barreto Report (August 2025) | | X |
| 270 | August 24, 2025 House Letter to Abbott re 3rd Special Session | | X |
| 271 | Declaration of Justin Boyd | | X |
| 272 | Declaration of Charles Cave | | X |
| 273 | Declaration of Emmanuel Guerrero | | X |
| 274 | Declaration of Betty Keller | | X |
| 275 | Declaration of Lorraine Montemayor | | X |
| 276 | Declaration of Joetta Stevenson | | X |
| 277 | Declaration of Dennis Williams | | X |
| 278 | August 7, 2025 Abbott X (Twitter) Post: Why Texas Must Redraw the Map | | X |
| 279 | January 2012 Section 5 Trial Transcript | | X |
| 280 | February 14, 2012 Transcript of Hearing_Vol 1 | | X |
| 281 | February 15, 2012 Transcript of Hearing_Vol 2 | | X |
| 282 | August 20, 2025 Speaker Dustin Burrows' X (Twitter) Post | | X |
| 283 | Barreto Report (September 2025) | | X |
| 284 | Barreto Report (September 29, 2025) | | X |
| 285 | Purposefully Omitted | | |
| 286 | Purposefully Omitted | | |
| 287 | Purposefully Omitted | | |
| 288 | Purposefully Omitted | | |
| 289 | Purposefully Omitted | | |
| 290 | Purposefully Omitted | | |
| 291 | Purposefully Omitted | | |
| 292 | Purposefully Omitted | | |
| 293 | Purposefully Omitted | | |
| 294 | Purposefully Omitted | | |
| 295 | Purposefully Omitted | | |
| 296 | Purposefully Omitted | | |
| 297 | Purposefully Omitted | | |
| 298 | Purposefully Omitted | | |
| 299 | Purposefully Omitted | | |
| 300 | 07/21/2025 Senate Floor Session (Part II) | | X |
| 300-T | Transcript of 07/21/2025 Senate Floor Session (Part II) | | X |
| 301 | 07/24/2025 House Select Committee on Congressional Redistricting | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 301-T | Transcript of 07/24/2025 House Select Committee on Congressional Redistricting | | X |
| 302 | 07/26/2025 House Select Committee on Congressional Redistricting | | X |
| 302-T | Transcript of 07/26/2025 House Select Committee on Congressional Redistricting | | X |
| 303 | 07/28/2025 House Select Committee on Congressional Redistricting | | X |
| 303-T | Transcript of 07/28/2025 House Select Committee on Congressional Redistricting | | X |
| 304 | 07/25/2025 Senate Special Committee on Congressional Redistricting | | X |
| 304-T | Transcript of 07/25/2025 Senate Special Committee on Congressional Redistricting | | X |
| 305 | 07/26/2025 Senate Special Committee on Congressional Redistricting | | X |
| 305-T | Transcript of 07/26/2025 Senate Special Committee on Congressional Redistricting | | X |
| 306 | 07/28/2025 Senate Special Committee on Congressional Redistricting | | X |
| 306-T | Transcript of 07/28/2025 Senate Special Committee on Congressional Redistricting | | X |
| 307 | 07/29/2025 Senate Special Committee on Congressional Redistricting | | X |
| 307-T | Transcript of 07/29/2025 Senate Special Committee on Congressional Redistricting | | X |
| 308 | 07/30/2025 Senate Special Committee on Congressional Redistricting | | X |
| 308-T | Transcript of 07/30/2025 Senate Special Committee on Congressional Redistricting | | X |
| 309 | 08/01/2025 House Select Committee on Congressional Redistricting | | X |
| 309-T | Transcript of 08/01/2025 House Select Committee on Congressional Redistricting | | X |
| 310 | 08/02/2025 House Select Committee on Congressional Redistricting | | X |
| 310-T | Transcript of 08/02/2025 House Select Committee on Congressional Redistricting | | X |
| 311 | 08/06/2025 Senate Special Committee on Congressional Redistricting | | X |
| 311-T | Transcript of 08/06/2025 Senate Special Committee on Congressional Redistricting | | X |
| 312 | 08/07/2025 Senate Special Committee on Congressional Redistricting | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 312-T | Transcript of 08/07/2025 Senate Special Committee on Congressional Redistricting | | X |
| 313 | 08/12/2025 Senate Floor Session | | X |
| 313-T | Transcript of 08/12/2025 Senate Floor Session | | X |
| 314 | 08/17/2025 Senate Special Committee on Congressional Redistricting | | X |
| 314-T | Transcript of 08/17/2025 Senate Special Committee on Congressional Redistricting | | X |
| 315 | 08/18/2025 House Select Committee on Congressional Redistricting | | X |
| 315-T | Transcript of 08/18/2025 House Select Committee on Congressional Redistricting | | X |
| 316 | 08/20/2025 House Floor Session | | X |
| 316-T | Transcript of 08/20/2025 House Floor Session | | X |
| 317 | 08/21/2025 Senate Special Committee on Congressional Redistricting | | X |
| 317-T | Transcript of 08/21/2025 Senate Special Committee on Congressional Redistricting | | X |
| 318 | 08/22/2025 Senate Floor Session Part I | | X |
| 318-T | Transcript of 08/22/2025 Senate Floor Session Part I | | X |
| 319 | 08/22/2025 Senate Floor Session Part II | | X |
| 319-T | Transcript of 08/22/2025 Senate Floor Session Part II | | X |
| 320 | 08/22/2025 Senate Floor Session Part III | | X |
| 320-T | Transcript of 08/22/2025 Senate Floor Session Part III | | X |
| 321 | 08/22/2025 Senate Floor Session Part IV | | X |
| 321-T | Transcript of 08/22/2025 Senate Floor Session Part IV | | X |
| 322 | August 6 2025 Harmeet Dhillon Just The News.mp4 | | X |
| 322-T | Transcript of August 6 2025 Harmeet Dhillon Just The News.mp4 | | X |
| 323 | 08/08/2025 Harmeet Dhillon X.com Video | | X |
| 323-T | Transcript of 08/08/2025 Harmeet Dhillon X.com Video | | X |
| 324 | 08/09/2025 Harmeet Dhillon X.com Video | | X |
| 324-T | Transcript of 08/09/2025 Harmeet Dhillon X.com Video | | X |
| 325 | 07/22/2025 Greg Abbott Fox 4 Interview | | X |
| 325-T | Transcript of 07/22/2025 Greg Abbott Fox 4 Interview | | X |
| 326 | 08/07/2025 Greg Abbott Joe Pag Show Interview | | X |
| 326-T | Transcript of 08/07/2025 Greg Abbott Joe Pag Show Interview | | X |
| 327 | 08/06/2025 NPR Redistricting Video | | X |
| 327-T | Transcript of 08/06/2025 NPR Redistricting Video | | X |
| 328 | 08/25/2025 Mark Henry Redistricting Video | | X |
| 328-T | Transcript of 08/25/2025 Mark Henry Redistricting Video | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 329 | 05/11/2022 Charles Pweet Shoot Shovel Shut-up Video | | X |
| 330 | 08/04/2025 CBS News Takeout Show Video | | X |
| 330-T | Transcript of 08/04/2025 CBS News Takeout Show Video | | |
| 331 | 08/05/2025 Abbott Fox News | | X |
| 331-T | Transcript of 08/05/2025 Abbott Fox News | | |
| 332 | 08/07/2025 Abbott Pags | | X |
| 332-T | Transcript of 08/07/2025 Abbott Pags | | |
| 333 | 08/17/2025 STTP Hillary Hickland | | X |
| 333-T | Transcript of 08/17/2025 STTP Hillary Hickland | | |
| 334 | August 5 2025 Newsmax Harmeet Dhillon | | X |
| 334-T | Transcript of August 5 2025 Newsmax Harmeet Dhillon | | X |
| 335 | August 11, 2025 CNN Tapper Greg Abbott | | X |
| 335-T | Transcript of August 11, 2025 CNN Tapper Greg Abbott | | X |
| 336 | August 5, 2025 Fox News Greg Abbott | | X |
| 336-T | Transcript of August 5, 2025 Fox News Greg Abbott | | X |
| 337 | August 6 2025 Harmeet Dhillon X.com Video | | X |
| 337-T | Transcript of August 6 2025 Harmeet Dhillon X.com Video | | X |
| 338 | May 11, 2022 Senate Committee on Water Agriculture | | X |
| 339 | Oct 2 2025 Just the News Rep. Steve Toth | | |
| 339-T | Transcript of Oct 2 2025 Just the News Rep. Steve Toth | | |
| 340 | Aug 5 2025 Adam Kincaid AEI.mp3 | | |
| 340-T | Transcript of Aug 5 2025 Adam Kincaid AEI.mpe | | |
| 341 | Oct 10 2021 Kincaid Univ of Chicago.mp4 | | |
| 341-T | Transcript of Oct 10 2021 Kincaid Univ of Chicago.mp4 | | |
| 342 | Aug 19 2025 Judge Henry PILF podcast.mp3 | | |
| 342-T | Transcript of Aug 19 2025 Judge Henry PILF podcast.mp3 | | |
| 343 | Purposefully Omitted | | |
| 344 | July 25, 2025 New York Times Solomons Op Ed - When I Led Texas Redistricting | | X |
| 345 | TLC Map: Central Harris to Liberty Counties, 2024 General Election by VTD, Plan C2193 | | X |
| 346 | TLC Map: Central Harris to Liberty Counties, 2024 General Election by VTD, Plan C2331 | | X |
| 347 | TLC Map: Central Harris to Liberty Counties, 2024 General Election by VTD, Plan C2333 | | X |
| 348 | TLC Map: Dallas and Tarrant Counties, 2024 General Election by VTD, Plan C2193 | | X |
| 349 | TLC Map: Dallas and Tarrant Counties, 2024 General Election by VTD, Plan C2333 | | X |
| 350 | TLC Map: Northeast Texas, 2024 General Election by VTD, Plan C2193 | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 351 | TLC Map: Northeast Texas, 2024 General Election by VTD, Plan C2333 | | X |
| 352 | TLC Map: Central to South Texas, 2024 General Election by VTD, Plan C2193 | | X |
| 353 | TLC Map: Central to South Texas, 2024 General Election by VTD, Plan C2333 | | X |
| 354 | TLC Map: District 27, 2024 General Election by VTD, Plan C2193 | | X |
| 355 | TLC Map: District 27, 2024 General Election by VTD, Plan C2333 | | X |
| 356 | TLC Map: Central Harris to Liberty Counties, Anglo VAP by VTD, Plan C2193 | | X |
| 357 | TLC Map: Central Harris to Liberty Counties, Black VAP by VTD, Plan C2193 | | X |
| 358 | TLC Map: Central Harris to Liberty Counties, Hispanic VAP by VTD, Plan C2193 | | X |
| 359 | TLC Map: Central Harris to Liberty Counties, Non-Anglo VAP by VTD, Plan C2193 | | X |
| 360 | TLC Map: Central Harris to Liberty Counties, Anglo VAP by VTD, Plan C2331 | | X |
| 361 | TLC Map: Central Harris to Liberty Counties, Black VAP by VTD, Plan C2331 | | X |
| 362 | TLC Map: Central Harris to Liberty Counties, Hispanic VAP by VTD, Plan C2331 | | X |
| 363 | TLC Map: Central Harris to Liberty Counties, Non-Anglo VAP by VTD, Plan C2331 | | X |
| 364 | TLC Map: Central Harris to Liberty Counties, Anglo VAP by VTD, Plan C2333 | | X |
| 365 | TLC Map: Central Harris to Liberty Counties, Black VAP by VTD, Plan C2333 | | X |
| 366 | TLC Map: Central Harris to Liberty Counties, Hispanic VAP by VTD, Plan C2333 | | X |
| 367 | TLC Map: Central Harris to Liberty Counties, Non-Anglo VAP by VTD, Plan C2333 | | X |
| 368 | TLC Map: Dallas and Tarrant Counties, Anglo VAP by VTD, Plan C2193 | | X |
| 369 | TLC Map: Dallas and Tarrant Counties, Black VAP by VTD, Plan C2193 | | X |
| 370 | TLC Map: Dallas and Tarrant Counties, Hispanic VAP by VTD, Plan C2193 | | X |
| 371 | TLC Map: Dallas and Tarrant Counties, Non-Anglo VAP by VTD, Plan C2193 | | X |
| 372 | TLC Map: Dallas and Tarrant Counties, Anglo VAP by VTD, Plan C2333 | | X |
| 373 | TLC Map: Dallas and Tarrant Counties, Black VAP by VTD, Plan C2333 | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 374 | TLC Map: Dallas and Tarrant Counties, Hispanic VAP by VTD, Plan C2333 | | X |
| 375 | TLC Map: Dallas and Tarrant Counties, Non-Anglo VAP by VTD, Plan C2333 | | X |
| 376 | TLC Map: Northeast Texas, Anglo VAP by VTD, Plan C2193 | | X |
| 377 | TLC Map: Northeast Texas, Black VAP by VTD, Plan C2193 | | X |
| 378 | TLC Map: Northeast Texas, Hispanic VAP by VTD, Plan C2193 | | X |
| 379 | TLC Map: Northeast Texas, Non-Anglo VAP by VTD, Plan C2193 | | X |
| 380 | TLC Map: Northeast Texas, Anglo VAP by VTD, Plan C2333 | | X |
| 381 | TLC Map: Northeast Texas, Black VAP by VTD, Plan C2333 | | X |
| 382 | TLC Map: Northeast Texas, Hispanic VAP by VTD, Plan C2333 | | X |
| 383 | TLC Map: Northeast Texas, Non-Anglo VAP by VTD, Plan C2333 | | X |
| 384 | TLC Map: Central to South Texas, Anglo VAP by VTD, Plan C2193 | | X |
| 385 | TLC Map: Central to South Texas, Black VAP by VTD, Plan C2193 | | X |
| 386 | TLC Map: Central to South Texas, Hispanic VAP by VTD, Plan C2193 | | X |
| 387 | TLC Map: Central to South Texas, Non-Anglo VAP by VTD, Plan C2193 | | X |
| 388 | TLC Map: Central to South Texas, Anglo VAP by VTD, Plan C2333 | | X |
| 389 | TLC Map: Central to South Texas, Black VAP by VTD, Plan C2333 | | X |
| 390 | TLC Map: Central to South Texas, Hispanic VAP by VTD, Plan C2333 | | X |
| 391 | TLC Map: Central to South Texas, Non-Anglo VAP by VTD, Plan C2333 | | X |
| 392 | TLC Map: District 27, Anglo VAP by VTD, Plan C2193 | | X |
| 393 | TLC Map: District 27, Black VAP by VTD, Plan C2193 | | X |
| 394 | TLC Map: District 27, Hispanic VAP by VTD, Plan C2193 | | X |
| 395 | TLC Map: District 27, Non-Anglo VAP by VTD, Plan C2193 | | X |
| 396 | TLC Map: District 27, Anglo VAP by VTD, Plan C2333 | | X |
| 397 | TLC Map: District 27, Black VAP by VTD, Plan C2333 | | X |
| 398 | TLC Map: District 27, Hispanic VAP by VTD, Plan C2333 | | X |
| 399 | TLC Map: District 27, Non-Anglo VAP by VTD, Plan C2333 | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 400 | TLC Map: Central Harris to Liberty Counties, Estimated Anglo CVAP by Block Group, Plan C2193 | | X |
| 401 | TLC Map: Central Harris to Liberty Counties, Estimated NH Black CVAP by Block Group, Plan C2193 | | X |
| 402 | TLC Map: Central Harris to Liberty Counties, Estimated Hispanic CVAP by Block Group, Plan C2193 | | X |
| 403 | TLC Map: Central Harris to Liberty Counties, Estimated Non-Anglo CVAP by Block Group, Plan C2193 | | X |
| 404 | TLC Map: Central Harris to Liberty Counties, Estimated Anglo CVAP by Block Group, Plan C2331 | | X |
| 405 | TLC Map: Central Harris to Liberty Counties, Estimated NH Black CVAP by Block Group, Plan C2331 | | X |
| 406 | TLC Map: Central Harris to Liberty Counties, Estimated Hispanic CVAP by Block Group, Plan C2331 | | X |
| 407 | TLC Map: Central Harris to Liberty Counties, Estimated Non-Anglo CVAP by Block Group, Plan C2331 | | X |
| 408 | TLC Map: Central Harris to Liberty Counties, Estimated Anglo CVAP by Block Group, Plan C2333 | | X |
| 409 | TLC Map: Central Harris to Liberty Counties, Estimated NH Black CVAP by Block Group, Plan C2333 | | X |
| 410 | TLC Map: Central Harris to Liberty Counties, Estimated Hispanic CVAP by Block Group, Plan C2333 | | X |
| 411 | TLC Map: Central Harris to Liberty Counties, Estimated Non-Anglo CVAP by Block Group, Plan C2333 | | X |
| 412 | TLC Map: Dallas and Tarrant Counties, Estimated Anglo CVAP by Block Group, Plan C2193 | | X |
| 413 | TLC Map: Dallas and Tarrant Counties, Estimated NH Black CVAP by Block Group, Plan C2193 | | X |
| 414 | TLC Map: Dallas and Tarrant Counties, Estimated Hispanic CVAP by Block Group, Plan C2193 | | X |
| 415 | TLC Map: Dallas and Tarrant Counties, Estimated Non-Anglo CVAP by Block Group, Plan C2193 | | X |
| 416 | TLC Map: Dallas and Tarrant Counties, Estimated Anglo CVAP by Block Group, Plan C2333 | | X |
| 417 | TLC Map: Dallas and Tarrant Counties, Estimated NH Black CVAP by Block Group, Plan C2333 | | X |
| 418 | TLC Map: Dallas and Tarrant Counties, Estimated Hispanic CVAP by Block Group, Plan C2333 | | X |
| 419 | TLC Map: Dallas and Tarrant Counties, Estimated Non-Anglo CVAP by Block Group, Plan C2333 | | X |
| 420 | TLC Map: Northeast Texas, Estimated Anglo CVAP by Block Group, Plan C2193 | | X |
| 421 | TLC Map: Northeast Texas, Estimated NH Black CVAP by Block Group, Plan C2193 | | X |
| 422 | TLC Map: Northeast Texas, Estimated Hispanic CVAP by Block Group, Plan C2193 | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 423 | TLC Map: Northeast Texas, Estimated Non-Anglo CVAP by Block Group, Plan C2193 | | X |
| 424 | TLC Map: Northeast Texas, Estimated Anglo CVAP by Block Group, Plan C2333 | | X |
| 425 | TLC Map: Northeast Texas, Estimated NH Black CVAP by Block Group, Plan C2333 | | X |
| 426 | TLC Map: Northeast Texas, Estimated Hispanic CVAP by Block Group, Plan C2333 | | X |
| 427 | TLC Map: Northeast Texas, Estimated Non-Anglo CVAP by Block Group, Plan C2333 | | X |
| 428 | TLC Map: Central to South Texas, Estimated Anglo CVAP by Block Group, Plan C2193 | | X |
| 429 | TLC Map: Central to South Texas, Estimated NH Black CVAP by Block Group, Plan C2193 | | X |
| 430 | TLC Map: Central to South Texas, Estimated Hispanic CVAP by Block Group, Plan C2193 | | X |
| 431 | TLC Map: Central to South Texas, Estimated Non-Anglo CVAP by Block Group, Plan C2193 | | X |
| 432 | TLC Map: Central to South Texas, Estimated Anglo CVAP by Block Group, Plan C2333 | | X |
| 433 | TLC Map: Central to South Texas, Estimated NH Black CVAP by Block Group, Plan C2333 | | X |
| 434 | TLC Map: Central to South Texas, Estimated Hispanic CVAP by Block Group, Plan C2333 | | X |
| 435 | TLC Map: Central to South Texas, Estimated Non-Anglo CVAP by Block Group, Plan C2333 | | X |
| 436 | TLC Map: District 27, Estimated Anglo CVAP by Block Group, Plan C2193 | | X |
| 437 | TLC Map: District 27, Estimated NH Black CVAP by Block Group, Plan C2193 | | X |
| 438 | TLC Map: District 27, Estimated Hispanic CVAP by Block Group, Plan C2193 | | X |
| 439 | TLC Map: District 27, Estimated Non-Anglo CVAP by Block Group, Plan C2193 | | X |
| 440 | TLC Map: District 27, Estimated Anglo CVAP by Block Group, Plan C2333 | | X |
| 441 | TLC Map: District 27, Estimated NH Black CVAP by Block Group, Plan C2333 | | X |
| 442 | TLC Map: District 27, Estimated Hispanic CVAP by Block Group, Plan C2333 | | X |
| 443 | TLC Map: District 27, Estimated Non-Anglo CVAP by Block Group, Plan C2333 | | X |
| 444 | TLC Map Packet: S.B. 4, Enrollment, Plan C185 | | X |
| 445 | TLC Map Packet: Court-Ordered Interim Congressional Plan, Plan C235 | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 446 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 14 DP Election | | X |
| 447 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 – 14 G Election | | X |
| 448 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 14 RP Election | | X |
| 449 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 16 DP Election | | X |
| 450 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 – 16 G Election | | X |
| 451 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 16 RP Election | | X |
| 452 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 18 DP Election | | X |
| 453 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 – 18 G Election | | X |
| 454 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 18 RP Election | | X |
| 455 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 20 DP Election | | X |
| 456 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 – 20 G Election | | X |
| 457 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 20 RP Election | | X |
| 458 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 22 DP Election | | X |
| 459 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 – 22 G Election | | X |
| 460 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 22 RP Election | | X |
| 461 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 24 DP Election | | X |
| 462 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 – 24 G Election | | X |
| 463 | TLC Red-240 Report, Plan C2193 Overlap Election Analysis with Plan C2333 - 24 RP Election | | X |
| 464 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 14DP Election | | X |
| 465 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 14G Election | | X |
| 466 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 14RP Election | | X |
| 467 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 16DP Election | | X |
| 468 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 16G Election | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 469 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 16RP Election | | X |
| 470 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 18DP Election | | X |
| 471 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 18G Election | | X |
| 472 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 18RP Election | | X |
| 473 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 20DP Election | | X |
| 474 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 20G Election | | X |
| 475 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 20RP Election | | X |
| 476 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 22DP Election | | X |
| 477 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 22G Election | | X |
| 478 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 22RP Election | | X |
| 479 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 24DP Election | | X |
| 480 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 24G Election | | X |
| 481 | TLC Red-240 Report, Plan C2331 Overlap Election Analysis with Plan C2333, 24RP Election | | X |
| 482 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 14DP Election | | X |
| 483 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 14G Election | | X |
| 484 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 14RP Election | | X |
| 485 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 16DP Election | | X |
| 486 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 16G Election | | X |
| 487 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 16RP Election | | X |
| 488 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 18DP Election | | X |
| 489 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 18G Election | | X |
| 490 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 18RP Election | | X |
| 491 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 20DP Election | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 492 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 20G Election | | X |
| 493 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 20RP Election | | X |
| 494 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 22DP Election | | X |
| 495 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 22G Election | | X |
| 496 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 22RP Election | | X |
| 497 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 24DP Election | | X |
| 498 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 24G Election | | X |
| 499 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan 2193, 24RP Election | | X |
| 500 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 14DP Election | | X |
| 501 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 14G Election | | X |
| 502 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 14RP Election | | X |
| 503 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 16DP Election | | X |
| 504 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 16G Election | | X |
| 505 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 16RP Election | | X |
| 506 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 18DP Election | | X |
| 507 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 18G Election | | X |
| 508 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 18RP Election | | X |
| 509 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 20DP Election | | X |
| 510 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 20G Election | | X |
| 511 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 20RP Election | | X |
| 512 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 22DP Election | | X |
| 513 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 22G Election | | X |
| 514 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 22RP Election | | X |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 515 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 24 DP Election | | X |
| 516 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 24G Election | | X |
| 517 | TLC Red-240 Report, Plan C2333 Overlap Election Analysis with Plan C2331, 24RP Election | | X |
| 518 | Galveston Trial PX 173 - Henry Ex. 21 | | |
| 519 | This Texas Court Case Could Determine Who Controls Congress | | |

October 10, 2025

Respectfully submitted,

/s/ Chad W. Dunn
Chad W. Dunn (Tex. Bar No. 24036507)
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705
(512) 717-9822
chad@brazilanddunn.com

Mark P. Gaber
Mark P. Gaber*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

Jesse Gaines* (Tex. Bar. No. 07570800)
6015 Meadowbrook Drive
Fort Worth, Texas 76112
(817) 654-1161
gainesjesse@ymail.com

Molly E. Danahy*
P.O. Box 51
Helena, MT 59624
(406) 616-3058
danahy.molly@gmail.com

Sonni Waknin*
6417 N. Figueroa Street, #10
Los Angeles, California 90042
732-610-1283
sonniwaknin@gmail.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on all counsel of record on October 10, 2025.

*Mark P. Gaber*
Mark P. Gaber