## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., | Civil Action |
| Plaintiffs, | |
| v. | Lead Case No.: |
| GREG ABBOTT, et al., | 3:21-CV-00259-DCG-JES-JVB |
| Defendants. | |
| | |
| CECILIA GONZALES, et al., | |
| Plaintiffs, | Consolidated Case No.: |
| v. | 1:21-CV-00965-DCG-JES-JVB |
| JANE NELSON, et al., | |
| Defendants. | |

### GONZALES PLAINTIFFS' PRELIMINARY INJUNCTION HEARING SECOND AMENDED EXHIBIT LIST

Plaintiffs in Case No. 1:21-cv-00965 (the "Gonzales Plaintiffs") by and through their undersigned counsel, hereby submit the following Second Amended Exhibit List, which supplements their pre-hearing Disclosures, ECF No. 1212, and First Amended Exhibit List, ECF No. 1258. The Gonzales Plaintiffs reserve the right to rely on the full record in support of their claims.

| Exhibit Number | Description |
|---|---|
| Gonzales Plaintiffs' Exhibit 17 | **ECF No. 1149-2** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2019-2023 American Community Survey" for Plan 2333 |
| Gonzales Plaintiffs' Exhibit 18 | **ECF No. 1149-3** (Document titled "Plan Overlap Population Analysis – Congressional Districts PLANC2193 Compared with PLANC2333 2024 General Election," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 19 | **ECF No. 1149-4** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2019-2023 American Community Survey" for Plan 2193, from the Texas Legislative Council's website), as marked as Joint Trial Exhibit 903 |
| Gonzales Plaintiffs' Exhibit 20 | **ECF No. 1149-5** (SB 4's legislative history from the Texas Legislature's 89(1) session, from the website of Texas Legislature Online) |
| Gonzales Plaintiffs' Exhibit 21 | **ECF No. 1149-6** (Andrew Schneider and Blaise Gainey's article for KUT News as updated on August 20, 2025, titled "Texas Legislature's Second Special Session Begins as Quorum-Breaking Democrats Plan Return") |
| Gonzales Plaintiffs' Exhibit 22 | **ECF No. 1149-7** (Proclamation signed by Governor Abbott on August 15, 2025) |
| Gonzales Plaintiffs' Exhibit 23 | **ECF No. 1149-8** (SB 4's legislative history from the Texas Legislature's 89(2) session) |
| Gonzales Plaintiffs' Exhibit 24 | **ECF No. 1149-9** (HB 4's legislative history from the Texas Legislature's 89(2) session) |
| Gonzales Plaintiffs' Exhibit 25 | **ECF No. 1149-10** (Document titled "American Community Survey Estimated Population Analysis Congressional Districts - PLANC2333 2020 Census Population with 2019-2023 American Community Survey Estimates," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 26 | **ECF No. 1149-11** (Expert Report of Dr. Stephen Ansolabehere, May 20, 2022) |
| Gonzales Plaintiffs' Exhibit 27 | **ECF No. 1149-12** (Expert Report of Dr. Stephen Ansolabehere, March 31, 2025) |
| Gonzales Plaintiffs' Exhibit 28 | **ECF No. 1149-13** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2015-2019 American Community Survey" for Plan 2193, as marked as Joint Trial Exhibit 899) |
| Gonzales Plaintiffs' Exhibit 29 | **ECF No. 1149-14** (Comparison packet titled "U.S. Congressional Districts Proposed Plan PLANC2333 with U.S. Congressional Districts 119th Congress (2025–2026) PLANC2193," from the Texas Legislative Council's website) |

| Gonzales Plaintiffs' Exhibit 30 | **ECF No. 1149-15** (Document titled "Incumbents by District" for Plan 2333, from the Texas Legislative Counsel's website) |
|---|---|
| Gonzales Plaintiffs' Exhibit 31 | **ECF No. 1149-16** (Document titled "Election Analysis Congressional Districts - PLANC2333 2024 General Election," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 32 | **ECF No. 1149-17** (Document titled "Election Analysis Congressional Districts - PLANC2193 2024 General Election," as marked as Joint Trial Exhibit 942) |
| Gonzales Plaintiffs' Exhibit 33 | **ECF No. 1149-18** (August 20, 2025 post on X by Speaker of the Texas House Dustin Burrows) |
| Gonzales Plaintiffs' Exhibit 34 | **ECF No. 1149-19** (Statement issued by Governor Abbott on August 20, 2025) |
| Gonzales Plaintiffs' Exhibit 35 | **ECF No. 1149-20** (Announcement by Governor Abbott on June 23, 2025) |
| Gonzales Plaintiffs' Exhibit 36 | **ECF No. 1149-21** (Document titled "Special Tabulation of Citizen Voting Age Population (CVAP) from the 2019-2023 American Community Survey" for Plan 2331, from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 37 | **ECF No. 1149-22** (Comparison packet titled "U.S. Congressional Districts Proposed Plan PLANC2333 with U.S. Congressional Districts Proposed Plan PLANC2331," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 38 | **ECF No. 1149-23** (Document titled "Election Analysis Congressional Districts - PLANC2331 2024 General Election," from the Texas Legislative Council's website) |
| Gonzales Plaintiffs' Exhibit 39 | **ECF No. 1149-24** (Declaration and Expert Report of Dr. Stephen Ansolabehere, August 23, 2025) |
| Gonzales Plaintiffs' Exhibit 40 | **ECF No. 1149-25** (Declaration, Curriculum Vitae, and graphical representations of Blakeman B. Esselstyn, August 23, 2025) |
| Gonzales Plaintiffs' Exhibit 41 | **ECF No. 1114-2** (Harmeet Dhillon Letter to Governor Abbott, July 7, 2025) |
| Gonzales Plaintiffs' Exhibit 42 | **ECF No. 1116-1** (Ken Paxton's Response to Harmeet Dhillon Letter, July 11, 2025) |
| Gonzales Plaintiffs' Exhibit 43 | **ECF No. 1114-1** (Proclamation by Governor Abbott, July 9, 2025) |
| Gonzales Plaintiffs' Exhibit 44 | FOX 4 Dallas-Fort Worth, "Abbott on THC, redistricting & the special session," (YouTube, July 22, 2025), https://www.youtube.com/watch?v=PHsYs0NTPTY |
| Gonzales Plaintiffs' Exhibit 45 | Hr'g on H.B. 4 Before the H. Select Comm. on Cong. Redistricting, 89th Leg. (Tex. Aug. 1, 2025), https://house.texas.gov/videos/22418 |

| | |
|---|---|
| Gonzales Plaintiffs' Exhibit 46 | Hr'g on S.B. 4 Before the S. Spec. Comm. on Congressional Redistricting, 89th Leg. (Tex. Aug. 7, 2025), https://senate.texas.gov/videoplayer.php?vid=22443&lang=en |
| Gonzales Plaintiffs' Exhibit 47 | CNN, "'What gives you the right?': Tapper pushes back on Abbott over calls to remove Dem lawmaker" at 4:00-4:17, YouTube (Aug. 11, 2025), https://tinyurl.com/yvf9ht6e |
| Gonzales Plaintiffs' Exhibit 48 | Declaration of Cecilia Gonzales* |
| Gonzales Plaintiffs' Exhibit 49 | Declaration of Agustin Loredo* |
| Gonzales Plaintiffs' Exhibit 50 | Declaration of Jana Lynne Sanchez* |
| Gonzales Plaintiffs' Exhibit 51 | Declaration of Jerry Shafer* |
| Gonzales Plaintiffs' Exhibit 52 | Declaration of Debbie Lynn Solis* |
| Gonzales Plaintiffs' Exhibit 53 | Declaration of Charles Johnson Jr.* |
| Gonzales Plaintiffs' Exhibit 54 | Declaration of Vincent Sanders* |
| Gonzales Plaintiffs' Exhibit 55 | Declaration of Rogelio Nuñez* |
| Gonzales Plaintiffs' Exhibit 56 | Declaration of Marci Madla* |
| Gonzales Plaintiffs' Exhibit 57 | Declaration of Mercedes Salinas* |
| Gonzales Plaintiffs' Exhibit 58 | Declaration of Heidi Cruz* |
| Gonzales Plaintiffs' Exhibit 59 | Declaration of Sylvia Bruni* |
| Gonzales Plaintiffs' Exhibit 60 | Declaration of Gwendolyn Collins* |
| Gonzales Plaintiffs' Exhibit 61 | Rebuttal Report of Dr. Stephen Ansolabehere, September 29, 2025 |
| Gonzales Plaintiffs' Exhibit 62 | Webpage titled "Percent Population Change for Texas Counties, 2020-2023," from the website of the Texas Demographic Center. |
| Gonzales Plaintiffs' Exhibit 63 | Report and Recommendation of the Special Master in *Singleton et al. v. Allen et al.*, No. 2:23-mc-01181-AMM, ECF No. 44 (N.D. Ala. Sept. 25, 2023). |
| Gonzales Plaintiffs' Exhibit 64 | Curriculum Vitae of Jeffrey B. Lewis, September 15, 2025 |

| Gonzales Plaintiffs' Exhibit 65 | Curriculum Vitae of Jeffrey B. Lewis, July 26, 2011 |
|---|---|
| Gonzales Plaintiffs' Exhibit 66 | Jeffrey Lewis, Why Do Representatives Represent? Estimating the Importance of Electoral Coalition Preferences in California (Feb. 1998) (Ph.D. dissertation, Massachusetts Institute of Technology) |
| Gonzales Plaintiffs' Exhibit 67 | Jeffrey B. Lewis, *Understanding King's Ecological Inference Model a Method-of-Moments Approach*, 34 Hist. Methods: J. Quantitative & Interdisc. Hist., 170 (2001) |
| Gonzales Plaintiffs' Exhibit 68 | R Code produced by Dr. Jeffrey Lewis |
| Gonzales Plaintiffs' Exhibit 69 | Pls.' Emergency Mot. Compel Leg. Defs. Produce Revised Calculations of Dr. Jeffrey Lewis, *Common Cause v. Lewis*, No. 18-CVS-014001 (Wake Cnty. Super. Ct. July 5, 2019). |
| Gonzales Plaintiffs' Exhibit 70 | Deposition of Dr. Jeffrey Lewis, *Common Cause v. Lewis*, No. 18-CVS-014001 (Wake Cnty. Super. Ct. June 11, 2019). |
| Gonzales Plaintiffs' Exhibit 71 | Leg. Defs.' Resp. to Pls.' Emergency Mot. to Compel Leg. Defs. to Produce Revised Calculations of Dr. Jeffrey Lewis, *Common Cause v. Lewis*, No. 18-CVS-014001 (Wake Cnty. Super. Ct. July 8, 2019) |
| Gonzales Plaintiffs' Exhibit 72 | Suppl. Expert Report of Dr. Jeffrey B. Lewis, *N.C. League of Conservation Voters v. Hall*, No. 21-CVS-015426 (Wake Cnty. Super. Ct. Feb. 18, 2022) |
| Gonzales Plaintiffs' Exhibit 73 | Output from Dr. Jeffrey Lewis' R Code |
| Gonzales Plaintiffs' Exhibit 74 | Decl. of Jeffrey B. Lewis in Supp. of Def.'s Ex Parte Application, *Pico Neighborhood Ass'n v. City of Santa Monica and Does 1-100*, No. BC-616804 (Los Angeles Cnty. Super. Ct. Feb. 27, 2019) |
| Gonzales Plaintiffs' Exhibit 75 | Dr. Jeffrey B. Lewis, Analysis of Voting in Yakima County (Jan. 4, 2021) |
| Gonzales Plaintiffs' Exhibit 76 | Jeffrey B. Lewis & Drew A. Linzer, *Estimating Regression Models in Which the Dependent Variable Is Based on Estimates*, 13 Pol. Analysis 345 (2005) |
| Gonzales Plaintiffs' Exhibit 77 | Expert Report of Jeffrey B. Lewis, *Common Cause v. Lewis*, No. 18-CVS-014001 (Wake Cnty. Super. Ct. Apr. 30, 2019) |

*Exhibit filed under seal. A redacted version will be filed on the public docket.

Dated: October 10, 2025

Renea Hicks
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

Respectfully submitted,

*/s/ David R. Fox*
David R. Fox
Richard A. Medina
James J. Pinchak
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
dfox@elias.law
rmedina@elias.law
jpinchak@elias.law

Abha Khanna
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

*Counsel for Gonzales Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 10, 2025, and that all counsel of record were served by CM/ECF.

*/s/ David R. Fox*