# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br> *Defendants.* | § § § § § § § § § § § <br><br> Case No. 3:21-cv-00259 <br> [Lead Case] |

### STATE DEFENDANTS' SECOND AMENDED EXHIBIT LIST

Defendants, the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Secretary of State; and Dave Nelson, in his official capacity as Deputy Secretary of State, (collectively, "State Defendants") respectfully file this Second Amended Exhibit List for the October 2025 Preliminary Injunction Hearing.

State Defendants' Second Amended Exhibit List is attached as Exhibit A. State Defendants reserve the right to amend their exhibits as they deem appropriate based on testimony and other evidence admitted. In addition, nothing in this disclosure should be interpreted as a waiver of any privilege. State Defendants only intend to rely on public and non-privileged information at trial, and any inclusion of privileged information is inadvertent. Should any privileged document appear in State Defendants' Second Amended Exhibit List, State Defendants reserve the right to withdraw and snapback the exhibit.

| | |
|---|---|
| Date: October 10, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | /s/ Ali M. Thorburn<br>RYAN G. KERCHER<br>Chief, Special Litigation Division<br>Texas Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | WILLIAM D. WASSDORF<br>Associate Deputy Attorney General for Civil Litigation<br>Texas Bar No. 24103022 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | ALI M. THORBURN<br>Special Counsel<br>Texas Bar No. 24125064 |
| OFFICE OF THE<br>ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Phone: (512) 936-1700<br>Fax: (512) 457-4410<br>ryan.kercher@oag.texas.gov<br>will.wassdorf@oag.texas.gov<br>ali.thorburn@oag.texas.gov | COUNSEL FOR STATE DEFENDANTS |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on October 10, 2025.

/s/ Ali M. Thorburn
ALI M. THORBURN