IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259-DCG-JES-JVB [Lead Case] |
| v. | § § | & |
| GREG ABBOTT, *et al.*, | § § | All Consolidated Cases |
| *Defendants.* | § § § | |

**<u>NOTICE REGARDING VIDEO TRANSCRIPT CROSS REFERENCE</u>**

During the preliminary injunction hearing beginning October 1, 2025, State Defendants presented evidence in the form of several videos and transcripts. To aid the Court in its review of the evidence, State Defendants are providing a cross reference, attached as Exhibit A, to assist the Court in identifying the video associated with each transcript and vice versa. The left column lists each transcript exhibit created by State Defendants. The right column lists the associated video exhibit for each transcript created.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | Respectfully submitted,<br><br>*/s/ Ali M. Thorburn* |
| BRENT WEBSTER<br>First Assistant Attorney General | RYAN G. KERCHER<br>Chief, Special Litigation Division<br>Texas Bar No. 24060998 |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | WILLIAM D. WASSDORF<br>Associate Deputy AG for Civil Litigation<br>Texas Bar No. 24103022 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | ALI M. THORBURN<br>Texas Bar No. 24125064<br>Special Counsel, Special Litigation Division |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>(512) 463-2100<br>ryan.kercher@oag.texas.gov<br>will.wassdorf@oag.texas.gov<br>ali.thorburn@oag.texas.gov |
| | COUNSEL FOR STATE DEFENDANTS |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically via the Court's CM/ECF system on October 10, 2025, which automatically serves a copy on all counsel of record.

*/s/ Ali M. Thorburn*
ALI M. THORBURN