**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS EL PASO DIVISION**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br>&<br>All Consolidated Cases |

**LULAC PLANTIFFS' SECOND AMENDED EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING**

Plaintiffs LULAC, *et al.*, ("LULAC Plaintiffs") respectfully submit their Second Amended Exhibit List attached as Exhibit A for the hearing on Plaintiffs' motions for preliminary injunction. This is a list of preliminary injunction exhibits, including exhibits admitted into evidence earlier in the preliminary injunction hearing. For ease of reference, newly-identified exhibits for the preliminary injunction hearing are indicated with a "-PI" suffix in the trial exhibit number.

Plaintiffs LULAC reserve the right to further amend and supplement the exhibit list. Plaintiffs LULAC reserve the right to introduce into evidence any documents identified by Defendants or any other plaintiff in their preliminary injunction exhibit list and to introduce additional documents as rebuttal or impeachment evidence.

LULAC's list of exhibits does not include demonstrative exhibits, which will be identified and exchanged at a mutually agreeable time prior to the relevant witnesses' testimony.

Date: October 10, 2025 Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA 90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno
Mexican American Legal Defense and Educational Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC 20036
(202) 293-2828
Asenteno@maldef.org

Denise Hulett*
Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA 95814
(916) 444-3031
dhulett@maldef.org
kpolicarpio@maldef.org

Javier A. Silva*
Mexican American Legal Defense and Educational Fund (MALDEF)
100 N LaSalle St., Suite 1900
Chicago, IL 60602
(312) 427-0701
jsilva@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 10th day of October 2025.

*/s/ Julia Longoria*
Julia Longoria