UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

League of United Latin American Citizens, etal. §§§§§

vs.

Greg Abbott, etal,

NO: EP:21-CV-00259-DCG

# LIST OF WITNESSES
# PRELIMINARY INJUCTION

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Sen. Carol Alvarado | 1. Sen. Phillip King |
| 2. Speaker Pro-Tem Bill Moody | 2. Adam Kincaid |
| 3. Sen. Royce West | 3. Christina Adkins |
| 4. Rep. Senfronia Thompson | 4. Sen. Adam Hinojosa |
| 5. Tiffini Young | 5. Dr. Jeffrey Lewis |
| 6. Rep. Ramon Romero, Jr. | 6. Rep. Cody Vasut |
| 7. Christina Elena Elbitar | 7. Dr. Sean Trende |
| 8. David Ely | 8. |
| 9. Stephen Ansolabehere | 9. |
| 10. Dr. Loren Collingwood | 10. |
| 11. Rep. Barbara Gervin-Hawkins | 11. |
| 12. Dr. Ana Maria Juarez | 12. |
| 13. Dr. Richard Murray (Pre-Recorded Video Depo) | 13. |
| 14. Shemaiah Stokes | 14. |
| 15. Dr. Matt Barreto | 15. |
| 16. Daniel Uribe | 16. |
| 17. Dr. Moon Duchin | 17. |