IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br> & <br> All Consolidated Cases |

## **LULAC PLANTIFFS' UNOPPOSED MOTION TO ADMIT EXHIBIT 1412 INTO EVIDENCE**

Plaintiffs LULAC, *et al.*, ("LULAC Plaintiffs") file this motion for leave to admit LULAC Exhibit 1412 into evidence. This motion is unopposed.

During the preliminary injunction hearing, LULAC Plaintiffs inadvertently omitted from their exhibit list the redacted declaration of LUPE Member A. This declaration was previously filed with the Court in unredacted form and under seal. *See* ECF 1246. The declaration should have been included in redacted form on LULAC Plaintiffs' exhibit list with the other redacted declarations of members of LULAC Plaintiff organizations but was inadvertently omitted from the exhibit list.

LULAC Plaintiffs have attached the redacted declaration, marked LULAC Exhibit 1412, as Exhibit A to this motion and respectfully request that the Court grant its admission into evidence.

Date: October 22, 2025                                Respectfully submitted,

/s/ Nina Perales
Nina Perales
Julia Longoria
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno
Mexican American Legal Defense and Educational Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC  20036
(202) 293-2828
Asenteno@maldef.org

Denise Hulett*
Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
dhulett@maldef.org
kpolicarpio@maldef.org

Javier A. Silva*
Mexican American Legal Defense and Educational Fund (MALDEF)
100 N LaSalle St., Suite 1900

Chicago, IL 60602
(312) 427-0701
jsilva@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

### CERTIFICATE OF CONFERENCE

I hereby certify that, on October 16 and 17, 2025, counsel for LULAC Plaintiffs conferred with counsel for the other parties regarding this Motion for Leave to Admit Exhibit into Evidence. State Defendants responded that they are not opposed and the remaining parties are not opposed.

*/s/ Nina Perales*
Nina Perales

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 22nd day of October 2025.

*/s/ Nina Perales*
Nina Perales