IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Lead Case]<br>&<br>All Consolidated Cases |

### [PROPOSED] ORDER GRANTING LULAC PLAINTIFFS' UNOPPOSED MOTION TO ADMIT EXHIBIT 1412 INTO EVIDENCE

Pending before the Court is LULAC Plaintiffs' Unopposed Motion to Admit Exhibit 1412 into Evidence. Dkt. _____. Upon review of the motion, as well as any responses, the Court is of the opinion that LULAC Plaintiffs' motion should be GRANTED. It is hereby ORDERED that LULAC Exhibit 1412 be admitted into evidence.

SO ORDERED and SIGNED this _____ day of _____ 2025.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith<br>United States Circuit Judge<br>U.S. Court of Appeals, Fifth Circuit | -and- | Jeffrey V. Brown<br>United States District Judge<br>Southern District of Texas |