# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 3:21-cv-00259-DCG-JES-JVB <br> [Lead Case] <br> & <br> All Consolidated Cases |

## LULAC PLAINTIFFS' NOTICE OF FILING OF THIRD AMENDED EXHIBIT LIST (PRELIMINARY INJUNCTION HEARING)

Please take notice that, on October 27, 2025, the LULAC Plaintiffs filed their Third Amended Exhibit List (Preliminary Injunction Hearing) with the Court at ECF 1324, to reflect the Court's October 22, 2025 Text Order granting LULAC Plaintiffs' Unopposed Motion to Admit Exhibit 1412 into Evidence (ECF 1309).

Date: October 27, 2025

Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Julia Longoria
Antonio DelGrande*
Mexican American Legal Defense and Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382

nperales@maldef.org
jlongoria@maldef.org
adelgrande@maldef.org

Ernest I. Herrera
Mexican American Legal Defense and Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA  90014
(210) 629-2512
eherrera@maldef.org

Andrea E. Senteno
Mexican American Legal Defense and Educational Fund (MALDEF)
1016 16th Street, Suite 100
Washington, DC  20036
(202) 293-2828
Asenteno@maldef.org

Denise Hulett*
Khrystan N. Policarpio*
Mexican American Legal Defense and Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA  95814
(916) 444-3031
dhulett@maldef.org
kpolicarpio@maldef.org

Javier A. Silva*
Mexican American Legal Defense and Educational Fund (MALDEF)
100 N LaSalle St., Suite 1900
Chicago, IL 60602
(312) 427-0701
jsilva@maldef.org

*Admitted *pro hac vice*

*Counsel for LULAC Plaintiffs*

2

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 27th day of October, 2025.

                                                  */s/ Antonio J. DelGrande*
                                                  Antonio J. DelGrande