This item has been produced in native format:

1500_PI 20250812 Video of Senate Proceedings

**Defendants' Exhibits**

1500