Red115T
Data: 2020 Census
PLANC2193   10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB    Document 1346    Filed 10/10/25    Page 1 of 3

Texas Legislative Council
10/18/21 10:08 AM
Page 1 of 3

# American Community Survey Estimated Population Analysis
## CONGRESSIONAL DISTRICTS - PLANC2193
2020 Census Population
with
2015-2019 American Community Survey Estimates

| | | Total | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 2020 Census: | 766,987 | 585,265 | 460,088 | 306,899 | 12,068 | 147,139 | 130,082 | 273,854 | 60.0 | 40.0 | 1.6 | 19.2 | 17.0 | 35.7 |
| | ACS Estimate: | 769,866 | 582,135 | 481,356 | 288,505 | 10,130 | 149,977 | 124,166 | 263,702 | 62.5 | 37.5 | 1.3 | 19.5 | 16.1 | 34.3 |
| District 2 | 2020 Census: | 766,987 | 557,917 | 378,509 | 388,478 | 43,253 | 100,382 | 232,511 | 327,045 | 49.4 | 50.6 | 5.6 | 13.1 | 30.3 | 42.6 |
| | ACS Estimate: | 709,847 | 514,979 | 398,625 | 311,223 | 34,592 | 82,586 | 193,241 | 265,687 | 56.2 | 43.8 | 4.9 | 11.6 | 27.2 | 37.4 |
| District 3 | 2020 Census: | 766,987 | 559,329 | 429,281 | 337,706 | 111,888 | 84,898 | 124,107 | 205,228 | 56.0 | 44.0 | 14.6 | 11.1 | 16.2 | 26.8 |
| | ACS Estimate: | 693,837 | 504,638 | 432,226 | 261,641 | 86,600 | 70,854 | 100,854 | 163,615 | 62.3 | 37.7 | 12.5 | 10.2 | 14.5 | 23.6 |
| District 4 | 2020 Census: | 766,987 | 577,526 | 456,408 | 310,579 | 98,443 | 80,358 | 109,555 | 186,511 | 59.5 | 40.5 | 12.8 | 10.5 | 14.3 | 24.3 |
| | ACS Estimate: | 725,028 | 545,822 | 470,200 | 254,815 | 77,494 | 70,580 | 98,675 | 159,105 | 64.9 | 35.1 | 10.7 | 9.7 | 13.6 | 21.9 |
| District 5 | 2020 Census: | 766,987 | 573,597 | 367,502 | 399,485 | 40,568 | 118,843 | 226,402 | 340,479 | 47.9 | 52.1 | 5.3 | 15.5 | 29.5 | 44.4 |
| | ACS Estimate: | 722,788 | 534,496 | 374,115 | 348,662 | 35,680 | 108,250 | 201,919 | 299,020 | 51.8 | 48.2 | 4.9 | 15.0 | 27.9 | 41.4 |
| District 6 | 2020 Census: | 766,987 | 572,594 | 344,553 | 422,434 | 32,487 | 117,497 | 259,476 | 371,910 | 44.9 | 55.1 | 4.2 | 15.3 | 33.8 | 48.5 |
| | ACS Estimate: | 732,133 | 536,131 | 351,007 | 381,123 | 28,650 | 106,917 | 243,592 | 338,887 | 47.9 | 52.1 | 3.9 | 14.6 | 33.3 | 46.3 |
| District 7 | 2020 Census: | 766,987 | 594,919 | 210,438 | 556,549 | 164,911 | 160,142 | 230,614 | 382,917 | 27.4 | 72.6 | 21.5 | 20.9 | 30.1 | 49.9 |
| | ACS Estimate: | 759,654 | 586,362 | 230,250 | 529,400 | 157,781 | 147,438 | 226,720 | 364,584 | 30.3 | 69.7 | 20.8 | 19.4 | 29.8 | 48.0 |
| District 8 | 2020 Census: | 766,987 | 565,897 | 345,586 | 421,401 | 51,665 | 109,718 | 249,527 | 352,559 | 45.1 | 54.9 | 6.7 | 14.3 | 32.5 | 46.0 |
| | ACS Estimate: | 708,718 | 514,961 | 348,896 | 359,824 | 42,884 | 93,852 | 222,338 | 306,173 | 49.2 | 50.8 | 6.1 | 13.2 | 31.4 | 43.2 |
| District 9 | 2020 Census: | 766,987 | 565,956 | 95,246 | 671,741 | 81,086 | 293,568 | 301,525 | 584,842 | 12.4 | 87.6 | 10.6 | 38.3 | 39.3 | 76.3 |
| | ACS Estimate: | 787,360 | 572,496 | 113,809 | 673,548 | 80,968 | 297,277 | 301,101 | 587,293 | 14.5 | 85.5 | 10.3 | 37.8 | 38.2 | 74.6 |
| District 10 | 2020 Census: | 766,987 | 591,007 | 429,742 | 337,245 | 49,513 | 83,934 | 191,251 | 269,643 | 56.0 | 44.0 | 6.5 | 10.9 | 24.9 | 35.2 |
| | ACS Estimate: | 711,456 | 546,353 | 418,387 | 293,076 | 39,754 | 84,260 | 168,633 | 243,134 | 58.8 | 41.2 | 5.6 | 11.8 | 23.7 | 34.2 |
| District 11 | 2020 Census: | 766,987 | 567,819 | 334,920 | 432,067 | 23,349 | 104,802 | 295,916 | 390,228 | 43.7 | 56.3 | 3.0 | 13.7 | 38.6 | 50.9 |
| | ACS Estimate: | 748,268 | 546,645 | 340,890 | 407,380 | 20,734 | 99,598 | 293,548 | 372,793 | 45.6 | 54.4 | 2.8 | 13.3 | 39.2 | 49.8 |
| District 12 | 2020 Census: | 766,987 | 580,455 | 421,066 | 345,921 | 40,567 | 101,731 | 188,697 | 284,856 | 54.9 | 45.1 | 5.3 | 13.3 | 24.6 | 37.1 |
| | ACS Estimate: | 723,169 | 540,883 | 428,934 | 294,252 | 32,614 | 85,050 | 173,697 | 247,081 | 59.3 | 40.7 | 4.5 | 11.8 | 24.0 | 34.2 |
| District 13 | 2020 Census: | 766,987 | 585,231 | 445,745 | 321,242 | 24,575 | 62,951 | 215,932 | 273,806 | 58.1 | 41.9 | 3.2 | 8.2 | 28.2 | 35.7 |
| | ACS Estimate: | 759,060 | 575,353 | 464,284 | 294,767 | 23,842 | 56,572 | 210,181 | 255,705 | 61.2 | 38.8 | 3.1 | 7.5 | 27.7 | 33.7 |
| District 14 | 2020 Census: | 766,987 | 585,292 | 404,463 | 362,524 | 27,828 | 130,216 | 192,809 | 317,763 | 52.7 | 47.3 | 3.6 | 17.0 | 25.1 | 41.4 |
| | ACS Estimate: | 744,550 | 563,908 | 412,278 | 332,263 | 26,330 | 122,618 | 180,673 | 295,011 | 55.4 | 44.6 | 3.5 | 16.5 | 24.3 | 39.6 |
| District 15 | 2020 Census: | 766,987 | 551,585 | 117,166 | 649,821 | 10,918 | 12,125 | 624,361 | 633,222 | 15.3 | 84.7 | 1.4 | 1.6 | 81.4 | 82.6 |
| | ACS Estimate: | 748,325 | 520,877 | 116,670 | 631,656 | 10,294 | 11,253 | 610,577 | 618,673 | 15.6 | 84.4 | 1.4 | 1.5 | | |

The American Community Survey provided estimated population data at the block group level. Only block groups with more than 50% of the population in a district are included in the analysis. A summary of the block groups used in the analysis is available upon request.

Defendants' Exhibits

586

Red115T
Data: 2020 Census
PLANC2193   10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 1346   Filed 10/10/25   Page 2 of 3

American Community Survey Estimated Population Analysis

Texas Legislative Council
10/18/21 10:08 AM
Page 2 of 3

# CONGRESSIONAL DISTRICTS - PLANC2193
## 2020 Census Population with 2015-2019 American Community Survey Estimates

| District | | Total | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 16 | 2020 Census: | 766,986 | 573,880 | 89,996 | 676,990 | 16,718 | 34,595 | 629,842 | 655,820 | 11.7 | 88.3 | 2.2 | 4.5 | 82.1 | 85.5 |
|  | ACS Estimate: | 749,897 | 546,282 | 93,090 | 656,811 | 14,097 | 33,413 | 615,024 | 637,703 | 12.4 | 87.6 | 1.9 | 4.5 | 82.0 | 85.0 |
| District 17 | 2020 Census: | 766,987 | 589,524 | 406,452 | 360,535 | 25,354 | 130,592 | 193,683 | 317,946 | 53.0 | 47.0 | 3.3 | 17.0 | 25.3 | 41.5 |
|  | ACS Estimate: | 747,423 | 570,347 | 417,547 | 329,889 | 22,069 | 125,417 | 183,552 | 297,764 | 55.9 | 44.1 | 3.0 | 16.8 | 24.6 | 39.8 |
| District 18 | 2020 Census: | 766,987 | 576,291 | 127,965 | 639,022 | 43,332 | 264,490 | 332,547 | 588,464 | 16.7 | 83.3 | 5.6 | 34.5 | 43.4 | 76.7 |
|  | ACS Estimate: | 752,905 | 557,776 | 134,321 | 618,589 | 36,828 | 256,919 | 329,556 | 573,409 | 17.8 | 82.2 | 4.9 | 34.1 | 43.8 | 76.2 |
| District 19 | 2020 Census: | 766,987 | 578,679 | 384,927 | 382,060 | 18,348 | 61,084 | 293,914 | 348,223 | 50.2 | 49.8 | 2.4 | 8.0 | 38.3 | 45.4 |
|  | ACS Estimate: | 762,948 | 572,023 | 396,303 | 366,645 | 15,289 | 56,097 | 294,996 | 339,621 | 51.9 | 48.1 | 2.0 | 7.4 | 38.7 | 44.5 |
| District 20 | 2020 Census: | 766,987 | 574,548 | 135,128 | 631,859 | 36,952 | 59,388 | 540,441 | 589,510 | 17.6 | 82.4 | 4.8 | 7.7 | 70.5 | 76.9 |
|  | ACS Estimate: | 787,201 | 583,368 | 147,062 | 640,137 | 32,061 | 50,585 | 562,247 | 601,694 | 18.7 | 81.3 | 4.1 | 6.4 | 71.4 | 76.4 |
| District 21 | 2020 Census: | 766,987 | 604,056 | 451,460 | 315,527 | 30,083 | 37,947 | 235,714 | 267,768 | 58.9 | 41.1 | 3.9 | 4.9 | 30.7 | 34.9 |
|  | ACS Estimate: | 730,881 | 568,027 | 449,793 | 281,103 | 24,407 | 33,633 | 223,686 | 247,409 | 61.5 | 38.5 | 3.3 | 4.6 | 30.6 | 33.9 |
| District 22 | 2020 Census: | 766,987 | 557,229 | 324,471 | 442,516 | 119,105 | 99,463 | 216,902 | 310,661 | 42.3 | 57.7 | 15.5 | 13.0 | 28.3 | 40.5 |
|  | ACS Estimate: | 701,082 | 504,191 | 328,520 | 372,576 | 90,506 | 80,659 | 202,129 | 273,024 | 46.9 | 53.1 | 12.9 | 11.5 | 28.8 | 38.9 |
| District 23 | 2020 Census: | 766,987 | 568,074 | 217,997 | 548,990 | 27,237 | 37,248 | 482,437 | 512,854 | 28.4 | 71.6 | 3.6 | 4.9 | 62.9 | 66.9 |
|  | ACS Estimate: | 712,385 | 518,528 | 204,836 | 507,544 | 18,924 | 29,876 | 459,507 | 481,313 | 28.8 | 71.2 | 2.7 | 4.2 | 64.5 | 67.6 |
| District 24 | 2020 Census: | 766,987 | 581,738 | 472,474 | 294,513 | 77,111 | 66,043 | 133,852 | 195,638 | 61.6 | 38.4 | 10.1 | 8.6 | 17.5 | 25.5 |
|  | ACS Estimate: | 766,919 | 573,808 | 501,771 | 265,125 | 68,029 | 59,697 | 132,456 | 181,351 | 65.4 | 34.6 | 8.9 | 7.8 | 17.3 | 23.6 |
| District 25 | 2020 Census: | 766,987 | 586,313 | 447,757 | 319,230 | 32,281 | 103,284 | 166,945 | 265,332 | 58.4 | 41.6 | 4.2 | 13.5 | 21.8 | 34.6 |
|  | ACS Estimate: | 739,396 | 563,231 | 458,749 | 280,629 | 27,085 | 96,897 | 151,381 | 238,947 | 62.0 | 38.0 | 3.7 | 13.1 | 20.5 | 32.3 |
| District 26 | 2020 Census: | 766,987 | 569,880 | 433,991 | 332,996 | 85,771 | 82,275 | 147,447 | 225,258 | 56.6 | 43.4 | 11.2 | 10.7 | 19.2 | 29.4 |
|  | ACS Estimate: | 707,681 | 526,274 | 442,166 | 265,544 | 66,627 | 67,221 | 128,726 | 185,592 | 62.5 | 37.5 | 9.4 | 9.5 | 18.2 | 26.2 |
| District 27 | 2020 Census: | 766,987 | 585,427 | 290,582 | 476,405 | 17,623 | 41,818 | 410,805 | 446,110 | 37.9 | 62.1 | 2.3 | 5.5 | 53.6 | 58.2 |
|  | ACS Estimate: | 769,559 | 578,520 | 293,999 | 475,557 | 15,357 | 39,761 | 420,794 | 453,423 | 38.2 | 61.8 | 2.0 | 5.2 | 54.7 | 58.9 |
| District 28 | 2020 Census: | 766,987 | 552,637 | 132,163 | 634,824 | 12,278 | 43,961 | 577,559 | 615,181 | 17.2 | 82.8 | 1.6 | 5.7 | 75.3 | 80.2 |
|  | ACS Estimate: | 758,230 | 531,491 | 129,138 | 629,095 | 9,596 | 42,894 | 577,771 | 612,647 | 17.0 | 83.0 | 1.3 | 5.7 | 76.2 | 80.8 |
| District 29 | 2020 Census: | 766,987 | 547,845 | 63,916 | 703,071 | 21,429 | 113,132 | 571,563 | 677,318 | 8.3 | 91.7 | 2.8 | 14.8 | 74.5 | 88.3 |
|  | ACS Estimate: | 795,101 | 554,171 | 67,248 | 727,848 | 21,093 | 110,256 | 600,531 | 702,288 | 8.5 | 91.5 | 2.7 | 13.9 | 75.5 | 88.3 |
| District 30 | 2020 Census: | 766,987 | 577,974 | 135,970 | 631,017 | 30,062 | 324,212 | 276,371 | 593,069 | 17.7 | 82.3 | 3.9 | 42.3 | 36.0 | 77.3 |
|  | ACS Estimate: | 750,615 | 554,769 | 140,845 | 609,760 | 25,289 | 329,588 | 258,825 | 574,082 | 18.8 | 81.2 | 3.4 | 43.9 | 34.5 | 76.5 |

The American Community Survey provided estimated population data at the block group level. Only block groups with more than 50% of the population in a district are included in the analysis. A summary of the block groups used in the analysis is available upon request.

Red115T
Data: 2020 Census
PLANC2193   10/17/2021 5:38:50 PM

Case 3:21-cv-00259-DCG-JES-JVB   Document 1346   Filed 10/10/25   Page 3 of 3

American Community Survey Estimated Population Analysis

Texas Legislative Council
10/18/21 10:08 AM
Page 3 of 3

## CONGRESSIONAL DISTRICTS - PLANC2193
### 2020 Census Population with 2015-2019 American Community Survey Estimates

| | | Total | VAP | Anglo | Non-Anglo | Asian | Black | Hispanic | B+H | %Anglo | %Non-Anglo | %Asian | %Black | %Hispanic | %B+H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 31 | 2020 Census: | 766,987 | 574,120 | 453,212 | 313,775 | 47,009 | 75,716 | 176,860 | 245,079 | 59.1 | 40.9 | 6.1 | 9.9 | 23.1 | 32.0 |
| | ACS Estimate: | 704,239 | 524,427 | 442,374 | 261,851 | 32,122 | 68,997 | 159,092 | 211,823 | 62.8 | 37.2 | 4.6 | 9.8 | 22.6 | 30.1 |
| District 32 | 2020 Census: | 766,987 | 593,970 | 247,121 | 519,866 | 72,967 | 161,336 | 279,559 | 435,345 | 32.2 | 67.8 | 9.5 | 21.0 | 36.4 | 56.8 |
| | ACS Estimate: | 776,392 | 582,312 | 255,152 | 521,243 | 68,067 | 164,776 | 288,078 | 440,718 | 32.9 | 67.1 | 8.8 | 21.2 | 37.1 | 56.8 |
| District 33 | 2020 Census: | 766,987 | 555,227 | 101,512 | 665,475 | 67,105 | 155,365 | 442,093 | 591,332 | 13.2 | 86.8 | 8.7 | 20.3 | 57.6 | 77.1 |
| | ACS Estimate: | 772,740 | 546,337 | 120,619 | 652,130 | 55,619 | 150,729 | 447,658 | 587,980 | 15.6 | 84.4 | 7.2 | 19.5 | 57.9 | 76.1 |
| District 34 | 2020 Census: | 766,987 | 542,730 | 60,732 | 706,255 | 6,582 | 6,954 | 692,562 | 696,543 | 7.9 | 92.1 | 0.9 | 0.9 | 90.3 | 90.8 |
| | ACS Estimate: | 771,647 | 527,843 | 60,973 | 710,673 | 5,471 | 5,653 | 700,789 | 703,948 | 7.9 | 92.1 | 0.7 | 0.7 | 90.8 | 91.2 |
| District 35 | 2020 Census: | 766,987 | 583,808 | 200,819 | 566,168 | 33,906 | 111,684 | 422,580 | 522,669 | 26.2 | 73.8 | 4.4 | 14.6 | 55.1 | 68.1 |
| | ACS Estimate: | 725,861 | 543,508 | 186,117 | 539,732 | 22,900 | 104,933 | 418,824 | 506,146 | 25.6 | 74.4 | 3.2 | 14.5 | 57.7 | 69.7 |
| District 36 | 2020 Census: | 766,987 | 578,116 | 378,381 | 388,606 | 36,233 | 103,866 | 237,028 | 335,812 | 49.3 | 50.7 | 4.7 | 13.5 | 30.9 | 43.8 |
| | ACS Estimate: | 742,022 | 554,016 | 392,679 | 349,350 | 32,775 | 102,549 | 213,859 | 306,131 | 52.9 | 47.1 | 4.4 | 13.8 | 28.8 | 41.3 |
| District 37 | 2020 Census: | 766,987 | 622,654 | 402,448 | 364,539 | 90,108 | 55,043 | 209,889 | 259,115 | 52.5 | 47.5 | 11.7 | 7.2 | 27.4 | 33.8 |
| | ACS Estimate: | 753,183 | 608,335 | 414,839 | 338,336 | 73,610 | 52,560 | 211,712 | 254,526 | 55.1 | 44.9 | 9.8 | 7.0 | 28.1 | 33.8 |
| District 38 | 2020 Census: | 766,987 | 577,591 | 384,410 | 382,577 | 88,513 | 86,900 | 198,359 | 279,528 | 50.1 | 49.9 | 11.5 | 11.3 | 25.9 | 36.4 |
| | ACS Estimate: | 736,449 | 545,294 | 395,712 | 340,730 | 79,489 | 77,451 | 184,482 | 252,224 | 53.7 | 46.3 | 10.8 | 10.5 | 25.1 | 34.2 |

The American Community Survey provided estimated population data at the block group level. Only block groups with more than 50% of the population in a district are included in the analysis. A summary of the block groups used in the analysis is available upon request.