**Map layers**

Voting District
Districts C2333

**g24 Trump Prc Format**
50.0000 and below
50.0000 and above
Other

PLAINTIFF'S
EXHIBIT

1384_LULAC_PI

©2021 CALIPER