UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION NO.<br>3:21-cv-00259-DCG-JES-JVB<br>[Consolidated Lead Case] |

**DECLARATION OF** ███████

I, ███████, am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of the facts stated herein and declare the following to be true and correct:

1. I am Hispanic.
2. I was born on ███████
3. I am a member of LUPE.
4. I reside and am registered to vote at ███████ ███ in Hidalgo County. I have lived there since 1990.
5. I am a qualified voter pursuant to Sec. 11.002 of the Texas Election Code.
6. I reside and vote in Congressional District 15 in PLAN C2193.
7. I voted for ███████ in the 2024 General Election in Congressional District 15.

PLAINTIFF'S EXHIBIT

1412_LULAC_PI

8. I intend to vote in future elections in Congressional District 15, and in any other district in which I am eligible to vote, if a candidate that I support is on the ballot.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed in Alton, Texas on 05/01/2025.



Case 3:21-cv-00259-DCG-JES-JVB    Document 1428    Filed 10/22/25    Page 3 of 3

