# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, *et al.*, <br><br> *Defendants.* | § § § § § § § § § § | Case No. 3:21-cv-00259 <br> [Lead Case] |

**ORDER GRANTING STATE DEFENDANTS' OPPOSED MOTION TO STAY PENDING APPEAL**

On this date, the Court considered State Defendants' Opposed Motion to Stay Pending Appeal. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the Court's Order Granting Plaintiffs' Motion for Preliminary Injunction, ECF No. 1437, is stayed pending appeal.

**SO ORDERED** and **SIGNED** this _____ day of _____, 2025.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS

*And on behalf of:*

| | |
|---|---|
| JERRY E. SMITH <br> UNITED STATES CIRCUIT JUDGE <br> U.S. COURT OF APPEALS FOR THE <br> FIFTH CIRCUIT | JEFFREY V. BROWN <br> UNITED STATES DISTRICT JUDGE <br> SOUTHERN DISTRICT OF TEXAS |