# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **ALEXANDER GREEN**, *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| **v.** | § § | All Consolidated Cases |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the State Defendants' Opposed Motion to Stay Pending Appeal (ECF No. 1440). The Court **DENIES** the Motion.[1]

"A stay pending appeal is extraordinary relief for which defendants bear a heavy burden."[2] To determine whether it should exercise its discretion to grant a stay pending appeal, a court considers the four *Nken* factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies."[3]

---

[1] The Court retains jurisdiction to rule on this motion under FED. R. CIV. P. 68(d). *See also* FED. R. APP. P. 8(a).

[2] *Plaquemines Parish v. Chevron USA, Inc.*, 84 F.4th 362, 373 (5th Cir. 2023) (quoting *Vote.Org v. Callanen*, 39 F.4th 297, 300 (5th Cir. 2022)) (citation modified).

[3] *Id.* (quoting *Nken v. Holder*, 556 U.S. 418, 434 (2009)).

For the reasons set forth in the Court's Memorandum Opinion and Order granting the Plaintiff Groups' Motions for Preliminary Injunction (ECF No. 1437), the Court **DENIES** the Motion (ECF No. 1440).

**So ORDERED and SIGNED this 21st day of November 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

**Jeffrey V. Brown
United States District Judge
Southern District of Texas**

**U.S. Circuit Judge Jerry E. Smith would grant this motion.**