UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **ALEXANDER GREEN,** *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

## PARTIAL FINAL JUDGMENT

In accordance with the Court's November 21, 2025 Order granting the Gonzales Plaintiffs' Motion for Entry of a Final Judgment,[1] the Court enters the following partial final judgment pursuant to Federal Rule of Civil Procedure 54(b).[2]

The Court **DISMISSES** Count IV of the Gonzales Plaintiffs' "Second Supplemental Complaint for Declaratory and Injunctive Relief" (ECF No. 1147).[3]

---

[1] *See* Order Granting Mot. Partial Final J., ECF No. 1447.

[2] *See* FED. R. CIV. P. 54(b) ("When an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.").

[3] *See* Gonzales Pls.' 2d Suppl. Compl., ECF No. 1147, at 62–64; *see also* Mem. Op. & Order, ECF No. 1226 (dismissing that claim).

There being no just reason for delay,[4] this is a **FINAL** and **APPEALABLE JUDGMENT**.

Because the Gonzales Plaintiffs and the other Plaintiff Groups have live claims remaining in this case, the case **SHALL REMAIN OPEN** on CM/ECF, and the Gonzales Plaintiffs **SHALL REMAIN DESIGNATED** as live plaintiffs in the case.

**So ORDERED and SIGNED this 21st day of November 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith**<br>**United States Circuit Judge**<br>**U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown**<br>**United States District Judge**<br>**Southern District of Texas** |

---

[4] *See* FED. R. CIV. P. 54(b) (requiring the Court to "expressly determine[] that there is no just reason for delay").