UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS,** *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| **EDDIE BERNICE JOHNSON,** *et al.*, | § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | |
| v. | § § | & |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | All Consolidated Cases |
| *Defendants*. | § § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Court **GRANTS** the "State Defendants' Unopposed Motion to Withdraw Kathleen Hunker" (ECF No. 1449).

The Clerk of Court **SHALL REMOVE** Ms. Hunker from the list of attorneys designated as the State Defendants' counsel of record in this case.

The State Defendants' other attorneys **SHALL REMAIN DESIGNATED** as counsel of record in this matter.

- 1 -

**So ORDERED and SIGNED this 24th day of November 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith**<br>**United States Circuit Judge**<br>**U.S. Court of Appeals, Fifth Circuit** | *-and-* | **Jeffrey V. Brown**<br>**United States District Judge**<br>**Southern District of Texas** |