UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | Civil Action <br><br> Lead Case No.: <br>    3:21-CV-00259-DCG-JES-JVB |
| CECILIA GONZALES, AGUSTIN LOREDO, JANA LYNNE SANCHEZ, JERRY SHAFER, DEBBIE LYNN SOLIS, CHARLES JOHNSON JR., VINCENT SANDERS, ROGELIO NUÑEZ, MARCI MADLA, MERCEDES SALINAS, HEIDI CRUZ, SYLVIA BRUNI, AND GWENDOLYN COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> JANE NELSON, in her official capacity as Texas Secretary of State, and GREGORY WAYNE ABBOTT, in his official capacity as Governor of Texas, <br><br> Defendants. | Consolidated Case No.: <br>    1:21-CV-00965-DCG-JES-JVB |

**GONZALES PLAINTIFFS' NOTICE OF APPEAL OF PARTIAL FINAL JUDGMENT**

Notice is hereby given that Plaintiffs Cecilia Gonzales, Agustin Loredo, Jana Lynne Sanchez, Jerry Shafer, Debbie Lynn Solis, Charles Johnson Jr., Vincent Sanders, Rogelio Nuñez, Marci Madla, Mercedes Salinas, Heidi Cruz, Sylvia Bruni, and Gwendolyn Collins appeal to the Supreme Court of the United States from this Court's November 21, 2025 Rule 54(b) Partial Final

1

Judgment dismissing Count IV of the Gonzales Plaintiffs' Second Supplemental Complaint. ECF No 1448. This appeal is taken under 28 U.S.C. § 1253, and it is timely pursuant to 28 U.S.C. § 2101(b).

| | |
|---|---|
| Dated: January 16, 2025 | Respectfully submitted, |
| Renea Hicks<br>Attorney at Law<br>Texas Bar No. 09580400<br>Law Office of Max Renea Hicks<br>P.O. Box 303187<br>Austin, Texas 78703-0504<br>(512) 480-8231<br>rhicks@renea-hicks.com | */s/ David R. Fox*<br><br>David R. Fox<br>Richard A. Medina<br>James J. Pinchak<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave. NW, Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>dfox@elias.law<br>rmedina@elias.law<br>jpinchak@elias.law<br><br>Abha Khanna<br>**ELIAS LAW GROUP LLP**<br>1700 Seventh Ave, Suite 2100<br>Seattle, WA 98101<br>Telephone: (206) 656-0177<br>akhanna@elias.law<br><br>Counsel for Gonzales Plaintiffs |

3

## CERTIFICATE OF SERVICE

      I certify that a true and accurate copy of the foregoing document was filed electronically and served on all counsel of record (via CM/ECF) on January 16, 2025.

                                                      */s/ David R. Fox*