# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREG ABBOTT, et al.,<br><br>    Defendants. | Civil Action<br><br><br>Lead Case No.:<br>3:21-CV-00259-DCG-JES-JVB |
| CECILIA GONZALES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JANE NELSON, in her official capacity as Texas Secretary of State, and GREGORY WAYNE ABBOTT, in his official capacity as the Governor of Texas,<br><br>    Defendants. | Consolidated Case No.:<br>1:21-CV-00965-DCG-JES-JVB |

## STIPULATION TO DISMISS GONZALES PLAINTIFFS' APPEAL FROM DISMISSAL OF COUNT IV OF THEIR SECOND SUPPLEMENTAL COMPLAINT

Pursuant to Supreme Court Rule 18.5, Plaintiffs Cecilia Gonzales, Agustin Loredo, Jana Lynne Sanchez, Jerry Shafer, Debbie Lynn Solis, Charles Johnson Jr., Vincent Sanders, Rogelio Nuñez, Marci Madla, Mercedes Salinas, Heidi Cruz, Sylvia Bruni, and Gwendolyn Collins (collectively, the "Gonzales Plaintiffs") and Defendants Jane Nelson and Gregory Wayne Abbott (collectively, "Defendants") hereby stipulate to the dismissal of the Gonzales Plaintiffs' appeal of the Court's dismissal of Count IV of the Gonzales Plaintiffs' Second Supplemental Complaint. *See* ECF No. 1226 (Memorandum Opinion and Order); ECF No. 1448 (Partial Final Judgment); ECF No. 1491 (Notice of Appeal).

Dated: March 17, 2026

Respectfully submitted,

*/s/ David R. Fox*

| | |
|---|---|
| Renea Hicks | David R. Fox |
| Attorney at Law | Richard A. Medina |
| Texas Bar No. 09580400 | James J. Pinchak |
| Law Office of Max Renea Hicks | **ELIAS LAW GROUP LLP** |
| P.O. Box 303187 | 250 Massachusetts Avenue NW, Suite 400f |
| Austin, Texas 78703-0504 | Washington, D.C. 20001 |
| (512) 480-8231 | Telephone: (202) 968-4490 |
| rhicks@renea-hicks.com | dfox@elias.law |
| | rmedina@elias.law |
| | jpinchak@elias.law |

Abha Khanna
**ELIAS LAW GROUP LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
akhanna@elias.law

*Counsel for Gonzales Plaintiffs*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

WILLIAM D. WASSDORF
Associate Deputy Attorney General for Civil
Litigation
Texas Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
william.cole@oag.texas.gov
william.wassdorf@oag.texas.gov
david.bryant@oag.texas.gov
zachary.rhines@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
ali.thorburn@oag.texas.gov
thomas.bevilacqua@oag.texas.gov

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

*/s/ William F. Cole*
WILLIAM F. COLE
Principal Deputy Solicitor General
Texas Bar. No. 24124187

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

ZACHARY L. RHINES
Special Counsel
Texas Bar No. 24116957

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

ALI M. THORBURN
Special Counsel
Texas Bar No. 24125064

THOMAS MATTHEW BEVILACQUA
Assistant Attorney General
General Litigation Division
Texas Bar No. 00793342

COUNSEL FOR STATE DEFENDANTS

3

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 17, 2026, and that all counsel of record were served by CM/ECF.

*/s/ David R. Fox*