UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| ALEXANDER GREEN, *et al.*, | § § § | EP-21-CV-00259-DCG-JES-JVB [Lead Case] |
| *Plaintiff-Intervenors*, | § § | & |
| v. | § § | All Consolidated Cases |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § § | |
| *Defendants*. | § | |

ORDER DISMISSING GONZALES PLAINTIFFS' APPEAL OF DISMISSAL OF
COUNT IV

On March 17, 2026, the Gonzales Plaintiffs filed a stipulation of dismissal of their appeal

of the court's dismissal of count IV of their second supplemental complaint pursuant to Supreme

Court Rule 18.5. (Docket Entry No. 1492).

Accordingly, it is hereby ORDERED that the Gonzales Plaintiffs' appeal of that count's

dismissal is DISMISSED.

- 2 -

**So ORDERED and SIGNED this 19th day of March 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

**Jerry E. Smith**                                          **Jeffrey V. Brown**
**United States Circuit Judge**        *-and-*        **United States District Judge**
**U.S. Court of Appeals, Fifth Circuit**              **Southern District of Texas**