# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 29, 2026

Clerk
United States District Court
  for the Western District of Texas
262 West Nueva Street, Room 1-400
San Antonio, TX 78207

       **Re:  Abbott, Gov. of TX, et al.**
           **v. LULAC, et al.**
           **No. 25-845 (Your docket No. EP-21-CV-00259-DCG-JES-JVB)**

Dear Clerk:

       Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                    Sincerely,

                    SCOTT S. HARRIS, Clerk

                    By

                    M. Altner
                    Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 29, 2026

Mr. William Robert Peterson, Esq.
Office of the Texas Attorney General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Sean Joseph McCaffity, Esq.
Sommerman, McCaffity, Quesada & Geisler, LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219

Mr. Gary L. Bledsoe, Esq.
6633 Highway, 290 East #208
Austin, TX 78723-1157

Ms. Nina Perales, Esq.
MALDEF
San Antonio, TX 78205

Chad Wilson Dunn, Esq.
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705

Mr. Robert Neil Weiner, Esq.
Lawyers' Committee for Civil Rights Under Law
1500 K Street, Suite 900
Washington, D.C. 20005

Mr. David Robert Fox, Esq.
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, D.C. 20001

   Re: **Abbott, Gov. of TX, et al.**
     **v. LULAC, et al.**
     **No. 25-845**

Dear Counsel:

  Attached please find a certified copy of the judgment of this Court in the above-entitled case.

  The petitioners are given recovery of costs in this Court as follows:

|  |  |
|---|---|
| **Clerk's Costs:** | **$300.00** |
| **Total** | **$300.00** |

  This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, D.C. Cir.
     (Your docket No. EP-21-CV-00259-DCG-JES-JVB)

# Supreme Court of the United States

### No.  25–845

**GREG ABBOTT, IN HIS OFFICIAL CAPACITY
AS GOVERNOR OF TEXAS, ET AL.,**

Appellants,

*v.*

**LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL.**

**ON APPEAL** from the United States District Court for the Western District of Texas.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that for the reasons set forth in *Abbott* v. *League of United Latin American Citizens,* 607 U. S. ___ (2025), the judgment of the above court in this cause is reversed.

**IT IS FURTHER ORDERED** that the appellants, Greg Abbott, in His Official Capacity as Governor of Texas, et al., recover from League of United Latin American Citizens, et al., Three Hundred Dollars ($300.00) for costs herein expended.

April 27, 2026

| | |
|---|---|
| **Clerk's Costs:** | **$300.00** |
| **Total** | **$300.00** |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States