**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, | § § § | |
| *Plaintiffs,* | § § | Case No. 3:21-cv-00259 [Lead Case] |
| v. | § § | |
| GREG ABBOTT, *et al.*, | § § | |
| *Defendants.* | § § | |

---

**STATE DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW ZACHARY RHINES**

---

Defendants Greg Abbott, in his official capacity as Governor of Texas, Jane Nelson in her official capacity as Secretary of State of Texas, Dave Nelson, in his official capacity as Deputy Secretary of State, and the State of Texas file this Unopposed Motion to Withdraw Zachary L. Rhines as counsel of record in this matter.

Mr. Rhines has accepted a position outside the Office of the Attorney General of Texas. State Defendants respectfully request that he be withdrawn as their counsel. State Defendants will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

1

Date: June 11, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

WILLIAM D. WASSDORF
Associate Deputy Attorney General for Civil
Litigation
Texas Bar No. 24103022
william.wassdorf@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410

Respectfully submitted,

RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998
ryan.kercher@oag.texas.gov

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500
david.bryant@oag.texas.gov

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
Texas Bar No. 24116957
zachary.rhines@oag.texas.gov

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706
zachary.berg@oag.texas.gov

COUNSEL FOR STATE DEFENDANTS

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 2, 2026, counsel for State Defendants conferred by email with all counsel; LULAC Plaintiffs are unopposed, none other expressed opposition to this motion.

*Zachary L. Rhines*
ZACHARY L. RHINES

## CERTIFICATE OF SERVICE

I certify that on June 11, 2026, a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF).

*Zachary L. Rhines*
ZACHARY L. RHINES

2